# **EXHIBIT A**

## AMENDED AND RESTATED ASBESTOS BODILY INJURY
## SETTLEMENT AGREEMENT

This Amended and Restated Asbestos Bodily Injury Settlement Agreement (this "Amended Agreement") is made as of the Execution Date by and among W. R. GRACE & CO. ("Grace") and TIG Insurance Company, formerly known as Transamerica Insurance Company (hereinafter referred to as "TIG" and/or the "Subject Insurer"). As used in this Agreement, Grace and TIG shall be referred to hereinafter collectively as the "Parties."

### WITNESSETH THAT:

WHEREAS, TIG issued a certain insurance policy to Grace as more fully set forth and identified on Attachment A hereto (hereinafter referred to as the "Subject Insurance Policy"); and

WHEREAS, Grace has incurred, and the Trust (as defined below) may incur in the future, certain liabilities, expenses or losses that might impact the products liability aggregate limits of the Subject Insurance Policy, including claims, proceedings and actions made, asserted or filed, or which may in the future be made, asserted or filed, against Grace or the Trust by claimants alleging bodily injury arising out of exposure to asbestos or asbestos-containing materials; and

WHEREAS, Grace and the Subject Insurer previously entered into an "Asbestos Bodily Injury Settlement Agreement" dated July 18, 2000 (the "2000 Agreement"); and

WHEREAS, Grace and the Subject Insurer had satisfied all of their respective obligations under the 2000 Agreement prior to April 2, 2001; and

WHEREAS, on or about April 2, 2001, Grace and various affiliated companies filed voluntary petitions under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, In re W. R. Grace & Co., et al., No. 01-01139 (JKF) (the "Bankruptcy Case"), and they continue to operate their businesses as debtors and debtors-in-possession; and

WHEREAS, the proposed Joint Plan of Reorganization in the Bankruptcy Case contemplates the creation of the Trust under Bankruptcy Code Section 524(g) to direct the processing, liquidation and payment of claims for bodily injury due to exposure to asbestos or asbestos-containing materials; and

WHEREAS, the Parties disagree regarding the extent to which their respective rights and obligations under the 2000 Agreement will continue to apply in the event that the Joint Plan of Reorganization is approved in the Bankruptcy Case;

WHEREAS, the Subject Insurer has filed objections to confirmation of the Joint Plan of Reorganization proposed by Grace and other proponents of the Joint Plan of Reorganization in the Bankruptcy Case; and

WHEREAS, the Parties wish to fully and finally compromise and resolve their disputes regarding the application of the rights and obligations under the 2000 Agreement to the changed circumstances occasioned by the filing of the Bankruptcy Case by amending the 2000 Agreement and entering into such supplemental agreements as are necessary in light of such changed circumstances; and

WHEREAS, this Amended Agreement is strictly a business accommodation, unrelated to the merits of the respective claims of the Parties hereto, subject to a complete reservation of rights as to matters not specifically resolved by this Amended Agreement,

2

and without prejudice to the Parties' respective positions on policy wording or coverage pursuant to the Subject Insurance Policy; and

WHEREAS, the Parties acknowledge that this Amended Agreement is not intended to govern any other claims for which Grace or the Trust may in the future seek coverage from the Subject Insurer under the Subject Insurance Policy or otherwise;

NOW, THEREFORE, in consideration of the foregoing and of the mutual agreements herein contained, and subject to the terms and conditions set forth below, and intending to be legally bound, the Parties agree as follows:

## I.   SCOPE OF AGREEMENT

This Amended Agreement sets forth an arrangement among the Parties under the Subject Insurance Policy by which the Subject Insurer shall reimburse the Trust for amounts to be paid by the Trust for Defense Costs and Indemnity Payments in connection with Bodily Injury Claims that constitute Asbestos PI Claims (as defined below). This Amended Agreement shall not apply to or affect the rights and obligations of the Parties under the Subject Insurance Policy with respect to insurance coverage for claims that are not Bodily Injury Claims.

## II.   DEFINITIONS

The following definitions shall apply to the listed terms wherever those terms appear in this Amended Agreement, as well as in any exhibits or attachments hereto.

1.   **"2000 Agreement"** shall mean the "Asbestos Bodily Injury Settlement Agreement" entered into between Grace and the Subject Insurer dated July 18, 2000.

2.   **"Approval Order"** shall mean an order of the Bankruptcy Court, to be entered in the Bankruptcy Case, in form and substance satisfactory to the Parties,

3

pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, approving this Amended Agreement and the compromise and settlement memorialized herein.

3.    "**Asbestos Insurance Policy**" shall have the meaning set forth in the Joint Plan of Reorganization.

4.    "**Asbestos Insurance Settlement Agreement**" shall have the meaning set forth in the Joint Plan of Reorganization.

5.    "**Asbestos PI Channeling Injunction**" shall have the meaning set forth in the Joint Plan of Reorganization.

6.    "**Asbestos PI Claim**" shall have the meaning set forth in the Joint Plan of Reorganization.

7.    "**Bankruptcy Case**" shall mean In re W. R. Grace & Co., et al., No. 01-01139 (JKF) and the other bankruptcy cases that are jointly administered under Case No. 01-01139, including any appeals of decisions in the Bankruptcy Case.

8.    "**Bankruptcy Code**" shall mean Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended from time to time.

9.    "**Bankruptcy Court**" shall mean the United States Bankruptcy Court for the District of Delaware and, to the extent it exercises jurisdiction over the Bankruptcy Case, the United States District Court for the District of Delaware.

10.    "**Bell Curve Allocation Method**" shall mean the percentages set forth in Attachment C for allocating Defense Costs paid by the Grace Group or the Trust for certain Bodily Injury Claims.

11.    "**Bodily Injury Claim**" shall mean any claim, demand, suit, action or request for relief or action, or any portion of same, that seeks monetary damages or other

4

payment or relief from any member of the Grace Group or the Trust for bodily injury alleged to have been caused, in whole or in part, by exposure to a Grace Product, except as follows:

  a. Claims or lawsuits brought against the Grace Group or the Trust by former Grace Group employees under any workers' compensation statute, occupational disease law or law of similar import or any claim or lawsuit brought by anyone else for contribution or indemnity, or other legal relief, arising out of bodily injury suffered by current or former Grace Group employees in the course and scope of their employment with the Grace Group shall not be considered Bodily Injury Claims for purposes of this Amended Agreement.

  b. Claims against the Grace Group or the Trust which do not arise out of products liability, including but not limited to claims by or on behalf of individuals who allege that they were injured as a result of exposure to asbestos at premises owned or operated by the Grace Group, shall not be considered Bodily Injury Claims for purposes of this Amended Agreement.

The Parties reserve all of their respective rights under the Subject Insurance Policy with respect to the claims described in subsections (a) and (b) above and such claims shall not be considered to be within the scope of this Amended Agreement notwithstanding that such claims may arise out of exposure to asbestos-containing materials.

12. **"Committee"** shall mean the Official Committee of Asbestos Personal Injury Claimants appointed in the Bankruptcy Case.

13. **"Confirmation Order"** shall mean an order entered by the District Court in the Bankruptcy Case confirming the Joint Plan of Reorganization or affirming or reissuing the order of the Bankruptcy Court confirming the Joint Plan of Reorganization.

14. **"Coverage Block"** shall mean the period from October 20, 1957 through June 30, 1985.

15. **"Debtors"** shall have the meaning set forth in the Joint Plan of Reorganization.

16. **"Defense Costs"** shall mean all fees, expenses and costs incurred by the Grace Group or the Trust in connection with defending Bodily Injury Claims. Such fees, expenses and costs shall include, but are not limited to, all attorneys' fees (except those of the Grace Group's in-house legal staff), costs and expenses; experts' fees, costs and expenses; court fees, costs and expenses; costs and expenses for responding to requests for production of documents; costs and expenses for storing documents produced in response to a request for production of documents or otherwise compiled in connection with defending Bodily Injury Claims; except that Defense Costs shall not include the Grace Group's general overhead, administrative or internal expenses, in-house attorney expenses, or any costs incurred by the Grace Group or the Trust in connection with the litigation, negotiation or resolution of insurance coverage issues.

17. **"Effective Date"** shall have the meaning set forth in the Joint Plan of Reorganization.

6

18.    "**Excess Insurance Policies**" shall mean all of the excess and umbrella insurance policies, including but not limited to the Subject Insurance Policy, that were issued to Grace and were in effect prior to July 1, 1985. Attachment B sets forth a schedule of all Excess Insurance Policies, including the Subject Insurance Policy, showing the remaining available products liability coverage under each such policy as of April 2, 2001, after allocating costs paid by the Grace Group prior to April 2, 2001. TIG and Grace expressly agree that TIG policy no. USE 1339-7798, which was issued to Grace for the period from June 30, 1984 to June 30, 1985, excludes all of Grace's and/or the Trust's past, present and future liabilities arising out of exposure to a Grace Product (as hereinafter defined), whether for defense or indemnity, from the scope of coverage provided by that policy in accordance with its terms.

19.    "**Execution Date**" shall mean the first date on which both W. R. Grace & Co. and the Subject Insurer have executed this Amended Agreement.

20.    "**Final Order**" shall mean an order or judgment (including any modification or amendment thereto) that remains in effect and has not been reversed, vacated, stayed or amended and as to which the time to appeal or seek review, rehearing or writ of certiorari has expired and as to which no appeal or petition for review, reconsideration, rehearing or certiorari has been taken or, if taken, remains pending.

21.    "**Futures Representative**" shall mean David Austern, the Asbestos PI Future Claimants' Representative appointed, for each Debtor, by Order of the Bankruptcy Court dated May 24, 2004, and any successor to him.

22.    "**Grace**" shall mean W. R. GRACE & CO.

23.    **"Grace Group"** shall mean Grace, the past and present subsidiaries and affiliates of Grace, the predecessors and successors of such subsidiaries and affiliates, the directors, officers, agents and employees of Grace and of such subsidiaries and affiliates, and any other entity that was insured under the Subject Insurance Policy (including by endorsement), and those insureds' subsidiaries, affiliates, successors, directors, officers, agents and employees.

24.    **"Grace Product"** shall mean any asbestos-containing product manufactured, handled, sold or distributed by the Grace Group, or for which the Grace Group faces liability exposure.

25.    **"Indemnity Payments"** shall mean the amounts paid by the Trust to holders of Asbestos PI Claims with respect to Bodily Injury Claims (but not to holders of Indirect PI Trust Claims) pursuant to the Trust Distribution Procedures set forth in the Joint Plan of Reorganization.  For the avoidance of doubt, Indemnity Payments shall mean the actual amounts paid by the Trust after application of any Payment Percentage as described in Section IV of the Trust Distribution Procedures.

26.    **"Joint Plan of Reorganization"** shall mean the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders as modified through March 19, 2010, including all exhibits thereto, as such plan may be modified from time to time and specifically including all amendments to the Joint Plan of Reorganization filed as of the Execution Date.

8

27.    "**Non-Asbestos Products Liability Claims**" shall mean all claims which fall within the products liability coverage and aggregate limits of the Subject Insurance Policy, other than those claims that constitute Bodily Injury Claims.

28.    "**Person**" shall mean an individual, a corporation, a partnership, a joint venture, an association, a joint stock company, a limited liability company, a limited liability partnership, an estate, an unincorporated organization, a trust, a class or group of individuals or any other entity or organization, including any federal, state or local governmental or quasi-governmental body or political subdivision, department, agency or instrumentality thereof.

29.    "**Settled Asbestos Insurance Company**" shall have the meaning set forth in the Joint Plan of Reorganization.

30.    "**Subject Insurer**" shall mean TIG.

31.    "**Subject Insurance Policy**" shall mean the insurance policy listed on Attachment A hereto.

32.    "**Triggered Policy Years**" for a Bodily Injury Claim shall mean every policy year effective in whole or in part during the period beginning on the date on which the injured person was first exposed to a Grace Product and ending on the earlier of (i) the date on which the person's disease first became known (i.e., the earliest of the date of diagnosis, death, claim or suit) or (ii) June 30, 1985.  The determination of the date of an injured person's first exposure to a Grace Product shall be based upon the following factors set forth in decreasing order of preference:

a.   The first date of the injured person's actual exposure to a Grace

Product that is alleged to have caused the person's injury, based

upon objective facts available to Grace or the Trust; or

b.   The first date of the injured person's claimed exposure to a Grace

Product that is alleged to have caused the person's injury, as set

forth in the complaint or other claim documentation, or as reflected

by other information reasonably available to Grace or the Trust.

Determination of a "Triggered Policy Year" under the terms of this Amended Agreement

shall be without regard to whether there is any remaining insurance coverage available to

Grace in a particular policy year that is a Triggered Policy Year.

33.   **"Trust"** shall mean the WRG Asbestos PI Trust established pursuant to

the Joint Plan of Reorganization, or such other trust as may be established under Section

524(g) of the Bankruptcy Code to process and pay Asbestos PI Claims pursuant to a plan

of reorganization filed by Grace, the Committee and the Futures Representative.

34.   **"Trust Distribution Procedures"** shall mean the WRG Asbestos PI Trust

Distribution Procedures substantially in the form attached as Exhibit 4 of the Exhibit

Book to the Joint Plan of Reorganization.

## III.   REMAINING INSURANCE COVERAGE

The Parties agree and acknowledge (a) that the applicable products liability

aggregates of the primary insurance policies issued to the Grace Group by Continental

Casualty Company ("CNA"), Maryland Casualty Company, Royal Indemnity Company,

General Insurance Company of America and Travelers Casualty and Surety Company

(f/k/a The Aetna Casualty and Surety Company) have been fully and property exhausted;

10

and (b) for purposes of this Amended Agreement, Grace's remaining insurance coverage for Bodily Injury Claims as of April 2, 2001 shall be deemed to exist only in the years, and only in the amounts, set forth on Attachments A and B.  The remaining insurance coverage reflected on Attachment B has been determined after allocating to the Excess Insurance Policies amounts paid by the Grace Group prior to April 2, 2001 with respect to Bodily Injury Claims.

## IV.    DETERMINATION OF TRIGGERED POLICY YEARS AND ALLOCATION OF DEFENSE COSTS AND INDEMNITY PAYMENTS FOR BODILY INJURY CLAIMS

Defense Costs and Indemnity Payments paid after April 2, 2001 with respect to Bodily Injury Claims shall be allocated among the Subject Insurance Policy and all other Excess Insurance Policies in accordance with the following procedures and the provisions of Article V.

A.    The Trust shall determine the Triggered Policy Years for each individual injured person and all Defense Costs and Indemnity Payments paid by the Grace Group or the Trust with respect to the Bodily Injury Claims regarding such injured person shall be allocated equally among such Triggered Policy Years.  By "allocate equally," the Parties mean the following:

1.    For each individual Bodily Injury Claim the total sum of Defense Costs and Indemnity Payments for which the Trust seeks reimbursement (whether from the Subject Insurer or from other insurers) shall be spread among the Triggered Policy Years.  The Parties acknowledge that law firms defending the Grace Group or the Trust on multiple Bodily Injury Claims may submit a single

11

report covering multiple cases and that the Trust will allocate such Defense Costs equally among all open cases defended by each such law firm.  The Subject Insurer agrees to accept such allocation for purposes of this Amended Agreement.

2.    Defense Costs and Indemnity Payments for a Bodily Injury Claim allocable to a Triggered Policy Year shall be allocated to the Trust for any Triggered Policy Year in which no remaining products liability coverage is available to the Trust and to the lowest layer Excess Insurance Policy with remaining products liability coverage for such Triggered Policy Year where coverage is available.  Upon exhaustion of the lowest layer Excess Insurance Policy for a Triggered Policy Year, Defense Costs and Indemnity Payments allocable to such Triggered Policy Year shall be allocated to the next higher layer Excess Insurance Policy with remaining products liability coverage for such Triggered Policy Year.

3.    Consistent with the foregoing, no allocation of Defense Costs or Indemnity Payments shall be made to (a) an Excess Insurance Policy that expires before the date of first exposure to a Grace Product or (b) an Excess Insurance Policy that incepts after the date of diagnosis, death or date of filing of the claim, whichever is earliest.

4.    With respect to those policies which (a) fall within a Triggered Policy Year but are for a term of less than a full year or (b)

12

partially fall within a Triggered Policy Year, the Defense Costs and Indemnity Payments allocated to such a policy shall be computed by multiplying the Defense Costs and Indemnity Payments allocated to the Triggered Policy Year by a fraction, the numerator of which is the number of days in which such policy's term overlaps the Triggered Policy Year and the denominator of which is 365.  With respect to those policies of coverage, the Defense Costs and Indemnity Payments allocated to such a policy shall be computed by multiplying the Defense Costs and Indemnity Payments allocated to the Triggered Policy Year by a fraction, the numerator of which is that policy's product liability limits and the denominator of which is the total product liability limits provided by that layer of insurance coverage for which the policy is a part.

5.    To the extent that no insurance is available to Grace for a particular Triggered Policy Year (whether through exhaustion, insolvencies or otherwise), the Trust shall be responsible for all amounts otherwise allocable to that Triggered Policy Year under the provisions set forth above, whether for Defense Costs or Indemnity Payments.

6.    The allocation of Defense Costs and Indemnity Payments to each Triggered Policy Year shall be performed in accordance with the quota share percentage of a layer of coverage agreed to by the participants in each layer.

7.     Grace certifies that all Defense Costs and Indemnity Payments paid after April 2, 2001 for Bodily Injury Claims have been allocated in conformance with the provisions of this Article and the other terms of this Amended Agreement.

B.     The Parties recognize that, in most instances, Defense Costs for Bodily Injury Claims shall be allocated among all years in the Coverage Block in proportion to the respective shares of Defense Costs allocable to such years under the Bell Curve Allocation Method.

## V.     GENERAL PROVISIONS REGARDING ALLOCATIONS

A.     Allocation to each Triggered Policy Year of Defense Costs and Indemnity Payments for Bodily Injury Claims shall be made notwithstanding the presence of insurer insolvencies or the failures or refusals by the insurers of triggered Excess Insurance Policies to make payments in connection with such claims.  Where, in accordance with the methodology contained in this Amended Agreement, an allocation of Defense Costs or Indemnity Payments is made to an Excess Insurance Policy that is not a Subject Insurance Policy, the allocation shall be treated, for purposes of this Amended Agreement, as if it will be paid under such Excess Insurance Policy up to its available limits, even if the insurer that issued such policy is insolvent, or fails to pay the allocation established by this Amended Agreement, or has separately agreed with Grace or the Trust to make payments on some other basis under such Excess Insurance Policy.  The Subject Insurer acknowledges that it is aware that Grace or the Trust has entered into settlement agreements with other insurers with regard to coverage of Bodily Injury Claims under the Excess Insurance Policies and that allocations of Defense Costs and Indemnity Payments

14

under such other settlements may differ from the allocations to be made pursuant to this Amended Agreement. Nothing in this Amended Agreement shall be construed to in any way limit Grace's or the Trust's ability to enforce its rights against any insurer other than the Subject Insurer.

B.    The amount of Defense Costs and Indemnity Payments paid by the Grace Group or the Trust after April 2, 2001 shall be determined without regard to any amounts already received by the Grace Group or the Trust, or received by the Grace Group or the Trust in the future, from other insurers, whether as a result of settlement agreements or otherwise.

C.    Notwithstanding any other provision of this Amended Agreement, the Trust shall be responsible for all Defense Costs and Indemnity Payments allocable to a Triggered Policy Year in which no insurance coverage is available to Grace (whether on account of exhaustion, insolvencies or for any other reason).

VI.    PAYMENT OF INDEMNITY AMOUNTS AND DEFENSE COSTS

A.    Amounts due for Defense Costs and Indemnity Payments paid or incurred by the Grace Group or the Trust after April 2, 2001 shall be reimbursed in accordance with subsections B, C, D, E and F of this Article.

B.    The Trust shall submit quarterly reports to the Subject Insurer, identifying Defense Costs and Indemnity Payments for Bodily Injury Claims within the scope of this Amended Agreement that have been paid by the Trust during the period covered by the report. Said quarterly reports shall identify for each Bodily Injury Claim the name of the claimant or injured person, the Triggered Policy Year(s), and the amount of any Indemnity Payments and any Defense Costs paid in connection therewith (or allocated

15

thereto in accordance with this Amended Agreement). All billings pursuant to this paragraph shall conform to the quota share percentage of a layer of coverage to which the Subject Insurer and any other Excess Insurer subscribed. The quarterly reports shall further allocate the Indemnity Payments and Defense Costs to each of the Excess Insurance Policies, including the Subject Insurance Policy, and to the Trust in accordance with this Amended Agreement.

      C.      The Trust will allocate payments to the Excess Insurance Policies and to the Subject Insurance Policy in the same order that actual payments for Bodily Injury Claims (Defense Costs and Indemnity Payments) are made by the Trust during the quarter.

      D.      Within thirty (30) days after receipt of a report setting forth the information specified in subsection B of this Article, the Subject Insurer shall make a payment to the Trust in an amount equal to its share of the total amount of the Defense Costs and Indemnity Payments shown on the report. If the Subject Insurer fails to make such payment to the Trust within sixty (60) days of such receipt, the Subject Insurer shall pay interest to the Trust on the unpaid amount thereof with interest for the period commencing on the thirty-first day after receipt of such report and ending on the date of payment at the rate of interest announced from time to time during such period by the main office of Citibank, N.A. in New York, N.Y. as its "prime rate" plus three percentage points. Any such interest payments shall not be counted in determining whether the products liability aggregate limits of the Subject Insurance Policy have been exhausted and shall be in addition to such limits. Should the Subject Insurer dispute any portion of the statement applicable to amounts payable by it, the Subject Insurer shall pay the

undisputed portion in accordance with this paragraph. The Parties recognize that because of the complexity of this arrangement and the amount of data required to perform the allocations, there will be instances where there are administrative or relatively insignificant errors in calculations. The Subject Insurer shall advise the Trust of the disputed items, and cooperate with the Trust to resolve the dispute. If the dispute is not promptly resolved, either Party may refer it to arbitration in accordance with Article XIV of this Amended Agreement. To the extent the Subject Insurer wishes to contest any allocation made by the Trust, then the burden shall be on the Subject Insurer to substantiate the allocations it believes are correct. Subject to the provisions in Article VIII, the Trust agrees that it will make reasonably available to the Subject Insurer all documentation in its possession in the event such documentation is requested by the Subject Insurer in order for the Subject Insurer to contest any allocation made by the Trust. Interest as set forth in this paragraph shall continue to accrue on any disputed amounts which the Subject Insurer becomes obligated to pay.

E.      All payments by the Subject Insurer to the Trust shall be made in accordance with written instructions provided by the Trust to the Subject Insurer.

F.      The Subject Insurer will not seek reimbursement of any payments made to the Trust pursuant to this Amended Agreement, whether by way of contribution, subrogation, reimbursement, indemnification or otherwise, from any Person, other than the Subject Insurer's reinsurers in their capacities as such. Notwithstanding the foregoing, if another insurer of the Grace Group pursues a claim sounding in contribution, subrogation, reimbursement, indemnification or otherwise against the Subject Insurer, then the Subject Insurer will be free to assert a claim sounding in

contribution, subrogation, reimbursement, indemnification or otherwise against such other insurer, to the extent permitted by the Joint Plan of Reorganization. To the extent that the Subject Insurer recovers a judgment or settlement against such other insurer with respect to a payment made under this Amended Agreement, the net proceeds thereof (i.e. less any fees, costs and expenses incurred by the Subject Insurer in prosecuting and defending such claim) will be distributed promptly to Grace or, after the Effective Date, to the Trust. Grace and the Trust will use their reasonable best efforts to obtain from all insurers with which they settle disputes regarding coverage for Asbestos PI Claims agreements similar to the conditions set forth in this Article VI(F).

G.      Following the Effective Date, in the event that:

1.      Grace, the Trust and/or any other Person becomes entitled to receive a payment from one or more of the insurers other than the Subject Insurer for any claims that have been released and discharged as against the Subject Insurer pursuant to this Amended Agreement; and

2.      As a result of such other insurer's obligation to pay described in Article VI(G)(1) above, such insurer either:

a.      enters into a settlement with the Subject Insurer, which settlement has been consented to by Grace or the Trust (as applicable) and such other Person, requiring the Subject Insurer to reimburse some or all of the payment made or to be made by such insurer; or

18

b.      obtains a final, non-appealable judicial or quasi-judicial

determination or award entitling such insurer to obtain a

sum certain from the Subject Insurer for contribution,

subrogation or indemnification or other similar claim,

against the Subject Insurer for the latter's alleged share or

equitable share, or to enforce subrogation rights, if any,

relating to such payment referenced in Article VI(G)(1)

above,

the Person entitled to receive such payment shall voluntarily reduce the amount of

payment to be received by such Person by the amount necessary to reduce or eliminate

such settlement, determination or award against the Subject Insurer.  To ensure that such

a reduction is accomplished, the Subject Insurer shall be entitled to assert this

Article VI(G) as a defense to any action against it for any such portion of the

determination or award against the Subject Insurer and shall be entitled to have the court

or appropriate tribunal issue such orders as are necessary to effectuate the reduction to

protect the Subject Insurer from any liability for the determination or award.  In any

proceeding against other insurers in which Grace or the Trust makes a claim for insurance

rights or benefits for any claim that may give rise to the events referenced in

Article VI(G)(1) above, notice will be provided to the Subject Insurer of such claim

within thirty (30) days of the time Grace or the Trust first becomes aware that such claim

is reasonably likely to result in a claim against the Subject Insurer and shall consent to the

Subject Insurer's intervention in any such proceeding to effectuate the intent of this

Article VI(G).

19

## VII.   CLAIMS HANDLING

A.     The Subject Insurer authorizes the Trust to handle all Bodily Injury Claims pursuant to the provisions of this Amended Agreement.  The Subject Insurer shall have neither the right nor the duty to assume charge of defending or handling any Bodily Injury Claim.  The Trust shall have the right, without prior approval or consent of the Subject Insurer, to settle any Bodily Injury Claim.

B.     The Subject Insurer acknowledges that the insurers under the Excess Insurance Policies other than the Subject Insurance Policy may be obligated to reimburse the Trust for Defense Costs and Indemnity Payments with respect to Bodily Injury Claims before the Subject Insurer has any obligation to do so under this Amended Agreement.  Any allocation made by the Trust in good faith pursuant to this Amended Agreement, prior to the time when any Defense Costs or Indemnity Payments are allocable to the Subject Insurance Policy under this Amended Agreement, shall be conclusive, whether such allocation involves allocating a Bodily Injury Claim to a Triggered Policy Year or allocating Defense Costs or Indemnity Payments for Bodily Injury Claims among the Excess Insurance Policies.

C.     Nothing in this Amended Agreement obligates the Subject Insurer to make payments on the Trust's behalf, as opposed to reimbursing the Trust for monies the Trust has paid for Defense Costs and Indemnity Payments.  Further, the Trust shall not seek reimbursement from the Subject Insurer, and the Subject Insurer shall have no obligation to pay, any expenses incurred by the Trust in administering the Trust.

## VIII.  COOPERATION ON DOCUMENT AND INFORMATION SHARING

A.    Cooperation.  The Trust agrees to obtain and retain, or cause its counsel to obtain and retain, documents regarding the allocations for all Bodily Injury Claims.  TIG shall have the right at any time (including at such time(s) during which the Trust does not claim that TIG has any existing payment obligation), upon reasonable notice and at TIG's expense, to review all files of the Trust relating to the Bodily Injury Claims, including files containing the documents upon which the Trust relies in making  allocations in accordance with this Amended Agreement, and including files that might otherwise be subject to the attorney-client privilege or work product doctrine.

B.    Information Subject to Review.  The files, information and documents subject to Article VIII(A) are limited to those in the possession of the Trust.

C.    No Effect on Obligations Under This Amended Agreement.  The review permitted by Article VIII(A), and any results of such a review:

    1.    shall not affect TIG's obligations to make payments under this Agreement;

    2.    shall not obligate the Trust to collect any information that it is not otherwise obligated to collect; and

    3.    shall not give TIG any right to challenge the allowance or payment of any Asbestos PI Claim by the Trust.

D.    Furnishing Reports.  At the sole discretion of the Trust, the obligations under Article VIII(A) may be satisfied by providing TIG on a quarterly and annual basis with a report concerning Asbestos PI Claims activity with respect to the time period that is the subject of TIG's request for relevant files, information and documents.

21

E.    <u>Disclosure of Confidential Materials</u>.  TIG shall not provide any report, results, files, information or documents obtained by TIG pursuant to this Article VIII (the "Materials") to any other Person and shall keep the Materials confidential, except that TIG may provide the Materials (i) to accountants, auditors, other insurers, reinsurers, governmental authorities and other regulatory entities to which TIG has a duty to report; (ii) as necessary to prove the exhaustion of the Subject Insurance Policy; (iii) to the Arbitrator in connection with a proceeding under Article XV; (iv) with advance written notice to the Trust, when obligated pursuant to court order; and (v) with the prior written consent of the Trust; provided, however, that prior to any such disclosure, the Persons to whom the Materials are to be disclosed pursuant to subparagraphs (i), (ii), (iii) and (v) must agree in writing to abide by the confidentiality provisions set forth herein.  TIG shall exercise its best efforts to maintain the confidentiality of the Materials, including seeking a protective order in any proceeding in which it uses the Materials.

F.    <u>Use of the Materials</u>.  TIG may use the Materials solely in connection with:

1.    the Bankruptcy Case;

2.    in any proceeding to obtain reinsurance with respect to payments made pursuant to this Amended Agreement;

3.    TIG's compliance with applicable laws or regulations; or

4.    an arbitration proceeding pursuant to Article XV.

For the avoidance of doubt, TIG may not use the Materials to build a database of information regarding Asbestos PI Claims or claimants for use other than in the Bankruptcy Case or in pursuit of reinsurance for payments made pursuant to this Amended Agreement.

22

G.    <u>Confidentiality Agreement</u>.  As soon as practicable following the Effective Date, TIG and the Trust will enter into a written Confidentiality Agreement that will include the following provisions:

1.    TIG will reimburse the Trust for the reasonable costs incurred by the Trust and the Trust's claims processor in assembling the requested files;

2.    The Trust may fulfill its obligations under this Article VIII by providing files in electronic format;

3.    TIG will return or destroy the Materials once all reinsurance issues are resolved;

4.    The Parties agree that the furnishing of the Materials by the Trust to TIG will not affect the confidential nature of the Materials or waive any applicable privileges or protections;

5.    TIG will implement adequate policies and procedures, including the erection of appropriate ethical walls, to ensure that the Materials are not used in any manner other than as permitted under this Amended Agreement; and

6.    In the event that disclosure of the Materials is sought from TIG pursuant to a lawful subpoena or other process, TIG will immediately notify the Trust of the request for disclosure.

H.    <u>No Full Social Security Numbers</u>.  Notwithstanding any of the foregoing, nothing in this Article VIII shall obligate the Trust to provide the Social Security Identification Number of any claimant beyond the last four digits.

23

## IX.    RELEASE AND DISMISSAL OF CERTAIN CLAIMS

A.    <u>Release by Grace, the Debtors, the Grace Group and the Trust</u>.  Upon the Execution Date, but subject to the Approval Order becoming a Final Order, Grace, on behalf of itself, the Debtors, and, to the extent it has the right, power or authority to bind them, the Grace Group, and the Trust hereby release and forever discharge the Subject Insurer from any and all:

1.    Obligations based on or arising out of the Subject Insurance Policy with respect to any Bodily Injury Claims and Non-Asbestos Products Liability Claims; and

2.    Claims which they may have, arising under common or statutory law, against the Subject Insurer for breach of the covenant of good faith and fair dealing (including however else a claim of "bad faith" or for "extra-contractual damages" may be characterized) in connection with the claims, losses and/or payments that are within the scope of this Amended Agreement, arising at any time in the past up to and including the date of this Amended Agreement.

Notwithstanding the foregoing, the Subject Insurer is not released from any of its obligations under this Amended Agreement.

B.    <u>Release by the Subject Insurer</u>.  Upon the Execution Date, but subject to the Approval Order becoming a Final Order, the Subject Insurer releases and forever discharges Grace, the Debtors, the Grace Group and the Trust from any and all:

1.    Obligations based on or arising out of the Subject Insurance Policy, including obligations to pay any premiums, deductibles,

24

self-insured retentions, retrospective premiums or other similar

charges, with respect to any Bodily Injury Claims and Non-

Asbestos Product Liability Claims; and

2.  Claims which it may have, arising under common or statutory law,

against Grace, the Debtors, the Grace Group and the Trust for

breach of the covenant of good faith and fair dealing (including

however else a claim of "bad faith" or for "extra-contractual

damages" may be characterized) in connection with the claims,

losses and/or payments that are within the scope of this Amended

Agreement, arising at any time in the past up to and including the

date of this Amended Agreement.

Notwithstanding the foregoing, Grace, the Debtors, the Grace Group and the Trust are not

released from any of their obligations under this Amended Agreement.

## X.    CONFIDENTIALITY

A.    The Parties agree that all information relating to the negotiation of this

Amended Agreement (collectively referred to as "Information," except that such term

does not include information that is or becomes available other than as a result of an act

or omission of any of the Parties) shall be confidential and is not to be disclosed except as

follows:

1.  The fact that the Parties have entered into this Amended

Agreement may be disclosed to any Person;

2.  The Information may be disclosed as necessary to obtain an

Approval Order from the Bankruptcy Court;

3.    The Information may be disclosed by order of court, or pursuant to a written agreement of the Parties;

4.    The Information may be disclosed by the Subject Insurer to its reinsurers, directly or through intermediaries;

5.    Grace or the Trust may disclose the Information to other insurers and their representatives;

6.    The Information may be disclosed to outside auditors or accountants of any Party or to the Internal Revenue Service;

7.    A Party may disclose the Information to its accountants, to its counsel, to underwriters in connection with offerings of securities to be issued by such Party and to counsel for such underwriters; and

8.    The Information may be disclosed in any action brought to enforce the terms of this Amended Agreement;

provided, however, that a Party making disclosure of any of the Information pursuant to one of the exceptions set forth in clauses (3) through (7) above shall inform any Person to which such disclosure is made of the confidential nature of the Information and of the understanding upon which it has been disclosed and shall use reasonable efforts to obtain the agreement of such Person to hold the Information in confidence.

B.    A Party may describe and/or make reference to this Amended Agreement to the extent that such disclosure is required to comply with any statute, rule or other requirement of any government or governmental agency or other authority.  Without limiting the foregoing, the Parties agree that Grace may describe and/or make reference

to this Amended Agreement in a Current Report on Form 8-K, a Quarterly Report on Form 10-Q, an Annual Report on Form 10-K or any other report or filing that, on advice of counsel, Grace is required to make pursuant to the Securities Act of 1933, as amended, or the Securities Exchange Act of 1934, as amended, and in any financial statements and/or related notes included or incorporated by reference in any such report or filing.

C.    In the event a court, litigant or governmental body requests or requires disclosure of any Information protected by this Article X, the Party from whom disclosure is sought shall immediately give written notice to the other Party in order to allow each Party to take such protective steps as may be appropriate.

D.    Information protected by this Article shall be deemed to fall within the protection afforded compromises and offers of compromise by Rule 408 of the Federal Rules of Evidence and similar provisions of state law or state rules of court.

XI.    **INDEMNIFICATION**

A.    Following the Effective Date, the Trust shall indemnify and hold the Subject Insurer harmless from and against any and all liability (except as otherwise provided in subsections B, D, & H of this Article, and excluding any attorneys' fees or other costs or expenses) imposed upon the Subject Insurer as a result of any claims, demands, lawsuits, causes of action or proceedings that are asserted, initiated or continued by any Person not a party to this Amended Agreement against the Subject Insurer that are based upon the Subject Insurance Policy and constitute Bodily Injury Claims that are Asbestos PI Claims subject to the Asbestos PI Channeling Injunction. (The matters for which the Trust is obligated pursuant to this Article to indemnify and hold harmless the Subject Insurer are hereinafter referred to as "Indemnifiable Claims.")

27

B.      The Trust's obligation to indemnify the Subject Insurer for Indemnifiable Claims with respect to the Subject Insurance Policy shall be subject to an aggregate limit equal to the aggregate amount reimbursed to Grace and/or the Trust by the Subject Insurer with respect to such Subject Insurance Policy for Defense Costs and Indemnity Payments under this Amended Agreement.  Once the Trust has paid liabilities for Indemnifiable Claims of the Subject Insurer in an amount equal to such reimbursed amount, the Trust shall not be obligated to indemnify the Subject Insurer for further Indemnifiable Claims with respect to the Subject Insurance Policy.

C.      As soon as practicable after receipt by the Subject Insurer of notice of any complaint or the commencement or continuation of any action or proceeding that constitutes an Indemnifiable Claim, the Subject Insurer shall notify the Trust in writing of such Indemnifiable Claim.

D.      Any failure by the Subject Insurer to promptly notify the Trust of any Indemnifiable Claim shall relieve the Trust from any indemnification obligation with respect thereto.

E.      After the Trust receives any notice of an Indemnifiable Claim pursuant to subsection C of this Article, the Trust shall promptly notify the Subject Insurer whether the Trust will assume the defense of the Subject Insurer against such Indemnifiable Claim.  If the Trust elects to assume the defense of such Indemnifiable Claim, the Trust shall select counsel to represent the Subject Insurer (which may include counsel presently representing Grace) and the Trust shall assume the payment of the fees and disbursements of such counsel, except that the Trust's selection of counsel to represent the Subject Insurer shall be subject to the consent of the Subject Insurer, which consent

shall not be unreasonably withheld.  In any action or proceeding in which the Trust

assumes the defense of the Subject Insurer, the Subject Insurer shall have the right to

participate in such litigation and to retain its own counsel at the Subject Insurer's own

expense.

      F.     The Trust and the Subject Insurer shall consult to the extent practicable

about all decisions to be made, either procedural or substantive, by counsel retained on

behalf of the Subject Insurer pertaining in any material manner to the Subject Insurer in

the defense of any Indemnifiable Claim.  In the event the Parties are unable to agree, the

final decision with respect to the defense of the Subject Insurer, either procedural or

substantive, shall rest with the Trust, except that the Trust shall allow the Subject Insurer

complete control over the positions asserted in the interpretation of the language of the

Subject Insurance Policy.  The Trust shall keep the Subject Insurer apprised in a timely

manner of all significant developments in such defense and shall provide the Subject

Insurer at its request with status reports that advise the Subject Insurer of such

developments.

      G.     Any settlement or compromise made by the Trust on behalf of the Subject

Insurer with respect to an Indemnifiable Claim shall provide that it is not an admission of

liability by the Subject Insurer and is without precedent beyond the scope of the matters

addressed by such compromise or settlement.  The Trust shall give notice and provide

reasonable and timely disclosure as soon as is practicable to the Subject Insurer of any

proposed settlement or compromise.  The Subject Insurer shall have such time as is

practicable to review the proposed settlement or compromise and to present its views to

the Trust, but no such settlement or compromise shall require the Subject Insurer's

approval. The Trust shall use its best efforts to keep such settlement or compromise confidential.

H.     If the Trust declines to assume the defense of any Indemnifiable Claim, then the Subject Insurer shall employ counsel to defend against such Indemnifiable Claim, and the Subject Insurer shall pay the reasonable fees and disbursements of such counsel. If the Subject Insurer, without previously obtaining the Trust's consent, which consent shall not be unseasonably withheld, settles any Indemnifiable Claim that the Trust has declined to assume, then the Trust shall be relieved of any obligation to indemnify the Subject Insurer for such settlement. The Subject Insurer shall use reasonable efforts to keep such settlement or compromise confidential.

I.     Nothing herein shall constitute any waiver of the Subject Insurer's attorney-client privilege, which privilege shall extend only to such counsel retained to represent the Subject Insurer and shall not extend to the Trust or its counsel unless specifically agreed by the Subject Insurer in writing with reference to a particular attorney-client communication.

J.     The Subject Insurer and the Trust shall cooperate reasonably with each other with respect to Indemnifiable Claims. If the Trust has assumed the defense of any action or proceeding, the Subject Insurer shall comply in a timely manner with requests for access to documentation or information made by the Trust's appointed counsel for purposes of defense. If the Trust has declined to assume the defense of any action or proceeding, the Trust shall comply in a timely manner with any of the Subject Insurer's requests for access to documentation or information made by the Subject Insurer for purposes of such defense.

K.      For the avoidance of doubt, amounts paid by the Trust pursuant to this Article X to or on behalf of the Subject Insurer in connection with Indemnifiable Claims shall be paid in full within sixty (60) days and shall not be subject to any Payment Percentage as described in Section IV of the Trust Distribution Procedures.

## XII.   PUNITIVE DAMAGES

The Subject Insurer shall have no obligation under the Subject Insurance Policy or otherwise to reimburse or indemnify the Trust or Grace for fines, penalties, punitive or exemplary damages, or any damages to the extent that the amount is a multiple of the compensatory damages.

## XIII.  BANKRUPTCY-RELATED OBLIGATIONS

A.      Committee and Futures Representative Approval.  Promptly following the Execution Date, Grace will use its reasonable best efforts to obtain the written approval of the Committee and the Futures Representative with respect to this Amended Agreement.

B.      Approval Motion.  Promptly following the Execution Date, Grace will prepare and file a motion seeking entry of the Approval Order with the Bankruptcy Court, which motion will be in form and substance satisfactory to the Parties.  Grace will use its reasonable best efforts promptly to obtain entry of the Approval Order, and promptly to obtain entry of the Approval Order as a Final Order.  The Subject Insurer, at its own expense, will cooperate with Grace in obtaining the Approval Order.

C.      Order.  Grace will use its reasonable best efforts to cause the Bankruptcy Court to enter an order providing, among other things:

1.  That the terms of this Amended Agreement are approved in their entirety, and that Grace is authorized to take all actions necessary to implement and effectuate the terms of this Amended Agreement;

2.  That this Amended Agreement will be designated an Asbestos Insurance Settlement Agreement, and that the Subject Insurer will be designated as a Settled Asbestos Insurance Company, with respect to the Subject Insurance Policy and the claims released herein on Exhibit 5 of the Exhibit Book to the Joint Plan of Reorganization; and

3.  That the Trust, upon its creation, will be bound to the provisions of this Amended Agreement with the same force and effect as if the Trust was a Party to this Amended Agreement from the Execution Date, provided that the Joint Plan of Reorganization is confirmed.

D.    Withdrawal of Settled Asbestos Insurance Company Designation.  In the event that, at any time after the Effective Date, the Trust believes that the Subject Insurer has failed to make a payment as required by Article VI of this Amended Agreement, the Trust will provide the Subject Insurer with written notice of default.  The Subject Insurer will have thirty (30) days from the date of receipt of the notice of default to cure or dispute any claimed default in writing.  In the event that the Subject Insurer does not cure or dispute the claimed default within thirty (30) days of receipt of the notice, the Trust may give notice of its intent to withdraw the designation of the Subject Insurer as a Settled Asbestos Insurance Company with respect to the Subject Insurance Policy.  In the

event that the Subject Insurer disputes the existence of a default in writing within thirty (30) days of receipt of the notice of default or receipt of the notice of the Trust's intent to withdraw the designation, and the Trust and the Subject Insurer are unable to resolve the dispute, the Trust and the Subject Insurer shall submit the dispute to arbitration pursuant to Article XV. In the event that the Subject Insurer neither cures the default nor disputes the existence of a default within thirty (30) days of receipt of the notice of default or receipt of the notice of intent to withdraw the designation, or the Arbitrator finds that the Subject Insurer defaulted on its payment obligation under this Amended Agreement, the Trust may withdraw the designation of the Subject Insurer as a Settled Asbestos Insurance Company, unless the Subject Insurer cures the default within thirty (30) days of the Arbitrator's decision, or within such shorter period of time as the Arbitrator may order.

  E. <u>Trust as a Party</u>.  Upon the Effective Date, the Trust automatically and without need for further action will become a Party to this Amended Agreement.

  F. <u>Suspension of Bankruptcy-Related Activities</u>.  Following the Execution Date, the Subject Insurer (1) will suspend prosecution of all of its objections to the Joint Plan of Reorganization or plan-related documents, to confirmation of the Joint Plan of Reorganization, or to the Debtors', Committee's or Futures Representative's motions or applications pending in the Bankruptcy Case (including any appeals of decisions in the Bankruptcy Case); (2) will take no further actions of any nature (including filing new objections to the Joint Plan of Reorganization and initiating or taking discovery) that may hinder, delay or oppose actions of the Debtors, the Committee or the Futures Representative in the Bankruptcy Case; and (3) will not oppose the entry of a

Confirmation Order; provided, however, that in the event that the Bankruptcy Court does not issue an Approval Order or the Approval Order does not become a Final Order, the Subject Insurer may renew prosecution of its objections, to the extent practical consistent with the Court's scheduling orders.

G.     Withdrawal of Objections.  Upon the Bankruptcy Court's Approval Order becoming a Final Order, the Subject Insurer shall withdraw all of its objections to the Joint Plan of Reorganization or plan-related documents, to confirmation of the Joint Plan of Reorganization and to the Debtors', Committee's or Futures Representative's motions or applications pending in the Bankruptcy Case (including any appeals of decisions in the Bankruptcy Case), and expressly consents to the assignment of Asbestos Insurance Rights as provided in the Asbestos Insurance Transfer Agreement, Exhibit 6 of the Exhibit Book to the Joint Plan of Reorganization.

**XIV.          TERMINATION**

A.     After the Execution Date, this Amended Agreement shall terminate upon the occurrence of any of the following events:

1.     The failure of the Committee and the Futures Representative to consent in writing to this Amended Agreement within thirty (30) days of the Execution Date; or

2.     The entry of an order of the Bankruptcy Court denying approval of this Amended Agreement or the entry of an order by the District Court reversing the Approval Order; or

3.    The failure of the Effective Date to occur, coupled with circumstances that make clear that the Effective Date will never occur; or

4.    The entry of an order by the Bankruptcy Court dismissing the Bankruptcy Case or converting it into a Chapter 7 case.

B.    The Subject Insurer shall have the option to terminate this Amended Agreement by providing written notice of termination to Grace, the Trust (if it is then in existence), the Committee and the Futures Representative within thirty (30) days of the occurrence of any of the following events:

1.    The entry of an order that becomes a Final Order stating that the Subject Insurer is not a Settled Asbestos Insurance Company or that this Amended Agreement is not an Asbestos Insurance Settlement Agreement; or

2.    The confirmation of a Joint Plan of Reorganization that materially and adversely affects the interests of the Subject Insurer under this Amended Agreement; or

3.    The modification of the Asbestos PI Channeling Injunction in such a way as to materially and adversely affect the interests of the Subject Insurer under this Amended Agreement.

Failure by the Subject Insurer to give timely notice of the exercise of its option to terminate this Amended Agreement will be deemed a permanent waiver of the option to terminate with respect to that condition.

C.    In the event that this Amended Agreement is terminated pursuant to Article XIV(A) or (B):

35

1.      This Amended Agreement shall be of no further force and effect, and the Parties shall have no further obligations under this Amended Agreement, except the obligations set forth in Article IX, which shall survive termination; and

2.      The 2000 Agreement and any other agreements in effect between the Parties prior to the execution of this Amended Agreement will remain in force and effect as if this Amended Agreement had never existed.

## XV.    ARBITRATION

A.      The Parties agree to resolve any dispute which arises regarding the terms of this Amended Agreement or the implementation thereof (a "Dispute") by way of binding arbitration in accordance with the Center for Public Resources Rules for Non-Administered Arbitration of Business Disputes (the "Rules") and the provisions of this Article.

B.      In the event any Dispute arises that the Parties are unable to resolve by agreement, any Party to such Dispute shall have the right to commence binding arbitration of such Dispute under this Article by sending written notice demanding such arbitration to the other Party in accordance with Article XVI.  Such notice shall briefly describe the Dispute as well as the relief sought by the Party demanding arbitration. Promptly following any such notice, the Parties shall attempt to agree upon the selection of an arbitrator (the "Arbitrator") to resolve such Dispute.  If the Parties have not agreed upon the selection of the Arbitrator by the fifteenth (15th) day following delivery of the notice demanding arbitration, then any Party may request the Center for Public Resources

to select the Arbitrator, provided that any Arbitrator selected by the Center for Public Resources shall be a retired federal or state court judge with no current or prior business dealings with the Subject Insurer, the Grace Group or the Trust unless the Parties agree to waive any such requirement after the disclosure by the Arbitrator of any such current or prior business dealings with the Subject Insurer, the Grace Group or the Trust.  Any such selection of the Arbitrator by the Center for Public Resources shall be conclusive and binding on the Parties.

C.    All arbitrations under this Article shall be conducted in accordance with the Rules and the Parties shall faithfully abide by the Rules and abide by and perform any award rendered by the Arbitrator.  All such arbitrations shall be governed by the United States Arbitration Act, 9 U.S.C. §§ 1-16, and judgment upon the award may be entered by any court having jurisdiction thereof.  Any such arbitration shall be conducted in New York, New York; provided, however, that the Parties' agreement on New York, New York as the venue for such arbitration shall not affect their rights to assert that the substantive law of a jurisdiction other than New York shall apply to a particular Dispute.

## XVI.  NOTICES

A.    All notices, requests, demands and other communications required or permitted to be given under this Amended Agreement shall be deemed to have been duly given if in writing and delivered personally or by overnight courier, or mailed first-class, postage prepaid, registered or certified mail (except that reports under Article VI or Article VIII need not be sent by registered or certified mail), addressed as follows:

If to Grace:

> W. R. Grace & Co.
> 7500 Grace Drive
> Columbia, Maryland 21044
> Attention:  General Counsel
> Telephone:  (410) 531-4000
> Facsimile:   (410) 531-4545

With a copy to:

> Kirkland & Ellis LLP
> 601 Lexington Avenue
> New York, NY  10022
> Attn:  Theodore L. Freedman
> Telephone:  (212) 446-4800
> Facsimile:   (212) 446-4900

If to the Subject Insurer:

> TIG Insurance Company
> c/o Devonshire Group
> 1851 East First Street
> Suite 1400
> Santa Ana, CA  92705
> Attn:  Andrew Costa
> Telephone: (714) 285-1552
> Facsimile:  (714) 285-9714

With a copy to:

> Morrison Mahoney LLP
> 250 Summer Street
> Boston, MA  02210
> Attn:  John Harding
> Telephone:  (617) 439-7558
> Facsimile:   (617) 342-4888

If to the Committee:

> Caplin & Drysdale, Chartered
> One Thomas Circle, NW, Suite 1100
> Washington, DC  20005
> Attn:  Peter Lockwood
> Telephone:  (202) 862-5000
> Facsimile:   (202) 862-3301

and

Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152
Attn: Elihu Inselbuch
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

With a copy to:

Anderson Kill & Olick, PC
1251 Avenue of the Americas
New York, NY 10020
Attn: Robert M. Horkovich
Telephone: (212) 278-1322
Facsimile: (212) 278-1733

If to the Futures Representative:

David T. Austern
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683
Telephone: (703) 205-0835
Facsimile: (703) 205-6249

With a copy to:

Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Attn: Roger Frankel
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

B.      Any Party may change the address to which such communications are to

be directed to it by giving notice to all other Parties, in the manner provided in this

Article.

## XVII. NO MODIFICATION

This Amended Agreement may be amended, modified, superseded or canceled, and any of the terms hereof may be waived, only by a written instrument which specifically states that it amends, modifies, supersedes or cancels this Amended Agreement, executed by or on behalf of all of the Parties or, in the case of a waiver, by or on behalf of the Party waiving compliance. The failure of a Party at any time or times to require performance of any provision of this Amended Agreement shall in no manner affect the right at a later time to enforce the same. No waiver by a Party of any condition, or of any breach of any term, covenant, representation or warranty contained in this Amended Agreement, in any one or more instances, shall be deemed to be or construed as a further or continuing waiver of any such condition or breach, or a waiver of any other condition or of any breach of any other term, covenant or warranty.

## XVIII. INTEGRATION

This Amended Agreement, including the attachments hereto, constitutes the entire agreement and understanding among the Parties with respect to the subject matter hereof, and supersedes all prior agreements, arrangements and understandings relating to the subject matter hereof. For the avoidance of doubt, this Amended Agreement supersedes the 2000 Agreement, which will have no further force and effect, unless this Amended Agreement is terminated in accordance with Article XIII.

## XIX. AUTHORITY

A.    The Subject Insurer represents and warrants to Grace that all necessary corporate approvals have been obtained for its execution and delivery of this Amended Agreement to Grace.

B.      Grace represents and warrants to the Subject Insurer that all necessary corporate approvals have been obtained for its execution and delivery of this Amended Agreement to the Subject Insurer.

IN WITNESS WHEREOF, the Parties have executed this Amended Agreement by their authorized officers as of the date first written above.

Date: _July 1, 2010_____

W. R. GRACE & CO.

Signed: _Mark A. Shelnitz_

Name: _Mark A. Shelnitz_

Title: _Vice President and General Counsel_

Date: _____

TIG INSURANCE COMPANY, formerly known as TRANSAMERICA INSURANCE COMPANY

Signed: _____

Name: _____

Title: _____

42

IN WITNESS WHEREOF, the Parties have executed this Amended Agreement by their authorized officers as of the date first written above.

Date: _____

W. R. GRACE & CO.

Signed: _____

Name: _____

Title: _____


Date: _____7/29/10_____

TIG INSURANCE COMPANY, formerly known as TRANSAMERICA INSURANCE COMPANY

Signed: _Robert J. Sampson____

Name: _Robert J. Sampson____

Title: _Vice President of Claims_

42

## ATTACHMENT A

| Insurer | Policy Year Start | Policy Year End | Policy Number | Underlying Limit | Layer Amount | Policy Amount | Outstanding |
|---|---|---|---|---|---|---|---|
| Transamerica Insurance Co. | 6/30/1984 | 6/30/1985 | USE13397786 | $25,000,000 | $50,000,000 | $4,000,000 | $3,998,051 |

**ATTACHMENT B**

| Insurance Period | | | | | | Policy Period | | | | | | | Remaining |
| Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Insurance |
| 10/20/62 | 10/20/63 | 1 | $5,000,000 | $0 | American Employers | 10/20/62 | 10/20/63 | A-15-2127-51 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/62 | 10/20/63 | 2 | $5,000,000 | $5,000,000 | Home Insurance Co | 10/20/62 | 10/20/63 | HEC9543206 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| | | | | | | | | Period Totals: | | $10,000,000 | | $10,000,000 | $0 |

**ATTACHMENT B**

| Insurance Period | | | | | | Policy Period | | | | | | | Remaining |
| Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/63 | 10/20/64 | 1 | $5,000,000 | $0 | American Employers | 10/20/63 | 10/20/64 | A-15-2127-51 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/63 | 10/20/64 | 2 | $5,000,000 | $5,000,000 | Home Insurance Co | 10/20/63 | 10/20/64 | HEC9543206 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| | | | | | | | | | Period Totals: | $10,000,000 | | $10,000,000 | $0 |

## ATTACHMENT B

| Insurance Period | | | | | | Policy Period | | | | | | | Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Insurance |
| 10/20/64 | 10/20/65 | 1 | $5,000,000 | $0 American Employers | | 10/20/64 | 10/20/65 | A-15-2127-51 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/64 | 10/20/65 | 2 | $5,000,000 | $5,000,000 Home Insurance Co | | 10/20/64 | 10/20/65 | HEC9543206 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/64 | 10/20/65 | 3 | $10,000,000 | $10,000,000 American Employers | | 01/27/65 | 10/20/65 | A-15-8138-001 | 100.000000% | $10,000,000 | No | $10,000,000 | $0 |
| 10/20/64 | 10/20/65 | 4 | $5,000,000 | $20,000,000 Fireman's Fund | | 01/27/65 | 10/20/65 | XL76937 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/64 | 10/20/65 | 5 | $5,000,000 | $25,000,000 American Reinsurance Co | | 01/27/65 | 10/20/65 | M-6672-0001 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| | | | | | | | | Period Totals: | | $30,000,000 | | $30,000,000 | $0 |

## ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/65 | 10/20/66 | 1 | $5,000,000 | $0 | American Employers | 10/20/65 | 10/20/66 | A-16-8220-001 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/65 | 10/20/66 | 2 | $5,000,000 | $5,000,000 | Home Insurance Co | 10/20/65 | 10/20/66 | HEC9544498 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/65 | 10/20/66 | 3 | $10,000,000 | $10,000,000 | INA | 10/20/65 | 10/20/66 | XBC1834 | 100.000000% | $10,000,000 | No | $10,000,000 | $0 |
| 10/20/65 | 10/20/66 | 4 | $5,000,000 | $20,000,000 | American Employers | 10/20/65 | 10/20/66 | A-16-8220-002 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/65 | 10/20/66 | 5 | $5,000,000 | $25,000,000 | American Home Assurance | 10/20/65 | 10/20/66 | CE351082 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/65 | 10/20/66 | 6 | $5,000,000 | $30,000,000 | American Reinsurance Co | 05/17/66 | 10/20/66 | M-6672-0002 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/65 | 10/20/66 | 7 | $5,000,000 | $35,000,000 | Fireman's Fund | 05/17/66 | 10/20/66 | XL91085 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/65 | 10/20/66 | 8 | $10,000,000 | $40,000,000 | Sphere Drake Ins. Co. Ltd. | 05/17/66 | 10/20/66 | 66/180390 | 1.985000% | $198,500 | No | $9,481 | $189,019 |
| 10/20/65 | 10/20/66 | 8 | $10,000,000 | $40,000,000 | British National Ins. Co. Ltd. | 05/17/66 | 10/20/66 | 66/180390 | 4.964000% | $496,400 | No | $23,709 | $472,691 |
| 10/20/65 | 10/20/66 | 8 | $10,000,000 | $40,000,000 | Orion Ins. Co. Ltd. | 05/17/66 | 10/20/66 | 66/180390 | 3.971000% | $397,100 | No | $18,966 | $378,134 |
| 10/20/65 | 10/20/66 | 8 | $10,000,000 | $40,000,000 | Swiss Union Gen. Ins. Co. Ltd. | 05/17/66 | 10/20/66 | 66/180390 | 4.963500% | $496,350 | No | $23,706 | $472,644 |
| 10/20/65 | 10/20/66 | 8 | $10,000,000 | $40,000,000 | English & American Ins. Co. Ltd. | 05/17/66 | 10/20/66 | 66/180390 | 6.453000% | $645,300 | No | $30,820 | $614,480 |
| 10/20/65 | 10/20/66 | 8 | $10,000,000 | $40,000,000 | World Auxiliary Ins. Corp. Ltd. | 05/17/66 | 10/20/66 | 66/180390 | 0.993000% | $99,300 | No | $4,743 | $94,557 |
| 10/20/65 | 10/20/66 | 8 | $10,000,000 | $40,000,000 | Minster Ins. Co. Ltd. | 05/17/66 | 10/20/66 | 66/180390 | 4.963500% | $496,350 | No | $23,706 | $472,644 |
| 10/20/65 | 10/20/66 | 8 | $10,000,000 | $40,000,000 | London & Overseas Ins. Co. Ltd. | 05/17/66 | 10/20/66 | 66/180390 | 3.971000% | $397,100 | No | $18,966 | $378,134 |
| 10/20/65 | 10/20/66 | 8 | $10,000,000 | $40,000,000 | Stronghold Ins. Co. Ltd. | 05/17/66 | 10/20/66 | 66/180390 | 6.934000% | $693,400 | No | $42,670 | $650,730 |
| 10/20/65 | 10/20/66 | 8 | $10,000,000 | $40,000,000 | Andrew Weir Ins. Co. Ltd. | 05/17/66 | 10/20/66 | 66/180390 | 4.964000% | $496,400 | No | $23,709 | $472,691 |
| 10/20/65 | 10/20/66 | 8 | $10,000,000 | $40,000,000 | Lloyds Underwriters | 05/17/66 | 10/20/66 | 66/180390 | 42.422000% | $4,242,200 | No | $202,612 | $4,039,588 |
| 10/20/65 | 10/20/66 | 8 | $10,000,000 | $40,000,000 | Dominion Ins. Co. Ltd. | 05/17/66 | 10/20/66 | 66/180390 | 9.927000% | $992,700 | No | $47,412 | $945,288 |
| 10/20/65 | 10/20/66 | 8 | $10,000,000 | $40,000,000 | St. Helens Ins. Co. Ltd. | 05/17/66 | 10/20/66 | 66/180390 | 1.489000% | $148,900 | No | $7,112 | $141,788 |

Period Totals: $50,000,000    $40,477,612    $9,522,388

**ATTACHMENT B**

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/66 | 10/20/67 | 1 | $5,000,000 | $0 | American Employers | 10/20/66 | 10/20/67 | A-16-8220-001 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/66 | 10/20/67 | 2 | $5,000,000 | $5,000,000 | Home Insurance Co | 10/20/66 | 10/20/67 | HEC9544498 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/66 | 10/20/67 | 3 | $10,000,000 | $10,000,000 | INA | 10/20/66 | 10/20/67 | XBC1834 | 100.000000% | $10,000,000 | No | $10,000,000 | $0 |
| 10/20/66 | 10/20/67 | 4 | $5,000,000 | $20,000,000 | American Employers | 10/20/66 | 10/20/67 | A-16-8220-002 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/66 | 10/20/67 | 5 | $5,000,000 | $25,000,000 | American Home Assurance | 10/20/66 | 10/20/67 | CE351082 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/66 | 10/20/67 | 6 | $5,000,000 | $30,000,000 | American Reinsurance Co | 10/20/66 | 10/20/67 | M-6672-0002 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/66 | 10/20/67 | 7 | $5,000,000 | $35,000,000 | Fireman's Fund | 10/20/66 | 10/20/67 | XL91085 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/66 | 10/20/67 | 8 | $10,000,000 | $40,000,000 | Andrew Weir Ins. Co. Ltd. | 10/20/66 | 10/20/67 | 66/180390 | 4.964000% | $496,400 | No | $496,400 | $0 |
| 10/20/66 | 10/20/67 | 8 | $10,000,000 | $40,000,000 | World Auxiliary Ins. Corp. Ltd. | 10/20/66 | 10/20/67 | 66/180390 | 0.993000% | $99,300 | No | $99,300 | $0 |
| 10/20/66 | 10/20/67 | 8 | $10,000,000 | $40,000,000 | British National Ins. Co. Ltd. | 10/20/66 | 10/20/67 | 66/180390 | 4.964000% | $496,400 | No | $496,400 | $0 |
| 10/20/66 | 10/20/67 | 8 | $10,000,000 | $40,000,000 | Stronghold Ins. Co. Ltd. | 10/20/66 | 10/20/67 | 66/180390 | 8.934000% | $893,400 | No | $893,400 | $0 |
| 10/20/66 | 10/20/67 | 8 | $10,000,000 | $40,000,000 | Orion Ins. Co. Ltd. | 10/20/66 | 10/20/67 | 66/180390 | 3.971000% | $397,100 | No | $397,100 | $0 |
| 10/20/66 | 10/20/67 | 8 | $10,000,000 | $40,000,000 | Minster Ins. Co. Ltd. | 10/20/66 | 10/20/67 | 66/180390 | 4.963500% | $496,350 | No | $496,350 | $0 |
| 10/20/66 | 10/20/67 | 8 | $10,000,000 | $40,000,000 | Sphere Drake Ins. Co. Ltd. | 10/20/66 | 10/20/67 | 66/180390 | 1.985000% | $198,500 | No | $198,500 | $0 |
| 10/20/66 | 10/20/67 | 8 | $10,000,000 | $40,000,000 | Dominion Ins. Co. Ltd. | 10/20/66 | 10/20/67 | 66/180390 | 9.927000% | $992,700 | No | $992,700 | $0 |
| 10/20/66 | 10/20/67 | 8 | $10,000,000 | $40,000,000 | English & American Ins. Co. Ltd. | 10/20/66 | 10/20/67 | 66/180390 | 6.453000% | $645,300 | No | $645,300 | $0 |
| 10/20/66 | 10/20/67 | 8 | $10,000,000 | $40,000,000 | London & Overseas Ins. Co. Ltd. | 10/20/66 | 10/20/67 | 66/180390 | 3.971000% | $397,100 | No | $397,100 | $0 |
| 10/20/66 | 10/20/67 | 8 | $10,000,000 | $40,000,000 | Swiss Union Gen. Ins. Co. Ltd. | 10/20/66 | 10/20/67 | 66/180390 | 4.963500% | $496,350 | No | $496,350 | $0 |
| 10/20/66 | 10/20/67 | 8 | $10,000,000 | $40,000,000 | Lloyds Underwriters | 10/20/66 | 10/20/67 | 66/180390 | 42.422000% | $4,242,200 | No | $4,242,200 | $0 |
| 10/20/66 | 10/20/67 | 8 | $10,000,000 | $40,000,000 | St. Helens Ins. Co. Ltd. | 10/20/66 | 10/20/67 | 66/180390 | 1.489000% | $148,900 | No | $148,900 | $0 |

Period Totals:  $50,000,000    $50,000,000    $0

## ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/67 | 10/20/68 | 1 | $5,000,000 | $0 | American Employers | 10/20/67 | 10/20/68 | A-16-8220-001 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/67 | 10/20/68 | 2 | $5,000,000 | $5,000,000 | Home Insurance Co | 10/20/67 | 10/20/68 | HEC9544498 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/67 | 10/20/68 | 3 | $10,000,000 | $10,000,000 | INA | 10/20/67 | 10/20/68 | XBC1834 | 100.000000% | $10,000,000 | No | $10,000,000 | $0 |
| 10/20/67 | 10/20/68 | 4 | $5,000,000 | $20,000,000 | American Employers | 10/20/67 | 10/20/68 | A-16-8220-002 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/67 | 10/20/68 | 5 | $5,000,000 | $25,000,000 | American Home Assurance | 10/20/67 | 10/20/68 | CE351082 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/67 | 10/20/68 | 6 | $5,000,000 | $30,000,000 | American Reinsurance Co | 10/20/67 | 10/20/68 | M-6672-0002 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/67 | 10/20/68 | 7 | $5,000,000 | $35,000,000 | Fireman's Fund | 10/20/67 | 10/20/68 | XL91085 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/67 | 10/20/68 | 8 | $10,000,000 | $40,000,000 | Dominion Ins. Co. Ltd. | 10/20/67 | 10/20/68 | 66/180390 | 9.927000% | $992,700 | No | $992,700 | $0 |
| 10/20/67 | 10/20/68 | 8 | $10,000,000 | $40,000,000 | Swiss Union Gen. Ins. Co. Ltd. | 10/20/67 | 10/20/68 | 66/180390 | 4.963500% | $496,350 | No | $496,350 | $0 |
| 10/20/67 | 10/20/68 | 8 | $10,000,000 | $40,000,000 | British National Ins. Co. Ltd. | 10/20/67 | 10/20/68 | 66/180390 | 4.964000% | $496,400 | No | $496,400 | $0 |
| 10/20/67 | 10/20/68 | 8 | $10,000,000 | $40,000,000 | English & American Ins. Co. Ltd. | 10/20/67 | 10/20/68 | 66/180390 | 6.453000% | $645,300 | No | $645,300 | $0 |
| 10/20/67 | 10/20/68 | 8 | $10,000,000 | $40,000,000 | Lloyds Underwriters | 10/20/67 | 10/20/68 | 66/180390 | 42.422000% | $4,242,200 | No | $4,242,200 | $0 |
| 10/20/67 | 10/20/68 | 8 | $10,000,000 | $40,000,000 | St. Helens Ins. Co. Ltd. | 10/20/67 | 10/20/68 | 66/180390 | 1.489000% | $148,900 | No | $148,900 | $0 |
| 10/20/67 | 10/20/68 | 8 | $10,000,000 | $40,000,000 | Minster Ins. Co. Ltd. | 10/20/67 | 10/20/68 | 66/180390 | 4.963500% | $496,350 | No | $496,350 | $0 |
| 10/20/67 | 10/20/68 | 8 | $10,000,000 | $40,000,000 | Sphere Drake Ins. Co. Ltd. | 10/20/67 | 10/20/68 | 66/180390 | 1.985000% | $198,500 | No | $198,500 | $0 |
| 10/20/67 | 10/20/68 | 8 | $10,000,000 | $40,000,000 | London & Overseas Ins. Co. Ltd. | 10/20/67 | 10/20/68 | 66/180390 | 3.971000% | $397,100 | No | $397,100 | $0 |
| 10/20/67 | 10/20/68 | 8 | $10,000,000 | $40,000,000 | Orion Ins. Co. Ltd. | 10/20/67 | 10/20/68 | 66/180390 | 3.971000% | $397,100 | No | $397,100 | $0 |
| 10/20/67 | 10/20/68 | 8 | $10,000,000 | $40,000,000 | Stronghold Ins. Co. Ltd. | 10/20/67 | 10/20/68 | 66/180390 | 8.934000% | $893,400 | No | $893,400 | $0 |
| 10/20/67 | 10/20/68 | 8 | $10,000,000 | $40,000,000 | World Auxiliary Ins. Corp. Ltd. | 10/20/67 | 10/20/68 | 66/180390 | 0.993000% | $99,300 | No | $99,300 | $0 |
| 10/20/67 | 10/20/68 | 8 | $10,000,000 | $40,000,000 | Andrew Weir Ins. Co. Ltd. | 10/20/67 | 10/20/68 | 66/180390 | 4.964000% | $496,400 | No | $496,400 | $0 |
| | | | | | | | | Period Totals: | | $50,000,000 | | $50,000,000 | $0 |

## ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/68 | 10/20/69 | 1 | $5,000,000 | $0 | American Employers | 10/20/68 | 10/20/69 | A-16-8220-003 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/68 | 10/20/69 | 2 | $5,000,000 | $5,000,000 | Home Insurance Co | 10/20/68 | 10/20/69 | HEC9304605 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/68 | 10/20/69 | 3 | $10,000,000 | $10,000,000 | INA | 10/20/68 | 10/20/69 | XBC1834 | 100.000000% | $10,000,000 | No | $10,000,000 | $0 |
| 10/20/68 | 10/20/69 | 4 | $30,000,000 | $20,000,000 | Lloyds Underwriters | 10/20/68 | 10/20/69 | 914-102502 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/68 | 10/20/69 | 4 | $30,000,000 | $20,000,000 | British Northwestern | 10/20/68 | 10/20/69 | 411-4307 | 5.000000% | $1,500,000 | No | $1,500,000 | $0 |
| 10/20/68 | 10/20/69 | 4 | $30,000,000 | $20,000,000 | American Employers | 10/20/68 | 10/20/69 | A-16-8220-004 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/68 | 10/20/69 | 4 | $30,000,000 | $20,000,000 | US Fire Insurance Co | 10/20/68 | 10/20/69 | XS2108 | 1.666667% | $500,000 | No | $500,000 | $0 |
| 10/20/68 | 10/20/69 | 4 | $30,000,000 | $20,000,000 | American Reinsurance Co | 10/20/68 | 10/20/69 | M0085374 | 10.000000% | $3,000,000 | No | $3,000,000 | $0 |
| 10/20/68 | 10/20/69 | 4 | $30,000,000 | $20,000,000 | Fireman's Fund | 10/20/68 | 10/20/69 | XLX1026877 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/68 | 10/20/69 | 4 | $30,000,000 | $20,000,000 | Maryland Casualty Co. | 10/20/68 | 10/20/69 | WRG-1. | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/68 | 10/20/69 | 4 | $30,000,000 | $20,000,000 | American Home Assurance | 10/20/68 | 10/20/69 | WRG-1 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| | | | | | | | | **Period Totals:** | | **$50,000,000** | | **$50,000,000** | **$0** |

**ATTACHMENT B**

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/69 | 10/20/70 | 1 | $5,000,000 | $0 | American Employers | 10/20/69 | 10/20/70 | A-16-8220-003 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/69 | 10/20/70 | 2 | $5,000,000 | $5,000,000 | Home Insurance Co | 10/20/69 | 10/20/70 | HEC9304605 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/69 | 10/20/70 | 3 | $10,000,000 | $10,000,000 | INA | 10/20/69 | 10/20/70 | XBC1834 | 100.000000% | $10,000,000 | No | $10,000,000 | $0 |
| 10/20/69 | 10/20/70 | 4 | $30,000,000 | $20,000,000 | Fireman's Fund | 10/20/69 | 10/20/70 | XLX1026877 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/69 | 10/20/70 | 4 | $30,000,000 | $20,000,000 | American Home Assurance | 10/20/69 | 11/14/69 | 411-4307 | 5.000000% | $1,500,000 | No | $254,403 | $1,245,597 |
| 10/20/69 | 10/20/70 | 4 | $30,000,000 | $20,000,000 | British Northwestern | 10/20/69 | 10/20/70 | A-16-8220-004 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/69 | 10/20/70 | 4 | $30,000,000 | $20,000,000 | American Employers | 10/20/69 | 10/20/70 | M0085374 | 10.000000% | $3,000,000 | No | $3,000,000 | $0 |
| 10/20/69 | 10/20/70 | 4 | $30,000,000 | $20,000,000 | Lloyds Underwriters | 10/20/69 | 10/20/70 | 914-102502 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/69 | 10/20/70 | 4 | $30,000,000 | $20,000,000 | American Reinsurance Co | 10/20/69 | 10/20/70 | XS2108 | 1.666667% | $500,000 | No | $500,000 | $0 |
| 10/20/69 | 10/20/70 | 4 | $30,000,000 | $20,000,000 | Maryland Casualty Co. | 10/20/69 | 10/20/70 | WRG-1. | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/69 | 10/20/70 | 4 | $30,000,000 | $20,000,000 | US Fire Insurance Co | 11/14/69 | 10/20/70 | 914/I/4116 | 3.500000% | $1,050,000 | No | $1,050,000 | $0 |
| 10/20/69 | 10/20/70 | 4 | $30,000,000 | $20,000,000 | British Northwestern | 11/14/69 | 10/20/70 | 411-4307. | 1.500000% | $450,000 | No | $450,000 | $0 |

| | | | |
|---|---|---|---|
| Period Totals: | $51,500,000 | | $50,254,403 | $1,245,597 |

## ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/70 | 06/30/71 | 1 | $5,000,000 | $0 | American Employers | 10/20/70 | 06/30/71 | A-16-8220-003 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/70 | 06/30/71 | 2 | $5,000,000 | $5,000,000 | Home Insurance Co | 10/20/70 | 06/30/71 | HEC9304605 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/70 | 06/30/71 | 3 | $10,000,000 | $10,000,000 | INA | 10/20/70 | 06/30/71 | XBC1834 | 100.000000% | $10,000,000 | No | $10,000,000 | $0 |
| 10/20/70 | 06/30/71 | 4 | $30,000,000 | $20,000,000 | American Home Assurance | 10/20/70 | 06/30/71 | WRG-1 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/70 | 06/30/71 | 4 | $30,000,000 | $20,000,000 | Lloyds Underwriters | 10/20/70 | 06/30/71 | 914-102502 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/70 | 06/30/71 | 4 | $30,000,000 | $20,000,000 | Maryland Casualty Co. | 10/20/70 | 06/30/71 | WRG-1. | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/70 | 06/30/71 | 4 | $30,000,000 | $20,000,000 | British Northwestern | 10/20/70 | 06/30/71 | 411-4307. | 1.500000% | $450,000 | No | $450,000 | $0 |
| 10/20/70 | 06/30/71 | 4 | $30,000,000 | $20,000,000 | US Fire Insurance Co | 10/20/70 | 06/30/71 | XS2108 | 1.666667% | $500,000 | No | $500,000 | $0 |
| 10/20/70 | 06/30/71 | 4 | $30,000,000 | $20,000,000 | American Reinsurance Co | 10/20/70 | 06/30/71 | M0085374 | 10.000000% | $3,000,000 | No | $3,000,000 | $0 |
| 10/20/70 | 06/30/71 | 4 | $30,000,000 | $20,000,000 | Fireman's Fund | 10/20/70 | 06/30/71 | XLX1026877 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/70 | 06/30/71 | 4 | $30,000,000 | $20,000,000 | American Employers | 10/20/70 | 06/30/71 | A-16-8220-004 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/70 | 06/30/71 | 4 | $30,000,000 | $20,000,000 | Lloyds Underwriters | 10/20/70 | 06/30/71 | 914/1/4116 | 3.500000% | $1,050,000 | No | $1,050,000 | $0 |
| | | | | | | | | Period Totals: | | $50,000,000 | | $50,000,000 | $0 |

## ATTACHMENT B

| Insurance Period | | | | | | Policy Period | | | | | | | Remaining |
| Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/71 | 06/30/72 | 1 | $5,000,000 | $0 | Employers Comm'l Union | 06/30/71 | 06/30/72 | EY8220005 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/71 | 06/30/72 | 2 | $5,000,000 | $5,000,000 | Home Insurance Co | 06/30/71 | 06/30/72 | HEC9919945 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/71 | 06/30/72 | 3 | $10,000,000 | $10,000,000 | INA | 06/30/71 | 06/30/72 | XCP3745 | 100.000000% | $10,000,000 | No | $10,000,000 | $0 |
| 06/30/71 | 06/30/72 | 4 | $30,000,000 | $20,000,000 | Midland Insurance Co | 06/30/71 | 06/30/72 | XL1611 (WRG-2) | 13.333333% | $4,000,000 | No | $4,000,000 | $0 |
| 06/30/71 | 06/30/72 | 4 | $30,000,000 | $20,000,000 | Employers Comm'l Union | 06/30/71 | 06/30/72 | EY8220006 | 10.000000% | $3,000,000 | No | $3,000,000 | $0 |
| 06/30/71 | 06/30/72 | 4 | $30,000,000 | $20,000,000 | American Home Assurance | 06/30/71 | 06/30/72 | CE2691919 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/71 | 06/30/72 | 4 | $30,000,000 | $20,000,000 | Lloyds Underwriters | 06/30/71 | 06/30/72 | 914105953 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/71 | 06/30/72 | 4 | $30,000,000 | $20,000,000 | Maryland Casualty Co. | 06/30/71 | 06/30/72 | WRG-2 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/71 | 06/30/72 | 4 | $30,000,000 | $20,000,000 | Aetna Casualty & Surety | 06/30/71 | 06/30/72 | 01XN150WCA | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/71 | 06/30/72 | 4 | $30,000,000 | $20,000,000 | American Reinsurance Co | 06/30/71 | 06/30/72 | M0085374 | 10.000000% | $3,000,000 | No | $3,000,000 | $0 |
| | | | | | | | | Period Totals: | | $50,000,000 | | $50,000,000 | $0 |

## ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/72 | 06/30/73 | 1 | $5,000,000 | $0 | Employers Comm'l Union | 06/30/72 | 06/30/73 | EY8220005 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/72 | 06/30/73 | 2 | $5,000,000 | $5,000,000 | Home Insurance Co | 06/30/72 | 06/30/73 | HEC9919945 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/72 | 06/30/73 | 3 | $10,000,000 | $10,000,000 | INA | 06/30/72 | 06/30/73 | XCP3745 | 100.000000% | $10,000,000 | No | $10,000,000 | $0 |
| 06/30/72 | 06/30/73 | 4 | $30,000,000 | $20,000,000 | Maryland Casualty Co. | 06/30/72 | 06/30/73 | WRG-2 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/72 | 06/30/73 | 4 | $30,000,000 | $20,000,000 | American Home Assurance | 06/30/72 | 06/30/73 | CE2891919 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/72 | 06/30/73 | 4 | $30,000,000 | $20,000,000 | Aetna Casualty & Surety | 06/30/72 | 06/30/73 | 01XN150WCA | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/72 | 06/30/73 | 4 | $30,000,000 | $20,000,000 | Lloyds Underwriters | 06/30/72 | 06/30/73 | 914105953 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/72 | 06/30/73 | 4 | $30,000,000 | $20,000,000 | Midland Insurance Co | 06/30/72 | 06/30/73 | XL1611 (WRG-2) | 13.333333% | $4,000,000 | No | $4,000,000 | $0 |
| 06/30/72 | 06/30/73 | 4 | $30,000,000 | $20,000,000 | Employers Comm'l Union | 06/30/72 | 06/30/73 | EY8220006 | 10.000000% | $3,000,000 | No | $3,000,000 | $0 |
| 06/30/72 | 06/30/73 | 4 | $30,000,000 | $20,000,000 | American Reinsurance Co | 06/30/72 | 06/30/73 | M0085374 | 10.000000% | $3,000,000 | No | $3,000,000 | $0 |
| 06/30/72 | 06/30/73 | 5 | $25,000,000 | $50,000,000 | Unigard Security | 02/27/73 | 06/30/73 | 1-0589 | 80.000000% | $20,000,000 | No | $20,000,000 | $0 |
| 06/30/72 | 06/30/73 | 5 | $25,000,000 | $50,000,000 | Home Insurance Co | 02/27/73 | 06/30/73 | HEC4356740 | 20.000000% | $5,000,000 | No | $5,000,000 | $0 |
| | | | | | | | | Period Totals: | | $75,000,000 | | $75,000,000 | $0 |

**ATTACHMENT B**

| Insurance Period | | | | | | Policy Period | | | | | | | Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Insurance |
| 06/30/73 | 06/30/74 | 1 | $5,000,000 | $0 | Employers Comm'l Union | 06/30/73 | 06/30/74 | EY8220005 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/73 | 06/30/74 | 2 | $5,000,000 | $5,000,000 | Home Insurance Co | 06/30/73 | 08/09/73 | HEC9919945 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/73 | 06/30/74 | 3 | $10,000,000 | $10,000,000 | INA | 08/09/73 | 08/09/73 | XCP3745 | 50.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/73 | 06/30/74 | 3 | $10,000,000 | $10,000,000 | Continental Casualty Co. | 08/09/73 | 06/30/74 | RDX8936833 | 50.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/73 | 06/30/74 | 4 | $30,000,000 | $20,000,000 | American Home Assurance | 06/30/73 | 06/30/74 | CE2891919 | 16.666667% | $5,000,000 | No | $554,282 | $4,445,718 |
| 06/30/73 | 06/30/74 | 4 | $30,000,000 | $20,000,000 | Midland Insurance Co | 06/30/73 | 06/30/74 | XL1611 (WRG-2) | 13.333333% | $4,000,000 | No | $443,425 | $3,556,575 |
| 06/30/73 | 06/30/74 | 4 | $30,000,000 | $20,000,000 | Maryland Casualty Co. | 06/30/73 | 06/30/74 | WRG-2 | 16.666667% | $5,000,000 | No | $554,282 | $4,445,718 |
| 06/30/73 | 06/30/74 | 4 | $30,000,000 | $20,000,000 | Lloyds Underwriters | 06/30/73 | 06/30/74 | 914105953 | 10.000000% | $3,000,000 | No | $332,569 | $2,687,431 |
| 06/30/73 | 06/30/74 | 4 | $30,000,000 | $20,000,000 | Aetna Casualty & Surety | 06/30/73 | 06/30/74 | 01XN150WCA | 16.666667% | $5,000,000 | No | $554,282 | $4,445,718 |
| 06/30/73 | 06/30/74 | 4 | $30,000,000 | $20,000,000 | American Reinsurance Co | 06/30/73 | 06/30/74 | M0085374 | 10.000000% | $3,000,000 | No | $332,569 | $2,687,431 |
| 06/30/73 | 06/30/74 | 5 | $25,000,000 | $50,000,000 | Unigard Security | 06/30/73 | 06/30/74 | 1-0589 | 80.000000% | $20,000,000 | No | $0 | $20,000,000 |
| 06/30/73 | 06/30/74 | 5 | $25,000,000 | $50,000,000 | Home Insurance Co | 06/30/73 | 06/30/74 | HEC4356740 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| | | | | | | | | **Period Totals:** | | **$75,000,000** | | **$23,325,691** | **$51,674,309** |

**ATTACHMENT B**

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/74 | 06/30/75 | 1 | $10,000,000 | $0 | Unigard Security | 06/30/74 | 06/30/75 | 1-2517 | 100.000000% | $10,000,000 | No | $10,000,000 | $0 |
| 06/30/74 | 06/30/75 | 2 | $10,000,000 | $10,000,000 | Continental Casualty Co. | 06/30/74 | 06/30/75 | RDX9156645 | 100.000000% | $10,000,000 | No | $10,000,000 | $0 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | Terra Nova Ins. Co. Ltd. | 06/30/74 | 06/30/75 | 74DD662C | 1.335000% | $400,500 | No | $62,049 | $338,451 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | Highlands Ins. Co. | 06/30/74 | 06/30/75 | 74DD662C | 0.295000% | $88,500 | No | $13,711 | $74,789 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | Bishopsgate Ins. Co. Ltd. | 06/30/74 | 06/30/75 | 74DD662C | 0.176667% | $53,006 | No | $8,212 | $44,794 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | London & Edinburgh General Ins. Co. | 06/30/74 | 06/30/75 | 74DD662C | 0.591513% | $177,454 | No | $27,493 | $149,961 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | American Home Assurance | 06/30/74 | 06/30/75 | 74DD662C | 0.055000% | $16,500 | No | $2,556 | $13,944 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | Lexington Ins. Co. | 06/30/74 | 06/30/75 | 74DD662C | 17.810000% | $5,343,000 | No | $827,779 | $4,515,221 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | Walbrook Ins. Co. Ltd. | 06/30/74 | 06/30/75 | 74DD662C | 1.182360% | $354,708 | No | $54,954 | $299,754 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | Lloyds Underwriters | 06/30/74 | 06/30/75 | 74DD662C | 22.250000% | $6,675,000 | No | $1,034,143 | $5,640,857 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | Acc. & Casualty Ins. of Winterthur | 06/30/74 | 06/30/75 | 74DD662C | 0.221610% | $66,483 | No | $10,300 | $56,183 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | Argonaut Northwest Ins. Co. | 06/30/74 | 06/30/75 | 74DD662C | 0.886437% | $265,931 | No | $41,200 | $224,731 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | Stronghold Ins. Co. Ltd. | 06/30/74 | 06/30/75 | 74DD662C | 0.664827% | $199,448 | No | $30,900 | $168,548 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | London & Edinburgh General Ins. Co. | 06/30/74 | 06/30/75 | 74DD662C | 1.335000% | $400,500 | No | $62,049 | $338,451 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/74 | 06/30/75 | 74DD662C | 0.090000% | $27,000 | No | $4,183 | $22,817 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | Walbrook Ins. Co. Ltd. | 06/30/74 | 06/30/75 | 74DD662C | 1.182360% | $354,708 | No | $54,954 | $299,754 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | National Casualty Co. of America | 06/30/74 | 06/30/75 | 74DD662C | 0.443553% | $133,066 | No | $20,616 | $112,450 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | Highlands Ins. Co. | 06/30/74 | 06/30/75 | 74DD662C | 0.150000% | $45,000 | No | $6,972 | $38,028 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | National Casualty Co. of America | 06/30/74 | 06/30/75 | 74DD662C | 1.330657% | $399,197 | No | $61,847 | $337,350 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | Highlands Ins. Co. | 06/30/74 | 06/30/75 | SR10579 | 16.666667% | $5,000,000 | No | $774,639 | $4,225,361 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | Mission Insurance Co | 06/30/74 | 06/30/75 | M81721 | 16.666667% | $5,000,000 | No | $774,639 | $4,225,361 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | American Reinsurance Co | 06/30/74 | 06/30/75 | M1025776 | 10.000000% | $3,000,000 | No | $464,783 | $2,535,217 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | Midland Insurance Co | 06/30/74 | 06/30/75 | 111017056674-7 | 6.666667% | $2,000,000 | No | $309,856 | $1,690,144 |
| 06/30/74 | 06/30/75 | 4 | $25,000,000 | $50,000,000 | Unigard Security | 06/30/74 | 06/30/75 | 1-0589 | 80.000000% | $20,000,000 | No | $0 | $20,000,000 |
| 06/30/74 | 06/30/75 | 4 | $25,000,000 | $50,000,000 | Home Insurance Co | 06/30/74 | 06/30/75 | HEC4356740 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/74 | 06/30/75 | 5 | $25,000,000 | $75,000,000 | Midland Insurance Co | 07/17/74 | 06/30/75 | 1110171611748 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/74 | 06/30/75 | 5 | $25,000,000 | $75,000,000 | Aetna Casualty & Surety | 07/17/74 | 06/30/75 | 01XN607WCA | 12.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/74 | 06/30/75 | 5 | $25,000,000 | $75,000,000 | Boston Old Colony Ins Co | 07/17/74 | 06/30/75 | LX2665569 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/74 | 06/30/75 | 5 | $25,000,000 | $75,000,000 | Mission Insurance Co | 07/17/74 | 06/30/75 | M81722 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/74 | 06/30/75 | 5 | $25,000,000 | $75,000,000 | Highlands Ins. Co. | 07/17/74 | 06/30/75 | SR10580 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/74 | 06/30/75 | 5 | $25,000,000 | $75,000,000 | Home Insurance Co | 07/17/74 | 06/30/75 | HEC4495872 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | Federal Insurance Co | 07/17/74 | 06/30/75 | 79221530 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | American Home Assurance | 07/17/74 | 06/30/75 | CE3436358 | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | Argonaut Northwest Ins. Co. | 07/17/74 | 06/30/75 | 74DD663C | 0.189596% | $94,798 | No | $0 | $94,798 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | National Casualty Co. of America | 07/17/74 | 06/30/75 | 74DD663C | 0.126492% | $63,246 | No | $0 | $63,246 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | St. Katherine Ins. Co. Ltd. | 07/17/74 | 06/30/75 | 74DD663C | 0.337184% | $168,592 | No | $0 | $168,592 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | Lloyds Underwriters | 07/17/74 | 06/30/75 | 74DD663C | 1.000200% | $500,100 | No | $0 | $500,100 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | Acc. & Casualty Ins. of Winterthur | 07/17/74 | 06/30/75 | 74DD663C | 0.252794% | $126,397 | No | $0 | $126,397 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | Stronghold Ins. Co. Ltd. | 07/17/74 | 06/30/75 | 74DD663C | 0.952200% | $476,100 | No | $0 | $476,100 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | Highlands Ins. Co. | 07/17/74 | 06/30/75 | 74DD663C | 0.059400% | $29,700 | No | $0 | $29,700 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | North Atlantic Ins. Co. Ltd. | 07/17/74 | 06/30/75 | 74DD663C | 0.952200% | $476,100 | No | $0 | $476,100 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | Highlands Ins. Co. | 07/17/74 | 06/30/75 | 74DD663C | 0.119400% | $59,700 | No | $0 | $59,700 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | London & Edinburgh General Ins. Co. | 07/17/74 | 06/30/75 | 74DD663C | 0.168688% | $84,344 | No | $0 | $84,344 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | St. Katherine Ins. Co. Ltd. | 07/17/74 | 06/30/75 | 74DD663C | 0.063198% | $31,599 | No | $0 | $31,599 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | American Home Assurance | 07/17/74 | 06/30/75 | 74DD663C | 0.022279% | $11,138 | No | $0 | $11,138 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | London & Edinburgh General Ins. Co. | 07/17/74 | 06/30/75 | 74DD663C | 0.037124% | $18,562 | No | $0 | $18,562 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | Turegum Ins. Co. | 07/17/74 | 06/30/75 | 74DD663C | 0.952200% | $476,100 | No | $0 | $476,100 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | Bishopsgate Ins. Co. Ltd. | 07/17/74 | 06/30/75 | 74DD663C | 0.050388% | $25,194 | No | $0 | $25,194 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | Walbrook Ins. Co. Ltd. | 07/17/74 | 06/30/75 | 74DD663C | 0.337184% | $168,592 | No | $0 | $168,592 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | National Casualty Co. of America | 07/17/74 | 06/30/75 | 74DD663C | 0.379476% | $189,738 | No | $0 | $189,738 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | American Manufacturers Mutual | 07/17/74 | 06/30/75 | 4SG-010001 | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | Centennial Ins Co | 07/17/74 | 06/30/75 | 462013040 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | Harbor Insurance Co | 07/17/74 | 06/30/75 | 120346 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | Wausau Insurance Co | 07/17/74 | 06/30/75 | 053700086732 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |

## ATTACHMENT B

| Insurance Period | | | | | | Policy Period | | | | | | | Remaining |
| Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 North Star Reinsurance | | 07/17/74 | 06/01/75 | NXS12398 | 6.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 Aetna Casualty & Surety | | 07/17/74 | 06/30/75 | 01XN608WCA | 14.000000% | $7,000,000 | No | $0 | $7,000,000 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 Aetna Casualty & Surety | | 06/01/75 | 06/30/75 | 01XN608WCA. | 6.000000% | $3,000,000 | No | $0 | $3,000,000 |

| | | | | | | Period Totals: | $153,000,001 | | $24,647,835 | $128,352,166 |
|---|---|---|---|---|---|---|---|---|---|---|

## ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/75 | 06/30/76 | 1 | $1,000,000 | $0 | Northbrook Ins Co | 06/30/75 | 06/30/76 | 63001170 | 100.000000% | $1,000,000 | No | $1,000,000 | $0 |
| 06/30/75 | 06/30/76 | 2 | $4,000,000 | $1,000,000 | New Hampshire Insurance | 06/30/75 | 06/30/76 | 5175O444 | 25.000000% | $1,000,000 | No | $1,000,000 | $0 |
| 06/30/75 | 06/30/76 | 2 | $4,000,000 | $1,000,000 | Northbrook Ins Co | 06/30/75 | 06/30/76 | 63001171 | 37.500000% | $1,500,000 | No | $1,500,000 | $0 |
| 06/30/75 | 06/30/76 | 2 | $4,000,000 | $1,000,000 | Admiral Insurance | 06/30/75 | 06/30/76 | 75DD1064C | 12.500000% | $500,000 | No | $500,000 | $0 |
| 06/30/75 | 06/30/76 | 2 | $4,000,000 | $1,000,000 | Central National Ins Co | 06/30/75 | 06/30/76 | CNU123383 | 25.000000% | $1,000,000 | No | $1,000,000 | $0 |
| 06/30/75 | 06/30/76 | 3 | $5,000,000 | $5,000,000 | New Hampshire Insurance | 06/30/75 | 06/30/76 | 5175O445 | 12.500000% | $625,000 | No | $625,000 | $0 |
| 06/30/75 | 06/30/76 | 3 | $5,000,000 | $5,000,000 | California Union Ins Co | 06/30/75 | 06/30/76 | ZCX001031/75DD1065 | 5.000000% | $250,000 | No | $250,000 | $0 |
| 06/30/75 | 06/30/76 | 3 | $5,000,000 | $5,000,000 | Northbrook Ins Co | 06/30/75 | 06/30/76 | 63001172 | 70.000000% | $3,500,000 | No | $3,500,000 | $0 |
| 06/30/75 | 06/30/76 | 3 | $5,000,000 | $5,000,000 | First State Ins Co | 06/30/75 | 06/30/76 | 922099 | 12.500000% | $625,000 | No | $625,000 | $0 |
| 06/30/75 | 06/30/76 | 4 | $10,000,000 | $10,000,000 | Continental Casualty Co. | 06/30/75 | 06/30/76 | RDX9156645 | 100.000000% | $10,000,000 | No | $10,000,000 | $0 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | Mission Insurance Co | 06/30/75 | 06/30/76 | M81721 | 16.666667% | $5,000,000 | No | $792,054 | $4,207,946 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | American Reinsurance Co | 06/30/75 | 06/30/76 | M1025776 | 10.000000% | $3,000,000 | No | $475,232 | $2,524,768 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | Bishopsgate Ins. Co. Ltd. | 06/30/75 | 06/30/76 | 74DD662C | 0.176687% | $53,006 | No | $8,397 | $44,609 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | American Home Assurance | 06/30/75 | 06/30/76 | 74DD662C | 0.055000% | $16,500 | No | $2,614 | $13,886 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | London & Edinburgh General Ins. Co. | 06/30/75 | 06/30/76 | 74DD662C | 0.591513% | $177,454 | No | $28,111 | $149,343 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | Acc. & Casualty Ins. of Winterthur | 06/30/75 | 06/30/76 | 74DD662C | 0.886437% | $265,931 | No | $42,126 | $223,805 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | Highlands Ins. Co. | 06/30/75 | 06/30/76 | 74DD662C | 0.295000% | $88,500 | No | $14,019 | $74,481 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | Highlands Ins. Co. | 06/30/75 | 06/30/76 | 74DD662C | 0.150000% | $45,000 | No | $7,128 | $37,872 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | Lexington Ins. Co. | 06/30/75 | 06/30/76 | 74DD662C | 17.810000% | $5,343,000 | No | $846,388 | $4,496,612 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | National Casualty Co. of America | 06/30/75 | 06/30/76 | 74DD662C | 0.443553% | $133,066 | No | $21,079 | $111,987 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | Terra Nova Ins. Co. Ltd. | 06/30/75 | 06/30/76 | 74DD662C | 1.335000% | $400,500 | No | $63,444 | $337,056 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/75 | 06/30/76 | 74DD662C | 0.221610% | $66,483 | No | $10,532 | $55,951 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | Argonaut Northwest Ins. Co. | 06/30/75 | 06/30/76 | 74DD662C | 0.664827% | $199,448 | No | $31,595 | $167,853 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | London & Edinburgh General Ins. Co. | 06/30/75 | 06/30/76 | 74DD662C | 0.090000% | $27,000 | No | $4,277 | $22,723 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | Lloyds Underwriters | 06/30/75 | 06/30/76 | 74DD662C | 20.025000% | $6,007,500 | No | $951,652 | $5,055,848 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/75 | 06/30/76 | 74DD662C | 1.182360% | $354,708 | No | $56,190 | $298,518 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | Stronghold Ins. Co. Ltd. | 06/30/75 | 06/30/76 | 74DD662C | 1.335000% | $400,500 | No | $63,444 | $337,056 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | Walbrook Ins. Co. Ltd. | 06/30/75 | 06/30/76 | 74DD662C | 1.182360% | $354,708 | No | $56,190 | $298,518 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | Mentor Ins. Co. (U.K.) Ltd. | 06/30/75 | 06/30/76 | 74DD662C | 0.890000% | $267,000 | No | $42,296 | $224,704 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | Yasuda Fire & Marine Ins. Co. Ltd. | 06/30/75 | 06/30/76 | 74DD662C | 1.335000% | $400,500 | No | $63,444 | $337,056 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | National Casualty Co. of America | 06/30/75 | 06/30/76 | 74DD662C | 1.330657% | $399,197 | No | $63,237 | $335,960 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | Midland Insurance Co | 06/30/75 | 06/30/76 | 111017056574-7 | 6.666667% | $2,000,000 | No | $316,821 | $1,683,179 |
| 06/30/75 | 06/30/76 | 6 | $25,000,000 | $50,000,000 | Mission Insurance Co | 06/30/75 | 06/30/76 | SR10579 | 16.666667% | $5,000,000 | No | $792,054 | $4,207,946 |
| 06/30/75 | 06/30/76 | 6 | $25,000,000 | $50,000,000 | Northbrook Ins Co | 06/30/75 | 06/30/76 | 63001173 | 80.000000% | $20,000,000 | No | $0 | $20,000,000 |
| 06/30/75 | 06/30/76 | 6 | $25,000,000 | $50,000,000 | Home Insurance Co | 06/30/75 | 06/30/76 | HEC4356740 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/75 | 06/30/76 | 7 | $25,000,000 | $75,000,000 | Highlands Ins. Co. | 06/30/75 | 06/30/76 | SR10580 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/75 | 06/30/76 | 7 | $25,000,000 | $75,000,000 | Mission Insurance Co | 06/30/75 | 06/30/76 | M81722 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/75 | 06/30/76 | 7 | $25,000,000 | $75,000,000 | Aetna Casualty & Surety | 06/30/75 | 06/30/76 | 01XN607WCA | 12.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/75 | 06/30/76 | 7 | $25,000,000 | $75,000,000 | Boston Old Colony Ins Co | 06/30/75 | 06/30/76 | LX2666569 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/75 | 06/30/76 | 7 | $25,000,000 | $75,000,000 | Midland Insurance Co | 06/30/75 | 06/30/76 | 1110171611748 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/75 | 06/30/76 | 7 | $25,000,000 | $75,000,000 | Home Insurance Co | 06/30/75 | 06/30/76 | HEC4495672 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | Wausau Insurance Co | 06/30/75 | 06/30/76 | 053700086732 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | Harbor Insurance Co | 06/30/75 | 06/30/76 | 120248 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | American Manufacturers Mutual | 06/30/75 | 06/30/76 | 4SG-010001 | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | American Home Assurance | 06/30/75 | 06/30/76 | CE3436358 | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | Highlands Ins. Co. | 06/30/75 | 06/30/76 | 74DD663C | 0.059850% | $29,925 | No | $0 | $29,925 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | Yasuda Fire & Marine Ins. Co. Ltd. | 06/30/75 | 06/30/76 | 74DD663C | 0.095900% | $47,950 | No | $0 | $47,950 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | Lloyds Underwriters | 06/30/75 | 06/30/76 | 74DD663C | 1.872500% | $936,250 | No | $0 | $936,250 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | Highlands Ins. Co. | 06/30/75 | 06/30/76 | 74DD663C | 0.119700% | $59,850 | No | $0 | $59,850 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | Argonaut Northwest Ins. Co. | 06/30/75 | 06/30/76 | 74DD663C | 0.190820% | $95,410 | No | $0 | $95,410 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | Turegum Ins. Co. | 06/30/75 | 06/30/76 | 74DD663C | 0.958300% | $479,150 | No | $0 | $479,150 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | Acc. & Casualty Ins. of Winterthur | 06/30/75 | 06/30/76 | 74DD663C | 0.254426% | $127,213 | No | $0 | $127,213 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | Bishopsgate Ins. Co. Ltd. | 06/30/75 | 06/30/76 | 74DD663C | 0.050712% | $25,356 | No | $0 | $25,356 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | Walbrook Ins. Co. Ltd. | 06/30/75 | 06/30/76 | 74DD663C | 0.339362% | $169,681 | No | $0 | $169,681 |

**ATTACHMENT B**

| Insurance Period | | | | | | Policy Period | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 National Casualty Co. of America | | 06/30/75 | 06/30/76 | 74DD663C | 0.127308% | $63,654 | No | $0 | $63,654 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 St. Katherine Ins. Co. Ltd. | | 06/30/75 | 06/30/76 | 74DD663C | 0.338362% | $169,681 | No | $0 | $169,681 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 Stronghold Ins. Co. Ltd. | | 06/30/75 | 06/30/76 | 74DD663C | 0.958300% | $479,150 | No | $0 | $479,150 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 London & Edinburgh General Ins. Co. | | 06/30/75 | 06/30/76 | 74DD663C | 0.037406% | $18,703 | No | $0 | $18,703 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 American Home Assurance | | 06/30/75 | 06/30/76 | 74DD663C | 0.022444% | $11,222 | No | $0 | $11,222 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 North Atlantic Ins. Co. Ltd. | | 06/30/75 | 06/30/76 | 74DD663C | 0.958300% | $479,150 | No | $0 | $479,150 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 London & Edinburgh General Ins. Co. | | 06/30/75 | 06/30/76 | 74DD663C | 0.169776% | $84,888 | No | $0 | $84,888 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 St. Katherine Ins. Co. Ltd. | | 06/30/75 | 06/30/76 | 74DD663C | 0.063606% | $31,803 | No | $0 | $31,803 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 Aetna Casualty & Surety | | 06/30/75 | 06/30/76 | 01XN608WCA. | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 Federal Insurance Co | | 06/30/75 | 06/30/76 | 79221530 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 Centennial Ins Co | | 06/30/75 | 06/30/76 | 462013040 | 9.000000% | $4,500,000 | No | $0 | $4,500,000 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 National Casualty Co. of America | | 06/30/75 | 06/30/76 | 74DD663C | 0.381926% | $190,963 | No | $0 | $190,963 |
| | | | | | | | | Period Totals: | | $150,000,000 | | $24,752,324 | $125,247,676 |

## ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/76 | 06/30/77 | 1 | $5,000,000 | $0 | Mutual Reinsurance Co. Ltd. | 06/30/76 | 06/30/77 | 76DD1594C | 13.856000% | $692,800 | No | $692,800 | $0 |
| 06/30/76 | 06/30/77 | 1 | $5,000,000 | $0 | St. Katherine Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 76DD1594C | 13.856000% | $692,800 | No | $692,800 | $0 |
| 06/30/76 | 06/30/77 | 1 | $5,000,000 | $0 | Walbrook Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 76DD1594C | 25.976000% | $1,298,800 | No | $1,298,800 | $0 |
| 06/30/76 | 06/30/77 | 1 | $5,000,000 | $0 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 76DD1594C | 15.928000% | $796,400 | No | $796,400 | $0 |
| 06/30/76 | 06/30/77 | 1 | $5,000,000 | $0 | St. Katherine Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 76DD1594C | 10.384000% | $519,200 | No | $519,200 | $0 |
| 06/30/76 | 06/30/77 | 1 | $5,000,000 | $0 | Northbrook Ins Co | 06/30/76 | 06/30/77 | 63002048 | 20.000000% | $1,000,000 | No | $1,000,000 | $0 |
| 06/30/76 | 06/30/77 | 2 | $5,000,000 | $5,000,000 | Prudential Reinsurance | 06/30/76 | 06/30/77 | DXC901145 | 20.000000% | $1,000,000 | No | $1,000,000 | $0 |
| 06/30/76 | 06/30/77 | 2 | $5,000,000 | $5,000,000 | Lexington Ins. Co. | 06/30/76 | 06/30/77 | 76DD1595C | 9.224000% | $461,200 | No | $461,200 | $0 |
| 06/30/76 | 06/30/77 | 2 | $5,000,000 | $5,000,000 | Stronghold Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 76DD1595C | 2.768000% | $138,400 | No | $138,400 | $0 |
| 06/30/76 | 06/30/77 | 2 | $5,000,000 | $5,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 76DD1595C | 4.189940% | $209,497 | No | $209,497 | $0 |
| 06/30/76 | 06/30/77 | 2 | $5,000,000 | $5,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 76DD1595C | 6.426940% | $321,347 | No | $321,347 | $0 |
| 06/30/76 | 06/30/77 | 2 | $5,000,000 | $5,000,000 | Walbrook Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 76DD1595C | 10.481320% | $524,066 | No | $524,066 | $0 |
| 06/30/76 | 06/30/77 | 2 | $5,000,000 | $5,000,000 | Assicurazioni Generali S.p.A. | 06/30/76 | 06/30/77 | 76DD1595C | 0.920000% | $46,000 | No | $46,000 | $0 |
| 06/30/76 | 06/30/77 | 2 | $5,000,000 | $5,000,000 | Turegum Ins. Co. | 06/30/76 | 06/30/77 | 76DD1595C | 5.536000% | $276,800 | No | $276,800 | $0 |
| 06/30/76 | 06/30/77 | 2 | $5,000,000 | $5,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/76 | 06/30/77 | 76DD1595C | 5.590900% | $279,545 | No | $279,545 | $0 |
| 06/30/76 | 06/30/77 | 2 | $5,000,000 | $5,000,000 | Lloyds Underwriters | 06/30/76 | 06/30/77 | 76DD1595C | 28.352000% | $1,417,600 | No | $1,417,600 | $0 |
| 06/30/76 | 06/30/77 | 2 | $5,000,000 | $5,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 76DD1595C | 5.590900% | $279,545 | No | $279,545 | $0 |
| 06/30/76 | 06/30/77 | 2 | $5,000,000 | $5,000,000 | Mentor Ins. Co. (U.K.) Ltd. | 06/30/76 | 06/30/77 | 76DD1595C | 0.920000% | $46,000 | No | $46,000 | $0 |
| 06/30/76 | 06/30/77 | 3 | $10,000,000 | $10,000,000 | Continental Casualty Co. | 06/30/76 | 06/30/77 | RDX9156645 | 100.000000% | $10,000,000 | No | $10,000,000 | $0 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | Hartford Insurance | 06/30/76 | 06/30/77 | 10XS100043 | 6.666667% | $2,000,000 | No | $318,865 | $1,681,135 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | Granite State Ins | 06/30/76 | 06/30/77 | SCLD80-93954 | 6.666667% | $2,000,000 | No | $318,865 | $1,681,135 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | American Reinsurance Co | 06/30/76 | 06/30/77 | M1025776 | 10.000000% | $3,000,000 | No | $478,298 | $2,521,702 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | Midland Insurance Co | 06/30/76 | 06/30/77 | 11101705674-7 | 6.666667% | $2,000,000 | No | $318,865 | $1,681,135 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | Argonaut Northwest Ins. Co. | 06/30/76 | 06/30/77 | 74DD662C | 0.665467% | $199,637 | No | $31,829 | $167,808 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 74DD662C | 1.183480% | $355,044 | No | $56,608 | $298,438 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | Acc. & Casualty Ins. of Winterthur | 06/30/76 | 06/30/77 | 74DD662C | 0.887277% | $266,183 | No | $42,438 | $223,745 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | Yasuda Fire & Marine Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 74DD662C | 0.650000% | $195,000 | No | $31,089 | $163,911 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | Lexington Ins. Co. | 06/30/76 | 06/30/77 | 74DD662C | 16.141667% | $4,842,500 | No | $772,062 | $4,070,448 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 74DD662C | 0.221820% | $66,546 | No | $10,610 | $55,936 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | Walbrook Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 74DD662C | 1.183480% | $355,044 | No | $56,608 | $298,438 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | National Casualty Co. of America | 06/30/76 | 06/30/77 | 74DD662C | 0.443973% | $133,192 | No | $21,235 | $111,957 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | London & Edinburgh General Ins. Co. | 06/30/76 | 06/30/77 | 74DD662C | 0.593667% | $178,100 | No | $28,395 | $149,705 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | Bishopsgate Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 74DD662C | 0.176853% | $53,056 | No | $8,459 | $44,597 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | Lloyds Underwriters | 06/30/76 | 06/30/77 | 74DD662C | 16.592333% | $4,977,700 | No | $793,608 | $4,184,092 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | Stronghold Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 74DD662C | 1.334667% | $400,400 | No | $63,837 | $336,563 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | Terra Nova Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 74DD662C | 1.334667% | $400,400 | No | $63,837 | $336,563 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | London & Edinburgh General Ins. Co. | 06/30/76 | 06/30/77 | 74DD662C | 0.592073% | $177,622 | No | $28,319 | $149,303 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | National Casualty Co. of America | 06/30/76 | 06/30/77 | 74DD662C | 1.331917% | $399,575 | No | $63,705 | $335,870 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | First State Ins Co | 06/30/76 | 06/30/77 | 923099 | 6.666667% | $2,000,000 | No | $318,865 | $1,681,135 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | Mission Insurance Co | 06/30/76 | 06/30/77 | M81721. | 13.333333% | $4,000,000 | No | $637,730 | $3,362,270 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | Insurance Co State of PA | 06/30/76 | 06/30/77 | 4176-7052 | 6.666667% | $2,000,000 | No | $318,865 | $1,681,135 |
| 06/30/76 | 06/30/77 | 5 | $25,000,000 | $50,000,000 | Hartford Insurance | 06/30/76 | 06/30/77 | 10XS100044 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/76 | 06/30/77 | 5 | $25,000,000 | $50,000,000 | Northbrook Ins Co | 06/30/76 | 06/30/77 | 63002049 | 68.000000% | $17,000,000 | No | $0 | $17,000,000 |
| 06/30/76 | 06/30/77 | 5 | $25,000,000 | $50,000,000 | Prudential Reinsurance | 06/30/76 | 06/30/77 | DXC901146 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/76 | 06/30/77 | 5 | $25,000,000 | $50,000,000 | Home Insurance Co | 06/30/76 | 06/30/77 | HEC4356740 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/76 | 06/30/77 | 6 | $25,000,000 | $75,000,000 | Prudential Reinsurance | 06/30/76 | 06/30/77 | DXC901147 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/76 | 06/30/77 | 6 | $25,000,000 | $75,000,000 | Aetna Casualty & Surety | 06/30/76 | 06/30/77 | 01XN807WCA | 12.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/76 | 06/30/77 | 6 | $25,000,000 | $75,000,000 | Midland Insurance Co | 06/30/76 | 06/30/77 | 11101711611748 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/76 | 06/30/77 | 6 | $25,000,000 | $75,000,000 | Boston Old Colony Ins Co | 06/30/76 | 06/30/77 | LX2666569 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/76 | 06/30/77 | 6 | $25,000,000 | $75,000,000 | First State Ins Co | 06/30/76 | 06/30/77 | 923100 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/76 | 06/30/77 | 6 | $25,000,000 | $75,000,000 | Mission Insurance Co | 06/30/76 | 06/30/77 | M81722 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/76 | 06/30/77 | 6 | $25,000,000 | $75,000,000 | Home Insurance Co | 06/30/76 | 06/30/77 | HEC4495872 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/76 | 06/30/77 | 7 | $50,000,000 | $100,000,000 | Federal Insurance Co | 06/30/76 | 06/30/77 | 79221530 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |

**ATTACHMENT B**

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/76 | 06/30/77 | 7 | $50,000,000 | $100,000,000 | Zurich Insurance Co | 06/30/76 | 06/30/77 | IRDSR4010 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/76 | 06/30/77 | 7 | $50,000,000 | $100,000,000 | American Manufacturers Mutual | 06/30/76 | 06/30/77 | 4SG-010001 | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/76 | 06/30/77 | 7 | $50,000,000 | $100,000,000 | Wausau Insurance Co | 06/30/76 | 06/30/77 | 053700086732 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/76 | 06/30/77 | 7 | $50,000,000 | $100,000,000 | Lloyds Underwriters | 06/30/76 | 06/30/77 | 74DD663C | 1.843000% | $921,500 | No | $0 | $921,500 |
| 06/30/76 | 06/30/77 | 7 | $50,000,000 | $100,000,000 | Yasuda Fire & Marine Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 74DD663C | 0.094500% | $47,250 | No | $0 | $47,250 |
| 06/30/76 | 06/30/77 | 7 | $50,000,000 | $100,000,000 | Stronghold Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 74DD663C | 0.942500% | $471,250 | No | $0 | $471,250 |
| 06/30/76 | 06/30/77 | 7 | $50,000,000 | $100,000,000 | Turegum Ins. Co. | 06/30/76 | 06/30/77 | 74DD663C | 0.942500% | $471,250 | No | $0 | $471,250 |
| 06/30/76 | 06/30/77 | 7 | $50,000,000 | $100,000,000 | North Atlantic Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 74DD663C | 0.942500% | $471,250 | No | $0 | $471,250 |
| 06/30/76 | 06/30/77 | 7 | $50,000,000 | $100,000,000 | London & Edinburgh General Ins. Co. | 06/30/76 | 06/30/77 | 74DD663C | 0.235000% | $117,500 | No | $0 | $117,500 |
| 06/30/76 | 06/30/77 | 7 | $50,000,000 | $100,000,000 | Harbor Insurance Co | 06/30/76 | 06/30/77 | 120346 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/76 | 06/30/77 | 7 | $50,000,000 | $100,000,000 | American Home Assurance | 06/30/76 | 06/30/77 | CE3436358 | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/76 | 06/30/77 | 7 | $50,000,000 | $100,000,000 | Centennial Ins Co | 06/30/76 | 06/30/77 | 462013040 | 9.000000% | $4,500,000 | No | $0 | $4,500,000 |
| 06/30/76 | 06/30/77 | 7 | $50,000,000 | $100,000,000 | Aetna Casualty & Surety | 06/30/76 | 06/30/77 | 01XN608WCA. | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |

Period Totals: $149,999,999      $24,782,978      $125,217,021

## ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/77 | 06/30/78 | 1 | $5,000,000 | $0 | Northbrook Ins Co | 06/30/77 | 06/30/78 | 63002048 | 20.000000% | $1,000,000 | No | $1,000,000 | $0 |
| 06/30/77 | 06/30/78 | 1 | $5,000,000 | $0 | Mutual Reinsurance Co. Ltd. | 06/30/77 | 06/30/78 | 76DD1594C | 13.856000% | $692,800 | No | $692,800 | $0 |
| 06/30/77 | 06/30/78 | 1 | $5,000,000 | $0 | St. Katherine Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 76DD1594C | 13.856000% | $692,800 | No | $692,800 | $0 |
| 06/30/77 | 06/30/78 | 1 | $5,000,000 | $0 | St. Katherine Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 76DD1594C | 10.384000% | $519,200 | No | $519,200 | $0 |
| 06/30/77 | 06/30/78 | 1 | $5,000,000 | $0 | Walbrook Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 76DD1594C | 25.976000% | $1,298,800 | No | $1,298,800 | $0 |
| 06/30/77 | 06/30/78 | 1 | $5,000,000 | $0 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 76DD1594C | 15.928000% | $796,400 | No | $796,400 | $0 |
| 06/30/77 | 06/30/78 | 2 | $5,000,000 | $5,000,000 | Stronghold Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 76DD1595C | 2.930000% | $146,500 | No | $146,500 | $0 |
| 06/30/77 | 06/30/78 | 2 | $5,000,000 | $5,000,000 | Lloyds Underwriters | 06/30/77 | 06/30/78 | 76DD1595C | 31.540000% | $1,577,000 | No | $1,577,000 | $0 |
| 06/30/77 | 06/30/78 | 2 | $5,000,000 | $5,000,000 | CNA Reinsurance of London Ltd. | 06/30/77 | 06/30/78 | 76DD1595C | 3.910000% | $195,500 | No | $195,500 | $0 |
| 06/30/77 | 06/30/78 | 2 | $5,000,000 | $5,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/77 | 06/30/78 | 76DD1595C | 5.928640% | $296,432 | No | $296,432 | $0 |
| 06/30/77 | 06/30/78 | 2 | $5,000,000 | $5,000,000 | Assicurazioni Generali S.p.A. | 06/30/77 | 06/30/78 | 76DD1595C | 0.980000% | $49,000 | No | $49,000 | $0 |
| 06/30/77 | 06/30/78 | 2 | $5,000,000 | $5,000,000 | Mentor Ins. Co. (U.K.) Ltd. | 06/30/77 | 06/30/78 | 76DD1595C | 0.980000% | $49,000 | No | $49,000 | $0 |
| 06/30/77 | 06/30/78 | 2 | $5,000,000 | $5,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 76DD1595C | 4.443060% | $222,153 | No | $222,153 | $0 |
| 06/30/77 | 06/30/78 | 2 | $5,000,000 | $5,000,000 | English & American Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 76DD1595C | 9.780000% | $489,000 | No | $489,000 | $0 |
| 06/30/77 | 06/30/78 | 2 | $5,000,000 | $5,000,000 | Turegum Ins. Co. | 06/30/77 | 06/30/78 | 76DD1595C | 5.870000% | $293,500 | No | $293,500 | $0 |
| 06/30/77 | 06/30/78 | 2 | $5,000,000 | $5,000,000 | Bermuda Fire & Marine Ins. Co. | 06/30/77 | 06/30/78 | 76DD1595C | 6.815200% | $340,760 | No | $340,760 | $0 |
| 06/30/77 | 06/30/78 | 2 | $5,000,000 | $5,000,000 | Lexington Ins. Co. | 06/30/77 | 06/30/78 | 76DD1595C | 9.780000% | $489,000 | No | $489,000 | $0 |
| 06/30/77 | 06/30/78 | 2 | $5,000,000 | $5,000,000 | Walbrook Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 76DD1595C | 11.114480% | $555,724 | No | $555,724 | $0 |
| 06/30/77 | 06/30/78 | 2 | $5,000,000 | $5,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 76DD1595C | 5.928640% | $296,432 | No | $296,432 | $0 |
| 06/30/77 | 06/30/78 | 3 | $10,000,000 | $10,000,000 | Prudential Reinsurance | 06/30/77 | 06/30/78 | DXCDX0250 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/77 | 06/30/78 | 4 | $10,000,000 | $15,000,000 | Prudential Reinsurance | 06/30/77 | 06/30/78 | DXCDX0251 | 20.000000% | $2,000,000 | No | $1,966,310 | $33,690 |
| 06/30/77 | 06/30/78 | 4 | $10,000,000 | $15,000,000 | Stronghold Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1631C | 2.288000% | $228,800 | No | $224,946 | $3,854 |
| 06/30/77 | 06/30/78 | 4 | $10,000,000 | $15,000,000 | Walbrook Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1631C | 7.875200% | $787,520 | No | $774,254 | $13,266 |
| 06/30/77 | 06/30/78 | 4 | $10,000,000 | $15,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1631C | 4.924600% | $492,460 | No | $484,184 | $8,296 |
| 06/30/77 | 06/30/78 | 4 | $10,000,000 | $15,000,000 | Lloyds Underwriters | 06/30/77 | 06/30/78 | 77DD1631C | 34.280000% | $3,428,000 | No | $3,370,255 | $57,745 |
| 06/30/77 | 06/30/78 | 4 | $10,000,000 | $15,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1631C | 7.385600% | $738,560 | No | $726,119 | $12,441 |
| 06/30/77 | 06/30/78 | 4 | $10,000,000 | $15,000,000 | Turegum Ins. Co. | 06/30/77 | 06/30/78 | 77DD1631C | 2.288000% | $228,800 | No | $224,946 | $3,854 |
| 06/30/77 | 06/30/78 | 4 | $10,000,000 | $15,000,000 | Lexington Ins. Co. | 06/30/77 | 06/30/78 | 77DD1631C | 9.144000% | $914,400 | No | $898,997 | $15,403 |
| 06/30/77 | 06/30/78 | 4 | $10,000,000 | $15,000,000 | Winterthur Swiss Ins. Co. | 06/30/77 | 06/30/78 | 77DD1631C | 4.921600% | $492,160 | No | $483,870 | $8,290 |
| 06/30/77 | 06/30/78 | 4 | $10,000,000 | $15,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1631C | 3.692800% | $369,280 | No | $363,059 | $6,221 |
| 06/30/77 | 06/30/78 | 4 | $10,000,000 | $15,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1631C | 3.200000% | $320,000 | No | $314,610 | $5,390 |
| 06/30/77 | 06/30/78 | 5 | $25,000,000 | $25,000,000 | Insurance Co State of PA | 06/30/77 | 06/30/78 | 4177-7981 | 16.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/77 | 06/30/78 | 5 | $25,000,000 | $25,000,000 | Granite State Ins | 06/30/77 | 06/30/78 | SCLD803266 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/77 | 06/30/78 | 5 | $25,000,000 | $25,000,000 | Hartford Insurance | 06/30/77 | 06/30/78 | 10XS100176 | 12.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/77 | 06/30/78 | 5 | $25,000,000 | $25,000,000 | Gerling Konzern Ins | 06/30/77 | 06/30/78 | 49/99/8212/01 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/77 | 06/30/78 | 5 | $25,000,000 | $25,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1632C | 1.140092% | $285,023 | No | $0 | $285,023 |
| 06/30/77 | 06/30/78 | 5 | $25,000,000 | $25,000,000 | Turegum Ins. Co. | 06/30/77 | 06/30/78 | 77DD1632C | 2.776000% | $694,000 | No | $0 | $694,000 |
| 06/30/77 | 06/30/78 | 5 | $25,000,000 | $25,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1632C | 0.740800% | $185,200 | No | $0 | $185,200 |
| 06/30/77 | 06/30/78 | 5 | $25,000,000 | $25,000,000 | Winterthur Swiss Ins. Co. | 06/30/77 | 06/30/78 | 77DD1632C | 1.139352% | $284,838 | No | $0 | $284,838 |
| 06/30/77 | 06/30/78 | 5 | $25,000,000 | $25,000,000 | Lloyds Underwriters | 06/30/77 | 06/30/78 | 77DD1632C | 20.556000% | $5,139,000 | No | $0 | $5,139,000 |
| 06/30/77 | 06/30/78 | 5 | $25,000,000 | $25,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1632C | 0.854884% | $213,721 | No | $0 | $213,721 |
| 06/30/77 | 06/30/78 | 5 | $25,000,000 | $25,000,000 | Walbrook Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1632C | 1.823108% | $455,777 | No | $0 | $455,777 |
| 06/30/77 | 06/30/78 | 5 | $25,000,000 | $25,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1632C | 1.709768% | $427,442 | No | $0 | $427,442 |
| 06/30/77 | 06/30/78 | 5 | $25,000,000 | $25,000,000 | Stronghold Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1632C | 1.852000% | $463,000 | No | $0 | $463,000 |
| 06/30/77 | 06/30/78 | 5 | $25,000,000 | $25,000,000 | Prudential Reinsurance | 06/30/77 | 06/30/78 | DXCDX0252 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/77 | 06/30/78 | 6 | $25,000,000 | $50,000,000 | Northbrook Ins Co | 06/30/77 | 06/30/78 | 63003296 | 70.000000% | $17,500,000 | No | $0 | $17,500,000 |
| 06/30/77 | 06/30/78 | 6 | $25,000,000 | $50,000,000 | Natl Union Fire Pttsbrgh | 06/30/77 | 06/30/78 | 1228593 | 10.000000% | $2,500,000 | No | $0 | $2,500,000 |
| 06/30/77 | 06/30/78 | 6 | $25,000,000 | $50,000,000 | Home Insurance Co | 06/30/77 | 06/30/78 | HEC4356740 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/77 | 06/30/78 | 7 | $25,000,000 | $75,000,000 | Continental Casualty Co. | 06/30/77 | 06/30/78 | RDX1788117 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/77 | 06/30/78 | 7 | $25,000,000 | $75,000,000 | Insurance Co State of PA | 06/30/77 | 06/30/78 | 4177-7982 | 24.000000% | $6,000,000 | No | $0 | $6,000,000 |
| 06/30/77 | 06/30/78 | 7 | $25,000,000 | $75,000,000 | Zurich Insurance Co | 06/30/77 | 06/30/78 | IRDSR401072 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/77 | 06/30/78 | 7 | $25,000,000 | $75,000,000 | Fireman's Fund | 06/30/77 | 06/30/78 | XLX1299553 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/77 | 06/30/78 | 7 | $25,000,000 | $75,000,000 | Natl Union Fire Pttsbrgh | 06/30/77 | 06/30/78 | 1228593. | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |

**ATTACHMENT B**

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/77 | 06/30/78 | 7 | $25,000,000 | $75,000,000 | Reunion-Adriatica | 06/30/77 | 06/30/78 | EL2048 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/77 | 06/30/78 | 7 | $25,000,000 | $75,000,000 | Aetna Casualty & Surety | 06/30/77 | 06/30/78 | 01XN1400WCA | 12.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/77 | 06/30/78 | 7 | $25,000,000 | $75,000,000 | Home Insurance Co | 06/30/77 | 06/30/78 | HEC4495872 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Royale Belge S.A. | 06/30/77 | 06/30/78 | AVB102. | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Eisen Und Stahl | 06/30/77 | 06/30/78 | 6-1-31-181-001 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | INA | 06/30/77 | 06/30/78 | XCP12378 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Natl Union Fire Pittsbrgh | 06/30/77 | 06/30/78 | 1228593.. | 15.000000% | $7,500,000 | No | $0 | $7,500,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Swiss Reinsurance | 06/30/77 | 06/30/78 | ZH/R4020/0601 | 5.000000% | $2,500,000 | No | $0 | $2,500,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Granite State Ins | 06/30/77 | 06/30/78 | SCLD80-93292 | 3.000000% | $1,500,000 | No | $0 | $1,500,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Stronghold Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1826 | 0.804222% | $402,111 | No | $0 | $402,111 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | North Atlantic Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1826 | 0.804222% | $402,111 | No | $0 | $402,111 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | English & American Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1826 | 2.011400% | $1,005,700 | No | $0 | $1,005,700 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Lloyds Underwriters | 06/30/77 | 06/30/78 | 77DD1826 | 3.380152% | $1,690,076 | No | $0 | $1,690,076 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Aetna Casualty & Surety | 06/30/77 | 06/30/78 | 01XN1422WCA | 11.000000% | $5,500,000 | No | $0 | $5,500,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Hartford Insurance | 06/30/77 | 06/30/78 | 10XS100181 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Insurance Co State of PA | 06/30/77 | 06/30/78 | SEP 396-3996 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Centennial Ins Co | 06/30/77 | 06/30/78 | 462-01-68-10 | 8.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Federal Insurance Co | 06/30/77 | 06/30/78 | (78) 79221530 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Allianz Underwriters Ins | 06/30/77 | 06/30/78 | H00011426 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | AG Belge de 1830 | 06/30/77 | 06/30/78 | AVB102 | 1.000000% | $500,000 | No | $0 | $500,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Continental Casualty Co. | 06/30/77 | 06/30/78 | RDX1788118 | 6.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Midland Insurance Co | 06/30/77 | 06/30/78 | XL152467 | 6.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Home Insurance Co | 06/30/77 | 06/30/78 | HEC9531436 | 6.000000% | $3,000,000 | No | $0 | $3,000,000 |

Period Totals: $150,000,000    $24,831,551    $125,168,449

## ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/78 | 06/30/79 | 1 | $5,000,000 | $0 | Northbrook Ins Co | 06/30/78 | 06/30/79 | 63002048 | 20.000000% | $1,000,000 | No | $1,000,000 | $0 |
| 06/30/78 | 06/30/79 | 1 | $5,000,000 | $0 | St. Katherine Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 76DD1594C | 13.856000% | $692,800 | No | $692,800 | $0 |
| 06/30/78 | 06/30/79 | 1 | $5,000,000 | $0 | Walbrook Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 76DD1594C | 25.976000% | $1,298,800 | No | $1,298,800 | $0 |
| 06/30/78 | 06/30/79 | 1 | $5,000,000 | $0 | Mutual Reinsurance Co. Ltd. | 06/30/78 | 06/30/79 | 76DD1594C | 13.856000% | $692,800 | No | $692,800 | $0 |
| 06/30/78 | 06/30/79 | 1 | $5,000,000 | $0 | St. Katherine Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 76DD1594C | 10.384000% | $519,200 | No | $519,200 | $0 |
| 06/30/78 | 06/30/79 | 1 | $5,000,000 | $0 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 76DD1594C | 15.928000% | $796,400 | No | $796,400 | $0 |
| 06/30/78 | 06/30/79 | 2 | $5,000,000 | $5,000,000 | Stronghold Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 76DD1595C | 2.930000% | $146,500 | No | $146,500 | $0 |
| 06/30/78 | 06/30/79 | 2 | $5,000,000 | $5,000,000 | Lloyds Underwriters | 06/30/78 | 06/30/79 | 76DD1595C | 31.540000% | $1,577,000 | No | $1,577,000 | $0 |
| 06/30/78 | 06/30/79 | 2 | $5,000,000 | $5,000,000 | English & American Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 76DD1595C | 9.780000% | $489,000 | No | $489,000 | $0 |
| 06/30/78 | 06/30/79 | 2 | $5,000,000 | $5,000,000 | Walbrook Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 76DD1595C | 11.114480% | $555,724 | No | $555,724 | $0 |
| 06/30/78 | 06/30/79 | 2 | $5,000,000 | $5,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 76DD1595C | 4.443060% | $222,153 | No | $222,153 | $0 |
| 06/30/78 | 06/30/79 | 2 | $5,000,000 | $5,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 76DD1595C | 6.815200% | $340,760 | No | $340,760 | $0 |
| 06/30/78 | 06/30/79 | 2 | $5,000,000 | $5,000,000 | Assicurazioni Generali S.p.A. | 06/30/78 | 06/30/79 | 76DD1595C | 0.980000% | $49,000 | No | $49,000 | $0 |
| 06/30/78 | 06/30/79 | 2 | $5,000,000 | $5,000,000 | Turegum Ins. Co. | 06/30/78 | 06/30/79 | 76DD1595C | 5.870000% | $293,500 | No | $293,500 | $0 |
| 06/30/78 | 06/30/79 | 2 | $5,000,000 | $5,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/78 | 06/30/79 | 76DD1595C | 5.928640% | $296,432 | No | $296,432 | $0 |
| 06/30/78 | 06/30/79 | 2 | $5,000,000 | $5,000,000 | CNA Reinsurance of London Ltd. | 06/30/78 | 06/30/79 | 76DD1595C | 3.910000% | $195,500 | No | $195,500 | $0 |
| 06/30/78 | 06/30/79 | 2 | $5,000,000 | $5,000,000 | Lexington Ins. Co. | 06/30/78 | 06/30/79 | 76DD1595C | 9.780000% | $489,000 | No | $489,000 | $0 |
| 06/30/78 | 06/30/79 | 2 | $5,000,000 | $5,000,000 | Mentor Ins. Co. (U.K.) Ltd. | 06/30/78 | 06/30/79 | 76DD1595C | 5.928640% | $296,432 | No | $296,432 | $0 |
| 06/30/78 | 06/30/79 | 2 | $5,000,000 | $5,000,000 | Mentor Ins. Co. (U.K.) Ltd. | 06/30/78 | 06/30/79 | 76DD1595C | 0.980000% | $49,000 | No | $49,000 | $0 |
| 06/30/78 | 06/30/79 | 3 | $15,000,000 | $10,000,000 | Granite State Ins | 06/30/78 | 06/30/79 | 61780491 | 33.333333% | $5,000,000 | No | $4,958,573 | $41,427 |
| 06/30/78 | 06/30/79 | 3 | $15,000,000 | $10,000,000 | Lloyds Underwriters | 06/30/78 | 06/30/79 | 78DD1417C | 24.198000% | $3,629,700 | No | $3,599,627 | $30,073 |
| 06/30/78 | 06/30/79 | 3 | $15,000,000 | $10,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 78DD1417C | 3.306500% | $495,975 | No | $491,866 | $4,109 |
| 06/30/78 | 06/30/79 | 3 | $15,000,000 | $10,000,000 | Lexington Ins. Co. | 06/30/78 | 06/30/79 | 78DD1417C | 5.154000% | $773,100 | No | $766,695 | $6,405 |
| 06/30/78 | 06/30/79 | 3 | $15,000,000 | $10,000,000 | Walbrook Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 78DD1417C | 11.476780% | $1,721,517 | No | $1,707,254 | $14,263 |
| 06/30/78 | 06/30/79 | 3 | $15,000,000 | $10,000,000 | Stronghold Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 78DD1417C | 1.548000% | $232,200 | No | $230,276 | $1,924 |
| 06/30/78 | 06/30/79 | 3 | $15,000,000 | $10,000,000 | Winterthur Swiss Ins. Co. | 06/30/78 | 06/30/79 | 78DD1417C | 2.917187% | $437,578 | No | $433,952 | $3,626 |
| 06/30/78 | 06/30/79 | 3 | $15,000,000 | $10,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 78DD1417C | 3.890480% | $583,572 | No | $578,737 | $4,835 |
| 06/30/78 | 06/30/79 | 3 | $15,000,000 | $10,000,000 | Turegum Ins. Co. | 06/30/78 | 06/30/79 | 78DD1417C | 2.064000% | $309,600 | No | $307,035 | $2,565 |
| 06/30/78 | 06/30/79 | 3 | $15,000,000 | $10,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/78 | 06/30/79 | 78DD1417C | 5.445053% | $816,758 | No | $809,991 | $6,767 |
| 06/30/78 | 06/30/79 | 3 | $15,000,000 | $10,000,000 | Gerling Konzern Ins | 06/30/78 | 06/30/79 | 01/49/99/6282 | 6.666667% | $1,000,000 | No | $991,715 | $8,285 |
| 06/30/78 | 06/30/79 | 4 | $25,000,000 | $25,000,000 | American Int'l Underwriter | 06/30/78 | 06/30/79 | 75100696 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/78 | 06/30/79 | 4 | $25,000,000 | $25,000,000 | Hartford Insurance | 06/30/78 | 06/30/79 | 10XS100666 | 12.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/78 | 06/30/79 | 4 | $25,000,000 | $25,000,000 | Winterthur Swiss Ins. Co. | 06/30/78 | 06/30/79 | 78DD1418C | 0.846668% | $211,667 | No | $0 | $211,667 |
| 06/30/78 | 06/30/79 | 4 | $25,000,000 | $25,000,000 | North Atlantic Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 78DD1418C | 0.488800% | $122,200 | No | $0 | $122,200 |
| 06/30/78 | 06/30/79 | 4 | $25,000,000 | $25,000,000 | Walbrook Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 78DD1418C | 3.330968% | $832,742 | No | $0 | $832,742 |
| 06/30/78 | 06/30/79 | 4 | $25,000,000 | $25,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/78 | 06/30/79 | 78DD1418C | 1.580344% | $395,086 | No | $0 | $395,086 |
| 06/30/78 | 06/30/79 | 4 | $25,000,000 | $25,000,000 | Stronghold Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 78DD1418C | 1.960400% | $490,100 | No | $0 | $490,100 |
| 06/30/78 | 06/30/79 | 4 | $25,000,000 | $25,000,000 | Lloyds Underwriters | 06/30/78 | 06/30/79 | 78DD1418C | 30.914000% | $7,728,500 | No | $0 | $7,728,500 |
| 06/30/78 | 06/30/79 | 4 | $25,000,000 | $25,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 78DD1418C | 1.129158% | $282,289 | No | $0 | $282,289 |
| 06/30/78 | 06/30/79 | 4 | $25,000,000 | $25,000,000 | Lexington Ins. Co. | 06/30/78 | 06/30/79 | 78DD1418C | 7.846800% | $1,961,700 | No | $0 | $1,961,700 |
| 06/30/78 | 06/30/79 | 4 | $25,000,000 | $25,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 78DD1418C | 0.959664% | $239,916 | No | $0 | $239,916 |
| 06/30/78 | 06/30/79 | 4 | $25,000,000 | $25,000,000 | Turegum Ins. Co. | 06/30/78 | 06/30/79 | 78DD1418C | 2.943200% | $735,800 | No | $0 | $735,800 |
| 06/30/78 | 06/30/79 | 4 | $25,000,000 | $25,000,000 | Granite State Ins | 06/30/78 | 06/30/79 | 61780492 | 28.000000% | $7,000,000 | No | $0 | $7,000,000 |
| 06/30/78 | 06/30/79 | 5 | $25,000,000 | $50,000,000 | Lloyds Underwriters | 06/30/78 | 06/30/79 | 78DD1419C | 10.000000% | $2,500,000 | No | $0 | $2,500,000 |
| 06/30/78 | 06/30/79 | 5 | $25,000,000 | $50,000,000 | Natl Union Fire Pittsbrgh | 06/30/78 | 06/30/79 | 1231895 | 10.000000% | $2,500,000 | No | $0 | $2,500,000 |
| 06/30/78 | 06/30/79 | 5 | $25,000,000 | $50,000,000 | Northbrook Ins Co | 06/30/78 | 06/30/79 | 63004784 | 50.000000% | $12,500,000 | No | $0 | $12,500,000 |
| 06/30/78 | 06/30/79 | 5 | $25,000,000 | $50,000,000 | Employers Mutual Cas Co | 06/30/78 | 06/30/79 | MMO-70347 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/78 | 06/30/79 | 5 | $25,000,000 | $50,000,000 | American Centennial | 06/30/78 | 06/30/79 | CC000304 | 2.000000% | $500,000 | No | $0 | $500,000 |
| 06/30/78 | 06/30/79 | 5 | $25,000,000 | $50,000,000 | Integrity Insurance Co | 06/30/78 | 06/30/79 | XL200420 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/78 | 06/30/79 | 5 | $25,000,000 | $50,000,000 | Home Insurance Co | 06/30/78 | 06/30/79 | HEC0694109 | 12.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/78 | 06/30/79 | 6 | $25,000,000 | $75,000,000 | Employers Mutual Cas Co | 06/30/78 | 06/30/79 | MMO-70348 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/78 | 06/30/79 | 6 | $25,000,000 | $75,000,000 | Fireman's Fund | 06/30/78 | 06/30/79 | XLX1362955 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/78 | 06/30/79 | 6 | $25,000,000 | $75,000,000 | Granite State Ins | 06/30/78 | 06/30/79 | 6178-0493 | 24.000000% | $6,000,000 | No | $0 | $6,000,000 |
| 06/30/78 | 06/30/79 | 6 | $25,000,000 | $75,000,000 | American Centennial | 06/30/78 | 06/30/79 | CC000306 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |

## ATTACHMENT B

| Insurance Period | | | | | | Policy Period | | | | | | | Remaining |
| Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/78 | 06/30/79 | 6 | $25,000,000 | $75,000,000 | Zurich Insurance Co | 06/30/78 | 06/30/79 | Z17052/3 | 6.000000% | $1,500,000 | No | $0 | $1,500,000 |
| 06/30/78 | 06/30/79 | 6 | $25,000,000 | $75,000,000 | Reunion-Adriatica | 06/30/78 | 06/30/79 | EL2787 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/78 | 06/30/79 | 6 | $25,000,000 | $75,000,000 | Aetna Casualty & Surety | 06/30/78 | 06/30/79 | 01XN1846WCA | 12.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/78 | 06/30/79 | 6 | $25,000,000 | $75,000,000 | Natl Union Fire Pttsbrgh | 06/30/78 | 06/30/79 | 1231895. | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/78 | 06/30/79 | 6 | $25,000,000 | $75,000,000 | Home Insurance Co | 06/30/78 | 06/30/79 | HEC9694108 (CITY) | 14.000000% | $3,500,000 | No | $0 | $3,500,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | Birmingham Fire Ins Co | 06/30/78 | 06/30/79 | SE6073371 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | American Int'l Underwriter | 06/30/78 | 06/30/79 | 75100695 | 3.000000% | $1,500,000 | No | $0 | $1,500,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | Stronghold Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 78DD1420C | 0.724500% | $362,250 | No | $0 | $362,250 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | North Atlantic Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 78DD1420C | 0.724500% | $362,250 | No | $0 | $362,250 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | Lloyds Underwriters | 06/30/78 | 06/30/79 | 78DD1420C | 3.551000% | $1,775,500 | No | $0 | $1,775,500 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | Allianz Underwriters Ins | 06/30/78 | 06/30/79 | H0001428 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | Swiss Reinsurance | 06/30/78 | 06/30/79 | ZH/R4020/0601 | 5.000000% | $2,500,000 | No | $0 | $2,500,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | INA | 06/30/78 | 06/30/79 | XCP14341 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | Midland Insurance Co | 06/30/78 | 06/30/79 | XL147450 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | Federal Insurance Co | 06/30/78 | 06/30/79 | 79227260 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | Employers Mutual Cas Co | 06/30/78 | 06/30/79 | MM0-70349 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | Natl Union Fire Pttsbrgh | 06/30/78 | 06/30/79 | 1231895.. | 15.000000% | $7,500,000 | No | $0 | $7,500,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | Aetna Casualty & Surety | 06/30/78 | 06/30/79 | 01XN1847WCA | 12.000000% | $6,000,000 | No | $0 | $6,000,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | AG Belge de 1830 | 06/30/78 | 06/30/79 | AVB124 | 1.000000% | $500,000 | No | $0 | $500,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | Hartford Insurance | 06/30/78 | 06/30/79 | 10XS100665 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | American Centennial | 06/30/78 | 06/30/79 | CC003305 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | Centennial Ins Co | 06/30/78 | 06/30/79 | 462017826 | 8.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | Home Insurance Co | 06/30/78 | 06/30/79 | HEC9694110 (CITY) | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |

Period Totals: $150,000,001    $24,875,722    $125,124,279

## ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/79 | 06/30/80 | 1 | $5,000,000 | $0 | Walbrook Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1633C | 38.440000% | $1,922,000 | No | $1,922,000 | $0 |
| 06/30/79 | 06/30/80 | 1 | $5,000,000 | $0 | St. Katherine Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1633C | 7.792000% | $389,600 | No | $389,600 | $0 |
| 06/30/79 | 06/30/80 | 1 | $5,000,000 | $0 | Mutual Reinsurance Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1633C | 9.352000% | $467,600 | No | $467,600 | $0 |
| 06/30/79 | 06/30/80 | 1 | $5,000,000 | $0 | Kraft Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1633C | 10.392000% | $519,600 | No | $519,600 | $0 |
| 06/30/79 | 06/30/80 | 1 | $5,000,000 | $0 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1633C | 8.832000% | $441,600 | No | $441,600 | $0 |
| 06/30/79 | 06/30/80 | 1 | $5,000,000 | $0 | El Paso Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1633C | 5.192000% | $259,600 | No | $259,600 | $0 |
| 06/30/79 | 06/30/80 | 1 | $5,000,000 | $0 | Northbrook Ins Co | 06/30/79 | 06/30/80 | 63005793 | 20.000000% | $1,000,000 | No | $1,000,000 | $0 |
| 06/30/79 | 06/30/80 | 2 | $15,000,000 | $5,000,000 | Northbrook Ins Co | 06/30/79 | 06/30/80 | 63005794 | 25.000000% | $3,750,000 | No | $3,750,000 | $0 |
| 06/30/79 | 06/30/80 | 2 | $15,000,000 | $5,000,000 | Lloyds Underwriters | 06/30/79 | 06/30/80 | 79DD1634C | 11.720000% | $1,758,000 | No | $1,758,000 | $0 |
| 06/30/79 | 06/30/80 | 2 | $15,000,000 | $5,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1634C | 3.206893% | $481,034 | No | $481,034 | $0 |
| 06/30/79 | 06/30/80 | 2 | $15,000,000 | $5,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1634C | 3.634920% | $545,238 | No | $545,238 | $0 |
| 06/30/79 | 06/30/80 | 2 | $15,000,000 | $5,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1634C | 3.848333% | $577,340 | No | $577,340 | $0 |
| 06/30/79 | 06/30/80 | 2 | $15,000,000 | $5,000,000 | Lexington Ins. Co. | 06/30/79 | 06/30/80 | 79DD1634C | 5.355000% | $803,250 | No | $803,250 | $0 |
| 06/30/79 | 06/30/80 | 2 | $15,000,000 | $5,000,000 | Kraft Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1634C | 4.276960% | $641,544 | No | $641,544 | $0 |
| 06/30/79 | 06/30/80 | 2 | $15,000,000 | $5,000,000 | Walbrook Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1634C | 15.820460% | $2,373,069 | No | $2,373,069 | $0 |
| 06/30/79 | 06/30/80 | 2 | $15,000,000 | $5,000,000 | El Paso Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1634C | 2.136833% | $320,525 | No | $320,525 | $0 |
| 06/30/79 | 06/30/80 | 2 | $15,000,000 | $5,000,000 | Granite State Ins | 06/30/79 | 06/30/80 | 61791383 | 25.000000% | $3,750,000 | No | $3,750,000 | $0 |
| 06/30/79 | 06/30/80 | 3 | $30,000,000 | $20,000,000 | Gerling Konzern Ins | 06/30/79 | 06/30/80 | 49/99/6340/01 | 3.333333% | $1,000,000 | No | $163,483 | $836,517 |
| 06/30/79 | 06/30/80 | 3 | $30,000,000 | $20,000,000 | American Int'l Underwriter | 06/30/79 | 06/30/80 | 75101107 | 10.000000% | $3,000,000 | No | $490,448 | $2,509,552 |
| 06/30/79 | 06/30/80 | 3 | $30,000,000 | $20,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1635C | 0.830760% | $249,228 | No | $40,744 | $208,484 |
| 06/30/79 | 06/30/80 | 3 | $30,000,000 | $20,000,000 | Lloyds Underwriters | 06/30/79 | 06/30/80 | 79DD1635C | 30.095000% | $9,028,500 | No | $1,476,004 | $7,552,496 |
| 06/30/79 | 06/30/80 | 3 | $30,000,000 | $20,000,000 | Mentor Ins. Co. (U.K.) Ltd. | 06/30/79 | 06/30/80 | 79DD1635C | 1.410000% | $423,000 | No | $69,153 | $353,847 |
| 06/30/79 | 06/30/80 | 3 | $30,000,000 | $20,000,000 | Lexington Ins. Co. | 06/30/79 | 06/30/80 | 79DD1635C | 7.835000% | $2,350,500 | No | $384,266 | $1,966,234 |
| 06/30/79 | 06/30/80 | 3 | $30,000,000 | $20,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1635C | 0.732933% | $219,880 | No | $35,947 | $183,933 |
| 06/30/79 | 06/30/80 | 3 | $30,000,000 | $20,000,000 | Stronghold Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1635C | 3.135000% | $940,500 | No | $153,755 | $786,745 |
| 06/30/79 | 06/30/80 | 3 | $30,000,000 | $20,000,000 | El Paso Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1635C | 0.488373% | $146,512 | No | $23,952 | $122,560 |
| 06/30/79 | 06/30/80 | 3 | $30,000,000 | $20,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1635C | 0.879673% | $263,902 | No | $43,143 | $220,759 |
| 06/30/79 | 06/30/80 | 3 | $30,000,000 | $20,000,000 | Walbrook Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1635C | 3.615763% | $1,084,729 | No | $177,334 | $907,395 |
| 06/30/79 | 06/30/80 | 3 | $30,000,000 | $20,000,000 | Kraft Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1635C | 0.977497% | $293,249 | No | $47,941 | $245,308 |
| 06/30/79 | 06/30/80 | 3 | $30,000,000 | $20,000,000 | Hartford Insurance | 06/30/79 | 06/30/80 | 10XS100842 | 6.666667% | $2,000,000 | No | $326,965 | $1,673,035 |
| 06/30/79 | 06/30/80 | 3 | $30,000,000 | $20,000,000 | Transit Casualty | 06/30/79 | 06/30/80 | SCU955191 | 6.666667% | $2,000,000 | No | $326,965 | $1,673,035 |
| 06/30/79 | 06/30/80 | 3 | $30,000,000 | $20,000,000 | Granite State Ins | 06/30/79 | 06/30/80 | 61791384 | 23.333333% | $7,000,000 | No | $1,144,379 | $5,855,621 |
| 06/30/79 | 06/30/80 | 4 | $25,000,000 | $50,000,000 | American Int'l Underwriter | 06/30/79 | 06/30/80 | 75101108 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/79 | 06/30/80 | 4 | $25,000,000 | $50,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1636C | 0.089140% | $22,285 | No | $0 | $22,285 |
| 06/30/79 | 06/30/80 | 4 | $25,000,000 | $50,000,000 | Lloyds Underwriters | 06/30/79 | 06/30/80 | 79DD1636C | 15.084800% | $3,771,200 | No | $0 | $3,771,200 |
| 06/30/79 | 06/30/80 | 4 | $25,000,000 | $50,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1636C | 0.106988% | $26,747 | No | $0 | $26,747 |
| 06/30/79 | 06/30/80 | 4 | $25,000,000 | $50,000,000 | El Paso Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1636C | 0.059396% | $14,849 | No | $0 | $14,849 |
| 06/30/79 | 06/30/80 | 4 | $25,000,000 | $50,000,000 | Walbrook Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1636C | 0.439752% | $109,938 | No | $0 | $109,938 |
| 06/30/79 | 06/30/80 | 4 | $25,000,000 | $50,000,000 | Kraft Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1636C | 0.118884% | $29,721 | No | $0 | $29,721 |
| 06/30/79 | 06/30/80 | 4 | $25,000,000 | $50,000,000 | Transit Casualty | 06/30/79 | 06/30/80 | SCU955192 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/79 | 06/30/80 | 4 | $25,000,000 | $50,000,000 | Northbrook Ins Co | 06/30/79 | 06/30/80 | 63005795 | 28.000000% | $7,000,000 | No | $0 | $7,000,000 |
| 06/30/79 | 06/30/80 | 4 | $25,000,000 | $50,000,000 | Natl Union Fire Pttsbrgh | 06/30/79 | 06/30/80 | 9782319 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/79 | 06/30/80 | 4 | $25,000,000 | $50,000,000 | Granite State Ins | 06/30/79 | 06/30/80 | 61791385 | 16.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/79 | 06/30/80 | 4 | $25,000,000 | $50,000,000 | Integrity Insurance Co | 06/30/79 | 06/30/80 | XL200699 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/79 | 06/30/80 | 5 | $25,000,000 | $75,000,000 | Reunion-Adriatica | 06/30/79 | 06/30/80 | EL794120 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/79 | 06/30/80 | 5 | $25,000,000 | $75,000,000 | Hartford Insurance | 06/30/79 | 06/30/80 | 10XS100841 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/79 | 06/30/80 | 5 | $25,000,000 | $75,000,000 | Transit Casualty | 06/30/79 | 06/30/80 | SCU955193 | 12.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/79 | 06/30/80 | 5 | $25,000,000 | $75,000,000 | Granite State Ins | 06/30/79 | 06/30/80 | 61791386 | 34.000000% | $8,500,000 | No | $0 | $8,500,000 |
| 06/30/79 | 06/30/80 | 5 | $25,000,000 | $75,000,000 | Natl Union Fire Pittsbrgh | 06/30/79 | 06/30/80 | 9782319. | 24.000000% | $6,000,000 | No | $0 | $6,000,000 |
| 06/30/79 | 06/30/80 | 5 | $25,000,000 | $75,000,000 | Home Insurance Co | 06/30/79 | 06/30/80 | HEC9826188 (CITY) | 22.000000% | $5,500,000 | No | $0 | $5,500,000 |
| 06/30/79 | 06/30/80 | 6 | $50,000,000 | $100,000,000 | European General | 06/30/79 | 06/30/80 | FU78619413178 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/79 | 06/30/80 | 6 | $50,000,000 | $100,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/79 | 06/30/80 | DM025 A/B | 3.000000% | $1,500,000 | No | $0 | $1,500,000 |
| 06/30/79 | 06/30/80 | 6 | $50,000,000 | $100,000,000 | Hartford Insurance | 06/30/79 | 06/30/80 | 10XS100843 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |

## ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/79 | 06/30/80 | 6 | $50,000,000 | $100,000,000 | Fireman's Fund | 06/30/79 | 06/30/80 | XLX1370426 | 8.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/79 | 06/30/80 | 6 | $50,000,000 | $100,000,000 | Centennial Ins Co | 06/30/79 | 06/30/80 | 462019494 | 8.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/79 | 06/30/80 | 6 | $50,000,000 | $100,000,000 | American Int'l Underwriter | 06/30/79 | 06/30/80 | 75101109 | 3.000000% | $1,500,000 | No | $0 | $1,500,000 |
| 06/30/79 | 06/30/80 | 6 | $50,000,000 | $100,000,000 | Associated International | 06/30/79 | 06/30/80 | AEL00208C | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/79 | 06/30/80 | 6 | $50,000,000 | $100,000,000 | Birmingham Fire Ins Co | 06/30/79 | 06/30/80 | SE6073508 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/79 | 06/30/80 | 6 | $50,000,000 | $100,000,000 | Lloyds Underwriters | 06/30/79 | 06/30/80 | 79DD1637C | 5.000000% | $2,500,000 | No | $0 | $2,500,000 |
| 06/30/79 | 06/30/80 | 6 | $50,000,000 | $100,000,000 | Federal Insurance Co | 06/30/79 | 06/30/80 | (80) 79227280 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/79 | 06/30/80 | 6 | $50,000,000 | $100,000,000 | Zurich Insurance Co | 06/30/79 | 06/30/80 | Z17052/4 | 3.000000% | $1,500,000 | No | $0 | $1,500,000 |
| 06/30/79 | 06/30/80 | 6 | $50,000,000 | $100,000,000 | Midland Insurance Co | 06/30/79 | 06/30/80 | XL147540 | 6.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/79 | 06/30/80 | 6 | $50,000,000 | $100,000,000 | Natl Union Fire Pttsbrgh | 06/30/79 | 06/30/80 | 9782319.. | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/79 | 06/30/80 | 6 | $50,000,000 | $100,000,000 | Allianz Underwriters Ins | 06/30/79 | 06/30/80 | H0001428 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/79 | 06/30/80 | 6 | $50,000,000 | $100,000,000 | Home Insurance Co | 06/30/79 | 06/30/80 | HEC9826189 (CITY) | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/79 | 06/30/80 | 7 | $50,000,000 | $150,000,000 | European General | 06/30/79 | 06/30/80 | FU78819413679 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/79 | 06/30/80 | 7 | $50,000,000 | $150,000,000 | Dominion Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1638C | 1.430000% | $715,000 | No | $0 | $715,000 |
| 06/30/79 | 06/30/80 | 7 | $50,000,000 | $150,000,000 | Stronghold Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1638C | 1.430000% | $715,000 | No | $0 | $715,000 |
| 06/30/79 | 06/30/80 | 7 | $50,000,000 | $150,000,000 | C.A.M.A.T. | 06/30/79 | 06/30/80 | 79DD1638C | 1.071200% | $535,600 | No | $0 | $535,600 |
| 06/30/79 | 06/30/80 | 7 | $50,000,000 | $150,000,000 | North Atlantic Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1638C | 2.501200% | $1,250,600 | No | $0 | $1,250,600 |
| 06/30/79 | 06/30/80 | 7 | $50,000,000 | $150,000,000 | Lexington Ins. Co. | 06/30/79 | 06/30/80 | 79DD1638C | 3.572400% | $1,786,200 | No | $0 | $1,786,200 |
| 06/30/79 | 06/30/80 | 7 | $50,000,000 | $150,000,000 | Lloyds Underwriters | 06/30/79 | 06/30/80 | 79DD1638C | 15.995200% | $7,997,600 | No | $0 | $7,997,600 |
| 06/30/79 | 06/30/80 | 7 | $50,000,000 | $150,000,000 | Natl Union Fire Pttsbrgh | 06/30/79 | 06/30/80 | 01XN82306WCA | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/79 | 06/30/80 | 7 | $50,000,000 | $150,000,000 | Aetna Casualty & Surety | 06/30/79 | 06/30/80 | EWI1016 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/79 | 06/30/80 | 7 | $50,000,000 | $150,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/79 | 06/30/80 | DM025. A/B | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/79 | 06/30/80 | 7 | $50,000,000 | $150,000,000 | Federal Insurance Co | 06/30/79 | 06/30/80 | (80) 79227298 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/79 | 06/30/80 | 7 | $50,000,000 | $150,000,000 | Continental Casualty Co. | 06/30/79 | 06/30/80 | RDX1784282 | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/79 | 06/30/80 | 7 | $50,000,000 | $150,000,000 | Fireman's Fund | 06/30/79 | 06/30/80 | XLX1370427 | 8.000000% | $4,000,000 | No | $0 | $4,000,000 |

Period Totals: $200,000,000    $24,904,479    $175,095,521

## ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/80 | 06/30/81 | 1 | $5,000,000 | $0 | El Paso Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 79DD1633C | 5.192000% | $259,600 | No | $259,600 | $0 |
| 06/30/80 | 06/30/81 | 1 | $5,000,000 | $0 | Mutual Reinsurance Co. Ltd. | 06/30/80 | 06/30/81 | 79DD1633C | 9.352000% | $467,600 | No | $467,600 | $0 |
| 06/30/80 | 06/30/81 | 1 | $5,000,000 | $0 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 79DD1633C | 8.832000% | $441,600 | No | $441,600 | $0 |
| 06/30/80 | 06/30/81 | 1 | $5,000,000 | $0 | Kraft Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 79DD1633C | 10.392000% | $519,600 | No | $519,600 | $0 |
| 06/30/80 | 06/30/81 | 1 | $5,000,000 | $0 | St. Katherine Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 79DD1633C | 7.792000% | $389,600 | No | $389,600 | $0 |
| 06/30/80 | 06/30/81 | 1 | $5,000,000 | $0 | Walbrook Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 79DD1633C | 38.440000% | $1,922,000 | No | $1,922,000 | $0 |
| 06/30/80 | 06/30/81 | 1 | $5,000,000 | $0 | Northbrook Ins Co | 06/30/80 | 06/30/81 | 63005793 | 20.000000% | $1,000,000 | No | $1,000,000 | $0 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | Granite State Ins | 06/30/80 | 06/30/81 | 6480-5013 | 20.000000% | $4,000,000 | No | $3,971,854 | $28,146 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | Northbrook Ins Co | 06/30/80 | 06/30/81 | 63006854 | 18.750000% | $3,750,000 | No | $3,723,613 | $26,387 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | Lexington Ins. Co. | 06/30/80 | 06/30/81 | 80DD1643C | 6.007500% | $1,201,500 | No | $1,193,046 | $8,454 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | English & American Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1643C | 7.998750% | $1,599,760 | No | $1,588,493 | $11,257 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | Kraft Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1643C | 4.104940% | $820,988 | No | $815,211 | $5,777 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | Louisville Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1643C | 2.140835% | $428,179 | No | $425,166 | $3,013 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1643C | 3.028285% | $605,657 | No | $601,395 | $4,262 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | Bryanston Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1643C | 1.784080% | $356,816 | No | $354,305 | $2,511 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1643C | 3.208245% | $641,649 | No | $637,134 | $4,515 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1643C | 2.674570% | $534,914 | No | $531,150 | $3,764 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | Cie Europeene D'Ass. Industrielles | 06/30/80 | 06/30/81 | 80DD1643C | 0.533675% | $106,735 | No | $105,984 | $751 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | Walbrook Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1643C | 7.306975% | $1,461,395 | No | $1,451,112 | $10,283 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | Lloyds Underwriters | 06/30/80 | 06/30/81 | 80DD1643C | 11.216250% | $2,243,250 | No | $2,227,465 | $15,785 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | El Paso Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1643C | 1.780980% | $356,196 | No | $353,690 | $2,506 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | Winterthur Swiss Ins. Co. | 06/30/80 | 06/30/81 | 80DD1643C | 4.464855% | $892,971 | No | $886,688 | $6,283 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | Transit Casualty | 06/30/80 | 06/30/81 | SCU955566 | 5.000000% | $1,000,000 | No | $992,963 | $7,037 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Transit Casualty | 06/30/80 | 06/30/81 | SCU955566 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Gerling Konzern Ins. | 06/30/80 | 06/30/81 | 49/99/6409/01 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Winterthur Swiss Ins. Co. | 06/30/80 | 06/30/81 | 80DD1644C | 1.500244% | $375,061 | No | $0 | $375,061 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Walbrook Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1644C | 2.455228% | $613,807 | No | $0 | $613,807 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Lloyds Underwriters | 06/30/80 | 06/30/81 | 80DD1644C | 29.318400% | $7,329,600 | No | $0 | $7,329,600 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Kraft Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1644C | 1.379308% | $344,827 | No | $0 | $344,827 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | El Paso Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1644C | 0.598428% | $149,607 | No | $0 | $149,607 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1644C | 0.898688% | $224,672 | No | $0 | $224,672 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Cie Europeene D'Ass. Industrielles | 06/30/80 | 06/30/81 | 80DD1644C | 1.078008% | $269,502 | No | $0 | $269,502 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Stronghold Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1644C | 0.179320% | $44,830 | No | $0 | $44,830 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Louisville Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1644C | 1.737600% | $434,400 | No | $0 | $434,400 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Lexington Ins. Co. | 06/30/80 | 06/30/81 | 80DD1644C | 6.518400% | $1,629,600 | No | $0 | $1,629,600 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Bryanston Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1644C | 0.599472% | $149,868 | No | $0 | $149,868 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1644C | 1.017540% | $254,385 | No | $0 | $254,385 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | American Int'l Underwriter | 06/30/80 | 06/30/81 | K110029 | 2.000000% | $500,000 | No | $0 | $500,000 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Hartford Insurance | 06/30/80 | 06/30/81 | 75102424 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Granite State Ins | 06/30/80 | 06/30/81 | 10XS100990 | 6.000000% | $1,500,000 | No | $0 | $1,500,000 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 6480-5014 | 24.000000% | $6,000,000 | No | $0 | $6,000,000 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | El Paso Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1645C | 0.078080% | $19,520 | No | $0 | $19,520 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | Winterthur Swiss Ins. Co. | 06/30/80 | 06/30/81 | 80DD1645C | 0.045920% | $11,480 | No | $0 | $11,480 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1645C | 0.115120% | $28,780 | No | $0 | $28,780 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1645C | 0.068960% | $17,240 | No | $0 | $17,240 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | Cie Europeene D'Ass. Industrielles | 06/30/80 | 06/30/81 | 80DD1645C | 0.082720% | $20,680 | No | $0 | $20,680 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | Walbrook Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1645C | 0.013760% | $3,440 | No | $0 | $3,440 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | Kraft Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1645C | 0.188400% | $47,100 | No | $0 | $47,100 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | Bryanston Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1645C | 0.105840% | $26,460 | No | $0 | $26,460 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | Louisville Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1645C | 0.055200% | $13,800 | No | $0 | $13,800 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | Lloyds Underwriters | 06/30/80 | 06/30/81 | 80DD1645C | 15.200000% | $3,800,000 | No | $0 | $3,800,000 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | Integrity Insurance Co | 06/30/80 | 06/30/81 | XL201688 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |

## ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | Transit Casualty | 06/30/80 | 06/30/81 | SCU955567 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | American Int'l Underwriter | 06/30/80 | 06/30/81 | 75102422 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | Northbrook Ins Co | 06/30/80 | 06/30/81 | 63006855 | 28.000000% | $7,000,000 | No | $0 | $7,000,000 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | Granite State Ins | 06/30/80 | 06/30/81 | 6480-5015 | 16.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | Natl Union Fire Pttsbrgh | 06/30/80 | 06/30/81 | 9910362 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $75,000,000 | Natl Union Fire Pttsbrgh | 06/30/80 | 06/30/81 | 9910362.. | 24.000000% | $6,000,000 | No | $0 | $6,000,000 |
| 06/30/80 | 06/30/81 | 5 | $25,000,000 | $75,000,000 | Ideal Mutual | 06/30/80 | 06/30/81 | 0052 | 12.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/80 | 06/30/81 | 5 | $25,000,000 | $75,000,000 | Reunion-Adriatica | 06/30/80 | 06/30/81 | EL794416 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/80 | 06/30/81 | 5 | $25,000,000 | $75,000,000 | Gibraltar Cas. Co. | 06/30/80 | 06/30/81 | GMX00656 | 10.000000% | $2,500,000 | No | $0 | $2,500,000 |
| 06/30/80 | 06/30/81 | 5 | $25,000,000 | $75,000,000 | Granite State Ins | 06/30/80 | 06/30/81 | 6480-5016 | 34.000000% | $8,500,000 | No | $0 | $8,500,000 |
| 06/30/80 | 06/30/81 | 5 | $25,000,000 | $75,000,000 | Transit Casualty | 06/30/80 | 06/30/81 | SCU955568 | 12.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/80 | 06/30/81 | 5 | $25,000,000 | $75,000,000 | Hartford Insurance | 06/30/80 | 06/30/81 | 10XS100988 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/80 | 06/30/81 | 6 | $50,000,000 | $100,000,000 | Birmingham Fire Ins Co | 06/30/80 | 06/30/81 | SE6073646 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/80 | 06/30/81 | 6 | $50,000,000 | $100,000,000 | Hartford Insurance | 06/30/80 | 06/30/81 | 10XS100989 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/80 | 06/30/81 | 6 | $50,000,000 | $100,000,000 | American Int'l Underwriter | 06/30/80 | 06/30/81 | 75102423 | 3.000000% | $1,500,000 | No | $0 | $1,500,000 |
| 06/30/80 | 06/30/81 | 6 | $50,000,000 | $100,000,000 | Midland Insurance Co | 06/30/80 | 06/30/81 | XL706665 | 6.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/80 | 06/30/81 | 6 | $50,000,000 | $100,000,000 | Natl Union Fire Pttsbrgh | 06/30/80 | 06/30/81 | 9910362.. | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/80 | 06/30/81 | 6 | $50,000,000 | $100,000,000 | European General | 06/30/80 | 06/30/81 | FU7881943180 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/80 | 06/30/81 | 6 | $50,000,000 | $100,000,000 | Lloyds Underwriters | 06/30/80 | 06/30/81 | 60DD1646C | 5.000000% | $2,500,000 | No | $0 | $2,500,000 |
| 06/30/80 | 06/30/81 | 6 | $50,000,000 | $100,000,000 | Centennial Ins Co | 06/30/80 | 06/30/81 | 462023810 | 8.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/80 | 06/30/81 | 6 | $50,000,000 | $100,000,000 | Associated International | 06/30/80 | 06/30/81 | AEL00206C | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/80 | 06/30/81 | 6 | $50,000,000 | $100,000,000 | Allianz Underwriters Ins. | 06/30/80 | 06/30/81 | H0001428 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/80 | 06/30/81 | 6 | $50,000,000 | $100,000,000 | Zurich Insurance Co | 06/30/80 | 06/30/81 | ZIB7434/5 | 3.000000% | $1,500,000 | No | $0 | $1,500,000 |
| 06/30/80 | 06/30/81 | 6 | $50,000,000 | $100,000,000 | Federal Insurance Co | 06/30/80 | 06/30/81 | (81) 7922-7260 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/80 | 06/30/81 | 6 | $50,000,000 | $100,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/80 | 06/30/81 | KJ10029.. | 3.000000% | $1,500,000 | No | $0 | $1,500,000 |
| 06/30/80 | 06/30/81 | 6 | $50,000,000 | $100,000,000 | Fireman's Fund | 06/30/80 | 06/30/81 | XLX1437060 | 8.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/80 | 06/30/81 | 6 | $50,000,000 | $100,000,000 | Home Insurance Co | 06/30/80 | 06/30/81 | HEC9826575 (CITY) | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/80 | 06/30/81 | 7 | $50,000,000 | $150,000,000 | Federal Insurance Co | 06/30/80 | 06/30/81 | (81) 7922-7298 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/80 | 06/30/81 | 7 | $50,000,000 | $150,000,000 | Fireman's Fund | 06/30/80 | 06/30/81 | XLX1437061 | 8.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/80 | 06/30/81 | 7 | $50,000,000 | $150,000,000 | Continental Casualty Co. | 06/30/80 | 06/30/81 | RDX1784981 | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/80 | 06/30/81 | 7 | $50,000,000 | $150,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/80 | 06/30/81 | KJ10029 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/80 | 06/30/81 | 7 | $50,000,000 | $150,000,000 | Haftpflichtverband | 06/30/80 | 06/30/81 | EWI-1030 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/80 | 06/30/81 | 7 | $50,000,000 | $150,000,000 | Natl Union Fire Pttsbrgh | 06/30/80 | 06/30/81 | 9910362... | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/80 | 06/30/81 | 7 | $50,000,000 | $150,000,000 | Lloyds Underwriters | 06/30/80 | 06/30/81 | 80DD1647C | 17.149600% | $8,574,800 | No | $0 | $8,574,800 |
| 06/30/80 | 06/30/81 | 7 | $50,000,000 | $150,000,000 | Stronghold Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1647C | 1.417000% | $708,500 | No | $0 | $708,500 |
| 06/30/80 | 06/30/81 | 7 | $50,000,000 | $150,000,000 | Lexington Ins. Co. | 06/30/80 | 06/30/81 | 80DD1647C | 3.538600% | $1,769,300 | No | $0 | $1,769,300 |
| 06/30/80 | 06/30/81 | 7 | $50,000,000 | $150,000,000 | North Atlantic Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1647C | 2.477800% | $1,238,900 | No | $0 | $1,238,900 |
| 06/30/80 | 06/30/81 | 7 | $50,000,000 | $150,000,000 | Dominion Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1647C | 1.417000% | $708,500 | No | $0 | $708,500 |
| 06/30/80 | 06/30/81 | 7 | $50,000,000 | $150,000,000 | European General | 06/30/80 | 06/30/81 | FU7881941368O | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/80 | 06/30/81 | 7 | $50,000,000 | $150,000,000 | Aetna Casualty & Surety | 06/30/80 | 06/30/81 | 01XN2569WCA | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| | | | | | | | | **Period Totals:** | | **$200,000,001** | | **$24,859,269** | **$175,140,732** |

## ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/81 | 06/30/82 | 1 | $5,000,000 | $0 | Northbrook Ins Co | 06/30/81 | 06/30/82 | 63005793 | 20.000000% | $1,000,000 | No | $1,000,000 | $0 |
| 06/30/81 | 06/30/82 | 1 | $5,000,000 | $0 | El Paso Ins. Co. Ltd. | 06/30/81 | 06/30/82 | 79DD1633C | 5.192000% | $259,600 | No | $259,600 | $0 |
| 06/30/81 | 06/30/82 | 1 | $5,000,000 | $0 | Walbrook Ins. Co. Ltd. | 06/30/81 | 06/30/82 | 79DD1633C | 38.440000% | $1,922,000 | No | $1,922,000 | $0 |
| 06/30/81 | 06/30/82 | 1 | $5,000,000 | $0 | St. Katherine Ins. Co. Ltd. | 06/30/81 | 06/30/82 | 79DD1633C | 7.792000% | $389,600 | No | $389,600 | $0 |
| 06/30/81 | 06/30/82 | 1 | $5,000,000 | $0 | Mutual Reinsurance Co. Ltd. | 06/30/81 | 06/30/82 | 79DD1633C | 9.352000% | $467,600 | No | $467,600 | $0 |
| 06/30/81 | 06/30/82 | 1 | $5,000,000 | $0 | Kraft Ins. Co. Ltd. | 06/30/81 | 06/30/82 | 79DD1633C | 10.392000% | $519,600 | No | $519,600 | $0 |
| 06/30/81 | 06/30/82 | 1 | $5,000,000 | $0 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/81 | 06/30/82 | 79DD1633C | 8.832000% | $441,600 | No | $441,600 | $0 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | Transit Casualty | 06/30/81 | 06/30/82 | SCU955978 | 5.000000% | $1,000,000 | No | $992,637 | $7,363 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | Granite State Ins | 06/30/81 | 06/30/82 | 6481-5220 | 20.000000% | $4,000,000 | No | $3,970,550 | $29,450 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/81 | 06/30/82 | 80DD1643C | 3.208245% | $641,649 | No | $636,925 | $4,724 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/81 | 06/30/82 | 80DD1643C | 2.674570% | $534,914 | No | $530,976 | $3,938 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | El Paso Ins. Co. Ltd. | 06/30/81 | 06/30/82 | 80DD1643C | 1.780980% | $356,196 | No | $353,574 | $2,622 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | Lexington Ins. Co. | 06/30/81 | 06/30/82 | 80DD1643C | 6.007500% | $1,201,500 | No | $1,192,654 | $8,846 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | Lloyds Underwriters | 06/30/81 | 06/30/82 | 80DD1643C | 11.216250% | $2,243,250 | No | $2,226,734 | $16,516 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | Bryanston Ins. Co. Ltd. | 06/30/81 | 06/30/82 | 80DD1643C | 1.784080% | $356,816 | No | $354,189 | $2,627 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | English & American Ins. Co. Ltd. | 06/30/81 | 06/30/82 | 80DD1643C | 7.998750% | $1,599,750 | No | $1,587,972 | $11,778 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | Cie Europeene D'Ass. Industrielles | 06/30/81 | 06/30/82 | 80DD1643C | 0.533675% | $106,735 | No | $105,949 | $786 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | Kraft Ins. Co. Ltd. | 06/30/81 | 06/30/82 | 80DD1643C | 4.104940% | $820,988 | No | $814,943 | $6,045 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | Winterthur Swiss Ins. Co. | 06/30/81 | 06/30/82 | 80DD1643C | 4.464855% | $892,971 | No | $886,396 | $6,575 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | Walbrook Ins. Co. Ltd. | 06/30/81 | 06/30/82 | 80DD1643C | 7.306975% | $1,461,395 | No | $1,450,635 | $10,760 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/81 | 06/30/82 | 80DD1643C | 3.028285% | $605,657 | No | $601,198 | $4,459 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | Louisville Ins. Co. Ltd. | 06/30/81 | 06/30/82 | 80DD1643C | 2.140895% | $428,179 | No | $425,027 | $3,152 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | Northbrook Ins Co | 06/30/81 | 06/30/82 | 63008153 | 18.750000% | $3,750,000 | No | $3,722,390 | $27,610 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Cie Europeene D'Ass. Industrielles | 06/30/81 | 06/30/82 | PY030181 | 0.237580% | $59,395 | No | $0 | $59,395 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | El Paso Ins. Co. Ltd. | 06/30/81 | 06/30/82 | PY030181 | 0.920368% | $230,092 | No | $0 | $230,092 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Kraft Ins. Co. Ltd. | 06/30/81 | 06/30/82 | PY030181 | 1.899612% | $474,903 | No | $0 | $474,903 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/81 | 06/30/82 | PY030181 | 1.069112% | $267,278 | No | $0 | $267,278 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Lexington Ins. Co. | 06/30/81 | 06/30/82 | PY030181 | 6.456000% | $1,614,000 | No | $0 | $1,614,000 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Winterthur Swiss Ins. Co. | 06/30/81 | 06/30/82 | PY030181 | 1.186872% | $296,718 | No | $0 | $296,718 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Lloyds Underwriters | 06/30/81 | 06/30/82 | PY030181 | 29.491200% | $7,372,800 | No | $0 | $7,372,800 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Stronghold Ins. Co. Ltd. | 06/30/81 | 06/30/82 | PY030181 | 1.723200% | $430,800 | No | $0 | $430,800 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/81 | 06/30/82 | PY030181 | 0.949292% | $237,323 | No | $0 | $237,323 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Louisville Ins. Co. Ltd. | 06/30/81 | 06/30/82 | PY030181 | 0.712744% | $178,186 | No | $0 | $178,186 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Bryanston Ins. Co. Ltd. | 06/30/81 | 06/30/82 | PY030181 | 0.593952% | $148,488 | No | $0 | $148,488 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Walbrook Ins. Co. Ltd. | 06/30/81 | 06/30/82 | PY030181 | 2.760068% | $690,017 | No | $0 | $690,017 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Granite State Ins | 06/30/81 | 06/30/82 | 6481-5221 | 24.000000% | $6,000,000 | No | $0 | $6,000,000 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Transit Casualty | 06/30/81 | 06/30/82 | SCU955979 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | American Int'l Underwriter | 06/30/81 | 06/30/82 | 75-102641 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Hartford Insurance | 06/30/81 | 06/30/82 | 10X5102369 | 6.000000% | $1,500,000 | No | $0 | $1,500,000 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/81 | 06/30/82 | KJ10040. | 2.000000% | $500,000 | No | $0 | $500,000 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Gerling Konzern Ins | 06/30/81 | 06/30/82 | 49/6409/01 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Winterthur Swiss Ins. Co. | 06/30/81 | 06/30/82 | PY030281 | 0.053312% | $13,328 | No | $0 | $13,328 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | El Paso Ins. Co. Ltd. | 06/30/81 | 06/30/82 | PY030281 | 0.041344% | $10,336 | No | $0 | $10,336 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Bryanston Ins. Co. Ltd. | 06/30/81 | 06/30/82 | PY030281 | 0.026680% | $6,670 | No | $0 | $6,670 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Walbrook Ins. Co. Ltd. | 06/30/81 | 06/30/82 | PY030281 | 0.123980% | $30,995 | No | $0 | $30,995 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Lloyds Underwriters | 06/30/81 | 06/30/82 | PY030281 | 14.608000% | $3,652,000 | No | $0 | $3,652,000 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Cie Europeene D'Ass. Industrielles | 06/30/81 | 06/30/82 | PY030281 | 0.010672% | $2,668 | No | $0 | $2,668 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Stronghold Ins. Co. Ltd. | 06/30/81 | 06/30/82 | PY030281 | 0.928000% | $232,000 | No | $0 | $232,000 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Louisville Ins. Co. Ltd. | 06/30/81 | 06/30/82 | PY030281 | 0.032016% | $8,004 | No | $0 | $8,004 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/81 | 06/30/82 | PY030281 | 0.048024% | $12,006 | No | $0 | $12,006 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/81 | 06/30/82 | PY030281 | 0.042640% | $10,660 | No | $0 | $10,660 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Kraft Ins. Co. Ltd. | 06/30/81 | 06/30/82 | PY030281 | 0.085328% | $21,332 | No | $0 | $21,332 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Integrity Insurance Co | 06/30/81 | 06/30/82 | XL203279 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Transit Casualty | 06/30/81 | 06/30/82 | SCU955980 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |

## ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Natl Union Fire Pttsbrgh | 06/30/81 | 06/30/82 | 9602931 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Northbrook Ins Co | 06/30/81 | 06/30/82 | 63008154 | 28.000000% | $7,000,000 | No | $0 | $7,000,000 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Granite State Ins | 06/30/81 | 06/30/82 | 6481-5222 | 16.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | American Int'l Underwriter | 06/30/81 | 06/30/82 | 75-102642 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/81 | 06/30/82 | 5 | $25,000,000 | $75,000,000 | Hartford Insurance | 06/30/81 | 06/30/82 | 10XS102370 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/81 | 06/30/82 | 5 | $25,000,000 | $75,000,000 | Granite State Ins | 06/30/81 | 06/30/82 | 6481-5223 | 34.000000% | $8,500,000 | No | $0 | $8,500,000 |
| 06/30/81 | 06/30/82 | 5 | $25,000,000 | $75,000,000 | Ideal Mutual | 06/30/81 | 06/30/82 | 0078 | 12.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/81 | 06/30/82 | 5 | $25,000,000 | $75,000,000 | American Centennial | 06/30/81 | 06/30/82 | CC002418 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/81 | 06/30/82 | 5 | $25,000,000 | $75,000,000 | Natl Union Fire Pttsbrgh | 06/30/81 | 06/30/82 | 9602931. | 24.000000% | $6,000,000 | No | $0 | $6,000,000 |
| 06/30/81 | 06/30/82 | 5 | $25,000,000 | $75,000,000 | Transit Casualty | 06/30/81 | 06/30/82 | SCU955981 | 12.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/81 | 06/30/82 | 5 | $25,000,000 | $75,000,000 | Gibraltar Cas. Co. | 06/30/81 | 11/01/81 | GMX001275 | 10.000000% | $2,500,000 | No | $0 | $2,500,000 |
| 11/01/81 | 06/30/82 | 5 | $25,000,000 | $75,000,000 | Lexington Ins. Co. | 11/01/81 | 06/30/82 | KY003382 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 11/01/81 | 06/30/82 | 5 | $25,000,000 | $75,000,000 | CNA Reinsurance of London Ltd. | 11/01/81 | 06/30/82 | KY003382 | 8.000000% | $1,500,000 | No | $0 | $1,500,000 |
| 06/30/81 | 06/30/82 | 6 | $50,000,000 | $100,000,000 | Hartford Insurance | 06/30/81 | 06/30/82 | 10XS102371 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/81 | 06/30/82 | 6 | $50,000,000 | $100,000,000 | Associated International | 06/30/81 | 06/30/82 | AEL00208C | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/81 | 06/30/82 | 6 | $50,000,000 | $100,000,000 | Transit Casualty | 06/30/81 | 06/30/82 | SCU955982 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/81 | 06/30/82 | 6 | $50,000,000 | $100,000,000 | Natl Union Fire Pttsbrgh | 06/30/81 | 06/30/82 | 9602931.. | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/81 | 06/30/82 | 6 | $50,000,000 | $100,000,000 | Federal Insurance Co | 06/30/81 | 06/30/82 | (82) 7922-7260 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/81 | 06/30/82 | 6 | $50,000,000 | $100,000,000 | Allianz Underwriters Ins | 06/30/81 | 06/30/82 | H0001428 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/81 | 06/30/82 | 6 | $50,000,000 | $100,000,000 | Fireman's Fund | 06/30/81 | 06/30/82 | XLX1481490 | 8.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/81 | 06/30/82 | 6 | $50,000,000 | $100,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/81 | 06/30/82 | KJ10040 | 6.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/81 | 06/30/82 | 6 | $50,000,000 | $100,000,000 | Birmingham Fire Ins Co | 06/30/81 | 06/30/82 | SE6073657 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/81 | 06/30/82 | 6 | $50,000,000 | $100,000,000 | Zurich Insurance Co | 06/30/81 | 06/30/82 | ZIB7631-81-C | 7.000000% | $3,500,000 | No | $0 | $3,500,000 |
| 06/30/81 | 06/30/82 | 6 | $50,000,000 | $100,000,000 | Lloyds Underwriters | 06/30/81 | 06/30/82 | PY030381 | 5.000000% | $2,500,000 | No | $0 | $2,500,000 |
| 06/30/81 | 06/30/82 | 6 | $50,000,000 | $100,000,000 | Centennial Ins Co | 06/30/81 | 06/30/82 | 462021419 | 8.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/81 | 06/30/82 | 6 | $50,000,000 | $100,000,000 | American Centennial | 06/30/81 | 06/30/82 | CC002419 | 8.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/81 | 06/30/82 | 6 | $50,000,000 | $100,000,000 | Midland Insurance Co | 06/30/81 | 06/30/82 | XL724449 | 6.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/81 | 06/30/82 | 7 | $50,000,000 | $150,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/81 | 06/30/82 | KJ10040.. | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/81 | 06/30/82 | 7 | $50,000,000 | $150,000,000 | Continental Casualty Co. | 06/30/81 | 06/30/82 | RDX1784981 | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/81 | 06/30/82 | 7 | $50,000,000 | $150,000,000 | Protective Nat'l Ins Co | 06/30/81 | 06/30/82 | XUB1806925 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/81 | 06/30/82 | 7 | $50,000,000 | $150,000,000 | Fireman's Fund | 06/30/81 | 06/30/82 | XLX1481491 | 8.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/81 | 06/30/82 | 7 | $50,000,000 | $150,000,000 | Buffalo Reinsurance | 06/30/81 | 06/30/82 | BR5075551 | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/81 | 06/30/82 | 7 | $50,000,000 | $150,000,000 | Zurich Insurance Co | 06/30/81 | 06/30/82 | ZIB7632-81-C | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/81 | 06/30/82 | 7 | $50,000,000 | $150,000,000 | Natl Union Fire Pttsbrgh | 06/30/81 | 06/30/82 | 9602931... | 18.000000% | $9,000,000 | No | $0 | $9,000,000 |
| 06/30/81 | 06/30/82 | 7 | $50,000,000 | $150,000,000 | Federal Insurance Co | 06/30/81 | 06/30/82 | (82) 7922-7298 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/81 | 06/30/82 | 7 | $50,000,000 | $150,000,000 | Home Insurance Co | 06/30/81 | 06/30/82 | HEC1198526 (CITY) | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/81 | 06/30/82 | 8 | $50,000,000 | $200,000,000 | London Guarantee & Acc | 06/30/81 | 06/30/82 | LX3193640 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/81 | 06/30/82 | 8 | $50,000,000 | $200,000,000 | American Int'l Underwriter | 06/30/81 | 06/30/82 | 75-102643 | 14.000000% | $7,000,000 | No | $0 | $7,000,000 |
| 06/30/81 | 06/30/82 | 8 | $50,000,000 | $200,000,000 | Continental Ins Co | 06/30/81 | 06/30/82 | SRX3193093 | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/81 | 06/30/82 | 8 | $50,000,000 | $200,000,000 | Fireman's Fund | 06/30/81 | 06/30/82 | XLX1481492 | 14.000000% | $7,000,000 | No | $0 | $7,000,000 |
| 06/30/81 | 06/30/82 | 8 | $50,000,000 | $200,000,000 | Mission Insurance Co | 06/30/81 | 06/30/82 | M877286 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/81 | 06/30/82 | 8 | $50,000,000 | $200,000,000 | GEICO | 06/30/81 | 06/30/82 | GXU30031 | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/81 | 06/30/82 | 8 | $50,000,000 | $200,000,000 | Integrity Insurance Co | 06/30/81 | 06/30/82 | XL203280 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/81 | 06/30/82 | 8 | $50,000,000 | $200,000,000 | Home Insurance Co | 06/30/81 | 06/30/82 | HEC1198625 (CITY) | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| | | | | | | | | **Period Totals:** | | $252,499,999 | | $24,852,749 | $227,647,250 |

## ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/82 | 06/30/83 | 1 | $5,000,000 | $0 | Mutual Reinsurance Co. Ltd. | 06/30/82 | 06/30/83 | KY017582 | 7.744000% | $387,200 | No | $387,200 | $0 |
| 06/30/82 | 06/30/83 | 1 | $5,000,000 | $0 | Winterthur Swiss Ins. Co. | 06/30/82 | 06/30/83 | KY017582 | 8.600000% | $430,000 | No | $430,000 | $0 |
| 06/30/82 | 06/30/83 | 1 | $5,000,000 | $0 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017582 | 6.888000% | $344,400 | No | $344,400 | $0 |
| 06/30/82 | 06/30/83 | 1 | $5,000,000 | $0 | Louisville Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017582 | 6.448000% | $322,400 | No | $322,400 | $0 |
| 06/30/82 | 06/30/83 | 1 | $5,000,000 | $0 | El Paso Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017582 | 8.600000% | $430,000 | No | $430,000 | $0 |
| 06/30/82 | 06/30/83 | 1 | $5,000,000 | $0 | Cie Europeene D'Ass. Industrielles | 06/30/82 | 06/30/83 | KY017582 | 1.720000% | $86,000 | No | $86,000 | $0 |
| 06/30/82 | 06/30/83 | 1 | $5,000,000 | $0 | Walbrook Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017582 | 24.944000% | $1,247,200 | No | $1,247,200 | $0 |
| 06/30/82 | 06/30/83 | 1 | $5,000,000 | $0 | Kraft Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017582 | 15.056000% | $752,800 | No | $752,800 | $0 |
| 06/30/82 | 06/30/83 | 1 | $5,000,000 | $0 | Transit Casualty | 06/30/82 | 06/30/83 | UMB950239 | 20.000000% | $1,000,000 | No | $1,000,000 | $0 |
| 06/30/82 | 06/30/83 | 2 | $20,000,000 | $5,000,000 | Transit Casualty | 06/30/82 | 06/30/83 | SCU958259 | 23.750000% | $4,750,000 | No | $4,736,268 | $13,732 |
| 06/30/82 | 06/30/83 | 2 | $20,000,000 | $5,000,000 | Winterthur Swiss Ins. Co. | 06/30/82 | 06/30/83 | KY017782 | 3.854085% | $770,977 | No | $768,748 | $2,229 |
| 06/30/82 | 06/30/83 | 2 | $20,000,000 | $5,000,000 | Lexington Ins. Co. | 06/30/82 | 06/30/83 | KY017782 | 6.721875% | $1,344,375 | No | $1,340,489 | $3,886 |
| 06/30/82 | 06/30/83 | 2 | $20,000,000 | $5,000,000 | Lloyds Underwriters | 06/30/82 | 06/30/83 | KY017782 | 4.702500% | $940,500 | No | $937,781 | $2,719 |
| 06/30/82 | 06/30/83 | 2 | $20,000,000 | $5,000,000 | Cie Europeene D'Ass. Industrielles | 06/30/82 | 06/30/83 | KY017782 | 0.770975% | $154,195 | No | $153,749 | $446 |
| 06/30/82 | 06/30/83 | 2 | $20,000,000 | $5,000,000 | El Paso Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017782 | 3.854885% | $770,977 | No | $768,748 | $2,229 |
| 06/30/82 | 06/30/83 | 2 | $20,000,000 | $5,000,000 | Walbrook Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017782 | 11.180955% | $2,236,191 | No | $2,229,726 | $6,465 |
| 06/30/82 | 06/30/83 | 2 | $20,000,000 | $5,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/82 | 06/30/83 | KY017782 | 8.966250% | $1,793,250 | No | $1,788,066 | $5,184 |
| 06/30/82 | 06/30/83 | 2 | $20,000,000 | $5,000,000 | Kraft Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017782 | 3.471185% | $694,237 | No | $692,230 | $2,007 |
| 06/30/82 | 06/30/83 | 2 | $20,000,000 | $5,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017782 | 6.748735% | $1,349,747 | No | $1,345,845 | $3,902 |
| 06/30/82 | 06/30/83 | 2 | $20,000,000 | $5,000,000 | Louisville Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017782 | 3.087490% | $617,498 | No | $815,713 | $1,785 |
| 06/30/82 | 06/30/83 | 2 | $20,000,000 | $5,000,000 | Granite State Ins | 06/30/82 | 06/30/83 | KY017782 | 2.890265% | $578,053 | No | $576,382 | $1,671 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Gerling Konzern Ins | 06/30/82 | 06/30/83 | 6482-5442 | 20.000000% | $4,000,000 | No | $3,988,436 | $11,684 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | American Int'l Underwriter | 06/30/82 | 06/30/83 | 49/6409/01. | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Hartford Insurance | 06/30/82 | 06/30/83 | 76102158 | 8.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Transit Casualty | 06/30/82 | 06/30/83 | 10XS102369. | 3.000000% | $1,500,000 | No | $0 | $1,500,000 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Integrity Insurance Co | 06/30/82 | 06/30/83 | SCU956260 | 28.000000% | $14,000,000 | No | $0 | $14,000,000 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Winterthur Swiss Ins. Co. | 06/30/82 | 06/30/83 | XL204091 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Kraft Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017882 | 0.967672% | $483,836 | No | $0 | $483,836 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Louisville Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017882 | 1.694102% | $847,051 | No | $0 | $847,051 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Lloyds Underwriters | 06/30/82 | 06/30/83 | KY017882 | 0.725528% | $362,764 | No | $0 | $362,764 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017882 | 16.736000% | $8,368,000 | No | $0 | $8,368,000 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | El Paso Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017882 | 0.775038% | $387,519 | No | $0 | $387,519 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/82 | 06/30/83 | KY017882 | 0.967672% | $483,836 | No | $0 | $483,836 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Stronghold Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017882 | 1.564800% | $782,400 | No | $0 | $782,400 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Lexington Ins. Co. | 06/30/82 | 06/30/83 | KY017882 | 4.697600% | $2,348,800 | No | $0 | $2,348,800 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Cie Europeene D'Ass. Industrielles | 06/30/82 | 06/30/83 | KY017882 | 0.193534% | $96,787 | No | $0 | $96,787 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Walbrook Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017882 | 2.806688% | $1,403,349 | No | $0 | $1,403,349 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Guarantee Insurance Co | 06/30/82 | 06/30/83 | SL0950030 | 1.000000% | $500,000 | No | $0 | $500,000 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Nat'l Union Fire Pittsbrgh | 06/30/82 | 06/30/83 | 9603133 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Granite State Ins | 06/30/82 | 06/30/83 | 6482-5443 | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | Zurich Insurance Co | 06/30/82 | 06/30/83 | ZIB7631-82-C | 4.666667% | $3,500,000 | No | $0 | $3,500,000 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | American Centennial | 06/30/82 | 06/30/83 | CC005317 | 6.666667% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | Granite State Ins | 06/30/82 | 06/30/83 | 6482-5444 | 18.000000% | $13,500,000 | No | $0 | $13,500,000 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | Fireman's Fund | 06/30/82 | 06/30/83 | XLX1532474 | 5.333333% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | Allianz Underwriters Ins | 06/30/82 | 06/30/83 | C7300025 | 1.333333% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | Transit Casualty | 06/30/82 | 06/30/83 | SCU956261 | 5.333333% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | Birmingham Fire Ins Co | 06/30/82 | 06/30/83 | SE6073957 | 2.666667% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | Lloyds Underwriters | 06/30/82 | 06/30/83 | KY017982 | 11.856000% | $8,892,000 | No | $0 | $8,892,000 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | Lexington Ins. Co. | 06/30/82 | 06/30/83 | KY017982 | 1.477333% | $1,108,000 | No | $0 | $1,108,000 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | Midland Insurance Co | 06/30/82 | 06/30/83 | XL739548 | 4.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | Nat'l Union Fire Pttsbrgh | 06/30/82 | 06/30/83 | 9603133. | 21.333333% | $16,000,000 | No | $0 | $16,000,000 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | Guarantee Insurance Co | 06/30/82 | 06/30/83 | SL0950031 | 4.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | Ideal Mutual | 06/30/82 | 06/30/83 | 0109 | 4.000000% | $3,000,000 | No | $0 | $3,000,000 |

## ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | Centennial Ins Co | 06/30/82 | 06/30/83 | 462023979 | 5.333333% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | Hartford Insurance | 06/30/82 | 06/30/83 | 10XS102370. | 4.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/82 | 06/30/83 | 5 | $100,000,000 | $150,000,000 | Fireman's Fund | 06/30/82 | 06/30/83 | XLX1532475 | 11.000000% | $11,000,000 | No | $0 | $11,000,000 |
| 06/30/82 | 06/30/83 | 5 | $100,000,000 | $150,000,000 | Continental Casualty Co. | 06/30/82 | 06/30/83 | RDX1785056 | 10.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/82 | 06/30/83 | 5 | $100,000,000 | $150,000,000 | GEICO | 06/30/82 | 06/30/83 | GXU30152 | 10.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/82 | 06/30/83 | 5 | $100,000,000 | $150,000,000 | Integrity Insurance Co | 06/30/82 | 06/30/83 | XL204091. | 3.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/82 | 06/30/83 | 5 | $100,000,000 | $150,000,000 | Continental Ins Co | 06/30/82 | 06/30/83 | SRX1591702 | 15.000000% | $15,000,000 | No | $0 | $15,000,000 |
| 06/30/82 | 06/30/83 | 5 | $100,000,000 | $150,000,000 | Buffalo Reinsurance | 06/30/82 | 06/30/83 | BR508040 | 10.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/82 | 06/30/83 | 5 | $100,000,000 | $150,000,000 | Natl Union Fire Pttsbrgh | 06/30/82 | 06/30/83 | 9603133.. | 9.000000% | $9,000,000 | No | $0 | $9,000,000 |
| 06/30/82 | 06/30/83 | 5 | $100,000,000 | $150,000,000 | American Int'l Underwriter | 06/30/82 | 06/30/83 | 75102159 | 7.000000% | $7,000,000 | No | $0 | $7,000,000 |
| 06/30/82 | 06/30/83 | 5 | $100,000,000 | $150,000,000 | Protective Nat'l Ins Co | 06/30/82 | 06/30/83 | XUB1607108 | 5.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/82 | 06/30/83 | 5 | $100,000,000 | $150,000,000 | Mission Insurance Co | 06/30/82 | 06/30/83 | M885801 | 5.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/82 | 06/30/83 | 5 | $100,000,000 | $150,000,000 | London Guarantee & Acc | 06/30/82 | 06/30/83 | LX1898010 | 5.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/82 | 06/30/83 | 5 | $100,000,000 | $150,000,000 | Home Insurance Co | 06/30/82 | 06/30/83 | HEC1199602 | 10.000000% | $10,000,000 | No | $0 | $10,000,000 |
| | | | | | | | | | Period Totals: | $249,999,999 | | $24,942,181 | $225,057,818 |

## ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/83 | 06/30/84 | 1 | $5,000,000 | $0 | Kraft Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY017582 | 15.056000% | $752,800 | No | $752,800 | $0 |
| 06/30/83 | 06/30/84 | 1 | $5,000,000 | $0 | Winterthur Swiss Ins. Co. | 06/30/83 | 06/30/84 | KY017582 | 8.600000% | $430,000 | No | $430,000 | $0 |
| 06/30/83 | 06/30/84 | 1 | $5,000,000 | $0 | Walbrook Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY017582 | 24.944000% | $1,247,200 | No | $1,247,200 | $0 |
| 06/30/83 | 06/30/84 | 1 | $5,000,000 | $0 | El Paso Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY017582 | 8.600000% | $430,000 | No | $430,000 | $0 |
| 06/30/83 | 06/30/84 | 1 | $5,000,000 | $0 | Louisville Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY017582 | 6.448000% | $322,400 | No | $322,400 | $0 |
| 06/30/83 | 06/30/84 | 1 | $5,000,000 | $0 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY017582 | 6.888000% | $344,400 | No | $344,400 | $0 |
| 06/30/83 | 06/30/84 | 1 | $5,000,000 | $0 | Cie Europeene D'Ass. Industrielles | 06/30/83 | 06/30/84 | KY017582 | 1.720000% | $86,000 | No | $86,000 | $0 |
| 06/30/83 | 06/30/84 | 1 | $5,000,000 | $0 | Mutual Reinsurance Ltd. | 06/30/83 | 06/30/84 | KY017582 | 7.744000% | $387,200 | No | $387,200 | $0 |
| 06/30/83 | 06/30/84 | 1 | $5,000,000 | $0 | Transit Casualty | 06/30/83 | 06/30/84 | UMB950239 | 20.000000% | $1,000,000 | No | $1,000,000 | $0 |
| 06/30/83 | 06/30/84 | 2 | $20,000,000 | $5,000,000 | Transit Casualty | 06/30/83 | 06/30/84 | SCU956535 | 23.750000% | $4,750,000 | No | $4,750,000 | $0 |
| 06/30/83 | 06/30/84 | 2 | $20,000,000 | $5,000,000 | Granite State Ins | 06/30/83 | 06/30/84 | 6483-5666 | 20.000000% | $4,000,000 | No | $4,000,000 | $0 |
| 06/30/83 | 06/30/84 | 2 | $20,000,000 | $5,000,000 | Louisville Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY017782 | 2.890265% | $578,053 | No | $578,053 | $0 |
| 06/30/83 | 06/30/84 | 2 | $20,000,000 | $5,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY017782 | 3.087490% | $617,498 | No | $617,498 | $0 |
| 06/30/83 | 06/30/84 | 2 | $20,000,000 | $5,000,000 | Lloyds Underwriters | 06/30/83 | 06/30/84 | KY017782 | 4.702500% | $940,500 | No | $940,500 | $0 |
| 06/30/83 | 06/30/84 | 2 | $20,000,000 | $5,000,000 | El Paso Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY017782 | 3.854885% | $770,977 | No | $770,977 | $0 |
| 06/30/83 | 06/30/84 | 2 | $20,000,000 | $5,000,000 | Winterthur Swiss Ins. Co. | 06/30/83 | 06/30/84 | KY017782 | 3.854885% | $770,977 | No | $770,977 | $0 |
| 06/30/83 | 06/30/84 | 2 | $20,000,000 | $5,000,000 | Kraft Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY017782 | 6.748735% | $1,349,747 | No | $1,349,747 | $0 |
| 06/30/83 | 06/30/84 | 2 | $20,000,000 | $5,000,000 | Walbrook Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY017782 | 11.180955% | $2,236,191 | No | $2,236,191 | $0 |
| 06/30/83 | 06/30/84 | 2 | $20,000,000 | $5,000,000 | English & American Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY017782 | 8.966250% | $1,793,250 | No | $1,793,250 | $0 |
| 06/30/83 | 06/30/84 | 2 | $20,000,000 | $5,000,000 | Cie Europeene D'Ass. Industrielles | 06/30/83 | 06/30/84 | KY017782 | 0.770975% | $154,195 | No | $154,195 | $0 |
| 06/30/83 | 06/30/84 | 2 | $20,000,000 | $5,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/83 | 06/30/84 | KY017782 | 3.471185% | $694,237 | No | $694,237 | $0 |
| 06/30/83 | 06/30/84 | 2 | $20,000,000 | $5,000,000 | Lexington Ins. Co. | 06/30/83 | 06/30/84 | KY017782 | 6.721875% | $1,344,375 | No | $1,344,375 | $0 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | American Int'l Underwriter | 06/30/83 | 06/30/84 | 75103044 | 8.000000% | $4,000,000 | No | $11,537 | $3,988,463 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Winterthur Swiss Ins. Co. | 06/30/83 | 06/30/84 | KY048183 | 1.236268% | $618,134 | No | $1,783 | $616,351 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Kraft Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY048183 | 2.164330% | $1,082,165 | No | $3,121 | $1,079,044 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Ludgate Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY048183 | 0.741760% | $370,880 | No | $1,070 | $369,810 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/83 | 06/30/84 | KY048183 | 1.113216% | $556,608 | No | $1,605 | $555,003 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY048183 | 0.990164% | $495,082 | No | $1,428 | $493,654 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Stronghold Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY048183 | 2.000000% | $1,000,000 | No | $2,884 | $997,116 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | British National Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY048183 | 4.000000% | $2,000,000 | No | $5,769 | $1,994,231 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Louisville Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY048183 | 0.926912% | $463,456 | No | $1,337 | $462,119 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Lloyds Underwriters | 06/30/83 | 06/30/84 | KY048183 | 8.499840% | $4,249,920 | No | $12,258 | $4,237,662 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Lexington Ins. Co. | 06/30/83 | 06/30/84 | KY048183 | 6.000000% | $3,000,000 | No | $8,653 | $2,991,347 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | El Paso Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY048183 | 1.236268% | $618,134 | No | $1,783 | $616,351 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Cie Europeene D'Ass. Industrielles | 06/30/83 | 06/30/84 | KY048183 | 0.247254% | $123,627 | No | $357 | $123,270 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Walbrook Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY048183 | 2.843990% | $1,421,995 | No | $4,102 | $1,417,893 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/83 | 06/30/84 | 9607141 | 2.000000% | $1,000,000 | No | $2,884 | $997,116 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Birmingham Fire Ins Co | 06/30/83 | 06/30/84 | SE6074145 | 1.000000% | $500,000 | No | $1,442 | $498,558 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Integrity Insurance Co | 06/30/83 | 06/30/84 | XL207784 | 4.000000% | $2,000,000 | No | $5,769 | $1,994,231 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Granite State Ins | 06/30/83 | 06/30/84 | 6483-5667 | 20.000000% | $10,000,000 | No | $28,843 | $9,971,157 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Transit Casualty | 06/30/83 | 06/30/84 | SCU956536 | 28.000000% | $14,000,000 | No | $40,381 | $13,959,619 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Gerling Konzern Ins | 06/30/83 | 06/30/84 | 49/8409/01. | 2.000000% | $1,000,000 | No | $2,884 | $997,116 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Hartford Insurance | 06/30/83 | 06/30/84 | 10XS102369. | 3.000000% | $1,500,000 | No | $4,327 | $1,495,673 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Fireman's Fund | 06/30/83 | 06/30/84 | XLX1532227 | 5.333333% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Zurich Insurance Co | 06/30/83 | 06/30/84 | ZIB-70-631-83-C | 4.666667% | $3,500,000 | No | $0 | $3,500,000 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Midland Insurance Co | 06/30/83 | 06/30/84 | XL748917 | 4.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Century Indemnity Co | 06/30/83 | 06/30/84 | CIZ426249 | 5.000000% | $3,750,000 | No | $0 | $3,750,000 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Dairyland Insurance Co | 06/30/83 | 06/30/84 | XL17275 | 2.666667% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Republic Insurance Co | 06/30/83 | 06/30/84 | CDE0749 | 4.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Granite State Ins | 06/30/83 | 06/30/84 | 6483-5668 | 18.000000% | $13,500,000 | No | $0 | $13,500,000 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Transit Casualty | 06/30/83 | 06/30/84 | SCU956537 | 5.333333% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Nat'l Union Fire Pttsbrgh | 06/30/83 | 06/30/84 | 9607141. | 16.333333% | $12,250,000 | No | $0 | $12,250,000 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Lloyds Underwriters | 06/30/83 | 06/30/84 | KY048283 | 8.215733% | $6,161,800 | No | $0 | $6,161,800 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Lexington Ins. Co. | 06/30/83 | 06/30/84 | KY048283 | 2.693333% | $2,020,000 | No | $0 | $2,020,000 |

## ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | British National Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY048283 | 2.424267% | $1,818,200 | No | $0 | $1,818,200 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Allianz Underwriters Ins | 06/30/83 | 06/30/84 | C7300025 | 1.333333% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Hartford Insurance | 06/30/83 | 06/30/84 | 10XS102370. | 4.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Birmingham Fire Ins Co | 06/30/83 | 06/30/84 | SE6074146 | 3.200000% | $2,400,000 | No | $0 | $2,400,000 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Birmingham Fire Ins Co | 06/30/83 | 06/30/84 | SE6074116 | 2.666667% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Royal Insurance Co | 06/30/83 | 06/30/84 | ED102071. | 3.466667% | $2,600,000 | No | $0 | $2,600,000 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | American Centennial | 06/30/83 | 06/30/84 | CC016780 | 6.666667% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | Natl Union Fire Pittsbrgh | 06/30/83 | 06/30/84 | 9607141.. | 5.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | Protective Nat'l Ins Co | 06/30/83 | 06/30/84 | XUB1807216 | 5.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | Midland Insurance Co | 06/30/83 | 06/30/84 | XL748919 | 2.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | London Guarantee & Acc | 06/30/83 | 06/30/84 | LX2107836 | 5.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | Continental Casualty Co. | 06/30/83 | 06/30/84 | RDX1785096 | 8.000000% | $8,000,000 | No | $0 | $8,000,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | INA | 06/30/83 | 06/30/84 | XCP145667 | 4.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | Illinois National | 06/30/83 | 06/30/84 | 886-7134 | 5.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | Fireman's Fund | 06/30/83 | 06/30/84 | XLX1532228 | 11.000000% | $11,000,000 | No | $0 | $11,000,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | GEICO | 06/30/83 | 06/30/84 | GXU302267 | 10.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | Republic Insurance Co | 06/30/83 | 06/30/84 | CDE0750 | 6.600000% | $6,600,000 | No | $0 | $6,600,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | National Casualty Co. of America | 06/30/83 | 06/30/84 | XU000042 | 4.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | American Int'l Underwriter | 06/30/83 | 06/30/84 | 75103045 | 7.000000% | $7,000,000 | No | $0 | $7,000,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | Continental Ins Co | 06/30/83 | 06/30/84 | SRX1591976 | 15.000000% | $15,000,000 | No | $0 | $15,000,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | Royal Insurance Co | 06/30/83 | 06/30/84 | ED102071 | 7.400000% | $7,400,000 | No | $0 | $7,400,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | Twin City Fire Ins Co | 06/30/83 | 06/30/84 | 97CXS100005 | 5.000000% | $5,000,000 | No | $0 | $5,000,000 |
| | | | | | | | | **Period Totals:** | | $250,000,001 | | $25,144,217 | $224,855,784 |

**ATTACHMENT B**

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/84 | 06/30/85 | 1 | $5,000,000 | $0 | Mutual Reinsurance Co. Ltd. | 06/30/84 | 06/30/85 | KY017582 | 7.744000% | $387,200 | No | $387,200 | $0 |
| 06/30/84 | 06/30/85 | 1 | $5,000,000 | $0 | Cie Europeene D'Ass. Industrielles | 06/30/84 | 06/30/85 | KY017582 | 1.720000% | $86,000 | No | $86,000 | $0 |
| 06/30/84 | 06/30/85 | 1 | $5,000,000 | $0 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY017582 | 6.888000% | $344,400 | No | $344,400 | $0 |
| 06/30/84 | 06/30/85 | 1 | $5,000,000 | $0 | Louisville Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY017582 | 6.448000% | $322,400 | No | $322,400 | $0 |
| 06/30/84 | 06/30/85 | 1 | $5,000,000 | $0 | Kraft Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY017582 | 15.056000% | $752,800 | No | $752,800 | $0 |
| 06/30/84 | 06/30/85 | 1 | $5,000,000 | $0 | El Paso Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY017582 | 8.600000% | $430,000 | No | $430,000 | $0 |
| 06/30/84 | 06/30/85 | 1 | $5,000,000 | $0 | Walbrook Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY017582 | 24.944000% | $1,247,200 | No | $1,247,200 | $0 |
| 06/30/84 | 06/30/85 | 1 | $5,000,000 | $0 | Winterthur Swiss Ins. Co. | 06/30/84 | 06/30/85 | KY017582 | 8.600000% | $430,000 | No | $430,000 | $0 |
| 06/30/84 | 06/30/85 | 1 | $5,000,000 | $0 | Pacific Employers Ins Co | 06/30/84 | 06/30/85 | XM0017204 | 5.000000% | $250,000 | No | $250,000 | $0 |
| 06/30/84 | 06/30/85 | 1 | $5,000,000 | $0 | Transit Casualty | 06/30/84 | 06/30/85 | UMB950239. | 15.000000% | $750,000 | No | $750,000 | $0 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | Granite State Ins | 06/30/84 | 06/30/85 | 6484-5867 | 23.750000% | $4,750,000 | No | $4,750,000 | $0 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | Transit Casualty | 06/30/84 | 06/30/85 | SCU956681 | 6.250000% | $1,250,000 | No | $1,250,000 | $0 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | Pacific Employers Ins Co | 06/30/84 | 06/30/85 | XCC012283 | 8.750000% | $1,750,000 | No | $1,750,000 | $0 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | Louisville Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY017782 | 2.890265% | $578,053 | No | $578,053 | $0 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | Walbrook Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY017782 | 11.180955% | $2,236,191 | No | $2,236,191 | $0 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | English & American Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY017782 | 8.968250% | $1,793,250 | No | $1,793,250 | $0 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY017782 | 3.087490% | $617,498 | No | $617,498 | $0 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | Winterthur Swiss Ins. Co. | 06/30/84 | 06/30/85 | KY017782 | 3.854885% | $770,977 | No | $770,977 | $0 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | Lexington Ins. Co. | 06/30/84 | 06/30/85 | KY017782 | 6.721875% | $1,344,375 | No | $1,344,375 | $0 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/84 | 06/30/85 | KY017782 | 3.471165% | $694,237 | No | $694,237 | $0 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | Cie Europeene D'Ass. Industrielles | 06/30/84 | 06/30/85 | KY017782 | 0.770975% | $154,195 | No | $154,195 | $0 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | Kraft Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY017782 | 6.748735% | $1,349,747 | No | $1,349,747 | $0 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | Lloyds Underwriters | 06/30/84 | 06/30/85 | KY017782 | 4.702500% | $940,500 | No | $940,500 | $0 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | El Paso Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY017782 | 3.854885% | $770,977 | No | $770,977 | $0 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | Continental Casualty Co. | 06/30/84 | 06/30/85 | RDX1764529 | 5.000000% | $1,000,000 | No | $1,000,000 | $0 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | International Insurance | 06/30/84 | 06/30/85 | 522-036121-5 | 20.000000% | $10,000,000 | Yes | $4,873 | $9,995,127 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Transamerica Ins Co. | 06/30/84 | 06/30/85 | USE13397786 | 8.000000% | $4,000,000 | No | $1,949 | $3,998,051 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Natl Union Fire Pttsbrgh | 06/30/84 | 06/30/85 | 9607216 | 4.000000% | $2,000,000 | Yes | $975 | $1,999,025 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Federal Insurance Co | 06/30/84 | 06/30/85 | 7928-26-20 | 1.000000% | $500,000 | No | $244 | $499,756 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Integrity Insurance Co | 06/30/84 | 06/30/85 | XL208627 | 4.000000% | $2,000,000 | No | $975 | $1,999,025 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Zurich Insurance Co | 06/30/84 | 06/30/85 | ZIB70964-84-C | 13.000000% | $6,500,000 | No | $3,168 | $6,496,832 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | American Int'l Underwriter | 06/30/84 | 06/30/85 | 75103845 | 11.000000% | $5,500,000 | No | $2,680 | $5,497,320 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Granite State Ins | 06/30/84 | 06/30/85 | 6484-5868 | 9.100000% | $4,550,000 | No | $2,217 | $4,547,783 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Birmingham Fire Ins Co | 06/30/84 | 06/30/85 | SE6074398 | 3.775000% | $1,887,500 | Yes | $920 | $1,886,580 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | British National Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY048183 | 3.860000% | $1,930,000 | No | $941 | $1,929,059 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY048183 | 0.955516% | $477,758 | No | $233 | $477,525 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Lloyds Underwriters | 06/30/84 | 06/30/85 | KY048183 | 7.237258% | $3,618,629 | No | $1,763 | $3,616,866 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Winterthur Swiss Ins. Co. | 06/30/84 | 06/30/85 | KY048183 | 1.193008% | $596,504 | No | $291 | $596,213 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Louisville Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY048183 | 0.894478% | $447,239 | No | $218 | $447,021 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Folksam International Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY048183 | 0.965000% | $482,500 | No | $235 | $482,265 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | El Paso Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY048183 | 1.193008% | $596,504 | No | $291 | $596,213 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Ludgate Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY048183 | 0.715804% | $357,902 | No | $174 | $357,728 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Walbrook Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY048183 | 2.744472% | $1,372,236 | No | $669 | $1,371,567 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Ancon Ins. Co. (U.K.) | 06/30/84 | 06/30/85 | KY048183 | 0.965000% | $482,500 | No | $235 | $482,265 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Cie Europeene D'Ass. Industrielles | 06/30/84 | 06/30/85 | KY048183 | 0.238602% | $119,301 | No | $58 | $119,243 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/84 | 06/30/85 | KY048183 | 1.074262% | $537,131 | No | $262 | $536,869 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Kraft Ins. Co. | 06/30/84 | 06/30/85 | KY048183 | 2.088594% | $1,044,297 | No | $509 | $1,043,788 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Midland Insurance Co | 06/30/84 | 06/30/85 | XL770372 | 2.000000% | $1,000,000 | Yes | $487 | $999,513 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Transamerica Ins Co. | 06/30/84 | 06/30/85 | USE13397798 | 1.333333% | $1,000,000 | Yes | $0 | $1,000,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Hartford Insurance | 06/30/84 | 06/30/85 | 10XS103326 | 4.000000% | $3,000,000 | Yes | $0 | $3,000,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Royale Belge S.A. | 06/30/84 | 06/30/85 | 1251427 | 1.500000% | $1,125,000 | No | $0 | $1,125,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | London Guarantee & Acc | 06/30/84 | 06/30/85 | LX2110809 | 13.333333% | $10,000,000 | Yes | $0 | $10,000,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Granite State Ins | 06/30/84 | 06/30/85 | 6484-5890 | 3.500000% | $2,625,000 | No | $0 | $2,625,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | American Int'l Underwriter | 06/30/84 | 06/30/85 | 75103864 | 9.333333% | $7,000,000 | No | $0 | $7,000,000 |

## ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Allianz Underwriters Ins | 06/30/84 | 06/30/85 | C7300025 | 1.333333% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Midland Insurance Co | 06/30/84 | 06/30/85 | XL770373 | 8.000000% | $6,000,000 | Yes | $0 | $6,000,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Industrial Indemnity | 06/30/84 | 06/30/85 | JE8843126 | 6.666667% | $5,000,000 | Yes | $0 | $5,000,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Lloyds Underwriters | 06/30/84 | 06/30/85 | KY048283 | 7.000000% | $5,250,000 | No | $0 | $5,250,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Evanston Insurance Co | 06/30/84 | 06/30/85 | EX11452 | 2.666667% | $2,000,000 | Yes | $0 | $2,000,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Zurich Insurance Co | 06/30/84 | 06/30/85 | ZIB70631-84-C | 4.666667% | $3,500,000 | No | $0 | $3,500,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Birmingham Fire Ins Co | 06/30/84 | 06/30/85 | SE6074318 | 2.666667% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Wausau Insurance Co | 06/30/84 | 06/30/85 | 573500101008 | 13.333333% | $10,000,000 | Yes | $0 | $10,000,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | New England Reins Corp | 06/30/84 | 06/30/85 | NE000081 | 2.000000% | $1,500,000 | Yes | $0 | $1,500,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Republic Insurance Co | 06/30/84 | 06/30/85 | CDE1000 | 6.666667% | $5,000,000 | Yes | $0 | $5,000,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Haftpflichtverband | 06/30/84 | 06/30/85 | EWI1067 | 1.333333% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Transit Casualty | 06/30/84 | 06/30/85 | SCU956882 | 9.333333% | $7,000,000 | No | $0 | $7,000,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | American Centennial | 06/30/84 | 06/30/85 | CC015996 | 1.333333% | $1,000,000 | Yes | $0 | $1,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | California Union Ins Co | 06/30/84 | 06/30/85 | ZCX007225 | 6.666667% | $10,000,000 | Yes | $0 | $10,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Fireman's Fund | 06/30/84 | 06/30/85 | XLX1688067 | 6.666667% | $10,000,000 | Yes | $0 | $10,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Transit Casualty | 06/30/84 | 06/30/85 | SCU956883 | 1.333333% | $2,000,000 | Yes | $0 | $2,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | New England Reins Corp | 06/30/84 | 06/30/85 | NE000082 | 3.333333% | $5,000,000 | Yes | $0 | $5,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | First Slale Ins Co | 06/30/84 | 06/30/85 | EU001538 | 3.333333% | $5,000,000 | Yes | $0 | $5,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Arab Insurance Group | 06/30/84 | 06/30/85 | 3900077100 | 1.000000% | $1,500,000 | Yes | $0 | $1,500,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Allianz Underwriters Ins | 06/30/84 | 06/30/85 | AUX5203042 | 5.333333% | $8,000,000 | Yes | $0 | $8,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | INA | 06/30/84 | 06/30/85 | XCP156206 | 5.333333% | $8,000,000 | Yes | $0 | $8,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Aetna Casualty & Surety | 06/30/84 | 06/30/85 | 01XN4270WCA | 13.250000% | $19,875,000 | Yes | $0 | $19,875,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Federal Insurance Co | 06/30/84 | 06/30/85 | 7928-26-20. | 1.333333% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Evanston Insurance Co | 06/30/84 | 06/30/85 | EX11453 | 2.000000% | $3,000,000 | Yes | $0 | $3,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Industrial Indemnity | 06/30/84 | 06/30/85 | JE8843127 | 3.333333% | $5,000,000 | Yes | $0 | $5,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Natl Union Fire Ptsbrgh | 06/30/84 | 06/30/85 | 9607218. | 3.416667% | $5,125,000 | Yes | $0 | $5,125,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Safety Mutual Cas. Co | 06/30/84 | 06/30/85 | UF1257NY | 3.333333% | $5,000,000 | Yes | $0 | $5,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Continental Ins Co | 06/30/84 | 06/30/85 | SRX1592218 | 8.000000% | $12,000,000 | Yes | $0 | $12,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Transport Indemnity | 06/30/84 | 06/30/85 | TEL00909C | 3.333333% | $5,000,000 | Yes | $0 | $5,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Gibraltar Cas. Co. | 06/30/84 | 06/30/85 | GMX026883 | 3.333333% | $5,000,000 | Yes | $0 | $5,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Continental Casualty Co. | 06/30/84 | 06/30/85 | RDX1784530 | 5.666667% | $8,500,000 | Yes | $0 | $8,500,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Royal Insurance Co | 06/30/84 | 06/30/85 | ED102834 | 6.666667% | $10,000,000 | Yes | $0 | $10,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Pacific Insurance Co | 06/30/84 | 06/30/85 | P133100 | 6.666667% | $10,000,000 | Yes | $0 | $10,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Atlanta Int'l Ins Co | 06/30/84 | 05/17/85 | XL06282 | 3.333333% | $5,000,000 | Yes | $0 | $5,000,000 |
| 05/17/85 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Atlanta Int'l Ins Co | 05/17/85 | 06/30/85 | XL06282 | 2.666667% | $4,000,000 | Yes | $0 | $4,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Home Insurance Co | 06/30/84 | 06/30/85 | HXL1638423 | 3.333333% | $5,000,000 | Yes | $0 | $5,000,000 |

|  |  |
|---|---|
| Period Totals: | $304,000,001 |
| Report Totals: | $2,761,000,002 |

Period Totals: $25,024,367 $278,975,634

Report Totals: $762,675,378 $1,998,324,624

02/01/99

## ATTACHMENT C

### BELL CURVE ALLOCATION PERCENTAGES

| Policy Period | Property Damage | | Bodily Injury | |
| --- | --- | --- | --- | --- |
| | Defense | Indemnity | Defense | Indemnity |
| 10/20/57 - 10/20/58 | 1.4285268693% | 2.7954283063% | 2.8656547028% | 2.8656547028% |
| 10/20/58 - 10/20/59 | 1.4452085856% | 2.6389683383% | 2.9849595687% | 2.9849595687% |
| 10/20/59 - 10/20/60 | 2.4751451744% | 2.3178221680% | 3.0358916158% | 3.0358916158% |
| 10/20/60 - 10/20/61 | 1.8531472498% | 2.3429405549% | 3.1068236629% | 3.1068236629% |
| 10/20/61 - 10/20/62 | 3.0837909717% | 3.7736078840% | 3.1635693006% | 3.1635693006% |
| 10/20/62 - 10/20/63 | 2.0615544676% | 2.2899188230% | 3.2203149383% | 3.2203149383% |
| 10/20/63 - 10/20/64 | 3.2397750864% | 3.1004920709% | 3.2912469854% | 3.2912469854% |
| 10/20/64 - 10/20/65 | 4.2234429422% | 3.3210804293% | 3.3763654419% | 3.3763654419% |
| 10/20/65 - 10/20/66 | 3.7850776941% | 3.4739420298% | 3.4472974890% | 3.4472974890% |
| 10/20/66 - 10/20/67 | 4.4556363554% | 4.4474728459% | 3.5182295361% | 3.5182295361% |
| 10/20/67 - 10/20/68 | 8.2162319005% | 6.2761758807% | 3.5891615832% | 3.5891615832% |
| 10/20/68 - 10/20/69 | 6.4794228035% | 6.4499834801% | 3.6459072209% | 3.6459072209% |
| 10/20/69 - 10/20/70 | 6.6505417191% | 4.9002817361% | 3.6884664491% | 3.6884664491% |
| 10/20/70 - 06/30/71 | 8.8843929066% | 5.4954180701% | 3.7310256774% | 3.7310256774% |
| 06/30/71 - 06/30/72 | 19.4047170188% | 19.8056233221% | 3.7593984962% | 3.7593984962% |
| 06/30/72 - 06/30/73 | 11.9204602238% | 14.9242812303% | 3.8161441339% | 3.8161441339% |
| 06/30/73 - 06/30/74 | | | 3.8303305433% | 3.8303305433% |
| 06/30/74 - 06/30/75 | | | 3.8445169528% | 3.8445169528% |
| 06/30/75 - 06/30/76 | | | 3.8445169528% | 3.8445169528% |
| 06/30/76 - 06/30/77 | | | 3.8587033622% | 3.8587033622% |
| 06/30/77 - 06/30/78 | | | 3.8587033622% | 3.8587033622% |
| 06/30/78 - 06/30/79 | | | 3.8587033622% | 3.8587033622% |
| 06/30/79 - 06/30/80 | | | 3.8445169528% | 3.8445169528% |
| 06/30/80 - 06/30/81 | | | 3.8445169528% | 3.8445169528% |
| 06/30/81 - 06/30/82 | | | 3.8303305433% | 3.8303305433% |
| 06/30/82 - 06/30/83 | | | 3.7677713151% | 3.7677713151% |
| 06/30/83 - 06/30/84 | | | 3.7310256774% | 3.7310256774% |
| 06/30/84 - 06/30/85 | | | 3.6459072209% | 3.6459072209% |

02/01/9911:51 AM1BELLCRV.WK4\