# Exhibit A

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

July 6, 2010

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1581559                                  IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 06/30/2010 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 10.90 hrs. at | $710.00 /hr. = | $7,739.00 | |
| WS KATCHEN | OF COUNSEL | 2.90 hrs. at | $795.00 /hr. = | $2,305.50 | |
| AC MAHOLCHIC | ASSOCIATE | 0.10 hrs. at | $335.00 /hr. = | $33.50 | |
| BA GRUPPO | PARALEGAL | 1.80 hrs. at | $305.00 /hr. = | $549.00 | |
| S LENKIEWICZ | PARALEGAL | 2.90 hrs. at | $165.00 /hr. = | $478.50 | |
| DS MARRA | LEGAL ASSISTANT | 0.90 hrs. at | $160.00 /hr. = | $144.00 | |
| | | | | | $11,249.50 |

DISBURSEMENTS
COLOR PRINTING & DUPLICATING - INTERNAL        1.96
COURT SEARCH SERVICE                           38.70
OVERNIGHT MAIL                                 29.21
PRINTING & DUPLICATING                         92.30
PRINTING & DUPLICATING - EXTERNAL             442.88
TOTAL DISBURSEMENTS                                               $605.05

BALANCE DUE THIS INVOICE                                        $11,854.55

PREVIOUS BALANCE                                                $29,611.46

TOTAL BALANCE DUE                                               $41,466.01

Duane Morris
July 6, 2010
Page 2

File # K0248-00001  INVOICE # 1581559
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 6/1/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1). | 0.20 | $32.00 |
| 6/2/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.20 | $61.00 |
| 6/3/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 6/3/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JUNE 1, 2010 THROUGH JUNE 2, 2010 FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1). | 0.10 | $16.00 |
| 6/4/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 6/7/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 6/8/2010 | 004 | AC MAHOLCHIC | COORDINATE PREPARATION OF MAY FEE APPLICATION WITH S. LENKIEWICZ. | 0.10 | $33.50 |
| 6/8/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 6/9/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 6/10/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |

DUANE MORRIS LLP

Duane Morris
July 6, 2010
Page 3

File # K0248-00001  INVOICE # 1581559
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 6/11/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 6/14/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 6/15/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.20 | $61.00 |
| 6/16/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 6/16/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JUNE 3, 2010 THROUGH JUNE 15, 2010 FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1). | 0.20 | $32.00 |
| 6/17/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 6/18/2010 | 004 | BA GRUPPO | .ASBESTOSNEWS | 0.10 | $30.50 |
| 6/22/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JUNE 16, 2010 THROUGH JUNE 21, 2010 FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1). | 0.20 | $32.00 |
| 6/23/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 6/24/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |

Case 01-01139-AMC    Doc 25143-1    Filed 07/30/10    Page 5 of 19

Duane Morris
July 6, 2010
Page 4

File # K0248-00001  INVOICE # 1581559
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 6/29/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 6/30/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JUNE 22, 2010 THROUGH JUNE 29, 2010 FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1). | 0.20 | $32.00 |
| | | | Code Total | 2.80 | $726.50 |

Duane Morris
July 6, 2010
Page 5

File # K0248-00001  INVOICE # 1581559
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 6/3/2010 | 005 | MR LASTOWSKI | REVIEW APPELLATE FILINGS IN NANAIMO LADYSMITH SCHOOL DISTRICT APPEAL | 0.20 | $142.00 |
| 6/3/2010 | 005 | MR LASTOWSKI | REVIEW DEBTORS' OBJECTION TO MARYLAND CASUALTY CLAIMS AND MARYLAND CASUALTY'S SUR-REPLY | 0.20 | $142.00 |
| 6/3/2010 | 005 | MR LASTOWSKI | REVIEW DEBTORS' ADDITIONAL APPELLATE DESIGNATIONS (ANDERSON MEMORIAL APPEAL) | 0.10 | $71.00 |
| 6/3/2010 | 005 | MR LASTOWSKI | REVIEW DEBTORS' RESERVATION OF RIGHTS RELATING TO PARTICIPATION OF NON DEBTORS IN DEBTORS' OBJECTION TO MARYLAND CASUALTY CLAIMS AND MARYLAND CASUALTY'S SUR-REPLY | 0.20 | $142.00 |
| 6/9/2010 | 005 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR AUTHORITY TO ENTER INTO A SETTLEMENT AGREEMENT WITH MUNICH REINSURANCE AMERICA | 0.30 | $213.00 |
| | | | Code Total | 1.00 | $710.00 |

DUANE MORRIS LLP

Duane Morris
July 6, 2010
Page 6

File # K0248-00001  INVOICE # 1581559
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 6/2/2010 | 006 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' RESPONSE TO MARYLAND CASUALTY'S OBJECTION TO THEIR PARTICIPATION IN DEBTORS' OBJECTION TO MARYLAND CASUALTY CLAIMS | 0.20 | $142.00 |
| 6/2/2010 | 006 | MR LASTOWSKI | REVIEW ORDER APPROVING NORTHSTAR SETTLEMENT AGREEMENT | 0.10 | $71.00 |
| 6/4/2010 | 006 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR AUTHORITY TO ENTER IN TO CONSENT DECREE WITH THE UNITED STATES REGARDING THE BLACKBURN SUPERFUND SITE | 0.30 | $213.00 |
| 6/8/2010 | 006 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR AUTHORITY TO ENTER INTO A SETTLEMENT AGREEMENT WITH THE UNITED STATES RELATING TO A ZONOLITE SUPERFUND SITE | 0.40 | $284.00 |
| 6/16/2010 | 006 | MR LASTOWSKI | REVIEW CANADIAN ZONOLITE CLAIMANTS' AMENDED APPLICATION FOR A CLAIM FOR SUBSTANTIAL CONTRIBUTION | 0.60 | $426.00 |
| 6/30/2010 | 006 | MR LASTOWSKI | REVIEW DEBTORS' CERTIFICATE OF COUNSEL RE: OBJECTION TO CERTAIN EMPLOYEE CLAIMS | 0.20 | $142.00 |
| 6/30/2010 | 006 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR AUTHORITY TO ENTER INTO NATIONWIDE SETTLEMENT | 0.10 | $71.00 |
| | | | Code Total | 1.90 | $1,349.00 |

DUANE MORRIS LLP

Duane Morris
July 6, 2010
Page 7

File # K0248-00001                                              INVOICE # 1581559
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 6/3/2010 | 007 | WS KATCHEN | REVIEW STROOCK MEMO ON SETTLEMENT. | 0.20 | $159.00 |
| 6/7/2010 | 007 | WS KATCHEN | REVIEW STROOCK MEMO. | 0.20 | $159.00 |
| 6/15/2010 | 007 | WS KATCHEN | REVIEW CAPSTONE REPORT ON PENSION PLAN FUNDING. | 0.10 | $79.50 |
| | | | Code Total | 0.50 | $397.50 |

DUANE MORRIS LLP

Duane Morris
July 6, 2010
Page 8

File # K0248-00001   INVOICE # 1581559
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 6/8/2010 | 008 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR AUTHORITY TO MAKE CONTRIBUTIONS TO A DEFINED BENEFIT PLAN COVERING CERTAIN OF THE DEBTORS' EMPLOYEES | 0.30 | $213.00 |
| | | | Code Total | 0.30 | $213.00 |

Duane Morris
July 6, 2010
Page 9

File # K0248-00001 INVOICE # 1581559
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 6/3/2010 | 010 | MR LASTOWSKI | REVIEW ZAI CLAIMANTS' CERTIFICATION OF COUNSEL RE: SUBSTANTIAL CONTRIBUTION CLAIMS | 0.40 | $284.00 |
| | | | Code Total | 0.40 | $284.00 |

Duane Morris
July 6, 2010
Page 10

File # K0248-00001            INVOICE # 1581559
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 6/2/2010 | 012 | MR LASTOWSKI | E-MAIL FROM J. O'NEILL PROPOSED FEE CHART TO BE DELIVERED TO JUDGE FITZGERALD | 0.20 | $142.00 |
| 6/2/2010 | 012 | MR LASTOWSKI | REVIEW PROPOSED FEE CHART TO BE DELIVERED TO JUDGE FITZGERALD | 0.20 | $142.00 |
| 6/3/2010 | 012 | MR LASTOWSKI | REVIEW DEBTORS' CERTIFICATION REGARDING 35TH QUARTERLY PROJECT CATEGORY SUMMARY | 0.10 | $71.00 |
| 6/3/2010 | 012 | MR LASTOWSKI | REVIEW DEBTORS' CERTIFICATION REGARDING ORDER APPROVING 35TH QUARTERLY FEE APPLICATIONS | 0.10 | $71.00 |
| 6/7/2010 | 012 | MR LASTOWSKI | REVIEW ORDER APPROVING 35TH QUARTERLY FEE APPLICATION | 0.10 | $71.00 |
| 6/7/2010 | 012 | S LENKIEWICZ | RECEIPT OF DUANE MORRIS MAY, 2010 INVOICE FROM J. PALO (.1); PREPARATION OF DUANE MORRIS 100TH MONTHLY FEE APPLICATION (.5) | 0.60 | $99.00 |
| 6/28/2010 | 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS 100TH MONTHLY FEE APPLICATION | 0.20 | $142.00 |
| 6/28/2010 | 012 | S LENKIEWICZ | PREPARE CERTIFICATE OF SERVICE RE DUANE MORRIS 100TH MONTHLY FEE APPLICATION (.1); EFILE FEE APPLICATION (.2); SERVICE OF SAME (.1) | 0.40 | $66.00 |
| | | | Code Total | 1.90 | $804.00 |

DUANE MORRIS LLP

Duane Morris
July 6, 2010
Page 11

File # K0248-00001                                                    INVOICE # 1581559
        W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 6/4/2010 | 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION RE CAPSTONE 74TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.1); FORWARD COPY OF SAME WITH EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.40 | $66.00 |
| 6/21/2010 | 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING STROOCK'S 109TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.1); FORWARD COPY OF SAME TO D. MOHAMMAD (.1) | 0.40 | $66.00 |
| 6/21/2010 | 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING CAPSTONE'S 75TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.1); FORWARD AS-FILED COPY OF SAME TO D. MOHAMMAD (.1) | 0.40 | $66.00 |
| 6/23/2010 | 013 | S LENKIEWICZ | EFILE CERTIFICATE OF NO OBJECTION REGARDING STROOCK'S 109TH MONTHLY FEE APPLICATION (.2); FORWARD AS-FILED COPY OF SAME TO D. MOHAMMAD (.1) | 0.30 | $49.50 |
| 6/28/2010 | 013 | S LENKIEWICZ | RECEIPT OF SSL'S 110TH MONTHLY FEE APPLICATION AND PREPARE SAME FOR EFILING (.1); EFILE SAME (.2); FORWARD AS-FILED COPY AND EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.40 | $66.00 |
| | | | Code Total | 1.90 | $313.50 |

Duane Morris
July 6, 2010
Page 12

File # K0248-00001                                               INVOICE # 1581559
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 6/1/2010 | 015 | MR LASTOWSKI | REVIEW 6/7/10 AGENDA AND ITEMS IDENTIFIED THEREON | 1.30 | $923.00 |
| 6/3/2010 | 015 | MR LASTOWSKI | REVIEW AGENDA ITEMS FOR 6/7/10 OMNIBUS HEARING | 1.20 | $852.00 |
| 6/7/2010 | 015 | MR LASTOWSKI | ATTEND OMNIBUS HEARING | 1.00 | $710.00 |
| 6/7/2010 | 015 | MR LASTOWSKI | PREPARE FOR OMNIBUS HEARING | 1.60 | $1,136.00 |
| 6/7/2010 | 015 | MR LASTOWSKI | TELEPHONE CALL FROM A. KRIEGER RE: STATUS | 0.20 | $142.00 |
| 6/10/2010 | 015 | MR LASTOWSKI | REVIEW NOTICE OF CHANGE OF HEARING DATE (JULY 12, 2010 OMNIBUS) | 0.10 | $71.00 |
| 6/11/2010 | 015 | MR LASTOWSKI | REVIEW NOTICE OF CHANGE OF 2010 OMNIBUS HEARING DATES | 0.10 | $71.00 |
| | | | Code Total | 5.50 | $3,905.00 |

DUANE MORRIS LLP

Duane Morris
July 6, 2010
Page 13

File # K0248-00001                                                                  INVOICE # 1581559
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|---|
| 6/3/2010 | 017 | MR LASTOWSKI | REVIEW ALLSTATE WITHDRAWAL OF PLAN OBJECTIONS | 0.10 | $71.00 |
| 6/7/2010 | 017 | MR LASTOWSKI | REVIEW LONDON MARKET INSURANCE COMPANIES WITHDRAWAL OF ALL PLAN OBJECTIONS | 0.10 | $71.00 |
| 6/8/2010 | 017 | MR LASTOWSKI | REVIEW TRAVELERS' WITHDRAWAL OF PLAN OBJECTIONS | 0.10 | $71.00 |
| 6/23/2010 | 017 | MR LASTOWSKI | REVIEW REVISIONS TO PROPOSED CONFIRMATION ORDER | 0.60 | $426.00 |
| | | | Code Total | 0.90 | $639.00 |

Duane Morris
July 6, 2010
Page 14

File # K0248-00001            INVOICE # 1581559
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 6/2/2010 | 025 | WS KATCHEN | REVIEW NOTICE OF AGENDA. | 0.20 | $159.00 |
| 6/2/2010 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION TO APPROVE AMENDED SETTLEMENT HARPER INSURANCE, LTD. | 0.20 | $159.00 |
| 6/3/2010 | 025 | WS KATCHEN | REVIEW LIBBY CLAIMANT'S RESPONSE. | 0.10 | $79.50 |
| 6/3/2010 | 025 | WS KATCHEN | REVIEW DESIGNATION OF ADDED ITEMS FOR RECORD ON APPEAL. | 0.20 | $159.00 |
| 6/8/2010 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.10 | $79.50 |
| 6/8/2010 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION FOR APPROVAL OF CONSENT DECREE - BLACKBURN & UNION PRIVILEGES SUPER FUND - SITE - WALFOLE, MASS. | 0.30 | $238.50 |
| 6/14/2010 | 025 | WS KATCHEN | REVIEW MOTION TO AUTHORIZE CONSENT ORDER RE: ZONOLITE/WR GRACE EAST HAMPTON, MA SUPERFUND SITE AND STIPULATION WITH CITY OF EAST HAMPTON. | 0.40 | $318.00 |
| 6/14/2010 | 025 | WS KATCHEN | REVIEW CAPSTONE REPORT - 1Q 2010. | 0.20 | $159.00 |
| 6/14/2010 | 025 | WS KATCHEN | REVIEW MOTION (1) TO AUTHORIZE DEBTOR TO PAY DEFINED BENEFIT PLAN CONTRIBUTIONS. | 0.20 | $159.00 |
| 6/28/2010 | 025 | WS KATCHEN | REVIEW DOCKET (.2). | 0.20 | $159.00 |
| 6/28/2010 | 025 | WS KATCHEN | REVIEW DEBTOR'S CERTIFICATE RE: OBJECTION TO EMPLOYEE CLAIMS/PROPOSED ORDER. | 0.20 | $159.00 |
| 6/29/2010 | 025 | WS KATCHEN | REVIEW DEBTORS' CERTIFICATE OF NO OBJECTION. | 0.10 | $79.50 |
| | | | Code Total | 2.40 | $1,908.00 |

DUANE MORRIS LLP

Duane Morris
July 6, 2010
Page 15

File # K0248-00001  INVOICE # 1581559
    W.R. GRACE & CO.

|  |  |  |
|---|---|---|
| TOTAL SERVICES | 19.50 | $11,249.50 |

Duane Morris
July 6, 2010
Page 16

File # K0248-00001 INVOICE # 1581559
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---|
| 6/30/2010 | PRINTING & DUPLICATING - EXTERNAL | | 442.88 |
| | | Total: | $442.88 |
| | | | |
| 5/28/2010 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SIEGEL AT WR GRACE - COLUMBIA, MD FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #799520790420) | | 9.07 |
| 5/28/2010 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791267180812) | | 20.14 |
| | | Total: | $29.21 |
| | | | |
| 6/30/2010 | COLOR PRINTING & DUPLICATING - INTERNAL | | 1.96 |
| | | Total: | $1.96 |
| | | | |
| 6/30/2010 | COURT SEARCH SERVICE | | 38.70 |
| | | Total: | $38.70 |
| | | | |
| 6/30/2010 | PRINTING & DUPLICATING | | 92.30 |
| | | Total: | $92.30 |
| | | | |
| | TOTAL DISBURSEMENTS | | $605.05 |

Duane Morris
July 6, 2010
Page 17

File # K0248-00001                                                                INVOICE # 1581559
      W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 10.90 | 710.00 | 7,739.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 2.90 | 795.00 | 2,305.50 |
| 04281 | AC MAHOLCHIC | ASSOCIATE | 0.10 | 335.00 | 33.50 |
| 02279 | BA GRUPPO | PARALEGAL | 1.80 | 305.00 | 549.00 |
| 03723 | S LENKIEWICZ | PARALEGAL | 2.90 | 165.00 | 478.50 |
| 03434 | DS MARRA | LEGAL ASSISTANT | 0.90 | 160.00 | 144.00 |
| | | | 19.50 | | $11,249.50 |

## W. R. GRACE FEE APPLICATION SERVICE LIST

*Hand Delivery*
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801

*Via Overnight Mail*
David B. Siegel, Esquire
Senior Vice President and General Counsel
7500 Grace Drive
Columbia, MD 21044

*Via Overnight Mail*
Steve Bossay, Esquire
Warren H. Smith & Associates
Republic Center
325 N. St. Paul, Suite 4080
Dallas, TX 75201

*Via E-Mail*
william.sparks@grace.com
jbaer@jsbpc.com
joneill@pszyj.com
syoder@potteranderson.com
jsakalo@bilzin.com
ttacconelli@ferryjoseph.com
pvnl@capdale.com
mhurford@del.camlev.com
cl@del.camlev.com
pbentley@kramerlevin.com
currier@klettrooney.com
david.heller@lw.com
carol.hennessey@lw.com
slbossay@whsmithlaw.com
feeaudit@whsmithlaw.com

DM3\1444880.1