# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP

# INVOICES FOR THE TIME PERIOD

# JUNE 1-30, 2010



ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

July 9, 2010
Client No. 17367
Invoice No. 1257745

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through June 30, 2010 in connection with the matters described on the attached pages: | $ | 199,375.50 |
| DISBURSEMENTS as per attached pages: | | 5,122.90 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount): | $ | **204,498.40** |

Matter(s): 17367/11, 12, 13, 15, 7, 8

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$647,112.48
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **ELECTRONIC FUNDS TRANSFERS:** |
|---|---|---|
| Orrick, Herrington & Sutcliffe LLP | **Wire Transfers Only:** | **ACH Transfers Only:** |
| 4253 Collections Center Drive | **ABA Number 0260-0959-3** | **ABA Number 121-000358** |
| Chicago, IL 60693 | Bank of America | Bank of America |
| Reference: 17367/ Invoice: 1257745 | 100 West 33rd Street, NY, NY 10001 | San Francisco Main Branch |
| E.I.N. 94-2952627 | Account of | Account of |
| Overnight deliveries: (312) 974-1642 | Orrick, Herrington & Sutcliffe LLP | Orrick, Herrington & Sutcliffe LLP |
| | Account Number: 1499410382 | Account Number: 1499410382 |
| | Reference: 17367/ Invoice: 1257745 | Reference: 17367/ Invoice: 1257745 |
| | E.I.N. 94-2952627 | E.I.N. 94-2952627 |



**ORRICK**

David Austern, Futures Claims Representative for  
W.R. Grace & Co.  
c/o Claims Resolution Management Corp.  
3110 Fairview Park Drive, Suite 200  
Falls Church, VA 22042

July 9, 2010  
Client No. 17367  
Invoice No. 1257745

Orrick Contact: Roger Frankel

For Legal Services Rendered Through June 30, 2010 in Connection With:

**Matter: 7 - Insurance Matters**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 06/01/10 | P. Mahaley | Communicate with insurer counsel re insurance settlement terms. | 0.80 |
| 06/02/10 | P. Mahaley | Review insurance settlement agreement re requirements for withdrawal of objections and communicate with Debtors' counsel re same. | 0.90 |
| 06/03/10 | P. Mahaley | Attend to issues regarding insurance settlement. | 1.00 |
| 06/04/10 | P. Mahaley | Finalize settlement documents re insurance settlement. | 1.50 |
| 06/07/10 | P. Mahaley | Resolve issue regarding settled insurer. | 1.90 |
| 06/08/10 | P. Mahaley | Finalize insurance settlement and motion papers for filing with court (1.7); analyze present value of insurance settlements (6.9). | 8.60 |
| 06/09/10 | P. Mahaley | Analyze present value of reimbursement-type settlement agreements with insurers. | 2.90 |
| 06/10/10 | P. Mahaley | Confer with R. Wyron re analysis of value of insurance settlements (1.0); follow up on settlement negotiations with various insurers (.6). | 1.60 |
| 06/11/10 | P. Mahaley | Analyze value of past and potential insurance settlements (4.8); confer with insurer counsel and counsel for Debtors re resolving potential objection to insurance settlement agreement (.5). | 5.30 |
| 06/14/10 | P. Mahaley | Review and analyze proposed changes to insurance settlement agreements. | 6.40 |
| 06/16/10 | P. Mahaley | Revise insurance settlement agreements. | 2.80 |
| 06/17/10 | P. Mahaley | Analyze proposed changes to insurance settlement agreement. | 1.20 |
| 06/18/10 | P. Mahaley | Confer with R. Wyron re proposed changes to insurance settlement agreement (.9); communicate with counsel for Debtors and ACC re FCR analysis of proposed changes to insurance settlement agreement (1.2). | 2.10 |
| 06/21/10 | P. Mahaley | Communicate with insurer counsel re status of draft settlement agreements. | 0.30 |


ORRICK

| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367 page 2 | | | July 9, 2010 Invoice No. 1257745 |
|---|---|---|---|
| 06/22/10 | P. Mahaley | Draft approval motion papers re insurance settlement agreements (1.9); revise analysis of value of past and prospective insurance settlements (1.2). | 3.10 |
| 06/23/10 | P. Mahaley | Draft insurance settlement agreements and related motion papers. | 3.00 |
| 06/24/10 | P. Mahaley | Confer with R. Wyron re changes to draft settlement agreement proposed by insurer (.5); revise draft insurance settlement agreement (1.7); communicate with insurer counsel and counsel for ACC re finalizing insurance settlement agreement (.6). | 2.80 |
| 06/25/10 | P. Mahaley | Finalize insurance settlement agreement and approval motion papers for filing (1.1); confer with counsel for insurer re insurer authorization for settlement agreement (.3). | 1.40 |
| 06/29/10 | P. Mahaley | Revise insurance settlement agreement, attachments and motion papers to prepare for filing with court. | 1.10 |
| 06/30/10 | P. Mahaley | Prepare insurance settlement agreement and related court documents for filing (.6); analyze settlement issues (1.7); update settlement status memoranda (.7); review and analyze insurer proposed changes to settlement agreement (1.6). | 4.60 |

|  | Total Hours | 53.30 |  |
|---|---|---|---|
|  | Total For Services |  | $34,645.00 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Peri N. Mahaley | 53.30 | 650.00 | 34,645.00 |
| Total All Timekeepers | 53.30 | $650.00 | $34,645.00 |

Disbursements
    Document Reproduction     12.90
    Telephone     3.69
        Total Disbursements     $16.59

**Total For This Matter**     **$34,661.59**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 3

July 9, 2010
Invoice No. 1257745

For Legal Services Rendered Through June 30, 2010 in Connection With:

**Matter: 8 - Litigation**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 06/01/10 | D. Fullem | Review e-mails from R. Wyron and D. Felder regarding various filings and pleadings. | 0.20 |
| 06/01/10 | R. Wyron | Review MCC pleadings for hearing and follow-up (2.3); review case law research on standing and estoppel (1.6); work on insurance settlement and follow-up (.9); review agenda (.2); prepare for call with Debtors (.6). | 5.60 |
| 06/01/10 | R. Frankel | Review appeal pleadings filed by Canadian PD claimants. | 0.50 |
| 06/01/10 | R. Frankel | Prepare for call with insurer counsel (.6); telephone conference with insurer counsel re insurance settlement issues (.4); telephone conference with R. Wyron re same (.3). | 1.30 |
| 06/02/10 | D. Felder | Review Libby's proposed filing regarding MCC claims objection. | 0.10 |
| 06/02/10 | R. Wyron | Prepare for MCC hearing (.8); strategy conference with Debtors' and ACC and follow-up (1.2); call with insurer counsel re settlement and follow-up (.9); review standing pleading re Libby (.4); review MCC sur-reply and follow-up (.6); confer with R. Frankel re strategy and follow-up (.6); review 2019 analysis and follow-up (.3). | 4.80 |
| 06/02/10 | R. Frankel | Review issues in preparation for conference call (.6); telephone conference with T. Freedman, J. Donnelly, R. Wyron, P. Lockwood re hearing (.7). | 1.30 |
| 06/02/10 | R. Frankel | Review draft Libby response in MCC matter, e-mails re same (.6); consider issues re same (.3). | 0.90 |
| 06/02/10 | R. Frankel | Telephone conferences with R. Wyron re insurance settlement (.4); review, consider revisions to draft settlement agreement (.4). | 0.80 |
| 06/03/10 | D. Felder | E-mail correspondence with J. Biggs regarding claimant issues. | 0.50 |
| 06/03/10 | R. Wyron | Review MCC and Libby pleadings for hearing (.7); review insurer settlement issues and follow-up (.4); review pension motion (.3); confer with J. Radecki re pension issues and follow-up (.8). | 2.20 |
| 06/03/10 | R. Frankel | Review Jeld-Wen decision of 3rd circuit. | 1.20 |
| 06/03/10 | R. Frankel | Review Debtors' reservation of rights re MCC litigation, MCC Sur-Reply to Debtors' objections. | 0.70 |
| 06/04/10 | R. Wyron | Review last MCC filing and e-mails re same (.6); review issues on draft confirmation order (.9); review amended agenda and e-mails re same (.2). | 1.70 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 4

July 9, 2010
Invoice No. 1257745

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/07/10 | J. Burke | Participate in hearing regarding Debtors' objection to MCC's proof of claim by telephone. | 0.30 |
| 06/07/10 | D. Felder | E-mail correspondence with J. Radecki regarding omnibus hearing (.1); telephonic participation in omnibus hearing (.3); telephone conference with J. Radecki regarding pension issues (.1); review pension issues and follow-up (.5). | 1.00 |
| 06/07/10 | R. Wyron | Review proposed order (.3); participate in MCC hearing (.4); follow-up on insurance settlement status (.4); call with objector's counsel and follow-up (.6); confer with P. Mahaley on insurance settlement issues and respond to e-mails re same (.6); review Jeld-Wen decision (.7). | 3.00 |
| 06/07/10 | R. Frankel | Review MCC pleadings in preparation for hearing. | 1.60 |
| 06/07/10 | R. Frankel | Attend hearing in DE (.6); confer with P. Lockwood (.3). | 0.90 |
| 06/07/10 | R. Frankel | Prepare e-mails, telephone conference with R. Wyron re Garlock filing, effect on Garlock objections to confirmation. | 0.50 |
| 06/07/10 | R. Frankel | Review Debtor's draft motion to fund defined benefit pension plan (.6); notes re same (.2). | 0.80 |
| 06/08/10 | D. Felder | Attention to confirmation issues and e-mail to R. Frankel and R. Wyron regarding same (3.2); attention to 2019 issues (.5). | 3.70 |
| 06/08/10 | R. Wyron | Review Garlock and Jeld-Wen issues from objections (1.1); review and respond to e-mails re insurance claims (.6). | 1.70 |
| 06/08/10 | R. Frankel | Review Montana, Canada oppositions to confirmation re Jeld-Wen decision (.9); e-mails re same (.3). | 1.20 |
| 06/08/10 | R. Frankel | Review various briefs in opposition to confirmation filed by Garlock. | 0.90 |
| 06/09/10 | D. Felder | Attention to confirmation issues regarding various objectors. | 3.60 |
| 06/09/10 | R. Wyron | Calls with P. Lockwood re Garlock objection and follow-up (.8); review pleadings re Jeld-Wen (.4); review e-mail from P. Mahaley re insurance settlements and respond (.3); review pension motion and issues (.6). | 2.10 |
| 06/10/10 | D. Felder | Telephone conference with Grace and financial advisors regarding pension issues (.2); follow-up regarding same (.4); attention to issues regarding various objectors (1.1). | 1.70 |
| 06/10/10 | R. Wyron | Review insurance analysis (.6); confer with P. Mahaley re issues on insurance analysis and follow-up (.8); call with counsel for objector and follow-up (.7). | 2.10 |
| 06/10/10 | R. Frankel | Exchange e-mails re objector meeting (.2); telephone conference with R. Wyron re same (.3). | 0.50 |
| 06/11/10 | D. Felder | Attention to confirmation issues regarding various objectors (3.1); e-mail correspondence regarding same (.4); conference with R. Frankel and R. Wyron regarding same and follow-up (1.3). | 4.80 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 5

July 9, 2010
Invoice No. 1257745

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/11/10 | R. Wyron | Review insurance settlement analysis from P. Mahaley and follow up (.7); review objector settlement issues and plan presentation (1.3); calls re settlement discussions (.3); confer with R. Frankel and D. Felder re claims analysis, settlement discussions, and follow up (.8). | 3.10 |
| 06/11/10 | R. Frankel | Confer with R. Wyron re status, objector meeting, Jeld-Wen decision, meeting with D. Felder (.3); notes re status (.3). | 0.60 |
| 06/11/10 | R. Frankel | Confer with R. Wyron, D. Felder re Jeld-Wen, Garlock filing, 2019 filing (.9); notes re same (.4). | 1.30 |
| 06/11/10 | R. Frankel | Review D. Felder e-mail re 2019, next steps. | 0.30 |
| 06/14/10 | D. Fullem | Review e-mail from D. Felder with information on time change for all omnibus hearings. | 0.20 |
| 06/14/10 | D. Felder | Attention to pension issues and e-mail correspondence with J. Radecki regarding same (1.3); review hearing transcript regarding objector issues (2.6). | 3.90 |
| 06/14/10 | R. Wyron | Review revised insurance settlement analysis (.3); review Garlock pleadings (.8); review Jeld-Wen decision re confirmation issues (.6); organize notes for meeting with objector (.4). | 2.10 |
| 06/14/10 | R. Frankel | Review settlement issues, Jeld-Wen 3rd Circuit opinion in preparation for meeting with plan objector (1.7); prepare notes re settlement scenarios (.7). | 2.40 |
| 06/15/10 | D. Felder | Attention to issues regarding objectors and e-mail correspondence with R. Frankel and R. Wyron regarding same (2.3); review insurance settlement agreement and note issues regarding same (2.6); telephone conference with R. Frankel, R. Wyron and J. Biggs regarding claim issues and follow-up regarding same (1.5); attention to pension issues (.5). | 6.90 |
| 06/15/10 | R. Wyron | Call from claimant (.4); prepare for call with J. Biggs (.3); call with J. Biggs re claims analysis and follow-up (1.3); prepare for 6/16 meeting (1.1); review Garlock position on PCC and applicability to Grace (.9); review PJC issue (.3). | 4.30 |
| 06/15/10 | R. Frankel | Review settlement scenarios in connection with objector meeting (.8); confer with R. Wyron re same (.4). | 1.20 |
| 06/15/10 | R. Frankel | Telephone conference with J. Biggs, R. Wyron, D. Felder re claims and future claims issues (1.1); notes re same (.3). | 1.40 |
| 06/15/10 | R. Frankel | Review Amended Application and Exhibits of Canadian ZAI Claimants for substantial contribution fee. | 1.60 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 6

July 9, 2010
Invoice No. 1257745

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 06/16/10 | D. Felder | Telephone conference with J. Radecki regarding pension issues and follow-up regarding same (.5); research settlement issues for R. Frankel (.5); prepare correspondence regarding pension issues and review materials regarding same (4.0); conferences with R. Wyron regarding update and follow-up regarding same (.4). | 5.40 |
| 06/16/10 | R. Wyron | Prepare updated issues analysis on objector's claim (.6); meet with counsel for objectors (2.5); organize follow-up on objector's issues (.9); review 3rd Circuit orders re NARCO and GIT decisions (.3). | 4.30 |
| 06/16/10 | R. Frankel | Review files in preparation for meeting with objectors. | 0.60 |
| 06/16/10 | R. Frankel | Confer with counsel re settlement issues (2.9); prepare notes re same (.4). | 3.30 |
| 06/16/10 | R. Frankel | Review PCC transcript re Garlock objection to confirmation (1.3); D. Felder e-mail memo re same (.3). | 1.60 |
| 06/16/10 | R. Frankel | Confer with R. Wyron re Garlock issues, GIT issues. | 0.40 |
| 06/16/10 | R. Frankel | Review District Court opinion, briefs in connection with GIT, 3rd Circuit rehearing en banc. | 1.70 |
| 06/17/10 | R. Wyron | Review Garlock filings (.3); call with P. Lockwood (.5); follow-up on draft Garlock filing (.2); review draft insurance settlement agreement (1.1); review and respond to e-mails re pending insurance settlements (.4). | 2.50 |
| 06/17/10 | R. Frankel | Review draft letter to T. Freedman re pension plans, review prior pleadings related to same. | 0.60 |
| 06/17/10 | R. Frankel | Prepare outline of settlement with objector. | 1.30 |
| 06/17/10 | R. Frankel | Review briefs from 3rd Circuit en banc appeal in GIT, Narco re related issues. | 2.20 |
| 06/18/10 | D. Felder | Telephone conference with M. Hurford regarding update and status (.6); conference with R. Frankel and R. Wyron regarding same (.5); attention to pension issues (1.5); attention to objector issues (1.8); e-mail correspondence with J. Baer regarding same (.1); review pleadings regarding objector issues (3.2). | 7.70 |
| 06/18/10 | R. Wyron | Review updated analysis of draft insurance settlement agreement (.8); confer with P. Mahaley re draft settlement issues and follow-up (1.1); confer regarding judicial notice request and e-mails re same (.3); review Garlock issues and follow-up (.4); call with T. Freedman (.3); review draft letter on pension issues (.3); call to P. Lockwood and follow-up (.2); review insurer settlement status and follow-up on strategy issues with P. Mahaley (.4). | 3.80 |
| 06/18/10 | R. Frankel | Confer with R. Wyron re Garlock, settlement issues (.4); consider, review filing re Garlock (.4). | 0.80 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 7

July 9, 2010
Invoice No. 1257745

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/18/10 | R. Frankel | Confer with D. Felder, R. Wyron re pension letter, settlement issues (.7); notes re same (.2). | 0.90 |
| 06/18/10 | R. Frankel | Review, revise pension plan letter (.5); series of e-mails re same (.3) | 0.80 |
| 06/21/10 | S. Cruzado | Review recently filed pleadings. | 2.50 |
| 06/21/10 | J. Burke | Research in support of request for judicial notice. | 1.70 |
| 06/21/10 | D. Felder | Conference with J. Burke regarding research issues (.2); follow-up regarding same (1.5); attention to objector issues regarding judicial notice (1.2). | 2.90 |
| 06/21/10 | R. Wyron | Review draft request for judicial notice (.4); review Garlock pleadings and PCC arguments (1.9); review issues list for pending settlements (.3). | 2.60 |
| 06/21/10 | R. Frankel | Review, exchange series of e-mails re notice of Garlock chapter 11 filing (.3); review prior notice filed by Arrowood (.4). | 0.70 |
| 06/21/10 | R. Frankel | Review further e-mails, changes re Garlock notice. | 0.40 |
| 06/21/10 | R. Frankel | Review open issues with insurer objector re settlement. | 0.60 |
| 06/22/10 | D. Felder | Telephone conference with J. Radecki regarding pension issues (.2); attention to judicial notices issues (.7); begin review of insurance settlement agreement (1.2); review proofs of claim regarding objector issues (2.1). | 4.20 |
| 06/22/10 | R. Wyron | Respond to e-mails re Garlock filing (.4); review transcript of Garlock argument and follow-up (2.7); review insurance settlement issue and follow-up (.3). | 3.40 |
| 06/22/10 | R. Frankel | Telephone conference with R. Wyron re status of insurance settlement agreement, Garlock notice. | 0.30 |
| 06/22/10 | R. Frankel | Review Debtors' Report re Defined Contribution Plan (.6); prepare notes re same (.3). | 0.90 |
| 06/22/10 | R. Frankel | Review series of spreadsheets from P. Mahaley re insurance settlements (.5); e-mails re same (.3). | 0.80 |
| 06/23/10 | D. Felder | Review draft insurance settlement agreement, approval motion and related documents and note issues regarding same (3.1); review study regarding pension issues (1.0); research regarding settlement issues and telephone conference with J. Burke regarding same (2.1). | 6.20 |
| 06/23/10 | R. Wyron | Review insurance issues re potential settlement (.3); calls with insurance counsel re potential coverage settlement and potential indemnity claims settlement (1.1); confer with R. Frankel re strategy (.3). | 1.70 |
| 06/23/10 | R. Frankel | Confer with R. Wyron re status with objectors. | 0.30 |
| 06/24/10 | J. Burke | Research in support of settlement negotiations. | 4.40 |
| 06/24/10 | D. Felder | Review revised proposed order regarding Walpole agreement and consider motion regarding same. | 0.40 |


ORRICK

| | | | |
|---|---|---|---|
| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367 page 8 | | | July 9, 2010 Invoice No. 1257745 |
| 06/24/10 | R. Wyron | Review insurance settlement draft (1.2); confer with P. Mahaley and follow-up (.6); call with T. Freedman re Garlock (.3). | 2.10 |
| 06/25/10 | J. Burke | Research in support of request for judicial notice (3.3); research in support of settlement negotiations (1.4). | 4.70 |
| 06/25/10 | D. Felder | E-mail correspondence and conferences with J. Burke regarding settlement and confirmation issues and follow-up regarding same. | 2.80 |
| 06/25/10 | R. Wyron | Review Garlock issues (.3); confer with R. Frankel re strategy (.3); calls regarding research and follow-up (.5). | 1.10 |
| 06/25/10 | R. Frankel | Review further issues re Garlock filing, standing (.3); telephone conference with R. Wyron re same (.3). | 0.60 |
| 06/28/10 | J. Burke | Research in support of settlement negotiations. | 4.30 |
| 06/28/10 | D. Felder | Conference with R. Wyron regarding settlement issues and review materials from J. Burke regarding same. | 0.50 |
| 06/28/10 | R. Wyron | Review initial research re Garlock issues (.8); call to J. Burke and follow-up (.3). | 1.10 |
| 06/28/10 | R. Frankel | Review issues from last draft of insurer settlement agreement. | 1.10 |
| 06/29/10 | J. Burke | Research in support of settlement negotiations (3.4); confer with R. Frankel and D. Felder regarding research findings (.5). | 3.90 |
| 06/29/10 | D. Felder | Attention to settlement issues and due diligence (3.0); conferences with J. Burke regarding same (.4); conference with R. Frankel and J. Burke regarding same (.7); follow-up regarding same (1.3). | 5.40 |
| 06/29/10 | R. Wyron | Review research and follow-up (.3); e-mail to T. Freedman re Garlock and respond (.6); confer with R. Frankel re strategy (.3). | 1.20 |
| 06/29/10 | R. Frankel | Confer with D. Felder, J. Burke re settlement issues (.7); notes re same (.1). | 0.80 |
| 06/29/10 | R. Frankel | Review claims analyses. | 1.30 |
| 06/29/10 | R. Frankel | Review Buchwalter opinion re judicial notice (1.3); series of e-mails re same (.3). | 1.60 |
| 06/29/10 | R. Frankel | Review issues from pension report; telephone conference with J. Radecki re same. | 0.60 |
| 06/30/10 | J. Burke | E-mail outline of research findings in support of settlement negotiations to R. Frankel, R. Wyron and D. Felder. | 0.20 |


**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 9

July 9, 2010
Invoice No. 1257745

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/30/10 | D. Felder | Review claims information (.9); due diligence regarding objector issues and settlements and review research regarding same (2.1); attention to request for judicial notice and e-mail correspondence regarding same (.7); telephone conference with expert, R. Frankel and R. Wyron regarding claim issues (1.2); follow-up conference with R. Frankel and R. Wyron (.2); follow-up regarding same (.5) | 5.60 |
| 06/30/10 | R. Wyron | Call with insurer counsel re settlement (.3); begin review of settlement draft (.6); call with P. Lockwood and follow-up re Garlock (.4); call with P. Mahaley re settlement status and follow-up on e-mails re same (.5); review updated analysis from J. Biggs (.6); call with J. Biggs and team re analysis and follow-up (1.3); review preliminary agenda (.2); confer with R. Frankel re strategy (.2); finalize pleading and follow-up (.3). | 4.40 |
| 06/30/10 | R. Frankel | Review series of e-mails re Garlock filing, notice of same. | 0.40 |
| 06/30/10 | R. Frankel | Review preliminary agenda for July hearing. | 0.30 |
| 06/30/10 | R. Frankel | Review memo from J. Burke re objector issues (1.3); confer with R. Wyron re same (.3). | 1.60 |
| 06/30/10 | R. Frankel | Review memo from J. Burke re objector issues (1.1); prepare notes settlement with objector (.4). | 1.50 |
| 06/30/10 | R. Frankel | Review updated insurance charts from P. Mahaley. | 0.80 |
| 06/30/10 | R. Frankel | Telephone conference with J. Biggs re claims info (.9); confer with D. Felder, R. Wyron re same (.4). | 1.30 |

Total Hours 202.60
Total For Services $155,777.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| James W. Burke | 19.50 | 445.00 | 8,677.50 |
| Stephen C. Cruzado | 2.50 | 240.00 | 600.00 |
| Debra Felder | 67.30 | 645.00 | 43,408.50 |
| Roger Frankel | 52.00 | 985.00 | 51,220.00 |
| Debra O. Fullem | 0.40 | 265.00 | 106.00 |
| Richard H. Wyron | 60.90 | 850.00 | 51,765.00 |
| Total All Timekeepers | 202.60 | $768.89 | $155,777.00 |

**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 10

July 9, 2010
Invoice No. 1257745

Disbursements
    Document Reproduction    239.00
    Express Delivery    70.78
    Local Taxi Expense    25.82
    Other Business Meals    86.24
    Outside Services    147.04
    Postage    276.67
    Telephone    23.67
    Travel Expense, Local    322.00
    Westlaw Research    3,824.94
    Total Disbursements    $5,016.16

**Total For This Matter**    **$160,793.16**



| | | | |
|---|---|---|---|
| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367 page 11 | | | July 9, 2010<br>Invoice No. 1257745 |

For Legal Services Rendered Through June 30, 2010 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 06/01/10 | D. Fullem | Review e-mail from D. Davis at PJC regarding hearing on final fee application and respond to same. | 0.20 |
| 06/02/10 | D. Felder | Review fee auditor's reports regarding Canadian ZAI representative counsel. | 0.50 |
| 06/03/10 | D. Fullem | Prepare CNOs for Lincoln February and March fee applications. | 0.50 |
| 06/04/10 | D. Fullem | Coordinate filing and serving of Lincoln's CNO for February and March fee applications. | 0.30 |
| 06/04/10 | D. Fullem | Review and respond to e-mails from D. Davis regarding attending hearing on PJC's final fee application. | 0.20 |
| 06/07/10 | D. Fullem | Review Order entered on latest quarterly fee applications. | 0.20 |
| 06/08/10 | D. Fullem | Review e-mail from K. Boeger and Towers May fee application; provide comments. | 0.40 |
| 06/09/10 | D. Fullem | Review and respond to e-mail from K. Boeger regarding Towers May fee application. | 0.10 |
| 06/14/10 | D. Fullem | Review and respond to several e-mails from K. Boeger at Towers with May fee application; review same and compare latest version of fee application forms for specific service list parties. | 0.40 |
| 06/15/10 | D. Fullem | Prepare e-mail service to parties of CNO on PJC final fee application. | 0.20 |
| 06/15/10 | D. Fullem | Review e-mail from D. Felder regarding proposed order on PJC final fee application; prepare/coordinate Certification of No Objection and Certificate of Service to be filed so that order will be entered; telephone call with Judge's clerk regarding same; update D. Felder and others regarding status of same. | 0.80 |
| 06/15/10 | D. Fullem | Review and prepare list of upcoming deadlines on fee applications and send same to D. Felder. | 0.20 |
| 06/15/10 | D. Fullem | Review docket and note incorrect objection deadlines for Lincoln's quarterly for Oct-Dec 09 time period; update C. Hartman with request to correct same. | 0.20 |
| 06/15/10 | D. Felder | E-mail correspondence regarding Piper's final fee application and review CNO regarding same. | 0.20 |
| 06/16/10 | D. Fullem | Review e-mail from D. Felder and Order approving Piper's final fee application; prepare e-mail to D. Davis at Piper regarding same. | 0.30 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 12

July 9, 2010  
Invoice No. 1257745

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/16/10 | D. Felder | E-mail correspondence with D. Fullem regarding Piper Jaffray final fee application. | 0.10 |
| 06/21/10 | D. Fullem | Review and respond to G. Coles at Lincoln regarding finalizing Lincoln's April and May fee application filings. | 0.20 |
| 06/25/10 | D. Fullem | Coordinate finalizing, filing and service of Lincoln's April and May monthly fee applications. | 0.50 |
| 06/25/10 | D. Fullem | Coordinate finalizing, filing and service of Towers' May monthly fee application. | 0.30 |
| 06/25/10 | D. Felder | Review May fee applications for Lincoln and Towers Watson. | 0.20 |
| 06/28/10 | D. Fullem | Check deadlines coming up for fee application filings. | 0.10 |
| 06/28/10 | D. Fullem | Review and respond to several e-mails from D. Felder regarding Towers and Lincoln recent fee application filings; update with information requested. | 0.40 |

Total Hours 6.50  
Total For Services $2,102.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 1.00 | 645.00 | 645.00 |
| Debra O. Fullem | 5.50 | 265.00 | 1,457.50 |
| Total All Timekeepers | 6.50 | $323.46 | $2,102.50 |

Disbursements  
Express Delivery  25.15  
Total Disbursements  $25.15

**Total For This Matter**  **$2,127.65**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 13

July 9, 2010
Invoice No. 1257745

For Legal Services Rendered Through June 30, 2010 in Connection With:

**Matter:  12 - Retention of Professionals - Orrick**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/17/10 | D. Fullem | Review e-mail from R. Frankel re disclosures and follow-up re same. | 0.80 |
| 06/18/10 | R. Wyron | Review inquiry on potential conflict issues and respond (.2); confirm disclosures (.1). | 0.30 |

Total Hours 1.10
Total For Services $467.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 0.80 | 265.00 | 212.00 |
| Richard H. Wyron | 0.30 | 850.00 | 255.00 |
| Total All Timekeepers | 1.10 | $424.55 | $467.00 |

**Total For This Matter**     **$467.00**


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 14

July 9, 2010
Invoice No. 1257745

For Legal Services Rendered Through June 30, 2010 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/01/10 | D. Fullem | Review e-mail from D. Felder; review fee charts from Debtors' counsel to confirm FCR and professionals fees/expenses are accurate; e-mail to D. Felder regarding same. | 0.40 |
| 06/03/10 | D. Fullem | Review and organize recent fee application filings and related materials. | 0.50 |
| 06/03/10 | D. Fullem | Review recent payment information; update fee/expense charts; e-mail to R. Wyron and R. Frankel. | 0.30 |
| 06/04/10 | D. Fullem | Review May prebill. | 1.20 |
| 06/04/10 | D. Fullem | Review e-mail from R. Wyron regarding edits to April invoice; coordinate same with P. Reyes. | 0.20 |
| 06/04/10 | D. Fullem | Review draft April fee application and edit same. | 0.20 |
| 06/04/10 | R. Wyron | Review draft April fee application and provide comments. | 0.30 |
| 06/07/10 | D. Fullem | Review e-mail from fee auditor regarding April fee application. | 0.10 |
| 06/07/10 | D. Fullem | Complete review of May prebill; provide to D. Felder. | 0.50 |
| 06/07/10 | D. Fullem | Review e-mails from R. Wyron and D. Felder regarding status of May prebill. | 0.10 |
| 06/07/10 | D. Fullem | Finalize and coordinate filing/service of Orrick April fee application. | 0.50 |
| 06/08/10 | D. Fullem | Review e-mail from R. Wyron regarding final revisions to May fee application. | 0.10 |
| 06/08/10 | D. Felder | Review May prebill. | 0.80 |
| 06/08/10 | R. Wyron | Review May prebill and provide comments. | 0.40 |
| 06/10/10 | D. Fullem | Update fee/expense charts. | 0.40 |
| 06/14/10 | D. Fullem | Prepare e-mail to fee auditor with April fee application and invoice in Word format as requested. | 0.20 |
| 06/15/10 | D. Fullem | Prepare e-mail to R. Wyron regarding status of May monthly fee application. | 0.10 |
| 06/15/10 | D. Fullem | Review and prepare list of upcoming deadlines on fee applications and send same to D. Felder. | 0.20 |
| 06/17/10 | D. Fullem | Begin drafting of Jan-Mar 2010 quarterly fee application. | 1.00 |
| 06/18/10 | D. Fullem | Prepare updates to fee/expense charts and circulate to R. Frankel, R. Wyron and V. Crossley. | 0.30 |
| 06/18/10 | D. Fullem | Review and revise draft of May fee application; e-mail to D. Felder and R. Wyron. | 1.00 |
| 06/21/10 | D. Fullem | Review e-mail from D. Felder with comments to Jan-Mar quarterly fee application. | 0.20 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 15

July 9, 2010
Invoice No. 1257745

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/21/10 | D. Fullem | Finish draft of Orrick's Jan-Mar quarterly (1.0); e-mail to R. Wyron and D. Felder for review and comment (.1). | 1.10 |
| 06/21/10 | D. Felder | Review May fee application. | 0.60 |
| 06/22/10 | D. Fullem | Review latest update to May fee application; review and revise; e-mail to R. Wyron and D. Felder. | 0.50 |
| 06/22/10 | D. Fullem | Confer with D. Felder regarding expenses. | 0.20 |
| 06/22/10 | D. Felder | Review revised May fee application. | 0.80 |
| 06/22/10 | R. Wyron | Review draft quarterly fee application and provide comments. | 0.30 |
| 06/23/10 | D. Fullem | Review and respond to e-mail from H. Quinn with draft of May fee application. | 0.20 |
| 06/24/10 | D. Fullem | Review draft of May fee application; review/provide edits to H. Quinn; e-mail to R. Wyron and D. Felder re status of same. | 0.60 |
| 06/24/10 | R. Wyron | Review monthly and quarterly fee applications for filing and follow-up. | 0.40 |
| 06/25/10 | D. Fullem | Coordinate finalizing, filing and service of Orrick's quarterly for Jan-Mar 2010 time period. | 0.50 |
| 06/25/10 | D. Fullem | Review and respond to e-mail from B. Ruhlander regarding fee applications. | 0.20 |
| 06/28/10 | D. Fullem | Check deadlines coming up for fee application filings. | 0.10 |
| 06/29/10 | D. Fullem | Prepare CNO for April fee application; coordinate filing and serving of same. | 0.50 |
| 06/29/10 | D. Felder | Review CNO. | 0.10 |

Total Hours 15.10
Total For Services $5,694.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 2.30 | 645.00 | 1,483.50 |
| Debra O. Fullem | 11.40 | 265.00 | 3,021.00 |
| Richard H. Wyron | 1.40 | 850.00 | 1,190.00 |
| Total All Timekeepers | 15.10 | $377.12 | $5,694.50 |

Disbursements
 Document Reproduction  60.10
 Postage  4.90
  Total Disbursements  $65.00

**Total For This Matter**  **$5,759.50**


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 16

July 9, 2010  
Invoice No. 1257745

For Legal Services Rendered Through June 30, 2010 in Connection With:

**Matter: 15 - Travel Time (Non-Working)**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/07/10 | R. Frankel | Non-working travel to and from Wilmington hearing. | 1.40 |

Total Hours 1.40  
Total For Services $689.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 1.40 | 492.50 | 689.50 |
| Total All Timekeepers | 1.40 | $492.50 | $689.50 |

**Total For This Matter** $689.50

\* \* \* **COMBINED TOTALS** \* \* \*

Total Hours 280.00  
Total Fees, all Matters $199,375.50  
Total Disbursements, all Matters $5,122.90  
Total Amount Due $204,498.40