

July 31, 2010

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   175662

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH JUNE 30, 2010

.

### CLIENT SUMMARY

**BALANCE AS OF- 06/30/10**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| 01- Case Administration - .15537 | $608.00 | $255.01 | $863.01 |
| 02 - Debtors' Business Operations - .15538 | $438.50 | $0.00 | $438.50 |
| 03 - Creditors Committee - .15539 | $148.50 | $0.00 | $148.50 |
| 07 - Applicant's Fee Application - .15543 | $1,026.50 | $0.00 | $1,026.50 |
| 08 - Hearings - .15544 | $1,180.00 | $0.00 | $1,180.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) - .15545 | $5,985.50 | $0.00 | $5,985.50 |
| 18 - Plan & Disclosure Statement - .15554 | $191.00 | $0.00 | $191.00 |
| 27 - Litigation Consulting - .15563 | $148.50 | $0.00 | $148.50 |
| 30 - Fee Application of Others - .17781 | $2,429.00 | $0.00 | $2,429.00 |
| *Client Total* | *$12,155.50* | *$255.01* | *$12,410.51* |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Baena, Scott L | 2.30 | $675.00 | $1,552.50 |
| Kramer, Matthew I | 3.90 | $425.00 | $1,657.50 |
| Sakalo, Jay M | 9.10 | $495.00 | $4,504.50 |
| Snyder, Jeffrey I | 6.70 | $340.00 | $2,278.00 |
| Trevorrow, Tara V | 0.30 | $315.00 | $94.50 |
| Flores, Luisa M | 3.70 | $215.00 | $795.50 |
| Kurtz, Nicole | 6.70 | $190.00 | $1,273.00 |

*TOTAL PROFESSIONAL FEES THIS PERIOD*     **$12,155.50**

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Long Distance Telephone-Outside Services | $188.00 |
| Westlaw-Online Legal Research | $20.01 |
| Copies | $47.00 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | **$255.01** |

**TOTAL BALANCE DUE THIS PERIOD**     **$12,410.51**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

**RE:  01- Case Administration**

| 06/01/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 06/02/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 06/03/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 06/04/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 06/07/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 06/08/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 06/09/10 | NK | 0.20 | 38.00 | Review docket and send email including requested documents to J.Sakalo and M.Kramer |
| 06/10/10 | NK | 0.10 | 19.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 06/11/10 | NK | 0.10 | 19.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 06/15/10 | NK | 0.10 | 19.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 06/16/10 | NK | 0.10 | 19.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 06/17/10 | NK | 0.10 | 19.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 06/18/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 06/21/10 | NK | 0.10 | 19.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 06/22/10 | NK | 0.10 | 19.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 06/23/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 06/24/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 06/25/10 | NK | 0.10 | 19.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 06/28/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 06/29/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |

**PROFESSIONAL SERVICES**                                                                                          **$608.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### COSTS ADVANCED

| | | |
|---|---|---|
| 04/07/10 | Long Distance Telephone-Outside Services COURT CALLS 04/07/10 through 04/23/10 to be transfered when identified - VENDOR: DINERS CLUB; INVOICE#: 03/25/10-04/26/10; DATE: 4/26/2010  -  Acct. #5306220025395504 | 158.00 |
| 04/07/10 | Long Distance Telephone-Outside Services COURT CALLS 04/07/10 through 04/23/10 to be transfered when identified - VENDOR: DINERS CLUB; INVOICE#: 03/25/10-04/26/10; DATE: 4/26/2010  -  Acct. #5306220025395504 | 30.00 |
| 05/18/10 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 820730128; DATE: 6/1/2010  -  Account#5306-2200-2539-5504 | 20.01 |
| 06/03/10 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 06/03/10 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 06/03/10 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 06/03/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 06/03/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 06/03/10 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 06/03/10 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 06/03/10 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 06/03/10 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 06/03/10 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 06/03/10 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 06/03/10 | Copies 27 pgs @ 0.10/pg | 2.70 |
| 06/03/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 06/03/10 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 06/03/10 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 06/03/10 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 06/03/10 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 06/03/10 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 06/03/10 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 06/03/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/03/10 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 06/03/10 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 06/03/10 | Copies 31 pgs @ 0.10/pg | 3.10 |
| 06/03/10 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 06/03/10 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 06/04/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 06/04/10 | Copies 23 pgs @ 0.10/pg | 2.30 |
| 06/08/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 06/15/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 06/22/10 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 06/22/10 | Copies 9 pgs @ 0.10/pg | 0.90 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | | |
|---|---|---|---|
| 06/22/10 | Copies 39 pgs @ 0.10/pg | | 3.90 |
| 06/22/10 | Copies 21 pgs @ 0.10/pg | | 2.10 |
| 06/22/10 | Copies 20 pgs @ 0.10/pg | | 2.00 |
| 06/29/10 | Copies 3 pgs @ 0.10/pg | | 0.30 |
| 06/29/10 | Copies 4 pgs @ 0.10/pg | | 0.40 |
| 06/29/10 | Copies 1 pgs @ 0.10/pg | | 0.10 |

**TOTAL COSTS ADVANCED**                                                                    **$255.01**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kurtz, Nicole | 3.20 | $190.00 | $608.00 |
| *TOTAL* | *3.20* | | *$608.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone-Outside Services | $188.00 |
| Westlaw-Online Legal Research | $20.01 |
| Copies | $47.00 |
| *TOTAL* | *$255.01* |

**CURRENT BALANCE DUE THIS MATTER**                                                       **$863.01**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15538**

RE:  02 - Debtors' Business Operations

| | | | | |
|---|---|---|---|---|
| 06/03/10 | JMS | 0.80 | 396.00 | Review pension funding motion (.8). |
| 06/22/10 | MIK | 0.10 | 42.50 | Review defined benefit plan contribution motion (.1). |

PROFESSIONAL SERVICES $438.50

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 0.10 | $425.00 | $42.50 |
| Sakalo, Jay M | 0.80 | $495.00 | $396.00 |
| *TOTAL* | *0.90* | | *$438.50* |

CURRENT BALANCE DUE THIS MATTER $438.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15539**

**RE: 03 - Creditors Committee**

06/01/10    JMS    0.30    148.50    Review hearing agenda and email to committee thereon (.3).

**PROFESSIONAL SERVICES**                                                                 **$148.50**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.30 | $495.00 | $148.50 |
| *TOTAL* | *0.30* | | *$148.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                       **$148.50**

**Atty – SLB**
**Client No.: 74817/15543**

**RE: 07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 06/02/10 | LMF | 1.10 | 236.50 | Review edits to prebill, prepare notice and summary and submit to local counsel for filing. |
| 06/04/10 | JIS | 0.50 | 170.00 | Review and revise May prebill. |
| 06/08/10 | LMF | 0.70 | 150.50 | Review and revise notice and summary of May fees. |
| 06/08/10 | NK | 1.00 | 190.00 | Preparation of notice of filing fee application and summary of fee application for Bilzin Sumberg's May 2010 fees |
| 06/17/10 | LMF | 0.60 | 129.00 | Review and finalize notice and summary for May fees and costs. |
| 06/30/10 | LMF | 0.70 | 150.50 | Finalize and submit notice, summary and statement of fees for May 2010. |

**PROFESSIONAL SERVICES**                                                    **$1,026.50**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.50 | $340.00 | $170.00 |
| Flores, Luisa M | 3.10 | $215.00 | $666.50 |
| Kurtz, Nicole | 1.00 | $190.00 | $190.00 |
| *TOTAL* | *4.60* | | *$1,026.50* |

**CURRENT BALANCE DUE THIS MATTER**                                          **$1,026.50**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15544**

RE:  08 - Hearings

| | | | | |
|---|---|---|---|---|
| 06/01/10 | NK | 1.00 | 190.00 | Arrange telephonic appearances for attorneys for the hearing on June 7, 2010 |
| 06/02/10 | NK | 0.50 | 95.00 | Send telephonic hearing confirmations to all attorneys |
| 06/03/10 | NK | 1.00 | 190.00 | Prepare notebook for June 7, 2010 hearing |
| 06/07/10 | JMS | 0.50 | 247.50 | Attend omnibus hearing by phone (.5). |
| 06/07/10 | MIK | 0.60 | 255.00 | Attend Grace hearing telephonically. |
| 06/16/10 | SLB | 0.30 | 202.50 | Review transcript of 6/7 hearing (.3). |

PROFESSIONAL SERVICES                                                                                     $1,180.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.30 | $675.00 | $202.50 |
| Kramer, Matthew I | 0.60 | $425.00 | $255.00 |
| Sakalo, Jay M | 0.50 | $495.00 | $247.50 |
| Kurtz, Nicole | 2.50 | $190.00 | $475.00 |
| *TOTAL* | *3.90* | | *$1,180.00* |

CURRENT BALANCE DUE THIS MATTER                                                                  $1,180.00

**Atty – SLB**
**Client No.: 74817/15545**

RE:  09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)

| 06/02/10 | JMS | 0.40 | 198.00 | Review Canadian claimants statement of issues on appeal and designation of record on appeal (.4). |
|---|---|---|---|---|
| 06/03/10 | JIS | 0.70 | 238.00 | Emails from/to J. Sakalo and read Grossman's decision overturning Frenville. |
| 06/04/10 | JIS | 0.30 | 102.00 | Conference with J. Sakalo regarding Grossmans case and implications for 524(g) cases, Grace, etc. |
| 06/08/10 | JMS | 0.50 | 247.50 | Review memo regarding Grossman's decision on future claims issues (.5). |
| 06/08/10 | JIS | 5.00 | 1,700.00 | Draft memorandum to committee regarding Grossman's decision overturning Frenville precedent; revisions to same. |
| 06/08/10 | TVT | 0.30 | 94.50 | Review and revise Frenville memo. |
| 06/10/10 | JMS | 1.30 | 643.50 | Review pleadings regarding MCC claim objection (1.3). |
| 06/15/10 | SLB | 0.90 | 607.50 | Committee report/inquiries regarding Frenville reversal and implications in Grace case (.9). |
| 06/15/10 | JMS | 3.70 | 1,831.50 | Review and revise memo to Committee regarding Grossman's decision (2.4); follow up telephone conference with M. Dies thereon (.4); emails with E. Westbrook thereon (.3); emails with D. Rosendorf thereon (.3); |
| 06/15/10 | JIS | 0.20 | 68.00 | Conference with J. Sakalo and partial call with M. Dies regarding Grossman's memo (0.2). |
| 06/15/10 | MIK | 0.60 | 255.00 | Revise memorandum on Third Circuit decision. |

PROFESSIONAL SERVICES                                                                            $5,985.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.90 | $675.00 | $607.50 |
| Kramer, Matthew I | 0.60 | $425.00 | $255.00 |
| Sakalo, Jay M | 5.90 | $495.00 | $2,920.50 |
| Snyder, Jeffrey I | 6.20 | $340.00 | $2,108.00 |
| Trevorrow, Tara V | 0.30 | $315.00 | $94.50 |
| *TOTAL* | *13.90* | | *$5,985.50* |

CURRENT BALANCE DUE THIS MATTER                                                                  $5,985.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15554**

RE:  18 - Plan & Disclosure Statement

| 06/08/10 | JMS | 0.30 | 148.50 | Review analyst report regarding Sealed Air financials (.3). |
| 06/22/10 | MIK | 0.10 | 42.50 | Review Munich regarding settlement motion (.1). |

**PROFESSIONAL SERVICES** **$191.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 0.10 | $425.00 | $42.50 |
| Sakalo, Jay M | 0.30 | $495.00 | $148.50 |
| *TOTAL* | *0.40* | | *$191.00* |

**CURRENT BALANCE DUE THIS MATTER** **$191.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15563**

**RE:  27 - Litigation Consulting**

06/24/10    JMS    0.30    148.50    Review revised order resolving Walpole litigation (.3).

**PROFESSIONAL SERVICES**                                          **$148.50**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.30 | $495.00 | $148.50 |
| *TOTAL* | *0.30* | | *$148.50* |

**CURRENT BALANCE DUE THIS MATTER**                               **$148.50**

**Atty – SLB**
**Client No.: 74817/17781**

**RE:  30 - Fee Application of Others**

| 05/04/10 | SLB | 0.70 | 472.50 | Attention to Canadian ZAI counsel's request for "substantial contribution" fees and email from A. Rich regarding same and interoffice conference with J. Sakalo regarding same (.7). |
|---|---|---|---|---|
| 06/02/10 | JMS | 0.70 | 346.50 | Review fee auditor reports regarding Canadian counsel fee applications (.7). |
| 06/16/10 | SLB | 0.40 | 270.00 | Review amended application and exhibits from Canadian ZAI counsel (.4). |
| 06/16/10 | JMS | 0.30 | 148.50 | Emails with R. Mangus regarding holdback fees (.3); |
| 06/17/10 | LMF | 0.60 | 129.00 | Review email and follow up with respect to payment of holdback fees for various professionals. |
| 06/22/10 | MIK | 2.50 | 1,062.50 | Review Canadian ZAI substantial contribution motion and exhibits (2.5). |

**PROFESSIONAL SERVICES**                                                                                  **$2,429.00**

#### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 1.10 | $675.00 | $742.50 |
| Kramer, Matthew I | 2.50 | $425.00 | $1,062.50 |
| Sakalo, Jay M | 1.00 | $495.00 | $495.00 |
| Flores, Luisa M | 0.60 | $215.00 | $129.00 |
| *TOTAL* | *5.20* | | *$2,429.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                          **$2,429.00**

.

BILZIN SUMBERG BAENA PRICE & AXELROD LLP