IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al., | Case No. 01-01139 (JKF) (Jointly Administered) |
| Debtors. | RE: 25040 - 25145 |

## ORDER GRANTING MOTION OF PLUM CREEK TIMBERLANDS, L.P. TO ALLOW LATE FILING OF PROOFS OF CLAIM

THIS MATTER came before the Court on the Motion of Plum Creek Timberlands, L.P. pursuant to 11 U.S.C. § 105(a) and Rule 9006(b) of the Federal Rules of Bankruptcy Procedure, to allow the late filing of proofs of claim (the "Motion"). The Court has reviewed the Motion and all other related pleadings and is fully advised as to the issues raised. The Court has found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core matter pursuant to 28 U.S.C. § 157(b), (iii) notice of the Motion was sufficient under the circumstances, and (iv) good cause exists to grant the relief requested by the Motion. Therefore, for the reasons more fully set forth in the record of the hearing on the Motion,

**IT IS ORDERED THAT:**

1. The Motion is GRANTED; and

2. The proofs of claim filed with the claims administrator by Plum Creek Timber Company, Inc., on June 7, 2010, in each of the bankruptcy cases of WR Grace & Co. – Connecticut (case no. 01-01140) and Kootenai Development Company (case no. 01-01186) and as amended to change the creditor name to Plum Creek Timberlands, L.P. on or about July 1, 2010 (the "Proofs of Claim"), shall be ALLOWED as timely filed. Any and all other objections to the Proofs of Claim are preserved.

Signed this 2nd day of August, 2010.

_Judith K. Fitzgerald_
HON. JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY COURT JUDGE

Page - 1

SEADOCS:421639.1