IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| | : | |

FEE DETAIL FOR DAY PITNEY LLP'S
ONE-HUNDRED SEVENTH INTERIM FEE APPLICATION FOR THE PERIOD
FROM JUNE 1, 2010 THROUGH JUNE 30, 2010

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

# EXHIBIT A

## FEES FOR THE FEE PERIOD
## JUNE 1, 2010 THROUGH JUNE 30, 2010[2]

Client: 482910 W.R. GRACE & CO.
Matter: 111099 TRENTON ENVIRONMENTAL ISSUES

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 06/01/10 3 | Work on memo to client | A. Marchetta | 1.0 | 650.00 |
| 06/01/10 3 | Review and revise conclusion section of draft memo to clients and address attachments with B. Moffit; address additional changes to memo to with A. Marchetta and B. Moffit; review revised draft | W. Hatfield | 0.8 | 340.00 |
| 06/01/10 3 | Continued preparation of memo regarding potential legal arguments in response to recent NJDEP directives concerning asbestos issues at Site; work with A. Marchetta and W. Hatfield re same and revise memo | B. Moffitt | 4.1 | 1,722.00 |
| 06/02/10 3 | Continued preparation of memo regarding potential legal arguments in response to recent NJDEP directives concerning asbestos issues at Site; work with A. Marchetta regarding same | B. Moffitt | 0.5 | 210.00 |
| 06/08/10 3 | Review memos from client on summary and time line re: NJDEP issues and asbestos matters | W. Hatfield | 0.4 | 170.00 |
| 06/09/10 3 | Call with B. Marriam on strategy with NJDEP and time line issues | W. Hatfield | 0.4 | 170.00 |
| 06/10/10 3 | E-mails and follow up with B. Moffitt and W. Hatfield regarding information for client on meeting with DEP | A. Marchetta | 0.5 | 325.00 |
| 06/10/10 3 | Address case issues and revisions to time line for client - NJDEP meeting | W. Hatfield | 0.4 | 170.00 |
| 06/10/10 | Review and revise proposed time line to be presented to NJDEP and | | | |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

| | | | | |
|---|---|---|---|---|
| | prepare e-mail re same; work with A. Marchetta and W. Hatfield regarding same. | | | |
| 3 | B. Moffitt | | 1.2 | 504.00 |
| 06/10/10 | Work with B. Moffitt regarding review and revision of URS draft Hamilton Township Timeline to be submitted to NJDEP | | | |
| 3 | S. Parker | | 0.5 | 80.00 |
| 06/11/10 | Telephone calls, e-mails and follow up regarding DEP meeting | | | |
| 3 | A. Marchetta | | 0.8 | 520.00 |
| 06/11/10 | Address issues on client report on NJDEP meeting; review memos on same and address strategy on response to NJDAG and NJDEP | | | |
| 3 | W. Hatfield | | 0.7 | 297.50 |
| 06/11/10 | Telephone call with R. Medler concerning meeting with NJDEP and review B. Hatfield e-mail regarding same | | | |
| 3 | B. Moffitt | | 0.2 | 84.00 |
| 06/14/10 | E-mails and follow up regarding call with DEP on remediation issues bifurcation; follow up with B. Moffitt and W. Hatfield regarding same | | | |
| 3 | A. Marchetta | | 0.4 | 260.00 |
| 06/14/10 | Prepare for call on NJDEP bifurcation strategy; attend call with clients and URS on case issues and path forward; review memo from B. Moffitt to A. Marchetta on matter | | | |
| 3 | W. Hatfield | | 1.3 | 552.50 |
| 06/14/10 | Prepare for and participate in conference call with client and URS regarding strategy following meeting with NJDEP, including work with A. Marchetta regarding same | | | |
| 3 | B. Moffitt | | 1.0 | 420.00 |
| 06/14/10 | Draft e-mail to A. Marchetta regarding conference call with client and URS regarding strategy following meeting with NJDEP and proposed follow up regarding same | | | |
| 3 | B. Moffitt | | 0.2 | 84.00 |
| 06/15/10 | Follow up with B. Moffitt regarding information from DEP and with W. Hatfield regarding same | | | |
| 3 | A. Marchetta | | 0.4 | 260.00 |
| 06/15/10 | Review and redline draft letter from client to NJDEP on meeting confirmation and bifurcation issues | | | |
| 3 | W. Hatfield | | 0.6 | 255.00 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 06/16/10<br>3 | Follow up on comments to draft letter to NJDEP and review client response to same | W. Hatfield | 0.3 | 127.50 |
| 06/16/10<br>3 | Various e-mails regarding proposed letter to NJDEP memorializing agreement regarding bifurcation, and review and forward W. Hatfields's proposed revisions to same. | B. Moffitt | 0.3 | 126.00 |
| 06/18/10<br>3 | Follow up with B. Moffitt and W. Hatfield regarding information on remediation letter for State | A. Marchetta | 0.4 | 260.00 |
| 06/21/10<br>3 | E-mails and follow up regarding remediation issues and telephone calls to Amtrak regarding same | A. Marchetta | 0.6 | 390.00 |
| 06/22/10<br>3 | Follow up with B. Moffitt and prepare regarding conference call with client regarding issues in case | A. Marchetta | 0.6 | 390.00 |
| 06/22/10<br>3 | Review multiple correspondence from client and URS on matter | W. Hatfield | 0.4 | 170.00 |
| 06/22/10<br>3 | Various e-mails regarding proposed letter to NJDEP memorializing agreement re bifurcation, and work with A. Marchetta and W. Hatfield regarding same | B. Moffitt | 0.4 | 168.00 |
| 06/23/10<br>3 | Conference call and follow up regarding letter to DEP on asbestos investigation and strategy regarding same; revise draft letter and follow up regarding same | A. Marchetta | 1.9 | 1,235.00 |
| 06/23/10<br>3 | Review correspondence and revise draft letter from URS to EPA; prepare for and attend call with clients and URS on strategy for response to NJDEP; address and revise draft letter per client comments and circulate to case team with comments and suggestions on letter to NJDAG on asbestos issues; review and revise draft letter to NJDAG on matter and memos to and from B. Moffit on same; review revisions from client and final letter | W. Hatfield | 2.4 | 1,020.00 |
| 06/23/10<br>3 | Prepare for and participate in conference call with client and URS regarding asbestos issues and follow up regarding same | B. Moffitt | 1.1 | 462.00 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 06/23/10 | Preparation of letter to Deputy Attorney General regarding asbestos issues and work with A. Marchetta, W. Hatfield and various client representatives regarding same | B. Moffitt (3) | 2.7 | 1,134.00 |
| 06/24/10 | Telephone call from Deputy Attorneys General Dickinson and Engel and telephone call to client regarding same; e-mail regarding same | A. Marchetta (3) | 0.7 | 455.00 |
| 06/24/10 | Review memo from A. Marchetta on call with NJ DAG and client response to same | W. Hatfield (3) | 0.2 | 85.00 |
| 06/24/10 | Work with A. Marchetta re telephone call with DAGs Dickinson and Engel and regarding e-mail to client regarding same. | B. Moffitt (3) | 0.5 | 210.00 |
| 06/25/10 | Address comments to URS letter to NJDEP and correspondence on same; call and address strategy on response for asbestos issues | W. Hatfield (3) | 0.5 | 212.50 |
| 06/25/10 | Telephone calls and work with B. Moffitt regarding letter submittal and changes | A. Marchetta (3) | 1.0 | 650.00 |
| 06/25/10 | Review and revise draft URS response to NJDEP technical comments and work with A. Marchetta, W. Hatfield and client representatives regarding same | B. Moffitt (3) | 1.3 | 546.00 |
| 06/26/10 | Follow up regarding correspondence to DEP | A. Marchetta (3) | 0.2 | 130.00 |
| 06/28/10 | Review URS letter and memo to DEP | W. Hatfield (3) | 0.2 | 85.00 |
| 06/30/10 | Follow up with B. Moffitt regarding response to letters and telephone call from Assistant Attorney General | A. Marchetta (3) | 0.5 | 325.00 |
| 06/30/10 | Confer with A. Marchetta and draft e-mail to client regarding status of negotiations with Attorney General's office | B. Moffitt (3) | 0.2 | 84.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars | |
|---|---|---|---|---|
| W. Hatfield | 8.60 | 425.00 | | 3,655.00 |
| A. Marchetta | 9.00 | 650.00 | | 5,850.00 |
| B. Moffitt | 13.70 | 420.00 | | 5,754.00 |
| S. Parker | 0.50 | 160.00 | | 80.00 |
| TOTALS: | 31.80 | | | 15,339.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 3 | 9.0 | 650.00 | 5,850.00 |
| W. Hatfield | 3 | 8.6 | 425.00 | 3,655.00 |
| B. Moffitt | 3 | 13.7 | 420.00 | 5,754.00 |
| S. Parker | 3 | 0.5 | 160.00 | 80.00 |
| TOTALS: | | 31.8 | | 15,339.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 06/03/10 | Revise and finalize April 2010 Fee Application documents; draft e-mail regarding filing of same | | | |
| 18 | | K. Begley | 0.3 | 82.50 |
| 06/14/10 | Draft May 2010 Fee Application documents | | | |
| 18 | | K. Begley | 0.3 | 82.50 |
| 06/16/10 | E-mails regarding May 2010 Fee Application documents | | | |
| 18 | | K. Begley | 0.2 | 55.00 |
| 06/29/10 | Draft 36th Quarterly Fee Application documents; telephone call with M. White regarding same; draft May 2010 Fee Application documents; e-mails regarding same | | | |
| 18 | | K. Begley | 3.3 | 907.50 |
| 06/30/10 | Review, revise and discuss with K. Begley DP's May 2010 Fee Application | | | |
| 14 | | S. Zuber | 0.4 | 204.00 |
| 06/30/10 | Revise and finalize May 2010 Fee Application documents; draft, review, and respond to e-mails regarding filing of same | | | |
| 18 | | K. Begley | 0.6 | 165.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| S. Zuber | 0.40 | 510.00 | 204.00 |
| K. Begley | 4.70 | 275.00 | 1,292.50 |
| TOTALS: | 5.10 | | 1,496.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| K. Begley | 18 | 4.7 | 275.00 | 1,292.50 |
| S. Zuber | 14 | 0.4 | 510.00 | 204.00 |
| TOTALS: | | 5.1 | | 1,496.50 |

7

# EXHIBIT B

## EXHIBIT B

## EXPENSES FOR THE FEE PERIOD
## JUNE 1, 2010 THROUGH JUNE 30, 2010

None.

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-1139 (JKF) |
| W. R. GRACE & CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: August 19, 2010 |
| | : | Hearing Date: TBD, if necessary |

## VERIFICATION

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Day Pitney LLP, and am a member in good standing of the bars of the State of New Jersey, the State of New York, the District of Columbia, the United States District Court for the District of New Jersey, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, the United States District Court for the Western District of New York, the United States

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

District Court for the District of Colorado, the United States District Court for the Eastern District of Texas, the United States District Court for the Western District of Wisconsin, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Federal Circuit, the United States Tax Court, and the United States Supreme Court.

2. I have personally performed certain of, and overseen, the legal services rendered by Day Pitney LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

Florham Park, New Jersey
Dated: July 30, 2010

Respectfully submitted,
DAY PITNEY LLP

_/s/ Anthony J. Marchetta_
Anthony J. Marchetta, Esq.
(Mail) P.O. Box 1945
Morristown, NJ 07962-1945
(Delivery) 200 Campus Drive
Florham Park, NJ 07932-0950
Telephone: (973) 966-6300
Facsimile: (973) 966-1015