**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 8/23/2010 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND
HOLDERS OF DEMANDS FOR THE TWENTY-THIRD MONTHLY
INTERIM PERIOD FROM JULY 1, 2010 THROUGH JULY 31, 2010**

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | July 1, 2010 through July 31, 2010 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $7,824.00   [80% of $9,780.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $208.00 |

This is a(n):   ☒Monthly      ☐Interim      ☐Final Application

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

| | | | | | |
|---|---|---|---|---|---|
| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| | | | | | |
| | | | | | |

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 25 years, and his billing rate is $600 per hour. In this Application period Mr. Rich billed 16.3 hours,[2] for a total amount billed of $9,780.00 of which 80% is currently sought, in the amount of $7,824.00, plus 100% of the expenses incurred during this period, in the amount of $208.00, for a total currently sought of $8,032.00.

As stated above, this is the Twenty-Third application for monthly fees and expenses. The time for preparation of this Application is approximately 1.0 hours, for which $600.00 will be requested in a future application.

---

[2] Non-Productive travel time, if any, is included in this figure, but at 50% of the actual time.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 12.1 | $7,260.00 |
| Travel | 0 | 0 |
| Fee Application Matters (Monthly & Quarterly, incl. FCR's ) | 4.2 | $2,520.00 |
| TOTAL | 16.3 hours | $9,780.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel<br>Courtcall | $150.00<br>$58.00 |
| TOTAL | $208.00 |

    Detail of the fees and expenses billed is attached hereto as Exhibit A.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

        Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**CERTIFICATE OF SERVICE**

I certify that on the 1st day of July, 2010, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
4244 Renaissance Tower
1401 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (July, 2010)

**Client**

Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|---|---|---|
| 7/1/2010 | Review Certificate of No Objection Regarding Debtors' Motion to Approve the Amended and Restated Astestos Settlement Agreement Between W.R. Grace & Co. and Munich Reinsurance America, Inc. | 0.1 |
| 7/1/2010 | Review Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Authorizing Debtors to Make Legally Required Minimum Contributions to Defined Benefit Pension Plans Covering Debtors' Employees | 0.1 |
| 7/1/2010 | Prepare 22nd Monthly Fee Application, Notice and attention to filing | 1.0 |
| 7/1/2010 | Review Local ZAI Counsel fee application | 0.2 |
| 7/1/2010 | Review Canadian ZAI Counsel (Scarfone) fee application | 0.2 |
| 7/1/2010 | Review Order dimissing without prejudice motion to pay fraudulent conveyance case fee holdbacks | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 7/1/2010 | Review Canadian ZAI Counsel (Lauzon) fee application | 0.1 |
| 7/1/2010 | Review Request for Judicial Notice of Garlock's Chapter 11 filing | 0.1 |
| 7/1/2010 | Review Revised Certification of Counsel re Easthampton Superfund Site | 0.2 |
| 7/1/2010 | Review Certification of Counsel re Walpole Superfund Site | 0.2 |
| 7/2/2010 | Review Order Granting Debtors' Motion for Entry of an Order Authorizing Debtors to Make Legally Required Minimum Contributions to Defined Benefit Pension Plans Covering Debtors' Employees | 0.1 |
| 7/2/2010 | Review Notice of Withdrawal of Certification of Counsel re Easthampton Superfund site | 0.1 |
| 7/2/2010 | Review Order Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure Approving the Amended and Restated asbestos settlement agreement Between W. R. Grace & Co. and Munich Reinsurance America, Inc. | 0.1 |
| 7/2/2010 | Review Order Authorizing Debtors' Entry into (I) Consent Order with the United States Regarding the Zonolite/W.R. Grace Easthampton, MA, Superfund Site, (II) Stipulation Resolving Claim 11301 of Oldon Limited Partnership and (III) Stipulation Resolving Claim 7121 of the City of Easthampton | 0.1 |
| 7/2/2010 | Review Motion to Re-Open Fraudulent Conveyance Adversary Proceedings to Permit the Filing of Remaining Quarterly Fee Applications and Allowance and Payment of Remaining Holdbacks | 0.1 |
| 7/2/2010 | Review Motion to Allow Late Property Damage Proof of Claim by Plum Creek Timberlands | 1.0 |
| 7/6/2010 | Review Order granting Debtors' Motion to disallow employee claims | 0.1 |
| 7/6/2010 | Review Order granting Debtors' Motion to enter Walpole superfund site consent decree | 0.1 |

| | | |
|---|---|---|
| 7/6/2010 | Review Monthly Operating Report for May, 2010 | 0.4 |
| 7/7/2010 | Review July Omnibus hearing agenda | 0.2 |
| 7/8/2010 | Email from Debtors' counsel re July Omnibus | 0.1 |
| 7/8/2010 | Conference call regarding pension plan matters | 0.7 |
| 7/12/2010 | Review Fee Auditors Report re Canadian Substantial Contribution Application | 0.5 |
| 7/13/2010 | Review correspondence re employee benefits omnibus objection | 0.1 |
| 7/13/2010 | Review Certification of Counsel re Canadian ZAI counsel Substantial Contribution Application | 0.2 |
| 7/13/2010 | Review Ordinary Course Professional compensation for 2Q2010 and emails to and from debtors' counsel and R. Finke re same | 0.4 |
| 7/13/2010 | Email from Debtors' counsel re telephonic only July Omnibus | 0.1 |
| 7/13/2010 | Review Amended Agenda for July Omnibus | 0.1 |
| 7/14/2010 | Attend telephonic July Omnibus hearing (including hold time) | 1.5 |
| 7/16/2010 | Prepare 6th Quarterly Fee Application (36th Period), Notice and attention to filing | 2.0 |
| 7/16/2010 | Prepare 6th Quarterly Fee Application of PD FCR (36th Period), Notice and attention to filing | 1.0 |
| 7/19/2010 | Telephone conference with Debtors' counsel re Plumcreek motion and preparation for same | 0.5 |
| 7/20/2010 | Review appeal docketing materials for Bank Lenders' appeal of interest issue | 0.1 |
| 7/20/2010 | Email from Debtors' counsel re Plumcreek Tolling Agreement and Review of draft Tolling Agreement | 0.3 |

| | | |
|---|---|---|
| 7/21/2010 | Email to Debtors' counsel re Plumcreek Tolling Agreement | 0.1 |
| 7/21/2010 | Review Notice of Docketing of Appeal from the Order Disallowing and Expunging Asbestos Property Damage Claim Numbers 011627 and 012476 as Barred by British Columbia's Ultimate Limitations Period | 0.1 |
| 7/21/2010 | Review Order granting substantial contribution application of Canadian ZAI/PD counsel | 0.1 |
| 7/21/2010 | Prepare and file Certificate of No Objection for 22nd Monthly Fee Application | 0.2 |
| 7/22/2010 | Review redline of Plum Creek tolling agreement and emails between counsel re same; Review further revisions of tolling agreement and final agreement | 0.7 |
| 7/22/2010 | Review wire-Report on Grace earnings | 0.1 |
| 7/26/2010 | Review report on 36th Quarter de minimus asset sales | 0.1 |
| 7/26/2010 | Review report on 36th Quarter de minimus settlements | 0.1 |
| 7/26/2010 | Review Debtors' request for approval of Plum Creek Tolling Agreement | 0.2 |
| 7/26/2010 | Review Order granting judicial notice of Garlock bankruptcy case | 0.1 |
| 7/26/2010 | Review Neutrocrete Response to Grace's Claim Objection re defects in Zonolite-based private-label product | 1.5 |
| 7/26/2010 | Review Kirkland & Ellis disinterestedness affidavit | 0.2 |
| 7/27/2010 | Review CNO for Wausau insurance settlement | 0.1 |
| 7/27/2010 | Review CNO for Motion to Re-Open Fraudulent Conveyance Adversary Proceedings to Permit the Filing of Remaining Quarterly Fee Applications and Allowance and Payment of Remaining Holdbacks | 0.1 |
| 7/27/2010 | Review CNO's for Canadian ZAI firms' Third Fee Applications | 0.1 |

7/28/2010    Review Canadian ZAI firms' Fourth Fee Applications    0.3

    Total: 16.3 hours @ $600.00/hour = $9,780.00

<u>Expenses</u>:    Detail on Exhibit 1– $208.00

    **<u>Total Fees and Expenses Due</u>:  $9,988.00**

EXPENSES FOR JUNE 2010                                                                                                    EXHIBIT 1

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|---|---|---|
| 7/14/2010 | Airline Cancellation Fee (omnibus switch to telephone only) | $150.00 |
| 7/27/2010 | Courtcall | $58.00 |
|  | TOTAL EXPENSES | $208.00 |

Case 01-01139-AMC    Doc 25151    Filed 08/02/10    Page 12 of 12