# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline**: August 23, 2010, at 4:00 p.m. |
| | | **Hearing Date:**     TBD only if necessary |

## FEE DETAIL FOR KIRKLAND & ELLIS LLP'S MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM JUNE 1, 2010 THROUGH JUNE 30, 2010

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## Matter 19 - Claims Analysis Objection and Resolution (Non-Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/1/2010 | Deanna D Boll | 1.10 | Confer with L. Esayian re non-asbestos claims objection chart and review same (.7); review correspondence re Sierra Liquidity claim and confer with J. Baer re same (.4). |
| 6/3/2010 | Deborah L Bibbs | 6.50 | Review pleadings and cross-check electronic database, hard copies and indices re non-asbestos claim settlement agreements and orders approving settlements (3.9); revise index and upload additional information to databases re same (2.6). |
| 6/7/2010 | Deborah L Bibbs | 4.70 | Review pleadings and cross-check electronic database, hard copies and indices re non-asbestos claim settlement agreements and related orders (2.1); revise index and upload additional information to databases re same (2.6). |
| 6/8/2010 | Deanna D Boll | 2.50 | Confer with M. Araki re current non-settled non-asbestos claims and review issues re same. |
| 6/8/2010 | Deborah L Bibbs | 5.30 | Review pleadings and cross-check electronic database, hard copies and indices re non-asbestos claim settlement agreements, orders approving settlements and notices of settlements (2.9); revise index and upload additional information to databases re same (2.4). |
| 6/9/2010 | Deanna D Boll | 0.30 | Confer with J. Baer and T. Freedman re SAP America claim issues. |
| 6/16/2010 | Deanna D Boll | 0.30 | Confer with J. Baer re Sierra Liquidity claim and consider issues re same and plan disposition. |
| 6/18/2010 | Deborah L Bibbs | 3.90 | Review pleadings and cross-check electronic database, hard copies and indices re non-asbestos claim settlement agreements, orders approving settlements and notices of settlements (1.8); revise index and upload additional information to databases re same (2.1). |
| 6/22/2010 | Deborah L Bibbs | 4.70 | Review pleadings and cross-check electronic database, hard copies and indices re settlement agreements, orders approving settlements and notices of settlements (2.6); revise index and upload additional information to databases re same (2.1). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/28/2010 | Deborah L Bibbs | 4.10 | Review pleadings and cross-check electronic database, hard copies and indices re non-asbestos claim settlement agreements, orders approving settlements and notices of settlements (2.6); revise index and upload additional information to databases re same (1.7). |
| 6/29/2010 | Lisa G Esayian | 2.00 | Review correspondence from J. Baer re Century Indemnity proof of claim (.3); review Century proof of claim and two pre-petition Century/Grace settlements (1.2); correspond with J. Baer re analysis of Century's claim (.5). |
| 6/30/2010 | Christopher T Greco | 0.20 | Correspond with claims trader re inquiry and follow up with M. Araki re same. |
| | Total: | 35.60 | |

### Matter 20 - Case Administration - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/3/2010 | Emily Rybak | 1.50 | Review and distribute docket update. |
| 6/4/2010 | Emily Rybak | 1.00 | Review and distribute docket update |
| 6/4/2010 | Deborah L Bibbs | 2.00 | Review recent case pleadings and cross-check electronic database, hard copies and indices re same. |
| 6/7/2010 | Emily Rybak | 1.00 | Review and distribute docket update. |
| 6/7/2010 | Deborah L Bibbs | 1.80 | Review recent case pleadings and cross-check electronic database, hard copies and indices re same (1.2); update files re same (.6). |
| 6/8/2010 | Emily Rybak | 0.80 | Review and distribute docket update. |
| 6/8/2010 | Deborah L Bibbs | 1.50 | Review recent case pleadings and cross-check electronic database, hard copies and indices re same (.9); update files re same (.6). |
| 6/9/2010 | Kimberly K Love | 1.00 | Prepare and organize materials for inclusion into case files and update case index. |
| 6/9/2010 | Deborah L Bibbs | 1.50 | Review recent case pleadings and cross-check electronic database, hard copies and indices re same (.6); update files re same (.9). |
| 6/14/2010 | Kimberly K Love | 1.50 | Prepare and organize recently received materials for inclusion into case files. |
| 6/14/2010 | Deborah L Bibbs | 3.80 | Review dockets, pleadings and correspondence to update and revise critical dates list. |
| 6/15/2010 | Emily Rybak | 0.20 | Review and distribute docket update. |
| 6/17/2010 | Deborah L Bibbs | 6.80 | Review docket for status of pending pleadings and case docket for incorporating case proceeding information (1.3); review files and categorize documents and document information into applicable document databases (5.5). |
| 6/18/2010 | Deborah L Bibbs | 2.90 | Review files and categorize documents and document information into applicable document databases. |
| 6/21/2010 | Deborah L Bibbs | 3.90 | Review docket for status of pending pleadings and case docket for incorporating case proceeding information (1.4); review files and categorize documents and document information into applicable document databases (2.5). |
| 6/22/2010 | Deborah L Bibbs | 2.10 | Review files and categorize documents and document information into applicable document databases. |
| 6/28/2010 | Kimberly K Love | 1.00 | Prepare and organize materials for distribution to case files. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/28/2010 | Deborah L Bibbs | 2.70 | Review dockets, pleadings and correspondence to update and revise critical dates list (1.9); update database information and distribute same (.8). |
| 6/29/2010 | Kimberly K Love | 2.00 | Prepare and organize various materials requested by L. Esayian and J. Baer. |
| 6/29/2010 | Deborah L Bibbs | 6.80 | Review recent case pleadings and cross-check electronic database, hard copies and indices re claim settlement agreements, orders approving settlements and notices of settlements (3.6); revise index and upload additional information to databases re same (3.2). |
| 6/30/2010 | Kimberly K Love | 1.50 | Prepare and organize materials for inclusion into case files. |
| 6/30/2010 | Holly Bull | 0.30 | Review status chart and critical dates. |
| 6/30/2010 | Deborah L Bibbs | 6.80 | Review recent case pleadings and cross-check electronic database, hard copies and indices re claim settlement agreements, orders approving settlements and notices of settlements (4.1); revise index and upload additional information to databases re same (2.7). |
| | Total: | 54.40 | |

## Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 6/17/2010 | John Donley | 0.30 | Confer with T. Freedman re PD issues. |
| 6/23/2010 | Lisa G Esayian | 0.70 | Update PD claims settlement status chart. |
| 6/29/2010 | Deanna D Boll | 0.30 | Analyze correspondence related to PI Trust and confer with J. Liesemer and M. Hurford re same. |
| 6/30/2010 | Kimberly K Love | 0.50 | Prepare and organize PD claims materials requested by L. Esayian. |
| 6/30/2010 | Lisa G Esayian | 1.00 | Update chart of PD claims settlements. |
| | Total: | 2.80 | |

## Matter 28 - Litigation and Litigation Consulting - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/1/2010 | Gregory L Skidmore | 0.70 | Review and analyze potential consequences of Third Circuit opinion in Montana appeal. |
| 6/2/2010 | Michael Robinson | 3.00 | Identify and distribute motions to dismiss and motions of summary judgment in specified adversary proceedings. |
| 6/12/2010 | Christopher Landau, P.C. | 3.00 | Begin drafting cert petition re Montana appeal. |
| 6/13/2010 | Christopher Landau, P.C. | 7.00 | Draft cert petition re Montana appeal. |
| 6/14/2010 | Christopher Landau, P.C. | 8.30 | Draft cert petition re Montana appeal. |
| 6/15/2010 | Christopher Landau, P.C. | 9.00 | Draft cert petition re Montana appeal and circulate first draft to team. |
| 6/15/2010 | Deborah L Bibbs | 6.80 | Review files and categorize adversary proceedings and District Court case documents and document information into applicable document databases. |
| 6/16/2010 | Morgan Rohrhofer | 5.00 | Proof and revise appendix to be filed with Montana cert petition (4.6); confer with C. Landau, T. Bey and A. Siebert re same (.4). |
| 6/16/2010 | Tiana A Bey | 8.30 | Proof and revise appendix to be filed with petition for writ of certiorari (7.5); confer with M. Rohrhofer, A. Siebert and C. Landau re same (.5); draft correspondence to L. Russell and C. Landau re same (.3). |
| 6/16/2010 | Antonia C Siebert | 3.00 | Confer with C. Landau, T. Bey and M. Rohrhofer re writ of certiorari (.5); revise appendix to be filed with petition for writ (2.5). |
| 6/16/2010 | John Donley | 0.20 | Confer with T. Freedman re Montana 105 cert petition. |
| 6/16/2010 | Theodore L Freedman | 1.50 | Review draft cert petition re Montana appeal and confer with J. Donley re same. |
| 6/16/2010 | Christopher Landau, P.C. | 6.30 | Draft Montana cert petition and recirculate revised draft to team (5.9); confer with A. Siebert, T. Bey and M. Rohrhofer re same (.4). |
| 6/16/2010 | Deborah L Bibbs | 6.80 | Review files and categorize adversary proceedings and District Court case documents and document information into applicable document databases. |
| 6/17/2010 | Tiana A Bey | 6.80 | Cite-check case law and fact citations for petition for writ of certiorari. |
| 6/17/2010 | Antonia C Siebert | 1.50 | Proof cert petition, especially table of authorities. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/17/2010 | John Donley | 1.00 | Review and provide comments on Montana cert petition, including correspondence with T. Freedman re same. |
| 6/17/2010 | Christopher Landau, P.C. | 7.50 | Revise and finalize Montana cert petition. |
| 6/18/2010 | Theodore L Freedman | 0.60 | Review correspondence re Montana petition and follow up on same. |
| 6/18/2010 | Christopher Landau, P.C. | 1.00 | Oversee filing and service of Montana cert petition. |
| | Total: | 84.30 | |

**Matter 30 - Hearings - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/2/2010 | John Donley | 0.10 | Confer with T. Freedman re hearing. |
| 6/2/2010 | Theodore L Freedman | 1.50 | Prepare for and participate in conference with K&E team members re strategic issues for Monday, June 7 hearing. |
| 6/3/2010 | Kimberly K Love | 3.00 | Prepare and organize various materials requested by L. Esayian and J. Donley re Maryland Casualty for use at upcoming hearing. |
| 6/4/2010 | Kimberly K Love | 2.50 | Prepare and organize materials requested by J. Donley re Maryland Casualty claims for use at upcoming hearing. |
| 6/4/2010 | John Donley | 1.60 | Review materials and arguments for hearing. |
| 6/6/2010 | John Donley | 5.00 | Revise Maryland Casualty outline for hearing and prepare for oral argument. |
| 6/7/2010 | Deanna D Boll | 0.80 | Review issues re confirmation status and participate in omnibus hearing for developments related to same. |
| 6/7/2010 | John Donley | 1.50 | Prepare for and attend hearing before Judge Fitzgerald. |
| 6/7/2010 | Lisa G Esayian | 0.50 | Participate telephonically in hearing re objection to Maryland Casualty's claims. |
| 6/7/2010 | Theodore L Freedman | 2.00 | Participate in omnibus hearing. |
| 6/11/2010 | Theodore L Freedman | 0.80 | Attend to various matters in connection with motions for July omnibus hearing. |
| 6/14/2010 | Theodore L Freedman | 1.00 | Attend to various matters in connection with motions for July omnibus hearing. |
| 6/15/2010 | Theodore L Freedman | 1.20 | Attend to various matters in connection with motions for July omnibus hearing. |
| 6/17/2010 | Theodore L Freedman | 0.90 | Attend to various matters in connection with motions for July omnibus hearing. |
| 6/18/2010 | Theodore L Freedman | 0.50 | Attend to various matters in connection with motions for July omnibus hearing. |
| 6/29/2010 | Lisa G Esayian | 0.30 | Revise draft agenda for July 14 omnibus hearing. |
|  | Total: | 23.20 |  |

## Matter 32 - Fee Applications, Applicant - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/1/2010 | Deanna D Boll | 1.40 | Finalize K&E April fee application (1.2); confer with B. Fetscher re adjustments to billing system (.2). |
| 6/1/2010 | Maureen McCarthy | 2.70 | Draft March fee application. |
| 6/2/2010 | Deanna D Boll | 0.30 | Confer with M. McCarthy re April fee application and review issues re same (.2); confer with J. O'Neill re fee objection chart (.1). |
| 6/2/2010 | Maureen McCarthy | 0.80 | Review and finalize March fee application for fifing and service and confer with D. Boll re same (.7); coordinate with local counsel re filing and service of same (.1). |
| 6/4/2010 | Deanna D Boll | 0.20 | Confer with B. Fetscher et al. re billing modifications. |
| 6/7/2010 | Deanna D Boll | 0.10 | Confer with H. Bull re billing modifications. |
| 6/7/2010 | Holly Bull | 2.70 | Review and edit first-round May invoices (2.6); confer with D. Boll re billing issues (.1). |
| 6/8/2010 | Holly Bull | 3.10 | Review and edit first-round May invoices. |
| 6/9/2010 | Holly Bull | 3.20 | Review and edit first-round May invoices and confer with several billers and T. Wallace re billing issues on same. |
| 6/11/2010 | Holly Bull | 2.60 | Review and edit newly-revised time and confer with applicable billers re same. |
| 6/15/2010 | Holly Bull | 4.00 | Review and edit second-round June invoices and review and edit revised and new entries from certain billers re same. |
| 6/15/2010 | Maureen McCarthy | 4.60 | Prepare totals re attorneys, paraprofessionals, matter categories and expenses re thirty-sixth quarterly fee application (2.2); begin draft re same (2.4). |
| 6/16/2010 | Deanna D Boll | 0.60 | Review and revise 36th interim fee application. |
| 6/16/2010 | Holly Bull | 2.90 | Review and edit second-round invoices and follow up on certain entries re same. |
| 6/16/2010 | Maureen McCarthy | 3.20 | Review and cross-check totals re thirty-sixth quarterly fee application (1.3); update and revise same (1.9). |
| 6/18/2010 | Holly Bull | 3.10 | Complete review and editing of second-round invoices, review questioned time and expenses re same and correspond internally re fee application. |
| 6/21/2010 | Maureen McCarthy | 0.10 | Correspond with D. Boll re thirty-sixth quarterly fee application. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/22/2010 | Deanna D Boll | 0.60 | Address expense issues re Huron Consulting and correspondence from B. Harding re same, and issues re C2 legal invoices (.5); confer with M. McCarthy re fee application (.1). |
| 6/23/2010 | Maureen McCarthy | 0.90 | Review and finalize thirty-sixth quarterly fee application for filing and service. |
| 6/25/2010 | Holly Bull | 3.00 | Update fee chart and related binder. |
| 6/25/2010 | Maureen McCarthy | 0.40 | Prepare thirty-sixth quarterly fee application, January, February and March 2010 fee applications and exhibits and amendment re March fee application in searchable format for distribution to M. White. |
| 6/28/2010 | Holly Bull | 1.60 | Confer internally re fee auditor issues, fee app schedule, billing issues and revised procedures and update memo re same. |
| 6/29/2010 | Deanna D Boll | 0.80 | Edit and revise May fee application. |
| 6/29/2010 | Holly Bull | 4.00 | Review and update fee matters chart and related materials. |
|  | Total: | 46.90 |  |

**Matter 37 - Plan and Disclosure Statement - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/1/2010 | Deanna D Boll | 0.90 | Confer with L. Esayian, T. Freedman and J. Baer re insurer objections and withdrawals (.3); consider issues re settlement agreements providing for same (.2); analyze issues re Millner confirmation order and plan related modifications (.4). |
| 6/1/2010 | Ashley S Gregory | 1.50 | Confer with E. Filon and K&E team members re exit financing term sheet. |
| 6/1/2010 | Ye (Cecilia) Hong | 2.00 | Attend conference re term sheet (1.5); revise term sheet (.5). |
| 6/1/2010 | Lisa G Esayian | 4.00 | Correspond with J. O'Neill and J. Baer re Grace's June 2 filing re Libby and ACC/FCR standing re Maryland Casualty issues (.4); correspond with FCR's counsel and General Insurance's counsel re revisions to Section H of draft confirmation order (.4); correspond with P. Mahaley and with J. Posner and F. Zaremby re policy erosion issues re certain coverage-in-place insurers (.4); draft withdrawals of plan objections and consents to insurance assignment for certain setting insurers (1.8); revise discovery requests to Maryland Casualty (.7); confer with T. Freedman, D. Boll and J. Baer re insurer objection issues (.3). |
| 6/1/2010 | Theodore L Freedman | 3.50 | Confer with L. Esayian, D. Boll and J. Baer re insurer objection issues (.3); review issues related to insurer objections (1.9); review Maryland Casualty pleadings (1.3). |
| 6/2/2010 | Deanna D Boll | 0.30 | Confer with J. Baer and T. Freedman re Canadian fee application and review issues re same. |
| 6/2/2010 | John Donley | 0.90 | Prepare for and attend conference with ACC/FCR re Maryland Casualty. |
| 6/2/2010 | Lisa G Esayian | 1.00 | Review Libby claimants' proposal re Maryland Casualty standing issues (.3); draft and revise discovery requests to Maryland Casualty (.7). |
| 6/2/2010 | Theodore L Freedman | 4.00 | Conduct various conferences with ACC/FCR (2.8); follow up on matters related to same, including follow up conferences with client and members of working group (1.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/2/2010 | Deborah L Bibbs | 4.40 | Review pleadings and cross-check electronic database, hard copies and indices re claim settlement agreements and orders approving settlements (2.1); revise index and upload additional information to databases re same (2.3). |
| 6/3/2010 | Deanna D Boll | 0.30 | Confer with J. Baer re Canadian fee application and review issues re D. Hogan correspondence. |
| 6/3/2010 | John Donley | 1.30 | Review June 2 filings and authorities therein (.4); review parol evidence research and cases (.6); review fact record re parol evidence (.3). |
| 6/3/2010 | Lisa G Esayian | 3.80 | Review 6/2 filings by Maryland Casualty and Libby claimants (.7); draft scheduling order for Maryland Casualty claims discovery (.5); confer with F. Zaremby, P. Mahaley and American Re's insurance counsel re American Re settlement issues (1.2); correspond with various insurers re withdrawals of plan objections (.3); draft plan objection withdrawals for Chartis and Travelers (.8); correspond with counsel re same (.3). |
| 6/4/2010 | Nate Kritzer | 0.40 | Review correspondence from J. Donley, L. Esayian and D. Smith re parol evidence rule. |
| 6/4/2010 | Deanna D Boll | 1.50 | Confer with J. Baer re D. Hogan application (.2); confer with J. Baer and T. Freedman re same (.2); review and revise Canadian fee application (1.1). |
| 6/4/2010 | John Donley | 4.90 | Prepare Maryland Casualty discovery and case management order (.3); confer with T. Freedman re same and plan confirmation strategy (.3); continue analysis re parol evidence issues and correspond with J. Hughes re same (1.0); confer with client re strategy and prepare for same (.7); review Maryland Casualty discovery drafts (.4); review ripeness and standing research and cases (2.0); review new 2nd Circuit estoppel case (.2). |
| 6/4/2010 | Lisa G Esayian | 5.00 | Work on issues re Am Re settlement (1.0); review final version of Am Re settlement and approval motion (1.0); correspond with R. Finke re Am Re settlement (.3); analyze case re ripeness issues re Maryland Casualty's claims (2.4); confer with J. Donley re same (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/4/2010 | Theodore L Freedman | 4.50 | Review Grossman's decision (.8); confer with ACC/FCR (2.4); confer with client re strategic issues (.8); confer with D. Boll and J. Baer re D. Hogan application (.2); confer with J. Donley re Maryland Casualty (.3). |
| 6/4/2010 | Deborah L Bibbs | 4.50 | Review pleadings and cross-check electronic database and indices re settlement agreements and related orders (2.3); revise index and databases re same (2.2). |
| 6/5/2010 | John Donley | 3.20 | Review cases and briefs and outline for estoppel argument re Maryland Casualty matter, focusing on burden of proof arguments. |
| 6/6/2010 | John Donley | 1.00 | Continue review of cases and authorities re Maryland Casualty matter (.7); review agreed order re Libby standing (.3). |
| 6/7/2010 | Nate Kritzer | 2.10 | Research parol evidence rule issues. |
| 6/7/2010 | Ye (Cecilia) Hong | 2.00 | Revise exit financing term sheet (1.6); prepare correspondence re same (.4). |
| 6/7/2010 | John Donley | 2.60 | Review/outline Maryland Casualty estoppel, claim, ripeness and burden of proof issues (1.4); draft outline for reply to anticipated Maryland Casualty arguments (1.2). |
| 6/7/2010 | Lisa G Esayian | 0.50 | Correspond with F. Zaremby, J. Posner and P. Mahaley re issues re Am Re settlement. |
| 6/7/2010 | Theodore L Freedman | 1.50 | Confer with Canadian counsel and conduct follow up internal conferences re same. |
| 6/8/2010 | Nate Kritzer | 0.80 | Research parol evidence rule. |
| 6/8/2010 | Ye (Cecilia) Hong | 2.80 | Continue to update and revise exit financing term sheet (1.6); identify and review market precedents (1.2). |
| 6/8/2010 | Lisa G Esayian | 1.00 | Work on settlements with several insurers. |
| 6/8/2010 | Theodore L Freedman | 3.00 | Participate in reorganization conference (1.4); confer numerous times re Canadian matter (.8); review Grossman's decision (.8). |
| 6/9/2010 | Nate Kritzer | 1.10 | Research parol evidence rule (.3); prepare correspondence to J. Donley re same (.8). |
| 6/9/2010 | Deanna D Boll | 0.50 | Confer with R. Higgins re effective date checklist and review documents related to same. |
| 6/9/2010 | Ashley S Gregory | 1.50 | Confer with E. Filon and K&E team members re indicative term sheet. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/9/2010 | Ye (Cecilia) Hong | 3.70 | Attend conferences re exit financing (1.9); review and update exit term sheet (1.2); prepare correspondence re same (.6). |
| 6/9/2010 | Lisa G Esayian | 1.00 | Review proposed settlement agreement with Wausau (.7); correspond with FCR's counsel re same (.3). |
| 6/9/2010 | Theodore L Freedman | 3.50 | Review correspondence from J. Baer re Canadian matters (.4); review Canadian pleadings (1.7); confer with J. Baer re Otis settlement and Olon settlement (.8); confer with D. Hogan re same and other issues (.6). |
| 6/9/2010 | Deborah L Bibbs | 5.30 | Review pleadings and cross-check electronic database, hard copies and indices re settlement agreements, orders approving settlements and notices of settlements (3.1); revise index and upload additional information to databases re same (2.2). |
| 6/10/2010 | Deanna D Boll | 1.50 | Confer with J. Baer, T Freedman and client re Canadian fee application issues and review same. |
| 6/10/2010 | Lisa G Esayian | 0.80 | Correspond with P. Mahaley re revisions to several proposed insurance settlements (.4); correspond with Seaton/One Beacon's counsel re certain insurance settlements (.4). |
| 6/10/2010 | Theodore L Freedman | 3.50 | Prepare for and participate in conference with client, J. Baer and D. Boll re Canadian issues (2.6); follow up on open matters re same (.9). |
| 6/10/2010 | Deborah L Bibbs | 3.70 | Review pleadings and cross-check electronic database, hard copies and indices re settlement agreements, orders approving settlements and notices of settlements (2.5); revise index and upload additional information to databases re same (1.2). |
| 6/11/2010 | Kimberly K Love | 1.50 | Prepare and organize insurance materials received from L. Esayian for inclusion in applicable case databases. |
| 6/11/2010 | Ashley S Gregory | 1.50 | Confer with H. LaForce re proposed credit facility terms. |
| 6/11/2010 | Ye (Cecilia) Hong | 1.20 | Attend conference with client and Blackstone re exit financing (.9); prepare for same (.3). |
| 6/11/2010 | Lisa G Esayian | 1.00 | Revise approval motions for certain insurance settlements (.5); confer with Seaton/One Beacon's counsel re certain insurance settlements (.5). |
| 6/11/2010 | Theodore L Freedman | 1.20 | Follow up re issues relating to confirmation order (.7); review pleadings re Garlock and Bondex cases (.5). |

A-15

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/14/2010 | Kimberly K Love | 1.00 | Prepare and organize materials re Maryland Casualty. |
| 6/14/2010 | Deanna D Boll | 2.70 | Edit and revise Canadian fee application (2.1); confer with T. Freedman and J. Baer re same (.6). |
| 6/14/2010 | Lisa G Esayian | 0.50 | Correspond with R. Finke re several proposed insurance settlements (.4); correspond with Chartis' counsel re withdrawal of objections (.1). |
| 6/14/2010 | Theodore L Freedman | 1.00 | Review pleadings re Garlock and Bondex cases (.4); confer with J. Baer and D. Boll re Canadian matter (.6). |
| 6/15/2010 | Theodore L Freedman | 0.80 | Follow up re issues relating to confirmation order (.5); review pleadings re Garlock and Bondex cases (.3). |
| 6/16/2010 | Lisa G Esayian | 0.50 | Work on insurance settlements to be filed. |
| 6/16/2010 | Theodore L Freedman | 2.00 | Follow up re issues relating to confirmation order (1.4); review pleadings re Garlock and Bondex cases (.6). |
| 6/17/2010 | Kristina Alexander | 0.50 | Summarize AMH's pending objections. |
| 6/17/2010 | Ye (Cecilia) Hong | 4.70 | Draft, revise and distribute financial definitions (2.1); review market precedents (2.0); prepare correspondence re same (.6). |
| 6/17/2010 | Lisa G Esayian | 1.00 | Prepare updates to plan's insurance documents (.4); review Wausau's proposed revisions to settlement agreement (.4); correspond with P. Mahaley re same (.2). |
| 6/17/2010 | Theodore L Freedman | 1.10 | Follow up re issues relating to confirmation order (.7); review pleadings re Garlock and Bondex cases (.4). |
| 6/18/2010 | Kimberly K Love | 2.00 | Prepare and organize plan-related materials for distribution to applicable databases. |
| 6/18/2010 | Deanna D Boll | 0.30 | Confer with T. Freedman et al. re Garlock chapter 11 filing and implications of same on Grace chapter 11 case. |
| 6/18/2010 | Ashley S Gregory | 1.00 | Confer with E. Filon and Blackstone re proposed accounting definitions. |
| 6/18/2010 | Ye (Cecilia) Hong | 0.80 | Attend conference re exit financing (.6); prepare correspondence re same (.2). |
| 6/18/2010 | Lisa G Esayian | 1.50 | Confer with R. Finke re certain recent insurance settlements (.3); compile information re same for R. Finke (.4); review Hartford's revisions to proposed settlement (.5); correspond with P. Mahaley re same (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/18/2010 | Theodore L Freedman | 0.90 | Review pleadings re Garlock and Bondex cases (.6); confer with team re same (.3). |
| 6/21/2010 | Ye (Cecilia) Hong | 1.50 | Review market precedent (.6); revise financial definitions (.5); add annotations in respect of financial definitions (.4). |
| 6/21/2010 | Lisa G Esayian | 2.00 | Correspond with R. Finke re various proposed insurance settlements (.4); correspond with J. Ruggieri re Hartford settlement and approval order (.4); work on CNA issues (1.2). |
| 6/21/2010 | Theodore L Freedman | 2.10 | Conduct several conferences re pension and Garlock case issues. |
| 6/21/2010 | Deborah L Bibbs | 2.90 | Review pleadings and cross-check electronic database, hard copies and indices re settlement agreements, orders approving settlements and notices of settlements (1.8); revise index and upload additional information to databases re same (1.1). |
| 6/22/2010 | Lisa G Esayian | 1.80 | Correspond with ACC insurance counsel re information requested by certain insurers in settlement discussions (.4); review Wausau settlement approval motion and proposed order (.5); review and provide comments re final version of Wausau settlement (.6); correspond with R. Finke re same (.3). |
| 6/22/2010 | Theodore L Freedman | 1.50 | Attend to issue relating to notice of Garlock precedent. |
| 6/23/2010 | Lisa G Esayian | 1.00 | Correspond with R. Wyron re CNA issues (.3); review further proposed revisions to Hartford settlement (.7). |
| 6/23/2010 | Theodore L Freedman | 2.00 | Attend to various issues re settlements and resolution of Canadian claims (1.3); review Garlock file (.7). |
| 6/24/2010 | Theodore L Freedman | 2.00 | Confer with FCR counsel and follow up on issues re same (1.4); confer with team re financing (.6). |
| 6/26/2010 | Lisa G Esayian | 1.00 | Correspond with J. O'Neill re filing of Grace/Wausau settlement (.2); work on issues re Hartford settlement (.8). |
| 6/28/2010 | Thomas W Christopher | 2.00 | Review certain portions of proposed order re approval of charter and bylaws. |
| 6/28/2010 | Lisa G Esayian | 1.50 | Correspond with K. Makowski and P. Mahaley re CNOs for certain insurance settlements (.3); correspond with TIG Insurance Company's counsel re settlement issues (.2); work on Hartford settlement issues (1.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/28/2010 | Theodore L Freedman | 1.00 | Review issues re Canadian claims and Garlock case. |
| 6/29/2010 | Ashley S Gregory | 2.50 | Review and revise accounting definition rider. |
| 6/29/2010 | Lisa G Esayian | 2.20 | Revise approval motion for TIG Insurance settlement (.4); review final version of TIG Insurance settlement (.8); correspond with R. Finke re same (.3); review Atlantic Mutual's proposed revisions to confidentiality agreement (.4); correspond with R. Finke re same (.3). |
| 6/29/2010 | Theodore L Freedman | 1.00 | Confer with team re confirmation issues. |
| 6/30/2010 | Christian O Nagler | 1.50 | Attend conference re description of notes. |
| 6/30/2010 | Ye (Cecilia) Hong | 0.80 | Confer with K&E team re exit financing (.4); revise financial definitions (.4). |
| 6/30/2010 | Lisa G Esayian | 1.30 | Work on several potential insurance settlements. |
| | Total: | 155.60 | |

**Matter 42 - Travel Non-Working - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/7/2010 | John Donley | 1.30 | Return travel to Chicago, IL from Wilmington, DE after omnibus hearing (billed at half time). |
| 6/7/2010 | Theodore L Freedman | 2.00 | Travel from New York, NY to Wilmington, DE for hearing and return (billed at half time). |
| | Total: | 3.30 | |

## Matter 54 - Employment Applications, Applicant - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/1/2010 | Deanna D Boll | 0.80 | Confer with E. Kratofil re supplemental affidavit of disinterestedness and review issues re same. |
| 6/2/2010 | Ellen J Kratofil | 0.30 | Correspond with D. Boll re conflicts search and supplemental declaration. |
| 6/2/2010 | Deanna D Boll | 1.20 | Confer with E. Kratofil re supplemental affidavit of disinterestedness and review issues re same. |
| 6/4/2010 | Ellen J Kratofil | 0.70 | Review conflicts master list (.5); confer with D. Boll re update searching and upcoming supplemental declaration (.2). |
| 6/4/2010 | Deanna D Boll | 0.80 | Confer with E. Kratofil re affidavit of disinterestedness and review issues re same. |
| 6/7/2010 | Ellen J Kratofil | 1.50 | Review conflicts master list and develop revised list for conflicts searching re supplemental declaration (1.0); confer with team re same (.2); confer with D. Boll re same (.3) |
| 6/7/2010 | Deanna D Boll | 1.40 | Confer with E. Kratofil re affidavit of disinterestedness and review issues re same. |
| 6/8/2010 | Ellen J Kratofil | 0.20 | Review revised debtholders list for conflicts. |
| 6/8/2010 | Deanna D Boll | 0.80 | Review current pre-petition debtholder list from Blackstone and consider issues re same. |
| 6/9/2010 | Ellen J Kratofil | 0.60 | Review revised debtholders list for conflicts and determine conflicts searching parameters (.3); review conflicts for supplemental declaration (.3). |
| 6/9/2010 | Stephanie D Frye | 7.30 | Conduct organization and preparation for disclosure analysis update of officers, directors and creditors (4.1); conduct organization and preparation for disclosure analysis of creditors submitted as debtholders (1.2); conduct research re creditors submitted as debtholders (.9); conduct analysis for disclosure of creditors submitted as debtholders (1.1). |
| 6/9/2010 | Linda A Scussel | 3.70 | Conduct analysis update for supplemental disclosure of creditors / parties submitted as bank creditors, customers and officers and directors. |
| 6/9/2010 | Anne Rogers | 5.00 | Conduct update conflicts search and analysis of submitted creditor parties in preparation for supplemental disclosure filing. |
| 6/10/2010 | Ellen J Kratofil | 1.20 | Review conflicts for supplemental declaration (.5); revise client tracking charts re same (.7). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/10/2010 | Linda A Scussel | 6.70 | Conduct analysis update for supplemental disclosure of creditors submitted as customers, insurers, lessors and Rule 2002 parties. |
| 6/10/2010 | Anne Rogers | 5.50 | Conduct update conflicts search and analysis of submitted creditor parties in preparation for supplemental disclosure filing. |
| 6/11/2010 | Ellen J Kratofil | 0.90 | Review conflicts for supplemental declaration (.6); revise client tracking charts re same (.3). |
| 6/11/2010 | Linda A Scussel | 3.30 | Conduct analysis update for supplemental disclosure of creditors submitted as Rule 2002 parties. |
| 6/11/2010 | Anne Rogers | 4.50 | Conduct update conflicts search and analysis of creditor parties in preparation for supplemental disclosure filing. |
| 6/14/2010 | Ellen J Kratofil | 0.70 | Review conflicts for supplemental declaration (.4); revise client tracking charts re same (.3). |
| 6/14/2010 | Stephanie D Frye | 6.30 | Conduct research re current officers, directors and five percent equity holders (2.0); conduct organization and preparation for disclosure analysis re current officers, directors and five percent equity holders (1.9); conduct analysis for disclosure re current officers and directors (1.6); conduct analysis update for supplemental disclosure of creditors submitted as vendors (.8). |
| 6/14/2010 | Linda A Scussel | 4.00 | Conduct analysis update for supplemental disclosure of creditors submitted as Rule 2002 parties, top 30 unsecured creditors and unions (2.7); conduct organization and review of supplemental disclosures relating to creditors submitted as bank creditors, customers and debtholders (1.3). |
| 6/14/2010 | Anne Rogers | 3.00 | Conduct update conflicts search and analysis of submitted creditor parties in preparation for supplemental disclosure filing. |
| 6/15/2010 | Ellen J Kratofil | 0.60 | Review conflicts for supplemental declaration (.3); revise client tracking charts re same (.3). |
| 6/15/2010 | Stephanie D Frye | 4.80 | Conduct analysis for disclosure re current five percent equity holders and significant equity holders (1.7); conduct organization and review of updated disclosures re officers, directors and creditors submitted as bank creditors, customers, insurers, lessors, letters of credit, ordinary course professionals, parties with interest, Rule 2002 parties, shareholders and debtholders and significant equity holders (3.1). |

A-21

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/15/2010 | Anne Rogers | 4.00 | Conduct update conflicts search and analysis of submitted creditor parties in preparation for supplemental disclosure filing. |
| 6/17/2010 | Ellen J Kratofil | 0.70 | Review conflicts for supplemental declaration (.4); revise client tracking charts re same (.3). |
| 6/18/2010 | Deanna D Boll | 2.50 | Analyze issues re supplemental affidavit of disinterestedness. |
| 6/21/2010 | Deanna D Boll | 0.20 | Confer with J. O'Neill and R. Finke re retained professionals list. |
| 6/22/2010 | Deanna D Boll | 1.00 | Edit and revise retained professional list and confer with R. Finke, J. Baer and J. O'Neill re same. |
| | Total: | 74.20 | |

**Matter 59 - Lyondell Reclamation Claims- Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/2/2010 | Christopher T Greco | 0.30 | Correspond with R. Finke and S. Ahern re Lyondell plan distribution for general unsecured claims. |
| 6/3/2010 | Christopher T Greco | 0.20 | Correspond with CWT re administrative claim payments (.1); correspond with S. Ahern re GUC payments (.1). |
| 6/11/2010 | Christopher T Greco | 0.20 | Follow up with CWT re status of administrative claim payment. |
| 6/22/2010 | Christopher T Greco | 0.20 | Correspond with CWT re administrative claim payment. |
| 6/28/2010 | Christopher T Greco | 0.20 | Correspond with S. Ahern re payment of Lyondell claims. |
| | Total: | 1.10 | |

**Matter 60 - Delphi Preference Defense - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/2/2010 | Christopher T Greco | 0.80 | Confer with T. Freedman, M. Dexter and K. Alexander re Delphi preference defense strategy and summary judgment motion and prepare for same. |
| 6/2/2010 | Kristina Alexander | 1.00 | Prepare for and attend office conference with T. Freedman, C. Greco and M. Dexter re Delphi strategy. |
| 6/2/2010 | Matthew F Dexter | 0.90 | Confer with C. Greco, K. Alexander and T. Freedman re Delphi preference action (.6); review research and procedural history re same (.3). |
| 6/2/2010 | Theodore L Freedman | 1.00 | Confer with C. Greco, M. Dexter and K. Alexander re Delphi preference action defense. |
| 6/3/2010 | David Abramowicz | 1.30 | Confer with M. Dexter and K. Alexander re Delphi matter. |
| 6/3/2010 | Kristina Alexander | 2.10 | Confer with D. Abramowicz and M. Dexter re Delphi summary judgment motion (1.3); review documents pulled from Delphi docket re same and prepare correspondence to M. Dexter re motions to dismiss (.8). |
| 6/4/2010 | Christopher T Greco | 0.60 | Confer with M. Dexter and K. Alexander re Delphi preference defense strategy and motion to dismiss (.3); follow up re same (.3). |
| 6/4/2010 | David Abramowicz | 1.90 | Review other Delphi defendants' briefs (.8); confer with K. Alexander re same (.6); confer with K. Alexander and M. Dexter re same (.5). |
| 6/4/2010 | Kristina Alexander | 1.00 | Review Delphi motions to dismiss and confer and correspond with team re same (.6); confer with M. Dexter, C. Greco and D. Abramowicz re strategy (.4). |
| 6/4/2010 | Matthew F Dexter | 1.80 | Review motions to dismiss filed by other preference action defendants (1.4); confer with C. Greco, K. Alexander and D. Abramowicz re Delphi strategy (.4). |
| 6/7/2010 | Christopher T Greco | 0.20 | Correspond with team members re Delphi preference defense strategy. |
| 6/7/2010 | David Abramowicz | 0.20 | Review other defendants' motions to dismiss (.1); confer with K. Alexander re same (.1). |
| 6/7/2010 | Kristina Alexander | 0.10 | Confer with D. Abramowicz re Delphi motion to dismiss. |
| 6/9/2010 | David Abramowicz | 0.40 | Outline Delphi motion to dismiss. |
| 6/9/2010 | Kristina Alexander | 0.20 | Confer with team re Delphi motion to dismiss. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/10/2010 | Kristina Alexander | 0.20 | Confer with D. Abramowicz re Delphi motion and follow up with team re same. |
| 6/11/2010 | David Abramowicz | 1.10 | Draft Delphi motion to dismiss. |
| 6/13/2010 | David Abramowicz | 6.90 | Draft Delphi motion to dismiss. |
| 6/14/2010 | David Abramowicz | 0.80 | Draft Delphi motion to dismiss (.5); confer with M. Dexter re same (.3). |
| 6/14/2010 | Matthew F Dexter | 1.30 | Review motions to dismiss from Delphi bankruptcy (.6); confer with D. Abramowicz re same (.3); review cases on service of process (.4). |
| 6/15/2010 | David Abramowicz | 0.70 | Confer with K. Alexander and M. Dexter re Delphi motion to dismiss. |
| 6/15/2010 | Kristina Alexander | 0.40 | Confer with D. Abramowicz and M. Dexter re Delphi motion to dismiss. |
| 6/15/2010 | Matthew F Dexter | 0.50 | Confer with D. Abramowicz and K. Alexander re Delphi motion to dismiss and review materials re same. |
| 6/16/2010 | David Abramowicz | 7.00 | Revise Delphi motion to dismiss. |
| 6/16/2010 | Kristina Alexander | 0.60 | Edit Delphi motion to dismiss. |
| 6/17/2010 | Christopher T Greco | 0.40 | Correspond re Delphi motion to dismiss and follow up re same. |
| 6/17/2010 | David Abramowicz | 3.80 | Draft Delphi motion to dismiss (3.6); confer with K. Alexander re same (.2). |
| 6/17/2010 | Kristina Alexander | 0.90 | Correspond with working group re Delphi motion to dismiss (.2); confer with D. Abramowicz re same (.2); confer with C. Greco and M. Dexter re same (.5). |
| 6/17/2010 | Morgan Rohrhofer | 7.00 | Fact-check Delphi motion to dismiss. |
| 6/17/2010 | Matthew F Dexter | 1.50 | Review and revise draft of Delphi motion to dismiss. |
| 6/18/2010 | Christopher T Greco | 1.10 | Confer with J. Hughes re Delphi motion to dismiss and update (.3); confer with M. Dexter and working group re draft and review same (.8). |
| 6/18/2010 | David Abramowicz | 3.80 | Draft Delphi motion to dismiss and confer with M. Dexter re same. |
| 6/18/2010 | Kristina Alexander | 1.10 | Confer and correspond with working group re Delphi motion, review case management order and correspond with B. Friedman re same (.8); correspond and confer with D. Abramowicz re Delphi motion to dismiss (.3). |
| 6/18/2010 | Matthew F Dexter | 1.50 | Review and revise Delphi motion to dismiss (1.3); confer with D. Abramowicz re same (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/19/2010 | David Abramowicz | 0.70 | Review Delphi motion to dismiss (.5); arrange to have tables inserted for filing (.2). |
| 6/21/2010 | Christopher T Greco | 0.80 | Correspond re filing of Delphi preference defense answer and issues re same (.6); confer with T. Freedman re same (.2). |
| 6/21/2010 | David Abramowicz | 2.50 | Revise Delphi motion to dismiss (1.4); confer with K. Alexander, M. Dexter and C. Greco re same (1.1). |
| 6/21/2010 | Kristina Alexander | 1.50 | Draft notice and coordinate filing of motion to dismiss (.4); confer and correspond with team re same (.8); confer with T. Freedman re same and review motion (.3). |
| 6/21/2010 | Beth Friedman | 0.70 | Confer with team re logistics for filing Delphi motion to dismiss and forward precedent re same. |
| 6/21/2010 | Robert Orren | 2.50 | Review Delphi adversary proceedings re motion to dismiss and corresponding hearing dates (2.0); correspond with B. Friedman re same (.5). |
| 6/21/2010 | Theodore L Freedman | 0.90 | Review pleadings re Delphi preference action. |
| 6/22/2010 | David Abramowicz | 0.10 | Confer with team re Delphi motion to dismiss revisions. |
| 6/22/2010 | Kristina Alexander | 0.10 | Confer with team re Delphi motion to dismiss. |
| 6/22/2010 | Matthew F Dexter | 0.40 | Confer with team re arguments and procedure re Delphi motion to dismiss. |
| 6/22/2010 | Beth Friedman | 0.80 | Confer with team re preparation for filing Delphi motion to dismiss and review same. |
| 6/22/2010 | Robert Orren | 2.50 | Review Delphi adversary proceedings re motion to dismiss (2.0); correspond with B. Friedman re same (.5). |
| 6/23/2010 | Christopher T Greco | 0.50 | Correspond re revised Delphi motion to dismiss and filing status and preparation. |
| 6/24/2010 | Christopher T Greco | 0.80 | Correspond re Delphi motion to dismiss filing and attention to logistics re same. |
| 6/24/2010 | David Abramowicz | 1.40 | Revise Delphi motion to dismiss. |
| 6/24/2010 | Kristina Alexander | 0.30 | Correspond with D. Abramowicz and team re Delphi motion to dismiss and filing. |
| 6/24/2010 | Matthew F Dexter | 0.50 | Review draft Delphi motion to dismiss. |
| 6/24/2010 | Jacob Goldfinger | 1.80 | Review draft of notice and motion to dismiss adversary complaint re Delphi matter. |
| 6/24/2010 | Beth Friedman | 1.60 | Confer with team re logistics and review of draft Delphi motion to dismiss. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/25/2010 | Christopher T Greco | 0.50 | Correspond re filing of Delphi motion to dismiss and attention to same. |
| 6/25/2010 | David Abramowicz | 1.00 | Revise Delphi motion to dismiss (.8); arrange to have motion filed (.2). |
| 6/25/2010 | Kristina Alexander | 0.20 | Correspond with team re filing of Delphi motion to dismiss. |
| 6/25/2010 | Jacob Goldfinger | 3.80 | Review and revise notice and motion to dismiss Delphi adversary proceeding and prepare same for filing and service (3.3); prepare affidavit of service of same (.5). |
| 6/25/2010 | Beth Friedman | 1.50 | Review Delphi documents and confer with team and court re hearing date. |
| 6/26/2010 | Christopher T Greco | 0.20 | Correspond re filed Delphi motion to dismiss. |
| 6/28/2010 | Christopher T Greco | 0.20 | Correspond with K. Alexander re Delphi counsel. |
|  | Total: | 81.90 |  |

# EXHIBIT B

### **Matter 42 – Travel non-working – Expenses**

| **Service Description** | **Amount** |
| --- | --- |
| Travel Expense | $438.90 |
| Airfare | $424.00 |
| Transportation to/from airport | $321.00 |
| Travel Meals | $48.50 |
| **Total:** | **$1,232.40** |

**<u>Matter 42 – Travel non-working – Itemized Expenses</u>**

| <u>Date</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|
| 5/13/2010 | 92.60 | CROWN CARS & LIMOUSINES, Transportation to/from airport, Chicago, IL, 05/13/2010,  JOHN DONLEY, Home to ORD |
| 6/6/2010 | 119.40 | John Donley, Transportation To/From Airport, Wilmington, DE, (Court Hearing), Airport (Philadelphia) to Hotel (Wilmington) |
| 6/6/2010 | 23.50 | John Donley, Travel Meals, Wilmington, DE, (Court Hearing), Dinner |
| 6/7/2010 | 438.90 | John Donley, Lodging, Wilmington, DE, Hotel DuPont, 06/06/2010 to 06/07/2010, (Court Hearing) |
| 6/7/2010 | 424.00 | Theodore Freedman, Trainfare, Wilmington, DE, 06/07/2010 to 06/07/2010, (Hearing) |
| 6/7/2010 | 109.00 | John Donley, Transportation To/From Airport, Wilmington, DE, (Court Hearing), Local Counsel to Airport (Philadelphia) |
| 6/7/2010 | 25.00 | John Donley, Travel Meals, Wilmington, DE, (Court Hearing), Breakfast |
| Total: | 1,232.40 | |

## Matter 52 – Expenses – Expenses

| Service Description | Amount |
|---|---|
| Third Party Telephone Charges | $19.86 |
| Standard Copies or Prints | $688.40 |
| Binding | $6.30 |
| Tabs/Indexes/Dividers | $12.60 |
| Scanned Images | $24.80 |
| Postage | $0.44 |
| Overnight Delivery | $35.67 |
| Outside Messenger Services | $93.79 |
| Filing Fees | $300.00 |
| Professional Fees | $29,165.00 |
| Outside Computer Services | $1,161.50 |
| Computer Database Research | $2,072.43 |
| Overtime Meals - Attorney | $21.55 |
| Secretarial Overtime | $16.46 |
| Word Processing Overtime | $149.37 |
| Electronic Data Storage | $1,749.74 |
| **Total:** | **$35,517.91** |

## Matter 52 – Expenses – Itemized Expenses

| Date | Amount | Description |
|------|-------:|-------------|
| 4/7/2010 | 29,165.00 | HURON CONSULTING GROUP LLC - Professional Fees, Professional Services/Background checks rendered through March 31, 2009 |
| 5/5/2010 | 18.98 | WEST, Computer Database Research, LANDAU, CHRISTOPHER, MAY 2010 |
| 5/12/2010 | 199.25 | WEST, Computer Database Research, DONLEY, JOHN W., MAY 2010 |
| 5/12/2010 | 149.37 | Word Processing Overtime, Aaron Maus - Convert description of notes from PDF to word. |
| 5/13/2010 | 10.21 | WEST, Computer Database Research, WALDRON, ANNE M., MAY 2010 |
| 5/17/2010 | 1,273.92 | WEST, Computer Database Research, LOVE, KIMBERLY, MAY 2010 |
| 5/17/2010 | 135.32 | WEST, Computer Database Research, KRITZER, NATHANIEL, MAY 2010 |
| 5/20/2010 | 170.53 | WEST, Computer Database Research, ALEXANDER, KRISTINA, MAY 2010 |
| 5/21/2010 | 48.78 | WEST, Computer Database Research, BOLL, DEANNA D., MAY 2010 |
| 5/22/2010 | 38.83 | WEST, Computer Database Research, STANSBURY, BRIAN, MAY 2010 |
| 5/23/2010 | 117.37 | WEST, Computer Database Research, ESAYIAN, LISA G., MAY 2010 |
| 5/27/2010 | 39.24 | WEST, Computer Database Research, GAYTAN, MARIA, MAY 2010 |
| 5/31/2010 | 8.12 | INTERCALL - Third Party Telephone Charges, L. ESAYIAN, 5/31/10 |
| 5/31/2010 | 1,161.50 | C2 LEGAL - Outside Computer Services, Professional Legal Services |
| 6/1/2010 | 6.10 | Standard Copies or Prints |
| 6/1/2010 | 0.20 | Standard Prints |
| 6/1/2010 | 0.70 | Standard Prints |
| 6/1/2010 | 5.20 | Standard Prints |
| 6/1/2010 | 0.10 | Scanned Images |
| 6/1/2010 | 2.20 | Scanned Images |
| 6/1/2010 | 8.30 | Standard Prints |
| 6/2/2010 | 5.90 | Standard Prints |
| 6/2/2010 | 4.20 | Standard Prints |
| 6/2/2010 | 23.10 | Standard Prints |
| 6/2/2010 | 7.01 | Fed Exp to: Steve Ahern, COLUMBIA, MD from: Christopher Greco |
| 6/3/2010 | 1.20 | Standard Prints |
| 6/3/2010 | 0.10 | Standard Copies or Prints |

| Date | Amount | Description |
|------|-------:|-------------|
| 6/3/2010 | 2.40 | Standard Prints |
| 6/3/2010 | 2.90 | Scanned Images |
| 6/3/2010 | 152.70 | Standard Prints |
| 6/3/2010 | 0.80 | Standard Prints |
| 6/3/2010 | 2.20 | Standard Prints |
| 6/3/2010 | 0.20 | Standard Prints |
| 6/3/2010 | 35.51 | COSMIC COURIER LLC - Outside Messenger Services, C. Landau, 05/06/10 |
| 6/4/2010 | 14.40 | Standard Prints |
| 6/4/2010 | 200.00 | Standard Copies or Prints |
| 6/4/2010 | 2.90 | Standard Prints |
| 6/4/2010 | 3.50 | Standard Prints |
| 6/4/2010 | 6.30 | Binding |
| 6/4/2010 | 12.60 | Tabs/Indexes/Dividers |
| 6/4/2010 | 2.50 | Scanned Images |
| 6/4/2010 | 2.40 | Scanned Images |
| 6/4/2010 | 29.14 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N LA SALLE, Holly Bull, 6/4/2010 |
| 6/7/2010 | 4.50 | Standard Copies or Prints |
| 6/7/2010 | 0.10 | Standard Prints |
| 6/7/2010 | 2.50 | Standard Prints |
| 6/7/2010 | 0.10 | Standard Prints |
| 6/7/2010 | 0.50 | Standard Prints |
| 6/7/2010 | 11.50 | Standard Prints |
| 6/7/2010 | 37.00 | Standard Prints |
| 6/7/2010 | 0.10 | Standard Prints |
| 6/8/2010 | 6.94 | INTERCALL INC - Third Party Telephone Charges, C. Landau, 05/03/10-05/19/10, Conference Calls |
| 6/8/2010 | 2.65 | INTERCALL INC - Third Party Telephone Charges, B. Stansbury, 03/05/10 - 03/26/10, Conference Calls |
| 6/8/2010 | 0.40 | Standard Prints |
| 6/8/2010 | 0.40 | Standard Prints |
| 6/8/2010 | 2.80 | Standard Prints |
| 6/8/2010 | 9.90 | Standard Prints |
| 6/9/2010 | 0.20 | Standard Prints |
| 6/9/2010 | 1.00 | Standard Prints |
| 6/9/2010 | 0.10 | Standard Prints |

B-6

| Date | Amount | Description |
|------|-------|-------------|
| 6/9/2010 | 20.00 | RESTRUCTURING CONCEPTS LLC - Computer Database Research, K. Alexander |
| 6/10/2010 | 8.30 | Standard Prints |
| 6/10/2010 | 3.80 | Standard Prints |
| 6/10/2010 | 29.14 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LA SALLE, Holly Bull, 6/10/2010 |
| 6/11/2010 | 1.50 | Standard Prints |
| 6/11/2010 | 1.70 | Standard Prints |
| 6/11/2010 | 0.80 | Scanned Images |
| 6/11/2010 | 10.70 | Scanned Images |
| 6/11/2010 | 29.40 | Standard Copies or Prints |
| 6/11/2010 | 0.30 | Standard Prints |
| 6/13/2010 | 21.55 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, David Abramowicz, Overtime Meals - Attorney, 6/13/2010 |
| 6/13/2010 | 16.46 | Secretarial Overtime, Carol Walmsley - Prepare memorandum for E. Leibenstein. |
| 6/14/2010 | 0.20 | Standard Prints |
| 6/14/2010 | 1.70 | Scanned Images |
| 6/14/2010 | 53.20 | Standard Prints |
| 6/15/2010 | 1.00 | Standard Prints |
| 6/15/2010 | 3.50 | Standard Prints |
| 6/15/2010 | 6.30 | Standard Prints |
| 6/16/2010 | 0.20 | Standard Prints |
| 6/16/2010 | 3.30 | Standard Prints |
| 6/16/2010 | 2.80 | Standard Prints |
| 6/16/2010 | 300.00 | CLERK, US SUPREME COURT - Filing Fees |
| 6/17/2010 | 4.70 | Standard Copies or Prints |
| 6/17/2010 | 2.70 | Standard Prints |
| 6/17/2010 | 0.10 | Scanned Images |
| 6/18/2010 | 0.30 | Standard Prints |
| 6/18/2010 | 2.00 | Standard Copies or Prints |
| 6/18/2010 | 0.40 | Standard Prints |
| 6/18/2010 | 1.40 | Standard Prints |
| 6/18/2010 | 0.10 | Standard Prints |
| 6/18/2010 | 0.10 | Scanned Images |
| 6/18/2010 | 7.39 | Fed Exp to: Adam G. Landis, Esq., WILMINGTON, DE from: Christopher Landau |

| Date | Amount | Description |
|------|--------|-------------|
| 6/18/2010 | 7.39 | Fed Exp to: Francis A. Monaco, Jr., Esq. WILMINGTON, DE from: Christopher Landau |
| 6/18/2010 | 13.88 | Fed Exp to: Daniel C. Cohn, Esq., BOSTON, MA from: Christopher Landau |
| 6/21/2010 | 1.20 | Standard Prints |
| 6/21/2010 | 0.10 | Scanned Images |
| 6/21/2010 | 3.10 | Standard Prints |
| 6/22/2010 | 2.90 | Standard Prints |
| 6/22/2010 | 6.10 | Standard Prints |
| 6/22/2010 | 0.10 | Standard Prints |
| 6/22/2010 | 2.80 | Standard Prints |
| 6/23/2010 | 0.20 | Standard Prints |
| 6/23/2010 | 0.20 | Standard Prints |
| 6/23/2010 | 3.40 | Standard Prints |
| 6/24/2010 | 0.30 | Standard Prints |
| 6/24/2010 | 2.40 | Standard Prints |
| 6/24/2010 | 0.40 | Standard Prints |
| 6/25/2010 | 1.10 | Standard Copies or Prints |
| 6/25/2010 | 0.20 | Standard Prints |
| 6/28/2010 | 4.30 | Standard Copies or Prints |
| 6/28/2010 | 0.20 | Standard Copies or Prints |
| 6/28/2010 | 0.20 | Standard Prints |
| 6/28/2010 | 0.44 | Postage |
| 6/29/2010 | 9.20 | Standard Prints |
| 6/29/2010 | 7.60 | Standard Prints |
| 6/30/2010 | 2.15 | INTERCALL - Third Party Telephone Charges, L. Esayian, 6/30/10 |
| 6/30/2010 | 3.20 | Standard Prints |
| 6/30/2010 | 1.90 | Standard Prints |
| 6/30/2010 | 1.20 | Scanned Images |
| 6/30/2010 | 4.80 | Standard Prints |
| 6/30/2010 | 0.30 | Standard Prints |
| 6/30/2010 | 1,749.74 | Electronic Data Storage |
| Total: | 35,517.91 | |

## **Matter 60 – Delphi Preference Defense – Expenses**

| **Service Description** | **Amount** |
|---|---|
| Standard Copies or Prints | $51.00 |
| Overnight Delivery | $45.94 |
| Local Transportation | $12.00 |
| Overtime Transportation | $31.62 |
| **Total:** | **$140.56** |

**Matter 60 – Delphi Preference Defense – Itemized Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 6/2/2010 | 0.10 | Standard Prints |
| 6/4/2010 | 5.10 | Standard Prints |
| 6/13/2010 | 12.00 | David Abramowicz, Taxi, (Overtime Transportation - Weekend) Cab to office |
| 6/13/2010 | 19.62 | David Abramowicz, Taxi, (Overtime Transportation - Weekend) Cab home |
| 6/14/2010 | 1.40 | Standard Prints |
| 6/14/2010 | 7.70 | Standard Prints |
| 6/15/2010 | 0.10 | Standard Prints |
| 6/16/2010 | 0.60 | Standard Prints |
| 6/16/2010 | 12.00 | David Abramowicz, Taxi, (Overtime Transportation) Cab home |
| 6/17/2010 | 5.50 | Standard Prints |
| 6/17/2010 | 0.80 | Standard Prints |
| 6/17/2010 | 3.00 | Standard Prints |
| 6/18/2010 | 10.00 | Standard Prints |
| 6/25/2010 | 0.50 | Standard Prints |
| 6/25/2010 | 16.20 | Standard Prints |
| 6/26/2010 | 7.15 | Fed Exp to: HON ROBERT D DRAIN, WHITE PLAINS, NY from: JACOB GOLDFINGER |
| 6/26/2010 | 7.15 | Fed Exp to: ERIC B FISHER, NEW YORK CITY, NY from: JACOB GOLDFINGER |
| 6/26/2010 | 8.67 | Fed Exp to: TROY, MI from: JACOB GOLDFINGER |
| 6/26/2010 | 8.67 | Fed Exp to: CYNTHIA J HAFFEY, DETROIT, MI from: JACOB GOLDFINGER |
| 6/26/2010 | 14.30 | Fed Exp to: ALICIA M LEANHARD, NEW YORK CITY, NY from: JACOB GOLDFINGER |
| Total: | 140.56 | |