# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                     **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 1

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

July 19, 2010                                                    INVOICE:              238633

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

| PROFESSIONAL SERVICES through 06/30/10 |
|---|

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/01/10 | Analysis of selected insurance settlement and reimbursement agreements re: amounts and methods of payment issues (4.10); draft and revise settlement data spreadsheets (1.80). | W001 | GFF | 5.90 |
| 06/01/10 | Analysis of settlement agreement payment methodology. | W001 | HEG | 3.60 |
| 06/01/10 | Review correspondence from Special Master re: objection to disallowance hearing (.30); prepare correspondence re: same (.30). | W001 | KES | 0.60 |
| 06/01/10 | Attention to insolvent claim. | W001 | MG | 1.40 |
| 06/01/10 | Attention to payment stream project. | W001 | MG | 4.40 |
| 06/01/10 | Coordinate and review matters for hearing before Integrity special master (.80). Research and analysis in connection with settlement discussion issues regarding insurance coverage issues (3.10). | W001 | RYC | 3.90 |
| 06/02/10 | Begin reviewing and revising time and expense entries. | W011 | AHP | 1.20 |
| 06/02/10 | Analysis of selected insurance policies re: follow form, limits, exclusions and other coverage issues (3.10); analysis of selected insurance settlement and reimbursement agreements re: amounts and methods of payment issues (2.90); draft and revise settlement data spreadsheets (1.20). | W001 | GFF | 7.20 |
| 06/02/10 | Continued analysis of settlement agreement payment methodology. | W001 | HEG | 5.80 |
| 06/02/10 | Attention to payment stream project | W001 | MG | 2.80 |
| 06/02/10 | Prepare draft analysis in connection with settlement discussion issues regarding insurance coverage issues. | W001 | RYC | 2.40 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**        **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:     100055.WRG01 |
| July 19, 2010 | INVOICE:     238633 |
| MATTER: CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/03/10 | Continue reviewing and revising time and expense entries. | W011 | AHP | 1.80 |
| 06/03/10 | Analysis of selected insurance settlement agreements re: payment amounts and method of payments and related issues (2.90); draft and revise settlement data spreadsheets (1.30); analysis of selected insurance policies re: follow form, limits, exclusions, payment of loss timing, and other coverage issues (2.60). | W001 | GFF | 6.80 |
| 06/03/10 | Continued settlement agreement research. | W001 | HEG | 5.70 |
| 06/03/10 | Attention to payment stream project. | W001 | MG | 3.40 |
| 06/03/10 | Communicate with 3 insurance companies regarding potential settlement. | W001 | RMH | 0.80 |
| 06/03/10 | Attention to Confidentiality Agreement and related discussions with specific insurance company. | W001 | RYC | 0.80 |
| 06/04/10 | Analysis of selected insurance policies re: follow form, limits, exclusions, when loss is payable and other issues (2.60); draft and revise insurance policy data spreadsheets (2.30); draft and revise insurance settlement agreement data spreadsheets (1.80). | W001 | GFF | 6.70 |
| 06/04/10 | Further analysis re: settlement agreement payment mechanism. | W001 | HEG | 2.60 |
| 06/04/10 | Review disclosure statement and other documents to confirm outstanding claim amounts (.50); prepare communication to R. Chung re: same (.10). | W001 | KES | 0.60 |
| 06/04/10 | Emails re: carrier net present value and review files re: same. | W001 | MG | 0.80 |
| 06/04/10 | Attention to payment stream project. | W001 | MG | 2.80 |
| 06/04/10 | Revise responses regarding settlement demand insurance coverage issues. | W001 | RYC | 2.40 |
| 06/05/10 | Research and analysis in connection with settlement discussion issues (1.00); review issues regarding settlement agreement discussions (.40). | W001 | RYC | 1.40 |
| 06/07/10 | Continue and finish reviewing initial draft of bills. | W011 | AHP | 0.90 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:        100055.WRG01

July 19, 2010                                                 INVOICE:         238633

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 06/07/10 | Analysis of selected settlement agreements regarding type and timing of payment issues (2.10); draft and revise settlement data spreadsheets (1.90); draft and revise insurance policy data spreadsheets (3.30). | W001 | GFF | 7.30 |
| 06/07/10 | Attention to settlement agreement payment trigger issues. | W001 | HEG | 1.40 |
| 06/07/10 | Reviewed settlement agreement methodologies and updates. | W001 | IF | 4.70 |
| 06/07/10 | Attention to information response to insolvent company. | W001 | MG | 2.20 |
| 06/07/10 | Attention to payment stream project. | W001 | MG | 3.60 |
| 06/07/10 | Hearing with Judge Fitzgerald (.40). Attention to settlement agreement (1.00). | W001 | RMH | 1.40 |
| 06/07/10 | Review disclosure matters in connection with UK insolvent insurance carrier (1.50); Coordinate and plan strategy in connection with hearing for Integrity (1.10). | W001 | RYC | 2.60 |
| 06/08/10 | Analysis of selected insurance policies regarding follow form limits, payment of loss issues, and other coverage issues (1.80); draft and revise insurance policy data spreadsheets (2.10). | W001 | GFF | 3.90 |
| 06/08/10 | Reviewed and updated information re: methodology for settlement agreements owing payment(s) to Trust. | W001 | IF | 3.60 |
| 06/08/10 | Reviewed insurance policies re: "erosion of underlying limits." | W001 | IF | 1.40 |
| 06/08/10 | Prepare letter to Counsel forwarding copies of pro hac motion (.80); email to R. Chung re: pro hac vice admission (.20); review email from Liquidator's counsel re: hearing dates (.20); email to R. Chung re: same and case strategy (.10); attention to scheduling conference call to schedule hearing dates (.30); review email from J. Pawlack re: availability for conference call re: hearing dates (.20). | W001 | KES | 1.80 |
| 06/08/10 | Attention to payment stream project. | W001 | MG | 2.80 |

{D0184380.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:       100055.WRG01 |
| July 19, 2010 | INVOICE:              238633 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/08/10 | Attention to information response to insolvent company. | W001 | MG | 1.80 |
| 06/08/10 | Attention to numerous potential insurance recovery settlements. | W001 | RMH | 2.10 |
| 06/08/10 | Attention to proposed revisions to the confidentiality agreement for opposing counsel review (1.20); Prepare strategy re:  Integrity claim (.80); Review and resolve additional issues re: solvent unsettled insurance companies (2.20). | W001 | RYC | 4.20 |
| 06/09/10 | Review and respond to information request from R. Horkovich. | W001 | AHP | 0.90 |
| 06/09/10 | Analysis of selected insurance settlement and reimbursement agreements regarding payment of loss and amount of payment issues (1.60); draft and revise settlement data spreadsheets (1.70); analysis of selected insurance policies regarding follow form, limits, exclusions and other coverage issues (1.60). | W001 | GFF | 4.90 |
| 06/09/10 | Continued research re: settlement agreement/insolvency status. | W001 | HEG | 2.20 |
| 06/09/10 | Reviewed and updated information re: settlement agreement methodology of payment. | W001 | IF | 4.20 |
| 06/09/10 | Attention to information response to insolvent company. | W001 | MG | 3.20 |
| 06/09/10 | Attention to payment stream project. | W001 | MG | 3.20 |
| 06/09/10 | Attention to potential insurance recovery settlements. | W001 | RMH | 1.00 |
| 06/09/10 | Finalize letter to specific insurance carrier re: settlement discussion status and issues raised by counsel (4.60); research re: settlement demand analysis (1.50). | W001 | RYC | 6.10 |
| 06/10/10 | Review selected settlement agreements regarding method and amount of payment issues (2.20); review and factor insurance policy impairment data (.80); draft memo regarding settlement data (1.10). | W001 | GFF | 4.10 |
| 06/10/10 | Research settlement agreements versus limits. | W001 | HEG | 1.60 |

{D0184380.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| July 19, 2010 | INVOICE: | 238633 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/10/10 | Reviewed settlement agreements re: settlement amounts and discount offered for high layers. | W001 | IF | 6.30 |
| 06/10/10 | Attention to numerous settlement agreements (1.80); Review and transmit letters to insurance companies previously non-responsive to settlement overtures (.40). | W001 | RMH | 2.20 |
| 06/10/10 | Revise additional follow-up letter to specific insurance carrier re: settlement discussion status and issues raised by counsel (3.20); Review and resolve additional issues re: insolvent unsettled insurance companies (1.70); correspondence and phone conferences in connection with confidentiality agreement with insolvent carrier and strategy re: unresolvable issues (1.20). | W001 | RYC | 6.10 |
| 06/11/10 | Analysis of selected settlement agreements regarding methods of payment and amounts due issues (2.20); draft and revise settlement data spreadsheets (1.20). | W001 | GFF | 3.40 |
| 06/11/10 | Research re: settlement agreement versus limits. | W001 | HEG | 1.20 |
| 06/11/10 | Reviewed settlement agreements during bankruptcy re: discount and layer of coverage. | W001 | IF | 3.90 |
| 06/11/10 | Attention to payment stream project. | W001 | MG | 2.20 |
| 06/11/10 | Review and comment upon fee applications. | W011 | RYC | 0.50 |
| 06/11/10 | Finalize letters to various insurance carriers re: settlement discussion status and issues raised by counsel (4.30); follow-up re: settlement demand analysis (1.20). | W001 | RYC | 5.50 |
| 06/13/10 | Research documentation and settlement discussion issues raised by certain insurance companies. | W001 | RYC | 1.30 |
| 06/14/10 | Review attorney changes (.60); review new bill and finalize (1.20). | W011 | AHP | 1.80 |
| 06/14/10 | Analysis of selected insurance policies re: limits, follow, form, exclusions, and other coverage issues (3.40); draft and revise insurance policy data spreadsheets (2.80); draft and revise settlement agreement data spreadsheets (1.10). | W001 | GFF | 7.30 |

{D0184380.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                        **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:        100055.WRG01 |
| July 19, 2010 | INVOICE:            238633 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/14/10 | Creation of color coverage charts depicting locations of unsettled insolvent policies for meeting (2.60); researched insolvent claim allowance (1.80). | W001 | HEG | 4.40 |
| 06/14/10 | Reviewed insurance policies re:  impairment amounts of underlying coverage and how gaps in coverage will be paid. | W001 | IF | 3.90 |
| 06/14/10 | Integrity: Conference call with J. Pawlek re: scheduling of brief schedule in Integrity liquidation (.80); review email communication from J. Pawlak re: briefing schedule (.30). | W001 | KES | 1.10 |
| 06/14/10 | Attention to response to insolvent inquiries. | W001 | MG | 2.30 |
| 06/14/10 | Attention to cash flow project. | W001 | MG | 4.20 |
| 06/14/10 | Draft supplemental settlement discussion analysis for potentially settling insurance companies (2.70). Attention to briefing and scheduling in connection with insolvent insurance carrier (.70). | W001 | RYC | 3.40 |
| 06/15/10 | Review, identify, and prepare specific policy provisions in W.R. Insurance Company's insurance portfolio in connection with analysis of provisions potentially maximizing coverage. | W001 | CKN | 1.20 |
| 06/15/10 | Draft and revise insurance policy data spreadsheets (2.30); analysis of selected insurance policies re: follow form, limits, exclusions, payment of loss issues, and other coverage issues (3.70); analysis of selected insurance settlement agreements re: payments and timing issues (1.10). | W001 | GFF | 7.10 |
| 06/15/10 | Further review re: unsettled insolvent claim allowance status and recovery potential (2.80); assisted with review and compilation of Midland documentation responses (4.30). | W001 | HEG | 7.10 |
| 06/15/10 | Reviewed insurance policies re: "determination of erosion and payment of gaps in coverage." | W001 | IF | 4.20 |
| 06/15/10 | Reviewed unsettled insolvent insurance companies status and future payments. | W001 | IF | 1.80 |
| 06/15/10 | Conference call with Special Master Meehan re: scheduling of hearing (.50); call with R. Chung and J. Pawlak to confirm hearing date (.50). | W001 | KES | 1.00 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                         EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

July 19, 2010                                                    INVOICE:          238633

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 06/15/10 | Creation of new set of color-coded insurance charts. | W001 | KS | 1.90 |
| 06/15/10 | Attention to cash flow project. | W001 | MG | 4.80 |
| 06/15/10 | Attention to settlement negotiations with insurance companies. | W001 | RMH | 1.00 |
| 06/15/10 | Analysis and follow-up regarding Integrity in Liquidation hearing matters (1.20). Insurance coverage analysis in connection with post-bankruptcy filing settlements (2.00). Revise correspondence to potentially settling insurance companies (3.20). | W001 | RYC | 6.40 |
| 06/16/10 | Attention to newly received documents and update monitoring chart. | W011 | AHP | 1.20 |
| 06/16/10 | Draft and revise insurance policy data spreadsheets (1.60); analysis of selected insurance policies re: follow form, limits, exclusions, and other coverage issues (3.10); analysis of selected settlement agreements re: timing of payment issues (1.20); draft and revise settlement data spreadsheets (.90). | W001 | GFF | 6.80 |
| 06/16/10 | Assisted with response to insolvent carrier's inquiry (2.20); Continued review and organization of documents relevant to different insolvent insurance company queries (3.40). | W001 | HEG | 5.60 |
| 06/16/10 | Reviewed insurance policies re: "determining amount of any gaps in coverage payments and exhaustion." | W001 | IF | 3.90 |
| 06/16/10 | Reviewed insolvent information in preparation for meeting with R. Horkovich. | W001 | IF | 1.80 |
| 06/16/10 | Attention to cash flow project. | W001 | MG | 3.80 |
| 06/16/10 | Attention to insolvent claim. | W001 | MG | 4.20 |
| 06/16/10 | Attention to an insurance company settlement. | W001 | RMH | 1.10 |
| 06/16/10 | Review and analysis of confidentiality matters with potentially settling party (2.40). Prepare letter and accompanying document disclosures in connection with insolvent insurance company's requests (3.60). | W001 | RYC | 6.00 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                  **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

July 19, 2010                                              INVOICE:            238633

MATTER:  CLAIMANTS COMMITTEE                            ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 06/17/10 | Analysis of selected umbrella and excess insurance policies re: follow form, limits, exclusions and other coverage issues (4.10); draft and revise insurance policy data spreadsheets (1.80). | W001 | GFF | 5.90 |
| 06/17/10 | Continued review, discussion and organization of certain documents relevant to insolvent carrier queries. | W001 | HEG | 4.40 |
| 06/17/10 | Reviewed information re: insurance company settlement demands and coverage-in-place agreement. | W001 | IF | 1.40 |
| 06/17/10 | Preparation and meeting with R. Horkovich re: status of insolvent insurance companies. | W001 | IF | 2.10 |
| 06/17/10 | Reviewed insurance policies re: "erosion of underlying limits" and "payment for gaps in coverage." | W001 | IF | 2.90 |
| 06/17/10 | Attention to calculations for insolvent appeal. | W001 | MG | 2.40 |
| 06/17/10 | Attention to cash flow project. | W001 | MG | 4.20 |
| 06/17/10 | Attention to revised NET PRESENT VALUE calculations for specific companies. | W001 | MG | 2.30 |
| 06/17/10 | Attention to evaluation of insolvent insurance. | W001 | RMH | 1.20 |
| 06/17/10 | Attention to briefing and scheduling issues regarding objection to notice of determination, including supplemental evidence preparation (3.40).  Prepare revised analysis of covered claims during bankruptcy (1.20).  Prepare confidentiality agreement with additional potentially settling insurance company (.30). Analysis in connection with mixed settlements for insurance company (1.00). | W001 | RYC | 5.90 |
| 06/18/10 | Analysis of selected umbrella and excess insurance policies re: follow form, limits, payment of loss issues and other coverage issues (3.10); draft and revise insurance policy data spreadsheets (1.30). | W001 | GFF | 4.40 |
| 06/18/10 | Began to prepare chart and new information re: insolvent insurance companies. | W001 | IF | 0.90 |
| 06/18/10 | Reviewed information re: settlement agreements and "availability of additional coverage." | W001 | IF | 1.90 |

{D0184380.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:      100055.WRG01 |
| July 19, 2010 | INVOICE:           238633 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 06/18/10 | Reviewed insurance policies re: "erosion of underlying limits" and allocation related issues. | W001 | IF | 2.10 |
| 06/18/10 | Attention to revised net present value calculations for specific companies. | W001 | MG | 3.50 |
| 06/18/10 | Prepare revised settlement letters to certain insurance companies in connection with revised analysis regarding coverage availability by individual companies (2.50). Prepare supplemental evidence for insolvency proceedings (1.20). | W001 | RYC | 3.70 |
| 06/20/10 | Review and analysis in connection with status of insolvent insurance recoveries (1.00). Research and analysis in connection with post-confirmation insurance recovery issues (1.50).   Review and analysis of additional and revised support for settlement demands (1.40). | W001 | RYC | 3.90 |
| 06/21/10 | Analysis of selected settlement and reimbursement agreements re: scope of release and claims tendering issues (3.40); analysis of selected insurance policies re: follow form, limits, payment of loss issues, and other coverage issues (2.90). | W001 | GFF | 6.30 |
| 06/21/10 | Additional research re: insolvency insurance company status and recovery options. | W001 | HEG | 1.80 |
| 06/21/10 | Reviewed settlement agreements and updated information. | W001 | IF | 3.10 |
| 06/21/10 | Began to review and update insolvent insurance company payments and status. | W001 | IF | 2.90 |
| 06/21/10 | Preparing insurance documents and adding them to iPro database. | W001 | MCN | 6.80 |
| 06/21/10 | Attention to payment stream project. | W001 | MG | 3.00 |
| 06/21/10 | Attention to calculations for insolvency appeal. | W001 | MG | 5.20 |
| 06/21/10 | Prepare letter and payment analysis for alternative settlement demands (1.80). Finalize confidentiality agreement in connection with request for documentation (1.30). Review and update status in connection with ongoing settlement discussions (.80). | W001 | RYC | 3.90 |

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:     100055.WRG01 |
| July 19, 2010 | INVOICE:          238633 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/22/10 | Continued research and discussions re: status of insolvent insurance company participants and potential recovery. | W001 | HEG | 7.10 |
| 06/22/10 | Reviewed and updated current status of each domestic and foreign insolvent or solvent scheme of arrangement insurance company. | W001 | IF | 6.90 |
| 06/22/10 | Attention to preparation of moving papers in Integrity and case strategy (.80); confer with M. Antonucci re: research assignment in preparation of preparing opening brief (.40); begin research re: IBNR claims and liquidation proceeding (1.00). | W001 | KES | 2.20 |
| 06/22/10 | Preparing insurance documents and adding them to iPro database. | W001 | MCN | 5.20 |
| 06/22/10 | Attention to confidentiality issues. | W001 | MG | 2.20 |
| 06/22/10 | Attention to calculations for insolvency appeal. | W001 | MG | 3.60 |
| 06/22/10 | Attention to insurance company settlements and report to the Committee regarding potential settlement (2.30).  Attention to other settlement related issues (2.10).  Confer with Libby counsel Joel Heberling regarding primary coverage (.60). | W001 | RMH | 5.00 |
| 06/22/10 | Follow-up on plan proponent comments in connection with confidentiality issues and submit to insurance company (1.20).  Plan strategy, briefing, and development of supplemental evidence regarding insolvent insurance carrier (3.20). Finalize supplemental settlement discussion letters in connection with revised demands (1.30). | W001 | RYC | 5.70 |
| 06/23/10 | Prepare production documents for H. Gershman. | W001 | DL | 0.60 |
| 06/23/10 | Analysis of selected insurance policies re: follow form, limits, exclusions and other asbestos coverage issues. | W001 | GFF | 2.40 |
| 06/23/10 | Continued research re: outstanding insolvent participating insurance companies. | W001 | HEG | 1.80 |
| 06/23/10 | Reviewed insurance policies and settlement agreements re: updated availability of other coverages and exhaustion and gaps in coverage. | W001 | IF | 3.80 |
| 06/23/10 | Attention to calculations for insolvency appeal. | W001 | MG | 3.40 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                    EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 11

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:       100055.WRG01

July 19, 2010                                      INVOICE:             238633

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|--------------------------|----------|------|-------|
| 06/23/10 | Attention to insolvency response. | W001 | MG | 2.20 |
| 06/23/10 | Attention to payment stream project. | W001 | MG | 3.20 |
| 06/23/10 | Prepare supplemental evidence and affidavit for support against determination of insolvent insurance carrier. | W001 | RYC | 4.00 |
| 06/24/10 | Analysis of selected umbrella and excess insurance policies re: follow form, limits, exclusions and other coverage issues (2.70); analysis of selected settlement agreements re: payment timing issues (2.40). | W001 | GFF | 5.10 |
| 06/24/10 | Reviewed insolvent insurance companies and solvent schemes re: current status and future payment information. | W001 | IF | 2.60 |
| 06/24/10 | Reviewed settlement agreements re: coverage availability information update. | W001 | IF | 2.10 |
| 06/24/10 | Attention to calculations for insolvency appeal. | W001 | MG | 5.40 |
| 06/24/10 | Organization and coordination with Records Department re: filing of case. | W001 | NJB | 3.00 |
| 06/24/10 | Prepare and review revised support for settlement negotiations (2.40). Revise potential documents for post-confirmation insurance recoveries (2.60). | W001 | RYC | 5.00 |
| 06/25/10 | Analysis of selected settlement agreements re: payment timing issues (1.80); insurance policy analysis re: limits, exclusions, aggregates and other coverage issues (1.30). | W001 | GFF | 3.10 |
| 06/25/10 | Continued research of insolvent insurance companies for recovery prospect analysis. | W001 | HEG | 3.20 |
| 06/25/10 | Reviewed insolvent and solvent schemes of arrangements, status and likely future payment of claims to Trust. | W001 | IF | 3.90 |
| 06/25/10 | Reviewed and updated information re: settlement agreements and information about CIPs and new agreements. | W001 | IF | 2.40 |
| 06/25/10 | Legal research in preparation of Integrity hearing with Judge Meehan re: IBNR claims and sharing in the estate. | W001 | KES | 1.10 |

{D0184380.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 12

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

July 19, 2010                                     INVOICE:            238633

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 06/25/10 | Attention to calculations for insolvency appeal. | W001 | MG | 4.30 |
| 06/25/10 | Attention to payment stream project. | W001 | MG | 2.60 |
| 06/25/10 | Finalize settlement agreement with insurance company. | W001 | RMH | 1.00 |
| 06/25/10 | Develop strategy for recovery against involvement insurance carriers (3.40). Additional research and analysis regarding post-confirmation insurance recovery issues (2.90). | W001 | RYC | 6.30 |
| 06/27/10 | Prepare evidence and research documentation in connection with demonstrating validity of claims during the course of bankruptcy to support coverage (3.60). Research coverage issues regarding duty of insolvent insurance carriers (2.00). | W001 | RYC | 5.60 |
| 06/28/10 | Draft and revise insurance policy data spreadsheets (.80); analysis of selected settlement agreements re: payment methods and timing (2.30); analysis of selected insurance policies re: limits, aggregates, exclusions, follow form and other asbestos coverage issues (3.10). | W001 | GFF | 6.20 |
| 06/28/10 | Review and edit insolvency status spread. | W001 | HEG | 1.20 |
| 06/28/10 | Reviewed and updated information re: "coverage in place settlement agreements and limit availability." | W001 | IF | 2.10 |
| 06/28/10 | Reviewed and updated insolvent insurance company information and "amount due " information. | W001 | IF | 1.10 |
| 06/28/10 | Attention to calculations for insolvency appeal. | W001 | MG | 2.20 |
| 06/28/10 | Attention to calculations for cash flow project. | W001 | MG | 2.20 |
| 06/28/10 | Continued preparation of supporting evidence regarding IBNR status of claims (2.70); continued research re: duty of liquidators and receivers to policyholders (1.30). | W001 | RYC | 4.00 |

{D0184380.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 13

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

July 19, 2010                                                          INVOICE:              238633

MATTER:  CLAIMANTS COMMITTEE                               ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 06/29/10 | Analysis of selected umbrella and excess insurance policies re: follow form, limits, exclusions, and other coverage issues (2.80); draft and revise insurance policy data spreadsheets (.70); analysis of selected settlement agreements re: amounts, timing of payments issues (.90). | W001 | GFF | 4.40 |
| 06/29/10 | Reviewed insolvent insurance company information and "amount due " information. | W001 | IF | 1.90 |
| 06/29/10 | Reviewed insurance policies re: "exhaustion of underlying insurance policies by payment from insurance companies." | W001 | IF | 1.90 |
| 06/29/10 | Begin review of research re: handling of IBNR claims in other jurisdictions in preparation of preparing brief in Integrity liquidation (1.10); review and analyze research re: same (1.50); consider strategy for preparation brief objecting to Liquidator's objection (.10) | W001 | KES | 2.70 |
| 06/29/10 | Attention to calculations for cash flow project. | W001 | MG | 2.40 |
| 06/29/10 | Attention to calculations for insolvency appeal. | W001 | MG | 2.20 |
| 06/29/10 | Prepare evidence and analysis in support of objection to determination of insolvent insurance company (2.30).  Attention to confidentiality matters in connection with settlement discussions (0.50). | W001 | RYC | 2.80 |
| 06/30/10 | Analysis of selected umbrella and excess insurance policies re: follow form, limits, exclusions, "ultimate net loss" issues and other coverage issues (1.20); draft and revise insurance policy data spreadsheets (.70). | W001 | GFF | 1.90 |
| 06/30/10 | Continued final review and edits to insolvency status and recovery potential spreads. | W001 | HEG | 2.90 |
| 06/30/10 | Updated reimbursement agreement availability information chart and documents. | W001 | IF | 1.20 |
| 06/30/10 | Reviewed and updated insurance policies and settlements re: "exhaustion of underlying insurance policies by payments from insurance companies." | W001 | IF | 2.40 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 14

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

July 19, 2010                                                      INVOICE:            238633

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 06/30/10 | Reviewed and updated scheme, insolvent insurance company information and "amount due " information and status. | W001 | IF | 2.30 |
| 06/30/10 | Research and revise documents in connection with post-bankruptcy insurance recoveries (1.90). Attention to recovery analysis regarding insolvent insurance companies (1.40). | W001 | RYC | 3.30 |

**TOTAL FEES:**                                                      **$229,306.00**

{D0184380.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 15

| | | | |
|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
| July 19, 2010 | | INVOICE: | 238633 |
| MATTER:  CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH |

## FEE SUMMARY

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| Arline H Pelton | 240.00 | 7.80 | 1,872.00 |
| Corina K Nastu | 220.00 | 1.20 | 264.00 |
| Daryl Lyew | 240.00 | 0.60 | 144.00 |
| Glenn F Fields | 330.00 | 111.10 | 36,663.00 |
| Harris E Gershman | 265.00 | 63.60 | 16,854.00 |
| Izak Feldgreber | 285.00 | 91.60 | 26,106.00 |
| Kathleen Samet | 160.00 | 1.90 | 304.00 |
| Kenneth E. Sharperson | 495.00 | 11.10 | 5,494.50 |
| Mark Garbowski | 565.00 | 110.40 | 62,376.00 |
| Michaela C Nitoi | 105.00 | 12.00 | 1,260.00 |
| Nicholas J Balsdon | 205.00 | 3.00 | 615.00 |
| Robert M Horkovich | 875.00 | 16.80 | 14,700.00 |
| Robert Y Chung | 585.00 | 107.10 | 62,653.50 |
| **TOTAL FEES:** | | | **$229,306.00** |

{D0184380.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                       **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 16

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:       100055.WRG01

July 19, 2010                                                INVOICE:              238633

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001        Asset Analysis and Recovery

|  | HOURS | TOTALS |
|---|---|---|
| Arline H Pelton | 0.90 | 216.00 |
| Corina K Nastu | 1.20 | 264.00 |
| Daryl Lyew | 0.60 | 144.00 |
| Glenn F Fields | 111.10 | 36,663.00 |
| Harris E Gershman | 63.60 | 16,854.00 |
| Izak Feldgreber | 91.60 | 26,106.00 |
| Kenneth E. Sharperson | 11.10 | 5,494.50 |
| Kathleen Samet | 1.90 | 304.00 |
| Michaela C Nitoi | 12.00 | 1,260.00 |
| Mark Garbowski | 110.40 | 62,376.00 |
| Nicholas J Balsdon | 3.00 | 615.00 |
| Robert M Horkovich | 16.80 | 14,700.00 |
| Robert Y Chung | 106.60 | 62,361.00 |
| **TOTAL:** | **530.80** | **$227,357.50** |

ACTIVITY CODE: W011        Fee Applications (Applicant)

|  | HOURS | TOTALS |
|---|---|---|
| Arline H Pelton | 6.90 | 1,656.00 |
| Robert Y Chung | 0.50 | 292.50 |
| **TOTAL:** | **7.40** | **$1,948.50** |

{D0184380.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                        EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

July 19, 2010                                                    INVOICE:              238633

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| COSTS through 06/30/10 |
|---|

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 06/01/10 | DI - PHOTOCOPYING | E101 | 0.80 |
| 06/01/10 | DI - PHOTOCOPYING | E101 | 9.00 |
| 06/02/10 | DI - PHOTOCOPYING | E101 | 2.80 |
| 06/03/10 | DI - PHOTOCOPYING | E101 | 0.10 |
| 06/03/10 | DI - PHOTOCOPYING | E101 | 0.20 |
| 06/03/10 | DI - PHOTOCOPYING | E101 | 0.20 |
| 06/04/10 | DI - PHOTOCOPYING | E101 | 3.50 |
| 06/07/10 | LOCAL TRAVEL - VENDOR: PETTY CASH NY OFFICE 05/17/10 - SUBWAY TO AND FROM  APPELLATE DIV TO OBTAIN BRIEF | E109 | 5.75 |
| 06/07/10 | DI - POSTAGE | E108 | 1.39 |
| 06/07/10 | DI - PHOTOCOPYING | E101 | 1.50 |
| 06/07/10 | DI - PHOTOCOPYING | E101 | 10.70 |
| 06/07/10 | DI - PHOTOCOPYING | E101 | 0.20 |
| 06/07/10 | DI - PHOTOCOPYING | E101 | 0.10 |
| 06/08/10 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 711978455 Tracking Number: 799521650383 Reference:  100055 WRG01 02 216   Billing Note: From: Mark Garbowski, Anderson Kill & Olick, PC, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Richard Maniurski, New York Liquidation Bureau, 123 William Street , NEW YORK CITY, NY, 10038, US | E107 | 11.01 |
| 06/08/10 | DI - PHOTOCOPYING | E101 | 0.20 |
| 06/08/10 | DI - PHOTOCOPYING | E101 | 3.10 |
| 06/08/10 | DI - PHOTOCOPYING | E101 | 4.20 |
| 06/08/10 | DI - PHOTOCOPYING | E101 | 67.00 |
| 06/09/10 | AP - TELEPHONE - VENDOR: COURT CALL LLC Initial fee for Courtcall appearance 7/14/10 | E125 | 30.00 |
| 06/09/10 | DI - PHOTOCOPYING | E101 | 0.20 |

{D0184380.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000** **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 18

W.R. GRACE/CLAIMANTS COMMITTEE            MATTER:      100055.WRG01

July 19, 2010                                 INVOICE:            238633

MATTER:  CLAIMANTS COMMITTEE                    ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|---------------------|---|--------|
| 06/10/10 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 712775940 Tracking Number: 792829267408 Reference: 100055 WRG01 02594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, PC, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Robert Siegel, Traub Eglin Lieberman Straus, Mid Westchester Executive Park, HAWTHORNE, NY, 10532, US | E107 | 7.50 |
| 06/10/10 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 712775940 Tracking Number: 799452937277 Reference: 100055 wrg01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, PC, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Ira Revich, Charlston, Revich & Wollitz LL, 1925 Century Park E Ste 1250, LOS ANGELES, CA, 90067, US | E107 | 13.23 |
| 06/10/10 | LOCAL TRAVEL - VENDOR: PETTY CASH NY OFFICE 05/18/10 - CARFARE - PICK UP BRIEF AT THE 1ST DEPT. FOR R. CHUNG | E109 | 4.50 |
| 06/10/10 | LOCAL TRAVEL - VENDOR: PETTY CASH NY OFFICE 05/18/10 - CARFARE - COPY DOCUMENTS AT NY SUPREME COURT FOR R. HORKOVICH | E109 | 4.50 |
| 06/10/10 | LOCAL TRAVEL - VENDOR: PETTY CASH NY OFFICE 05/19/10 - CARFARE - RETURN TO THE 1ST DEPT. FOR R. CHUNG | E109 | 4.50 |
| 06/10/10 | DI - PHOTOCOPYING | E101 | 0.10 |
| 06/10/10 | DI - PHOTOCOPYING | E101 | 2.40 |
| 06/11/10 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 712775940 Tracking Number: 792185671674 Reference: 100055 WRG01 02594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, PC, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Michael Brown, Drinker Biddle & Reath LLP, One Logan Square, PHILADELPHIA, PA, 191036996, US | E107 | 8.01 |
| 06/11/10 | DI - PHOTOCOPYING | E101 | 1.00 |
| 06/11/10 | DI - PHOTOCOPYING | E101 | 2.00 |
| 06/11/10 | DI - PHOTOCOPYING | E101 | 0.40 |
| 06/11/10 | DI - PHOTOCOPYING | E101 | 0.10 |
| 06/11/10 | DI - PHOTOCOPYING | E101 | 0.40 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**         **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 19

W.R. GRACE/CLAIMANTS COMMITTEE      MATTER:     100055.WRG01

July 19, 2010          INVOICE:       238633

MATTER:  CLAIMANTS COMMITTEE       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|----------------------|------|--------|
| 06/11/10 | DI - PHOTOCOPYING | E101 | 6.60 |
| 06/11/10 | DI - PHOTOCOPYING | E101 | 0.40 |
| 06/15/10 | DI - PHOTOCOPYING | E101 | 0.10 |
| 06/15/10 | DI - PHOTOCOPYING | E101 | 0.50 |
| 06/15/10 | DI - PHOTOCOPYING | E101 | 2.00 |
| 06/16/10 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 577078992 Tracking Number: 799453360036 Reference: 100055 WRG01 01 587 Billing Note: From: ROBERT CHUNG, ANDERSON KILL & OLICK, PC, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020, US To: BRETT POWELL, PRO INSURANCE SOLUTIONS LTD., ISIS BUILDING 193 MARSH WALL , LONDON, E149SG, GB | E107 | 29.21 |
| 06/16/10 | DI - POSTAGE | E108 | 0.88 |
| 06/16/10 | DI - PHOTOCOPYING | E101 | 9.30 |
| 06/16/10 | DI - PHOTOCOPYING | E101 | 8.60 |
| 06/16/10 | DI - PHOTOCOPYING | E101 | 8.60 |
| 06/16/10 | DI - PHOTOCOPYING | E101 | 7.90 |
| 06/16/10 | DI - PHOTOCOPYING | E101 | 0.80 |
| 06/16/10 | DI - PHOTOCOPYING | E101 | 47.90 |
| 06/16/10 | DI - PHOTOCOPYING | E101 | 7.90 |
| 06/16/10 | DI - PHOTOCOPYING | E101 | 31.20 |
| 06/16/10 | DI - PHOTOCOPYING | E101 | 0.10 |
| 06/17/10 | DI - PHOTOCOPYING | E101 | 0.50 |
| 06/17/10 | DI - PHOTOCOPYING | E101 | 0.60 |
| 06/17/10 | DI - PHOTOCOPYING | E101 | 0.30 |
| 06/17/10 | DI - PHOTOCOPYING | E101 | 0.10 |
| 06/17/10 | DI - PHOTOCOPYING | E101 | 2.00 |
| 06/17/10 | DI - PHOTOCOPYING | E101 | 21.30 |
| 06/17/10 | DI - PHOTOCOPYING | E101 | 7.20 |
| 06/17/10 | DI - PHOTOCOPYING | E101 | 8.30 |
| 06/17/10 | DI - PHOTOCOPYING | E101 | 2.40 |
| 06/17/10 | DI - PHOTOCOPYING | E101 | 8.50 |
| 06/17/10 | DI - PHOTOCOPYING | E101 | 9.00 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 20

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:    100055.WRG01 |
| July 19, 2010 | INVOICE:        238633 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|----------------------|---|--------|
| 06/17/10 | DI - PHOTOCOPYING | E101 | 3.60 |
| 06/18/10 | DI - PHOTOCOPYING | E101 | 1.60 |
| 06/21/10 | FILING OR WITNESS FEES - VENDOR: ADMINISTRATIVE OFFICE OF PA COURTS Collateral acct | E125 | 60.00 |
| 06/21/10 | DI - PHOTOCOPYING | E101 | 2.60 |
| 06/22/10 | AP - TELEPHONE - VENDOR: COURT CALL LLC Initial fee for telephonic hearing 8/9/10 | E125 | 30.00 |
| 06/22/10 | AP - TELEPHONE - VENDOR: COURT CALL LLC Initial fee for telephonic hearing 9/13/10 | E125 | 30.00 |
| 06/22/10 | AP - TELEPHONE - VENDOR: COURT CALL LLC Initial fee for telephonic hearing 10/18/10 | E125 | 30.00 |
| 06/22/10 | AP - TELEPHONE - VENDOR: COURT CALL LLC Initial fee for telephonic hearing 11/15/10 | E125 | 30.00 |
| 06/22/10 | AP - TELEPHONE - VENDOR: COURT CALL LLC Initial fee for telephonic hearing 12/13/10 | E125 | 30.00 |
| 06/22/10 | MEALS AWAY & TRAVEL EXP. - VENDOR: HORKOVICH, ROBERT M. Dinner while traveling back from Pittsburgh for hearing in front of Judge Fitzgerald 1/5/10 | E125 | 9.49 |
| 06/22/10 | DI - PHOTOCOPYING | E101 | 4.80 |
| 06/22/10 | DI - PHOTOCOPYING | E101 | 2.80 |
| 06/22/10 | DI - PHOTOCOPYING | E101 | 0.20 |
| 06/22/10 | DI - PHOTOCOPYING | E101 | 0.90 |
| 06/23/10 | AP - TELEPHONE - VENDOR: AT&T TELECONFERENCE SERVICES 5197521500001 Teleconference | E125 | 4.87 |
| 06/24/10 | CLIENT - ON-LINE COMP SVC - VENDOR: TD BANK Electronic docket | E125 | 9.68 |
| 06/25/10 | DI - PHOTOCOPYING | E101 | 0.10 |
| 06/30/10 | LEGAL RESEARCH - LEXIS/NEXIS - MEALEYS - VENDOR: MATTHEW BENDER & CO., INC #8903006853 Mealey's document | E125 | 43.55 |

**TOTAL COSTS:**                                                          **$716.97**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 21

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:      100055.WRG01

July 19, 2010                                 INVOICE:        238633

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| WORK | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| AF | AIRFREIGHT | 68.96 |
| CM | CLIENT - ON-LINE COMP SVC | 9.68 |
| FE | FILING OR WITNESS FEES | 60.00 |
| LT | LOCAL TRAVEL | 19.25 |
| MY | LEGAL RESEARCH - LEXIS/NEXIS - MEALEYS | 43.55 |
| PG | DI - POSTAGE - | 2.27 |
| TE | AP - TELEPHONE - | 184.87 |
| TS | MEALS AWAY & TRAVEL EXP. | 9.49 |
| XE | DI - PHOTOCOPYING - | 318.90 |
| | **TOTAL COSTS:** | **$716.97** |

**TOTAL DUE:**                                   **$230,022.97**

{D0184380.1 }