Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period June 1, 2010 through June 30, 2010

| Date | Staff | Description | Hours | 2010 Rate | Amount |
|---|---|---|---|---|---|
| Bradley Rapp - Senior Managing Director | | | | | |
| 02-Jun-10 | BR | Review and analysis of Grace 10-Q for the second quarter of 2010. | 3.20 | $ 595.00 | $ 1,904.00 |
| 03-Jun-10 | BR | Review of weekly update report on Grace. | 0.10 | $ 595.00 | $ 59.50 |
| 03-Jun-10 | BR | Review of Grace weekly update report. | 0.10 | $ 595.00 | $ 59.50 |
| 05-Jun-10 | BR | Review of motion for authorization to enter into environmental consent decree with the United States regarding the Blackburn and Union Privileges site in Walpole, MA. | 0.60 | $ 595.00 | $ 357.00 |
| 16-Jun-10 | BR | Review of weekly update report on Grace. | 0.10 | $ 595.00 | $ 59.50 |
| 21-Jun-10 | BR | Review of memo relating to Grace's motion to make pension fund contributions. | 0.10 | $ 595.00 | $ 59.50 |
| 22-Jun-10 | BR | Review of e-mail correspondence relating to implementation of a defined contribution pension plan for new hirees. | 0.10 | $ 595.00 | $ 59.50 |
| 22-Jun-10 | BR | Review and analysis of AON report with respect to potential conversions of defined benefit pension plan to defined contribution plan via soft freeze or hard freeze. | 1.30 | $ 595.00 | $ 773.50 |
| 22-Jun-10 | BR | Review of weekly update report on Grace. | 0.10 | $ 595.00 | $ 59.50 |
| 22-Jun-10 | BR | Research on pension plan issues in connection with review and analysis of AON report. | 1.60 | $ 595.00 | $ 952.00 |
| | | Total Bradley Rapp | 7.30 | | $4,343.50 |
| James Sinclair - Senior Managing Director | | | | | |
| 3-Jun-10 | JS | Review pricing data and valuation information for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 4-Jun-10 | JS | Review, analyze draft of Defined Benefit Pension Plans Motion (DB Motion), review prior years' motions and payments for purposes of advising ACC counsel. | 2.60 | $ 595.00 | $ 1,547.00 |
| 4-Jun-10 | JS | Review, analyze Motion for Authorization to Enter into Settlement Regarding Walpole, MA Superfund Site (Walpole Motion) for purposes of advising ACC counsel. | 2.20 | $ 595.00 | $ 1,309.00 |
| 7-Jun-10 | JS | Review pricing data and valuation information for purposes of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| 10-Jun-10 | JS | Review draft of DB Motion, Bank Presentation Forecast, draft question in preparation for conference call on 6/10/10. | 0.80 | $ 595.00 | $ 476.00 |
| 10-Jun-10 | JS | Conference call with Company and Blackstone regarding DB Motion for purposes of advising counsel. | 0.40 | $ 595.00 | $ 238.00 |
| 14-Jun-10 | JS | Review, analyze Motion for Authorization to Enter into Settlement Regarding Easthampton, MA Superfund Site (Easthampton Motion) for purposes of advising ACC counsel. | 2.50 | $ 595.00 | $ 1,487.50 |
| 14-Jun-10 | JS | Review DB Motion and Exhibits as filed for purposes of advising ACC counsel. | 1.20 | $ 595.00 | $ 714.00 |
| 16-Jun-10 | JS | Review pricing data and valuation information for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 18-Jun-10 | JS | Review letter from FCR counsel regarding DB Plan and Motion. Write memorandum to ACC counsel for purposes of advising same. | 1.30 | $ 595.00 | $ 773.50 |
| 21-Jun-10 | JS | Write memorandum to ACC counsel regarding DB Motion for purposes of making recommendation to counsel. | 1.20 | $ 595.00 | $ 714.00 |
| 21-Jun-10 | JS | Write memorandum to ACC counsel regarding Walpole Motion and Easthampton Motion (Superfund Sites) for purposes of making recommendation to counsel. | 1.70 | $ 595.00 | $ 1,011.50 |
| 22-Jun-10 | JS | Commence review and analysis of AON Retirement Plan Design Study for purposes of advising ACC counsel. | 2.80 | $ 595.00 | $ 1,666.00 |
| 25-Jun-10 | JS | Write memorandum to ACC counsel regarding AON Retirement Plan Study for purposes of advising ACC counsel. | 1.30 | $ 595.00 | $ 773.50 |
| 28-Jun-10 | JS | Review pricing data and valuation information for purpose of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| | | Total James Sinclair | 20.30 | | $ 12,078.50 |
| Robert Lindsay - Managing Director | | | | | |
| 23-Jun-10 | RL | Review of May 2010 Invoice. | 0.20 | $ 550.00 | $ 110.00 |
| | | Total Robert Lindsay | 0.20 | | $ 110.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period June 1, 2010 through June 30, 2010

| Date | Staff | Description | Hours | 2010 Rate | Amount |
|---|---|---|---|---|---|
| Peter Cramp - Senior Analyst | | | | | |
| 01-Jun-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 275.00 | $ 440.00 |
| 07-Jun-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $ 275.00 | $ 412.50 |
| 07-Jun-10 | PC | Review Debtors' Motion for entry of an Order authorizing entry into a Consent Decree with the United States Regarding the Blackburn and Union Privileges Superfund Site – Walpole MA for due diligence. | 1.10 | $ 275.00 | $ 302.50 |
| 14-Jun-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $ 275.00 | $ 385.00 |
| 22-Jun-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $ 275.00 | $ 357.50 |
| 22-Jun-10 | PC | Review pension and environmental memoranda from J. Sinclair for due diligence and monitoring. | 0.70 | $ 275.00 | $ 192.50 |
| 22-Jun-10 | PC | Review AON Salaried Retirement Plan Design Study for due diligence. | 1.70 | $ 275.00 | $ 467.50 |
| 23-Jun-10 | PC | Review May Fee Application. | 0.40 | $ 275.00 | $ 110.00 |
| 28-Jun-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $ 275.00 | $ 357.50 |
| | | Total Peter Cramp | 11.00 | | $ 3,025.00 |
| Gibbons Sinclair - Senior Analyst | | | | | |
| 22-Jun-10 | GS | Review materials regarding Grace DB Motion and AON Retirement Plan Study for due diligence. | 1.90 | $ 275.00 | $ 522.50 |
| 23-Jun-10 | GS | Create WR Grace May 2010 invoice. | 1.70 | $ 275.00 | $ 467.50 |
| | | Total Gibbons Sinclair | 3.60 | | $ 990.00 |
| | | **TOTAL** | 42.40 | | $ 20,547.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period June 1, 2010 through June 30, 2010

| Date | Staff | Description | Hours | 2010 Rate | Amount |
|---|---|---|---|---|---|
| Asset Analysis and Recovery | | | | | |
| 04-Jun-10 | JS | Review, analyze Motion for Authorization to Enter into Settlement Regarding Walpole, MA Superfund Site (Walpole Motion) for purposes of advising ACC counsel. | 2.20 | $ 595.00 | $ 1,309.00 |
| 05-Jun-10 | BR | Review of motion for authorization to enter into environmental consent decree with the United States regarding the Blackburn and Union Privileges site in Walpole, MA. | 0.6 | $ 595.00 | 357.00 |
| 07-Jun-10 | PC | Review Debtors' Motion for entry of an Order authorizing entry into a Consent Decree with the United States Regarding the Blackburn and Union Privileges Superfund Site – Walpole MA for due diligence. | 1.10 | $ 275.00 | $ 302.50 |
| 14-Jun-10 | JS | Review, analyze Motion for Authorization to Enter into Settlement Regarding Easthampton, MA Superfund Site (Easthampton Motion) for purposes of advising ACC counsel. | 2.50 | $ 595.00 | $ 1,487.50 |
| 21-Jun-10 | JS | Write memorandum to ACC counsel regarding Walpole Motion and Easthampton Motion (Superfund Sites) for purposes of making recommendation to counsel. | 1.70 | $ 595.00 | $ 1,011.50 |
| | | Total Asset Analysis and Recovery | 8.10 | | $ 4,467.50 |
| Employee Benefits/Pension | | | | | |
| 04-Jun-10 | JS | Review, analyze draft of Defined Benefit Pension Plans Motion (DB Motion), review prior years' motions and payments for purposes of advising ACC counsel. | 2.60 | $ 595.00 | $ 1,547.00 |
| 10-Jun-10 | JS | Review draft of DB Motion, Bank Presentation Forecast, draft question in preparation for conference call on 6/10/10. | 0.80 | $ 595.00 | $ 476.00 |
| 10-Jun-10 | JS | Conference call with Company and Blackstone regarding DB Motion for purposes of advising counsel. | 0.40 | $ 595.00 | $ 238.00 |
| 14-Jun-10 | JS | Review DB Motion and Exhibits as filed for purposes of advising ACC counsel. | 1.20 | $ 595.00 | $ 714.00 |
| 18-Jun-10 | JS | Review letter from FCR counsel regarding DB Plan and Motion. Write memorandum to ACC counsel for purposes of advising same. | 1.30 | $ 595.00 | $ 773.50 |
| 21-Jun-10 | BR | Review of memo relating to Grace's motion to make pension fund contributions. | 0.10 | $ 595.00 | $ 59.50 |
| 21-Jun-10 | JS | Write memorandum to ACC counsel regarding DB Motion for purposes of making recommendation to counsel. | 1.20 | $ 595.00 | $ 714.00 |
| 22-Jun-10 | BR | Review of e-mail correspondence relating to implementation of a defined contribution pension plan for new hires. | 0.10 | $ 595.00 | $ 59.50 |
| 22-Jun-10 | BR | Review and analysis of AON report with respect to potential conversions of defined benefit pension plan to defined contribution plan via soft freeze or hard freeze. | 1.30 | $ 595.00 | $ 773.50 |
| 22-Jun-10 | BR | Research on pension plan issues in connection with review and analysis of AON report. | 1.60 | $ 595.00 | $ 952.00 |
| 22-Jun-10 | JS | Commence review and analysis of AON Retirement Plan Design Study for purposes of advising ACC counsel. | 2.80 | $ 595.00 | $ 1,666.00 |
| 22-Jun-10 | PC | Review pension and environmental memoranda from J. Sinclair for due diligence and monitoring. | 0.70 | $ 275.00 | $ 192.50 |
| 22-Jun-10 | PC | Review AON Salaried Retirement Plan Design Study for due diligence. | 1.70 | $ 275.00 | $ 467.50 |
| 22-Jun-10 | GS | Review materials regarding Grace DB Motion and AON Retirement Plan Study for due diligence. | 1.90 | $ 275.00 | $ 522.50 |
| 25-Jun-10 | JS | Write memorandum to ACC counsel regarding AON Retirement Plan Study for purposes of advising ACC counsel. | 1.30 | $ 595.00 | $ 773.50 |
| | | Total Employee Benefits/Pension | 19.00 | | $ 9,929.00 |
| Fee Applications (Applicant) | | | | | |
| 23-Jun-10 | RL | Review of May 2010 Invoice. | 0.20 | $ 550.00 | $ 110.00 |
| 23-Jun-10 | PC | Review May Fee Application. | 0.40 | $ 275.00 | $ 110.00 |
| 23-Jun-10 | GS | Create WR Grace May 2010 invoice. | 1.70 | $ 275.00 | $ 467.50 |
| | | Total Fee Applications (Applicant) | 2.30 | | $ 687.50 |

Valuation

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period June 1, 2010 through June 30, 2010

| Date | Staff | Description | Hours | 2010 Rate | Amount |
|---|---|---|---|---|---|
| 01-Jun-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 275.00 | $ 440.00 |
| 02-Jun-10 | BR | Review and analysis of Grace 10-Q for the second quarter of 2010. | 3.20 | $ 595.00 | $ 1,904.00 |
| 03-Jun-10 | BR | Review of weekly update report on Grace. | 0.10 | $ 595.00 | $ 59.50 |
| 03-Jun-10 | BR | Review of Grace weekly update report. | 0.10 | $ 595.00 | $ 59.50 |
| 03-Jun-10 | JS | Review pricing data and valuation information for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 07-Jun-10 | JS | Review pricing data and valuation information for purposes of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| 07-Jun-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $ 275.00 | $ 412.50 |
| 14-Jun-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $ 275.00 | $ 385.00 |
| 16-Jun-10 | BR | Review of weekly update report on Grace. | 0.10 | $ 595.00 | $ 59.50 |
| 16-Jun-10 | JS | Review pricing data and valuation information for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 22-Jun-10 | BR | Review of weekly update report on Grace. | 0.10 | $ 595.00 | $ 59.50 |
| 22-Jun-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $ 275.00 | $ 357.50 |
| 28-Jun-10 | JS | Review pricing data and valuation information for purpose of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 28-Jun-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $ 275.00 | $ 357.50 |
| | | Total Valuation | 13.00 | | $ 5,463.00 |
| | | **TOTAL** | 42.40 | | $ 20,547.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period June 1, 2010 through June 30, 2010
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 7.30 | $ 595.00 | $ 4,343.50 |
| James Sinclair - Senior Managing Director | 20.30 | $ 595.00 | $ 12,078.50 |
| Robert Lindsay - Managing Director | 0.20 | $ 550.00 | $ 110.00 |
| Peter Cramp - Senior Analyst | 11.00 | $ 275.00 | $ 3,025.00 |
| Gibbons Sinclair - Senior Analyst | 3.60 | $ 275.00 | $ 990.00 |
| Total Professional Hours and Fees | 42.40 | | $ 20,547.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - June 1, 2010 through June 30, 2010

| Date | Description of Item | Amount |
|---|---|---|
| | No Expenses During this Period. | |
| | Total Expenses June 1, 2010 through June 30, 2010 | $0.00 |