## **EXHIBIT A**

### **Case Administration (1.60 Hours; $ 1,061.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .60 | $860 | 516.00 |
| Rita C. Tobin | 1.00 | $545 | 545.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/02/10 | PVL | 860.00 | 0.10 | Review 10 misc. filings. |
| 06/04/10 | RCT | 545.00 | 0.20 | Review dockets and local counsel recommendations re EI update (0.2) |
| 06/07/10 | PVL | 860.00 | 0.10 | Review 6 misc filings. |
| 06/08/10 | PVL | 860.00 | 0.10 | Review 7 misc filings. |
| 06/11/10 | RCT | 545.00 | 0.20 | Review dockets and local counsel recommendations re EI update (0.2) |
| 06/14/10 | PVL | 860.00 | 0.10 | Review 8 misc filings. |
| 06/16/10 | RCT | 545.00 | 0.20 | Review dockets and local counsel recommendations re EI update (0.2) |
| 06/22/10 | RCT | 545.00 | 0.20 | Review dockets and local counsel recommendations re EI update (0.2) |
| 06/29/10 | PVL | 860.00 | 0.20 | Review 20 miscellaneous filings. |
| 06/29/10 | RCT | 545.00 | 0.20 | Review dockets and local counsel recommendations re EI update (0.2) |

**Total Task Code .04      1.60**


### **Employee Benefits/Pension (.40 Hours; $ 344.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .40 | $860 | 344.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|

{D0184384.1 }

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/18/10 | PVL | 860.00 | 0.10 | Review Frankel ltr re pension motion. |
| 06/29/10 | PVL | 860.00 | 0.30 | Review AON report re pension plan. |

**Total Task Code .08    .40**


**Fee Applications, Applicant (3.20 Hours; $ 1,107.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 1.30 | $545 | 708.50 |
| Eugenia Benetos | 1.90 | $210 | 399.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/07/10 | RCT | 545.00 | 0.20 | Review revised fee schedules (0.2) |
| 06/08/10 | RCT | 545.00 | 0.80 | Review prebills (0.8) |
| 06/10/10 | RCT | 545.00 | 0.30 | Review exhibits (0.3) |
| 06/18/10 | EB | 210.00 | 1.10 | Work on monthly fee application. |
| 06/29/10 | EB | 210.00 | 0.20 | Send email to Katie Hemming re: monthly application with exhibits. |
| 06/29/10 | EB | 210.00 | 0.60 | Prepare fee and expense report for fee application exhibit. (.6) |

**Total Task Code .12    3.20**


**Plan & Disclosure Statement (4.70 Hours; $ 4,078.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .40 | $950 | 380.00 |
| Peter Van N. Lockwood | 4.30 | $860 | 3,698.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/01/10 | PVL | 860.00 | 0.10 | Teleconference Wyron re status. |

{D0184384.1 }

| | | | | |
|---|---|---|---|---|
| 06/02/10 | PVL | 860.00 | 0.90 | Teleconference Freedman, Donley, Baer, Frankel and Wyron (.8); review Libby Cls rep to MCC (.1). |
| 06/02/10 | PVL | 860.00 | 0.10 | Review brief re 105 appeal. |
| 06/05/10 | PVL | 860.00 | 0.40 | Prep for hearing (.2); e-mail Freedman (.2). |
| 06/06/10 | PVL | 860.00 | 0.10 | E-mail Freedman re status. |
| 06/07/10 | PVL | 860.00 | 0.60 | Attend hearing (.4); confer Frankel (.2). |
| 06/09/10 | PVL | 860.00 | 0.70 | Teleconference Wyron re status. |
| 06/09/10 | EI | 950.00 | 0.20 | Read Horkovich status memo. |
| 06/10/10 | PVL | 860.00 | 0.10 | Review Horkovich memo. |
| 06/16/10 | PVL | 860.00 | 0.10 | Review email and reply. |
| 06/17/10 | PVL | 860.00 | 0.50 | Teleconference Wyron re status. |
| 06/22/10 | EI | 950.00 | 0.20 | Address Wausau settlement issues. |
| 06/30/10 | PVL | 860.00 | 0.70 | Teleconference w/Wyron (.1); review emails and reply (.2); review draft RJN (.1); review revised draft CNA agreement (.3). |

**Total Task Code .17        4.70**


**Travel Non-working (4.70 Hours; $ 2,021.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 4.70 | $430 | 2,021.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/07/10 | PVL | 430.00 | 4.70 | Travel to/from Wilmington. |

**Total Task Code .21        4.70**

## Fee Auditor Matters (2.00 Hours; $ 889.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 1.40 | $545 | 763.00 |
| Eugenia Benetos | .60 | $210 | 126.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/22/10 | RCT | 545.00 | 0.50 | Address fee auditor issues (0.5) |
| 06/29/10 | RCT | 545.00 | 0.40 | Address fee auditor issues (0.4) |
| 06/29/10 | EB | 210.00 | 0.60 | Perform review of court docket re: fee auditor's report (.6). |
| 06/30/10 | RCT | 545.00 | 0.50 | Address fee issues (0.5) |

**Total Task Code.32**     2.00

{D0184384.1 }

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 1,880.40 |
| Air Freight & Express Mail | 31.97 |
| Long Distance-Equitrac In-House | 2.08 |
| Meals Related to Travel | 6.25 |
| Travel Expenses - Ground Transportation | 17.00 |
| Xeroxing | 2.30 |
| **Total:** | **$ 1,940.00** |

{D0184384.1 }