**EXHIBIT B**

**Case Administration (1.60 Hours; $ 1,061.00)**

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04         1.60**

**Employee Benefits/Pension (.40 Hours; $ 344.00)**

Services rendered in this category include the Debtor's benefits and severance programs and other issues relating to the Debtor's employees.

**Total Task Code .08         .40**

**Fee Applications, Applicant (3.20 Hours; $ 1,107.50)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12         3.20**

**Plan & Disclosure Statement (4.70 Hours; $ 4,078.00)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17         4.70**

**Travel – Non-Working (4.70 Hours; $ 2,021.00)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21         4.70**

**Fee Auditor Matters (2.00 Hours; $ 889.00)**

{D0184385.1 }

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32        2.00**

{D0184385.1 }