## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 1,880.40 |
| Air Freight & Express Mail | 31.97 |
| Long Distance-Equitrac In-House | 2.08 |
| Meals Related to Travel | 6.25 |
| Travel Expenses - Ground Transportation | 17.00 |
| Xeroxing | 2.30 |
| **Total:** | **$ 1,940.00** |

{D0184386.1 }