**Client Number:  4642**          **Grace Asbestos Personal Injury Claimants**

**Matter        000**             **Disbursements**

Print Date/Time: 07/20/2010  4:54:28PM

Attn:

Invoice #

## PREBILL / CONTROL  REPORT

Trans Date Range:  1/1/1950  to: 6/30/2010

**Matter       000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 6/18/2010 | 13,655 |
|---|---|---|---|---|---|---|---|---|

$4,759.14

Client Retainers Available          Committed to Invoices:          $0.00          Remaining:          $4,759.14

$3,879,216.07

Total Expenses Billed To Date

| Billing Empl: | 0120 | Elihu  Inselbuch |
|---|---|---|
| Responsible Empl: | 0120 | Elihu  Inselbuch |
| Alternate Empl: | 0120 | Elihu  Inselbuch |
| Originating Empl: | 0120 | Elihu  Inselbuch |

**Summary  by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G--------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 1,903.65 | 0.00 | 1,903.65 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 31.97 | 0.00 | 31.97 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 4.38 | 0.00 | 4.38 |
| **Total Fees** | | | **0.00** | **1,940.00** | **0.00** | **1,940.00** |

**Detail Time / Expense  by  Date**

| | | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G--------- | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2545799 | Equitrac - Long Distance to 14142649461 | E | 06/07/2010 | 0999 C&D | | 0.00 | $0.04 | | 0.00 | $0.04 | 0.04 |
| 2545888 | Equitrac - Long Distance to 12123199240 | E | 06/08/2010 | 0999 C&D | | 0.00 | $0.52 | | 0.00 | $0.52 | 0.56 |
| 2545169 | Petty Cash -Amtrak Train Ticket Exchange Fee for travel to/from Pittsburgh, PA, 6/7/10  (PVNL) | E | 06/08/2010 | 0020 PVL | | 0.00 | $19.00 | | 0.00 | $19.00 | 19.56 |

{D0184387.1 }

Client Number:  4642
Matter      000

Grace Asbestos Personal Injury Claimants
Disbursements

Page: 1
7/20/2010

Print Date/Time: 07/20/2010  4:54:28PM

Attn:
Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2545170 | Petty Cash -Snack for travel to/from Pittsburgh, PA, 6/7/10  (PVNL) | E | 06/08/2010 | 0020 | PVL | 0.00 | $6.25 | 0.00 | $6.25 | 25.81 |
| 2545171 | Petty Cash -Parking at DC Union Station for travel to/from Pittsburgh, PA, 6/7/10  (PVNL) | E | 06/08/2010 | 0020 | PVL | 0.00 | $17.00 | 0.00 | $17.00 | 42.81 |
| 2546016 | Equitrac - Long Distance to 14142649461 | E | 06/09/2010 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 42.89 |
| 2546178 | Equitrac - Long Distance to 14142649461 | E | 06/10/2010 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 42.97 |
| 2546602 | Federal Express -Delivery to K.Hemming, 5/21/10 (EI) | E | 06/15/2010 | 0120 | EI | 0.00 | $12.60 | 0.00 | $12.60 | 55.57 |
| 2546603 | Federal Express -Delivery to W.Smith, 5/21/10 (EI) | E | 06/15/2010 | 0120 | EI | 0.00 | $19.37 | 0.00 | $19.37 | 74.94 |
| 2546687 | Equitrac - Long Distance to 13122366166 | E | 06/16/2010 | 0999 | C&D | 0.00 | $1.36 | 0.00 | $1.36 | 76.30 |
| 2548117 | Executive Travel Associates -Agent Fee, re: Coach Airfare for travel to/from Pittsburgh, PA, 6/8/10 - 6/10/10  (PVNL) | E | 06/17/2010 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 116.30 |
| 2548118 | Executive Travel Associates -Coach Airfare for travel to/from Pittsburgh, PA, 6/8/10 - 6/10/10 (PVNL) | E | 06/17/2010 | 0020 | PVL | 0.00 | $1,821.40 | 0.00 | $1,821.40 | 1,937.70 |
| 2553966 | Photocopy | E | 06/18/2010 | 0999 | C&D | 0.00 | $2.30 | 0.00 | $2.30 | 1,940.00 |

**Total Expenses**

| | | | | |
|---|---|---|---|---|
| | | $1,940.00 | | $1,940.00 |
| | 0.00 | | 0.00 | |
| Matter Total Fees | | 0.00 | | 0.00 |
| Matter Total Expenses | | 1,940.00 | | 1,940.00 |
| Matter Total | 0.00 | 1,940.00 | 0.00 | 1,940.00 |
| | | | | |
| Prebill Total Fees | | | | |
| Prebill Total Expenses | | $1,940.00 | | $1,940.00 |
| Prebill Total | 0.00 | $1,940.00 | 0.00 | $1,940.00 |

**Previous Billings**

Client Number:  4642          Grace Asbestos Personal Injury Claimants                                    Page: 1

Matter     000               Disbursements                                                               7/20/2010

Print Date/Time: 07/20/2010  4:54:28PM

Attn:

Invoice #

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|-----------|-------------|-------------:|----------:|
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 73,026 | 02/26/2010 | 150,698.25 | 30,139.65 |
| 73,613 | 03/19/2010 | 43,300.50 | 8,660.10 |
| 74,007 | 04/22/2010 | 55,577.50 | 11,115.50 |
| 74,690 | 05/21/2010 | 35,568.47 | 35,568.47 |
| 75,024 | 06/18/2010 | 30,686.33 | 30,686.33 |
|  |  | 331,452.05 | 119,294.25 |

{D0184387.1 }