IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |
| | | *Final Agenda* |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON AUGUST 9, 2010, AT 10:00 A.M. BEFORE THE HONORABLE
JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE**

**\* PLEASE NOTE THIS HEARING HAS BEEN CANCELLED AT THE REQUEST OF
THE COURT AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**

**CONTINUED MATTERS:**

1. Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 3/28/07] (Docket No. 15013)

    Related Documents:

    a. [Signed] Order Continuing Debtors' Objection to Claim Filed by Massachusetts Department of Revenue [Filed: 8/24/09] (Docket No. 23119)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Response Deadline: April 13, 2007, at 4:00 p.m.

Responses Received:

a.  Response in Opposition By Commissioner of Massachusetts Department of Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department of Revenue [Filed: 4/13/07] (Docket No. 15170)

Status: This matter is continued to September 13, 2010, at 10:00 a.m.

2.  Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

    Related Documents:

    a.  [Signed] Order Approving Stipulation to Continue Hearing Pending Mediation [Filed: 1/7/10] (Docket No. 24122)

    Response Deadline: September 12, 2008, at 4:00 p.m. *(extended until September 26, 2008 for A/N)*

    Responses Received:

    a.  Response By New York State Department of Taxation and Finance to Debtors' Twenty Fifth Omnibus Objection to Claims [Filed: 9/5/08] (Docket No. 19469)

    b.  Response of Commonwealth of Pennsylvania, Department of Revenue to Debtor's Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

    c.  Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

    d.  Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

    Status: This matter is continued to September 13, 2010, at 10:00 a.m.

**TOLLED MATTER:**

3.  Motion of Plum Creek Timberlands, L.P. to Allow Late Filing of Proofs of Claim [Filed: 7/2/10] (Docket No. 25040)

    Related Documents:

    a.  [Proposed] Order Granting Motion of Plum Creek Timberlands, L.P. to Allow Late Filing of Proofs of Claim [Filed: 7/2/10] (Docket No. 25040, Exhibit B)

b. Debtors Request for Approval of Tolling Agreement Between the Debtors and Plum Creek Regarding Plum Creek's Motion to Allow Late Filing of Proofs of Claim [Filed: 7/23/10] (Docket No. 25113)

    i. [Proposed] Order Approving Tolling Agreement Regarding Plum Creek's Motion to Allow Late Filing of Proofs of Claim [Filed: 7/23/10] (Docket No. 25113)

c. **[Signed] Order Granting Motion of Plum Creek Timberlands, L.P. to Allow Late Filing of Proofs of Claim [Entered 8/3/10] (Docket No. 25154)**

Responses Deadline: July 23, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: The parties have entered into a Tolling Agreement with respect to the Motion. The Motion shall be withdrawn without prejudice and may be re-filed after the Effective Date of the Plan with all rights of all parties reserved. **The Court has entered an order granting the motion.** No hearing is needed at this time.

## UNCONTESTED MATTERS:

4. Debtors' Motion Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Agreement Between W. R. Grace & Co. and Nationwide Indemnity Company, on Behalf of Employers Insurance of Wausau [Filed: 6/28/10] (Docket No. 24994)

Related Documents:

a. [Proposed] Order Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules o.f Bankruptcy Procedure for an Order Approving the Settlement Agreement Between W. R. Grace & Co. and Nationwide Indemnity Company, on Behalf of Employers Insurance of Wausau [Filed: 6/28/10] (Docket No. 24994)

b. Certification of No Objection Regarding Debtors' Motion Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Agreement Between W. R. Grace & Co. and Nationwide Indemnity Company, on Behalf of Employers Insurance of Wausau **[Filed 7/26/2010] (Docket No. 25119)**

c. **[signed] Order Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure Approving the Settlement Agreement Between W. R. Grace & Co. and Nationwide Indemnity Company, on Behalf of Employers Insurance of Wausau [Entered 8/3/2010] (Docket No. 25156)**

Responses Deadline: July 23, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the Motion. **The Court has entered an order approving the settlement agreement..**

5. Motion to Re-Open Fraudulent Conveyance Adversary Proceedings to Permit the Filing of Remaining Quarterly Fee Applications and Allowance and Payment of Remaining Holdbacks [Filed: 7/2/10] [Main Case No. 01-1139, Docket No. 25038) [Adv. Pro. No. 02-2210, Docket No. 758] [Adv. Pro. No. 02-2211, Docket No. 25]

Related Documents:

a. [Proposed] Order Re-Opening Fraudulent Conveyance Adversary Proceedings to Permit the Filing of Remaining Quarterly Fee Applications and Allowance and Payment of Remaining Holdbacks [Filed: 7/2/10] ] [Main Case No. 01-1139, Docket No. 25038) [Adv. Pro. No. 02-2210, Docket No. 758] [Adv. Pro. No. 02-2211, Docket No. 25]

b. Certification of No Objection Regarding Motion to Re-Open Fraudulent Conveyance Adversary Proceedings to Permit the Filing of Remaining Quarterly Fee Applications and Allowance and Payment of Remaining Holdbacks **[Filed: 7/26/10] [Main Case No. 01-1139, Docket No. 25120) [Adv. Pro. No. 02-2210, Docket No. 759] [Adv. Pro. No. 02-2211, Docket No. 26]**

c. **[signed] Order Re-Opening Fraudulent Conveyance Adversary Proceedings to Permit the Filing of Remaining Quarterly Fee Applications and Allowance and Payment of Remaining Holdbacks [Entered 8/3/2010] (Main Case 01-1139; Docket No. 25157) (Adv. Pro. No. 02-2210, Docket No. 760) (Adv. Pro. No. 02-2211, Docket No. 27)**

Responses Deadline: July 23, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the Motion. **The Court has entered an order granting the motion.**

Dated: **August 3**, 2010

KIRKLAND & ELLIS LLP
Theodore L. Freedman
601 Lexington Avenue
New York, New York 10022
(212) 446-4800

and

THE LAW OFFICES OF JANET S. BAER, P.C.
Janet S. Baer, P.C.
Roger J. Higgins
70 W. Madison St., Suite 2100
Chicago, IL 60602-4253
(312) 641-2162

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for the Debtors and Debtors-in-Possession