IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: 8/23/10 @ 4ºº pm |

## SUMMARY APPLICATION OF KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR INTELLECTUAL PROPERTY FOR W.R. GRACE & CO., ET AL., THROUGH THE MONTHLY PERIOD OF May 31, 2010

| | |
|---|---|
| Name of Applicant: | **Kaye Scholer LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention as Special Counsel for Intellectual Property | **Retention Order entered April 7, 2010** |
| Period for which compensation and reimbursement is sought | **January 2010 - May 31, 2010** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$74,212.84** |
| Amount of Expense Reimbursement sought | **$      26.58(amount included in total)** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville, Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II, Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc., (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation Gracoal, Inc., Gracoal II, Inc., Guantica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc., (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a  Nestor-BNA Holdings Corporation), MRA Intermedco, Inc., (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Kaye Scholer LLP submits this application for fees and expenses for the months of January 2010 - May 31, 2010. This is the first application for compensation for services that has been filed with the Bankruptcy Court by Kaye Scholer LLP. Previously, Kaye Scholer was appointed Ordinary Course Professional. On April 7, 2010, based on a motion made by Debtor on February 11, 2010, the Bankruptcy Court entered an order authorizing Kaye Scholer LLP to provide further services to Debtor as Special Counsel for Intellectual Property.

There are no monthly applications previously filed by Kaye Scholer LLP.

During this fee period, Kaye Scholer LLP provided intellectual property services in connection with various matters, which are detailed in the attached fee schedules for the matters, and a procedural matter relating to preparation of petitions for submission to this court.

The Kaye Scholer professional who rendered the legal services during the fee period is:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| John P. Rynkiewicz | Counsel | 1981 | Intellectual Property | $567.00 | 130.89 | $74,212.84 |

Total Fees: $74,212.84

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above, for (i) 80% of the amount of $74,212.84, for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee period (January 2010- May 31, 2010), and (b) that the fees are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated: July 2, 2010

John P. Rynkiewicz
Kaye Scholer LLP
901 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 682-3671
jrynkiewicz@kayescholer.com

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  W.R. Grace & Co.-Conn
      7500 Grace Drive
      Columbia, Maryland  21044
      Attn: Robert A. Maggio, Esq.

AS OF:     July 2, 2010

REGARDING:  iBasis
OUR FILE#:   63812/0109

PAGE:    1

### Statement of Account

| Invoice Date | Invoice Number | Days Outstanding | | | |
|---|---|---|---|---|---|
| | | 0-30 | 31-60 | 61-90 | over 90 |
| 01/28/2010 | 623150 | | | | $1,487.50 |
| 03/31/2010 | 628643 | | | | 567.00 |
| 03/31/2010 | 628644 | | | | 1,417.50 |
| Totals | | | | | $3,472.00 |

| | |
|---|---|
| Payments received after 07/01/2010 will be reflected on your next statement. | Current Amount: |
| | Past-due Amount:   $3,472.00 |
| | **TOTAL DUE:**   **$3,472.00** |

### << INVOICES ARE PAYABLE ON RECEIPT >>

If you have paid these invoices or have questions about this statement, please contact Michael Wilson at (202)682-3532.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn
       7500 Grace Drive
       Columbia, Maryland 21044
       Attn: Robert A. Maggio, Esq.

March 31, 2010

RE: iBasis
Our File Number: 63812/0109

Invoice#: 628643
PAGE:    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2010

| | | Hours |
|---|---|---|
| 02/02/2010 | Rynkiewicz, John P | 1.00 |

Overview of issues, status; assess options and likelihood of success; review GRACE management emails regarding lack of use.

| | | |
|---|---|---|
| Total Hours................ | | 1.00 |
| Fees through 02/28/2010................................... | $630.00 | |

\*--------------------------------TIME AND FEE SUMMARY-------------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $630.00 | 1.00 | $630.00 |
| Fees through 02/28/2010............... | | 1.00 | $630.00 |

\*--------------------------------OUTSTANDING BALANCE-------------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 623150 | 01/28/2010 | $1,487.50 |
| Prior Balance Due......................................................................... | | $1,487.50 |

| | | |
|---|---|---|
| Fees this Invoice............................................ | $630.00 | |
| Less Discount of............................................ | (63.00) | |
| Adjusted Fees............................................... | | $567.00 |
| Total Due this Invoice................................... | | $567.00 |
| Prior Balance Due (from above)........................... | | 1,487.50 |
| **TOTAL DUE**........................................................................ | | **$2,054.50** |

**K**AYE SCHOLER LLP

TO:     W.R. Grace & Co.-Conn

March 31, 2010

RE: iBasis
**Our File Number:** 63812/0109

**Invoice#:** 628643
**PAGE:**    2

<u>Kaye Scholer LLP</u>

425 Park Avenue
New York, NY  10022-3598
212-836-8000
Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 628643
Total Amount Due: $2,054.50

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn                                    March 31, 2010
       7500 Grace Drive
       Columbia, Maryland 21044
       Attn: Robert A. Maggio, Esq.


RE: iBasis                                          Invoice#: 628644
Our File Number: 63812/0109                         PAGE:    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2010

---

|            |                                                                                                                                        | Hours |
|------------|----------------------------------------------------------------------------------------------------------------------------------------|-------|
| 01/07/2010 | Rynkiewicz, John P                                                                                                                      | 1.75  |
|            | Review documents from opposing counsel K. McNeely regarding GRACE calling card use and possible opposition; assess issues, options and possible opposition. |       |
| 01/12/2010 | Rynkiewicz, John P                                                                                                                      | 0.75  |
|            | Review status, issues and GRACE's interest in opposing.                                                                                |       |

                                            Total Hours.................  2.50
              Fees through 01/31/2010...................................  $1,575.00


\*-------------------------------TIME AND FEE SUMMARY-------------------------------\*

|                      | Rate     | Hours | Fees      |
|----------------------|----------|-------|-----------|
| Rynkiewicz, John P   | $630.00  | 2.50  | $1,575.00 |
| Fees through 01/31/2010............... | | 2.50  | $1,575.00 |


\*-----------------------------OUTSTANDING BALANCE-----------------------------\*

| Invoice# | Date       | Amount      |
|----------|------------|-------------|
| 623150   | 01/28/2010 | $1,487.50   |
| Prior Balance Due................................................ | | $1,487.50 |


Fees this Invoice..............................     $1,575.00
Less Discount of.............................       (157.50)

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                    March 31, 2010

RE: iBasis                                                      Invoice#: 628644
Our File Number: 63812/0109                                    PAGE:   2

Adjusted Fees...................................................................    $1,417.50
Total Due this Invoice.......................................................    $1,417.50
Prior Balance Due (from above)..........................................    1,487.50
**TOTAL DUE**.................................................................    **$2,905.00**

KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                    March 31, 2010

RE: iBasis                                                      Invoice#: 628644
Our File Number: 63812/0109                                    PAGE:    3

Kaye Scholer LLP

425 Park Avenue
New York, NY  10022-3598
212-836-8000
Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 628644
Total Amount Due: $2,905.00

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.

January 28, 2010

**RE: iBasis**
**Our File Number: 63812/0109**

**Invoice#: 623150**
**PAGE:    1**

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2009

| | | Hours |
|---|---|---|
| 12/08/2009 | Rynkiewicz, John P | 0.50 |
| | Review files, status of potential opposition of GRACE Trademark Application No. 77/606403 in the name of Ibasis, Inc., Class 16; send GRACE inquiry regarding decision to oppose. | |
| 12/16/2009 | Rynkiewicz, John P | 1.42 |
| | Multiple emails to/from GRACE regarding potential opposition; review issues of use and sample Davisioon calling card; advise GRACE regarding same; call top opposing counsel; secure and file consented 60-day extension; advise GRACE and assess options regarding opposition, settling, amending goods etc. | |
| 12/31/2009 | Rynkiewicz, John P | 0.58 |
| | Review status and series of prior communications with the client; check latest consented ext. | |

Total Hours............... 2.50

Fees through 12/31/2009.................................    $1,487.50

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $595.00 | 2.50 | $1,487.50 |
| Fees through 12/31/2009............... | | 2.50 | $1,487.50 |

*-------------------------------OUTSTANDING BALANCE-------------------------------*

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                    January 28, 2010

RE: iBasis                                      Invoice#: 623150
Our File Number: 63812/0109                     PAGE:    2

| Invoice# | Date | Amount |
|---|---|---|
| 618985 | 12/07/2009 | $1,683.85 |
| Prior Balance Due.................................................................. | | $1,683.85 |
| | | |
| Fees this Invoice................................................................... | | $1,487.50 |
| Total Due this Invoice........................................................... | | $1,487.50 |
| Prior Balance Due (from above)............................................. | | 1,683.85 |
| **TOTAL DUE**...................................................................... | | $3,171.35 |

**KAYE SCHOLER LLP**

TO:    W.R. Grace & Co.-Conn                    January 28, 2010

RE: iBasis                                      Invoice#: 623150
Our File Number: 63812/0109                     PAGE:    3

---

Kaye Scholer LLP

425 Park Avenue
New York, NY  10022-3598
212-836-8000
Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 623150
Total Amount Due: $3,171.35

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn.                                        June 30, 2010
       7500 Grace Drive
       Columbia, Maryland 21044
       Attn: Robert A. Maggio, Chief Patent Counsel

**RE:** Davison Silica                                    **Invoice#:** 637201
**Our File Number:** 63812/3001                           **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2010

|            |                                                                                                                                                                                                                                                                                                                             | **Hours** |
|------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
| 03/18/2010 | Rynkiewicz, John P                                                                                                                                                                                                                                                                                                           | 1.00      |
|            | Review GRACE email; review issues in Canadian Trademark Application No. 749847 for GRACE DAVISON; work on response; research goods.                                                                                                                                                                                          |           |
| 03/30/2010 | Rynkiewicz, John P                                                                                                                                                                                                                                                                                                           | 2.25      |
|            | Review Canadian counsel's emails, office action from TM Office in Canadian application for GRACE DAVISON; review GRACE emails regarding same; research GRACE website, regs and search for goods' descriptions similar to those found unacceptable in Canada; review third party websites, chemical dictionaries online; assemble response, amendments and comments for Canadian counsel; update T. Hunter regarding same. |           |
| 04/19/2010 | Rynkiewicz, John P                                                                                                                                                                                                                                                                                                           | 1.00      |
|            | Review T. Hunter email and label/marking issues for Magnapore, GRACE and GRACE Davison; send comments regarding same.                                                                                                                                                                                                        |           |

|                                          |           |
|------------------------------------------|-----------|
| Total Hours................              | 4.25      |
| Fees through 05/31/2010....................................  | $2,677.50 |

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|                    | Rate      | Hours | Fees      |
|--------------------|-----------|-------|-----------|
| Rynkiewicz, John P | $630.00   | 4.25  | $2,677.50 |
| Fees through 05/31/2010............... |  | 4.25  | $2,677.50 |

**KAYE SCHOLER LLP**

TO:    W.R. Grace & Co.-Conn.                                          June 30, 2010

RE: Davison Silica                                          Invoice#: 637201
Our File Number: 63812/3001                                 PAGE:   2

---

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 623151 | 01/28/2010 | $1,041.25 |
| 628646 | 03/31/2010 | 379.89 |
| 628647 | 03/31/2010 | 567.00 |
| Prior Balance Due........................................................ | | $1,988.14 |

| | |
|---|---|
| Fees this Invoice.................................................. | $2,677.50 |
| Less Discount of................................................. | (267.75) |
| Adjusted Fees....................................................... | $2,409.75 |
| Total Due this Invoice......................................... | $2,409.75 |
| Prior Balance Due (from above)............................ | 1,988.14 |
| **TOTAL DUE**......................................................... | **$4,397.89** |

---

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn.                                          June 30, 2010

    RE: Davison Silica                                          Invoice#: 637201
    Our File Number: 63812/3001                                    PAGE:   3

---

Kaye Scholer LLP

                                          425 Park Avenue
                                          New York, NY  10022-3598
                                          212-836-8000
                                          Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 637201
Total Amount Due: $4,397.89

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn.                                    March 31, 2010
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Chief Patent Counsel

**RE: Davison Silica**                                    **Invoice#: 628646**
**Our File Number: 63812/3001**                           **PAGE:    1**

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2010

|            |                                                                                          | Hours |
|------------|------------------------------------------------------------------------------------------|-------|
| 01/04/2010 | Rynkiewicz, John P                                                                        | 0.42  |
|            | Multiple emails and comment re ChemWeek's misspelling of PolyTrak.                        |       |
| 01/05/2010 | Rynkiewicz, John P                                                                        | 0.25  |
|            | Emails from GRACE and the business people on ChemWeeks resolution; send comments re misspelling of PolyTrak to R. Maggio. | |

Total Hours................. 0.67

Fees through 01/31/2010.................................. $422.10

*----------------------------TIME AND FEE SUMMARY----------------------------*

|                      | Rate     | Hours | Fees     |
|----------------------|----------|-------|----------|
| Rynkiewicz, John P   | $630.00  | 0.67  | $422.10  |
| Fees through 01/31/2010............... |  | 0.67  | $422.10  |

| | | |
|---|---|---|
| Fees this Invoice................................. | $422.10 | |
| Less Discount of................................... | (42.21) | |
| Adjusted Fees..................................................... | | $379.89 |
| **Total Due this Invoice................................................** | | **$379.89** |

KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn.                                      March 31, 2010

**RE:** Davison Silica                                    **Invoice#:** 628646
**Our File Number:** 63812/3001                           **PAGE:    2**

---

Kaye Scholer LLP

425 Park Avenue
New York, NY  10022-3598
212-836-8000
Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 628646
Total Amount Due: $379.89

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn.                                       March 31, 2010
       7500 Grace Drive
       Columbia, Maryland 21044
       Attn: Robert A. Maggio, Chief Patent Counsel

**RE: Davison Silica**                                  **Invoice#: 628647**
**Our File Number:** 63812/3001                          **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2010

|  |  | Hours |
|---|---|---|
| 02/19/2010 | Rynkiewicz, John P | 1.00 |
| | Review GRACE email, Canadian agents' correspondence and issues in response to Application No. 749847 for GRACE DAVISON; work on response. | |

|  |  |  |
|---|---|---|
| | Total Hours................ | 1.00 |
| | Fees through 02/28/2010.................................... | $630.00 |

*-----------------------------TIME AND FEE SUMMARY------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $630.00 | 1.00 | $630.00 |
| Fees through 02/28/2010............... | | 1.00 | $630.00 |

|  |  |
|---|---|
| Fees this Invoice................................................... | $630.00 |
| Less Discount of................................................ | (63.00) |
| Adjusted Fees................................................................... | $567.00 |
| **Total Due this Invoice**............................................................. | **$567.00** |

KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn.

March 31, 2010

**RE:** Davison Silica
**Our File Number:** 63812/3001

Invoice#: 628647
PAGE:    2

Kaye Scholer LLP

425 Park Avenue
New York, NY  10022-3598
212-836-8000
Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 628647
Total Amount Due: $567.00

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  W.R. Grace & Co.-Conn.
     7500 Grace Drive
     Columbia, Maryland 21044
     Attn: Robert A. Maggio, Chief Patent Counsel

January 28, 2010

**RE:** Davison Silica
**Our File Number:** 63812/3001

**Invoice#:** 623151
**PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2009

|  |  | Hours |
|---|---|---|
| 11/02/2009 | Rynkiewicz, John P | 0.83 |
| | Review GRACE email and issues in GRACE DAVISON - Canadian Application No. 749847; review Canadian agent's correspondence and office action. | |
| 12/01/2009 | Rynkiewicz, John P | 0.92 |
| | Review GRACE email and letter and office action from Canadian agents in GRACE DAVISON - Canadian Appl. No. 749847; review issues over indefinite goods; research GRACE website, goods and corresponding US applications/registrations. | |

Total Hours.................    1.75

Fees through 12/31/2009.....................................    $1,041.25

*---------------------------------TIME AND FEE SUMMARY---------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $595.00 | 1.75 | $1,041.25 |
| Fees through 12/31/2009............... | | 1.75 | $1,041.25 |

Fees this Invoice........................................................    $1,041.25

**Total Due this Invoice..........................................................**    **$1,041.25**

**KAYE SCHOLER LLP**

TO:    W.R. Grace & Co.-Conn.                                          January 28, 2010

RE: Davison Silica                                                    Invoice#: 623151
Our File Number: 63812/3001                                           PAGE:    2

---

Kaye Scholer LLP

                                                                      425 Park Avenue
                                                                      New York, NY  10022-3598
                                                                      212-836-8000
                                                                      Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 623151
Total Amount Due: $1,041.25

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.

June 30, 2010

**RE: I. GRACE Trademarks**
**Our File Number:** 63812/0003

**Invoice#:** 637194
**PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2010

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 03/15/2010 | Rynkiewicz, John P | 1.67 |
| | Review Opposition files, proceeding and issues for settlement; work on terms consistent with other settlements. | |
| 03/23/2010 | Rynkiewicz, John P | 1.67 |
| | Review opposition and status of proceedings; work on settlement options/terms. | |
| 04/02/2010 | Rynkiewicz, John P | 1.17 |
| | Work on opposition issues, review file,. prior correspondence and settlement terms. | |
| 04/16/2010 | Rynkiewicz, John P | 0.83 |
| | Work on settlement; review prior Grace Innovations' terms for consistency;. | |
| 04/22/2010 | Rynkiewicz, John P | 1.42 |
| | Correspondence to/from opposing counsel; work on settlement terms and agreement. | |
| 04/29/2010 | Rynkiewicz, John P | 1.58 |
| | Work on I. GRACE opposition/settlement and advise Grace regarding status. | |
| 05/07/2010 | Rynkiewicz, John P | 0.92 |
| | Work on settlement and termination of opposition. | |
| 05/12/2010 | Rynkiewicz, John P | 1.00 |
| | Review opposition and work on settlement terms; review I GRACE background and applics.; review goods/services. | |
| 05/19/2010 | Rynkiewicz, John P | 1.42 |
| | Review I GRACE business, goods and services; work on settlement. | |

**K**AYE SCHOLER LLP

TO:     W.R. Grace & Co.-Conn                                      June 30, 2010

RE: I. GRACE Trademarks                               **Invoice#:** 637194
**Our File Number:** 63812/0003                        **PAGE:   2**

---

05/25/2010  Rynkiewicz, John P                                           1.42
            Work on opposition and settlement terms.

                                        Total Hours.................        13.10
            Fees through 05/31/2010...................        $8,253.00


\*-------------------------------TIME AND FEE SUMMARY-------------------------------\*
                              Rate        Hours           Fees
Rynkiewicz, John P          $630.00        13.10        $8,253.00

               Fees through 05/31/2010..............        13.10        $8,253.00


\*-----------------------OUTSTANDING BALANCE-----------------------\*
    **Invoice#**          **Date**                              **Amount**
    623146           01/28/2010                          $2,034.90
    628638           03/31/2010                           2,177.28
    628639           03/31/2010                           3,027.78
    Prior Balance Due...........................................................        $7,239.96


    Fees this Invoice................................................        $8,253.00
    Less Discount of................................................         (825.30)
    Adjusted Fees...................................................        $7,427.70
    Total Due this Invoice..........................................        $7,427.70
    Prior Balance Due (from above)................................         7,239.96
    **TOTAL DUE**...................................................        **$14,667.66**

**KAYE SCHOLER LLP**

TO:    W.R. Grace & Co.-Conn                                           June 30, 2010

    RE: I. GRACE Trademarks                                    **Invoice#:** 637194
    **Our File Number:** 63812/0003                                  **PAGE:**    3

---

<u>Kaye Scholer LLP</u>

425 Park Avenue
New York, NY  10022-3598
212-836-8000
Fed. ID No. 13-1672623

**CITIBANK WIRING INSTRUCTIONS**

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 637194
Total Amount Due: $14,667.66

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.

January 28, 2010

RE: I. GRACE Trademarks            Invoice#: 623146
Our File Number: 63812/0003      PAGE:   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2009

| | | Hours |
|---|---|---|
| 12/16/2009 | Rynkiewicz, John P | 1.58 |
| | Review opposition and work on possible settlement terms. | |
| 12/18/2009 | Rynkiewicz, John P | 0.92 |
| | Review opposition, activities of I GRACE and possible amendments to services in settlement option. | |
| 12/31/2009 | Rynkiewicz, John P | 0.92 |
| | Work on opposition and outline, revise possible settlement terms. | |
| | Total Hours................ | 3.42 |
| | Fees through 12/31/2009.................................... | $2,034.90 |

\*------------------------TIME AND FEE SUMMARY------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $595.00 | 3.42 | $2,034.90 |
| Fees through 12/31/2009............... | | 3.42 | $2,034.90 |

\*----------------------OUTSTANDING BALANCE----------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 618990 | 12/07/2009 | $4,462.50 |
| Prior Balance Due................................................. | | $4,462.50 |

| | |
|---|---|
| Fees this Invoice................................................ | $2,034.90 |
| Total Due this Invoice....................................... | $2,034.90 |

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                    January 28, 2010

**RE: I. GRACE Trademarks**                                  Invoice#: 623146
**Our File Number: 63812/0003**                                  PAGE:    2

Prior Balance Due (from above)................................................    4,462.50
**TOTAL DUE**...........................................................................    **$6,497.40**

KAYE SCHOLER LLP

TO:     W.R. Grace & Co.-Conn                          January 28, 2010

RE: I. GRACE Trademarks                          Invoice#: 623146
Our File Number: 63812/0003                      PAGE:   3

---

Kaye Scholer LLP

                                        425 Park Avenue
                                        New York, NY  10022-3598
                                        212-836-8000
                                        Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 623146
Total Amount Due: $6,497.40

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn
       7500 Grace Drive
       Columbia, Maryland 21044
       Attn: Robert A. Maggio, Esq.

March 31, 2010

**RE: I. GRACE Trademarks**
**Our File Number: 63812/0003**

**Invoice#: 628639**
**PAGE:   1**

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2010

|  |  | **Hours** |
|---|---|---|
| 01/05/2010 | Rynkiewicz, John P | 0.92 |
|  | Review prior GRACE Innovations settlement; review terms for consistency in possible I GRACE settlement. |  |
| 01/12/2010 | Rynkiewicz, John P | 1.00 |
|  | Review issues in opposition. |  |
| 01/15/2010 | Rynkiewicz, John P | 1.67 |
|  | Opposition work, settlement review and drafting. |  |
| 01/26/2010 | Rynkiewicz, John P | 1.75 |
|  | Work on settlement terms, agreement regarding coexistence. |  |

Total Hours.................    5.34

Fees through 01/31/2010....................................    $3,364.20

*-------------------------------TIME AND FEE SUMMARY-----------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $630.00 | 5.34 | $3,364.20 |
| Fees through 01/31/2010.............. |  | 5.34 | $3,364.20 |

*----------------------------OUTSTANDING BALANCE----------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 623146 | 01/28/2010 | $2,034.90 |
| Prior Balance Due........................................................ |  | $2,034.90 |

Fees this Invoice..................................    $3,364.20
Less Discount of...............................................    (336.42)

KAYE SCHOLER LLP

TO:     W.R. Grace & Co.-Conn                                    March 31, 2010

RE: I. GRACE Trademarks                                  Invoice#: 628639
Our File Number: 63812/0003                                  PAGE:   2

| | |
|---|---:|
| Adjusted Fees................................................................... | $3,027.78 |
| Total Due this Invoice......................................................... | $3,027.78 |
| Prior Balance Due (from above)............................................. | 2,034.90 |
| **TOTAL DUE**.................................................................... | **$5,062.68** |

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).
NET DUE UPON RECEIPT

KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                      March 31, 2010

RE: I. GRACE Trademarks                                    Invoice#: 628639
**Our File Number: 63812/0003**                              PAGE:    3

---

Kaye Scholer LLP

                                                425 Park Avenue
                                                New York, NY  10022-3598
                                                212-836-8000
                                                Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 628639
Total Amount Due: $5,062.68

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn                                    March 31, 2010
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.


RE: I. GRACE Trademarks                        Invoice#: 628638
Our File Number: 63812/0003                    PAGE:    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2010

| | | | Hours |
|---|---|---|---|
| 02/02/2010 | Rynkiewicz, John P | | 1.17 |
| | Review files, issues and opposition; settlement outline. | | |
| 02/08/2010 | Rynkiewicz, John P | | 0.92 |
| | Review and revise possible settlement terms; review prior communications regarding same. | | |
| 02/17/2010 | Rynkiewicz, John P | | 1.75 |
| | Opposition and settlement work. | | |
| | | Total Hours................ | 3.84 |
| | Fees through 02/28/2010.................................. | $2,419.20 | |

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $630.00 | 3.84 | $2,419.20 |
| Fees through 02/28/2010............... | | 3.84 | $2,419.20 |

\*-----------------------------OUTSTANDING BALANCE-----------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 623146 | 01/28/2010 | $2,034.90 |
| Prior Balance Due....................................................................... | | $2,034.90 |


| | | |
|---|---|---|
| Fees this Invoice............................................... | $2,419.20 | |
| Less Discount of................................................ | (241.92) | |
| Adjusted Fees...................................................... | | $2,177.28 |

**KAYE SCHOLER LLP**

TO:    W.R. Grace & Co.-Conn                        March 31, 2010

**RE: I. GRACE Trademarks**                **Invoice#: 628638**
**Our File Number: 63812/0003**           **PAGE:   2**

| | |
|---|---:|
| Total Due this Invoice............................................................ | $2,177.28 |
| Prior Balance Due (from above)............................................... | 2,034.90 |
| **TOTAL DUE**........................................................................ | **$4,212.18** |

KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                           March 31, 2010

RE: I. GRACE Trademarks                                    Invoice#: 628638
Our File Number: 63812/0003                                PAGE:    3

---

<u>Kaye Scholer LLP</u>

425 Park Avenue
New York, NY  10022-3598
212-836-8000
Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 628638
Total Amount Due: $4,212.18

# **K**AYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  W.R. Grace & Co.-Conn                    AS OF:        July 2, 2010
     7500 Grace Drive
     Columbia, Maryland  21044
     Attn: Robert A. Maggio, Esq.

REGARDING: Power Grace
OUR FILE#:    63812/0019                                    PAGE:    1

## Statement of Account

| Invoice Date | Invoice Number | Days Outstanding | | | |
|---|---|---|---|---|---|
| | | 0-30 | 31-60 | 61-90 | over 90 |
| 01/28/2010 | 623147 | | | | $1,981.35 |
| 03/31/2010 | 628641 | | | | 1,701.00 |
| **Totals** | | | | | **$3,682.35** |

| Payments received after 07/01/2010 will be reflected on your next statement. | Current Amount: | |
|---|---|---|
| | Past-due Amount: | $3,682.35 |
| | **TOTAL DUE:** | **$3,682.35** |

### INVOICES ARE PAYABLE ON RECEIPT

If you have paid these invoices or have questions about this statement, please contact Michael Wilson at (202)682-3532.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.

March 31, 2010

RE: Power Grace
Our File Number: 63812/0019

Invoice#: 628641
PAGE:   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/01/2010

| | | Hours |
|---|---|---|
| 01/11/2010 | Rynkiewicz, John P | 0.75 |
| | Emails to/from GRACE regarding INDIA:Trade Mark: POWER GRACE-Application No. 1678337 and 1678343 in Classes 6 and 16 and decisions to oppose; advise re agents' comments and assessment. | |
| 01/12/2010 | Rynkiewicz, John P | 0.75 |
| | Review GRACE email and agents' correspondence re POWER GRACE: Application No. 1678337 and 1678343 in Classes 6 and 16; review prior POWER GRACE marks and issues; defer to GRACE regarding decision and advise accordingly. | |
| 01/15/2010 | Rynkiewicz, John P | 1.50 |
| | Overview of multiple POWER GRACE marks in India, issues and sort through likely candidates for opposition. | |

Total Hours................. 3.00

Fees through 04/01/2010.................................... $1,890.00

*---------------------------------TIME AND FEE SUMMARY---------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $630.00 | 3.00 | $1,890.00 |
| Fees through 04/01/2010............... | | 3.00 | $1,890.00 |

*---------------------------------OUTSTANDING BALANCE---------------------------------*

**K**AYE SCHOLER LLP

TO:     W.R. Grace & Co.-Conn                                    March 31, 2010

RE: Power Grace                                                  Invoice#: 628641
Our File Number: 63812/0019                                      PAGE:   2

| Invoice# | Date | Amount |
|---|---|---|
| 623147 | 01/28/2010 | $1,981.35 |
| Prior Balance Due................................................................. | | $1,981.35 |

| | | |
|---|---|---|
| Fees this Invoice................................................. | $1,890.00 | |
| Less Discount of................................................. | (189.00) | |
| Adjusted Fees......................................................................... | | $1,701.00 |
| Total Due this Invoice............................................................ | | $1,701.00 |
| Prior Balance Due (from above).............................................. | | 1,981.35 |
| **TOTAL DUE**....................................................................... | | $3,682.35 |

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).
NET DUE UPON RECEIPT

KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                       March 31, 2010

RE: Power Grace                                         Invoice#: 628641
Our File Number: 63812/0019                                PAGE:   3

---

Kaye Scholer LLP

                                                      425 Park Avenue
                                                      New York, NY  10022-3598
                                                      212-836-8000
                                                      Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 628641
Total Amount Due: $3,682.35

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.

January 28, 2010

**RE:** Power Grace
**Our File Number:** 63812/0019

**Invoice#:** 623147
**PAGE:** 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2009

|  |  | Hours |
|---|---|---|
| 12/02/2009 | Rynkiewicz, John P | 0.83 |
|  | Review GRACE emails, Indian agents' letter and series of prior communications regarding Power GRACE: Application No. 1678333 and 1678334 in Classes 1 and 2 and possible oppositions. |  |
| 12/07/2009 | Rynkiewicz, John P | 0.42 |
|  | Review GRACE email and Indian agents' letter regarding INDIA: Power GRACE: Application No. 1678333 and 1678334 in Classes 1 and 2; assess possible other oppositions in Classes 6 etc. |  |
| 12/09/2009 | Rynkiewicz, John P | 0.50 |
|  | Review GRACE email, agents' correspondence and issues in additional Class 6 and Class 16 oppositions in India; review T. Hunter and S. Williams emails regarding same. |  |
| 12/14/2009 | Rynkiewicz, John P | 0.58 |
|  | Review emails, agents' letters and issues in opposing Power GRACE: Application No. 1678333 and 1678334 in Classes 1 and 2, as well as additional Class 6 and Class 16 applications. in India; send comments. |  |
| 12/30/2009 | Rynkiewicz, John P | 1.00 |
|  | Review series of GRACE and agents' correspondence regarding multiple oppositions in India;. |  |

Total Hours................. 3.33

Fees through 12/31/2009.................................... $1,981.35

*---------------------------TIME AND FEE SUMMARY----------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                    January 28, 2010

   **RE:** Power Grace                                          **Invoice#:** 623147
   **Our File Number:** 63812/0019                                  **PAGE:**    2

---

| Rynkiewicz, John P | $595.00 | 3.33 | $1,981.35 |
|---|---|---|---|
| Fees through 12/31/2009............... | | 3.33 | $1,981.35 |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 618988 | 12/07/2009 | $2,326.45 |
| Prior Balance Due........................................................... | | $2,326.45 |

| | |
|---|---|
| Fees this Invoice................................................................ | $1,981.35 |
| Total Due this Invoice......................................................... | $1,981.35 |
| Prior Balance Due (from above)................................................. | 2,326.45 |
| **TOTAL DUE**................................................................... | **$4,307.80** |

KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                    January 28, 2010

RE: Power Grace                                 Invoice#: 623147
Our File Number: 63812/0019                     PAGE:    3

---

Kaye Scholer LLP

425 Park Avenue
New York, NY  10022-3598
212-836-8000
Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 623147
Total Amount Due: $4,307.80

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co-Conn.                                June 30, 2010
      7500 Grace Drive
      Columbia, Maryland 21004
      Attn: Robert A. Maggio, Chief Patent Counsel

RE: General                                    Invoice#: 637193
Our File Number: 63812/0001                        PAGE:   1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2010

|  |  | Hours |
|---|---|---|
| 03/02/2010 | Rynkiewicz, John P | 0.42 |
|  | Review GRACE email and Corsearch Watch Report for GRACE 22; GB GRACIE, GRACE TO YOU and ALTA GRACIA; advise GRACE regarding same. |  |
| 03/02/2010 | Rynkiewicz, John P | 0.50 |
|  | Review GRACE email and agent's identified Remfry Watch Report regarding GRACE Universal & Design, No 507901 in India; assess possible opposition and advise GRACE. |  |
| 03/02/2010 | Rynkiewicz, John P | 0.33 |
|  | Review GRACE email and  Corsearch Watch Report regarding PURPLE GRACE, LIVE THE GOOD LIFE, etc. KANGRACING, GUIDING GRACE; assess marks and advise GRACE regarding same. |  |
| 03/09/2010 | Rynkiewicz, John P | 0.50 |
|  | Review GRACE email and Isern Watch Report regarding GRACE, 8765943, Class 3; assess confusion and send comments and recommendations not to oppose in Class 3. |  |
| 03/12/2010 | Rynkiewicz, John P | 0.92 |
|  | Added research regarding GRACE rights in EC and possible Nottingham opposition issues. |  |
| 03/16/2010 | Rynkiewicz, John P | 0.75 |
|  | Review GRACE email and update on GRACE application in the EC (Nottingjham); review prior correspondence regarding same. |  |
| 03/18/2010 | Rynkiewicz, John P | 0.17 |
|  | Review GRACE email and preliminary review of FEDERAL WATCH REPORT. |  |

**KAYE SCHOLER LLP**

TO:    W.R. Grace & Co-Conn.                                      June 30, 2010

RE: General                                                   Invoice#: 637193
Our File Number: 63812/0001                                      PAGE:   2

| | | |
|---|---|---:|
| 03/19/2010 | Rynkiewicz, John P | 1.00 |
| | Overview of multiple pending GRACE matters, issues, status of possible oppositions worldwide. | |
| 03/30/2010 | Rynkiewicz, John P | 1.92 |
| | Review GRACE emails and comments regarding potential GRACE (Nottingham) in the UK; send additional comments to GRACE regarding possible opposition, issues, common law (UK) arguments and review issues regarding national GRACE regs owned by GRACE in member EC countries. | |
| 04/01/2010 | Rynkiewicz, John P | 1.00 |
| | Review GRACE emails, GRACE mark in India, prior proceedings and assess potential Opp GRACE 1769707 in India. | |
| 04/01/2010 | Rynkiewicz, John P | 1.00 |
| | Beginning of the month overview, review GRACE matters, deadlines, issues. | |
| 04/02/2010 | Rynkiewicz, John P | 0.50 |
| | Review GRACE email and FEDERAL WATCH REPORT; assess marks, check PTO records for additional; information and advise GRACE. | |
| 04/02/2010 | Rynkiewicz, John P | 0.42 |
| | Review GRACE email, THE GRACIE CHALLENGE; GRACIE JIU JITSU; FULTON GRACE REALTY & Design marks, assess for confusion and advise GRACE regarding same. | |
| 04/06/2010 | Rynkiewicz, John P | 1.25 |
| | Review GRACE email, deadline and issues in GRACE GNSS Research & Applications Centre of Excellence Appln. No. 8517484,; review other Nottingham GRACE applic. to be opposed. | |
| 04/07/2010 | Rynkiewicz, John P | 1.50 |
| | Emails regarding GRACE Cyrillic trademark and domain name issues; review upcoming Nottingham oppositions in then EC. | |
| 04/08/2010 | Rynkiewicz, John P | 1.25 |
| | Review GRACE trademark issues; emails to/from GRACE regarding GRACE Cyrillic matter; review particulars for lapsed Russian reg.; review issues and deadlines in Nottingham's 2 GRACE applications in Europe;. | |
| 04/08/2010 | Rynkiewicz, John P | 0.50 |
| | Review GRACE email; and Corsearch Watch Report for Graces Inc.; assess issues and advise GRACE. | |

KAYE SCHOLER LLP

TO:    W.R. Grace & Co-Conn.                                              June 30, 2010

RE: General                                                        Invoice#: 637193
Our File Number: 63812/0001                                        PAGE:   3

---

| 04/10/2010 | Rynkiewicz, John P | 0.50 |

Review multiple GRACE emails from R. Maggio, M. Jones and T. Hunter regarding Two GRACE Oppositions (Nottingham) in the UK and deadlines to oppose.

| 04/12/2010 | Rynkiewicz, John P | 2.00 |

Emails to/from GRACE regarding oppositions and deadlines regarding Two GRACE Oppositions (Nottingham) in the UK; emails to T. Hunter and K. Sauter; emails to/from J A Kemp regarding oppositions, arguments and issues regarding separate GRACE use.

| 04/13/2010 | Rynkiewicz, John P | 0.75 |

Emails to/from GRACE and advise regarding  Kemp Watch Report - Pot Opp: GRACETEC, No. 734888 in Thailand.

| 04/14/2010 | Rynkiewicz, John P | 0.58 |

Review GRACE email and Corsearch Watch Report:; review third party marks SAVED BY GRACE, PUBLIC DISGRACE, MOUNT GRACE, etc.; advise GRACE regarding same; search USPTO records/status.

| 04/14/2010 | Rynkiewicz, John P | 0.50 |

Emails to/from R. Maggio; advise regarding  requirements and guidelines for securing a Cyrillic domain name during the sunrise period.

| 04/15/2010 | Rynkiewicz, John P | 1.00 |

Review GRACE email and Watch notice from Kemp regarding GRACETEK 734880 in TH; emails to/from GRACE; assess possible confusion, opposition issues.

| 04/15/2010 | Rynkiewicz, John P | 0.58 |

Review GRACE email and Kemp Watch Report regarding GRACE 5434503 in China; send comments to GRACE; assess issues and possible opposition.

| 04/15/2010 | Rynkiewicz, John P | 0.75 |

Advise GRACE regarding issues and potential opposition of GRACE 5268659 in China.

| 04/16/2010 | Rynkiewicz, John P | 0.50 |

Emails to/from GRACE; review issues in product labelling, marks and TM usage of GRACE and GRACE DAVISON names.

| 04/16/2010 | Rynkiewicz, John P | 0.75 |

Review GRACE email and issues in Kemp Watch Report regarding GRACE 5268659 in China; review and comment on S. Williams' emails and position.

KAYE SCHOLER LLP

TO:    W.R. Grace & Co-Conn.                                    June 30, 2010

RE: General                                                  Invoice#: 637193
Our File Number: 63812/0001                                     PAGE:    4

---

| Date | | Hours |
|---|---|---|
| 04/19/2010 | Rynkiewicz, John P | 0.25 |
| | Advise GRACE regarding Cyrillic names in Russia. | |
| 04/20/2010 | Rynkiewicz, John P | 0.75 |
| | Review correspondence and Agents' correspondence and docs regarding European Community Trade Mark Application No. 8512071 GRACE in Classes 9, 16, 35, 41 & 42 in the name of The University of Nottingham European Community Trade Mark Application No. 8517484 GRACE GNSS Research & Applications Centre of Excellenc. | |
| 04/20/2010 | Rynkiewicz, John P | 1.25 |
| | Potential oppositions, review  series of GRACE general, matters, issues, deadlines. | |
| 04/23/2010 | Rynkiewicz, John P | 0.75 |
| | Review Corsearch Watch Report dated April 21, 2010; assess GRACE CLINIC mark and issues; research. | |
| 04/27/2010 | Rynkiewicz, John P | 0.75 |
| | Review client email and Kemp Watch Report:  Mark - BIO DOSE MAGNUM in India; assess options, success and prior matters in India. | |
| 04/27/2010 | Rynkiewicz, John P | 0.58 |
| | Review client emails and issues in GRACE, 1769707 in India. | |
| 04/28/2010 | Rynkiewicz, John P | 0.58 |
| | Review two emails and separate Watch Reports from Corsearch (GRACE CUPID) and GRACE China;  assess issues. | |
| 04/30/2010 | Rynkiewicz, John P | 1.58 |
| | Review GRACE labelling issues, uses of GRACE alone, and with DAVISON, CONSTRUCTION PRODUCTS; review associated issues. | |
| 05/03/2010 | Rynkiewicz, John P | 1.50 |
| | Review GRACE email, watch report and GRACE CLINIC ONLINE mark; research; advise GRACE; review prior issues in similar marks and decisions not to oppose by GRACE. | |
| 05/03/2010 | Rynkiewicz, John P | 0.58 |
| | Email from GRACE regarding Watch Report - GRACE in China; review and advise. | |
| 05/03/2010 | Rynkiewicz, John P | 0.42 |
| | Review GRACE email and Corsearch Watch Report: CUPID AND GRACE and K.GRACE; advise GRACE regarding not to oppose. | |

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co-Conn.                                          June 30, 2010

RE: General                                                         Invoice#: 637193
Our File Number: 63812/0001                                            PAGE:    5

---

| | | |
|---|---|---|
| 05/04/2010 | Rynkiewicz, John P | 0.92 |
| | Conf. call with R. Maggio regarding consistency of use of the GRACE mark across all product lines, on packaging and on labels; follow-up review and research. | |
| 05/05/2010 | Rynkiewicz, John P | 0.75 |
| | Review multiple GRACE emails, Corsearch reports and identify any outstanding issues and possible oppositions in the US. | |
| 05/06/2010 | Rynkiewicz, John P | 0.33 |
| | Review GRACE email and Corsearch Watch regarding BELLA GRACE; CIRCLES OF GRACE; WHERE GRACE MEETS SPORT; advise GRACE on potential confusion. | |
| 05/07/2010 | Rynkiewicz, John P | 0.75 |
| | Review series of GRACE matters, prior emails and status. | |
| 05/10/2010 | Rynkiewicz, John P | 0.17 |
| | Emails to/from B. Maggio regarding GRACE markings conf call and regarding additional information needed. | |
| 05/24/2010 | Rynkiewicz, John P | 0.33 |
| | Review GRACE email and watch report dated May 11, 2010 from Corsearch. | |
| 05/24/2010 | Rynkiewicz, John P | 0.17 |
| | Review email and Corsearch Watch Report - GRACE COVENANT PRESBYTERIAN CHURCH & Design; check USPTO records for goods and services. | |
| 05/28/2010 | Rynkiewicz, John P | 0.83 |
| | Overview of GRACE trademark matters, deadlines and open issues; review files and correspondence. | |

Total Hours.................    35.08

Fees through 05/31/2010....................................    $22,100.40

*-------------------------------TIME AND FEE SUMMARY-------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $630.00 | 35.08 | $22,100.40 |
| Fees through 05/31/2010............... | | 35.08 | $22,100.40 |

KAYE SCHOLER LLP

TO:    W.R. Grace & Co-Conn.

June 30, 2010

RE: General
Our File Number: 63812/0001

Invoice#: 637193
PAGE:    6

\*------------------------------OUTSTANDING BALANCE------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 623145 | 01/28/2010 | $5,456.15 |
| 628636 | 03/31/2010 | 5,250.42 |
| 628637 | 03/31/2010 | 8,453.97 |
| Prior Balance Due............................................................... | | $19,160.54 |

| | |
|---|---|
| Fees this Invoice................................................. | $22,100.40 |
| Less Discount of............................................... | (2,210.04) |
| Adjusted Fees.................................................................. | $19,890.36 |
| Total Due this Invoice........................................................ | $19,890.36 |
| Prior Balance Due (from above)................................................. | 19,160.54 |
| **TOTAL DUE**................................................................... | **$39,050.90** |

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).
NET DUE UPON RECEIPT

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co-Conn.                                                    June 30, 2010

    **RE:** General                                                      **Invoice#:** 637193
    **Our File Number:** 63812/0001                                        **PAGE:**    7

---

<u>Kaye Scholer LLP</u>

425 Park Avenue
New York, NY  10022-3598
212-836-8000
Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 637193
Total Amount Due: $39,050.90

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co-Conn.
      7500 Grace Drive
      Columbia, Maryland 21004
      Attn: Robert A. Maggio, Chief Patent Counsel

March 31, 2010

RE: General
Our File Number: 63812/0001

Invoice#: 628636
PAGE:   1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2010

| | | Hours |
|---|---|---|
| 02/01/2010 | Rynkiewicz, John P | 1.00 |
| | Review GRACE email and issues in Watch Report from Isern regarding GRACE 8442212 Cl. 42 in Spain; additional research and advise GRACE on things to do. | |
| 02/01/2010 | Rynkiewicz, John P | 0.33 |
| | Review GRACE email and Corsearch Watch Report for GRACE 22; GB GRACIE, GRACE TO YOU and ALTA GRACIA. | |
| 02/02/2010 | Rynkiewicz, John P | 0.42 |
| | Review GRACE email and Watch Reports from Corsearch regarding A LITTLE GRACE, GG GIMMEGRACE & Design; advise regarding same. | |
| 02/02/2010 | Rynkiewicz, John P | 0.42 |
| | Review GRACE email and Corsearch Watch Report for LIVING GRACE, GRACIE & MO, GRACESHIP, GRACEHOPPER, etc.; advise GRACE regarding no oppositions. | |
| 02/03/2010 | Rynkiewicz, John P | 0.25 |
| | Preliminary review of Remfry Watch Report regarding GRACE Universal & Design, No 507901 in India; assess confusion. | |
| 02/03/2010 | Rynkiewicz, John P | 1.42 |
| | Review GRACE email, Uexkuell correspondence and issues in GRACE /. GRACE GNSS Research; preliminary review and investigation; note areas of concern. | |
| 02/05/2010 | Rynkiewicz, John P | 1.00 |
| | Beginning of month review of GRACE mark issues, outstanding matters and deadlines. | |
| 02/16/2010 | Rynkiewicz, John P | 1.50 |

**KAYE SCHOLER LLP**

TO:    W.R. Grace & Co-Conn.                                      March 31, 2010

RE: General                                                      Invoice#: 628636
Our File Number: 63812/0001                                      PAGE:    2

---

|            |                                                                                                                                                                                                                                          |      |
|------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|
|            | Review issues, emails and advise regarding European Community Trade Mark Application No. 008512071 GRACE in Classes 9, 16, 35, 41 and 42 in the name of The University of Nottingham and Possible Opposition; review S. Williams comments regarding same. |      |
| 02/16/2010 | Rynkiewicz, John P                                                                                                                                                                                                                          | 0.75 |
|            | Review GRACE email and Corsearch Watch Report regarding BY THE GRACE OF DOG; GRACIE GRACE TRAVEL, etc DISGRACEBOOK; conduct closer review on GRACE TRAVEL, check GRACE regs regarding same and assess opposition possibility.               |      |
| 02/16/2010 | Rynkiewicz, John P                                                                                                                                                                                                                          | 0.42 |
|            | Review GRACE email and GRACEWOOD in Indonesia.                                                                                                                                                                                              |      |
| 02/16/2010 | Rynkiewicz, John P                                                                                                                                                                                                                          | 0.17 |
|            | Review GRACE email and Corsearch notice regarding GRACE & CLAIRE DELUXE TREATS, Appicanes Ser. No. 77/913,625.                                                                                                                              |      |
| 02/17/2010 | Rynkiewicz, John P                                                                                                                                                                                                                          | 0.75 |
|            | Review GRACE email, information from Indian agents regarding GRACE (word mark) , Application. No. 1617665 (PTO record attached) Applicant: Kaviraj Shetty, Trading as Soni Applicances, Mumbai India; advise GRACE regarding possible opposition. |      |
| 02/19/2010 | Rynkiewicz, John P                                                                                                                                                                                                                          | 0.33 |
|            | Preliminary review of GRACE email and Corsearch Watch Report regarding PURPLE GRACE, LIVE THE GOOD LIFE, etc. KANGRACING, GUIDING GRACE.                                                                                                    |      |
| 02/24/2010 | Rynkiewicz, John P                                                                                                                                                                                                                          | 0.50 |
|            | Review GRACE email and possible CTM opposition o0f GRACE mark; review comments and previous involvement of Uexkuell and now Kemp regarding same.                                                                                            |      |

Total Hours................. 9.26

Fees through 02/28/2010.................................. $5,833.80

*-----------------------------------TIME AND FEE SUMMARY-----------------------------------*

|                    | Rate    | Hours | Fees       |
|--------------------|---------|-------|------------|
| Rynkiewicz, John P | $630.00 | 9.26  | $5,833.80  |
| Fees through 02/28/2010............... |  | 9.26 | $5,833.80 |

Fees this Invoice................................................. $5,833.80

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co-Conn.                                     March 31, 2010

RE: General                                                      Invoice#: 628636
**Our File Number:** 63812/0001                                  PAGE:    3

| | | |
|---|---|---|
| Less Discount of................................................ | (583.38) | |
| Adjusted Fees................................................................. | | $5,250.42 |
| **Total Due this Invoice**................................................. | | **$5,250.42** |

**NET DUE UPON RECEIPT**

**K**AYE SCHOLER LLP

TO:     W.R. Grace & Co-Conn.                                              March 31, 2010

RE: General
Our File Number: 63812/0001                                        Invoice#: 628636
                                                                                  PAGE:    4

---

<u>Kaye Scholer LLP</u>

                                                                 425 Park Avenue
                                                                 New York, NY  10022-3598
                                                                 212-836-8000
                                                                 Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 628636
Total Amount Due: $5,250.42

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  W.R. Grace & Co-Conn.
     7500 Grace Drive
     Columbia, Maryland 21004
     Attn: Robert A. Maggio, Chief Patent Counsel

March 31, 2010

RE: General
**Our File Number: 63812/0001**

**Invoice#: 628637**
**PAGE:   1**

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2010

| | | Hours |
|---|---|---|
| 01/04/2010 | Rynkiewicz, John P | 1.58 |
| | Review two GRACE misuses on facebook; review GRACE Energy and Italian party using identical logo; review Policy of facebook; prepare summary and recommendations to GRACE. | |
| 01/04/2010 | Rynkiewicz, John P | 0.75 |
| | Review GRACE email and issues in S. African Company name objection regarding TOUCH OF GRACE TRADING ENTERPRISE; review whole GRACE need to challenge these type regs and advise GRACE regarding same. | |
| 01/04/2010 | Rynkiewicz, John P | 0.75 |
| | Review GRACE email, inquiry and Potential Opp. regarding GRACE CAFE, Cl. 42 in South Africa; assess issues and advise GRACE regarding same. | |
| 01/05/2010 | Rynkiewicz, John P | 1.00 |
| | Beginning of the month review of pending GRACE, general matters, issues and deadlines. | |
| 01/05/2010 | Rynkiewicz, John P | 0.58 |
| | Review GRACE email and Corsearch Watch Report regarding SWIFT JUSTICE w/NANCY GRACE; GRACIE BULLYPROOF, CIRCLES OF GRACE; assess marks and advise GRACE regarding same. | |
| 01/05/2010 | Rynkiewicz, John P | 0.50 |
| | Review GRACE email and Watch Report from Isern regarding CUPID AND GRACE, Cl. 26 and 35 in Spain dated 11/20/2009; assess marks and advise GRACE not to oppose same. | |
| 01/05/2010 | Rynkiewicz, John P | 0.75 |
| | Review GRACE email and Kemp Watch report dated December 8, 2009 Regarding GRACE in China; advise GRACE of issues to consider regarding "research" description. | |
| 01/05/2010 | Rynkiewicz, John P | 0.50 |
| | Additional emails and review of issues in GRACE FaceBook misuses. | |
| 01/06/2010 | Rynkiewicz, John P | 0.58 |

KAYE SCHOLER LLP

TO:    W.R. Grace & Co-Conn.                                                    March 31, 2010

RE: General                                                          Invoice#: 628637
Our File Number: 63812/0001                                              PAGE:    2

---

Preliminary review of GRACE email and Watch Reports from Corsearch
regarding A LITTLE GRACE, GG GIMMEGRACE & Design; assess
possible confusion; review online records regarding same.

01/07/2010   Rynkiewicz, John P                                                   0.75
Review GRACE email and Kemp Watch report dated December 8, 2009
re GRACE; assess issues/options and advise GRACE regarding same.

01/07/2010   Rynkiewicz, John P                                                   2.00
Prepare for conf call; review GRACE name memo from R. Maggio;
review USPTO registered GRACE marks; outline historical issues and
protections; participate in conf call with GRACE Legal and Management.

01/12/2010   Rynkiewicz, John P                                                   0.92
Review GRACE email, Corsearch report and LIVING GRACE, GRACIE
& MO, GRACESHIP, GRACEHOPPER, etc. marks; search PTO and
assess options, issues and concerns, if any.

01/13/2010   Rynkiewicz, John P                                                   0.58
Review GRACE email and correspondence from agents regarding
GRACE (Stylized) and Design, Appln. No. 1575387 by BEEPEE
ENTERPRISE, of India covering Class 24: Textile and textile goods not
included in other classes, bed and table covers; advise GRACE regarding
same.

01/14/2010   Rynkiewicz, John P                                                   0.75
Review GRACE email, potential opposition and issues in CTM Mark:
GRACE, Appln. No. 008594269 for Class 6:    Gates of metal.

01/19/2010   Rynkiewicz, John P                                                   0.33
Review issues, email and mark in GRACE, 507897 Cl. 17 in India.

01/22/2010   Rynkiewicz, John P                                                   0.83
Emails to/from GRACE regarding Kemp Watch Report for GRACE No
8512071, Cl. 9, 16, 35, 41, 42 in the CTM; research and assess confusion
and issues; send comments and counsel GRACE regarding possible
opposition.

01/22/2010   Rynkiewicz, John P                                                   0.67
Review GRACE email and issues in Kemp Watch Report for GRACE
LUMINO, Cl. 11, 37 and 42 in Japan; provide comments and issues for
possible opposition.

01/25/2010   Rynkiewicz, John P                                                   0.42
Review GRACE email and Watch Report from Isern regarding GRACE
8442212 Cl. 42 in Spain; preliminary assessment of potential
opposition/issues.

01/25/2010   Rynkiewicz, John P                                                   0.67
Review issues in Kemp Watch Report for GRACE LUMINO, Cl. 11, 37
and 42 in Japan; emails to/from B. Bunch and C. KLeon; review Japanese
IP firms options to Odajima.

KAYE SCHOLER LLP

TO:    W.R. Grace & Co-Conn.                                    March 31, 2010

RE: General                                                     Invoice#: 628637
Our File Number: 63812/0001                                     PAGE:    3

Total Hours.................    14.91
Fees through 01/31/2010.....................................    $9,393.30

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                      | Rate     | Hours | Fees      |
|----------------------|----------|-------|-----------|
| Rynkiewicz, John P   | $630.00  | 14.91 | $9,393.30 |
| Fees through 01/31/2010............... | | 14.91 | $9,393.30 |

Fees this Invoice................................................    $9,393.30
Less Discount of................................................    (939.33)
Adjusted Fees......................................................................    $8,453.97

**Total Due this Invoice**............................................................    $8,453.97

KAYE SCHOLER LLP

TO:   W.R. Grace & Co-Conn.                                    March 31, 2010

RE: General                                          Invoice#: 628637
Our File Number: 63812/0001                          PAGE:   4

---

Kaye Scholer LLP

425 Park Avenue
New York, NY  10022-3598
212-836-8000
Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 628637
Total Amount Due: $8,453.97

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  W.R. Grace & Co-Conn.
     7500 Grace Drive
     Columbia, Maryland 21004
     Attn: Robert A. Maggio, Chief Patent Counsel

January 28, 2010

RE: General
**Our File Number: 63812/0001**

**Invoice#: 623145**
**PAGE:    1**

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2009

| | | Hours |
|---|---|---|
| 12/01/2009 | Rynkiewicz, John P | 0.33 |
| | Review GRACE email, Corsearch Watch Report dated November 24, 2009, assess GRACE marks for possible confusion; advise GRACE regarding same. | |
| 12/02/2009 | Rynkiewicz, John P | 0.42 |
| | Review GRACE email, S. African agents letter and potential opposition of GRACE CAFE, Cl. 42 in South Africa; assess issues/concerns. | |
| 12/02/2009 | Rynkiewicz, John P | 0.25 |
| | Review GRACE email, S. African agents letter and potential company name objection regarding TOUCH OF GRACE TRADING ENTERPRISE. | |
| 12/02/2009 | Rynkiewicz, John P | 0.25 |
| | Review and assess GRACE email and S. African Watch Report regarding company name objection for GRACECOM TRADING ENTERPRISES. | |
| 12/02/2009 | Rynkiewicz, John P | 0.75 |
| | Review Kemp watch reports (Nov 30, 2009) and 5 marks worldwide; assess confusion issues for each. | |
| 12/07/2009 | Rynkiewicz, John P | 0.42 |
| | Review GRACE email and Corsearch watch report dated December 7, 2009; assess marks. | |
| 12/09/2009 | Rynkiewicz, John P | 0.42 |
| | Telephone conference with R. Maggio regarding GRACE name protection, strategy and Corporate analysis issues. | |
| 12/09/2009 | Rynkiewicz, John P | 0.58 |
| | Review GRACE emails and Kemp reports of Dec 1 and 8; assess issues, GRACE marks. | |
| 12/15/2009 | Rynkiewicz, John P | 0.42 |
| | Review GRACE email and Watch Report from Isern regarding CUPID AND GRACE, Cl. 26 and 35 in Spain; assess possible opposition; review GRACE rights in Spain. | |
| 12/16/2009 | Rynkiewicz, John P | 0.67 |

KAYE SCHOLER LLP

TO:    W.R. Grace & Co-Conn.                                    January 28, 2010

RE: General                                                Invoice#: 623145
Our File Number: 63812/0001                                PAGE:    2

---

|  |  |  |
|---|---|---|
| | Review GRACE email and misuses on face book; assess issues and options. | |
| 12/16/2009 | Rynkiewicz, John P | 0.50 |
| | Review GRACE email and Corsearch Watch Report regarding SWIFT JUSTICE w/NANCY GRACE; GRACIE BULLYPROOF, CIRCLES OF GRACE; review goods and services of each; assess issues and options. | |
| 12/17/2009 | Rynkiewicz, John P | 0.33 |
| | Telephone conference with B. Maggio regarding Korean trademark issues and possible research from Mass. div. | |
| 12/21/2009 | Rynkiewicz, John P | 1.00 |
| | Overview of GRACE general, trademark matters, issues and status. | |
| 12/28/2009 | Rynkiewicz, John P | 0.83 |
| | Review Grace email and Dec 28th Watch Reports from Corsearch regarding SWIFT JUSTICE; SHADZ and LILA GRACE (multiple); review Classes, goods and services. | |
| 12/30/2009 | Rynkiewicz, John P | 2.00 |
| | GRACE policy/protection memo for meeting. | |

Total Hours.................    9.17

Fees through 12/31/2009.....................................    $5,456.15

*--------------------------TIME AND FEE SUMMARY-------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $595.00 | 9.17 | $5,456.15 |
| Fees through 12/31/2009................ | | 9.17 | $5,456.15 |

Fees this Invoice.............................................................    $5,456.15
**Total Due this Invoice**.............................................................    **$5,456.15**

KAYE SCHOLER LLP

TO:    W.R. Grace & Co-Conn.                                    January 28, 2010

RE: General                                              Invoice#: 623145
Our File Number: 63812/0001                                   PAGE:    3

Kaye Scholer LLP

425 Park Avenue
New York, NY  10022-3598
212-836-8000
Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 623145
Total Amount Due: $5,456.15

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  W.R. Grace & Co.-Conn                                June 30, 2010
     Legal Department
     7500 Grace Drive
     Columbia, Maryland 21044
     Attn: Robert A. Maggio, Esq.


**RE:** Special Counsel                          **Invoice#:** 637196
**Our File Number:** 63812/0108                  **PAGE:**    1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2010

| | | Hours |
|---|---|---|
| 03/09/2010 | Rynkiewicz, John P | 0.17 |
| | Review emails from J. Baer and R. Maggio; review filed Sp Counsel Application. | |
| 03/15/2010 | Rynkiewicz, John P | 1.00 |
| | Work on clearance of conflicts and Affidavit. | |
| 03/22/2010 | Rynkiewicz, John P | 1.00 |
| | Work on conflicts screenings, affidavit for special counsel appointment. | |
| 03/24/2010 | Rynkiewicz, John P | 1.83 |
| | Work on conflicts checks, clearance and Affidavit prep; telephone conferences and emails with bankruptcy counsel. | |
| 03/25/2010 | Kress, Andrew | 0.42 |
| | Review draft affidavit of J. Rynkiewicz in support of KS retention and noted revisions thereto; email to J. Rynkiewicz regarding revisions to affidavit. | |
| 03/25/2010 | Rynkiewicz, John P | 1.00 |
| | Review detailed conflicts reports; emails to/from J. Baer and KS's A. Kress regarding Affidavit. | |
| 03/26/2010 | Kress, Andrew | 0.42 |
| | Review revised draft of affidavit and exhibit thereto; conference with J. Rynkiewicz regariding same. | |
| 03/26/2010 | Rynkiewicz, John P | 1.42 |
| | Revise, research, complete significant conflicts searches and send executed Affidavit to J. Baer; emails to/from J. Barer and to/from KS bankruptcy partner. | |

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                                  June 30, 2010

RE: Special Counsel                                              Invoice#: 637196
Our File Number: 63812/0108                                      PAGE:    2

---

| | | | |
|---|---|---|---|
| 04/07/2010 | Rynkiewicz, John P | | 0.75 |
| | Review Court Order; emails to/from R. Maggio and J. Barer; review issues in billing and format for KS bills. | | |
| 04/23/2010 | Rynkiewicz, John P | | 0.50 |
| | Time regarding new set up as Sp Counsel, billing formats etc.; review R. Maggio emails re same. | | |

Total Hours.................    8.51

Fees through 05/31/2010.....................................    $5,583.90

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Kress, Andrew | $895.00 | 0.84 | $751.80 |
| Rynkiewicz, John P | 630.00 | 7.67 | 4,832.10 |
| Fees through 05/31/2010............... | | 8.51 | $5,583.90 |

\*----------------------COSTS ADVANCED THROUGH 05/31/2010----------------------\*

| | |
|---|---|
| Messengers/Courier | $15.34 |
| Total Costs through 05/31/2010........................ | $15.34 |

\*---------------------------------OUTSTANDING BALANCE---------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 628642 | 03/31/2010 | $2,420.99 |
| Prior Balance Due........................................................... | | $2,420.99 |

| | | |
|---|---|---|
| Fees this Invoice.................................................. | $5,583.90 | |
| Less Discount of................................................. | (558.39) | |
| Adjusted Fees..................................................... | | $5,025.51 |
| Costs this Invoice................................................ | | $15.34 |
| Total Due this Invoice........................................ | | $5,040.85 |
| Prior Balance Due (from above)............................ | | 2,420.99 |
| **TOTAL DUE**.................................................... | | **$7,461.84** |

KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                        June 30, 2010

**RE:** Special Counsel                                    **Invoice#:** 637196
**Our File Number:** 63812/0108                           **PAGE:**   3

===============================================================================

Kaye Scholer LLP

                                                425 Park Avenue
                                                New York, NY  10022-3598
                                                212-836-8000
                                                Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 637196
Total Amount Due: $7,461.84

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     W.R. Grace & Co.-Conn
        Legal Department
        7500 Grace Drive
        Columbia, Maryland 21044
        Attn: Robert A. Maggio, Esq.

March 31, 2010

RE: Special Counsel
Our File Number: 63812/0108

Invoice#: 628642
PAGE:    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/01/2010

| | | Hours |
|---|---|---|
| 02/08/2010 | Rynkiewicz, John P | 0.67 |
| | Work on Sp counsel appt docs and issues. | |
| 02/12/2010 | Rynkiewicz, John P | 0.33 |
| | Review emauils re appt Sp Counsel. | |
| 02/18/2010 | Rynkiewicz, John P | 0.58 |
| | Emails and review issues set up of Sp Counsel, affidavits and motion. | |
| 02/22/2010 | Rynkiewicz, John P | 0.50 |
| | Emails from GRACE and outside bankruptcy counsel regarding special counsel filing. | |
| 02/23/2010 | Rynkiewicz, John P | 2.17 |
| | Work on issues, documents, affidavits and conflicts; review J. Baer and GRACE emails regarding same. | |

Total Hours................ 4.25

Fees through 04/01/2010.................................... $2,677.50

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $630.00 | 4.25 | $2,677.50 |
| Fees through 04/01/2010............... | | 4.25 | $2,677.50 |

*----------------------COSTS ADVANCED THROUGH 04/01/2010----------------------*

| | |
|---|---|
| Duplicating | $0.20 |

**KAYE SCHOLER LLP**

TO:   W.R. Grace & Co.-Conn                                      March 31, 2010

**RE:** Special Counsel                                          Invoice#: 628642
**Our File Number: 63812/0108**                                     PAGE:   2

---

Messengers/Courier                                          11.04

Total Costs through 04/01/2010........................          $11.24


Fees this Invoice...................................................   $2,677.50
Less Discount of...............................................      (267.75)
Adjusted Fees...........................................................          $2,409.75
Costs this Invoice........................................................          $11.24
**Total Due this Invoice...............................................**          **$2,420.99**

KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                              March 31, 2010

RE: Special Counsel                                       Invoice#: 628642
Our File Number: 63812/0108                               PAGE:   3

---

Kaye Scholer LLP

425 Park Avenue
New York, NY  10022-3598
212-836-8000
Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 628642
Total Amount Due: $2,420.99

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co. - Conn.                                June 30, 2010
       62 Whittemore Avenue
       Cambridge, Massachusetts 02140-1692
       Attn: Craig K. Leon, Esq.

RE: Massachusetts Div. Trademarks - General          Invoice#: 637198
Our File Number: 63812/2000                           PAGE:    1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2010

|  |  | **Hours** |
|---|---|---|
| 03/30/2010 | Rynkiewicz, John P | 1.00 |
|  | Emails to/from S. Williams regarding sample licenses for BONDERA matter; review and assemble two sample trademark licenses; revise to fit grace situation; send two co-branding samples as well. |  |

Total Hours.................   1.00

Fees through 05/31/2010.....................................   $630.00

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $630.00 | 1.00 | $630.00 |
| Fees through 05/31/2010............... | | 1.00 | $630.00 |

Fees this Invoice.................................   $630.00

Less Discount of...............................   (63.00)

Adjusted Fees.......................................................   $567.00

**Total Due this Invoice**............................................   **$567.00**

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co. - Conn.                                                     June 30, 2010

**RE:** Massachusetts Div. Trademarks - General                          Invoice#: 637198
**Our File Number:** 63812/2000                                                  **PAGE:**    2

---

<u>Kaye Scholer LLP</u>

425 Park Avenue
New York, NY  10022-3598
212-836-8000
Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 637198
Total Amount Due: $567.00

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn
       7500 Grace Drive
       Columbia, Maryland 21044
       Attn: Robert Maggio. Esq.

June 30, 2010

RE: Orthopedic Textiles
Our File Number: 63812/0103

Invoice#: 637195
PAGE:   1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2010

| | | Hours |
|---|---|---|
| 04/23/2010 | Rynkiewicz, John P | 0.92 |
| | Review T. Hunter email re issues in  Potential Opposition Against Orthopedic Textiles, Ltd. for GRACE in South Africa; check series of prior emails, agents latest correspondence to Grace and advise/make recommendations re same;. | |
| 04/26/2010 | Rynkiewicz, John P | 0.25 |
| | Review R. Maggio email and check status re possible opposition/deadline in the case. | |

Total Hours................ 1.17

Fees through 05/31/2010.................................... $737.10

\*-----------------------------TIME AND FEE SUMMARY-----------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $630.00 | 1.17 | $737.10 |
| Fees through 05/31/2010............... | | 1.17 | $737.10 |

\*------------------------------OUTSTANDING BALANCE------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 623149 | 01/28/2010 | $249.90 |
| Prior Balance Due.......................................................... | | $249.90 |

**K**AYE SCHOLER LLP

TO:     W.R. Grace & Co.-Conn                                         June 30, 2010

**RE:** Orthopedic Textiles                                          **Invoice#:** 637195
**Our File Number:** 63812/0103                                        **PAGE:**   2

---

| | | |
|---|---|---|
| Fees this Invoice............................................... | $737.10 | |
| Less Discount of................................................ | (73.71) | |
| Adjusted Fees.................................................... | | $663.39 |
| Total Due this Invoice........................................ | | $663.39 |
| Prior Balance Due (from above)............................. | | 249.90 |
| **TOTAL DUE**.................................................... | | **$913.29** |

# KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn

June 30, 2010

RE: Orthopedic Textiles
**Our File Number:** 63812/0103

**Invoice#:** 637195
**PAGE:**    3

Kaye Scholer LLP

425 Park Avenue
New York, NY  10022-3598
212-836-8000
Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 637195
Total Amount Due: $913.29

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn                                    January 28, 2010
       7500 Grace Drive
       Columbia, Maryland 21044
       Attn: Robert Maggio. Esq.

RE: Orthopedic Textiles                                    Invoice#: 623149
Our File Number: 63812/0103                                PAGE:    1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2009

|  |  | Hours |
|---|---|---|
| 11/03/2009 | Rynkiewicz, John P | 0.42 |
|  | Review GRACE email and documents from agents; review prior rights declaration and advise client. | |
|  | Total Hours................ | 0.42 |
|  | Fees through 12/31/2009.................................... | $249.90 |

*----------------------------------TIME AND FEE SUMMARY----------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $595.00 | 0.42 | $249.90 |
| Fees through 12/31/2009............... | | 0.42 | $249.90 |

| | |
|---|---|
| Fees this Invoice.......................................................................... | $249.90 |
| **Total Due this Invoice**.............................................................. | **$249.90** |

KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                    January 28, 2010

RE: Orthopedic Textiles                                Invoice#: 623149
Our File Number: 63812/0103                              PAGE:   2

_____

Kaye Scholer LLP

                                                425 Park Avenue
                                                New York, NY  10022-3598
                                                212-836-8000
                                                Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 623149
Total Amount Due: $249.90