## IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: 8/23/10 @4ºpm |

**SUMMARY APPLICATION OF KAYESCHOLER LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS SPECIAL COUNSEL FOR INTELLECTUAL PROPERTY FOR W.R. GRACE &
CO., ET AL.,
THROUGH THE MONTHLY PERIOD OF June 30, 2010**

| | |
|---|---|
| Name *of Applicant*: | **Kaye Scholer LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention as Special Counsel for Intellectual Property | **Retention Order entered April 7, 2010** |
| Period for which compensation and reimbursement is sought | **June 1, 2010 - June 30, 2010** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$6,707.61** |
| Amount of Expense Reimbursement sought | **$ 0.00** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc., (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville, Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc., (f/k/a Dearborn International Holdings, Inc.,), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation Gracoal, Inc., Gracoal II, Inc., Guantica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc., (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc., (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Kaye Scholer LLP submits this application for fees and expenses for the month of June 2010. This is the second application for compensation for services that has been filed with the Bankruptcy Court by Kaye Scholer LLP. Previously, Kaye Scholer was appointed Ordinary Course Professional. On April 7, 2010, based on a motion made by Debtor on February 11, 2010, the Bankruptcy Court entered an order authorizing Kaye Scholer LLP to provide further services to Debtor as Special Counsel for Intellectual Property.

The monthly applications previously filed by Kaye Scholer LLP are shown in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 01/01/2010-05/31/2010 | July 2, 2010 | $74,734.57 | $26.58 |

During this fee period, Kaye Scholer LLP provided intellectual property services in connection with various matters, which are detailed in the attached fee schedules for the matters, and a procedural matter relating to preparation of petitions for submission to this court.

The Kaye Scholer professional who rendered the legal services during the fee period is:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| John P. Rynkiewicz | Counsel | 1981 | Intellectual Property | $567.00 | 11.83 | $6,707.61 |

Total Fees: $6,707.61

**WHEREFORE,** Applicant respectfully requests (a) that an allowance be made to it, as fully described above, for (i) 80% of the amount of $6,707.61, for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee period (June 1, 2010-June 30, 2010), and (b) that the fees are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated: July 28, 2010

John P. Rynkiewicz
Kaye Scholer LLP
901 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 682-3671
jrynkiewicz@kayescholer.com

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co-Conn.
7500 Grace Drive
Columbia, Maryland 21004
Attn: Robert A. Maggio, Chief Patent Counsel

July 28, 2010

RE: General
Our File Number: 63812/0001

Invoice#: 639770
PAGE:    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2010

| | | Hours |
|---|---|---|
| 06/01/2010 | Rynkiewicz, John P | 0.92 |
| | Beginning of the month overview of GRACE trademark matters, issues, deadlines and open issues. | |
| 06/02/2010 | Rynkiewicz, John P | 0.25 |
| | Advise Grace on GRACE COVENANT PRESBYTERIAN CHURCH & Design mark from Watch report; assess confusion. | |
| 06/02/2010 | Rynkiewicz, John P | 0.75 |
| | Review watch report and multiple marks; assess confusion and advise Grace re GRACE UNIVERSITY, DISGRACED, CIRCLES OF GRACE and others. | |
| 06/03/2010 | Rynkiewicz, John P | 0.75 |
| | Review Grace email and watch report for GRACE, Application No. 5268651 by Jeiliya Towel Co Ltd.; send comments and inquiries re Grace-owned marks in China. | |
| 06/04/2010 | Rynkiewicz, John P | 0.75 |
| | Review Grace email, Kemp report on GRACE marks and uses; review prior emails re same. | |
| 06/08/2010 | Rynkiewicz, John P | 0.75 |
| | Review Grace email and Watch report; review GRACEFUL LIFESTYLES; GRACELETTE; AGING GRACEFULLY and others; assess confusion; added USPTO research;. | |
| 06/10/2010 | Rynkiewicz, John P | 0.33 |
| | Advise Grace re LIVING GRACE mark in Watch report. | |
| 06/15/2010 | Rynkiewicz, John P | 1.25 |
| | Review Grace email and watch report dated June 15, 2010, from Corsearch; review nine marks; review select marks, check status and outline follow-up/review recommendations. | |

# KAYE SCHOLER LLP

TO:    W.R. Grace & Co-Conn.

July 28, 2010

**RE: General**
**Our File Number: 63812/0001**

**Invoice#: 639770**
**PAGE:    2**

| Date | | | Hours |
|---|---|---|---|
| 06/29/2010 | Rynkiewicz, John P | | 1.00 |
| | Month-end review of GRACE name matters; check status and review open issues. | | |
| 06/30/2010 | Rynkiewicz, John P | | 0.42 |
| | Review Grace letter and emails from J. Deckman re ebilling issues. | | |

Total Hours................ 7.17

Fees through 06/30/2010..................................... $4,517.10

\*-------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $630.00 | 7.17 | $4,517.10 |
| Fees through 06/30/2010.............. | | 7.17 | $4,517.10 |

\*-------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 623145 | 01/28/2010 | $5,456.15 |
| 628636 | 03/31/2010 | 5,250.42 |
| 628637 | 03/31/2010 | 8,453.97 |
| 637193 | 06/30/2010 | 19,890.36 |
| Prior Balance Due......................................................... | | $39,050.90 |

| | | |
|---|---|---|
| Fees this Invoice................................................ | $4,517.10 | |
| Less Discount of................................................ | (451.71) | |
| Adjusted Fees......................................................... | | $4,065.39 |
| Total Due this Invoice........................................... | | $4,065.39 |
| Prior Balance Due (from above)................................... | | 39,050.90 |
| **TOTAL DUE**........................................................ | | **$43,116.29** |

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co-Conn.                                          July 28, 2010

    **RE:** General                                                    **Invoice#:** 639770
    **Our File Number:** 63812/0001                                    **PAGE:**    3

---

Kaye Scholer LLP

                             425 Park Avenue
                             New York, NY  10022-3598
                             212-836-8000
                             Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 639770
Total Amount Due: $43,116.29

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     W.R. Grace & Co.-Conn
        7500 Grace Drive
        Columbia, Maryland 21044
        Attn: Robert A. Maggio, Esq.

July 28, 2010

**RE: I. GRACE Trademarks**
**Our File Number: 63812/0003**

**Invoice#: 639771**
**PAGE:    1**

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2010

|            |                        | **Hours** |
|------------|------------------------|-----------|
| 06/04/2010 | Rynkiewicz, John P     | 0.58      |
|            | Revise potential settlement letter agreement. | |
| 06/07/2010 | Rynkiewicz, John P     | 0.83      |
|            | Review status and work on settlement; research I. GRACE marks and uses. | |
| 06/22/2010 | Rynkiewicz, John P     | 0.92      |
|            | Emails to/from Grace; review issues, status of proceeding; overview of settlement. | |
| 06/30/2010 | Rynkiewicz, John P     | 0.75      |
|            | Work on drafts and issues in settlement of I-GRACE opposition. | |
|            | Total Hours................ | 3.08 |
|            | Fees through 06/30/2010................................... | $1,940.40 |

\*-------------------------------TIME AND FEE SUMMARY-------------------------------\*

|                    | Rate      | Hours | Fees       |
|--------------------|-----------|-------|------------|
| Rynkiewicz, John P | $630.00   | 3.08  | $1,940.40  |
| Fees through 06/30/2010............... | | 3.08 | $1,940.40 |

KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                    July 28, 2010

RE: I. GRACE Trademarks                              Invoice#: 639771
Our File Number: 63812/0003                          PAGE:    2

\*-------------------------------OUTSTANDING BALANCE-------------------------------\*

| Invoice# | Date | Amount |
|----------|------|--------|
| 623146 | 01/28/2010 | $2,034.90 |
| 628638 | 03/31/2010 | 2,177.28 |
| 628639 | 03/31/2010 | 3,027.78 |
| 637194 | 06/30/2010 | 7,427.70 |
| Prior Balance Due.......................................................... | | $14,667.66 |

| | | |
|---|---|---|
| Fees this Invoice...................................................... | $1,940.40 | |
| Less Discount of...................................................... | (194.04) | |
| Adjusted Fees........................................................... | | $1,746.36 |
| Total Due this Invoice............................................... | | $1,746.36 |
| Prior Balance Due (from above)................................. | | 14,667.66 |
| **TOTAL DUE**........................................................... | | $16,414.02 |

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).
NET DUE UPON RECEIPT

# KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn

July 28, 2010

RE: I. GRACE Trademarks
**Our File Number:** 63812/0003

Invoice#: 639771
**PAGE:**    3

---

Kaye Scholer LLP

425 Park Avenue
New York, NY  10022-3598
212-836-8000
Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 639771
Total Amount Due: $16,414.02

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  W.R. Grace & Co.-Conn
     7500 Grace Drive
     Columbia, Maryland 21044
     Attn: Robert A. Maggio, Esq.

July 28, 2010

**RE: Power Grace**
**Our File Number: 63812/0019**

**Invoice#: 639774**
**PAGE:   1**

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2010

| | | Hours |
|---|---|---|
| 06/07/2010 | Rynkiewicz, John P | 0.58 |
| | Review series of prior communications re multiple proceedings in India. | |
| | Total Hours................ | 0.58 |
| | Fees through 06/30/2010.................................... | $365.40 |

*-----------------------------------TIME AND FEE SUMMARY-----------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $630.00 | 0.58 | $365.40 |
| Fees through 06/30/2010............... | | 0.58 | $365.40 |

*-----------------------------OUTSTANDING BALANCE-----------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 623147 | 01/28/2010 | $1,981.35 |
| 628641 | 03/31/2010 | 1,701.00 |
| Prior Balance Due........................................................ | | $3,682.35 |

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                    July 28, 2010

RE: Power Grace                                    Invoice#: 639774
**Our File Number:** 63812/0019                                    PAGE:    2

| | | |
|---|---|---|
| Fees this Invoice.................................................. | $365.40 | |
| Less Discount of.................................................. | (36.54) | |
| Adjusted Fees.................................................................. | | $328.86 |
| Total Due this Invoice...................................................... | | $328.86 |
| Prior Balance Due (from above)................................................ | | 3,682.35 |
| **TOTAL DUE**.................................................................. | | $4,011.21 |

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).
NET DUE UPON RECEIPT

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn

July 28, 2010

RE: Power Grace
**Our File Number:** 63812/0019

Invoice#: 639774
PAGE:   3

---

Kaye Scholer LLP

425 Park Avenue
New York, NY  10022-3598
212-836-8000
Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 639774
Total Amount Due: $4,011.21

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn.
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Chief Patent Counsel

July 28, 2010

**RE:** Davison Silica
**Our File Number:** 63812/3001

**Invoice#:** 639773
**PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2010

| Date | | Hours |
|---|---|---|
| 06/14/2010 | Rynkiewicz, John P | 1.00 |

Review correspondence from Canadian counsel re GRACE DAVISON applic there and final approval; review prior communications and series of issues/hurdles overcome.

| | Hours |
|---|---|
| Total Hours................. | 1.00 |

Fees through 06/30/2010.................................... $630.00

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $630.00 | 1.00 | $630.00 |
| Fees through 06/30/2010.............. | | 1.00 | $630.00 |

\*-------------------------OUTSTANDING BALANCE-------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 623151 | 01/28/2010 | $1,041.25 |
| 628646 | 03/31/2010 | 379.89 |
| 628647 | 03/31/2010 | 567.00 |
| 637201 | 06/30/2010 | 2,409.75 |
| Prior Balance Due........................................................ | | $4,397.89 |

**KAYE SCHOLER LLP**

TO:    W.R. Grace & Co.-Conn.                                July 28, 2010

RE: Davison Silica                                  Invoice#: 639773
Our File Number: 63812/3001                         PAGE:    2

---

| | | |
|---|---|---|
| Fees this Invoice................................................ | $630.00 | |
| Less Discount of.............................................. | (63.00) | |
| Adjusted Fees.................................................................. | | $567.00 |
| Total Due this Invoice................................................. | | $567.00 |
| Prior Balance Due (from above)................................... | | 4,397.89 |
| **TOTAL DUE**.................................................................. | | **$4,964.89** |

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).
NET DUE UPON RECEIPT

KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn.

July 28, 2010

**RE: Davison Silica**
**Our File Number: 63812/3001**

**Invoice#: 639773**
**PAGE:    3**

Kaye Scholer LLP

425 Park Avenue
New York, NY  10022-3598
212-836-8000
Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 639773
Total Amount Due: $4,964.89

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  W.R. Grace & Co-Conn.
     7500 Grace Drive
     Columbia, Maryland  21004
     Attn: Robert A. Maggio, Chief Patent Counsel

AS OF:      July 28, 2010

     REGARDING:  Davison FCC
     OUR FILE#:   63812/3002

PAGE:   1

### Statement of Account

| Invoice Date | Invoice Number | Days Outstanding | | | |
|---|---|---|---|---|---|
| | | 0-30 | 31-60 | 61-90 | over 90 |
| 03/31/2010 | 628648 | | | | $2,046.93 |
| 03/31/2010 | 628649 | | | | 425.25 |
| Totals | | | | | $2,472.18 |

| Payments received after 07/27/2010 will be reflected on your next statement. | Current Amount: | |
|---|---|---|
| | Past-due Amount: | $2,472.18 |
| | **TOTAL DUE:** | **$2,472.18** |

### >>> INVOICES ARE PAYABLE ON RECEIPT <<<

If you have paid these invoices or have questions about this statement, please contact Michael Wilson at (202)682-3532.

Kaye Scholer LLP

425 Park Avenue
New York, NY  10022-3598
212-836-8000
Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 639749
Total Amount Due: $2,472.18

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  W.R. Grace & Co.-Conn
7500 Grace Drive
Columbia, Maryland  21044
Attn: Robert A. Maggio, Esq.

AS OF:        July 28, 2010

REGARDING:  Orthopedic Textiles
OUR FILE#:   63812/0103

PAGE:        1

### Statement of Account

| Invoice Date | Invoice Number | Days Outstanding | | | |
|---|---|---|---|---|---|
| | | 0-30 | 31-60 | 61-90 | over 90 |
| 01/28/2010 | 623149 | | | | $249.90 |
| 06/30/2010 | 637195 | $663.39 | | | |
| **Totals** | | $663.39 | | | $249.90 |

| | | |
|---|---|---|
| Payments received after 07/27/2010 will be reflected on your next statement. | Current Amount: | $663.39 |
| | Past-due Amount: | 249.90 |
| | **TOTAL DUE:** | **$913.29** |

### INVOICES ARE PAYABLE ON RECEIPT

If you have paid these invoices or have questions about this statement, please contact Michael Wilson at (202)682-3532.

Kaye Scholer LLP

425 Park Avenue
New York, NY  10022-3598
212-836-8000
Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 639754
Total Amount Due: $913.29

# **K**AYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: W.R. Grace & Co.-Conn
Legal Department
7500 Grace Drive
Columbia, Maryland 21044
Attn: Robert A. Maggio, Esq.

AS OF:        July 28, 2010

REGARDING: Special Counsel
OUR FILE#:   63812/0108

PAGE:    1

Statement of Account

| Invoice Date | Invoice Number | Days Outstanding | | | |
|---|---|---|---|---|---|
| | | 0-30 | 31-60 | 61-90 | over 90 |
| 03/31/2010 | 628642 | | | | $2,420.99 |
| 06/30/2010 | 637196 | $5,040.85 | | | |
| **Totals** | | **$5,040.85** | | | **$2,420.99** |

| Payments received after 07/27/2010 will be reflected on your next statement. | Current Amount: | $5,040.85 |
|---|---|---|
| | Past-due Amount: | 2,420.99 |
| | **TOTAL DUE:** | **$7,461.84** |

INVOICES ARE PAYABLE ON RECEIPT

If you have paid these invoices or have questions about this statement, please contact Michael Wilson at (202)682-3532.

Kaye Scholer LLP

425 Park Avenue
New York, NY  10022-3598
212-836-8000
Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 639755
Total Amount Due: $7,461.84

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: W.R. Grace & Co.-Conn
7500 Grace Drive
Columbia, Maryland 21044
Attn: Robert A. Maggio, Esq.

AS OF:        July 28, 2010

REGARDING: iBasis
OUR FILE#:    63812/0109

PAGE:    1

### Statement of Account

| Invoice Date | Invoice Number | Days Outstanding | | | |
|---|---|---|---|---|---|
| | | 0-30 | 31-60 | 61-90 | over 90 |
| 01/28/2010 | 623150 | | | | $1,487.50 |
| 03/31/2010 | 628643 | | | | 567.00 |
| 03/31/2010 | 628644 | | | | 1,417.50 |
| Totals | | | | | $3,472.00 |

| Payments received after 07/27/2010 will be reflected on your next statement. | Current Amount: | |
|---|---|---|
| | Past-due Amount: | $3,472.00 |
| | **TOTAL DUE:** | **$3,472.00** |

### INVOICES ARE PAYABLE ON RECEIPT

If you have paid these invoices or have questions about this statement, please contact Michael Wilson at (202)682-3532.

Kaye Scholer LLP

425 Park Avenue
New York, NY  10022-3598
212-836-8000
Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 639756
Total Amount Due: $3,472.00

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: Advanced Refining Technologies
c/o W.R. Grace & Co., - Conn.
7500 Grace Drive
Columbia, Maryland  21044
Attn: Robert A. Maggio, Chief Patent Counsel

AS OF:          July 28, 2010

REGARDING: Advanced Refining Technologies
OUR FILE#: · 63812/3000                                          PAGE:    1

### Statement of Account

| Invoice Date | Invoice Number | Days Outstanding | | | |
|---|---|---|---|---|---|
| | | 0-30 | 31-60 | 61-90 | over 90 |
| 03/31/2010 | 628645 | | | | $96.39 |
| 06/30/2010 | 637199 | $425.25 | | | |
| Totals | | $425.25 | | | 96.39 |

| | | |
|---|---|---|
| Payments received after 07/27/2010 will be reflected on your next statement. | Current Amount: | $425.25 |
| | Past-due Amount: | 96.39 |
| | **TOTAL DUE:** | **$521.64** |

### INVOICES ARE PAYABLE ON RECEIPT

If you have paid these invoices or have questions about this statement, please contact Michael Wilson at (202)682-3532.

<u>Kaye Scholer LLP</u>

425 Park Avenue
New York, NY  10022-3598
212-836-8000
Fed. ID No. 13-1672623

**CITIBANK WIRING INSTRUCTIONS**

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 639748
Total Amount Due: $521.64