## Exhibit A

CUMULATIVE SUMMARY OF INTERIM APPPLICATIONS OF STEPTOE & JOHNSON LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 1, 2010 THROUGH MARCH 31, 2010 FOR W.R. GRACE & CO., et al.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 6/30/1010 | 1/01/10 – 1/31/10 | $ 832.00 | $15.44 | $ 665.60 | $15.44 | $166.40 |
| 6/30/2010 | 2/01/10 – 2/28/10 | $2,978.50 | $12.40 | $2,382.50 | $12.40 | $595.70 |
| 6/30/2010 | 3/01/10 – 3/31/10 | $1,428.00 | $22.25 | $1,142.40 | $22.25 | $285.60 |

## CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 32 | Fee Application, Applicant | 2.60 | $1,300.00 |
| 35 | Other Fee Applications | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 41 | Tax Issues | 0 | 0 |
| 46 | Tax Litigation | 6.10 | $3,938.50 |
| 42 | Travel (1/2 total hours billed) | 0 | $ 0 |
| | Total | 8.70 | $5,238.50 |

## CUMULATIVE EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Telephone – Conference Calls | $0 |
| Copies – Matter 32 (Fee Applications) | $6.50 |
| Copies – Matter 46 (Tax Litigation) | $22.25 |
| Computer Database Research | $0 |
| Postage | $2.10 |
| Federal Express/Overnight Messenger | $14.24 |
| Facsimile | $5.00 |
| Meals | $0 |
| Hotel | $0 |
| Local Transportation | $0 |
| Parking | $0 |
| Total | $50.09 |

8