## Exhibit D
March Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #25013 under Case No. 01-01139. Also available upon request from Steptoe & Johnson LLP or Pachulski, Stang, Ziehl, Young & Jones.