IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Official Committee of Asbestos Personal Injury Claimants and Official Committee of Asbestos Property Damage Claimants, et. al | ) ) ) ) | Adv. Docket No. 02-2210 [Lead Docket] |
| Plaintiffs | ) | |
| v. | ) | |
| Sealed Air Corporation and Cryovac, Inc. | ) | |
| Defendants | ) | |
| Official Committee of Asbestos Personal Injury Claimants and Official Committee of Asbestos Property Damage Claimants, et. al | ) ) ) ) | Adv. Docket No. 02-2211 |
| Plaintiffs | ) | |
| v. | ) | |
| Fresenius Medical Care Holdings, Inc and National Medical Card, Inc.. | ) ) | |
| Defendants | ) | |

## ORDER REFERRING JURISDICTION OF THESE ADVERSARY PROCEEDINGS BACK TO THE BANKRUPTCY COURT

The cause, having come to be heard on the Debtors motion for entry of an order referring the matters relating to these Adversary Proceedings which may remain in the District

Court, back to the Bankruptcy Court so that the Bankruptcy Court may enter an order allowing the payment of certain remaining legal fees (the "Motion"); and it appearing that the Court has jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. 157 and 1334; and it appearing that venue of this proceeding and the Motion is proper in this district pursuant to 28 U.S.C. 1408 and 1409; and due and proper notice having been given; and it appearing that the relief requested in the Motion is in the best interest of the Debtors and their estates and creditors; and the Court being fully advised in the premises and after due deliberation and sufficient cause appearing therefore, IT IS HERBY ORDERED:

1. The Motion is granted.

2. All remaining matters relating to Adversary Proceedings 02-2210 and 02-2211 are hereby referred back to the Bankruptcy Court.

Dated: _____, 2010           _____

                                          Honorable Ronald Buckwalter
                                          U. S. District Judge