**EXHIBIT A**

Professional services rendered through: May 31, 2010

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/05/10 | G.N. Kidder | Research procedures for refund of erroneously computed interest. | 0.80 |
| 05/06/10 | G.N. Kidder | Review procedures for refund of erroneously computed interest; Draft e-mail re procedures; Conference call with Carol Finke and Matt Lerner to discuss interest computation issue. | 1.50 |
| 05/06/10 | M.D. Lerner | Calls with client re interest computations. | 0.70 |
| 05/07/10 | G.N. Kidder | Draft and send inquiry re: interest computation expert. | 0.10 |
| 5/10/10 | A.E. Moran | Work on quarterly bills. | .80 |
| 5/11/10 | A.E. Moran | Finish and send out quarterly application. | 1.30 |
| 05/13/10 | G.N. Kidder | Review draft letter re IRS interest computation errors. | 0.30 |
| 05/13/10 | M.D. Lerner | Edit letter re computations. | 0.20 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.D. Lerner | 0.90 | 785.00 | 706.50 |
| A.E. Moran | 2.10 | 500.00 | 1,050.00 |
| G.N. Kidder | 2.70 | 520.00 | 1,404.00 |
| Total | 5.70 | | 3,160.50 |

|  |  |
|---|---|
| Total Fees | $3,160.50 |

Disbursements:

| | |
|---|---|
| Overnight Messenger | 9.22 |
| Duplicating | 9.20 |
| Total Disbursements | $18.42 |
| Total This Statement | $3,178.92 |