**EXHIBIT B**

```
                         STEPTOE & JOHNSON LLP
Detail Cost Report                                              Proforma:
2346697

012046.00003 TAX LITIGATION AUDIT ISSUE

Cost                Timekeeper
Code       Date     Number   Name              Quantity      Rate       Amount
================================================================================

DLFD     05/11/10   00206    Moran, Anne E.      1.00        9.22        9.22
  DLFD   05/11/10   00206    Moran, Anne E.      1.00        9.22
Federal Express from Anne E. Moran
to Pachulski Stang Ziehl & Jones
on May 11, 2010.
Tracking Number 418373161034

LASR     05/11/10   00206    Moran, Anne E.      1.00        0.10        0.10
  LASR   05/11/10   00206    Moran, Anne E.      1.00        0.20        0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR     05/11/10   00206    Moran, Anne E.      1.00        0.10        0.10
  LASR   05/11/10   00206    Moran, Anne E.      1.00        0.20        0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR     05/11/10   00206    Moran, Anne E.      1.00        0.10        0.10
  LASR   05/11/10   00206    Moran, Anne E.      1.00        0.20        0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
                                                                         0.30
LASR     05/11/10 Total:
LASR     05/24/10   00206    Moran, Anne E.      1.00        0.10        0.10
  LASR   05/24/10   00206    Moran, Anne E.      1.00        0.20        0.20
PC/Network Printing

PC LASER   1 Pages Wieczorek, JoAnn

LASR              Total:                                                 0.40

Total: 012046.00003 TAX LITIGATION AUDIT ISSUE                           9.62

Report Total:                                                            9.62
```

6

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  841977

012046.00005 BILLING & COURT FILINGS

Cost       Date              Timekeeper
Code       Date      Num.    Name Description              Quantity    Rate       Amount
==========================================================================================
LASR       05/07/10 00206    Moran, Anne E.                 11.00      0.10        1.10
  LASR     05/07/10 00206    Moran, Anne E.                 11.00      0.20        2.20
PC/Network Printing

PC LASER   11 Pages Moran, Anne
LASR       05/10/10 00206    Moran, Anne E.                 11.00      0.10        1.10
  LASR     05/10/10 00206    Moran, Anne E.                 11.00      0.20        2.20
PC/Network Printing

PC LASER   11 Pages Ward, Brenda
LASR       05/10/10 00206    Moran, Anne E.                 11.00      0.10        1.10
  LASR     05/10/10 00206    Moran, Anne E.                 11.00      0.20        2.20
PC/Network Printing

PC LASER   11 Pages Ward, Brenda
LASR       05/10/10 00206    Moran, Anne E.                 11.00      0.10        1.10
  LASR     05/10/10 00206    Moran, Anne E.                 11.00      0.20        2.20
PC/Network Printing

PC LASER   11 Pages Moran, Anne
LASR       05/10/10 00206    Moran, Anne E.                 11.00      0.10        1.10
  LASR     05/10/10 00206    Moran, Anne E.                 11.00      0.20        2.20
PC/Network Printing

PC LASER   11 Pages Moran, Anne
LASR       05/10/10 Total:                                   4.40
LASR       05/11/10 00206    Moran, Anne E.                 11.00      0.10        1.10
  LASR     05/11/10 00206    Moran, Anne E.                 11.00      0.20        2.20
PC/Network Printing

PC LASER   11 Pages Ward, Brenda
LASR       05/11/10 00206    Moran, Anne E.                 11.00      0.10        1.10
  LASR     05/11/10 00206    Moran, Anne E.                 11.00      0.20        2.20
PC/Network Printing

PC LASER   11 Pages Ward, Brenda
LASR       05/11/10 00206    Moran, Anne E.                 11.00      0.10        1.10
  LASR     05/11/10 00206    Moran, Anne E.                 11.00      0.20        2.20
PC/Network Printing

PC LASER   11 Pages Ward, Brenda
LASR       05/11/10 Total:                                   3.30

LASR                Total:                                   8.80

Total: 012046.00005 BILLING & COURT FILINGS                  8.80

Report Total:                                                8.80
```

7