**EXHIBIT A**

Professional services rendered through: June 30, 2010

Matter No. 012046.00003 - TAX LITIGATION AUDIT ISSUE

| Date | Professional | Description | Hours |
|---|---|---|---|
| 06/04/10 | E.C. Ramey | Review client information on interest netting and initial research on interest netting. | 3.30 |
| 06/04/10 | M.D. Lerner | Call with C. Finke re interest netting. | 0.80 |
| 06/05/10 | E.C. Ramey | Research on interest netting and statute of limitations and deposits. | 4.00 |
| 06/06/10 | E.C. Ramey | Research on interest netting. | 1.20 |
| 06/07/10 | E.C. Ramey | Research on interest netting; discussion with M. Lerner regarding research results; call with W.R. Grace regarding interest netting issues. | 4.80 |
| 06/07/10 | M.D. Lerner | Discussion with E. Ramey. | 1.30 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.D. Lerner | 2.10 | 785.00 | 1,648.50 |
| E.C. Ramey | 13.30 | 355.00 | 4,721.50 |
| Total | 15.40 | | 6,370.00 |

Total Fees  $6,370.00

Disbursements:

Duplicating                                                                                         10.10

Professional services rendered through: June 30, 2010

Matter No. 012046.00005 - BILLING & COURT FILINGS

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/28/10 | A.E. Moran | Work on January, February and March bills. | 1.80 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.E. Moran | 1.80 | 500.00 | 900.00 |
| Total | 1.80 | | 900.00 |

                                                  Total Fees                    $900.00

Disbursements:

    Duplicating                                        10.90

                              Total Disbursements             $21.00

                              Total Fees:                    $7,270.00

                              Total Statement:           <u>$7,291.00</u>