**EXHIBIT B**

```
STEPTOE & JOHNSON LLP
Detail Cost Report - Proforma:   841979

012046.00003 TAX LITIGATION AUDIT ISSUE

Cost        Date                Timekeeper
Code        Date     Num.       Name Description              Quantity    Rate     Amount
==========================================================================================

LASR        06/07/10 00206      Moran, Anne E.                    1.00    0.10       0.10
   LASR     06/07/10 00206      Moran, Anne E.                    1.00    0.20       0.20
PC/Network Printing

PC LASER   1 Pages Wieczorek, JoAnn
LASR        06/07/10 00206      Moran, Anne E.                    2.00    0.10       0.20
   LASR     06/07/10 00206      Moran, Anne E.                    2.00    0.20       0.40
PC/Network Printing

PC LASER   2 Pages Ramey, Elinor
LASR        06/07/10 00206      Moran, Anne E.                    2.00    0.10       0.20
   LASR     06/07/10 00206      Moran, Anne E.                    2.00    0.20       0.40
PC/Network Printing

PC LASER   2 Pages Ramey, Elinor
LASR        06/07/10 Total:                                       0.50
LASR        06/09/10 00206      Moran, Anne E.                    3.00    0.10       0.30
   LASR     06/09/10 00206      Moran, Anne E.                    3.00    0.20       0.60
PC/Network Printing

PC LASER   3 Pages Ward, Brenda
LASR        06/09/10 00206      Moran, Anne E.                    1.00    0.10       0.10
   LASR     06/09/10 00206      Moran, Anne E.                    1.00    0.20       0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR        06/09/10 00206      Moran, Anne E.                    1.00    0.10       0.10
   LASR     06/09/10 00206      Moran, Anne E.                    1.00    0.20       0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR        06/09/10 00206      Moran, Anne E.                    3.00    0.10       0.30
   LASR     06/09/10 00206      Moran, Anne E.                    3.00    0.20       0.60
PC/Network Printing

PC LASER   3 Pages Ward, Brenda
LASR        06/09/10 00206      Moran, Anne E.                    1.00    0.10       0.10
   LASR     06/09/10 00206      Moran, Anne E.                    1.00    0.20       0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR        06/09/10 Total:                                       0.90
LASR        06/10/10 00206      Moran, Anne E.                    3.00    0.10       0.30
   LASR     06/10/10 00206      Moran, Anne E.                    3.00    0.20       0.60
PC/Network Printing
```

7

```
PC LASER   3 Pages Ward, Brenda
LASR       06/10/10 00206     Moran, Anne E.          3.00    0.10    0.30
   LASR    06/10/10 00206     Moran, Anne E.          3.00    0.20    0.60
PC/Network Printing

PC LASER   3 Pages Ward, Brenda
LASR       06/10/10 00206     Moran, Anne E.          3.00    0.10    0.30
   LASR    06/10/10 00206     Moran, Anne E.          3.00    0.20    0.60
PC/Network Printing

PC LASER   3 Pages Ward, Brenda
LASR       06/10/10 00206     Moran, Anne E.          3.00    0.10    0.30
   LASR    06/10/10 00206     Moran, Anne E.          3.00    0.20    0.60
PC/Network Printing

PC LASER   3 Pages Ward, Brenda
LASR       06/10/10 00206     Moran, Anne E.          3.00    0.10    0.30
   LASR    06/10/10 00206     Moran, Anne E.          3.00    0.20    0.60
PC/Network Printing

PC LASER   3 Pages Ward, Brenda
LASR       06/10/10 Total:                            1.50
LASR       06/28/10 00206     Moran, Anne E.         10.00    0.10    1.00
   LASR    06/28/10 00206     Moran, Anne E.         10.00    0.20    2.00
PC/Network Printing

PC LASER   10 Pages Moran, Anne
LASR       06/28/10 00206     Moran, Anne E.         14.00    0.10    1.40
   LASR    06/28/10 00206     Moran, Anne E.         14.00    0.20    2.80
PC/Network Printing

PC LASER   14 Pages Moran, Anne
LASR       06/28/10 00206     Moran, Anne E.         14.00    0.10    1.40
   LASR    06/28/10 00206     Moran, Anne E.         14.00    0.20    2.80
PC/Network Printing

PC LASER   14 Pages Moran, Anne
LASR       06/28/10 Total:                            3.80
LASR       06/29/10 00206     Moran, Anne E.          8.00    0.10    0.80
   LASR    06/29/10 00206     Moran, Anne E.          8.00    0.20    1.60
PC/Network Printing

PC LASER   8 Pages Moran, Anne
LASR       06/29/10 00206     Moran, Anne E.          7.00    0.10    0.70
   LASR    06/29/10 00206     Moran, Anne E.          7.00    0.20    1.40
PC/Network Printing

PC LASER   7 Pages Ward, Brenda
LASR       06/29/10 00206     Moran, Anne E.          7.00    0.10    0.70
   LASR    06/29/10 00206     Moran, Anne E.          7.00    0.20    1.40
PC/Network Printing

PC LASER   7 Pages Ward, Brenda
LASR       06/29/10 00206     Moran, Anne E.          1.00    0.10    0.10
```

```
    LASR     06/29/10 00206      Moran, Anne E.              1.00    0.20    0.20
PC/Network Printing

PC LASER   1 Pages Moran, Anne
LASR       06/29/10 00206      Moran, Anne E.                7.00    0.10    0.70
    LASR     06/29/10 00206      Moran, Anne E.              7.00    0.20    1.40
PC/Network Printing

PC LASER   7 Pages Ward, Brenda
LASR       06/29/10 00206      Moran, Anne E.                3.00    0.10    0.30
    LASR     06/29/10 00206      Moran, Anne E.              3.00    0.20    0.60
PC/Network Printing

PC LASER   3 Pages Moran, Anne
LASR       06/29/10 00206      Moran, Anne E.                1.00    0.10    0.10
    LASR     06/29/10 00206      Moran, Anne E.              1.00    0.20    0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       06/29/10 Total:                                   3.40

LASR                Total:                                  10.10

Total: 012046.00003 TAX LITIGATION AUDIT ISSUE              10.10
```

9

```
STEPTOE & JOHNSON LLP
Detail Cost Report - Proforma:  841981

012046.00005 BILLING & COURT FILINGS

Cost        Date              Timekeeper
Code        Date      Num.    Name Description                Quantity    Rate      Amount
==========================================================================================

LASR        06/09/10 00206    Moran, Anne E.                      1.00    0.10        0.10
  LASR      06/09/10 00206    Moran, Anne E.                      1.00    0.20        0.20
PC/Network Printing

PC LASER    1 Pages Ward, Brenda
LASR        06/09/10 00206    Moran, Anne E.                      1.00    0.10        0.10
  LASR      06/09/10 00206    Moran, Anne E.                      1.00    0.20        0.20
PC/Network Printing

PC LASER    1 Pages Ward, Brenda
LASR        06/09/10 00206    Moran, Anne E.                      1.00    0.10        0.10
  LASR      06/09/10 00206    Moran, Anne E.                      1.00    0.20        0.20
PC/Network Printing

PC LASER    1 Pages Ward, Brenda
LASR        06/09/10 00206    Moran, Anne E.                      1.00    0.10        0.10
  LASR      06/09/10 00206    Moran, Anne E.                      1.00    0.20        0.20
PC/Network Printing

PC LASER    1 Pages Ward, Brenda
LASR        06/09/10 00206    Moran, Anne E.                      1.00    0.10        0.10
  LASR      06/09/10 00206    Moran, Anne E.                      1.00    0.20        0.20
PC/Network Printing

PC LASER    1 Pages Ward, Brenda
LASR        06/09/10 Total :                                      0.50
LASR        06/10/10 00206    Moran, Anne E.                      3.00    0.10        0.30
  LASR      06/10/10 00206    Moran, Anne E.                      3.00    0.20        0.60
PC/Network Printing

PC LASER    3 Pages Ward, Brenda
LASR        06/10/10 00206    Moran, Anne E.                      3.00    0.10        0.30
  LASR      06/10/10 00206    Moran, Anne E.                      3.00    0.20        0.60
PC/Network Printing

PC LASER    3 Pages Ward, Brenda
LASR        06/10/10 00206    Moran, Anne E.                      3.00    0.10        0.30
  LASR      06/10/10 00206    Moran, Anne E.                      3.00    0.20        0.60
PC/Network Printing

PC LASER    3 Pages Ward, Brenda
LASR        06/10/10 00206    Moran, Anne E.                      3.00    0.10        0.30
  LASR      06/10/10 00206    Moran, Anne E.                      3.00    0.20        0.60
PC/Network Printing

PC LASER    3 Pages Ward, Brenda
LASR        06/10/10 Total :                                      1.20
LASR        06/28/10 00206    Moran, Anne E.                      6.00    0.10        0.60
```

```
        LASR       06/28/10 00206      Moran, Anne E.              6.00    0.20         1.20
PC/Network Printing

PC LASER    6 Pages Moran, Anne
LASR       06/28/10 00206      Moran, Anne E.              7.00    0.10         0.70
    LASR   06/28/10 00206      Moran, Anne E.              7.00    0.20         1.40
PC/Network Printing

PC LASER    7 Pages Moran, Anne
LASR       06/28/10 00206      Moran, Anne E.             12.00    0.10         1.20
    LASR   06/28/10 00206      Moran, Anne E.             12.00    0.20         2.40
PC/Network Printing

PC LASER   12 Pages Moran, Anne
LASR       06/28/10 00206      Moran, Anne E.             10.00    0.10         1.00
    LASR   06/28/10 00206      Moran, Anne E.             10.00    0.20         2.00
PC/Network Printing

PC LASER   10 Pages Moran, Anne
LASR       06/28/10 00206      Moran, Anne E.             10.00    0.10         1.00
    LASR   06/28/10 00206      Moran, Anne E.             10.00    0.20         2.00
PC/Network Printing

PC LASER   10 Pages Moran, Anne
LASR       06/28/10 00206      Moran, Anne E.             10.00    0.10         1.00
    LASR   06/28/10 00206      Moran, Anne E.             10.00    0.20         2.00
PC/Network Printing

PC LASER   10 Pages Moran, Anne
LASR       06/28/10 00206      Moran, Anne E.             12.00    0.10         1.20
    LASR   06/28/10 00206      Moran, Anne E.             12.00    0.20         2.40
PC/Network Printing

PC LASER   12 Pages Moran, Anne
LASR       06/28/10 Total :                                6.70
LASR       06/29/10 00206      Moran, Anne E.              7.00    0.10         0.70
    LASR   06/29/10 00206      Moran, Anne E.              7.00    0.20         1.40
PC/Network Printing

PC LASER    7 Pages Ward, Brenda
LASR       06/29/10 00206      Moran, Anne E.             10.00    0.10         1.00
    LASR   06/29/10 00206      Moran, Anne E.             10.00    0.20         2.00
PC/Network Printing

PC LASER   10 Pages Ward, Brenda
LASR       06/29/10 00206      Moran, Anne E.              7.00    0.10         0.70
    LASR   06/29/10 00206      Moran, Anne E.              7.00    0.20         1.40
PC/Network Printing

PC LASER    7 Pages Ward, Brenda
LASR       06/29/10 00206      Moran, Anne E.              1.00    0.10         0.10
    LASR   06/29/10 00206      Moran, Anne E.              1.00    0.20         0.20
PC/Network Printing

PC LASER    1 Pages Ward, Brenda
LASR       06/29/10 Total :                                2.50
```

| | | |
|---|---|---|
| LASR | Total: | 10.90 |
| Total: 012046.00005 BILLING & COURT FILINGS | | 10.90 |
| Report Total: | | 10.90 |