**EXHIBIT A**

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

July 29, 2010

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 548414
056772

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

### 056772-00001/CASE ADMINISTRATION

| | |
|---|---|
| FEES | $0.00 |
| DISBURSEMENTS | 86.72 |
| MATTER TOTAL | $86.72 |

### 056772-00007/REORGANIZATION PLAN

| | |
|---|---|
| FEES | $571.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $571.50 |

### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---|
| FEES | $799.50 |
| DISBURSEMENTS | 22.05 |
| MATTER TOTAL | $821.55 |

### 056772-00019/HEARINGS

| | |
|---|---|
| FEES | $369.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $369.00 |

Amounts due may be remitted by wire transfer.

To: Citibank, N.A.
Citicorp Center 153 E. 53rd Street NY, N.Y. 10043
ABA #021000089
Account: Kramer Levin Naftalis & Frankel LLP Money Market A\C 37613572
By Order of: Invoice No. 548414
Citibank Contact: Deborah Hosking (212) 559-8634

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2288928.1

**056772-00026/OTHER**

| | |
|---|---|
| FEES.................................................................................................................... | $184.50 |
| DISBURSEMENTS ............................................................................................. | 0.00 |
| MATTER TOTAL................................................................................................ | $184.50 |
| CLIENT GRAND TOTAL..................................................................................... | $2,033.27 |

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00001

July 29, 2010
Invoice No. 548414

## CASE ADMINISTRATION

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| DOCUMENT RETRIEVAL FEES | 86.72 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$86.72** |
| **TOTAL FOR THIS MATTER** | **$86.72** |

Kramer Levin Naftalis & Frankel LLP                                                Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                                   July 29, 2010
056772-00007                                                        Invoice No. 548414

## REORGANIZATION PLAN

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/03/10 | BENTLEY, PHILIP | Review emails re upcoming hearing, etc. | 0.10 | 79.50 |
| 06/08/10 | BLABEY, DAVID E | Review proposed settlement re Easthampton Superfund site (.5) and email to T. Weschler re same (.2). | 0.70 | 430.50 |
| 06/23/10 | BLABEY, DAVID E | Review proposed edits to Easthampton superfund motion. | 0.10 | 61.50 |

**TOTAL HOURS AND FEES**                                                0.90    $571.50

**TOTAL FOR THIS MATTER**                              $571.50

KL4 2288928.1

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/01/10 | BLABEY, DAVID E | Prepare April fee application. | 0.50 | 307.50 |
| 06/08/10 | BLABEY, DAVID E | Review bill for fee application. | 0.10 | 61.50 |
| 06/29/10 | BLABEY, DAVID E | Prepare May fee application. | 0.70 | 430.50 |
| **TOTAL HOURS AND FEES** | | | **1.30** | **$799.50** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| PHOTOCOPYING | 0.10 |
| MESSENGER/COURIER | 21.95 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$22.05** |

**TOTAL FOR THIS MATTER**                         **$821.55**

KL4 2288928.1

Kramer Levin Naftalis & Frankel LLP

Page No. 6

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00019

July 29, 2010
Invoice No. 548414

## HEARINGS

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/07/10 | BLABEY, DAVID E | Attend omnibus hearing telephonically (.4) and email to T. Weschler re same (.2). | 0.60 | 369.00 |
| **TOTAL HOURS AND FEES** | | | **0.60** | **$369.00** |

**TOTAL FOR THIS MATTER**       $369.00

**OTHER**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/03/10 | BLABEY, DAVID E | Review proposed pension funding motion (.2) and email to T. Weschler re same (.1). | 0.30 | 184.50 |
| **TOTAL HOURS AND FEES** | | | **0.30** | **$184.50** |

**TOTAL FOR THIS MATTER**                                                      $184.50