# EXHIBIT B

*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 08/02/2010 09:51:35

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 3046701
Bill Frequency: M
Status : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services

## PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM: TO:
UNBILLED DISB FROM: 06/30/2010 TO: 06/30/2010

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 0.00 | 86.72 |
| AMOUNT WRITTEN DOWN: | ______ | ______ |
| PREMIUM: | ______ | ______ |
| ON ACCOUNT BILLED: | ______ | ______ |
| DEDUCTED FROM PAID RETAINER: | ______ | ______ |
| AMOUNT BILLED: | ______ | ______ |
| THRU DATE: | | 06/30/2010 |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | |
| EXPECTED DATE OF COLLECTION: | ______ | |

BILLING PARTNER APPROVAL: ______ BENTLEY PHILIP - 02495 ______ WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS: ______

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 0.00 | | |
| DISBURSEMENTS: | 86.72 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 86.72 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 06/29/10 | LAST PAYMENT DATE: | 07/02/10 |
| LAST BILL NUMBER: | 546522 | ACTUAL FEES BILLED TO DATE: | 361,674.00 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 361,674.00 |
| LAST BILL THRU DATE: | 05/31/10 | FEES WRITTEN OFF TO DATE: | 85,614.00 |
| | | COSTS WRITTEN OFF TO DATE: | 23,134.83 |

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee
(2) Late Time & Costs Posted
(3) Pre-arranged Discount
(4) Excessive Legal Time
(5) Business Development
(6) Summer Associate
(7) Fixed Fee
(8) Premium
(9) Rounding
(10) Client Arrangement

BILL NUMBER: ______ DATE OF BILL: ______ Processed by: ______ FRC: ______ CRC: ______

Run Date & Time: 08/02/2010 09:51:36

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 3046701
Bill Frequency: M
Status : ACTIVE

UNBILLED COSTS SUMMARY

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0972 | DOCUMENT RETRIEVAL FEES | 06/30/10 | 06/30/10 | 86.72 |
| | Total | | | 86.72 |
| | Grand Total | | | 86.72 |

UNBILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| DOCUMENT RETRIEVAL FEES 0972 | | | | | | |
| DOCUMENT RETRIEVAL F<br>Document Retrieval Fees | PIZZARELLO, C | 06/30/10 | 86.72 | 9102431 | 931491 | 07/14/10 |
| | 0972 DOCUMENT RETRIEVAL F Total : | | 86.72 | | | |

Costs Total : 86.72

Run Date & Time: 08/02/2010 09:51:36

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 3046701
Bill Frequency: M
Status : ACTIVE

B I L L I N G  I N S T R U C T I O N S  F O R  U N B I L L E D  C O S T S  S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|
| 0972 DOCUMENT RETRIEVAL FEES | 86.72 | | | | |
| Costs Total : | 86.72 | | | | |

Run Date & Time: 08/02/2010 09:51:36

Matter No: 056772-00007
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : REORGANIZATION PLAN
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 3046701
Bill Frequency: M
Status : ACTIVE

Special Billing Instructions:

## PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM: 06/03/2010 TO: 06/23/2010
UNBILLED DISB FROM: TO:

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 571.50 | 0.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 06/23/2010 | |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL: BENTLEY PHILIP - 02495

WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| | ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH |
|---|---|---|---|
| FEES: | 571.50 | | |
| DISBURSEMENTS: | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 571.50 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 05/27/10 | LAST PAYMENT DATE: | 07/02/10 |
| LAST BILL NUMBER: | 544573 | ACTUAL FEES BILLED TO DATE: | 881,522.50 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 881,522.50 |
| LAST BILL THRU DATE: | 04/30/10 | FEES WRITTEN OFF TO DATE: | 391.00 |
| | | COSTS WRITTEN OFF TO DATE: | 2,162.00 |

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee
(2) Late Time & Costs Posted
(3) Pre-arranged Discount
(4) Excessive Legal Time
(5) Business Development
(6) Summer Associate
(7) Fixed Fee
(8) Premium
(9) Rounding
(10) Client Arrangement

BILL NUMBER:________ DATE OF BILL:________ Processed by:________ FRC:________ CRC:________

Run Date & Time: 08/02/2010 09:51:36

Matter No: 056772-00007
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : REORGANIZATION PLAN
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 3046701
Bill Frequency: M
Status : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y

| Emp Id | Employee Name | Group | Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|---|
| | | | Total Unbilled | | | |
| 02495 | BENTLEY, PHILIP | CRED | 06/03/10 | 06/03/10 | 0.10 | 79.50 |
| 17135 | BLABEY, DAVID E | CRED | 06/08/10 | 06/23/10 | 0.80 | 492.00 |
| | Total: | | | | 0.90 | 571.50 |

Sub-Total Hours : 0.10 Partners 0.00 Counsels 0.80 Associates 0.00 Legal Assts 0.00 Others

Run Date & Time: 08/02/2010 09:51:36

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 3046701
Bill Frequency: M
Status : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM: 06/01/2010 TO: 06/29/2010
UNBILLED DISB FROM: 06/01/2010 TO: 06/30/2010

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 799.50 | 22.05 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 06/29/2010 | 06/30/2010 |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL: BENTLEY PHILIP - 02495

WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS

| | |
|---|---|
| FEES: | 799.50 |
| DISBURSEMENTS: | 22.05 |
| FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 821.55 |

UNAPPLIED CASH

| | |
|---|---|
| UNIDENTIFIED RECEIPTS: | 0.00 |
| PAID FEE RETAINER: | 0.00 |
| PAID DISB RETAINER: | 0.00 |
| TOTAL AVAILABLE FUNDS: | 0.00 |
| TRUST BALANCE: | |

BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 06/29/10 | LAST PAYMENT DATE: | 07/02/10 |
| LAST BILL NUMBER: | 546522 | ACTUAL FEES BILLED TO DATE: | 214,796.50 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 214,796.50 |
| LAST BILL THRU DATE: | 05/31/10 | FEES WRITTEN OFF TO DATE: | 19,208.00 |
| | | COSTS WRITTEN OFF TO DATE: | 658.14 |

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee
(2) Late Time & Costs Posted
(3) Pre-arranged Discount
(4) Excessive Legal Time
(5) Business Development
(6) Summer Associate
(7) Fixed Fee
(8) Premium
(9) Rounding
(10) Client Arrangement

BILL NUMBER:______ DATE OF BILL:______ Processed by:______ FRC:______ CRC:______

*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 08/02/2010 09:51:36

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 3046701
Bill Frequency: M
Status : ACTIVE

## UNBILLED TIME SUMMARY

| Emp Id | Employee Name | Group | Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|---|
| 17135 | BLABEY, DAVID E | CRED | 06/01/10 | 06/29/10 | 1.30 | 799.50 |
| | Total: | | | | 1.30 | 799.50 |

Sub-Total Hours : 0.00 Partners 0.00 Counsels 1.30 Associates 0.00 Legal Assts 0.00 Others

## UNBILLED COSTS SUMMARY

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 06/01/10 | 06/01/10 | 0.10 |
| 0930 | MESSENGER/COURIER | 06/01/10 | 06/30/10 | 21.95 |
| | Total | | | 22.05 |
| | Grand Total | | | 821.55 |

## UNBILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING 0820 | | | | | | |
| PHOTOCOPYING<br>TAYLOR PATRICIA | TAYLOR, P | 06/01/10 | 0.10 | 9069626 | 914204 | 06/08/10 |
| | 0820 PHOTOCOPYING Total : | | 0.10 | | | |
| MESSENGER/COURIER 0930 | | | | | | |
| FEDERAL EXPRESS CORPORAT<br>Saul Ewing LLP | BLABEY, D E | 06/01/10 | 9.41 | 9074006 | 915034 | 06/10/10 |
| FEDERAL EXPRESS CORPORAT<br>Saul Ewing LLP | BLABEY, D E | 06/30/10 | 12.54 | 9103777 | 932356 | 07/16/10 |
| | 0930 MESSENGER/COURIER Total : | | 21.95 | | | |
| Costs Total : | | | 22.05 | | | |

Run Date & Time: 08/02/2010 09:51:36

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 3046701
Bill Frequency: M
Status : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|
| 0820 PHOTOCOPYING | 0.10 | | | | |
| 0930 MESSENGER/COURIER | 21.95 | | | | |
| Costs Total : | 22.05 | | | | |

Run Date & Time: 08/02/2010 09:51:36

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 3046701
Bill Frequency: M
Status : ACTIVE

Special Billing Instructions:

## PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM: 06/07/2010 TO: 06/07/2010
UNBILLED DISB FROM: TO:

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 369.00 | 0.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 06/07/2010 | |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL: BENTLEY PHILIP - 02495

WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 369.00 | | |
| DISBURSEMENTS: | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 369.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 05/27/10 | LAST PAYMENT DATE: | 07/02/10 |
| LAST BILL NUMBER: | 544573 | ACTUAL FEES BILLED TO DATE: | 450,836.00 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 450,836.00 |
| LAST BILL THRU DATE: | 04/30/10 | FEES WRITTEN OFF TO DATE: | 11,993.18 |
| | | COSTS WRITTEN OFF TO DATE: | 1,772.20 |

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee
(2) Late Time & Costs Posted
(3) Pre-arranged Discount
(4) Excessive Legal Time
(5) Business Development
(6) Summer Associate
(7) Fixed Fee
(8) Premium
(9) Rounding
(10) Client Arrangement

BILL NUMBER:_______ DATE OF BILL:_______ Processed by:_______ FRC:_______ CRC:_______

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 08/02/2010 09:51:37

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 3046701
Bill Frequency: M
Status : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y

| Emp Id | Employee Name | Group | Total Unbilled Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|---|
| 17135 | BLABEY, DAVID E | CRED | 06/07/10 | 06/07/10 | 0.60 | 369.00 |
| | Total: | | | | 0.60 | 369.00 |

Sub-Total Hours : 0.00 Partners 0.00 Counsels 0.60 Associates 0.00 Legal Assts 0.00 Others

Run Date & Time: 08/02/2010 09:51:37

Matter No: 056772-00026
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : OTHER
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 3046701
Bill Frequency: M
Status : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM: 06/03/2010 TO: 06/03/2010
UNBILLED DISB FROM: TO:

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 184.50 | 0.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 06/03/2010 | |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL: BENTLEY PHILIP - 02495

WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 184.50 | | |
| DISBURSEMENTS: | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 184.50 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 04/27/10 | LAST PAYMENT DATE: | 06/01/10 |
| LAST BILL NUMBER: | 542373 | ACTUAL FEES BILLED TO DATE: | 8,003.00 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 8,003.00 |
| LAST BILL THRU DATE: | 03/31/10 | FEES WRITTEN OFF TO DATE: | 0.00 |
| | | COSTS WRITTEN OFF TO DATE: | 0.00 |

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee
(2) Late Time & Costs Posted
(3) Pre-arranged Discount
(4) Excessive Legal Time
(5) Business Development
(6) Summer Associate
(7) Fixed Fee
(8) Premium
(9) Rounding
(10) Client Arrangement

BILL NUMBER:________ DATE OF BILL:________ Processed by:________ FRC:________ CRC:________

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 12

Run Date & Time: 08/02/2010 09:51:37

Matter No: 056772-00026
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : OTHER
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 3046701
Bill Frequency: M
Status : ACTIVE

UNBILLED TIME SUMMARY

| Emp Id | Employee Name | Group | Oldest (Total Unbilled) | Latest (Total Unbilled) | Hours (Total Unbilled) | Amount (Total Unbilled) |
|---|---|---|---|---|---|---|
| 17135 | BLABEY, DAVID E | CRED | 06/03/10 | 06/03/10 | 0.30 | 184.50 |
| | Total: | | | | 0.30 | 184.50 |

Sub-Total Hours : 0.00 Partners 0.00 Counsels 0.30 Associates 0.00 Legal Assts 0.00 Others