IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., et al.,<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br><br>Jointly Administered |

### CERTIFICATE OF SERVICE

I, Teresa K.D. Currier, hereby certify that on August 5, 2010, I caused a copy of the **One Hundred and Sixth Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP, Counsel to the Official Committee of Equity Security Holders, for Compensation and Reimbursement of Disbursements for the Period From June 1, 2010 Through June 30, 2010** to be served on the parties set forth on the attached service list in the manner indicated therein.

SAUL EWING LLP

By: _____
Teresa K.D. Currier (No. 3080)
222 Delaware Avenue, Suite 1200
P. O. Box 1266
Wilmington, DE 19899
(302) 421-6800

596451.1 8/5/10

## W.R. GRACE & CO., et al.
### Service List

**Via Hand Delivery:**
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

**Via Federal Express and E-mail:**
Richard C. Finke, Esquire
John Port, Esquire
W. R. Grace & Co.
5400 Broken Sound Boulevard NW
Boca Raton, FL 33487

Warren H. Smith
Warren H. Smith and Associates
Republic Center
325 N. St. Paul, Suite 1250
Dallas, TX 75201

596451.1 8/5/10