**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | Objection Deadline 8/25/10 @ 4ºº pm |

**EIGHTY-NINTH APPLICATION OF BLACKSTONE ADVISORY PARTNERS L.P.
AS FINANCIAL ADVISOR TO W.R. GRACE & CO. AND AFFILIATES FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD OF JUNE 1, 2010 THROUGH JUNE 30, 2010**

| | |
|---|---|
| Name of Applicant: | Blackstone Advisory Partners L.P. |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 |
| Period for which compensation and reimbursement is sought: | June 1, 2010 through June 30, 2010 |

| Amount of Compensation sought as actual, reasonable and necessary: | <u>Total</u> $175,000.00 | <u>(Holdback @ 20%)</u> ($35,000.00) |
|---|---|---|

| | |
|---|---|
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $5,202.91 |
| Amount of Cash Payment Sought: | $145,202.91 |

This is a __x_ monthly __ interim ____ final application

Summary of Monthly Applications:

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved | Unpaid |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/31/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | -- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved | Unpaid |
| | | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
|---|---|---|---|---|---|---|---|
| 04/10/07 | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84 | 100,000.00 | 5,412.84 | -- | -- |
| 06/29/07 | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82 | 100,000.00 | 1,260.82 | -- | -- |
| 06/29/07 | 03/01/07 – 03/31/07 | 100,000.00 | 535.30 | 100,000.00 | 535.30 | -- | -- |
| 09/20/07 | 04/01/07 – 04/30/07 | 100,000.00 | 3,145.97 | 100,000.00 | 3,145.97 | -- | -- |
| 09/20/07 | 05/01/07 – 05/31/07 | 125,000.00 | 148.40 | 125,000.00 | 148.40 | -- | -- |
| 09/20/07 | 06/01/07 – 06/30/07 | 125,000.00 | 584.53 | 125,000.00 | 584.53 | -- | -- |
| 11/19/07 | 07/01/07 – 07/31/07 | 125,000.00 | 786.94 | 125,000.00 | 786.94 | -- | -- |
| 11/19/07 | 08/01/07 – 08/31/07 | -- | 997.55 | -- | 997.55 | -- | -- |
| 11/19/07 | 09/01/07 – 09/30/07 | 75,000.00 | 585.59 | 75,000.00 | 585.59 | -- | -- |
| 03/13/08 | 10/01/07 – 10/31/07 | 100,000.00 | 1,518.85 | 100,000.00 | 1,518.85 | -- | -- |
| 03/13/08 | 11/01/07 – 11/30/07 | 75,000.00 | 241.73 | 75,000.00 | 241.73 | -- | -- |
| 03/13/08 | 12/01/07 – 12/31/07 | 50,000.00 | 270.44 | 50,000.00 | 270.44 | -- | -- |
| 05/22/08 | 01/01/08 – 01/31/08 | 100,000.00 | 2,618.39 | 100,000.00 | 2,618.39 | -- | -- |
| 05/22/08 | 02/01/08 – 02/29/08 | 150,000.00 | 377.34 | 150,000.00 | 377.34 | -- | -- |
| 05/22/08 | 03/01/08 – 03/31/08 | 75,000.00 | 1,468.54 | 75,000.00 | 1,468.54 | -- | -- |
| 10/16/08 | 04/01/08 – 04/30/08 | 150,000.00 | 370.04 | 150,000.00 | 370.04 | -- | -- |
| 10/16/08 | 05/01/08 – 05/31/08 | 125,000.00 | 868.61 | 125,000.00 | 868.61 | -- | -- |
| 10/16/08 | 06/01/08 – 06/30/08 | 175,000.00 | 7,178.80 | 175,000.00 | 7,178.80 | -- | -- |
| 01/09/09 | 07/01/08 – 07/31/08 | 175,000.00 | 1,507.33 | 175,000.00 | 1,507.33 | -- | -- |
| 01/09/09 | 08/01/08 – 08/31/08 | 175,000.00 | 3,482.81 | 175,000.00 | 3,482.81 | -- | -- |
| 01/09/09 | 09/01/08 – 09/30/08 | 175,000.00 | 7,491.74 | 175,000.00 | 7,491.74 | -- | -- |
| 01/09/09 | 10/01/08 – 10/31/08 | 150,000.00 | 3,166.54 | 120,000.00 | 3,166.54 | -- | -- |
| 04/20/09 | 11/01/08 – 11/30/08 | 75,000.00 | 3,762.45 | 75,000.00 | 3,762.45 | -- | -- |
| 04/20/09 | 12/01/08 – 12/31/08 | 75,000.00 | 4,251.05 | 75,000.00 | 4,251.05 | -- | -- |
| 07/06/09 | 01/01/09 – 01/31/09 | 75,000.00 | 407.84 | 75,000.00 | 407.84 | -- | -- |
| 07/06/09 | 02/01/09 – 02/28/09 | 175,000.00 | 840.67 | 175,000.00 | 840.67 | -- | -- |
| 07/06/09 | 03/01/09 – 03/31/09 | 150,000.00 | 1,515.13 | 150,000.00 | 1,515.13 | -- | -- |
| 09/03/09 | 04/01/09 – 04/30/09 | 150,000.00 | 1,757.02 | 150,000.00 | 1,757.02 | -- | 30,000.00 |
| 09/03/09 | 05/01/09 – 05/31/09 | 175,000.00 | 4,503.06 | 175,000.00 | 1,515.13 | -- | -- |
| 09/03/09 | 06/01/09 – 06/30/09 | 175,000.00 | 4,246.49 | 140,000.00 | 4,246.49 | -- | -- |
| 12/14/09 | 07/01/09 – 07/31/09 | 175,000.00 | 10,766.12 | 140,000.00 | 10,766.12 | -- | -- |
| 12/14/09 | 08/01/09 – 08/31/09 | 175,000.00 | 2,367.44 | 140,000.00 | 2,367.44 | -- | -- |
| 12/14/09 | 09/01/09 – 09/30/09 | 100,000.00 | 3,953.33 | 80,000.00 | 3,953.33 | -- | -- |
| 12/15/09 | 10/01/09 – 10/31/09 | 100,000.00 | 1,354.62 | 80,000.00 | 1,354.62 | -- | 20,000.00 |
| -- | 11/01/09 – 11/30/09 | -- | -- | -- | -- | -- | -- |
| 02/12/10 | 12/01/09 – 12/31/09 | 100,000.00 | 1,839.20 | 80,000.00 | 1,839.20 | -- | 20,000.00 |
| 03/12/10 | 01/01/10 – 01/31/10 | 150,000.00 | 1,633.77 | 120,000.00 | 1,633.77 | 30,000.00 | -- |
| -- | 02/01/10 – 02/28/10 | -- | -- | -- | -- | -- | -- |
| 04/29/10 | 03/01/10 – 03/31/10 | 175,000.00 | 4,238.44 | 140,000.00 | 4,238.44 | 35,000.00 | |
| 05/28/10 | 04/01/10 – 04/30/10 | 175,000.00 | 4,575.58 | 140,000.00 | 4,575.58 | 35,000.00 | |
| 06/25/10 | 05/01/10 – 05/31/10 | 175,000.00 | 7,750.24 | 140,000.00 | 7,750.24 | 35,000.00 | |

# Blackstone Advisory Partners L.P.

August 5, 2010

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---:|
| Monthly advisory fee for the period of June 1, 2010 through June 30, 2010: | $ | 175,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | (35,000.00) |

Out-of-pocket expenses processed for the period through June 30, 2010:[1]

| | | | |
|---|---|---:|---:|
| Airfare | $ | 595.40 | |
| Ground Transportation | | 2,226.42 | |
| Communication | | 45.00 | |
| Meals | | 648.50 | |
| Lodging | | 207.93 | |
| Research | | 1,479.66 | 5,202.91 |
| **Total Amount Due** | $ | | **145,202.91** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

Invoice Number: 48586

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

Blackstone Advisory Partners L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Through June 30, 2010**
**Invoice No. 48586**

| | GL Detail Jun-10 | | Total Expenses | |
|---|---|---|---|---|
| Airfare | $ | 595.40 | $ | 595.40 |
| Ground Transportation - Car Service - Elite | | 76.95 | | 76.95 |
| Ground Transportation - Local Travel | | 419.34 | | 419.34 |
| Ground Transportation - Out of Town Travel | | 84.13 | | 84.13 |
| Ground Transportation - Railroad | | 1,646.00 | | 1,646.00 |
| Communications - Messenger - Other | | 45.00 | | 45.00 |
| Employee Meals | | 648.50 | | 648.50 |
| Lodging | | 207.93 | | 207.93 |
| External Research - Dow Jones | | 940.60 | | 940.60 |
| External Research - Reuters | | 539.06 | | 539.06 |
| | $ | 5,202.91 | $ | 5,202.91 |
| | | | | |
| **Airfare** | $ | | | 595.40 |
| **Ground Transportation** | | | | 2,226.42 |
| **Communication** | | | | 45.00 |
| **Meals** | | | | 648.50 |
| **Lodging** | | | | 207.93 |
| **Research** | | | | 1,479.66 |
| | | | | |
| **Total Expenses** | | | $ | 5,202.91 |

W.R. Grace & Co.
Detail of Expenses Processed
Through June 30, 2010
Invoice No. 48586

**Airfare**

| | | | |
|---|---|---|---|
| Bonanno (travel agency fee for booking of round trip flight to/from Washington, DC from/to Queens, NY on 05/24/10) | 05/21/10 | 40.00 | |
| Bonanno (round trip coach class flight to/from Washington, DC from/to Queens, NY) | 05/24/10 | 555.40 | |
| | Subtotal - Airfare | $ | 595.40 |

**Ground Transportation - Car Service - Elite**

| | | | |
|---|---|---|---|
| Bradley (car home from LaGuardia Airport in Queens, NY) | 05/20/10 | 76.95 | |
| | Subtotal - Ground Transportation - Car Service - Elite | | 76.95 |

**Ground Transportation - Local Travel**

| | | |
|---|---|---|
| Bradley (weeknight taxi home from client dinner meeting in New York, NY) | 04/27/10 | 11.88 |
| Bradley (taxi to New York Penn Station) | 05/24/10 | 10.80 |
| Bradley (taxi home from New York Penn Station) | 05/24/10 | 11.10 |
| Yamamoto (weekend taxi to Blackstone from home) | 05/15/10 | 9.80 |
| Yamamoto (weekend taxi home from Blackstone) | 05/15/10 | 10.80 |
| Yamamoto (taxi to New York Penn Station from home) | 05/20/10 | 6.60 |
| Yamamoto (taxi to New York Penn Station) | 05/21/10 | 5.25 |
| Yamamoto (taxi home from airport in Queens, NY) | 05/21/10 | 47.58 |
| Yamamoto (taxi home from New York Penn Station) | 05/22/10 | 5.37 |
| Yamamoto (taxi to New York Penn Station) | 05/24/10 | 12.65 |
| Yamamoto (taxi home from airport in Queens, NY) | 05/24/10 | 6.70 |
| Bonanno (early morning taxi to Blackstone with luggage from home for later flight to Baltimore, MD) | 04/19/10 | 14.90 |
| Bonanno (early morning taxi to Blackstone with luggage from home for later flight to Baltimore, MD) | 04/22/10 | 12.72 |
| Bonanno (taxi home from New York Penn Station) | 04/23/10 | 9.00 |
| Bonanno (weeknight taxi home from Blackstone after working late) | 05/20/10 | 11.28 |
| Pikula (weeknight taxi home from Blackstone after working late) | 04/19/10 | 9.30 |
| Pikula (weeknight taxi home from Blackstone after working late) | 04/20/10 | 8.70 |
| Pikula (weeknight taxi home from Blackstone after working late) | 04/21/10 | 9.30 |
| Pikula (weeknight taxi home from Blackstone after working late) | 04/22/10 | 8.70 |
| Pikula (taxi to Blackstone from New York Penn Station) | 04/23/10 | 12.50 |
| Pikula (weekend taxi to Blackstone from home) | 04/24/10 | 10.10 |
| Pikula (weekend taxi home from Blackstone) | 04/24/10 | 8.25 |
| Pikula (weekend taxi to Blackstone from home) | 04/25/10 | 8.16 |
| Pikula (weekend taxi home from Blackstone) | 04/25/10 | 8.16 |
| Pikula (weekend taxi for return travel to Blackstone from home) | 04/25/10 | 7.75 |
| Pikula (weeknight taxi home from Blackstone after working late) | 04/26/10 | 9.70 |
| Pikula (weeknight taxi home from Blackstone after working late) | 04/27/10 | 9.30 |
| Pikula (weeknight taxi home from Blackstone after working late) | 04/29/10 | 9.30 |
| Pikula (weeknight taxi home from Blackstone after working late) | 04/30/10 | 8.90 |
| Pikula (weekend taxi home from Blackstone) | 05/01/10 | 10.80 |
| Pikula (weekend taxi for return travel to Blackstone from home) | 05/01/10 | 9.36 |
| Pikula (weekend taxi home from Blackstone) | 05/02/10 | 9.20 |
| Pikula (weeknight taxi home from Blackstone after working late) | 05/03/10 | 15.10 |
| Pikula (weeknight taxi home from Blackstone after working late) | 05/04/10 | 15.00 |
| Pikula (weeknight taxi home from Blackstone after working late) | 05/05/10 | 10.87 |
| Sperling (weeknight taxi home from Blackstone after working late) | 06/23/10 | 10.50 |
| Sperling (weeknight taxi home from Blackstone after working late) | 06/24/10 | 12.96 |
| Sperling (weeknight taxi home from Blackstone after working late) | 06/25/10 | 11.00 |
| Subtotal - Ground Transportation - Local Travel | | 419.34 |

**Ground Transportation - Out of Town Travel**

| | | |
|---|---|---|
| Yamamoto (taxi to client meeting from train station in Boston, MA) | 05/20/10 | 20.00 |
| Yamamoto ( taxi to client meeting in Cambridge, MA from train station in Boston, MA) | 05/20/10 | 64.13 |
| Subtotal - Ground Transportation - Out of Town Travel | | 84.13 |

**Ground Transportation - Railroad**

| | | |
|---|---|---|
| Bonanno (travel agency fee for booking of round trip train to/from Baltimore, MD from/to New York, NY on 04/22 & 04/23/10) | 04/21/10 | 40.00 |
| Bonanno (round trip train travel to/from Baltimore, MD from/to New York, NY) | 04/22/10 - 04/23/10 | 432.00 |
| Lambert (round trip train travel to/from Baltimore, MD from/to New York, NY) | 06/23/10 | 378.00 |
| O'Connell (round trip train travel to/from Baltimore, MD from/to New York, NY) | 06/23/10 | 378.00 |
| Sperling (travel agency fee for booking of round trip flight to/from Baltimore, MD from/to New York, NY on 06/23/10) | 06/22/10 | 40.00 |
| Sperling (round trip train travel to/from Baltimore, MD from/to New York, NY) | 06/23/10 | 378.00 |
| Subtotal - Ground Transportation - Railroad | | 1,646.00 |

**Communications - Messenger - Other**

| | | |
|---|---|---|
| Wu | 05/21/10 | 45.00 |
| Subtotal - Communications - Messenger - Other | | 45.00 |

**Employee Meals**

| | | |
|---|---|---|
| Yamamoto (1 weeknight working dinner meal @ Blackstone while working late) | 05/12/10 | 23.23 |
| Yamamoto (1 weeknight working dinner meal @ Blackstone while working late) | 05/25/10 | 23.23 |
| Yamamoto (1 weeknight working dinner meal @ Blackstone while working late) | 05/27/10 | 23.23 |
| Bonanno (1 working dinner meal while in Baltimore, MD) | 04/22/10 | 50.00 |
| Bonanno (1 working breakfast meal while in Baltimore, MD) | 04/23/10 | 12.32 |
| Bonanno (1 working lunch meal while in Baltimore, MD) | 04/23/10 | 13.64 |
| Bradley (1 working lunch meal while in Baltimore, MD) | 04/23/10 | 8.04 |
| Lambert (1 working lunch meal while in Baltimore, MD) | 06/23/10 | 25.83 |
| O'Connell (1 working dinner meal while in Baltimore, MD) | 04/22/10 | 50.00 |
| O'Connell (1 working lunch meal while in Baltimore, MD) | 06/23/10 | 25.85 |
| Pikula (1 weeknight working dinner meal @ Blackstone while working late) | 04/19/10 | 25.00 |
| Pikula (1 weeknight working dinner meal @ Blackstone while working late) | 04/20/10 | 24.33 |
| Pikula (1 weeknight working dinner meal @ Blackstone while working late) | 04/21/10 | 25.00 |

| | | | |
|---|---|---|---|
| Pikula (1 weeknight working dinner meal @ Blackstone while working late) | 04/22/10 | 7.24 | |
| Pikula (1 working breakfast meal while traveling) | 04/23/10 | 4.75 | |
| Pikula (1 working lunch meal while traveling) | 04/23/10 | 8.04 | |
| Pikula (1 weeknight working dinner meal @ Blackstone while working late) | 04/23/10 | 12.21 | |
| Pikula (1 weeknight working dinner meal @ Blackstone while working late) | 04/24/10 | 12.00 | |
| Pikula (1 weeknight working dinner meal @ Blackstone while working late) | 04/26/10 | 11.38 | |
| Pikula (1 weeknight working dinner meal @ Blackstone while working late) | 04/27/10 | 25.00 | |
| Pikula (1 weeknight working dinner meal @ Blackstone while working late) | 04/28/10 | 20.59 | |
| Pikula (1 weeknight working dinner meal @ Blackstone while working late) | 04/29/10 | 25.00 | |
| Pikula (1 weeknight working dinner meal @ Blackstone while working late) | 04/30/10 | 25.00 | |
| Pikula (1 weekend working lunch meal @ Blackstone) | 05/01/10 | 7.62 | |
| Pikula (1 weekend working dinner meal @ Blackstone) | 05/01/10 | 18.29 | |
| Pikula (1 weekend working dinner meal @ Blackstone) | 05/02/10 | 25.00 | |
| Pikula (1 weeknight working dinner meal @ Blackstone while working late) | 05/03/10 | 23.34 | |
| Pikula (1 weekend working dinner meal @ Blackstone) | 05/04/10 | 23.97 | |
| Schumacher (1 working lunch meal while traveling) | 04/23/10 | 8.04 | |
| Sperling (1 working breakfast meal while in Baltimore, MD) | 06/23/10 | 10.50 | |
| Sperling (1 working lunch meal while in Baltimore, MD) | 06/23/10 | 25.83 | |
| Sperling (1 weeknight working dinner meal @ Blackstone while working late) | 06/24/10 | 25.00 | |
| | **Subtotal - Employee Meals** | | **648.50** |
| | | | |
| **Lodging** | | | |
| Bonanno (1 day hotel stay in Baltimore, MD) | 04/22/10 - 04/23/10 | 207.93 | |
| | **Subtotal - Lodging** | | **207.93** |
| | | | |
| **External Research - Dow Jones** | | | |
| Pikula (online data research) | 05/3/10 - 06/05/10 | 300.82 | |
| Pikula (online data research) | 06/13/10 - 06/19/10 | 639.78 | |
| | **Subtotal - External Research - Dow Jones** | | **940.60** |
| | | | |
| **External Research - Reuters** | | | |
| Pikula (online data research) | 06/06/10 - 06/12/10 | 71.90 | |
| Pikula (online data research) | 06/13/10 - 06/19/10 | 114.10 | |
| Yamamoto (online data research) | 05/30/10 - 06/05/10 | 183.76 | |
| Yamamoto (online data research) | 06/06/10 - 06/12/10 | 26.19 | |
| Yamamoto (online data research) | 06/13/10 - 06/19/10 | 57.05 | |
| Yamamoto (online data research) | 06/20/10 - 06/26/10 | 86.06 | |
| | **Subtotal - External Research - Reuters** | | **539.06** |
| | | | |
| | **Total Expenses** | $ | **5,202.91** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JUNE 1, 2010 THROUGH JUNE 30, 2010**

| Professional | Title | Hours |
|---|---|---|
| David Bradley | Senior Managing Director | 38.5 |
| Jamie O'Connell | Managing Director | 29.0 |
| Patrick Schumacher | Managing Director | 73.0 |
| Chris Yamamoto | Associate | 141.0 |
| Jonathan Kaufman | Associate | 25.1 |
| Michael Sperling | Analyst | 30.5 |
| Alexander Lambert | Analyst | 25.5 |
| Katie Wu | Analyst | 111.0 |
| Nikola Pikula | Analyst | 124.0 |
| | Total | 597.6 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2010 THROUGH JUNE 30, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Chris Yamamoto | 06/01/10 | 6.0 | Business Analysis | Draft presentation regarding business analysis |
| David Bradley | 06/01/10 | 3.0 | Business Analysis | 6/3 meeting prep |
| Nikola Pikula | 06/01/10 | 10.0 | Business Analysis | Analysis of comparable companies / financial modeling |
| Patrick Schumacher | 06/01/10 | 0.5 | Business Analysis | Prep call with management for 6/3/10 meeting |
| Chris Yamamoto | 06/02/10 | 8.0 | Business Analysis | Draft presentation regarding business analysis |
| Nikola Pikula | 06/02/10 | 9.0 | Business Analysis | Analysis of comparable companies / financial modeling |
| Chris Yamamoto | 06/03/10 | 1.5 | Business Analysis | Meeting with management |
| David Bradley | 06/03/10 | 1.5 | Business Analysis | Meeting with management |
| Jamie O'Connell | 06/03/10 | 0.6 | Business Analysis | Internal status meeting |
| Jonathan Kaufman | 06/03/10 | 0.6 | Business Analysis | Internal status meeting |
| Nikola Pikula | 06/03/10 | 2.5 | Business Analysis | Analysis of comparable companies / financial modeling |
| Patrick Schumacher | 06/03/10 | 1.5 | Business Analysis | Meeting with management |
| Chris Yamamoto | 06/04/10 | 1.0 | Business Analysis | Modeling call with Michael Brown |
| Nikola Pikula | 06/04/10 | 4.5 | Business Analysis | Analysis of comparable companies / financial modeling |
| Patrick Schumacher | 06/04/10 | 1.0 | Business Analysis | Modeling call with Michael Brown |
| Katie Wu | 06/05/10 | 9.0 | Business Analysis | Analysis of comparable companies / financial modeling |
| Nikola Pikula | 06/05/10 | 8.5 | Business Analysis | Analysis of comparable companies / financial modeling |
| Chris Yamamoto | 06/06/10 | 5.0 | Business Analysis | Analysis of comparable companies / financial modeling |
| Katie Wu | 06/06/10 | 14.0 | Business Analysis | Analysis of comparable companies / financial modeling |
| Nikola Pikula | 06/06/10 | 7.0 | Business Analysis | Analysis of comparable companies / financial modeling |
| Patrick Schumacher | 06/06/10 | 12.0 | Business Analysis | Review of financial analyses |
| Chris Yamamoto | 06/07/10 | 6.0 | Business Analysis | Analysis of comparable companies / financial modeling |
| Katie Wu | 06/07/10 | 11.0 | Business Analysis | Analysis of comparable companies / financial modeling |
| Nikola Pikula | 06/07/10 | 5.0 | Business Analysis | Analysis of comparable companies / financial modeling |
| Patrick Schumacher | 06/07/10 | 3.0 | Business Analysis | Review of draft presentation |
| Chris Yamamoto | 06/08/10 | 5.0 | Business Analysis | Analysis of comparable companies / financial modeling |
| Nikola Pikula | 06/08/10 | 3.0 | Business Analysis | Analysis of comparable companies / financial modeling |
| Chris Yamamoto | 06/09/10 | 5.0 | Business Analysis | Analysis of comparable companies / financial modeling |
| Katie Wu | 06/09/10 | 4.0 | Business Analysis | Analysis of comparable companies / financial modeling |
| Nikola Pikula | 06/09/10 | 2.0 | Business Analysis | Analysis of comparable companies / financial modeling |
| Chris Yamamoto | 06/10/10 | 5.0 | Business Analysis | Analysis of comparable companies / financial modeling |
| Chris Yamamoto | 06/10/10 | 0.5 | Business Analysis | Modeling call with Michael Brown |
| Katie Wu | 06/10/10 | 2.0 | Business Analysis | Analysis of comparable companies / financial modeling |
| Nikola Pikula | 06/10/10 | 4.5 | Business Analysis | Analysis of comparable companies / financial modeling |
| Chris Yamamoto | 06/11/10 | 6.0 | Business Analysis | Analysis of comparable companies / financial modeling |
| Katie Wu | 06/11/10 | 3.0 | Business Analysis | Analysis of comparable companies / financial modeling |
| Nikola Pikula | 06/11/10 | 5.0 | Business Analysis | Analysis of comparable companies / financial modeling |
| Chris Yamamoto | 06/13/10 | 5.0 | Business Analysis | Analysis of comparable companies / financial modeling |
| Katie Wu | 06/13/10 | 8.5 | Business Analysis | Analysis of comparable companies / financial modeling |
| Nikola Pikula | 06/13/10 | 10.0 | Business Analysis | Analysis of comparable companies / financial modeling |
| Katie Wu | 06/14/10 | 11.0 | Business Analysis | Analysis of comparable companies / financial modeling |
| Nikola Pikula | 06/14/10 | 8.0 | Business Analysis | Analysis of comparable companies / financial modeling |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
JUNE 1, 2010 THROUGH JUNE 30, 2010

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Chris Yamamoto | 06/15/10 | 6.0 | Business Analysis | Analysis of comparable companies / financial modeling |
| Katie Wu | 06/15/10 | 6.0 | Business Analysis | Analysis of comparable companies / financial modeling |
| Nikola Pikula | 06/15/10 | 12.0 | Business Analysis | Analysis of comparable companies / financial modeling |
| Patrick Schumacher | 06/15/10 | 12.0 | Business Analysis | Review of presentation materials |
| Chris Yamamoto | 06/16/10 | 8.0 | Business Analysis | Analysis of comparable companies / financial modeling |
| Katie Wu | 06/16/10 | 3.0 | Business Analysis | Analysis of comparable companies / financial modeling |
| Nikola Pikula | 06/16/10 | 10.0 | Business Analysis | Analysis of comparable companies / financial modeling |
| Chris Yamamoto | 06/17/10 | 6.0 | Business Analysis | Draft presentation regarding business analysis |
| Chris Yamamoto | 06/17/10 | 1.5 | Business Analysis | Preliminary business analysis review with management |
| David Bradley | 06/17/10 | 1.5 | Business Analysis | Preliminary business analysis review with management |
| Katie Wu | 06/17/10 | 5.5 | Business Analysis | Preliminary business analysis review with management |
| Nikola Pikula | 06/17/10 | 7.0 | Business Analysis | Analysis of comparable companies / financial modeling |
| Patrick Schumacher | 06/17/10 | 1.5 | Business Analysis | Preliminary business analysis review with management |
| Chris Yamamoto | 06/18/10 | 6.0 | Business Analysis | Draft presentation regarding business analysis |
| David Bradley | 06/18/10 | 3.0 | Business Analysis | Preparation for meeting regarding business analysis |
| Katie Wu | 06/18/10 | 5.0 | Business Analysis | Analysis of comparable companies / financial modeling |
| Nikola Pikula | 06/18/10 | 6.0 | Business Analysis | Analysis of comparable companies / financial modeling |
| Chris Yamamoto | 06/19/10 | 3.0 | Business Analysis | Draft presentation regarding business analysis |
| Katie Wu | 06/19/10 | 4.0 | Business Analysis | Analysis of comparable companies / financial modeling |
| Nikola Pikula | 06/19/10 | 3.0 | Business Analysis | Analysis of comparable companies / financial modeling |
| Chris Yamamoto | 06/20/10 | 10.0 | Business Analysis | Analysis of comparable companies / financial modeling |
| Katie Wu | 06/20/10 | 6.5 | Business Analysis | Analysis of comparable companies / financial modeling |
| Nikola Pikula | 06/20/10 | 7.0 | Business Analysis | Analysis of comparable companies / financial modeling |
| Patrick Schumacher | 06/20/10 | 12.0 | Business Analysis | Review of presentation materials |
| Chris Yamamoto | 06/21/10 | 1.5 | Business Analysis | Meeting with management |
| Chris Yamamoto | 06/21/10 | 6.0 | Business Analysis | Revisions to draft presentation regarding business analysis |
| David Bradley | 06/21/10 | 1.5 | Business Analysis | Meeting with management |
| Jonathan Kaufman | 06/21/10 | 1.5 | Business Analysis | Conference call with management regarding presentation |
| Katie Wu | 06/21/10 | 8.0 | Business Analysis | Analysis of comparable companies / financial modeling |
| Michael Sperling | 06/21/10 | 1.5 | Business Analysis | Conference call with management regarding presentation |
| Patrick Schumacher | 06/21/10 | 1.5 | Business Analysis | Meeting with management |
| Chris Yamamoto | 06/22/10 | 5.0 | Business Analysis | Revisions to draft presentation regarding business analysis |
| Chris Yamamoto | 06/22/10 | 5.0 | Business Analysis | Revisions to draft presentation regarding business analysis |
| Alexander Lambert | 06/23/10 | 2.0 | Business Analysis | Meeting with M. Brown re: financial model update |
| Chris Yamamoto | 06/25/10 | 3.0 | Business Analysis | Analysis with respect to tax attributes |
| Katie Wu | 06/25/10 | 0.5 | Business Analysis | Analysis with respect to tax attributes |
| Chris Yamamoto | 06/28/10 | 4.0 | Business Analysis | Preparation for meeting regarding business analysis |
| David Bradley | 06/28/10 | 2.0 | Business Analysis | Review of presentation materials |
| David Bradley | 06/28/10 | 4.0 | Business Analysis | Preparation for meeting regarding business analysis |
| Patrick Schumacher | 06/28/10 | 6.0 | Business Analysis | Preparation for meeting regarding business analysis |
| Chris Yamamoto | 06/29/10 | 1.5 | Business Analysis | Attend meeting regarding business analysis presentation |
| David Bradley | 06/29/10 | 1.5 | Business Analysis | Attend meeting regarding business analysis presentation |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2010 THROUGH JUNE 30, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Katie Wu | 06/29/10 | 1.5 | Business Analysis | Attend meeting regarding business analysis presentation |
| Patrick Schumacher | 06/29/10 | 1.5 | Business Analysis | Attend meeting regarding business analysis presentation |
| | | 423.7 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2010 THROUGH JUNE 30, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Michael Sperling | 06/02/10 | 0.4 | Claims Analysis Objection/Resolution | Call w/ S. Scarlis and BMC re: claims analysis |
| Michael Sperling | 06/02/10 | 1.7 | Claims Analysis Objection/Resolution | Claims analysis |
| Alexander Lambert | 06/03/10 | 0.5 | Claims Analysis Objection/Resolution | Call w/ S. Scarlis and BMC re: claims analysis |
| Michael Sperling | 06/03/10 | 0.5 | Claims Analysis Objection/Resolution | Call w/ S. Scarlis and BMC re: claims analysis |
| Michael Sperling | 06/03/10 | 2.2 | Claims Analysis Objection/Resolution | Claims analysis |
| Jamie O'Connell | 06/04/10 | 0.2 | Claims Analysis Objection/Resolution | Claims analysis |
| Michael Sperling | 06/04/10 | 0.2 | Claims Analysis Objection/Resolution | Call w/ S. Scarlis re: claims analysis |
| Michael Sperling | 06/04/10 | 1.3 | Claims Analysis Objection/Resolution | Claims analysis |
| | | 7.0 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
JUNE 1, 2010 THROUGH JUNE 30, 2010

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 06/03/10 | 0.2 | Committee | Prepare materials for committee distribution |
| Jamie O'Connell | 06/03/10 | 1.0 | Committee | Conference call with management and Capstone regarding financial results |
| Jonathan Kaufman | 06/03/10 | 1.0 | Committee | Conference call with management and Capstone regarding financial results |
| Michael Sperling | 06/03/10 | 1.0 | Committee | Conference call with management and Capstone regarding financial results |
| Jamie O'Connell | 06/07/10 | 0.1 | Committee | Call regarding pension motion |
| Jamie O'Connell | 06/08/10 | 0.1 | Committee | Call with M. Shelnitz regarding committee matter |
| Jonathan Kaufman | 06/08/10 | 0.1 | Committee | Call with M. Shelnitz regarding committee matter |
| Jamie O'Connell | 06/10/10 | 0.2 | Committee | Call with committee advisors regarding pension motion |
| Jonathan Kaufman | 06/10/10 | 0.2 | Committee | Call with committee advisors regarding pension motion |
| Michael Sperling | 06/10/10 | 0.2 | Committee | Call with committee advisors regarding pension motion |
| Jamie O'Connell | 06/22/10 | 0.5 | Committee | Correspondence to committee advisors regarding AON study |
| Jamie O'Connell | 06/22/10 | 0.2 | Committee | Correspondence to J. Forgach regarding committee information request |
| Jamie O'Connell | 06/22/10 | 0.1 | Committee | Correspondence to J. Sinclair regarding committee information request |
| Jamie O'Connell | 06/25/10 | 0.2 | Committee | Correspondence regarding committee information request |
| | | 5.1 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2010 THROUGH JUNE 30, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 06/03/10 | 0.1 | Employee Benefits/Pension | Call with R. Higgins regarding pension motion |
|  |  | 0.1 |  |  |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2010 THROUGH JUNE 30, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 06/04/10 | 0.3 | Fee Applications | Review May fee statement |
| Jamie O'Connell | 06/22/10 | 0.4 | Fee Applications | Review May fee statement |
| Jamie O'Connell | 06/25/10 | 0.3 | Fee Applications | Review May fee statement |
|  |  | 1.0 |  |  |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
JUNE 1, 2010 THROUGH JUNE 30, 2010

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 06/01/10 | 1.5 | Financing | Conference call with management and counsel regarding exit financing |
| Jonathan Kaufman | 06/01/10 | 1.5 | Financing | Conference call with management and counsel regarding exit financing |
| Alexander Lambert | 06/02/10 | 3.5 | Financing | Term Loan covenant comparables |
| Jonathan Kaufman | 06/02/10 | 1.0 | Financing | Exit financing comp analysis |
| Michael Sperling | 06/02/10 | 2.0 | Financing | Exit financing comp analysis |
| Alexander Lambert | 06/03/10 | 4.2 | Financing | Term Loan covenant comparables |
| Michael Sperling | 06/03/10 | 3.8 | Financing | Term Loan covenant comparables |
| Michael Sperling | 06/03/10 | 0.6 | Financing | Covenant analysis |
| Alexander Lambert | 06/04/10 | 0.3 | Financing | Internal team meeting to review analysis |
| Alexander Lambert | 06/04/10 | 5.5 | Financing | Term Loan covenant comparables |
| Jamie O'Connell | 06/04/10 | 0.3 | Financing | Internal team meeting to review analysis |
| Jamie O'Connell | 06/04/10 | 0.2 | Financing | Call with E. Filon regarding exit financing |
| Jonathan Kaufman | 06/04/10 | 0.3 | Financing | Internal team meeting to review analysis |
| Jonathan Kaufman | 06/04/10 | 0.2 | Financing | Call with E. Filon regarding exit financing |
| Jonathan Kaufman | 06/04/10 | 0.4 | Financing | Review covenant analysis with internal team |
| Jonathan Kaufman | 06/04/10 | 2.3 | Financing | Term Loan covenant comparables |
| Jonathan Kaufman | 06/04/10 | 1.0 | Financing | Term Loan covenant comparables |
| Michael Sperling | 06/04/10 | 0.3 | Financing | Internal team meeting to review analysis |
| Michael Sperling | 06/04/10 | 4.2 | Financing | Term Loan covenant comparables |
| Michael Sperling | 06/04/10 | 1.3 | Financing | Covenant analysis |
| Michael Sperling | 06/04/10 | 0.4 | Financing | Review covenant analysis with internal team |
| Jamie O'Connell | 06/07/10 | 0.4 | Financing | Status meeting with J. Kaufman |
| Jonathan Kaufman | 06/07/10 | 0.4 | Financing | Status meeting with J. O'Connell |
| Jamie O'Connell | 06/08/10 | 2.0 | Financing | Call with E. Filon and Blackstone team regarding exit financing term sheet |
| Jamie O'Connell | 06/08/10 | 0.3 | Financing | Review financial analysis |
| Jamie O'Connell | 06/08/10 | 0.3 | Financing | Call with management and counsel regarding exit financing |
| Jonathan Kaufman | 06/08/10 | 2.0 | Financing | Call with E. Filon and Blackstone team regarding exit financing term sheet |
| Michael Sperling | 06/08/10 | 2.0 | Financing | Call with E. Filon and Blackstone team regarding exit financing term sheet |
| Jamie O'Connell | 06/09/10 | 1.1 | Financing | Call with E. Filon and Blackstone team regarding exit financing term sheet |
| Jamie O'Connell | 06/09/10 | 0.2 | Financing | Review of financing analysis |
| Jamie O'Connell | 06/09/10 | 1.5 | Financing | Call with E. Filon and Kirkland regarding exit financing term sheet |
| Jonathan Kaufman | 06/09/10 | 1.1 | Financing | Call with E. Filon and Blackstone team regarding exit financing term sheet |
| Jonathan Kaufman | 06/09/10 | 0.2 | Financing | Review of financing analysis |
| Michael Sperling | 06/09/10 | 1.1 | Financing | Call with E. Filon and Blackstone team regarding exit financing term sheet |
| Michael Sperling | 06/09/10 | 0.2 | Financing | Review of financing analysis |
| Jamie O'Connell | 06/11/10 | 3.0 | Financing | Call with management and counsel regarding exit financing |
| Jonathan Kaufman | 06/11/10 | 1.2 | Financing | Call with management and counsel regarding exit financing |
| Jonathan Kaufman | 06/11/10 | 0.2 | Financing | Follow-up call with E. Filon regarding exit financing |
| Michael Sperling | 06/11/10 | 1.2 | Financing | Call with management and counsel regarding exit financing |
| Michael Sperling | 06/11/10 | 3.0 | Financing | Follow-up call with E. Filon regarding exit financing |
| Jamie O'Connell | 06/15/10 | 0.2 | Financing | Correspondence regarding draft exit financing term sheet |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2010 THROUGH JUNE 30, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jonathan Kaufman | 06/15/10 | 0.2 | Financing | Correspondence regarding draft exit financing term sheet |
| Jamie O'Connell | 06/17/10 | 0.9 | Financing | Analysis of recent note issuances |
| Jonathan Kaufman | 06/17/10 | 3.0 | Financing | Analysis of recent note issuances |
| Jonathan Kaufman | 06/18/10 | 1.0 | Financing | Conference call with management and counsel regarding exit financing |
| Jamie O'Connell | 06/23/10 | 2.0 | Financing | Meetings/conference calls at Grace regarding exit financing |
| Jonathan Kaufman | 06/23/10 | 2.0 | Financing | Meetings/conference calls at Grace regarding exit financing |
| Jamie O'Connell | 06/24/10 | 0.7 | Financing | Conference call with management regarding draft financing presentation |
| Alexander Lambert | 06/25/10 | 1.0 | Financing | Internal team meeting to review rating agency presentation |
| Jamie O'Connell | 06/25/10 | 1.0 | Financing | Internal team meeting to review rating agency presentation |
| Jonathan Kaufman | 06/25/10 | 1.0 | Financing | Internal team meeting to review rating agency presentation |
| Michael Sperling | 06/25/10 | 1.0 | Financing | Internal team meeting to review rating agency presentation |
| Alexander Lambert | 06/30/10 | 2.0 | Financing | Conference call with management and counsel regarding exit financing |
| Jamie O'Connell | 06/30/10 | 2.0 | Financing | Correspondence regarding draft exit financing term sheet |
| Jonathan Kaufman | 06/30/10 | 2.0 | Financing | Conference call with management and counsel regarding exit financing |
| | | 76.2 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2010 THROUGH JUNE 30, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Chris Yamamoto | 06/03/10 | 3.0 | Non-Working Travel Time | Travel to Grace (Maryland) |
| Chris Yamamoto | 06/03/10 | 3.0 | Non-Working Travel Time | Travel from Grace (Maryland) |
| David Bradley | 06/03/10 | 3.0 | Non-Working Travel Time | Travel to Grace (Maryland) |
| David Bradley | 06/03/10 | 3.0 | Non-Working Travel Time | Travel from Grace (Maryland) |
| Patrick Schumacher | 06/03/10 | 3.0 | Non-Working Travel Time | Travel to Grace (Maryland) |
| Patrick Schumacher | 06/03/10 | 3.0 | Non-Working Travel Time | Travel from Grace (Maryland) |
| Chris Yamamoto | 06/21/10 | 3.0 | Non-Working Travel Time | Travel to Grace (Maryland) |
| Chris Yamamoto | 06/21/10 | 3.0 | Non-Working Travel Time | Travel from Grace (Maryland) |
| David Bradley | 06/21/10 | 3.0 | Non-Working Travel Time | Travel to Grace (Maryland) |
| David Bradley | 06/21/10 | 3.0 | Non-Working Travel Time | Travel from Grace (Maryland) |
| Patrick Schumacher | 06/21/10 | 3.0 | Non-Working Travel Time | Travel to Grace (Maryland) |
| Patrick Schumacher | 06/21/10 | 3.0 | Non-Working Travel Time | Travel from Grace (Maryland) |
| Alexander Lambert | 06/23/10 | 3.0 | Non-Working Travel Time | Travel to Grace's offices in Maryland |
| Alexander Lambert | 06/23/10 | 3.5 | Non-Working Travel Time | Travel from Grace's offices in Maryland |
| Jamie O'Connell | 06/23/10 | 3.0 | Non-Working Travel Time | Travel to Grace's offices in Maryland |
| Jamie O'Connell | 06/23/10 | 3.5 | Non-Working Travel Time | Travel from Grace's offices in Maryland |
| Chris Yamamoto | 06/29/10 | 5.0 | Non-Working Travel Time | Travel to off-site meeting |
| Chris Yamamoto | 06/29/10 | 3.5 | Non-Working Travel Time | Travel from off-site meeting |
| David Bradley | 06/29/10 | 5.0 | Non-Working Travel Time | Travel to off-site meeting |
| David Bradley | 06/29/10 | 3.5 | Non-Working Travel Time | Travel from off-site meeting |
| Katie Wu | 06/29/10 | 5.0 | Non-Working Travel Time | Travel to off-site meeting |
| Katie Wu | 06/29/10 | 3.5 | Non-Working Travel Time | Travel from off-site meeting |
| Patrick Schumacher | 06/29/10 | 5.0 | Non-Working Travel Time | Travel to off-site meeting |
| Patrick Schumacher | 06/29/10 | 3.5 | Non-Working Travel Time | Travel from off-site meeting |
| | | 83.0 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2010 THROUGH JUNE 30, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 06/01/10 | 0.4 | Plan and Disclosure Statement | Company status update call with advisors on Plan issues |
| Jonathan Kaufman | 06/01/10 | 0.4 | Plan and Disclosure Statement | Company status update call with advisors on Plan issues |
| Michael Sperling | 06/01/10 | 0.4 | Plan and Disclosure Statement | Company status update call with advisors on Plan issues |
| Jonathan Kaufman | 06/08/10 | 0.3 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| | | 1.5 | | |