# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline:  August 25, 2010 |
| | : | Hearing Date:  Dec. 13, 2010 at 10:30 a.m. |

### FEE DETAIL FOR DAY PITNEY LLP'S
### THIRTY-SEVENTH QUARTERLY APPLICATION FOR THE PERIOD
### FROM APRIL 1, 2010 THROUGH JUNE 30, 2010

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT B**

**FEES FOR THE FEE PERIOD APRIL 1, 2010 THROUGH JUNE 30, 2010**[2]

**FEES FOR THE PERIOD**
**APRIL 1, 2010 THROUGH APRIL 30, 2010**

Client: 482910 W.R. GRACE & CO.
Matter: 111099 TRENTON ENVIRONMENTAL ISSUES

| | | | |
|---|---|---|---|
| 04/29/10 | E-mails and follow up with W. Hatfield regarding asbestos issues at Hamilton site | | |
| 3 | A. Marchetta | 0.3 | 195.00 |
| 04/29/10 | Address DEP status case issues and memo from client | | |
| 3 | W. Hatfield | 0.3 | 127.50 |
| 04/30/10 | DEP issues regarding Hamilton | | |
| 3 | A. Marchetta | 0.5 | 325.00 |
| 04/30/10 | Address memos on developing issues with NJDEP; review prior reports; call with B. Moffit and memo to T. Marchetta on matter; memo to clients in response to URS memo; review email from NJDEP on site inspection issues | | |
| 3 | W. Hatfield | 1.8 | 765.00 |
| 04/30/10 | Review e-mails regarding recent NJDEP site inspection and work with A. Marchetta and W. Hatfield re same | | |
| 3 | B. Moffitt | 1.1 | 462.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 2.10 | 425.00 | 892.50 |
| A. Marchetta | 0.80 | 650.00 | 520.00 |
| B. Moffitt | 1.10 | 420.00 | 462.00 |
| TOTALS: | 4.00 | | 1,874.50 |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

2

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 3 | 0.8 | 650.00 | 520.00 |
| W. Hatfield | 3 | 2.1 | 425.00 | 892.50 |
| B. Moffitt | 3 | 1.1 | 420.00 | 462.00 |
| TOTALS: | | 4.0 | | 1,874.50 |

3

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| 04/01/10 | Review and respond to e-mails regarding filing of February 2010 Fee Application documents | | |
|---|---|---|---|
| 18 | K. Begley | 0.2 | 55.00 |
| 04/09/10 | Follow up regarding information for J. Hughes | | |
| 14 | A. Marchetta | 0.4 | 260.00 |
| 04/12/10 | Follow up with S. Parker regarding information requested by client; review information provided | | |
| 14 | A. Marchetta | 0.3 | 195.00 |
| 04/12/10 | Work on project to compile documents regarding drafting history of 1996 settlement agreements with Maryland Casualty, including review of file indices and corresponding documents from prior litigation | | |
| 14 | S. Parker | 5.4 | 864.00 |
| 04/14/10 | Conference with S. Parker and follow up regarding Maryland Casualty indemnity; e-mail to client regarding same | | |
| 14 | A. Marchetta | 0.5 | 325.00 |
| 04/20/10 | Draft 35th Quarterly Fee Application documents; review and print docket entries for file | | |
| 18 | K. Begley | 0.4 | 110.00 |
| 04/22/10 | Draft 35th Quarterly Fee Application documents; draft e-mail to S. Zuber regarding same | | |
| 18 | K. Begley | 2.6 | 715.00 |
| 04/23/10 | Review, revise and discuss with K. Begley DP's draft Fee Application for Fourth Quarter 2009 | | |
| 14 | S. Zuber | 0.4 | 204.00 |
| 04/25/10 | Revise 35th Quarterly Fee Application documents and organize for filing | | |
| 18 | K. Begley | 0.3 | 82.50 |
| 04/26/10 | Follow up regarding information for client on insurance cases | | |
| 14 | A. Marchetta | 0.3 | 195.00 |

4

<u>Attorney Summary</u>

| Timekeeper | Hours | Rate | Dollars | |
|---|---|---|---|---|
| A. Marchetta | 1.50 | 650.00 | | 975.00 |
| S. Zuber | 0.40 | 510.00 | | 204.00 |
| K. Begley | 3.50 | 275.00 | | 962.50 |
| S. Parker | 5.40 | 160.00 | | 864.00 |
| TOTALS: | 10.80 | | | 3,005.50 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| K. Begley | 18 | 3.5 | 275.00 | 962.50 |
| A. Marchetta | 14 | 1.5 | 650.00 | 975.00 |
| S. Zuber | 14 | 0.4 | 510.00 | 204.00 |
| S. Parker | 14 | 5.4 | 160.00 | 864.00 |
| TOTALS: | | 10.8 | | 3,005.50 |

5

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| 04/16/10 | E-mails regarding Deputy Attorney General request and follow up regarding same | | |
|---|---|---|---|
| 3 | A. Marchetta | 0.3 | 195.00 |

| 04/16/10 | Various e-mails regarding request by DAG Dickinson for update regarding status of Plan confirmation | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.3 | 120.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars | |
|---|---|---|---|---|
| A. Marchetta | 0.30 | 650.00 | | 195.00 |
| B. Moffitt | 0.30 | 400.00 | | 120.00 |
| TOTALS: | 0.60 | | | 315.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 3 | 0.3 | 650.00 | 195.00 |
| B. Moffitt | 3 | 0.3 | 400.00 | 120.00 |
| TOTALS: | | 0.6 | | 315.00 |

6

## FEES FOR THE PERIOD
## MAY 1, 2010 THROUGH MAY 31, 2010

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| 05/07/10 | Review files to assemble documents relevant to recent NJDEP demands re asbestos investigation | | |
|---|---|---|---|
| 3 | B. Moffitt | 1.0 | 400.00 |

| 05/14/10 | Continued review of files to assemble documents relevant to recent NJDEP demands re asbestos investigation; work with S. Parker regarding same | | |
|---|---|---|---|
| 3 | B. Moffitt | 1.0 | 400.00 |

| 05/17/10 | Work with B. Moffitt regarding research for client and follow up regarding same | | |
|---|---|---|---|
| 3 | A. Marchetta | 0.5 | 325.00 |

| 05/17/10 | Review and prepare chronology regarding selected USEPA and NJDEP administrative record documents, environmental reports, and file documents relating to late proof of claim and release issues | | |
|---|---|---|---|
| 3 | B. Moffitt | 2.1 | 840.00 |

| 05/19/10 | Work with B. Moffitt and W. Hatfield regarding information on memo for client | | |
|---|---|---|---|
| 3 | A. Marchetta | 0.7 | 455.00 |

| 05/19/10 | Continued preparation of memo regarding potential legal arguments in response to recent NJDEP directives concerning asbestos issues at Site | | |
|---|---|---|---|
| 3 | B. Moffitt | 1.1 | 440.00 |

| 05/19/10 | Work with A. Marchetta and W. Hatfield regarding potential legal arguments in response to recent NJDEP directives concerning asbestos issues at Site | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.3 | 120.00 |

| 05/21/10 | Continued preparation of memo regarding potential legal arguments in response to recent NJDEP directives concerning asbestos issues at Site. | | |
|---|---|---|---|
| 3 | B. Moffitt | 1.4 | 560.00 |

| 05/24/10 | Continued preparation of memo regarding potential legal arguments in response to recent NJDEP directives concerning asbestos issues at Site. | | |
|---|---|---|---|
| 3 | B. Moffitt | 1.8 | 720.00 |

| 05/25/10 | Work with B. Moffitt and W. Hatfield regarding memo for client | | |
|---|---|---|---|
| 3 | A. Marchetta | 0.6 | 390.00 |

7

| 05/26/10 | Continued preparation of memo regarding potential legal arguments in response to recent NJDEP directives concerning asbestos issues at Site. | | |
| 3 | B. Moffitt | 0.3 | 120.00 |
| | | | |
| 05/27/10 | Work with W. Hatfield and B. Moffitt regarding memo to client and strategy regarding issues | | |
| 3 | A. Marchetta | 1.0 | 650.00 |
| | | | |
| 05/27/10 | Continued preparation of memo regarding potential legal arguments in response to recent NJDEP directives concerning asbestos issues at Site and work with A. Marchetta and W. Hatfield regarding same | | |
| 3 | B. Moffitt | 0.9 | 360.00 |
| | | | |
| 05/28/10 | Continued preparation of memo regarding potential legal arguments in response to recent NJDEP directives concerning asbestos issues at Site and e-mails and telephone calls with A. Marchetta and W. Hatfield regarding same | | |
| 3 | B. Moffitt | 0.8 | 320.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 2.80 | 650.00 | 1,820.00 |
| B. Moffitt | 10.70 | 400.00 | 4,280.00 |
| **TOTALS:** | 13.50 | | 6,100.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 3 | 2.8 | 650.00 | 1,820.00 |
| B. Moffitt | 3 | 10.7 | 400.00 | 4,280.00 |
| **TOTALS:** | | 13.5 | | 6,100.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 111099 TRENTON ENVIRONMENTAL ISSUES

| 05/02/10 | Review DEP information regarding Hamilton | | |
| 14 | A. Marchetta | 0.3 | 195.00 |

| 05/03/10 | Address case issues and strategy on NJDEP memo with A. Marchetta and B. Moffitt re: prior NJDEP claims; review prior EPA record of work at site on asbestos; review memos and prior settlement on Hamilton; memos with client and URS on proposed call; memo to A. Marchetta and B. Moffitt on proposed call on matter | | |
| 14 | W. Hatfield | 0.6 | 255.00 |

| 05/03/10 | Work with W. Hatfield and B. Moffitt regarding remediation issues and possible LSRP approach to site | | |
| 14 | A. Marchetta | 0.6 | 390.00 |

| 05/03/10 | Work with A. Marchetta and W. Hatfield regarding NJDEP site visit and new demands regarding asbestos and follow up with S. Parker regarding same | | |
| 3 | B. Moffitt | 0.5 | 210.00 |

| 05/03/10 | Assemble documents requested by W. Hatfield regarding site issues in anticipation of telephone call with URS | | |
| 3 | B. Moffitt | 0.8 | 336.00 |

| 05/03/10 | Work with W. Hatfield regarding preparation for telephone call with URS | | |
| 3 | B. Moffitt | 0.4 | 168.00 |

| 05/03/10 | Conduct searches and review results of same regarding identification of USEPA site reports | | |
| 14 | S. Parker | 0.6 | 96.00 |

| 05/04/10 | Telephone conference with clients and attorneys regarding site issues and asbestos liabilities and response to same | | |
| 22 | A. Marchetta | 1.3 | 845.00 |

| 05/04/10 | Prepare for and attend call with clients and URS on ISRA case and NJDEP comment letter;  follow up on client request with counsel and forward EPA contact information to clients | | |
| 14 | W. Hatfield | 1.9 | 807.50 |

| 05/04/10 | Conference call with Grace personnel, URS, A. Marchetta and W. Hatfield and follow up | | |
| 3 | B. Moffitt | 1.6 | 672.00 |

| 05/05/10 | Work with W. Hatfield and B. Moffitt regarding strategy regarding asbestos claims | | |
|---|---|---|---|
| 22 | A. Marchetta | 1.2 | 780.00 |
| 05/06/10 | Prepare memo to A. Marchetta and B. Moffitt on call with clients and Grace contacts with Amtrak; strategy on response to NJDEP comment letter | | |
| 14 | W. Hatfield | 0.7 | 297.50 |
| 05/07/10 | Follow up regarding remediation issues | | |
| 14 | A. Marchetta | 0.4 | 260.00 |
| 05/07/10 | Call with B. Medler on Grace review of Hamilton site and contacts with Amtrak | | |
| 14 | W. Hatfield | 0.4 | 170.00 |
| 05/10/10 | Follow up with B. Moffitt regarding information for client from files | | |
| 22 | A. Marchetta | 0.5 | 325.00 |
| 05/10/10 | Review memo from URS to NJDEP and forward to case team | | |
| 14 | W. Hatfield | 0.5 | 212.50 |
| 05/10/10 | Work with A. Marchetta re continued preparation of e-mail regarding recent NJDEP demands re asbestos investigation and follow up | | |
| 3 | B. Moffitt | 0.4 | 168.00 |
| 05/11/10 | Update from A. Marchetta on matter and review memo to client | | |
| 14 | W. Hatfield | 0.2 | 85.00 |
| 05/13/10 | Review URS memo to client on status with NJDEP and prepare memo to counsel on proposed strategy | | |
| 14 | W. Hatfield | 0.2 | 85.00 |
| 05/14/10 | Review memo from URS on NJDEP issues; memos with A. Marchetta on strategy; direct URS on extension request issues | | |
| 14 | W. Hatfield | 0.3 | 127.50 |
| 05/18/10 | E-mails regarding DEP extension and follow up regarding asbestos issues | | |
| 14 | A. Marchetta | 0.5 | 325.00 |
| 05/19/10 | Follow up regarding conference with client and URS regarding DEP response on site | | |
| 14 | A. Marchetta | 0.3 | 195.00 |
| 05/19/10 | Address case issues and memos among case team; meeting with A. Marchetta; memo to clients on strategy and ISRA schedule | | |

10

|  |  |  |  |
|---|---|---|---|
| 14 | W. Hatfield | 0.7 | 297.50 |

05/20/10     E-mails and follow up regarding remediation issues

| 14 | A. Marchetta | 0.3 | 195.00 |

05/20/10     Memos with clients and case team on proposed response to NJDEP; call with clients and URS on non-asbestos issues related to site and strategy on same

| 14 | W. Hatfield | 1.4 | 595.00 |

05/21/10     E-mail exchange regarding USEPA testing under concrete pad and forward report regarding same; follow up regarding same

| 3 | B. Moffitt | 0.5 | 210.00 |

05/24/10     E-mails and follow up with B. Moffitt regarding telephone conference with client and URS on asbestos remediation issues and follow up regarding memo related to same

| 14 | A. Marchetta | 0.3 | 195.00 |

05/24/10     Call with B. Moffitt on Grace issues and EPA sampling; call with URS on matter with B. Moffitt; review correspondence to URS on matter

| 14 | W. Hatfield | 0.7 | 297.50 |

05/24/10     Telephone call with W. Hatfield regarding preparation for telephone call with client

| 3 | B. Moffitt | 0.2 | 84.00 |

05/24/10     Telephone call with W. Hatfield and M. Akerbergs regarding preparation for telephone call with client

| 3 | B. Moffitt | 0.5 | 210.00 |

05/24/10     Prepare list of environmental reports in Day Pitney's possession to forward to M. Akerbergs to compare with URS file; assemble soil sample lists and prepare e-mail forwarding same for same purpose

| 3 | B. Moffitt | 0.8 | 336.00 |

05/26/10     Work on DEP - Hamilton site remediation and communication with DEP

| 14 | A. Marchetta | 0.4 | 260.00 |

05/26/10     Address NJDEP procedures on NOD and NOV items; prepare for and attend call with clients on proposed asbestos strategy and response to NJDEP; discuss proposed meeting; bifurcation of case; NOD and NOV process; follow up on case issues with B. Moffitt

| 14 | W. Hatfield | 1.6 | 680.00 |

05/26/10     Prepare and participate in conference call with client and URS re NJDEP

11

| | | | | |
|---|---|---|---|---|
| | asbestos issues, and follow up regarding same | | | |
| 3 | B. Moffitt | | 1.4 | 588.00 |
| 05/27/10 | Address correspondence and strategize on response to NJDEP on asbestos issues | | | |
| 14 | W. Hatfield | | 0.4 | 170.00 |
| 05/28/10 | E-mails and follow up with W. Hatfield regarding DEP meeting and information to client | | | |
| 14 | A. Marchetta | | 0.6 | 390.00 |
| 05/28/10 | Review correspondence on schedule for NJDEP meeting and memo on draft of strategy document | | | |
| 14 | W. Hatfield | | 0.2 | 85.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars | |
|---|---|---|---|---|
| W. Hatfield | 9.80 | 425.00 | | 4,165.00 |
| A. Marchetta | 6.70 | 650.00 | | 4,355.00 |
| B. Moffitt | 7.10 | 420.00 | | 2,982.00 |
| S. Parker | 0.60 | 160.00 | | 96.00 |
| **TOTALS:** | 24.20 | | | 11,598.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 3.3 | | |
| | 14 | 3.4 | 650.00 | 4,355.00 |
| W. Hatfield | 14 | 9.8 | 425.00 | 4,165.00 |
| B. Moffitt | 3 | 7.1 | 420.00 | 2,982.00 |
| S. Parker | 14 | 0.6 | 160.00 | 96.00 |
| **TOTALS:** | | 24.2 | | 11,598.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| 05/03/10 | Draft March 2010 Fee Application documents | | |
| 18 | K. Begley | 0.6 | 165.00 |
| 05/04/10 | Draft March 2010 Fee Application documents; e-mail to S. Zuber regarding same | | |
| 18 | K. Begley | 0.2 | 55.00 |
| 05/07/10 | Review, revise and discuss with K. Begley DP's March 2010 Fee Application | | |
| 14 | S. Zuber | 0.3 | 153.00 |
| 05/09/10 | Finalize March 2010 Fee Application documents for filing | | |
| 18 | K. Begley | 0.2 | 55.00 |
| 05/14/10 | Search regarding indemnity agreements and e-mail regarding same | | |
| 14 | A. Marchetta | 0.5 | 325.00 |
| 05/14/10 | Draft, review, and respond to e-mails regarding the filing of the March 2010 fee application; e-mails regarding editable version of same | | |
| 18 | K. Begley | 0.3 | 82.50 |
| 05/14/10 | Review notes and documents compiled regarding client request for documents regarding drafting history of 1996 settlement agreements with Maryland Casualty; work with AJ Marchetta regarding same | | |
| 14 | S. Parker | 0.4 | 64.00 |
| 05/19/10 | Draft April 2010 Fee Application documents; organize docket entries for file | | |
| 18 | K. Begley | 0.7 | 192.50 |
| 05/20/10 | Draft April 2010 Fee Application documents | | |
| 18 | K. Begley | 0.4 | 110.00 |
| 05/21/10 | Draft April 2010 Fee Application documents | | |
| 18 | K. Begley | 0.9 | 247.50 |
| 05/25/10 | Review, revise and discuss with K. Begley DP's April 2010 Fee Application | | |
| 14 | S. Zuber | 0.2 | 102.00 |
| 05/25/10 | Draft, review, and respond to e-mails regarding filing of April 2010 Fee Application documents | | |
| 18 | K. Begley | 0.2 | 55.00 |

<u>Attorney Summary</u>

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.50 | 650.00 | 325.00 |
| S. Zuber | 0.50 | 510.00 | 255.00 |
| K. Begley | 3.50 | 275.00 | 962.50 |
| S. Parker | 0.40 | 160.00 | 64.00 |
| **TOTALS:** | 4.90 | | 1,606.50 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| <u>Timekeeper</u> | <u>TASK CODE</u> | <u>HOURS</u> | <u>RATE</u> | <u>FEE</u> |
|---|---|---|---|---|
| K. Begley | 18 | 3.5 | 275.00 | 962.50 |
| A. Marchetta | 14 | 0.5 | 650.00 | 325.00 |
| S. Zuber | 14 | 0.5 | 510.00 | 255.00 |
| S. Parker | 14 | 0.4 | 160.00 | 64.00 |
| **TOTALS:** | | 4.9 | | 1,606.50 |

14

**FEES FOR THE PERIOD**
**JUNE 1, 2010 THROUGH JUNE 30, 2010**

Client: 482910 W.R. GRACE & CO.
Matter: 111099 TRENTON ENVIRONMENTAL ISSUES

| | | | |
|---|---|---|---|
| 06/01/10 3 | Work on memo to client A. Marchetta | 1.0 | 650.00 |
| 06/01/10 3 | Review and revise conclusion section of draft memo to clients and address attachments with B. Moffit; address additional changes to memo to with A. Marchetta and B. Moffit; review revised draft W. Hatfield | 0.8 | 340.00 |
| 06/01/10 3 | Continued preparation of memo regarding potential legal arguments in response to recent NJDEP directives concerning asbestos issues at Site; work with A. Marchetta and W. Hatfield re same and revise memo B. Moffitt | 4.1 | 1,722.00 |
| 06/02/10 3 | Continued preparation of memo regarding potential legal arguments in response to recent NJDEP directives concerning asbestos issues at Site; work with A. Marchetta regarding same B. Moffitt | 0.5 | 210.00 |
| 06/08/10 3 | Review memos from client on summary and time line re: NJDEP issues and asbestos matters W. Hatfield | 0.4 | 170.00 |
| 06/09/10 3 | Call with B. Marriam on strategy with NJDEP and time line issues W. Hatfield | 0.4 | 170.00 |
| 06/10/10 3 | E-mails and follow up with B. Moffitt and W. Hatfield regarding information for client on meeting with DEP A. Marchetta | 0.5 | 325.00 |
| 06/10/10 3 | Address case issues and revisions to time line for client - NJDEP meeting W. Hatfield | 0.4 | 170.00 |
| 06/10/10 3 | Review and revise proposed time line to be presented to NJDEP and prepare e-mail re same; work with A. Marchetta and W. Hatfield regarding same. B. Moffitt | 1.2 | 504.00 |
| 06/10/10 | Work with B. Moffitt regarding review and revision of URS draft Hamilton Township Timeline to be submitted to NJDEP | | |

15

| 3 | S. Parker | 0.5 | 80.00 |

| 06/11/10 | Telephone calls, e-mails and follow up regarding DEP meeting | | |
| 3 | A. Marchetta | 0.8 | 520.00 |

| 06/11/10 | Address issues on client report on NJDEP meeting; review memos on same and address strategy on response to NJDAG and NJDEP | | |
| 3 | W. Hatfield | 0.7 | 297.50 |

| 06/11/10 | Telephone call with R. Medler concerning meeting with NJDEP and review B. Hatfield e-mail regarding same | | |
| 3 | B. Moffitt | 0.2 | 84.00 |

| 06/14/10 | E-mails and follow up regarding call with DEP on remediation issues bifurcation; follow up with B. Moffitt and W. Hatfield regarding same | | |
| 3 | A. Marchetta | 0.4 | 260.00 |

| 06/14/10 | Prepare for call on NJDEP bifurcation strategy; attend call with clients and URS on case issues and path forward; review memo from B. Moffitt to A. Marchetta on matter | | |
| 3 | W. Hatfield | 1.3 | 552.50 |

| 06/14/10 | Prepare for and participate in conference call with client and URS regarding strategy following meeting with NJDEP, including work with A. Marchetta regarding same | | |
| 3 | B. Moffitt | 1.0 | 420.00 |

| 06/14/10 | Draft e-mail to A. Marchetta regarding conference call with client and URS regarding strategy following meeting with NJDEP and proposed follow up regarding same | | |
| 3 | B. Moffitt | 0.2 | 84.00 |

| 06/15/10 | Follow up with B. Moffitt regarding information from DEP and with W. Hatfield regarding same | | |
| 3 | A. Marchetta | 0.4 | 260.00 |

| 06/15/10 | Review and redline draft letter from client to NJDEP on meeting confirmation and bifurcation issues | | |
| 3 | W. Hatfield | 0.6 | 255.00 |

| 06/16/10 | Follow up on comments to draft letter to NJDEP and review client response to same | | |
| 3 | W. Hatfield | 0.3 | 127.50 |

| 06/16/10 | Various e-mails regarding proposed letter to NJDEP memorializing agreement regarding bifurcation, and review and forward W. Hatfields's | | |

16

|  |  |  |  |
|---|---|---|---|
|  | proposed revisions to same. |  |  |
| 3 | B. Moffitt | 0.3 | 126.00 |
| 06/18/10 | Follow up with B. Moffitt and W. Hatfield regarding information on remediation letter for State |  |  |
| 3 | A. Marchetta | 0.4 | 260.00 |
| 06/21/10 | E-mails and follow up regarding remediation issues and telephone calls to Amtrak regarding same |  |  |
| 3 | A. Marchetta | 0.6 | 390.00 |
| 06/22/10 | Follow up with B. Moffitt and prepare regarding conference call with client regarding issues in case |  |  |
| 3 | A. Marchetta | 0.6 | 390.00 |
| 06/22/10 | Review multiple correspondence from client and URS on matter |  |  |
| 3 | W. Hatfield | 0.4 | 170.00 |
| 06/22/10 | Various e-mails regarding proposed letter to NJDEP memorializing agreement re bifurcation, and work with A. Marchetta and W. Hatfield regarding same |  |  |
| 3 | B. Moffitt | 0.4 | 168.00 |
| 06/23/10 | Conference call and follow up regarding letter to DEP on asbestos investigation and strategy regarding same; revise draft letter and follow up regarding same |  |  |
| 3 | A. Marchetta | 1.9 | 1,235.00 |
| 06/23/10 | Review correspondence and revise draft letter from URS to EPA; prepare for and attend call with clients and URS on strategy for response to NJDEP; address and revise draft letter per client comments and circulate to case team with comments and suggestions on letter to NJDAG on asbestos issues; review and revise draft letter to NJDAG on matter and memos to and from B. Moffit on same; review revisions from client and final letter |  |  |
| 3 | W. Hatfield | 2.4 | 1,020.00 |
| 06/23/10 | Prepare for and participate in conference call with client and URS regarding asbestos issues and follow up regarding same |  |  |
| 3 | B. Moffitt | 1.1 | 462.00 |
| 06/23/10 | Preparation of letter to Deputy Attorney General regarding asbestos issues and work with A. Marchetta, W. Hatfield and various client representatives regarding same |  |  |
| 3 | B. Moffitt | 2.7 | 1,134.00 |
| 06/24/10 | Telephone call from Deputy Attorneys General Dickinson and Engel and |  |  |

17

|       |                                                                                                                                    |      |        |
|-------|------------------------------------------------------------------------------------------------------------------------------------|------|--------|
|       | telephone call to client regarding same; e-mail regarding same                                                                     |      |        |
| 3     | A. Marchetta                                                                                                                        | 0.7  | 455.00 |
| 06/24/10 | Review memo from A. Marchetta on call with NJ DAG and client response to same                                                    |      |        |
| 3     | W. Hatfield                                                                                                                         | 0.2  | 85.00  |
| 06/24/10 | Work with A. Marchetta re telephone call with DAGs Dickinson and Engel and regarding e-mail to client regarding same.             |      |        |
| 3     | B. Moffitt                                                                                                                          | 0.5  | 210.00 |
| 06/25/10 | Address comments to URS letter to NJDEP and correspondence on same; call and address strategy on response for asbestos issues      |      |        |
| 3     | W. Hatfield                                                                                                                         | 0.5  | 212.50 |
| 06/25/10 | Telephone calls and work with B. Moffitt regarding letter submittal and changes                                                    |      |        |
| 3     | A. Marchetta                                                                                                                        | 1.0  | 650.00 |
| 06/25/10 | Review and revise draft URS response to NJDEP technical comments and work with A. Marchetta, W. Hatfield and client representatives regarding same |      |        |
| 3     | B. Moffitt                                                                                                                          | 1.3  | 546.00 |
| 06/26/10 | Follow up regarding correspondence to DEP                                                                                           |      |        |
| 3     | A. Marchetta                                                                                                                        | 0.2  | 130.00 |
| 06/28/10 | Review URS letter and memo to DEP                                                                                                   |      |        |
| 3     | W. Hatfield                                                                                                                         | 0.2  | 85.00  |
| 06/30/10 | Follow up with B. Moffitt regarding response to letters and telephone call from Assistant Attorney General                         |      |        |
| 3     | A. Marchetta                                                                                                                        | 0.5  | 325.00 |
| 06/30/10 | Confer with A. Marchetta and draft e-mail to client regarding status of negotiations with Attorney General's office                |      |        |
| 3     | B. Moffitt                                                                                                                          | 0.2  | 84.00  |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars | |
|---|---|---|---|---|
| W. Hatfield | 8.60 | 425.00 | | 3,655.00 |
| A. Marchetta | 9.00 | 650.00 | | 5,850.00 |
| B. Moffitt | 13.70 | 420.00 | | 5,754.00 |
| S. Parker | 0.50 | 160.00 | | 80.00 |
| TOTALS: | 31.80 | | | 15,339.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 3 | 9.0 | 650.00 | 5,850.00 |
| W. Hatfield | 3 | 8.6 | 425.00 | 3,655.00 |
| B. Moffitt | 3 | 13.7 | 420.00 | 5,754.00 |
| S. Parker | 3 | 0.5 | 160.00 | 80.00 |
| TOTALS: | | 31.8 | | 15,339.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| 06/03/10 | Revise and finalize April 2010 Fee Application documents; draft e-mail regarding filing of same | | |
|---|---|---|---|
| 18 | K. Begley | 0.3 | 82.50 |
| 06/14/10 | Draft May 2010 Fee Application documents | | |
| 18 | K. Begley | 0.3 | 82.50 |
| 06/16/10 | E-mails regarding May 2010 Fee Application documents | | |
| 18 | K. Begley | 0.2 | 55.00 |
| 06/29/10 | Draft 36th Quarterly Fee Application documents; telephone call with M. White regarding same; draft May 2010 Fee Application documents; e-mails regarding same | | |
| 18 | K. Begley | 3.3 | 907.50 |
| 06/30/10 | Review, revise and discuss with K. Begley DP's May 2010 Fee Application | | |
| 14 | S. Zuber | 0.4 | 204.00 |
| 06/30/10 | Revise and finalize May 2010 Fee Application documents; draft, review, and respond to e-mails regarding filing of same | | |
| 18 | K. Begley | 0.6 | 165.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| S. Zuber | 0.40 | 510.00 | 204.00 |
| K. Begley | 4.70 | 275.00 | 1,292.50 |
| TOTALS: | 5.10 | | 1,496.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| K. Begley | 18 | 4.7 | 275.00 | 1,292.50 |
| S. Zuber | 14 | 0.4 | 510.00 | 204.00 |
| TOTALS: | | 5.1 | | 1,496.50 |

20