**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., <u>et al.</u>, ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| ) | |
| **Debtors.** ) | Objection Date: August 26, 2010 at 4:00 p.m. |
| ) | Hearing: Schedule if Necessary (Negative Notice) |

**COVER SHEET TO SIXTY-SECOND MONTHLY INTERIM APPLICATION OF
DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
MAY 1, 2010 THROUGH MAY 31, 2010**

| | |
|---|---|
| Name of Applicant: | David T. Austern, Asbestos PI Future Claimants' Representative ("FCR") |
| Authorized to Provide Professional Services to: | As the FCR |
| Date of Retention: | May 25, 2004 |
| Period for which compensation is sought: | May 1, 2010 through May 31, 2010 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $1,900.00 |
| 80% of fees to be paid: | $1,520.00[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $    0.00 |
| Total Fees @ 80% and 100% Expenses: | $1,520.00 |

---

1 Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtors are authorized and directed to pay 80% of fees and 100% expenses.

This is an:    __    interim    _X_    monthly    __    final application.

      The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00.  Such time spent on such tasks will be requested in subsequent monthly interim applications or have been performed by the FCR's bankruptcy counsel, Orrick, Herrington & Sutcliffe LLP.

## COMPENSATION SUMMARY
### MAY 2010

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 3.80 | $1,900.00 |
| **Grand Total:** | | | **3.80** | **$1,520.00** |
| **Blended Rate: $500.00** | | | | |

        **Total Fees:**      $1,800.00
        **Total Hours:**     3.80
        **Blended Rate:**   $1,800.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Plan & Disclosure Statement | 3.80 | $1,900.00 |
| **TOTAL** | **3.80** | **$1,900.00** |

## EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| No expenses | 0.00 |
| **TOTAL** | **$0.00** |

        Respectfully submitted,

Dated: August 5, 2010        */S/ DAVID T. AUSTERN*
        David T. Austern
        Claims Resolution Management Corporation
        3110 Fairview Park Drive, Suite 200
        Falls Church, VA  22042-0683
        (703) 205-0835