**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                                  )
In re:                                            )          **Chapter 11**
                                                  )
**W.R. GRACE & CO., et al.,**                     )          **Case No. 01-1139 (JKF)**
                                                  )          **Jointly Administered**
                                                  )
              **Debtors.**                        )          Objection Date: August 26, 2010 at 4:00 p.m.
                                                  )          Hearing: Schedule if Necessary (Negative Notice)
_____)

**NOTICE OF FILING OF SIXTY-SECOND MONTHLY INTERIM APPLICATION OF
DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD MAY 1, 2010 THROUGH MAY 31, 2010**

TO:      (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
         (4) Counsel to the Official Committee of Unsecured Creditors;
         (5) Counsel to the Official Committee of Asbestos Personal Injury Claimants;
         (6) Counsel to the Official Committee of Asbestos Property Damage Claimants;
         (7) Counsel to the Official Committee of Equity Holders; and
         (8) Counsel to the Debtors-in-Possession Lender; and (9) the Fee Auditor

         David T. Austern, Asbestos PI Future Claimants' Representative (the "FCR"), has filed

and served his Sixty-Second Monthly Application for Compensation for Services Rendered and

Reimbursement of Expenses for the time period May 1, 2010 through May 31, 2010

seeking payment of fees in the amount of $1,520.00 (80% of $1,900.00) and no expenses for a

total of $1,520.00 (the "Application").

         This Application is submitted pursuant to the Administrative Order Under 11 U.S.C. §§

105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement for

Expenses for Professionals and Official Committee Members signed April 17, 2002, amending

the Court's Administrative Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code

Establishing Procedures for Allowance and Payment of Monthly Interim Compensation and

Reimbursement of Expenses of Professionals, entered May 3, 2001 (collectively, the

Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with

the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824

Market Street, Fifth Floor, Wilmington, DE 19801, on or before **August 26, 2010 at 4:00 p.m.,**

**Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon

the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire and Richard H.

Wyron, Esquire, Orrick, Herrington & Sutcliffe LLP, 1152 15th Street, NW, Washington, DC

20005 and John C. Phillips, Esquire, Phillips, Goldman & Spence, P.A., 1200 North Broom

Street, Wilmington, DE 19806; (ii) co-counsel for the Debtors, David M. Bernick, Esquire,

Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones,

Esquire, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, Suite 1600, P.O. Box

8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured

Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New

York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market

Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of

Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Baena, Price &

Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL

33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O.

Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos

Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park

Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine,

LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE

19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears

Tower, Suite 5800, Chicago, IL  60606 and Neil B. Glassman, Esquire, The Bayard Firm, 222

Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the

Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis &

Frankel LLP, 919 Third Avenue, New York, NY 10022; (viii) the Office of the United States

Trustee, ATTN: David M. Klauder, Esquire, 844 N. King Street, Suite 2207, Lockbox 35,

Wilmington, DE 19801; and (ix) the Fee Auditor, Warren H. Smith, Warren H. Smith and

Associates, Republic Center, 325 N. St. Paul, Suite 1250, Dallas, TX 75201.

  Any questions regarding this Notice or attachments may be directed to undersigned

counsel.

       ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: August 6, 2010    By:*/S/ DEBRA L. FELDER*
        Roger Frankel, admitted *pro hac vice*
        Richard H. Wyron, admitted *pro hac vice*
        Debra L. Felder, admitted *pro hac vice*
        Columbia Center
        1152 15th Street, NW
        Washington, DC  20005
        (202) 339-8400

        —and—

        PHILLIPS, GOLDMAN & SPENCE, P.A.
        John C. Phillips, Jr. (#110)
        1200 North Broom Street
        Wilmington, DE 19806
        (302) 655-4200

        *Co-Counsel to David T. Austern,*
        *Asbestos PI Future Claimants' Representative*