## EXHIBIT A

**David Austern, Futures Representative for W.R. Grace**
**Billing Statement for May 2010**

| Date | Services | Hours |
|---|---|---|
| 5/26 | Review of Grace financial information (.80); meeting with Financial Advisor and R. Frankel and R. Wyron re Grace Grace business and status of settlement negotiations (3.0). | 3.8 |

**Total Hours:** 3.8

**Total Fees ($500.00 per hour)** $1,900.00

**Expenses:** There were no expenses for the month.

**Total Fees & Expenses** $1,900.00