**CERTIFICATE OF SERVICE**

        I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on August 6, 2010, I caused the *Notice, Sixty-Second Monthly Interim Application of David T. Austern, Asbestos PI Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the Period May 1, 2010 through May 31, 2010, Verification and Exhibit A* to be served upon those persons in the manner set forth below:

*Federal Express*
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 16th Floor
Wilmington, DE  19899-8705

*Regular Mail*
Vito I. DiMaio
Parcels, Inc.
10th & King Streets, P.O. Box 27
Wilmington, DE  19899

*Federal Express*
David M. Klauder, Esquire
Office of the United States Trustee
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801

*Federal Express and Email: feeaudit@whsmithlaw.com and bruhlander@whsmithlaw.com*
Bobbi Ruhlander
Warren H. Smith & Associates
325 N. St. Paul, Suite 1250
Dallas, TX  75201

*Federal Express and E-mail: richard_finke@grace.com*
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*E-mail: nglassman@bayardfirm.com*
(Local Counsel to DIP Lender)
Neil B. Glassman, Esquire
The Bayard Firm

*E-mail: mhurford@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Mark T. Hurford, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Local Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Local Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: tcurrier@saul.com*
(Local Counsel for Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Saul Ewing LLP

*E-mail: jbaer@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
Jan Baer, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Peter Van N. Lockwood, Esquire
Caplin & Drysdale, Chartered

*E-mail: lkruger@stroock.com*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Jay Sakalo, Esquire
Bilzin Sumberg Baena Price & Axelrod LLP

*E-mail: david.heller@lw.com and carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire - Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

    */S/ DEBRA O. FULLEM*
    Debra O. Fullem
    Orrick, Herrington & Sutcliffe LLP