**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., <u>et al.</u>, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Objection Date: August 26, 2010 at 4:00 p.m. |
| | ) | Hearing: Schedule if Necessary (Negative Notice) |

**COVER SHEET TO SIXTY-FIRST MONTHLY INTERIM APPLICATION OF DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 1, 2010 THROUGH JANUARY 31, 2010**

| | |
|---|---|
| Name of Applicant: | David T. Austern, Asbestos PI Future Claimants' Representative ("FCR") |
| Authorized to Provide Professional Services to: | As the FCR |
| Date of Retention: | May 25, 2004 |
| Period for which compensation is sought: | January 1, 2010 through January 31, 2010 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $1,100.00 |
| 80% of fees to be paid: | $ 880.00[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $    0.00 |
| Total Fees @ 80% and 100% Expenses: | $ 880.00 |

---

1 Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtors are authorized and directed to pay 80% of fees and 100% expenses.

This is an: \_\_ interim   X   monthly   \_\_ final application.

The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00.  Such time spent on such tasks will be requested in subsequent monthly interim applications or have been performed by the FCR's bankruptcy counsel, Orrick, Herrington & Sutcliffe LLP.

## COMPENSATION SUMMARY
### JANUARY 2010

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 2.20 | $1,100.00 |
| **Grand Total:** | | | **2.20** | **$1,100.00** |
| **Blended Rate: $500.00** | | | | |

        **Total Fees:**       $1,100.00
        **Total Hours:**         2.20
        **Blended Rate:**    $1,100.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Plan & Disclosure Statement | 2.20 | $1,100.00 |
| **TOTAL** | **2.20** | **$1,100.00** |

## EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| No expenses | 0.00 |
| **TOTAL** | **$0.00** |

Respectfully submitted,

Dated: August 5, 2010

*/S/ DAVID T. AUSTERN*
David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835