## **EXHIBIT A**

**David Austern, Futures Representative for W.R. Grace**
**Billing Statement for January, 2010**

| Date | Services | Hours |
|---|---|---|
| 1/11 | Telephone conference with R. Frankel re hearing | .4 |
| 1/28 | Review of insurance settlements | 1.8 |
| **Total Hours:** | | **2.2** |
| **Total Fees ($500.00 per hour)** | | **$1,100.00** |

**Expenses:** There were no expenses for the month.

**Total Fees & Expenses** — **$1,100.00**