**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Deadline: August 27, 2010 at 4:00 p.m. |
| | ) | Hearing: September 13, 2010 at 10:00 a.m. |

**COVER SHEET TO TWENTY-THIRD QUARTERLY INTERIM APPLICATION OF DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD JANUARY 1, 2010 THROUGH MARCH 31, 2010**

**SUMMARY SHEET**

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants Representative (the "FCR") |
| Authorized to Provide Professional Services to: | As the Asbestos PI FCR |
| Date of Retention: | As of May 24, 2004 (pursuant to this Court's Order entered September 27, 2004) |
| Period for which Compensation and Reimbursement is sought: | January 1, 2010 – March 31, 2010 |
| Amount of Compensation sought as Actual Reasonable and Necessary: | $1,100.00 |
| Amount of Expense Reimbursement sought as Actual, Reasonable and Necessary: | $1,100.00 |

This is a     ___ monthly          x  interim          ___ final application

## PRIOR APPLICATIONS FILED

The FCR was retained effective as of May 24, 2004, pursuant to this Court's Order entered September 27, 2004. The FCR is filing simultaneously with this quarterly the following fee applications during this Twenty-Third Quarterly time period: Sixty-First Monthly Fee Application for the period January 1-31, 2010 in the amount of $880.00 (80% of $1,100.00) in fees and expenses; there are no billings by the FCR for February 2010 or March 2010.

## COMPENSATION DURING THE TIME PERIOD
## JANUARY 1, 2010 – JANUARY 31, 2010

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants Representative | $500.00 | 2.20 | $1,100.00 |
| **Total** | | | | **$1,100.00** |

Total Fees:       $ 1,100.00
Total Hours:              2.20
Blended Rate:    $    500.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Plan and Disclosure Statement | 2.20 | $1,100.00 |
| **TOTAL** | **2.20** | **$1,100.00** |

2

**EXPENSE SUMMARY FOR THE TIME PERIOD
JANUARY 1, 2010 – MARCH 31, 2010**

| Expense Category | Total |
|---|---:|
| No expenses | 0.00 |
| **TOTAL** | **$0.00** |

                          Respectfully submitted,

                          */S/ DAVID T. AUSTERN*
                          David T. Austern,
                          Asbestos PI Future Claimants' Representative
                          Claims Resolution Management Corporation
                          3110 Fairview Park Drive, Suite 200
                          Falls Church, VA  22042-0683
                          (703) 205-0835

Dated: August 5, 2010