**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| W.R. GRACE & CO., et al., ) | **Case No. 01-01139 (JKF)** |
| ) | **(Jointly Administered)** |
| Debtors. ) | Objection Deadline: August 27, 2010 at 4:00 p.m. |
| ) | Hearing: September 13, 2010 at 10:00 a.m. |

**COVER SHEET TO TWENTY-FOURTH QUARTERLY INTERIM APPLICATION OF DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD APRIL 1, 2010 THROUGH JUNE 30, 2010**

**SUMMARY SHEET**

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants Representative (the "FCR") |
| Authorized to Provide Professional Services to: | As the Asbestos PI FCR |
| Date of Retention: | As of May 24, 2004 (pursuant to this Court's Order entered September 27, 2004) |
| Period for which Compensation and Reimbursement is sought: | April 1, 2010 – June 30, 2010 |
| Amount of Compensation sought as Actual Reasonable and Necessary: | $1,900.00 |
| Amount of Expense Reimbursement sought as Actual, Reasonable and Necessary: | $1,900.00 |

This is a    ___ monthly        _x_ interim        ___ final application

## PRIOR APPLICATIONS FILED

The FCR was retained effective as of May 24, 2004, pursuant to this Court's Order entered September 27, 2004. The FCR is filing simultaneously with this quarterly the following fee applications during this Twenty-Fourth Quarterly time period: Sixty-Second Monthly Fee Application for the period May 1-31, 2010 in the amount of $1,520.00 (80% of $1,900.00) in fees and expenses; there are no billings by the FCR for April 2010 or June 2010.

## COMPENSATION DURING THE TIME PERIOD
## MARCH 1, 2010 – JUNE 30, 2010

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants Representative | $500.00 | 3.80 | $1,900.00 |
| **Total** | | | | **$1,900.00** |

Total Fees:     $ 1,900.00
Total Hours:          3.80
Blended Rate:   $   500.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Plan and Disclosure Statement | 3.80 | $1,900.00 |
| **TOTAL** | **3.80** | **$1,900.00** |

**EXPENSE SUMMARY FOR THE TIME PERIOD**
**APRIL 1, 2010 – JUNE 30, 2010**

| Expense Category | Total |
|---|---:|
| No expenses | 0.00 |
| **TOTAL** | **$0.00** |

Respectfully submitted,

*/S/ DAVID T. AUSTERN*
David T. Austern,
Asbestos PI Future Claimants' Representative
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835

Dated: August 5, 2010