**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: ) <br> ) <br> W.R. GRACE & CO., <u>et al.</u> ) <br> ) <br> Debtors. ) <br> ) | Chapter 11 <br><br> Case No. 01-1139 (JKF) <br><br> Objection Deadline: August 27, 2010 at 4:00 p.m. <br> Hearing: September 13, 2010 at 10:00 a.m. |

**COVER SHEET TO TWENTY-FIRST QUARTERLY APPLICATION OF
TOWERS WATSON, ACTUARIAL CONSULTANTS TO DAVID T. AUSTERN,
ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>JANUARY 1, 2010 THROUGH MARCH 31, 2010</u>**

| | |
|---|---|
| Name of Applicant: | Towers Watson |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered December 21, 2004) |
| Period for which compensation is sought: | January 1, 2010 through March 31, 2010 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $855.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 0.00 |

This is an:    X    interim    ___ monthly    ___ final application.

**COMPENSATION SUMMARY**
January 1, 2010 through March 31, 2010

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (25 years) FCAS | $690 | 0.50 | $345.00 |
| Julianne Callaway | Analyst (6 years) ACAS | $340 | 1.50 | $510.00 |
| **Total Blended Rate: $427.50** | | | **2.00** | **$855.00** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 2.00 | $855.00 |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| **No Expenses** | **$0.00** |

| **January – March 2010 – Grand Total** | **$855.00** |
|---|---|

Respectfully submitted,

TOWERS WATSON

By: */S/ JENNIFER L. BIGGS*
    Jennifer L. Biggs, FCAS, MAAA
    101 S. Hanley Rd.
    St. Louis, MO 63105
    (314) 719-5843

Dated: July 19, 2010

2