IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Date: August 26, 2010 |
| | | Hearing Deadline: to be scheduled, if necessary |

FEE DETAIL FOR OGILVY RENAULT LLP'S FORTY-SECOND MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM JUNE 1, 2010 THROUGH JUNE 30, 2010

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DOCSTOR: 1992242\1



**OGILVY RENAULT**

Client: W.R. GRACE & CO.
RE: Fee Applications, Applicant
Matter No.: 01016442-0008

July 21, 2010
INVOICE: 1006167

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:   Richard Finke
             Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending June 30, 2010

| | |
|---|---|
| FEES | $505.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 30.81 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $535.81 |



Payable upon receipt

Please remit by Bank Transfer to
RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, CANADA
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
IBAN # 003106030000002
including invoice number on transfer order.

OGILVY RENAULT LLP / S.E.N.C.R.L., s.r.l.
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street, P.O. Box 84
Toronto, Ontario M5J 2Z4
CANADA

T: 416.216.4000
F: 416.216.3930
toronto@ogilvyrenault.com

ogilvyrenault.com



**W.R. GRACE & CO.**                                                                 01016442-0008

RE:  Fee Applications, Applicant
_____

BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| T. Walsh | 0.3 | $172.50 |
| K. Legree | 1.9 | $332.50 |
| Total | 2.20 | $505.00 |

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 1/6/10 | Katie Legree | Reviewing accounts and preparing 40th Monthly Fee Application (1.20); forwarding same to R. Finke for review and comment (0.10); revising same and providing to T. Walsh for review and signature (0.20). | 1.50 | $262.50 |
| 2/6/10 | Katie Legree | Finalizing 40th Monthly Fee Application (0.20); emailing same to L. Oberholzer for filing and service (0.10); emailing same to Fee Auditor (0.10). | 0.40 | $70.00 |
| 2/6/10 | Teresa Walsh | Reviewing and swearing 40th Monthly Fee Application. | 0.30 | $172.50 |
|  |  | **TOTAL FEES** |  | $505.00 |

DISBURSEMENTS - NON TAXABLE

| Courier service | 30.81 |
|---|---|
|  | $30.81 |

INVOICE: 1006167



W.R. GRACE & CO.                                                                 01016442-0008

RE:  Fee Applications, Applicant

**DISBURSEMENT DETAIL - NON TAXABLE**

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 2/6/10 | Derrick C. Tay | Courier service FedEx shipment #435904188187 FROM TORONTO, ON, CA. To: LYNZY OBERHOLZER,PACHULSKI STANG ZIEHL& JONES L, WILMINGTON, DE, US. ON 02-06-2010, GST: 0.00, QST: 0.00 | 30.81 |
|  |  | TOTAL | $30.81 |

INVOICE: 1006167