# EXHIBIT A

AMENDED AND RESTATED ASBESTOS SETTLEMENT AGREEMENT

This Amended and Restated Asbestos Settlement Agreement ("Amended Agreement") is made as of the Execution Date by and between W. R. Grace & Co. (hereinafter referred to as "Grace") and HDI-Gerling Industrie Versicherung AG, as successor to Gerling Konzern Allgemeine Versicherungs-Aktiengesellschaft (hereinafter referred to as the "Subject Insurer") (Grace and the Subject Insurer being referred to hereinafter collectively as the "Parties").

WITNESSETH THAT:

WHEREAS, the Subject Insurer issued certain insurance policies to Grace as more fully set forth and identified on Attachment A hereto (hereinafter referred to collectively as the "Subject Insurance Policies"); and

WHEREAS, Grace has incurred, and the Trust (as hereinafter defined) may incur in the future, certain liabilities, expenses or losses that might impact the products liability aggregate limits of the Subject Insurance Policies, including claims, proceedings and actions made, asserted or filed, or which may in the future be made, asserted or filed, against Grace or the Trust by claimants alleging bodily injury arising out of exposure to asbestos or asbestos-containing materials; and

WHEREAS, Grace and the Subject Insurer previously entered into an Asbestos Settlement Agreement dated November 3, 1998 (the "1998 Agreement"); and

WHEREAS, Grace and the Subject Insurer had satisfied all of their respective obligations under the 1998 Agreement prior to April 2, 2001; and

WHEREAS, on or about April 2, 2001, Grace and various affiliated companies filed voluntary petitions under Chapter 11 of the United States Bankruptcy

1

Code in the United States Bankruptcy Court for the District of Delaware, In re W. R. Grace & Co., et al., No. 01-1139 (JKF) (the "Bankruptcy Case"), and they continue to operate their businesses as debtors and debtors-in-possession; and

WHEREAS, Grace anticipates that a plan of reorganization will be confirmed by the Bankruptcy Court in the Bankruptcy Case, and that such plan will provide for the establishment of one or more trusts pursuant to Section 524(g) of the Bankruptcy Code to process and pay Asbestos PI Claims (as hereinafter defined) involving Grace; and

WHEREAS, the Parties disagree regarding the extent to which their respective rights and obligations under the 1998 Agreement will continue to apply in the event that a plan of reorganization is approved in the Bankruptcy Case; and

WHEREAS, the Parties wish to fully and finally compromise and resolve their disputes regarding the application of the rights and obligations under the 1998 Agreement to the changed circumstances occasioned by the filing of the Bankruptcy Case by amending the 1998 Agreement and entering into such supplemental agreements as are necessary in light of such changed circumstances; and

WHEREAS, this Amended Agreement is strictly a business accommodation, unrelated to the merits of the respective claims of the Parties hereto, subject to a complete reservation of rights as to matters not specifically resolved by this Amended Agreement, and without prejudice to their respective positions on policy wording or coverage pursuant to the Subject Insurance Policies; and

WHEREAS, by this Amended Agreement the Parties intend to adopt, by way of compromise and accord, and without prejudice to or waiver of their respective

positions in other matters, without further trial or adjudication of any issues of fact or law and without the Subject Insurer's admission of liability or responsibility under the Subject Insurance Policies, a settlement regarding the application of the Subject Insurance Policies to Asbestos-Related Claims (as hereinafter defined); and

WHEREAS, the Parties acknowledge that this Amended Agreement is not intended to govern claims that are not Asbestos-Related Claims for which Grace or the Trust may in the future seek coverage from the Subject Insurer under the Subject Insurance Policies or otherwise;

NOW, THEREFORE, in consideration of the foregoing and of the mutual agreements herein contained, and subject to the terms and conditions set forth below, and intending to be legally bound, the Parties agree as follows:

I.     **SCOPE OF AGREEMENT**

This Amended Agreement sets forth an arrangement among the Parties under the Subject Insurance Policies by which the Subject Insurer shall reimburse the Trust for amounts to be paid by the Trust for Defense Costs and Indemnity Payments in connection with Bodily Injury Claims that constitute Asbestos PI Claims (as hereinafter defined). This Amended Agreement shall not apply to or affect the rights and obligations of the Parties under the Subject Insurance Policies with respect to insurance coverage for claims that are not Asbestos-Related Claims, except as provided in Section VIII with respect to the release of claims based on or arising out of Non-Asbestos Products Liability Claims in accordance with that Section.

## II.     DEFINITIONS

The following definitions apply to the listed terms wherever those terms appear throughout this Amended Agreement or in any attachments hereto. Capitalized terms in the prefatory paragraph, recitals, this Definitions Section and in the sections below have the meanings ascribed to them therein. Capitalized terms not otherwise defined herein shall have the meanings set forth in the Joint Plan of Reorganization. Each defined term stated in a singular form includes the plural form, each defined term stated in plural form includes the singular form, and each defined term stated in the masculine, feminine or neuter form includes each of the masculine, feminine and neuter forms. The word "including" means "including but not limited to." Section and subsection numbers used in this Amended Agreement refer to sections and subsections of this Amended Agreement unless otherwise specifically stated.

A.     1998 Agreement

"1998 Agreement" means the Asbestos Settlement Agreement entered into between Grace and the Subject Insurer dated November 3, 1998.

B.     Approval Order

"Approval Order" means an order of the Court in form and substance satisfactory to the Parties, pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, approving this Amended Agreement and the compromise and settlement memorialized herein.

C.     Asbestos Insurance Settlement Agreement

"Asbestos Insurance Settlement Agreement" has the meaning set forth in the Joint Plan of Reorganization.

4

D.     Asbestos PI Channeling Injunction

"Asbestos PI Channeling Injunction" has the meaning set forth in the Joint

Plan of Reorganization.

E.     Asbestos PI Claim

"Asbestos PI Claim" has the meaning set forth in the Joint Plan of

Reorganization.

F.     Asbestos-Related Claim

"Asbestos-Related Claim" means either a "Bodily Injury Claim" or a

"Building Claim" as those terms are defined below.

G.     Bankruptcy Case

"Bankruptcy Case" means In re W. R. Grace & Co., et al., No. 01-1139

(JKF) and the other bankruptcy cases that are jointly administered under Case No. 01-

1139, including any appeals of decisions in the Bankruptcy Case.

H.     Bankruptcy Code

"Bankruptcy Code" means Title 11 of the United States Code, 11 U.S.C.

§§ 101 et seq., as amended from time to time.

I.     Bankruptcy Court

"Bankruptcy Court" means the United States Bankruptcy Court for the

District of Delaware and, to the extent it exercises jurisdiction over the Bankruptcy Case,

the United States District Court for the District of Delaware.

J.     Bell Curve Allocation Method

"Bell Curve Allocation Method" means the percentages set forth in Attachment C for allocating Defense Costs and Indemnity Payments paid by the Grace Group or the Trust for certain Bodily Injury Claims.

K.     Bodily Injury Claim

"Bodily Injury Claim" means any claim, demand, suit, action or request for relief or action, or any portion of same, that seeks monetary damages or other payment or relief from any member of the Grace Group or the Trust for bodily injury alleged to have been caused, in whole or in part, by exposure to a Grace Product, except as follows:

1.     Claims or lawsuits brought against the Grace Group or the Trust by former Grace Group employees under any workers' compensation statute, occupational disease law or law of similar import or any claim or lawsuit brought by anyone else for contribution or indemnity, or other legal relief, arising out of bodily injury suffered by current or former Grace Group employees in the course and scope of their employment with the Grace Group shall not be considered Bodily Injury Claims for purposes of this Amended Agreement.

2.     Claims against the Grace Group or the Trust which do not arise out of products liability, including but not limited to claims by or on behalf of individuals who allege that they were injured as a result of exposure to asbestos at premises owned or operated by the Grace

6

Group, shall not be considered Bodily Injury Claims for purposes of this Amended Agreement.

The Parties reserve all of their respective rights under the Subject Insurance Policies with respect to the claims described in subsections (1) and (2) of this Section, and such claims shall not be considered within the scope of this Amended Agreement notwithstanding that such claims may arise out of exposure to asbestos-containing materials.

L.   Building Claim

"Building Claim" means any claim, demand, suit, action or request for relief or action (or any portion thereof) that seeks monetary damages from any member of the Grace Group for damage to, destruction of or loss of use or diminution of value of property arising from the presence of a Grace Product or claims or suits for the removal or abatement of a Grace Product from a building.

M.   Committee

"Committee" means the Official Committee of Asbestos Personal Injury Claimants appointed in the Bankruptcy Case.

N.   Confirmation Order

"Confirmation Order" means an order entered by the District Court in the Bankruptcy Case confirming the Joint Plan of Reorganization or affirming or reissuing the order of the Bankruptcy Court confirming the Joint Plan of Reorganization.

O.   Court

"Court" means the Bankruptcy Court or the District Court, as appropriate.

7

P.      Coverage Block

"Coverage Block" means the period from October 20, 1957 through June

30, 1985.

Q.      Debtors

"Debtors" has the meaning set forth in the Joint Plan of Reorganization.

R.      Defense Costs

"Defense Costs" means all fees, expenses and costs incurred by the Grace

Group in connection with defending Asbestos-Related Claims or by the Trust in defending

Asbestos Bodily Injury Claims.  The Parties agree that such fees, expenses and costs shall

include, but are not limited to, all attorneys' fees (except those of the Grace Group's in-

house legal staff), costs and expenses; experts' fees, costs and expenses; court fees, costs

and expenses; costs and expenses for responding to requests for production of documents;

and costs and expenses for storing documents produced in response to a request for

production of documents or otherwise compiled in connection with defending Asbestos-

Related Claims; except that Defense Costs shall not include the Grace Group's or the

Trust's general overhead, administrative or internal expenses, in-house attorney expenses,

or any costs incurred by the Grace Group or the Trust in connection with the litigation,

negotiation or resolution of insurance coverage issues.

S.      Effective Date

"Effective Date" has the meaning set forth in the Joint Plan of

Reorganization.

8

T.    Excess Insurance Policies

"Excess Insurance Policies" means all of the excess and umbrella insurance policies, including but not limited to the Subject Insurance Policies, that were issued to Grace and were in effect prior to July 1, 1985.  Attachment B sets forth a schedule of all Excess Insurance Policies, including the Subject Insurance Policies, showing the remaining available products liability coverage under each such policy as of April 2, 2001, after allocating costs paid by the Grace Group prior to April 2, 2001.

U.    Execution Date

"Execution Date" means the first date on which both Grace and the Subject Insurer have executed this Amended Agreement.

V.    Final Order

"Final Order" means an order or judgment (including any modification or amendment thereof) that remains in effect and has not been reversed, vacated, stayed or amended and as to which the time to appeal or seek review, rehearing or writ of certiorari has expired and as to which no appeal or petition for review, reconsideration, rehearing or certiorari has been taken or, if taken, remains pending.

W.    Futures Representative

"Futures Representative" means David Austern, the Asbestos PI Future Claimants' Representative appointed as legal representative for future asbestos-related personal injury claimants in the Bankruptcy Case, and any successor to him.

X.    "Grace"

"Grace" means W. R. Grace & Co.

9

Y.    "Grace Group"

"Grace Group" means (i) Grace, (ii) the past and present subsidiaries and affiliates of Grace and the predecessors and successors of such subsidiaries and affiliates, (iii) the directors, officers, agents and employees of the entities described in subsections (i) and (ii) above, solely in their capacities as such; (iv) any other entity that was insured under the Subject Insurance Policies (including endorsements), and those insureds' subsidiaries, affiliates and successors; and (v) the directors, officers, agents and employees of the entities described in subsection (iv) above, solely in their capacities as such.

Z.    Grace Product

"Grace Product" means any asbestos-containing product manufactured, handled, sold or distributed by the Grace Group, or for which the Grace Group faces liability exposure.

AA.    Indemnity Payments

"Indemnity Payments" means the amounts paid by the Trust to holders of Asbestos PI Claims with respect to Bodily Injury Claims (but not to holders of Indirect PI Trust Claims) pursuant to the Trust Distribution Procedures.  For the avoidance of doubt, Indemnity Payments shall mean the actual amounts paid by the Trust after application of any Payment Percentage as described in Section IV of the Trust Distribution Procedures.

BB.    Joint Plan of Reorganization

"Joint Plan of Reorganization" means the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders as

10

modified through March 19, 2010, including all exhibits thereto, and as may be further modified from time to time, and specifically including all amendments to the Joint Plan of Reorganization filed as of the Execution Date.

      CC.   <u>Non-Asbestos Products Liability Claim</u>

        "Non-Asbestos Products Liability Claim" means any Products Liability Claim which falls within the products liability coverage and aggregate limits of one or more of the Subject Insurance Policies, other than those claims that constitute Asbestos-Related Claims.

      DD.   <u>Person</u>

        "Person" means an individual, a corporation, a partnership, a joint venture, an association, a joint stock company, a limited liability company, a limited liability partnership, an estate, an unincorporated organization, a trust, a class or group of individuals, or any other entity or organization, including any federal, state or local governmental or quasi-governmental body or political subdivision, department, agency or instrumentality thereof.

      EE.   <u>Products Liability Claim</u>

        "Products Liability Claim" means any claim for bodily injury or property damage arising out of any product manufactured, sold, handled or distributed by the Grace Group, or for which the Grace Group faces liability exposure, but only if the bodily injury or property damage occurs away from premises owned by or rented to the Grace Group, and after physical possession of such product has been relinquished to others.

11

FF.    Settled Asbestos Insurance Company

"Settled Asbestos Insurance Company" has the meaning set forth in the

Joint Plan of Reorganization.

GG.    Subject Insurer

"Subject Insurer" means HDI-Gerling Industrie Versicherung AG, as

successor to Gerling Konzern Allgemeine Versicherungs-Aktiengesellschaft.

HH.    Subject Insurance Policies

"Subject Insurance Policies" means all of the insurance policies listed on

Attachment A hereto.

II.    Triggered Policy Years

"Triggered Policy Years" for a Bodily Injury Claim shall mean every

calendar year in whole or in part during the period beginning on the date on which the

injured person was first exposed to a Grace Product and ending on the earlier of (i) the

date on which the person's disease first became known (i.e. the earliest of the date of

diagnosis, death, claim or suit) or (ii) June 30, 1985.  The determination of the date of an

injured person's first exposure to a Grace Product shall be based upon the following

factors set forth in decreasing order of preference:

1.    The first date of the injured person's actual exposure to a Grace

Product that is alleged to have caused the person's injury, based

upon objective facts available to Grace or the Trust; or

2.    The first date of the injured person's claimed exposure to a Grace

Product that is alleged to have caused the person's injury, as set

12

forth in the complaint or other claim documentation, or as reflected

by other information reasonably available to Grace or the Trust.

JJ.    Trust

"Trust" means the WRG Asbestos PI Trust established pursuant to the Joint

Plan of Reorganization, or such other trust as may be established under Section 524(g) of

the Bankruptcy Code to process and pay Asbestos PI Claims pursuant to a plan of

reorganization filed by Grace, the Committee and the Futures Representative.

KK.    Trust Distribution Procedures

"Trust Distribution Procedures" means the WRG Asbestos PI Trust

Distribution Procedures substantially in the form attached as Exhibit 4 of the Exhibit Book

of the Joint Plan of Reorganization.

III.    **REMAINING INSURANCE COVERAGE**

The Parties agree and acknowledge (A) that the applicable products

liability aggregates of the primary insurance policies issued to Grace by Continental

Casualty Company (CNA), Maryland Casualty Company, Royal Indemnity Company,

General Insurance Company of America and Travelers Casualty and Surety Company

(f/k/a The Aetna Casualty and Surety Company) have been fully and properly exhausted

without regard to any payment being made pursuant to this Amended Agreement; and (B)

that for purposes of this Amended Agreement, Grace's remaining insurance coverage for

Asbestos-Related Claims as of April 2, 2001 shall be deemed to exist only in the years,

and only in the amounts, set forth on Attachment B. The remaining insurance coverage

reflected on Attachment B has been determined after allocating to the Excess Insurance

Policies amounts paid by the Grace Group prior to April 2, 2001 with respect to Asbestos-Related Claims.

IV.       **DETERMINATION OF TRIGGERED POLICY YEARS AND ALLOCATION OF DEFENSE COSTS AND INDEMNITY PAYMENTS FOR BODILY INJURY CLAIMS**

      A.       Defense Costs and Indemnity Payments paid after April 2, 2001 with respect to Bodily Injury Claims shall be allocated among the Subject Insurance Policies and all other Excess Insurance Policies in accordance with the following procedures and the provisions of Section V.

      B.       The Trust shall determine the Triggered Policy Years for each individual injured person and all Defense Costs and Indemnity Payments paid by the Grace Group or the Trust with respect to the Bodily Injury Claims regarding such injured person shall be allocated equally among such Triggered Policy Years. By "allocate equally," the Parties mean the following:

          1.       For each individual Bodily Injury Claim, the total sum of Defense Costs and Indemnity Payments for which the Trust seeks reimbursement (whether from the Subject Insurer or from other insurers) shall be spread among the Triggered Policy Years. The Parties acknowledge that law firms defending the Grace Group or the Trust on multiple Bodily Injury Claims may submit a single report covering multiple cases and that the Trust will allocate such Defense Costs equally among all open cases defended by each such law firm. The Subject Insurer agrees to accept such allocation for purposes of this Amended Agreement.

14

2.    Defense Costs and Indemnity Payments for a Bodily Injury Claim allocable to a Triggered Policy Year shall be allocated to the lowest layer Excess Insurance Policy with remaining products liability coverage for such Triggered Policy Year.  Upon exhaustion of the lowest layer Excess Insurance Policy for a Triggered Policy Year, Defense Costs and Indemnity Payments allocable to such Triggered Policy Year shall be allocated to the next layer Excess Insurance Policy with remaining products liability coverage for such Triggered Policy Year.  Defense Costs and Indemnity Payments allocable to a Triggered Policy Year(s) which has been exhausted shall be borne by the Trust.

3.    Consistent with the foregoing, no allocation of Defense Costs or Indemnity Payments shall be made (i) to an Excess Insurance Policy that expires before the date of first exposure to a Grace Product or (ii) to an Excess Insurance Policy that incepts after the date of diagnosis, death or date of filing of the claim, whichever is earliest.

4.    With respect to those policies that (i) fall within a Triggered Policy Year but are for a term of less than a full year or (ii) partially fall within a Triggered Policy Year, the Defense Costs and Indemnity Payments allocated to such a policy shall be computed by multiplying the Defense Costs and Indemnity Payments allocated to the Triggered Policy Year by a fraction, the numerator of which is the number of days in which such policy's term overlaps the

15

Triggered Policy Year and the denominator of which is 365. With respect to those policies of coverage, the Defense Costs and Indemnity Payments allocated to such policy shall be computed by multiplying the Defense Costs and Indemnity Payments allocated to the Triggered Policy Year by a fraction, the numerator of which is the total product liability limits and the denominator of which is the total product liability limits provided that layer of insurance coverage of which the policy is a part.

C.     The Parties recognize that, in some instances, the Trust may initially be required to rely on allegations in the complaint or other claim documentation to determine Triggered Policy Years for Defense Costs with respect to particular injured persons. In such circumstances, the Trust shall, as soon as practicable, establish, by cost-effective means, objective evidence of the first date of actual exposure to a Grace Product and the date of diagnosis or death for such injured person, and any other evidence relevant to determine Triggered Policy Years. In the event that the complaint or other claim documentation contains insufficient information for the Trust to determine Triggered Policy Years for Bodily Injury Claims, Defense Costs and Indemnity Payments for such Bodily Injury Claims shall be allocated among all years in the Coverage Block using the Bell Curve Allocation Method. Once the Triggered Policy Years become known for such injured person, future Defense Costs and Indemnity Payments for Bodily Injury Claims regarding such injured person shall be allocated only to Triggered Policy Years; but any Defense Costs and Indemnity Payments which had previously been allocated shall not be reallocated.

16

## V.        GENERAL PROVISIONS REGARDING ALLOCATIONS

A.      Allocation to each Triggered Policy Year of Defense Costs and Indemnity Payments for Bodily Injury Claims shall be made notwithstanding the presence of insurer insolvencies or refusals by the insurers of triggered Excess Insurance Policies to make payments in connection with such claims.  Where, in accordance with the methodology contained in this Amended Agreement, an allocation of Defense Costs or Indemnity Payments is made to an Excess Insurance Policy that is not a Subject Insurance Policy, the allocation shall be treated, for purposes of this Amended Agreement, as if it will be paid under such Excess Insurance Policy up to its available limits, even if the insurer that issued such policy is insolvent, or fails to pay the allocation established by this Amended Agreement, or has separately agreed with Grace or the Trust to make payments on some other basis under such Excess Insurance Policy.  The Subject Insurer acknowledges that it is aware that Grace or the Trust has entered into settlement agreements with other insurers with regard to coverage of Asbestos-Related Claims under the Excess Insurance Policies, and that allocations of Defense Costs and Indemnity Payments under such other settlements may differ from the allocations to be made pursuant to this Amended Agreement.  Nothing in this Amended Agreement shall be construed to in any way limit Grace's ability to enforce its rights against any insurer other than the Subject Insurer.

B.      The amount of Defense Costs and Indemnity Payments paid by the Grace Group or the Trust after April 2, 2001 shall be determined without regard to any amounts already received by the Grace Group or the Trust, or received by the Grace Group or the Trust in the future, from other insurers, whether as a result of settlement agreements or otherwise.

17

## VI.          PAYMENT OF INDEMNITY PAYMENTS AND DEFENSE COSTS

A.          Amounts due for Defense Costs and Indemnity Payments for Bodily Injury Claims paid or incurred by the Grace Group or the Trust after April 2, 2001 shall be reimbursed in accordance with subsections B, C, D, E and F of this Section VI.

B.          The Trust shall submit quarterly reports to the Subject Insurer, identifying Defense Costs and Indemnity Payments for Bodily Injury Claims within the scope of this Amended Agreement that have been paid by the Trust during the period covered by the report. Said quarterly reports shall identify for each Bodily Injury Claim the name of the claimant or injured person, the Triggered Policy Year(s), and the amount of any Indemnity Payments and any Defense Costs paid in connection therewith (or allocated thereto in accordance with this Amended Agreement) during the period covered by the report. The quarterly reports shall further allocate the Indemnity Payments and Defense Costs to each of the Excess Insurance Policies, including the Subject Insurance Policies, and to the Trust in accordance with this Amended Agreement.

C.          The Trust will allocate payments to the Excess Insurance Policies and Subject Insurance Policies in the same order that actual payments for Bodily Injury Claims (Defense Costs and Indemnity Payments) are made by the Trust during the quarter.

D.          Within thirty (30) days after receipt of a report setting forth the information specified in Section VI.B, the Subject Insurer shall make a payment to the Trust in an amount equal to its share of the total amount of the Defense Costs and Indemnity Payments shown on the report. If the Subject Insurer fails to make such payment to the Trust within sixty (60) days of such receipt, the Subject Insurer shall pay interest to the Trust on the unpaid amount thereof with interest for the period commencing on the thirty-

18

first day after receipt of such report and ending on the date of payment at the rate of interest announced from time to time during such period by the main office of Citibank, N.A. in New York, N.Y. as its "prime rate" plus three percentage points.  Any such interest payments shall not be counted in determining whether the products liability aggregate limits of any of the Subject Insurance Policies have been exhausted and shall be in addition to such limits.  Should the Subject Insurer dispute any portion of the statement applicable to amounts payable by it, it shall pay the undisputed portion in accordance with this paragraph.  The Parties recognize that because of the complexity of this arrangement and the amount of data required to perform the allocations, there will be instances where there are administrative or relatively insignificant errors in calculations.  The Subject Insurer shall advise the Trust of the disputed items, and cooperate with the Trust to resolve the dispute.  If the dispute is not promptly resolved, either Party may refer it to arbitration in accord with Section XIV of this Amended Agreement.  To the extent the Subject Insurer wishes to contest any allocation made by the Trust, then the burden shall be on the Subject Insurer to substantiate the allocations it believes are correct.  The Trust agrees that it will make reasonably available to the Subject Insurer all documentation in its possession in the event such documentation is requested by the Subject Insurer in order for the Subject Insurer to contest any allocation made by the Trust.  Interest as set forth in this paragraph shall continue to accrue on any disputed amounts which the Subject Insurer becomes obligated to pay.

E.    All payments by the Subject Insurer to the Trust shall be made in accordance with written instructions provided by the Trust to the Subject Insurer.

F.    For the avoidance of doubt, the Trust will not seek reimbursement from the Subject Insurer, and the Subject Insurer shall have no obligation to make payment to the Trust, with respect to (1) any Asbestos-Related Claims that are not Bodily Injury Claims; (2) any Building Claims; or (3) any Non-Asbestos Products Liability Claims.

G.    The Subject Insurer shall not seek reimbursement of any payments made to the Trust pursuant to this Amended Agreement, whether by way of contribution, subrogation, reimbursement, indemnification or otherwise, from any Person, other than the Subject Insurer's reinsurers in their capacities as such.  Notwithstanding the foregoing, if another insurer of the Grace Group pursues a claim sounding in contribution, subrogation, reimbursement, indemnification or otherwise against the Subject Insurer, then the Subject Insurer will be free to assert a claim sounding in contribution, subrogation, reimbursement, indemnification or otherwise against such other insurer, to the extent permitted by the Joint Plan of Reorganization.  To the extent that the Subject Insurer recovers a judgment or settlement against such other insurer with respect to a payment made under this Amended Agreement, the net proceeds thereof (i.e. less any fees, costs and expenses incurred by the Subject Insurer in prosecuting and defending such claim) will be distributed promptly to Grace or, after the Effective Date, to the Trust.  Grace and the Trust will use their reasonable best efforts to obtain from all insurers with which they settle disputes regarding coverage for Asbestos PI Claims agreements similar to the conditions set forth in this Section VI.G.

H.    Following the Effective Date, in the event that:

1.    Grace, the Trust and/or any other Person becomes entitled to receive a payment from one or more of the insurers other than the Subject

20

Insurer for any claims that have been released and discharged as against the Subject Insurer pursuant to this Amended Agreement; and

2.  As a result of such other insurer's obligation to pay described in Section VI.H.1 above, such insurer either:

    a.  enters into a settlement with the Subject Insurer, which settlement has been consented to by Grace or the Trust (as applicable) and such other Person, requiring the Subject Insurer to reimburse some or all of the payment made or to be made by such insurer; or

    b.  obtains a final, non-appealable judicial or quasi-judicial determination or award entitling such insurer to obtain a sum certain from the Subject Insurer for contribution, subrogation or indemnification or other similar claim, against the Subject Insurer for the latter's alleged share or equitable share, or to enforce subrogation rights, if any, relating to such payment referenced in Section VI.H.1 above,

the Person entitled to receive such payment shall voluntarily reduce the amount of payment to be received by such Person by the amount necessary to reduce or eliminate such settlement, determination or award against the Subject Insurer.  To ensure that such a reduction is accomplished, the Subject Insurer shall be entitled to assert this Section VI.H as a defense to any action against it for any such portion of the determination or award

against the Subject Insurer and shall be entitled to have the court or appropriate tribunal issue such orders as are necessary to effectuate the reduction to protect the Subject Insurer from any liability for the determination or award.  In any proceeding against other insurers in which Grace or the Trust makes a claim for insurance rights or benefits for any claim that may give rise to the events referenced in Section VI.H.1 above, notice will be provided to the Subject Insurer of such claim within thirty (30) days of the time Grace or the Trust first becomes aware that such claim is reasonably likely to result in a claim against the Subject Insurer and shall consent to the Subject Insurer's intervention in any such proceeding to effectuate the intent of this Section VI.H.

**VII.**        **CLAIMS HANDLING**

A.    The Subject Insurer authorizes the Trust to handle all Bodily Injury Claims pursuant to the provisions of this Amended Agreement, including retaining counsel selected by the Trust in its sole discretion.  The Subject Insurer shall have neither the right nor the duty to assume charge of defending or handling any Bodily Injury Claims.  The Trust shall have the right, without prior approval or consent of the Subject Insurer, to settle any Bodily Injury Claim.

B.    The Trust agrees to obtain and retain documents supporting all Bodily Injury Claims.  If and when any report submitted to the Subject Insurer under Section VI indicates that payments are due from the Subject Insurer to the Trust under this Amended Agreement, the Subject Insurer shall have the right, upon reasonable notice, to review the Trust's files relating to both Defense Costs and Indemnity Payments for the applicable Bodily Injury Claims.  The results of the Subject Insurer's review of the Trust's files shall not (1) affect the Subject Insurer's obligations under this Amended Agreement, except as

22

permitted under Section VI.D, (2) obligate the Trust to collect any information that it is

not otherwise obligated to, or does not ordinarily, collect, or to create or maintain

documents or information not ordinarily created or maintained by the Trust, or (3) give the

Subject Insurer any right to challenge the review, determination or payment of any

Asbestos PI Claim or the payment of any expenses or costs by the Trust.  Further,

notwithstanding any of the foregoing, the Trust shall not be obligated to provide the Social

Security Identification Number of any holder of an Asbestos PI Claim beyond the last four

digits.

      C.     The Subject Insurer acknowledges that the insurers under the Excess

Insurance Policies other than the Subject Insurance Policies may be obligated to reimburse

the Trust for Defense Costs and Indemnity Payments with respect to Bodily Injury Claims

before the Subject Insurer has any obligation to do so under this Amended Agreement.

Any allocation made by the Trust in good faith pursuant to this Amended Agreement,

prior to the time when any Defense Costs or Indemnity Payments are allocable to the

Subject Insurance Policies under this Amended Agreement, shall be conclusive, whether

such allocation involves allocating a Bodily Injury Claim to a Triggered Policy Year or

allocating Defense Costs or Indemnity Payments for Bodily Injury Claims among the

Excess Insurance Policies.

      D.     The Subject Insurer shall keep any reports or other information obtained

from the Trust pursuant to Section VI and VII (the "Material") confidential, and shall not

disclose Material to any other Person except to its auditors, regulators or reinsurers solely

for the purpose of obtaining reinsurance or of complying with applicable regulations,

provided that the Subject Insurer shall first obtain from such Persons written pledges to

maintain the confidentiality of the Material and not to disclose the Material to any other Person.  In the event that disclosure of Material in the Subject Insurer's possession is sought pursuant to subpoena or other legal process, the Subject Insurer shall immediately notify the Trust of the request for disclosure and cooperate with the Trust in seeking a protective order regarding the Material.  Upon resolution of all reinsurance issues, the Subject Insurer shall, at the Trust's option, return or destroy all Material.

E.      Nothing in this Amended Agreement obligates the Subject Insurer to make payments on the Trust's behalf, as opposed to reimbursing the Trust for monies the Trust has paid for Defense Costs and Indemnity Payments.  Further, the Trust shall not seek reimbursement from the Subject Insurer, and the Subject Insurer shall have no obligation to pay, any expenses incurred by the Trust in administering the Trust.

VIII.      **RELEASE**

A.      Upon the Execution Date, but subject to the Approval Order becoming a Final Order, Grace, on behalf of itself and the Debtors, and the Trust release and forever discharge the Subject Insurer, along with (i) its subsidiaries, divisions, affiliates, predecessors, successors and assigns, solely in their capacities as such, and (ii) the directors, officers, agents and employees, attorneys and representatives, including heirs, administrators, executors, assigns and legal representatives (in the event of their death, incapacity or bankruptcy) of the Subject Insurer and of the Persons listed in subparagraph (i), solely in their capacities as such, from:

1.      any and all claims for insurance coverage or to enforce any other obligations under the Subject Insurance Policies that are based on or

arise out of any Asbestos-Related Claims and any Non-Asbestos Products Liability Claims; and

2.    any and all claims arising under common or statutory law against the Subject Insurer for breach of the covenant of good faith and fair dealing (including however else a claim of "bad faith" or for "extra-contractual damages" may be characterized) in connection with any of the claims released in Section VIII.A.1 that arose at any time in the past up to and including the date of this Amended Agreement.

B.    Upon the Execution Date, but subject to the Approval Order becoming a Final Order, the Subject Insurer releases and forever discharges Grace, the Debtors, the Grace Group and the Trust, along with (i) their subsidiaries, divisions, affiliates, predecessors, successors and assigns, solely in their capacities as such, and (ii) the directors, officers, agents and employees, attorneys and representatives, including heirs, administrators, executors, assigns and legal representatives (in the event of their death, incapacity or bankruptcy) of Grace, the Debtors, the Grace Group, and the Trust and of the Persons listed in subparagraph (i), solely in their capacities as such, from:

1.    any and all obligations under, based on or arising out of the Subject Insurance Policies, including obligations to pay any premiums, deductibles, self-insured retentions, retrospective premiums or other similar charges, that are based on or arise out of any Asbestos-Related Claims and any Non-Asbestos Products Liability Claims; and

25

2.      any and all claims arising under common or statutory law for breach of the covenant of good faith and fair dealing (including however else a claim of "bad faith" or for "extra-contractual damages" may be characterized) in connection with any of the claims released in Section VIII.B.1 that arose at any time in the past up to and including the date of this Amended Agreement.

C.      Notwithstanding Sections VIII.A and VIII.B, the Parties are not released from any of their obligations under this Amended Agreement.

## IX.      <u>CONFIDENTIALITY</u>

A.      The Parties agree that all information relating to the negotiation of this Amended Agreement (collectively referred to as "Information," except that such term does not include information that is or becomes available other than as a result of an act or omission of any of the Parties) shall be confidential and is not to be disclosed except as follows:

1.      The fact that the Parties have entered into this Amended Agreement may be disclosed to any Person;

2.      The Information may be disclosed as necessary to obtain an Approval Order from the Court;

3.      The Information may be disclosed by order of court, or pursuant to a written agreement of the Parties;

4.      The Information may be disclosed by the Subject Insurer to its reinsurers, directly or through intermediaries;

5.    Grace or the Trust may disclose the Information to other insurers and their representatives;

6.    The Information may be disclosed to outside auditors or accountants of any Party or to the Internal Revenue Service;

7.    A Party may disclose the Information to its accountants, to its counsel, to underwriters in connection with offerings of securities to be issued by such Party and to counsel for such underwriters; and

8.    The Information may be disclosed in any action brought to enforce the terms of this Amended Agreement;

provided, however, that a Party making disclosure of any of the Information pursuant to one of the exceptions set forth in clauses (3) through (7) above shall inform any Person to which such disclosure is made of the confidential nature of the Information and of the understanding upon which it has been disclosed and shall use reasonable efforts to obtain the agreement of such Person to hold the Information in confidence.

B.    A Party may describe and/or make reference to this Amended Agreement to the extent that such disclosure is required to comply with any statute, rule or other requirement of any government or governmental agency or other authority.  Without limiting the foregoing, the Parties agree that Grace may describe and or make reference to this Amended Agreement in a Current Report on Form 8-K, a Quarterly Report on Form 10-Q, an Annual Report on Form 10-K or any other report or filing that, on advice of counsel, Grace is required to make pursuant to the Securities Act of 1933, as amended, or the Securities Exchange Act of 1934, as amended, and in any financial statements and/or related notes included or incorporated by reference in any such report or filing.

27

C.     In the event a court, litigant or governmental body requests or requires disclosure of anything protected by this Section, the Party from whom disclosure is sought shall immediately give written notice to the other Party in order to allow each Party to take such protective steps as may be appropriate.

D.     Information protected by this Section shall be deemed to fall within the protection afforded compromises and offers of compromise by Rule 408 of the Federal Rules of Evidence and similar provisions of state law or state rules of court.

## X.        **INDEMNIFICATION**

A.     Following the Effective Date, the Trust shall indemnify and hold the Subject Insurer harmless from and against any and all liability, excluding any attorneys' fees or other costs or expenses, imposed upon the Subject Insurer as a result of any claims, demands, lawsuits, causes of action or proceedings that are asserted, initiated or continued by any Person not a party to this Amended Agreement against the Subject Insurer that are based upon a Subject Insurance Policy and are Bodily Injury Claims that constitute Asbestos PI Claims that are subject to the Asbestos PI Channeling Injunction (except as otherwise provided in subsections B, D, E and H of this Section).  (The matters for which the Trust is obligated pursuant to this Section to indemnify and hold harmless the Subject Insurer are hereinafter referred to as "Indemnifiable Claims.")

B.     The Trust's obligation to indemnify the Subject Insurer for Indemnifiable Claims with respect to any Subject Insurance Policy shall be subject to an aggregate limit equal to the aggregate amount reimbursed to Grace and/or the Trust by the Subject Insurer with respect to such Subject Insurance Policy for Defense Costs and Indemnity Payments under this Amended Agreement.  Once the Trust has paid liabilities for Indemnifiable

28

Claims of the Subject Insurer in an amount equal to such reimbursed amount, the Trust

shall not be obligated to indemnify the Subject Insurer for further Indemnifiable Claims

with respect to such Subject Insurance Policy.

C.     As soon as practicable after receipt by the Subject Insurer of notice of any

complaint or the commencement or continuation of any action or proceeding that

constitutes an Indemnifiable Claim, the Subject Insurer shall notify the Trust in writing of

such Indemnifiable Claim.

D.     Any failure by the Subject Insurer to promptly notify the Trust of any

Indemnifiable Claim shall relieve the Trust from any indemnification obligation with

respect thereto.

E.     After the Trust receives any notice of an Indemnifiable Claim pursuant to

subsection C of this Section, the Trust shall promptly notify the Subject Insurer whether

the Trust will assume the defense of the Subject Insurer against such Indemnifiable Claim.

If the Trust elects to assume the defense of such Indemnifiable Claim, the Trust shall

select counsel to represent the Subject Insurer and the Trust shall assume the payment of

the fees and disbursements of such counsel; except that the Trust's selection of counsel to

represent the Subject Insurer shall be subject to the consent of the Subject Insurer, which

consent shall not be unreasonably withheld.  In any action or proceeding in which the

Trust assumes the defense of the Subject Insurer, the Subject Insurer shall have the right to

participate in such litigation and to retain its own counsel at the Subject Insurer's own

expense.

F.     The Trust and the Subject Insurer shall consult to the extent practicable

about all decisions to be made, either procedural or substantive, by counsel retained on

29

behalf of the Subject Insurer pertaining in any material manner to the Subject Insurer in the defense of any Indemnifiable Claim. In the event the Parties are unable to agree, the final decision with respect to the defense of the Subject Insurer, either procedural or substantive, shall rest with the Trust, except that the Trust shall allow the Subject Insurer complete control over the positions asserted in the interpretation of the language of the Subject Insurance Policies. The Trust shall keep the Subject Insurer apprised in a timely manner of all significant developments in such defense and shall provide the Subject Insurer, at its request, status reports that advise the Subject Insurer of such developments.

G.    Any settlement or compromise made by the Trust on behalf of the Subject Insurer with respect to an Indemnifiable Claim shall provide that it is not an admission of liability by the Subject Insurer and is without precedent beyond the scope of the matters addressed by such compromise or settlement. The Trust shall give notice and provide reasonable and timely disclosure as soon as is practicable to the Subject Insurer of any proposed settlement or compromise. The Subject Insurer shall have such time as is practicable to review the proposed settlement or compromise and to present its views to the Trust, but no such settlement or compromise shall require the Subject Insurer's approval. The Trust shall use best efforts to keep such settlement or compromise confidential.

H.    If the Trust declines to assume the defense of any Indemnifiable Claim, then the Subject Insurer shall employ and direct counsel to defend against such Indemnifiable Claim, and the Subject Insurer shall pay the reasonable fees and disbursements of such counsel. If the Subject Insurer, without previously obtaining the Trust's consent, which consent shall not be unreasonably withheld, settles any

30

Indemnifiable Claim that the Trust has declined to assume, then the Trust shall be relieved of any obligation to indemnify the Subject Insurer for such settlement. The Subject Insurer shall use reasonable efforts to keep such settlement or compromise confidential.

I.    Nothing herein shall constitute any waiver of the Subject Insurer's attorney-client privilege, which privilege shall extend only to such counsel retained to represent the Subject Insurer and shall not extend to the Trust or its counsel unless specifically waived by the Subject Insurer in writing with reference to a particular attorney-client communication.

J.    The Subject Insurer and the Trust shall cooperate reasonably with each other to protect their respective interests with respect to Indemnifiable Claims. If the Trust has assumed the defense of any action or proceeding, the Subject Insurer shall comply in a timely manner with the Trust's or its appointed counsel's requests for access to documentation or information requested by the Trust or its appointed counsel for purposes of defense. If the Trust has declined to assume the defense of any action or proceeding, the Trust shall comply in a timely manner with any of the Subject Insurer's requests for access to documentation or information requested by the Subject Insurer for purposes of such defense.

K.    For the avoidance of doubt, amounts paid by the Trust pursuant to this Section X to or on behalf of the Subject Insurer in connection with Indemnified Claims shall be paid in full within sixty (60) days and shall not be subject to any Payment Percentage as described in Section IV of the Trust Distribution Procedures.

XI.          <u>PUNITIVE DAMAGES</u>

The Subject Insurer shall have no obligation under the Subject Insurance Policies or otherwise to reimburse or indemnify the Trust or Grace for the portion of any judgment that constitutes fines, penalties, punitive or exemplary damages, or any damages where the amount is a multiple of the compensatory damages.

XII.         <u>BANKRUPTCY-RELATED OBLIGATIONS</u>

A.      <u>Committee and Futures Representative Approval</u>.  Promptly following the Execution Date, Grace will use its reasonable best efforts to obtain the written approval of the Committee and the Futures Representative.

B.      <u>Approval Motion</u>.  Promptly following the Execution Date, Grace will prepare and file a motion seeking entry of the Approval Order with the Court, which motion will be in form and substance satisfactory to the Parties.  Grace will use its reasonable best efforts promptly to obtain entry of the Approval Order, and promptly to obtain entry of the Approval Order as a Final Order.  The Subject Insurer, at its own expense, will cooperate with Grace in obtaining the Approval Order.

C.      <u>Approval Order</u>.  Grace will use its reasonable best efforts to cause the Court to enter an order providing, among other things:

1.      That the terms of this Amended Agreement are approved in their entirety, and that Grace is authorized to take all actions necessary to implement and effectuate the terms of the Amended Agreement;

2.      That this Amended Agreement will be designated an Asbestos Insurance Settlement Agreement, and that the Subject Insurer will be designated a Settled Asbestos Insurance Company, with respect

to the Subject Insurance Policies and the claims released herein, on

Exhibit 5 of the Exhibit Book to the Joint Plan of Reorganization;

and

3.    That the Trust, upon its creation, will be bound to the provisions of

this Amended Agreement with the same force and effect as if the

Trust was a Party to this Amended Agreement from the Execution

Date, provided that the Joint Plan of Reorganization is confirmed.

D.    Withdrawal of Settled Asbestos Insurance Company Designation.  In the

event that, at any time after the Effective Date, the Trust believes that the Subject Insurer

has failed to make a payment as required by Section VI of this Amended Agreement, the

Trust will provide the Subject Insurer with written notice of default.  The Subject Insurer

will have thirty (30) days from the date of receipt of the notice of default to cure or dispute

any claimed default in writing.  In the event that the Subject Insurer does not cure or

dispute the claimed default within thirty (30) days of receipt of the notice, the Trust may

withdraw the designation of the Subject Insurer as a Settled Asbestos Insurance Company

with respect to the Subject Insurance Policies.  In the event that the Subject Insurer

disputes the existence of a default in writing within thirty (30) days of the notice of

default, the Trust and the Subject Insurer shall submit the dispute to arbitration pursuant to

Section XIV.  In the event that the Arbitrator finds that the Subject Insurer defaulted on its

payment obligation under this Amended Agreement, the Trust may withdraw the

designation of the Subject Insurer as a Settled Asbestos Insurance Company, unless the

Subject Insurer cures the default within thirty (30) days of the Arbitrator's decision, or

within such shorter period of time as the Arbitrator may order.

33

E.      Trust as a Party.  Upon the Effective Date, the Trust automatically and without need for further action will become a Party to this Amended Agreement.

F.      No Bankruptcy-Related Activities.  Effective upon the Execution Date, the Subject Insurer (1) shall take no action of any nature (including filing any objection to the Joint Plan of Reorganization and initiating or taking discovery) that may hinder, delay or oppose actions of the Debtors, the Committee or the Futures Representative in the Bankruptcy Case; and (2) shall not oppose the entry of a Confirmation Order.  Upon the Approval Order becoming a Final Order, the Subject Insurer expressly consents to the assignment of Asbestos Insurance Rights as provided in the Asbestos Insurance Transfer Agreement, Exhibit 6 of the Exhibit Book to the Joint Plan of Reorganization.

**XIII.      TERMINATION**

A.      After the Execution Date, this Amended Agreement shall terminate upon the occurrence of any of the following events:

1.      The failure of the Committee and the Futures Representative to consent in writing to the Amended Agreement within thirty (30) days of the Execution Date;

2.      The entry of an order by the Court denying approval of this Agreement or the entry of an order by an appeals court of competent jurisdiction reversing the Approval Order;

3.      The entry of an order denying confirmation of the Joint Plan of Reorganization or the entry of an order by the District Court reversing the order approving confirmation of the Joint Plan of Reorganization;

34

4. The failure of the Effective Date to occur, coupled with circumstances that make it clear that the Effective Date will never occur; or

5. The entry of an order by the Bankruptcy Court dismissing the Bankruptcy Case or converting it into a Chapter 7 case.

B. The Subject Insurer shall have the option to terminate this Amended Agreement by providing written notice of termination to Grace, the Trust (if it is then in existence), the Committee and the Futures Representative within thirty (30) days of the occurrence of any of the following events:

1. The entry of an order that becomes a Final Order stating that the Subject Insurer is not a Settled Asbestos Insurance Company, or that this Amended Agreement is not an Asbestos Insurance Settlement Agreement, with respect to the Subject Insurance Policies and the claims released herein;

2. The confirmation of a Joint Plan of Reorganization that materially and adversely affects the interests of the Subject Insurer under this Amended Agreement; or

3. The modification of the Asbestos PI Channeling Injunction in such a way as to materially and adversely affect the interests of the Subject Insurer under this Amended Agreement.

Failure by the Subject Insurer to give timely notice of the exercise of its option to terminate this Amended Agreement with respect to either of the above conditions will be deemed a permanent waiver of the option to terminate with respect to that condition.

35

C.    In the event that this Amended Agreement is terminated pursuant to Section XIII.A or XIII.B:

    1.    This Amended Agreement shall be of no further force and effect, and the Parties shall have no further obligations under this Amended Agreement, except the obligations set forth in Section IX, which shall survive termination;

    2.    The releases set forth in Section VIII of this Agreement shall be of no force or effect;

    3.    Subject to the terms of the 1998 Agreement, the Subject Insurance Policies shall have the same force and effect as if this Amended Agreement had never existed, and the Parties shall have all of the rights, defenses and obligations under or with respect to the Subject Insurance Policies, if any, that they would have had if this Amended Agreement had never existed; and

    4.    The 1998 Agreement will remain in force and effect as if this Amended Agreement had never existed.

## XIV.    ARBITRATION

A.    The Parties agree to resolve any dispute which arises regarding the terms of this Amended Agreement or the implementation thereof (a "Dispute") by way of binding arbitration in accordance with the Center for Public Resources Rules for Non-Administered Arbitration of Business Disputes (the "Rules") and the provisions of this Section.

B.      In the event any Dispute arises that the Parties are unable to resolve by agreement, any Party to such Dispute shall have the right to commence binding arbitration of such Dispute under this Section by sending written notice demanding such arbitration to the other Party in accordance with Section XVI.  Such notice shall briefly describe the Dispute as well as the relief sought by the Party demanding arbitration.  Promptly following any such notice, the Parties shall attempt to agree upon the selection of an arbitrator (the "Arbitrator") to resolve such Dispute.  If the Parties have not agreed upon the selection of the Arbitrator by the fifteenth day following delivery of the notice demanding arbitration, then any Party may request the Center for Public Resources to select the Arbitrator, provided that any Arbitrator selected by the Center for Public Resources shall be a retired federal or state court judge with no current or prior business dealings with the Subject Insurer, the Grace Group or the Trust unless the Parties agree to waive any such requirement.  Any such selection of the Arbitrator by the Center for Public Resources shall be conclusive and binding on the Parties.

C.      All arbitrations under this Section shall be conducted in accordance with the Rules and the Parties shall faithfully abide by the Rules and abide by and perform any award rendered by the Arbitrator.  All such arbitrations shall be governed by the United States Arbitration Act, 9 U.S.C. §§ 1-16, and judgment upon the award may be entered by any court having jurisdiction thereof.  Any such arbitration shall be conducted in New York, New York.

## XV.      NON-PREJUDICE AND CONSTRUCTION OF AGREEMENT

A.      This Amended Agreement shall not be construed as an admission of coverage under the Subject Insurance Policies or any other policies subscribed or issued

by the Subject Insurer in favor of the Grace Group nor shall this Amended Agreement or

any provision hereof be construed as a waiver, modification or retraction of the positions

of the Parties with respect to the interpretation and application of any such policies. Any

allocations of responsibility for Defense Costs or Indemnity Payments made pursuant to

this Amended Agreement to an insurer that is not a Party is solely for the convenience of

the Parties and shall in no way affect Grace's or the Trust's rights against such other

insurers or Grace's or the Trust's rights to settle claims against such other insurers on an

entirely different basis.

      B.     This Amended Agreement is the product of informed negotiations and

involves compromises of the Parties' previously stated legal positions. Accordingly, this

Amended Agreement does not reflect upon the Parties' views as to rights and obligations

with respect to matters or Persons outside the scope of this Amended Agreement. This

Amended Agreement is without prejudice to the positions taken by the Subject Insurer

with regard to other insureds, and without prejudice with regard to positions taken by

Grace or the Trust with regard to other insurers. The Parties specifically disavow any

intention to create rights in third parties under or in relation to this Amended Agreement

except as expressly provided herein.

      C.     This Amended Agreement is the jointly drafted product of arms'-length

negotiations between the Parties with the benefit of advice from counsel, and the Parties

agree that it shall be so construed. In particular, with respect to interpretation of this

Amended Agreement, the Parties waive any benefits from the principles of <u>contra</u>

<u>proferentem</u> or other principles which would result in the interpretation of any ambiguities

against insurers. No Party shall be deemed to be the drafter of this Amended Agreement

or of any particular provision or provisions, and no part of this Amended Agreement shall be construed against any Party on the basis of the Party's identity as an insurance company or as the drafter of any part of this Amended Agreement.

XVI.        **NOTICES**

     A.        All notices, requests, demands and other communications required or permitted to be given under this Amended Agreement shall be deemed to have been duly given if in writing and delivered personally or by overnight courier, or mailed first-class, postage prepaid, registered or certified mail (except that reports under Section VI need not be sent by registered or certified mail), or transmitted by facsimile, addressed as follows:

If to Grace:

    W. R. Grace & Co.
    7500 Grace Drive
    Columbia, MD  21044
    Attn: General Counsel
    Telephone:  (410) 531-4000
    Facsimile:  (410) 531-4545

With a copy to:

    Kirkland & Ellis LLP
    601 Lexington Avenue
    New York, NY  10022
    Attn:  Theodore L. Freedman
    Telephone:  (212) 446-4800
    Facsimile:  (212) 446-4900

If to the Subject Insurer:

    US Anwalt / US Resident Counsel
    HDI-Gerling Industrie Versicherung AG
    Haftpflichtversicherung Schaden Ausland /
    ZHSA
    Riethorst 2
    30659 Hannover, Germany
    Attn:  Richard Pollack
    Telephone:  +49 (511) 645-3730
    Facsimile:  +49 (511) 645-4497

With a copy to:                                   Morrison Mahoney LLP
                                                  17 State Street, 11th Floor
                                                  New York, NY  10004
                                                  Attn:  Arthur J. Liederman
                                                  Telephone:  (212) 428-2480
                                                  Facsimile:  (646) 576-8910

If to the Committee:                              Caplin & Drysdale, Chartered
                                                  One Thomas Circle, NW, Suite 1100
                                                  Washington, DC  20005
                                                  Attn:  Peter Lockwood
                                                  Telephone:  (202) 862-5000
                                                  Facsimile:  (202) 862-3301

                                                  and

                                                  Caplin & Drysdale, Chartered
                                                  375 Park Avenue, 35th Floor
                                                  New York, NY  10152
                                                  Attn:  Elihu Inselbuch
                                                  Telephone:  (212) 319-7125
                                                  Facsimile:  (212) 644-6755

With a copy to:                                   Anderson Kill & Olick, PC
                                                  1251 Avenue of the Americas
                                                  New York, NY  10020
                                                  Attn:  Robert M. Horkovich
                                                  Telephone:  (212) 278-1322
                                                  Facsimile:  (212) 278-1733

If to the Futures Representative:                 David T. Austern
                                                  3110 Fairview Park Drive
                                                  Suite 200
                                                  Falls Church, VA 22042-0683
                                                  Telephone:  (703) 205-0835
                                                  Facsimile:  (703) 205-6249

With a copy to:                                   Orrick, Herrington & Sutcliffe LLP
                                                  1152 15th Street, N.W.
                                                  Washington, D.C. 20005-1706
                                                  Attn:  Roger Frankel
                                                  Telephone:  (202) 339-8400
                                                  Facsimile:  (202) 339-8500

B.    Any Party may change the address to which such communications are to be directed to it by giving notice to the others, in the manner provided in this Section.

XVII.        NO MODIFICATION

This Amended Agreement may be amended, modified, superseded or canceled, and any of the terms hereof may be waived, only by a written instrument which specifically states that it amends, modifies, supersedes or cancels this Amended Agreement, executed by or on behalf of all of the Parties or, in the case of a waiver, by or on behalf of the Party waiving compliance.  The failure of a Party at any time or times to require performance of any provision of this Amended Agreement shall in no manner affect the right at a later time to enforce the same.  No waiver by a Party of any condition, or of any breach of any term, covenant, representation or warranty contained in this Amended Agreement, in any one or more instances, shall be deemed to be or construed as a further or continuing waiver of any such condition or breach, or a waiver of any other condition or of any breach of any other term, covenant or warranty.

XVIII.        INTEGRATION

This Amended Agreement, including the attachments hereto, constitutes the entire agreement and understanding among the Parties with respect to the subject matter hereof, and supersedes all prior agreements, arrangements and understandings relating to the subject matter hereof.  For the avoidance of doubt, this Amended Agreement supersedes the 1998 Agreement, which will have no further force and effect, unless this Amended Agreement is terminated in accordance with Section XIII.

XIX.        <u>EXECUTION</u>

This Amended Agreement may be executed in multiple counterparts, each of which shall be deemed an original but all of which shall constitute one and the same instrument. This Amended Agreement shall become effective as to each Party from and after the Execution Date.

XX.        <u>GOVERNING LAW</u>

This Amended Agreement and the performance of the transactions contemplated hereby shall be governed by and construed and enforced in accordance with the laws of the State of New York, other than any conflict-of-laws provisions thereof that would otherwise require the application of the substantive law of any other jurisdiction.

XXI.        <u>HEADINGS</u>

The Section headings contained in this Amended Agreement are for convenient reference only, and shall not in any way affect the meaning or interpretation of this Amended Agreement.

XXII.        <u>AUTHORITY</u>

A.        The Subject Insurer represents and warrants to Grace that all necessary corporate approvals have been obtained for its execution and delivery of this Amended Agreement to Grace.

B.        Subject to the Approval Order becoming a Final Order, Grace represents and warrants to the Subject Insurer that all necessary corporate approvals have been obtained for its execution and delivery of this Amended Agreement to the Subject Insurer.

**IN WITNESS WHEREOF**, the Parties have executed this Amended Agreement by their authorized officers.

Date: _July 28, 2010_          W.R. GRACE & CO.

                              Signed: _Richard C. Finke_

                              Name: _RICHARD C. FINKE_

                              Title: _ASST. GENERAL COUNSEL_


Date: _____          HDI-GERLING INDUSTRIE
                              VERSICHERUNG AG, as successor to
                              GERLING KONZERN ALLGEMEINE
                              VERSICHERUNGS-
                              AKTIENGESELLSCHAFT

                              Signed: _____

                              Name: _____

                              Title: _____

43

**IN WITNESS WHEREOF,** the Parties have executed this Amended Agreement by their authorized officers.

Date: _____       W. R. GRACE & CO.

                                       Signed: _____

                                       Name: _____

                                       Title: _____

Date: _August 5, 2010_                 HDI-GERLING INDUSTRIE
                                       VERSICHERUNG AG, as successor to
                                       GERLING KONZERN ALLGEMEINE
                                       VERSICHERUNGS-
                                       AKTIENGESELLSCHAFT

                                       Signed _____

                                       Name: _Richard F. Pollack_

                                       Title: _Resident US Counsel_

43

GRACE/HDI-GERLING

AMENDED AND RESTATED ASBESTOS SETTLEMENT AGREEMENT

<u>Schedule of Attachments</u>

| | |
|---|---|
| Attachment A: | Subject Insurance Policies |
| Attachment B: | Excess Insurance Policies, including Subject Insurance Policies, showing remaining coverage as of April 2, 2001 |
| Attachment C: | Bell Curve Allocation Percentages |

44

**ATTACHMENT A**

| Policy Number | Policy Year Beginning | Policy Year Ending | Underlying Limit | Layer Amount | Policy Amount | Unexhausted Amount |
|---|---|---|---|---|---|---|
| 49/99/6212/01 | 06/30/1977 | 06/30/1978 | $25,000,000 | $25,000,000 | $1,000,000 | $1,000,000 |
| 01/49/99/6282 | 06/30/1978 | 06/30/1979 | $10,000,000 | $15,000,000 | $1,000,000 | $16,356 |
| 49/99/6340/01 | 06/30/1979 | 06/30/1980 | $25,000,000 | $30,000,000 | $1,000,000 | $840,492 |
| 49/99/6409/01 | 06/30/1980 | 06/30/1981 | $25,000,000 | $25,000,000 | $1,000,000 | $1,000,000 |
| 49/6409/01 | 06/30/1981 | 06/30/1982 | $25,000,000 | $25,000,000 | $1,000,000 | $1,000,000 |
| 49/6409/01 | 06/30/1982 | 06/30/1983 | $25,000,000 | $50,000,000 | $1,000,000 | $1,000,000 |
| 49/6409/01 | 06/30/1983 | 06/30/1984 | $25,000,000 | $50,000,000 | $1,000,000 | $999,257 |
| Total Limits | | | | | $7,000,000 | $5,856,105 |

ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/62 | 10/20/63 | 1 | $5,000,000 | $0 | American Employers | 10/20/62 | 10/20/63 | A-15-2127-51 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/62 | 10/20/63 | 2 | $5,000,000 | $5,000,000 | Home Insurance Co | 10/20/62 | 10/20/63 | HEC9543206 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| | | | | | | | | Period Totals: | | $10,000,000 | | $10,000,000 | $0 |

**ATTACHMENT B**

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/63 | 10/20/64 | 1 | $5,000,000 | $0 | American Employers | 10/20/63 | 10/20/64 | A-15-2127-51 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/63 | 10/20/64 | 2 | $5,000,000 | $5,000,000 | Home Insurance Co | 10/20/63 | 10/20/64 | HEC9543206 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| | | | | | | | | Period Totals: | | $10,000,000 | | $10,000,000 | $0 |

ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/64 | 10/20/65 | 1 | $5,000,000 | $0 | American Employers | 10/20/64 | 10/20/65 | A-15-2127-51 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/64 | 10/20/65 | 2 | $5,000,000 | $5,000,000 | Home Insurance Co | 10/20/64 | 10/20/65 | HEC9543206 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/64 | 10/20/65 | 3 | $10,000,000 | $10,000,000 | American Employers | 01/27/65 | 10/20/65 | A-15-8138-001 | 100.000000% | $10,000,000 | No | $10,000,000 | $0 |
| 10/20/64 | 10/20/65 | 4 | $5,000,000 | $20,000,000 | Fireman's Fund | 01/27/65 | 10/20/65 | XL76937 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/64 | 10/20/65 | 5 | $5,000,000 | $25,000,000 | American Reinsurance Co | 01/27/65 | 10/20/65 | M-6672-0001 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| | | | | | | | | Period Totals: | | $30,000,000 | | $30,000,000 | $0 |

ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/65 | 10/20/66 | 1 | $5,000,000 | $0 | American Employers | 10/20/65 | 10/20/66 | A-16-8220-001 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/65 | 10/20/66 | 2 | $5,000,000 | $5,000,000 | Home Insurance Co | 10/20/65 | 10/20/66 | HEC9544498 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/65 | 10/20/66 | 3 | $10,000,000 | $10,000,000 | INA | 10/20/65 | 10/20/66 | XBC1834 | 100.000000% | $10,000,000 | No | $10,000,000 | $0 |
| 10/20/65 | 10/20/66 | 4 | $5,000,000 | $20,000,000 | American Employers | 10/20/65 | 10/20/66 | A-16-8220-002 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/65 | 10/20/66 | 5 | $5,000,000 | $25,000,000 | American Home Assurance | 10/20/65 | 10/20/66 | CE351082 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/65 | 10/20/66 | 6 | $5,000,000 | $30,000,000 | American Reinsurance Co | 05/17/66 | 10/20/66 | M-6672-0002 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/65 | 10/20/66 | 7 | $5,000,000 | $35,000,000 | Fireman's Fund | 05/17/66 | 10/20/66 | XLS1085 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/65 | 10/20/66 | 8 | $10,000,000 | $40,000,000 | Sphere Drake Ins. Co. Ltd. | 05/17/66 | 10/20/66 | 66/180390 | 1.985000% | $198,500 | No | $8,568 | $189,932 |
| 10/20/65 | 10/20/66 | 8 | $10,000,000 | $40,000,000 | British National Ins. Co. Ltd. | 05/17/66 | 10/20/66 | 66/180390 | 4.964000% | $496,400 | No | $21,426 | $474,974 |
| 10/20/65 | 10/20/66 | 8 | $10,000,000 | $40,000,000 | Swiss Union Gen. Ins. Co. Ltd. | 05/17/66 | 10/20/66 | 66/180390 | 3.971000% | $397,100 | No | $17,140 | $379,960 |
| 10/20/65 | 10/20/66 | 8 | $10,000,000 | $40,000,000 | Orion Ins. Co. Ltd. | 05/17/66 | 10/20/66 | 66/180390 | 4.963500% | $496,350 | No | $21,424 | $474,926 |
| 10/20/65 | 10/20/66 | 8 | $10,000,000 | $40,000,000 | English & American Ins. Co. Ltd. | 05/17/66 | 10/20/66 | 66/180390 | 6.453000% | $645,300 | No | $27,853 | $617,447 |
| 10/20/65 | 10/20/66 | 8 | $10,000,000 | $40,000,000 | World Auxiliary Ins. Corp. Ltd. | 05/17/66 | 10/20/66 | 66/180390 | 0.993000% | $99,300 | No | $4,286 | $95,014 |
| 10/20/65 | 10/20/66 | 8 | $10,000,000 | $40,000,000 | Minster Ins. Co. Ltd. | 05/17/66 | 10/20/66 | 66/180390 | 4.963500% | $496,350 | No | $21,424 | $474,926 |
| 10/20/65 | 10/20/66 | 8 | $10,000,000 | $40,000,000 | London & Overseas Ins. Co. Ltd. | 05/17/66 | 10/20/66 | 66/180390 | 3.971000% | $397,100 | No | $17,140 | $379,960 |
| 10/20/65 | 10/20/66 | 8 | $10,000,000 | $40,000,000 | Stronghold Ins. Co. Ltd. | 05/17/66 | 10/20/66 | 66/180390 | 8.934000% | $893,400 | No | $38,562 | $854,838 |
| 10/20/65 | 10/20/66 | 8 | $10,000,000 | $40,000,000 | Andrew Weir Ins. Co. Ltd. | 05/17/66 | 10/20/66 | 66/180390 | 4.964000% | $496,400 | No | $21,426 | $474,974 |
| 10/20/65 | 10/20/66 | 8 | $10,000,000 | $40,000,000 | Lloyds Underwriters | 05/17/66 | 10/20/66 | 66/180390 | 42.422000% | $4,242,200 | No | $183,108 | $4,059,092 |
| 10/20/65 | 10/20/66 | 8 | $10,000,000 | $40,000,000 | Dominion Ins. Co. Ltd. | 05/17/66 | 10/20/66 | 66/180390 | 9.927000% | $992,700 | No | $42,848 | $949,852 |
| 10/20/65 | 10/20/66 | 8 | $10,000,000 | $40,000,000 | St. Helens Ins. Co. Ltd. | 05/17/66 | 10/20/66 | 66/180390 | 1.489000% | $148,900 | No | $6,427 | $142,473 |
| | | | | | | | | Period Totals: | | $50,000,000 | | $40,431,634 | $9,568,366 |

4 of 34

ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/66 | 10/20/67 | 1 | $5,000,000 | $0 | American Employers | 10/20/66 | 10/20/67 | A-16-8220-001 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/66 | 10/20/67 | 2 | $5,000,000 | $5,000,000 | Home Insurance Co | 10/20/66 | 10/20/67 | HEC9544498 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/66 | 10/20/67 | 3 | $10,000,000 | $10,000,000 | INA | 10/20/66 | 10/20/67 | XBC1834 | 100.000000% | $10,000,000 | No | $10,000,000 | $0 |
| 10/20/66 | 10/20/67 | 4 | $5,000,000 | $20,000,000 | American Employers | 10/20/66 | 10/20/67 | A-16-8220-002 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/66 | 10/20/67 | 5 | $5,000,000 | $25,000,000 | American Home Assurance | 10/20/66 | 10/20/67 | CE351082 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/66 | 10/20/67 | 6 | $5,000,000 | $30,000,000 | American Reinsurance Co | 10/20/66 | 10/20/67 | M-6672-0002 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/66 | 10/20/67 | 7 | $5,000,000 | $35,000,000 | Fireman's Fund | 10/20/66 | 10/20/67 | XL91085 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/66 | 10/20/67 | 8 | $10,000,000 | $40,000,000 | Andrew Weir Ins. Co. Ltd. | 10/20/66 | 10/20/67 | 66/180390 | 4.964000% | $496,400 | No | $496,400 | $0 |
| 10/20/66 | 10/20/67 | 8 | $10,000,000 | $40,000,000 | World Auxiliary Ins. Corp. Ltd. | 10/20/66 | 10/20/67 | 66/180390 | 0.993000% | $99,300 | No | $99,300 | $0 |
| 10/20/66 | 10/20/67 | 8 | $10,000,000 | $40,000,000 | British National Ins. Co. Ltd. | 10/20/66 | 10/20/67 | 66/180390 | 4.964000% | $496,400 | No | $496,400 | $0 |
| 10/20/66 | 10/20/67 | 8 | $10,000,000 | $40,000,000 | Stronghold Ins. Co. Ltd. | 10/20/66 | 10/20/67 | 66/180390 | 8.934000% | $893,400 | No | $893,400 | $0 |
| 10/20/66 | 10/20/67 | 8 | $10,000,000 | $40,000,000 | Orion Ins. Co. Ltd. | 10/20/66 | 10/20/67 | 66/180390 | 3.971000% | $397,100 | No | $397,100 | $0 |
| 10/20/66 | 10/20/67 | 8 | $10,000,000 | $40,000,000 | Minster Ins. Co. Ltd. | 10/20/66 | 10/20/67 | 66/180390 | 4.963500% | $496,350 | No | $496,350 | $0 |
| 10/20/66 | 10/20/67 | 8 | $10,000,000 | $40,000,000 | Sphere Drake Ins. Co. Ltd. | 10/20/66 | 10/20/67 | 66/180390 | 1.985000% | $198,500 | No | $198,500 | $0 |
| 10/20/66 | 10/20/67 | 8 | $10,000,000 | $40,000,000 | Dominion Ins. Co. Ltd. | 10/20/66 | 10/20/67 | 66/180390 | 9.927000% | $992,700 | No | $992,700 | $0 |
| 10/20/66 | 10/20/67 | 8 | $10,000,000 | $40,000,000 | English & American Ins. Co. Ltd. | 10/20/66 | 10/20/67 | 66/180390 | 6.453000% | $645,300 | No | $645,300 | $0 |
| 10/20/66 | 10/20/67 | 8 | $10,000,000 | $40,000,000 | London & Overseas Ins. Co. Ltd. | 10/20/66 | 10/20/67 | 66/180390 | 3.971000% | $397,100 | No | $397,100 | $0 |
| 10/20/66 | 10/20/67 | 8 | $10,000,000 | $40,000,000 | Swiss Union Gen. Ins. Co. Ltd. | 10/20/66 | 10/20/67 | 66/180390 | 4.963500% | $496,350 | No | $496,350 | $0 |
| 10/20/66 | 10/20/67 | 8 | $10,000,000 | $40,000,000 | Lloyds Underwriters | 10/20/66 | 10/20/67 | 66/180390 | 42.422000% | $4,242,200 | No | $4,242,200 | $0 |
| 10/20/66 | 10/20/67 | 8 | $10,000,000 | $40,000,000 | St. Helens Ins. Co. Ltd. | 10/20/66 | 10/20/67 | 66/180390 | 1.489000% | $148,900 | No | $148,900 | $0 |

Period Totals:    $50,000,000    $50,000,000    $0

ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/67 | 10/20/68 | 1 | $5,000,000 | $0 | American Employers | 10/20/67 | 10/20/68 | A-16-8220-001 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/67 | 10/20/68 | 2 | $5,000,000 | $5,000,000 | Home Insurance Co | 10/20/67 | 10/20/68 | HEC9544498 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/67 | 10/20/68 | 3 | $10,000,000 | $10,000,000 | INA | 10/20/67 | 10/20/68 | XBC1834 | 100.000000% | $10,000,000 | No | $10,000,000 | $0 |
| 10/20/67 | 10/20/68 | 4 | $5,000,000 | $20,000,000 | American Employers | 10/20/67 | 10/20/68 | A-16-8220-002 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/67 | 10/20/68 | 5 | $5,000,000 | $25,000,000 | American Home Assurance | 10/20/67 | 10/20/68 | CE351082 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/67 | 10/20/68 | 6 | $5,000,000 | $30,000,000 | American Reinsurance Co | 10/20/67 | 10/20/68 | M-6672-0002 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/67 | 10/20/68 | 7 | $5,000,000 | $35,000,000 | Fireman's Fund | 10/20/67 | 10/20/68 | XL91085 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/67 | 10/20/68 | 8 | $10,000,000 | $40,000,000 | Dominion Ins. Co. Ltd. | 10/20/67 | 10/20/68 | 66/180390 | 9.927000% | $992,700 | No | $992,700 | $0 |
| 10/20/67 | 10/20/68 | 8 | $10,000,000 | $40,000,000 | Swiss Union Gen. Ins. Co. Ltd. | 10/20/67 | 10/20/68 | 66/180390 | 4.963500% | $496,350 | No | $496,350 | $0 |
| 10/20/67 | 10/20/68 | 8 | $10,000,000 | $40,000,000 | British National Ins. Co. Ltd. | 10/20/67 | 10/20/68 | 66/180390 | 4.964000% | $496,400 | No | $496,400 | $0 |
| 10/20/67 | 10/20/68 | 8 | $10,000,000 | $40,000,000 | English & American Ins. Co. Ltd. | 10/20/67 | 10/20/68 | 66/180390 | 6.453000% | $645,300 | No | $645,300 | $0 |
| 10/20/67 | 10/20/68 | 8 | $10,000,000 | $40,000,000 | Lloyds Underwriters | 10/20/67 | 10/20/68 | 66/180390 | 42.422000% | $4,242,200 | No | $4,242,200 | $0 |
| 10/20/67 | 10/20/68 | 8 | $10,000,000 | $40,000,000 | St. Helens ins. Co. Ltd. | 10/20/67 | 10/20/68 | 66/180390 | 1.489000% | $148,900 | No | $148,900 | $0 |
| 10/20/67 | 10/20/68 | 8 | $10,000,000 | $40,000,000 | Minster Ins. Co. Ltd. | 10/20/67 | 10/20/68 | 66/180390 | 4.963500% | $496,350 | No | $496,350 | $0 |
| 10/20/67 | 10/20/68 | 8 | $10,000,000 | $40,000,000 | Sphere Drake Ins. Co. Ltd. | 10/20/67 | 10/20/68 | 66/180390 | 1.985000% | $198,500 | No | $198,500 | $0 |
| 10/20/67 | 10/20/68 | 8 | $10,000,000 | $40,000,000 | London & Overseas Ins. Co. Ltd. | 10/20/67 | 10/20/68 | 66/180390 | 3.971000% | $397,100 | No | $397,100 | $0 |
| 10/20/67 | 10/20/68 | 8 | $10,000,000 | $40,000,000 | Orion Ins. Co. Ltd. | 10/20/67 | 10/20/68 | 66/180390 | 3.971000% | $397,100 | No | $397,100 | $0 |
| 10/20/67 | 10/20/68 | 8 | $10,000,000 | $40,000,000 | Stronghold Ins. Co. Ltd. | 10/20/67 | 10/20/68 | 66/180390 | 8.934000% | $893,400 | No | $893,400 | $0 |
| 10/20/67 | 10/20/68 | 8 | $10,000,000 | $40,000,000 | World Auxiliary Ins. Corp. Ltd. | 10/20/67 | 10/20/68 | 66/180390 | 0.993000% | $99,300 | No | $99,300 | $0 |
| 10/20/67 | 10/20/68 | 8 | $10,000,000 | $40,000,000 | Andrew Weir Ins. Co. Ltd. | 10/20/67 | 10/20/68 | 66/180390 | 4.964000% | $496,400 | No | $496,400 | $0 |
| | | | | | | | | | Period Totals: | $50,000,000 | | $50,000,000 | $0 |

ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/68 | 10/20/69 | 1 | $5,000,000 | $0 | American Employers | 10/20/68 | 10/20/69 | A-16-8220-003 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/68 | 10/20/69 | 2 | $5,000,000 | $5,000,000 | Home Insurance Co | 10/20/68 | 10/20/69 | HEC9304605 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/68 | 10/20/69 | 3 | $10,000,000 | $10,000,000 | INA | 10/20/68 | 10/20/69 | XBC1834 | 100.000000% | $10,000,000 | No | $10,000,000 | $0 |
| 10/20/68 | 10/20/69 | 4 | $30,000,000 | $20,000,000 | Lloyds Underwriters | 10/20/68 | 10/20/69 | 914-102502 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/68 | 10/20/69 | 4 | $30,000,000 | $20,000,000 | British Northwestern | 10/20/68 | 10/20/69 | 411-4307 | 5.000000% | $1,500,000 | No | $1,500,000 | $0 |
| 10/20/68 | 10/20/69 | 4 | $30,000,000 | $20,000,000 | American Employers | 10/20/68 | 10/20/69 | A-16-8220-004 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/68 | 10/20/69 | 4 | $30,000,000 | $20,000,000 | US Fire Insurance Co | 10/20/68 | 10/20/69 | XS2108 | 1.666667% | $500,000 | No | $500,000 | $0 |
| 10/20/68 | 10/20/69 | 4 | $30,000,000 | $20,000,000 | American Reinsurance Co | 10/20/68 | 10/20/69 | M0085374 | 10.000000% | $3,000,000 | No | $3,000,000 | $0 |
| 10/20/68 | 10/20/69 | 4 | $30,000,000 | $20,000,000 | Fireman's Fund | 10/20/68 | 10/20/69 | XLX1028877 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/68 | 10/20/69 | 4 | $30,000,000 | $20,000,000 | Maryland Casualty Co. | 10/20/68 | 10/20/69 | WRG-1 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/68 | 10/20/69 | 4 | $30,000,000 | $20,000,000 | American Home Assurance | 10/20/68 | 10/20/69 | WRG-1 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| | | | | | | | | Period Totals: | | $50,000,000 | | $50,000,000 | $0 |

ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/69 | 10/20/70 | 1 | $5,000,000 | $0 | American Employers | 10/20/69 | 10/20/70 | A-16-8220-003 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/69 | 10/20/70 | 2 | $5,000,000 | $5,000,000 | Home Insurance Co | 10/20/69 | 10/20/70 | HEC9304605 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/69 | 10/20/70 | 3 | $10,000,000 | $10,000,000 | INA | 10/20/69 | 10/20/70 | XBC1834 | 100.000000% | $10,000,000 | No | $10,000,000 | $0 |
| 10/20/69 | 10/20/70 | 4 | $30,000,000 | $20,000,000 | Fireman's Fund | 10/20/69 | 10/20/70 | XLX1026877 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/69 | 10/20/70 | 4 | $30,000,000 | $20,000,000 | American Home Assurance | 10/20/69 | 10/20/70 | WRG-1 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/69 | 10/20/70 | 4 | $30,000,000 | $20,000,000 | British Northwestern | 10/20/69 | 11/14/69 | 411-4307 | 5.000000% | $1,500,000 | No | $254,025 | $1,245,975 |
| 10/20/69 | 10/20/70 | 4 | $30,000,000 | $20,000,000 | American Employers | 10/20/69 | 10/20/70 | A-16-8220-004 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/69 | 10/20/70 | 4 | $30,000,000 | $20,000,000 | American Reinsurance Co | 10/20/69 | 10/20/70 | M0085374 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/69 | 10/20/70 | 4 | $30,000,000 | $20,000,000 | Maryland Casualty Co. | 10/20/69 | 10/20/70 | WRG-1. | 10.000000% | $3,000,000 | No | $3,000,000 | $0 |
| 10/20/69 | 10/20/70 | 4 | $30,000,000 | $20,000,000 | US Fire Insurance Co | 10/20/69 | 10/20/70 | XS2108 | 1.666667% | $500,000 | No | $500,000 | $0 |
| 10/20/69 | 10/20/70 | 4 | $30,000,000 | $20,000,000 | Lloyds Underwriters | 11/14/69 | 10/20/70 | 914/1/4116 | 3.500000% | $1,050,000 | No | $1,050,000 | $0 |
| 10/20/69 | 10/20/70 | 4 | $30,000,000 | $20,000,000 | British Northwestern | 11/14/69 | 10/20/70 | 411-4307. | 1.500000% | $450,000 | No | $450,000 | $0 |

| | | | | | | | | Period Totals: | | $51,500,000 | | $50,254,025 | $1,245,975 |

## ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/70 | 06/30/71 | 1 | $5,000,000 | $0 | American Employers | 10/20/70 | 06/30/71 | A-16-8220-003 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/70 | 06/30/71 | 2 | $5,000,000 | $5,000,000 | Home Insurance Co | 10/20/70 | 06/30/71 | HEC9304605 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/70 | 06/30/71 | 3 | $10,000,000 | $10,000,000 | INA | 10/20/70 | 06/30/71 | XBC1834 | 100.000000% | $10,000,000 | No | $10,000,000 | $0 |
| 10/20/70 | 06/30/71 | 4 | $30,000,000 | $20,000,000 | American Home Assurance | 10/20/70 | 06/30/71 | WRG-1 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/70 | 06/30/71 | 4 | $30,000,000 | $20,000,000 | Lloyds Underwriters | 10/20/70 | 06/30/71 | 914-102502 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/70 | 06/30/71 | 4 | $30,000,000 | $20,000,000 | Maryland Casualty Co. | 10/20/70 | 06/30/71 | WRG-1. | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/70 | 06/30/71 | 4 | $30,000,000 | $20,000,000 | British Northwestern | 10/20/70 | 06/30/71 | 411-4307. | 1.500000% | $450,000 | No | $450,000 | $0 |
| 10/20/70 | 06/30/71 | 4 | $30,000,000 | $20,000,000 | US Fire Insurance Co | 10/20/70 | 06/30/71 | XS2108 | 1.666667% | $500,000 | No | $500,000 | $0 |
| 10/20/70 | 06/30/71 | 4 | $30,000,000 | $20,000,000 | American Reinsurance Co | 10/20/70 | 06/30/71 | M0085374 | 10.000000% | $3,000,000 | No | $3,000,000 | $0 |
| 10/20/70 | 06/30/71 | 4 | $30,000,000 | $20,000,000 | Fireman's Fund | 10/20/70 | 06/30/71 | XLX1026877 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/70 | 06/30/71 | 4 | $30,000,000 | $20,000,000 | American Employers | 10/20/70 | 06/30/71 | A-16-8220-004 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/70 | 06/30/71 | 4 | $30,000,000 | $20,000,000 | Lloyds Underwriters | 10/20/70 | 06/30/71 | 914/1/4116 | 3.500000% | $1,050,000 | No | $1,050,000 | $0 |
| | | | | | | | | **Period Totals:** | | $50,000,000 | | $50,000,000 | $0 |

ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/71 | 06/30/72 | 1 | $5,000,000 | $0 | Employers Comm'l Union | 06/30/71 | 06/30/72 | EY8220005 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/71 | 06/30/72 | 2 | $5,000,000 | $5,000,000 | Home Insurance Co | 06/30/71 | 06/30/72 | HEC9919945 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/71 | 06/30/72 | 3 | $10,000,000 | $10,000,000 | INA | 06/30/71 | 06/30/72 | XCP3745 | 100.000000% | $10,000,000 | No | $10,000,000 | $0 |
| 06/30/71 | 06/30/72 | 4 | $30,000,000 | $20,000,000 | Midland Insurance Co | 06/30/71 | 06/30/72 | XL1611 (WRG-2) | 13.333333% | $4,000,000 | No | $4,000,000 | $0 |
| 06/30/71 | 06/30/72 | 4 | $30,000,000 | $20,000,000 | Employers Comm'l Union | 06/30/71 | 06/30/72 | EY8220006 | 10.000000% | $3,000,000 | No | $3,000,000 | $0 |
| 06/30/71 | 06/30/72 | 4 | $30,000,000 | $20,000,000 | American Home Assurance | 06/30/71 | 06/30/72 | CE2691919 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/71 | 06/30/72 | 4 | $30,000,000 | $20,000,000 | Lloyds Underwriters | 06/30/71 | 06/30/72 | 914105953 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/71 | 06/30/72 | 4 | $30,000,000 | $20,000,000 | Maryland Casualty Co. | 06/30/71 | 06/30/72 | WRG-2 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/71 | 06/30/72 | 4 | $30,000,000 | $20,000,000 | Aetna Casualty & Surety | 06/30/71 | 06/30/72 | 01XN150WCA | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/71 | 06/30/72 | 4 | $30,000,000 | $20,000,000 | American Reinsurance Co | 06/30/71 | 06/30/72 | M0085374 | 10.000000% | $3,000,000 | No | $3,000,000 | $0 |
| | | | | | | | | Period Totals: | | $50,000,000 | | $50,000,000 | $0 |

ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/72 | 06/30/73 | 1 | $5,000,000 | $0 | Employers Comm'l Union | 06/30/72 | 06/30/73 | EY8220005 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/72 | 06/30/73 | 2 | $5,000,000 | $5,000,000 | Home Insurance Co | 06/30/72 | 06/30/73 | HEC9919945 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/72 | 06/30/73 | 3 | $10,000,000 | $10,000,000 | INA | 06/30/72 | 06/30/73 | XCP3745 | 100.000000% | $10,000,000 | No | $10,000,000 | $0 |
| 06/30/72 | 06/30/73 | 4 | $30,000,000 | $20,000,000 | Maryland Casualty Co. | 06/30/72 | 06/30/73 | WRG-2 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/72 | 06/30/73 | 4 | $30,000,000 | $20,000,000 | American Home Assurance | 06/30/72 | 06/30/73 | CE2691919 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/72 | 06/30/73 | 4 | $30,000,000 | $20,000,000 | Aetna Casualty & Surety | 06/30/72 | 06/30/73 | 01XN150WCA | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/72 | 06/30/73 | 4 | $30,000,000 | $20,000,000 | Lloyds Underwriters | 06/30/72 | 06/30/73 | 914105953 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/72 | 06/30/73 | 4 | $30,000,000 | $20,000,000 | Midland Insurance Co | 06/30/72 | 06/30/73 | XL1611 (WRG-2) | 13.333333% | $4,000,000 | No | $4,000,000 | $0 |
| 06/30/72 | 06/30/73 | 4 | $30,000,000 | $20,000,000 | Employers Comm'l Union | 06/30/72 | 06/30/73 | EY8220006 | 10.000000% | $3,000,000 | No | $3,000,000 | $0 |
| 06/30/72 | 06/30/73 | 4 | $30,000,000 | $20,000,000 | American Reinsurance Co | 06/30/72 | 06/30/73 | M0085374 | 10.000000% | $3,000,000 | No | $3,000,000 | $0 |
| 06/30/72 | 06/30/73 | 5 | $25,000,000 | $50,000,000 | Unigard Security | 02/27/73 | 06/30/73 | 1-0589 | 80.000000% | $20,000,000 | No | $20,000,000 | $0 |
| 06/30/72 | 06/30/73 | 5 | $25,000,000 | $50,000,000 | Home Insurance Co | 02/27/73 | 06/30/73 | HEC4356740 | 20.000000% | $5,000,000 | No | $5,000,000 | $0 |
| | | | | | | | | Period Totals: | | $75,000,000 | | $75,000,000 | $0 |

ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer |
|---|---|---|---|---|---|
| 06/30/73 | 06/30/74 | 1 | $5,000,000 | $0 | Employers Comm'l Union |
| 06/30/73 | 06/30/74 | 2 | $5,000,000 | $5,000,000 | Home Insurance Co |
| 06/30/73 | 06/30/74 | 3 | $10,000,000 | $10,000,000 | INA |
| 06/30/73 | 06/30/74 | 3 | $10,000,000 | $10,000,000 | Continental Casualty Co. |
| 06/30/73 | 06/30/74 | 4 | $30,000,000 | $20,000,000 | American Home Assurance |
| 06/30/73 | 06/30/74 | 4 | $30,000,000 | $20,000,000 | Midland Insurance Co |
| 06/30/73 | 06/30/74 | 4 | $30,000,000 | $20,000,000 | Maryland Casualty Co. |
| 06/30/73 | 06/30/74 | 4 | $30,000,000 | $20,000,000 | Lloyds Underwriters |
| 06/30/73 | 06/30/74 | 4 | $30,000,000 | $20,000,000 | Employers Comm'l Union |
| 06/30/73 | 06/30/74 | 4 | $30,000,000 | $20,000,000 | Aetna Casualty & Surety |
| 06/30/73 | 06/30/74 | 4 | $30,000,000 | $20,000,000 | American Reinsurance Co |
| 06/30/73 | 06/30/74 | 5 | $25,000,000 | $50,000,000 | Unigard Security |
| 06/30/73 | 06/30/74 | 5 | $25,000,000 | $50,000,000 | Home Insurance Co |

| Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|
| 06/30/73 | 06/30/74 | EY8220005 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/73 | 06/30/74 | HEC9919945 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/73 | 08/09/73 | XCP3745 | 50.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 08/09/73 | 06/30/74 | RDX8936833 | 50.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/73 | 06/30/74 | CE2691919 | 16.666667% | $5,000,000 | No | $534,253 | $4,465,747 |
| 06/30/73 | 06/30/74 | XL1611 (WRG-2) | 13.333333% | $4,000,000 | No | $427,402 | $3,572,598 |
| 06/30/73 | 06/30/74 | WRG-2 | 16.666667% | $5,000,000 | No | $534,253 | $4,465,747 |
| 06/30/73 | 06/30/74 | 914105953 | 16.666667% | $5,000,000 | No | $320,552 | $2,679,448 |
| 06/30/73 | 06/30/74 | 01XN150WCA | 16.666667% | $5,000,000 | No | $534,253 | $4,465,747 |
| 06/30/73 | 06/30/74 | M0085374 | 10.000000% | $3,000,000 | No | $320,552 | $2,679,448 |
| 06/30/73 | 06/30/74 | 1-0589 | 80.000000% | $20,000,000 | No | $0 | $20,000,000 |
| 06/30/73 | 06/30/74 | HEC4356740 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |

Period Totals:   $75,000,000    $23,205,518   $51,794,482

## ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/74 | 06/30/75 | 1 | $10,000,000 | $0 | Unigard Security | 06/30/74 | 06/30/75 | 1-2517 | 100.000000% | $10,000,000 | No | $10,000,000 | $0 |
| 06/30/74 | 06/30/75 | 2 | $10,000,000 | $10,000,000 | Continental Casualty Co. | 06/30/74 | 06/30/75 | RDX9156645 | 100.000000% | $10,000,000 | No | $10,000,000 | $0 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | Terra Nova Ins. Co. Ltd. | 06/30/74 | 06/30/75 | 74DD662C | 1.335000% | $400,500 | No | $60,435 | $340,065 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | Highlands Ins. Co. | 06/30/74 | 06/30/75 | 74DD662C | 0.295000% | $88,500 | No | $13,355 | $75,145 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | Bishopsgate Ins. Co. Ltd. | 06/30/74 | 06/30/75 | 74DD662C | 0.176687% | $53,006 | No | $7,999 | $45,007 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | London & Edinburgh General Ins. Co. | 06/30/74 | 06/30/75 | 74DD662C | 0.591513% | $177,454 | No | $26,778 | $150,676 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | American Home Assurance | 06/30/74 | 06/30/75 | 74DD662C | 0.055000% | $16,500 | No | $2,490 | $14,010 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | Lexington Ins. Co. | 06/30/74 | 06/30/75 | 74DD662C | 17.810000% | $5,343,000 | No | $806,259 | $4,536,741 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | Walbrook Ins. Co. Ltd. | 06/30/74 | 06/30/75 | 74DD662C | 1.182360% | $354,708 | No | $53,525 | $301,183 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | Lloyds Underwriters | 06/30/74 | 06/30/75 | 74DD662C | 22.250000% | $6,675,000 | No | $1,007,258 | $5,667,742 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/74 | 06/30/75 | 74DD662C | 0.221610% | $66,483 | No | $10,032 | $56,451 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | Acc. & Casualty Ins. of Winterthur | 06/30/74 | 06/30/75 | 74DD662C | 0.886437% | $265,931 | No | $40,129 | $225,802 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | Argonaut Northwest Ins. Co. | 06/30/74 | 06/30/75 | 74DD662C | 0.664827% | $199,448 | No | $30,097 | $169,351 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | Stronghold Ins. Co. Ltd. | 06/30/74 | 06/30/75 | 74DD662C | 1.335000% | $400,500 | No | $60,435 | $340,065 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | London & Edinburgh General Ins. Co. | 06/30/74 | 06/30/75 | 74DD662C | 0.090000% | $27,000 | No | $4,074 | $22,926 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/74 | 06/30/75 | 74DD662C | 1.182360% | $354,708 | No | $53,525 | $301,183 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | National Casualty Co. of America | 06/30/74 | 06/30/75 | 74DD662C | 0.443553% | $133,066 | No | $20,080 | $112,986 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | Highlands Ins. Co. | 06/30/74 | 06/30/75 | 74DD662C | 0.150000% | $45,000 | No | $6,791 | $38,210 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | National Casualty Co. of America | 06/30/74 | 06/30/75 | 74DD662C | 1.330657% | $399,197 | No | $60,239 | $338,958 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | Mission Insurance Co | 06/30/74 | 06/30/75 | SR10579 | 16.666667% | $5,000,000 | No | $754,500 | $4,245,500 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | Mission Insurance Co | 06/30/74 | 06/30/75 | M81721 | 16.666667% | $5,000,000 | No | $754,500 | $4,245,500 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | American Reinsurance Co | 06/30/74 | 06/30/75 | M1025776 | 10.000000% | $3,000,000 | No | $452,700 | $2,547,300 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | Midland Insurance Co | 06/30/74 | 06/30/75 | 111017056574-7 | 6.666667% | $2,000,000 | No | $301,800 | $1,698,200 |
| 06/30/74 | 06/30/75 | 4 | $25,000,000 | $50,000,000 | Unigard Security | 06/30/74 | 06/30/75 | 1-0589 | 80.000000% | $20,000,000 | No | $0 | $20,000,000 |
| 06/30/74 | 06/30/75 | 4 | $25,000,000 | $50,000,000 | Home Insurance Co | 06/30/74 | 06/30/75 | HEC4356740 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/74 | 06/30/75 | 5 | $25,000,000 | $75,000,000 | Midland Insurance Co | 07/17/74 | 06/30/75 | 1110171611748 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/74 | 06/30/75 | 5 | $25,000,000 | $75,000,000 | Aetna Casualty & Surety | 07/17/74 | 06/30/75 | 01XN607WCA | 12.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/74 | 06/30/75 | 5 | $25,000,000 | $75,000,000 | Boston Old Colony Ins. Co | 07/17/74 | 06/30/75 | LX2666569 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/74 | 06/30/75 | 5 | $25,000,000 | $75,000,000 | Mission Insurance Co | 07/17/74 | 06/30/75 | M81722 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/74 | 06/30/75 | 5 | $25,000,000 | $75,000,000 | Highlands Ins. Co. | 07/17/74 | 06/30/75 | SR10580 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/74 | 06/30/75 | 5 | $25,000,000 | $75,000,000 | Home Insurance Co | 07/17/74 | 06/30/75 | HEC4496872 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | Federal Insurance Co | 07/17/74 | 06/30/75 | 79221530 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | American Home Assurance | 07/17/74 | 06/30/75 | CE3436358 | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | Argonaut Northwest Ins. Co. | 07/17/74 | 06/30/75 | 74DD663C | 0.189596% | $94,798 | No | $0 | $94,798 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | National Casualty Co. of America | 07/17/74 | 06/30/75 | 74DD663C | 0.126492% | $63,246 | No | $0 | $63,246 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | St. Katherine Ins. Co. Ltd. | 07/17/74 | 06/30/75 | 74DD663C | 0.337184% | $168,592 | No | $0 | $168,592 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | Acc. & Casualty Ins. of Winterthur | 07/17/74 | 06/30/75 | 74DD663C | 1.000200% | $500,100 | No | $0 | $500,100 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | Stronghold Ins. Co. Ltd. | 07/17/74 | 06/30/75 | 74DD663C | 0.252794% | $126,397 | No | $0 | $126,397 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | Highlands Ins. Co. | 07/17/74 | 06/30/75 | 74DD663C | 0.952200% | $476,100 | No | $0 | $476,100 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | North Atlantic Ins. Co. Ltd. | 07/17/74 | 06/30/75 | 74DD663C | 0.059400% | $29,700 | No | $0 | $29,700 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | Highlands Ins. Co. | 07/17/74 | 06/30/75 | 74DD663C | 0.952200% | $476,100 | No | $0 | $476,100 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | London & Edinburgh General Ins. Co. | 07/17/74 | 06/30/75 | 74DD663C | 0.119400% | $59,700 | No | $0 | $59,700 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | St. Katherine Ins. Co. Ltd. | 07/17/74 | 06/30/75 | 74DD663C | 0.168688% | $84,344 | No | $0 | $84,344 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | American Home Assurance | 07/17/74 | 06/30/75 | 74DD663C | 0.063198% | $31,599 | No | $0 | $31,599 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | London & Edinburgh General Ins. Co. | 07/17/74 | 06/30/75 | 74DD663C | 0.022376% | $11,138 | No | $0 | $11,138 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | Turegum Ins. Co. | 07/17/74 | 06/30/75 | 74DD663C | 0.037124% | $18,562 | No | $0 | $18,562 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | Bishopsgate Ins. Co. Ltd. | 07/17/74 | 06/30/75 | 74DD663C | 0.952200% | $476,100 | No | $0 | $476,100 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | Walbrook Ins. Co. Ltd. | 07/17/74 | 06/30/75 | 74DD663C | 0.050388% | $25,194 | No | $0 | $25,194 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | National Casualty Co. of America | 07/17/74 | 06/30/75 | 74DD663C | 0.337184% | $168,592 | No | $0 | $168,592 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | American Manufacturers Mutual | 07/17/74 | 06/30/75 | 4SG-010001 | 0.379476% | $189,738 | No | $0 | $189,738 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | American Insurance Co | 07/17/74 | 06/30/75 | 462013040 | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | Harbor Insurance Co | 07/17/74 | 06/30/75 | 120346 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | Wausau Insurance Co | 07/17/74 | 06/30/75 | 053700066732 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | North Star Reinsurance | 07/17/74 | 06/01/75 | NXS12398 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | Aetna Casualty & Surety | 07/17/74 | 06/30/75 | 01XN608WCA | 6.000000% | $3,000,000 | No | $0 | $3,000,000 |
| | | | | | | | | | 14.000000% | $7,000,000 | No | $0 | $7,000,000 |

**ATTACHMENT B**

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | Aetna Casualty & Surety | 06/01/75 | 06/30/75 | 01XN608WCA. | 6.000000% | $3,000,000 | No | $0 | $3,000,000 |
| | | | | | | | | Period Totals: | | $153,000,001 | | $24,527,003 | $128,472,998 |

## ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/75 | 06/30/76 | 1 | $1,000,000 | $0 | Northbrook Ins Co | 06/30/75 | 06/30/76 | 63001170 | 100.000000% | $1,000,000 | No | $1,000,000 | $0 |
| 06/30/75 | 06/30/76 | 2 | $4,000,000 | $1,000,000 | New Hampshire Insurance | 06/30/75 | 06/30/76 | 51750444 | 25.000000% | $1,000,000 | No | $1,000,000 | $0 |
| 06/30/75 | 06/30/76 | 2 | $4,000,000 | $1,000,000 | Northbrook Ins Co | 06/30/75 | 06/30/76 | 63001171 | 37.500000% | $1,500,000 | No | $1,500,000 | $0 |
| 06/30/75 | 06/30/76 | 2 | $4,000,000 | $1,000,000 | Admiral Insurance | 06/30/75 | 06/30/76 | 7SDD1064C | 12.500000% | $500,000 | No | $500,000 | $0 |
| 06/30/75 | 06/30/76 | 2 | $4,000,000 | $1,000,000 | Central National Ins Co | 06/30/75 | 06/30/76 | CNU123383 | 25.000000% | $1,000,000 | No | $1,000,000 | $0 |
| 06/30/75 | 06/30/76 | 3 | $5,000,000 | $5,000,000 | New Hampshire Insurance | 06/30/75 | 06/30/76 | 51750445 | 12.500000% | $625,000 | No | $625,000 | $0 |
| 06/30/75 | 06/30/76 | 3 | $5,000,000 | $5,000,000 | California Union Ins Co | 06/30/75 | 06/30/76 | ZCX001391/75DD1069 | 5.000000% | $250,000 | No | $250,000 | $0 |
| 06/30/75 | 06/30/76 | 3 | $5,000,000 | $5,000,000 | Northbrook Ins Co | 06/30/75 | 06/30/76 | 63001172 | 70.000000% | $3,500,000 | No | $3,500,000 | $0 |
| 06/30/75 | 06/30/76 | 3 | $5,000,000 | $5,000,000 | First State Ins Co | 06/30/75 | 06/30/76 | 922699 | 12.500000% | $625,000 | No | $625,000 | $0 |
| 06/30/75 | 06/30/76 | 4 | $10,000,000 | $10,000,000 | Continental Casualty Co. | 06/30/75 | 06/30/76 | RDX9156645 | 100.000000% | $10,000,000 | No | $10,000,000 | $0 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | Mission Insurance Co | 06/30/75 | 06/30/76 | M81721 | 16.666667% | $5,000,000 | No | $772,203 | $4,227,797 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | American Reinsurance Co | 06/30/75 | 06/30/76 | M1025776 | 10.000000% | $3,000,000 | No | $463,322 | $2,536,678 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | Bishopsgate Ins. Co. Ltd. | 06/30/75 | 06/30/76 | 74DD662C | 0.176687% | $53,006 | No | $8,186 | $44,820 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | American Home Assurance | 06/30/75 | 06/30/76 | 74DD662C | 0.055000% | $16,500 | No | $2,548 | $13,952 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | London & Edinburgh General Ins. Co. | 06/30/75 | 06/30/76 | 74DD662C | 0.591513% | $177,454 | No | $27,406 | $150,048 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | Acc. & Casualty Ins. of Winterthur | 06/30/75 | 06/30/76 | 74DD662C | 0.886437% | $265,931 | No | $41,071 | $224,860 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | Highlands Ins. Co. | 06/30/75 | 06/30/76 | 74DD662C | 0.295000% | $88,500 | No | $13,668 | $74,832 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | Highlands Ins. Co. | 06/30/75 | 06/30/76 | 74DD662C | 0.150000% | $45,000 | No | $6,950 | $38,050 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | Lexington Ins. Co. | 06/30/75 | 06/30/76 | 74DD662C | 17.810000% | $5,343,000 | No | $825,177 | $4,517,823 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | National Casualty Co. of America | 06/30/75 | 06/30/76 | 74DD662C | 0.443553% | $133,066 | No | $20,551 | $112,515 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | Terra Nova Ins. Co. Ltd. | 06/30/75 | 06/30/76 | 74DD662C | 1.335000% | $400,500 | No | $61,853 | $338,647 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/75 | 06/30/76 | 74DD662C | 0.221610% | $66,483 | No | $10,268 | $56,215 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | Argonaut Northwest Ins. Co. | 06/30/75 | 06/30/76 | 74DD662C | 0.664827% | $199,448 | No | $30,803 | $168,645 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | London & Edinburgh General Ins. Co. | 06/30/75 | 06/30/76 | 74DD662C | 0.090000% | $27,000 | No | $4,170 | $22,830 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | Lloyds Underwriters | 06/30/75 | 06/30/76 | 74DD662C | 20.025000% | $6,007,500 | No | $927,802 | $5,079,698 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/75 | 06/30/76 | 74DD662C | 1.182360% | $354,708 | No | $54,781 | $299,927 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | Stronghold Ins. Co. Ltd. | 06/30/75 | 06/30/76 | 74DD662C | 1.335000% | $400,500 | No | $61,853 | $338,647 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | Walbrook Ins. Co. Ltd. | 06/30/75 | 06/30/76 | 74DD662C | 1.182360% | $354,708 | No | $54,781 | $299,927 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | Mentor Ins. Co. (U.K.) Ltd. | 06/30/75 | 06/30/76 | 74DD662C | 0.890000% | $267,000 | No | $41,236 | $225,764 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | Yasuda Fire & Marine Ins. Co. Ltd. | 06/30/75 | 06/30/76 | 74DD662C | 1.335000% | $400,500 | No | $61,853 | $338,647 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | National Casualty Co. of America | 06/30/75 | 06/30/76 | 74DD662C | 1.330657% | $399,197 | No | $61,652 | $337,545 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | Midland Insurance Co | 06/30/75 | 06/30/76 | 1110170566574-7 | 6.666667% | $2,000,000 | No | $308,881 | $1,691,119 |
| 06/30/75 | 06/30/76 | 6 | $25,000,000 | $50,000,000 | Northbrook Ins Co | 06/30/75 | 06/30/76 | SR10579 | 16.666667% | $5,000,000 | No | $772,203 | $4,227,797 |
| 06/30/75 | 06/30/76 | 6 | $25,000,000 | $50,000,000 | Home Insurance Co | 06/30/75 | 06/30/76 | 63001173 | 80.000000% | $20,000,000 | No | $0 | $20,000,000 |
| 06/30/75 | 06/30/76 | 7 | $25,000,000 | $75,000,000 | Highlands Ins. Co. | 06/30/75 | 06/30/76 | SR10580 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/75 | 06/30/76 | 7 | $25,000,000 | $75,000,000 | Mission Insurance Co | 06/30/75 | 06/30/76 | M81722 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/75 | 06/30/76 | 7 | $25,000,000 | $75,000,000 | Aetna Casualty & Surety | 06/30/75 | 06/30/76 | 01XN607WCA | 12.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/75 | 06/30/76 | 7 | $25,000,000 | $75,000,000 | Boston Old Colony Ins Co | 06/30/75 | 06/30/76 | LX2666569 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/75 | 06/30/76 | 7 | $25,000,000 | $75,000,000 | Midland Insurance Co | 06/30/75 | 06/30/76 | 1110171611748 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | Wausau Insurance Co | 06/30/75 | 06/30/76 | HEC4495872 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | Harbor Insurance Co | 06/30/75 | 06/30/76 | 053700086732 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | American Manufacturers Mutual | 06/30/75 | 06/30/76 | 120346 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | American Home Assurance | 06/30/75 | 06/30/76 | 4SG-010001 | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | Highlands Ins. Co. | 06/30/75 | 06/30/76 | CE3436358 | 20.000000% | $10,000,000 | No | e60 | $10,000,000 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | Yasuda Fire & Marine Ins. Co. Ltd. | 06/30/75 | 06/30/76 | 74DD663C | 0.059850% | $29,925 | No | $0 | $29,925 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | Lloyds Underwriters | 06/30/75 | 06/30/76 | 74DD663C | 0.095900% | $47,950 | No | $0 | $47,950 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | Highlands Ins. Co. | 06/30/75 | 06/30/76 | 74DD663C | 1.872500% | $936,250 | No | $0 | $936,250 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | Argonaut Northwest Ins. Co. | 06/30/75 | 06/30/76 | 74DD663C | 0.119700% | $59,850 | No | $0 | $59,850 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | Turegum Ins. Co. | 06/30/75 | 06/30/76 | 74DD663C | 0.190820% | $95,410 | No | $0 | $95,410 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | Acc. & Casualty Ins. of Winterthur | 06/30/75 | 06/30/76 | 74DD663C | 0.958300% | $479,150 | No | $0 | $479,150 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | Bishopsgate Ins. Co. Ltd. | 06/30/75 | 06/30/76 | 74DD663C | 0.254426% | $127,213 | No | $0 | $127,213 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | Walbrook Ins. Co. Ltd. | 06/30/75 | 06/30/76 | 74DD663C | 0.050712% | $25,356 | No | $0 | $25,356 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | National Casualty Co. of America | 06/30/75 | 06/30/76 | 74DD663C | 0.339362% | $169,681 | No | $0 | $169,681 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/75 | 06/30/76 | 74DD663C | 0.127308% | $63,654 | No | $0 | $63,654 |
| | | | | | | 06/30/75 | 06/30/76 | 74DD663C | 0.339362% | $169,681 | No | $0 | $169,681 |

## ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | Stronghold Ins. Co. Ltd. | 06/30/75 | 06/30/76 | 74DD663C | 0.958300% | $479,150 | No | $0 | $479,150 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | London & Edinburgh General Ins. Co. | 06/30/75 | 06/30/76 | 74DD663C | 0.037406% | $18,703 | No | $0 | $18,703 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | American Home Assurance | 06/30/75 | 06/30/76 | 74DD663C | 0.022444% | $11,222 | No | $0 | $11,222 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | North Atlantic Ins. Co. Ltd. | 06/30/75 | 06/30/76 | 74DD663C | 0.958300% | $479,150 | No | $0 | $479,150 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | London & Edinburgh General Ins. Co. | 06/30/75 | 06/30/76 | 74DD663C | 0.169776% | $84,888 | No | $0 | $84,888 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/75 | 06/30/76 | 74DD663C | 0.063606% | $31,803 | No | $0 | $31,803 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | Aetna Casualty & Surety | 06/30/75 | 06/30/76 | 01XN608WCA. | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | Federal Insurance Co | 06/30/75 | 06/30/76 | 79221530 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | Centennial Ins Co | 06/30/75 | 06/30/76 | 462013040 | 9.000000% | $4,500,000 | No | $0 | $4,500,000 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | National Casualty Co. of America | 06/30/75 | 06/30/76 | 74DD663C | 0.381926% | $190,963 | No | $0 | $190,963 |

Period Totals: $150,000,000     $24,633,221     $125,366,779

ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/76 | 06/30/77 | 1 | $5,000,000 | $0 | Mutual Reinsurance Co. Ltd. | 06/30/76 | 06/30/77 | 76DD1594C | 13.856000% | $692,800 | No | $692,800 | $0 |
| 06/30/76 | 06/30/77 | 1 | $5,000,000 | $0 | St. Katherine Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 76DD1594C | 13.856000% | $692,800 | No | $692,800 | $0 |
| 06/30/76 | 06/30/77 | 1 | $5,000,000 | $0 | Walbrook Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 76DD1594C | 25.976000% | $1,298,800 | No | $1,298,800 | $0 |
| 06/30/76 | 06/30/77 | 1 | $5,000,000 | $0 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 76DD1594C | 15.928000% | $796,400 | No | $796,400 | $0 |
| 06/30/76 | 06/30/77 | 1 | $5,000,000 | $0 | St. Katherine Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 76DD1594C | 10.384000% | $519,200 | No | $519,200 | $0 |
| 06/30/76 | 06/30/77 | 1 | $5,000,000 | $0 | Northbrook Ins Co | 06/30/76 | 06/30/77 | 63002048 | 20.000000% | $1,000,000 | No | $1,000,000 | $0 |
| 06/30/76 | 06/30/77 | 2 | $5,000,000 | $5,000,000 | Prudential Reinsurance | 06/30/76 | 06/30/77 | DXC901145 | 20.000000% | $1,000,000 | No | $1,000,000 | $0 |
| 06/30/76 | 06/30/77 | 2 | $5,000,000 | $5,000,000 | Lexington Ins. Co. | 06/30/76 | 06/30/77 | 76DD1595C | 9.224000% | $461,200 | No | $461,200 | $0 |
| 06/30/76 | 06/30/77 | 2 | $5,000,000 | $5,000,000 | Stronghold Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 76DD1595C | 2.768000% | $138,400 | No | $138,400 | $0 |
| 06/30/76 | 06/30/77 | 2 | $5,000,000 | $5,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 76DD1595C | 4.189940% | $209,497 | No | $209,497 | $0 |
| 06/30/76 | 06/30/77 | 2 | $5,000,000 | $5,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 76DD1595C | 6.426940% | $321,347 | No | $321,347 | $0 |
| 06/30/76 | 06/30/77 | 2 | $5,000,000 | $5,000,000 | Walbrook Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 76DD1595C | 10.481320% | $524,066 | No | $524,066 | $0 |
| 06/30/76 | 06/30/77 | 2 | $5,000,000 | $5,000,000 | Assicurazioni Generali S.p.A. | 06/30/76 | 06/30/77 | 76DD1595C | 0.920000% | $46,000 | No | $46,000 | $0 |
| 06/30/76 | 06/30/77 | 2 | $5,000,000 | $5,000,000 | Turegum Ins. Co. | 06/30/76 | 06/30/77 | 76DD1595C | 5.536000% | $276,800 | No | $276,800 | $0 |
| 06/30/76 | 06/30/77 | 2 | $5,000,000 | $5,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/76 | 06/30/77 | 76DD1595C | 5.590900% | $279,545 | No | $279,545 | $0 |
| 06/30/76 | 06/30/77 | 2 | $5,000,000 | $5,000,000 | Lloyds Underwriters | 06/30/76 | 06/30/77 | 76DD1595C | 28.352000% | $1,417,600 | No | $1,417,600 | $0 |
| 06/30/76 | 06/30/77 | 2 | $5,000,000 | $5,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 76DD1595C | 5.590900% | $279,545 | No | $279,545 | $0 |
| 06/30/76 | 06/30/77 | 2 | $5,000,000 | $5,000,000 | Mentor Ins. Co. (U.K.) Ltd. | 06/30/76 | 06/30/77 | 76DD1595C | 0.920000% | $46,000 | No | $46,000 | $0 |
| 06/30/76 | 06/30/77 | 3 | $10,000,000 | $10,000,000 | Continental Casualty Co. | 06/30/76 | 06/30/77 | RDX9156645 | 100.000000% | $10,000,000 | No | $10,000,000 | $0 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | Hartford Insurance | 06/30/76 | 06/30/77 | 10XS100043 | 6.666667% | $2,000,000 | No | $310,795 | $1,689,205 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | Granite State Ins | 06/30/76 | 06/30/77 | SCLD80-93954 | 6.666667% | $2,000,000 | No | $310,795 | $1,689,205 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | American Reinsurance Co | 06/30/76 | 06/30/77 | M1025776 | 10.000000% | $3,000,000 | No | $466,192 | $2,533,808 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | Midland Insurance Co | 06/30/76 | 06/30/77 | 111017056574-7 | 6.666667% | $2,000,000 | No | $310,795 | $1,689,205 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | Argonaut Northwest Ins. Co. | 06/30/76 | 06/30/77 | 74DD662C | 0.665457% | $199,637 | No | $31,023 | $168,614 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 74DD662C | 1.183480% | $355,044 | No | $55,173 | $299,871 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | Acc. & Casualty Ins. of Winterthur | 06/30/76 | 06/30/77 | 74DD662C | 0.887277% | $266,183 | No | $41,364 | $224,819 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | Yasuda Fire & Marine Ins. Co. | 06/30/76 | 06/30/77 | 74DD662C | 0.650000% | $195,000 | No | $30,303 | $164,697 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | Lexington Ins. Co. | 06/30/76 | 06/30/77 | 74DD662C | 16.141667% | $4,842,500 | No | $752,512 | $4,089,988 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 74DD662C | 0.221820% | $66,546 | No | $10,341 | $56,205 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | Walbrook Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 74DD662C | 1.183480% | $355,044 | No | $55,173 | $299,871 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | National Casualty Co. of America | 06/30/76 | 06/30/77 | 74DD662C | 0.443973% | $133,192 | No | $20,698 | $112,494 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | London & Edinburgh General Ins. Co. | 06/30/76 | 06/30/77 | 74DD662C | 0.593667% | $178,100 | No | $27,676 | $150,424 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | Bishopsgate Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 74DD662C | 0.176853% | $53,056 | No | $8,245 | $44,811 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | Lloyds Underwriters | 06/30/76 | 06/30/77 | 74DD662C | 16.592333% | $4,977,700 | No | $773,522 | $4,204,178 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | Stronghold Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 74DD662C | 1.334667% | $400,400 | No | $62,221 | $338,179 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | Terra Nova Ins. Co. Ltd | 06/30/76 | 06/30/77 | 74DD662C | 1.334667% | $400,400 | No | $62,221 | $338,179 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | London & Edinburgh General Ins. Co. | 06/30/76 | 06/30/77 | 74DD662C | 0.592073% | $177,622 | No | $27,602 | $150,020 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | National Casualty Co. of America | 06/30/76 | 06/30/77 | 74DD662C | 1.331917% | $399,575 | No | $62,093 | $337,482 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | First State Ins Co | 06/30/76 | 06/30/77 | 923099 | 6.666667% | $2,000,000 | No | $310,795 | $1,689,205 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | Mission Insurance Co | 06/30/76 | 06/30/77 | M81721 | 13.333333% | $4,000,000 | No | $621,590 | $3,378,410 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | Insurance Co State of PA | 06/30/76 | 06/30/77 | 4176-7052 | 6.666667% | $2,000,000 | No | $310,795 | $1,689,205 |
| 06/30/76 | 06/30/77 | 5 | $25,000,000 | $50,000,000 | Hartford Insurance | 06/30/76 | 06/30/77 | 10XS100044 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/76 | 06/30/77 | 5 | $25,000,000 | $50,000,000 | Northbrook Ins Co | 06/30/76 | 06/30/77 | 63002049 | 68.000000% | $17,000,000 | No | $0 | $17,000,000 |
| 06/30/76 | 06/30/77 | 5 | $25,000,000 | $50,000,000 | Prudential Reinsurance | 06/30/76 | 06/30/77 | DXC901146 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/76 | 06/30/77 | 6 | $25,000,000 | $50,000,000 | Home Insurance Co | 06/30/76 | 06/30/77 | HEC4356740 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/76 | 06/30/77 | 6 | $25,000,000 | $75,000,000 | Prudential Reinsurance | 06/30/76 | 06/30/77 | DXC901147 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/76 | 06/30/77 | 6 | $25,000,000 | $75,000,000 | Aetna Casualty & Surety | 06/30/76 | 06/30/77 | 01XN607WCA | 12.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/76 | 06/30/77 | 6 | $25,000,000 | $75,000,000 | Midland Insurance Co | 06/30/76 | 06/30/77 | 111017161174B | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/76 | 06/30/77 | 6 | $25,000,000 | $75,000,000 | Fireman's Fund | 06/30/76 | 06/30/77 | XLX1202930 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/76 | 06/30/77 | 6 | $25,000,000 | $75,000,000 | Boston Old Colony Ins Co | 06/30/76 | 06/30/77 | LX2666569 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/76 | 06/30/77 | 6 | $25,000,000 | $75,000,000 | First State Ins Co | 06/30/76 | 06/30/77 | 923100 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/76 | 06/30/77 | 6 | $25,000,000 | $75,000,000 | Mission Insurance Co | 06/30/76 | 06/30/77 | M81722 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/76 | 06/30/77 | 6 | $25,000,000 | $75,000,000 | Home Insurance Co | 06/30/76 | 06/30/77 | HEC4495872 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/76 | 06/30/77 | 7 | $50,000,000 | $100,000,000 | Federal Insurance Co | 06/30/76 | 06/30/77 | 79221530 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/76 | 06/30/77 | 7 | $50,000,000 | $100,000,000 | Zurich Insurance Co | 06/30/76 | 06/30/77 | IRDSR4010 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/76 | 06/30/77 | 7 | $50,000,000 | $100,000,000 | American Manufacturers Mutual | 06/30/76 | 06/30/77 | 4SG-010001 | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |

ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/76 | 06/30/77 | 7 | $50,000,000 | $100,000,000 | Wausau Insurance Co | 06/30/76 | 06/30/77 | 053700086732 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/76 | 06/30/77 | 7 | $50,000,000 | $100,000,000 | Lloyds Underwriters | 06/30/76 | 06/30/77 | 74DD663C | 1.843000% | $921,500 | No | $0 | $921,500 |
| 06/30/76 | 06/30/77 | 7 | $50,000,000 | $100,000,000 | Yasuda Fire & Marine Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 74DD663C | 0.094500% | $47,250 | No | $0 | $47,250 |
| 06/30/76 | 06/30/77 | 7 | $50,000,000 | $100,000,000 | Stronghold Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 74DD663C | 0.942500% | $471,250 | No | $0 | $471,250 |
| 06/30/76 | 06/30/77 | 7 | $50,000,000 | $100,000,000 | Turegum Ins. Co. | 06/30/76 | 06/30/77 | 74DD663C | 0.942500% | $471,250 | No | $0 | $471,250 |
| 06/30/76 | 06/30/77 | 7 | $50,000,000 | $100,000,000 | North Atlantic Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 74DD663C | 0.942500% | $471,250 | No | $0 | $471,250 |
| 06/30/76 | 06/30/77 | 7 | $50,000,000 | $100,000,000 | London & Edinburgh General Ins. Co. | 06/30/76 | 06/30/77 | 74DD663C | 0.235000% | $117,500 | No | $0 | $117,500 |
| 06/30/76 | 06/30/77 | 7 | $50,000,000 | $100,000,000 | American Home Assurance | 06/30/76 | 06/30/77 | CE3436358 | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/76 | 06/30/77 | 7 | $50,000,000 | $100,000,000 | Harbor Insurance Co | 06/30/76 | 06/30/77 | 120346 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/76 | 06/30/77 | 7 | $50,000,000 | $100,000,000 | Centennial Ins Co | 06/30/76 | 06/30/77 | 462013040 | 9.000000% | $4,500,000 | No | $0 | $4,500,000 |
| 06/30/76 | 06/30/77 | 7 | $50,000,000 | $100,000,000 | Aetna Casualty & Surety | 06/30/76 | 06/30/77 | 01XN608WCA. | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| | | | | | | | | Period Totals: | | $149,999,999 | | $24,661,925 | $125,338,074 |

## ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/77 | 06/30/78 | 1 | $5,000,000 | $0 | Northbrook Ins Co | 06/30/77 | 06/30/78 | 63002048 | 20.000000% | $1,000,000 | No | $1,000,000 | $0 |
| 06/30/77 | 06/30/78 | 1 | $5,000,000 | $0 | Mutual Reinsurance Co. Ltd. | 06/30/77 | 06/30/78 | 76DD1594C | 13.856000% | $692,800 | No | $692,800 | $0 |
| 06/30/77 | 06/30/78 | 1 | $5,000,000 | $0 | St. Katherine Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 76DD1594C | 13.856000% | $692,800 | No | $692,800 | $0 |
| 06/30/77 | 06/30/78 | 1 | $5,000,000 | $0 | St. Katherine Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 76DD1594C | 10.384000% | $519,200 | No | $519,200 | $0 |
| 06/30/77 | 06/30/78 | 1 | $5,000,000 | $0 | Walbrook Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 76DD1594C | 25.976000% | $1,298,800 | No | $1,298,800 | $0 |
| 06/30/77 | 06/30/78 | 1 | $5,000,000 | $0 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 76DD1594C | 15.928000% | $796,400 | No | $796,400 | $0 |
| 06/30/77 | 06/30/78 | 2 | $5,000,000 | $5,000,000 | Stronghold Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 76DD1595C | 2.930000% | $146,500 | No | $146,500 | $0 |
| 06/30/77 | 06/30/78 | 2 | $5,000,000 | $5,000,000 | Lloyds Underwriters | 06/30/77 | 06/30/78 | 76DD1595C | 31.540000% | $1,577,000 | No | $1,577,000 | $0 |
| 06/30/77 | 06/30/78 | 2 | $5,000,000 | $5,000,000 | CNA Reinsurance of London Ltd. | 06/30/77 | 06/30/78 | 76DD1595C | 3.910000% | $195,500 | No | $195,500 | $0 |
| 06/30/77 | 06/30/78 | 2 | $5,000,000 | $5,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/77 | 06/30/78 | 76DD1595C | 5.928640% | $296,432 | No | $296,432 | $0 |
| 06/30/77 | 06/30/78 | 2 | $5,000,000 | $5,000,000 | Assicurazioni Generali S.p.A. | 06/30/77 | 06/30/78 | 76DD1595C | 0.980000% | $49,000 | No | $49,000 | $0 |
| 06/30/77 | 06/30/78 | 2 | $5,000,000 | $5,000,000 | Mentor ins. Co. (U.K.) Ltd. | 06/30/77 | 06/30/78 | 76DD1595C | 0.980000% | $49,000 | No | $49,000 | $0 |
| 06/30/77 | 06/30/78 | 2 | $5,000,000 | $5,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 76DD1595C | 4.443000% | $222,153 | No | $222,153 | $0 |
| 06/30/77 | 06/30/78 | 2 | $5,000,000 | $5,000,000 | English & American Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 76DD1595C | 9.780000% | $489,000 | No | $489,000 | $0 |
| 06/30/77 | 06/30/78 | 2 | $5,000,000 | $5,000,000 | Turegum Ins. Co. | 06/30/77 | 06/30/78 | 76DD1595C | 5.870000% | $293,500 | No | $293,500 | $0 |
| 06/30/77 | 06/30/78 | 2 | $5,000,000 | $5,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 76DD1595C | 6.815200% | $340,760 | No | $340,760 | $0 |
| 06/30/77 | 06/30/78 | 2 | $5,000,000 | $5,000,000 | Lexington Ins. Co. | 06/30/77 | 06/30/78 | 76DD1595C | 9.780000% | $489,000 | No | $489,000 | $0 |
| 06/30/77 | 06/30/78 | 2 | $5,000,000 | $5,000,000 | Walbrook Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 76DD1595C | 11.114480% | $555,724 | No | $555,724 | $0 |
| 06/30/77 | 06/30/78 | 3 | $5,000,000 | $5,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 76DD1595C | 5.928640% | $296,432 | No | $296,432 | $0 |
| 06/30/77 | 06/30/78 | 3 | $5,000,000 | $10,000,000 | Prudential Reinsurance | 06/30/77 | 06/30/78 | DXCDX0250 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/77 | 06/30/78 | 4 | $10,000,000 | $15,000,000 | Prudential Reinsurance | 06/30/77 | 06/30/78 | DXCDX0251 | 20.000000% | $2,000,000 | No | $1,942,099 | $57,901 |
| 06/30/77 | 06/30/78 | 4 | $10,000,000 | $15,000,000 | Stronghold Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1631C | 2.288000% | $228,800 | No | $222,176 | $6,624 |
| 06/30/77 | 06/30/78 | 4 | $10,000,000 | $15,000,000 | Walbrook Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1631C | 7.875200% | $787,520 | No | $764,721 | $22,799 |
| 06/30/77 | 06/30/78 | 4 | $10,000,000 | $15,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1631C | 4.924800% | $492,480 | No | $478,223 | $14,257 |
| 06/30/77 | 06/30/78 | 4 | $10,000,000 | $15,000,000 | Lloyds Underwriters | 06/30/77 | 06/30/78 | 77DD1631C | 34.280000% | $3,428,000 | No | $3,328,758 | $99,242 |
| 06/30/77 | 06/30/78 | 4 | $10,000,000 | $15,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1631C | 7.385600% | $738,560 | No | $717,178 | $21,382 |
| 06/30/77 | 06/30/78 | 4 | $10,000,000 | $15,000,000 | Turegum Ins. Co. | 06/30/77 | 06/30/78 | 77DD1631C | 2.288000% | $228,800 | No | $222,176 | $6,624 |
| 06/30/77 | 06/30/78 | 4 | $10,000,000 | $15,000,000 | Winterthur Swiss Ins. Co. | 06/30/77 | 06/30/78 | 77DD1631C | 9.144000% | $914,400 | No | $887,928 | $26,472 |
| 06/30/77 | 06/30/78 | 4 | $10,000,000 | $15,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1631C | 4.921600% | $492,160 | No | $477,912 | $14,248 |
| 06/30/77 | 06/30/78 | 4 | $10,000,000 | $15,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1631C | 3.692800% | $369,280 | No | $358,589 | $10,691 |
| 06/30/77 | 06/30/78 | 5 | $25,000,000 | $25,000,000 | Insurance Co State of PA | 06/30/77 | 06/30/78 | 4177-7981 | 16.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/77 | 06/30/78 | 5 | $25,000,000 | $25,000,000 | Granite State Ins | 06/30/77 | 06/30/78 | SCLD8093266 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/77 | 06/30/78 | 5 | $25,000,000 | $25,000,000 | Hartford Insurance | 06/30/77 | 06/30/78 | 10XS100176 | 12.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/77 | 06/30/78 | 5 | $25,000,000 | $25,000,000 | Gerling Konzern ins | 06/30/77 | 06/30/78 | 49/99/6212/01 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/77 | 06/30/78 | 5 | $25,000,000 | $25,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1632C | 1.140092% | $285,023 | No | $0 | $285,023 |
| 06/30/77 | 06/30/78 | 5 | $25,000,000 | $25,000,000 | Turegum Ins. Co. | 06/30/77 | 06/30/78 | 77DD1632C | 2.776000% | $694,000 | No | $0 | $694,000 |
| 06/30/77 | 06/30/78 | 5 | $25,000,000 | $25,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1632C | 0.740800% | $185,200 | No | $0 | $185,200 |
| 06/30/77 | 06/30/78 | 5 | $25,000,000 | $25,000,000 | Winterthur Swiss Ins. Co. | 06/30/77 | 06/30/78 | 77DD1632C | 1.139352% | $284,838 | No | $0 | $284,838 |
| 06/30/77 | 06/30/78 | 5 | $25,000,000 | $25,000,000 | Lexington Ins. Co. | 06/30/77 | 06/30/78 | 77DD1632C | 7.408000% | $1,852,000 | No | $0 | $1,852,000 |
| 06/30/77 | 06/30/78 | 5 | $25,000,000 | $25,000,000 | Lloyds Underwriters | 06/30/77 | 06/30/78 | 77DD1632C | 20.556000% | $5,139,000 | No | $0 | $5,139,000 |
| 06/30/77 | 06/30/78 | 5 | $25,000,000 | $25,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1632C | 0.854884% | $213,721 | No | $0 | $213,721 |
| 06/30/77 | 06/30/78 | 5 | $25,000,000 | $25,000,000 | Walbrook Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1632C | 1.823108% | $455,777 | No | $0 | $455,777 |
| 06/30/77 | 06/30/78 | 5 | $25,000,000 | $25,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1632C | 1.709768% | $427,442 | No | $0 | $427,442 |
| 06/30/77 | 06/30/78 | 5 | $25,000,000 | $25,000,000 | Stronghold Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1632C | 1.852000% | $463,000 | No | $0 | $463,000 |
| 06/30/77 | 06/30/78 | 6 | $25,000,000 | $50,000,000 | Prudential Reinsurance | 06/30/77 | 06/30/78 | DXCDX0252 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/77 | 06/30/78 | 6 | $25,000,000 | $50,000,000 | Natl Union Fire Pttsbrgh | 06/30/77 | 06/30/78 | 63003296 | 70.000000% | $17,500,000 | No | $0 | $17,500,000 |
| 06/30/77 | 06/30/78 | 6 | $25,000,000 | $50,000,000 | Home Insurance Co | 06/30/77 | 06/30/78 | 1228593 | 10.000000% | $2,500,000 | No | $0 | $2,500,000 |
| 06/30/77 | 06/30/78 | 7 | $25,000,000 | $75,000,000 | Continental Casualty Co. | 06/30/77 | 06/30/78 | HEC4356740 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/77 | 06/30/78 | 7 | $25,000,000 | $75,000,000 | Insurance Co State of PA | 06/30/77 | 06/30/78 | RDX1786117 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/77 | 06/30/78 | 7 | $25,000,000 | $75,000,000 | Insurance Co State of PA | 06/30/77 | 06/30/78 | 4177-7982 | 24.000000% | $6,000,000 | No | $0 | $6,000,000 |
| 06/30/77 | 06/30/78 | 7 | $25,000,000 | $75,000,000 | Fireman's Fund | 06/30/77 | 06/30/78 | iRDSR401072 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/77 | 06/30/78 | 7 | $25,000,000 | $75,000,000 | Natl Union Fire Pittsburgh | 06/30/77 | 06/30/78 | XLX1299553 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/77 | 06/30/78 | 7 | $25,000,000 | $75,000,000 | Natl Union Fire Pittsburgh | 06/30/77 | 06/30/78 | 1228593. | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/77 | 06/30/78 | 7 | $25,000,000 | $75,000,000 | Reunion-Adriatica | 06/30/77 | 06/30/78 | EL2046 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/77 | 06/30/78 | 7 | $25,000,000 | $75,000,000 | Aetna Casualty & Surety | 06/30/77 | 06/30/78 | 01XN1400WCA | 12.000000% | $3,000,000 | No | $0 | $3,000,000 |

ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/77 | 06/30/78 | 7 | $25,000,000 | $75,000,000 | Home Insurance Co | 06/30/77 | 06/30/78 | HEC4495872 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Royale Belge S.A. | 06/30/77 | 06/30/78 | AVB102. | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Eisen Und Stahl | 06/30/77 | 06/30/78 | 6-1-31-181-001 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | INA | 06/30/77 | 06/30/78 | XCP12378 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Natl Union Fire Pttsbrgh | 06/30/77 | 06/30/78 | 1228593. | 15.000000% | $7,500,000 | No | $0 | $7,500,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Swiss Reinsurance | 06/30/77 | 06/30/78 | ZH/R4020/0601 | 5.000000% | $2,500,000 | No | $0 | $2,500,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Granite State Ins | 06/30/77 | 06/30/78 | SCLD80-93292 | 3.000000% | $1,500,000 | No | $0 | $1,500,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Stronghold Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1826 | 0.804222% | $402,111 | No | $0 | $402,111 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | North Atlantic Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1826 | 0.804222% | $402,111 | No | $0 | $402,111 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | English & American Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1826 | 2.011400% | $1,005,700 | No | $0 | $1,005,700 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Lloyds Underwriters | 06/30/77 | 06/30/78 | 77DD1826 | 3.380152% | $1,690,076 | No | $0 | $1,690,076 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Aetna Casualty & Surety | 06/30/77 | 06/30/78 | 01XN1422WCA | 11.000000% | $5,500,000 | No | $0 | $5,500,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Insurance Co State of PA | 06/30/77 | 06/30/78 | 10XS100181 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Hartford Insurance | 06/30/77 | 06/30/78 | SEP 396-3996 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Centennial Ins Co | 06/30/77 | 06/30/78 | 462-01-68-10 | 8.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Federal Insurance Co | 06/30/77 | 06/30/78 | (78) 79221530 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Allianz Underwriters Ins | 06/30/77 | 06/30/78 | H00011428 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | AG Belge de 1830 | 06/30/77 | 06/30/78 | AVB102 | 1.000000% | $500,000 | No | $0 | $500,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Continental Casualty Co. | 06/30/77 | 06/30/78 | RDX1788118 | 6.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Midland Insurance Co | 06/30/77 | 06/30/78 | XL152467 | 6.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Home Insurance Co | 06/30/77 | 06/30/78 | HEC9531436 | 6.000000% | $3,000,000 | No | $0 | $3,000,000 |
| | | | | | | | | Period Totals: | | $150,000,000 | | $24,710,497 | $125,289,503 |

ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/78 | 06/30/79 | 1 | $5,000,000 | $0 | Northbrook Ins Co | 06/30/78 | 06/30/79 | 63002048 | 20.000000% | $1,000,000 | No | $1,000,000 | $0 |
| 06/30/78 | 06/30/79 | 1 | $5,000,000 | $0 | St. Katherine Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 76DD1594C | 13.856000% | $692,800 | No | $692,800 | $0 |
| 06/30/78 | 06/30/79 | 1 | $5,000,000 | $0 | Walbrook Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 76DD1594C | 25.976000% | $1,298,800 | No | $1,298,800 | $0 |
| 06/30/78 | 06/30/79 | 1 | $5,000,000 | $0 | Mutual Reinsurance Co. Ltd. | 06/30/78 | 06/30/79 | 76DD1594C | 13.856000% | $692,800 | No | $692,800 | $0 |
| 06/30/78 | 06/30/79 | 1 | $5,000,000 | $0 | St. Katherine Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 76DD1594C | 10.384000% | $519,200 | No | $519,200 | $0 |
| 06/30/78 | 06/30/79 | 1 | $5,000,000 | $0 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 76DD1594C | 15.928000% | $796,400 | No | $796,400 | $0 |
| 06/30/78 | 06/30/79 | 2 | $5,000,000 | $5,000,000 | Stronghold Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 76DD1595C | 2.930000% | $146,500 | No | $146,500 | $0 |
| 06/30/78 | 06/30/79 | 2 | $5,000,000 | $5,000,000 | Lloyds Underwriters | 06/30/78 | 06/30/79 | 76DD1595C | 31.540000% | $1,577,000 | No | $1,577,000 | $0 |
| 06/30/78 | 06/30/79 | 2 | $5,000,000 | $5,000,000 | English & American Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 76DD1595C | 9.780000% | $489,000 | No | $489,000 | $0 |
| 06/30/78 | 06/30/79 | 2 | $5,000,000 | $5,000,000 | Walbrook Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 76DD1595C | 11.114480% | $555,724 | No | $555,724 | $0 |
| 06/30/78 | 06/30/79 | 2 | $5,000,000 | $5,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 76DD1595C | 4.443060% | $222,153 | No | $222,153 | $0 |
| 06/30/78 | 06/30/79 | 2 | $5,000,000 | $5,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 76DD1595C | 6.815200% | $340,760 | No | $340,760 | $0 |
| 06/30/78 | 06/30/79 | 2 | $5,000,000 | $5,000,000 | Assicurazioni Generali S.p.A. | 06/30/78 | 06/30/79 | 76DD1595C | 0.980000% | $49,000 | No | $49,000 | $0 |
| 06/30/78 | 06/30/79 | 2 | $5,000,000 | $5,000,000 | Turegum Ins. Co. | 06/30/78 | 06/30/79 | 76DD1595C | 5.870000% | $293,500 | No | $293,500 | $0 |
| 06/30/78 | 06/30/79 | 2 | $5,000,000 | $5,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/78 | 06/30/79 | 76DD1595C | 5.928640% | $296,432 | No | $296,432 | $0 |
| 06/30/78 | 06/30/79 | 2 | $5,000,000 | $5,000,000 | CNA Reinsurance of London Ltd. | 06/30/78 | 06/30/79 | 76DD1595C | 3.910000% | $195,500 | No | $195,500 | $0 |
| 06/30/78 | 06/30/79 | 2 | $5,000,000 | $5,000,000 | Lexington Ins. Co. | 06/30/78 | 06/30/79 | 76DD1595C | 9.780000% | $489,000 | No | $489,000 | $0 |
| 06/30/78 | 06/30/79 | 2 | $5,000,000 | $5,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 76DD1595C | 5.928640% | $296,432 | No | $296,432 | $0 |
| 06/30/78 | 06/30/79 | 2 | $5,000,000 | $5,000,000 | Mentor Ins. Co. (U.K.) Ltd. | 06/30/78 | 06/30/79 | 76DD1595C | 0.980000% | $49,000 | No | $49,000 | $0 |
| 06/30/78 | 06/30/79 | 3 | $15,000,000 | $10,000,000 | Granite State Ins | 06/30/78 | 06/30/79 | 6178D491 | 33.333333% | $5,000,000 | No | $4,918,222 | $81,778 |
| 06/30/78 | 06/30/79 | 3 | $15,000,000 | $10,000,000 | Lloyds Underwriters | 06/30/78 | 06/30/79 | 78DD1417C | 24.198000% | $3,629,700 | No | $3,570,334 | $59,366 |
| 06/30/78 | 06/30/79 | 3 | $15,000,000 | $10,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 78DD1417C | 3.306500% | $495,975 | No | $487,863 | $8,112 |
| 06/30/78 | 06/30/79 | 3 | $15,000,000 | $10,000,000 | Lexington Ins. Co. | 06/30/78 | 06/30/79 | 78DD1417C | 5.154000% | $773,100 | No | $760,455 | $12,645 |
| 06/30/78 | 06/30/79 | 3 | $15,000,000 | $10,000,000 | Walbrook Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 78DD1417C | 11.476780% | $1,721,517 | No | $1,693,361 | $28,157 |
| 06/30/78 | 06/30/79 | 3 | $15,000,000 | $10,000,000 | Stronghold Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 78DD1417C | 1.548000% | $232,200 | No | $228,402 | $3,798 |
| 06/30/78 | 06/30/79 | 3 | $15,000,000 | $10,000,000 | Winterthur Swiss Ins. Co. | 06/30/78 | 06/30/79 | 78DD1417C | 2.917187% | $437,578 | No | $430,421 | $7,157 |
| 06/30/78 | 06/30/79 | 3 | $15,000,000 | $10,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 78DD1417C | 3.890480% | $583,572 | No | $574,027 | $9,545 |
| 06/30/78 | 06/30/79 | 3 | $15,000,000 | $10,000,000 | Turegum Ins. Co. | 06/30/78 | 06/30/79 | 78DD1417C | 2.064000% | $309,600 | No | $304,536 | $5,064 |
| 06/30/78 | 06/30/79 | 3 | $15,000,000 | $10,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/78 | 06/30/79 | 78DD1417C | 5.445053% | $816,758 | No | $803,399 | $13,359 |
| 06/30/78 | 06/30/79 | 3 | $15,000,000 | $10,000,000 | Gerling Konzern Ins | 06/30/78 | 06/30/79 | 01/49/99/6282 | 6.666667% | $1,000,000 | No | $983,644 | $16,356 |
| 06/30/78 | 06/30/79 | 4 | $25,000,000 | $25,000,000 | American Intl Underwriter | 06/30/78 | 06/30/79 | 75100686 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/78 | 06/30/79 | 4 | $25,000,000 | $25,000,000 | Hartford Insurance | 06/30/78 | 06/30/79 | 10XS100666 | 12.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/78 | 06/30/79 | 4 | $25,000,000 | $25,000,000 | Winterthur Swiss Ins. Co. | 06/30/78 | 06/30/79 | 78DD1418C | 0.846668% | $211,667 | No | $0 | $211,667 |
| 06/30/78 | 06/30/79 | 4 | $25,000,000 | $25,000,000 | North Atlantic Ins. Co. | 06/30/78 | 06/30/79 | 78DD1418C | 0.488800% | $122,200 | No | $0 | $122,200 |
| 06/30/78 | 06/30/79 | 4 | $25,000,000 | $25,000,000 | Walbrook Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 78DD1418C | 3.330968% | $832,742 | No | $0 | $832,742 |
| 06/30/78 | 06/30/79 | 4 | $25,000,000 | $25,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/78 | 06/30/79 | 78DD1418C | 1.580344% | $395,086 | No | $0 | $395,086 |
| 06/30/78 | 06/30/79 | 4 | $25,000,000 | $25,000,000 | Stronghold Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 78DD1418C | 1.960400% | $490,100 | No | $0 | $490,100 |
| 06/30/78 | 06/30/79 | 4 | $25,000,000 | $25,000,000 | Lloyds Underwriters | 06/30/78 | 06/30/79 | 78DD1418C | 30.914000% | $7,728,500 | No | $0 | $7,728,500 |
| 06/30/78 | 06/30/79 | 4 | $25,000,000 | $25,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 78DD1418C | 1.129156% | $282,289 | No | $0 | $282,289 |
| 06/30/78 | 06/30/79 | 4 | $25,000,000 | $25,000,000 | Lexington Ins. Co. | 06/30/78 | 06/30/79 | 78DD1418C | 7.846800% | $1,961,700 | No | $0 | $1,961,700 |
| 06/30/78 | 06/30/79 | 4 | $25,000,000 | $25,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 78DD1418C | 0.959664% | $239,916 | No | $0 | $239,916 |
| 06/30/78 | 06/30/79 | 4 | $25,000,000 | $25,000,000 | Turegum Ins. Co. | 06/30/78 | 06/30/79 | 78DD1418C | 2.943200% | $735,800 | No | $0 | $735,800 |
| 06/30/78 | 06/30/79 | 5 | $25,000,000 | $50,000,000 | Lloyds Underwriters | 06/30/78 | 06/30/79 | 6178D492 | 28.000000% | $7,000,000 | No | $0 | $7,000,000 |
| 06/30/78 | 06/30/79 | 5 | $25,000,000 | $50,000,000 | Natl Union Fire Pttsbrgh | 06/30/78 | 06/30/79 | 78DD1419C | 10.000000% | $2,500,000 | No | $0 | $2,500,000 |
| 06/30/78 | 06/30/79 | 5 | $25,000,000 | $50,000,000 | Northbrook Ins Co | 06/30/78 | 06/30/79 | 1231895 | 10.000000% | $2,500,000 | No | $0 | $2,500,000 |
| 06/30/78 | 06/30/79 | 5 | $25,000,000 | $50,000,000 | Employers Mutual Cas Co | 06/30/78 | 06/30/79 | 63004784 | 50.000000% | $12,500,000 | No | $0 | $12,500,000 |
| 06/30/78 | 06/30/79 | 5 | $25,000,000 | $50,000,000 | American Centennial | 06/30/78 | 06/30/79 | MMO-70347 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/78 | 06/30/79 | 5 | $25,000,000 | $50,000,000 | Integrity Insurance Co | 06/30/78 | 06/30/79 | CC000304 | 2.000000% | $500,000 | No | $0 | $500,000 |
| 06/30/78 | 06/30/79 | 5 | $25,000,000 | $50,000,000 | Home Insurance Co | 06/30/78 | 06/30/79 | XL200420 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/78 | 06/30/79 | 6 | $25,000,000 | $75,000,000 | Employers Mutual Cas Co | 06/30/78 | 06/30/79 | HEC9694109 | 12.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/78 | 06/30/79 | 6 | $25,000,000 | $75,000,000 | Fireman's Fund | 06/30/78 | 06/30/79 | MMO-70348 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/78 | 06/30/79 | 6 | $25,000,000 | $75,000,000 | Granite State Ins | 06/30/78 | 06/30/79 | XLX1362955 | 24.000000% | $6,000,000 | No | $0 | $6,000,000 |
| 06/30/78 | 06/30/79 | 6 | $25,000,000 | $75,000,000 | American Centennial | 06/30/78 | 06/30/79 | 6178-0493 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/78 | 06/30/79 | 6 | $25,000,000 | $75,000,000 | Zurich Insurance Co | 06/30/78 | 06/30/79 | CC000306 | 6.000000% | $1,500,000 | No | $0 | $1,500,000 |
| 06/30/78 | 06/30/79 | 6 | $25,000,000 | $75,000,000 | Reunion-Adriatica | 06/30/78 | 06/30/79 | Z170523 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| | | | | | | 06/30/78 | 06/30/79 | EL2787 | | | | | |

ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/78 | 06/30/79 | 6 | $25,000,000 | $75,000,000 | Aetna Casualty & Surety | 06/30/78 | 06/30/79 | 01XN1846WCA | 12.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/78 | 06/30/79 | 6 | $25,000,000 | $75,000,000 | Natl Union Fire Pttsbrgh | 06/30/78 | 06/30/79 | 1231895. | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/78 | 06/30/79 | 6 | $25,000,000 | $75,000,000 | Home Insurance Co | 06/30/78 | 06/30/79 | HEC9694108 (CITY) | 14.000000% | $3,500,000 | No | $0 | $3,500,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | Birmingham Fire Ins Co | 06/30/78 | 06/30/79 | SE6073371 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | American Int'l Underwriter | 06/30/78 | 06/30/79 | 75100695 | 3.000000% | $1,500,000 | No | $0 | $1,500,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | Stronghold Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 78DD1420C | 0.724500% | $362,250 | No | $0 | $362,250 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | North Atlantic Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 78DD1420C | 0.724500% | $362,250 | No | $0 | $362,250 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | Lloyds Underwriters | 06/30/78 | 06/30/79 | 78DD1420C | 3.551000% | $1,775,500 | No | $0 | $1,775,500 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | Allianz Underwriters Ins | 06/30/78 | 06/30/79 | H0001428 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | Swiss Reinsurance | 06/30/78 | 06/30/79 | ZH/R4020/0601 | 5.000000% | $2,500,000 | No | $0 | $2,500,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | INA | 06/30/78 | 06/30/79 | XCP14341 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | Midland Insurance Co | 06/30/78 | 06/30/79 | XL147450 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | Federal Insurance Co | 06/30/78 | 06/30/79 | (79) 79227260 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | Employers Mutual Cas Co | 06/30/78 | 06/30/79 | MM0-70349 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | Royale Belge S.A. | 06/30/78 | 06/30/79 | AVB124. | 3.000000% | $1,500,000 | No | $0 | $1,500,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | Natl Union Fire Pttsbrgh | 06/30/78 | 06/30/79 | 1231895. | 15.000000% | $7,500,000 | No | $0 | $7,500,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | Aetna Casualty & Surety | 06/30/78 | 06/30/79 | 01XN1847WCA | 12.000000% | $6,000,000 | No | $0 | $6,000,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | AG Belge de 1830 | 06/30/78 | 06/30/79 | AVB124 | 1.000000% | $500,000 | No | $0 | $500,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | Hartford Insurance | 06/30/78 | 06/30/79 | 10XS100665 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | American Centennial | 06/30/78 | 06/30/79 | CC000305 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | Centennial Ins Co | 06/30/78 | 06/30/79 | 462017826 | 8.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | Home Insurance Co | 06/30/78 | 06/30/79 | HEC9694110 (CITY) | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |

Period Totals: $150,000,001    $24,754,666    $125,245,335

**ATTACHMENT B**

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/79 | 08/30/80 | 1 | $5,000,000 | $0 | Walbrook Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1633C | 38.440000% | $1,922,000 | No | $1,922,000 | $0 |
| 06/30/80 | 08/30/80 | 1 | $5,000,000 | $0 | St. Katherine Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1633C | 7.792000% | $389,600 | No | $389,600 | $0 |
| 06/30/79 | 08/30/80 | 1 | $5,000,000 | $0 | Mutual Reinsurance Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1633C | 9.352000% | $467,600 | No | $467,600 | $0 |
| 06/30/79 | 08/30/80 | 1 | $5,000,000 | $0 | Kraft Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1633C | 10.392000% | $519,600 | No | $519,600 | $0 |
| 06/30/79 | 08/30/80 | 1 | $5,000,000 | $0 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1633C | 8.832000% | $441,600 | No | $441,600 | $0 |
| 06/30/79 | 08/30/80 | 1 | $5,000,000 | $0 | El Paso Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1633C | 5.192000% | $259,600 | No | $259,600 | $0 |
| 06/30/79 | 08/30/80 | 1 | $5,000,000 | $0 | Northbrook Ins Co | 06/30/79 | 06/30/80 | 63005793 | 20.000000% | $1,000,000 | No | $1,000,000 | $0 |
| 06/30/79 | 08/30/80 | 2 | $15,000,000 | $5,000,000 | Northbrook Ins Co | 06/30/79 | 06/30/80 | 63005794 | 25.000000% | $3,750,000 | No | $3,750,000 | $0 |
| 06/30/79 | 08/30/80 | 2 | $15,000,000 | $5,000,000 | Lloyds Underwriters | 06/30/79 | 06/30/80 | 79DD1634C | 11.720000% | $1,758,000 | No | $1,758,000 | $0 |
| 06/30/79 | 08/30/80 | 2 | $15,000,000 | $5,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1634C | 3.206893% | $481,034 | No | $481,034 | $0 |
| 06/30/79 | 08/30/80 | 2 | $15,000,000 | $5,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1634C | 3.634920% | $545,238 | No | $545,238 | $0 |
| 06/30/79 | 08/30/80 | 2 | $15,000,000 | $5,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1634C | 3.848933% | $577,340 | No | $577,340 | $0 |
| 06/30/79 | 08/30/80 | 2 | $15,000,000 | $5,000,000 | Lexington Ins. Co. | 06/30/79 | 06/30/80 | 79DD1634C | 5.355000% | $803,250 | No | $803,250 | $0 |
| 06/30/79 | 08/30/80 | 2 | $15,000,000 | $5,000,000 | Kraft Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1634C | 4.276960% | $641,544 | No | $641,544 | $0 |
| 06/30/79 | 08/30/80 | 2 | $15,000,000 | $5,000,000 | Walbrook Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1634C | 15.820460% | $2,373,069 | No | $2,373,069 | $0 |
| 06/30/79 | 08/30/80 | 2 | $15,000,000 | $5,000,000 | El Paso Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1634C | 2.136833% | $320,525 | No | $320,525 | $0 |
| 06/30/79 | 08/30/80 | 2 | $15,000,000 | $5,000,000 | Granite State Ins | 06/30/79 | 06/30/80 | 61791383 | 25.000000% | $3,750,000 | No | $3,750,000 | $0 |
| 06/30/79 | 08/30/80 | 3 | $30,000,000 | $20,000,000 | Gerling Konzern Ins | 06/30/79 | 06/30/80 | 49/99/6340/01 | 3.333333% | $1,000,000 | No | $159,508 | $840,492 |
| 06/30/79 | 08/30/80 | 3 | $30,000,000 | $20,000,000 | American Int'l Underwriter | 06/30/79 | 06/30/80 | 75101107 | 10.000000% | $3,000,000 | No | $478,524 | $2,521,476 |
| 06/30/79 | 08/30/80 | 3 | $30,000,000 | $20,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1635C | 0.830760% | $249,228 | No | $39,754 | $209,474 |
| 06/30/79 | 08/30/80 | 3 | $30,000,000 | $20,000,000 | Lloyds Underwriters | 06/30/79 | 06/30/80 | 79DD1635C | 30.095000% | $9,028,500 | No | $1,440,117 | $7,588,383 |
| 06/30/79 | 08/30/80 | 3 | $30,000,000 | $20,000,000 | Mentor Ins. Co. (U.K.) Ltd. | 06/30/79 | 06/30/80 | 79DD1635C | 1.410000% | $423,000 | No | $67,472 | $355,528 |
| 06/30/79 | 08/30/80 | 3 | $30,000,000 | $20,000,000 | Lexington Ins. Co. | 06/30/79 | 06/30/80 | 79DD1635C | 7.835000% | $2,350,500 | No | $374,923 | $1,975,577 |
| 06/30/79 | 08/30/80 | 3 | $30,000,000 | $20,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1635C | 0.732933% | $219,880 | No | $35,073 | $184,807 |
| 06/30/79 | 08/30/80 | 3 | $30,000,000 | $20,000,000 | Stronghold Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1635C | 3.135000% | $940,500 | No | $150,017 | $790,483 |
| 06/30/79 | 08/30/80 | 3 | $30,000,000 | $20,000,000 | El Paso Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1635C | 0.488373% | $146,512 | No | $23,370 | $123,142 |
| 06/30/79 | 08/30/80 | 3 | $30,000,000 | $20,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1635C | 0.879673% | $263,902 | No | $42,094 | $221,808 |
| 06/30/79 | 08/30/80 | 3 | $30,000,000 | $20,000,000 | Walbrook Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1635C | 3.615763% | $1,084,729 | No | $173,023 | $911,706 |
| 06/30/79 | 08/30/80 | 3 | $30,000,000 | $20,000,000 | Kraft Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1635C | 0.977497% | $293,249 | No | $46,776 | $246,473 |
| 06/30/79 | 08/30/80 | 3 | $30,000,000 | $20,000,000 | Hartford Insurance | 06/30/79 | 06/30/80 | 10XS100842 | 6.666667% | $2,000,000 | No | $319,016 | $1,680,984 |
| 06/30/79 | 08/30/80 | 3 | $30,000,000 | $20,000,000 | Transit Casualty | 06/30/79 | 06/30/80 | SCU955191 | 6.666667% | $2,000,000 | No | $319,016 | $1,680,984 |
| 06/30/79 | 08/30/80 | 3 | $30,000,000 | $20,000,000 | Granite State Ins | 06/30/79 | 06/30/80 | 61791384 | 23.333333% | $7,000,000 | No | $1,116,556 | $5,883,444 |
| 06/30/79 | 08/30/80 | 4 | $25,000,000 | $50,000,000 | American Int'l Underwriter | 06/30/79 | 06/30/80 | 75101108 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/79 | 08/30/80 | 4 | $25,000,000 | $50,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1636C | 0.089140% | $22,285 | No | $0 | $22,285 |
| 06/30/79 | 08/30/80 | 4 | $25,000,000 | $50,000,000 | Lloyds Underwriters | 06/30/79 | 06/30/80 | 79DD1636C | 15.084800% | $3,771,200 | No | $0 | $3,771,200 |
| 06/30/79 | 08/30/80 | 4 | $25,000,000 | $50,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1636C | 0.106988% | $26,747 | No | $0 | $26,747 |
| 06/30/79 | 08/30/80 | 4 | $25,000,000 | $50,000,000 | El Paso Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1636C | 0.101040% | $25,260 | No | $0 | $25,260 |
| 06/30/79 | 08/30/80 | 4 | $25,000,000 | $50,000,000 | Walbrook Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1636C | 0.059396% | $14,849 | No | $0 | $14,849 |
| 06/30/79 | 08/30/80 | 4 | $25,000,000 | $50,000,000 | Kraft Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1636C | 0.439752% | $109,938 | No | $0 | $109,938 |
| 06/30/79 | 08/30/80 | 4 | $25,000,000 | $50,000,000 | Transit Casualty | 06/30/79 | 06/30/80 | 79DD1636C | 0.118884% | $29,721 | No | $0 | $29,721 |
| 06/30/79 | 08/30/80 | 4 | $25,000,000 | $50,000,000 | Northbrook Ins Co | 06/30/79 | 06/30/80 | SCU955192 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/79 | 08/30/80 | 4 | $25,000,000 | $50,000,000 | Natl Union Fire Pittsbrgh | 06/30/79 | 06/30/80 | 63005795 | 28.000000% | $7,000,000 | No | $0 | $7,000,000 |
| 06/30/79 | 08/30/80 | 4 | $25,000,000 | $50,000,000 | Granite State Ins | 06/30/79 | 06/30/80 | 9782319 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/79 | 08/30/80 | 4 | $25,000,000 | $50,000,000 | Integrity Insurance Co | 06/30/79 | 06/30/80 | 61791385 | 16.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/79 | 08/30/80 | 5 | $25,000,000 | $75,000,000 | Reunion-Adriatica | 06/30/79 | 06/30/80 | XL200699 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/79 | 08/30/80 | 5 | $25,000,000 | $75,000,000 | Hartford Insurance | 06/30/79 | 06/30/80 | EL794120 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/79 | 08/30/80 | 5 | $25,000,000 | $75,000,000 | Transit Casualty | 06/30/79 | 06/30/80 | 10XS100841 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/79 | 08/30/80 | 5 | $25,000,000 | $75,000,000 | Granite State Ins | 06/30/79 | 06/30/80 | SCU955193 | 12.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/79 | 08/30/80 | 5 | $25,000,000 | $75,000,000 | Natl Union Fire Pittsbrgh | 06/30/79 | 06/30/80 | 61791386 | 34.000000% | $8,500,000 | No | $0 | $8,500,000 |
| 06/30/79 | 08/30/80 | 5 | $25,000,000 | $75,000,000 | Home Insurance Co | 06/30/79 | 06/30/80 | 9782319 | 24.000000% | $6,000,000 | No | $0 | $6,000,000 |
| 06/30/79 | 08/30/80 | 6 | $50,000,000 | $100,000,000 | European General | 06/30/79 | 06/30/80 | HEC9826188 (CITY) | 22.000000% | $5,500,000 | No | $0 | $5,500,000 |
| 06/30/79 | 08/30/80 | 6 | $50,000,000 | $100,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/79 | 06/30/80 | FU78819413178 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/79 | 08/30/80 | 6 | $50,000,000 | $100,000,000 | Hartford Insurance | 06/30/79 | 06/30/80 | DM025 A/B | 3.000000% | $1,500,000 | No | $0 | $1,500,000 |
| 06/30/79 | 08/30/80 | 6 | $50,000,000 | $100,000,000 | Fireman's Fund | 06/30/79 | 06/30/80 | 10XS100843 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/79 | 08/30/80 | 6 | $50,000,000 | $100,000,000 | Centennial Ins Co | 06/30/79 | 06/30/80 | XLX1370426 | 8.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/79 | 08/30/80 | 6 | $50,000,000 | $100,000,000 | | 06/30/79 | 06/30/80 | 462019494 | 8.000000% | $4,000,000 | No | $0 | $4,000,000 |

ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/79 | 06/30/80 | 6 | $50,000,000 | $100,000,000 | American Int'l Underwriter | 06/30/79 | 06/30/80 | 75101109 | 3.000000% | $1,500,000 | No | $0 | $1,500,000 |
| 06/30/79 | 06/30/80 | 6 | $50,000,000 | $100,000,000 | Associated International | 06/30/79 | 06/30/80 | AEL00208C | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/79 | 06/30/80 | 6 | $50,000,000 | $100,000,000 | Birmingham Fire Ins Co | 06/30/79 | 06/30/80 | SE6073508 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/79 | 06/30/80 | 6 | $50,000,000 | $100,000,000 | Lloyds Underwriters | 06/30/79 | 06/30/80 | 79DD1637C | 5.000000% | $2,500,000 | No | $0 | $2,500,000 |
| 06/30/79 | 06/30/80 | 6 | $50,000,000 | $100,000,000 | Federal Insurance Co | 06/30/79 | 06/30/80 | (80) 79227260 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/79 | 06/30/80 | 6 | $50,000,000 | $100,000,000 | Zurich Insurance Co | 06/30/79 | 06/30/80 | Z17052/4 | 3.000000% | $1,500,000 | No | $0 | $1,500,000 |
| 06/30/79 | 06/30/80 | 6 | $50,000,000 | $100,000,000 | Midland Insurance Co | 06/30/79 | 06/30/80 | XL147540 | 6.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/79 | 06/30/80 | 6 | $50,000,000 | $100,000,000 | Allianz Underwriters Ins | 06/30/79 | 06/30/80 | H0001428 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/79 | 06/30/80 | 6 | $50,000,000 | $100,000,000 | Natl Union Fire Pttsbrgh | 06/30/79 | 06/30/80 | 9782319. | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/79 | 06/30/80 | 6 | $50,000,000 | $100,000,000 | Home Insurance Co | 06/30/79 | 06/30/80 | HEC9826189 (CITY) | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/79 | 06/30/80 | 7 | $50,000,000 | $150,000,000 | European General | 06/30/79 | 06/30/80 | FU78819413679 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/79 | 06/30/80 | 7 | $50,000,000 | $150,000,000 | Dominion Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1638C | 1.430000% | $715,000 | No | $0 | $715,000 |
| 06/30/79 | 06/30/80 | 7 | $50,000,000 | $150,000,000 | Stronghold Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1638C | 1.430000% | $715,000 | No | $0 | $715,000 |
| 06/30/79 | 06/30/80 | 7 | $50,000,000 | $150,000,000 | C.A.M.A.T. | 06/30/79 | 06/30/80 | 79DD1638C | 1.071200% | $535,600 | No | $0 | $535,600 |
| 06/30/79 | 06/30/80 | 7 | $50,000,000 | $150,000,000 | North Atlantic Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1638C | 2.501200% | $1,250,600 | No | $0 | $1,250,600 |
| 06/30/79 | 06/30/80 | 7 | $50,000,000 | $150,000,000 | Lexington Ins. Co. | 06/30/79 | 06/30/80 | 79DD1638C | 3.572400% | $1,786,200 | No | $0 | $1,786,200 |
| 06/30/79 | 06/30/80 | 7 | $50,000,000 | $150,000,000 | Lloyds Underwriters | 06/30/79 | 06/30/80 | 79DD1638C | 15.995200% | $7,997,600 | No | $0 | $7,997,600 |
| 06/30/79 | 06/30/80 | 7 | $50,000,000 | $150,000,000 | Natl Union Fire Pttsbrgh | 06/30/79 | 06/30/80 | 9782319... | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/79 | 06/30/80 | 7 | $50,000,000 | $150,000,000 | Aetna Casualty & Surety | 06/30/79 | 06/30/80 | 01XN2306WCA | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/79 | 06/30/80 | 7 | $50,000,000 | $150,000,000 | Haftpflichtverband | 06/30/79 | 06/30/80 | EWI1016 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/79 | 06/30/80 | 7 | $50,000,000 | $150,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/79 | 06/30/80 | DM025. A/B | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/79 | 06/30/80 | 7 | $50,000,000 | $150,000,000 | Federal Insurance Co | 06/30/79 | 06/30/80 | (80) 79227298 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/79 | 06/30/80 | 7 | $50,000,000 | $150,000,000 | Continental Casualty Co. | 06/30/79 | 06/30/80 | RDX1784282 | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/79 | 06/30/80 | 7 | $50,000,000 | $150,000,000 | Fireman's Fund | 06/30/79 | 06/30/80 | XLX1370427 | 8.000000% | $4,000,000 | No | $0 | $4,000,000 |

| | | | | | | | | | Period Totals: | $200,000,000 | | $24,785,238 | $175,214,762 |

## ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/80 | 06/30/81 | 1 | $5,000,000 | $0 | El Paso Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 79DD1633C | 5.192000% | $259,600 | No | $259,600 | $0 |
| 06/30/80 | 06/30/81 | 1 | $5,000,000 | $0 | Mutual Reinsurance Co. Ltd. | 06/30/80 | 06/30/81 | 79DD1633C | 9.352000% | $467,600 | No | $467,600 | $0 |
| 06/30/80 | 06/30/81 | 1 | $5,000,000 | $0 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 79DD1633C | 8.832000% | $441,600 | No | $441,600 | $0 |
| 06/30/80 | 06/30/81 | 1 | $5,000,000 | $0 | Kraft Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 79DD1633C | 10.392000% | $519,600 | No | $519,600 | $0 |
| 06/30/80 | 06/30/81 | 1 | $5,000,000 | $0 | St. Katherine Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 79DD1633C | 7.792000% | $389,600 | No | $389,600 | $0 |
| 06/30/80 | 06/30/81 | 1 | $5,000,000 | $0 | Walbrook Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 79DD1633C | 38.440000% | $1,922,000 | No | $1,922,000 | $0 |
| 06/30/80 | 06/30/81 | 1 | $5,000,000 | $0 | Northbrook Ins Co | 06/30/80 | 06/30/81 | 63005793 | 20.000000% | $1,000,000 | No | $1,000,000 | $0 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | Granite State Ins | 06/30/80 | 06/30/81 | 6480-5013 | 20.000000% | $4,000,000 | No | $3,947,728 | $52,272 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | Northbrook Ins. Co. | 06/30/80 | 06/30/81 | 63006854 | 18.750000% | $3,750,000 | No | $3,700,995 | $49,005 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | Lexington Ins. Co. | 06/30/80 | 06/30/81 | 80DD1643C | 6.007500% | $1,201,500 | No | $1,185,799 | $15,701 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | English & American Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1643C | 7.998750% | $1,599,750 | No | $1,578,844 | $20,906 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | Kraft Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1643C | 4.104940% | $820,988 | No | $810,259 | $10,729 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | Louisville Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1643C | 2.140895% | $428,179 | No | $422,584 | $5,595 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1643C | 3.028285% | $605,657 | No | $597,742 | $7,915 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | Bryanston Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1643C | 1.784080% | $356,816 | No | $352,153 | $4,663 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1643C | 3.208245% | $641,649 | No | $633,264 | $8,385 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1643C | 2.674570% | $534,914 | No | $527,924 | $6,990 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | Cie Europeene D'Ass. Industrielles | 06/30/80 | 06/30/81 | 80DD1643C | 0.533675% | $106,735 | No | $105,340 | $1,395 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | Walbrook Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1643C | 7.306975% | $1,461,395 | No | $1,442,297 | $19,098 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | Lloyds Underwriters | 06/30/80 | 06/30/81 | 80DD1643C | 11.216250% | $2,243,250 | No | $2,213,935 | $29,315 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | El Paso Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1643C | 1.780980% | $356,196 | No | $351,541 | $4,655 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | Winterthur Swiss Ins. Co. | 06/30/80 | 06/30/81 | 80DD1643C | 4.464855% | $892,971 | No | $881,302 | $11,669 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | Transit Casualty | 06/30/80 | 06/30/81 | SCU955565 | 5.000000% | $1,000,000 | No | $986,932 | $13,068 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Transit Casualty | 06/30/80 | 06/30/81 | SCU955566 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Gerling Konzern Ins | 06/30/80 | 06/30/81 | 43/99/6409/01 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Winterthur Swiss Ins. Co. | 06/30/80 | 06/30/81 | 80DD1644C | 1.500244% | $375,061 | No | $0 | $375,061 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Walbrook Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1644C | 2.455228% | $613,807 | No | $0 | $613,807 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Lloyds Underwriters | 06/30/80 | 06/30/81 | 80DD1644C | 29.318400% | $7,329,600 | No | $0 | $7,329,600 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Kraft Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1644C | 1.379308% | $344,827 | No | $0 | $344,827 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | El Paso Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1644C | 0.598428% | $149,607 | No | $0 | $149,607 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1644C | 0.898688% | $224,672 | No | $0 | $224,672 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1644C | 1.078008% | $269,502 | No | $0 | $269,502 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Cie Europeene D'Ass. Industrielles | 06/30/80 | 06/30/81 | 80DD1644C | 0.179320% | $44,830 | No | $0 | $44,830 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Stronghold Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1644C | 1.737600% | $434,400 | No | $0 | $434,400 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Louisville Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1644C | 0.719368% | $179,842 | No | $0 | $179,842 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Lexington Ins. Co. | 06/30/80 | 06/30/81 | 80DD1644C | 6.518400% | $1,629,600 | No | $0 | $1,629,600 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Bryanston Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1644C | 0.599472% | $149,868 | No | $0 | $149,868 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1644C | 1.017540% | $254,385 | No | $0 | $254,385 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | American Int'l Underwriter | 06/30/80 | 06/30/81 | KJ10029. | 2.000000% | $500,000 | No | $0 | $500,000 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Hartford Insurance | 06/30/80 | 06/30/81 | 75102424 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Granite State Ins | 06/30/80 | 06/30/81 | 10XS100990 | 6.000000% | $1,500,000 | No | $0 | $1,500,000 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 6480-5014 | 24.000000% | $6,000,000 | No | $0 | $6,000,000 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | El Paso Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1645C | 0.078080% | $19,520 | No | $0 | $19,520 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | Winterthur Swiss Ins. Co. | 06/30/80 | 06/30/81 | 80DD1645C | 0.045920% | $11,480 | No | $0 | $11,480 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1645C | 0.115120% | $28,780 | No | $0 | $28,780 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1645C | 0.068960% | $17,240 | No | $0 | $17,240 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | Cie Europeene D'Ass. Industrielles | 06/30/80 | 06/30/81 | 80DD1645C | 0.082720% | $20,680 | No | $0 | $20,680 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | Walbrook Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1645C | 0.013760% | $3,440 | No | $0 | $3,440 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | Kraft Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1645C | 0.188400% | $47,100 | No | $0 | $47,100 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | Bryanston Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1645C | 0.105840% | $26,460 | No | $0 | $26,460 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | Louisville Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1645C | 0.046000% | $11,500 | No | $0 | $11,500 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | Lloyds Underwriters | 06/30/80 | 06/30/81 | 80DD1645C | 0.055200% | $13,800 | No | $0 | $13,800 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | Integrity Insurance Co | 06/30/80 | 06/30/81 | XL201688 | 15.200000% | $3,800,000 | No | $0 | $3,800,000 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | Transit Casualty | 06/30/80 | 06/30/81 | SCU955567 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | American Int'l Underwriter | 06/30/80 | 06/30/81 | 75102422 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |

ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | Northbrook Ins Co | 06/30/80 | 06/30/81 | 63006855 | 28.000000% | $7,000,000 | No | $0 | $7,000,000 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | Granite State Ins | 06/30/80 | 06/30/81 | 6480-5015 | 16.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | Natl Union Fire Pttsbrgh | 06/30/80 | 06/30/81 | 9910362 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/80 | 06/30/81 | 5 | $25,000,000 | $75,000,000 | Natl Union Fire Pttsbrgh | 06/30/80 | 06/30/81 | 9910362. | 24.000000% | $6,000,000 | No | $0 | $6,000,000 |
| 06/30/80 | 06/30/81 | 5 | $25,000,000 | $75,000,000 | Ideal Mutual | 06/30/80 | 06/30/81 | 0052 | 12.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/80 | 06/30/81 | 5 | $25,000,000 | $75,000,000 | Reunion-Adriatica | 06/30/80 | 06/30/81 | EL794416 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/80 | 06/30/81 | 5 | $25,000,000 | $75,000,000 | Gibratar Cas. Co. | 06/30/80 | 06/30/81 | GMX00656 | 10.000000% | $2,500,000 | No | $0 | $2,500,000 |
| 06/30/80 | 06/30/81 | 5 | $25,000,000 | $75,000,000 | Granite State Ins | 06/30/80 | 06/30/81 | 6480-5016 | 34.000000% | $8,500,000 | No | $0 | $8,500,000 |
| 06/30/80 | 06/30/81 | 5 | $25,000,000 | $75,000,000 | Transit Casualty | 06/30/80 | 06/30/81 | SCU955568 | 12.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/80 | 06/30/81 | 5 | $25,000,000 | $75,000,000 | Hartford Insurance | 06/30/80 | 06/30/81 | 10XS100988 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/80 | 06/30/81 | 6 | $50,000,000 | $100,000,000 | Birmingham Fire Ins Co | 06/30/80 | 06/30/81 | SE6073646 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/80 | 06/30/81 | 6 | $50,000,000 | $100,000,000 | Hartford Insurance | 06/30/80 | 06/30/81 | 10XS100989 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/80 | 06/30/81 | 6 | $50,000,000 | $100,000,000 | American Int'l Underwriter | 06/30/80 | 06/30/81 | 75102423 | 3.000000% | $1,500,000 | No | $0 | $1,500,000 |
| 06/30/80 | 06/30/81 | 6 | $50,000,000 | $100,000,000 | Midland Insurance Co | 06/30/80 | 06/30/81 | XL706665 | 6.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/80 | 06/30/81 | 6 | $50,000,000 | $100,000,000 | Natl Union Fire Pttsbrgh | 06/30/80 | 06/30/81 | 9910362... | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/80 | 06/30/81 | 6 | $50,000,000 | $100,000,000 | European General | 06/30/80 | 06/30/81 | FU78819413180 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/80 | 06/30/81 | 6 | $50,000,000 | $100,000,000 | Lloyds Underwriters | 06/30/80 | 06/30/81 | 80DD1646C | 5.000000% | $2,500,000 | No | $0 | $2,500,000 |
| 06/30/80 | 06/30/81 | 6 | $50,000,000 | $100,000,000 | Centennial Ins Co | 06/30/80 | 06/30/81 | 462023810 | 8.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/80 | 06/30/81 | 6 | $50,000,000 | $100,000,000 | Associated International | 06/30/80 | 06/30/81 | AEL00208C | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/80 | 06/30/81 | 6 | $50,000,000 | $100,000,000 | Allianz Underwriters Ins | 06/30/80 | 06/30/81 | H0001428 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/80 | 06/30/81 | 6 | $50,000,000 | $100,000,000 | Zurich Insurance Co | 06/30/80 | 06/30/81 | ZIB7434/5 | 3.000000% | $1,500,000 | No | $0 | $1,500,000 |
| 06/30/80 | 06/30/81 | 6 | $50,000,000 | $100,000,000 | Federal Insurance Co | 06/30/80 | 06/30/81 | (81) 7922-7260 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/80 | 06/30/81 | 6 | $50,000,000 | $100,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/80 | 06/30/81 | KJ10029.. | 3.000000% | $1,500,000 | No | $0 | $1,500,000 |
| 06/30/80 | 06/30/81 | 6 | $50,000,000 | $100,000,000 | Fireman's Fund | 06/30/80 | 06/30/81 | XLX1437060 | 8.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/80 | 06/30/81 | 7 | $50,000,000 | $150,000,000 | Federal Insurance Co | 06/30/80 | 06/30/81 | HEC9826575 (CITY) | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/80 | 06/30/81 | 7 | $50,000,000 | $150,000,000 | Fireman's Fund | 06/30/80 | 06/30/81 | (81) 7922-7298 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/80 | 06/30/81 | 7 | $50,000,000 | $150,000,000 | Continental Casualty Co. | 06/30/80 | 06/30/81 | XLX1437061 | 8.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/80 | 06/30/81 | 7 | $50,000,000 | $150,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/80 | 06/30/81 | RDX1784981 | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/80 | 06/30/81 | 7 | $50,000,000 | $150,000,000 | Natl Union Fire Pttsbrgh | 06/30/80 | 06/30/81 | KJ10029 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/80 | 06/30/81 | 7 | $50,000,000 | $150,000,000 | Lloyds Underwriters | 06/30/80 | 06/30/81 | 9910362... | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/80 | 06/30/81 | 7 | $50,000,000 | $150,000,000 | Haftpflichtverband | 06/30/80 | 06/30/81 | EWI-1030 | 17.149600% | $8,574,800 | No | $0 | $8,574,800 |
| 06/30/80 | 06/30/81 | 7 | $50,000,000 | $150,000,000 | Stronghold Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1647C | 1.417000% | $708,500 | No | $0 | $708,500 |
| 06/30/80 | 06/30/81 | 7 | $50,000,000 | $150,000,000 | Lexington Ins. Co. | 06/30/80 | 06/30/81 | 80DD1647C | 3.538600% | $1,769,300 | No | $0 | $1,769,300 |
| 06/30/80 | 06/30/81 | 7 | $50,000,000 | $150,000,000 | North Atlantic Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1647C | 2.477800% | $1,238,900 | No | $0 | $1,238,900 |
| 06/30/80 | 06/30/81 | 7 | $50,000,000 | $150,000,000 | Dominion Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1647C | 1.417000% | $708,500 | No | $0 | $708,500 |
| 06/30/80 | 06/30/81 | 7 | $50,000,000 | $150,000,000 | European General | 06/30/80 | 06/30/81 | FU78819413680 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/80 | 06/30/81 | 7 | $50,000,000 | $150,000,000 | Aetna Casualty & Surety | 06/30/80 | 06/30/81 | 01XN2669WCA | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |

| | | | | |
|---|---|---|---|---|
| Period Totals: | $200,000,001 | | $24,738,640 | $175,261,361 |

ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/81 | 06/30/82 | 1 | $5,000,000 | $0 | Northbrook Ins Co | 06/30/81 | 06/30/82 | 63005793 | 20.000000% | $1,000,000 | No | $1,000,000 | $0 |
| 06/30/81 | 06/30/82 | 1 | $5,000,000 | $0 | El Paso Ins. Co. Ltd. | 06/30/81 | 06/30/82 | 79DD1633C | 5.192000% | $259,600 | No | $259,600 | $0 |
| 06/30/81 | 06/30/82 | 1 | $5,000,000 | $0 | Walbrook Ins. Co. Ltd. | 06/30/81 | 06/30/82 | 79DD1633C | 38.440000% | $1,922,000 | No | $1,922,000 | $0 |
| 06/30/81 | 06/30/82 | 1 | $5,000,000 | $0 | St. Katherine Ins. Co. Ltd. | 06/30/81 | 06/30/82 | 79DD1633C | 7.792000% | $389,600 | No | $389,600 | $0 |
| 06/30/81 | 06/30/82 | 1 | $5,000,000 | $0 | Mutual Reinsurance Co. Ltd. | 06/30/81 | 06/30/82 | 79DD1633C | 9.352000% | $467,600 | No | $467,600 | $0 |
| 06/30/81 | 06/30/82 | 1 | $5,000,000 | $0 | Kraft Ins. Co. Ltd. | 06/30/81 | 06/30/82 | 79DD1633C | 10.392000% | $519,600 | No | $519,600 | $0 |
| 06/30/81 | 06/30/82 | 1 | $5,000,000 | $0 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/81 | 06/30/82 | 79DD1633C | 8.832000% | $441,600 | No | $441,600 | $0 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | Granite State Ins | 06/30/81 | 06/30/82 | SCU955978 | 5.000000% | $1,000,000 | No | $986,679 | $13,321 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/81 | 06/30/82 | 6481-5220 | 20.000000% | $4,000,000 | No | $3,946,716 | $53,284 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/81 | 06/30/82 | 80DD1643C | 3.208245% | $641,649 | No | $633,102 | $8,547 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | El Paso Ins. Co. Ltd. | 06/30/81 | 06/30/82 | 80DD1643C | 2.674570% | $534,914 | No | $527,788 | $7,126 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | Lexington Ins. Co. | 06/30/81 | 06/30/82 | 80DD1643C | 1.780980% | $356,196 | No | $351,451 | $4,745 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | Lloyds Underwriters | 06/30/81 | 06/30/82 | 80DD1643C | 6.007500% | $1,201,500 | No | $1,185,495 | $16,005 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | Bryanston Ins. Co. Ltd. | 06/30/81 | 06/30/82 | 80DD1643C | 11.216250% | $2,243,250 | No | $2,213,368 | $29,882 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | English & American Ins. Co. Ltd. | 06/30/81 | 06/30/82 | 80DD1643C | 1.784080% | $356,816 | No | $352,063 | $4,753 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | Cie Europeene D'Ass. Industrielles | 06/30/81 | 06/30/82 | 80DD1643C | 7.998750% | $1,599,750 | No | $1,578,440 | $21,310 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | Kraft Ins. Co. Ltd. | 06/30/81 | 06/30/82 | 80DD1643C | 0.533675% | $106,735 | No | $105,313 | $1,422 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | Winterthur Swiss Ins. Co. | 06/30/81 | 06/30/82 | 80DD1643C | 4.104940% | $820,988 | No | $810,052 | $10,936 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | Walbrook Ins. Co. Ltd. | 06/30/81 | 06/30/82 | 80DD1643C | 4.464855% | $892,971 | No | $881,076 | $11,895 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/81 | 06/30/82 | 80DD1643C | 7.306975% | $1,461,395 | No | $1,441,928 | $19,467 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | Louisville Ins. Co. Ltd. | 06/30/81 | 06/30/82 | 80DD1643C | 3.028285% | $605,657 | No | $597,589 | $8,068 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | Northbrook Ins Co | 06/30/81 | 06/30/82 | 63008153 | 2.140895% | $428,179 | No | $422,475 | $5,704 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Cie Europeene D'Ass. Industrielles | 06/30/81 | 06/30/82 | PY030181 | 18.750000% | $3,750,000 | No | $3,700,046 | $49,954 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | El Paso Ins. Co. Ltd. | 06/30/81 | 06/30/82 | PY030181 | 0.237580% | $59,395 | No | $0 | $59,395 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Kraft Ins. Co. Ltd. | 06/30/81 | 06/30/82 | PY030181 | 0.920368% | $230,092 | No | $0 | $230,092 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/81 | 06/30/82 | PY030181 | 1.899612% | $474,903 | No | $0 | $474,903 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Lexington Ins. Co. | 06/30/81 | 06/30/82 | PY030181 | 1.069112% | $267,278 | No | $0 | $267,278 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Winterthur Swiss Ins. Co. | 06/30/81 | 06/30/82 | PY030181 | 6.456000% | $1,614,000 | No | $0 | $1,614,000 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Lloyds Underwriters | 06/30/81 | 06/30/82 | PY030181 | 1.186872% | $296,718 | No | $0 | $296,718 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Stronghold Ins. Co. Ltd. | 06/30/81 | 06/30/82 | PY030181 | 29.491200% | $7,372,800 | No | $0 | $7,372,800 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/81 | 06/30/82 | PY030181 | 1.723200% | $430,800 | No | $0 | $430,800 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Louisville Ins. Co. Ltd. | 06/30/81 | 06/30/82 | PY030181 | 0.949292% | $237,323 | No | $0 | $237,323 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Bryanston Ins. Co. Ltd. | 06/30/81 | 06/30/82 | PY030181 | 0.712744% | $178,186 | No | $0 | $178,186 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Walbrook Ins. Co. Ltd. | 06/30/81 | 06/30/82 | PY030181 | 0.593952% | $148,488 | No | $0 | $148,488 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Granite State Ins | 06/30/81 | 06/30/82 | 6481-5221 | 2.760068% | $690,017 | No | $0 | $690,017 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Transit Casualty | 06/30/81 | 06/30/82 | SCU955979 | 8.000000% | $2,000,000 | No | $0 | $6,000,000 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | American Int'l Underwriter | 06/30/81 | 06/30/82 | 75-102641 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Hartford Insurance | 06/30/81 | 06/30/82 | 10XS102369 | 6.000000% | $1,500,000 | No | $0 | $1,500,000 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Gerling Konzern Ins | 06/30/81 | 06/30/82 | KJ10040. | 2.000000% | $500,000 | No | $0 | $500,000 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Winterthur Swiss Ins. Co. | 06/30/81 | 06/30/82 | 49/6409/01 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | El Paso Ins. Co. Ltd. | 06/30/81 | 06/30/82 | PY030281 | 0.053312% | $13,328 | No | $0 | $13,328 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Bryanston Ins. Co. Ltd. | 06/30/81 | 06/30/82 | PY030281 | 0.041344% | $10,336 | No | $0 | $10,336 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Walbrook Ins. Co. Ltd. | 06/30/81 | 06/30/82 | PY030281 | 0.026680% | $6,670 | No | $0 | $6,670 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Lloyds Underwriters | 06/30/81 | 06/30/82 | PY030281 | 0.123980% | $30,995 | No | $0 | $30,995 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Cie Europeene D'Ass. Industrielles | 06/30/81 | 06/30/82 | PY030281 | 14.608000% | $3,652,000 | No | $0 | $3,652,000 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Stronghold Ins. Co. Ltd. | 06/30/81 | 06/30/82 | PY030281 | 0.010672% | $2,668 | No | $0 | $2,668 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Louisville Ins. Co. Ltd. | 06/30/81 | 06/30/82 | PY030281 | 0.928000% | $232,000 | No | $0 | $232,000 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/81 | 06/30/82 | PY030281 | 0.032016% | $8,004 | No | $0 | $8,004 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/81 | 06/30/82 | PY030281 | 0.042640% | $10,660 | No | $0 | $10,660 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Kraft Ins. Co. Ltd. | 06/30/81 | 06/30/82 | PY030281 | 0.085328% | $21,332 | No | $0 | $21,332 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Integrity Insurance Co | 06/30/81 | 06/30/82 | XL203279 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Transit Casualty | 06/30/81 | 06/30/82 | SCU955980 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Natl Union Fire Pttsbrgh | 06/30/81 | 06/30/82 | 9602931 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Northbrook Ins Co | 06/30/81 | 06/30/82 | 63008154 | 28.000000% | $7,000,000 | No | $0 | $7,000,000 |

## ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Granite State Ins | 06/30/81 | 06/30/82 | 6481-5222 | 16.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | American Int'l Underwriter | 06/30/81 | 06/30/82 | 75-102642 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/81 | 06/30/82 | 5 | $25,000,000 | $75,000,000 | Hartford Insurance | 06/30/81 | 06/30/82 | 10XS102370 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/81 | 06/30/82 | 5 | $25,000,000 | $75,000,000 | Granite State Ins | 06/30/81 | 06/30/82 | 6481-5223 | 34.000000% | $8,500,000 | No | $0 | $8,500,000 |
| 06/30/81 | 06/30/82 | 5 | $25,000,000 | $75,000,000 | Ideal Mutual | 06/30/81 | 06/30/82 | 0076 | 12.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/81 | 06/30/82 | 5 | $25,000,000 | $75,000,000 | American Centennial | 06/30/81 | 06/30/82 | CC002418 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/81 | 06/30/82 | 5 | $25,000,000 | $75,000,000 | Nat'l Union Fire Pttsbrgh | 06/30/81 | 06/30/82 | 9602931. | 24.000000% | $6,000,000 | No | $0 | $6,000,000 |
| 06/30/81 | 06/30/82 | 5 | $25,000,000 | $75,000,000 | Transit Casualty | 06/30/81 | 06/30/82 | SCU955981 | 12.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/81 | 06/30/82 | 5 | $25,000,000 | $75,000,000 | Gibraltar Cas. Co. | 06/30/81 | 11/01/81 | GMX01275 | 10.000000% | $2,500,000 | No | $0 | $2,500,000 |
| 06/30/81 | 06/30/82 | 5 | $25,000,000 | $75,000,000 | Lexington Ins. Co. | 11/01/81 | 06/30/82 | KY003382 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/81 | 06/30/82 | 5 | $25,000,000 | $75,000,000 | CNA Reinsurance of London Ltd. | 11/01/81 | 06/30/82 | KY003382 | 6.000000% | $1,500,000 | No | $0 | $1,500,000 |
| 06/30/81 | 06/30/82 | 6 | $50,000,000 | $100,000,000 | Hartford Insurance | 06/30/81 | 06/30/82 | 10XS102371 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/81 | 06/30/82 | 6 | $50,000,000 | $100,000,000 | Associated International | 06/30/81 | 06/30/82 | AEL00208C | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/81 | 06/30/82 | 6 | $50,000,000 | $100,000,000 | Transit Casualty | 06/30/81 | 06/30/82 | SCU955982 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/81 | 06/30/82 | 6 | $50,000,000 | $100,000,000 | Nat'l Union Fire Pttsbrgh | 06/30/81 | 06/30/82 | 9602931... | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/81 | 06/30/82 | 6 | $50,000,000 | $100,000,000 | Federal Insurance Co | 06/30/81 | 06/30/82 | (82) 7922-7260 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/81 | 06/30/82 | 6 | $50,000,000 | $100,000,000 | Allianz Underwriters Ins | 06/30/81 | 06/30/82 | H0001428 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/81 | 06/30/82 | 6 | $50,000,000 | $100,000,000 | Fireman's Fund | 06/30/81 | 06/30/82 | XLX1481490 | 8.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/81 | 06/30/82 | 6 | $50,000,000 | $100,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/81 | 06/30/82 | KJ10040 | 6.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/81 | 06/30/82 | 6 | $50,000,000 | $100,000,000 | Birmingham Fire Ins Co | 06/30/81 | 06/30/82 | SE6073657 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/81 | 06/30/82 | 6 | $50,000,000 | $100,000,000 | Zurich Insurance Co | 06/30/81 | 06/30/82 | ZIB7631-81-C | 7.000000% | $3,500,000 | No | $0 | $3,500,000 |
| 06/30/81 | 06/30/82 | 6 | $50,000,000 | $100,000,000 | Lloyds Underwriters | 06/30/81 | 06/30/82 | PY003381 | 5.000000% | $2,500,000 | No | $0 | $2,500,000 |
| 06/30/81 | 06/30/82 | 6 | $50,000,000 | $100,000,000 | Centennial Ins Co | 06/30/81 | 06/30/82 | 462021419 | 8.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/81 | 06/30/82 | 6 | $50,000,000 | $100,000,000 | American Centennial | 06/30/81 | 06/30/82 | CC002419 | 8.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/81 | 06/30/82 | 7 | $50,000,000 | $150,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/81 | 06/30/82 | KJ10040. | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/81 | 06/30/82 | 7 | $50,000,000 | $150,000,000 | Continental Casualty Co. | 06/30/81 | 06/30/82 | RDX1784981 | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/81 | 06/30/82 | 7 | $50,000,000 | $150,000,000 | Protective Nat'l Ins Co | 06/30/81 | 06/30/82 | XUB1806925 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/81 | 06/30/82 | 7 | $50,000,000 | $150,000,000 | Fireman's Fund | 06/30/81 | 06/30/82 | XLX1481491 | 8.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/81 | 06/30/82 | 7 | $50,000,000 | $150,000,000 | Buffalo Reinsurance | 06/30/81 | 06/30/82 | BRS07551 | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/81 | 06/30/82 | 7 | $50,000,000 | $150,000,000 | Zurich Insurance Co | 06/30/81 | 06/30/82 | ZIB7632-81-C | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/81 | 06/30/82 | 7 | $50,000,000 | $150,000,000 | Nat'l Union Fire Pttsbrgh | 06/30/81 | 06/30/82 | 9602931... | 18.000000% | $9,000,000 | No | $0 | $9,000,000 |
| 06/30/81 | 06/30/82 | 7 | $50,000,000 | $150,000,000 | Federal Insurance Co | 06/30/81 | 06/30/82 | (82) 7922-7298 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/81 | 06/30/82 | 7 | $50,000,000 | $150,000,000 | Home Insurance Co | 06/30/81 | 06/30/82 | HEC1198526 (CITY) | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/81 | 06/30/82 | 8 | $50,000,000 | $200,000,000 | London Guarantee & Acc | 06/30/81 | 06/30/82 | LX3193640 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/81 | 06/30/82 | 8 | $50,000,000 | $200,000,000 | American Int'l Underwriter | 06/30/81 | 06/30/82 | 75-102643 | 14.000000% | $7,000,000 | No | $0 | $7,000,000 |
| 06/30/81 | 06/30/82 | 8 | $50,000,000 | $200,000,000 | Continental Ins Co | 06/30/81 | 06/30/82 | SRX3193093 | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/81 | 06/30/82 | 8 | $50,000,000 | $200,000,000 | Fireman's Fund | 06/30/81 | 06/30/82 | XLX1481492 | 14.000000% | $7,000,000 | No | $0 | $7,000,000 |
| 06/30/81 | 06/30/82 | 8 | $50,000,000 | $200,000,000 | Mission Insurance Co | 06/30/81 | 06/30/82 | M877286 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/81 | 06/30/82 | 8 | $50,000,000 | $200,000,000 | GEICO | 06/30/81 | 06/30/82 | GXU30031 | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/81 | 06/30/82 | 8 | $50,000,000 | $200,000,000 | Integrity Insurance Co | 06/30/81 | 06/30/82 | XL203280 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/81 | 06/30/82 | 8 | $50,000,000 | $200,000,000 | Home Insurance Co | 06/30/81 | 06/30/82 | HEC1198525 (CITY) | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| | | | | | | | | Period Totals: | | $252,499,999 | | $24,733,581 | $227,766,418 |

## ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/82 | 06/30/83 | 1 | $5,000,000 | $0 | Mutual Reinsurance Co. Ltd. | 06/30/82 | 06/30/83 | KY017582 | 7.744000% | $387,200 | No | $387,200 | $0 |
| 06/30/82 | 06/30/83 | 1 | $5,000,000 | $0 | Winterthur Swiss Ins. Co. | 06/30/82 | 06/30/83 | KY017582 | 8.600000% | $430,000 | No | $430,000 | $0 |
| 06/30/82 | 06/30/83 | 1 | $5,000,000 | $0 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017582 | 6.888000% | $344,400 | No | $344,400 | $0 |
| 06/30/82 | 06/30/83 | 1 | $5,000,000 | $0 | Louisville Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017582 | 6.448000% | $322,400 | No | $322,400 | $0 |
| 06/30/82 | 06/30/83 | 1 | $5,000,000 | $0 | El Paso Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017582 | 8.600000% | $430,000 | No | $430,000 | $0 |
| 06/30/82 | 06/30/83 | 1 | $5,000,000 | $0 | Cie Europeene D'Ass. Industrielles | 06/30/82 | 06/30/83 | KY017582 | 1.720000% | $86,000 | No | $86,000 | $0 |
| 06/30/82 | 06/30/83 | 1 | $5,000,000 | $0 | Walbrook Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017582 | 24.944000% | $1,247,200 | No | $1,247,200 | $0 |
| 06/30/82 | 06/30/83 | 1 | $5,000,000 | $0 | Kraft Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017582 | 15.056000% | $752,800 | No | $752,800 | $0 |
| 06/30/82 | 06/30/83 | 1 | $5,000,000 | $0 | Transit Casualty | 06/30/82 | 06/30/83 | LMB950239 | 20.000000% | $1,000,000 | No | $1,000,000 | $0 |
| 06/30/82 | 06/30/83 | 2 | $20,000,000 | $5,000,000 | Transit Casualty | 06/30/82 | 06/30/83 | SCU956259 | 23.750000% | $4,750,000 | No | $4,709,138 | $40,862 |
| 06/30/82 | 06/30/83 | 2 | $20,000,000 | $5,000,000 | Winterthur Swiss Ins. Co. | 06/30/82 | 06/30/83 | KY017782 | 3.854685% | $770,977 | No | $764,345 | $6,632 |
| 06/30/82 | 06/30/83 | 2 | $20,000,000 | $5,000,000 | Lexington Ins. Co. | 06/30/82 | 06/30/83 | KY017782 | 6.721875% | $1,344,375 | No | $1,332,810 | $11,565 |
| 06/30/82 | 06/30/83 | 2 | $20,000,000 | $5,000,000 | Lloyds Underwriters | 06/30/82 | 06/30/83 | KY017782 | 4.702500% | $940,500 | No | $932,409 | $8,091 |
| 06/30/82 | 06/30/83 | 2 | $20,000,000 | $5,000,000 | Cie Europeene D'Ass. Industrielles | 06/30/82 | 06/30/83 | KY017782 | 0.770975% | $154,195 | No | $152,869 | $1,326 |
| 06/30/82 | 06/30/83 | 2 | $20,000,000 | $5,000,000 | El Paso Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017782 | 3.854885% | $770,977 | No | $764,345 | $6,632 |
| 06/30/82 | 06/30/83 | 2 | $20,000,000 | $5,000,000 | Walbrook Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017782 | 11.180955% | $2,236,191 | No | $2,216,954 | $19,237 |
| 06/30/82 | 06/30/83 | 2 | $20,000,000 | $5,000,000 | English & American Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017782 | 8.966250% | $1,793,250 | No | $1,777,823 | $15,427 |
| 06/30/82 | 06/30/83 | 2 | $20,000,000 | $5,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/82 | 06/30/83 | KY017782 | 3.471185% | $694,237 | No | $688,265 | $5,972 |
| 06/30/82 | 06/30/83 | 2 | $20,000,000 | $5,000,000 | Kraft Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017782 | 6.748735% | $1,349,747 | No | $1,338,136 | $11,611 |
| 06/30/82 | 06/30/83 | 2 | $20,000,000 | $5,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017782 | 3.087490% | $617,498 | No | $612,186 | $5,312 |
| 06/30/82 | 06/30/83 | 2 | $20,000,000 | $5,000,000 | Louisville Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017782 | 2.890265% | $578,053 | No | $573,080 | $4,973 |
| 06/30/82 | 06/30/83 | 2 | $20,000,000 | $5,000,000 | Granite State Ins | 06/30/82 | 06/30/83 | 6482-5442 | 20.000000% | $4,000,000 | No | $3,965,590 | $34,410 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Gerling Konzern Ins | 06/30/82 | 06/30/83 | 49/6409/01. | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | American Int'l Underwriter | 06/30/82 | 06/30/83 | 75102158 | 8.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Hartford Insurance | 06/30/82 | 06/30/83 | 10XS102369. | 3.000000% | $1,500,000 | No | $0 | $1,500,000 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Transit Casualty | 06/30/82 | 06/30/83 | SCU956260 | 28.000000% | $14,000,000 | No | $0 | $14,000,000 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Integrity Insurance Co | 06/30/82 | 06/30/83 | XL204091 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Winterthur Swiss Ins. Co. | 06/30/82 | 06/30/83 | KY017882 | 0.967672% | $483,836 | No | $0 | $483,836 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Kraft Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017882 | 1.694102% | $847,051 | No | $0 | $847,051 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Lloyds Underwriters | 06/30/82 | 06/30/83 | KY017882 | 0.725528% | $362,764 | No | $0 | $362,764 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017882 | 16.736002% | $8,368,000 | No | $0 | $8,368,000 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | El Paso Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017882 | 0.775038% | $387,519 | No | $0 | $387,519 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/82 | 06/30/83 | KY017882 | 0.967672% | $483,836 | No | $0 | $483,836 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Stronghold Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017882 | 0.871354% | $435,677 | No | $0 | $435,677 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Lexington Ins. Co. | 06/30/82 | 06/30/83 | KY017882 | 1.564800% | $782,400 | No | $0 | $782,400 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Cie Europeene D'Ass. Industrielles | 06/30/82 | 06/30/83 | KY017882 | 4.697600% | $2,348,800 | No | $0 | $2,348,800 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Walbrook Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017882 | 0.193534% | $96,767 | No | $0 | $96,767 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Guarantee Insurance Co | 06/30/82 | 06/30/83 | KY017882 | 2.806698% | $1,403,349 | No | $0 | $1,403,349 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Natl Union Fire Pttsbrgh | 06/30/82 | 06/30/83 | SL0950030 | 1.000000% | $500,000 | No | $0 | $500,000 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Granite State Ins | 06/30/82 | 06/30/83 | 9603133 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | Zurich Insurance Co | 06/30/82 | 06/30/83 | Z(87631-82-C | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | American Centennial | 06/30/82 | 06/30/83 | CC005317 | 4.666667% | $3,500,000 | No | $0 | $3,500,000 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | Granite State Ins | 06/30/82 | 06/30/83 | 6482-5444 | 6.666667% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | Fireman's Fund | 06/30/82 | 06/30/83 | XLX1532474 | 18.000000% | $13,500,000 | No | $0 | $13,500,000 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | Allianz Underwriters Ins | 06/30/82 | 06/30/83 | C7300025 | 5.333333% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | Transit Casualty | 06/30/82 | 06/30/83 | SCU956261 | 1.333333% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | Birmingham Fire Ins Co | 06/30/82 | 06/30/83 | SE6073957 | 5.333333% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | Lexington Ins. Co. | 06/30/82 | 06/30/83 | KY01982 | 2.666667% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | Lexington Ins. Co. | 06/30/82 | 06/30/83 | KY01982 | 11.856000% | $8,892,000 | No | $0 | $8,892,000 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | Midland Insurance Co | 06/30/82 | 06/30/83 | XL739548 | 1.477333% | $1,108,000 | No | $0 | $1,108,000 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | Natl Union Fire Pttsbrgh | 06/30/82 | 06/30/83 | 9603133. | 21.333333% | $16,000,000 | No | $0 | $16,000,000 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | Guarantee Insurance Co | 06/30/82 | 06/30/83 | SL0950031 | 4.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | Ideal Mutual | 06/30/82 | 06/30/83 | 0109 | 4.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | Centennial Ins | 06/30/82 | 06/30/83 | 462023979 | 5.333333% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | Hartford Insurance | 06/30/82 | 06/30/83 | 10XS102370. | 4.000000% | $3,000,000 | No | $0 | $3,000,000 |

ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/82 | 06/30/83 | 5 | $100,000,000 | $150,000,000 | Fireman's Fund | 06/30/82 | 06/30/83 | XLX1532475 | 11.000000% | $11,000,000 | No | $0 | $11,000,000 |
| 06/30/82 | 06/30/83 | 5 | $100,000,000 | $150,000,000 | Continental Casualty Co. | 06/30/82 | 06/30/83 | RDX1785056 | 10.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/82 | 06/30/83 | 5 | $100,000,000 | $150,000,000 | GEICO | 06/30/82 | 06/30/83 | GXU30152 | 10.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/82 | 06/30/83 | 5 | $100,000,000 | $150,000,000 | Integrity Insurance Co | 06/30/82 | 06/30/83 | XL204091. | 3.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/82 | 06/30/83 | 5 | $100,000,000 | $150,000,000 | Continental Ins Co | 06/30/82 | 06/30/83 | SRX1591702 | 15.000000% | $15,000,000 | No | $0 | $15,000,000 |
| 06/30/82 | 06/30/83 | 5 | $100,000,000 | $150,000,000 | Buffalo Reinsurance | 06/30/82 | 06/30/83 | BR508040 | 10.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/82 | 06/30/83 | 5 | $100,000,000 | $150,000,000 | Natl Union Fire Pittsbrgh | 06/30/82 | 06/30/83 | 9603133.. | 9.000000% | $9,000,000 | No | $0 | $9,000,000 |
| 06/30/82 | 06/30/83 | 5 | $100,000,000 | $150,000,000 | American Int'l Underwriter | 06/30/82 | 06/30/83 | 75102159 | 7.000000% | $7,000,000 | No | $0 | $7,000,000 |
| 06/30/82 | 06/30/83 | 5 | $100,000,000 | $150,000,000 | Protective Nat'l Ins Co | 06/30/82 | 06/30/83 | XUB1807108 | 5.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/82 | 06/30/83 | 5 | $100,000,000 | $150,000,000 | Mission Insurance Co | 06/30/82 | 06/30/83 | M885801 | 5.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/82 | 06/30/83 | 5 | $100,000,000 | $150,000,000 | London Guarantee & Acc | 06/30/82 | 06/30/83 | LX1898010 | 5.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/82 | 06/30/83 | 5 | $100,000,000 | $150,000,000 | Home Insurance Co | 06/30/82 | 06/30/83 | HEC1199602 | 10.000000% | $10,000,000 | No | $0 | $10,000,000 |

Period Totals:    $249,999,999    $24,827,948    $225,172,051

ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/83 | 06/30/84 | 1 | $5,000,000 | $0 | Kraft Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY017582 | 15.056000% | $752,800 | No | $752,800 | $0 |
| 06/30/83 | 06/30/84 | 1 | $5,000,000 | $0 | Winterthur Swiss Ins. Co. | 06/30/83 | 06/30/84 | KY017582 | 8.600000% | $430,000 | No | $430,000 | $0 |
| 06/30/83 | 06/30/84 | 1 | $5,000,000 | $0 | Walbrook Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY017582 | 24.944000% | $1,247,200 | No | $1,247,200 | $0 |
| 06/30/83 | 06/30/84 | 1 | $5,000,000 | $0 | El Paso Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY017582 | 8.600000% | $430,000 | No | $430,000 | $0 |
| 06/30/83 | 06/30/84 | 1 | $5,000,000 | $0 | Louisville Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY017582 | 6.448000% | $322,400 | No | $322,400 | $0 |
| 06/30/83 | 06/30/84 | 1 | $5,000,000 | $0 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY017582 | 6.888000% | $344,400 | No | $344,400 | $0 |
| 06/30/83 | 06/30/84 | 1 | $5,000,000 | $0 | Cie Europeene D'Ass. Industrielles | 06/30/83 | 06/30/84 | KY017582 | 1.720000% | $86,000 | No | $86,000 | $0 |
| 06/30/83 | 06/30/84 | 1 | $5,000,000 | $0 | Mutual Reinsurance Co. Ltd. | 06/30/83 | 06/30/84 | KY017582 | 7.744000% | $387,200 | No | $387,200 | $0 |
| 06/30/83 | 06/30/84 | ·1 | $5,000,000 | $0 | Transit Casualty | 06/30/83 | 06/30/84 | UMB950239 | 20.000000% | $1,000,000 | No | $1,000,000 | $0 |
| 06/30/83 | 06/30/84 | 2 | $20,000,000 | $5,000,000 | Transit Casualty | 06/30/83 | 06/30/84 | SCU956535 | 23.750000% | $4,750,000 | No | $4,750,000 | $0 |
| 06/30/83 | 06/30/84 | 2 | $20,000,000 | $5,000,000 | Granite State Ins | 06/30/83 | 06/30/84 | 6483-5666 | 20.000000% | $4,000,000 | No | $4,000,000 | $0 |
| 06/30/83 | 06/30/84 | 2 | $20,000,000 | $5,000,000 | Louisville Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY017782 | 2.890265% | $578,053 | No | $578,053 | $0 |
| 06/30/83 | 06/30/84 | 2 | $20,000,000 | $5,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY017782 | 3.087490% | $617,498 | No | $617,498 | $0 |
| 06/30/83 | 06/30/84 | 2 | $20,000,000 | $5,000,000 | Lloyds Underwriters | 06/30/83 | 06/30/84 | KY017782 | 4.702500% | $940,500 | No | $940,500 | $0 |
| 06/30/83 | 06/30/84 | 2 | $20,000,000 | $5,000,000 | El Paso Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY017782 | 3.854885% | $770,977 | No | $770,977 | $0 |
| 06/30/83 | 06/30/84 | 2 | $20,000,000 | $5,000,000 | Winterthur Swiss Ins. Co. | 06/30/83 | 06/30/84 | KY017782 | 3.854885% | $770,977 | No | $770,977 | $0 |
| 06/30/83 | 06/30/84 | 2 | $20,000,000 | $5,000,000 | Kraft Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY017782 | 6.748735% | $1,349,747 | No | $1,349,747 | $0 |
| 06/30/83 | 06/30/84 | 2 | $20,000,000 | $5,000,000 | English & American Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY017782 | 11.180955% | $2,236,191 | No | $2,236,191 | $0 |
| 06/30/83 | 06/30/84 | 2 | $20,000,000 | $5,000,000 | Cie Europeene D'Ass. Industrielles | 06/30/83 | 06/30/84 | KY017782 | 8.966250% | $1,793,250 | No | $1,793,250 | $0 |
| 06/30/83 | 06/30/84 | 2 | $20,000,000 | $5,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/83 | 06/30/84 | KY017782 | 0.770975% | $154,195 | No | $154,195 | $0 |
| 06/30/83 | 06/30/84 | 2 | $20,000,000 | $5,000,000 | Lexington Ins. Co. | 06/30/83 | 06/30/84 | KY017782 | 6.721875% | $1,344,375 | No | $1,344,375 | $0 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | American Int'l Underwriter | 06/30/83 | 06/30/84 | 75103044 | 8.000000% | $4,000,000 | No | $2,970 | $3,997,030 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Winterthur Swiss Ins. Co | 06/30/83 | 06/30/84 | KY048183 | 1.236268% | $618,134 | No | $459 | $617,675 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Kraft Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY048183 | 2.164330% | $1,082,165 | No | $804 | $1,081,361 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Ludgate Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY048183 | 0.741760% | $370,880 | No | $275 | $370,605 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/83 | 06/30/84 | KY048183 | 1.113216% | $556,608 | No | $413 | $556,195 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY048183 | 0.990164% | $495,082 | No | $368 | $494,714 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Stronghold Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY048183 | 2.000000% | $1,000,000 | No | $743 | $999,257 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | British National Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY048183 | 4.000000% | $2,000,000 | No | $1,485 | $1,998,515 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Louisville Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY048183 | 0.926912% | $463,456 | No | $344 | $463,112 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Lloyds Underwriters | 06/30/83 | 06/30/84 | KY048183 | 8.499840% | $4,249,920 | No | $3,156 | $4,246,764 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Lexington Ins. Co. | 06/30/83 | 06/30/84 | KY048183 | 6.000000% | $3,000,000 | No | $2,228 | $2,997,772 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | El Paso Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY048183 | 1.236268% | $618,134 | No | $459 | $617,675 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Cie Europeene D'Ass. Industrielles | 06/30/83 | 06/30/84 | KY048183 | 0.247254% | $123,627 | No | $92 | $123,535 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Walbrook Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY048183 | 2.843990% | $1,421,995 | No | $1,056 | $1,420,939 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Natl Union Fire Pittsbrgh | 06/30/83 | 06/30/84 | 9607141 | 2.000000% | $1,000,000 | No | $743 | $999,257 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Birmingham Fire Ins Co | 06/30/83 | 06/30/84 | SE6074145 | 1.000000% | $500,000 | No | $371 | $499,629 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Integrity Insurance Co | 06/30/83 | 06/30/84 | XL207784 | 4.000000% | $2,000,000 | No | $1,485 | $1,998,515 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Granite State Ins | 06/30/83 | 06/30/84 | 6483-5667 | 20.000000% | $10,000,000 | No | $7,426 | $9,992,574 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Transit Casualty | 06/30/83 | 06/30/84 | SCU956536 | 28.000000% | $14,000,000 | No | $10,396 | $13,989,604 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Gerling Konzern Ins | 06/30/83 | 06/30/84 | 49/6409/01. | 2.000000% | $1,000,000 | No | $743 | $999,257 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Hartford Insurance | 06/30/83 | 06/30/84 | 10XS102369. | 3.000000% | $1,500,000 | No | $1,114 | $1,498,886 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Fireman's Fund | 06/30/83 | 06/30/84 | XLX1532227 | 5.333333% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Zurich Insurance Co | 06/30/83 | 06/30/84 | ZIB-70-631-83-C | 4.666667% | $3,500,000 | No | $0 | $3,500,000 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Midland Insurance Co | 06/30/83 | 06/30/84 | XL748917 | 4.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Century Indemnity Co | 06/30/83 | 06/30/84 | CIZ426249 | 5.000000% | $3,750,000 | No | $0 | $3,750,000 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Dairyland Insurance Co | 06/30/83 | 06/30/84 | XL17275 | 2.666667% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Republic Insurance Co | 06/30/83 | 06/30/84 | CDE0749 | 4.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Granite State Ins | 06/30/83 | 06/30/84 | 6483-5668 | 18.000000% | $13,500,000 | No | $0 | $13,500,000 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Transit Casualty | 06/30/83 | 06/30/84 | SCU956537 | 5.333333% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Natl Union Fire Pittsbrgh | 06/30/83 | 06/30/84 | 9607141. | 16.333333% | $12,250,000 | No | $0 | $12,250,000 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Lloyds Underwriters | 06/30/83 | 06/30/84 | KY048283 | 8.215733% | $6,161,800 | No | $0 | $6,161,800 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Lexington Ins. Co. | 06/30/83 | 06/30/84 | KY048283 | 2.693333% | $2,020,000 | No | $0 | $2,020,000 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | British National Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY048283 | 2.424267% | $1,818,200 | No | $0 | $1,818,200 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Allianz Underwriters Ins | 06/30/83 | 06/30/84 | C7300025 | 1.333333% | $1,000,000 | No | $0 | $1,000,000 |

ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Hartford Insurance | 06/30/83 | 06/30/84 | 10XS102370. | 4.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Birmingham Fire Ins Co | 06/30/83 | 06/30/84 | SE6074146 | 3.200000% | $2,400,000 | No | $0 | $2,400,000 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Birmingham Fire Ins Co | 06/30/83 | 06/30/84 | SE6074116 | 2.666667% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Royal Insurance Co | 06/30/83 | 06/30/84 | ED102071. | 3.466667% | $2,600,000 | No | $0 | $2,600,000 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | American Centennial | 06/30/83 | 06/30/84 | CC015780 | 6.666667% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | Nat'l Union Fire Pttsbrgh | 06/30/83 | 06/30/84 | 9607141.. | 5.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | Protective Nat'l Ins Co | 06/30/83 | 06/30/84 | XUB1807216 | 5.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | Midland Insurance Co | 06/30/83 | 06/30/84 | XL748919 | 2.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | London Guarantee & Acc | 06/30/83 | 06/30/84 | LX2107836 | 5.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | Continental Casualty Co. | 06/30/83 | 06/30/84 | RDX1785096 | 8.000000% | $8,000,000 | No | $0 | $8,000,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | INA | 06/30/83 | 06/30/84 | XCP145667 | 4.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | Illinois National | 06/30/83 | 06/30/84 | 886-7134 | 5.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | Fireman's Fund | 06/30/83 | 06/30/84 | XLX1532228 | 11.000000% | $11,000,000 | No | $0 | $11,000,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | GEICO | 06/30/83 | 06/30/84 | GXU30267 | 10.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | Republic Insurance Co | 06/30/83 | 06/30/84 | CDE0750 | 6.600000% | $6,600,000 | No | $0 | $6,600,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | National Casualty Co. of America | 06/30/83 | 06/30/84 | XU000042 | 4.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | American Int'l Underwriter | 06/30/83 | 06/30/84 | 75103045 | 7.000000% | $7,000,000 | No | $0 | $7,000,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | Continental Ins Co | 06/30/83 | 06/30/84 | SRX1591976 | 15.000000% | $15,000,000 | No | $0 | $15,000,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | Royal Insurance Co | 06/30/83 | 06/30/84 | ED102071 | 7.400000% | $7,400,000 | No | $0 | $7,400,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | Twin City Fire Ins Co | 06/30/83 | 06/30/84 | 97CXS100005 | 5.000000% | $5,000,000 | No | $0 | $5,000,000 |

Period Totals:    $250,000,001                $25,037,128    $224,962,873

## ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/84 | 06/30/85 | 1 | $5,000,000 | $0 | Mutual Reinsurance Co. Ltd. | 06/30/84 | 06/30/85 | KY017582 | 7.744000% | $387,200 | No | $387,200 | $0 |
| 06/30/84 | 06/30/85 | 1 | $5,000,000 | $0 | Cie Europeene D'Ass. Industrielles | 06/30/84 | 06/30/85 | KY017582 | 1.720000% | $86,000 | No | $86,000 | $0 |
| 06/30/84 | 06/30/85 | 1 | $5,000,000 | $0 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY017582 | 6.888000% | $344,400 | No | $344,400 | $0 |
| 06/30/84 | 06/30/85 | 1 | $5,000,000 | $0 | Louisville Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY017582 | 6.448000% | $322,400 | No | $322,400 | $0 |
| 06/30/84 | 06/30/85 | 1 | $5,000,000 | $0 | Kraft Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY017582 | 15.056000% | $752,800 | No | $752,800 | $0 |
| 06/30/84 | 06/30/85 | 1 | $5,000,000 | $0 | El Paso Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY017582 | 8.600000% | $430,000 | No | $430,000 | $0 |
| 06/30/84 | 06/30/85 | 1 | $5,000,000 | $0 | Walbrook Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY017582 | 24.944000% | $1,247,200 | No | $1,247,200 | $0 |
| 06/30/84 | 06/30/85 | 1 | $5,000,000 | $0 | Winterthur Swiss Ins. Co. | 06/30/84 | 06/30/85 | KY017582 | 8.600000% | $430,000 | No | $430,000 | $0 |
| 06/30/84 | 06/30/85 | 1 | $5,000,000 | $0 | Pacific Employers Ins Co | 06/30/84 | 06/30/85 | XM0017204 | 5.000000% | $250,000 | No | $250,000 | $0 |
| 06/30/84 | 06/30/85 | 1 | $5,000,000 | $0 | Transit Casualty | 06/30/84 | 06/30/85 | UMB950239. | 15.000000% | $750,000 | No | $750,000 | $0 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | Granite State Ins | 06/30/84 | 06/30/85 | 6484-5867 | 23.750000% | $4,750,000 | No | $4,732,416 | $17,584 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | Transit Casualty | 06/30/84 | 06/30/85 | SCU956881 | 6.250000% | $1,250,000 | No | $1,245,373 | $4,627 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | Pacific Employers Ins Co | 06/30/84 | 06/30/85 | XCC012283 | 8.750000% | $1,750,000 | No | $1,743,522 | $6,478 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | Louisville Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY017782 | 2.890265% | $578,053 | No | $575,913 | $2,140 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | English & American Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY017782 | 11.180955% | $2,236,191 | No | $2,227,913 | $8,278 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY017782 | 8.966250% | $1,793,250 | No | $1,786,611 | $6,639 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | Winterthur Swiss Ins. Co. | 06/30/84 | 06/30/85 | KY017782 | 3.087490% | $617,498 | No | $615,212 | $2,296 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | Lexington Ins. Co. | 06/30/84 | 06/30/85 | KY017782 | 3.854885% | $770,977 | No | $768,123 | $2,854 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/84 | 06/30/85 | KY017782 | 6.721875% | $1,344,375 | No | $1,339,398 | $4,977 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | Cie Europeene D'Ass. industrielles | 06/30/84 | 06/30/85 | KY017782 | 3.471185% | $694,237 | No | $691,667 | $2,570 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | Kraft Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY017782 | 0.770975% | $154,195 | No | $153,624 | $571 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | Lloyds Underwriters | 06/30/84 | 06/30/85 | KY017782 | 6.748735% | $1,349,747 | No | $1,344,750 | $4,997 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | El Paso Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY017782 | 4.702500% | $940,500 | No | $937,018 | $3,482 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | Continental Casualty Co. | 06/30/84 | 06/30/85 | RDX1784529 | 5.000000% | $1,000,000 | No | $996,298 | $3,702 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | International Insurance | 05/30/84 | 06/30/85 | 522-036121-5 | 20.000000% | $10,000,000 | Yes | $0 | $10,000,000 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Transamerica Co. | 06/30/84 | 06/30/85 | USE13397786 | 8.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Nat'l Union Fire Pittsbrgh | 06/30/84 | 06/30/85 | 9607216 | 4.000000% | $2,000,000 | Yes | $0 | $2,000,000 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Federal Insurance Co | 06/30/84 | 06/30/85 | 7928-26-20 | 1.000000% | $500,000 | No | $0 | $500,000 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Integrity Insurance Co | 06/30/84 | 06/30/85 | XL208827 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Zurich Insurance Co | 06/30/84 | 06/30/85 | Zi870964-84-C | 13.000000% | $6,500,000 | No | $0 | $6,500,000 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | American Int'l Underwriter | 06/30/84 | 06/30/85 | 75103845 | 11.000000% | $5,500,000 | No | $0 | $6,500,000 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Granite State Ins | 06/30/84 | 06/30/85 | 6484-5866 | 9.100000% | $4,550,000 | No | $0 | $4,550,000 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Birmingham Fire Ins Co | 06/30/84 | 06/30/85 | SE0074398 | 3.775000% | $1,887,500 | Yes | $0 | $1,887,500 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | British National Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY048183 | 3.860000% | $1,930,000 | No | $0 | $1,930,000 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY048183 | 0.955516% | $477,758 | No | $0 | $477,758 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Lloyds Underwriters | 06/30/84 | 06/30/85 | KY048183 | 7.237258% | $3,618,629 | No | $0 | $3,618,629 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Winterthur Swiss Ins. Co. | 06/30/84 | 06/30/85 | KY048183 | 1.193008% | $596,504 | No | $0 | $596,504 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Louisville Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY048183 | 0.894478% | $447,239 | No | $0 | $447,239 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Folksam International Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY048183 | 0.965000% | $482,500 | No | $0 | $482,500 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | El Paso Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY048183 | 1.193000% | $596,504 | No | $0 | $596,504 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Ludgate Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY048183 | 0.715804% | $357,902 | No | $0 | $357,902 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Walbrook Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY048183 | 2.744472% | $1,372,236 | No | $0 | $1,372,236 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Ancon Ins. Co. (U.K.) | 06/30/84 | 06/30/85 | KY048183 | 0.965000% | $482,500 | No | $0 | $482,500 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Cie Europeene D'Ass. industrielles | 06/30/84 | 06/30/85 | KY048183 | 0.238602% | $119,301 | No | $0 | $119,301 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/84 | 06/30/85 | KY048183 | 1.074262% | $537,131 | No | $0 | $537,131 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Kraft Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY048183 | 2.088594% | $1,044,297 | No | $0 | $1,044,297 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Midland Insurance Co | 06/30/84 | 06/30/85 | XL770372 | 2.000000% | $1,000,000 | Yes | $0 | $1,000,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Transamerica Ins Co. | 06/30/84 | 06/30/85 | USE13397798 | 1.333333% | $1,000,000 | Yes | $0 | $1,000,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Hartford Insurance | 06/30/84 | 06/30/85 | 10XS103326 | 4.000000% | $3,000,000 | Yes | $0 | $3,000,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Royale Belge S.A. | 06/30/84 | 06/30/85 | 1251427 | 1.500000% | $1,125,000 | No | $0 | $1,125,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | London Guarantee & Acc | 06/30/84 | 06/30/85 | LX2110809 | 13.333333% | $10,000,000 | Yes | $0 | $10,000,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Granite State Ins | 06/30/84 | 06/30/85 | 6484-5890 | 3.500000% | $2,625,000 | No | $0 | $2,625,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | American Int'l Underwriter | 06/30/84 | 06/30/85 | 75103864 | 9.333333% | $7,000,000 | No | $0 | $7,000,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Allianz Underwriters Ins | 06/30/84 | 06/30/85 | C7300025 | 1.333333% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Midland Insurance Co | 06/30/84 | 06/30/85 | XL770373 | 8.000000% | $6,000,000 | Yes | $0 | $6,000,000 |

ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Industrial Indemnity | 06/30/84 | 06/30/85 | JE8843126 | 6.666667% | $5,000,000 | Yes | $0 | $5,000,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Lloyds Underwriters | 06/30/84 | 06/30/85 | KY048283 | 7.000000% | $5,250,000 | No | $0 | $5,250,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Evanston Insurance Co | 06/30/84 | 06/30/85 | EX11452 | 2.666667% | $2,000,000 | Yes | $0 | $2,000,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Zurich Insurance Co | 06/30/84 | 06/30/85 | ZIB70631-84-C | 4.666667% | $3,500,000 | No | $0 | $3,500,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Birmingham Fire Ins Co | 06/30/84 | 06/30/85 | SE6074318 | 2.666667% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Wausau Insurance Co | 06/30/84 | 06/30/85 | 573500101008 | 13.333333% | $10,000,000 | Yes | $0 | $10,000,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | New England Reins Corp | 06/30/84 | 06/30/85 | NE000081 | 2.000000% | $1,500,000 | Yes | $0 | $1,500,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Republic Insurance Co | 06/30/84 | 06/30/85 | CDE1000 | 6.666667% | $5,000,000 | Yes | $0 | $5,000,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Haftpflichverband | 06/30/84 | 06/30/85 | EWI1067 | 1.333333% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Transit Casualty | 06/30/84 | 06/30/85 | SCU956882 | 9.333333% | $7,000,000 | No | $0 | $7,000,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | American Centennial | 06/30/84 | 06/30/85 | CC015996 | 1.333333% | $1,000,000 | Yes | $0 | $1,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | California Union Ins Co | 06/30/84 | 06/30/85 | ZCX007225 | 6.666667% | $10,000,000 | Yes | $0 | $10,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Fireman's Fund | 06/30/84 | 06/30/85 | XLX1688067 | 6.666667% | $10,000,000 | Yes | $0 | $10,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Transit Casualty | 06/30/84 | 06/30/85 | SCU956883 | 1.333333% | $2,000,000 | Yes | $0 | $2,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | New England Reins Corp | 06/30/84 | 06/30/85 | NE000082 | 3.333333% | $5,000,000 | Yes | $0 | $5,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | First State Ins Co | 06/30/84 | 06/30/85 | EU001538 | 3.333333% | $5,000,000 | Yes | $0 | $5,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Arab Insurance Group | 06/30/84 | 06/30/85 | 3900077100 | 1.000000% | $1,500,000 | Yes | $0 | $1,500,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Allianz Underwriters Ins | 06/30/84 | 06/30/85 | AUX5203042 | 5.333333% | $8,000,000 | Yes | $0 | $8,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | INA | 06/30/84 | 06/30/85 | XCP156206 | 5.333333% | $8,000,000 | Yes | $0 | $8,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Aetna Casualty & Surety | 06/30/84 | 06/30/85 | 01XN4270WCA | 13.250000% | $19,875,000 | Yes | $0 | $19,875,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Federal Insurance Co | 06/30/84 | 06/30/85 | 7928-26-20. | 1.333333% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Evanston Insurance Co | 06/30/84 | 06/30/85 | EX11453 | 2.000000% | $3,000,000 | Yes | $0 | $3,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Industrial Indemnity | 06/30/84 | 06/30/85 | JE8843127 | 3.333333% | $5,000,000 | Yes | $0 | $5,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Nat'l Union Fire Pttsbrgh | 06/30/84 | 06/30/85 | 9607216. | 3.416667% | $5,125,000 | Yes | $0 | $5,125,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Safety Mutual Cas. Co | 06/30/84 | 06/30/85 | UF1257NY | 3.333333% | $5,000,000 | Yes | $0 | $5,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Continental Ins Co | 06/30/84 | 06/30/85 | SRX1592218 | 8.000000% | $12,000,000 | Yes | $0 | $12,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Transport Indemnity | 06/30/84 | 06/30/85 | TEL00909C | 3.333333% | $5,000,000 | Yes | $0 | $5,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Gibraltar Cas. Co. | 06/30/84 | 06/30/85 | GMX02683 | 3.333333% | $5,000,000 | Yes | $0 | $5,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Continental Casualty Co. | 06/30/84 | 06/30/85 | RDX1784530 | 5.666667% | $8,500,000 | Yes | $0 | $8,500,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Royal Insurance Co | 06/30/84 | 06/30/85 | ED102834 | 6.666667% | $10,000,000 | Yes | $0 | $10,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Pacific Insurance Co | 06/30/84 | 06/30/85 | P103100 | 6.666667% | $10,000,000 | Yes | $0 | $10,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Atlanta Int'l Ins Co | 06/30/84 | 05/17/85 | XL06282 | 3.333333% | $5,000,000 | Yes | $0 | $5,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Atlanta Int'l Ins Co | 05/17/85 | 06/30/85 | XL06282 | 2.666667% | $4,000,000 | Yes | $0 | $4,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Home Insurance Co | 06/30/84 | 06/30/85 | HXL1638423 | 3.333333% | $5,000,000 | Yes | $0 | $5,000,000 |

| | | | | | | | | Period Totals: | | $304,000,001 | | $24,925,960 | $279,074,041 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Report Totals: | | $2,761,000,002 | | $761,226,983 | $1,999,773,019 |

## ATTACHMENT C

### BELL CURVE ALLOCATION PERCENTAGES

| Policy Period | Property Damage | | Bodily Injury | |
|---|---|---|---|---|
| | Defense | Indemnity | Defense | Indemnity |
| 10/20/57 – 10/20/58 | 1.4285268693% | 2.7954283063% | 2.8656547028% | 2.8656547028% |
| 10/20/58 – 10/20/59 | 1.4452085856% | 2.6389683383% | 2.9649595687% | 2.9649595687% |
| 10/20/59 – 10/20/60 | 2.4751451744% | 2.3178221660% | 3.0358916158% | 3.0358916158% |
| 10/20/60 – 10/20/61 | 1.8531472498% | 2.3429405549% | 3.1086236629% | 3.1086236629% |
| 10/20/61 – 10/20/62 | 3.0637909717% | 3.7736076640% | 3.1635693006% | 3.1635693006% |
| 10/20/62 – 10/20/63 | 2.0815544676% | 2.2899168230% | 3.2203149383% | 3.2203149383% |
| 10/20/63 – 10/20/64 | 3.2397750864% | 3.1004920709% | 3.2912469854% | 3.2912469854% |
| 10/20/64 – 10/20/65 | 4.2234429422% | 3.3210804293% | 3.3763654419% | 3.3763654419% |
| 10/20/65 – 10/20/66 | 3.7850776941% | 3.4739420298% | 3.4472974890% | 3.4472974890% |
| 10/20/66 – 10/20/67 | 4.4556363554% | 4.4474728459% | 3.5182295361% | 3.5182295361% |
| 10/20/67 – 10/20/68 | 8.2162319005% | 6.2761758807% | 3.5891615832% | 3.5891615832% |
| 10/20/68 – 10/20/69 | 6.4794228035% | 6.4499834801% | 3.6459072209% | 3.6459072209% |
| 10/20/69 – 10/20/70 | 6.6505417191% | 4.9002817361% | 3.6884664491% | 3.6884664491% |
| 10/20/70 – 06/30/71 | 8.8843929066% | 5.4954180701% | 3.7310256774% | 3.7310256774% |
| 06/30/71 – 06/30/72 | 19.4047170188% | 19.8056233221% | 3.7593984962% | 3.7593984962% |
| 06/30/72 – 06/30/73 | 11.9204602238% | 14.9242812303% | 3.8161441339% | 3.8161441339% |
| 06/30/73 – 06/30/74 | | | 3.8303305433% | 3.8303305433% |
| 06/30/74 – 06/30/75 | | | 3.8445169528% | 3.8445169528% |
| 06/30/75 – 06/30/76 | | | 3.8445169528% | 3.8445169528% |
| 06/30/76 – 06/30/77 | | | 3.8587033622% | 3.8587033622% |
| 06/30/77 – 06/30/78 | | | 3.8587033622% | 3.8587033622% |
| 06/30/78 – 06/30/79 | | | 3.8587033622% | 3.8587033622% |
| 06/30/79 – 06/30/80 | | | 3.8445169528% | 3.8445169528% |
| 06/30/80 – 06/30/81 | | | 3.8445169528% | 3.8445169528% |
| 06/30/81 – 06/30/82 | | | 3.8303305433% | 3.8303305433% |
| 06/30/82 – 06/30/83 | | | 3.7877713151% | 3.7877713151% |
| 06/30/83 – 06/30/84 | | | 3.7310256774% | 3.7310256774% |
| 06/30/84 – 06/30/85 | | | 3.6459072209% | 3.6459072209% |