## Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

August 03, 2010

In Reference To:  Bankruptcy Fee Audit Case #01-1139 (JKF)
Invoice #10054

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/1/2010 | AL | Draft WHSA's Monthly Invoice for the Month of June | 0.50 | 22.50 |
|  | AL | Update database with Steptoe's January (.2) February (.2) and March (.2) fee applications (hard copies); Day Pitney's May fee application (hard copy) (.2); Beveridge's 36Q fee application (hard copy) (.2); Kramer's May fee application (electronic pdf only) (.1) | 1.10 | 49.50 |
|  | JAW | Proofread WHSmith June 2010 fee detail and Notice (0.2); draft summary of same (0.1) | 0.30 | 45.75 |
| 7/2/2010 | MW | Draft monthly fee application of WHSA (.8); preliminary review of same (.3); send same to J. Wehrmann for review (.1). | 1.20 | 168.00 |
|  | AL | Update database with Rich's June electronic detail (.1); Beveridge's April (.2) and May (.2) fee applications (hard copies) | 0.50 | 22.50 |
| 7/6/2010 | AL | Update database with K&E's May fee application (hard copy) | 0.20 | 9.00 |
|  | AL | Electronic filing with the Court of WHSA's June Invoice | 0.40 | 18.00 |
|  | AL | Update database with Capstone's May fee application (electronic copy) (.1); Bilzin's May fee application (hard copy) (.2); AKO's May fee application (hard copy) (.2); Caplin's May fee application (hard copy) (.2); Charter Oak's | 1.30 | 58.50 |

214 698-3868

W.R. Grace & Co.                                                                                                        Page     2

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
|  |  | May fee application (hard copy) (.2); Campbell & Levine's May fee application (hard copy) (.2); Day Pitney's 36Q fee application (hard copy) (.2) |  |  |
| 7/7/2010 | AL | Update database with Ogilvy's May electronic detail (.1); Capstone's May fee application (hard copy) (.2); Charter Oaks April fee application (hard copy) (.2) | 0.50 | 22.50 |
|  | BSR | Receive and review agenda for July 14 hearing; respond to Warren Smith re same | 0.20 | 53.00 |
|  | BSR | Receive and review response of Canadian ZAI claimants to initial report | 0.10 | 26.50 |
| 7/8/2010 | AL | Update database with Ogilvy's May fee application (hard copy) (.2); 7/14/10 hearing agenda (.1); Pachulski's May electronic fee application (pdf version only) (.1) | 0.40 | 18.00 |
|  | BSR | Draft final report re Canadian ZAI claimants amended 503(b) application | 3.30 | 874.50 |
| 7/9/2010 | BSR | Draft e-mail to Anthony Lopez re preparing exhibits for final report on Lauzon Belanger and Scarfone Hawkins | 0.10 | 26.50 |
|  | AL | Update database with Pachulski's March fee application (hard copy) | 0.20 | 9.00 |
|  | BSR | Receive and review expense information provided by Canadian ZAI counsel | 1.90 | 503.50 |
|  | BSR | Draft emails (2) to Karen Harvey requesting additional information re certain expenses for Lauzon Belanger and Scarfone Hawkins | 0.30 | 79.50 |
|  | AL | Update database with Ewing's electronic May invoice (pdf version only) (.1), same re Ewing's May full electronic detail (.1) | 0.20 | 9.00 |
|  | AL | Draft response exhibits 4 and 5 for B. Ruhlander (.3), draft email to Saul Ewing requesting editable electronic detail for the month of May (.1) | 0.40 | 18.00 |
| 7/10/2010 | BSR | continued review of materials provided by Canadian ZAI counsel in response to initial report (2.0); continued drafting of final report re Canadian ZAI claimants' amended 503(b) application (6.5), as well as email to Warren Smith re same (.1) | 8.60 | 2,279.00 |

W.R. Grace & Co.                                                                                                    Page    3

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 7/11/2010 | BSR | receive, review, and respond to email from Warren Smith re revisions to Canadian ZAI claimants final report; draft email to Dan Hogan re additional information needed | 0.20 | 53.00 |
| 7/12/2010 | BSR | Draft e-mail to Warren Smith re revisions to Canadian ZAI counsel final report | 0.30 | 79.50 |
|  | BSR | Receive and review additional expense itemization provided by Scarfone Hawkins (.4); draft email to Anthony Lopez requesting conversion to pdf format and review same (.1); revise final report re 503(b) applicants to reflect new information (.7) | 1.20 | 318.00 |
|  | BSR | Receive and review hearing agenda for July 14 hearing and draft email to Warren Smith re same | 0.10 | 26.50 |
|  | BSR | Left detailed telephone voicemail and drafted email to Lynzy Oberholzer re status of our final report and getting final report to the Judge; telephone conference with Patty Cunniff re same | 0.10 | 26.50 |
|  | MW | Draft updates to category spreadsheet (.4). | 0.40 | 56.00 |
|  | MW | Receive, review and finalize Final Report re Canadian Zai Motion (.3); e-file same (.2). | 0.50 | 70.00 |
|  | JAW | detailed review of Orrick Herrington March 2010 fee application (2.8) | 2.80 | 427.00 |
|  | WHS | detailed review of, and revisions to, FR Lauzon and Scarfone Amended 503(b) | 0.30 | 88.50 |
|  | BSR | Draft e-mail to Jamie O'Neill re final report on Canadian ZAI Counsel's amended 503(b) motion | 0.20 | 53.00 |
|  | AL | Receive, review and respond to email from B. Ruhlander re ZAI's 30Q FR | 0.10 | 4.50 |
|  | BSR | telephone conference with Warren Smith re hearing set for July 14 on Canadian ZAI claimants 503(b) motion (.1); telephone conference with Dan Hogan re response (.1); left voicemail and sent email to Jamie O'Neill re procedure for July 14 if all parties in agreement (.1); draft email to Warren Smith re same (.1); draft emails to Karen Harvey re response needed from Scarfone Hawkins (.1) | 0.50 | 132.50 |

W.R. Grace & Co.                                                                                                           Page    4

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 7/12/2010 | AL | Receive, review and respond to email from B. Ruhlander re Canadian ZAI docket number | 0.10 | 4.50 |
|  | AL | Electronic filing with the court of Canadian ZAI's 30Q FR | 0.30 | 13.50 |
|  | AL | Update database with Canadian ZAI's 30Q FR (.1); Ewing's May fee application (hard copy) (.2); Canadian ZAI's Amended 30Q FR (.1) | 0.40 | 18.00 |
| 7/13/2010 | AL | Prepare hearing binder for 7/14/10 hearing | 1.00 | 45.00 |
|  | AL | Update database with Canadian Zai Complete 30Q Response (.2), Amended Agenda for 7/14/10 hearing (.1) | 0.30 | 13.50 |
|  | BSR | Receive and review emails re telephonic hearing on 7/14/10 and forward same to Anthony Lopez and Melanie White | 0.10 | 26.50 |
|  | AL | Research PACER for Amended Agenda for 7/14/10 Hearing | 0.30 | 13.50 |
|  | JAW | Draft summary of Orrick Herrington March 2010 fee application (0.5) | 0.50 | 76.25 |
|  | BSR | Receive and review amended agenda for July 14 hearing | 0.10 | 26.50 |
| 7/14/2010 | BSR | telephone conference with Warren Smith re additional research needed on issue of contingency fees and § 503(b) substantial contribution cases | 0.10 | 26.50 |
|  | BSR | Legal research re contingency fee awards under 503(b) | 2.70 | 715.50 |
|  | AL | Update database with Woodcock's May fee application (hard copy) (.2); Casner's May electronic detail (pdf version only) (.1), Woodcock's May electronic detail (pdf version only) (.1); Nelson's February electronic detail (pdf version only) (.1) | 0.50 | 22.50 |
| 7/15/2010 | AL | Update database with Nelson's February fee application (hard copy) (.2); Casner's May fee application (hard copy) (.2) | 0.40 | 18.00 |
|  | AL | Research PACER for 23rd interim Orders entered (.8); begin draft of docket numbers for prior period paragraphs (.8). | 1.60 | 72.00 |

W.R. Grace & Co.                                                                                                                     Page     5

|            |     |                                                                                                                                                                                                                                                              | **Hours** | **Amount** |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|------------|
| 7/15/2010  | AL  | research all applications received for 37th interim (.9); confer with B. Ruhlander re same (.1).                                                                                                                                                             | 1.00      | 45.00      |
|            | AL  | Update database with Nelson's April electronic detail (.1).                                                                                                                                                                                                  | 0.10      | 4.50       |
| 7/16/2010  | AL  | Research PACER and begin drafting 23rd Interim Prior Period Paragraphs                                                                                                                                                                                       | 1.50      | 67.50      |
|            | AL  | Update database with Nelson's April fee application (hard copy) (.2); Alan Rich's 36Q electronic detail (.1); Sanders' 25Q electronic detail (.1)                                                                                                             | 0.40      | 18.00      |
| 7/19/2010  | AL  | Update database with Nelson's March fee application (hard copy) (.2); Orrick March Summary (.1)                                                                                                                                                              | 0.30      | 13.50      |
|            | AL  | Continue drafting 23Q prior period paragraph                                                                                                                                                                                                                  | 0.70      | 31.50      |
| 7/20/2010  | AL  | Update database with Nelson's 34Q fee application (hard copy) (.2); Pachulski's 36Q fee application (hard copy) (.2)                                                                                                                                          | 0.40      | 18.00      |
| 7/22/2010  | AL  | Continue researching PACER for all filed 23rd interim final reports and orders approving 23rd interim fee applications (1.5); create listing of all docket numbers (1.3); draft prior period paragraphs for all applicants for 23rd interim (4.9); telephone call with M. White re same (.1). | 7.80      | 351.00     |
| 7/23/2010  | AL  | Update database with PWC's May electronic detail                                                                                                                                                                                                              | 0.10      | 4.50       |
|            | AL  | Update database with PWC's (COP) March through May electronic detail (.2); PWC's May electronic detail (.1)                                                                                                                                                   | 0.30      | 13.50      |
|            | AL  | Update database with Capstone's June fee application (hard copy) (.2)                                                                                                                                                                                         | 0.20      | 9.00       |
|            | BSR | detailed review of Venable's 36th interim period fee application                                                                                                                                                                                              | 1.30      | 344.50     |
|            | BSR | detailed review of Capstone's 36th interim fee application                                                                                                                                                                                                    | 0.70      | 185.50     |
|            | BSR | detailed review of Woodstock Washburn's 36th interim fee application                                                                                                                                                                                          | 0.10      | 26.50      |

W.R. Grace & Co. Page 6

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 7/23/2010 | BSR | detailed review of Day Pitney's 36th interim fee application and monthly fee applications | 0.30 | 79.50 |
| 7/27/2010 | AL | Update database with PWC's (Control Optimization Project) March (.2), April & May Combined (.2) fee applications (hard copies); PWC's May fee application (hard copy) (.2) | 0.60 | 27.00 |
| 7/28/2010 | AL | Electronic filing with the court of WHSA's June CNO | 0.30 | 13.50 |
| | AL | Update database with Hogan's June electronic detail (.1); Scarfone's June electronic detail (.1); Lauzon's June electronic detail (.1); Ferry Joseph's June fee application (electronic pdf only ) (.1); Ferry Joseph's full electronic detail as requested (.1); Reed smith's June electronic detail (.1); Stroock's June electronic detail (.1) | 0.70 | 31.50 |
| | AL | Draft email to Ferry Joseph requesting editable electronic detail for the month of June | 0.10 | 4.50 |
| 7/29/2010 | MW | Draft CNO for June invoice of WHSA (.3); research PACER to verify no objections (.5). | 0.80 | 112.00 |
| | AL | Update database with Hogan's June fee application (hard copy) (.2); Scarfone's June fee application (hard copy) (.1); Lauzon's June fee application (hard copy) (.2); Baer's June fee application (hard copy) (.3); Foley's June fee application (hard copy) (.2); Stroock's June fee application (hard copy) (.2); Ewing's June electronic detail (.1) | 1.30 | 58.50 |
| 7/30/2010 | AL | Update database with Ewing's June fee application (hard copy) | 0.20 | 9.00 |

**For professional services rendered**     **56.00**     **$8,207.50**

Additional Charges :

| | | |
|---|---|---:|
| 7/1/2010 | Westlaw Charges | 2,223.69 |
| 7/31/2010 | PACER Charges | 15.84 |

W.R. Grace & Co. Page 7

|  |  | **Amount** |
|---|---|---:|
| 7/31/2010 | Third party copies & document prep/setup. | 300.41 |
|  | Court Call for Telephonic Hearing | 58.00 |
|  | **Total additional charges** | **$2,597.94** |
|  | **Total amount of this bill** | **$10,805.44** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Anthony Lopez | 26.70 | 45.00 | $1,201.50 |
| Bobbi S. Ruhlander | 22.50 | 265.00 | $5,962.50 |
| James A. Wehrmann | 3.60 | 152.50 | $549.00 |
| Melanie White | 2.90 | 140.00 | $406.00 |
| Warren H Smith | 0.30 | 295.00 | $88.50 |