# Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

August 04, 2010

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)
Invoice #10059

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/1/2010 | LMH | Draft e-mail to D. Mohamed, Stroock, re: revised category spreadsheet. | 0.10 | 15.00 |
| | LMH | Draft e-mail to T. Currier, Saul Ewing, re: revised category spreadsheet. | 0.10 | 15.00 |
| | LMH | Receive and review e-mail from T. Currier, Saul, re: revisions to 34th interim period category spreadsheet. | 0.10 | 15.00 |
| | AL | Update database with Ogilvy's February Electronic Detail (.1); Draft Email to Debbie Melnyk re January and February applications (.1); Receive and review email from Lynzy at Pachulski re fee detail from Beveridge(.1); Reed Smith's February Fee Application (Hard Copy) (.1); Beveridge's February Fee Application (Hard Copy) (.1); Ogilvy's Feb Fee Application (Hard Copy) (.1) | 0.60 | 27.00 |
| | JAW | detailed review of Kirkland & Ellis' November 2009 fee application (4.10) | 4.10 | 625.25 |
| 4/2/2010 | JAW | detailed review of Kirkland & Ellis' November 2009 fee application (7.20); draft summary of same (0.20) | 7.40 | 1,128.50 |
| | LMH | Receive and review e-mail from D. Mohamed, Stroock, re: revised 34th period category spreadsheet. | 0.10 | 15.00 |
| 4/3/2010 | MW | Draft monthly application of Warren H. Smith & Associates for March 2010 (.7); review fee and expense detail re same (.7); send same to J. Wehrmann for review (.1). | 1.50 | 210.00 |

214 698-3868

W.R. Grace & Co.                                                                                    Page      2

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/3/2010 | MW | Electronic filing with court of monthly application for compensation of WHS&A for March 2010 (.2); send same for service (.1). | 0.30 | 13.50 |
| 4/5/2010 | AL | Update Database with K&E's February fee detail (.1); Rich's March Fee Detail (.1), K&E's February Hard Copy Fee Detail (.1); Lincoln's 35th interim hard copy application (.1) and February fee applications of AKO (.1), Caplin (.1), Charter (.1), Campbell (.1) and Bilzin (.1). | 0.90 | 40.50 |
| | WHS | Receive and review agenda | 0.10 | 29.50 |
| 4/6/2010 | AL | telephone conference with J. Wehrmann re status of K&E October fee application (.1). | 0.10 | 4.50 |
| | BSR | detailed review of Caplin & Drysdale's December 2009 monthly fee application, as well as expenses on Oct. 2009 monthly fee application | 0.60 | 159.00 |
| | BSR | detailed review of Caplin & Drysdale's Nov. 2009 monthly fee application | 0.70 | 185.50 |
| | BSR | research docket for pertinent pleadings and case status | 0.30 | 79.50 |
| | BSR | Draft e-mail to James Wehrmann re Kirkland & Ellis fee application review (.1); conference with James Wehrmann re same (.1) | 0.20 | 53.00 |
| | AL | Draft email re Lincoln's February fee detail formatting (.1). | 0.10 | 4.50 |
| | AL | Update database with Lincoln's 35th interim electronic application (.1). | 0.10 | 4.50 |
| | JAW | Proofread W.H. Smith's March 2010 fee notice and detail (0.30); draft e-mail to M. White regarding any necessary revisions (0.10) | 0.40 | 61.00 |
| | JAW | detailed review of Kirkland & Ellis' November 2009 fee application (3.10) | 3.10 | 472.75 |
| 4/7/2010 | ALP | Drafted final revisions to Caplin & Drysdale's initial report regarding the 35th interim period (10-12.09) (.2) | 0.20 | 34.50 |
| | JAW | continued detailed review of Kirkland & Ellis' November 2009 fee application (8.70) | 8.70 | 1,326.75 |

W.R. Grace & Co.                                                                                    Page        3

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/7/2010 | BSR | Draft initial report re Caplin & Drysdale for the 35th interim period | 1.90 | 503.50 |
| | BSR | detailed review of Bilzin Sumberg's 35th interim fee application and monthly fee applications | 0.70 | 185.50 |
| | BSR | Draft initial report re Bilzin Sumberg for the 35th interim period | 0.50 | 132.50 |
| 4/8/2010 | BSR | detailed review of Anderson Kill & Olick's 35th interim fee application and monthly fee applications | 0.80 | 212.00 |
| | BSR | Draft final report re Anderson Kill & Olick for the 35th interim period | 0.50 | 132.50 |
| | BSR | Draft email to Robert Chung at AKO re mathematical discrepancy in one of the firm's time entries | 0.20 | 53.00 |
| | BSR | Draft e-mail to Bilzin Sumberg re initial report (35Q) | 0.10 | 26.50 |
| | AL | Receive, review and finalize IR of Caplin for the 35th interim (.3) and Bilzin for the 35th interim (.3). | 0.60 | 27.00 |
| | BSR | Draft e-mail to Caplin & Drysdale re initial report (35Q) | 0.10 | 26.50 |
| | JAW | detailed review of Kirkland & Ellis' December 2009 fee application (8.70); draft summary of same (0.10). | 8.80 | 1,342.00 |
| | ALP | Drafted final revisions to Bilzin's initial report regarding the 35th interim period (10-12.09) (.3) | 0.30 | 51.75 |
| 4/9/2010 | BSR | detailed review of Stroock's 35th interim fee application and monthly fee applications | 2.00 | 530.00 |
| | BSR | detailed review of Saul Ewing's quarterly fee application (35Q) and monthly fee applications | 0.30 | 79.50 |
| | JAW | Draft summary of Kirkland & Ellis October 2009 fee application (3.00) | 3.00 | 457.50 |

W.R. Grace & Co.                                                                                              Page      4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/9/2010 | WHS | detailed review of FR Anderson 35Q 10-12.09 | 0.20 | 59.00 |
|  | JAW | detailed review of Orrick Herrington's December 2009 fee application (3.60); draft summary of same (0.10) | 3.70 | 564.25 |
|  | BSR | Draft final report re Duane Morris for the 35th interim period | 0.50 | 132.50 |
|  | AL | Electronic filing with court of AKO's 35th interim FR (.4). | 0.40 | 18.00 |
|  | AL | Receive, review and finalize IR of Morris' for the 35th interim (.3). | 0.30 | 13.50 |
|  | ALP | Drafted final revisions to Duane Morris' initial report regarding the 35th interim period (10-12.09) (.3) | 0.30 | 51.75 |
|  | BSR | detailed review of Duane Morris' 35th interim fee application and monthly fee applications | 0.60 | 159.00 |
|  | BSR | Draft initial report re Duane Morris (35Q) | 0.40 | 106.00 |
|  | BSR | Draft e-mail to Duane Morris re initial report (35Q) | 0.10 | 26.50 |
|  | AL | Update database with K&E's October e-detail (.1) and December's e-detail re same (.2); Update database with AKO's 35th interim final report (.1), K&E October and December summaries (.2). | 0.60 | 27.00 |
| 4/11/2010 | BSR | Continue detailed review of Saul Ewing's 35th interim fee application. | 0.10 | 26.50 |
|  | BSR | Draft initial report re Saul Ewing for the 35th interim period | 0.30 | 79.50 |
|  | BSR | research server for fee applications of Alan Rich and Alexander Sanders; draft email to Anthony Lopez re same | 0.10 | 26.50 |
|  | BSR | detailed review of Pachulski's 35th interim fee application and monthly fee applications | 0.90 | 238.50 |

W.R. Grace & Co.                                                                                      Page      5

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/12/2010 | DTW | Review and revise 3rd interim initial report for Saul Ewing, same re Baer (.1). | 0.10 | 16.50 |
| | AL | Draft email to A. Rich requesting missing fee application (.1). | 0.10 | 4.50 |
| | AL | Electronic filing with court of Morris' 35th interim FR (.3). | 0.30 | 13.50 |
| | AL | Receive, review and finalize IR of Ewing for the 35th interim (.3). | 0.30 | 13.50 |
| | AL | Update database with Lincoln's 35th interim e-detail (.1). | 0.10 | 4.50 |
| | AL | research regarding all received applications from Alan Rich (.2); confer with B. Ruhlander re results of research (.1). | 0.30 | 13.50 |
| | BSR | detailed review of Lincoln Partners' monthly fee applications for Sept. through Dec. 2009 and quarterly fee application for the 35th interim period (.3); draft email to Debbie Fullem re quarterly covering Lincoln Partners' Sept. 2009 fees and expenses (.1) | 0.40 | 106.00 |
| | BSR | research docket for Lincoln Partners' retention application and order (.2); review same (.3) | 0.50 | 132.50 |
| | BSR | detailed review of Beveridge & Diamond's monthly fee applications for Oct through Dec 2009 | 0.30 | 79.50 |
| | BSR | detailed review of Woodcock Washburn's 35th interim fee application and monthly fee applications | 0.20 | 53.00 |
| | BSR | detailed review of Legal Analysis Systems' 35th interim fee application | 0.10 | 26.50 |
| | BSR | detailed review of Ogilvy Renault's 35th interim fee application and monthly fee applications | 0.50 | 132.50 |
| | BSR | detailed review of Kramer Levin's 35th interim fee application and monthly fee applications | 0.30 | 79.50 |
| | BSR | Draft initial report re Janet Baer PC for the 35th interim period (1.0); draft email to Janet Baer re same (.1) | 1.10 | 291.50 |

W.R. Grace & Co.                                                                                                    Page        6

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/12/2010 | BSR | detailed review of Janet Baer PC's 35th interim fee application and monthly fee applications | 1.20 | 318.00 |
|  | BSR | detailed review of Reed Smith's 35th interim fee application and monthly fee applications | 0.70 | 185.50 |
| 4/13/2010 | BSR | Draft final report re E&Y for the 4th interim period | 2.20 | 583.00 |
|  | AL | Update database with Nelson's September e-detail (.1) and Deloitte Tax hard copy 34th interim fee application 9.1). | 0.20 | 9.00 |
| 4/14/2010 | AL | Update database with Nelson's September hard copy fee application (.1). | 0.10 | 4.50 |
|  | BSR | detailed review of K&E's Oct. 2009 monthly fee application and fee summary re same, as well as expense portion of Nov. 2009 monthly fee application | 2.10 | 556.50 |
| 4/15/2010 | AL | update database with Day Pitney's February Fee Application (Hard Copy) (.1) update database with 35th Interim Summaries (.2); update database with Beveridge's January Fee Application (Electronic Copy) (.1); update database with Pitney's February Fee Application (Hard Copy) (.1); update database with Rich's March Fee Application (Electronic Copy) (.1); draft email to Alan Rich requesting non pdf'd electronic march fee application (.1); draft requesting K&E's February fee detail (.1); update database with K&E's February Fee Application pdf version (.1); exchange multiple emails with Alan Rich regarding formating of fee detail (.2) | 1.10 | 49.50 |
|  | BSR | detailed review of expense portion of Kirkland & Ellis' Dec. 2009 monthly fee application | 0.20 | 53.00 |
| 4/16/2010 | AL | Draft email to Pachulski requesting non pdf January Fee Detail; update database with same | 0.20 | 9.00 |
| 4/17/2010 | WHS | Receive and review amended agenda | 0.10 | 29.50 |
| 4/18/2010 | DTW | Review and revise 35th interim initial report for K&E (.1). | 0.10 | 16.50 |
|  | BSR | Draft initial report re K&E for the 35th interim period | 2.00 | 530.00 |

W.R. Grace & Co.                                                                                     Page    7

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/18/2010 | AL | Update database with 35Q summaries | 0.20 | 9.00 |
| | AL | Draft email to B. Ruhlander re Baer's IR Response | 0.10 | 4.50 |
| | AL | Receive, review and finalize IR for K&E's 35Q | 0.30 | 13.50 |
| 4/19/2010 | BSR | detailed review (cont'd) of PwC's Oct. 2009 monthly fee application | 0.80 | 212.00 |
| | BSR | detailed review of expense portion of Orrick's interim fee application | 0.50 | 132.50 |
| | BSR | Draft e-mail to K&E re initial report for the 35th interim period | 0.10 | 26.50 |
| | BSR | receive, review, and respond to email from Debbie Fullem re Piper Jaffray final fee application | 0.10 | 26.50 |
| | BSR | detailed review of PwC's Nov. 2009 monthly fee application | 1.00 | 265.00 |
| | AL | Update database with Casner's February Fee Application (Hard Copy) (.1); Venable's June Fee Application (Hard Copy) (.1); | 0.20 | 9.00 |
| 4/20/2010 | BSR | Draft initial report re PwC for the 35th interim period | 0.70 | 185.50 |
| | BSR | detailed review of PwC's 35th interim fee application and Dec. 2009 monthly fee application | 0.70 | 185.50 |
| 4/21/2010 | BSR | detailed review of Alan Rich's quarterly interim fee application for the 35th interim period and monthly fee applications | 0.50 | 132.50 |
| | BSR | detailed review of Alexander Sanders' quarterly application for the 35th interim period, as well as monthly applications | 0.30 | 79.50 |
| | BSR | Draft initial report re Orrick for the 35th interim period | 1.50 | 397.50 |

W.R. Grace & Co.                                                                                    Page        8

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 4/21/2010 | BSR | detailed review of Orrick's Nov. 2009 monthly fee application | 0.90 | 238.50 |
| | BSR | Draft e-mail to Kathleen Miller re PwC initial report (35Q) | 0.10 | 26.50 |
| | DTW | Review and revise PwC initial report for the 35th interim period (.1). | 0.10 | 16.50 |
| | AL | Update database in PWC's February Fee Application (Electronic Copy) (.1); Capstone's January and February Fee Application (electronic versions) (.2) | 0.30 | 13.50 |
| | AL | Receive, review and finalize IR for PWC's 35Q | 0.30 | 13.50 |
| 4/22/2010 | BSR | Draft e-mail to Orrick re initial report (35Q) | 0.10 | 26.50 |
| | DTW | Review and revise Orrick initial report (.1). | 0.10 | 16.50 |
| | AL | Receive, review and finalize IR for Orrick's 35Q | 0.30 | 13.50 |
| | AL | Update database with CNO re Saul Ewing for February's Fee Application (.1); and Kramer Levin's CNO re same (.1); update database with hard copy fee detail for Capstone for February (.1) and January 2010 (.2). | 0.50 | 22.50 |
| 4/23/2010 | AL | Update database with Nelson's 35Q Fee Application (electronic pdf only) | 0.10 | 4.50 |
| 4/25/2010 | BSR | research docket for recent case developments (including brief review of amended Ch. 11 plan) | 0.30 | 79.50 |
| 4/26/2010 | BSR | Research November and December monthlies and quarterly fee application for David Austern and draft email to Debra Fullem inquiring as to status of same | 0.20 | 53.00 |
| | BSR | detailed review of Capstone's 35th interim fee application and monthly fee applications | 0.50 | 132.50 |
| | BSR | Draft e-mail to Kathleen Campbell Davis re Campbell & Levine's 35th interim fee application | 0.30 | 79.50 |

W.R. Grace & Co.                                                                                              Page      9

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/26/2010 | BSR | detailed review of Campbell & Levine's Dec. 2009 monthly fee application and 35th interim fee application | 0.50 | 132.50 |
|  | BSR | detailed review of Campbell & Levine's Nov. 2009 monthly fee application | 0.40 | 106.00 |
|  | BSR | detailed review of Campbell & Levine's Oct. 2009 monthly fee application | 0.50 | 132.50 |
|  | BSR | detailed review of Blackstone's 35th interim fee application and Oct. and Dec. 2009 monthly fee applications | 0.30 | 79.50 |
|  | BSR | research server for BMC fee applications for the 35th interim period (Oct-Dec. 2009) | 0.10 | 26.50 |
|  | BSR | detailed review of 35th interim fee application of Beveridge & Diamond | 0.10 | 26.50 |
|  | BSR | detailed review of Baker Donelson's Oct. and Nov. 2009 monthly fee applications (.1); research server for Dec. 2009 and 35th interim fee application for Baker Donelson (.1); draft email to Frank Childress inquiring as to same (.1) | 0.30 | 79.50 |
|  | BSR | detailed review of David Austern's Oct. 2009 monthly fee application | 0.10 | 26.50 |
|  | BSR | detailed review of Casner & Edwards' 35th interim fee application and monthly fee applications | 0.30 | 79.50 |
|  | BSR | receive, review, and respond to email from Celeste Hart at PGS re timing for hearing Piper Jaffray's final fee application | 0.30 | 79.50 |
|  | BSR | detailed review of Towers Perrin's quarterly interim fee application for the 35th interim period and Oct. 2009 monthly fee application | 0.10 | 26.50 |
|  | BSR | research Towers Perrin Oct. 2009 monthly fee application and download same | 0.10 | 26.50 |
|  | BSR | detailed review of Protiviti's quarterly fee application for the 35th interim period and monthly application for same | 0.30 | 79.50 |
|  | BSR | research Protiviti's quarterly fee application for the 35th interim period and download same | 0.20 | 53.00 |

W.R. Grace & Co.                                                                                              Page      10

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/26/2010 | BSR | Exchange emails with Debra Fullem at Orrick re timetable for hearing final fee applications | 0.10 | 26.50 |
| | BSR | detailed review of Day Pitney's monthly fee applications for Oct. through Dec. 2009 (.1); research Day Pitney's 35th interim fee application (.1); draft email to K. Begley at Day Pitney inquiring as to status of same (.1) | 0.30 | 79.50 |
| | AL | Update database with Nelson's December Summary (.1)Draft email requesting Casner's February Fee Application in non pdf format. (.1) | 0.20 | 9.00 |
| 4/27/2010 | BSR | Receive and review hearing agenda for May 3 hearing and telephone conference with Melanie White re same | 0.10 | 26.50 |
| | BSR | Draft e-mail to Adam Kahn at Foley Hoag with inquiries concerning firm's 35th interim fee application | 0.10 | 26.50 |
| | BSR | detailed review of Foley Hoag's quarterly interim fee application (35Q) and monthly fee applications | 0.40 | 106.00 |
| | BSR | Draft e-mail to Ferry Joseph re initial report on firm's 35th interim fee application | 0.10 | 26.50 |
| | BSR | Draft email to Adam Kahn of Foley Hoag. | 0.10 | 26.50 |
| | BSR | detailed review of Charter Oak's 35th interim fee application and monthly fee applications | 0.30 | 79.50 |
| | BSR | research status of Venable's Dec. 2009 and quarterly fee applications (not yet rec'd) (.2); detailed review of Venable's Oct. 2009 monthly fee application, along with fee summary for same (.2) | 0.40 | 106.00 |
| | BSR | Draft initial report re Ferry Joseph for the 35th interim period | 0.40 | 106.00 |
| | BSR | detailed review of Ferry Joseph's monthly fee applications for October through December 2009 (.7); research Ferry Joseph's quarterly fee application (35Q) (.1) and review same (.1) | 0.90 | 238.50 |
| | AL | Receive, review and finalize IR of Ferry's 35Q | 0.30 | 13.50 |

W.R. Grace & Co.

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/27/2010 | AL | Draft email to Orrick requesting March fee application | 0.10 | 4.50 |
| | WHS | Receive and review agenda | 0.10 | 29.50 |
| 4/28/2010 | BSR | detailed review of Steptoe & Johnson's monthly fee applications for October - December 2009 (.2); research server for quarterly fee applications for the 34th and 35th interim periods (.1) | 0.30 | 79.50 |
| | BSR | detailed review of Deloitte Tax's 33rd interim fee application and Sept. 2009 monthly fee application | 0.50 | 132.50 |
| | BSR | detailed review of Nelson Mullins' Sept. 2009 monthly fee application (.1); research server for any quarterly applications for Nelson Mullins for the 33rd and 34th interim periods (.1) | 0.20 | 53.00 |
| | DTW | Review and revise 35th initial report for Joseph Ferry (.1). | 0.10 | 16.50 |
| | BSR | detailed review of Holme Roberts & Owen's June 2009 monthly fee application and 33rd interim fee application | 0.30 | 79.50 |
| | BSR | detailed review of Tre Angeli's quarterly fee application for July-Sept 2009 | 0.20 | 53.00 |
| | BSR | telephone conference with legal asst. from Foley Hoag concerning fee and expense reductions | 0.10 | 26.50 |
| | AL | Draft email requesting K&L's March fee application in an editable version | 0.10 | 4.50 |
| | AL | Update database with K&L's March fee application pdf version only (.1); Ogilvy's March fee application (electronic version) (.1); with K&L's March fee application (full electronic version) (.1); Orrick's March fee application (hard copy) (.2); Reed's March fee detail (electronic version) (.1); Bilzin's March fee application (hard copy) (.2) Stroock's January fee detail (electronic version)(.1) | 0.90 | 40.50 |
| 4/29/2010 | AL | Update database with Baer's March fee application (electronic version) (.1) Ewing's March fee application (electronic version) (.1) K&L's March fee application (hard copy) (.1) Stroock's March fee application (hard copy) (.2); | 1.10 | 49.50 |

W.R. Grace & Co.                                                                                          Page    12

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  | Hours | Amount |
|------------|-----|-----|-------|--------|
|            |     | Foley's March fee application (hard copy) (.2); Ogilvy's March fee application (hard copy) (.2); Baer's March fee application (hard copy) (.2) |       |        |
| 4/29/2010  | AL  | Telephone conference with B. Ruhlander re Casner's filed fee applications | 0.10  | 4.50   |
| 4/30/2010  | AL  | Draft email to Blackstone requesting March fee application in an editable format (.1); email to B. Ruhlander re Lauzon's March fee application (.1) | 0.20  | 9.00   |
|            | AL  | Update database with Blackstone's March Fee Application (Hard Copy) (.2); Ewing's March Fee Application (hard copy) (.1);  Lauzon's March Fee Application (electronic) (.1); Orrick's 35Q IR Response (.1); update database with monthly fee applications of Lauzon (.3), Hogan Firm (.2) and Scarfone Hawkins (.3) for December - March 2010; update database with interim applications re Lauzon (.1) and Scarfone Hawkins (.1); Nelson's 33Q Fee Application (Hard Copy) (.2) | 1.70  | 76.50  |
| 5/2/2010   | BSR | Draft initial report re Deloitte Tax for the 34th interim period | 1.90  | 503.50 |
| 5/3/2010   | BSR | Draft e-mail to Tony Scoles re initial report on Deloitte Tax for the period of Jan-Sept 2009 | 0.10  | 26.50  |
|            | BSR | receive, review, and respond to email from Nancy Wilbur of Foley Hoag re response to initial report (35Q) | 0.10  | 26.50  |
|            | BSR | Draft final report re Foley Hoag for the 35th interim period | 0.50  | 132.50 |
|            | WHS | detailed review of FR Baer 35Q 10-12.09. | 0.20  | 59.00  |
|            | BSR | Draft final report re Janet S Baer PC for the 35th interim period | 0.50  | 132.50 |
|            | AL  | Update database with Venable's December Fee Application (electronic pdf only) (.1); Alan Rich's April Fee Application (electronic version) (.2); Ogilvy's 35 Q fee application (electronic version) (.1); Venable's December Fee Application (hard copy) (.2); Bilzin's March Fee Application (Hard Copy) (.2); Pitney's 35Q Fee Application (Hard Copy) (.2); Reed's March Fee Application (Hard Copy) (.2); Sidley's January Fee Application (Hard Copy) (.2); Charter Oak's March Fee Application (electronic copy) (.1); AKO's March Fee Application (electronic copy) (.1); C&L's March Fee Application | 2.00  | 90.00  |

W.R. Grace & Co.                                                                                          Page    13

| | | | Hours | Amount |
|---|---|---|---|---|
| | | (electronic copy) (.2); C&D's March Fee Application (electronic copy) (.1); Baer's 35Q FR (.1) | | |
| 5/3/2010 | AL | Receive, review and finalize IR of Deloitte Tax 34Q | 0.30 | 13.50 |
| 5/4/2010 | AL | Update database with Foley's 35Q FR (.1); BMC's 35Q electronic detail (.1); Kirkland expense detail for the month of February (.1); BMC's October (.2) November (.2) and December (.2) fee applications (hard copies), Charter's March fee application (.1), Anderson's fee application for March (.1), Campbell's March hard copy fee application (.1) | 1.20 | 54.00 |
| | AL | Electronic filing with the court of Baer's 35Q FR (.4); Foley's 35Q FR (.4) | 0.80 | 36.00 |
| | BSR | telephone conference with Debra Fullem re Piper Jaffray final fee application hearing. | 0.10 | 26.50 |
| | AL | Draft multiple emails to BMC requesting October through December electronic fee detail | 0.20 | 9.00 |
| | WHS | detailed review of FR foley Hoag 35Q 10-12.09 | 0.20 | 59.00 |
| | BSR | review and analyze Orrick's response to initial report (35th interim) | 1.00 | 265.00 |
| | BSR | Draft e-mail to Foley Hoag re final report for the 35th interim period | 0.10 | 26.50 |
| 5/5/2010 | BSR | Left detailed telephone voicemail for Jamie O'Neill concerning Piper Jaffray final fee application (.1); respond to email re same from Debbie Fullem at Orrick (.1). | 0.20 | 53.00 |
| | BSR | Receive and review response of Kirkland & Ellis to initial report for the 35th interim period | 0.20 | 53.00 |
| | AL | Update database with K&E's March Fee Application (pdf version only) (.1); Orrick's 35Q Expense Detail (.1); Lauzon's first and second monthly fee applications (hard copies) (.2); K&E's March Fee Application (Hard Copy) (.2); BMC's 35Q Fee Application (hard copy) (.2); Lauzon's first monthly fee application (electronic copy) (.1); Lauzon's second | 1.40 | 63.00 |

W.R. Grace & Co.                                                                                    Page    14

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | monthly fee application (electronic copy) (.2); K&E 35Q IR Response (.1); Judge Sander's March Fee Application (electronic copy) (.2) |  |  |
| 5/5/2010 | AL | Draft email to B. Ruhlander re K&E IR response received.(.1); draft email to Lauzon requesting editable fee and expense detail for first monthly fee application (.1) | 0.20 | 9.00 |
|  | AL | Telephone conference with B. Ruhlander re Lauzon's first and second fee applications | 0.10 | 4.50 |
|  | JAW | detailed review of Venable November 2009 fee application (3.9) | 3.90 | 594.75 |
|  | BSR | Draft final report re K&E for the 35th interim period (4.5); draft email to Deanna Boll with follow-up questions (.6) | 5.10 | 1,351.50 |
| 5/6/2010 | BSR | research docket for Nelson Mullins quarterly application for the 34th interim period and other applications not yet received | 0.30 | 79.50 |
|  | BSR | detailed review of Day Pitney's 35th interim fee application | 0.10 | 26.50 |
|  | BSR | detailed review of Nelson Mullins 33rd interim fee application | 0.10 | 26.50 |
|  | BSR | Receive and review response of Saul Ewing to initial report for the 35th interim period | 0.10 | 26.50 |
|  | BSR | Draft final report re Saul Ewing for the 35th interim period | 0.60 | 159.00 |
|  | BSR | Receive and review response of Campbell & Levine to email inquiry re 35th interim fee application; make note to include Campbell & Levine in final report for de minimis objections | 0.10 | 26.50 |
|  | BSR | Receive and review response of Bilzin Sumberg to initial report for the 35th interim period | 0.10 | 26.50 |
|  | BSR | detailed review of Venable's Oct. 2009 monthly fee application (.4) review fee summary re same (.4). | 0.80 | 212.00 |
|  | JAW | proofread WHSmith's April 2010 fee notice and detail (0.3); e-mail to M. White re: any revisions needed to same (0.1) | 0.40 | 61.00 |

W.R. Grace & Co.                                                                                        Page    15

|            |     |                                                                                                                                                                                                                   | Hours | Amount |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 5/6/2010   | JAW | proofread WHSmith's 36th Interim Fee Application (1-1-10 to 3-31-10) (0.3); e-mail to M. White re: any revisions needed to same (0.1)                                                                                   | 0.40  | 61.00  |
|            | JAW | Draft summary of Venable November 2009 fee application (1.10)                                                                                                                                                          | 1.10  | 167.75 |
|            | MW  | Draft Interim Fee Application of Warren H. Smith & Associates (1.4); detailed review of fees and expenses for December - March (2.0); send same to J. Wehrmann for review (.1); revise accordingly and send for service (.3). | 3.80  | 532.00 |
|            | AL  | Assist M. White with draft of WHSA's 36Q Fee Application and review of fee and expenses for period                                                                                                                     | 1.50  | 67.50  |
|            | BSR | Draft final report re PwC (35Q)                                                                                                                                                                                        | 0.20  | 53.00  |
|            | MW  | Draft Application for Compensation of WHSA for April 2010 (.9); preliminary review of same (.2); send invoice to J. Wehrmann for final review (.1); revise per J. Wehrmann's comments (.2); update database with docket numbers, fees and expense amounts (.1). | 1.50  | 210.00 |
|            | AL  | Update database with PWC's 35Q IR Response                                                                                                                                                                             | 0.10  | 4.50   |
|            | BSR | Receive and review response of PwC to initial report (35Q)                                                                                                                                                            | 0.10  | 26.50  |
| 5/7/2010   | AL  | Update database with 35Q IR Response of Saul Ewing (.1); Ewing's 35Q FR (.2);Bilzin's 35Q IR Response (.1); Campbell's 35Q IR Response (.2)                                                                             | 0.60  | 27.00  |
|            | BSR | research regarding taxi fares and car rental costs in relation to final report for Kirkland & Ellis (35Q) (.7); draft email to Deanna Boll of K&E re follow-up inquiry we had sent earlier (.1)                         | 0.80  | 212.00 |
|            | BSR | receive, review, and respond to email from Warren Smith re Saul Ewing's fees for fee application preparation, including research of paralegal time spent on fee application preparation                                 | 0.30  | 79.50  |
|            | BSR | Receive and review additional emails from Deanna Boll with expense information                                                                                                                                         | 0.10  | 26.50  |

W.R. Grace & Co.                                                                                              Page     16

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/7/2010 | BSR | Receive and review email from James Wehrmann re Venable Dec. 2009 monthly fee application; telephone conference with James Wehrmann re same | 0.20 | 53.00 |
| | BSR | Draft final report re K&E for the 35th interim period | 3.30 | 874.50 |
| | AL | Electronic filing with the court of WHSA's April Fee Application | 0.40 | 18.00 |
| | AL | Update database with Ogilvy's March Fee Application (hard copy) (.2); Venable's 35Q Fee Application (hard copy) (.2); Caplin's March Fee Application (hard copy) (.1); Ferry's March Fee Application (hard copy) (.2) | 0.70 | 31.50 |
| 5/8/2010 | BSR | Draft final report re K&E for the 35th interim period | 1.20 | 318.00 |
| | BSR | Draft e-mail to Darek Bushnak re errors on Venable Dec. 2009 monthly fee application (.1); brief review of same (.1). | 0.20 | 53.00 |
| | BSR | Draft e-mail to Anne Moran inquiring as to Steptoe & Johnson's quarterly fee applications (.1); review same (.1). | 0.20 | 53.00 |
| 5/10/2010 | AL | Electronic filing with the court of K&E's 35Q FR | 0.40 | 18.00 |
| | BSR | Draft email to Deanna Boll and Holly Bull re final report for Kirkland & Ellis (35Q) | 0.10 | 26.50 |
| | BSR | Receive and review email from Anne Moran re Steptoe's 35th interim fee application | 0.10 | 26.50 |
| | JAW | detailed review of Janet S. Baer January 2010 fee application (2.1); draft summary of same (0.4) | 2.50 | 381.25 |
| | AL | Update database with K&E's 35Q FR | 0.10 | 4.50 |
| | BSR | telephone conference with Melanie White and with Warren Smith re telephone call from Hogan firm | 0.20 | 53.00 |
| | BSR | detailed review of BMC's 35th interim fee application and monthly fee applications | 1.10 | 291.50 |

W.R. Grace & Co.                                                                                           Page    17

| Date | | Description | Hours | Amount |
|------|-----|-------------|-------|--------|
| 5/10/2010 | BSR | telephone conference with Laura Bouyea of Venable re issues with Dec. 2009 monthly application (.1); draft email to James Wehrmann re same (.1) | 0.20 | 53.00 |
| | BSR | telephone conference with Karen Harvey at the Hogan Firm re issues with 503(b) applications of Canadian ZAI counsel (.2); review email forwarded by Karen Harvey re same (.1) | 0.30 | 79.50 |
| | BSR | telephone conference with Warren Smith re Hogan Firm 503(b) application and review email from Warren Smith re same | 0.10 | 26.50 |
| | WHS | detailed review of, and revisions to, FR KE 35Q 10-12.09 | 0.30 | 88.50 |
| 5/11/2010 | BSR | research docket and server for First Interim applications of Canadian ZAI counsel and review docket no. 24724 (.4); telephone conference with Anthony Lopez re same (.1); telephone conference with Karen Harvey of Hogan Firm to obtain copy of First interim applications of Canadian ZAI counsel (.1) | 0.60 | 159.00 |
| | BSR | telephone conference with Dan Hogan of Hogan Law Firm re 503(b) motions of Canadian ZAI counsel | 0.30 | 79.50 |
| | JAW | detailed review of Venable December 2009 fee application (3.3); draft summary of same (0.9) | 4.20 | 640.50 |
| | JAW | detailed review of Orrick Herrington January 2010 fee application (2.5); draft summary of same (1.1) | 3.60 | 549.00 |
| | AL | telephone conference with B. Ruahlander re Lauzon's first monthly fee application | 0.10 | 4.50 |
| 5/12/2010 | JAW | detailed review of PwC January 2010 fee application (5.6); draft summary of same (2.3) | 7.90 | 1,204.75 |
| | BSR | receive, review, and respond to email from L. Oberholzer re Steptoe quarterly (35Q) | 0.10 | 26.50 |
| | AL | Update database with Capstone's March electronic detail | 0.10 | 4.50 |
| 5/13/2010 | BSR | detailed review of Canadian ZAI claimants 503(b) fee application | 3.10 | 821.50 |

W.R. Grace & Co.                                                                                      Page    18

|  |  |  | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 5/13/2010 | AL | Draft email to D. Fullem requesting editable version's of Lincoln's February and March fee applications | 0.10 | 4.50 |
|  | AL | Update database with Capstone's March Fee Application (hard copy) (.2); Lincoln's February and March Electronic detail (pdf versions only) (.2); Lincoln's full electronic detail for the months of February and March (.2); Capstone's 36Q electronic detail (.1) | 0.70 | 31.50 |
| 5/14/2010 | AL | Draft email to Day Pitney requesting a non pdf version of their March fee application | 0.10 | 4.50 |
|  | AL | Update database with Foley's 36Q Fee Application (electronic detail) (.1); Capstone's 36Q fee Application (hard copy) (.2); Day Pitney's March fee application (electronic copy) (.1) ; Ferry's 36 Q fee application (electronic version) (.1); Bilzin's 36Q fee application (electronic copy) (.1) | 0.60 | 27.00 |
|  | AL | Update database with Pitney's full electronic detail for the month of March | 0.10 | 4.50 |
| 5/17/2010 | BSR | Draft e-mail to James Wehrmann re Venable monthly fee applications for the 35th interim period | 0.10 | 26.50 |
|  | LMH | telephone conference with B. Ruhlander re: category spreadsheet for the most recent interim applications. | 0.10 | 15.00 |
|  | BSR | detailed review of Canadian ZAI counsel's application for the period of Sept. 2008 through Dec 2009 | 2.50 | 662.50 |
|  | BSR | Receive and review response of Ferry Joseph to initial report (35Q) | 0.10 | 26.50 |
|  | BSR | Draft e-mail to Caplin & Drysdale inquiring as to response to initial report (35Q) | 0.10 | 26.50 |
|  | BSR | Draft e-mail to Tony Scoles inquiring as to status of Deloitte Tax response (35Q) | 0.10 | 26.50 |
|  | BSR | Draft omnibus final report for the 35th interim period | 1.20 | 318.00 |
|  | BSR | detailed review of Steptoe & Johnson's 34th and 35th interim fee applications | 0.30 | 79.50 |

W.R. Grace & Co.                                                                                               Page     19

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                           | Hours | Amount |
|------------|-----|-----|-------|--------|
| 5/17/2010  | BSR | conduct research re quarterly applications not yet received, and status of filing final reports (35Q) | 0.30  | 79.50  |
|            | AL  | Draft email requesting Casner's March electronic fee application | 0.10  | 4.50   |
|            | AL  | Update database with PWC's March electronic detail (.1) and 36Q electronic detail (.1); Ferry's 35Q IR response (.1); Pitney's March Fee Application (.2); Legal Analysis' 36th interim application (.1); AKO's 36th interim fee application (.2); Campbell's 36th interim fee application (.2); Charter Oak's 36th interim hard copy fee detail (.1); Caplin's 36th interim hard copy fee application (.1); Foley Hoag's 36th interim fee detail (.2); Steptoe's July-Sept 09 fee detail Hard Copy (.2); Steptoe's October - December Fee Detail (.1); Reed Smith's 36th interim hard copy fee application (.2); Ferry's 36th interim fee application (hard copy) (.1); Bilzin's 36th interim fee detail (.2); Baer's 36th interim fee application (.1); Casner's electronic pdf March fee application (.1) | 2.40  | 108.00 |
| 5/18/2010  | BSR | detailed review of Canadian ZAI counsel (Scarfone Hawkins) 503(b) application for Feb. 2005 through Aug. 2008 | 2.00  | 530.00 |
|            | LMH | receive, review, and respond to e-mail from B. Ruhlander re: category spreadsheet. | 0.10  | 15.00  |
|            | BSR | receive, review, and respond to email from Karen Harvey re substantial contribution applications of Canadian ZAI claimants | 0.20  | 53.00  |
|            | BSR | detailed review (cont.) of Canadian ZAI counsels' fee applications for the period of Sept 2008 through Dec. 2009, as well as exhibits thereto and court transcript | 2.50  | 662.50 |
|            | BSR | Draft omnibus final report for the 35th interim period | 2.50  | 662.50 |
|            | AL  | Update database with Orrick's January Summary (.1); Kramer's 36Q electronic fee application (.1); Casner's March fee application (hard copy) (.2);  Beveridge's March fee application (hard copy) (.2); Campbell's 36 interim electronic version (.1); Caplin's 36Q fee application (electronic version) (.1); AKO's 36Q fee application (electronic version) (.1); Chater Oak's 36Q fee application (electronic version) (.1); LAS' 36Q fee application (electronic version) (.1); | 1.10  | 49.50  |

W.R. Grace & Co.                                                                                    Page    20

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/18/2010 | AL | Update database with HRO's 2009 fee application (hard copy) | 0.20 | 9.00 |
| 5/19/2010 | BSR | detailed review of Venable's Nov. 2009 monthly fee application and summary re same | 0.20 | 53.00 |
|  | AL | Draft email to B. Ruhlander re HRO's July 2009 fee application | 0.10 | 4.50 |
|  | BSR | detailed review of Hogan Firm's 503(b) application for Sept. 2008 through Dec. 2009 | 0.80 | 212.00 |
|  | BSR | Telephone conference with Lisa Hamm re WR Grace chart and files (.1); conference with Lisa Hamm re same (.1) | 0.20 | 53.00 |
|  | AL | Update database with Venable's January (.2) February (.1) and March (.2) fee applications (hard copies); Casner's 36Q fee application (hard copy) (.2); Stroock's 35Q fee application (electronic version) (.1) | 0.80 | 36.00 |
|  | AL | Receive, review, and finalize Lauzon's 35Q IR | 0.30 | 13.50 |
|  | BSR | detailed review (cont'd) of Canadian ZAI counsels' 503(b) application for the period of Oct. 2004 through Aug. 2008 | 0.80 | 212.00 |
| 5/20/2010 | BSR | Draft initial report re The Hogan Firm's 503(b) application for the period of Sept. 2008 through December 2009 | 0.60 | 159.00 |
|  | BSR | detailed review of 503(b) application of The Hogan Firm for the period of Sept. 2008 through Dec. 2009 | 1.40 | 371.00 |
|  | BSR | Draft initial report re Canadian ZAI counsel's 503(b) application for the period of Sept. 2008 through Dec. 2009 (2.3); draft email to Dan Hogan re same (.1) | 2.40 | 636.00 |
|  | BSR | Receive and review order approving 1st 503(b) application of Canadian ZAI counsel | 0.10 | 26.50 |
|  | BSR | telephone conference with Dan Hogan of the Hogan Firm re Canadian ZAI counsel 503(b) applications | 0.40 | 106.00 |
|  | ALP | Drafted final revisions to initial report re Lauzon Belanger for the 35th interim period (9.09-12.09) (.3) | 0.30 | 51.75 |

W.R. Grace & Co.                                                                                                    Page    21

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/21/2010 | AL | Receive, review and finalize IR for Venable's 35 Q | 0.30 | 13.50 |
| | AL | Draft email to Saul Ewing requesting full electronic detail for the 36Q (.1); draft email to HRO requesting full electronic detail for August (.1) | 0.20 | 9.00 |
| | AL | Update database with Lincoln's 35 and 36 Q fee applications (electronic versions) (.2); Ewing's 36Q fee application (pdf only) (.1) Ewing's full electronic detail (.1); PWC's March fee application (hard copy) (.2); PWC's 36Q fee application (hard copy) (.2); HRO's August electronic detail (pdf format only) (.1) | 0.90 | 40.50 |
| | AL | Receive, review and finalize IR for Hogan's 35 Q | 0.30 | 13.50 |
| | BSR | Draft initial report re The Hogan Firm's 503(b) application for th period of Sept. 2008 through Dec. 2009 | 0.40 | 106.00 |
| | BSR | Continue detailed review of Venable's Nov. and Dec. 2009 monthly fee applications and fee summaries re same, as well as 35th interim fee application (.9); draft email to Laura Bouyea re same (.1) | 1.00 | 265.00 |
| | ALP | Drafted final revisions to initial report of Venable regarding 35th interim period (10.09-12.09) (.3) | 0.30 | 51.75 |
| | ALP | Drafted final revisions to initial report re Hogan firm regarding 35th interim period (9.09-12.09) (.4) | 0.40 | 69.00 |
| | BSR | Draft e-mail to Venable re initial report for the 35th interim period | 0.20 | 53.00 |
| | BSR | Draft e-mail to Dan Hogan re initial report for Hogan Firm's 503(b) application for Sept. 2008 through Dec. 2009 | 0.10 | 26.50 |
| | BSR | Draft initial report re Venable for the 35th interim period | 1.50 | 397.50 |
| 5/22/2010 | LMH | receive, review, and respond to e-mail from B. Ruhlander re: Venerable's late-filed application to be included in the category spreadsheet. | 0.10 | 15.00 |
| | BSR | Draft e-mail to Lisa Hamm re Venable project category chart | 0.30 | 79.50 |

W.R. Grace & Co.                                                                                                Page    22

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/22/2010 | BSR | Draft final report re Deloitte Tax (32-34th interim periods) | 0.80 | 212.00 |
| | BSR | receive, review, and respond to email from Laura Bouyea re Venable quarterly fee application | 0.10 | 26.50 |
| 5/23/2010 | BSR | Draft exhibit A to proposed fee order for the 35th interim period | 1.50 | 397.50 |
| | AL | Update database with Deloitte Tax 34 Q FR (.1); Ewing's 36th Q fee application (hard copy) (.2); Lincoln's January through March fee application (hard copy) (.2); Venable's 36Q fee application (hard copy) (.2); Blackstone's 36Q fee application (hard copy) (.2) | 0.90 | 40.50 |
| | AL | Electronic filing with the court of Deloitte Tax 34Q FR | 0.40 | 18.00 |
| 5/24/2010 | BSR | research prior orders on ZAI science trial to determine if they were intended to apply to the Canadian litigation | 0.30 | 79.50 |
| | WHS | detailed review of FR Deloitte Tax 34Q 1-9.09 | 0.20 | 59.00 |
| | LMH | receive, review, and respond to e-mail from B. Ruhlander re: fee and expense recommendations for the 35th interim period. | 0.10 | 15.00 |
| | BSR | Draft fee and expense chart for the 35th interim fee order (1.5); draft email to Lisa Hamm re same (.1) | 1.60 | 424.00 |
| | BSR | Receive and review email from Jamie O'Neill re K&E March 2009 monthly fee application and draft email to A. Lopez re same | 0.10 | 26.50 |
| | BSR | telephone conference with Warren Smith re information needed to evaluate Canadian ZAI claimants $2m 503(b) motion | 0.20 | 53.00 |
| | BSR | Draft e-mail to Debra Fullem and Celeste Hart re Lincoln Partners' Sept. 2009 fees | 0.20 | 53.00 |
| | BSR | telephone conference with Lynzy Oberholzer at Pachulski re Piper Jaffray final fee application; left message for Patricia Cuniff at Pachulski re timetable for plan confirmation | 0.10 | 26.50 |

W.R. Grace & Co.                                                                                    Page    23

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/24/2010 | BSR | Receive and review revised final report for Deloitte Tax (34Q) (.1); draft email to Tony Scoles re same (.1) | 0.20 | 53.00 |
| 5/25/2010 | BSR | Exchange emails with Debra Fullem, Celeste Hartman, and Lynzy Oberholzer re various applications on the June 7 docket | 0.50 | 132.50 |
|  | BSR | receive, review, and respond to email from Debra Fullem re proposed order for Piper Jaffray final fee application | 0.30 | 79.50 |
|  | BSR | receive, review, and respond to additional email from Debra Fullem attaching proposed fee order for Piper Jaffray | 0.30 | 79.50 |
|  | BSR | Receive and review email from Debra Fullem with revised proposed order for Piper Jaffray's final fee application; forward same to Anthony Lopez with instructions for hearing binder | 0.20 | 53.00 |
|  | BSR | telephone conference with A. Lopez re June 7 hearing and forward omnibus hearing order to him | 0.10 | 26.50 |
|  | BSR | Draft revisions to omnibus final report and fee and expense exhibit for the 35th interim period to reflect Lincoln Partners' corrected application | 0.60 | 159.00 |
|  | BSR | Draft  final report re The Hogan Firm's § 503(b) application for Aug. 2008 through Sept. 2009 | 0.80 | 212.00 |
|  | BSR | telephone conference with Debra Fullem re amendment of Lincoln Partners' application for July-Sept. 2009 | 0.10 | 26.50 |
|  | BSR | research regarding previous orders in ZAI science trial | 0.40 | 106.00 |
|  | LMH | Draft category spreadsheet for the 35th interim period. | 2.40 | 360.00 |
|  | MW | Conference with B. Ruhlander re Piper Jaffray being added to June 7th hearing (.1); confer with A. Lopez re same (.1). | 0.20 | 28.00 |
|  | AL | Update database with HRO's August 2009 fee application (hard copy) (.2), Amendment to K&E's March fee application (.1); Woodcock's 36Q fee application (electronic version) (.1); Lincoln's 34Q fee application (pdf electronic only) (.1) | 0.50 | 22.50 |

W.R. Grace & Co.                                                                              Page    24

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/26/2010 | LMH | Addition to draft category spreadsheet for the 35th interim period. | 3.40 | 510.00 |
|  | BSR | Receive and review project category spreadsheet for the 35th interim period | 4.60 | 1,219.00 |
|  | BSR | Draft memo to Melanie White re project category spreadsheet (35th) and revisions to be made (1.3); draft transmittal email to Melanie re same (.2) | 1.50 | 397.50 |
|  | MW | Draft revisions to Project Category Spreadsheet for 42 applicants for interims 23-28 (6.0); confer with B. Ruhlander re same (.1). | 6.10 | 854.00 |
|  | BSR | Draft e-mail to Rita Tobin requesting Caplin & Drysdale response | 0.10 | 26.50 |
|  | AL | Update database with Hogan's 35Q FR (.1); Hogan's 35Q IR Response (.1) | 0.20 | 9.00 |
|  | BSR | telephone conference with Deanna Boll re Canadian ZAI claimants 503(b) application and issues related to plan confirmation | 0.20 | 53.00 |
| 5/27/2010 | BSR | Draft final report re Caplin & Drysdale for the 35th interim period | 2.30 | 609.50 |
|  | BSR | telephone conference with Melanie White re project category spreadsheet | 0.10 | 26.50 |
|  | BSR | Draft omnibus final report for the 35th interim period (.4); draft email to Warren Smith re same (.1) | 0.50 | 132.50 |
|  | BSR | Receive and review response of Caplin & Drysdale to initial report (35Q) | 0.10 | 26.50 |
|  | BSR | Draft e-mail to Darek Bushnaq of Venable re final report (35Q) | 0.10 | 26.50 |
|  | BSR | Revise final report for Hogan Firm 503(b) application per request of Warren Smith (1.0); additional revision of Hogan Firm final report (.3); draft email to Warren Smith re same (.1) | 1.40 | 371.00 |
|  | BSR | Draft final report re Lauzon Belanger's and Scarfone Hawkins' 503(b) application for the period of Sept. 08 through Dec. 2009 | 2.60 | 689.00 |

W.R. Grace & Co.                                                                                           Page    25

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/27/2010 | BSR | receive, review, and respond to emails from Melanie White re project category spreadsheet | 0.10 | 26.50 |
|  | BSR | Draft (finalize) chart with fee and expense recommendations to be attached to the fee order for the 35th interim period | 0.30 | 79.50 |
|  | BSR | Receive and review project category spreadsheet with Melanie White's revisions | 0.50 | 132.50 |
|  | BSR | detailed review of Lincoln Partners' corrected fee application for the 34th interim period | 0.20 | 53.00 |
|  | WHS | detailed review of, and revisions to, FR Venable 35Q 10-12.09 | 0.30 | 88.50 |
|  | WHS | detailed review of, and revisions to, FR Lauzon and Scarfone 35Q 503(b) | 0.30 | 88.50 |
|  | WHS | detailed review of, and revisions to, omnibus final report 35Q 10-12.09 | 0.30 | 88.50 |
|  | WHS | detailed review of, and revisions to, FR Hogan Firm 35Q 503(b | 0.30 | 88.50 |
|  | BSR | telephone conference with Dan Hogan re objections to firm's application and additional information to be provided (.1); draft email to Warren Smith re same (.1) | 0.20 | 53.00 |
|  | BSR | Draft final report re Venable for the 35th interim period | 0.80 | 212.00 |
|  | BSR | telephone conference with Lynzy Oberholzer re timetable for turning in documents for the 35th interim period; left voicemail with Dan Hogan are issues with Hogan firm's fee application | 0.10 | 26.50 |
|  | BSR | Receive and review response of Venable to our initial report (35Q) | 0.20 | 53.00 |
|  | AL | Update database with Venable's 35Q IR response (.1); Venable's 35Q FR (.1); Lauzon's 35Q IR Response (.1); Caplin's 35Q IR response (.1); Hogan's 35Q Revised FR (.1) | 0.50 | 22.50 |

W.R. Grace & Co.                                                                                        Page     26

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/27/2010 | BSR | Receive and review revised invoice provided by Hogan Firm reflecting reductions to 0.1 hours where appropriate (.5); telephone conference with Dan Hogan re same (.1); continued review of revised invoice to isolate discrepancies (1.5) | 2.10 | 556.50 |
|  | AL | Electronic filing with the court of Venable's 35Q FR | 0.40 | 18.00 |
|  | MW | Draft revisions to Project Category Spreadsheet for 42 applicants for interims 29-35 (10.0) | 10.00 | 1,400.00 |
|  | BSR | receive, review, and respond to emails from Warren Smith re final report for the Hogan Firm 503(b) | 0.30 | 79.50 |
| 5/28/2010 | MW | Conference with B. Ruhlander re final revisions and formatting to project category spreadsheet (.3); receive and review agenda for 6.7 hearing (.1); forward same to B. Ruhlander (.1). | 0.50 | 70.00 |
|  | AL | Electronic filing with the court of Hogan's 35Q FR (.4); Lauzon's 35Q FR (.5); Caplin's 35Q FR (.4); Omnibus 35Q FR (.4) | 1.70 | 76.50 |
|  | AL | Ewing's April fee application (electronic version) (.1); Stroock's March fee application (electronic detail)(.1) | 0.20 | 9.00 |
|  | WHS | detailed review of, and revisions to, FR Caplin 35Q 10-12.09 | 0.30 | 88.50 |
|  | AL | Update database with Caplin's 35Q FR (.1); 35Q interim chart (.1) | 0.20 | 9.00 |
|  | AL | Prepare and electronic filing with the court of WHSA's April CNO | 0.50 | 22.50 |
|  | BSR | Draft e-mails (2) to Lynzy Oberholzer forwarding the fee and expense chart (.1) and project category spreadsheet (.1) for the 35th interim period | 0.20 | 53.00 |
|  | BSR | receive, review, and respond to email from Jamie O'Neill re § 503(b) applicants | 0.10 | 26.50 |
|  | BSR | telephone conference with A. Parnell re: initial reports | 0.30 | 79.50 |

W.R. Grace & Co.                                                                                                    Page    27

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/28/2010 | BSR | Draft e-mail to all applicants included in the combined final report (35Q) regarding the report | 0.50 | 132.50 |
| | BSR | receive, review, and respond to email from Jamie O'Neill re our recommendations (.3); draft email to Caplin & Drysdale (.1) and Venable (.1) re same | 0.50 | 132.50 |
| | BSR | Draft revision to final report for Caplin & Drysdale for the 35th interim period | 0.20 | 53.00 |
| | BSR | receive, review, and respond to email from Warren Smith concerning the final report for Caplin & Drysdale for the 35th interim period | 0.30 | 79.50 |
| | BSR | telephone conferences (2) with Anthony Lopez re filing of final reports for the hearing on the 35th interim fee applications (.1) and forwarding the project category spreadsheet for the 35th interim period (.1) | 0.20 | 53.00 |
| | BSR | Draft e-mails (2) to Dan Hogan re final reports for Lauzon Belanger/Scarfone Hawkins and the Hogan Firm § 503(b) applications | 0.20 | 53.00 |
| 5/30/2010 | BSR | Legal research re compensability of lunch meals | 2.00 | 530.00 |
| 5/31/2010 | AL | Update database with June 7, 2010 hearing agenda (.1); Foley's April fee application (electronic pdf only) (.1); Baer April fee application (electronic pdf only) (.1) | 0.30 | 13.50 |
| | BSR | Draft memo to Warren Smith re compensability of lunch meals unrelated to travel | 1.70 | 450.50 |
| | BSR | Continue Legal research re compensability of lunch meals | 1.20 | 318.00 |
| 6/1/2010 | AL | Update database with Stroock's April fee application (hard copy) (.2); Blackstone's April fee application (hard copy) (.2); Foley's April fee application (hard copy) (.2); Baer's April fee application (hard copy) (.2); Morris' April fee application (hard copy) (.2); Ewing's April fee application (hard copy) (.2); Morris' 36Q fee application (hard copy) (.2); Lauzon's April electronic detail (pdf version only) (.1); Hogan's April electronic detail (pdf version only) (.1);  Scarfone's April fee application (electronic pdf only) (.1); K&L's April fee application (electronic version) (.1); Foley's full electronic detail for the month of April (.1); Alan Rich's May electronic detail (.1) | 2.00 | 90.00 |

W.R. Grace & Co.                                                                                              Page    28

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/1/2010 | AL | Draft email to The Hogan Firm requesting April's fee application in an editable format | 0.10 | 4.50 |
| | BSR | Draft memo to Warren Smith re issue of working lunches (1.7); telephone conference with Warren Smith re same and email to Warren Smith re proposed policy (.1) | 1.80 | 477.00 |
| | MW | Draft monthly application for compensation of WHSA for May 2010 (.8); send same to J. Wehrmann for review (.1); revise per J. Wehrmann's comments (.2). | 1.10 | 154.00 |
| 6/2/2010 | AL | Update database with Hogan's April full electronic detail (.1); Lauzon's April full electronic detail (.1); Scarfone's full April electronic detail (.1); Ogilvy's April electronic detail (.1); Reed's April fee application (hard copy) (.2); AKO's April electronic detail (.1); Campbell's April electronic detail (.1); Charter's April electronic detail (.1); Caplin's April electronic detail (.1); Bilzin's April electronic detail (.1) | 1.10 | 49.50 |
| | BSR | receive, review, and respond to email from Jamie O'Neill re Campbell & Levine's fees | 0.10 | 26.50 |
| 6/3/2010 | BSR | research docket for signed fee order | 0.10 | 26.50 |
| | JAW | Proofread W. H. Smith's May 2010 fee notice and detail (0.6); e-mail to M. White regarding any revisions to same (0.1) | 0.70 | 106.75 |
| | AL | Update database with K&E's April electronic detail (pdf only) (.1); K&E's April fee application (Hard copy) (.2); Ogilvy's April fee application (hard copy) (.2); Sanders' May fee application (pdf electronic only) (.1) | 0.60 | 27.00 |
| | AL | Draft email to Sanders requesting full May electronic detail | 0.10 | 4.50 |
| 6/4/2010 | AL | Prepare hearing binder for 6/7/10 hearing | 2.50 | 112.50 |
| | BSR | receive, review, and respond to emails (2) from Warren Smith re proposed fee order (35Q) | 0.20 | 53.00 |
| | BSR | Receive and review amended hearing agenda for the June 7 hearing | 0.20 | 53.00 |

W.R. Grace & Co.

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/4/2010 | AL | Electronic filing with the court of WHSA's May Fee Application | 0.40 | 18.00 |
| | AL | Research PACER for 35th Interim Proposed Fee Order and Amended Agenda for 6.7.10 hearing. (.7); draft email to W. Smith re same (.1); conference with B. Ruhlander re Proposed Fee Order (.2) | 1.00 | 45.00 |
| | AL | Update database with Sanders' April full electronic detail | 0.10 | 4.50 |
| | AL | Draft email to W. Smith re hearing for 6/7/10 | 0.10 | 4.50 |
| | BSR | receive, review, and respond to email from Jamie O'Neill re Hogan Firm, Lauzon Belanger & Scarfone Hawkins have accepting our recommendations | 0.10 | 26.50 |
| 6/6/2010 | AL | Draft prior period paragraphs for all clients in the 18th interim (3.0). | 3.00 | 135.00 |
| 6/7/2010 | AL | Update database with 35Q fee order approving Canadian Zai's fee applications (.1); Corrected fee order exhibit A (.1) Bilzin's April fee application (hard copy) (.2); Orrick's April pdf electronic detail (.1); Campbell's April fee application (hard copy) (.1); Caplin's April fee application (hard copy) (.2); Charter Oak's April fee application (hard copy) (.2); LAS' April fee application (hard copy) (.2) | 1.30 | 58.50 |
| | AL | Draft email to Orrick requesting editable April fee application | 0.10 | 4.50 |
| | AL | Draft 20th interim prior period paragraphs for all clients (2.1); research docket numbers and FR's re same (.9). | 3.00 | 135.00 |
| | BSR | research docket for signed orders pertaining to June 7 hearing (.2); forwarded same to Warren Smith and Anthony Lopez (.2) | 0.40 | 106.00 |
| 6/8/2010 | AL | Update database with Orrick's April fee application (hard copy) | 0.20 | 9.00 |
| | AL | Draft 21st interim prior period paragraphs for all clients (3.2); research PACER for docket numbers and FR's filed re same (1.0) | 4.20 | 189.00 |
| 6/10/2010 | AL | Draft prior period paragraphs for all applicants for the 22nd interim (2.7); research final reports and docket numbers re same (.9). | 3.60 | 162.00 |

W.R. Grace & Co.                                                                                              Page      30

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/11/2010 | AL | Draft prior period paragraphs for the 19th interim (1.5); research docket numbers and final reports re same (1.5). | 3.00 | 135.00 |
| | AL | Update database with Woodcock's 36th interim fee application (hard copy) | 0.20 | 9.00 |
| 6/14/2010 | AL | Draft email to Pachulski requesting editable February electronic detail | 0.10 | 4.50 |
| | AL | Update database with Pachulski's February fee application (electronic pdf only ) | 0.10 | 4.50 |
| | AL | Update database with Pachulski's February fee application (hard copy) (.2); Orrick's April full electronic detail (.1) | 0.30 | 13.50 |
| 6/15/2010 | AL | Update database with Lauzon's Amended fee application (electronic version) (.1); HRO's September electronic detail (.1); Pachulski's February fee application (electronic version) (.1) | 0.30 | 13.50 |
| 6/16/2010 | AL | Update database with Lauzon's October 2004 -  August 2008 fee application (hard copy) (.2); Woodcock's April fee application (electronic pdf only) (.1) | 0.30 | 13.50 |
| | AL | Draft email requesting Woodcock's electronic detail in an editable format | 0.10 | 4.50 |
| 6/18/2010 | AL | Update database with PWC's April fee application (hard copy) (.2); Capstone's April fee application (hard copy) (.2) | 0.40 | 18.00 |
| 6/21/2010 | AL | Update database with CNO for Ewing's 10th monthly fee application | 0.10 | 4.50 |
| | AL | Update database with C&E's April fee application (electronic version) (.1); Capstone's April fee application (hard copy) (.2) | 0.30 | 13.50 |
| | BSR | receive, review, and respond to email from Jamie O'Neill re applicant mailing list (.1); forward same to Lynzy Oberholzer at Pachulski (.4); scan distribution list and forward again as pdf (.3) | 0.80 | 212.00 |
| | AL | Update database with Casner's 103rd fee application electronic detail | 0.10 | 4.50 |
| | AL | Update database with Capstone's 75th monthly fee application (electronic copy) | 0.10 | 4.50 |

W.R. Grace & Co.                                                                                                Page    31

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/22/2010 | BSR | receive, review, and respond to emails from Jamie O'Neill re WR Grace distribution list and applicants | 0.20 | 53.00 |
| 6/23/2010 | AL | Draft CNO for WHSA's May fee application | 0.30 | 13.50 |
|  | BSR | research docket for pertinent pleadings and case status (.2); calendar due dates for initial and final report (36th interim) (.1) | 0.30 | 79.50 |
| 6/24/2010 | MW | Begin drafting updates to 36th interim category spreadsheet (.5) | 0.50 | 70.00 |
|  | DTW | Telephone call with W. Smith re expense language; research same, draft memo and email same (.5). | 0.50 | 82.50 |
|  | AL | Electronic filing with the court of WHSA's May CNO | 0.40 | 18.00 |
|  | BSR | detailed review of Amended 503(b) application of Canadian ZAI claimants counsel | 1.30 | 344.50 |
|  | BSR | telephone conference with Melanie White re project category spreadsheet for the 36th interim period | 0.10 | 26.50 |
|  | AL | Research all 36th Interim category spreadsheets | 1.00 | 45.00 |
| 6/25/2010 | BSR | Receive and review information by Melanie White for contacts for firms missing quarterly fee applications, as well as those firms who did not include a project category spreadsheet for the quarter | 0.50 | 132.50 |
|  | DTW | Continue memorandum on expense issues as they relate to the initial reports (.6). | 0.60 | 99.00 |
|  | BSR | detailed review of the Amended 503(b) application of Lauzon Belanger and Scarfone Hawkins for the period of Oct. 2004 through August 2008 | 1.50 | 397.50 |
|  | AL | Update database with Tower's May fee application (electronic copy) (.1), Orrick's May and 26th interim fee application (electronic versions) (.2); Lincoln's April and May fee application (electronic versions) (.2) | 0.50 | 22.50 |
| 6/26/2010 | BSR | Draft initial report re Lauzon Belanger and Scarfone Hawkins' Amended 503(b) application | 2.40 | 636.00 |

W.R. Grace & Co.                                                                                    Page    32

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/27/2010 | BSR | Draft (cont'd) initial report re Lauzon Belanger and Scarfone Hawkins' Amended 503(b) application for the period of Oct. 2004 through Aug. 2008 (2.1); draft email to Warren Smith re same (.5); respond to email from Mark Steirer on substantial contribution issue (.1) | 2.70 | 715.50 |
| | MWS | emails with Bobbi Ruhlander regarding fee enhancement questions | 0.20 | 54.00 |
| 6/28/2010 | BSR | Draft e-mail to Warren Smith re Lauzon Belanger and Scarfone Hawkins 503(b) application initial report | 0.10 | 26.50 |
| | BSR | Draft initial report re amended 503(b) application of Lauzon Belanger and Scarfone Hawkins | 0.20 | 53.00 |
| | BSR | Draft e-mail to Dan Hogan of the Hogan Firm re the initial report concerning the Amended § 503(b) Applications of Lauzon Belanger and Scarfone Hawkins | 0.10 | 26.50 |
| | JAW | detailed review of PwC February 2010 fee application (2.0) | 2.00 | 305.00 |
| | AL | Receive, review and finalize the IR of Lauzon's 36Q | 0.30 | 13.50 |
| | AL | Update database with K&E's January fee application (electronic copy) (.1); same re 36Q interim fee application of K&E (electronic copy) (.1); Blackstone's May fee application (electronic version) (.1); Orrick's May fee application (hard copy) (.2); Blackstone's May fee application (hard copy) (.2); Beveridge's 36Q fee application (electronic version) (.1); Foley's May fee application (electronic version) (.1); Stroock's May fee application (electronic version) (.1) | 1.00 | 45.00 |
| 6/29/2010 | JAW | continued detailed review of PwC February 2010 fee application (1.7); draft summary of same (2.1) | 3.80 | 579.50 |
| | AL | Update database with Ferry's May fee application (electronic copy) (.1); Baer's electronic fee application (pdf version only) (.1) | 0.20 | 9.00 |
| | AL | Update database with Reed's May electronic detail (.1); Foley's May fee application (hard copy) (.2); Stroock's May fee application (hard copy) (.2); Morris' May fee application (hard copy) (.2) Update database with Levine's May electronic detail (.1); AKO's May electronic detail (.1); Caplin's May | 1.50 | 67.50 |

W.R. Grace & Co.

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | electronic detail (.1); Charter's May electronic detail (.1); HRO's 34Q fee application (hard copy) (.2); K&E's 36Q fee application (hard copy) (.2) |  |  |
| 6/29/2010 | MW | Draft updates to 36th interim category spreadsheet (1.0); confer with Christine at Day Pitney re filing deadlines (.1); confer with B. Ruhlander re same (.1). | 1.20 | 168.00 |
| 6/30/2010 | AL | Receive, review and respond to Steptoe's email re January through March fee and expense detail | 0.10 | 4.50 |
|  | AL | Update database with Baer's May fee application (hard copy) (.2); PWC's February 2010 summary (.1); Hogan's May fee application (electronic copy) (.1); Scarefone's May fee application (electronic version) (.1); Lauzon's May electronic detail (.1); Steptoe's January through March fee applications (pdf version only) (.3); Pitney's May fee application (electronic pdf only) (.1); Day Pitney's full electronic May detail (.1); Steptoe's January through March electronic detail (.2) | 1.30 | 58.50 |
|  | AL | Draft email to steptoe requesting full electronic detail for their January through March fee applications (.1); Day Pitney's full electronic detail for the month of May (.1) | 0.20 | 9.00 |

**For professional services rendered**                                     317.80 $55,886.25

Additional Charges :

| 4/30/2010 | PACER Charges | 35.44 |
|---|---|---|
|  | Third party copies & document prep/setup. | 84.23 |
|  | Westlaw Charges | 31.19 |
|  | Copying cost | 39.10 |
| 5/31/2010 | Copying cost | 39.60 |

W.R. Grace & Co.                                                                                Page    34

|  |  | **Amount** |
|---|---|---:|
| 5/31/2010 | PACER Charges | 29.52 |
|  | Third party copies & document prep/setup. | 633.88 |
| 6/1/2010 | Westlaw Charges | 2,214.75 |
|  | Third party copies & document prep/setup. | 110.17 |
| 6/24/2010 | PACER Charges | 94.96 |
| 6/30/2010 | Third party copies & document prep/setup. | 2.61 |
|  | Court Call for Telephonic Hearing | 30.00 |
|  | Copying cost | 0.10 |
|  | Copying cost | 1.10 |

|  |  |
|---|---:|
| **Total additional charges** | **$3,346.65** |
| **Total amount of this bill** | **$59,232.90** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Alexa L. Parnell | 1.80 | 172.50 | $310.50 |
| Anthony Lopez | 73.30 | 45.00 | $3,298.50 |
| Bobbi S. Ruhlander | 135.00 | 265.00 | $35,775.00 |
| Doreen Williams | 1.60 | 165.00 | $264.00 |
| James A. Wehrmann | 69.70 | 152.50 | $10,629.25 |
| Lisa M Hamm | 6.60 | 150.00 | $990.00 |
| Mark W Steirer | 0.20 | 270.00 | $54.00 |
| Melanie White | 26.40 | 140.00 | $3,696.00 |

W.R. Grace & Co.                                                                    Page    35

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Melanie White | 0.30 | 45.00 | $13.50 |
| Warren H Smith | 2.90 | 295.00 | $855.50 |