# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection deadline:  June 21, 2010 at 4:00 p.m.** |

**SUMMARY OF APPLICATION OF REED SMITH LLP
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE
COUNSEL TO DEBTORS FOR THE ONE HUNDRED SIXTH MONTHLY INTERIM
PERIOD FROM APRIL 1, 2010 THROUGH APRIL 30, 2010**

| | |
|---|---|
| Name of Applicant: | Reed Smith LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | July 19, 2001, effective as of April 2, 2001 |
| Period for which compensation and reimbursement is sought: | April 1 through April 30, 2010 |
| Amount of fees sought as actual, reasonable and necessary: | $28,603.00 |
| Amount of expenses sought as actual, reasonable and necessary | $1,030.65 |

This is a(n):  X  monthly     __ interim     __ final application.

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#24851
5/28/10

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |

---

2  Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |
| 3/2/10 | 1/1/1 through 1/31/10 | $67,941.00 | $5,542.74 | No objections served on counsel | No objections served on counsel |
| 3/29/10 | 2/1/10 through 02/28/10 | $8,019.00 | $1,025.90 | No objections served on counsel | No objections served on counsel |
| 4/28/10 | 3/1/10 through 3/31/10 | $7,581.50 | $2,008.26 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred sixth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 6 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $3,000.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 1971 | Litigation | $685.00 | 10.10 | $6,918.50 |
| Lawrence E. Flatley | Partner | 1975 | Litigation | $635.00 | 1.80 | $1,143.00 |
| Douglas E. Cameron | Partner | 1984 | Litigation | $630.00 | 2.40 | $1,512.00 |
| Kyle O. Sollie | Partner | 1996 | Business & Finance | $625.00 | 4.60 | $2,875.00 |
| Michael A. Jacobs | Partner | 1992 | Business & Finance | $580.00 | .30 | $174.00 |
| Traci Sands Rea | Partner | 1995 | Litigation | $455.00 | 28.20 | $12,831.00 |

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Andrew J. Muha | Associate | 2001 | Litigation | $400.00 | .80 | $320.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 18 Years | Bankruptcy | $240.00 | 1.70 | $408.00 |
| F. Scott DeMaris | Sr. Research Librarian | 11 Years | Knowledge Management | $195.00 | 1.20 | $234.00 |
| Sharon A. Ament | Paralegal | 6 Years | Litigation | $175.00 | 12.50 | $2,187.50 |

**Total Fees: $28,603.00**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation | 1.90 | $332.50 |
| Fee Applications | 6.00 | $1,340.50 |
| Claim Analysis Objection Resolution & Estimation | 49.60 | $23,647.00 |
| PA State Tax Advice | 6.10 | $3,283.00 |
| **Total** | **63.60** | **$28,603.00** |

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| PACER | $19.28 | ---- |
| Duplicating/Printing/Scanning | $297.40 | ---- |
| Outside Duplicating | $27.20 | ---- |
| Courier Service – Outside | $46.87 | ---- |
| Telephone Expense | $.10 | ---- |
| Secretarial Overtime | $30.00 | ---- |
| Parking/Tolls/Other Transportation | $42.00 | ---- |
| Air Travel Expense | $406.80 | ---- |
| Taxi Expense | $161.00 | ---- |
| SUBTOTAL | $1,030.65 | $0.00 |
| **TOTAL** | **$1,030.65** | |

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

Dated: May 28, 2010                          REED SMITH LLP
      Wilmington, Delaware

By: /s/ Kurt F. Gwynne
     Kurt F. Gwynne (No. 3951)
     1201 Market Street, Suite 1500
     Wilmington, DE 19801
     Telephone: (302) 778-7500
     Facsimile: (302) 778-7575
     E-mail: kgwynne@reedsmith.com

      and

     James J. Restivo, Jr., Esquire
     Lawrence E. Flatley, Esquire
     Douglas E. Cameron, Esquire
     Reed Smith Centre
     225 Sixth Avenue
     Pittsburgh, PA 15222
     Telephone: (412) 288-3131
     Facsimile: (412) 288-3063

     Special Asbestos Products Liability Defense
     Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2000638
One Town Center Road                      Invoice Date      05/26/10
Boca Raton, FL   33486                    Client Number       172573

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                            332.50
    Expenses                          0.00

              TOTAL BALANCE DUE UPON RECEIPT      $332.50
                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2000638
One Town Center Road                      Invoice Date      05/26/10
Boca Raton, FL   33486                    Client Number       172573
                                          Matter Number        60026

==============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2010

| Date | Name | | Hours |
|------|------|------|------|
| 04/16/10 | Ament | E-mails re: application to employ counsel (.20); circulate agenda for 4/19/10 hearing to team (.10). | .30 |
| 04/19/10 | Ament | Review agenda and hearing binder received from Pachulski (.10); various e-mails with P. Cuniff re: same (.20); provide application to employ RS to D. Cameron (.20); download eight CNO's and update hearing binder per J. O'Neill request (.40); additional e-mails with P. Cuniff re: same (.10); hand deliver hearing binder to Judge Fitzgerald (.20). | 1.20 |
| 04/20/10 | Ament | E-mails and telephone call re: 5/3/10 agenda and hearing binder. | .20 |
| 04/28/10 | Ament | E-mails re: 4/19/10 hearing transcript. | .20 |

                                                   ------
                                   TOTAL HOURS      1.90

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Sharon A. Ament | 1.90 at $ 175.00 = | | 332.50 |

                        CURRENT FEES                        332.50

                                                      ------------

172573  W. R. Grace & Co.                          Invoice Number   2000638
60026   Litigation and Litigation Consulting        Page    2
        May 26, 2010

                        TOTAL BALANCE DUE UPON RECEIPT          $332.50
                                                            =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number      2000639
5400 Broken Sound Blvd., N.W.            Invoice Date        05/26/10
Boca Raton, FL 33487                     Client Number        172573

===============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

    Fees                            1,340.50
    Expenses                            0.00

              TOTAL BALANCE DUE UPON RECEIPT        $1,340.50
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W. R. Grace | Invoice Number     2000639 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date     05/26/10 |
| Boca Raton, FL 33487 | Client Number     172573 |
| | Matter Number     60029 |

================================================================================

Re: (60029)   Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2010

| Date | Name | | Hours |
|------|------|------|-------|
| 04/09/10 | Ament | E-mails re: March monthly fee application. | .10 |
| 04/09/10 | Muha | Review and revise fee and expense detail for March 2010 monthly fee application. | .40 |
| 04/14/10 | Ament | Begin drafting March monthly fee application and spreadsheets re: same (.50); attention to billing matters (.10). | .60 |
| 04/15/10 | Ament | Begin drafting 36th quarterly fee application and spreadsheets. | .50 |
| 04/16/10 | Muha | Review and revisions to March 2010 monthly fee application materials. | .20 |
| 04/19/10 | Ament | E-mails re: March monthly fee application. | .20 |
| 04/20/10 | Ament | E-mails re: March monthly fee application. | .10 |
| 04/27/10 | Ament | Calculate fees and expenses for March monthly fee application (.50); continue drafting said fee application (.30); prepare spreadsheets re: same (.50); provide fee application to A. Muha for review (.10); e-mails re: same (.10). | 1.50 |

```
172573  W. R. Grace & Co.                    Invoice Number  2000639
60029   Fee Applications-Applicant           Page    2
        May 26, 2010
```

| Date | Name | | Hours |
|------|------|---|-------|
| 04/28/10 | Ament | E-mails re: March monthly fee application and quarterly fee application (.10); finalize March monthly fee application (.10); e-mail same to J. Lord for DE filing (.10). | .30 |
| 04/28/10 | Lord | Draft, e-file and serve CNO to Reed Smith February monthly fee application (.5); Revise, e-file and serve Reed Smith March monthly fee application (1.2) | 1.70 |
| 04/28/10 | Muha | Final review of March 2010 monthly fee application. | .20 |
| 04/29/10 | Ament | Attend to billing matters (.10); e-mails re: same (.10). | .20 |

```
                                            ------
                               TOTAL HOURS   6.00
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Andrew J. Muha | 0.80 | at $ | 400.00 | = | 320.00 |
| John B. Lord | 1.70 | at $ | 240.00 | = | 408.00 |
| Sharon A. Ament | 3.50 | at $ | 175.00 | = | 612.50 |

```
              CURRENT FEES                            1,340.50


                                               ------------
              TOTAL BALANCE DUE UPON RECEIPT      $1,340.50
                                               ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      2000640
One Town Center Road                    Invoice Date        05/26/10
Boca Raton, FL    33486                 Client Number        172573

========================================================================

Re: W. R. Grace & Co.

(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

        Fees                        23,647.00
        Expenses                         0.00

                    TOTAL BALANCE DUE UPON RECEIPT     $23,647.00
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2000640
One Town Center Road                      Invoice Date       05/26/10
Boca Raton, FL    33486                   Client Number       172573
                                          Matter Number        60033

================================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2010

| Date | Name | | Hours |
|------|------|------|------|
| 04/01/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 04/05/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 04/05/10 | Rea | Preparation for trial on Canadian claims. | .90 |
| 04/06/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 04/06/10 | Rea | Set up conference with J. Restivo re: Canadian trial. | .10 |
| 04/07/10 | Ament | Assist team with various issues relating to PD claims (.20); e-mails with T. Rea re: exhibits for PD trial (.10); meet with T. Rea re: exhibits (.30). | .60 |
| 04/07/10 | Cameron | Review materials regarding Speights property damage claims trial (.80); meet with T. Rea regarding same (.40). | 1.20 |
| 04/07/10 | Rea | Preparation for trial on Canadian limitations periods. | 6.10 |
| 04/07/10 | Restivo | Preparation on two Canadian claims. | 1.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  2000640
 60033  Claim Analysis Objection Resolution & EstimationPage   2
        (Asbestos)
        May 26, 2010
```

| Date | Name | | Hours |
|------|------|--|-------|
| 04/08/10 | Ament | Various e-mails, meetings and telephone calls with team re: exhibits for PD trial (.50); review and organize exhibits (.20); create binders of exhibits for judge, debtor and opposing counsel (1.0); assist team with various issues relating to PD trial (1.50). | 3.20 |
| 04/08/10 | Rea | Preparation for Canadian property damage trial. | 5.00 |
| 04/08/10 | Restivo | Prepare for trial on two Canadian claims. | .30 |
| 04/09/10 | Ament | Assist team with various issues relating to PD claims (.30); finalize binders for judge and team (.30); hand deliver hearing binder to Judge Fitzgerald (.10); various e-mails and meetings with team re: trial (.30). | 1.00 |
| 04/09/10 | Rea | Preparation for property damage limitations trial. | 2.50 |
| 04/12/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 04/13/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 04/13/10 | Restivo | Prepare for Omnibus/Trial. | .50 |
| 04/14/10 | Ament | Assist team with various issues relating to PD claims (.10); e-mail to T. Rea re: 4/19/10 trial (.10). | .20 |
| 04/14/10 | Restivo | Telephone call with R. Finke. | .30 |
| 04/15/10 | Ament | Assist team with various issues relating to PD claims (.10); meet with T. Rea re: 4/19/10 trial (.10). | .20 |

172573  W. R. Grace & Co.                          Invoice Number   2000640
60033   Claim Analysis Objection Resolution & EstimationPage   3
        (Asbestos)
        May 26, 2010


| Date | Name | | Hours |
|------|------|------|------|
| 04/15/10 | Flatley | Voicemail from R. Finke (0.1); with T. Rea re: DGS negotiations (0.1). | .20 |
| 04/15/10 | Rea | Preparation for Canadian property damage limitations trial. | 3.50 |
| 04/16/10 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 04/16/10 | Flatley | With T. Rea re: DGS status (0.3); conference call with R. Finke and T. Rea about DGS negotiations strategy (.5). | .80 |
| 04/16/10 | Rea | Preparation for Canadian limitations trial (2.8); conference with L. Flatley and call to R. Finke re: DGS claims (.7). | 3.50 |
| 04/17/10 | Cameron | Review materials relating to Speights claim trial. | .80 |
| 04/19/10 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 04/19/10 | Cameron | E-mails and telephone calls regarding Speights claim trial. | .40 |
| 04/19/10 | Rea | Preparation for Omnibus hearing (3.0); attend portion of Omnibus hearing and Canadian claims trial (2.5). | 5.50 |
| 04/19/10 | Restivo | Omnibus Hearing, including trial on two Canadian claims. | 8.00 |
| 04/20/10 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 04/20/10 | Rea | Drafted Order re: Canadian claims and sent same to D. Speights. | .60 |
| 04/21/10 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 04/22/10 | Rea | Telephone call with Judge Welsh. | .20 |

172573 W. R. Grace & Co.                              Invoice Number   2000640
60033  Claim Analysis Objection Resolution & EstimationPage    4
       (Asbestos)
       May 26, 2010

| Date | Name | | Hours |
|------|------|---|-------|

| 04/23/10 | Flatley | Emails and voicemails from R. Finke (1.2); emails from/to T. Rea (.2). | .40 |
| 04/26/10 | Flatley | Conference call with R. Finke and T. Rea. | .40 |
| 04/26/10 | Rea | Call with R. Finke re: DGS. | .30 |
| 04/27/10 | Ament | Assist team with various issues relating to PD claims (.20); meet with T. Rea re: trial (.10). | .30 |
| 04/28/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 04/29/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 04/30/10 | Ament | Assist team with various issues relating to PD claims. | .10 |

```
                                                          ------
                                        TOTAL HOURS      49.60
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Lawrence E. Flatley | 1.80 | at $ | 635.00 | = | 1,143.00 |
| Douglas E. Cameron | 2.40 | at $ | 630.00 | = | 1,512.00 |
| James J. Restivo Jr. | 10.10 | at $ | 685.00 | = | 6,918.50 |
| Traci Sands Rea | 28.20 | at $ | 455.00 | = | 12,831.00 |
| Sharon A. Ament | 7.10 | at $ | 175.00 | = | 1,242.50 |

```
                        CURRENT FEES                      23,647.00


                                                        ------------
              TOTAL BALANCE DUE UPON RECEIPT             $23,647.00
                                                        ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                              Invoice Number      2000641
One Town Center Road                          Invoice Date       05/26/10
Boca Raton, FL    33486                        Client Number       172573

========================================================================

Re: W. R. Grace & Co.


(60040)  PA State Tax Advice

        Fees                          3,283.00
        Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $3,283.00
                                                         =============

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R. Grace & Co.                    Invoice Number      2000641
One Town Center Road                Invoice Date       05/26/10
Boca Raton, FL   33486              Client Number        172573
                                    Matter Number         60040
```

========================================================================

Re: (60040)  PA State Tax Advice

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2010

| Date | Name | | Hours |
|------|------|---|-------|
| 04/02/10 | Sollie | Discussion with C. Finke regarding successor liability issues. | .40 |
| 04/05/10 | Jacobs | Discuss Pennsylvania bulk sale tax clearance liability issue with K. Sollie. | .30 |
| 04/05/10 | Sollie | Reviewed materials from C. Finke (.5); reviewed sections 401 and 403 of Pennsylvania fiscal code (.5); reviewed cases under those sections (.6); telephone conference with C. Finke regarding same (.4). | 2.00 |
| 04/06/10 | Sollie | Telephone conference with C. Finke and R. Higgins regarding Pennsylvania tax issue. | .50 |
| 04/26/10 | DeMaris | Statute/Regulation pull: Search for 72 Pennsylvania Statute 1401 and 72 Pennsylvania Statute 1403 and a separate file of each court case in the annotations to those statute sections | 1.20 |
| 04/27/10 | Sollie | Email C. Finke regarding Pennsylvania IPC tax issue. | .30 |
| 04/29/10 | Sollie | Discussion with C. Fiske and R. Higgings regarding IPC's Pennsylvania liability. | .60 |

```
172573 W. R. Grace & Co.                    Invoice Number  2000641
60040  PA State Tax Advice                  Page    2
       May 26, 2010
```

| Date | Name | | Hours |
|------|------|---|-------|
| 04/30/10 | Sollie | Reviewed emails from C. Finke (.3); telephone conference wtih R. Higgins regarding others who have entered their appearances from Pennsylvania Deputy Attorney General's office in Grace's bankruptcy (.3); telephone call to M. Roman (.2). | .80 |

```
                                            ------
                            TOTAL HOURS      6.10
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Kyle O. Sollie | 4.60 | at $ | 625.00 | = | 2,875.00 |
| Michael A. Jacobs | 0.30 | at $ | 580.00 | = | 174.00 |
| Scott DeMaris | 1.20 | at $ | 195.00 | = | 234.00 |

```
                 CURRENT FEES                          3,283.00


                                              ------------
           TOTAL BALANCE DUE UPON RECEIPT       $3,283.00
                                              ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2000654
One Town Center Road                      Invoice Date      05/26/10
Boca Raton, FL   33486                    Client Number        172573

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

       Fees                              0.00
       Expenses                         73.90

                      TOTAL BALANCE DUE UPON RECEIPT          $73.90
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2000654
One Town Center Road                      Invoice Date        05/26/10
Boca Raton, FL   33486                    Client Number        172573
                                          Matter Number         60026

===============================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

    PACER                                    12.40
    Duplicating/Printing/Scanning            24.30
    Outside Duplicating                      27.20
    Courier Service - Outside                10.00

                    CURRENT EXPENSES                      73.90
                                                      -------------

                    TOTAL BALANCE DUE UPON RECEIPT       $73.90
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W.R. Grace & Co. | Invoice Number | 2000654 |
| One Town Center Road | Invoice Date | 05/26/10 |
| Boca Raton, FL   33486 | Client Number | 172573 |
| | Matter Number | 60026 |

=========================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 03/29/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |
| 03/29/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |
| 03/29/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |
| 03/29/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |
| 03/29/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 03/30/10 | Outside Duplicating<br>Mailout - Bankruptcy Mailouts/Mailout - Envelope | 27.20 |
| 03/31/10 | PACER | 12.40 |
| 04/14/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 04/15/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 04/15/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 04/15/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 04/15/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 04/27/10 | Courier Service - Outside -- VENDOR: PARCELS,<br>INC.: Deliveries | 10.00 |

172573 W. R. Grace & Co.                          Invoice Number  2000654
60026  Litigation and Litigation Consulting       Page   2
       May 26, 2010

04/27/10    Duplicating/Printing/Scanning                         .10
            ATTY # 000559: 1 COPIES

04/27/10    Duplicating/Printing/Scanning                         .10
            ATTY # 000559: 1 COPIES

04/27/10    Duplicating/Printing/Scanning                         .10
            ATTY # 000559: 1 COPIES

04/27/10    Duplicating/Printing/Scanning                         .10
            ATTY # 000559: 1 COPIES

04/27/10    Duplicating/Printing/Scanning                         .90
            ATTY # 000559: 9 COPIES

04/27/10    Duplicating/Printing/Scanning                         .90
            ATTY # 000559: 9 COPIES

04/27/10    Duplicating/Printing/Scanning                         .90
            ATTY # 000559: 9 COPIES

04/27/10    Duplicating/Printing/Scanning                         .90
            ATTY # 000559: 9 COPIES

04/27/10    Duplicating/Printing/Scanning                         .90
            ATTY # 000559: 9 COPIES

04/28/10    Duplicating/Printing/Scanning                         .90
            ATTY # 000559: 9 COPIES

04/28/10    Duplicating/Printing/Scanning                         .90
            ATTY # 000559: 9 COPIES

04/28/10    Duplicating/Printing/Scanning                         .90
            ATTY # 000559: 9 COPIES

04/28/10    Duplicating/Printing/Scanning                         .90
            ATTY # 000559: 9 COPIES

04/28/10    Duplicating/Printing/Scanning                         .90
            ATTY # 000559: 9 COPIES

04/28/10    Duplicating/Printing/Scanning                        1.00
            ATTY # 000559: 10 COPIES

04/28/10    Duplicating/Printing/Scanning                        1.00
            ATTY # 000559: 10 COPIES

04/28/10    Duplicating/Printing/Scanning                        1.00
            ATTY # 000559: 10 COPIES

04/28/10    Duplicating/Printing/Scanning                         .30
            ATTY # 000559: 3 COPIES

04/28/10    Duplicating/Printing/Scanning                         .30
            ATTY # 000559: 3 COPIES

172573 W. R. Grace & Co.                          Invoice Number   2000654
60026  Litigation and Litigation Consulting       Page    3


       May 26, 2010


  04/29/10    Duplicating/Printing/Scanning                    1.50
              ATTY # 000559: 15 COPIES

  04/29/10    Duplicating/Printing/Scanning                    1.50
              ATTY # 000559: 15 COPIES


                          CURRENT EXPENSES                    73.90
                                                      ------------
                          TOTAL BALANCE DUE UPON RECEIPT      $73.90
                                                      ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2000657
One Town Center Road                      Invoice Date       05/26/10
Boca Raton, FL    33486                   Client Number        172573

================================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

       Fees                              0.00
       Expenses                        956.75

                    TOTAL BALANCE DUE UPON RECEIPT        $956.75
                                                   ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      2000657
One Town Center Road                    Invoice Date       05/26/10
Boca Raton, FL   33486                  Client Number       172573
                                        Matter Number        60033

===============================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Telephone Expense                              0.10
    PACER                                          6.88
    Duplicating/Printing/Scanning                273.10
    Courier Service - Outside                     36.87
    Secretarial Overtime                          30.00
    Parking/Tolls/Other Transportation            42.00
    Air Travel Expense                           406.80
    Taxi Expense                                 161.00

            CURRENT EXPENSES                              956.75
                                                    --------------

            TOTAL BALANCE DUE UPON RECEIPT             $956.75
                                                    ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    2000657
One Town Center Road                      Invoice Date      05/26/10
Boca Raton, FL    33486                   Client Number      172573
                                          Matter Number       60033


================================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| 03/31/10 | PACER | 6.88 |
|---|---|---|
| 04/07/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 04/07/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 04/08/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1819 COPIES | 181.90 |
| 04/08/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 740 COPIES | 74.00 |
| 04/08/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |
| 04/08/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |
| 04/08/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |
| 04/08/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 04/08/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 04/08/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 04/08/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |

172573 W. R. Grace & Co.                          Invoice Number  2000657
60033  Claim Analysis Objection Resolution & EstimationPage   2
       (Asbestos)
       May 26, 2010


| Date | Description | Amount |
|------|-------------|--------|
| 04/08/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 04/08/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 04/08/10 | Courier Service - UPS - Shipped from Sharon<br>Ament Reed Smith LLP - Pittsburgh to Daniel A.<br>Speights, Speights & Runyan (HAMPTON SC 29924). | 36.87 |
| 04/08/10 | Secretarial Overtime: copying documents | 30.00 |
| 04/09/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 04/09/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 04/09/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 04/09/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 04/15/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 04/15/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |
| 04/15/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |
| 04/15/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |
| 04/15/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |
| 04/15/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |
| 04/15/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 04/16/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 04/16/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |

172573 W. R. Grace & Co.                                Invoice Number  2000657
60033  Claim Analysis Objection Resolution & EstimationPage   3
       (Asbestos)
       May 26, 2010

| | | |
|---|---|---|
| 04/16/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |
| 04/16/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |
| 04/16/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |
| 04/16/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 30 COPIES | 3.00 |
| 04/19/10 | Parking/Tolls/Other Transportation Parking -<br>VENDOR: James J. Restivo Jr., Apr 19, Omnibus<br>Hearing - Delaware - - Parking at PIT airport. | 21.00 |
| 04/19/10 | Taxi Expense Taxi - VENDOR: James J. Restivo<br>Jr., Apr 19, 2010 Omnibus Hearing - - Taxi from<br>PHL airport to Wilminton Courthouse. | 82.00 |
| 04/19/10 | Air Travel Expense<br>Travel Agent Fee - VENDOR: James J. Restivo Jr.,<br>Attend Omnibus Hearing - trial in Delaware on<br>two Canadian claims. | 24.00 |
| 04/19/10 | Taxi Expense Taxi - VENDOR: James J. Restivo<br>Jr., Apr 19, 2010 Omnibus Hearing - - Taxi from<br>Wilmington Courthouse to PHL airport. | 79.00 |
| 04/19/10 | Air Travel Expense Airfare - VENDOR: James J.<br>Restivo Jr., Apr 19, Attend Omnibus Hearing -<br>trial in Delaware on two Canadian claims -<br>travel from PIT to PHL and return. | 179.40 |
| 04/19/10 | Air Travel Expense<br>Airfare - VENDOR: Traci Sands Rea, Apr 19, 2010<br>WR Grace Omnibus Hearing (Pittsburgh to<br>Philadelphia; Philadelphia to Pittsburgh) | 179.40 |
| 04/19/10 | Air Travel Expense<br>Travel Agent Fee - VENDOR: Traci Sands Rea, Apr<br>WR Grace Omnibus Hearing (Pittsburgh to<br>Philadelphia; Philadelphia to Pittsburgh) | 24.00 |
| 04/19/10 | Parking/Tolls/Other Transportation Parking -<br>VENDOR: Traci Sands Rea, Apr 19, 2010 WR Grace<br>Omnibus Hearing in DE - - Parking at PIT<br>airport. | 21.00 |
| 04/19/10 | Telephone Expense<br>13026589971/WILMINGTON, DE/2 | .10 |

172573 W. R. Grace & Co.                          Invoice Number   2000657
60033  Claim Analysis Objection Resolution & Estimation Page   4
       (Asbestos)
       May 26, 2010


04/20/10   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

04/20/10   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

                         CURRENT EXPENSES                      956.75
                                                        ------------
                         TOTAL BALANCE DUE UPON RECEIPT      $956.75
                                                        =============