# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) | **Objection Deadline: July 21, 2010 at 4:00 p.m.** |
|  |  | **Hearing Date: Only if Objections are Filed** |

### SUMMARY OF APPLICATION OF REED SMITH LLP
### FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
### EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE
### COUNSEL TO DEBTORS FOR THE ONE HUNDRED SEVENTH MONTHLY
### <u>INTERIM PERIOD FROM MAY 1, 2010 THROUGH MAY 31, 2010</u>

Name of Applicant:                           Reed Smith LLP

Authorized to Provide Professional Services to:  W. R. Grace & Co., et al., Debtors and
                                             Debtors-in-Possession

Date of Retention:                           July 19, 2001, effective as of April 2, 2001

Period for which compensation and
reimbursement is sought:                     May 1 through May 31, 2010

Amount of fees sought as actual,
reasonable and necessary:                    $6,594.50

Amount of expenses sought as actual,
reasonable and necessary                     $1,375.18

This is a(n): <u>X</u> monthly    __ interim    __ final application.

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#24998

6/29/10

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00$^2$ | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |

---

2  Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |
| 3/2/10 | 1/1/1 through 1/31/10 | $67,941.00 | $5,542.74 | No objections served on counsel | No objections served on counsel |
| 3/29/10 | 2/1/10 through 02/28/10 | $8,019.00 | $1,025.90 | No objections served on counsel | No objections served on counsel |
| 4/28/10 | 3/1/10 through 3/31/10 | $7,581.50 | $2,008.26 | No objections served on counsel | No objections served on counsel |
| 5/28/10 | 4/1/10 through 4/30/10 | $28,603.00 | $1,030.65 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred seventh application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 9 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $2,000.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 1971 | Litigation | $685.00 | 1.20 | $822.00 |
| Lawrence E. Flatley | Partner | 1975 | Litigation | $635.00 | .20 | $127.00 |
| Douglas E. Cameron | Partner | 1984 | Litigation | $630.00 | .70 | $441.00 |
| Kyle O. Sollie | Partner | 1996 | Business & Finance | $625.00 | 4.00 | $2,500.00 |
| Traci Sands Rea | Partner | 1995 | Litigation | $455.00 | .30 | $136.50 |

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Andrew J. Muha | Associate | 2001 | Litigation | $400.00 | .80 | $320.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 18 Years | Bankruptcy | $240.00 | 4.70 | $1,128.00 |
| Sharon A. Ament | Paralegal | 6 Years | Litigation | $175.00 | 6.40 | $1,120.00 |

**Total Fees: $6,594.50**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation | .90 | $157.50 |
| Fee Applications | 9.80 | $2,200.50 |
| Claim Analysis Objection Resolution & Estimation | 3.60 | $1,736.50 |
| PA State Tax Advice | 4.00 | $2,500.00 |
| **Total** | **18.30** | **$6,594.50** |

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

7

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| PACER | $17.92 | ---- |
| Duplicating/Printing/Scanning | $60.40 | ---- |
| Outside Duplicating | $769.67 | ---- |
| Courier Service – Outside | $22.50 | ---- |
| Documentation Charge | $68.40 | ---- |
| Westlaw | $436.29 | ---- |
| SUBTOTAL | $1,375.18 | $0.00 |
| **TOTAL** | **$1,375.18** | |

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

Dated:    June 29, 2010          REED SMITH LLP
          Wilmington, Delaware

                          By: /s/ Kurt F. Gwynne
                              Kurt F. Gwynne (No. 3951)
                              1201 Market Street, Suite 1500
                              Wilmington, DE  19801
                              Telephone:  (302) 778-7500
                              Facsimile:  (302) 778-7575
                              E-mail: kgwynne@reedsmith.com

                                  and

                              James J. Restivo, Jr., Esquire
                              Lawrence E. Flatley, Esquire
                              Douglas E. Cameron, Esquire
                              Reed Smith Centre
                              225 Fifth Avenue
                              Pittsburgh, PA 15222
                              Telephone:  (412) 288-3131
                              Facsimile:  (412) 288-3063

                              Special Asbestos Products Liability Defense
                              Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2012842
One Town Center Road                      Invoice Date      06/28/10
Boca Raton, FL    33486                   Client Number      172573

================================================================================

Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

    Fees                          157.50
    Expenses                        0.00

             TOTAL BALANCE DUE UPON RECEIPT        $157.50
                                           =============

```
                              REED SMITH LLP
                              PO Box 360074M
                         Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630
```

```
    W.R. Grace & Co.                        Invoice Number      2012842
    One Town Center Road                    Invoice Date       06/28/10
    Boca Raton, FL   33486                  Client Number        172573
                                            Matter Number         60026
```

=========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2010

| Date | Name | | Hours |
|------|------|--|-------|

| 05/05/10 | Ament | E-mails with P. Cuniff re: 4/19/10 hearing transcript (.10); circulate said transcript to client and team (.10). | .20 |
| 05/24/10 | Ament | Various e-mails with P. Cuniff re: hearing binders for 6/7/10 hearing (.20); review agenda and hearing binders received from Pachulski (.10); update hearing binders (.20); hand deliver hearing binders to Judge Fitzgerald (.10). | .60 |
| 05/25/10 | Ament | E-mails with C. Susi and P. Cuniff re: hearing binders for 6/7/10 hearing (.10); e-mails with P. Cuniff re: agenda for said hearing (.10). | .10 |

```
                                                         ------
                                       TOTAL HOURS         .90
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Sharon A. Ament | 0.90 at $ 175.00 = | | 157.50 |

```
                       CURRENT FEES                      157.50


                                                     ------------
           TOTAL BALANCE DUE UPON RECEIPT                $157.50
                                                     ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      2012843
5400 Broken Sound Blvd., N.W.            Invoice Date        06/28/10
Boca Raton, FL 33487                     Client Number        172573


========================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

         Fees                      2,200.50
         Expenses                      0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $2,200.50
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W. R. Grace | Invoice Number    2012843 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date    06/28/10 |
| Boca Raton, FL 33487 | Client Number    172573 |
| | Matter Number    60029 |

===================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2010

| Date | Name | | Hours |
|------|------|---|-------|
| 05/12/10 | Ament | Continue calculating fees and expenses for quarterly fee application (.50); e-mails with A. Muha and J. Lord re: same (.10). | .60 |
| 05/12/10 | Lord | Communicate with S. Ament re: Reed Smith quarterly fee application (.1); review and revise same (.6); prepare service for same (.3) | 1.00 |
| 05/13/10 | Ament | Continue calculating fees and expenses for quarterly fee application (.50); finalize spreadsheets re: same (.40); continue drafting summary and narrative for quarterly fee application (.80); provide same to A. Muha for review (.10); finalize and e-mail same to J. Lord for DE filing (.10). | 1.90 |
| 05/13/10 | Lord | Revise, e-file and serve Reed Smith 36th quarterly fee application (1.4); communicate with S. Ament re: same (.1) | 1.50 |
| 05/13/10 | Muha | Final review of and revisions to quarterly fee application. | .30 |
| 05/14/10 | Muha | Revisions to fee and expense entries for April monthly fee application, and attend to issues re: billing new tax matter. | .30 |

172573  W. R. Grace & Co.                          Invoice Number  2012843
60029   Fee Applications-Applicant                 Page    2
        June 28, 2010

| Date | Name | | Hours |
|------|------|---|-------|
| 05/17/10 | Ament | E-mails re: April monthly fee application. | .10 |
| 05/21/10 | Ament | Telephone call from P. Dotterer re: April monthly fee application. | .10 |
| 05/21/10 | Lord | Research docket and draft CNO to March monthly fee application. | .30 |
| 05/25/10 | Ament | E-mails with A. Muha and J. Lord re: April monthly fee application. | .10 |
| 05/25/10 | Lord | E-mail to S. Ament re: April monthly fee application. | .10 |
| 05/26/10 | Ament | Review invoices and begin calculating fees and expenses for April monthly fee application (.50); meet with A. Muha re: same (.10); draft April monthly fee application (.30); provide same to A. Muha for review (.10). | 1.00 |
| 05/26/10 | Lord | Revise, file and serve CNO to Reed Smith March monthly fee application. | .30 |
| 05/27/10 | Ament | Meet with A. Muha re: April monthly fee application (.10); finalize same (.10); e-mail same to J. Lord for DE filing (.10). | .30 |
| 05/27/10 | Lord | Work on RS April monthly fee application. | 1.10 |
| 05/27/10 | Muha | Review and revisions to final version of April 2010 monthly fee application. | .20 |
| 05/28/10 | Ament | Attend to billing matters (.10); e-mails and meet with D. Cameron re: same (.10). | .20 |
| 05/28/10 | Lord | E-file and serve Reed Smith April monthly fee application. | .40 |

                                        ------
                        TOTAL HOURS      9.80

```
172573  W. R. Grace & Co.                    Invoice Number  2012843
60029   Fee Applications-Applicant           Page    3
        June 28, 2010
```

```
TIME SUMMARY              Hours         Rate          Value
-----------------------   --------------------        -------
Andrew J. Muha            0.80  at  $  400.00  =       320.00
John B. Lord              4.70  at  $  240.00  =     1,128.00
Sharon A. Ament           4.30  at  $  175.00  =       752.50

                          CURRENT FEES                             2,200.50


                                                             ------------
                          TOTAL BALANCE DUE UPON RECEIPT       $2,200.50
                                                             ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                    Invoice Number      2012844
One Town Center Road                Invoice Date        06/28/10
Boca Raton, FL    33486             Client Number        172573

===========================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                        1,736.50
         Expenses                        0.00

                  TOTAL BALANCE DUE UPON RECEIPT        $1,736.50
                                                   ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2012844
One Town Center Road                      Invoice Date      06/28/10
Boca Raton, FL   33486                    Client Number       172573
                                          Matter Number        60033


======================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2010

| Date | Name | | Hours |
|------|------|------|------|
| 05/03/10 | Ament | Assist team with issues relating to PD claims. | .10 |
| 05/03/10 | Rea | Call to D. Speights on Canadian order. | .10 |
| 05/04/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 05/05/10 | Ament | Assist team with issues relating to PD claims. | .20 |
| 05/06/10 | Ament | Assist team with issues relating to PD claims. | .10 |
| 05/07/10 | Ament | Assist team with issues re: PD claims. | .20 |
| 05/11/10 | Ament | Assist team with issues relating to PD claims. | .10 |
| 05/11/10 | Flatley | Review emails and call with T. Rea re: appellate issues. | .20 |
| 05/12/10 | Ament | Assist team with issues relating to PD claims. | .10 |
| 05/12/10 | Restivo | Telephone conference R. Finke. | .40 |
| 05/13/10 | Ament | Assist team with issues re: PD claims. | .10 |

172573  W. R. Grace & Co.                          Invoice Number   2012844
60033   Claim Analysis Objection Resolution & EstimationPage   2
        (Asbestos)
        June 28, 2010


   Date   Name                                                    Hours
   -------- -----------                                           -----

05/14/10 Ament            Assist team with issues relating          .10
                          to PD claims.

05/14/10 Rea              E-mails to J. Welsh re: DG                 .20
                          discussion.

05/17/10 Restivo          Research re:  Court schedule.              .50

05/18/10 Ament            Assist team with issues relating          .10
                          to PD claims.

05/26/10 Restivo          Correspondence with J. Deckman.           .30

05/31/10 Cameron          Review Speights designations of           .70
                          record and e-mails regarding same.

                                                                 ------
                                          TOTAL HOURS             3.60


TIME SUMMARY            Hours          Rate          Value
-----------------------  ----------------------    -------
Lawrence E. Flatley      0.20  at  $  635.00  =     127.00
Douglas E. Cameron       0.70  at  $  630.00  =     441.00
James J. Restivo Jr.     1.20  at  $  685.00  =     822.00
Traci Sands Rea          0.30  at  $  455.00  =     136.50
Sharon A. Ament          1.20  at  $  175.00  =     210.00

                        CURRENT FEES                          1,736.50


                                                            ------------
                        TOTAL BALANCE DUE UPON RECEIPT         $1,736.50
                                                            ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 2012845 |
| Invoice Date | 06/28/10 |
| Client Number | 172573 |

========================================================================

Re: W. R. Grace & Co.


(60040)  PA State Tax Advice

| | |
|---|---|
| Fees | 2,500.00 |
| Expenses | 0.00 |

TOTAL BALANCE DUE UPON RECEIPT        $2,500.00
=============

```
                            REED SMITH LLP
                            PO Box 360074M
                        Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2012845 |
| One Town Center Road | Invoice Date    06/28/10 |
| Boca Raton, FL   33486 | Client Number    172573 |
| | Matter Number    60040 |

================================================================================

Re: (60040)  PA State Tax Advice

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2010

| Date | Name | | Hours |
|------|------|---|-------|
| 05/03/10 | Sollie | Telephone call to M. Roman (0.3); updated R. Finke (0.2). | .50 |
| 05/06/10 | Sollie | Email M. Roman regarding IPC. | .30 |
| 05/11/10 | Sollie | Coordinate follow up call with C. Momjian. | .30 |
| 05/14/10 | Sollie | Reviewed email regarding follow up telephone call with C. Momjian. | .30 |
| 05/16/10 | Sollie | Email C. Momjian regarding telephone call. | .30 |
| 05/17/10 | Sollie | Set up call with C. Momjian. | .30 |
| 05/20/10 | Sollie | Prepared for and participated in telephone call with C. Momjian regarding Pennsylvania tax issue. | 2.00 |

```
                                              ------
                               TOTAL HOURS      4.00
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Kyle O. Sollie | 4.00 at | $  625.00  = | 2,500.00 |

```
                         CURRENT FEES                    2,500.00


                                                      ------------
               TOTAL BALANCE DUE UPON RECEIPT           $2,500.00
                                                      ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number     2012890
One Town Center Road                    Invoice Date     06/28/10
Boca Raton, FL   33486                  Client Number      172573

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                                0.00
    Expenses                          938.89

              TOTAL BALANCE DUE UPON RECEIPT     $938.89
                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number    2012890
One Town Center Road                    Invoice Date      06/28/10
Boca Raton, FL   33486                  Client Number     172573
                                        Matter Number       60026

================================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

    PACER                                    17.92
    Documentation Charge                     68.40
    Duplicating/Printing/Scanning            60.40
    Courier Service - Outside                22.50
    Outside Duplicating                     769.67
                        CURRENT EXPENSES                 938.89
                                                    -------------

                    TOTAL BALANCE DUE UPON RECEIPT      $938.89
                                                    =============

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R. Grace & Co.                    Invoice Number      2012890
One Town Center Road                Invoice Date       06/28/10
Boca Raton, FL   33486              Client Number        172573
                                    Matter Number         60026
```

==========================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 04/29/10 | Outside Duplicating<br>Mailout - Bankruptcy Mailouts/Mailout - Envelope | 14.45 |
| 04/30/10 | PACER | 2.40 |
| 04/30/10 | PACER | 15.52 |
| 05/03/10 | Courier Service - Outside -- VENDOR: AMERICAN<br>EXPEDITING: Messenger Trip - US Banruptcy Court<br>- 4/09/10 | 5.00 |
| 05/05/10 | Documentation Charge -- VENDOR: PARCELS, INC.:<br>Retrieved copies of document 614 and 707 | 68.40 |
| 05/06/10 | Courier Service - Outside -- VENDOR: PARCELS,<br>INC.: Delivery | 5.00 |
| 05/06/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 05/06/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 05/06/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 05/06/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |
| 05/12/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 26 COPIES | 2.60 |
| 05/12/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 26 COPIES | 2.60 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
       June 28, 2010

Invoice Number  2012890
Page   2

| Date | Description | Amount |
|---|---|---|
| 05/13/10 | Duplicating/Printing/Scanning<br>ATTY # 0718; 147 COPIES | 14.70 |
| 05/13/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 05/13/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 05/13/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 05/13/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 05/13/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 05/13/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 05/13/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 05/13/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 05/13/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 05/13/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 05/13/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 16 COPIES | 1.60 |
| 05/13/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 16 COPIES | 1.60 |
| 05/14/10 | Outside Duplicating Mailout - Bankruptcy<br>Mailouts/Mailout -- mailing costs for fee<br>application. | 447.12 |
| 05/14/10 | Outside Duplicating Mailout - Bankruptcy<br>Mailouts/Mailout -- mailing costs for fee<br>application. | 308.10 |
| 05/18/10 | Courier Service - Outside -- VENDOR: AMERICAN<br>EXPEDITING: Messenger Trip - US Bankruptcy<br>Court - 5/19/10 | 12.50 |

172573 W. R. Grace & Co.                          Invoice Number  2012890
60026  Litigation and Litigation Consulting       Page   3
       June 28, 2010


05/21/10   Duplicating/Printing/Scanning                      .30
           ATTY # 000559: 3 COPIES

05/26/10   Duplicating/Printing/Scanning                     1.40
           ATTY # 000559: 14 COPIES

05/26/10   Duplicating/Printing/Scanning                      .10
           ATTY # 000559: 1 COPIES

05/26/10   Duplicating/Printing/Scanning                      .10
           ATTY # 000559: 1 COPIES

05/26/10   Duplicating/Printing/Scanning                      .10
           ATTY # 000559: 1 COPIES

05/26/10   Duplicating/Printing/Scanning                      .10
           ATTY # 000559: 1 COPIES

05/26/10   Duplicating/Printing/Scanning                      .10
           ATTY # 000559: 1 COPIES

05/26/10   Duplicating/Printing/Scanning                      .10
           ATTY # 000559: 1 COPIES

05/26/10   Duplicating/Printing/Scanning                      .10
           ATTY # 000559: 1 COPIES

05/26/10   Duplicating/Printing/Scanning                      .90
           ATTY # 000559: 9 COPIES

05/26/10   Duplicating/Printing/Scanning                      .90
           ATTY # 000559: 9 COPIES

05/26/10   Duplicating/Printing/Scanning                      .90
           ATTY # 000559: 9 COPIES

05/26/10   Duplicating/Printing/Scanning                     1.10
           ATTY # 000559: 11 COPIES

05/26/10   Duplicating/Printing/Scanning                     1.10
           ATTY # 000559: 11 COPIES

05/26/10   Duplicating/Printing/Scanning                     1.40
           ATTY # 000559: 14 COPIES

05/26/10   Duplicating/Printing/Scanning                      .10
           ATTY # 000559: 1 COPIES

05/27/10   Duplicating/Printing/Scanning                      .90
           ATTY # 000559: 9 COPIES

172573 W. R. Grace & Co.                          Invoice Number  2012890
60026  Litigation and Litigation Consulting       Page   4
       June 28, 2010

| | | |
|---|---|---|
| 05/27/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 11 COPIES | 1.10 |
| 05/27/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 05/27/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 05/27/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 05/28/10 | Duplicating/Printing/Scanning<br>ATTY # 0718; 114 COPIES | 11.40 |
| 05/28/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |
| 05/28/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |

                              CURRENT EXPENSES                  938.89
                                                          ------------
                         TOTAL BALANCE DUE UPON RECEIPT       $938.89
                                                          ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2012891
One Town Center Road                      Invoice Date      06/28/10
Boca Raton, FL   33486                    Client Number      172573

==============================================================================

Re: W. R. Grace & Co.


(60040)  PA State Tax Advice

      Fees                            0.00
      Expenses                      436.29

                  TOTAL BALANCE DUE UPON RECEIPT        $436.29
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 2012891 |
| Invoice Date | 06/28/10 |
| Client Number | 172573 |
| Matter Number | 60040 |

=========================================================================

Re: PA State Tax Advice

FOR COSTS ADVANCED AND EXPENSES INCURRED:

Westlaw                                    436.29

                    CURRENT EXPENSES                   436.29
                                                   --------------

            TOTAL BALANCE DUE UPON RECEIPT           $436.29
                                                   ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 2012891 |
| Invoice Date | 06/28/10 |
| Client Number | 172573 |
| Matter Number | 60040 |

=========================================================================

Re: (60040)  PA State Tax Advice


FOR COSTS ADVANCED AND EXPENSES INCURRED:

04/26/10    Westlaw - - Reseach re: PA State tax issue.          436.29

CURRENT EXPENSES                        436.29
                                    ------------
TOTAL BALANCE DUE UPON RECEIPT          $436.29
                                    ============