# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline:** August 20, 2010 at 4:00 p.m. |
| | | **Hearing Date:** Only if Objections are Filed |

### SUMMARY OF APPLICATION OF REED SMITH LLP
### FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
### EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE
### COUNSEL TO DEBTORS FOR THE ONE HUNDRED EIGHTH
### MONTHLY INTERIM PERIOD FROM JUNE 1, 2010 THROUGH JUNE 30, 2010

Name of Applicant: Reed Smith LLP

Authorized to Provide Professional Services to: W. R. Grace & Co., et al., Debtors and Debtors-in-Possession

Date of Retention: July 19, 2001, effective as of April 2, 2001

Period for which compensation and reimbursement is sought: June 1 through June 30, 2010

Amount of fees sought as actual, reasonable and necessary: $7,500.50

Amount of expenses sought as actual, reasonable and necessary $299.18

This is a(n): X monthly ___ interim ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#2531
7/28/10

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |

---

2  Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor). The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |
| 3/2/10 | 1/1/1 through 1/31/10 | $67,941.00 | $5,542.74 | No objections served on counsel | No objections served on counsel |
| 3/29/10 | 2/1/10 through 02/28/10 | $8,019.00 | $1,025.90 | No objections served on counsel | No objections served on counsel |
| 4/28/10 | 3/1/10 through 3/31/10 | $7,581.50 | $2,008.26 | No objections served on counsel | No objections served on counsel |
| 5/28/10 | 4/1/10 through 4/30/10 | $28,603.00 | $1,030.65 | No objections served on counsel | No objections served on counsel |
| 6/29/10 | 5/1/1/10 through 5/31/10 | $6,594.50 | $1,375.18 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred eighth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 9 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $1,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 1971 | Litigation | $685.00 | 3.30 | $2,260.50 |
| Douglas E. Cameron | Partner | 1984 | Litigation | $630.00 | 3.60 | $2,268.00 |
| Traci Sands Rea | Partner | 1995 | Litigation | $455.00 | 2.20 | $1,001.00 |
| Andrew J. Muha | Associate | 2001 | Litigation | $400.00 | .20 | $80.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 18 Years | Bankruptcy | $240.00 | 1.90 | $456.00 |
| Sharon A. Ament | Paralegal | 6 Years | Litigation | $175.00 | 8.20 | $1,435.00 |

**Total Fees: $7,500.50**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation | .70 | $122.50 |
| Fee Applications | 9.20 | $1,778.50 |
| Claim Analysis Objection Resolution & Estimation | 9.50 | $5,599.50 |
| **Total** | **19.40** | **$7,500.50** |

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

**EXPENSE SUMMARY**

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| PACER | $2.80 | ---- |
| Telephone Expense | $.30 | ---- |
| Duplicating/Printing/Scanning | $68.00 | ---- |
| Outside Duplicating | $30.38 | ---- |
| Courier Service – Outside | $26.00 | ---- |
| Postage Expense | $1.90 | ---- |
| Parking/Tolls/Other Transportation | $6.93 | ---- |
| Air Travel Expense | $152.64 | ---- |
| Taxi Expense | $10.23 | ---- |
| SUBTOTAL | $299.18 | $0.00 |
| **TOTAL** | **$299.18** | |

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

Dated:  July 28, 2010                  REED SMITH LLP
        Wilmington, Delaware

By: /s/ Kurt F. Gwynne
        Kurt F. Gwynne (No. 3951)
        1201 Market Street, Suite 1500
        Wilmington, DE  19801
        Telephone:  (302) 778-7500
        Facsimile:  (302) 778-7575
        E-mail: kgwynne@reedsmith.com

        and

        James J. Restivo, Jr., Esquire
        Lawrence E. Flatley, Esquire
        Douglas E. Cameron, Esquire
        Reed Smith Centre
        225 Fifth Avenue
        Pittsburgh, PA 15222
        Telephone:  (412) 288-3131
        Facsimile:  (412) 288-3063

        Special Asbestos Products Liability Defense
        Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

Invoice Number      2024714
Invoice Date       07/28/10
Client Number        172573

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

Fees                              122.50
Expenses                            0.00

TOTAL BALANCE DUE UPON RECEIPT       $122.50
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      2024714
One Town Center Road                    Invoice Date        07/28/10
Boca Raton, FL   33486                  Client Number        172573
                                        Matter Number         60026

================================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2010

```
   Date   Name                                              Hours
-------- -----------                                        -----

06/07/10 Ament          Review agenda re: 6/7/10 hearing      .20
                        (.10); e-mails re: same (.10).

06/30/10 Ament          E-mails with P. Cuniff re:            .50
                        deadlines through October (.20);
                        review preliminary agendas
                        received from P. Cuniff (.10);
                        update hearing binders for Judge
                        Fitzgerald (.10); hand deliver
                        same to Judge Fitzgerald per J.
                        O'Neill request (.10).
                                                            ------
                                        TOTAL HOURS           .70
```

```
TIME SUMMARY              Hours        Rate         Value
-------------------------  ----------------------   -------
Sharon A. Ament           0.70  at  $ 175.00  =    122.50

                          CURRENT FEES                      122.50

                                                   ------------
                TOTAL BALANCE DUE UPON RECEIPT         $122.50
                                                   ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      2024715
5400 Broken Sound Blvd., N.W.        Invoice Date        07/28/10
Boca Raton, FL 33487                 Client Number        172573

==============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

        Fees                        1,778.50
        Expenses                        0.00

                 TOTAL BALANCE DUE UPON RECEIPT        $1,778.50
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      2024715
5400 Broken Sound Blvd., N.W.        Invoice Date        07/28/10
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60029


==========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2010

| Date | Name | | Hours |
|------|------|--|-------|
| 06/08/10 | Ament | Review e-mail re: May monthly fee application. | .10 |
| 06/11/10 | Ament | Attention to billing matters. | .50 |
| 06/11/10 | Muha | Review and revisions to May 2010 fee and expense detail. | .20 |
| 06/14/10 | Ament | Attention to billing matters (1.20); various e-mails with J. Deckman of doeLegal re: same (.20); various e-mails and meet with A. Muha re: same (.20). | 1.60 |
| 06/21/10 | Ament | Attention to billing matters (.30);various e-mails and meetings with D. Cameron re: same (.20). | .50 |
| 06/21/10 | Lord | Research docket and draft CNO for RS April monthly fee application. | .30 |
| 06/22/10 | Ament | Attention to billing matters relating to doeLegal (.50); various e-mails and conference calls re: same (.30). | .80 |
| 06/23/10 | Ament | E-mails re: billing matters. | .20 |
| 06/23/10 | Lord | E-file and serve CNO to Reed Smith April monthly fee application. | .30 |
| 06/24/10 | Ament | Review e-mail from J. Deckman of doeLegal. | .10 |

172573  W. R. Grace & Co.                    Invoice Number  2024715
60029  Fee Applications-Applicant            Page    2
       July 28, 2010

| Date | Name | | Hours |
|------|------|------|-------|
| 06/25/10 | Ament | Attention to billing matters (.10); e-mails re: May monthly fee application (.10). | .20 |
| 06/28/10 | Ament | Attention to billing matters (.20); e-mails with A. Muha re: same (.10); review invoices and calculate fees and expenses for May monthly fee application (.60); prepare spreadsheets re: same (.30); draft 107th monthly fee application (.30); provide same to A. Muha for review (.10); finalize fee application (.10); e-mail same to J. Lord for DE filing (.10). | 1.80 |
| 06/29/10 | Ament | Attention to billing matters (.20); e-mail to D. Cameron and A. Muha re: same (.10). | .30 |
| 06/29/10 | Lord | Revise, e-file and serve Reed Smith May monthly (107th) fee application. | 1.30 |
| 06/30/10 | Ament | Attention to billing matters relating to doeLegal (.30); various e-mails re: same (.20); attention to billing matters relating to fee applications (.30); various e-mails re: same (.20). | 1.00 |

```
                                               ------
                             TOTAL HOURS        9.20
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|------|------|------|-------|
| Andrew J. Muha | 0.20 | at $ | 400.00 | = | 80.00 |
| John B. Lord | 1.90 | at $ | 240.00 | = | 456.00 |
| Sharon A. Ament | 7.10 | at $ | 175.00 | = | 1,242.50 |

CURRENT FEES                                          1,778.50

```
                                               ------------
           TOTAL BALANCE DUE UPON RECEIPT         $1,778.50
                                               ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2024716
One Town Center Road                      Invoice Date        07/28/10
Boca Raton, FL   33486                    Client Number        172573

===============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

    Fees                           5,599.50
    Expenses                           0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $5,599.50
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 2024716 |
| Invoice Date | 07/28/10 |
| Client Number | 172573 |
| Matter Number | 60033 |

========================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2010

| Date | Name | | Hours |
|------|------|------|------|
| 06/01/10 | Ament | Provide statement of issues on appeal and designation of items on appeal to T. Rea per request. | .30 |
| 06/01/10 | Rea | Drafted designation of record for Canadian appeal (1.6); e-mails re: Canadian claims (.2). | 1.80 |
| 06/02/10 | Rea | Finalized designation of record for filing. | .20 |
| 06/07/10 | Ament | Assist team with issues relating to PD claims. | .10 |
| 06/17/10 | Cameron | Review recent Third Circuit case and possible impact on future claims. | .90 |
| 06/17/10 | Rea | Calls to R. Finke and D. Speights re: Canadian settlements. | .20 |
| 06/19/10 | Cameron | Review recent Third Circuit opinion regarding future claims. | .50 |
| 06/23/10 | Cameron | Review and revise draft summary of Third Circuit decision and impact on future claim (0.6); meet with J. Restivo (0.2). | .80 |

172573  W. R. Grace & Co.                              Invoice Number  2024716
60033  Claim Analysis Objection Resolution & EstimationPage    2
        (Asbestos)
        July 28, 2010


```
    Date   Name                                              Hours
  -------- -----------                                       -----


  06/23/10 Restivo       Telephone calls with R. Finke, D.    2.80
                         Cameron and D. Ziegler (0.6);
                         analyze effect of Grossman
                         decision and memo re:  same (2.2).


  06/24/10 Restivo       Review proposed Confirmation Order.   .50

  06/26/10 Cameron       Review recent Third Circuit           .80
                         opinion.

  06/28/10 Cameron       Review status of claims and future    .60
                         claims issues.

                                                             ------
                                            TOTAL HOURS       9.50
```

```
TIME SUMMARY               Hours          Rate         Value
-------------------------  -----------------------     -------
Douglas E. Cameron         3.60  at  $  630.00  =     2,268.00
James J. Restivo Jr.       3.30  at  $  685.00  =     2,260.50
Traci Sands Rea            2.20  at  $  455.00  =     1,001.00
Sharon A. Ament            0.40  at  $  175.00  =        70.00

                           CURRENT FEES                          5,599.50


                                                              ------------
                           TOTAL BALANCE DUE UPON RECEIPT        $5,599.50
                                                              ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number     2024721
One Town Center Road                    Invoice Date       07/28/10
Boca Raton, FL    33486                 Client Number       172573


========================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                              0.00
    Expenses                         87.84

           TOTAL BALANCE DUE UPON RECEIPT        $87.84
                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      2024721
One Town Center Road                    Invoice Date      07/28/10
Boca Raton, FL    33486                 Client Number       172573
                                        Matter Number        60026

================================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Telephone Expense                        0.30
    PACER                                    0.56
    Duplicating/Printing/Scanning           28.70
    Postage Expense                          1.90
    Courier Service - Outside               26.00
    Outside Duplicating                     30.38

              CURRENT EXPENSES                          87.84
                                                 --------------

        TOTAL BALANCE DUE UPON RECEIPT            $87.84
                                                 ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 2024721 |
| Invoice Date | 07/28/10 |
| Client Number | 172573 |
| Matter Number | 60026 |

==========================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 05/27/10 | Outside Duplicating<br>Mailout - Bankruptcy Mailouts/Mailout - Envelope | 30.38 |
| 05/28/10 | Postage Expense-Pleadings | 1.90 |
| 05/31/10 | PACER | .56 |
| 06/07/10 | Courier Service - Outside -- VENDOR: AMERICAN<br>EXPEDITING: Messenger Trip - Judge Fitzgerald -<br>5/24/10 | 12.60 |
| 06/11/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |
| 06/14/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/14/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/14/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/14/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/14/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/14/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/14/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |

172573 W. R. Grace & Co.                        Invoice Number  2024721
60026  Litigation and Litigation Consulting     Page    2
       July 28, 2010


| Date | Description | Amount |
|---|---|---|
| 06/14/10 | Duplicating/Printing/Scanning ATTY # 000559: 2 COPIES | .20 |
| 06/15/10 | Duplicating/Printing/Scanning ATTY # 4810; 11 COPIES | 1.10 |
| 06/17/10 | Courier Service - Outside -- VENDOR: PARCELS, INC.: Delivery | 5.00 |
| 06/21/10 | Duplicating/Printing/Scanning ATTY # 000559: 15 COPIES | 1.50 |
| 06/21/10 | Duplicating/Printing/Scanning ATTY # 000559: 15 COPIES | 1.50 |
| 06/21/10 | Duplicating/Printing/Scanning ATTY # 000559: 3 COPIES | .30 |
| 06/22/10 | Courier Service - Outside -- VENDOR: JET MESSENGER: Messenger Trip - US Bankruptcy Court - 6/04/10 | 8.40 |
| 06/22/10 | Telephone Expense 14105314355/COLUMBIA, MD/6 | .30 |
| 06/22/10 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 06/22/10 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 06/22/10 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 06/23/10 | Duplicating/Printing/Scanning ATTY # 4810; 20 COPIES | 2.00 |
| 06/23/10 | Duplicating/Printing/Scanning ATTY # 0718; 77 COPIES | 7.70 |
| 06/23/10 | Duplicating/Printing/Scanning ATTY # 0718; 5 COPIES | .50 |
| 06/25/10 | Duplicating/Printing/Scanning ATTY # 000559: 15 COPIES | 1.50 |
| 06/29/10 | Duplicating/Printing/Scanning ATTY # 0718; 99 COPIES | 9.90 |

                        CURRENT EXPENSES                    87.84
                                                      ------------

172573  W. R. Grace & Co.
60026   Litigation and Litigation Consulting
        July 28, 2010

Invoice Number   2024721
Page    3


                TOTAL BALANCE DUE UPON RECEIPT            $87.84
                                                    ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      2024722
One Town Center Road                    Invoice Date        07/28/10
Boca Raton, FL   33486                  Client Number        172573

================================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

    Fees                              0.00
    Expenses                        211.34

                TOTAL BALANCE DUE UPON RECEIPT        $211.34
                                                 =============

**REED SMITH LLP**
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2024722 |
| One Town Center Road | Invoice Date     07/28/10 |
| Boca Raton, FL    33486 | Client Number     172573 |
| | Matter Number      60033 |

===============================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| PACER | 2.24 |
| Duplicating/Printing/Scanning | 39.30 |
| Parking/Tolls/Other Transportation | 6.93 |
| Air Travel Expense | 152.64 |
| Taxi Expense | 10.23 |

                    CURRENT EXPENSES              211.34
                                             --------------

              TOTAL BALANCE DUE UPON RECEIPT     $211.34
                                             ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                     Invoice Number    2024722
One Town Center Road                 Invoice Date      07/28/10
Boca Raton, FL   33486               Client Number      172573
                                     Matter Number       60033

==============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

05/20/10   Air Travel Expense                           150.00
           Airfare - VENDOR: Douglas E. Cameron, May 20, 20
           Travel Pittsburgh, PA/Washington, DC/Pittsburgh,
           PA for meetings with Richard Finke, Assistant

05/20/10   Air Travel Expense                             2.64
           Travel Agent Fee - VENDOR: Douglas E. Cameron, M
           Travel Pittsburgh, PA/Washington, DC/Pittsburgh,
           PA for meetings with Richard Finke, Assistant

05/20/10   Parking/Tolls/Other Transportation             6.93
           Parking - VENDOR: Douglas E. Cameron, May 20, 20
           Travel Pittsburgh, PA/Washington, DC/Pittsburgh,
           PA for meetings with Richard Finke, Assistant

05/20/10   Taxi Expense                                   4.62
           Taxi - VENDOR: Douglas E. Cameron, May 20, 2010
           Travel Pittsburgh, PA/Washington, DC/Pittsburgh,
           PA for meetings with Richard Finke, Assistant

05/20/10   Taxi Expense                                   5.61
           Taxi - VENDOR: Douglas E. Cameron, May 20, 2010
           Travel Pittsburgh, PA/Washington, DC/Pittsburgh,
           PA for meetings with Richard Finke, Assistant

05/31/10   PACER                                          2.24

06/01/10   Duplicating/Printing/Scanning                   .60
           ATTY # 000559: 6 COPIES

06/01/10   Duplicating/Printing/Scanning                   .60
           ATTY # 000559: 6 COPIES

172573 W. R. Grace & Co.                          Invoice Number  2024722
60033  Claim Analysis Objection Resolution & EstimationPage    2
       (Asbestos)
       July 28, 2010


| Date | Description | Amount |
|---|---|---|
| 06/01/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |
| 06/01/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |
| 06/10/10 | Duplicating/Printing/Scanning<br>ATTY # 0349; 369 COPIES | 36.90 |

                              CURRENT EXPENSES              211.34
                                                        ------------
                    TOTAL BALANCE DUE UPON RECEIPT         $211.34
                                                        =============