**EXHIBIT 1**

# BMC Group
WR GRACE

Monthly Invoice:

## January 2010 -- Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/6/2010 | 2.0 | $420.00 | DRTT audit and b-Linx review (1.1); revise b-Linx re audit results (.9) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/13/2010 | 1.8 | $378.00 | DRTT audit and b-Linx review (1.1); revise b-Linx re audit results (.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/14/2010 | 2.5 | $525.00 | Prep prelim 4th Qtr SEC reports (.5); review vs 3rd Qtr reports for changes (1.0); verify outstanding motions still pending on docket (1.0) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/19/2010 | 0.7 | $77.00 | Analyze Asbestos/PD claim status data per email correspondence with M.Araki (.3); work with A.Wick to resolve issues identified (.3); draft follow-up memos to M.Araki, A.Wick re: reporting requirements for claim summary report (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/25/2010 | 0.4 | $84.00 | E-mail from C Greco re HB Fuller claim status (.1); analysis of b-Linx re same (.2); prep e-mail to C Greco re research results (.1) |
| | | Asbestos Claims Total: | | 7.4 | $1,484.00 | |

## January 2010 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| AIRGELOU ROMERO - CAS | | $95.00 | 1/1/2010 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 24086-24094 |
| ANNE CARTER - CONSULTANT | | $125.00 | 1/4/2010 | 1.5 | $187.50 | Docket research (.6) and review (.9) re completion of service requirements of filed Orders involving claims |
| FRITZ KRUSE - CAS | | $45.00 | 1/4/2010 | 0.5 | $22.50 | Review (.2) and process (.3) Non-COA return mail |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/4/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/4/2010 | 0.1 | $7.50 | Review Court docket Nos. 24095-24100 to categorize docket entries. |
| AIRGELOU ROMERO - CAS | | $95.00 | 1/5/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 24095,24098-24100 |
| ANNE CARTER - CONSULTANT | | $125.00 | 1/5/2010 | 2.0 | $250.00 | Docket research (.8) and review (1.2) re completion of service requirements of filed Orders involving claims |
| BRIANNA TATE - CAS | | $45.00 | 1/5/2010 | 0.1 | $4.50 | Telephone with Arna Salazar of Haralson Miller at (520) 461-1050 / RE: Wanted to know how to go about obtaining Electronic Filer Agreements to view asbestos related claims online. Forwarded info to project team. |
| BRIANNA TATE - CAS | | $45.00 | 1/5/2010 | 0.1 | $4.50 | Telephone with Mrs. John Antonicelli at (631) 475-5537 / RE: Wanted to know the status of her common stock. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/5/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/5/2010 | 0.1 | $7.50 | Review Court docket Nos. 24101-24105 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/5/2010 | 0.4 | $84.00 | Analysis of e-mail from B Tate re A Salazar request for electronic filer agmt to view asbestos claims online (.1); research re electronic filer agmt (.1); prep e-mail to T Feil re case status update (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/5/2010 | 1.5 | $315.00 | Analysis of docket in prep for SEC reporting |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/5/2010 | 0.1 | $11.00 | Email correspondence with M.Araki, T.Feil re: case status, pending issues |
| AIRGELOU ROMERO - CAS | | $95.00 | 1/6/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 24102-24105 |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## January 2010 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|------------|------|-------|-------------|-------------|
| BRIANNA TATE - CAS | | $45.00 | 1/6/2010 | 0.1 | $4.50 | Telephone with David Sity at (651) 772-0552 / RE: Wanted to know the status of the asbestos claims. |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 1/6/2010 | 0.1 | $7.50 | Telephone with Creditor at (760) 577-4944 / RE: Called to get an update on the bankruptcy proceedings. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/6/2010 | 0.2 | $42.00 | Telephone to K Davis re Haralson Miller inquiry re electronic filer agmt (.1); telephone to A Salazar/HaralsonMiller re no electronic filer agmt in WRG (.1) |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 1/7/2010 | 0.1 | $7.50 | Telephone with Amanda of Bank of America at (214) 209-7176 / RE: Wanted to know if it was to late to send in the ballots for voting on the plan. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/7/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/7/2010 | 0.1 | $7.50 | Review Court docket Nos. 24106-24116 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 1/7/2010 | 0.3 | $13.50 | Archiving misc. documents |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/7/2010 | 1.5 | $315.00 | Analysis of draft reports for SEC reporting (.5); review claims updated (.6); revise b-Linx for reporting (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/7/2010 | 1.5 | $315.00 | Prep draft reports for review re SEC reporting (.4); analysis of draft reports for SEC reporting (.5); review claims updated (.3); revise b-Linx for reporting (.3) |
| AIRGELOU ROMERO - CAS | | $95.00 | 1/8/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 24107-24114 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/8/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/8/2010 | 0.1 | $7.50 | Review Court docket Nos. 24117-24124 to categorize docket entries. |
| MARISTAR GO - CAS | | $95.00 | 1/8/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. 124115 - 24116 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/8/2010 | 0.2 | $42.00 | E-mail from R Higgins re DIP lender counsel service protocol (.1); prep e-mail to R Higgins re DIP lender counsel protocol (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/8/2010 | 0.1 | $11.00 | Email correspondence with L.Shippers re: recent docket entries and analysis, database updates required |
| AIRGELOU ROMERO - CAS | | $95.00 | 1/9/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 24117-24121,24123-24124 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/11/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/11/2010 | 0.1 | $7.50 | Review Court docket Nos. 24125-24136 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/11/2010 | 0.2 | $42.00 | E-mail from S Cohen re draft 4th Qtr SEC reports (.1); prep e-mail re timing (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/11/2010 | 1.0 | $210.00 | Analysis of Court docket re case status |
| AIRGELOU ROMERO - CAS | | $95.00 | 1/12/2010 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 24125-24136 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/12/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/12/2010 | 0.1 | $7.50 | Review Court docket Nos. 24137-24141 to categorize docket entries. |
| LUCINA SOLIS - CAS | | $45.00 | 1/12/2010 | 0.5 | $22.50 | Review (.2) and process (.3) Non-COA return mail |
| MABEL SOTO - CAS | | $45.00 | 1/12/2010 | 0.2 | $9.00 | Archiving misc. documents |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## January 2010 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/12/2010 | 1.0 | $210.00 | Telephone from K Alexander re continued confirmation hearing, cure notices project (.2); research schedule G party count, undeliverables, information available for transmission to client/counsel (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/12/2010 | 0.2 | $42.00 | E-mail to C Greco re status of confirmation (.1); e-mail from C Greco re status (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 1/12/2010 | 0.3 | $49.50 | Weekly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/12/2010 | 0.3 | $33.00 | Weekly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| AIRGELOU ROMERO - CAS | | $95.00 | 1/13/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket No 24139 |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/13/2010 | 0.3 | $33.00 | Investigate return mail item related to transfer notice (.1), update claims database appropriately (.2). |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/13/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/13/2010 | 0.1 | $7.50 | Review Court docket Nos. 24142-24146 to categorize docket entries. |
| MARISTAR GO - CAS | | $95.00 | 1/13/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. 24137, 24138, 24140, 24141 |
| AIRGELOU ROMERO - CAS | | $95.00 | 1/14/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 24142-24146 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/14/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/14/2010 | 0.1 | $7.50 | Review Court docket Nos. 24147-24148 to categorize docket entries. |
| AIRGELOU ROMERO - CAS | | $95.00 | 1/15/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 24147-24148 |
| JAMES MYERS - CAS | | $65.00 | 1/15/2010 | 0.2 | $13.00 | Dkt 24156 Ntc/Mtn Letter of Cred/Hedging: Review (.1) & respond (.1) to emails transmitting 1. Noticing Instructions 2. Request/response re approval Service Doc & Production Instructions |
| JAMES MYERS - CAS | | $65.00 | 1/15/2010 | 0.3 | $19.50 | Dkt 24156 Ntc/Mtn Letter of Cred/Hedging: Set up Noticing System/Production Folder/Noticing Instructions (.1); prepare electronic version of document-as-served/ copy service document to Call Center folder (.1); Review Production copy of document (.1) |
| JAMES MYERS - CAS | | $65.00 | 1/15/2010 | 0.1 | $6.50 | Dkt 24156 Ntc/Mtn Letter of Cred/Hedging: email exchange w/ Data Analysts re population of AP MF(s) |
| KEVIN MARTIN - CONSULTANT | | $135.00 | 1/15/2010 | 0.4 | $54.00 | Call with M Araki re: potential mailing to Employee objections and preparation of custom notice with claim image attached as exhibit |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/15/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/15/2010 | 0.1 | $7.50 | Review Court docket Nos. 24149-24151 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/15/2010 | 0.8 | $168.00 | E-mail from R Higgins re notice provision from Facility Order and service on secured creditors (.1); e-mails from K Makowski and J Baer re service on secured creidtors (.2); prep report os secured creditors (.3); prep e-mail to R Higgins, J Baer and K Makowski re secured creditor list (.1); e-mail from R Higgins re service on secured parties (.1) |

                                                                                          EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## January 2010 -- Case Administration

| Name                              | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|-----------------------------------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/15/2010 | 0.6 | $126.00 | Prep e-mail to Notice Group re facility service for R Higgins (.1); prep e-mail to Data Group re mail file population (.1); analysis of populated mail file (.2); prep MRF and Notice Checklist re service of facility documents (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/15/2010 | 0.7 | $147.00 | E-mails with K Makowski, P Cuniff re final facility documents for service (.2); analysis of filed documents for service (.2); e-mails with Notice Group re service of documents, finalizing and approving proofs, mail file (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/15/2010 | 1.8 | $378.00 | Analysis of draft reports from S Cohen (.6) and add'l items to review for SEC reporting (1.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/15/2010 | 0.5 | $105.00 | E-mails from (.3) / to (.2) DataGroup re revisions to mail file data for facility service |
| AIRGELOU ROMERO - CAS | | $95.00 | 1/16/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket No 24150 |
| JAMES MYERS - CAS | | $65.00 | 1/18/2010 | 0.2 | $13.00 | Dkt 24156 Ntc/Mtn re Letter of Cred/Hedging: prep draft of Dcl of Svc |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/18/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/18/2010 | 0.1 | $7.50 | Review Court docket Nos. 24152-24156 to categorize docket entries. |
| LUCINA SOLIS - CAS | | $45.00 | 1/18/2010 | 0.1 | $4.50 | Review and process Non-COA return mail |
| MABEL SOTO - CAS | | $45.00 | 1/18/2010 | 0.1 | $4.50 | Archiving misc. documents |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/18/2010 | 0.5 | $105.00 | Prep e-mail to A Wick re programming for employee claims to be included with Notice to exclude certain pages, feasibility/cost/time estimate (.2); analysis of emails from M Grimmet and A Wick re feasibility, programming, cost/time estimate (.3) |
| AIRGELOU ROMERO - CAS | | $95.00 | 1/19/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 24152,24154,24156 |
| BRAD DANIEL - SR_CONSULT_DATA | | $200.00 | 1/19/2010 | 0.3 | $60.00 | Various emails re pending projects, contract matching issues |
| JAMES MYERS - CAS | | $65.00 | 1/19/2010 | 0.1 | $6.50 | Dkt 24156 Ntc/Mtn re Letter of Credit/Hedge: proofread Dcl of Svc |
| JAMES MYERS - CAS | | $65.00 | 1/19/2010 | 0.1 | $6.50 | Dkt 24156 Ntc/Mtn re Letter of Credit/Hedging: prep email transmitting to M Araki for review |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/19/2010 | 2.6 | $546.00 | DRTT audit and b-Linx review (1.6); revise b-Linx re audit results (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/19/2010 | 2.8 | $588.00 | Prep draft ART reports for SEC reporting, confirm counts (1.5); revise SEC reporting paragraph (1.0); prep e-mail to C Greco re 4th Qtr SEC numbers and revised paragraph (.3); |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/19/2010 | 0.1 | $11.00 | Generate claim summary report per M.Araki request |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 1/20/2010 | 0.1 | $7.50 | Telephone with Candace Zak at (716) 824-2437 / RE: Called to get an update on the bankruptcy proceedings. |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 1/20/2010 | 0.2 | $15.00 | Telephone with Jason of Ervin Industries at (734) 769-4600 / RE: Called to question why his claim was listed as blank; no dollar amount indicated on form; referred to Rust Consulting |
| JULIE JUNG - CAS | | $65.00 | 1/20/2010 | 0.1 | $6.50 | Dkt 24156; Prep documents for service on counsel |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/20/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## January 2010 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/20/2010 | 0.1 | $7.50 | Review Court docket Nos. 24157-24162 to categorize docket entries. |
| LUCINA SOLIS - CAS | | $45.00 | 1/20/2010 | 0.1 | $4.50 | Extract and prepare returned mail summary report and email to project manager |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/20/2010 | 0.4 | $84.00 | E-mail from K Davis re Canadian ZAI POC count (.1); prep e-mail to C Greco re Canadian ZAI POC count for 4th Qtr SEC reporting (.1); e-mail from R HIggins re request for new POCs filed (.1); prep e-mail to R Higgins and A Hammond re new POCs filed (.1) |
| ANNE CARTER - CONSULTANT | | $125.00 | 1/21/2010 | 2.8 | $350.00 | Docket research (1.3) and review (1.5) re completion of service requirements of filed Orders involving claims |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/21/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/21/2010 | 0.1 | $7.50 | Review Court docket Nos. 24163-24174 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/21/2010 | 0.1 | $21.00 | E-mail from/to K Martin re DTC info inquiry as to case status |
| AIRGELOU ROMERO - CAS | | $95.00 | 1/22/2010 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos 24159-24160,24163-24174 |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 1/22/2010 | 0.1 | $7.50 | Telephone with Creditor at (803) 694-3100 / RE: Called width questions on claims; referred to Rust Consulting |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/22/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/22/2010 | 0.1 | $7.50 | Review Court docket No. 24175 to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/25/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/25/2010 | 0.1 | $7.50 | Review Court docket Nos. 24176-24187 to categorize docket entries. |
| AIRGELOU ROMERO - CAS | | $95.00 | 1/26/2010 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos 24176-24173,24185-24187,24175 |
| BRIANNA TATE - CAS | | $45.00 | 1/26/2010 | 0.1 | $4.50 | Telephone with Les Turner at (315) 437-5579 / RE: Wanted to know the status of the case. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/26/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/26/2010 | 0.1 | $7.50 | Review Court docket Nos. 24188-24191 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/26/2010 | 0.4 | $84.00 | Analysis of Dec prelim numbers from S Fritz (.1); review prelim numbers (.2); prep e-mail to S Fritz re confirming numbers (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 1/27/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 24188-24191 |
| BRIANNA TATE - CAS | | $45.00 | 1/27/2010 | 0.1 | $4.50 | Telephone with Libby Smith at (303) 421-0903 / RE: Wanted to know if the case had been settled. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/27/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/27/2010 | 0.1 | $7.50 | Review Court docket Nos. 24192-24197 to categorize docket entries. |
| AIRGELOU ROMERO - CAS | | $95.00 | 1/28/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 24192-24197 |
| JAMES MYERS - CAS | | $65.00 | 1/28/2010 | 0.1 | $6.50 | Dkt 24156 Ntc/Mtn Letter of Cred/Hedging: Review and audit monthly production invoices for preparation of combined invoice for delivery to client |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/28/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |

EXHIBIT 1

# BMC Group
WR GRACE

Monthly Invoice:

## January 2010 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|------------|------|-------|--------------|-------------|
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/28/2010 | 0.1 | $7.50 | Review Court docket Nos. 24198-24200 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 1/29/2010 | 0.1 | $4.50 | Telephone with Wayne Morgan at (260) 701-9092 / RE: Wanted to know if he was a part of the bankruptcy. Referred to Rust Consulting. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/29/2010 | 0.2 | $22.00 | Update creditor address in the claims database pursuant to change of address noted on Notice of Transfer. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/29/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 1/29/2010 | 0.1 | $7.50 | Review Court docket Nos. 24201, 24203-24206 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 1/29/2010 | 0.1 | $4.50 | Serve ON Mineral (Chemstone) Transfer Notice re: Dkt 24202 per Lauri Shippers request |
| MABEL SOTO - CAS | | $45.00 | 1/29/2010 | 0.1 | $4.50 | Serve Fair Harbor Transfer Notice re: Dkt 24202 per Lauri Shippers request |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/29/2010 | 0.1 | $19.50 | Review email exchange re processing and serving transfer notice re Fair Harbor Capital |
| AIRGELOU ROMERO - CAS | | $95.00 | 1/30/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 24201,24203-24204,24206 |
| | Case Administration Total: | | | 39.6 | $5,933.50 | |

## January 2010 -- Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|------------|------|-------|--------------|-------------|
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/6/2010 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/6/2010 | 0.1 | $9.50 | Review and verify undeliverable creditor addresses for return mail processing. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/11/2010 | 0.1 | $9.50 | Review and verify undeliverable creditor addresses for return mail processing. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/11/2010 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| ANNA WICK - SR_ANALYST | | $110.00 | 1/12/2010 | 0.2 | $22.00 | Assist S Cohen with F7 & F8 data report |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/13/2010 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/13/2010 | 0.1 | $9.50 | Review and verify undeliverable creditor addresses for return mail processing. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/15/2010 | 0.2 | $19.00 | Correspondence with project manager and noticing production regarding scheduled mailing to secured creditors. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/15/2010 | 0.8 | $76.00 | Prepare schedule G report including contract and address information per PM request |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/15/2010 | 0.1 | $9.50 | Correspondence with project manager regarding the contracts report. |
| REYNANTE DELA CRUZ - CAS | | $95.00 | 1/15/2010 | 0.3 | $28.50 | Populate MailFile 35345 with APs for todays scheduled mailings |
| ANNA WICK - SR_ANALYST | | $110.00 | 1/18/2010 | 0.5 | $55.00 | Confer with M Araki regarding upcoming notice to employees |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/18/2010 | 0.1 | $9.50 | Update mail file data to master service list. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/18/2010 | 0.4 | $38.00 | Prepare (.3) and forward (.1) to claims reconciliation an updated Active and Inactive claims report. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/18/2010 | 0.1 | $9.50 | Correspondence with claims reconciliation regarding the preparation of the claims report. |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## January 2010 -- Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| ANNA WICK - SR_ANALYST | | $110.00 | 1/19/2010 | 0.1 | $11.00 | Confer with M Araki regarding cure data |
| ANNA WICK - SR_ANALYST | | $110.00 | 1/19/2010 | 0.2 | $22.00 | Confer with M Araki regarding objection and query report by order number |
| ANNA WICK - SR_ANALYST | | $110.00 | 1/19/2010 | 2.0 | $220.00 | Debug inactive Property Damage record report |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/19/2010 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/19/2010 | 0.1 | $9.50 | Review and verify undeliverable creditor addresses for return mail processing. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 1/26/2010 | 1.7 | $255.00 | Review list of claimants with missing SSN's on pdf file forwarded by M Araki (.4). OCR pdf file transfer contents to Excel. Parse and normalize contents (1.1). Forward to M Araki (.2) |
| ANNA WICK - SR_ANALYST | | $110.00 | 1/27/2010 | 1.0 | $110.00 | SQL database maintenance(.4), review logs(.3), views and user defined functions(.3) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 1/27/2010 | 1.7 | $255.00 | Compile collection of claim images of all claims with missing SSN's (1.0). Create zip archive of claim images (.4) and copy to FTP folder for counsel download (.3). |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/28/2010 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/28/2010 | 0.1 | $9.50 | Review and verify undeliverable creditor addresses for return mail processing. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/29/2010 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| | Data Analysis Total: | | | 10.5 | $1,244.50 | |

## January 2010 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/3/2010 | 0.3 | $63.00 | Telephone from K Love re Kaneb claim 4208 (.1); prep e-mails to K Love re Kaneb claim 4208 and order expunging claim (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/4/2010 | 0.4 | $84.00 | E-mail from J Baer re Central Fiber claim inquiry (.1); analysis of b-Linx re Central Fiber claims (.2); prep e-mail to R Higgins re Central Fiber claim results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/4/2010 | 0.2 | $42.00 | E-mail from K Alexander re Kaneb claim 4208 (.1); prep e-mail to K Alexander re Kaneb claim 4208 (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/5/2010 | 0.1 | $11.00 | Email correspondence with L.Gardner re: request for environmental claim detail reports |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/6/2010 | 0.4 | $44.00 | Prepare and analyze environmental claim reports per L.Gardner 1/5/10 request (.3); draft follow-up memo to L.Gardner re: report results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/8/2010 | 1.0 | $210.00 | Review files re info on parties to contracts |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/8/2010 | 1.5 | $315.00 | Analysis of Dkt 22937 re contracts assumed vs same named parties with allowed claims/schedules |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/11/2010 | 0.5 | $105.00 | E-mail from J Baer re National Union Fire Ins new claim (.1); research b-Linx (..2); prep e-mail to J Baer re research results (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/11/2010 | 2.0 | $420.00 | Analysis of S Cohen emails re outstanding 4th Qtr issues (.4); research issues (1.3); prep email to S Cohen re research results (.3) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/11/2010 | 0.1 | $11.00 | Email correspondence with M.Araki re: pending docket entries and analysis, database updates required |

   EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## January 2010 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/12/2010 | 0.4 | $84.00 | E-mail from S Cohen re add'l issues re pending docket itmes research (.2); prep response to SC (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/12/2010 | 1.3 | $273.00 | E-mail from S Cohen re draft 4th Qtr SEC reports (.1); analysis of reports and research (1.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/12/2010 | 0.2 | $22.00 | Email correspondence with L.Gardner re: recently filed environmental claim & database updates required (.1); generate updated environmental claims report (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/12/2010 | 3.3 | $363.00 | Prepare and analyze Q4 reports and related claims data (2.7); update claims database (.4); draft follow-up memo to M.Araki re: report results (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/12/2010 | 0.1 | $11.00 | Email correspondence with M.Araki re: pending docket entries and claim database updates required |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/12/2010 | 0.9 | $99.00 | Analyze docket numbers 21042 to 24122 (.3); update claims database per direction by counsel & M.Araki (.4); draft follow-up memos to M.Araki re: claim updates & additional issues identified (.2) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/13/2010 | 0.1 | $11.00 | Revise transfer tracking worksheet re: two claims updated. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/13/2010 | 0.1 | $11.00 | Revise b-Linx to finalize two claim transfesr and reconciliation notes. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/13/2010 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 20 day notice expiration. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/13/2010 | 0.3 | $33.00 | Prepare spreadsheet including defective transfers filed by specific agent per request from S. Krochek from Argo Partners. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/13/2010 | 0.8 | $168.00 | E-mail from R Higgins re Notice to Employees (.3); telephone to R Higgins re notice (.1); email to M John re BMC site for responses to Notice and POC images (.2); prep e-mail to R Higgins re BMC site for responses to Notice and POC issues (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/13/2010 | 1.2 | $252.00 | DRTT audit and b-Linx review (.7); revise b-Linx re audit results (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/13/2010 | 1.0 | $210.00 | Analysis of files and data re Schedule G party comparisons to Schedule F for K Alexander Cure Notice project |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/13/2010 | 0.2 | $39.00 | Read and respond to memo from M Araki re Notice of treatment of employee benefits claims (.1); review proposed notice and coordinate creating repository for signed notices (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/14/2010 | 0.4 | $44.00 | Create report inclusive of all claims transferred to Argo Partners per request from S. Krochek of Argo Partners. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/14/2010 | 0.4 | $84.00 | E-mail from R Higgins re attaching POC without add'l documents, timing, logistics (.1); telephone with A Whitfield re prior cases with employee type mailings (.2); e-mail from R HIggins re contacting WRG re updated addresses, motion with information on timing (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/14/2010 | 0.4 | $84.00 | Prep e-mail to J Conklin re Schedule G party file for K Alexander and info needed (.2); analysis of e-mail from J Conklin re estimated complation (.1); telephone with M John re Schedule G (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/14/2010 | 0.3 | $58.50 | Communication with M Araki re proposed mailing to former employees rejecting claims |

EXHIBIT 1

# BMC Group
WR GRACE

Monthly Invoice:

## January 2010 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/15/2010 | 0.7 | $147.00 | Analysis of Schedule G data file from J Conklin (.4); prep e-mail to J Conklin re add'l data needed (.1); analysis of revised data file (.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/15/2010 | 0.1 | $19.50 | Call from M Araki re proposal for preparing custom notice with copy of proof of claim requested by counsel |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/18/2010 | 1.1 | $231.00 | Revise Sched G data file for client/counsel use (1.0); prep e-mail to K Alexander re Schedule G datafile, items in prep for Cure Notice (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/18/2010 | 1.2 | $252.00 | Review 3 outstanding docket items re impact on claims (.5), revise b-Linx (.4), re-run reports for SEC reporting (.3) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/18/2010 | 0.4 | $44.00 | Initialize preparation of monthly reports (.3); email correspondence with J.Conklin, L.Shippers re: claim data & reporting requirements (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/19/2010 | 0.3 | $63.00 | E-mail from C Greco re Schedule G cure notice spreadsheet and matching to Scheds F and POC (.1); prep e-mail to Data Group re C Greco inquiry (.1); analysis of e-mails from Data Group re C Greco inquiry (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/19/2010 | 0.5 | $105.00 | E-mail from K Makowski/PSZJ re Global Health Sciences POC (.1); research b-Linx re request (.1); prep e-mail to K Makowski re research results (.1); analysis of add'l info request from K Makowski re Global Health Sciences (.1); prep e-mail to K Makowski re add'l info request results (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/19/2010 | 0.3 | $33.00 | Finalize preparation and analysis of monthly reports (.2); draft follow-up memos to K.Davis at Rust re: reports (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/26/2010 | 0.5 | $105.00 | E-mail from R Higgins re report from client of employees with no SSN matches and research request (.1); prep e-mail to G Kruse re extract employee list from R Higgins for b-Linx research (.1); e-mail from C Greco re Global Stone Chemstone claim status (.1); research b-Linx re Global Stone (.1); prep e-mail to C Greco re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/27/2010 | 2.0 | $420.00 | Analysis of data extract from G Kruse re employees w/no SSN matches from R Higgins (.5); analysis of b-Linx re POCs filed by partys on data extract (1.0); revise data extract for POCs filed (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/27/2010 | 1.7 | $357.00 | Prep ART reports with revised data info for R Higgins no SSN project (.4); revise reports for R Higgins (1.0); prep e-mail to R HIggins re reports of claim status of no SSN project parties (.2); prep e-mail to G Kruse re POCs to be copied to FTP site for R Higgins (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/28/2010 | 1.0 | $210.00 | Telephone from N Kritzer re Seaton and One Beacon claims range, amendments and dates (.1); prep ART reports re Seaton and One Beacon claims, amendments and filing dates (.3); review orders expunging claims (.3); prep e-mail to N Krtizer re status of Seaton and One Beacon claims, POC range numbers, amendments, dates and images (.3) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/29/2010 | 0.1 | $11.00 | Analysis of Court docket re: one new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/29/2010 | 0.1 | $11.00 | Analysis of b-Linx re: one claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/29/2010 | 0.2 | $22.00 | Revise b-Linx re: one claim transferred. |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## January 2010 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/29/2010 | 0.2 | $22.00 | Prepare one transfer notice (.1), forward to the notice group for service (.1) |
| | Non-Asbestos Claims Total: | | | 28.4 | $5,215.00 | |

## January 2010 -- WRG Plan & Disclosure Statement

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/5/2010 | 0.4 | $84.00 | E-mail from D Boll re voting procedures order and Ntc re post-petition interest served on parties for confirmation hearing (.1); analysis of files re docs requested (.2); prep e-mail to D Boll re documents (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/17/2010 | 1.0 | $210.00 | E-mail from D Boll re service on the Crown, ballots and proof of service for Reply to be filed (.1); research D Boll request for POS pages, ballots served and votes received (.7); prep e-mail and attachments to D Boll re research results (.2) |
| | WRG Plan & Disclosure Statement Total: | | | 1.4 | $294.00 | |
| | January 2010 Total: | | | 87.3 | $14,171.00 | |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

| | | |
|---|---|---|
| Grand Total: | 87.3 | $14,171.00 |

EXHIBIT 1

# BMC Group

WR GRACE

Professional Activity Summary

Date Range: 1/1/2010 thru 1/31/2010

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **Asbestos Claims** | | | |
| REC_TEAM | | | |
| Steffanie Cohen | $110.00 | 0.7 | $77.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 6.7 | $1,407.00 |
| | Total: | 7.4 | $1,484.00 |
| **Case Administration** | | | |
| CAS | | | |
| Julie Jung | $65.00 | 0.1 | $6.50 |
| Lucina Solis | $45.00 | 0.7 | $31.50 |
| CAS | | | |
| Airgelou Romero | $95.00 | 2.2 | $209.00 |
| Brianna Tate | $45.00 | 0.6 | $27.00 |
| Fritz Kruse | $45.00 | 0.5 | $22.50 |
| James Myers | $65.00 | 1.1 | $71.50 |
| Mabel Soto | $45.00 | 0.8 | $36.00 |
| Maristar Go | $95.00 | 0.2 | $19.00 |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.3 | $49.50 |
| Myrtle John | $195.00 | 0.1 | $19.50 |
| SR_CONSULT_DATA | | | |
| Brad Daniel | $200.00 | 0.3 | $60.00 |
| CONSULTANT | | | |
| Anne Carter | $125.00 | 6.3 | $787.50 |
| Kevin Martin | $135.00 | 0.4 | $54.00 |
| REC_TEAM | | | |
| Dustee Decker | $75.00 | 0.6 | $45.00 |
| Lauri Shippers | $110.00 | 0.5 | $55.00 |
| Lelia Hughes | $75.00 | 5.4 | $405.00 |
| Steffanie Cohen | $110.00 | 0.6 | $66.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 18.9 | $3,969.00 |
| | Total: | 39.6 | $5,933.50 |
| **Data Analysis** | | | |
| CAS | | | |
| Reynante Dela Cruz | $95.00 | 0.3 | $28.50 |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 3.4 | $510.00 |
| SR_ANALYST | | | |
| Anna Wick | $110.00 | 4.0 | $440.00 |
| Jacqueline Conklin | $95.00 | 2.8 | $266.00 |
| | Total: | 10.5 | $1,244.50 |

EXHIBIT 1

# BMC Group
WR GRACE
Professional Activity Summary
Date Range: 1/1/2010 thru 1/31/2010

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **Non-Asbestos Claims** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 0.6 | $117.00 |
| REC_TEAM | | | |
| Lauri Shippers | $110.00 | 1.6 | $176.00 |
| Steffanie Cohen | $110.00 | 5.8 | $638.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 20.4 | $4,284.00 |
| Total: | | 28.4 | $5,215.00 |
| **WRG Plan & Disclosure Statement** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 1.4 | $294.00 |
| Total: | | 1.4 | $294.00 |
| Grand Total: | | 87.3 | $14,171.00 |

EXHIBIT 1