# EXHIBIT 2



**BMC Group, Inc.**
**600 1st Ave., Suite 300**
**Seattle, WA 98104**
**Tel: 206/516-3300**

**WR Grace**
**Invoice #: 21_100131**
**Expense Summary**

| Period Ending | 1/31/2010 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $709.35 |
| | | Noticing Production | $1,258.45 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$3,417.80** |




BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | | Total |
|---|---|---|---|
| Reference # 021-20100115-1 | 1/15/2010 | | $1,258.45 |
| | | **Total** | $1,258.45 |




**BMC Group, Inc.**
**600 1st Ave., Suite 300**
**Seattle, WA 98104**
**Tel: 206/516-3300**

**WR Grace & Co. et al**

**Production Date** **1/15/2010**
**Reference #:** **021-20100115-1**

| Job Type | Job Item | | Pages / Parties | | |
|---|---|---|---|---|---|
| | | Step | Task | Details | Total |
| Noticing Document | Dkt No. 24156 - Ntc/Mtn Letter of Cred/Hedging | | 174 / 54 | | |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class | 51 Pieces @ $4.95 each | $252.45 |
| | | | USPS - International | 3 Pieces @ $10.56 each | $31.68 |
| | | Production | Printed Impressions | 9396 Pieces @ $.10 each | $939.60 |
| | | | Stuff and Mail | 54 Pieces @ $.05 each | $2.70 |
| | | Supplies | Inkjet and Envelope - Catalog | 54 Pieces @ $.13 each | $7.02 |
| | | | | **Total Due:** | **$1,258.45** |

*Invoice Due Upon Receipt*

EXHIBIT 2