# EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## February 2010 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| BRIANNA TATE - CAS | | $45.00 | 2/1/2010 | 0.1 | $4.50 | Telephone with Anthony Walker at (216) 510-5348 / RE: Wanted to know the status of his asbestos claim. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/1/2010 | 0.2 | $22.00 | Prepare one Proof of Service related to transfer notice (.1), forward to notice group for filing (.1). |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/1/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/1/2010 | 0.1 | $7.50 | Review Court docket Nos. 24207-24217 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 2/1/2010 | 0.1 | $4.50 | ECF Filing with the Court a Proof of Service Transfer Notice re: Dkt 24202 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/1/2010 | 0.2 | $42.00 | Telephone to R Higgins re employee mailing and exhibits |
| AIRGELOU ROMERO - CAS | | $95.00 | 2/2/2010 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 24207-24216 |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 2/2/2010 | 0.1 | $7.50 | Telephone with B Bolton at (231) 421-1223 / RE: Called with questions on the value of his stock. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/2/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/2/2010 | 0.1 | $7.50 | Review Court docket Nos. 24218-24225 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/2/2010 | 0.7 | $147.00 | E-mail from A MacKenzie re employee address data status (.1); e-mail to/from R Higgins re revised draft employee notice (.2); e-mail to G Kruse re employee claim data and capture of SSN by Rust (.1); analysis of employee claims data file from G Kruse (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/2/2010 | 0.5 | $105.00 | E-mail to C Greco re status of confirmation hearing and cure project (.1); analysis of e-mail from C Greco re same (.1); prep case status update for T Feil and team (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/2/2010 | 1.0 | $210.00 | Analysis of docket re case status |
| AIRGELOU ROMERO - CAS | | $95.00 | 2/3/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 24218,24220-24225 |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 2/3/2010 | 0.1 | $7.50 | Telephone with Creditor at (425) 343-6828 / RE: Called with questions on the CD she had for WR Graces' plan; informed her it related to solicitation in mid-2009, voting deadline passed. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/3/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/3/2010 | 0.1 | $7.50 | Review Court docket Nos. 24226-24231 to categorize docket entries. |
| LUCINA SOLIS - CAS | | $45.00 | 2/3/2010 | 0.1 | $4.50 | Extract and prepare returned mail summary report and email to project manager |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/3/2010 | 1.5 | $315.00 | DRTT audit and b-Linx review (.8); revise b-Linx re audit results (.7) |
| MYRTLE JOHN - MANAGER | | $195.00 | 2/3/2010 | 0.2 | $39.00 | Review memo and MarbleGate audit request letter (.1); forward to M Araki for appropriate handling (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 2/4/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 24226-24231 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/4/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/4/2010 | 0.1 | $7.50 | Review Court docket Nos. 24232-24235 to categorize docket entries. |
| MIKE BOOTH - MANAGER | | $165.00 | 2/4/2010 | 0.3 | $49.50 | Weekly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## February 2010 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/4/2010 | 0.3 | $33.00 | Weekly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| AIRGELOU ROMERO - CAS | | $95.00 | 2/5/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 24232-24235 |
| BRIANNA TATE - CAS | | $45.00 | 2/5/2010 | 0.1 | $4.50 | Telephone with Nicholas Mcdonald at  /  RE: Wanted to know how to get claimant info.  Referred to Kathy Davis w/Rust Consulting. |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 2/5/2010 | 0.1 | $7.50 | Telephone with Grant Lebow at (360) 274-8543 /  RE: Called to get an update on the bankruptcy proceedings. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/5/2010 | 0.1 | $11.00 | Analyze Court docket nos. 24240 and 24241, verify no updates in the noticing system are required. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/5/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/5/2010 | 0.1 | $7.50 | Review Court docket Nos. 24236-24239 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/5/2010 | 1.5 | $315.00 | DRTT audit and b-Linx review (.9); revise b-Linx re audit (.6) |
| AIRGELOU ROMERO - CAS | | $95.00 | 2/6/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 24236,24238-24239 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/8/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/8/2010 | 0.1 | $7.50 | Review Court docket Nos. 24242-24251 to categorize docket entries. |
| AIRGELOU ROMERO - CAS | | $95.00 | 2/9/2010 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 24242-24249,24251 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/9/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/9/2010 | 0.1 | $7.50 | Review Court docket Nos. 24252-24262 to categorize docket entries. |
| AIRGELOU ROMERO - CAS | | $95.00 | 2/10/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 24252-24254,24257-24259 |
| BRIANNA TATE - CAS | | $45.00 | 2/10/2010 | 0.1 | $4.50 | Telephone with Mr. Muncy at (801) 779-9153 /  RE: Wanted to know what would happen if they sold their house.  They filed an asbestos claim.  Referred to Rust Consulting. |
| BRIANNA TATE - CAS | | $45.00 | 2/10/2010 | 0.1 | $4.50 | Telephone with Mr. Muncy at (801) 779-9153 /  RE: Wanted to know if their claim was in on time since they did not file it until 2008.  Referred to Rust Consulting. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/10/2010 | 0.2 | $22.00 | Analyze Court docket no. 24256 (.1), revise address of impacted entry in the claims database (.1). |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/10/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/10/2010 | 0.1 | $7.50 | Review Court docket Nos. 24263-24270 to categorize docket entries. |
| MYRTLE JOHN - MANAGER | | $195.00 | 2/10/2010 | 0.1 | $19.50 | Memo exchange with M Araki re claim information from Rust Consulting |
| MYRTLE JOHN - MANAGER | | $195.00 | 2/10/2010 | 0.1 | $19.50 | Receive and review correspondence from Rust Consulting re new claim; forward to data analyst |
| AIRGELOU ROMERO - CAS | | $95.00 | 2/11/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 24263-2426,24269 |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 2/11/2010 | 0.1 | $7.50 | Telephone with James McKinney at (618) 435-5222 / RE: Called to get an update on the proceedings. |

                                                                      EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## February 2010 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/11/2010 | 0.4 | $84.00 | Telephone from J Doherty re prep for employee notice mailing, review of latest info and planning (.2); prep e-mail to J Doherty re samples of attachments to notices (.1); prep e-mail to counsel and client re new claim processed from General Insurance Co (.1) |
| ALEX CEDENO - CAS | | $45.00 | 2/12/2010 | 0.8 | $36.00 | E-mail from M Araki re claims to be burned to CD for J Baer/R Higgins review (.1); prep CD of claims (.6); prep CD package for shipment with printed copies (.1) |
| ALEX CEDENO - CAS | | $45.00 | 2/12/2010 | 0.5 | $22.50 | Prep claims for shipment to J Baer/R Higgins |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/12/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/12/2010 | 0.1 | $7.50 | Review Court docket No. 24271 to categorize docket entries. |
| MYRTLE JOHN - MANAGER | | $195.00 | 2/12/2010 | 0.1 | $19.50 | Memo exchange with M Araki re copies of claims prepared for delivery to counsel |
| BRIANNA TATE - CAS | | $45.00 | 2/15/2010 | 0.1 | $4.50 | Telephone with Carey Carpenter at (214) 365-9000 / RE: Wanted to know if they were out of bankruptcy yet. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/15/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/15/2010 | 0.3 | $22.50 | Review Court docket Nos. 24272-24293 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/15/2010 | 1.0 | $210.00 | Analysis of docket re case status |
| AIRGELOU ROMERO - CAS | | $95.00 | 2/16/2010 | 0.4 | $38.00 | Audit categorization updates related to Court Docket Nos 24272-24281,24284,24286-24293 |
| BRIANNA TATE - CAS | | $45.00 | 2/16/2010 | 0.1 | $4.50 | Telephone with Carla Maneley of Hoffman Canvas Products at (410) 254-0123 / RE: Wanted to know the status of her claim. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/16/2010 | 0.1 | $7.50 | Review Court docket Nos. 24294-24295 to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/16/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/17/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/17/2010 | 0.1 | $7.50 | Review Court docket Nos. 24296-24312 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 2/17/2010 | 2.6 | $117.00 | Spanish-English translation of claim No. 15346 |
| MABEL SOTO - CAS | | $45.00 | 2/17/2010 | 2.2 | $99.00 | Continue Spanish-English translation of claim No. 15346 |
| AIRGELOU ROMERO - CAS | | $95.00 | 2/18/2010 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos 24298,24300-24302,24305-24312 |
| BRIANNA TATE - CAS | | $45.00 | 2/18/2010 | 0.1 | $4.50 | Telephone with Marianne Sullivan of Citi at (813) 604-1000 / RE: Wanted to know if the plan had been confirmed. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/18/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/18/2010 | 0.1 | $7.50 | Review Court docket Nos. 24313-24319 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/18/2010 | 0.5 | $105.00 | Telehone call with R Higgins, J Forgach, F Zaremby, AON re prep for employee benefits mailing |
| AIRGELOU ROMERO - CAS | | $95.00 | 2/19/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 24313-24319 |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## February 2010 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| BRIANNA TATE - CAS | | $45.00 | 2/19/2010 | 0.1 | $4.50 | Telephone with Johnette Pramelee at (585) 753-6228 / RE: Wanted to update her address.  She will send an email to callcenter@bmcgroup.com and she will also contact Rust Consulting. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/19/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/19/2010 | 0.1 | $7.50 | Review Court docket Nos. 24320-24322 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/19/2010 | 1.3 | $273.00 | E-mail from R Higgins re 10K info vs 10Q 4th quarter info (.1); telephone to R Higgins re info for WRG 10K filing (.1); review 10K info vs 10Q 4th Qtr info (.4); revise 10K draft paragraph (.4); prep email to R Higgins adn J Baer (.1); e-mail from/to J Baer re difference between BMC counts and WRG counts (.2) |
| JAMES MYERS - CAS | | $65.00 | 2/22/2010 | 0.1 | $6.50 | Review & respond to email from M Araki requesting 3 mail files for RRD mailing set for 3-1-10; prep MFs as requested |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/22/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/22/2010 | 0.1 | $7.50 | Review Court docket Nos. 24323-24325 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/22/2010 | 1.1 | $231.00 | E-mails with J Doherty/RR Donnelley re logistics of mailing (.4); e-mails with Notice Group re setup of MFs (.3); e-mails with G Kruse and R dela Cruz re grouping and exclusions (.4) |
| ANNE CARTER - CONSULTANT | | $125.00 | 2/23/2010 | 0.9 | $112.50 | Docket research (.3) and review (.6) re completion of service requirements of filed Orders involving claims |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/23/2010 | 0.1 | $11.00 | Analyze Court docket no. 24326, verify no additional updates in the noticing system or claims database are required. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/23/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/23/2010 | 0.1 | $7.50 | Review Court docket Nos. 24327-24328 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/23/2010 | 0.5 | $105.00 | Calls with RR Donnelley re logistics of Omni 28 mailing and printing |
| AIRGELOU ROMERO - CAS | | $95.00 | 2/24/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 24320-24322,24324-23425,24327-24328 |
| JAMES MYERS - CAS | | $65.00 | 2/24/2010 | 0.1 | $6.50 | Review & respond to email from M Araki requesting creating 5 addl mail files for RRD mailing; create as requested |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/24/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/24/2010 | 0.1 | $7.50 | Review Court docket Nos. 24329-24341 to categorize docket entries. |
| LUCINA SOLIS - CAS | | $45.00 | 2/24/2010 | 0.1 | $4.50 | Extract and prepare returned mail  summary report and email to project manager |
| AIRGELOU ROMERO - CAS | | $95.00 | 2/25/2010 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 24329-24340 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/25/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/25/2010 | 0.1 | $7.50 | Review Court docket Nos. 24342-24352 to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/26/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 2/26/2010 | 0.1 | $7.50 | Review Court docket Nos. 24353-24363 to categorize docket entries. |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## February 2010 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/26/2010 | 1.0 | $210.00 | Numerous calls and emails with J Doherty re mailing, bar code issues (.4); emails with G Kruse re bar code issues (.4); test RRD bar code with J Myers (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/26/2010 | 1.1 | $231.00 | Analysis of Omni 28 mtn and exhibits for BMC website (.4); prep memo to data group re revisions to BMC website and posting Omni 28 (.7) |
| MYRTLE JOHN - MANAGER | | $195.00 | 2/26/2010 | 0.2 | $39.00 | Email exchanges with M Araki re service requirements and completion status of Notice of Objection and Treatment of Employee Claims (.1); review documents forwarded to RRD (.1) |
| | Case Administration Total: | | | 30.9 | $3,989.50 | |

## February 2010 -- Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/2/2010 | 2.0 | $300.00 | Generate claims register pdf reports, one ordered by Claimant Name and the other by Claim Nbr (1.8). Forward to M Araki for review (.2). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/2/2010 | 1.2 | $180.00 | Generate listing of all employee claims (.4). Review employee creditor records and verify if SSN is captured (.7). Forward listing to M Araki for review (.1). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/4/2010 | 1.0 | $150.00 | Review current list of employee claims to verify all claims have a current associated POC image and image path is stored in bLinx. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/4/2010 | 2.5 | $375.00 | Generate lsiting of current employee claims with SSN info - upload all Rust source data of SSN to employee creditor records (1.5). Export list to Excel (.9) and forward to M Araki (.1). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/4/2010 | 1.6 | $240.00 | Data maintenance of objection records:  add docket dates for selected records with filed orders as per M Araki. |
| ANNA WICK - SR_ANALYST | | $110.00 | 2/5/2010 | 1.0 | $110.00 | Create function to copy claims pdf for employee claim project at request of M Araki |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/5/2010 | 0.7 | $105.00 | Generate list of employee claims and associated claim image numbers (.3). Export to Excel (.3) and forward to M Araki (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/5/2010 | 0.7 | $105.00 | Update missing data points on selected objection claims as per M Araki. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/5/2010 | 1.5 | $225.00 | Review and research source claims data from Rust Consulting (.8). Create combined data source for employee SSN's (.7). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/5/2010 | 1.0 | $150.00 | Generate updated employee listing with SSN's (.4). Export to Excel (.5) and forward to M Araki for review (.1) |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 2/5/2010 | 0.2 | $19.00 | Correspondence with data consultant regarding the confirmation of tax ids for filed claims. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/9/2010 | 0.5 | $75.00 | Research PI and property damage claims for selected attorney representation as per M Araki. |
| ANNA WICK - SR_ANALYST | | $110.00 | 2/10/2010 | 2.3 | $253.00 | Separate active claims state employee POCs to new folder |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/10/2010 | 1.0 | $150.00 | Generate listing of all  inactive tax claims (.5). Export to Excel (.4) and forward to M Araki (.1) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## February 2010 -- Data Analysis

| Name                Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|
| GUNTHER KRUSE - CONSULT_DATA | $150.00 | 2/10/2010 | 1.0 | $150.00 | Generate listing of active tax claims (.5). Export to Excel (.4) and forward to M Araki. (.1) |
| JACQUELINE CONKLIN - SR_ANALYST | $95.00 | 2/10/2010 | 0.1 | $9.50 | Correspondence with project manager regarding a scheduled arrival of a new claim. |
| JACQUELINE CONKLIN - SR_ANALYST | $95.00 | 2/11/2010 | 0.1 | $9.50 | Update return mail to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | $95.00 | 2/11/2010 | 0.1 | $9.50 | Upload bankruptcy claim to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | $95.00 | 2/11/2010 | 0.1 | $9.50 | Migrate bankruptcy claim's image from CD to server. |
| JACQUELINE CONKLIN - SR_ANALYST | $95.00 | 2/11/2010 | 0.1 | $9.50 | Append bankruptcy claim data to tblOutput for migration to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | $95.00 | 2/11/2010 | 0.1 | $9.50 | Prepare and forward claims register for bankruptcy claims upload to project team. |
| JACQUELINE CONKLIN - SR_ANALYST | $95.00 | 2/11/2010 | 0.1 | $9.50 | Extract, process, reformat bankruptcy data to migrate data to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | $95.00 | 2/17/2010 | 0.1 | $9.50 | Update return mail to b-Linx. |
| ALFRED VILLANUEVA - CAS | $65.00 | 2/18/2010 | 1.0 | $65.00 | Manual comparison of similar named employees in b-Linx vs data from WR Grace for parties with no SSN info |
| GUNTHER KRUSE - CONSULT_DATA | $150.00 | 2/18/2010 | 1.0 | $150.00 | Generate active and inactive claims report (.5). Export to Excel (.4) and forward to S Cohen for review (.1) |
| REYNANTE DELA CRUZ - CAS | $95.00 | 2/18/2010 | 3.5 | $332.50 | WR Grace Employee research project per M. Araki - data comparison of b-Linx employee addresses vs AON addresses |
| REYNANTE DELA CRUZ - CAS | $95.00 | 2/19/2010 | 2.5 | $237.50 | WR Grace Employee Research Project per M. Araki - continue data comparison of b-Linx employee addresses vs AON addresses |
| VINCENT NACORDA - CAS | $75.00 | 2/19/2010 | 1.0 | $75.00 | Manual analysis of similar employee names and addresses for parties with no SSN info to determine if parties are the same (.5); update data (.5) |
| GUNTHER KRUSE - CONSULT_DATA | $150.00 | 2/22/2010 | 2.6 | $390.00 | Review employee claims comparisons to Zaremby list (1.3). Review all comparison criteria and resulting claim counts (1.3). |
| GUNTHER KRUSE - CONSULT_DATA | $150.00 | 2/22/2010 | 1.0 | $150.00 | Audit current list of employee claims (.5) and prepare process steps for generating final list of parties for objection notice (.5) |
| GUNTHER KRUSE - CONSULT_DATA | $150.00 | 2/22/2010 | 0.6 | $90.00 | Coordinate and review extraction of POC pages from filed employee claim images. |
| REYNANTE DELA CRUZ - CAS | $95.00 | 2/22/2010 | 3.0 | $285.00 | WR Grace Employee Claims research per M. Araki - data comparison of b-Linx employee addresses vs updated AON addresses, F Zaremby source files |
| ALFRED VILLANUEVA - CAS | $65.00 | 2/23/2010 | 0.5 | $32.50 | Continue comparison of similar named employees in b-Linx vs data from WR Grace for parties with no SSN info |
| GUNTHER KRUSE - CONSULT_DATA | $150.00 | 2/23/2010 | 1.3 | $195.00 | Flag all employee mailing exclusions as per counsel and manual review (.7). Generate updated employee claims list without claims flagged for exclusion (.5). Forward to M Araki for review (.1) |
| GUNTHER KRUSE - CONSULT_DATA | $150.00 | 2/23/2010 | 0.8 | $120.00 | Review list of Zaremby employee addresses that differ to BMC bLinx addresses (.5). Coodinate their addition to creditor table as additional notice parties (.3) |
| GUNTHER KRUSE - CONSULT_DATA | $150.00 | 2/23/2010 | 0.8 | $120.00 | Upload objection records for Omni 28 to objection database. |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## February 2010 -- Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/23/2010 | 1.3 | $195.00 | Author exhibit report template for Omni 28. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/23/2010 | 2.7 | $405.00 | Merge Omni 28 objection records to exhibit report (1.4). Create exhibits A1-A14 (1.2) and forward to M Araki for review (.1). |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 2/23/2010 | 0.1 | $9.50 | Update return mail to b-Linx. |
| REYNANTE DELA CRUZ - CAS | | $95.00 | 2/23/2010 | 1.5 | $142.50 | Update selected creditor addresses with new addresses from F Zaremby source file |
| REYNANTE DELA CRUZ - CAS | | $95.00 | 2/23/2010 | 1.5 | $142.50 | Upload new creditor records from AON source file and set as ANPs |
| VINCENT NACORDA - CAS | | $75.00 | 2/23/2010 | 1.5 | $112.50 | Manual analysis of similar employee names and addresses for parties with no SSN info to determine if parties are the same (.7); update data (.8) |
| ALFRED VILLANUEVA - CAS | | $65.00 | 2/24/2010 | 2.0 | $130.00 | Populate MFs 32454, 36877, 36878, 36944, 36945, 36946, 36947 & 36848 w/ 4, 060 records |
| ANNA WICK - SR_ANALYST | | $110.00 | 2/24/2010 | 0.4 | $44.00 | Review objection reporting tool report queries regarding printing speed at request of G Kruse |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/24/2010 | 0.5 | $75.00 | Update Omni 28 objection types as per M Araki. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/24/2010 | 1.5 | $225.00 | Finalize employee list for mailing (.4). Verify all excluded parties (.3). Apply grouping by SSN (.3). Verify party counts (.5) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/24/2010 | 2.2 | $330.00 | Generate mail file load data sources for each mail file (.9). Coordinate population of mail files (.5). Verify party counts (.8). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/24/2010 | 1.2 | $180.00 | Markup custom employee notice document merge fields (.6) and generate test samples for review (.6). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/24/2010 | 1.5 | $225.00 | Create merge data sources for all the employee mail groups. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/24/2010 | 2.5 | $375.00 | Run data merge for employee custom notices (1.0). Split all merge documents into groups of notices by how many claims per creditor (.8). Print custom notices to pdf (.4) and forward to M Araki for review (.3). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/25/2010 | 1.0 | $150.00 | Generate matrix of print instructions for each merged employee letter file for RR Donnelley. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/25/2010 | 3.5 | $525.00 | Final review of all merged custom employee letters (1.3). Verify record and page counts (.6). Audit to ensure all notices had a POC inserted (1.0). Combine into print groups and prep for delivery to RR Donnelley (.6). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/25/2010 | 1.2 | $180.00 | Upload all final custom employee letters to FTP site (.7). Review and upload print instructions (.3). Setup FTP access for RR Donnelley (.2). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/25/2010 | 1.8 | $270.00 | Generate matrix of custom notice documents (1.0) and POC merge instructions for inserting of POC image into custom notice.(.8) |
| ANNA WICK - SR_ANALYST | | $110.00 | 2/26/2010 | 1.0 | $110.00 | SQL database maintenance(.4), review logs(.3), views and user defined functions(.3) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 2/26/2010 | 0.5 | $75.00 | Review (.2) and resolve (.3) barcode issue with RR Donnelley for custom employee notices. |
| ALFRED VILLANUEVA - CAS | | $65.00 | 2/28/2010 | 0.5 | $32.50 | Webpage update per project manager |

Data Analysis Total:     68.5     $8,839.00

   EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## February 2010 -- Fee Applications

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/11/2010 | 2.0 | $420.00 | Prep draft billing detail reports for Jul, Aug and Sep 09 (1.0); analysis of draft Jul reports for prof billing reqts and Court imposed categories (.5); revise Jul billing entries for fee app compliance (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/11/2010 | 1.5 | $315.00 | Continue analysis of draft Jul reports for prof billing reqts and Court imposed categories (.3); revise Jul billing entries for fee app compliance (.4). Analysis of Aug reports for prof billing reqts and Court imposed categories (.4); revise Aug billing entries for fee app compliance (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/12/2010 | 1.7 | $357.00 | Continue analysis of Aug reports for prof billing reqts and Court imposed categories (.3); revise Aug billing entries for fee app compliance (.3). Analysis of Sep reports for prof billing reqts and Court imposed categories (.5); revise Sep billing entries for fee app compliance (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/12/2010 | 2.0 | $420.00 | Prep Jul, Aug, Sep and 34th Qtr fee apps |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/12/2010 | 1.6 | $336.00 | Prep exhibits to Jul-Sep and 34th Qtr fee apps (.5); prep Excel extract for Fee Examiner (.5); e-mail to (.1)/from (.1) M John re review/sig of Fee Apps; finalize fee apps (.2) and transmit to L Oberholzer for filing (.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 2/12/2010 | 0.3 | $58.50 | Review and sign BMC quarterly fee application (.2); coordinate delivery to M Araki for filing (.1) |
| | | | Fee Applications Total: | 9.1 | $1,906.50 | |

## February 2010 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/5/2010 | 0.9 | $189.00 | Analysis of revised employee benefit notice (.3); telephone to A Wick re custom notice merge, prep of pdfs of POCs (.3); telephone to J Doherty/RR Donnelley re employee benefit mailing (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/5/2010 | 0.6 | $126.00 | Telephone to G Kruse re employee data, custom notice, merge, set up and planning (.3); telephone to K Davis at Rust re SSN capture on POCs filed (.1); email to/from K Davis re SSN capture on employee POCs (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/5/2010 | 1.1 | $231.00 | Analysis of revised employee claims list from G Kruse (.5); e-mails with G Kruse, M Grimmett, A Wick re merging docs, parsing POCs for POC image only, issues (.2); telephone with J Doherty re review of notice for service (.2); revise Notice per J Doherty suggestion (.1); email to R Higgins re proposed revision to notice re mailing info (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/8/2010 | 0.4 | $84.00 | Email from G Kruse re SSN data tied to claims (.1); email to K Davis re SSN data (.1); email with A Wick, G Kruse and M Grimmett re J Doherty data preference (.1); emails from/to T Feil re Cupit returned mail (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/9/2010 | 0.5 | $105.00 | Telephone from N Kritzer re CNA proofs of claim (.1); prep ART report re Kritzer request (.2); analysis of b-Linx re Kritzer request (.1); prep e-mail to N Kritzer re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/9/2010 | 0.1 | $21.00 | E-mail from/to R Higgins re employee notice mailing and proposed revision to formatting |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## February 2010 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/10/2010 | 1.2 | $252.00 | Telephone from C Finke re request for report of Taxing Claims settled, eliminated and pending (.1); prep e-mail to G Kruse re data file of info for C Finke request (.1); analysis of draft report from G Kruse (.3); prep e-mail to G Kruse re revision to data query (.1); analysis of revised data file (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/11/2010 | 1.0 | $210.00 | E-mail from R Higgins re tax info (.1); review final tax claim data file from G Kruse (.4); prep spreadsheet for C Finke and R Higgins re tax claims (.4); prep e-mail to C Finke and R Higgins re tax claims report (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/12/2010 | 0.7 | $147.00 | E-mail from J Baer re pending claims for review (.1); analysis of b-Linx re outstanding claims for J Baer (.3); prep e-mail to G Kruse re FTP site for J Baer outstanding claims (.1); analysis and test FTP site for J Baer claims (.1); prep e-mail to J Baer re FTP site for outstanding claims (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/16/2010 | 0.2 | $42.00 | E-mail from J Baer re Seaton claim (.1); prep e-mail to J Baer re Seaton claim (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/16/2010 | 0.7 | $147.00 | E-mails R Higgins and F Zaremby re non-US employees for employee notice mailing (.4), e-mails to (.2)/from (.1) R Higgins re translation of Spanish-language claim |
| MYRTLE JOHN - MANAGER | | $195.00 | 2/16/2010 | 0.5 | $97.50 | Email exchanges with M Araki re translating claim from Colombia former employees (.1); review and translate cover letter and coordinate with Spanish speaking staff for complete documents translation (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/17/2010 | 0.5 | $105.00 | Telephone w/R Higgins, F Zaremby re employee claim notice planning and review |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/17/2010 | 1.5 | $315.00 | Prep revised ART reports of SERP, Further, Investigation and no SSN per telecon with R Higgins and F Zaremby |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/17/2010 | 1.5 | $315.00 | Revise spreadsheets re SERP, other claims and no SSN per R Higgins telecon |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/17/2010 | 1.2 | $252.00 | Analysis of files re claims for SERP, other and no SSN lists (.9); prep email to F Zaremby/R Higgins re FTP site for documents (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/17/2010 | 1.1 | $231.00 | Analysis of revised SSN list from F Zaremby for employee mailing (.7); e-mail from D Boll re Grant Thornton (.1); analysis of b-Linx re Grant Thornton claim (.2); prep e-mail to D Boll re research results (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 2/17/2010 | 0.2 | $39.00 | Memo exchanges with M Araki and M Soto re Spanish-English translation (.1); Review Spanish-English translation update (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/18/2010 | 1.2 | $252.00 | Revise SERP list per R Higgins (.6); prep ART reports for R Higgins (.5); e-mail to revised SERP list and ART reports to F Zaremby and R Higgins (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/18/2010 | 1.8 | $378.00 | Work up queries of comparison of employee data from 2 sources |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/19/2010 | 0.7 | $147.00 | Telephone from Nate Kritzer re AIG claim related to National Union claim (.1), research b-Linx re N Kritzer request (.5); prep e-mail to N Kritzer re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/19/2010 | 0.3 | $63.00 | Review info from R Higgins and VSP, Wages orders and process for Omni 28 parties for employee mailing |

                                                          EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## February 2010 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/20/2010 | 0.5 | $105.00 | E-mail from J Baer re National Union claims for D Felder/Orrick (.1); research b-Linx re National Union (.3); prep e-mail to J Baer re research results (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/22/2010 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/22/2010 | 0.1 | $11.00 | Revise b-Linx to finalize one claim transfer and reconciliation notes. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 2/22/2010 | 0.1 | $11.00 | Revise transfer tracking worksheet re: one claim updated. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/22/2010 | 0.7 | $147.00 | Telephone conf w/R Higgins re employee databases and grouping, posting objection on BMC site (.2); conf call R Higgins and F Zaremby re prep for employee mailing (.2); analysis of new form of Notice from R Higgins (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/22/2010 | 1.0 | $210.00 | E-mails to (.5)/from (.5) G Kruse and C dela Cruz re revisions to reports, 5 lists of exclusions from WRGrace |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/22/2010 | 1.0 | $210.00 | Analysis of new draft Omni 28 objections re employees from R Higgins (.3); review/revise (.6) and return to R Higgins (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/22/2010 | 1.3 | $273.00 | Telephone to M Grimmett re splitting off pdfs of POC to 1 page only (.2); e-mails to M Grimmett, G Kruse, R dela Cruz re data, file and Omni exhibit prep (.3); review stripped POCs (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/22/2010 | 1.5 | $315.00 | Analysis of grouping claims re types of multiple claims filed |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/22/2010 | 0.5 | $105.00 | Analysis of ART reports of all employee sub-types, counts |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/22/2010 | 0.8 | $168.00 | Analysis of procedures motion re Savings & Investment plan, Savings & investment claims |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/22/2010 | 1.2 | $252.00 | Analysis of Rabbi Trust list from F Zaremby vs b-Linx re possible multiple claims |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/22/2010 | 1.4 | $294.00 | Analysis of directors list and VSPP cutback list from F Zaremby vs b-Linx |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/23/2010 | 0.8 | $168.00 | Conf call w/F Zaremby and R Higgins re addresses for Omni 28 mailng (.5); email to both re how addresses were determined for Omni 28 mailing (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/23/2010 | 1.5 | $315.00 | Analysis of lists from G Kruse re master list with exclusions (1.1); e-mails to G Kruse re revisions to master list re add'l exclusions and revisions (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/23/2010 | 1.6 | $336.00 | Omni 28 exhibit prep with G Kruse |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/23/2010 | 1.3 | $273.00 | Numerous R Higgins e-mails re final docs, revisions (.6); e-mails to R Higgins re SERP claims in b-Linx for individuals and handling re Omni 28 (.4); e-mails to F Zaremby re various names on directors list for exclusion vs b-linx data (.3) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/23/2010 | 0.2 | $22.00 | Finalize preparation and analysis of monthly claims reports (.1); draft follow-up memos to K.Davis (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 2/23/2010 | 0.1 | $11.00 | Email correspondence with M.Araki re: recent Omnibus Objections filed |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/24/2010 | 1.2 | $252.00 | Analyze Omni 28 exhibits (.7); conf call with R Higgins and F Zaremby (.3); set up next conf call (.2) |

# BMC Group

WR GRACE

Monthly Invoice:

## February 2010 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/24/2010 | 1.0 | $210.00 | Analysis sample mailing sheet (.3); transmit to RR Donnelley (.1), telephoen calls (.3) and emails (.3) with RR Donnelley re mailing sheet, corner cuts, coordination, printing parameters |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/24/2010 | 1.3 | $273.00 | Prep plural and singular verisons of Ntc to employees (.6); transmit to R Higgins (.2); analysis of email from R Higgins re final revisions to Notices (.2); revise Notices per R Higgins (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/24/2010 | 1.5 | $315.00 | Prep print ready version of plural and singular and discover new issues (.6); prep next revised final version (.5) and send to R Higgins with comparision doc (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/24/2010 | 1.2 | $252.00 | Analysis of first batch of merged custom notices and POC |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/24/2010 | 0.9 | $189.00 | E-mails (.3) and calls (.3) with G Kruse re issues with first batch file; e-mails to M Grimmett re issues with first batch file (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/24/2010 | 0.6 | $126.00 | Analysis revised 1st batch merged custom notices and POC (.4); review 15 POCS w/non POC 1st page and replace (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/24/2010 | 1.0 | $210.00 | Email form R Higgins re Seaton claims (.2); research Carignan claims inquiry for R Higgins (.6); prep e-mail to R Higgins re research results on Seaton inquiry for Carignan (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/25/2010 | 1.4 | $294.00 | Call with R Higgins and Joneill re prep for Omni 28 filing (.3); various calls with RRD re impending snowstorm and mailing (.4); emails with G Kruse and M Grimmett re final merged product, issues (.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 2/25/2010 | 4.0 | $840.00 | Analysis of merged Ntcs and POCs re quality control review (2.0), review issues that arose (1.0), review revised docs (1.0) |
| | Non-Asbestos Claims Total: | | | 47.7 | $9,946.50 | |
| | February 2010 Total: | | | 156.2 | $24,681.50 | |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

|  | Grand Total: | 156.2 | $24,681.50 |
|---|---|---|---|

EXHIBIT 1

# BMC Group

## WR GRACE
## Professional Activity Summary
### Date Range: 2/1/2010 thru 2/28/2010

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **Case Administration** | | | |
| CAS | | | |
| Lucina Solis | $45.00 | 0.2 | $9.00 |
| CAS | | | |
| Airgelou Romero | $95.00 | 2.1 | $199.50 |
| Alex Cedeno | $45.00 | 1.3 | $58.50 |
| Brianna Tate | $45.00 | 0.8 | $36.00 |
| James Myers | $65.00 | 0.2 | $13.00 |
| Mabel Soto | $45.00 | 4.9 | $220.50 |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.3 | $49.50 |
| Myrtle John | $195.00 | 0.7 | $136.50 |
| CONSULTANT | | | |
| Anne Carter | $125.00 | 0.9 | $112.50 |
| REC_TEAM | | | |
| Dustee Decker | $75.00 | 0.4 | $30.00 |
| Lauri Shippers | $110.00 | 0.6 | $66.00 |
| Lelia Hughes | $75.00 | 5.9 | $442.50 |
| Steffanie Cohen | $110.00 | 0.3 | $33.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 12.3 | $2,583.00 |
| | Total: | 30.9 | $3,989.50 |
| **Data Analysis** | | | |
| CAS | | | |
| Alfred Villanueva | $65.00 | 4.0 | $260.00 |
| Reynante Dela Cruz | $95.00 | 12.0 | $1,140.00 |
| Vincent Nacorda | $75.00 | 2.5 | $187.50 |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 44.2 | $6,630.00 |
| SR_ANALYST | | | |
| Anna Wick | $110.00 | 4.7 | $517.00 |
| Jacqueline Conklin | $95.00 | 1.1 | $104.50 |
| | Total: | 68.5 | $8,839.00 |
| **Fee Applications** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 0.3 | $58.50 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 8.8 | $1,848.00 |
| | Total: | 9.1 | $1,906.50 |

EXHIBIT 1

# BMC Group

WR GRACE

Professional Activity Summary

Date Range: 2/1/2010 thru 2/28/2010

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **Non-Asbestos Claims** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 0.7 | $136.50 |
| REC_TEAM | | | |
| Lauri Shippers | $110.00 | 0.3 | $33.00 |
| Steffanie Cohen | $110.00 | 0.3 | $33.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 46.4 | $9,744.00 |
| Total: | | 47.7 | $9,946.50 |
| Grand Total: | | 156.2 | $24,681.50 |

EXHIBIT 1