**EXHIBIT 2**



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_100228**
**Expense Summary**

| Period Ending | 2/28/2010 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $709.05 |
| | | Shipping/Courier | $78.59 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$2,237.64** |

EXHIBIT 2