**EXHIBIT 1**

# BMC Group

WR GRACE

Monthly Invoice:

## March 2010 -- Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/29/2010 | 1.2 | $252.00 | Prep ART reports re R Higgins allowed claims to be paid on Effective Date (.4); analysis of report results re breakout into groups per R Higgins request (.8) |
| MYRTLE JOHN - MANAGER | | $195.00 | 3/30/2010 | 0.2 | $39.00 | 00_Review memo exchanges re appropriateprocessing for returned claims correction forms |
| | Asbestos Claims Total: | | | 1.4 | $291.00 | |

## March 2010 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/1/2010 | 0.4 | $84.00 | Call with R Higgins re review outstanding claims and new reports to be run |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/1/2010 | 1.2 | $252.00 | Analysis of revised BMC website re Omni 28 (.8); email to data re add'l revisions to website (.3); email from B Ruhlander re draft initial comments (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/1/2010 | 0.5 | $105.00 | E-mails with G Kruse re revising claims status for Omni 28 parties, recon notes, Omni obj population in b-Linx data |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/2/2010 | 1.2 | $252.00 | Review court docket re case status |
| GABRIEL QUEIROZ - TEMP | | $65.00 | 3/5/2010 | 1.8 | $117.00 | 00_Audit re-worked pdfs of employee notices and claim images to verify match of claim to notice |
| JAMES MYERS - CAS | | $65.00 | 3/5/2010 | 0.1 | $6.50 | Obj to & Treatment of Empl Bene Claims: Review and audit monthly production invoices for preparation of combined invoice for delivery to client |
| JESSICA FULLER - PRACSUP | | $65.00 | 3/5/2010 | 2.0 | $130.00 | 00_Audit re-worked pdfs of employee notices and claim images to verify match of claim to notice |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/5/2010 | 0.9 | $189.00 | 00_Conf call with R Higgins, J Forgach, F Zaremby, P Straud re employee mailing issue and next steps (.2); telephone from R Higgins re letter to affected parties re issue (.1); draft letter to affected parties (.2); telephone with T Feil re letter to parties (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/5/2010 | 1.2 | $252.00 | 00_Conf call with T Feil, M Grimmett and G Kruse re employee mailing issue (.5); e-mail to G Kruse re list of affected parties and contents (.1); analysis of data group of affected parties (.5); e-mail to G Kruse re revision to data extract of affected parties (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/5/2010 | 0.8 | $168.00 | 00_Prep e-mail to R Higgins re draft letter to affected parties (.1); analysis of e-mail from R Higgins re revised letter and draft script for AON (.1); conf call with R Higgins, J Forgach, P Straud re revision and approval of revised letter, prep for mailing (.2); revise letter (.2) to parties and transmit (.1) to J Forgach, R Higgins, P Straud; telephone from R Higgins re final approval to transmit ltr to affected parties (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/5/2010 | 1.0 | $210.00 | 00_Telephone with T Feil, Jessica and Gabe re review of letters and new contents for transmission (.3); coordinate service of letter and new contents to affected parties (.7) |
| TINAMARIE FEIL - Principal | | $275.00 | 3/5/2010 | 0.3 | $82.50 | 00_Attention to Employee claim objection issues (.1); instruct project lead on notices to be mailed (.1); contact J Baer (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 3/8/2010 | 0.1 | $19.50 | Review Notice of Orrick Herrington's 16th quarterly interim fee application and Towers Perrin 20th quarterly intereim |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## March 2010 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| BRIANNA TATE - CAS | | $45.00 | 3/9/2010 | 0.1 | $4.50 | Telephone with David Sity at (651) 772-0552 / RE: Wanted to know the status of the bankruptcy. Referred to Rust Consulting. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/9/2010 | 0.5 | $105.00 | 00_e-mail from J O'Neill re R Jordan inquiry re POC affected party issue, problems with AON phone line (.1); analysis of affected party list re R Jordan (.2); prep e-mail to J O'Neill re aware of POC issue and addressed (.1); prep e-mail to R Jordan re POC issue, remail (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/9/2010 | 0.6 | $126.00 | E-mail from K Davis re new POC received by Rust (.1); e-mail from J Baer re info disseminated to claims buyers (.1); e-mail from J Carignan re info request on Hankin claims (.1); research b-Linx re Hankin claims info (.2); prep e-mail to R Higgins and J Baer re J Carignan request (.1) |
| MABEL SOTO - CAS | | $45.00 | 3/10/2010 | 0.3 | $13.50 | Archiving misc. documents |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/10/2010 | 0.9 | $189.00 | E-mail from G Kruse re new claims registers for Rust Consulting (.1); analysis of new alfa and numeric claims registers (.6); prep e-mail to G Kruse re FTP site for files (.1); prep e-mail to K Davis re link to FTP site for updated claims registers (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/10/2010 | 0.5 | $105.00 | Conf call R Higgins, F Zaremby, P Struad, J Forgach re followup on employee mailing, calls to AON line, affected party issue (.4); telephone to T Feil re conf call and P Wagner request for affected parties (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/10/2010 | 0.2 | $42.00 | 00_Prep e-mail to M John re setup of process for affected party returned mail and tracking (.1); e-mail from M John re process for affected party returned mail (.1) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/11/2010 | 0.2 | $15.00 | Post new docket entries to DRTT |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/11/2010 | 0.6 | $45.00 | Review Court docket Nos. 24364-24423, 24425, 24427-24434 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 3/11/2010 | 0.3 | $13.50 | 00_Log in the returned Notice of Objection to and Treatment of Employee Claims per Martha Araki request |
| MABEL SOTO - CAS | | $45.00 | 3/11/2010 | 0.5 | $22.50 | Review WR Grace Notice of Objection to and Treatment of Employee Claims (.4) and forward to Martha Araki for further review (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/11/2010 | 0.7 | $147.00 | 00_e-mail from T Feil re client request for id theft protection for affected group (.1); e-mail to G Kruse re prep of affected party data file for returned POC process (.1); analysis of affected party data file for returned POC processing (.2); prep e-mail to Production re process for returned POCs (.2); analysis of e-mail from M Soto re returned POCs received to date (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 3/11/2010 | 0.3 | $49.50 | Weekly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| MYRTLE JOHN - MANAGER | | $195.00 | 3/11/2010 | 0.2 | $39.00 | 00_Review email exchanges with M Araki re appropriate disposition of proofs of claims returned in SASEs |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/11/2010 | 0.3 | $33.00 | Weekly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## March 2010 -- Case Administration

| Name            Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|
| LELIA HUGHES - REC_TEAM | $75.00 | 3/12/2010 | 0.2 | $15.00 | Post new docket entries to DRTT |
| LELIA HUGHES - REC_TEAM | $75.00 | 3/12/2010 | 0.1 | $7.50 | Review Court docket Nos. 24435-24441 to categorize docket entries. |
| MABEL SOTO - CAS | $45.00 | 3/12/2010 | 0.1 | $4.50 | Serve Defective Notice Connected Resources re: Dkt 24424 |
| MABEL SOTO - CAS | $45.00 | 3/12/2010 | 0.1 | $4.50 | Serve Defective Notice Connected Resources re: Dkt 24426 |
| MABEL SOTO - CAS | $45.00 | 3/12/2010 | 0.3 | $13.50 | ECF filing with the Court website Proofs of Service Defective Notices re: dkt 24424 & 24426 |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 3/12/2010 | 0.3 | $63.00 | 00_Draft ID theft program letter for T Feil |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 3/12/2010 | 0.2 | $42.00 | E-mail from S Cohen re review of motion re impact on claims |
| MYRTLE JOHN - MANAGER | $195.00 | 3/12/2010 | 0.2 | $39.00 | 00_Review email exchanges and notices of defective claims transfers forwarded to noticegroup for delivery to interested parties |
| LELIA HUGHES - REC_TEAM | $75.00 | 3/15/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | $75.00 | 3/15/2010 | 0.1 | $7.50 | Review Court docket Nos. 24442-24447 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 3/15/2010 | 0.7 | $147.00 | 00_Telephone with T Feil re employee issues, costs, research re POC without SSN (.3); prep e-mail to Cassman re review fo POC re SSNs (.2); e-mail from/to MJ re tracking process for returned POCs (.2) |
| MYRTLE JOHN - MANAGER | $195.00 | 3/15/2010 | 0.2 | $39.00 | 00_Review email exchanges re employee claim notices and status of review completion for deadline |
| MYRTLE JOHN - MANAGER | $195.00 | 3/15/2010 | 0.2 | $39.00 | Review copy of claim returned by Gary LeBleu (.1); email to M Araki re appropriate disposition of claim (.1) |
| MYRTLE JOHN - MANAGER | $195.00 | 3/15/2010 | 0.1 | $19.50 | Review notice of 1st interim quarterly fee application filed by W D. Hilton, Jr., |
| MYRTLE JOHN - MANAGER | $195.00 | 3/15/2010 | 0.1 | $19.50 | Review notice of 7th quarterly interim application filed by TRE Angeli |
| BRIANNA TATE - CAS | $45.00 | 3/16/2010 | 0.1 | $4.50 | Telephone with Evan Berringer at (508) 882-3445 / RE: returned call |
| ERICK PIZARRO - CAS | $75.00 | 3/16/2010 | 3.0 | $225.00 | WRG Case Administration: Review POC images re employee mailing |
| LELIA HUGHES - REC_TEAM | $75.00 | 3/16/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | $75.00 | 3/16/2010 | 0.1 | $7.50 | Review Court docket Nos. 24448-24451 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 3/16/2010 | 1.1 | $231.00 | 00_analysis of Cassman review of POCs with SSN (.3); research G Kruse info re returned mail (undeliverable) parties in group (.2); prep email to T Feil re employee SSN and undeliverable counts (.1); telephone from T Feil re insurance co contacting re id theft offer (.2); telephone from D McClain, insurance advisor re coverage, issue and identification (.3) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 3/16/2010 | 0.3 | $63.00 | E-mail from J Conklin re corrupted data file from Rust for new claim (.1); e-mail to K Davis re corrupt file (.1); e-mail from R Higgins re research for V Knox re 2 claims (.1) |
| MYRTLE JOHN - MANAGER | $195.00 | 3/16/2010 | 0.1 | $19.50 | Email exchange with case notice clerk re audit inquiry from Ernst & Young re Marblegate Asset Management; |

 EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## March 2010 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MYRTLE JOHN - MANAGER | | $195.00 | 3/16/2010 | 0.1 | $19.50 | Email exchange with M Araki re response to Ernst & Young's audit request |
| TINAMARIE FEIL - Principal | | $275.00 | 3/16/2010 | 1.0 | $275.00 | 00_Follow up with Forgach and Insurer re handling PII issue |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/17/2010 | 0.2 | $22.00 | Update address of certain creditor in the database, per current information provided by transfer agent. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/17/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/17/2010 | 0.1 | $7.50 | Review Court docket Nos. 24454-24460 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 3/17/2010 | 0.1 | $4.50 | Serve Courtesy Ntcs Connected Resources re: dkts 24452 & 24453 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/17/2010 | 0.6 | $126.00 | Telephone with T Feil re R Higgins request re scheduled and POC reports re prep for Effective Date (.2); conf call with R Higgins, F Zaremby, E Lieb, P Straud re employee Omni 28 Notice mailing, calls received by AON, BMC to track objections received by Pachulski (.4). |
| JAMES MYERS - CAS | | $65.00 | 3/18/2010 | 0.1 | $6.50 | Review & respond to email from M Araki re return mail processing |
| JAMES MYERS - CAS | | $65.00 | 3/18/2010 | 0.1 | $6.50 | 00_Review & respond to email from M Araki requesting creation of Affected Party mail file for anticipated mailing on 3-19-10; create mail file as requested |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/18/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/18/2010 | 0.1 | $7.50 | Review Court docket Nos. 24461-24466 to categorize docket entries. |
| LUCINA SOLIS - CAS | | $45.00 | 3/18/2010 | 1.0 | $45.00 | Review and process Non-COA return mail |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/18/2010 | 1.2 | $252.00 | 00_telephone with T Feil re employee mailing of ID theft program info (.2) prep e-mail to G Kruse and M Grimmett re process and procedures (.2); teletphone to J Antokol re ltr to employees and next steps (.2); analysis of docs from J Antokol (.3); draft sample letter (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/18/2010 | 1.0 | $210.00 | 00_E-mails from J Antokol with forms for mailing (.3); revise docs and forms for ID theft mailing for T Feil approval (.4); e-mails to/from Notice Grp and Data re prep for service of ID theft letters to affected parites (.3) |
| FRITZ KRUSE - CAS | | $45.00 | 3/19/2010 | 1.0 | $45.00 | 00_MailFIle 37383 Correspondence with production & project team |
| JAMES MYERS - CAS | | $65.00 | 3/19/2010 | 0.3 | $19.50 | 00_Equifax Monitoring Letter: Review & respond to emails transmitting 1. Noticing Instructions 2. Request/response re approval Service Doc & Production Instructions (.1); Set up Noticing System/Production Folder/Noticing Instructions (.1); prepare electronic version of document-as-served/ Review Production copy of document (.1) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/19/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/19/2010 | 0.1 | $7.50 | Review Court docket Nos. 24467-24468 to categorize docket entries. |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## March 2010 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/19/2010 | 0.6 | $126.00 | 00_E-mail from J Antokol re final documents for service on parties (.1); analysis of documents to be served to affected parties and distributed to BMC (.4); telephone call to J Antokol re parties to be served, identity program (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/19/2010 | 1.5 | $315.00 | 00_E-mail to G Kruse re affected party mailing, request for state breakdown for J Antokol (.1); various e-mails and calls with T Feil re revisions to letter, program, confirmation of docs to be mailed (.4); e-mails to G Kruse and Notice Grp re coordinate service of identity program letter to affected parties (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/19/2010 | 0.3 | $63.00 | Prep e-mail to E Lieb/AON re SSN issue with Bruce and Paul Parks (.1); analysis of e-mail from V Marquez/AON re correction to Bruce and Paul Parks SSN issue (.1); prep e-mail to G Kruse re revision to SSN data from AON re Bruce and Paul Parks (.1) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/22/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/22/2010 | 0.1 | $7.50 | Review Court docket Nos. 24469-24480 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/22/2010 | 0.3 | $63.00 | Research b-linx re R Higgins request for info for V Knox re claims (.2); prep e-mail to R Higgins re seach results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/22/2010 | 0.8 | $168.00 | DRTT audit and b-linx review (.4); revise b-Linx per audit results (.4) |
| AIRGELOU ROMERO - CAS | | $95.00 | 3/23/2010 | 2.0 | $190.00 | Audit categorization updates related to Court Docket Nos 24342-24346,24348,24350-24362,24364-24372,24374-24381,24387-24413,24415-24417,24420,24422,24425,24427-24434,24437-24443,24446-24449, 24454-24460,24468,24470,24472-24473,24475-24476,24478-102 |
| BRIANNA TATE - CAS | | $45.00 | 3/23/2010 | 0.1 | $4.50 | Telephone with Berlin Picket at (337) 923-4063 / RE: Needs a copy of WRG personal injury settlement trust fund. Referred to Rust Consulting. |
| BRIANNA TATE - CAS | | $45.00 | 3/23/2010 | 0.1 | $4.50 | 00_Telephone with Doris Philips at (718) 463-4171 / RE: Wanted to know what she could do to protect herself against identity theft. Forwarded info to Maraki. |
| BRIANNA TATE - CAS | | $45.00 | 3/23/2010 | 0.3 | $13.50 | 00_Responded to emails regarding the identity theft service offer mailings. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/23/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/23/2010 | 0.1 | $7.50 | Review Court docket No. 24481 to categorize docket entries. |
| LUCINA SOLIS - CAS | | $45.00 | 3/23/2010 | 0.5 | $22.50 | Review (.2) and process (.3) Non-COA return mail |
| LUCINA SOLIS - CAS | | $45.00 | 3/23/2010 | 0.1 | $4.50 | Extract and prepare returned mail summary report and email to project manager |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/23/2010 | 0.6 | $126.00 | 00_Analysis of e-mail from M John re letter received from E Moeller (.1); prep e-mail to R Higgins, J Forgach re E Moeller letter (.1); prep e-mail to Call Center re E Moeller ltr, other caller inquiries (.1); e-mail from Call Center re D Philipps inquiry (.1); telephone to D Phillips re questions with id Theft program (.1); e-mails with TAF re E Moeller letter, D Phillips (.1) |

# BMC Group

WR GRACE

Monthly Invoice:

## March 2010 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MIKE BOOTH - MANAGER | | $165.00 | 3/23/2010 | 0.3 | $49.50 | Weekly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| MYRTLE JOHN - MANAGER | | $195.00 | 3/23/2010 | 0.3 | $58.50 | 00_Review correspondence from Eric Moeller re claims and personal information (.1); memo exchange with Martha Araki and Tinamarie Feil re Eric Moeller's inquiry (.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 3/23/2010 | 0.3 | $58.50 | 00_Review and analysis of response letters to credit monitoring agencies and employees (.2); email response to M Araki (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/23/2010 | 0.3 | $33.00 | Weekly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| AIRGELOU ROMERO - CAS | | $95.00 | 3/24/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket No 24482-24487 |
| BRIANNA TATE - CAS | | $45.00 | 3/24/2010 | 0.2 | $9.00 | 00_Telephone with Donna Fitzgerald at (617) 498-4442 /  RE: Mailed back the incorrect form.  Wanted to know who got hers. Also wanted to know what would happen if info used.  Forwarded to Maraki |
| BRIANNA TATE - CAS | | $45.00 | 3/24/2010 | 0.1 | $4.50 | 00_Telephone with Elizabeth Capatio at (509) 865-5121 /  RE: Wanted to know the status of the case. |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 3/24/2010 | 0.1 | $7.50 | 00_Telephone with Patricia Grimaldi at (212) 754-6720 /  RE: Called with questions on the mailing  mix up, wanted to speak with PM, was very upset; escalated to M Araki |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/24/2010 | 0.1 | $11.00 | Audit Court docket nos. 23989 and 24162, confirm no updates in the claims database are required. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/24/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/24/2010 | 0.1 | $7.50 | Review Court docket Nos. 24482-24487 to categorize docket entries. |
| LUCINA SOLIS - CAS | | $45.00 | 3/24/2010 | 0.1 | $4.50 | Review and process Non-COA return mail |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/24/2010 | 0.8 | $168.00 | 00_Telephone calls to Patricia Grimaldi (.2); Donna Fitzgerald (.2) re info on other recipients of POC; telephone to J Antokol re employee request re other recipient info (.1); prep e-mail to T Feil re same (.2); prep e-mail to R Higgins re P Grimaldi contact info (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/24/2010 | 0.7 | $147.00 | Conf call with R Higgins, J Forgach, E Lieb re Omni 28 employee objections received, and status (.5); analysis of b-Linx re S Munyan POC (.1); e-mails to E Lieb, J Forgach and R Higgins re S Munyan research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/24/2010 | 0.3 | $63.00 | E-mail to J Conklin re new data file from Rust (.1); analysis of e-mail from J Conklin re Rust disk corrupted (.1); prep e-mail to K Davis at Rust re cd corrupted (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/24/2010 | 1.0 | $210.00 | Analysis of docket re case status |
| MYRTLE JOHN - MANAGER | | $195.00 | 3/24/2010 | 0.2 | $39.00 | 00_Review and analysis of memo exchanges with M Araki and case clerk re appropriate disposition of confidential former employee claims |
| AIRGELOU ROMERO - CAS | | $95.00 | 3/25/2010 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos 24488-24499 |

EXHIBIT 1

# BMC Group
WR GRACE
Monthly Invoice:

## March 2010 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|------------:|------|------:|-------------:|-------------|
| DUSTEE DECKER - REC_TEAM | | $75.00 | 3/25/2010 | 0.1 | $7.50 | 00_Telephone with Randall Fierke at (708) 728-2450 / RE: Wanted to know if his information that was sent out to the wrong person was returned and what the process was if Equifax detected someone had his info. Escalated to M Araki |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/25/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/25/2010 | 0.1 | $7.50 | Review Court docket Nos. 24488-24499 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/25/2010 | 0.3 | $63.00 | 00_E-mail from Call Center re Randall Fierke inquiry (.1); telephone to R Fierke re affected group (.2) |
| MIKE BOOTH - MANAGER | | $165.00 | 3/25/2010 | 0.1 | $16.50 | Discussion with S Cohen re: recently filed Omnibus Objection 28 and analysis, systematic claim updates performed. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/26/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/26/2010 | 0.1 | $7.50 | Review Court docket Nos. 24500-24505 to categorize docket entries. |
| LUCINA SOLIS - CAS | | $45.00 | 3/26/2010 | 0.2 | $9.00 | Review (.1) and process (.1) COA return mail |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/26/2010 | 1.0 | $210.00 | Prep for conf call with R Higgins/T Feil (.2); conf call with R Higgins and T Feil re allowed claims to be filed on Effective Date, reports to be prepared (.3); telephone with T Feil re R Higgins requested reports (.4); prep e-mail to G Kruse, B Daniel and M Grimmett re ap vendor info available (.1) |
| TINAMARIE FEIL - Principal | | $275.00 | 3/26/2010 | 1.5 | $412.50 | Prepare for (.5) and attend (.4) conf call with RHiggins re claims status, SEC reporting, plan effective date planning, etc.  Follow up conversation with Martha Araki re same (.6) |
| AIRGELOU ROMERO - CAS | | $95.00 | 3/29/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 24500-24505 |
| BRIANNA TATE - CAS | | $45.00 | 3/29/2010 | 0.1 | $4.50 | Telephone with Catelynn Strane at (212) 735-3000 / RE: Wanted to know how to get court dockets related to the case.   Let her know that Rust Consulting was claims agent. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/29/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 3/29/2010 | 0.1 | $7.50 | Review Court docket Nos. 24506-24514 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/29/2010 | 0.3 | $63.00 | E-mail from K Davis and G Brown re new SFTP access for claim data and image (.2); prep e-mail to J Conklin re new claim data available for download (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/29/2010 | 1.0 | $210.00 | DRTT audit and b-Linx review (.6); revise b-Linx re audit results (.4) |
| AIRGELOU ROMERO - CAS | | $95.00 | 3/30/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 24506-24507,24512-24513 |
| BRIANNA TATE - CAS | | $45.00 | 3/30/2010 | 0.1 | $4.50 | 00_Telephone with Barbara Lanham at (270) 684-4997 / RE: Wanted to let us know that she did mail the wrong letter back to BMC.   She will go ahead and sign up for the protection. |
| BRIANNA TATE - CAS | | $45.00 | 3/30/2010 | 0.1 | $4.50 | Telephone with Mrs Costello at (707) 233-0037 /  RE: returned call |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## March 2010 -- Case Administration

| Name          Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|
| DUSTEE DECKER - REC_TEAM | $75.00 | 3/30/2010 | 0.1 | $7.50 | 00_Telephone with Rita McGrath KNA Rita Cain at (410) 661-2033 /  RE: Received the letter to sign up for Identify protection with Equifax tried to use the online promo code it would not work called Equifax they said it does not work. Escalated to PM |
| LAURI SHIPPERS - REC_TEAM | $110.00 | 3/30/2010 | 0.2 | $22.00 | Prepare two Proofs of Service (.1), forward to notice group for filing (.1) |
| LELIA HUGHES - REC_TEAM | $75.00 | 3/30/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | $75.00 | 3/30/2010 | 0.2 | $15.00 | Review Court docket Nos. 24515-24520, 24522-24536 to categorize docket entries. |
| MABEL SOTO - CAS | $45.00 | 3/30/2010 | 0.1 | $4.50 | Serve Transfer Notice Central Fiber re: dkt 24514 |
| MABEL SOTO - CAS | $45.00 | 3/30/2010 | 0.1 | $4.50 | Serve Transfer Notice Restoration Holdings re: dkt 24514 |
| MABEL SOTO - CAS | $45.00 | 3/30/2010 | 0.1 | $4.50 | Serve Transfer Notice Baltimore Gas re: dkt 24521 |
| MABEL SOTO - CAS | $45.00 | 3/30/2010 | 0.1 | $4.50 | Serve Transfer Notice LSI re: dkt 24521 |
| MABEL SOTO - CAS | $45.00 | 3/30/2010 | 0.1 | $4.50 | ECF filing with the Court site a Proof of Service Transfer Notices re: dkts 24514 & 24521 |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 3/30/2010 | 0.6 | $126.00 | 00_E-mail from Call Center re Rita McGrath inquiry re Equifax code issue (.1); telephone to Equifax to confirm code valid and operational (.3); telephone to R McGrath re review accessing id product with code, \ / issue (.2) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 3/30/2010 | 2.0 | $420.00 | Analysis of Court docket re case status in prep for SEC quarterly reporting |
| LELIA HUGHES - REC_TEAM | $75.00 | 3/31/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | $75.00 | 3/31/2010 | 0.1 | $7.50 | Review Court docket Nos. 24537-24549 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 3/31/2010 | 0.4 | $84.00 | Telephone from J Porochonski re b-Linx access (.1); telephone to J Porochonski re b-Linx access and docs needed until access restored (.1); prep e-mail to Help Desk re J Porochnoski b-linx access (.1); e-mail from J Porochonski re access restored (.1) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 3/31/2010 | 0.4 | $84.00 | E-mails from S Cohen and G Kruse re updating Omni 28 records in b-Linx (.2); e-mail from S Cohen re docket items/objections in DRTT for further review (.2) |
| | Case Administration Total: | | 57.4 | $8,936.00 | |

## March 2010 -- Data Analysis

| Name          Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|
| GUNTHER KRUSE - CONSULT_DATA | $150.00 | 3/1/2010 | 1.7 | $255.00 | Update employee claim statuses and objection records in bLinx as per M Araki. |
| VINCENT NACORDA - CAS | $75.00 | 3/1/2010 | 0.3 | $22.50 | Updated the Gen Info Page through the page link per PM's request. |
| JACQUELINE CONKLIN - SR_ANALYST | $95.00 | 3/2/2010 | 0.1 | $9.50 | Update mail file data to master service list. |
| JACQUELINE CONKLIN - SR_ANALYST | $95.00 | 3/3/2010 | 0.1 | $9.50 | Update return mail to b-Linx. |
| GUNTHER KRUSE - CONSULT_DATA | $150.00 | 3/4/2010 | 1.7 | $255.00 | 00_Review employee notices merged with incorrect POC forms (1.0). Provide listing of original merge data for notices to M Araki and M Grimmett. (.7) |
| GUNTHER KRUSE - CONSULT_DATA | $150.00 | 3/5/2010 | 0.5 | $75.00 | 00_Employee notice mailing followup call with T Feil and M Araki. |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## March 2010 -- Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 3/5/2010 | 1.3 | $195.00 | 00_Generate list of employee claims that rec'd incorrect POC's with custom notice. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 3/5/2010 | 0.5 | $75.00 | 00_Coordinate setup and population of mail file for corrected employee notices. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 3/5/2010 | 1.7 | $255.00 | 00_Generate corrected employee notice cover letter merge. |
| REYNANTE DELA CRUZ - CAS | | $95.00 | 3/5/2010 | 0.3 | $28.50 | Populate MailFile 37110 with APs for todays scheduled mailings |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 3/8/2010 | 0.1 | $9.50 | Update mail file data to master service list. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 3/10/2010 | 1.5 | $225.00 | Prepare updated copies of claims registers sorted by Name and by Claim Nbr (1.4). Forward to M Araki for review (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 3/11/2010 | 0.3 | $45.00 | 00_Generate listing of corrected employee notices with their mailing addresses and barcodes and forward to M Araki. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 3/11/2010 | 0.1 | $9.50 | Update return mail to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 3/15/2010 | 0.1 | $9.50 | Update return mail to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 3/17/2010 | 0.1 | $9.50 | Update return mail to b-Linx. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 3/18/2010 | 0.5 | $75.00 | Search creditor table for selected employee records as per M Araki. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 3/18/2010 | 0.7 | $66.50 | 00_Prepare undeliverables returned mail report for employees' March '10 mailing. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 3/18/2010 | 0.1 | $9.50 | Correspondence with project manager regarding an deliverables returned mail report. |
| ANNA WICK - SR_ANALYST | | $110.00 | 3/19/2010 | 2.5 | $275.00 | Update fee app tool to manage expense records at request of M Araki |
| FRITZ KRUSE - CAS | | $45.00 | 3/19/2010 | 2.0 | $90.00 | 00_MailFile 37383 population and correspondence with production & project team |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 3/19/2010 | 0.6 | $90.00 | Review employee addresses and SSN's (.3). Verify data source from Rust or Aon (.2) and forward to M Araki (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 3/19/2010 | 0.5 | $75.00 | Generate listing of employee claims grouped by State. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 3/19/2010 | 1.0 | $150.00 | 00_Coordinate setup of employee mailing mail file (.5). Finalize party counts with M Araki. (.5) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 3/19/2010 | 0.2 | $30.00 | 00_Update selected employee addresses as per M Araki. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 3/19/2010 | 0.9 | $135.00 | 00_Merge custom employee letters (.8) and forward to production for mailout (.1) |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 3/19/2010 | 0.2 | $19.00 | 00_Correspondence with data analyst regarding the population of Equifax Credit Monitor Letter mail file. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 3/19/2010 | 0.1 | $9.50 | Update return mail to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 3/22/2010 | 0.1 | $9.50 | Update mail file data to master service list. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 3/24/2010 | 0.2 | $19.00 | Correspondence with project manager regarding the WRGrace.zip file for claim #18535. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 3/24/2010 | 0.1 | $9.50 | Update return mail to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 3/25/2010 | 0.1 | $9.50 | Update return mail to b-Linx. |
| ANNA WICK - SR_ANALYST | | $110.00 | 3/29/2010 | 1.0 | $110.00 | SQL database maintenance(.3), review logs(.3), views, stored procedures(.2) and user defined functions(.2) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## March 2010 -- Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 3/29/2010 | 0.1 | $9.50 | Download new claim 18535 from Rust Consulting's secured website. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 3/29/2010 | 0.1 | $9.50 | Update return mail to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 3/29/2010 | 0.1 | $9.50 | Upload bankruptcy claim to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 3/29/2010 | 0.1 | $9.50 | Migrate bankruptcy claim's image from site to server. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 3/29/2010 | 0.1 | $9.50 | Append bankruptcy claim data to tblOutput for migration to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 3/29/2010 | 0.1 | $9.50 | Prepare and forward claims register for bankruptcy claims upload to project team. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 3/29/2010 | 0.1 | $9.50 | Extract, process, reformat bankruptcy data to migrate data to b-Linx. |

|  | Data Analysis Total: | 21.9 | $2,736.50 |

## March 2010 -- Fee Applications

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/3/2010 | 0.4 | $84.00 | Prep response to Fee Examiner initial report |
| MYRTLE JOHN - MANAGER | | $195.00 | 3/3/2010 | 0.1 | $19.50 | Email exchanges with M Araki re Fee Auditor's initial report and BMC's response |
| MYRTLE JOHN - MANAGER | | $195.00 | 3/3/2010 | 0.5 | $97.50 | Review (.2) and revise (.2) BMC's response to Auditor's Initial Report; and forward to M Araki (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 3/4/2010 | 0.3 | $58.50 | Review and respond to memo from Bobbi Ruhlander re fee auditor's final report re BMC's 34th interim fee application (.2); review and analysis of auditor's report (.1) |

|  | Fee Applications Total: | 1.3 | $259.50 |

## March 2010 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/2/2010 | 0.4 | $84.00 | E-mail from R Higgins re NY State Dept of Taxation vs IRS claim nos (.1); research b-Linx (.2) and reply to R Higgins with results (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/3/2010 | 0.2 | $22.00 | Analyze docket numbers 24149 to 24161 (.1); flag pleadings for further action or updates as required (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/4/2010 | 0.8 | $168.00 | 00_Teleph from F Zaremby and P Stroud re issue with mailing - wrong POC attached to custom notice (.1); teleph from R Higgins re same (.1); emails and calls to G Kruse and M Grimmett re issue (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/4/2010 | 1.5 | $315.00 | 00_analysis of merged docs re Finn for Fiers issue (.3); review file to assess issue parameters (1.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/4/2010 | 2.0 | $420.00 | 00_review chart of ntcs with POC issues; (1.3); discuss with M Grimmett and G Kruse (.4); telephone to T Feil re issue (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/4/2010 | 1.0 | $210.00 | 00_continue investigation of POC issue on employee mailing |
| MYRTLE JOHN - MANAGER | | $195.00 | 3/4/2010 | 0.3 | $58.50 | Calls from (.2) and to (.1) M Araki re employee claims issues |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## March 2010 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/8/2010 | 0.7 | $147.00 | Telephone from R Higgins re tax claims report of state taxes of any kind for reconciled and open claims, status of claim of Wisconsin (.1); analysis of b-Linx re claims info request from V Knox for R Higgins (.4); prep e-mail to R Higgins re status of 6 claims info requested by V Knox (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/9/2010 | 0.6 | $126.00 | E-mail from R Higgins re Smith and Sukenik POCs, any claims filed by Philip Ryan (.1); analysis of b-Linx re Smith and Sukenik POCs, claims filed by Philip Ryan (.3); prep e-mail to R Higgins re research results (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/9/2010 | 1.2 | $252.00 | E-mail from D Boll re environmental objections filed per 502(e)(1(B) defense (.1); analysis of b-Linx re research request (.9); prep e-mail to D Boll re research results (.2) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/10/2010 | 0.6 | $66.00 | Analyze 2 Notices of Transfer (.4), contact the transfer agent re: valid addresses required to serve notice (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/10/2010 | 0.4 | $84.00 | E-mail from J Carignan re add'l info request re claims (.1); research b-Linx re 2 new claims requested (.2); prep e-mail to R Higgins re add'l info request from J Carignan and claims status (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/11/2010 | 0.5 | $105.00 | Telephone from J Carignan re add'l info request (.1); analysis of e-mail from R Higgins re J Carignan add'l info request (.1); anlaysis of b-Linx re J Carignan add'l info request (.2); prep e-mail to R Higgins re J Carignan add'l info research results (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/12/2010 | 0.8 | $88.00 | Analyze two notices of transfer (.3), prepare defective notices (.4) and forward to notice group for service (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/15/2010 | 0.8 | $168.00 | E-mail from R Higgins re tax reports of active open state tax claims, SERP settlement review, bucket reports (.1); analysis of prior tax reports provided re info for new tax report request (.7) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/15/2010 | 0.2 | $22.00 | Initialize monthly reports (.1); emails to G.Kruse, L.Shippers re: same (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/16/2010 | 1.1 | $231.00 | Analysis of corresp from Marblegate re audit letter confirming transfer of BNSF claims (.1); analysis of b-Linx re Marblegate transfer (.3); prep e-mail to L Shippers re transfer register (.1); analysis of transfer register form L Shippers (.2); telephone to M Zolden at Marblegate re no transfer located, review transfer document filed with Court but not on docket (.2); telephone with Marblegate attny re apparent Court docketing issue with claim purchased (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/16/2010 | 1.7 | $357.00 | Prep ART reports of taxes at state level for all allowed and pending claims for R Higgins (.5); review tax reports (.7); prep revised tax reports (.4); prep e-mail to R Higgins re state tax claims reports (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/16/2010 | 0.7 | $147.00 | E-mail from R Higgins re employee objections to Omni 28 rec'd (.1); e-mail from T Feil re Central Wesleyan College class action (.1); analysis of b-Linx re Central Wesleyan College class action (.2); prep e-mail to T Feil re no POC for Central Wesleyan College (.1); research Discl Stmt history re class action suit (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/16/2010 | 0.1 | $11.00 | Prepare copy of claim 15460 and forward to L.Gardner per request |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## March 2010 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|------------|------|-------|-------------|-------------|
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/16/2010 | 0.4 | $44.00 | Review docket and research filings pertaining to sale by WR Grace of San Leandro, CA facility to Alco Iron and Metal Co per L.Gardner request (.2); prepare related documents (.1); draft follow-up memo to L.Gardner re: research results and documents located (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/16/2010 | 0.1 | $11.00 | Perform additional research re: sale by WR Grace of San Leandro, CA facility to Alco Iron and Metal Co per additional L.Gardner request; prepare and send related documents to L.Gardner |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/17/2010 | 0.1 | $11.00 | Analysis of Court docket re: two new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/17/2010 | 0.1 | $11.00 | Analysis of b-Linx re: two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/17/2010 | 0.3 | $33.00 | Revise b-Linx re: two claims transferred. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/17/2010 | 0.2 | $22.00 | Prepare two transfer notices (.1), forward to the notice group for service (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/17/2010 | 0.3 | $33.00 | Phone discussion with S. Skowronski of Longacre Opportunity Fund re: providing current address for transferors. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/17/2010 | 0.6 | $66.00 | Analyze docket numbers 24149 to 24349 (.3); update claims database as required (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/18/2010 | 0.4 | $84.00 | E-mail from J Forgach re F Festa claim filed (.1); research b-Linx re F Festa proof of claim (.2); prep e-mail to J Forgach re no claim filed by F Festa (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/24/2010 | 1.0 | $210.00 | Analysis of responses to Omni 28 objection from WRG employees (.4); prep response log for R Higgins of Omni 28 objection responses received (.5); prep e-mail to R Higgins, F Zaremby and J Forgarch re Omni 28 responses received (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/24/2010 | 0.3 | $63.00 | Analysis of e-mails from R Higgins re claims research re Wilder site per Carignan request (.2); prep e-mail to R Higgins re result of b-Linx research re Carignan inquiry (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/24/2010 | 0.6 | $66.00 | Analyze docket numbers 24205 to 22469 (.4); update claims database (.1); draft follow-up memo to M.Araki re: additional analysis, possible database updates required (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/24/2010 | 0.4 | $44.00 | Analyze Omni Objection 28 (.1); prepare claim/objection data for additional database updates (.2); draft follow-up memo to G.Kruse re: updates required (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/25/2010 | 0.1 | $11.00 | Discussion with M.Booth re: recently filed Omnibus Objection 28 and analysis, database claim updates performed |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/26/2010 | 3.0 | $630.00 | Prep ART reports re R Higgins allowed claims for payment on Effective Date (.8); review report results re allocation into groups (2.2) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/30/2010 | 0.1 | $11.00 | Analysis of Court docket re: two new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/30/2010 | 0.1 | $11.00 | Analysis of b-Linx re: two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/30/2010 | 0.3 | $33.00 | Revise b-Linx re: two claims transferred. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 3/30/2010 | 0.2 | $22.00 | Prepare two transfer notices (.1), forward to the notice group for service (.1) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## March 2010 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/31/2010 | 0.1 | $11.00 | Email correspondence with G.Kruse re: pending additional database updates required pursuant to recently filed Omnibus Objection 28 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/31/2010 | 2.1 | $231.00 | Analyze docket numbers 24294 through 1100 (.6); update claims database (.7); prepare claim data for database update pursuant to continued objections (.6); draft follow-up memo to K.Martin re: database updates required (.2) |
| | Non-Asbestos Claims Total: | | | 26.4 | $4,739.50 | |
| | March 2010 Total: | | | 108.4 | $16,962.50 | |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

| | | |
|---|---|---|
| Grand Total: | 108.4 | $16,962.50 |

**Time Descriptions beginning with "00_" represent fees voluntarily credited.

EXHIBIT 1

# BMC Group

WR GRACE

Professional Activity Summary

Date Range: 3/1/2010 thru 3/31/2010

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **Asbestos Claims** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 0.2 | $39.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 1.2 | $252.00 |
| | Total: | 1.4 | $291.00 |
| **Case Administration** | | | |
| Principal | | | |
| Tinamarie Feil | $275.00 | 2.8 | $770.00 |
| CAS | | | |
| Lucina Solis | $45.00 | 1.9 | $85.50 |
| CAS | | | |
| Airgelou Romero | $95.00 | 2.6 | $247.00 |
| Brianna Tate | $45.00 | 1.3 | $58.50 |
| Erick Pizarro | $75.00 | 3.0 | $225.00 |
| Fritz Kruse | $45.00 | 1.0 | $45.00 |
| James Myers | $65.00 | 0.6 | $39.00 |
| Mabel Soto | $45.00 | 2.2 | $99.00 |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.7 | $115.50 |
| Myrtle John | $195.00 | 2.1 | $409.50 |
| REC_TEAM | | | |
| Dustee Decker | $75.00 | 0.3 | $22.50 |
| Lauri Shippers | $110.00 | 0.5 | $55.00 |
| Lelia Hughes | $75.00 | 5.1 | $382.50 |
| Steffanie Cohen | $110.00 | 0.6 | $66.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 28.9 | $6,069.00 |
| PRACSUP | | | |
| Jessica Fuller | $65.00 | 2.0 | $130.00 |
| TEMP | | | |
| Gabriel Queiroz | $65.00 | 1.8 | $117.00 |
| | Total: | 57.4 | $8,936.00 |
| **Data Analysis** | | | |
| CAS | | | |
| Fritz Kruse | $45.00 | 2.0 | $90.00 |
| Reynante Dela Cruz | $95.00 | 0.3 | $28.50 |
| Vincent Nacorda | $75.00 | 0.3 | $22.50 |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 12.9 | $1,935.00 |
| SR_ANALYST | | | |
| Anna Wick | $110.00 | 3.5 | $385.00 |
| Jacqueline Conklin | $95.00 | 2.9 | $275.50 |
| | Total: | 21.9 | $2,736.50 |

EXHIBIT 1

# BMC Group

WR GRACE

Professional Activity Summary

Date Range: 3/1/2010 thru 3/31/2010

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **Fee Applications** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 0.9 | $175.50 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 0.4 | $84.00 |
| | Total: | 1.3 | $259.50 |
| **Non-Asbestos Claims** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 0.3 | $58.50 |
| REC_TEAM | | | |
| Lauri Shippers | $110.00 | 3.1 | $341.00 |
| Steffanie Cohen | $110.00 | 4.9 | $539.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 18.1 | $3,801.00 |
| | Total: | 26.4 | $4,739.50 |
| | Grand Total: | 108.4 | $16,962.50 |

EXHIBIT 1