**EXHIBIT 2**



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_100331**
**Expense Summary**

| Period Ending | 3/31/2010 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $709.05 |
| | | Noticing Production | $1,290.94 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$3,449.99** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

WR Grace & Co. et al

Noticing Production Reference Summary and Detail

| Reference Number | Production Date | Total |
|---|---|---|
| Reference #  021-20100301-1 | 3/1/2010 | $150.00 |
| Reference #  021-20100305-1 | 3/5/2010 | Credit: $621.48 |
| Reference #  021-20100312-1 | 3/12/2010 | $1.32 |
| Reference #  021-20100317-1 | 3/17/2010 | $0.88 |
| Reference #  021-20100319-1 | 3/19/2010 | Credit: $515.50 |
| Reference #  021-20100330-1 | 3/30/2010 | $1.76 |

| | Total | $1,290.94 |
|---|---|---|
| | Credit Due: | ($1,136.98) |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date** 3/1/2010
**Reference #:**     021-20100301-1

| Job Type | Job Item / Step | Pages / Parties / Task | Details | Total |
|---|---|---|---|---|
| Noticing Document | Obj to & Treatment of Empl Bene Claims No | 0 / 4,052 | | |
| | Document/Data Preparation | Mail File Setup | 6 Tasks @ $25.00 each | $150.00 |
| | | | **Total Due:** | **$150.00** |

*Invoice Due Upon Receipt*

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Production Date** 3/5/2010
**Reference #:** 021-20100305-1 - Credit Due

| Job Type | Job Item | Step | Pages / Parties Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Obj to & Treatment of Empl Bene Claims suppl | | 9 / 233 | | |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class | 233 Pieces @ $1.05 each | $244.65 |
| | | Production | Collate and Stuff | 233 Pieces @ $.08 each | $18.64 |
| | | | Printed Impressions | 2097 Pieces @ $.10 each | $209.70 |
| | | Supplies | Business Reply Envelope With Postage | 233 Pieces @ $.44 each | $102.52 |
| | | | Inkjet and Envelope - #10 Window | 233 Pieces @ $.09 each | $20.97 |

**Credit Due:** **($621.48)**

*Invoice Due Upon Receipt*

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 3/12/2010
**Reference #:** 021-20100312-1
**Notes:** 3 Transfers

| Job Type | Job Item | Pages / Parties | | Total |
|---|---|---|---|---|
| | Step | Task | Details | |
| Noticing Document | 1. Defective Notice Connected Resources re: Dkt No. 24424 | 0 / 1 | | |
| | Postage | USPS - 1st Class | 1 Piece @ $.44 each | $0.44 |
| | 2. Defective Notice Connected Resources re: Dkt No. 24426 | | | |
| | | USPS - 1st Class | 1 Piece @ $.44 each | $0.44 |
| | 3. Defective Notices Longacre Opportunity re: Dkt Nos. 24424 and 24426 | | | |
| | | USPS - 1st Class | 1 Piece @ $.44 each | $0.44 |
| | | | **Total Due:** | **$1.32** |

*Invoice Due Upon Receipt*

EXHIBIT 2



**BMC Group, Inc.**
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 3/17/2010
**Reference #:** 021-20100317-1
**Notes:** 2 Transfers

| Job Type | Job Item / Step | Pages / Parties / Task | Details | Total |
|---|---|---|---|---|
| Noticing Document | 1. Courtesy Ntcs Connected Resources re: Dkt Nos. 24452 and 24453 | 0 / 1 | | |
| | Postage | USPS - 1st Class | 1 Piece @ $.44 each | $0.44 |
| | 2. Courtesy Notices Longacre Opportunity re: Dkt Nos. 24452 and 24453 | | | |
| | | USPS - 1st Class | 1 Piece @ $.44 each | $0.44 |
| | | | **Total Due:** | **$0.88** |

*Invoice Due Upon Receipt*

EXHIBIT 2



**BMC Group, Inc.**
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

### WR Grace & Co. et al

**Production Date** 3/19/2010
**Reference #:** 021-20100319-1 - Credit Due

| Job Type | Job Item | | Pages / Parties | | |
|---|---|---|---|---|---|
| | | Step | Task | Details | Total |
| Noticing Document | Equifax Credit Monitor Letter docs | | 5 / 225 | | |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class | 225 Pieces @ $1.05 each | $236.25 |
| | | Production | Printed Impressions | 1125 Pieces @ $.10 each | $112.50 |
| | | | Stuff and Mail | 225 Pieces @ $.05 each | $11.25 |
| | | Supplies | Business Reply Envelope With Postage | 225 Pieces @ $.44 each | $99.00 |
| | | | Inkjet and Envelope - Window Catalog | 225 Pieces @ $.14 each | $31.50 |

**Credit Due:** **($515.50)**

*Invoice Due Upon Receipt*

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 3/30/2010
**Reference #:** 021-20100330-1
**Notes:** 4 Transfers

| Job Type | Job Item / Step | Pages / Parties / Task | Details | Total |
|---|---|---|---|---|
| Noticing Document | 1. Transfer Notice Central Fiber re: Dkt No. 24514 | 0 / 1 | | |
| | Postage | USPS - 1st Class | 1 Piece @ $.44 each | $0.44 |
| | 2. Transfer Notice Restoration Holdings re: Dkt No. 24514 | | | |
| | | USPS - 1st Class | 1 Piece @ $.44 each | $0.44 |
| | 3. Transfer Notice Baltimore Gas re: Dkt No. 24521 | | | |
| | | USPS - 1st Class | 1 Piece @ $.44 each | $0.44 |
| | 4. Transfer Notice LSI re: Dkt No. 24521 | | | |
| | | USPS - 1st Class | 1 Piece @ $.44 each | $0.44 |
| | | | **Total Due:** | **$1.76** |

*Invoice Due Upon Receipt*

EXHIBIT 2