# **EXHIBIT 4**

WRG 7.7041

Robert A. Emmett
Senior Environmental Counsel

W. R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Tel.: (410)531-4751
Fax: (410)531-4783

# GRACE

May 31, 2002

Brian E. Carr, Esquire
Office of Regional Counsel
U.S. Environmental Protection Agency, Region II
290 Broadway, 17th Floor
New York, New York 10007-1866

Re: Former W. R. Grace Expansion Plant Site
Hamilton, NJ

Dear Mr. Carr:

This is in response to your May 29, 2002 letter regarding the need for a removal action at the above former expansion plant. As you may be aware, on April 2, 2001, W. R. Grace & Co. and certain of its affiliates (collectively "Grace") filed for reorganization in Wilmington, Delaware under Chapter 11 of the United States Bankruptcy Code. As a result of that filing, Grace is unable to perform or fund the removal activities at the above site.

Grace's Chapter 11 case resulted from a sharply increasing number of asbestos claims filed against the company. The Chapter 11 process should enable Grace to achieve predictability and fairness in the claims settlement process through a single court proceeding. Entities, including EPA, with claims against Grace will have an opportunity to file such claims with the bankruptcy court. You will be notified in the near future about the claims procedure.

We regret that the Chapter 11 status precludes Grace from participating further in this matter and appreciate your understanding.

Sincerely yours,

Robert A. Emmett

cc: Michael Ferriola
    William M. Corcoran
    Robert R. Marriam
    Robert J. Medler
    Mark A. Shelnitz, Esquire
    Janet S. Baer, Esquire
    Mark E. Grummer, Esquire