# **EXHIBIT 8**

**U.S. ENVIRONMENTAL PROTECTION AGENCY**
**INITIAL POLLUTION REPORT**

DATE: January 30, 2004

FROM: Michael Ferriola, OSC, USEPA Region II  *Michael Ferriola*
Response and Prevention Branch

TO:
B. Sprague, EPA
J. Daloia, EPA
B. Carr, EPA
D. Karlen, EPA
D. Mellott, EPA
E. Zimmermann, EPA
C. Petersen, EPA
J. Petix, NJDHSS
RST

B. Dease, EPA
G. Zachos, EPA
J. Witkowski, EPA
E. Mosher, EPA
M. Truono, EPA
C. Beasley, EPA
L. Escobar, ATSDR
J. Smolenski, NJDEP

SUBJECT: WR Grace Site
Hamilton Twp, Mercer County, New Jersey

POLREP NO.: One (01) - PRP Removal Action (Phase I Soil Excavation)

### I. BACKGROUND

Site No.: SK
ERRS Contract No.: N/A
Delivery Order No.: N/A
Response Authority: CERCLA/SARA
CERCLIS No. NJD 067 387 472
NPL Status: Non - NPL
State Notification: NJDEP notified
Action Memorandum: Signed on November 6, 2002
Start Date: November 24, 2003
Completion Date: Pending

### II. SITE INFORMATION

A.  Incident Category

CERCLA Incident Category: Asbestos contaminated soils

EPA 003292

142a

B. **Site Description/Location**

1. Site Description

The former W.R. Grace/Zonolite facility is located at 35 Industrial Drive, Hamilton Township, Mercer County, New Jersey 08619. The property is identified on the current Hamilton Township tax map as Block 1581/Lot 19. The former block/lot designation was Block 46/Lot 3. This industrial site consists of two parcels of land, one owned by MLB and presently leased to ADDI, and the other currently owned by Amtrak. The overall site is approximately 8.4 acres and contains a large one-story brick building with an office portion, a warehouse structure housing paper and cardboard recycling machines, and a loading dock for off-site shipment of baled paper and cardboard products. The remaining portions of this industrial property are a parking lot and a heavily wooded area with dense undergrowth vegetation.

The property formerly leased by W.R. Grace consisted of 8.4 acres and has since been subdivided into two parcels. One parcel, now identified as Lot 19.01, is 4.24 acres and is owned by MLB. The other parcel, Lot 19.02, is 4.17 acres and is still owned by Amtrak railroad. The properties are bordered on the east by railroad tracks, the Amtrak "Millham yard" (Block 1508/Lot 17) to the north and east, a vacant lot to the west, and commercial buildings and other industrial properties to the south and southwest.

The Zonolite Company originally leased the site property from Penn Central Transportation Corp. (Penn Central) for the time period 1948 - 1963. W.R. Grace subsequently acquired the Zonolite Company through a merger in April 1963, while also leasing the same Penn Central property at 35 Industrial Drive from 1963 to 1994. Both the Zonolite Co. and W.R. Grace utilized the Site to make vermiculite-based products such as structural fireproofing, thermal insulation for masonry products, lightweight concrete aggregates, and horticultural vermiculite. Most of the raw vermiculite concentrates (unexpanded) were received from the Zonolite/W.R. Grace mine in Libby, Montana.

2. Description of Threat

As a result of an actual and/or threatened release, the threat of exposure to current employees at the Site, the work force population in the immediate vicinity and nearby residents, exists through direct contact and subsequent inhalation of amphibole asbestos fibers. The conditions at the Site present an imminent and substantial threat to human health and the environment.

Asbestos is a hazardous substance as defined by 40 CFR Section 302.4 of the NCP. As a result of the presence of asbestos in surface and subsurface soils at the Site, there has been an actual and/or threatened release of hazardous substances into the environment. Amphibole asbestos and serpentine asbestos have been detected at this Site. Asbestos is of

2

EPA 003293

143a

potential concern because chronic inhalation exposure to excessive levels of asbestos fibers suspended in air can result in lung disease such as asbestosis, mesothelioma, and lung cancer.

The route of exposure that represents the greatest health concern is the inhalation of airborne fibers, dispersed from soil by the action of pedestrian or vehicular traffic and wind dispersion. In addition to the dispersion of fibers into the air, the frictional forces of foot and vehicular traffic on these surfaces would be expected to facilitate the breakdown of the amphibole asbestos bundles into smaller and more respirable fibers over time.

C.    Preliminary Assessment/Site Inspection Results

The initial sampling event was conducted by EPA's Environmental Response Team (ERT) on October 2000. Samples were collected from the surface (0-3") and subsurface (18-24") at nine locations and at an additional six locations for surface samples only. All of the samples collected were analyzed by both polarized light microscopy (PLM) and transmission electron microscopy (TEM) via NYS ELAP 198.4 methodologies. These samples were found to contain concentrations of up to 2.9% tremolite asbestos and up to 3.9% chrysotile asbestos.

In March 2001, the EPA-ERT returned to the site to perform additional sampling of selected surface and subsurface grid locations previously sampled during the October 2000 investigation. Thirteen samples were collected from selected grid locations and concentrations of up to 4.5% tremolite asbestos and up to 2.7% chrysotile asbestos were detected.

The findings from the October 2000 and March 2001 sampling events triggered a more intensive sampling investigation. Sampling was conducted by EPA's Removal Support Team (RST) in August 2001. A land survey was first performed by a licensed surveyor of the entire 8.4 acre property encompassing Block 1581/Lot 19.01, the MLB parcel, and Lot 19.02, the Amtrak parcel. A 50 foot grid pattern was established and in excess of 220 surface and subsurface samples were collected. All samples were analyzed by California Air Resources Board (CARB) 435 PLM methodology and a select portion were analyzed by TEM methods. Samples were not collected in areas of asphalt or concrete pads. The grid was also extended 50 feet beyond the Lot 19 property boundary on to the adjacent Block 1508/Lot 17, an additional Amtrak parcel known as the "Millham yard" property. Samples were collected from the surface and 18-24" below grade at each node. Sample results have shown concentrations of asbestos (tremolite/actinolite and/or chrysotile) as high as 40% in the surface soils. Each of the grid nodes and corresponding asbestos concentrations have been identified on a scaled map and are identified as Figure 1. Approximately 25% of the grid locations have concentrations of asbestos greater than or equal to 1%. A majority of the elevated readings (1 - 40%) are concentrated on the eastern portion of the property.

3

EPA 003294

Based upon analytical data generated from the previous three sampling events, an Action Memorandum was prepared for a time critical removal action to mitigate the threats posed to human health from the amphibole asbestos fibers and initiate negotiations with potentially responsible parties (PRPs) to determine their willingness and financial capability to conduct this action. The Action Memorandum for this site was approved by the ERRD Director on November 6, 2002. Subsequent to this date, negotiations with the PRPs intensified.

III. **RESPONSE INFORMATION**

    A.    <u>Planned Removal Activities</u>

This Responsible Party (RP) removal action will reduce the threat to human health posed by asbestos contaminated soils. The scope of work for the RPs includes the removal and disposal of large trees and vegetative brush in the proposed excavation areas, excavation and off-site disposal of asbestos contaminated soils to a depth of either two feet or three feet (dependent on the location), backfill of all excavated areas with virgin, certified clean, dense grade aggregate (DGA), followed by compaction and grading to allow proper water drainage.

Implementation of engineering measures to control dust (dust suppression with water), collection of perimeter air samples for analysis by phase contrast microscopy (PCM) analysis and analysis of soil samples (post excavation sampling) using CARB 435 PLM methodology will also be performed.

    B.    <u>Situation</u>

    1.    Current Situation (Reporting Period 11/24/03-1/30/04)

Two of the RPs, specifically Amtrak and American Premier Underwriters (APU), have agreed to perform excavation and off-site disposal of a portion of an area previously identified in a November 2002 Action Memorandum. An Administrative Order on Consent was signed by the RPs on September 29, 2003 and by the Regional Administrator on September 30, 2003. The effective date of the AOC was October 1, 2003. The Action Memo had previously identified two lots (19.01 & 19.02) as requiring excavation. The RPs agreed to perform an excavation with off-site transportation and disposal of ACM soils on lot 19.01 (the MLB property), under this AOC, and continue with delineation sampling and analyses of the Millham yard and Hamilton Transit properties. A subsequent removal action for lot 19.02 (owned by Amtrak), the Millham yard, and the Hamilton Transit property will be addressed under a separate Order sometime in 2004.

Amtraks consultant (Roux Associates) prepared a work plan for EPA review and approval. Three versions of the workplan and health and safety plans were reviewed by the OSC and RST prior to granting final approval on November 6, 2003. Work was expected to be

4

initiated immediately following the workplan approval, with a completion date by December 31, 2003 as per the AOC.

Amtraks consultant officially notified the EPA of their intent to begin on-site fieldwork beginning November 24, 2003. Preliminary site set-up, including delineation of the excavation area, was scheduled to begin on November 24th and full scale excavation the week of December 1, 2003.

The field work for this RP removal action officially began on November 24, 2003. Amtraks selected clean up contractor (Clean Harbors) mobilized to the site to begin excavation and off-site disposal of an estimated 6500 tons of soil contaminated with asbestos from former WR Grace vermiculite exfoliation operations. Preliminary site set-up, including general site clearing, select tree removal, installation of silt and security fencing, and delineation of the excavation area began on November 24th and continued through December 3rd. Excavation began on December 3rd and off-site transportation and disposal (T&D) began on December 4, 2003. Based upon a Clean Harbors provided T&D schedule of 22-25 dump trailers per day, excavation and T&D operations were expected to be completed on or about December 23, 2003.

Restoration, including backfilling with quarry processed dense grade aggregate (DGA), grading, and compaction, was scheduled for the week of January 5, 2004 with an expected completion date of January 16, 2004.

Excavation and off-site T&D began on December 4, 2003. Only seven trucks were dispatched to the site on this day. Amtraks clean up contractor, Clean Harbors, was having difficulty in obtaining transporters to allow for an expedited off-site removal of the asbestos contaminated soils. In addition, Clean Harbors was informed by the disposal facility that improper truck liners were being used for transport. As a result, only two additional trucks were able to be shipped during the week of December 4 – 10, 2003. The subtitle "D" landfill, Greenridge Reclamation (BFI) located in Scottdale, PA, and the Pennsylvania Department of Environmental Protection (PADEP) required a 22mil, woven polypropylene fabric, zip close liner for disposal of this material. Clean Harbors provided the required liners for T&D operations on December 11, 2003.

Off-site T&D resumed on December 11, 2003. For the time period December 11 - December 23, 2003, a total of 98 dump trailers or triaxle trucks were loaded for disposal at the Greenridge Reclamation (BFI) subtitle "D" landfill located in Scottdale, PA. Total shipments as of the December 23rd Christmas holiday shutdown was 107 loads. Based upon Amtraks original disposal schedule of twenty two (22) trucks/day, excavation and off-site disposal should have been completed by December 23, 2003. Completion by December 23rd would have provided disposal of an estimated 6500 tons of soils contaminated with asbestos. Assuming an average of 22 tons/truck, this would have equated to about 300 loads.

5

Site activities were temporarily suspended at the close of business on December 23rd for the Holiday season. Site activities would resume on January 5, 2004. At this juncture in time, the actual expected completion date was unknown. The RP attorneys were in negotiations with EPA-ORC concerning a possible extension to the effective date of the AOC.

Site activities, including off-site T&D resumed on January 5, 2004. For the time period January 5 - January 30, 2004, a total of 254 dump trailers or triaxle trucks were loaded for disposal at the Greenridge Reclamation (BFI) subtitle "D" landfill located in Scottdale, PA. Total shipments, as of January 30, 2003 was 362 loads. Assuming the current rate of progression, excavation and backfill activities outlined in the September 30, 2003 AOC were expected to be completed on or about February 14, 2004. This schedule was dependent upon the anticipated T&D schedule and winter weather conditions.

The OSC, RST, and Amtraks consultant surveyed and marked approximately 80% of the proposed post excavation sampling locations prior to January 21st. These locations were identified based upon a previously established grid from the August 2001 Weston sampling event. A licensed surveyor was used prior to the start of the removal action to identify key points so that the Weston grid could be re-established at the completion of excavation activities. Initial post excavation soil sample collection was scheduled to begin on January 22nd.

A total of 52 post excavation soil samples were collected by Amtraks consultant and RST over the time period January 22nd - January 30th. This sampling event included collection of samples from the base of the excavation and wall samples. Each of the samples was collected from a previously established 50' grid that matched the August 2001 Weston sampling event. These samples were being analyzed by the CARB 435 PLM method. The purpose of this particular sampling event was to document what asbestos concentrations, if any, would be left in the ground after excavation activities were completed. As per the AOC, the RPs were only required to dig two feet below grade and then backfill with dense grade aggregate (DGA) and compact to 95%.

Throughout the course of this RP removal action, RST provided assistance to the OSC in air sampling for asbestos, use of DataRams for particulate monitoring, collection of post excavation samples, and verification of excavation depths.

2.    Removal Activities to Date

There have not been any removal activities conducted at this site by EPA, prior to the effective date (10/1/03) of this AOC. Initiation of on-site removal activities by Amtraks contractor began on November 24, 2003. During the time period, October 1 - November 24, 2003, Amtraks consultant and removal contractor were preparing work plans and health and safety plans for EPA review and approval. The OSC and RST provided timely review of each of several draft plans and final approvals. The Roux Associates plan was approved on November 6, 2003 and the Clean Harbors plan on December 3, 2003. On-site fieldwork began on November 24th and the initial T&D began on December 4, 2003.

EPA 003297

3. Enforcement

An Administrative Order on Consent, CERCLA Docket No. 02-2003-2036, became effective on October 1, 2003. Both Amtrak and American Premier Underwriters, participating responsible parties, voluntarily agreed to perform the work outlined in this AOC. Both of these parties agreed to this AOC on September 29, 2003 as identified in the signed order.

C. Next Steps

Dry vacuuming of the brick and mortar storm sewer line, to remove asbestos contaminated soil, was scheduled for February 4, 2004. Backfill and compaction of the excavation area with dense grade aggregate was scheduled to begin on February 5, 2004. Backfilling and compaction to specification would be weather dependent. Additionally, a test compaction in a designated grid area, would be performed to determine if the 95% compaction could be achieved. This compaction specification would most likely be affected by frozen and snow covered soils and existing underlying soil conditions. Additionally, a heavy layer of vermiculite still remains in many areas of the excavation and there are a few debris pockets containing concrete materials. Lastly, grid areas A6/B6 is the deepest point of the excavation area and topographic low for this site. As a result, ice or ponding water is present. All of the above issues will need to be addressed by the RPs so that backfilling and compaction may proceed.

RST is currently providing data validation of RP generated data from the March 2003 Millham Yard/Hamilton Transit sampling event. The final validated data package is still pending. The validated data package will be used to determine if additional delineation sampling is required in the Millham yard and the Hamilton Transit properties.

D. Key Issues

*As stipulated in this order, "work required by the order shall be completed by December 31, 2003." Upon initiation of site work on November 24, 2003 this date was amended by the OSC until January 16, 2004 to allow for a twelve day recess over the Holiday Season. However, due to transportation and disposal issues (insufficient number of transporters, and the frequency and distribution of the transporters), the project incurred delays beyond this revised completion date. The RPs realized that this new date could not be met and requested an extension until February 7, 2004. Now, however, it appears that this date will not be complied with due to issues and concerns about backfilling and compaction to specifications outlined in the EPA approved work plan.*

IV. COST INFORMATION

Since this is a RP removal action, actual removal costs will not be known until completion of all removal activities and a final report is prepared by Amtraks consultant.

7

## V. DISPOSITION OF WASTES

| WASTE STREAM | MEDIUM | QUANTITY | CONTAINMENT-MIGRATION CONTROL | TREATMENT | DISPOSAL |
|---|---|---|---|---|---|
| Asbestos contaminated soils | Solid | 362 loads, ~9100 Tons** | N/A | Subtitle "D" landfill disposal | Greenridge Reclamation (BFI), Scottdale, Pa |

** This is an estimated weight until Amtrak receives the total invoice package from the disposal facility. The OSC is assuming an average of 25 tons/load until confirmation is received.

8