# **EXHIBIT 9**

## U.S. ENVIRONMENTAL PROTECTION AGENCY
## INITIAL POLLUTION REPORT

| | |
|---|---|
| DATE: | February 27, 2004 |
| FROM: | Michael Ferriola, OSC, USEPA Region II *(signed) Michael Ferriola*<br>Response and Prevention Branch |
| TO: | B. Sprague, EPA     B. Dease, EPA<br>J. Daloia, EPA     G. Zachos, EPA<br>B. Carr, EPA     J. Witkowski, EPA<br>D. Karlen, EPA     E. Mosher, EPA<br>D. Mellott, EPA     M. Truono, EPA<br>E. Zimmermann, EPA     T. Grier, EPA<br>C. Petersen, EPA     L. Escobar, ATSDR<br>J. Petix, NJDHSS     J. Smolenski, NJDEP<br>RST |
| SUBJECT: | WR Grace Site<br>Hamilton Twp, Mercer County, New Jersey |
| POLREP NO.: | Two (02) - PRP Removal Action (Phase I Soil Excavation) |

### I. BACKGROUND

| | |
|---|---|
| Site No.: | SK |
| ERRS Contract No.: | N/A |
| Delivery Order No.: | N/A |
| Response Authority: | CERCLA/SARA |
| CERCLIS No. | NJD 067 387 472 |
| NPL Status: | Non - NPL |
| State Notification: | NJDEP notified |
| Action Memorandum: | Signed on November 6, 2002 |
| Start Date: | November 24, 2003 |
| Completion Date: | Pending |

### II. SITE INFORMATION

A. <u>Incident Category</u>

CERCLA Incident Category: Asbestos contaminated soils

EPA 003283

B. <u>Site Description/Location</u>

1. Site Description

The former W.R. Grace/Zonolite facility is located at 35 Industrial Drive, Hamilton Township, Mercer County, New Jersey 08619. The property is identified on the current Hamilton Township tax map as Block 1581/Lot 19. The former block/lot designation was Block 46/Lot 3. This industrial site consists of two parcels of land, one owned by MLB and presently leased to ADDI, and the other currently owned by Amtrak. The overall site is approximately 8.4 acres and contains a large one-story brick building with an office portion, a warehouse structure housing paper and cardboard recycling machines, and a loading dock for off-site shipment of baled paper and cardboard products. The remaining portions of this industrial property are a parking lot and a heavily wooded area with dense undergrowth vegetation.

The property formerly leased by W.R. Grace consisted of 8.4 acres and has since been subdivided into two parcels. One parcel, now identified as Lot 19.01, is 4.24 acres and is owned by MLB. The other parcel, Lot 19.02, is 4.17 acres and is still owned by Amtrak railroad. The properties are bordered on the east by railroad tracks, the Amtrak "Millham yard" (Block 1508/Lot 17) to the north and east, a vacant lot to the west, and commercial buildings and other industrial properties to the south and southwest.

The Zonolite Company originally leased the site property from Penn Central Transportation Corp. (Penn Central) for the time period 1948 - 1963. W.R. Grace subsequently acquired the Zonolite Company through a merger in April 1963, while also leasing the same Penn Central property at 35 Industrial Drive from 1963 to 1994. Both the Zonolite Co. and W.R. Grace utilized the Site to make vermiculite-based products such as structural fireproofing, thermal insulation for masonry products, lightweight concrete aggregates, and horticultural vermiculite. Most of the raw vermiculite concentrates (unexpanded) were received from the Zonolite/W.R. Grace mine in Libby, Montana.

2. Description of Threat

As a result of an actual and/or threatened release, the threat of exposure to current employees at the Site, the work force population in the immediate vicinity and nearby residents, exists through direct contact and subsequent inhalation of amphibole asbestos fibers. The conditions at the Site present an imminent and substantial threat to human health and the environment.

Asbestos is a hazardous substance as defined by 40 CFR Section 302.4 of the NCP. As a result of the presence of asbestos in surface and subsurface soils at the Site, there has been an actual and/or threatened release of hazardous substances into the environment. Amphibole asbestos and serpentine asbestos have been detected at this Site. Asbestos is of

2

potential concern because chronic inhalation exposure to excessive levels of asbestos fibers suspended in air can result in lung disease such as asbestosis, mesothelioma, and lung cancer.

The route of exposure that represents the greatest health concern is the inhalation of airborne fibers, dispersed from soil by the action of pedestrian or vehicular traffic and wind dispersion. In addition to the dispersion of fibers into the air, the frictional forces of foot and vehicular traffic on these surfaces would be expected to facilitate the breakdown of the amphibole asbestos bundles into smaller and more respirable fibers over time.

C.  Preliminary Assessment/Site Inspection Results

The initial sampling event was conducted by EPA's Environmental Response Team (ERT) on October 2000. Samples were collected from the surface (0-3") and subsurface (18-24") at nine locations and at an additional six locations for surface samples only. All of the samples collected were analyzed by both polarized light microscopy (PLM) and transmission electron microscopy (TEM) via NYS ELAP 198.4 methodologies. These samples were found to contain concentrations of up to 2.9% tremolite asbestos and up to 3.9% chrysotile asbestos.

In March 2001, the EPA-ERT returned to the site to perform additional sampling of selected surface and subsurface grid locations previously sampled during the October 2000 investigation. Thirteen samples were collected from selected grid locations and concentrations of up to 4.5% tremolite asbestos and up to 2.7% chrysotile asbestos were detected.

The findings from the October 2000 and March 2001 sampling events triggered a more intensive sampling investigation. Sampling was conducted by EPA's Removal Support Team (RST) in August 2001. A land survey was first performed by a licensed surveyor of the entire 8.4 acre property encompassing Block 1581/Lot 19.01, the MLB parcel, and Lot 19.02, the Amtrak parcel. A 50 foot grid pattern was established and in excess of 220 surface and subsurface samples were collected. All samples were analyzed by California Air Resources Board (CARB) 435 PLM methodology and a select portion were analyzed by TEM methods. Samples were not collected in areas of asphalt or concrete pads. The grid was also extended 50 feet beyond the Lot 19 property boundary on to the adjacent Block 1508/Lot 17, an additional Amtrak parcel known as the "Millham yard" property. Samples were collected from the surface and 18-24" below grade at each node. Sample results have shown concentrations of asbestos (tremolite/actinolite and/or chrysotile) as high as 40% in the surface soils. Each of the grid nodes and corresponding asbestos concentrations have been identified on a scaled map and are identified as Figure 1. Approximately 25% of the grid locations have concentrations of asbestos greater than or equal to 1%. A majority of the elevated readings (1 - 40%) are concentrated on the eastern portion of the property.

3

EPA 003285

152a

Based upon analytical data generated from the previous three sampling events, an Action Memorandum was prepared for a time critical removal action to mitigate the threats posed to human health from the amphibole asbestos fibers and initiate negotiations with potentially responsible parties (PRPs) to determine their willingness and financial capability to conduct this action. The Action Memorandum for this site was approved by the ERRD Director on November 6, 2002. Subsequent to this date, negotiations with the PRPs intensified.

### III. RESPONSE INFORMATION

#### A. Planned Removal Activities

This Responsible Party (RP) removal action will reduce the threat to human health posed by asbestos contaminated soils. The scope of work for the RPa includes the removal and disposal of large trees and vegetative brush in the proposed excavation areas, excavation and off-site disposal of asbestos contaminated soils to a depth of either two feet or three feet (dependent on the location), backfill of all excavated areas with virgin, certified clean, dense grade aggregate (DGA), followed by compaction and grading to allow proper water drainage.

Implementation of engineering measures to control dust (dust suppression with water), collection of perimeter air samples for analysis by phase contrast microscopy (PCM) analysis and analysis of soil samples (post excavation sampling) using CARB 435 PLM methodology will also be performed.

#### B. Situation

1. Current Situation (Reporting Period 1/31/04-2/27/04)

Excavation of asbestos contaminated soils was completed on February 18th. For the time period 2/2/04 - 2/27/04, a total of five (5) dump trailers, triaxle trucks or roll-off containers were loaded for disposal at the Greenridge Reclamation (BFI) subtitle "D" landfill located in Scottdale, PA. Total shipments to date is now 367 loads, representing an estimated 9175 tons.

Dry vacuuming of the brick and mortar storm sewer line, to remove asbestos contaminated soil, began on February 4th and was officially completed on February 17th. Clean Harbors had been unsuccessful in completing this task over the past few weeks due to a frozen soil layer on top of the pipeline. The storm sewer cleaning operation became weather dependent, due to frozen soils, and was only conducted during times of favorable weather (warming trends). The initial procedure utilized was to dry vacuum the exterior of the brick and mortar line. However, due to continued frozen surfaces, this procedure was ineffective. Best results were achieved by scraping the outer surface with the excavator bucket and other manual

4

EPA 003286

153a

procedures (hand shovels and/or industrial brooms). The soils were then collected and placed in a roll-off container for disposal.

Five roll-offs, containing concrete materials discovered during the excavation, are pending disposal at this time. This material is expected to be shipped off-site within the next week. These remaining five shipments will complete disposal of all soil, debris, and concrete contaminated with asbestos.

Post excavation soil sampling was completed on February 2, 2004. A total of 52 samples were collected by Roux Associates. All samples were transferred to the lab for analyses as of February 4th. RST collected 23 split samples, plus QA/QC duplicates, from a select portion of the 52 locations as a quality assurance/control check on Amtraks consultant/lab. These samples were analyzed by the CARB 435 PLM method, consistent with the analytical method specified in the approved workplan. The purpose of this sampling event was to document what asbestos concentrations, if any, would be left in the ground after excavation activities were completed. As per the AOC, the PRPs were only required to dig two feet below grade and then backfill with dense grade aggregate (DGA) and compact to 95%. During the week of February 16th, a partial set of preliminary post excavation soil sampling data was received from Amtraks consultant and also split sample data from RST.

Due to Amtrak/APU concerns of backfilling over unstable soils, a test compaction in grid area A9-10/Z9-10 was performed on February 5th to determine if the 95% compaction could be achieved. The RPs felt that the compaction level specified in the workplan would be affected by frozen and snow covered soils, and existing underlying soil conditions. In addition to frozen soils, a heavy layer of vermiculite still remained in many areas of the excavation and there were a few debris pockets containing concrete materials. Based upon the above stated conditions, the RPs were concerned that the 95% compaction could not be achieved. In spite of the unfavorable subsurface soil conditions, compaction results were acceptable for the test area and the decision was made to proceed with full scale backfill operations.

Full scale backfill operations began on February 9th and were completed on February 25th. A total of 447 loads of DGA, representing 11,024 tons, were delivered, spread, and compacted with a vibratory roller to complete the entire backfilling operation. The DGA backfill was compacted to a density of 95% at all locations, as per the EPA approved workplan. Compaction testing was subcontracted by Clean Harbors to GeoSystems Consultants located in Pennsylvania. Amtrak/APU initially were concerned about backfilling over frozen, wet, or spongy ground. However, in spite of the unfavorable subsurface soil conditions, compaction results met or exceeded the 95% required level as of February 23rd. During the week of February 23rd, grading and compaction of the interface between the DGA and existing soil grade was also completed.

During the week of February 12th, RST provided delineation of the entire excavation area through the use of GPS. A map will be generated and superimposed on the existing grid map to delineate the actual boundary of the excavated area.

5

An initially estimated 20,000 gallons of storm water/snow melt that had ponded in the lowest area of the excavation (grid location A6/B6 was the topographic low for this area) was pumped into a Baker "frac tank" during the time period 2/16 - 2/19. After removal of the water and ice (actual volume was 9200 gallons), the area was subsequently backfilled with eight (8) loads of 4" clean stone, followed by placement of a polypropylene geotextile fabric and then DGA material in one foot lifts as per the workplan specifications.

During the week of February 23rd, Clean Harbors completed removal of all silt and high visibility security fencing that encompassed the excavation area and provided delivery of five (5) roll-off containers for disposal of concrete exhumed from the main excavation area. Off-site T&D of this material was scheduled for the week of March 1st.

2.  Removal Activities to Date

Two of the RPs, specifically Amtrak and American Premier Underwriters (APU), agreed to perform excavation and off-site disposal of a portion of an area previously identified in a November 2002 Action Memorandum. An Administrative Order on Consent was signed by the RPs on September 29, 2003 and by the Regional Administrator on September 30, 2003. The effective date of the AOC being October 1, 2003. The Action Memo had previously identified two lots (19.01 & 19.02) as requiring excavation. The RPs agreed to perform an excavation with off-site transportation and disposal of ACM soils on lot 19.01 (the MLB property), under this AOC, and continue with delineation sampling and analyses of the Millham yard and Hamilton Transit properties. A subsequent removal action for lot 19.02 (owned by Amtrak), the Millham yard, and the Hamilton Transit property would be addressed under a separate Order sometime in 2004.

Amtraks consultant (Roux Associates) prepared a work plan for EPA review and approval. Three versions of the workplan and health and safety plans were reviewed by the OSC and RST prior to granting final approval on November 6, 2003. Work was expected to be initiated immediately following the workplan approval, with a completion date by December 31, 2003 as per the AOC.

The field work for this RP removal action officially began on November 24, 2003. Amtraks selected clean up contractor (Clean Harbors) mobilized to the site to begin excavation and off-site disposal of an estimated 6500 tons of soil contaminated with asbestos from former WR Grace vermiculite exfoliation operations. Preliminary site set-up, including general site clearing, select tree removal, installation of silt and security fencing, and delineation of the excavation area began on November 24th and continued through December 3rd. Excavation began on December 3rd and off-site transportation and disposal (T&D) began on December 4, 2003. Based upon a Clean Harbors provided T&D schedule of 22-25 dump trailers per day, excavation and T&D operations were expected to be completed on or about December 23, 2003. Restoration, including backfilling with quarry processed dense grade aggregate (DGA), grading, and compaction, was scheduled for the week of January 5, 2004 with an expected completion date of January 16, 2004.

6

EPA 003288

Off-site T&D began on December 4, 2003. Only seven trucks were dispatched to the site on this day. Amtraks clean up contractor, Clean Harbors, informed EPA that it was having difficulty in obtaining transporters to allow for an expedited off-site removal of the asbestos contaminated soils. In addition, Clean Harbors was informed by the disposal facility that the incorrect truck liners were being used during transport of the ACM soils. As a result, only two additional trucks were able to be shipped during the week of December 4 - 10, 2003. The subtitle "D" landfill, Greenridge Reclamation (BFI) located in Scottdale, PA, and the Pennsylvania Department of Environmental Protection (PADEP) required a 22mil, woven polypropylene fabric, zip close liner for disposal of the ACM soils. Clean Harbors subsequently provided the required liners for continuation of T&D operations on December 11, 2003.

Off-site T&D resumed on December 11, 2003. For the time period December 11 - December 23, 2003, a total of 98 dump trailers or triaxle trucks were loaded for disposal at the Greenridge Reclamation (BFI) subtitle "D" landfill located in Scottdale, PA. Total shipments as of the December 23rd Christmas holiday shutdown was 107 loads. Based upon Amtraks original disposal schedule of 22 - 25 trucks/day, excavation and off-site disposal should have been completed by December 23, 2003. Completion by December 23rd would have provided disposal of an estimated 6500 tons of soil contaminated with asbestos. Assuming an average weight of 22 tons/truck, this would have equated to about 300 loads.

Site activities were temporarily suspended at the close of business on December 23rd for the Holiday season. Site activities were scheduled to resume on January 5, 2004. Due to transportation issues in shipping the ACM soil, the actual expected completion date was now unknown. As a result of transportation issues, the RP attorneys initiated negotiations with EPA-ORC concerning a possible extension to the completion date of the AOC.

Site activities, including off-site T&D resumed on January 5, 2004. For the time period January 5 - January 30, 2004, a total of 254 dump trailers or triaxle trucks were loaded for disposal at the Greenridge Reclamation (BFI) subtitle "D" landfill located in Scottdale, PA. Total shipments, as of January 30, 2003 was 362 loads. Assuming the current rate of progression, excavation and backfill activities outlined in the September 30, 2003 AOC were expected to be completed on or about February 14, 2004. This schedule would be dependent upon the anticipated remaining T&D schedule and any adverse weather.

The OSC, RST, and Amtraks consultant surveyed and marked approximately 80% of the proposed post excavation sampling locations prior to January 21st. These locations were identified based upon a previously established grid from the August 2001 Weston sampling event. A licensed surveyor was used prior to the start of the removal action to identify key points so that the Weston grid could be re-established at the completion of excavation activities. Initial post excavation soil sample collection was scheduled to begin on January 22nd.

7

EPA 003289

156a

A total of 52 post excavation soil samples were collected by Amtraks consultant, and split samples by RST, over the time period January 22nd - January 30th. This sampling event included collection of samples from the base of the excavation and wall samples. Each of the samples were collected from a previously established 50' grid that matched the August 2001 Weston sampling event. These samples were being analyzed by the CARB 435 PLM method. The purpose of this particular sampling event was to document what asbestos concentrations, if any, would be left in the ground after excavation activities were completed. As per the AOC, the RPs were only required to dig two feet below grade and then backfill with dense grade aggregate (DGA) and compact to 95%.

Throughout the course of this RP removal action, RST provided assistance to the OSC in air sampling for asbestos, utilization of DataRams for particulate monitoring, collection of post excavation split samples, and verification of excavation depths.

3.  Enforcement

An Administrative Order on Consent, CERCLA Docket No. 02-2003-2036, became effective on October 1, 2003. Both Amtrak and American Premier Underwriters, participating responsible parties, voluntarily agreed to perform the work outlined in this AOC. Both of these parties agreed to this AOC on September 29, 2003, as identified in the signed order.

C.  Next Steps

Disposal of the concrete material is scheduled for the week of March 1st. With the exception of the additional delineation sampling on the Millham yard and Hamilton Transit properties (tentatively scheduled for April 2004), the only on-site tasks remaining are T&D of five roll-off containers, and either on site filtration or off-site disposal of 9200 gallons of stormwater contained in a Baker "frac tank".

RST continues to review the data package submitted by the RPs from the March 2003 Millham Yard/Hamilton Transit sampling event. Final data validation has been delayed due to a delinquent and incomplete data package submittal from the RPs analytical lab. The validated data package will be used to determine if additional delineation sampling is required in the Amtrak Millham yard and Hamilton Transit properties.

D.  Key Issues

*As stipulated in this order, "work required by the order shall be completed by December 31, 2003." Upon initiation of site work on November 24, 2003 this date was amended by the OSC until January 16, 2004 to allow for a twelve day recess over the Holiday Season. However, due to transportation and disposal issues (insufficient number of transporters, and the frequency and distribution of the transporters), the project incurred delays beyond this revised completion date. The RPs realized that this new date could not be met and requested an extension until February 7, 2004. Based upon continued T&D, backfill, grading and compaction operations through February 26th, this date would not be complied with either.*

8

EPA 003290

## IV. COST INFORMATION

Since this is a RP removal action, actual removal costs will not be known until completion of all removal activities and a final report is prepared by Amtraks consultant.

## V. DISPOSITION OF WASTES

| WASTE STREAM | MEDIUM | QUANTITY | CONTAINMENT-MIGRATION CONTROL | TREATMENT | DISPOSAL |
|---|---|---|---|---|---|
| Asbestos contaminated soils | Solid | 367 loads, ~9175 Tons** | N/A | Subtitle "D" landfill disposal | Greenridge Reclamation (BFI), Scottdale, Pa |

** This is an estimated weight until Amtrak receives the total invoice package from the disposal facility. The OSC is assuming an average of 25 tons/load until confirmation is received.

9