# **EXHIBIT 14**

 **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
**REGION II**
**EDISON, NEW JERSEY 08837**

2

Via Facsimile or electronic mail

July 10, 2008

Mr. Tom Buggey – Principal Hydrogeologist
Roux Associates Inc
1222 Forest Parkway, Suite 190
West Deptford, New Jersey 08066

Re: Former WR Grace Site – Completion of Activities in Administrative Orders on Consent (AOC)

Dear Mr. Buggey:

I have completed review of the final Removal Action Report for the former WR Grace site located at 35 Industrial Drive in Hamilton Township, Mercer County, New Jersey. As discussed in this document, the report covers all actions completed by Amtrak and APU for both Phase I and II, under CERCLA Docket No. 02-2003-2036 and 02-2006-2017, respectively. As a result of this document review and field work completed by your consultant (Roux Associates), and your selected clean-up contractors (Clean Harbors and PSC), all work has been completed to the requirements outlined in both AOCs. This also includes work performed under the various sampling plans, work plans, and Health & Safety plans submitted throughout the course of these removal actions and site delineation activities.

Please keep in mind that since final restoration activities were performed in the Fall of 2007 in the Phase II area and a full year has not passed since this activity was performed, periodic monitoring/inspections of the main excavation area will need to be conducted to ensure the following: vegetation is growing sufficiently to re-vegetate and stabilize the backfilled area, stormwater is draining as per design in the workplan, and erosion is not occurring which would compromise the minimum two foot cover requirement. If any of these three items are not in accordance with the Phase II workplan over the course of the one year period, then actions will need to be conducted to ensure compliance with the above requirements. Also, please note that paragraphs 30 and 31 of the Phase I AOC contain ongoing provisions regarding future use of the Site property, including notice to successors in title.

I would like to thank you both for completing this final report and all activities outlined in both AOCs. My office phone number is 732-321-4342 if you require any additional information or clarification on the inspection and monitoring requirements listed above.

Sincerely yours,

*Michael Ferriola*

Michael Ferriola, On Scene Coordinator
US EPA Response & Prevention Branch

cc: Brian Carr, US EPA-ORC
    James Daloia, US EPA-RPB-ERT