# **EXHIBIT 15**

KRAMER LEVIN NAFTALIS & FRANKEL LLP

CHARLES S. WARREN
PARTNER
PHONE 212-715-9387
FAX 212-715-8096
CWARREN@KRAMERLEVIN.COM

July 11, 2008

Ms. Ann Wolf
Bureau of Industrial Site Remediation
New Jersey Department of
 Environmental Protection
P.O. Box 432
401 East State Street
Trenton, NJ 08625-0432

  Re: Former W. R. Grace Site
    15 Industrial Drive, Hamilton Township
    Block 1581 Lots 19.01 and 19.02
    ISRA Case E94651

Dear Ms. Wolf:

  As we discussed, I am enclosing a copy of the Final Report for the Removal Action at the Former W.R. Grace site in Hamilton, New Jersey, which was submitted to the United States Environmental Protection Agency ("EPA"). I am also enclosing a letter from EPA dated June 10, 2008 which indicates that all work has been completed as required by EPA.

  This submission is in response to a letter dated May 3, 2005 from Mark Pederson of the Department calling for work to address site contamination. After reviewing that letter, I spoke to Joshua Gradwohl, who indicated that W.R. Grace was addressing non-asbestos issues at the site and that submission of the final report on the removal action would be sufficient to deal with the asbestos issues on the site.

  It is my understanding that W.R. Grace has submitted reports which deal with the non-asbestos issues at the site. This Final Report should complete all the ISRA related actions called for in the 2005 letter.

1177 AVENUE OF THE AMERICAS  NEW YORK NY 10036-2714  PHONE 212.715.9100  FAX 212.715.8000  WWW.KRAMERLEVIN.COM
ALSO AT 47 AVENUE HOCHE  75008 PARIS FRANCE

KL3 2655492

---

KRAMER LEVIN NAFTALIS & FRANKEL LLP

Ms. Ann Wolf
July 11, 2008
Page 2

Please feel free to contact me with any questions.

Sincerely,

*Charles S. Warren* (signature)

Charles S. Warren

CWS:lem
cc: Michael Stern, Esq.
  Benjamin Stonelake, Esq.
  Brian Carr, Esq., EPA