# **EXHIBIT 17**

**URS**

August 31, 2005

Joshua Gradwohl
New Jersey Department of Environmental Protection
Initial Notice
401 East State Street, Box 435
Trenton, NJ 08625-0435

RE: Preliminary Assessment Report/Site Investigation Report
W.R. Grace & Co. Former Vermiculite Expansion Plan – Non-Asbestos Issues
Hamilton Township, Trenton, New Jersey
ISRA Case No. 94651

Dear Mr. Gradwohl:

On behalf of W.R. Grace & Co. – Conn., URS is submitting this Preliminary Assessment Report/Site Assessment Report for the abovementioned site.

An ISRA Preliminary Assessment Report (PAR) was previously submitted for the Site by W. R. Grace & Co. – Conn. in May 1995. No Further Action (NFA) letters were received from the New Jersey Department of Environmental Protection (NJDEP) in August and November 1995.

On May 3, 2005, NJDEP rescinded the NFA letters of 1995 issued to W.R. Grace & Co. – Conn. and required that it and Amtrak, the current property owner, re-submit supplemental PARs for the Site. This Supplemental PAR/SIR is that required of W.R. Grace & Co. – Conn. by NJDEP.

The purpose of a Preliminary Assessment (PA) is to inspect a site and identify potential contaminated areas of concern. Because the Supplemental PA is both the responsibility of Amtrak and Grace, discussions to coordinate the PA ensued between them. As a result of those conversations, it is W.R. Grace & Co. – Conn.'s understanding that Amtrak will report on asbestos-related areas of concern and that W.R. Grace and Co. – Conn. is to cover non-asbestos related issues and that this approach has been confirmed by Amtrak to be approved by you.

Therefore, this Supplemental PAR/SIR addresses non-asbestos environmental issues only and does not address historical conditions, including waste disposal, hazardous material discharges, and soil contamination, at the site regarding asbestos containing vermiculite. As you know, Grace is involved in a grand jury proceeding and, in response to grand jury subpoenas, is producing historical information regarding asbestos containing vermiculite at the site as well as asbestos in the soil and asbestos waste. To the extent that this historical information may be useful to the Department in conjunction with, or as a supplement to the Amtrak report, Grace will provide such information to the Department under separate cover.

While Grace's Supplemental PA/SIR does not cover asbestos-related contamination, on July 28, 2005, we discovered in the course of the site reconnaissance for this PAR, vermiculite concentrate in two locations not previously known by EPA, NJDEP, and Amtrak. In fact, prior

URS Corporation
P.O. Box 290
201 Willowbrook Boulevard
Wayne, NJ 07474-0290
Tel: 973.785.0700
Fax: 973.785.0023

I:\Projects\Grace 15 industrial Dr\PA-SI Report\PA Report\Text\Cover Letter1.doc

**URS**
Mr. Joshua Gradwohl
August 31, 2005
Page 2 of 2

to the demolition of the building due to a fire in April 2005, these areas were previously unobservable. The first location is under the northwest corner of the floor slab of the former main processing building. According to the contractor that reportedly was responsible for the removal of the debris after the fire, portions of the concrete block sidewall of the elevated slab were damaged during the course of the cleanup from the fire, allowing visual access to the material under the slab. Vermiculite concentrate was observed under a portion of the slab that was demarcated by what appeared to be the boundaries of a concrete patch in the floor slab.

The second location is behind what remains of a small retaining wall adjacent to the newer warehouse. Again, the material observed appeared to be vermiculite concentrate. Finally, in an interview with the same contractor who was removing debris from the building fire, he indicated that he had observed vermiculite that had been bulldozed under a mound of brick, concrete, and dirt rubble adjacent to the remains of the former newer warehouse during the building demolition. This information was verbally communicated by W.R. Grace & Co. – Conn.'s subsidiary Remedium Group, Inc. directly to the USEPA. As stated above, the sampling and potential delineation or remediation of this material is not part of this PA/SI, but we wanted to alert your office to its existence.

Finally, the Certification for Grace's Supplemental Preliminary Assessment Report will be provided under separate cover.

Sincerely,

Michael Akerbergs
Senior Project Manager

Attachments:
Preliminary Assessment/Site Investigation Report, August 31, 2005
Initial Notice Fee - $750.00