# **EXHIBIT 18**



**MAY 15 2006**

### State of New Jersey
### DEPARTMENT OF ENVIRONMENTAL PROTECTION

JON S. CORZINE
*Governor*

LISA P. JACKSON
*Commissioner*

Bureau of Risk Management Initial Notice & Case Assignment
401 East State Street
P.O. Box 435
Trenton, N.J. 08625-0435

Robert J Medler, Director
Remedium Group Inc
6401 Poplar Ave, Suite 301
Memphis, TN 38119

May 9, 2006

Re: Former W.R. Grace & Co
    35 Industrial Drive, Hamilton Twp, Mercer County
    ISRA Case #E94651
    PI: 004309   Activity Number: ISR950003

Dear Mr. Medler:

This is to advise you, as authorized agent, of the status of the referenced case submitted under the provisions of the Industrial Site Recovery Act (N.J.S.A 13:1K-6 et seq.) Based upon the administrative review of the most recent information provided to the Bureau Risk Management Initial Notice & Case Assignment, ISRA Initial Notice Section, the case is being transferred to the Bureau of Northern Case Management (BNCM) for a detailed technical review. For reference, the mailing address for the Bureau of Northern Case Management is:

Bureau of Northern Case Management
401 East State Street
P.O. Box 432
Trenton, NJ 08625-0432

The New Jersey Department of Environmental Protection (Department) is currently experiencing a significant review backlog. The referenced case will be assigned shortly. The Department encourages W.R. Grace & Co to proceed with any outstanding remedial investigation (RI) requirements in order to prepare and submit a Remedial Action Workplan (RAW). This is to advise you that the preliminary assessment, site investigation or remedial investigation of soil, surface water or groundwater or soil remedial actions may proceed without approval by the Department. Both the vertical and horizontal extent of soil and ground water contamination must be delineated to the applicable cleanup criteria and/standards and ultimately remediated. A remedial investigation of radiological contamination or remedial action of groundwater, surface water or radiological contamination must receive prior approval by the Department. The Department expects that the RI process can take several years to complete. If transaction timeframes become an issue the Department recommends that you obtain a Remediation Agreement to ensure that you may meet your expected schedule.

In order for W.R. Grace & Co to fulfill its cleanup obligations under the Industrial Site Recovery Act and the Spill Compensation and Control Act, the Department requires that W.R. Grace & Co strictly follow the "Technical Requirements for Site Remediation" (N.J.A.C. 7:26E or Technical Requirements). Since the Technical Requirements have been in use for over 10 years, and the Cleanup Star program exists there is adequate experience within the consulting community to complete an appropriate investigation.

As resources become available the Department will evaluate cases on a first-in first-out basis unless your site is deemed a significant environmental or human health threat.

**Remediation Requirements**

1) W.R. Grace & Co shall develop and implement a Remedial Investigation Workplan and submit to the Bureau of Northern Case Management a remedial investigation report (RIR) and RAW for Department review in accordance with a Department approved schedule and the Technical Requirements for Site Remediation, N.J.A.C. 7:26E.

2) A site-specific remediation schedule developed in accordance with the Technical Requirements for Site Remediation shall be submitted for review within 30 days from receipt of this letter submit to the Bureau of Northern Case Management. The remedial investigation shall be implemented in a timely and efficient manner. During implementation any modifications in the schedule that effects the RIR and RAW report submission date shall be submitted to the Department for review. At a minimum a remediation status report shall be submitted on January 1 and July 1 of every year.

3) If a Remediation Agreement is currently in effect W.R. Grace & Co shall evaluate the cost of the remediation and as applicable increase the amount of the established remediation-funding source to the revised cost estimate within 30 days of receipt of this letter.

4) If W.R. Grace & Co finds any of the following site conditions during the investigation, W.R. Grace & Co shall immediately notify the NJDEP Section Chief identified below:

   - Groundwater contamination is located within a public supply "Well Head Protection Area".
   - Private potable well(s) is located within 1000 feet of groundwater contamination.
   - Free or residual product is identified in soil or groundwater.
   - Potential Indoor air vapor issues are identified.
   - An ecological risk assessment is required in accordance with N.J.A.C. 7:26E-4.7.
   - The property has residential use or residential reuse is planned.
   - Industrial building(s) are planned to be demolished.
   - Groundwater or soil contamination is impacting surface water.
   - Soil or groundwater contamination has migrated off site.
   - An immediate environmental concern (IEC) condition in accordance with N.J.A.C. 7:26E-1.12 is identified.

Upon submittal of a complete RI and RAW, the Bureau of Northern Case Management will provide written comments. In the interim, if you have any questions, please contact, Maurice Migliarino Section Chief, Bureau of Northern Case Management at (609) 633-1424.

Sincerely,

Joshua P Gradwohl, Supervisor
Bureau of Risk Management Initial Notice
and Case Assignment

C: AMTRAK c/o   Charles S Warren, Esq
                Bryan Cave, LLP
                1290 Avenue of the Americas
                New York, NY 10104