# **EXHIBIT 19**

To: <cathy_bryant@urscorp.com>, <michael_ackerbergs@urscorp.com>
From: "Jay Nickerson" <Jay.Nickerson@dep.state.nj.us>
Date: 04/30/2010 11:36AM
cc: "Ann Wolf" <Ann.Wolf@dep.state.nj.us>
Subject: WR Grace Site, ISRA Case #E94651

Michael and Cathy

The New Jersey Department of Environmental Protection (Department) performed a site visit on April 29, 2010 at the WR Grace site, and has completed its review of the October 30, 2006 Non-Asbestos Soil Remedial Investigation Report (RIR), the October 30, 2006 Ground Water RIR, the February 9, 2007 Ground Water RIR, the April 20, 2007 Ground Water Remedial Action Workplan (RAW), September 15, 2009 Public Notification Document and the USEPA's May 30, 2008 Final Removal Action Report (prepared by Roux Associates Inc.). Based on the review of these reports, the following comments, concerns and issues/deficiencies were noted. Please review the comments provided below and provide a response with a remedial schedule within two weeks of receipt of this email. If WR Grace is in agreement with the actions provided below, then an approval letter may be issued for the above mentioned documents, if appropriate. Otherwise, a Notice of Deficiency letter may be issued.
  If you have any questions please contact me at the number provided below or by email.

Comments:

AOC # 1:     8,000 Gallon No. 2 Fuel Oil UST with piping sampling
AOC # 2:     UST Piping (Pumps) of 8,000 Diesel Tank and 1,000 gasoline Tank
AOC #12:     8,000 Diesel UST and two (2) 1,000 Gasoline UST

An 8000 gallon diesel UST and a 1000 gallon gasoline UST were located on the western side of the site. The 8000 gallon UST was removed in 1992 under DEP/BUST and was given an NFA on 4/9/92. During the 2005 investigation, a previously unknown 1000 gallon UST was identified.

4 borings, SB5, SB6, SB7 and SB8, were completed near the 1000 gallon UST. Ground water was identified at 8' below grade surface (bgs). Borings SB5, SB6, SB7 and SB8 had strong petroleum odors at the water table. Samples were collected at 7.5-8' bgs. The VO+10 results were non-detected except for benzene (at 1.9 ppm; slightly above 1 ppm IGW and current SRS of 5 ppb) and xylene (at 24 ppm; < IGW and > IGW SRS of 12 ppm) in sample location SB-6 (7-7.5' bg). Some elevated MDLs were identified, e.g. 1 ppm 5/12/99 SCC and MDL identified as 1.4 ppm. This is acceptable; slightly elevated. The slightly elevated MDL's were reported for chlorinated compounds unrelated to fuel oil contents. TPHC results ND to 2900 ppm; below 6/08 SRS for TPHC of 5100 ppm. Monitoring wells MW-1 and MW-2 are located downgradient and within 10' of the two USTs. On 3/10/06, a ground water sample was collected from MW1 and benzene was identified at 3.57 ppb. All other VO results were < GWQS. On 8/10/2006, ground water samples were collected from MW1 and MW2 and were non-detect for VO's. Monitoring well MW3 was placed downgradient of this AOC. Downgradient well MW3 was sampled for VO+10; MTBE was identified at 1360 ppb in MW3. Upgradient well MW-4 was also sample; VOs were ND in the ground water sample collected from MW4. On 9/27/2006, a second round of ground water samples were collected from MW1, MW2, MW3 and MW4; all results were ND for VO's except for MTBE in MW3 at 930 ppb. (Summary: 3/10/06 * benzene in MW1;  8/10/06 MW1/MW2/MW4

VO's ND and MW3 MTBE >GWQS; 9/27/06 MW1/MW2/MW4 VOs ND and MW3 MTBE > GWQS).

April 2007 report: subsequently, temporary well points TW-1 through TW-10 were placed around MW-3 to delineate extent of MTBE. MTBE identified in TW7 downgradient of MW3 at 2100 ppb. MTBE is delineated. Benzene was identified at 24 ppb in TW10 which is downgradient from sample location MW1 (VOs ND). Benzene is delineated.

WR Grace may resample MW3 to confirm presence/absence of MTBE in ground water. Due to natural attenuation, MTBE may no longer be an issue at the site. Or, WR Grace will need to provide a proposal to address MTBE for ground water in MW3. In monitoring well MW1, ground water was sample twice after the initial identification of benzene and was ND. Monitoring well MW1 is acceptable with no contaminants. WR Grace should resample to confirm presence or absence of benzene in temporary well point location TW10. If benzene is identified above GWQS, then need to remediate the benzene contamination previously identified in soil sample location SB6.

Note: The 1000 gallon UST is still in place. The 1000 gallon UST needs to be properly excavated or, if appropriate, abandoned in placed per TRSR NJAC 7:26E-6.3 (b), and registered and delisted with the DEP.

The two 8,000 gallon USTs have been properly registered and delisted, and removed.

AOC #3:    Area of Concern:    Black Ash Type Layer

A black ash like layer was identified in the former truck trailer area on the south side of the site, near the former UST located on the east side of the site, and near the former and present UST on the west side of the site. 41 soil samples were collected from the site. Soil samples identified as SB-1 through SB28 and SS1 through SS13. Fill varies in range from 0.5 to 6 ft and beginning at depths ranging from 0 bgs to 4.7' bgs (section 3.2). DEP designated historic fill GIS data base indicates historic fill on site. Soil samples analyzed for PPMs, PCBs, and SV+15. Contaminants identified include PAHs b(a)p, b(a)a, b(b)f, b(k)f, chrysene, indeno(1,2,3-cd)pyrene and dibenz(a,h)anthracene, and PPMs Pb and As. Results are above the Residential and Non-residential 6/08 soil remediation standards. No sampling performed for Asbestos. In determining the characteristics of fill material, need to investigate for the presence of asbestos in on site and in areas outside those areas investigated by the USEPA.

No soil boring logs were provided; however, boring logs were provided with the ground water reports for the monitoring wells. Ash and black sandy type material reported. No boring logs were provided for the southwestern portion of the site (not addressed by USEPA and no ground water monitoring wells placed in this area. Need a proposal, to address fill (deed notice and engineering control are minimum requirements). The 0-2' interval at the site is not an acceptable engineering control since it is reported that the contaminated fill exists at 0' bgs (section 3.2). Contaminated fill is ubiquitous. The existing asphalt and concrete will need to be evaluated to determine there acceptability as an engineering control.

AOC #4:    Hydraulic Lift Pit

Identified in case file. Hydraulic lift pits were located in the building to lift vermiculite to the furnaces. Pits were steel lined and were not noted to have any breaches in integrity. Measured 5' long, 3.5' deep. After WR Grace vacated the site the pits were filled and paved with concrete. Need to investigate the soil adjacent/beneath the pit for TPHC, PAHs and asbestos per TRSR * 7:26E-3.9, since AOC managed hydraulic oil and asbestos.

AOC #5:    Solid Waste Dumpsters

All dumpsters reportedly used for solid non-hazardous waste. The areas where all 3 dumpsters were located were excavated in the summer 2004 by USEPA for asbestos containing vermiculite. Area now cover with stone. Acceptable.

AOC #6:    Trailer Storage Area (Area C in SI Report)

Truck trailer storage area in Area C. Area has been unpaved. Oiling of area has occurred to control dust in area. 13 soil samples collected in the area of the former truck parking area due to report of oiling of unpaved areas. Analysis of 0-6" for BN+15 and TPHCs, and VOCs sampled at 18-24". Ash and black sandy type material identified in borings. Elevated BNs found in SS1 [b(a)a, b(k)f, b(a)p], SS2 [b(a)p], SS3 [b(a)p, b(k)f, b(b)f, b(a)p, indeno(1,2,3-cd)p, dibenz(a,h)a], SS8 [b(a)a, b(k)f, b(b)f] and SS-10 [b(a)a, b(k)f, b(a)p]. TPHCs < 6/2/08 SRS. VOCs are non-detected, except in SS1 (PCE at 170 ppb) and SS7 (PCE at 180 ppb), which are above 6/08 IGW Guidance Criteria of 5 ppb. Some elevated MDLs, but are acceptable

Need to provide a remedial proposal for contaminated historic fill.

AOC #7:    89-02-08-1039

USTs were removed in 1990 and NFA in April 1992 by NJDEP/BUST. Acceptable.

AOC #9:    Vermiculite Soils

Disposal of vermiculite soils occurred at the site; also, six 200 ton silos located on the east end of the main building. Vermiculite soils located offsite (N/E/S), on the east side of the building and to the south of the property and were addressed by the USEPA. The investigation/remediation did not appear to address the soils located around the exterior of the building (two to three sides of the building)(west, south and SE sides of building). Based on review of historical photographs, asbestos containing material surrounds the building. USEPA issued an acceptance letter for the removal of asbestos containing material performed on and offsite site. The USEPA remedial activities appeared to be Interim Remedial Measures. A ground water investigation was not reported by the USEPA. However, during the excavation process, ground water entered the excavation and was sampled for asbestos. Asbestos exceeded the SWQS of 7 mf/l (million fibers per liter). NJDEP GWQS = 7X106f/L>10uma; same as USEPA SWQS. Asbestos containing ground water had to be properly disposed of. No ground water data reported.

Based on 10/2006 Non-Asbestos Soil and GW reports, fill material exists on the immediate west, south and north sides of the building which was not addressed by the USEPA. Ground water was not investigated by USEPA, onsite or offsite (outside of groundwater entering the excavation). The ground water level was monitored.

USEPA May 3, 2008 Report, page 21, visual observation of water performed in excavation. Need to investigate ground water for asbestos and investigate the soil in operational areas on the west, south and SE sides of the building, and close to the north side of the building.

AOC #10:    Rail Cars Area D and H

Rail Car Area A and H located on west side of the site and was used to unload vermiculite. Rail tracks removed in the summer of 2004 under oversight of USEPA and Amtrak, asbestos containing vermiculite reportedly remediated in this area. See AOC 9 above.

AOC #11:    No. 2 Fuel Oil AGST (Area B in SI Report)

Investigation for this area of concern is acceptable.

AOC #13:     Ground Water

Need to investigate ground water at site for asbestos.

Also, see ground water comments in AOC 12 above.

AOC #14:     Child Care Facilities

NJDEP Daycare search * Hamilton Head Start approximately 4500 feet south (2/5/07). Need to provide a current search for daycare facilities within 400' of site.

AOC #15:     Baseline Ecological Evaluation

Propose that the site does pose an ecological risk. Proposal cannot be accepted at this time since remedial investigation is incomplete.

AOC #16:     Vapor Intrusion Pathway   -   Not applicable at this time

AOC #17:     USEPA Interim Asbestos Removal

The USEPA's interim asbestos removal measure performed offsite and onsite (back eastern section of the property) is acceptable. Post-excavation sampling was performed and all samples met the 0.25% remedial criteria for asbestos. USEPA report dated May 30, 2008. NFA required.

AOC #18:     Public Notification Requirement

9/15/2009 Public Notification documentation provided and is acceptable.

If you have any questions please contact me by email or by the telephone number provided at the end of this email. Please provided a response within two weeks (or sooner) of receiving this email.

Jay Nickerson
Site Remediation Program
New Jersey Department of Environmental Protection
(609) 633-1448 telephone
(609) 341-4509 fax