# **EXHIBIT 20**

# Remedium

Robert J. Medler, Director
**Remedium Group, Inc.**
A Subsidiary of W. R. Grace & Co.

6401 Poplar Ave., Suite 301
Memphis, TN 38119

Tel: (901) 820-2024
Fax: (901) 820-2061

June 15, 2010

Jay Nickerson, ISRA Case Manager
NJDEP
Site Remediation
401 East State St.
Trenton, NJ 08625

Re:   Hamilton Township Site - ISRA Case #E94651

Dear Jay,

This letter follows and confirms the issues discussed and understanding reached between NJDEP and Grace at the meeting held in your offices on June 11, 2010 concerning the Hamilton Township Site (the "Site"). We appreciate the Department taking the time to meet with us to discuss this matter.

Grace understands and confirms that NJDEP has agreed to bifurcate its technical comments concerning the Site (which comments were provided in your memo to Mike Akerbergs of URS on April 30, 2010) as follows: (1) non-asbestos issues, and (2) asbestos issues, and that NJDEP will address and issue separate letters concerning those matters for the Site.

On behalf of Grace, URS will submit a letter and schedule to NJDEP by June 28, 2010 in response to the Department's April 30, 2010 comments concerning all non-asbestos issues. Grace generally accepts the Department's proposed comments on the non-asbestos issues and is willing to undertake and complete the required remediation for all non-asbestos issues at the Site. On

-2-

that basis, Grace further understands that NJDEP will approve Grace's modified 2006/2007 work plans after incorporating the changes in your comments.

Grace contacted the legal representatives of Amtrak and American Premier Underwriters on June 15, 2010 and has advised them that Grace will take responsibility for addressing the remediation of all non-asbestos issues at the Site. Furthermore, Grace and legal representatives for Amtrak and American Premier Underwriters agreed that responsibility for asbestos issues at the Hamilton Township Site rests with Amtrak and American Premier Underwriters.

Please feel free to contact me if you have any questions concerning the foregoing or related to this matter. Thank you.

Regards,

Robert J. Medler

cc: M. Akerbergs - URS
W. M. Corcoran - Grace
R. A. Emmett, Esquire - Grace
L. S. Gardner - Remedium
R. R. Marriam - Remedium
Benjamin G. Stonelake, Jr., Esquire - American Premier Underwriters
Charles S. Warren, Esquire - Amtrak

dwp