# **EXHIBIT 21**

From: Jay Nickerson [mailto:Jay.Nickerson@dep.state.nj.us]
Sent: Tuesday, June 22, 2010 1:27 PM
To: Parker, Debbie
Cc: stonelake@blankrome.com; Ann Wolf; John Graham; Gardner, Lynne G.; Emmett, Robert; Medler, Robert J.; Corcoran, William ; CWarren@KRAMERLEVIN.com; Michael_Akerbergs@URSCorp.com
Subject: Re: Hamilton Township Site - ISRA Case #E94651

All

Please be advised that the attached letter to the June 17, 2010 email is incorrect. The Representatives of the WR Grace were specifically instructed with the following:

a)  Asbestos and non-asbestos issues would be addressed in the same letter. For example, if a document came in addressing non-asbestos issues only and not the asbestos issues, and the non-asbestos were determined to be satisfactory, an approval would be issued for the non-asbestos issues but the asbestos issue would be addressed as a deficiency in the same letter;

b) WR Grace is required to submit a schedule with the remedial timeframes for both the asbestos and non-asbestos issues; and

c) The Department did state that it will work with WR Grace and Amtrack (Third Party Concerns) to help bring this case to closure.

Please be advised that WR Grace is requird to submit a schedule by June 28, 2010 as specified in Michael Akerbergs email dated May 14, 2010. If you have any questions, please contact me at the number provided below or by email. Regards Jay Nickerson


Jay Nickerson
Site Remediation Program
New Jersey Department of Environmental Protection
(609) 633-1448 telephone
(609) 341-4509 fax

>>> "Parker, Debbie" <Debbie.Parker@grace.com> 6/17/2010 12:16 PM >>>
This is being sent on behalf of Robert Medler.

Debbie Parker
Sr. Financial Analyst
Remedium Group, Inc.
901-820-2030 (o)
901-849-8300 (c)

1