# EXHIBIT 23

# URS

June 28, 2010

Jay Nickerson
Site Remediation Program
New Jersey Department of Environmental Protection
P.O. Box 028
401 East State Street
Trenton, New Jersey 08625

Re:      **Response to NJDEP April 30, 2010 E-mail**
          **W.R. Grace & Co. Former Vermiculite Expansion Plant – Non-Asbestos Issues**
          **Hamilton Township, Trenton, New Jersey**
          **ISRA Case No. 94651**

Dear Mr. Nickerson:

On behalf of W. R. Grace & Co. – Conn. (Grace), URS is submitting a response to your April 30, 2010 e-mail regarding the above referenced Site. As stated in your e-mail, the New Jersey Department of Environmental Protection (NJDEP) performed a site visit on April 29, 2010 at the Grace site, and has completed its review of the October 30, 2006 Non-Asbestos Soil Remedial Investigation Report (RIR), the October 30, 2006 Ground Water RIR, the February 9, 2007 Ground Water RIR, the April 20, 2007 Ground Water Remedial Action Workplan (RAW), September 15, 2009 Public Notification Document and the USEPA's May 30, 2008 Final Removal Action Report (prepared by Roux Associates Inc.). Based on review of these reports, the NJDEP had several comments concerning these reports.

As stated during the Grace/NJDEP June 11, 2010 meeting and confirmed in a letter dated June 15, 2010 from Robert Medler of Remedium Group, Inc. to Jay Nickerson of NJDEP, the NJDEP had agreed to bifurcate its technical comments concerning the Site as follows: (1) non-asbestos issues, and (2) asbestos issues. By e-mail dated June 22, 2010, Mr. Nickerson disagreed stating, "asbestos and non-asbestos issues would be addressed in the same letter." Grace's counsel therefore forwarded a letter dated June 23, 2010 to Deputy Attorney General John Dickinson, (with copies to Mr. Nickerson, Deputy Attorney General Richard Engel and Deputy Attorney General Rachel Lehr), explaining Grace's position concerning treatment of the asbestos issues. Although an initial telephone conference took place on June 24, 2010 between attorneys for Grace and NJDEP concerning the asbestos issues, Grace is currently awaiting a further response from the State regarding same. Therefore, this response letter addresses only non-asbestos issues. The following is a point by point response to your comments related to non-asbestos issues:

## *NJDEP COMMENT 1:*

*AOC # 1:*     *8,000 Gallon No. 2 Fuel Oil UST with piping sampling*
*AOC # 2:*     *UST Piping (Pumps) of 8,000 Diesel Tank and 1,000 gasoline Tank*
*AOC #12:*    *8,000 Diesel UST and two (2) 1,000 Gasoline UST*

*An 8000 gallon diesel UST and a 1000 gallon gasoline UST were located on the western side of the site. The 8000 gallon UST was removed in 1992 under DEP/BUST and was given an NFA on 4/9/92. During the 2005 investigation, a previously unknown 1000 gallon UST was identified.*

*4 borings, SB5, SB6, SB7 and SB8, were completed near the 1000 gallon UST. Ground water was identified at 8' below grade surface (bgs). Borings SB5, SB6, SB7 and SB8 had strong petroleum odors*

URS Corporation
201 Willowbrook Blvd, 3rd Floor
Wayne, New Jersey 07470
Tel: 793.785.0700
Fax: 973.785.0023

# URS

*at the water table. Samples were collected at 7.5-8' bgs. The VO+10 results were non-detected except for benzene (at 1.9 ppm; slightly above 1 ppm IGW and current SRS of 5 ppb) and xylene (at 24 ppm; < IGW and > IGW SRS of 12 ppm) in sample location SB-6 (7-7.5' bg). Some elevated MDLs were identified, e.g. 1 ppm 5/12/99 SCC and MDL identified as 1.4 ppm. This is acceptable; slightly elevated. The slightly elevated MDL's were reported for chlorinated compounds unrelated to fuel oil contents. TPHC results ND to 2900 ppm; below 6/08 SRS for TPHC of 5100 ppm. Monitoring wells MW-1 and MW-2 are located downgradient and within 10' of the two USTs. On 3/10/06, a ground water sample was collected from MW1 and benzene was identified at 3.57 ppb. All other VO results were < GWQS. On 8/10/2006, ground water samples were collected from MW1 and MW2 and were non-detect for VO's. Monitoring well MW3 was placed downgradient of this AOC. Downgradient well MW3 was sampled for VO+10; MTBE was identified at 1360 ppb in MW3. Upgradient well MW-4 was also sample; VOs were ND in the ground water sample collected from MW4.   On 9/27/2006, a second round of ground water samples were collected from MW1, MW2, MW3 and MW4; all results were ND for VO's except for MTBE in MW3 at 930 ppb. (Summary: 3/10/06 * benzene in MW1; 8/10/06 MW1/MW2/MW4 VO's ND and MW3 MTBE >GWQS; 9/27/06 MW1/MW2/MW4 VOs ND and MW3 MTBE > GWQS).*

*April 2007 report: subsequently, temporary well points TW-1 through TW-10 were placed around MW-3 to delineate extent of MTBE. MTBE identified in TW7 downgradient of MW3 at 2100 ppb. MTBE is delineated. Benzene was identified at 24 ppb in TW10 which is downgradient from sample location MW1 (VOs ND). Benzene is delineated.*

*WR Grace may resample MW3 to confirm presence/absence of MTBE in ground water. Due to natural attenuation, MTBE may no longer be an issue at the site. Or, WR Grace will need to provide a proposal to address MTBE for ground water in MW3.  In monitoring well MW1, ground water was sample twice after the initial identification of benzene and was ND. Monitoring well MW1 is acceptable with no contaminants. WR Grace should resample to confirm presence or absence of benzene in temporary well point location TW10.  If benzene is identified above GWQS, then need to remediate the benzene contamination previously identified in soil sample location SB6.*

*Note: The 1000 gallon UST is still in place. The 1000 gallon UST needs to be properly excavated or, if appropriate, abandoned in placed per TRSR NJAC 7:26E-6.3(b), and registered and delisted with the DEP.*

*The two 8,000 gallon USTs have been properly registered and delisted, and removed.*

## GRACE RESPONSE 1:

Grace will conduct the groundwater re-sampling, as required by NJDEP in its comment. If, following re-sampling, groundwater remediation is required, Grace will implement the groundwater remediation approach as presented in Grace's "Groundwater Remedial Action Work Plan", April 20, 2007 previously submitted to NJDEP.

As noted by NJDEP in its comment and as stated by Grace in its "Remedial Action Work Plan for Non-Asbestos Soil Issues", October 16, 2006, the 1000 gallon UST (newly discovered during Grace's 2005 investigation) will be addressed by removing the UST and excavating and disposing of any contaminated soil. As part of the RAW, the UST will be registered and delisted with NJDEP, as appropriate. The applicable remediation standards will be the Soil Cleanup Criteria (including impact to groundwater criteria) in effect at the time of the submittal of the RAW (i.e., October 2006). An order-of-magnitude analysis using the Direct Contact Soil Remediation Standards adopted June 2, 2008 of soil sample analytical laboratory data has been conducted to evaluate compliance with the Soil Remediation Standards currently in effect. The order-of-magnitude analysis indicates that one additional compound

**URS**

(naphthalene) exceeds the current Direct Contact Soil Remediation Standards. The only sample in which naphthalene was exceeded is in one of the samples adjacent to the newly discovered UST and will, therefore, be included as a Remedial Action Objective that will be addressed during the course of remediation of the UST as described in Grace's "Remedial Action Work Plan for Non-Asbestos Soil Issues", October 16, 2006. Naphthalene will be added to the list of parameters to be analyzed in post-excavation samples to demonstrate compliance with Soil Remediation Standards.

**_NJDEP COMMENT 2:_**
_AOC #3:    Area of Concern:    Black Ash Type Layer_

_A black ash like layer was identified in the former truck trailer area on the south side of the site, near the former UST located on the east side of the site, and near the former and present UST on the west side of the site. 41 soil samples were collected from the site. Soil samples identified as SB-1 through SB28 and SS1 through SS13. Fill varies in range from 0.5 to 6 ft and beginning at depths ranging from 0 bgs to 4.7' bgs (section 3.2). DEP designated historic fill GIS data base indicates historic fill on site. Soil samples analyzed for PPMs, PCBs, and SV+15. Contaminants identified include PAHs b(a)p, b(a)a, b(b)f, b(k)f, chrysene, indeno(1,2,3-cd)pyrene and dibenz(a,h)anthracene, and PPMs Pb and As. Results are above the Residential and Non-residential 6/08 soil remediation standards. No sampling performed for Asbestos. In determining the characteristics of fill material, need to investigate for the presence of asbestos in on site and in areas outside those areas investigated by the USEPA._

_No soil boring logs were provided; however, boring logs were provided with the ground water reports for the monitoring wells. Ash and black sandy type material reported. No boring logs were provided for the southwestern portion of the site (not addressed by USEPA and no ground water monitoring wells placed in this area. Need a proposal, to address fill (deed notice and engineering control are minimum requirements). The 0-2' interval at the site is not an acceptable engineering control since it is reported that the contaminated fill exists at 0' bgs (section 3.2). Contaminated fill is ubiquitous. The existing asphalt and concrete will need to be evaluated to determine there acceptability as an engineering control._

**GRACE RESPONSE 2:**

Please note that the boring logs in question are part of the "Supplemental Preliminary Assessment/Site Investigation Report – Non-Asbestos Issues", August 31, 2005 (see Appendix A to that report, an additional copy of which is provided for your convenience).

Regarding NJDEP's comment that "_need a proposal, to address fill_", URS points out that Grace, in its "Remedial Action Work Plan for Non-Asbestos Soil Issues", October 15, 2006, proposes engineering and institutional controls for the historic fill. In accordance with this proposal, Grace will submit a Draft Deed Notice to the Department for review. In addition, as requested by NJDEP, Grace will evaluate the existing cover, gravel, asphalt, and concrete to determine its acceptability as an engineering control. The applicable remediation standards will be the Soil Cleanup Criteria in effect at the time of the submittal of the RAWP (i.e., October 2006). An order-of-magnitude analysis using the Soil Remediation Standards adopted June 2, 2008 of soil sample analytical laboratory data has been conducted to evaluate compliance with the Soil Remediation Standards currently in effect. This analysis indicates that there are no compounds for which the Soil Remediation Standard has decreased by an order of magnitude or more that exceed the current Soil Remediation Standard in any of the soil samples in this area.

Grace acknowledges that there are locations at which historic fill is reported at 0 ft bgs in areas that are not covered by asphalt or concrete (i.e., SB-16 and SB-17 along the southern boundary of the site). The fill in the area with historic fill reported at 0 ft bgs was not considered to need engineering/institutional

**URS**

controls because the near-surface soil samples from these two borings [SB-16(1-1.5) and SB-17(1.5-2)] did not exceed the Unrestricted Use Soil Cleanup Criteria. Grace proposes to include the areas represented by these samples within the area to be addressed by engineering/institutional controls. Note that the "areas of stressed vegetation" AOC directly to the northeast of these sample locations are also addressed in the "Remedial Action Work Plan for Non-Asbestos Soil Issues", October 15, 2006 by way of removal of 1 ft of soil by excavation, disposal of the excavated soil off-site, and site restoration, including 0.5 ft of clean backfill and an asphalt cap. This will be detailed in the Draft Deed Notice to be submitted to NJDEP.

### NJDEP COMMENT 3:
*AOC #4:    Hydraulic Lift Pit*

*Identified in case file. Hydraulic lift pits were located in the building to lift vermiculite to the furnaces. Pits were steel lined and were not noted to have any breaches in integrity. Measured 5' long, 3.5' deep. After WR Grace vacated the site the pits were filled and paved with concrete. Need to investigate the soil adjacent/beneath the pit for TPHC, PAHs and asbestos per TRSR * 7:26E-3.9, since AOC managed hydraulic oil and asbestos.*

### GRACE RESPONSE 3:

Grace will advance and sample soil directly adjacent to the former lifts, in accordance with TRSR 7:26E. One soil boring per lift will be advanced and the soil will be analyzed for TPHC and PAH's.

### NJDEP COMMENT 4:
*AOC #5:    Solid Waste Dumpsters*

*All dumpsters reportedly used for solid non-hazardous waste. The areas where all 3 dumpsters were located were excavated in the summer 2004 by USEPA for asbestos containing vermiculite. Area now cover with stone. Acceptable.*

### GRACE RESPONSE 4:

Comment noted.

### NJDEP COMMENT 5:
*AOC #6:    Trailer Storage Area (Area C in SI Report)*

*Truck trailer storage area in Area C. Area has been unpaved. Oiling of area has occurred to control dust in area.  13 soil samples collected in the area of the former truck parking area due to report of oiling of unpaved areas. Analysis of 0-6" for BN+15 and TPHCs, and VOCs sampled at 18-24". Ash and black sandy type material identified in borings. Elevated BNs found in SS1 [b(a)a, b(k)f, b(a)p], SS2 [b(a)p], SS3 [b(a)p, b(k)f, b(b)f, b(a)p, indeno(1,2,3-cd)p, dibenz(a,h)a], SS8 [b(a)a, b(k)f, b(b)f] and SS-10 [b(a)a, b(k)f, b(a)p]. TPHCs < 6/2/08 SRS. VOCs are non-detected, except in SS1 (PCE at 170 ppb) and SS7 (PCE at 180 ppb), which are above 6/08 IGW Guidance Criteria of 5 ppb. Some elevated MDLs, but are acceptable*

*Need to provide a remedial proposal for contaminated historic fill.*

### GRACE RESPONSE 5:
Note that the area referred to in the NJDEP comment as *AOC #6: Trailer Storage Area (Area C in SI Report)* and the soil compounds noted correspond to the "areas of stressed vegetation" AOC, the

# URS

remediation of which is addressed in the "Remedial Action Work Plan for Non-Asbestos Soil Issues", October 15, 2006 by way of removal of 1 ft of soil by excavation, disposal of the excavated soil off-site, and site restoration and a cap and the contaminated historic fill will be remediated with engineering and institutional controls, as described in "Remedial Action Work Plan for Non-Asbestos Soil Issues", October 15, 2006. The applicable remediation standards will be the Soil Cleanup Criteria in effect at the time of the submittal of the RAWP (i.e., October 2006). An order-of-magnitude analysis using the Soil Remediation Standards adopted June 2, 2008 of soil sample analytical laboratory data has been conducted to evaluate compliance with the Soil Remediation Standards currently in effect. This analysis indicates that there are no compounds for which the Soil Remediation Standard has decreased by an order of magnitude or more that exceed the current Soil Remediation Standard in any of the soil samples in this area.

### NJDEP COMMENT 6:
*AOC #7:   89-02-08-1039*

*USTs were removed in 1990 and NFA in April 1992 by NJDEP/BUST. Acceptable.*

### GRACE RESPONSE 6:

Comment noted.

### NJDPE COMMENT 7:
*AOC #9:   Vermiculite Soils*

*Disposal of vermiculite soils occurred at the site; also, six 200 ton silos located on the east end of the main building. Vermiculite soils located offsite (N/E/S), on the east side of the building and to the south of the property and were addressed by the USEPA. The investigation/remediation did not appear to address the soils located around the exterior of the building (two to three sides of the building)(west, south and SE sides of building). Based on review of historical photographs, asbestos containing material surrounds the building. USEPA issued an acceptance letter for the removal of asbestos containing material performed on and outside site. The USEPA remedial activities appeared to be Interim Remedial Measures. A ground water investigation was not reported by the USEPA. However, during the excavation process, ground water entered the excavation and was sampled for asbestos. Asbestos exceeded the SWQS of 7 mf/l (million fibers per liter). NJDEP GWQS = 7X106f/L>10uma; same as USEPA SWQS. Asbestos containing ground water had to be properly disposed of. No ground water data reported.*

*Based on 10/2006 Non-Asbestos Soil and GW reports, fill material exists on the immediate west, south and north sides of the building which was not addressed by the USEPA. Ground water was not investigated by USEPA, onsite or offsite (outside of groundwater entering the excavation). The ground water level was monitored.*

*USEPA May 3, 2008 Report, page 21, visual observation of water performed in excavation. Need to investigate ground water for asbestos and investigate the soil in operational areas on the west, south and SE sides of the building, and close to the north side of the building.*

### GRACE RESPONSE 7:

AOC #9 relates to an asbestos issue. For the reasons stated earlier, this response letter addresses only non-asbestos issues.

# URS

**NJDEP COMMENT 8:**
*AOC #10:    Rail Cars Area D and H*

*Rail Car Area A and H located on west side of the site and was used to unload vermiculite.  Rail tracks removed in the summer of 2004 under oversight of USEPA and Amtrak, asbestos containing vermiculite reportedly remediated in this area.  See AOC 9 above.*

**GRACE RESPONSE 8:**

AOC #10 relates to an asbestos issue.  For the reasons stated earlier, this response letter addresses only non-asbestos issues.

**NJDEP COMMENT 9:**
*AOC #11:   No. 2 Fuel Oil AGST (Area B in SI Report)*

*Investigation for this area of concern is acceptable.*

**GRACE RESPONSE 9:**

Comment noted.

**NJDEP COMMENT 10:**
*AOC #13:    Ground Water*

*Need to investigate ground water at site for asbestos.*
*Also, see ground water comments in AOC 12 above.*

**GRACE RESPONSE 10:**

AOC #13 relates to an asbestos issue.  For the reasons stated earlier, this response letter addresses only non-asbestos issues.

**NJDEP COMMENT 11:**
AOC #14:    Child Care Facilities

*NJDEP Daycare search: Hamilton Head Start approximately 4500 feet south (2/5/07).  Need to provide a current search for daycare facilities within 400' of site.*

**GRACE RESPONSE 11:**

Grace will provide a current search for daycare facilities within 400 ft. of the site.

**NJDEP COMMENT 12:**
*AOC #15:    Baseline Ecological Evaluation*

*Propose that the site does not pose an ecological risk.  Proposal cannot be accepted at this time since remedial investigation is incomplete.*



**GRACE RESPONSE 12:**

The baseline ecological evaluation for non-asbestos issues will be updated after all sampling is completed.

***NJDEP COMMENT 13:***
*AOC #16:    Vapor Intrusion Pathway    -   Not applicable at this time*

**GRACE RESPONSE 13:**

Comment noted.

***NJDEP COMMENT 14:***
*AOC #17:    USEPA Interim Asbestos Removal*

*The USEPA's interim asbestos removal measure performed offsite and onsite (back eastern section of the property) is acceptable.   Post-excavation sampling was performed and all samples met the 0.25% remedial criteria for asbestos.    USEPA report dated May 30, 2008.   NFA required.*

**GRACE RESPONSE 14:**

Comment noted.

***NJDEP COMMENT 15:***
*AOC #18:    Public Notification Requirement*

*9/15/2009 Public Notification documentation provided and is acceptable.*

**GRACE RESPONSE 15:**

Comment noted.

A proposed schedule for conducting the remedial activities is attached.  If you have any questions regarding this letter, please contact me at 973-785-0700.

Sincerely,

**URS Corporation**

Michael Akerbergs
Senior Project Manager

Enclosures

cc:  Robert R. Marriam, Remedium
    Robert J. Medler, Remedium
    Robert A. Emmett, W. R. Grace
    William Hatfield, Day Pitney



Proposed Schedule
W.R. Grace and Co  Hamilton Township Site
Non-Asbestos Issues
Remediation Activities - Response to NJDEP April 30, 2010 email

| ID | Task Name | Duration |
|----|-----------|----------|
| 1 | Receipt of NJDEP Approval | 0 days |
| 2 | Initial Receptor Evaluation | 85 days |
| 3 | Update H&S Plan;mobilize | 15 days |
| 4 | Conduct soil (AOC#4) and gw sampling (AOC#1/2/12)(incl. analysis and progress report) | 60 days |
| 5 | Evaluate existing cover/asphalt/gravel/concrete condition | 5 days |
| 6 | Update Baseline Ecological Evaluation for Non-Asbestos Issues | 20 days |
| 7 | Submit CEA (if required based on groundwater sampling) including well installation | 60 days |
| 8 | Newly Discovered UST remediation | 105 days |
| 9 | Mobilization, including Tank Registration, Closure Plan and NJDEP Approval | 60 days |
| 10 | Tank removal, soil and tank disposal, site restoration | 5 days |
| 11 | UST Closure Report for NJDEP approval | 40 days |
| 12 | AOC #6 (area of stressed vegetation) remediation | 410 days |
| 13 | Freshwater Wetland Permit for borings - prepare application | 40 days |
| 14 | NJDEP/LURP approval of permit | 130 days |
| 15 | Pre-excavation soil sampling and data evaluation | 35 days |
| 16 | Freshwater Wetland permit for remediation - prepare application | 20 days |
| 17 | NJDEP/LURP approval of permit | 110 days |
| 18 | Soil Erosion and Sediment Control Plan Preparation | 30 days |
| 19 | Mercer County Soil Conservation District Approval of the Soil Erosion Plan | 40 days |
| 20 | Soil removal and disposal and site restoration | 5 days |
| 21 | Prepare Draft Deed Notice | 25 days |
| 22 | Remedial Action Report | 40 days |
| 23 | Submit Remedial Action Report to NJDEP | 0 days |

| | | |
|---|---|---|
| Task | | Milestone ◆ |
| Split | ............... | Summary |
| Progress | ▬▬▬▬ | Project Summary |

External Tasks
External Milestone ◆
Deadline

Project: Proposed schedule three - Ju
Date: Mon 6/28/10

# URS

## LOG OF BORING: SB-1

| | | |
|---|---|---|
| PROJECT NAME  W.R Grace | GROUND ELEVATION (FT. MSL) | PROJECT NUMBER |
| LOCATION  15 Industrial Dr. | | 19684739 |

| | | | |
|---|---|---|---|
| DRILLING CONTRACTOR  ADT | FOREMAN  Frank Feidler | DATE STARTED  28-Jul-05 | DATE COMPLETED  28-Jul-05 |

| | | |
|---|---|---|
| DRILLING EQUIPMENT  Geoprobe | COMPLETION DEPTH (FT)  12' | ROCK DEPTH (FT) |

| | | | | |
|---|---|---|---|---|
| TYPE BIT  NA | SIZE AND TYPE CORE BARREL  NA | NO. SAMPLES  DIST.  3 | UNDIST.  0 | CORE  0 |
| CASING  NA | | WATER LEVEL  FIRST  11' | COMPL.  0 | 24HR  0 |
| CASING HAMMER  WEIGHT  NA | DROP  NA | BORING LOCATION | | |
| SAMPLER  NA | | 40' SW of Former UST in NW corner of the property | | |
| SAMPLER HAMMER  WEIGHT | DROP | INSPECTOR  D.Whelihan | | |

| DESCRIPTION | Sample Interval | Depth (ft) | Water Table | Samples | | | | HNU / PID READINGS (PPM) | | | | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Number | Recov. (ft) | Penetr. Resist. Bl./6in | Time | Sample | Ambient Air | Time | Head Space | Time Data | |
| 6" Gray white, concrete | | - 0 - | | | | | | | | | | |
| | | | | | | | | | | | | No odor or staining |
| 3" Gold, vermiculite | | | | | | | | | | | | |
| 2" Black, fill, ashy with some c gravel | | - 2 - | | 1 | 2.7 | NA | 1120 | 1 | 0.0 | 1120 | 0.0 | |
| | | - 4 - | | | | | | | | | | |
| 1' Black, fill, ashy w/ some c gravel | | - 6 - | | 2 | 2.5 | NA | 1128 | 2 | 0.0 | 1128 | 0.0 | No odor or staining |
| 1.5' SP- Brown, f-m sand, moist | | | | | | | | | | | | |
| | | - 8 - | | | | | | | | | | |
| 1' Black, fill, sandy ash w/ c gravel, dry | | - 10 - | | 3 | 2.0 | NA | 1130 | 3 | 0.0 | 1130 | 0.0 | water level @ 11'  No odor or staining |
| 1' SM- Gray, sandy silt, saturated | | | ▼ | | | | | | | | | Sample SB-1 (10 - 10.5 ft) taken  E.O.B @ 12' |
| | | - 12 - | | | | | | | | | | |
| | | - 15 - | | | | | | | | | | |

# URS

## LOG OF BORING: SB-2

| PROJECT NAME  W.R Grace | | GROUND ELEVATION (FT. MSL) | | PROJECT NUMBER | |
|---|---|---|---|---|---|
| LOCATION  15 Industrial Dr. | | | | 19684739 | |
| DRILLING CONTRACTOR  ADT | FOREMAN  Frank Feldier | DATE STARTED  28-Jul-05 | | DATE COMPLETED  28-Jul-05 | |
| DRILLING EQUIPMENT  Geoprobe | | COMPLETION DEPTH (FT)  12' | | ROCK DEPTH (FT) | |

| TYPE BIT  NA | | SIZE AND TYPE CORE BARREL | | NO. SAMPLES | DIST.  3 | UNDIST.  0 | CORE  0 |
|---|---|---|---|---|---|---|---|
| CASING  NA | | NA | | WATER LEVEL | FIRST  11' | COMPL.  0 | 24HR  0 |
| CASING HAMMER | WEIGHT  NA | DROP  NA | | BORING LOCATION | | | |
| SAMPLER  NA | | | | 10' SW of former UST in NW corner of the property | | | |
| SAMPLER HAMMER | WEIGHT | DROP | | INSPECTOR  D.Whelihan | | | |

| DESCRIPTION | Sample Interval | Depth (ft) | Water Table | Samples | | | | HNU / PID READINGS (PPM) | | | | | | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Number | Recov. (ft) | Penetr. Resist. Bl./6in | Time | Sample | Ambient Air | Time | Head Space | Time | Date | |
| 3" Gray white, concrete | | - 0 - | | | | | | | | | | | | No odor or staining |
| 3" SM- brownish gray, silty sand w/ c gravel | | | | 1 | 2.5 | NA | 1144 | 1 | 0.0 | 1120 | 0.0 | | | |
| 2' Black, fill, ashy with some c gravel | | - 2 - | | | | | | | | | | | | |
| | | - 4 - | | | | | | | | | | | | |
| Black, fill, ashy w/ some c gravel and brick | | - 6 - | | 2 | 1.5 | NA | 1148 | 2 | 0.0 | 1148 | 0.0 | | | No odor or staining |
| | | - 8 - | | | | | | | | | | | | water level @ 11' |
| 6" Black, fill, sandy ash w/ c gravel, dry | | - 10 - | ▼ | 3 | 1.0 | NA | 1152 | 3 | 0.0 | 1152 | 0.0 | | | No odor or staining |
| 6" SP- Brownish gray, f-m sand, saturated | | | | | | | | | | | | | | Sample SB-2 (10 - 10.5 ft) taken |
| | | - 12 - | | | | | | | | | | | | E.O.B @ 12' |
| | | - 15 - | | | | | | | | | | | | |

# URS

## LOG OF BORING: SB-3

| | | |
|---|---|---|
| PROJECT NAME  W.R Grace | GROUND ELEVATION (FT, MSL) | PROJECT NUMBER |
| LOCATION        15 Industrial Dr. | | 19684739 |

| | | | |
|---|---|---|---|
| DRILLING CONTRACTOR      ADT | FOREMAN       Frank Feldler | DATE STARTED      28-Jul-05 | DATE COMPLETED      28-Jul-05 |

| | | |
|---|---|---|
| DRILLING EQUIPMENT                Geoprobe | COMPLETION DEPTH (FT)      8' | ROCK DEPTH (FT) |

| | | | | | |
|---|---|---|---|---|---|
| TYPE BIT     NA | SIZE AND TYPE CORE BARREL     NA | NO. SAMPLES | DIST.  2 | UNDIST.  0 | CORE  0 |
| CASING     NA | | WATER LEVEL | FIRST  8' | COMPL.  0 | 24HR  0 |

| | | |
|---|---|---|
| CASING HAMMER  |  WEIGHT  NA | DROP  NA | BORING LOCATION |
| SAMPLER    NA | | 10' NE of former UST in SW corner of the property |
| SAMPLER HAMMER  |  WEIGHT | DROP | INSPECTOR     D.Whelihan |

| DESCRIPTION | Sample Interval | Depth (ft) | Water Table | Samples | | | | HNU / PID READINGS (PPM) | | | | | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Number | Recov. (ft) | Penet. Resist. Bl./6in | Time | Sample | Ambient Air | Time | Head Space | Time Data | |
| 6" Gray black, concrete and asphalt | | - 0 - | | | | | | | | | | | No odor or staining |
| 1.5' SP- Brown, f-m sand | | | | | | | | | | | | | |
| 3" ML - Brown, silty clay, w/ c gravel | | - 2 - | | 1 | 2.5 | NA | 1440 | 1 | 0.0 | 1440 | 0.0 | | |
| 3" White concrete | | | | | | | | | | | | | |
| | | - 4 - | | | | | | | | | | | |
| 6" SP - white and brown, m sand w/ c gravel | | - 6 - | | 2 | 2.0 | NA | 1445 | 2 | 0.0 | 1445 | 0.0 | | PID reading in the bottom 1' = 10.4ppm Sample SB-3 (7- 7.5 ft) taken |
| 1.5' SC - Brown, sandy clay, moist w/ gravel, bottom 6" saturated | | | | | | | | | | | | | No staining Strong petroleum odor bottom 1' E.O.B. @ 8' |
| | | - 8 - | ▼ | | | | | | | | | | |
| | | - 12 - | | | | | | | | | | | |
| | | - 15 - | | | | | | | | | | | |

# URS

## LOG OF BORING: SB-4

| PROJECT NAME  W.R Grace | | | GROUND ELEVATION (FT. MSL) | | PROJECT NUMBER | | |
|---|---|---|---|---|---|---|---|
| LOCATION     15 Industrial Dr. | | | | | 19684739 | | |
| DRILLING CONTRACTOR   ADT | | FOREMAN   Frank Feidler | DATE STARTED   28-Jul-05 | | DATE COMPLETED   28-Jul-05 | | |
| DRILLING EQUIPMENT        Geoprobe | | | COMPLETION DEPTH (FT)   12' | | ROCK DEPTH (FT) | | |
| TYPE BIT   NA | | SIZE AND TYPE CORE BARREL   NA | NO. SAMPLES   DIST.   3 | | UNDIST.   0 | | CORE   0 |
| CASING   NA | | | WATER LEVEL   FIRST   9' | | COMPL.   0 | | 24HR   0 |
| CASING HAMMER | WEIGHT   NA | DROP   NA | BORING LOCATION | | | | |
| SAMPLER   NA | | | 30' NE of former UST in SW corner of the property | | | | |
| SAMPLER HAMMER | WEIGHT | DROP | INSPECTOR   D.Whelihan | | | | |

| DESCRIPTION | Sample Interval | Depth (ft) | Water Table | Samples | | | | HNU / PID READINGS (PPM) | | | | | | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Number | Recov. (ft) | Penet. Resist. Bl./6in | Time | Sample | Ambient Air | Time | Head Space | Time Date | | |
| 1.5' Black, ashy fill w/ c gravel | | - 0 - | | | | | | | | | | | | No odor or staining |
| 6" SP- Gray brown, gravelly sand w/ c cobbles | | | | 1 | 3.0 | NA | 1450 | 1 | 0.0 | 1450 | 0.0 | | | |
| 1' SC - Brown, f-m sand w/ some clay | | - 2 - | | | | | | | | | | | | |
| | | - 4 - | | | | | | | | | | | | |
| SP - Brown, f-m sand w/ c gravel | | - 6 - | | 2 | 2.0 | NA | 1455 | 2 | 0.0 | 1455 | 0.0 | | | No odor or staining |
| | | - 8 - | | | | | | | | | | | | |
| SP - Brown, f-m sand, moist but from 9-12' saturated | | | ▼ | | | | | | | | | | | Sample SB-4 (9 - 9.5 ft) take |
| | | | | 3 | 2.5 | NA | 1500 | 3 | 0.0 | 1500 | 0.0 | | | no odor or staining |
| | | | | | | | | | | | | | | water level @ 9' |
| | | - 12 - | | | | | | | | | | | | E.O.B @ 12' |
| | | - 15 - | | | | | | | | | | | | |

# URS

## LOG OF BORING: SB-5

| PROJECT NAME W.R Grace | | GROUND ELEVATION (FT. MSL) | | PROJECT NUMBER 19684739 | |
|---|---|---|---|---|---|
| LOCATION 15 Industrial Dr. | | | | | |
| DRILLING CONTRACTOR ADT | FOREMAN Frank Feidler | DATE STARTED 28-Jul-05 | | DATE COMPLETED 28-Jul-05 | |
| DRILLING EQUIPMENT Geoprobe | | COMPLETION DEPTH (FT) 8' | | ROCK DEPTH (FT) | |
| TYPE BIT NA | SIZE AND TYPE CORE BARREL NA | NO. SAMPLES 2 DIST. | UNDIST. 0 | CORE 0 | |
| CASING NA | | WATER LEVEL FIRST 8' | COMPL. 0 | 24HR 0 | |
| CASING HAMMER WEIGHT NA | DROP NA | BORING LOCATION North side of UST detected by geophysics | | | |
| SAMPLER NA | | | | | |
| SAMPLER HAMMER WEIGHT | DROP | INSPECTOR D.Whelihan | | | |

| DESCRIPTION | Sample Interval | Depth (ft) | Water Table | Samples | | | | HNU / PID READINGS (PPM) | | | | | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Number | Recov. (ft) | Penetr. Resist. Bl/6in | Time | Sample | Ambient Air | Time | Head Space | Time Date | |
| 1' SP-Grayish brown, f-m sand w/ c gravel | | - 0 - | | | | | | | | | | | No odor or staining |
| 1' ML-Brown, silty clay, moist | | - 2 - | | 1 | 2.0 | NA | 1515 | 1 | 0.0 | 1515 | 0.0 | | |
| | | - 4 - | | | | | | | | | | | |
| 2.5' SM - Brown, silty sand w/ c gravel | | - 6 - | | 2 | 4.0 | NA | 1525 | 2 | 0.0 | 1525 | 0.3 1.2 | | Sample SB-5 (7- 7.5 ft) taken strong petroleum odor staining from 6-8' |
| 1.5' SM - Black, silty sand, w/ c gravel | | | | | | | | | | | 15.1 65.5 | | Water level @ 8' E.O.B @ 8' |
| | | - 8 - ▼ | | | | | | | | | | | |
| | | - 12 - | | | | | | | | | | | |
| | | - 15 - | | | | | | | | | | | |

# URS

## LOG OF BORING: SB-6

| | | | |
|---|---|---|---|
| PROJECT NAME  W.R Grace | | GROUND ELEVATION (FT. MSL) | PROJECT NUMBER  19684739 |
| LOCATION  15 Industrial Dr. | | | |
| DRILLING CONTRACTOR  ADT | FOREMAN  Frank Feidler | DATE STARTED  28-Jul-05 | DATE COMPLETED  28-Jul-05 |
| DRILLING EQUIPMENT  Geoprobe | | COMPLETION DEPTH (FT)  8' | ROCK DEPTH (FT) |
| TYPE BIT  NA | SIZE AND TYPE CORE BARREL  NA | NO. SAMPLES  DIST.  2 | UNDIST.  0  CORE  0 |
| CASING  NA | | WATER LEVEL  FIRST  8' | COMPL.  0  24HR  0 |
| CASING HAMMER  WEIGHT  NA | DROP  NA | BORING LOCATION  East side of UST detected by geophysics | |
| SAMPLER  NA | | | |
| SAMPLER HAMMER  WEIGHT | DROP | INSPECTOR  D.Whelihan | |

| DESCRIPTION | Sample Interval | Depth (ft) | Water Table | Samples | | | | HNU / PID READINGS (PPM) | | | | | | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Number | Recov. (ft) | Penetr. Resist. Bl./6in | Time | Sample | Ambient Air | Time | Head Space | Time Date | | |
| 1' Black, fill, sandy ashy, dry | | - 0 - | | | | | | | | | | | | Petroleum odor no staining |
| | | | | | | | | | | | 20.5 | | | |
| 1.5' ML - Brownish Black, clayey silt, moist | | | | 1 | 2.5 | NA | 1540 | 1 | 0.0 | 1540 | 665 | | | |
| | | - 2 - | | | | | | | | | 229 | | | |
| | | | | | | | | | | | 345 | | | |
| | | - 4 - | | | | | | | | | | | | |
| | | | | | | | | | | | 229 | | | Sample SB-6 (7- 7.5 ft) taken |
| ML - Brownish Black, silty clay, moist | | | | 2 | 2.0 | NA | 1545 | 2 | 0.0 | 1545 | 325 | | | strong petroleum odor no staining  DUP072805-B taken here |
| | | - 6 - | | | | | | | | | 651 | | | |
| | | | | | | | | | | | 1170 | | | Water level @ 8'  E.O.B @ 8' |
| | | - 8 - | ▼ | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | - 12 - | | | | | | | | | | | | |
| | | - 15 - | | | | | | | | | | | | |

# URS

## LOG OF BORING: SB-7

| | | |
|---|---|---|
| PROJECT NAME  W.R Grace | GROUND ELEVATION (FT. MSL) | PROJECT NUMBER |
| LOCATION     15 Industrial Dr. | | 19584739 |

| | | | |
|---|---|---|---|
| DRILLING CONTRACTOR        ADT | FOREMAN       Frank Feidler | DATE STARTED     28-Jul-05 | DATE COMPLETED     28-Jul-05 |
| DRILLING EQUIPMENT         Geoprobe | | COMPLETION DEPTH (FT)     8' | ROCK DEPTH (FT) |

| | | | | | |
|---|---|---|---|---|---|
| TYPE BIT    NA | SIZE AND TYPE CORE BARREL | NO. SAMPLES | DIST.  2 | UNDIST.   0 | CORE   0 |
| CASING      NA | NA | WATER LEVEL | FIRST  8' | COMPL.   0 | 24HR   0 |
| CASING HAMMER    WEIGHT   NA | DROP   NA | BORING LOCATION | | | |
| SAMPLER     NA | | South side of UST detected by geophysics | | | |
| SAMPLER HAMMER   WEIGHT | DROP | INSPECTOR    D.Whelihan | | | |

| DESCRIPTION | Sample Interval | Depth (ft) | Water Table | Samples | | | | HNU / PID READINGS (PPM) | | | | | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Number | Recov. (ft) | Penetr. Resist. BL/6in | Time | Sample Air | Ambient Air | Time | Head Space | Time Date | |
| 2' Black, sandy fill, ashy w/ c gravel | | - 0 - | | | | | | | | | | | slight Petroleum odor no staining |
| | | | | | | | | | | | 1.3 | | |
| 2' ML - Brown, clayey silt, moist | | - 2 - | | 1 | 4.0 | NA | 1555 | 1 | 0.0 | 1555 | 3.2 | | |
| | | | | | | | | | | | 7.9 | | |
| | | | | | | | | | | | 15.4 | | |
| | | - 4 - | | | | | | | | | | | |
| | | | | | | | | | | | 1.2 | | Sample SB-7 (7- 7.5 ft) taken |
| 3' SP - Brown, f-m sand, moist | | - 6 - | | 2 | 4' | NA | 1600 | 2 | 0.0 | 1600 | 5.0 | | strong petroleum odor black staining bottom foot |
| 1' SP- Black, f-m sand, moist | | | | | | | | | | | 1.4 | | |
| | | - 8 - | ▼ | | | | | | | | 775 | | Water level @ 8' E.O.B @ 8' |
| | | - 12 - | | | | | | | | | | | |
| | | - 15 - | | | | | | | | | | | |

# URS

## LOG OF BORING: SB-8

| PROJECT NAME  W.R Grace | | GROUND ELEVATION (FT. MSL) | | PROJECT NUMBER  19684739 | | |
|---|---|---|---|---|---|---|
| LOCATION  15 Industrial Dr. | | | | | | |
| DRILLING CONTRACTOR  ADT | FOREMAN  Frank Feidler | DATE STARTED  28-Jul-05 | | DATE COMPLETED  28-Jul-05 | | |
| DRILLING EQUIPMENT  Geoprobe | | COMPLETION DEPTH (FT)  8' | | ROCK DEPTH (FT) | | |
| TYPE BIT  NA | SIZE AND TYPE CORE BARREL  NA | NO. SAMPLES | DIST. 2 | UNDIST. 0 | CORE | 0 |
| CASING  NA | | WATER LEVEL | FIRST 8' | COMPL. 0 | 24HR | 0 |
| CASING HAMMER  WEIGHT  NA | DROP  NA | BORING LOCATION  West side of UST detected by geophysics | | | | |
| SAMPLER  NA | | | | | | |
| SAMPLER HAMMER  WEIGHT | DROP | INSPECTOR  D.Whelihan | | | | |

| DESCRIPTION | Sample Interval | Depth (ft) | Wear Table | Samples | | | | HNU / PID READINGS (PPM) | | | | | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Number | Recov (ft) | Penetr. Resist. BL/6in | Time | Sample | Ambient Air | Time | Head Space | Time Date | |
| | | - 0 - | | | | | | | | | | | |
| SP- Blackish brown, sandy, fill like material w/ c gravel | | | | 1 | 2.0 | NA | 1610 | 1 | 0.0 | 1610 | 0.1 | | no odor or staining |
| | | | | | | | | | | | 0.2 | | |
| | | - 2 - | | | | | | | | | 3.2 | | |
| | | | | | | | | | | | 1.4 | | |
| | | - 4 - | | | | | | | | | | | Sample SB-8 (7- 7.5 ft) taken |
| SP - Brown, f-m sand, moist | | | | 2 | 2.0 | NA | 1615 | 2 | 0.0 | 1615 | 0.0 | | no odor or staining |
| | | - 6 - | | | | | | | | | | | |
| | | | | | | | | | | | | | Water level @ 8' E.O.B @ 8' |
| | | - 8 - ▼ | | | | | | | | | | | |
| | | - 12 - | | | | | | | | | | | |
| | | - 15 - | | | | | | | | | | | |

# URS

## LOG OF BORING: SS-1

| | | | |
|---|---|---|---|
| PROJECT NAME  W.R Grace | | GROUND ELEVATION (FT. MSL) | PROJECT NUMBER |
| LOCATION  15 Industrial Dr. | | | 19684739 |
| DRILLING CONTRACTOR  ADT | FOREMAN  Frank Feldler | DATE STARTED  28-Jul-05 | DATE COMPLETED  28-Jul-05 |
| DRILLING EQUIPMENT  Geoprobe | | COMPLETION DEPTH (FT)  2.0 | ROCK DEPTH (FT) |

| TYPE BIT  NA | | SIZE AND TYPE CORE BARREL | | NO. SAMPLES | DIST. | UNDIST.  0 | CORE  0 |
|---|---|---|---|---|---|---|---|
| CASING  NA | | NA | | WATER LEVEL | FIRST | COMPL.  0 | 24HR  0 |
| CASING HAMMER | WEIGHT  NA | DROP  NA | | BORING LOCATION | | | |
| SAMPLER  NA | | | | | | SS-1 | |
| SAMPLER HAMMER | WEIGHT  NA | DROP  NA | | INSPECTOR  D.Whelihan | | | |

| DESCRIPTION | Sample Interval | Depth (ft) | Water Table | Samples | | | | HNU / PID READINGS (PPM) | | | | | | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Number | Recov. (ft) | Penet. Resist. BL/6in | Time | Sample | Ambient Air | Time | Head Space | Time Date | | |
| 16" Tanish brown, m-c sand w/ c gravel, dry | | - 0 - | | | | | | | | | | | | |
| | | | | 1 | 2.0 | NA | 820 | 1 | 0.0 | 820 | 0.0 | | | No odor or staining E.O.B = 2' |
| 8" Black, fill, ashy w/ c gravel and silica, dry | | | | | | | | | | | | | | |
| | | - 2 - | | | | | | | | | | | | sample for VOCs- 18-24 in. sample fo SVOCs- 6-12 in. |
| | | - 5 - | | | | | | | | | | | | |
| | | - 10 - | | | | | | | | | | | | |
| | | - 15 - | | | | | | | | | | | | |

# URS

## LOG OF BORING: SS-2

| PROJECT NAME  W.R Grace | | GROUND ELEVATION (FT. MSL) | | PROJECT NUMBER  19684739 | |
|---|---|---|---|---|---|
| LOCATION  15 Industrial Dr. | | | | | |
| DRILLING CONTRACTOR  ADT | FOREMAN  Frank Feidler | DATE STARTED  28-Jul-05 | | DATE COMPLETED  28-Jul-05 | |
| DRILLING EQUIPMENT  Geoprobe | | COMPLETION DEPTH (FT)  2.0 | | ROCK DEPTH (FT) | |
| TYPE BIT  NA | SIZE AND TYPE CORE BARREL  NA | NO. SAMPLES | DIST. | UNDIST. 0 | CORE 0 |
| CASING  NA | | WATER LEVEL | FIRST | COMPL. 0 | 24HR 0 |
| CASING HAMMER  WEIGHT  NA | DROP  NA | BORING LOCATION  SS-1 | | | |
| SAMPLER  NA | | | | | |
| SAMPLER HAMMER  WEIGHT  NA | DROP  NA | INSPECTOR  D.Whelihan | | | |

| DESCRIPTION | Sample Interval | Depth (ft) | Water Table | Samples | | | | HNU / PID READINGS (PPM) | | | | | | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Number | Recov. (ft) | Penetr. Resist. Bl./6in | Time | Sample | Ambient Air | Time | Head Space | Time Date | | |
| 17" Tanish brown, m-c sand w/ c gravel, dry | | - 0 - | | | | | | | | | | | | |
| | | | | 1 | 2.0 | NA | 835 | 1 | 0.0 | 835 | 0.0 | | | No odor or staining E.O.B = 2' |
| 7" Black, fill, ashy w/ c gravel and silica, dry | | - 2 - | | | | | | | | | | | | sample for VOCs- 18-24 in. sample fo SVOCs- 6-12 in. |
| | | - 5 - | | | | | | | | | | | | |
| | | - 10 - | | | | | | | | | | | | |
| | | - 15 - | | | | | | | | | | | | |

# URS

## LOG OF BORING: SS-3

| PROJECT NAME  W.R Grace | | | | GROUND ELEVATION (FT. MSL) | | PROJECT NUMBER  19684739 | | |
|---|---|---|---|---|---|---|---|---|
| LOCATION  15 Industrial Dr. | | | | | | | | |
| DRILLING CONTRACTOR  ADT | | FOREMAN  Frank Feidler | | DATE STARTED  28-Jul-05 | | DATE COMPLETED  28-Jul-05 | | |
| DRILLING EQUIPMENT  Geoprobe | | | | COMPLETION DEPTH (FT)  2.0 | | ROCK DEPTH (FT) | | |
| TYPE BIT  NA | | SIZE AND TYPE CORE BARREL  NA | | NO. SAMPLES | DIST. | UNDIST.  0 | CORE | 0 |
| CASING  NA | | | | WATER LEVEL  FIRST | | COMPL.  0 | 24HR | 0 |
| CASING HAMMER | WEIGHT  NA | DROP  NA | | BORING LOCATION  SS-3 | | | | |
| SAMPLER  NA | | | | | | | | |
| SAMPLER HAMMER | WEIGHT | DROP | | INSPECTOR  D.Whelihan | | | | |

| DESCRIPTION | Sample Interval | Depth (ft) | Water Table | Samples | | | | HNU / PID READINGS (PPM) | | | | | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Number | Recov. (ft) | Penetr. Resist. Bl/6in | Time | Sample | Ambient Air | Time | Head Space | Time Date | |
| 12" Grayish brown, m-c sand w/ o gravel, dry | | - 0 - | | | | | | | | | | | |
| | | | | 1 | 2.0 | NA | 845 | 1 | 0.0 | 845 | 0.0 | | No odor or staining E.O.B = 2' |
| 12" Black, fill, ashy w/ c gravel and silica, dry | | - 2 - | | | | | | | | | | | |
| | | | | | | | | | | | | | sample for VOCs- 18-24 in. sample fo SVOCs- 6-12 in. |
| | | - 5 - | | | | | | | | | | | |
| | | - 10 - | | | | | | | | | | | |
| | | - 15 - | | | | | | | | | | | |

# URS

## LOG OF BORING: SS-4

| PROJECT NAME  W.R Grace | | GROUND ELEVATION (FT. MSL) | PROJECT NUMBER | |
|---|---|---|---|---|
| LOCATION      15 Industrial Dr. | | | 19684739 | |
| DRILLING CONTRACTOR         ADT | FOREMAN         Frank Feidler | DATE STARTED      28-Jul-05 | DATE COMPLETED      28-Jul-05 | |
| DRILLING EQUIPMENT         Geoprobe | | COMPLETION DEPTH (FT)      2.0 | ROCK DEPTH (FT) | |
| TYPE BIT   NA | SIZE AND TYPE CORE BARREL | NO. SAMPLES | DIST. | UNDIST.   0 | CORE   0 |
| CASING   NA | NA | WATER LEVEL | FIRST | COMPL.   0 | 24HR   0 |
| CASING HAMMER   WEIGHT   NA | DROP   NA | BORING LOCATION | | | |
| SAMPLER   NA | | | SS-4 | | |
| SAMPLER HAMMER   WEIGHT | DROP | INSPECTOR   D.Whelihan | | | |

| DESCRIPTION | Sample Interval | Depth (ft) | Water Table | Samples | | | | HNU / PID READINGS (PPM) | | | | | | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Number | Recov. (ft) | Penetr. Resist. Bl./6in | Time | Sample | Ambient Air | Time | Head Space | Time Date | | |
| 8" Grayish brown, m-c sand w/ c gravel, dry | | - 0 - | | | | | | | | | | | | |
| | | | | 1 | 2.0 | NA | 855 | 1 | 0.0 | 855 | 0.0 | | | No odor or staining E.O.B = 2' |
| 16" Black, fill, ashy w/ c gravel and silica, dry | | - 2 - | | | | | | | | | | | | sample for VOCs- 18-24 in. sample fo SVOCs- 6-12 in. |
| | | - 5 - | | | | | | | | | | | | |
| | | - 10 - | | | | | | | | | | | | |
| | | - 15 - | | | | | | | | | | | | |

# URS

## LOG OF BORING: SS-5

| PROJECT NAME  W.R Grace | | GROUND ELEVATION (FT. MSL) | PROJECT NUMBER | |
|---|---|---|---|---|
| LOCATION       15 Industrial Dr. | | | 19684739 | |
| DRILLING CONTRACTOR        ADT | FOREMAN        Frank Feidler | DATE STARTED        28-Jul-05 | DATE COMPLETED        28-Jul-05 | |
| DRILLING EQUIPMENT        Geoprobe | | COMPLETION DEPTH (FT)        2.0 | ROCK DEPTH (FT) | |
| TYPE BIT     NA | SIZE AND TYPE CORE BARREL | NO. SAMPLES | DIST. | UNDIST.  0 | CORE  0 |
| CASING       NA | NA | WATER LEVEL | FIRST | COMPL.  0 | 24HR  0 |
| CASING HAMMER    WEIGHT  NA | DROP   NA | BORING LOCATION | | | |
| SAMPLER    NA | | | SS-5 | | |
| SAMPLER HAMMER    WEIGHT | DROP | INSPECTOR    D.Whelihan | | | |

| DESCRIPTION | Sample Interval | Depth (ft) | Weon Tube | Samples | | | | HNU / PID READINGS (PPM) | | | | | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Number | Recov. (ft) | Penetr. Resist. Bl/6in | Time | Sample | Ambient Air | Time | Head Space | Time Date | |
| 4" black, m sand w/ organics, moist | | - 0 - | | | | | | | | | | | |
| | | | | 1 | 1.5 | NA | 905 | 1 | 0.0 | 905 | 0.0 | | No odor or staining E.O.B = 2' |
| 14" Black, fill, ashy w/ c gravel and silica, dry | | | | | | | | | | | | | |
| | | - 2 - | | | | | | | | | | | sample for VOCs- 18-24 in. sample fo SVOCs- 6-12 in. |
| | | - 5 - | | | | | | | | | | | |
| | | - 10 - | | | | | | | | | | | |
| | | - 15 - | | | | | | | | | | | |

# URS

## LOG OF BORING: SS-6

| PROJECT NAME W.R Grace | | GROUND ELEVATION (FT. MSL) | PROJECT NUMBER | |
|---|---|---|---|---|
| LOCATION    15 Industrial Dr. | | | 19684739 | |
| DRILLING CONTRACTOR        ADT | FOREMAN              Frank Feidler | DATE STARTED        28-Jul-05 | DATE COMPLETED      28-Jul-05 | |
| DRILLING EQUIPMENT          Geoprobe | | COMPLETION DEPTH (FT)        2.0 | ROCK DEPTH (FT) | |
| TYPE BIT    NA | SIZE AND TYPE CORE BARREL        NA | NO. SAMPLES | DIST. | UNDIST.  0 | CORE  0 |
| CASING    NA | | WATER LEVEL | FIRST | COMPL.  0 | 24HR  0 |
| CASING HAMMER  WEIGHT  NA | DROP  NA | BORING LOCATION              SS-6 | | |
| SAMPLER    NA | | | | |
| SAMPLER HAMMER  WEIGHT | DROP | INSPECTOR    D.Whelihan | | |

| DESCRIPTION | Sample Interval | Depth (ft) | Water Table | Samples | | | | HNU / PID READINGS (PPM) | | | | | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Number | Recov. (ft) | Penetr. Resist. Bl/6in | Time | Sample | Ambient Air | Time | Head Space | Time Date | |
| 4" Grayish brown, m-f sand, dry | | - 0 - | | | | | | | | | | | No odor or staining |
| 14" Black, fill, ashy w/ c gravel and silica, dry | | | | 1 | 1.5 | NA | 910 | 1 | 0.0 | 910 | 0.0 | | E.O.B = 2' |
| | | - 2 - | | | | | | | | | | | sample for VOCs- 18-24 in. sample fo SVOCs- 6-12 in. |
| | | - 5 - | | | | | | | | | | | |
| | | - 10 - | | | | | | | | | | | |
| | | - 15 - | | | | | | | | | | | |

# URS

## LOG OF BORING: SS-7

| PROJECT NAME W.R Grace | | | | GROUND ELEVATION (FT. MSL) | | | PROJECT NUMBER 19684739 | |
|---|---|---|---|---|---|---|---|---|
| LOCATION 15 Industrial Dr. | | | | | | | | |
| DRILLING CONTRACTOR ADT | | FOREMAN Frank Feidler | | DATE STARTED 28-Jul-05 | | | DATE COMPLETED 28-Jul-05 | |
| DRILLING EQUIPMENT Geoprobe | | | | COMPLETION DEPTH (FT) 2.0 | | | ROCK DEPTH (FT) | |
| TYPE BIT NA | | SIZE AND TYPE CORE BARREL NA | | NO. SAMPLES | DIST. | UNDIST. 0 | CORE 0 | |
| CASING NA | | | | WATER LEVEL FIRST | | COMPL. 0 | 24HR 0 | |
| CASING HAMMER | WEIGHT NA | DROP NA | | BORING LOCATION SS-7 | | | | |
| SAMPLER NA | | DROP | | | | | | |
| SAMPLER HAMMER | WEIGHT | | | INSPECTOR D.Whelihan | | | | |

| DESCRIPTION | Sample Interval | Depth (ft) | Water Table | Samples | | | | HNU / PID READINGS (PPM) | | | | | | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Number | Recov. (ft) | Penetr. Resist. Bl./6in | Time | Sample | Ambient Air | Time | Head Space | Time Date | | |
| 16" Black, fill, ashy w/ o gravel and silica, dry | | - 0 - | | | | | | | | | | | | No odor or staining |
| | | | | 1 | 1.3 | NA | 930 | 1 | 0.0 | 930 | 0.0 | | | |
| | | | | | | | | | | | | | | E.O.B = 2' |
| | | - 2 - | | | | | | | | | | | | |
| | | | | | | | | | | | | | | sample for VOCs-18-24 in. |
| | | | | | | | | | | | | | | sample fo SVOCs-6-12 in. |
| | | - 5 - | | | | | | | | | | | | |
| | | - 10 - | | | | | | | | | | | | |
| | | - 15 - | | | | | | | | | | | | |

# URS

## LOG OF BORING: SS-8

| PROJECT NAME  W.R Grace | | GROUND ELEVATION (FT. MSL) | PROJECT NUMBER | |
|---|---|---|---|---|
| LOCATION      15 Industrial Dr. | | | 19684739 | |
| DRILLING CONTRACTOR  ADT | FOREMAN  Frank Feidler | DATE STARTED  28-Jul-05 | DATE COMPLETED  28-Jul-05 | |
| DRILLING EQUIPMENT  Geoprobe | | COMPLETION DEPTH (FT)  2.0 | ROCK DEPTH (FT) | |

| TYPE BIT  NA | | SIZE AND TYPE CORE BARREL | | NO. SAMPLES | DIST. | UNDIST.  0 | CORE  0 |
|---|---|---|---|---|---|---|---|
| CASING  NA | | NA | | WATER LEVEL | FIRST | COMPL.  0 | 24HR  0 |
| CASING HAMMER | WEIGHT  NA | DROP  NA | BORING LOCATION | | | | |
| SAMPLER  NA | | | | | SS-8 | | |
| SAMPLER HAMMER | WEIGHT | DROP | INSPECTOR  D.Whellhan | | | | |

| DESCRIPTION | Sample Interval | Depth (ft) | Water Table | Samples | | | | HNU / PID READINGS (PPM) | | | | | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Number | Recov. (ft) | Penetr. Resist. BL/6in | Time | Sample Air | Ambient | Time | Head Space | Time Date | |
| 16" Black, fill, ashy w/ c gravel and silica, dry | | - 0 - | | | | | | | | | | | No odor or staining |
| | | | | 1 | 1.3 | NA | 945 | 1 | 0.0 | 945 | 0.0 | | E.O.B = 2' |
| | | - 2 - | | | | | | | | | | | sample for VOCs-18-24 in. sample fo SVOCs-6-12 in. |
| | | - 5 - | | | | | | | | | | | |
| | | - 10 - | | | | | | | | | | | |
| | | - 15 - | | | | | | | | | | | |

# URS

## LOG OF BORING: SS-9

| PROJECT NAME W.R Grace | | GROUND ELEVATION (FT. MSL) | | PROJECT NUMBER 19684739 | |
|---|---|---|---|---|---|
| LOCATION 15 Industrial Dr. | | | | | |
| DRILLING CONTRACTOR ADT | FOREMAN Frank Feidler | DATE STARTED 28-Jul-05 | | DATE COMPLETED 28-Jul-05 | |
| DRILLING EQUIPMENT Geoprobe | | COMPLETION DEPTH (FT) 2.0 | | ROCK DEPTH (FT) | |

| TYPE BIT | NA | SIZE AND TYPE CORE BARREL | | NO. SAMPLES | DIST. | UNDIST. | 0 | CORE | 0 |
|---|---|---|---|---|---|---|---|---|---|
| CASING | NA | | NA | WATER LEVEL | FIRST | COMPL. | 0 | 24HR | 0 |
| CASING HAMMER | WEIGHT NA | DROP | NA | BORING LOCATION | | | | | |
| SAMPLER | NA | | | | | SS-9 | | | |
| SAMPLER HAMMER | WEIGHT | DROP | | INSPECTOR D.Whelihan | | | | | |

| DESCRIPTION | Sample Interval | Depth (ft) | Water Table | Samples | | | | HNU / PID READINGS (PPM) | | | | | | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Number | Recov. (ft) | Penetr. Resist. Bl./6in | Time | Sample | Ambient Air | Time | Head Space | Time Date | | |
| 8" Grayish brown, m sand, dry | | - 0 - | | | | | | | | | | | | No odor or staining |
| 4" Concrete | | | | 1 | 2.0 | NA | 950 | 1 | 0.0 | 950 | 0.0 | | | DUP072805-A taken here |
| 12" Black, fill, ashy w/ silica and c gravel, dry | | | | | | | | | | | | | | E.O.B = 2' |
| | | - 2 - | | | | | | | | | | | | |
| | | | | | | | | | | | | | | sample for VOCs- 18-24 in. |
| | | | | | | | | | | | | | | sample fo SVOCs- 6-12 in. |
| | | - 5 - | | | | | | | | | | | | |
| | | - 10 - | | | | | | | | | | | | |
| | | - 15 - | | | | | | | | | | | | |

# URS

## LOG OF BORING: SS-10

| | | | | |
|---|---|---|---|---|
| PROJECT NAME   W.R Grace | | GROUND ELEVATION (FT. MSL) | PROJECT NUMBER | |
| LOCATION        15 Industrial Dr. | | | 19684739 | |
| DRILLING CONTRACTOR        ADT | FOREMAN        Frank Feidter | DATE STARTED        28-Jul-05 | DATE COMPLETED        28-Jul-05 | |
| DRILLING EQUIPMENT        Geoprobe | | COMPLETION DEPTH (FT)        2.0 | ROCK DEPTH (FT) | |
| TYPE BIT    NA | SIZE AND TYPE CORE BARREL        NA | NO. SAMPLES | DIST. | UNDIST.    0 | CORE    0 |
| CASING    NA | | WATER LEVEL | FIRST | COMPL.    0 | 24HR    0 |
| CASING HAMMER    WEIGHT    NA | DROP    NA | BORING LOCATION        SS-10 | | |
| SAMPLER    NA | | | | |
| SAMPLER HAMMER    WEIGHT | DROP | INSPECTOR    D.Whelihan | | |

| DESCRIPTION | Sample Interval | Depth (ft) | Water Table | Samples | | | | HNU / PID READINGS (PPM) | | | | | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Number | Recv. (ft) | Penet. Resist. Bl./6in. | Time | Sample | Ambient Air | Time | Head Space | Time Date | |
| 10" Greyish brown, m sand, dry w/ c gravel | | - 0 - | | | | | | | | | | | No odor or staining |
| 10" Black, fill, ashy w/ silica and c gravel, dry | | | | 1 | 2.0 | NA | 1010 | 1 | 0.0 | 1010 | 0.0 | | |
| 4" Gold Vermiculite, moist | | - 2 - | | | | | | | | | | | E.O.B = 2' |
| | | | | | | | | | | | | | sample for VOCs- 18-24 in. sample fo SVOCs- 6-12 in. |
| | | - 5 - | | | | | | | | | | | |
| | | - 10 - | | | | | | | | | | | |
| | | - 15 - | | | | | | | | | | | |

# URS

## LOG OF BORING: SS-11

| | |
|---|---|
| PROJECT NAME  W.R Grace | GROUND ELEVATION (FT. MSL) | PROJECT NUMBER  19684739 |
| LOCATION  15 Industrial Dr. | | |

| | | |
|---|---|---|
| DRILLING CONTRACTOR  ADT | FOREMAN  Frank Feidler | DATE STARTED  28-Jul-05 | DATE COMPLETED  28-Jul-05 |

| DRILLING EQUIPMENT  Geoprobe | COMPLETION DEPTH (FT)  2.0 | ROCK DEPTH (FT) |
|---|---|---|

| TYPE BIT  NA | SIZE AND TYPE CORE BARREL  NA | NO. SAMPLES | DIST. | UNDIST.  0 | CORE  0 |
|---|---|---|---|---|---|
| CASING  NA | | WATER LEVEL | FIRST | COMPL.  0 | 24HR  0 |

| CASING HAMMER | WEIGHT  NA | DROP  NA | BORING LOCATION  SS-11 |
|---|---|---|---|
| SAMPLER  NA | | | |
| SAMPLER HAMMER | WEIGHT | DROP | INSPECTOR  D.Whelihan |

| DESCRIPTION | Sample Interval | Depth (ft) | Water Table | Samples | | | | HNU / PID READINGS (PPM) | | | | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Number | Recov. (ft) | Penetr. Resist. Bl./6in | Time | Sample | Ambient Air | Time | Head Space | Time Data | |
| 6" Grayish white, f-m sand, dry w/ c gravel and concrete | | - 0 - | | | | | | | | | | No odor or staining |
| 10" Blackish brown, m-c sand w/ c gravel, dry | | | | 1 | 1.6 | NA | 1020 | 1 | 0.0 | 1020 | 0.0 | |
| 4" Black, fill, ashy, w/ c gravel and mica | | | | | | | | | | | | E.O.B = 2' |
| | | - 2 - | | | | | | | | | | |
| | | | | | | | | | | | | sample for VOCs-18-24 in. |
| | | | | | | | | | | | | sample fo SVOCs-6-12 in. |
| | | - 5 - | | | | | | | | | | |
| | | - 10 - | | | | | | | | | | |
| | | - 15 - | | | | | | | | | | |

# URS

## LOG OF BORING: SS-12

| | |
|---|---|
| PROJECT NAME  W.R Grace | GROUND ELEVATION (FT. MSL) |
| LOCATION  15 Industrial Dr. | PROJECT NUMBER  19684739 |

| | | | |
|---|---|---|---|
| DRILLING CONTRACTOR  ADT | FOREMAN  Frank Feidler | DATE STARTED  28-Jul-05 | DATE COMPLETED  28-Jul-05 |

| | | |
|---|---|---|
| DRILLING EQUIPMENT  Geoprobe | COMPLETION DEPTH (FT)  2.0 | ROCK DEPTH (FT) |

| TYPE BIT  NA | SIZE AND TYPE CORE BARREL  NA | NO. SAMPLES | DIST. | UNDIST.  0 | CORE  0 |
|---|---|---|---|---|---|
| CASING  NA | | WATER LEVEL | FIRST | COMPL.  0 | 24HR  0 |
| CASING HAMMER   WEIGHT  NA | DROP  NA | BORING LOCATION  SS-12 | | | |
| SAMPLER  NA | | | | | |
| SAMPLER HAMMER   WEIGHT | DROP | INSPECTOR  D.Whellhan | | | |

| DESCRIPTION | Sample Interval | Depth (ft) | Water Table | Samples | | | | HNU / PID READINGS (PPM) | | | | | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Number | Recov. (ft) | Penetr. Resist. Bl./6in | Time | Sample Air | Ambient | Time | Head Space | Time Date | |
| 6" Gray, gravel | | - 0 - | | | | | | | | | | | No odor or staining |
| 8" Brown, f-m sand w/ o gravel, dry | | | | 1 | 2.0 | NA | 1030 | 1 | 0.0 | 1030 | 0.0 | | |
| 10" Black, fill, ashy, w/ o gravel and mica | | - 2 - | | | | | | | | | | | E.O.B = 2' |
| | | | | | | | | | | | | | sample for VOCs- 18-24 in. sample fo SVOCs- 6-12 in. |
| | | - 5 - | | | | | | | | | | | |
| | | - 10 - | | | | | | | | | | | |
| | | - 15 - | | | | | | | | | | | |

# URS

## LOG OF BORING: SS-13

| PROJECT NAME   W.R Grace | | GROUND ELEVATION (FT. MSL) | PROJECT NUMBER   19684739 | |
|---|---|---|---|---|
| LOCATION   15 Industrial Dr. | | | | |
| DRILLING CONTRACTOR   ADT | FOREMAN   Frank Feidler | DATE STARTED   28-Jul-05 | DATE COMPLETED   28-Jul-05 | |
| DRILLING EQUIPMENT   Geoprobe | | COMPLETION DEPTH (FT)   2.0 | ROCK DEPTH (FT) | |
| TYPE BIT   NA | SIZE AND TYPE CORE BARREL   NA | NO. SAMPLES | DIST. | UNDIST.  0 | CORE  0 |
| CASING   NA | | WATER LEVEL | FIRST | COMPL.  0 | 24HR  0 |
| CASING HAMMER   WEIGHT  NA | DROP  NA | BORING LOCATION | | | |
| SAMPLER   NA | | | SS-13 | | |
| SAMPLER HAMMER   WEIGHT | DROP | INSPECTOR   D.Whelihan | | | |

| DESCRIPTION | Sample Interval | Depth (ft) | Water Table | Samples | | | | HNU / PID READINGS (PPM) | | | | | | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Number | Recov. (ft) | Penet. Resist. BL/6in | Time | Sample | Ambient Air | Time | Head Space | Time Date | | |
| 4" Gray, m-c gravel | | - 0 - | | | | | | | | | | | | No odor or staining |
| 2" Red, f-m silty sand | | | | 1 | 1.8 | NA | 1040 | 1 | 0.0 | 1040 | 0.0 | | | |
| 14" Black, fill, ashy, w/ c gravel and mica | | - 2 - | | | | | | | | | | | | E.O.B = 2' |
| | | | | | | | | | | | | | | sample for VOCs- 18-24 in. sample fo SVOCs- 6-12 in. |
| | | - 5 - | | | | | | | | | | | | |
| | | - 10 - | | | | | | | | | | | | |
| | | - 15 - | | | | | | | | | | | | |

# URS

## LOG OF BORING: SS-14

| PROJECT NAME | W.R Grace | | GROUND ELEVATION (FT. MSL) | | PROJECT NUMBER | | |
|---|---|---|---|---|---|---|---|
| LOCATION | 15 Industrial Dr. | | | | 19684739 | | |
| DRILLING CONTRACTOR | | FOREMAN | DATE STARTED | | DATE COMPLETED | | |
| | ADT | Frank Feidler | 28-Jul-05 | | | 28-Jul-05 | |
| DRILLING EQUIPMENT | | | COMPLETION DEPTH (FT) | | ROCK DEPTH (FT) | | |
| | Geoprobe | | 2.0 | | | | |
| TYPE BIT | NA | SIZE AND TYPE CORE BARREL | NO. SAMPLES | DIST. | UNDIST. | 0 | CORE | 0 |
| CASING | NA | NA | WATER LEVEL | FIRST | COMPL. | 0 | 24HR | 0 |
| CASING HAMMER | WEIGHT NA | DROP NA | BORING LOCATION | | | | |
| SAMPLER | NA | | | | SS-14 | | |
| SAMPLER HAMMER | WEIGHT | DROP | INSPECTOR | D.Whelhan | | | |

| DESCRIPTION | Sample Interval | Depth (ft) | Water Table | Samples | | | | HNU / PID READINGS (PPM) | | | | | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Number | Recov. (ft) | Penetr. Resist. Bl./6in | Time | Sample | Ambient Air | Time | Head Space | Time Date | |
| 12" Gray white, concrete and fill | | - 0 - | | | | | | | | | | | No odor or staining |
| 12" Black, fill, ashy, w/ c gravel and mica | | | | 1 | 2.0 | NA | 1210 | 1 | 0.0 | 1210 | 0.0 | | |
| | | - 2 - | | | | | | | | | | | E.O.B = 2' |
| | | | | | | | | | | | | | sample for VOCs- 18-24 in. |
| | | | | | | | | | | | | | sample fo SVOCs- 6-12 in. |
| | | - 5 - | | | | | | | | | | | |
| | | - 10 - | | | | | | | | | | | |
| | | - 15 - | | | | | | | | | | | |

# URS

## LOG OF BORING: SS-15

| PROJECT NAME W.R Grace | | | GROUND ELEVATION (FT. MSL) | | PROJECT NUMBER 19684739 | | |
|---|---|---|---|---|---|---|---|
| LOCATION 15 Industrial Dr. | | | | | | | |
| DRILLING CONTRACTOR ADT | | FOREMAN Frank Feidler | DATE STARTED 28-Jul-05 | | DATE COMPLETED 28-Jul-05 | | |
| DRILLING EQUIPMENT Geoprobe | | | COMPLETION DEPTH (FT) 2.0 | | ROCK DEPTH (FT) | | |
| TYPE BIT NA | | SIZE AND TYPE CORE BARREL NA | NO. SAMPLES | DIST. | UNDIST. 0 | CORE 0 | |
| CASING NA | | | WATER LEVEL FIRST | | COMPL. 0 | 24HR 0 | |
| CASING HAMMER | WEIGHT NA | DROP NA | BORING LOCATION SS-15 | | | | |
| SAMPLER NA | | | | | | | |
| SAMPLER HAMMER | WEIGHT | DROP | INSPECTOR D.Wheihan | | | | |

| DESCRIPTION | Sample Interval | Depth (ft) | Water Table | Samples | | | | HNU / PID READINGS (PPM) | | | | | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Number | Recov. (ft) | Penetr. Resist. BL/6in | Time | Sample | Ambient Air | Time | Head Space | Time Date | |
| 3" Gray white, concrete and fill | | - 0 - | | | | | | | | | | | No odor or staining |
| 3" Gray, silty clay w/ c gravel | | | | 1 | 1.5 | NA | 1230 | 1 | 0.0 | 1230 | 0.0 | | |
| 12" Black, fill, ashy, w/ c gravel and mica | | | | | | | | | | | | | E.O.B = 2' |
| | | - 2 - | | | | | | | | | | | sample for VOCs- 18-24 in. |
| | | | | | | | | | | | | | sample fo SVOCs- 6-12 in. |
| | | - 5 - | | | | | | | | | | | |
| | | - 10 - | | | | | | | | | | | |
| | | - 15 - | | | | | | | | | | | |