IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | Related Docket #25203 |

## AFFIDAVIT OF SERVICE

Michele Santore being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP and that on the 10th day of August, 2010, she caused a copy of the following documents to be served upon the following service list in the manner indicated on the respective lists:

1. Notice of Debtors' Motion for an Order Enforcing the 2009 Stipulation and Order and Ordering the New Jersey Department of Environmental Protection to Cease and Desist from Further Violations Thereof;

2. Debtors' Motion for an Order Enforcing the 2009 Stipulation and Order and Ordering the New Jersey Department of Environmental Protection to Cease and Desist from Further Violations Thereof;

3. [Proposed] Order Enforcing the 2009 Stipulation and Order and Ordering the New Jersey Department of Environmental Protection to Cease and Desist from Further Violations Thereof.

_____
Michele Santore

SWORN TO AND SUBSCRIBED before
me this 10th day of August, 2010

_____
Notary Public
My Commission Expires: July 18, 2011

DEBRA L. YOUNG
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 18, 2011

W.R. Grace NJEPA Service List
Case No. 01-1139
Document No. 162578
04 – First Class Mail

**First Class Mail**
Anne Milgram, Attorney General of New Jersey
John F. Dickinson, Jr., Deputy Attorney General
Richard J. Hughes Justice Complex
25 Market Street
P.O. Box 093
Trenton, NJ  08625-0093

**First Class Mail**
(Counsel for Robert J. Bettacchi)
Thomas C. Frongillo, Esquire
Weil, Gotshal & Manges LLP
100 Federal Street, 34th Floor
Boston, MA  02110-1800

**First Class Mail**
)
William M. Corcoran
Vice President, Public and Regulatory Affairs
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**First Class Mail**
(Counsel for Jay H. Burrill)
Edward F. McTiernan, Esquire
Gibbons, P.C.
One Gateway Center
Newark, NJ  07102-5310