IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: August 30, 2010 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

# FEE DETAIL FOR CASNER & EDWARDS, LLP'S
# ONE HUNDRED AND FIFTH MONTHLY FEE APPLICATION
# FOR THE PERIOD FROM JUNE 1, 2010 THROUGH JUNE 30, 2010

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food>N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., GuanicaCaribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/490982

# EXHIBIT A
**(Fee Detail)**

## FEES

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** <br><br> • asbestos matters (52000.43)    $8,918.00 <br><br> • non-asbestos matters (2725.40)    $2,069.00 <br> **TOTAL LITIGATION AND LITIGATION CONSULTING** | $10,987.00 |
| **FEE APPLICATION – APPLICANT** | $435.50 |
| **TOTAL FEES** | $11,422.50 |

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

August 4, 2010
Bill Number 124545
File Number 02725.00040

W.R. Grace & Co. - Conn.
c/o Jay W. Hughes, Jr.
Senior Litigation Counsel
62 Whittemore Avenue
Cambridge, MA  02140

**FOR PROFESSIONAL SERVICES**

Re:   241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

## LEGAL SERVICES

THROUGH JUNE 30, 2010

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 06/25/10 | RAM | Read emails re: mediation. | 0.10 Hrs | 33.50 |
| 06/25/10 | MLL | Review file for mediation (.2). Emails with counsel re: mediation (.2). | 0.40 Hrs | 104.00 |
| 06/28/10 | MLL | Review file (.2); prepare for hearing (.3); write client (.2). | 0.70 Hrs | 182.00 |
| 06/29/10 | MLL | Prepare for mediation. | 1.00 Hrs | 260.00 |
| 06/30/10 | RAM | Conference with MLL re: settlement. | 0.10 Hrs | 33.50 |
| 06/30/10 | MLL | Travel to and from (half time) (.4) and participate in mediation (5.0).  Write client re: settlement (.2). | 5.60 Hrs | 1,456.00 |

TOTAL LEGAL SERVICES        $2,069.00

## LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 0.20 | 335.00 | 67.00 |

Page 1

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

W.R. Grace & Co. - Conn.
Re: 241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

| | | | |
|---|---|---|---|
| Matthew L. Lunenfeld | 7.70 | 260.00 | 2,002.00 |
| | 7.90 | | $2,069.00 |

TOTAL THIS BILL    $2,069.00

# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

August 4, 2010
Bill Number 124546
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:    Litigation and Litigation Consulting

## LEGAL SERVICES

THROUGH JUNE 30, 2010

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 06/01/10 | ARA | Document control. | 3.00 Hrs | 240.00 |
| 06/02/10 | ARA | Document control. | 5.50 Hrs | 440.00 |
| 06/03/10 | ARA | Document control. | 4.30 Hrs | 344.00 |
| 06/04/10 | ARA | Document control. | 5.00 Hrs | 400.00 |
| 06/07/10 | ARA | Document control. | 4.70 Hrs | 376.00 |
| 06/08/10 | ARA | Document control. | 6.10 Hrs | 488.00 |
| 06/09/10 | ARA | Document control. | 5.80 Hrs | 464.00 |
| 06/10/10 | ARA | Document control. | 6.50 Hrs | 520.00 |
| 06/11/10 | ARA | Document control. | 6.00 Hrs | 480.00 |
| 06/13/10 | RAM | Read selected documents filed in bankruptcy court. | 0.50 Hrs | 167.50 |
| 06/14/10 | ARA | Document control. | 6.30 Hrs | 504.00 |
| 06/15/10 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.20 Hrs | 67.00 |
| 06/15/10 | ARA | Document control. | 6.50 Hrs | 520.00 |

Page 1

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH JUNE 30, 2010

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 06/16/10 | RAM | Read selected documents filed in bankruptcy court. | 0.50 Hrs | 167.50 |
| 06/16/10 | MTM | Receipt and review of email from in-house Grace counsel re: California Monokote documents. | 0.20 Hrs | 57.00 |
| 06/16/10 | ARA | Document control. | 5.70 Hrs | 456.00 |
| 06/17/10 | RAM | Read selected documents filed in bankruptcy court. | 0.50 Hrs | 167.50 |
| 06/17/10 | MTM | Receipt and review of document subpoena in Los Angeles (.2); telephone call to ARA re: same (.1); email response to in-house counsel re: same (.2). | 0.50 Hrs | 142.50 |
| 06/17/10 | ARA | Per telephone call from MTM, review Casner & Edwards Inventory for information on non-CPD and Davison Chemical abatement documents re: J. Hughes' request. | 1.90 Hrs | 237.50 |
| 06/17/10 | ARA | Document control. | 4.90 Hrs | 392.00 |
| 06/18/10 | ARA | Document control. | 5.50 Hrs | 440.00 |
| 06/21/10 | MTM | Telephone call from in-house counsel re: subpoena and searchlink capabilities. | 0.10 Hrs | 28.50 |
| 06/21/10 | ARA | Document control. | 5.00 Hrs | 400.00 |
| 06/22/10 | ARA | Document control. | 6.00 Hrs | 480.00 |
| 06/23/10 | ARA | Document control. | 5.90 Hrs | 472.00 |
| 06/24/10 | ARA | Document control. | 2.50 Hrs | 200.00 |
| 06/30/10 | RAM | Read updated bankruptcy court docket entries to select documents to read. Read selected documents filed in bankruptcy court. | 0.20 Hrs | 67.00 |
| 06/30/10 | ARA | Document control. | 2.50 Hrs | 200.00 |

TOTAL LEGAL SERVICES    $8,918.00

## LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 1.90 | 335.00 | 636.50 |
| Matthew T. Murphy | 0.80 | 285.00 | 228.00 |

Page 2

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

| | | | |
|---|---:|---:|---:|
| Angela R. Anderson | 1.90 | 125.00 | 237.50 |
| Angela R. Anderson | 97.70 | 80.00 | 7,816.00 |
| | 102.30 | | $8,918.00 |

TOTAL THIS BILL   $8,918.00

# Casner & Edwards, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

August 4, 2010
Bill Number 124547
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re:   Fee Applications, Applicant

**LEGAL SERVICES**

THROUGH JUNE 30, 2010

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 06/08/10 | RAM | Work on April fee application. | 0.30 Hrs | 100.50 |
| 06/09/10 | RAM | Work on April fee application and send it to in-house counsels for review. | 0.20 Hrs | 67.00 |
| 06/16/10 | RAM | Finalize April fee application and send it to Delaware counsel to file. | 0.30 Hrs | 100.50 |
| 06/30/10 | RAM | Work on May fee application (.4); send it to in-house counsels to review (.1). | 0.50 Hrs | 167.50 |

TOTAL LEGAL SERVICES   $435.50

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 1.30 | 335.00 | 435.50 |
|  | 1.30 |  | $435.50 |

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Fee Applications, Applicant

|  |  |
|---|---|
| TOTAL THIS BILL | $435.50 |

**EXHIBIT B**
**(Expense Detail)**

## **EXPENSES**

| **LITIGATION AND LITIGATION CONSULTING** | $11,701.60 |
|---|---|
| **FEE APPLICATION – APPLICANT** | $42.87 |
| **TOTAL EXPENSES** | $11,744.47 |

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

August 4, 2010
Bill Number 124548
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

## COSTS

THROUGH JUNE 30, 2010

**PHOTOCOPYING**

| Date | Description | Amount | Subtotal |
|---|---|---|---|
| 06/02/10 | 21 copies at $.10 per copy | 2.10 | |
| | | | $2.10 |

**RENT REIMBURSEMENT**

| Date | Description | Amount | Subtotal |
|---|---|---|---|
| 06/01/10 | ONE WINTHROP SQUARE, LLC: Rent and utilities for document repository at One Winthrop Square - JUNE 2010. | 11,296.45 | |
| | | | $11,296.45 |

**MISCELLANEOUS**

| Date | Description | Amount | Subtotal |
|---|---|---|---|
| 06/08/10 | RECORDKEEPER ARCHIVE CENTERS,: Storage 06/01/10 through 06/30/10. | 403.05 | |
| | | | $403.05 |

|  |  |
|---|---|
| TOTAL COSTS | $11,701.60 |
| TOTAL THIS BILL | $11,701.60 |

Page 1



**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

August 4, 2010
Bill Number 124549
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

### FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

### LEGAL SERVICES

### COSTS

THROUGH JUNE 30, 2010

EXCESS POSTAGE

| | | | |
|---|---|---|---|
| 06/30/10 | EXCESS POSTAGE | 1.56 | |
| | | | $1.56 |

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 06/02/10 | FEDERAL EXPRESS CORPORATION: To 919 North Market Street, Pachulski Stang Ziehl, Patricia Cuniff from Casner and Edwards on April 15, 2010 by R A Murphy. | 16.86 | |
| 06/02/10 | FEDERAL EXPRESS CORPORATION: To 919 North Market St., Pachulski Stang Ziehl, Patricia Cuniff from Casner and Edwards on May 14, 2010 by R A Murphy. | 24.45 | |
| | | | $41.31 |
| | TOTAL COSTS | | $42.87 |

| | | | |
|---|---|---|---|
| | TOTAL THIS BILL | | $42.87 |

Page 1