# EXHIBIT C

## Forty-Second Monthly

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #25184 under case no. 01-01139. Also available upon request from Ogilvy Renault LLP.