# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: June 22, 2010 @ 4:00 p.m. |
| | ) | Hearing Date: September 13, 2010 @ 10:30 a.m. |
| | ) | |

## SECOND MONTHLY APPLICATION OF THE HOGAN FIRM AS COUNSEL TO THE REPRESENTATIVE COUNSEL AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS

| | |
|---|---|
| Name of Applicant: | The Hogan Firm |
| Authorized to Provide Professional Services to: | Lauzon Bélanger and Scarfone Hawkins LLP ("Representative Counsel") as Special Counsel for the Canadian ZAI Claimants by Appointment Order, Dated March 19, 2010 [Docket No. 24508] |
| Date of Retention: | March 19, 2010 *nunc pro tunc* to December 21, 2009 |
| Period for which compensation and reimbursement is sought: | April 1, 2010, through April 30, 2010 |
| Amount of compensation sought as actual, reasonable and necessary: | $    37,248.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $        562.10 |

This is Applicant's Second Monthly Application.

### Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24701 | December 22, 2009 - March 31, 2010 | $  56,262.00 | $  2,056.92 | Pending | Pending |

**Fee Detail by Professional for the Period of April 1, 2010, through April 30, 2010:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Daniel K. Hogan | President. Member DE bar since 1990 | $350.00 | 46.60 | $ 16,310.00 |
| Karen E. Harvey | Paralegal - since 1996 | $190.00 | 90.40 | $ 17,176.00 |
| Gillian L. Andrews | Paralegal - since 2006 | $190.00 | 8.10 | $  1,539.00 |
| Gabrielle Palagruto | Paralegal - since 2008 | $190.00 | 11.70 | $  2,223.00 |
| **Grand Total** | | | **156.80** | **$ 37,248.00** |
| Blended Rate | | | | $      237.55 |
| Blended Rate (excluding paralegal time): | | | | $      350.00 |

**Monthly Compensation by Matter Description for the Period of April 1, 2010, through April 30, 2010:**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 7.0 | 2,258.00 |
| Fee Applications, Applicant | 31.2 | 6,088.00 |
| Fee Applications, Others | 113.4 | 27,082.00 |
| Hearings | 1.5 | 525.00 |
| Plan and Disclosure Statement | 3.0 | 1,050.00 |
| Meetings | 0.7 | 245.00 |
| **TOTAL** | **156.8** | **$ 37,248.00** |

**Monthly Expense Summary for the Period April 1, 2010, through April 30, 2010**:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopies (In House) | 5,621 copies @ .10 (Invoiced @ .10) | $   562.10 |
| CM/ECF | U.S. Bankruptcy Court | 0.00 |
| Court Telephonic Appearance | CourtCall | 0.00 |
| Postage | N/A | 0.00 |
| Outside Copy & Serve | IKON Office Solutions | 0.00 |
| **TOTAL** | | **$   562.10** |

PLEASE TAKE NOTICE that The Hogan Firm (the "Applicant") has today filed this

Notice of Monthly Fee and Expenses Invoice for April 1, 2010, through April 30, 2010, (this

"Monthly Fee Statement")[1] pursuant to the terms of the Modified Order Granting Application

Authorizing Retention of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the

Canadian ZAI Claimants [Docket No. 24509] and the Amended Administrative Order Under 11

U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and

Reimbursement of Expenses for Professionals and Official Committee Members [Docket No.

1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee

Statement, if any, must be filed on or before June 22, 2010, at 4:00 p.m. (prevailing Eastern Time)

---

[1] Applicant's Invoice for April 1, 2010, through April 30, 2010, is attached hereto as **Exhibit A.**

(the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period April 1, 2010, through April 30, 2010, an allowance be made to The Hogan Firm for compensation in the amount of $37,248.00 and actual and necessary expenses in the amount of $562.10 for a total allowance of $37,810.10; Actual Interim Payment of $29,798.40 (80% of the allowed fees) and reimbursement of $562.10 (100% of the allowed expenses) be authorized for a total payment of $30,360.50; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee.   A true and correct copy of the Certification of Daniel K. Hogan is attached hereto as **Exhibit B**.

Dated: June 1, 2010                          Respectfully submitted,

                                        By:     */s/ Daniel K. Hogan*_____
                                                Daniel K. Hogan (DE Bar No. 2814)
                                                THE HOGAN FIRM
                                                1311 Delaware Avenue
                                                Wilmington, Delaware 19806
                                                Telephone: 302.656.7540
                                                Facsimile: 302.656.7599
                                                Email: dkhogan@dkhogan.com

                                                **Counsel to the Representative Counsel as Special
                                                Counsel for the Canadian ZAI Claimants**

# EXHIBIT A



# THE HOGAN FIRM

Attorneys at Law
1311 Delaware Avenue
Wilmington, DE  19806
EIN 51-0352711

302-656-7540

Invoice submitted to:

*Lauzon Belanger, inc.*

*c/o Yves Lauzon*

*Lauzon Belanger inc.*

*286, rue St-Paul Quest, bureau 100*

*Montreal, QUEBEC H2Y 2A3*

*Canada*


May 03, 2010
In Reference To: *Canadian Zonolite Claimants*
*WRGrace Chapter 11 Bankruptcy*
*Our File No. 060124-01*

Invoice #  16881


### Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/1/2010 | DKH | E-mail correspondences with Careen Hannouche concerning compliance with Bankruptcy Rules relating to fee applications. | 0.20 350.00/hr | 70.00 |
| 4/2/2010 | KEH | E-mail correspondence from Deanna Boll transmitting a copy of the order regarding fee applications. | 0.10 190.00/hr | 19.00 |
| 4/5/2010 | DKH | E-mail correspondence with Matt Moloci transmitting order governing the fee applications we will file as Special Counsel. | 0.10 350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 4/19/2010 at 10:30 AM. | 0.30 350.00/hr | 105.00 |
| 4/8/2010 | DKH | E-mail correspondence with Nathaniel J Kritzer concerning status of fee applications. | 0.10 350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Statement of Professionals' Compensation from January 1, 2010 through March 31, 2010 Filed by W.R. Grace & Co., et al. | 0.30 350.00/hr | 105.00 |
| 4/9/2010 | KEH | Meeting with DKHogan, re: monthly fee applications | 0.30 190.00/hr | 57.00 |

Lauzon Belanger, inc.                                          *5/3/2010*   *16881*          Page   2

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/9/2010 | KEH | Review Amended Administrative Order, re: procedures for interim compensation and reimbursement of expenses; review Local form 101, docket and research form of application. | 0.60<br>190.00/hr | 114.00 |
| 4/12/2010 | KEH | Meeting with DKHogan, re: Fee Application per retention order and substantial contribution application; prepare history statement for time period 12/22/09 thru 03/31/10. | 0.80<br>190.00/hr | 152.00 |
|  | DKH | E-mail correspondence with Careen Hannouche concerning the adjustment of their time dockets and requesting more detail regarding the billing in tenths of an hour (six minutes).  Met with paralegal to resolve issue. | 0.40<br>350.00/hr | 140.00 |
|  | DKH | E-mail correspondence with Karen E. Harvey.  Reviewed appointment orders for period of first applications. | 0.30<br>350.00/hr | 105.00 |
| 4/13/2010 | KEH | Created reports for preparation of fee application for December thru March; category breakdown on reports. | 3.50<br>190.00/hr | 665.00 |
|  | KEH | Begin draft of first fee application for December 22, 2009 through March 31, 2010. | 3.50<br>190.00/hr | 665.00 |
|  | DKH | E-mail correspondence with David Thompson concerning receipt of special counsel appointment order at the May 3rd hearing; replied to David Thompson by phone call; telephone conversation with Matt Moloci concerning emails. | 0.50<br>350.00/hr | 175.00 |
| 4/14/2010 | KEH | Further preparation of THF First Fee application, certificate of service to Notice Parties pursuant to Amended Administrative Order. | 2.20<br>190.00/hr | 418.00 |
|  | KEH | Review docket for task code information and omnibus hearing dates; email to Nathaniel Kritzer at Kirkland Ellis. | 0.40<br>190.00/hr | 76.00 |
|  | KEH | Begin draft of THF Quarterly fee application. | 2.00<br>190.00/hr | 380.00 |
|  | KEH | Review substantial contribution information and resume draft of application. | 2.30<br>190.00/hr | 437.00 |
|  | DKH | E-mail correspondence with Matt Moloci concerning elements of the Special Counsel fee applications and the monthly and quarterly submissions. | 0.30<br>350.00/hr | 105.00 |
| 4/15/2010 | KEH | Preparation of fee applications and related documents. | 3.50<br>190.00/hr | 665.00 |
|  | DKH | E-mail correspondence with Matt Moloci concerning issues related to fee applications. | 0.30<br>350.00/hr | 105.00 |

Lauzon Belanger, inc.                                         *5/3/2010*    *16881*         Page    3

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 4/15/2010 | DKH | E-mail correspondence with Matt Moloci concerning the submission of their invoices in support of both the motion for substantial contribution and the Special Counsel fee applications. | 0.30 350.00/hr | 105.00 |
| 4/16/2010 | KEH | Further preparation of monthly & quarterly fee applications; certificates of service; affidavit of service; notice of application. | 8.20 190.00/hr | 1,558.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing (related document(s)[24568]) Filed by W.R. GRACE & CO.. Hearing scheduled for 4/19/2010 at 10:30 AM. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with Careen Hannouche transmitting disbursement summaries (from the outset of the file to Aug. 31, 2008 and from Sept. 1, 2008 to Dec. 20, 2009); reviewed same. | 1.50 350.00/hr | 525.00 |
| 4/18/2010 | DKH | Read CCAA materials  in preparation for drafts of substantial contribution motions for the Hogan Firm and for Representative Counsel in connection with the provisions of the Amended and Restated Minutes of Settlement. | 2.50 350.00/hr | 875.00 |
| 4/19/2010 | DKH | Attended omnibus hearing. | 1.50 350.00/hr | 525.00 |
|  | DKH | Worked on First Monthly and First Quarterly Fee Applications as Special Counsel to Canadian ZAI Claimants. | 2.00 350.00/hr | 700.00 |
| 4/20/2010 | KEH | Preparation of substantial contribution application for THF for the period September 1, 2008 through December 21, 2009. | 7.50 190.00/hr | 1,425.00 |
|  | DKH | Worked on substantial contribution motions for the Hogan Firm and for Representative Counsel in connection with the provisions of the Amended and Restated Minutes of Settlement. | 3.00 350.00/hr | 1,050.00 |
| 4/21/2010 | KEH | Review invoice detail from Lauzon Belanger and begin breakdown of same. | 6.50 190.00/hr | 1,235.00 |
|  | DKH | E-mail correspondence with Matt Moloci and Keith Ferbers concerning issues related to confirmation timing and the Bruce 7 Thundersky claims. | 0.30 350.00/hr | 105.00 |
| 4/22/2010 | KEH | Begin draft Repr Counsel's First Sub Contr Application; E-mail correspondence with 'mbelanger@lauzonbelanger.qc.ca';'careen.hannouche@lauzonbelanger.qc.ca', re: balancing of hours for professional services. | 7.50 190.00/hr | 1,425.00 |
|  | KEH | E-mail correspondence with 'thompson@shlaw.ca';'moloci@shlaw.ca', re: invoice detail for preparation of applications. | 0.20 190.00/hr | 38.00 |

Lauzon Belanger, inc.                                         *5/3/2010*   *16881*        Page   4

|  |  | | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 4/22/2010 | DKH | Reviewed Representative Counsel's substantial contribution application and determined that the attached breakdown of services does not appear to be in balance.  Met with Karen Harvey to resolve. | 0.50 350.00/hr | 175.00 |
|  | DKH | E-mail correspondence with Careen Hannouche concerning changes to the supporting documentation for the Lauzon Belanger substantial contribution motion.  Reviewed information provided. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Amended Chapter 11 Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders as Modified Through March 19, 2010 (related document(s)[20872]) Filed by W.R. Grace & Co., et al. | 2.00 350.00/hr | 700.00 |
| 4/23/2010 | KEH | Continue preparation of applications for substantial contribution. | 3.00 190.00/hr | 570.00 |
|  | KEH | Preparation of THF's fee applications (quarterly and monthly). | 5.30 190.00/hr | 1,007.00 |
|  | DKH | E-mail correspondence with Matt Moloci concerning fact that their draft time and disbursement summaries are very lengthy and they have encountered some difficulties in reformatting them to meet the guidelines. | 0.20 350.00/hr | 70.00 |
| 4/26/2010 | KEH | Further preparation of applications and breakdown of time summaries of Lauzon Belanger and Scarfone Hawkins. | 9.20 190.00/hr | 1,748.00 |
|  | DKH | Teleconference with Representative Counsel concerning issues related to fee applications and motions for substantial contribution. | 0.70 350.00/hr | 245.00 |
|  | DKH | E-mail correspondence with Careen Hannouche transmitting time summaries in support of the substantial contribution motions (pre-Aug 3, 2008 as well as Sept 1,2008 to Dec 20, 2009); reviewed same. | 1.00 350.00/hr | 350.00 |
|  | DKH | E-mail correspondence with Careen Hannouche concerning Member Services charges on the September 1, 2008 to December 20, 2009 time summary. | 0.10 350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with Careen Hannouche transmitting revised time summary for Lauzon Belanger.  Reviewed same. | 0.60 350.00/hr | 210.00 |
|  | DKH | E-mail correspondence with Karen E. Harvey; reviewed and revised verifications and certifications.  Reviewed local rule concerning verifications for fee applications. | 0.40 350.00/hr | 140.00 |

Lauzon Belanger, inc.                                            *5/3/2010*   *16881*        Page   5

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 4/26/2010 | DKH | E-mail correspondence with Matt Moloci concerning why Lauzon Belanger's time entries begin in April, 2005. | 0.20 350.00/hr | 70.00 |
| 4/27/2010 | KEH | Revise fee applications of THF per Dan Hogan's instructions. | 1.50 190.00/hr | 285.00 |
|  | DKH | Received and reviewed numerous emails from Representative Counsel in support of substantial contribution motions. Reviewed motion records from the CCAA proceeding in aid of preparation of substantial contribution motions. | 3.00 350.00/hr | 1,050.00 |
|  | DKH | E-mail correspondence with Cindy Yates transmitting Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice for each Scarfone Hawkins attorney involved in case. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with Careen Hannouche transmitting time summary from December 21, 2009 to March 31, 2010 for fee applications.  Reviewed same for compliance with rules. | 0.80 350.00/hr | 280.00 |
|  | DKH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins  time summary and disbursement receipts for the period September 1, 2008 to December 20, 2009.  Reviewed same. | 1.00 350.00/hr | 350.00 |
|  | DKH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins summary for the period February 9, 2005 (date of our first involvement in this matter), to August 31, 2008.  Reviewed same. | 1.00 350.00/hr | 350.00 |
|  | DKH | E-mail correspondence with Bridget Scott transmitting Order of Justice Farley dated November 14, 2005, together with a copy of His Honour's Reasons for Decision as reported on Westlaw.  Reviewed same. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with Bridget Scott transmitting Motion Record of Representative Counsel for settlement approval of original Minutes of Settlement in September, 2008.  Reviewed same. | 0.50 350.00/hr | 175.00 |
|  | DKH | E-mail correspondence with Careen Hannouche transmitting chart of the hours spent by each of the 5 employees of our member services team.  Reviewed same. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with Jill Medeiros transmitting Parsons v. Canadian Red Cross Society, 2000 CarswellOnt 2174 and McCarthy v. Canadian Red Cross Society, 2001 CarswellOnt 2255; reviewed same. | 0.30 350.00/hr | 105.00 |
| 4/28/2010 | KEH | Further preparation of applications for Repr Counsel; emails to/from Careen Hannouche and Cindi Yates, re: changes needed; category breakdown of fees for application. | 10.50 190.00/hr | 1,995.00 |

Lauzon Belanger, inc.                                                   *5/3/2010*    *16881*           Page    6

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 4/28/2010 | GLA | Coding the breakdown of fee for Substantial Contribution Application | 3.90<br>190.00/hr | 741.00 |
|  | DKH | Worked on draft of Representative Counsel's motion for Substantial Contribution of $2M. Worked on portions of argument related to issue of comity and issues related to Canadian law. | 4.00<br>350.00/hr | 1,400.00 |
|  | DKH | E-mail correspondence with Careen Hannouche transmitting October 2004 to October 2005 for time entries; reviewed same. | 0.40<br>350.00/hr | 140.00 |
|  | DKH | E-mail correspondence with Cindy Yates concerning the issue of payment of GST/QST inclusion in the fee applications. | 0.10<br>350.00/hr | 35.00 |
|  | GP | Calculating breakdown of fees for projected categories for the Substantial Contribution Application | 4.50<br>190.00/hr | 855.00 |
| 4/29/2010 | GLA | Review of draft Motion for Substantial Contribution for Bluebook cites and other editorial review | 2.20<br>190.00/hr | 418.00 |
|  | GLA | Compiling exhibits to Motion for Substantial Contribution | 0.30<br>190.00/hr | 57.00 |
|  | DKH | Worked on drafts of two substantial contribution motions in favor of Representative Counsel; read Canadian case law on justification of class action counsel fees. | 4.50<br>350.00/hr | 1,575.00 |
|  | DKH | Reviewed and revised drafts of Monthly and Quarterly Fee applications for Scarfone Hawkins and Lauzon Belanger for filing. | 2.00<br>350.00/hr | 700.00 |
|  | DKH | E-mail correspondence with Cindy Yates transmitting the final version of Special Counsel Fee Application (December 21, 2009 to March 31, 2010).  Reviewed same. | 0.40<br>350.00/hr | 140.00 |
|  | DKH | E-mail correspondence with Cindy Yates transmitting amended time summary with respect to Substantial Contribution Fee Application (September 1, 2008 to December 20, 2009).  Reviewed same. | 0.40<br>350.00/hr | 140.00 |
|  | DKH | E-mail correspondence with Karen E. Harvey; reviewed and revised Scarfone Hawkins First Monthly Application. | 0.40<br>350.00/hr | 140.00 |
|  | DKH | E-mail correspondence with Karen E. Harvey.  Reviewed and revised the First Quarterly Application for Scarfone Hawkins. | 0.50<br>350.00/hr | 175.00 |
|  | DKH | E-mail correspondence with Karen E. Harvey.  Reviewed and revised First Monthly Application for Lauzon Belanger. | 0.40<br>350.00/hr | 140.00 |
|  | DKH | E-mail correspondence with Karen E. Harvey.  Reviewed and revised First Quarterly Application for Lauzon Belanger. | 0.30<br>350.00/hr | 105.00 |

Lauzon Belanger, inc.                                                 *5/3/2010*    *16881*         Page    7

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 4/29/2010 | GP | Further calculations for breakdown of fees for projected categories for the Substantial Contribution Application | 5.20 190.00/hr | 988.00 |
|  | KEH | Further preparation of substantial contribution applications for Rep Counsel - auditing and breakdown of hours on time summaries. | 7.30 190.00/hr | 1,387.00 |
| 4/30/2010 | KEH | Preparation final of monthly and quarterly fee application for Rep Counsel for period from Dec. 21, 2009 to March 31 2010. | 3.00 190.00/hr | 570.00 |
|  | GLA | Making changes on hard copy of Motion for Substantial Contribution | 1.70 190.00/hr | 323.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed filing receipts for monthly and quarterly fee applications for Representative Counsel for December 21, 2009 to March 31, 2010. | 0.50 350.00/hr | 175.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Notice of Service /Notice of Filing [Proposed] Order Confirming First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders as Modified Through 2010 (related document(s)[24657]) Filed by W.R. Grace & Co., et al. | 1.00 350.00/hr | 350.00 |
|  | GP | Calculations for breakdown of fees for projected categories for the Substantial Contribution Application | 2.00 190.00/hr | 380.00 |
|  | DKH | Continued drafting substantial contribution motions for Representative Counsel applications. | 4.00 350.00/hr | 1,400.00 |
|  | KEH | Preparation final of monthly and quarterly fee application for The Hogan Firm for period from Dec. 2009 to March 2010. | 1.50 190.00/hr | 285.00 |

*For professional services rendered*                                156.80    *$37,248.00*

**Additional Charges :**

4/30/2010 Photocopies - Rep Counsel & THF fee applications and substantial contribution applications.                                                          562.10

*Total additional charges*                                                    *$562.10*

*Total amount of this bill*                                                  *$37,810.10*

*Previous balance*                                                          *$15,696.53*

Lauzon Belanger, inc.                                                                              *5/3/2010*       *16881*            Page      8

|  | *Amount* |
|---|---|
| **Accounts receivable transactions** | |
| 4/26/2010  Payment - Thank You. Check No. 969 7090 | ($15,696.53) |
| *Total payments and adjustments* | *($15,696.53)* |
| **Balance due** | **$37,810.10** |

*****TERMS: PAYMENT DUE UPON RECEIPT*****

INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Daniel K. Hogan | 46.60 | 350.00 | $16,310.00 |
| Gabrielle Palagruto | 11.70 | 190.00 | $2,223.00 |
| Gillian Andrews | 8.10 | 190.00 | $1,539.00 |
| Karen E. Harvey | 90.40 | 190.00 | $17,176.00 |

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

STATE OF DELAWARE      :
                                : ss
COUNTY OF NEW CASTLE   :

I, Daniel K. Hogan, after being duly sworn according to law, depose and say as follows:

1.     I am the sole shareholder of the applicant firm, The Hogan Firm ("Firm"), and I am admitted to appear before this Court.

2.     The Firm has rendered professional services as counsel to Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants by appointment order, dated March 19, 2010 [Docket No. 24508].

3.     I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of The Hogan Firm.

4.     I have reviewed the foregoing application of The Hogan Firm and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

_____
Daniel K. Hogan (DE #2814)

SWORN AND SUBSCRIBED
Before me this ___1st___ day of June, 2010.

_____
Notary Public
My Commission Expires: __6/19/2013__

GILLIAN LORRAINE ANDREWS
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires June 19, 2013