# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., _et. al._, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: June 22, 2010 @ 4:00 p.m. |
| | ) | Hearing Date: September 13, 2010 @ 10:30 a.m. |
| | ) | |

**SECOND MONTHLY APPLICATION OF SCARFONE HAWKINS LLP
AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS**

Name of Applicant:                                    Scarfone Hawkins LLP

Authorized to Provide
Professional Services to:                         Canadian Zonolite Attic Insulation Claimants
                                                                    ("Canadian ZAI Claimants")

Date of Retention:                                     March 19, 2010 _nunc pro tunc_ December 21, 2009

Period for which compensation
and reimbursement is sought:              April 1, 2010, through April 30, 2010

Amount of compensation sought
as actual, reasonable and necessary:   $    14,765.25

Amount of expense reimbursement
(includes Goods and Services Tax of 5%)
sought as actual, reasonable and necessary:  $     812.67

This Applicant's Second Monthly Application.

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| April 30, 2010 Dkt. 24697 | December 21, 2009 - March 31, 2010 | $ 98,678.75 | $ 10,399.55 | Pending | Pending |

**Fee Detail by Professional for the Period of April 1, 2010, through April 30, 2010:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| David Thompson | Partner, 22 Years 1988 | $475.00 | 16.95 | 8,051.25 |
| Matthew G. Moloci | Partner, 11 Years 1998 | $375.00 | 17.40 | 6,525.00 |
| Law Clerk | | $90.00 | 2.10 | 189.00 |
| **Grand Total** | | | **36.45** | **$ 14,765.25** |
| Blended Rate | | | | 405.08 |

**Monthly Compensation by Matter Description for the Period of April 1, 2010, through April 30, 2010**:

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 04 - Case Administration | 6.50 | 2,787.50 |
| 11 - Fee Applications, Applicant | 29.95 | 11,977.75 |
| 12 - Fee Applications, Others | N/A | 0.00 |
| 14 - Hearings | N/A | 0.00 |
| 16 - Plan and Disclosure Statement | N/A | 0.00 |
| 24 - Other | N/A | 0.00 |
| **TOTAL** | **36.45** | **$14,765.25** |

**Monthly Expense Summary for the Period April 1, 2010, through April 30, 2010**:

| Expense Category | Service Provider (if applicable) | Total Expenses |
| --- | --- | --- |
| Photocopies (In House) | | 0.00 |
| Postage | | .57 |
| Courier | Federal Express | 41.00 |
| Tabs/Binding Costs | | 0.00 |
| Travel – Airfare | | 0.00 |
| Travel – Meals | | 0.00 |
| Travel – Parking | | 0.00 |
| Travel – Hotel Accommodations | | 0.00 |
| Travel – Mileage/Taxi | | 0.00 |
| Long Distance Calls | | 29.30 |
| Chase Process Servers | | 0.00 |
| CCAA Fees | | 0.00 |
| Goods & Services Tax @ 5% | | 741.80 |
| **TOTAL** | | **$812.67** |

PLEASE TAKE NOTICE that Scarfone Hawkins LLP (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for April 1, 2010, through April 30, 2010, (this "Monthly Fee Statement")[1] pursuant to the Modified Order Granting The Canadian ZAI Claimants' Application for Appointment of Special Counsel [Docket No. 24508] and the

---

[1] Applicant's Invoice for April 1, 2010, through April 30, 2010, is attached hereto as **Exhibit A.**

Page | 3

Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before June 22, 2010, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or a partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant at a later date, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period April 1, 2010, through April 30, 2010, an allowance be made to Scarfone Hawkins LLP for compensation in the amount of $ 14,765.25, and actual and necessary expenses in the amount of

$812.67 (includes 5% Goods & Services Tax) for a total allowance of $15,577.92; Actual Interim Payment of $11,812.20 (80% of the allowed fees) and reimbursement of $812.67 (100% of the allowed expenses) be authorized for a total payment of $12,624.87; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee. A true and correct copy of the Certification of David Thompson is attached hereto as **Exhibit B**.

Dated: June 1, 2010                                  Respectfully submitted,

                                    By:     */s/ Daniel K. Hogan*
                                            Daniel K. Hogan (DE Bar No. 2814)
                                            THE HOGAN FIRM
                                            1311 Delaware Avenue
                                            Wilmington, Delaware 19806
                                            Telephone: 302.656.7540
                                            Facsimile: 302.656.7599
                                            Email: dkhogan@dkhogan.com

                                            **Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants**

# EXHIBIT A

W.R. GRACE & CO., et al.

CDN ZAI CLASS ACTION

U.S. MONTHLY FEE APPLICATION
DATE: April 30, 2010
OUR FILE NO: 05L121

## Scarfone Hawkins LLP
B A R R I S T E R S   A N D   S O L I C I T O R S

ONE JAMES STREET SOUTH
14TH FLOOR
P.O. BOX 926, DEPOT #1
HAMILTON, ONTARIO
L8N 3P9

TELEPHONE
905-523-1333

TELEFAX
905-523-5878

G.S.T. REGISTRATION NO.   **873984314 RT – 0001**

**CANADIAN ZAI SPECIAL COUNSEL MONTHLY FEE APPLICATION**
**(April 1, 2010 to April 30, 2010)**

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 04 /01/10 | *Email from Careen Hannouche regarding time and disbursement summaries in support of substantial contribution and special counsel fee applications; review; conferences with Cindy Yates regarding format of fee applications; review and provide directions* | MGM | $375.00 | 0.40 | $150.00 |
| 04 /05/10 | *Email from Dan Hogan attached order governing fee applications; review; email instructions to Cindy Yates and Andrea Ingraudo regarding preparation of time and disbursement summaries for fee applications;* | MGM | $375.00 | 0.40 | $150.00 |
| 04 /06/10 | *receipt Matt Moloci memo and Dan Hogan email re: status of time summaries for fee application to US court* | DT | $475.00 | 0.25 | $118.75 |
| 04 /06/10 | *receipt Justice Morawetz order amending representation order, memos to and from Matt Moloci, circulate Order, etc.* | DT | $475.00 | 0.25 | $118.75 |
| 04 /08/10 | *discuss with Matt Moloci re: status of time summaries that are being prepared for US fee application* | DT | $475.00 | 0.25 | $118.75 |
| 04 /08/10 | *memo to file re: breakdown of dockets for time summaries and special counsel fee application, etc., memo to Cindy Yates, further discuss format and particulars with Matt Moloci* | DT | $475.00 | 0.35 | $166.25 |
| 04 /12/10 | *review and amend memo re: pending fee application, discuss same with Matt Moloci* | DT | $475.00 | 0.25 | $118.75 |
| 04 /12/10 | *Email from Don Hawkins forwarding email inquiry from possible CDN ZAI PD claimant; conference with David Thompson regarding preparation of fee application materials; email from Cindy Yates regarding draft substantial contribution fee application;* | MGM | $375.00 | 0.30 | $112.50 |
| 04 /13/10 | *memo to MGM re: "substantial contribution and special counsel applications, follow-up with Dan Hogan re: May 3rd and June 7th hearings* | DT | $475.00 | 0.40 | $190.00 |

| 04 /13/10 | receipt Keith Ferbers email requesting update and answers to inquiries regarding substantial contribution and special counsel fee applications, position of Crown regarding settlement and status of U.S. proceeding regarding Plan approval, | DT | $475.00 | 0.10 | $47.50 |
|---|---|---|---|---|---|
| 04 /13/10 | various follow-ups, emails to and from Dan Hogan, telephone to Dan Hogan re: appointment order, etc., receipt and review orders, etc., memo to file, meet and discuss with Matt Moloci, review status of docket summaries with Cindy Yates for May 3rd and April 28th filing deadlines | DT | $475.00 | 1.00 | $475.00 |
| 04 /13/10 | receipt Keith Ferbers' email, discuss with Matt Moloci, memos to and from Matt Moloci, etc. | DT | $475.00 | 0.35 | $166.25 |
| 04 /13/10 | Email from Cindy Yates regarding U.S. substantial contribution applications and review of time and disbursement summary; further email from David Thompson with attached memorandum concerning U.S. substantial contribution applications; review and reply to Thompson; email from Thompson to Dan Hogan regarding substantial contribution and special counsel fee applications; further emails from and to Thompson and Hogan; meeting with Cindy Yates and Andrea Ingraudo regarding fee applications and further preparation of time and disbursement summaries; email to Yates and Ingraudo with summary of applications and materials; conferences with Thompson; | MGM | $375.00 | 1.20 | $450.00 |
| 04 /13/10 | Email from Keith Ferbers regarding U.S. proceeding and status of settlement; email reply to Keith Ferbers; | MGM | $375.00 | 0.30 | $112.50 |
| 04 /14/10 | Emails from and to Evatt Merchant inquiry regarding Asbestos PI Trust Distribution and claims process; email reply from David Thompson regarding Merchant inquiry; | MGM | $375.00 | 0.30 | $112.50 |
| 04 /14/10 | Further review and revisions to draft time and disbursement summaries; email further instructions to Andrea Ingraudo; email to Dan Hogan regarding form and content of time and disbursement summaries for fee applications; | MGM | $375.00 | 0.70 | $262.50 |
| 04 /15/10 | memo to Cindy Yates re: status of application materials, receipt Matt Moloci memo and Dan Hogan re: timing and filing requirements for special counsel fee application | DT | $475.00 | 0.35 | $166.25 |
| 04 /15/10 | receipt Keith Ferbers' email requesting update and answers to inquiries regarding substantial contribution and special counsel fee applications, position of Crown regarding settlement and status of U.S. proceeding regarding Plan approval, discuss approach and response with Matt Moloci, memos to and from Matt Moloci | DT | $475.00 | 0.25 | $118.75 |
| 04 /15/10 | Emails from and to David Thompson regarding Evatt Merchant inquiry concerning Asbestos PI Trust Distribution and claims process; | MGM | $375.00 | 0.10 | $37.50 |
| 04 /15/10 | telephone calls to and from Allison Kuntz regarding motion materials from November, 2005, in preparation of substantial contribution materials in U.S. application; | MGM | $375.00 | 0.20 | $75.00 |
| 04 /15/10 | Email from Keith Ferbers future personal injury claims, role of future claims representative and other issues in pending U.S. fee applications; email to David Thompson regarding response to Ferbers; email reply to Keith Ferbers' inquiries; | MGM | $375.00 | 0.40 | $150.00 |
| 04 /15/10 | Email from Karen Harvey of Hogan Law Firm with responses to inquiries concerning modified order appointing | MGM | $375.00 | 0.20 | $75.00 |

| Date | Description | Atty | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | *special counsel and form and content of monthly and quarterly fee applications; review and reply to Harvey;* | | | | |
| 04/16/10 | *receipt Matt Moloci memo re: information officer's reports and list of class actions from Crown's materials, etc., memo to Matt Moloci, etc.* | DT | $475.00 | 0.35 | $166.25 |
| 04/16/10 | *Further review and revisions to materials in support of substantial contribution fee applications; emails from and to Allison Kuntz regarding motion materials from 2005; review 16th Report of the Information Officer; email to David Thompson; instructions to Andrea Ingraudo regarding draft time and disbursement summaries; email from Careen Hannouche with attached time and disbursements summaries of Lauzon Belanger; review; email from Dan Hogan regarding Lauzon Belanger report;* | MGM | $375.00 | 1.20 | $450.00 |
| 04/16/10 | *Email from David Thompson with attached letter from possible CDN ZAI claimant Steven MacGregor; teleconference with MacGregor; dictate report to Thompson;* | MGM | $375.00 | 0.80 | $300.00 |
| 04/19/10 | *receipt and review Careen Hannouche email and draft summaries, etc., letter to Dan Hogan, memo to Matt Moloci re: telephone call to Dan Hogan and telephone call to Michel Belanger to discuss draft summaries* | DT | $475.00 | 0.50 | $237.50 |
| 04/19/10 | *discuss with Matt Moloci re: status of docket summaries, etc., receipt Keith Ferbers' email* | DT | $475.00 | 0.25 | $118.75 |
| 04/19/10 | *memos to and from Matt Moloci re: Keith Ferbers email and response* | DT | $475.00 | 0.10 | $47.50 |
| 04/19/10 | *Receive further emails from Dan Hogan to Careen Hannouche regarding time and disbursement summaries of Lauzon Belanger;* | MGM | $375.00 | 0.30 | $112.50 |
| 04/19/10 | *Conferences with David Thompson regarding draft fee applications, time and disbursement summaries and submissions; emails from and to Thompson;* | MGM | $375.00 | 0.20 | $75.00 |
| 04/19/10 | *Email from Jill Medeiros with memo to file regarding possible CDN ZAI PI claimant Steven McGregor;* | MGM | $375.00 | 0.10 | $37.50 |
| 04/19/10 | *Further email from Keith Ferbers regarding future personal injury claims and substantial contribution applications; emails from and to David Thompson regarding response to Ferbers; email reply to Ferbers;* | MGM | $375.00 | 0.50 | $187.50 |
| 04/20/10 | *receipt Keith Ferbers' email requesting meeting of co-counsel in Winnipeg* | DT | $475.00 | 0.10 | $47.50 |
| 04/20/10 | *Conference with David Thompson regarding status of substantial contribution fee application materials; conference with Cindy Yates and Andrea Ingraudo regarding substantial contribution fee application materials; review and provide further directions; email from Keith Ferbers regarding co-counsel arrangement and substantial contribution fee applications;* | MGM | $375.00 | 0.80 | $300.00 |
| 04/20/10 | *Email inquiry from possible CDN ZAI claimant Marianne and John Eckenswiller; review;* | MGM | $375.00 | 0.20 | $75.00 |
| 04/20/10 | *Further email from Keith Ferbers regarding co-counsel agreement and fee applications;* | MGM | $375.00 | 0.10 | $37.50 |
| 04/21/10 | *receipt Dan Hogan email with respect to time summaries, memo to Matt Moloci* | DT | $475.00 | 0.25 | $118.75 |

| Date | Description | Atty | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 04/21/10 | receipt Careen Hannouche letter and Dan Hogan invoice, etc., memo to Cindy Yates | DT | $475.00 | 0.25 | $118.75 |
| 04/21/10 | Email from Dan Hogan to Keith Ferbers regarding role of future claims representative and status of fee applications; conference with David Thompson; | MGM | $375.00 | 0.20 | $75.00 |
| 04/22/10 | receipt 2 Keith Ferbers' emails re: time summaries and inquiries to Careen Hannouche about breakdown, receipt Careen Hannouche email, etc. | DT | $475.00 | 0.25 | $118.75 |
| 04/22/10 | meet and discuss with Cindy Yates re: status of time summaries, etc. | DT | $475.00 | 0.25 | $118.75 |
| 04/22/10 | Email from Karen Harvey to Lauzon Belanger regarding fee application time and disbursement summaries; review; email from Harvey regarding Scarfone Hawkins time and disbursement summaries; further conferences with David Thompson, Cindy Yates and Andrea Ingraudo regarding time and disbursement summaries in support of fee applications; | MGM | $375.00 | 0.40 | $150.00 |
| 04/23/10 | discuss and review with Matt Moloci re: status of time summaries for Dan Hogan, priorities and deadlines, instruct law clerk, Cindy Yates, with respect to priorities and deadlines with respect to submission of time summaries to Dan Hogan | DT | $475.00 | 0.25 | $118.75 |
| 04/23/10 | Email from David Thompson with attached draft email to Keith Ferbers regarding co-counsel agreement and fee applications; review and reply to Thompson; receive Thompson email to Ferbers; email reply from Ferbers; | MGM | $375.00 | 0.30 | $112.50 |
| 04/23/10 | Email from Dan Hogan regarding Scarfone Hawkins' time and disbursement summaries; email to Thompson; conference with Cindy Yates; email reply to Hogan and Karen Harvey; | MGM | $375.00 | 0.10 | $37.50 |
| 04/23/10 | Email from David Thompson to Careen Hannouche and Michel Belanger regarding proposed meeting with Keith Ferbers; | MGM | $375.00 | 0.10 | $37.50 |
| 04/23/10 | Email from Careen Hannouche to Karen Harvey with attached reconciliation of time and disbursements; review | MGM | $375.00 | 0.10 | $37.50 |
| 04/25/10 | Email from Andrea Ingraudo regarding further revisions to time and disbursement summaries in support of fee applications; emails to Cindy Yates and Andrea Ingraudo regarding further revised versions of time and disbursement summaries; email from Ingraudo with further revised time and disbursement summaries; review; | MGM | $375.00 | 0.60 | $225.00 |
| 04/26/10 | memos to and from Matt Moloci re: time summaries, memo to Cindy Yates, review draft substantial contribution materials, memo to Matt Moloci | DT | $475.00 | 0.50 | $237.50 |
| 04/26/10 | memo to Matt Moloci and email to Michel Belanger re: meeting in Winnipeg with Keith Ferbers | DT | $475.00 | 0.10 | $47.50 |
| 04/26/10 | discuss time summaries with Matt Moloci and Cindy Yates, receipt Careen Hannouche email and summaries, receipt Matt Moloci follow-up memo and email to Dan Hogan with respect to time summaries | DT | $475.00 | 0.25 | $118.75 |
| 04/26/10 | receipt Careen Hannouche email, email to Michel Belanger and Careen Hannouche re: possible meeting with Keith Ferbers in Winnipeg | DT | $475.00 | 0.10 | $47.50 |

| 04/26/10 | telephone conference call with Dan Hogan and Matt Moloci re: time summaries and fee application | DT | $475.00 | 0.75 | $356.25 |
|---|---|---|---|---|---|
| 04/26/10 | review quarterly fee application (December 21, 2009 to March 31, 2010), discuss and review with Cindy Yates and Matt Moloci | DT | $475.00 | 1.00 | $475.00 |
| 04/26/10 | Email from Careen Hannouche to Dan Hogan regarding substantial contribution fee applications; meet with Cindy Yates regarding further revised time and disbursement summaries in support of substantial contribution and special counsel fee applications; emails to and from Dan Hogan; teleconference with Hogan and David Thompson regarding fee application submissions and materials; further review and assembly of file documents in support of fee applications; further email to Lauzon Belanger regarding time entries from commencement of proposed class proceedings; further directions to Andrea Ingraudo regarding time and disbursement summaries; receive Karen Harvey email to Lauzon Belanger regarding supporting documents for member services disbursements; | MGM | $375.00 | 1.80 | $675.00 |
| 04/26/10 | Email from Careen Hannouche regarding meeting with Ferbers and resolution of co-counsel issues; email reply from David Thompson proposing meeting with Ferbers in Winnipeg; | MGM | $375.00 | 0.30 | $112.50 |
| 04/27/10 | receipt Careen Hannouche email re: possible meeting with Keith Ferbers in Winnipeg | DT | $475.00 | 0.10 | $47.50 |
| 04/27/10 | discuss with Cindy Yates, review, amend and finalize time summaries, disbursement summaries, receipt and review final version, discuss with Matt Moloci, letter to Dan Hogan | DT | $475.00 | 1.50 | $712.50 |
| 04/27/10 | receipt multiple and various emails all relating to time summaries - Careen Hannouche, Karen Harvey, Matt Moloci memos, discuss and review final versions and transmit to Dan Hogan | DT | $475.00 | 0.75 | $356.25 |
| 04/27/10 | memo to Matt Moloci re: Winnipeg meeting, draft letter to Keith Ferbers | DT | $475.00 | 0.25 | $118.75 |
| 04/27/10 | receipt from Matt Moloci series of emails to Dan Hogan attaching all required backup documentation for fee application, discuss caselaw with Matt Moloci (Parsons v. Red Cross, etc.) | DT | $475.00 | 0.35 | $166.25 |
| 04/27/10 | Email from Cindy Yates to Karen Harvey with time and disbursement summaries for first quarterly fee application December 21, 2009 – March 31, 2010; review and reply to Yates; email from Harvey with questions regarding first quarterly fee application summaries; email reply to Harvey; | MGM | $375.00 | 0.40 | $150.00 |
| 04/27/10 | Email from Cindy Yates to Karen Harvey with time and disbursement summary for substantial contribution application February 2005 to August 2008; | MGM | $375.00 | 0.20 | $75.00 |
| 04/27/10 | Compile documents from file and forward to Dan Hogan by email addressing substantive issues in support of substantial contribution submissions; email reply from Hogan; further emails to Hogan; | MGM | $375.00 | 0.80 | $300.00 |
| 04/27/10 | Emails from and to Karen Harvey regarding further time and disbursement summaries for substantial contribution applications; conferences with David Thompson and Cindy Yates concerning further review, revision and completion of substantial contribution fee applications; email from Andrea | MGM | $375.00 | 0.80 | $300.00 |

| | | | | | |
|---|---|---|---|---|---|
| | *Ingraudo to Cindy Yates regarding revisions to draft substantial contribution fee applications; email from Cindy Yates to Karen Harvey with time and disbursement summary for substantial contribution application September, 2008 to December, 2009;* | | | | |
| 04 /27/10 | *Email from Careen Hannouche regarding proposed meeting with Keith Ferbers in Winnipeg;* | MGM | $375.00 | 0.10 | $37.50 |
| 04 /27/10 | *Email from Careen Hannouche to Karen Harvey regarding member services time and disbursements included in fee application; further email from Hannouche to Harvey with supporting documents and information concerning Lauzon Belanger's member services disbursements; review materials;* | MGM | $375.00 | 0.30 | $112.50 |
| 04 /28/10 | detailed review of 2 substantial contribution fee applications (86 pages each), amend and revise same, etc. | DT | $475.00 | 1.50 | $712.50 |
| 04 /28/10 | meet and review with Matt Moloci, Cindy Yates and Andrea Ingraudo re: revisions and amendments to Substantial Contribution Application (Sept 1, 20008 to Dec 20, 2009), discuss with Cindy Yates, provide direction to Karen Harvey, etc. | DT | $475.00 | 0.50 | $237.50 |
| 04 /28/10 | emails to and from Karen Harvey, etc., further review and discuss time summaries with Cindy Yates | DT | $475.00 | 0.35 | $166.25 |
| 04 /28/10 | *Emails from Careen Hannouche and Karen Harvey regarding corrections to Lauzon Belanger's fee application time and disbursement summaries; review;* | MGM | $375.00 | 0.20 | $75.00 |
| 04 /28/10 | *Email from David Thompson to Keith Ferbers regarding proposed meeting to resolve issues relating to action, U.S. proceeding and co-counsel agreement; email reply from Ferbers;* | MGM | $375.00 | 0.10 | $37.50 |
| 04 /28/10 | *Email from Cindy Yates with comments and corrections to first quarterly fee application as special counsel; review and reply to Yates and Thompson;* | MGM | $375.00 | 0.20 | $75.00 |
| 04 /28/10 | *Review, comments and revisions to two substantial contribution application – Feb 2005 to Aug 2008 and Sep 2008 to Dec 2009; emails from Cindy Yates to Karen Harvey with attached revised substantial contribution applications with corrections;* | MGM | $375.00 | 1.20 | $450.00 |
| 04 /28/10 | *Email from Karen Harvey addressing Canadian Goods & Services Tax and Quebec Harmonized Sales Tax and inclusion in fee applications; email reply from Cindy Yates to Harvey concerning applicable taxes;* | MGM | $375.00 | 0.10 | $37.50 |
| 04 /29/10 | emails to and from Karen Harvey, emails to and from Cindy Yates, discuss and review revised time summaries with Cindy Yates | DT | $475.00 | 0.35 | $166.25 |
| 04 /29/10 | receipt memo re: travel options for Winnipeg meeting with Keith Ferbers, review and consider options, memo to Matt Moloci re: preferences | DT | $475.00 | 0.25 | $118.75 |
| 04 /29/10 | further review and discuss with Cindy Yates re: time summaries and final versions of fee applications for Dan Hogan | DT | $475.00 | 0.25 | $118.75 |
| 04 /29/10 | receipt Michel Belanger email, email to Belanger, draft email to Keith Ferbers, etc. | DT | $475.00 | 0.25 | $118.75 |
| 04 /29/10 | *Various emails from Karen Harvey and Cindy Yates regarding further revisions to draft substantial contribution fee applications;* | MGM | $375.00 | 0.10 | $37.50 |

| Date | Description | | Rate | Hours | Total |
|---|---|---|---|---|---|
| 04/29/10 | Email from David Thompson to Careen Hannouche and Michel Belanger regarding proposed meeting with Keith Ferbers in Winnipeg; | MGM | $375.00 | 0.10 | $37.50 |
| 04/29/10 | long distance call to Karen Harvey to discuss and review time summary for December 31, 2009 to March 31, 2010 | LC | $90.00 | 1.00 | $90.00 |
| 04/29/10 | long distance call to Karen Harvey to discuss and review time summary for December 31, 2009 to March 31, 2010, email to Karen Harvey enclosing final version of said time summary | LC | $90.00 | 1.00 | $90.00 |
| 04/30/10 | receipt Karen Harvey multiple emails, etc., review Applications, executed Certificates, discuss with Cindy Yates, etc. | DT | $475.00 | 0.50 | $237.50 |
| 04/30/10 | receipt and review multiple emails from Karen Harvey - certificates, fee applications, etc., all docket materials, summaries, etc. | DT | $475.00 | 0.50 | $237.50 |
| 04/30/10 | review order re: hearing dates, etc., memo to Cindy Yates, etc. | DT | $475.00 | 0.25 | $118.75 |
| 04/30/10 | receipt Ferbers' email, letter to Ferbers, letter to Belanger, memo to MGM | DT | $475.00 | 0.25 | $118.75 |
| 04/30/10 | various emails from Karen Harvey and Cindy Yates regarding further revisions to draft substantial contribution fee applications; emails from Karen Harvey final confirmation of filing of all fee application materials; | MGM | $375.00 | 0.10 | $37.50 |
| 04/30/10 | Emails from David Thompson to Keith Ferbers and Michel Belanger confirming meeting in Winnipeg; | MGM | $375.00 | 0.10 | $37.50 |
| 04/30/10 | letter to Dan Hogan, sent by courier, enclosing original of duly executed Certificate executed by David Thompson | LC | $90.00 | 0.10 | $9.00 |
| | | | | 36.45 | $14,765.25 |
| | | | **SUB-TOTAL** | | $14,765.25 |

## **TIMEKEEPER SUMMARY**

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 5% G.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON | DT | 16.95 | $475.00 | $8,051.25 | |
| MATTHEW G. MOLOCI | MGM | 17.40 | $375.00 | $6,525.00 | |
| LAW CLERK | LC | 2.10 | $90.00 | $189.00 | |
| **SUB-TOTAL:** | | **36.45** | | **$14,765.25** | **$738.26** |
| **TOTAL FEES AND TAXES:** | | | | | **$15,503.51** |

**DISBURSEMENTS SUMMARY**

| DATE | DISBURSEMENT | GST EXEMPT | GST NON-EXEMPT | PLUS 5% GST | TOTAL |
|---|---|---|---|---|---|
| 12/21/09 | Courier Charge – FedEx to Daniel K. Hogan | | $41.00 | | $41.00 |
| 01/07/10 | Postage | | $0.57 | | $0.57 |
| 03/31/10 | Long Distance Calls – Various calls from April 1, 2010 to April 30, 2010 | | $29.30 | | $29.30 |
| **TOTAL DISBURSEMENTS:** | | | **$70.87** | **$3.54** | **$74.41** |
| **TOTAL FEES, DISBURSEMENTS AND APPLICABLE TAXES:** | | | | | **$15,577.92** |

THIS IS OUR MONTHLY FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

PROVINCE OF ONTARIO     :
                        : ss
CITY OF HAMILTON        :

I, David Thompson, after being duly sworn according to law, depose and say as follows:

1. I am a partner of the applicant firm, Scarfone Hawkins LLP (the "Firm").

2. On February 9, 2006, the CCAA Court entered an Order appointing Lauzon Bélanger Inc. and Scarfone Hawkins LLP as Representative Counsel ("Representative Counsel").

3. On March 19, 2010, this Court signed a Modified Order appointing Representative Counsel as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants *nunc pro tunc* to December 21, 2009, through the effective date of the plan.

4. Special Counsel has rendered professional services as counsel for the Canadian ZAI Claimants.

5. I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of the Firm.

4. I have reviewed the foregoing application of Special Counsel and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

David Thompson

SWORN AND SUBSCRIBED
Before me this 1st day of June, 2010.

_____
Notary Public
My Commission Expires: _____