# EXHIBIT C

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: August 16, 2010 @ 4:00 p.m. |
| | ) | Hearing Date: September 13, 2010 @ 10:30 a.m. |
| | ) | |

## FOURTH MONTHLY APPLICATION OF SCARFONE HAWKINS LLP AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS

Name of Applicant:                                  Scarfone Hawkins LLP

Authorized to Provide
Professional Services to:                           Canadian Zonolite Attic Insulation Claimants
                                                    ("Canadian ZAI Claimants")

Date of Retention:                                  March 19, 2010 *nunc pro tunc* December 21, 2009

Period for which compensation
and reimbursement is sought:                        June 1, 2010, through June 30, 2010

Amount of compensation sought
as actual, reasonable and necessary:     $    23,507.50

Amount of expense reimbursement
(includes Goods and Services Tax of 5%)
sought as actual, reasonable and necessary:  $     2,994.15

This Applicant's Fourth Monthly Application.

[Remainder of Page Intentionally Left Blank]

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. 24697 | December 21, 2009 - March 31, 2010 | $ 98,678.75 | $ 10,399.55 | $ 78,943.00 | $10,399.55 |
| 06/01/2010 Dkt. 24878 | April 1, 2010 – April 30, 2010 | $ 14,765.25 | $ 812.67 | $ 11,812.20 | $ 812.67 |
| 06/30/2010 Dkt. 25015 | May 1, 2010 – May 31, 2010 | $ 21.221.25 | $ 3,327.71 | Pending | Pending |

**Fee Detail by Professional for the Period of June 1, 2010, through June 30, 2010:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| David Thompson | Partner, 22 Years 1988 | $475.00 | 27.20 | 12,920.00 |
| David Thompson – Travel | | $237.50 | 10.00 | 2,375.00 |
| Matthew G. Moloci | Partner, 11 Years 1998 | $375.00 | 16.90 | 6,337.50 |
| Matthew G. Moloci - Travel | | $187.50 | 10.00 | 1,875.00 |
| Law Clerk | | $90.00 | 0.00 | 0.00 |
| **Grand Total** | | | **64.10** | **$23,507.50** |
| Blended Rate | | | | 366.73 |

**Monthly Compensation by Matter Description for the Period of June 1, 2010, through June 30, 2010:**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 04 - Case Administration | 18.70 | 8,232.50 |
| 11 - Fee Applications, Applicant | 21.45 | 9,278.75 |
| 12 - Fee Applications, Others | N/A | 0.00 |
| 14 - Hearings | 1.00 | 425.00 |
| 16 - Plan and Disclosure Statement | N/A | 0.00 |

| 20 - Travel (Non-Working) | 20.00 | 4,250.00 |
| 24 - Other | 2.95 | 1,321.25 |
| **TOTAL** | **64.10** | **$23,507.50** |

**Monthly Expense Summary for the Period June 1, 2010, through June 30, 2010**:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopies (In House) | | 0.00 |
| Postage | | 0.00 |
| Courier | Federal Express to The Hogan Firm | 42.00 |
| Travel – Airfare | West Jet for DT & MGM | 693.26 |
| Travel – Meals | Verses Restaurant; Moe's Deli & Bar | 149.74 |
| Travel – Parking | Toronto Airport Parking | 112.00 |
| Travel – Hotel Accommodations | Hotel Nelligan – DT $331.59 Hotel Nelligan – MGM $309.59 | 641.18 |
| Travel – Mileage/Taxi | | 86.00 |
| Long Distance Calls | | 7.98 |
| CCAA Fees | | 0.00 |
| Goods & Services Tax @ 5% | | 1,261.99 |
| **TOTAL** | | **$2,994.15[1]** |

PLEASE TAKE NOTICE that Scarfone Hawkins LLP (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for June 1, 2010, through June 30, 2010, (this "Monthly Fee Statement")[2] pursuant to the Modified Order Granting The Canadian ZAI Claimants' Application for Appointment of Special Counsel [Docket No. 24508] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised

---

[1]Applicant's receipts for expenses incurred for June 1, 2010, through June 30, 2010, are attached hereto as **Exhibit A.**

[2]Applicant's Invoice for June 1, 2010, through June 30, 2010, is attached hereto as **Exhibit B.**

Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before August 16, 2010, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or a partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant at a later date, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period June 1, 2010, through June 30, 2010, an allowance be made to Scarfone Hawkins LLP for compensation in the amount of $23,507.50, and actual and necessary expenses in the amount of $2,994.15 (includes 5% Goods & Services Tax) for a total allowance of $26,501.65; Actual

Interim Payment of $18,806.00 (80% of the allowed fees) and reimbursement of $2,994.15 (100% of the allowed expenses) be authorized for a total payment of $21,800.15; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee.  A true and correct copy of the Certification of David Thompson is attached hereto as **Exhibit C**.

Dated: July 28, 2010                             Respectfully submitted,

                                  By:      */s/ Daniel K. Hogan*
                                          Daniel K. Hogan (DE Bar No. 2814)
                                          THE HOGAN FIRM
                                          1311 Delaware Avenue
                                          Wilmington, Delaware 19806
                                          Telephone: 302.656.7540
                                          Facsimile: 302.656.7599
                                          Email: dkhogan@dkhogan.com

                                          **Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants**

# EXHIBIT A

# N E L L I G A N

**Scarfone Hawkins**
David Thompson
1 James Street South, 14th Floor
Hamilton , ON , Canada
L8N 3P6

| **Invoice: 175126A** |
| --- |

CheckIn : 23/6/2010
CheckOut: 24/6/2010
Room : 316

Printed on : 24/6/2010 at : 9:37:59

| Date | Description | Quantity | Amount |
| --- | --- | --- | --- |
| 23/6/2010 | Rm Transient - Leisure 316 | 1.00 | 265.00 |
| 24/6/2010 | HN Restos (I) 316 : 613526 | 1.00 | 17.00 |
| 24/6/2010 | HN Restos (I) - Gratuity 316 : 613526 | 1.00 | 2.81 |
| 24/6/2010 | American Express 316 : 101816 | | -331.59 |
| | Room Charge Total: | | 265.00 |
| | Charges Total : | | 19.81 |
| | **Sub-Total :** | | **284.81** |
| | Lodging Tax : | | 9.28 |
| | Federal Tax 144451499 : | | 14.56 |
| | Provincial Tax  1200660150 : | | 22.94 |
| | **Sub-Total :** | | **331.59** |
| | Payment Total : | | -331.59 |
| | **Balance due :** | | **0.00** |

RELEVE DE TRANSACTION

# VERSES RESTAURANT
BRASSERIE MECHANT BOEUF
124 St-Paul Ouest, Montreal QC

## ADDITION #613505

CARTE/CARD:AMERICAN EXPRESS
No. ***********1005 Expi.: ****
Entree/Entry:Lue/Swiped
Client : DAVID THOMPSON
AUTOR./AUTHOR.:568282
Marchand/Retailer:66086150
TERMINAL:11
REFERENCE:66086150 0010015760 S

PREAUTH            **$88.04**

POURBOIRE/TIP      _____

TOTAL              ___\00_____

OO APPROUVEE - MERCI 025

MERCI - THANK YOU
24 JUIN 2010  0:56:55
Nom du serveur : CATHOU H

COPIE DU CLIENT

## Bridget Scott

| | |
|---|---|
| **From:** | Ana Dobson |
| **Sent:** | June 11, 2010 12:08 PM |
| **To:** | Bridget Scott |
| **Subject:** | FW: Expedia travel confirmation - Montreal, PQ - 23 Jun 2010 - (Itin# 132633177888) |

**From:** Expedia.ca Travel Services [mailto:caenmail@expediamail.com]
**Sent:** Friday, June 11, 2010 12:06 PM
**To:** Ana Dobson
**Subject:** Expedia travel confirmation - Montreal, PQ - 23 Jun 2010 - (Itin# 132633177888)

## Travel Confirmation

Thank you for booking your trip with Expedia.ca.

If you have not received information about travel insurance, or have questions about your coverage, contact us at 1-888-EXPEDIA (1-888-397-3342) or from outside North America at +1-613-780-1386. Please note that insurance coverage must be purchased within 5 days of your travel purchase.

Remember that you can always view your itinerary online for the most up-to-date information.

### Flight: Toronto to Montreal

**Traveler names:** David Thompson, Matthew Moloci

| | | | Total ticket cost: | C$456.00 |
|---|---|---|---|---|
| | | | Taxes & Fees: | C$237.26 |
| Toronto (YYZ) to Montreal (YUL) | 23/06/10 4:00 PM - 5:10 PM | WestJet 312 | **Airfare total:** | **C$693.26** |
| Montreal (YUL) to Toronto (YYZ) | 24/06/10 4:40 PM - 5:55 PM | WestJet 677 | | |

## Special requests

We will forward your requests to the travel vendor, but as these are subject to availability we can not guarantee that they will be honored. Some special requests (e.g., ski racks, rollaway beds) may incur additional charges from the vendor.

Free and special meals are not available on many flights.

→ View your itinerary for complete and up-to-date trip details, or to make changes online.

## Customer Support

**Itinerary number: 132633177888**

If you have questions about your reservation, fill out our itinerary assistance form. We'll respond within 24 hours. For immediate assistance call Expedia.ca at 1(888) EXPEDIA (1-888-397-3342) / (+1-613-780-1386) and have the itinerary number ready.

## What else can we help you with?

### 🏨 **Save on hotels** in Montreal

→ Search for more hotels

# KIOSK CHECK-IN

*WESTJET*

Zorolite 05C121



YYZ KSK

MOLOCI/MATTHEW

Flt No. Class Date Time

From: TORONTO INTL   WS  312        23JUN 400P

To:  MONTREAL Trud  BOARD TIME-330P GATE- C26

FFP No.:            YYZ3AKRD09PNR No:  NTXLCQ

E-TKT              SEAT 19D
8383.46410655     SEQ/161

---

*WESTJET*

Name:
MOLOCI/MATTHEW

From: YYZ
To:   YUL

FltWS 312

     23JUN 400P

                  SEAT 19D
E-TKT
WS  YYZKSK
SEQ/161

---

*WESTJET*    KIOSK CHECK-IN    *WESTJET*

YUL KSK

Name: MOLOCI/MATTHEW

Flt No. Class Date Time

From: MONTREAL Trud WS  677        24JUN 440P

To:  TORONTO INTL   BOARD TIME-410P GATE- A47

FFP No.:            YULSS041  PNR No:  NTXLCQ

E-TKT              SEAT 20A
8383746410655     SEQ/94

Name:
MOLOCI/MATTHEW

From: YUL
To:   YYZ

FltWS 677

     24JUN 440P

          SEAT 20A
E-TKT
WS  YULKSK
SEQ/94

# NELLIGAN

**Scarfone Hawkins**
Matthew Moloci
1 James Street South, 14th Floor
Hamilton , ON , Canada
L8N 3P6

**Invoice: 175129A**

CheckIn : 2010-06-23
CheckOut: 2010-06-24
Room : 407

Printed on : 2010-06-24 at : 09:10:01

Transaction receipt

Hotel Nelligan
106 St-Paul Street West
Vieux-Montreal, QC, H2Y 1Z3
(514) 788-2040

| | Quantity | Amount |
|---|---|---|
| e 407 | 1.00 | 265.00 |
| | | -309.59 |
| Room Charge Total: | | 265.00 |
| **Sub-Total :** | | **265.00** |
| Lodging Tax : | | 9.28 |
| Federal Tax 144451499 : | | 13.71 |
| Provincial Tax 1200660150 : | | 21.60 |
| **Sub-Total :** | | **309.59** |
| Payment Total : | | -309.59 |
| **Balance due :** | | **0.00** |

ATE: 24/06/2010          TIME: 09:09:58
ISA 4516 **** **** 5748
xpiry: 0712
ermeture de la pre-autorisation: 309.59
3                                073820
NVOICE: 175129          Ref.: 0017

*Moloci*
*— 1 person*
*— Hotel*

**Hôtel Nelligan**, 106 St-Paul Street West, Montréal, QC, H2Y 1Z3
www.hotelnelligan.com  info@hotelnelligan.com
Téléphone : 514-788-2040    Fax : 514-788-2041

Zurolite osc121 cr121

NE RIEN ÉCRIRE AU-DESSUS DE CETTE LIGNE DO NOT WRITE ABOVE THIS LINE

07/12

MATTHEW MOLOCI
MGM PROFESSIONAL CORP

DATE D'EXPIRATION
VÉRIFIÉE
EXPIRY DATE
CHECKED
COMMIS - CLERK

N° D'AUTORISATION - AUTHORIZATION NO.

DATE

3247325

| DESCRIPTION - DESCRIPTION | MONTANT - AMOUNT |
|---|---|
|  | 3800 |
| T.P.S. G.S.T. | 5 00 |
| T.V.P. P.S.T. |  |
| TOTAL $ CAN CDN | 43 00 |

X   [signature]

VISA   MasterCard

SIGNATURE DU TITULAIRE - CARDHOLDER'S SIGNATURE
LE TITULAIRE S'ENGAGE À REMBOURSER À L'ÉMETTEUR DE LA CARTE LE MONTANT TOTAL FIGURANT SUR CETTE FACTURE, CONFORMÉMENT À LA CONVENTION RÉGISSANT L'UTILISATION DE LA CARTE.
CARDHOLDER WILL PAY TOTAL AMOUNT SHOWN TO CARD ISSUER ACCORDING TO CARDHOLDER AGREEMENT WITH CARD ISSUER.

COPIE DU CLIENT   CUSTOMER COPY

---

Zonolite osc121
Taxi

4518 0700 0370 5748

07/12   24/04/10

MATTHEW MOLOCI
MGM PROFESSIONAL CORP   DATE

CREVIER

| NO DE LICENCE NO. | PROV. |
| NO D'AUTO. - AUTHOR. NO. | COMMIS CLERK |

5 247076

| DÉTAIL | | QUANT. | MONTANT - AMOUNT |
|---|---|---|---|
| SUPER SPINL | SANS PLOMB NO LEAD | PRIX - PRICE / LITRE | |  |
| ORD. REG. | DIESEL | | 38. 00 |
| TIP | | | 5 00 |
| TAXE TAX | | | |
| TOTAL CDN $ | | | 43 00 |

FACTURE - SALES SLIP
COPIE DU CLIENT - CUSTOMER'S COPY

☐ CREVIER   ☐ EN ROUTE   ☐ CAPITALE   ☐ NOVUS
☐ VISA   ☐ AMEX   ☐ PHH   ☐ GE CAPITAL
☐ MASTER CARD   ☐ BELL   ☐ GOUV. CANADA   ☐ GAZ O-BAR   ☐ CORPORATE

X   [signature]

SIGNATURE DU CLIENT - CUSTOMER'S SIGNATURE

CONSERVEZ CETTE COPIE POUR VOS DOSSIERS
PLEASE RETAIN THIS COPY FOR YOUR RECORDS

LES CONDITIONS ET MODALITÉS APPLICABLES À CETTE VENTE SONT CONFORMES À L'ENTENTE AVEC L'ÉMETTEUR DE VOTRE CARTE.
TERMS AND CONDITIONS APPLICABLE TO THIS SALE ARE IN ACCORDANCE WITH YOUR AGREEMENT WITH THE ISSUER OF YOUR CARD.
AVIS AUX DÉTENTEURS DE CARTE DE CRÉDIT CREVIER: VEUILLEZ LIRE LES CONDITIONS SUPPLÉMENTAIRES AU VERSO.
NOTICE TO ALL CREVIER'S CREDIT CARD HOLDER: PLEASE READ EXTRA CONDITIONS PRINTED ON THE REVERSE SIDE.

- Taxis to/
from Airport
- Montreal.

---

Zonolite osc121
Montreal Trip.

AEROPORT INTERNATIONAL
TORONTO PEARSON
INTERNATIONAL AIRPORT
TERMINAL 3 AEROGARE 3
LANE/VOIE: PDF 23
Paid On: 2010/06/24 18:12
Entered: 2010/06/23 14:03
TKT#: 1826937149

Orig. Fee: $   56.00
Paid:   $   56.00
Cash:   $   0.00
Credit:   $   56.00
GST:   $   2.48
PST:   $   3.96
Change:   $   0.00
SC:   $   0.00

CardType: VISA
GST#: 139759700
Merchant ID: 00351395
Approved - Thank You.

***********5748 Swiped
Purchase 10/06/24 18:12:15
Seq# 891001001023 AUTOPAY20
Auth# 064242
001   APPROVED
00

Parking at
Toronto Airport

*AT-*
*ZONOLITE*
*02121*

```
HMS HOST
MOE'S DELI & BAR
AEROPORT MONTREAL - TRUDEAU
CHECK:        1016
TABLE:        115/1
SERVER:       4402 Lyne
DATE:         24JUN'10 15:58
CARD TYPE:    Visa
ACCT #:       XXXXXXXXXXXX5748
EXP DATE:     XX/XX
AUTH CODE:    040714
      MATTHEW MOLOCI

TOTAL:              37.30

POURBOIRE/TIP  +5

TOTAL    42.30

X   MGM

HMS HOST
TPS#137512901 TVQ#1019856073
```

moloci/Thompson
- 2 persons
- lunch
- no alcohol

```
        HMS HOST
     MOE'S DELI & BAR
AEROPORT MONTREAL - TRUDEAU

4402 Lyne
-----------------------------
TBL 115/1    CHK 1016    GST 1
        24JUN'10 14:21
-----------------------------

       *** SIEGE 1 ***
1 BOISSON GAZEUSE        2 29
  B.GAZEUSE
  COKE DIETE
1 PERRIER                2.99
1 HAMB, MOES            12.99
  BIEN CUIT
  FRITES
1 HAMB, MOES            12.99
  BIEN
  FRITES
1 REFILE                 0.00
  COKE DIETE
1 CAFE                   1.79
  CAFE
  Sous-Total            33.05
33.05 T.P.S.   217101  1.65
34.70 T.V.Q.   217010  2.60
  Montant Du          $37.30
  *******     *******

  Sous-Total            33.05
33.05 T.P.S.   217101  1.65
34.70 T.V.Q.   217010  2.60
  Montant Du          $37.30

*********************************
  TPS 137512901  TVQ 1019856077
 *** S.V.P PAYEZ AU SERVEUR ***
**** MERCI DE VOTRE VISITE ****
    **** A LA PROCHAINE ****
   ***SERVICE NON COMPRIS***
    ***TIPS NOT INCLUDED ***
            HMS
     MOE'S DELI BAR
       (514) 6 3 9972
 JAY.MCDONALD HMSHOST.COM
```

VERSES RESTAURANT
100 SAINT-PAUL OUEST
MONTREAL, QC (514) 788-4000

JEU 24 JUIN 2010
**ADDITION #613528-1**
TABLE #1

| | |
|---|---|
| 1 CAFE REGULIER | $2.50 |
| 1 JUS ORANGE | $3.20 |
| SOUS-TOTAL : | $5.70 |
| TAXE PROVINCIALE | $0.45 |
| TAXE FEDERALE | $0.29 |
| **TOTAL** | **$6.44** |

SERVICE/TIPS ____ + 1.00

TOTAL : ____ 7.44

#CHAMBRE/ROOM : _____

NOM/NAME : _____

SIGNATURE ____ MGM

T.P.S.# 144451564
T.V.Q.# 1200660184

Heure: 09:21    1 CLIENT

S.V.P. PAYER A LA TABLE
MERCI ET A BIENTOT

VOUS AVEZ ETE SERVI
PAR : MATIN

moloci - 1 person
- no alcohol

# EXHIBIT B

W.R. GRACE & CO., et al.

CDN ZAI CLASS ACTION

U.S. MONTHLY FEE
APPLICATION
DATE:
June 30, 2010
OUR FILE NO: 05L121

# Scarfone Hawkins LLP
## B A R R I S T E R S   A N D   S O L I C I T O R S

| ONE JAMES STREET SOUTH | TELEPHONE |
| 14TH FLOOR | 905-523-1333 |
| P.O. BOX 926, DEPOT #1 | |
| HAMILTON, ONTARIO | TELEFAX |
| L8N 3P9 | 905-523-5878 |

G.S.T. REGISTRATION NO.  **873984314 RT – 0001**

---

### CANADIAN ZAI SPECIAL COUNSEL MONTHLY FEE APPLICATION
### (June 1, 2010 to June 30, 2010)

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|------|---------------------|--------|---------|-------|--------|
| 06 /01/10 | *receipt Dan Hogan email re: Agenda for June 7th hearing* | DT | $475.00 | 0.25 | $118.75 |
| 06 /01/10 | *receipt Matt Moloci memo re: review of Canadian law brief, letter to Dan Hogan re: form of content of memo* | DT | $475.00 | 0.25 | $118.75 |
| 06 /01/10 | *receipt Matt Moloci memo re: meeting in Montreal, email to Michel Belanger regarding timing of meeting in Montreal* | DT | $475.00 | 0.10 | $47.50 |
| 06 /01/10 | *email to Dan Hogan re: memo on Canadian law* | DT | $475.00 | 0.10 | $47.50 |
| 06 /01/10 | *email to Dan Hogan re: attendance at June 7th hearing* | DT | $475.00 | 0.10 | $47.50 |
| 06 /01/10 | *receipt Karen Harvey emails, receipt and review certification amend and revise same, letter to Karen Harvey, execute revised certification of counsel, memo to Matt Moloci* | DT | $475.00 | 0.25 | $118.75 |
| 06 /01/10 | *Email to David Thompson regarding memorandum of Canadian law concerning class counsel fees; receive email from Thompson to Dan Hogan with attached memorandum for use on $2M fee application* | MGM | $375.00 | 0.20 | $75.00 |
| 06 /01/10 | *Email to and from David Thompson regarding scheduling of meeting with Lauzon Belanger in Montreal; email from Thompson to Lauzon Belanger regarding proposed meeting and scheduling; email reply from Michel Belanger* | MGM | $375.00 | 0.20 | $75.00 |
| 06 /01/10 | *Email from Cindy Yates to Karen Harvey with attached Monthly Fee Application for April, 2010; review; email from Karen Harvey with attached certification of counsel; email reply from David Thompson with singed certification of counsel; emails from Harvey to counsel serving Second Monthly Applications of the Hogan Law Firm, Lauzon* | MGM | $375.00 | 0.50 | $187.50 |

| | | | | | |
|---|---|---|---|---|---|
| | *Belanger and Scarfone Hawkins; review; email reply to Harvey with comments and proposed changes; further emails from and to Harvey; further email from Harvey to counsel serving corrected Second Monthly Application* | | | | |
| 06 /02/10 | *emails to and from Dan Hogan re: June 7th hearing and telephonic listening in* | DT | $475.00 | 0.10 | $47.50 |
| 06 /02/10 | *emails to and from Dan Hogan re: monthly fee application* | DT | $475.00 | 0.10 | $47.50 |
| 06 /02/10 | *Email from David Thompson to Dan Hogan regarding possible attendance at June 7th U.S. hearing; email reply from Hogan* | MGM | $375.00 | 0.10 | $37.50 |
| 06 /02/10 | *Email from David Thompson to Michel Belanger scheduling proposed meeting in Montreal* | MGM | $375.00 | 0.10 | $37.50 |
| 06 /02/10 | *Email from Karen Harvey with attached draft Amended Application for $2M fee application; review; email from Thompson to Harvey and Dan Hogan regarding proposed changes; reply from Hogan* | MGM | $375.00 | 0.30 | $112.50 |
| 06 /03/10 | *receipt and review amended draft substantial contribution application from Dan Hogan (32 pages), emails to Dan Hogan, prepare blackline version with suggested amendments and changes to amended application* | DT | $475.00 | 1.50 | $712.50 |
| 06 /03/10 | *receipt M. Belanger email and email to him re: Montreal planning meeting* | DT | $475.00 | 0.25 | $118.75 |
| 06 /03/10 | *receipt Karen Harvey email re: court hearing conference call for June 7th* | DT | $475.00 | 0.10 | $47.50 |
| 06 /03/10 | *further revise and amend draft revised application, add case citations and Canadian law content, discuss and review with Matt Moloci* | DT | $475.00 | 1.00 | $475.00 |
| 06 /03/10 | *Email from Michel Belanger regarding scheduling of proposed meeting in Montreal* | MGM | $375.00 | 0.10 | $37.50 |
| 06 /03/10 | *Email from David Thompson to Dan Hogan regarding attendance at June 7th hearing; email from Karen Harvey with Court Call Confirmation for attendance at hearing telephonically* | MGM | $375.00 | 0.10 | $37.50 |
| 06 /03/10 | *Email from David Thompson to Dan Hogan with revised Amended Application for $2M fee application; review; email reply from Hogan; further email from Thompson* | MGM | $375.00 | 0.30 | $112.50 |
| 06 /03/10 | *Emails from Karen Harvey to James Luckey with attached Certificate of Counsel regarding Second Applications for Substantial Contribution together with attachments for service and filing; review* | MGM | $375.00 | 0.20 | $75.00 |
| 06 /04/10 | *emails to and from Dan Hogan, memos to and from Matt Moloci, receipt Careen Hannouche and Michel Belanger emails all re: revised substantial contribution application* | DT | $475.00 | 0.40 | $190.00 |
| 06 /04/10 | *receipt Michel Belanger email, 2 Dan Hogan emails, receipt Matt Moloci 2 memos, etc., review revised pages for substantial contribution application* | DT | $475.00 | 0.40 | $190.00 |
| 06 /04/10 | *telephone to Dan Hogan, etc., emails to and from Dan Hogan, memo to Matt Moloci re: hearing of June 7th* | DT | $475.00 | 0.35 | $166.25 |
| 06 /04/10 | *memo to Matt Moloci, emails to and from Dan Hogan, etc., re June 7th hearing* | DT | $475.00 | 0.50 | $237.50 |
| 06 /04/10 | *receipt Dan Hogan voice mail message re: call with Jan Baer, memo to Matt Moloci re June 7th hearing* | DT | $475.00 | 0.10 | $47.50 |

| 06 /04/10 | Review drafts of Amended Application seeking approval of substantial contribution of counsel fees of $2M pursuant to Amended and Restated Minutes of Settlement; further review and research; emails to David Thompson, Dan Hogan, Careen Hannouche and Michel Belanger with comments and additional case law; email from Hannouche with comments; email reply from Hogan;; receive further revisions to fee application; review and reply to Hogan and Karen Harvey; further emails from and to Representative Counsel; telephone voice message from Hogan reporting communications with Jan Baer and issues raised concerning fee applications; email from Thompson regarding Grace issues with fee application and proposed teleconference | MGM | $375.00 | 1.40 | $525.00 |
| --- | --- | --- | --- | --- | --- |
| 06 /04/10 | Email from David Thompson to Michel Belanger regarding proposed meeting with Lauzon Belanger in Montreal | MGM | $375.00 | 0.10 | $37.50 |
| 06 /05/10 | Telephone voice message from David Thompson reporting discussions with Dan Hogan concerning Grace counsels' position on fee applications in anticipation of U.S. hearing; emails to and from Thompson regarding Grace issues | MGM | $375.00 | 0.10 | $37.50 |
| 06 /07/10 | participate in hearing by telephone, follow-up telephone call to Dan Hogan, emails to and from Dan Hogan re: hearing | DT | $475.00 | 0.50 | $237.50 |
| 06 /07/10 | follow-up conference call with Dan Hogan, etc., re: revised application, etc., discuss with Matt Moloci, follow-up email to Dan Hogan re: July 14th hearing | DT | $475.00 | 0.50 | $237.50 |
| 06 /07/10 | receipt Michel Belanger email, letter to Michel Belanger, receipt Matt Moloci memo, all re: meeting in Montreal June 23/24 | DT | $475.00 | 0.25 | $118.75 |
| 06 /07/10 | Attend U.S. hearing telephonically with David Thompson regarding CDN Representative Counsel's fees applications; teleconference with Dan Hogan and Thompson following hearing | MGM | $375.00 | 0.50 | $187.50 |
| 06 /07/10 | Teleconference with Dan Hogan and David Thompson in follow-up to Hogan's meeting with Jan Baer, Ted Freedman at Pachalski law firm; receive comment regarding Grace Counsel's issues with proposed amended fee application concerning $2M; discuss and provide further instructions | MGM | $375.00 | 0.50 | $187.50 |
| 06 /07/10 | Email from Dan Hogan with attached recent decision of 3rd Circuit Court of Appeals concerning possible impact upon Grace confirmation; review | MGM | $375.00 | 0.20 | $75.00 |
| 06 /07/10 | Emails from and to Michel Belanger and David Thompson confirming meeting with Lauzon Belanger in Montreal | MGM | $375.00 | 0.10 | $37.50 |
| 06 /08/10 | receipt Dan Hogan email re: June 7th orders, follow-up to review and discuss issues raised on telephone conference call and amendments to substantial contribution application | DT | $475.00 | 0.50 | $237.50 |
| 06 /08/10 | discuss with Matt Moloci, review applications with Cindy Yates, receipt Cindy Yates' memo re: quantum of approved applications, memo to Matt Moloci, receipt Matt Moloci memo, email to Dan Hogan | DT | $475.00 | 0.50 | $237.50 |
| 06 /08/10 | emails to and from Dan Hogan re: orders of June 7th, receipt and review of 2 orders, memo to file re: payments to be received, receipt Careen Hannouche email re: July 14th hearing, email to Careen Hannouche, confirm arrangements for Montreal meeting, memos to and from Matt Moloci re: Montreal | DT | $475.00 | 0.50 | $237.50 |

| 06 /08/10 | further emails to and from Dan Hogan re: special counsel quarterly fee application, etc., discuss with Matt Moloci, confirm arrangements for July 14th hearing, email to Careen Hannouche, memo to law clerk to book arrangements for Montreal meeting | DT | $475.00 | 0.50 | $237.50 |
|---|---|---|---|---|---|
| 06 /08/10 | Email from David Thompson to Dan Hogan in follow-up to June 7th hearing, order obtained regarding special counsel and substantial contribution fee applications, and directions regarding payment; further emails from and to Thompson; email from Hogan with signed orders approving fee applications; further emails to and from Hogan; schedule teleconference with Thompson and Hogan | MGM | $375.00 | 0.40 | $150.00 |
| 06 /08/10 | Email to Cindy Yates regarding special counsel fee application for May, 2010 | MGM | $375.00 | 0.10 | $37.50 |
| 06 /08/10 | Emails from Careen Hannouche and David Thompson regarding preparation and attendance at U.S. hearing on July 14, 2010 | MGM | $375.00 | 0.10 | $37.50 |
| 06 /09/10 | telephone conference call with Dan Hogan with Matt Moloci re: revised application materials for July 14th hearing | DT | $475.00 | 0.75 | $356.25 |
| 06 /09/10 | follow-up to book accommodations for Montreal meeting with Michel Belanger | DT | $475.00 | 0.25 | $118.75 |
| 06 /09/10 | receipt Dan Hogan email to Jan Baer and discuss with Matt Moloci re: Michel Belanger prior affidavit | DT | $475.00 | 0.10 | $47.50 |
| 06 /09/10 | discuss and review monthly fee application with Cindy Yates, memos to and from Matt Moloci, etc. | DT | $475.00 | 0.25 | $118.75 |
| 06 /09/10 | Teleconference with Dan Hogan and David Thompson regarding U.S. fee application regarding $2M fee; receive further update regarding Grace counsels' comments and position and advice concerning issues in application; review, discuss and provide further instructions to Hogan; email to Hogan and Thompson with attached endorsement of Justice Farley referencing co-counsel arrangements; email from Hogan to Jan Baer regarding co-counsel arrangements and materials in evidence; detailed email from Dan Hogan regarding follow-up discussions with Grace counsel regarding $2M fee application and issues; | MGM | $375.00 | 0.80 | $300.00 |
| 06 /09/10 | Email from David Thompson regarding preparation of May special counsel fee application; email reply to Thompson; email from Cindy Yates to Karen Harvey of Hogan Law Firm with attached draft May special counsel fee application; review; | MGM | $375.00 | 0.30 | $112.50 |
| 06 /10/10 | receipt Dan Hogan email re: follow-up with Ted Freshman, discuss with Matt Moloci, email to Dan Hogan | DT | $475.00 | 0.25 | $118.75 |
| 06 /10/10 | telephone conference call with Dan Hogan re: telephone call with Ted Freshman and Jan Baer and amended application, etc. | DT | $475.00 | 0.50 | $237.50 |
| 06 /10/10 | Email from David Thompson to Dan Hogan regarding $2M fee application and Grace's counsel position on issues; email to Hogan and Thompson regarding issues and to schedule teleconference; teleconference with Hogan and Thompson; receive update from Hogan regarding Grace counsel's position concerning amended application materials regarding U.S. substantial contribution for fees of $2 million under Amended and Restated Minutes of | MGM | $375.00 | 0.70 | $262.50 |

| | | | | | |
|---|---|---|---|---|---|
| | *Settlement; receive advice and provide instructions to Hogan; email from Careen Hannouche to Karen Harvey with attached May monthly fee application of Lauzon Belanger; review;* | | | | |
| 06 /11/10 | *receipt Dan Hogan email, review revised application materials in detail, email to Dan Hogan providing comments and revisions re substantial contribution application for July 14/10* | DT | $475.00 | 0.75 | $356.25 |
| 06 /11/10 | *various and multiple emails to and from Dan Hogan re co-counsel agreements, etc.* | DT | $475.00 | 0.40 | $190.00 |
| 06 /11/10 | *emails to and from Grace re vendor information form* | DT | $475.00 | 0.10 | $47.50 |
| 06 /11/10 | *Receive flight itinerary for scheduled meeting with Lauzon Belanger in Montreal;* | MGM | $375.00 | 0.10 | $37.50 |
| 06 /11/10 | *Email from Dan Hogan with attached Amended Rep Counsel fee application regarding $2M fee under minutes of settlement; email from David Thompson to Hogan with proposed changes to draft amended application; email reply from Hogan to Thompson; email from Hogan to Jan Baer with attached amended application for review and comments;* | MGM | $375.00 | 0.20 | $75.00 |
| 06 /11/10 | *Email from possible CDN ZAI PD claimant Shannon Rae;* | MGM | $375.00 | 0.10 | $37.50 |
| 06 /12/10 | *Email to Ana Dobson forwarding inquiry from possible CDN ZAI PD claimant Shannon Rae and requesting reply;* | MGM | $375.00 | 0.10 | $37.50 |
| 06 /14/10 | *receipt Dan Hogan email and clean copy of further revised substantial contribution application (July 14), memo to Matt Moloci and email to Dan Hogan* | DT | $475.00 | 0.25 | $118.75 |
| 06 /14/10 | *receipt Matt Moloci memo to Dan Hogan re changes to application materials, receipt Dan Hogan email* | DT | $475.00 | 0.25 | $118.75 |
| 06 /14/10 | *memo to Jeff Teal re invite to join Montreal meeting* | DT | $475.00 | 0.10 | $47.50 |
| 06 /14/10 | *receipt Dan Hogan email attaching application materials with Jan Baer amendments, receipt of and respond to various class member inquiries* | DT | $475.00 | 0.50 | $237.50 |
| 06 /14/10 | *Review amended application regarding $2M fee application; email to Dan Hogan with comments regarding draft amended application; email reply from Hogan; further email from Hogan forwarding Grace counsel's comments and proposed changes to draft amended application; review;* | MGM | $375.00 | 0.60 | $225.00 |
| 06 /14/10 | *Email from David Thompson to Michel Belanger regarding meeting at Lauzon Belanger in Montreal, itinerary and agenda for meeting;* | MGM | $375.00 | 0.10 | $37.50 |
| 06 /15/10 | *receipt Matt Moloci memos, receipt Dan Hogan e-mail re filing of materials, etc.* | DT | $475.00 | 0.25 | $118.75 |
| 06 /15/10 | *receipt and review multiple Karen Harvey e-mails sending final filing version of application materials including exhibits, memo to Bridget Scott, memo to Cindy Yates to index and organize for hearing binder* | DT | $475.00 | 0.50 | $237.50 |
| 06 /15/10 | *memos to and from Jeff Teal re Montreal meeting, receipt Matt Moloci email re meeting in Montreal, memo to Jeff Teal re Delaware/Pittsburgh hearing date* | DT | $475.00 | 0.35 | $166.25 |

| 06 /15/10 | Emails from Hogan Law Firm with final version of Amended Application concerning $2M fee application as served and filed with attached exhibits; review; further emails to and from Dan Hogan; emails from and to David Thompson regarding Montreal meeting and preparation; | MGM | $375.00 | 0.40 | $150.00 |
|-----------|---|-----|---------|------|---------|
| 06 /16/10 | receipt Michel Belanger email confirming Montreal meeting | DT | $475.00 | 0.10 | $47.50 |
| 06 /17/10 | receipt Careen Hannouche email re hearing, letter to Careen Hannouche, letter to Dan Hogan, etc. | DT | $475.00 | 0.25 | $118.75 |
| 06 /17/10 | receipt Dan Hogan email and hearing notice, letter to Careen Hannouche, letter to Dan Hogan, memo to Jeff Teal re July 14 | DT | $475.00 | 0.25 | $118.75 |
| 06 /17/10 | receipt Matt Moloci memo re Garlock status, etc. | DT | $475.00 | 0.10 | $47.50 |
| 06 /17/10 | Email from David Thompson confirming hearing in Delaware on July 14th; email to David Thompson regarding Chapter 11 filing by Garlock Sealing Technologies; | MGM | $375.00 | 0.20 | $75.00 |
| 06 /18/10 | Email to Jeff Teal regarding July 14th hearing in Delaware; email from Karen Harvey to James Luckey with attached 1st Quarterly Fee Applications of Hogan, Lauzon Belanger and Scarfone Hawkins for filing; email reply from Luckey confirming service and filing; further email from Sessions with attached Direction from Divisional Court; review; email from Thompson regarding travel itinerary for attendance at Delaware hearing on July 14th; | MGM | $375.00 | 0.30 | $112.50 |
| 06 /21/10 | receipt of and response to inquiries from claimants | DT | $475.00 | 0.25 | $118.75 |
| 06 /22/10 | receipt and response to various class member inquiries, memos to and from AD regarding inquiries | DT | $475.00 | 0.25 | $118.75 |
| 06 /22/10 | Telephone messages and emails to and from Michel Belanger and Careen Hannouche regarding meeting in Montreal; conferences with David Thompson; email from Thompson to Hogan regarding payments pursuant to fee applications; email replies from Belanger and Hannouche regarding Montreal meeting; | MGM | $375.00 | 0.40 | $150.00 |
| 06 /23/10 | receipt Michel Belanger email | DT | $475.00 | 0.10 | $47.50 |
| 06 /23/10 | 1:30 p.m.- 6:30 p.m. travel to Montreal for meeting; left office at 1:30 p.m., travel to Toronto Airport, flight to Montreal, cab to Lauzon Belanger office | DT | $237.50 | 5.00 | $1,187.50 |
| 06 /23/10 | 6:30 p.m. - 8:00 p.m. meeting with Careen Hannouche and Michel Belanger, discuss and review current status, July 14, 2010 hearing | DT | $475.00 | 1.50 | $712.50 |
| 06 /23/10 | Email from Michel Belanger regarding Montreal meeting with Lauzon Belanger; conferences with David Thompson in preparation for Montreal meeting | MGM | $375.00 | 0.20 | $75.00 |
| 06 /23/10 | (1:30 p.m. to 6:30 p.m.);  travel from office to Toronto airport; flight to Montreal; taxi to Lauzon Belanger; travel with David Thompson; conferences regarding various issues in anticipation of meeting at Lauzon Belange | MGM | $187.50 | 5.00 | $937.50 |
| 06 /23/10 | (6:30 p.m. to 8:00 p.m.); meet with Michel Belanger and Careen Hannouche in Montreal; review current status of proceedings and U.S. hearing on July 14, 2010 | MGM | $375.00 | 1.50 | $562.50 |

| 06 /24/10 | 9:30 a.m. - 1:00 p.m. meeting with Michel Belanger and Careen Hannouche re: claims administration process, discuss protocol for Claims Administrator including criteria for claims analysis and processing | DT | $475.00 | 3.50 | $1,662.50 |
|---|---|---|---|---|---|
| 06 /24/10 | 1:30 p.m. - 6:30 p.m. return travel to office, cab to airport, flight to Toronto, return travel to office | DT | $237.50 | 5.00 | $1,187.50 |
| 06 /24/10 | (9:30 a.m. to 1:00 p.m.); meet with Michel Belanger, Careen Hannouche and David Thompson at Lauzon Belanger in Montreal; review claims administration process, protocol for claims administrator, and criteria, analysis and processing | MGM | $375.00 | 3.50 | $1,312.50 |
| 06 /24/10 | (1:30 p.m. to 6:30 p.m.); travel from Montreal to airport, to Toronto and home | MGM | $187.50 | 5.00 | $937.50 |
| 06 /24/10 | Email from David Thompson to Careen Hannouche regarding U.S. hearing on July 14th, travel and accommodations | MGM | $375.00 | 0.10 | $37.50 |
| 06 /25/10 | consider content for claims administration protocol and distribution plan, email memo to Michel Belanger, etc. | DT | $475.00 | 0.50 | $237.50 |
| 06 /25/10 | Emails from Hogan Law Firm to James Luckey with attached Certificates of No Objection regarding 2nd Applications of Hogan Law Firm and Lauzon Belanger for service and filing; email reply from Luckey | MGM | $375.00 | 0.10 | $37.50 |
| 06 /26/10 | work on claims administration protocol and distribution plan, email to Michel Belanger, review precedents, memo to Matt Moloci re structure of protocol | DT | $475.00 | 1.20 | $570.00 |
| 06 /28/10 | memo to Matt Moloci re: claims administration protocol and distribution plan | DT | $475.00 | 0.10 | $47.50 |
| 06 /28/10 | prepare draft outline and template of claims administration protocol and plan of distribution, email to Michel Belanger, memo to Matt Moloci | DT | $475.00 | 1.00 | $475.00 |
| 06 /28/10 | Email from Dan Hogan with attached Fee Auditor's Initial Report concerning $2M fee application; review; | MGM | $375.00 | 0.20 | $75.00 |
| 06 /29/10 | receipt Dan Hogan email, review initial report of fee auditor, prepare response in draft to Dan Hogan, memos to and from Matt Moloci | DT | $475.00 | 1.00 | $475.00 |
| 06 /29/10 | review and amend draft Dan Hogan email, letter to Dan Hogan, receipt Karen Harvey email, etc., prepare detailed email to Dan Hogan and Karen Harvey re fee auditor initial report, etc. | DT | $475.00 | 1.00 | $475.00 |
| 06 /29/10 | Emails from and to David Thompson regarding Fee Auditors initial report; email from David Thompson regarding follow-up with Deanne Boll concerning Rust database of CDN ZAI claims; reply to Thompson;  email from Karen Harvey forwarding email from John Port of Grace with attached W-9 and Vendor Information Form; email from Karen Harvey summarizing Fee Auditor's Initial Report and required responses; review; email from Dan Hogan to James O'Neill regarding July 14th hearing and intended response to Fee Auditor's Initial Report; | MGM | $375.00 | 0.80 | $300.00 |
| 06 /30/10 | receipt Karen Harvey follow-up email, letter to Karen Harvey and Dan Hogan, memo to Matt Moloci | DT | $475.00 | 0.35 | $166.25 |
| 06 /30/10 | receipt Careen Hannouche email, receipt Karen Harvey email, email to Grace re vendor application forms, etc., email to Karen Harvey re follow-up on issues raised by fee | DT | $475.00 | 0.50 | $237.50 |

| | | | | | |
|---|---|---|---|---|---|
| | *auditor* | | | | |
| 06 /30/10 | *receipt Karen Harvey email and certification, execute and swear same and email back to Karen Harvey and send original back via courier* | DT | $475.00 | 0.25 | $118.75 |
| 06 /30/10 | *emails to and from Karen Harvey, emails to and from Grace re vendor forms* | DT | $475.00 | 0.25 | $118.75 |
| 06 /30/10 | *receipt Careen Hannouche and Karen Harvey emails re monthly applications* | DT | $475.00 | 0.10 | $47.50 |
| 06 /30/10 | *Email from Ana Dobson to John Port at Grace with attached Vendor Information Form; email from David Thompson to Dan Hogan with responses to Fee Auditor's inquiries concerning $2M fee application; review; emails from Karen Harvey with attached 3rd Monthly Fee Applications of Scarfone Hawkins, Lauzon Belanger and the Hogan Firm; review; further email from Thompson to Hogan Law Firm with further particulars in response to Fee Auditor's inquiries concerning $2M fee application; review; email from Thompson to Harvey regarding 3rd Monthly Fee Applications; receive emails from Harvey to Fee Auditor and counsel attaching final 3rd Monthly Fee Applications for service and filing;* | MGM | $375.00 | 0.60 | $225.00 |
| | | | **SUB-TOTAL** | 64.10 | **$23,507.50** |

**TIMEKEEPER SUMMARY**

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 5% G.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON | DT | 27.20 | $475.00 | $12,920.00 | |
| DAVID THOMPSON – TRAVEL | DT | 10.00 | $237.50 | $2,375.00 | |
| MATTHEW G.  MOLOCI | MGM | 16.90 | $375.00 | $6,337.50 | |
| MATTHEW G. MOLOCI – TRAVEL | MGM | 10.00 | $187.50 | $1,875.00 | |
| **SUB-TOTAL:** | | **64.1** | | **$23,507.50** | **$1,175.38** |
| **TOTAL FEES AND TAXES:** | | | | | **$24,682.88** |

**DISBURSEMENTS SUMMARY**

| DATE | DISBURSEMENT | GST EXEMPT | GST NON-EXEMPT | PLUS 5% GST | TOTAL |
|---|---|---|---|---|---|
| 06/23/10 06/24/10 | David Thompson - Travel Expense  – Parking at Toronto Airport – Class Counsel meeting in Montreal at Lauzon Belanger (receipt has been misplaced) | | $56.00 | | |
| 06/23/10 06/24/10 | David Thompson –Travel Expense  – Accommodation  at Hotel Nelligan – Class Counsel meeting in Montreal at Lauzon | | $331.59 | | |

| | | | | |
|---|---|---|---|---|
| | Belanger | | | |
| 06/24/10 | David Thompson –Travel Expense  – Meal at Verses Restaurant – Class Counsel meeting in Montreal at Lauzon Belanger | | $100.00 | |
| 06/23/10 06/24/10 | David Thompson - Travel Expense -  Class Counsel meeting in Montreal at Lauzon Belanger - West Jet flight to and from Montreal for David Thompson and Matt Moloci | | $693.26 | |
| 06/23/10 06/24/10 | Matt Moloci - Travel Expense  – Parking at Toronto Airport – Class Counsel meeting in Montreal at Lauzon Belanger | | $56.00 | |
| 06/23/10 06/24/10 | Matt Moloci –Travel Expense  – Accommodation  at Hotel Nelligan – Class Counsel meeting in Montreal at Lauzon Belanger | | $309.59 | |
| 06/23/10 06/24/10 | Matt Moloci –Travel Expense  – Taxis to and from airport in Montreal  – Class Counsel meeting in Montreal at Lauzon Belanger | | $86.00 | |
| 06/24/10 | Matt Moloci -  Travel Expense – lunch at Moe's Deli & Bar with David Thompson - Class Counsel meeting in Montreal at Lauzon Belanger | | $42.30 | |
| 06/24/10 | Matt Moloci -  Travel Expense – breakfast at Verses Restaurant - Class Counsel meeting in Montreal at Lauzon Belanger | | $7.44 | |
| 06/30/10 | Courier Charge – FedEx to Daniel Hogan | | $42.00 | |
| 06/01/10 06/30/10 | Long Distance Calls – Various calls from June 1, 2010 to June 30, 2010 | | $7.98 | $ |
| **TOTAL DISBURSEMENTS:** | | | **$1732.16** | **$86.61** | **$1,818.77** |
| | | | | | |
| **TOTAL FEES, DISBURSEMENTS AND APPLICABLE TAXES:** | | | | | **$26,501.65** |

THIS IS OUR MONTYHLY FEE
APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.


**\*Del. Bankr. LR 2016-2(e)(iii) allows for
$.10 per page for photocopies.**

# EXHIBIT C

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

PROVINCE OF ONTARIO    :
                       : ss
CITY OF HAMILTON       :

I, David Thompson, after being duly sworn according to law, depose and say as follows:

1.    I am a partner of the applicant firm, Scarfone Hawkins LLP (the "Firm").

2.    On February 9, 2006, the CCAA Court entered an Order appointing Lauzon Bélanger inc. and Scarfone Hawkins LLP as Representative Counsel ("Representative Counsel").

3.    On March 19, 2010, this Court signed a Modified Order appointing Representative Counsel as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants *nunc pro tunc* to December 21, 2009, through the effective date of the plan.

4.    Special Counsel has rendered professional services as counsel for the Canadian ZAI Claimants.

5.    I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of the Firm.

4.    I have reviewed the foregoing application of Special Counsel and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

David Thompson

SWORN AND SUBSCRIBED
Before me this 27th day of July, 2010.

Notary Public
My Commission Expires: March 21, 2012

Cindy Lea Yates, a Commissioner, etc.,
City of Hamilton, for Scarfone Hawkins LLP,
Barristers and Solicitors.
Expires March 21, 2012.