# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: June 22, 2010 @ 4:00 p.m. |
| | ) | Hearing Date: September 13, 2010 @ 10:30 a.m. |

### SECOND MONTHLY APPLICATION OF LAUZON BÉLANGER AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS

| | |
|---|---|
| Name of Applicant: | Lauzon Bélanger |
| Authorized to Provide Professional Services to: | Canadian Zonolite Attic Insulation Claimants ("Canadian ZAI Claimants") |
| Date of Retention: | March 19, 2010 *nunc pro tunc* December 21, 2009 |
| Period for which compensation and reimbursement is sought: | April 1, 2010, through April 30, 2010 |
| Amount of compensation sought as actual, reasonable and necessary: | $ 2,114.70 |
| Amount of expense reimbursement (includes Goods & Services Tax and Quebec Sales Tax) sought as actual, reasonable and necessary: | $ 272.27 |

This is Applicant's Second Monthly Application.

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24699 | December 21, 2009 - March 31, 2010 | $ 16,143.45 | $ 4,310.75[1] | Pending | Pending |

---

[1] Applicant revised and reduced the expenses requested on the First Monthly Fee Application. The original amount of $63,709.37 was reduced to $4,310.75. A Certification of Counsel was filed on May 26, 2010, [Docket No. 24848], specifying the reduction.

Docket No. 24874
Filed 6/1/2010

**Fee Detail by Professional for the Period of April 1, 2010, through April 30, 2010:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Michel Bélanger | Partner, 14 years 1994 | $350.00 | 0.00 | 0.00 |
| Careen Hannouche | Associate, 5 years 2005 | $285.00 | 7.42 | 2,114.70 |
| **Grand Total** | | | **7.42** | **2,114.70** |
| Blended Rate | | | | $285.00 |

**Monthly Compensation by Matter Description for the Period of April 1, 2010, through April 30, 2010**:

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | N/A | 0.00 |
| Fee Applications, Applicant | 7.42 | 2,114.70 |
| Fee Applications, Others | N/A | 0.00 |
| Hearings | N/A | 0.00 |
| Plan and Disclosure Statement | N/A | 0.00 |
| Meetings | N/A | 0.00 |
| **TOTAL** | **7.42** | **$2,114.70** |

**Monthly Expense Summary for the Period April 1, 2010, through April 30, 2010**:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopies | | 0.00 |
| Facsimile | | 0.00 |
| Messengers | | 0.00 |
| Goods & Services Tax (G.S.T.) | | 105.74 |
| Quebec Sales Tax (Q.S.T.) | | 166.53 |
| **TOTAL** | | **$ 272.27** |

PLEASE TAKE NOTICE that Lauzon Bélanger (the "Applicant" and/or "Lauzon Bélanger") has today filed this Notice of Monthly Fee and Expenses Invoice for April 1, 2010, through April 30, 2010, (this "Monthly Fee Statement")[2] pursuant to the terms of the Modified Order Granting The Canadian ZAI Claimants' Application For Appointment of Special Counsel [Docket No. 24508] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before June 22, 2010, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

---

[2] Applicant's Invoice for April 1, 2010, through April 30, 2010, is attached hereto as **Exhibit A.**

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or a partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant at a later date, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that the Applicant respectfully requests that, for the period April 1, 2010, through April 30, 2010, an allowance be made to Lauzon Bélanger for compensation in the amount of $2,114.70 and actual and necessary expenses in the amount of $272.27 (Goods & Services Tax and Quebec Sales Tax) for a total allowance of $2,386.97; Actual Interim Payment of $1,691.76 (80% of the allowed fees) and reimbursement of $272.27 (100% of the allowed expenses) be authorized for a total payment of $1,964.03; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines

and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee. A true and correct copy of the Certification of Careen Hannouche is attached hereto as **Exhibit B**.

Dated: June 1, 2010                                          Respectfully submitted,

*/s/Daniel K. Hogan*
Daniel K. Hogan (DE Bar No. 2814)
**THE HOGAN FIRM**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656.7540
Facsimile: (302) 656.7599
E-Mail: dkhogan@dkhogan.com

**Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants**

# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
### AVOCATS · ATTORNEYS

May 20, 2010

RE :  W.R. GRACE & CO., and al.
U.S. FEE APPLICATION
CDN ZAI CLASS ACTION
Our file : 222

**CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION**
**(April 1st 2010 to April 30th 2010)**

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**Our fees :**

| DATE | INIT | DESCRIPTION | HOURS |
|---|---|---|---|
| 2010-04-01 | CH | Email to Mr. Moloci re : confirmation as to review of time and disbursement summaries in order to comply with the local bankruptcy rules for substantial contribution and quarterly/monthly applications; | 0.25 |
| 2010-04-09 | CH | Review and translation of the fee summary for the Substantial Contribution Application (April 2005 to August 2008); | 6.00 |
| 2010-04-12 | CH | Email to Mr. Hogan re : bankruptcy rules and time summary; | 0.25 |
| 2010-04-13 | CH | Email to Karen Harvey re: time summary; | 0.17 |
| 2010-04-16 | CH | Email to Mr. Hogan, Mr. Moloci and Mr. Thompson re: time summary; | 0.25 |
| 2010-04-21 | CH | Letter to Mr. Thompson re: portion of Mr. Hogan's fees; | 0.17 |
| 2010-04-22 | CH | Email to Karen Harvey re: time summary; | 0.33 |
| | | **OUR FEES :**       7.42 | $2,114.70 |

TIME SUMMARY BY LAWYER

| INIT | TAUX | HOURS | TOTAL |
|---|---|---|---|
| CH | 285.00$ | 7.42 | 2,114.70 |

**Total G.S.T.**   $105.74
**Total Q.S.T.**   $166.53

**TOTAL**   $ 2,386.97

# G.S.T.  814682340 RT 0001
# Q.S.T.  1211542736 TQ 0001



LAUZON BÉLANGER LESPÉRANCE INC. ¦ WWW.LBLAVOCATS.CA
286, RUE ST-PAUL OUEST ¦ BUREAU 100 ¦ MONTRÉAL ¦ QUÉBEC ¦ H2Y 2A3 ¦ TÉLÉPHONE : 514.844.4646 ¦ TÉLÉCOPIEUR : 514.844.7009

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

PROVINCE OF QUEBEC      :
                        : ss
CITY OF MONTREAL        :

I, Careen Hannouche, after being duly sworn according to law, depose and say as follows:

1. I am an associate of the applicant firm, Lauzon Bélanger inc. (the "Firm").

2. On February 9, 2006, the CCAA Court entered an Order appointing Lauzon Bélanger inc. and Scarfone Hawkins LLP as Representative Counsel ("Representative Counsel").

3. On March 19, 2010, this Court signed a Modified Order appointing Representative Counsel as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants *nunc pro tunc* to December 21, 2009, through the effective date of the plan.

4. Special Counsel has rendered professional services as counsel for the Canadian ZAI Claimants.

3. I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of the Firm.

4. I have reviewed the foregoing application of Special Counsel and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

_____
Careen Hannouche

SWORN AND SUBSCRIBED
Before me this __1__ day of __June__ 2010.

_____
Notary Public
My Commission Expires: __July 24, 2012__