# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: August 16, 2010 @ 4:00 p.m. |
| | ) | Hearing Date: September 13, 2010 @ 10:30 a.m. |

## FOURTH MONTHLY APPLICATION OF LAUZON BÉLANGER AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS

| | |
|---|---|
| Name of Applicant: | Lauzon Bélanger |
| Authorized to Provide Professional Services to: | Canadian Zonolite Attic Insulation Claimants ("Canadian ZAI Claimants") |
| Date of Retention: | March 19, 2010 *nunc pro tunc* December 21, 2009 |
| Period for which compensation and reimbursement is sought: | June 1, 2010, through June 30, 2010 |
| Amount of compensation sought as actual, reasonable and necessary: | $   5,118.75 |
| Amount of expense reimbursement (includes Goods & Services Tax and Quebec Sales Tax) sought as actual, reasonable and necessary: | $      734.21 |

This is Applicant's Fourth Monthly Application.

[Remainder of Page Intentionally Left Blank]

Docket No. 25128
Filed 7/28/2010

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24699 | December 21, 2009 – March 31, 2010 | $ 16,143.45 | $ 2,216.53 [1] | $ 12,914.76 | $ 2,216.53 |
| 06/01/2010 Dkt. #24874 | April 1, 2010 – April 30, 2010 | $ 2,114.70 | $ 272.27 | $ 1,691.76 | $ 272.27 |
| 06/30/2010 Dkt. #25017 | May 1, 2010 – May 31, 2010 | $ 6,109.20 | $ 2,323.63 | Pending | Pending |

**Fee Detail by Professional for the Period of June 1, 2010, through June 30, 2010:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Michel Bélanger | Partner, 14 years - 1994 | $350.00 | 7.50 | 2,625.00 |
| Michel Bélanger – Travel | | $175.00 | 0.00 | 0.00 |
| Careen Hannouche | Associate, 5 years - 2005 | $285.00 | 8.75 | 2,493.75 |
| **Grand Total** | | | **16.25** | **$5,118.75** |
| Blended Rate | | | | $315.00 |

**Monthly Compensation by Matter Description for the Period of June 1, 2010, through June 30, 2010**:

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 04 - Case Administration | 10.08 | 3,197.80 |
| 11 - Fee Applications, Applicant | 6.09 | 1,898.15 |
| 12 - Fee Applications, Others | N/A | 0.00 |
| 14 - Hearings | N/A | 0.00 |
| 16 - Plan and Disclosure Statement | N/A | 0.00 |
| 20 – Travel (Non-Working) | 0.00 | 0.00 |
| 24 - Other | .08 | 22.80 |
| **TOTAL** | **16.25** | **$5,118.75** |

---

[1] Applicant revised and reduced the expenses requested on the First Monthly Fee Application. The original amount of $63,709.37 was reduced to $2,216.53 ($122.31 expenses; $813.29 GST; and $1,280.93 QST). A Certification of Counsel was filed on May 26, 2010, [Docket No. 24848], specifying the reduction.

2

**Monthly Expense Summary for the Period June 1, 2010, through June 30, 2010**:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Travel Agency Fees | Uniglobe Travel Agency | 34.69 |
| Travel – Airline Tickets | | 0.00 |
| Travel – Parking | Montreal Airport | 31.90 |
| Travel – Lodging | | 0.00 |
| Travel – Meals | | 0.00 |
| Goods & Services Tax (G.S.T.) | | 259.27 |
| Quebec Sales Tax (Q.S.T.) | | 408.35 |
| **TOTAL** | | **$734.21**[2] |

PLEASE TAKE NOTICE that Lauzon Bélanger (the "Applicant" and/or "Lauzon Bélanger") has today filed this Notice of Monthly Fee and Expenses Invoice for June 1, 2010, through June 30, 2010, (this "Monthly Fee Statement")[3] pursuant to the terms of the Modified Order Granting The Canadian ZAI Claimants' Application For Appointment of Special Counsel [Docket No. 24508] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before August 16, 2010, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

---

[2] Applicant's receipts for expenses incurred for June 1, 2010, through June 30, 2010, are attached hereto as **Exhibit A.**

[3] Applicant's Invoice for May 1, 2010, through May 31, 2010, is attached hereto as **Exhibit B.**

3

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or a partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant at a later date, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that the Applicant respectfully requests that, for the period June 1, 2010, through June 30, 2010, an allowance be made to Lauzon Bélanger for compensation in the amount of $5,118.75 and actual and necessary expenses in the amount of $734.21 ( includes Goods & Services Tax and Quebec Sales Tax) for a total allowance of $5,852.96; Actual Interim Payment of $4,095.00 (80% of the allowed fees) and reimbursement of $734.21 (100% of the allowed expenses) be authorized for a total payment of $4,829.21; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee.  A true and correct copy of the Certification of Careen Hannouche is attached hereto as **Exhibit C**.

Dated: July 28, 2010					Respectfully submitted,

							*/s/Daniel K. Hogan*
							Daniel K. Hogan (DE Bar No. 2814)
							**THE HOGAN FIRM**
							1311 Delaware Avenue
							Wilmington, Delaware 19806
							Telephone: (302) 656.7540
							Facsimile: (302) 656.7599
							E-Mail: dkhogan@dkhogan.com

							**Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants**

# EXHIBIT A

9900, boul. Cavendish, Bureau 110
St-Laurent (Québec) H4M 2V2
Tél: (514) 745-0740  Fax: (514) 745-0416
TPS – #R105446348 – GST   TVQ – #1002720945 – QST

www.uniglobe-carolann.com
À votre service depuis ...
At your service since ... 1987

**UNIGLOBE**
Voyages Carolann Inc.

```
                                          AGENT CC/CC BOOKING REF Z5Z7U4
                                                                   318134
                                          HANNOUCHE/CAREEN MRS
```

LAUZON BELANGER LESPERANCE INC.
286 ST PAUL OUEST/B 100
MONTREAL
QC H2Y 2A3

DATE:  JUN 28 2010                      5148444646

| SERVICE | DATE | FROM | TO | DEPART | ARRIVE |
|---|---|---|---|---|---|
| US AIRWAYS US 3349 S ECONOMY | 13JUL TUESDAY | MONTREAL QC P TRUDEAU INTL | PHILADELPHI PA INTL TERMINAL C | 1755 | 1943 |

```
                                                          NON STOP
                     RESERVATION CONFIRMED              1:48 DURATION
                     FLIGHT OPERATED BY US AIRWAYS EXPRESS-REP
         AIRCRAFT: EMBRAER 170
                     SEAT 07D NO SMOKING CONFIRMED
```

| EXPEDIAWEB | 13JUL TUESDAY | WILMINGTON DE NUMERO DE DOSSIER **132855597996 | | | |
|---|---|---|---|---|---|
| HOTEL | 13JUL 14JUL | WILMINGTON DE HOTEL DU PONT/CF-13285559 11TH AND MARKET ST WILMINGTON DE 19801 PHONE 302-594-3100 RATE 439.42CAD PER NIGHT PLUS TAXES | | | |
| US AIRWAYS US 3176 S ECONOMY | 14JUL WEDNESDAY | PHILADELPHI PA INTL TERMINAL C | MONTREAL QC P TRUDEAU INTL | 2050 | 2242 |

```
                                                          NON STOP
                     RESERVATION CONFIRMED              1:52 DURATION
                     FLIGHT OPERATED BY US AIRWAYS EXPRESS-REP
         AIRCRAFT: EMBRAER 175
                     SEAT 07C NO SMOKING CONFIRMED
```

POSTED 30-6-10 #220

INVOICE NUMBER 0000318134                                          1/  3

MERCI DE NOUS AVOIR FAIT CONFIANCE POUR VOS ARRANGEMENTS DE VOYAGE NOUS DEVONS PAYER LES COMPAGNIES AÉRIENNES POUR LES BILLETS ÉMIS CHAQUE SEMAINE NOUS APPRÉCIERIONS VOTRE PAIEMENT, POUR VOS BILLETS DANS LES PLUS COURTS DÉLAIS. S.V.P. RETOURNER CETTE FACTURE AVEC VOTRE REMISE.

THANK YOU FOR FAVOURING US WITH YOUR TRAVEL BUSINESS. WE MUST PAY THE AIRLINES EACH WEEK FOR ALL TICKETS ISSUED. WE WILL APPRECIATE RECEIVING PAYMENT FOR YOUR TICKETS PROMPTLY.
PLEASE REMIT FROM THIS INVOICE.

9900, boul. Cavendish, Bureau 110
St-Laurent (Québec) H4M 2V2
Tél: (514) 745-0740  Fax: (514) 745-0416

www.uniglobe-carolann.com
À votre service depuis ...
At your service since ... **1987**

**UNIGLOBE**
**Voyages Carolann Inc.**

TPS – #R105446348 – GST   TVQ – #1002720945 – QST

```
                                      AGENT CC/CC BOOKING REF  Z5Z7U4
                                                               318134
                                      HANNOUCHE/CAREEN MRS

LAUZON BELANGER LESPERANCE INC.
286 ST PAUL OUEST/B 100
MONTREAL
QC H2Y 2A3


DATE:  JUN 28 2010                 5148444646

SERVICE         DATE  FROM              TO            DEPART   ARRIVE

  US                                          AIR FARE:CAD        353.00
                                              OTHER TAXES:         90.21
                                              GST/HST:             19.51
                                              QST:                  1.97
SERVICE FEE:   34.69                          TOTAL CAD            39.15
 TAX DETAILS:             GST/HST:  1.73       QST: 2.73
 SERVICE FEE DETAILS: GST/HST: CAD1.63     QST:     CAD2.57
                          SERVICE FEE
 SERVICE FEE DETAILS: GST/HST: CAD0.10     QST:     CAD0.16
                          OPC
                                 BILLET US AIR PAYE              -464.69
                                 FRAIS UNIGLOBE PAYE              -36.89
                                       FRAIS OPC PAYE              -2.26
                                   BASE HOTEL DU PONT             439.42
                                   OTEL DU PONT PAYE             -439.42

                                      INVOICE TOTAL CAD             0.00

TICKET PAYMENT:  VI XXXXXXXXXXXX9686
SVCFEE PAYMENT:  VI XXXXXXXXXXXX9686/EXP0412
SVCFEE PAYMENT:  VI XXXXXXXXXXXX9686/EXP0412
OTHER CHARGES PAYMENT: CC
-------------------------------------------------------------------------
RESERVATION NUMBER(S)  US/E686LW

TKT: US 037 2677009635
SVC: 954 0006279496
SVC: 954 0006279497

LIGNE D URGENCE APRES HEURES *SEULEMENT* 1-866-807-7349
EN AMERIQUE DU NORD OU 1-416-929-4363 A FRAIS VIRES
SVP MENTIONNER LE CODE YULWJ2105
POUR TOUT APPEL NON URGENT DES FRAIS DE SERVICE
ADDITIONNELS SERONT CHARGES A VOTRE COMPTE
L EMBARQUEMENT EST 45 MINUTES AVANT LE DEPART DU VOL
ENREGISTREMENT CANADA 1HR - USA 2HRS - EUROPE 3HRS AVANT
INVOICE NUMBER 0000318134                                       2/  3
```

MERCI DE NOUS AVOIR FAIT CONFIANCE POUR VOS ARRANGEMENTS DE VOYAGE NOUS DEVONS PAYER LES COMPAGNIES AÉRIENNES POUR LES BILLETS ÉMIS CHAQUE SEMAINE NOUS APPRÉCIERIONS VOTRE PAIEMENT, POUR VOS BILLETS DANS LES PLUS COURTS DÉLAIS. S.V.P. RETOURNER CETTE FACTURE AVEC VOTRE REMISE.

THANK YOU FOR FAVOURING US WITH YOUR TRAVEL BUSINESS. WE MUST PAY THE AIRLINES EACH WEEK FOR ALL TICKETS ISSUED. WE WILL APPRECIATE RECEIVING PAYMENT FOR YOUR TICKETS PROMPTLY. PLEASE REMIT FROM THIS INVOICE.

9900, boul. Cavendish, Bureau 110
St-Laurent (Québec)  H4M 2V2
Tél: (514) 745-0740  Fax: (514) 745-0416
TPS – #R105446348 – GST    TVQ – #1002720945 – QST

www.uniglobe-carolann.com
À votre service depuis ...
At your service since ... **1987**

**UNIGLOBE**
**Voyages Carolann Inc.**

```
                              AGENT CC/CC BOOKING REF Z5Z7U4
                                                      318134
                              HANNOUCHE/CAREEN MRS

LAUZON BELANGER LESPERANCE INC.
286 ST PAUL OUEST/B 100
MONTREAL
QC H2Y 2A3


    DATE: JUN 28 2010                5148444646

SERVICE              DATE FROM              TO               DEPART  ARRIVE

VOS BAGAGES DOIVENT CORRESPONDRE AUX REGLEMENTS
BILLET/RESERVATION NON TRANSFERABLE - NON REMBOURSABLE
CHANGEMENTS SUJET A FRAIS DE PENALITE
CANADA- PIECE D IDENTITE AVEC PHOTO OBLIGATOIRE
TOUTES AUTRES DESTINATIONS-PASSEPORT VALIDE OBLIGATOIRE
MERCI D AVOIR RESERVE AVEC UNIGLOBE CAROLANN...CAROLE




INVOICE NUMBER 0000318134                                            3/   3
```

MERCI DE NOUS AVOIR FAIT CONFIANCE POUR VOS ARRANGEMENTS DE VOYAGE NOUS DEVONS PAYER LES COMPAGNIES AÉRIENNES POUR LES BILLETS ÉMIS CHAQUE SEMAINE NOUS APPRÉCIERIONS VOTRE PAIEMENT, POUR VOS BILLETS DANS LES PLUS COURTS DÉLAIS. S.V.P. RETOURNER CETTE FACTURE AVEC VOTRE REMISE.

THANK YOU FOR FAVOURING US WITH YOUR TRAVEL BUSINESS. WE MUST PAY THE AIRLINES EACH WEEK FOR ALL TICKETS ISSUED. WE WILL APPRECIATE RECEIVING PAYMENT FOR YOUR TICKETS PROMPTLY.
PLEASE REMIT FROM THIS INVOICE.

Zonolite

TPS .89
TVQ 1.40

```
Releve de transaction
Transaction record
Aeroports de Montreal
975 Romeo Vachon Nord
Dorval    QC
DesJ:68045410
E:10/05/17 15:16:00
Term: 63        RE:6848
No:VISA:450003**9686
 MT:36.00 $
P:10/05/18 19:36:58
TPS/GST#133140517RT0001
TVQ/PST#1009932415TQ0001
```

POSTED
15-6-10

AÉROPORTS DE MONTRÉAL
MONTRÉAL - TRUDEAU
(514) 633-3016   1 (866) ADM 3999

+36
(pas de camp)

# EXHIBIT B



# LAUZON BÉLANGER LESPÉRANCE
#### AVOCATS • ATTORNEYS

July 17, 2010

RE :   W.R. GRACE & CO., and al.
       U.S. FEE APPLICATION
       CDN ZAI CLASS ACTION
       Our file :  222

**CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION**
**(June 1st 2010 to June 30th 2010)**

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**Our fees :**

| DATE | INIT | DESCRIPTION | HOURS | | |
|---|---|---|---|---|---|
| 2010-06-01 | CH | Email to Karen Harvey re: signature of certification notice | 0.17 | 285.00 | 48.45 |
| 2010-06-03 | CH | Email to Mr. Thompson, Mr. Moloci and Mr. Hogan re: comments on amended substantial contribution application | 0.25 | 285.00 | 71.25 |
| 2010-06-03 | MB | Review of arguments in Substantial Contribution Application; | 2.00 | 350.00 | 700.00 |
| 2010-06-03 | MB | Letter to David Thompson re: Substantial Contribution Application; | 0.50 | 350.00 | 175.00 |
| 2010-06-04 | CH | Review of the Amended Substantial Contribution Application re: Oct 2004 - Aug 2008 | 1.00 | 285.00 | 285.00 |
| 2010-06-04 | CH | Email to Mr. Thompson, Moloci, Hogan re: comments on amended substantial contribution application | 0.17 | 285.00 | 48.45 |
| 2010-06-10 | CH | Translation of the time summary for May 1- May 31, 2010 | 0.33 | 285.00 | 94.05 |
| 2010-06-10 | CH | Email to Karen Harvey re: time summary for May 1- May 31, 2010 | 0.08 | 285.00 | 22.80 |
| 2010-06-11 | CH | Email to Kathy Davis (Rust Consulting) on behalf of a class member to confirm if the class member is registered | 0.08 | 285.00 | 22.80 |
| 2010-06-16 | CH | Email to Nilsa Bartley (Grace) re: vendor payment form | 0.08 | 285.00 | 22.80 |
| 2010-06-23 | CH | Meeting with David Thompson, Matt Moloci and Michel Bélanger re: discussion and review of current status and July 14, 2010 hearing | 1.50 | 285.00 | 427.50 |
| 2010-06-23 | MB | Meeting with David Thompson, Matt Moloci and Careen Hannouche, discuss and review | 1.50 | 350.00 | 525.00 |



| Date | Lawyer | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2010-06-24 | CH | current status, July 14, 2010 hearing; Meeting with David Thompson, Matt Moloci and Michel Bélanger re: claims administration process, discussion regarding protocol for Claims Administrator including criteria for claims analysis and processing | 3.50 | 285.00 | 997.50 |
| 2010-06-24 | MB | Meeting with David Thompson, Matt Moloci and Careen Hannouche re: claims administration process, discuss protocol for Claims Administrator including criteria for claims analysis and processing; | 3.50 | 350.00 | 1,225.00 |
| 2010-06-29 | CH | Review of fee auditor's report time summary Oct 2004 - Aug 2008 | 0.42 | 285.00 | 119.70 |
| 2010-06-30 | CH | Review of receipts and disbursements in time docket for May 2010 following Karen Harvey's inquiries | 0.42 | 285.00 | 119.70 |
| 2010-06-30 | CH | Email to Karen Harvey re: clarification on receipts and disbursements | 0.17 | 285.00 | 48.45 |
| 2010-06-30 | CH | Review of 3rd Monthly Fee Application (May 1-May 31, 2010) | 0.25 | 285.00 | 71.25 |
| 2010-06-30 | CH | Email to Karen Harvey re: comment on 3rd monthly fee application (May 1-May 31, 2010) | 0.08 | 285.00 | 22.80 |
| 2010-06-30 | CH | Email from David Thompson re: clarifications to Karen Harvey's questions re: fee auditor report time summary Oct 2004 - Aug 2008 | 0.25 | 285.00 | 71.25 |
| | | **OUR FEES :** | **16.25** | | **$5,118.75** |

TIME SUMMARY BY LAWYER

| | | | |
|---|---|---|---|
| MB | 350.00 | 7.50 | 2,625.00 |
| CH | 285.00 | 8.75 | 2,493.75 |

**TAXABLE DISBURSEMENTS**

| | |
|---|---|
| Various fees – Travel Agency Fees | 34.69 |
| Parking | 31.90 |

**TOTAL TAXABLE DISBURSEMENTS**  $66.59

| | |
|---|---|
| G.S.T. | 259.27 |
| Q.S.T. | 408.35 |

**TOTAL**  $5,852.96

# G.S.T.  141312538  RT
# Q.S.T.  1018952471

# EXHIBIT C

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

PROVINCE OF QUEBEC     :
                       : ss
CITY OF MONTREAL       :

I, Careen Hannouche, after being duly sworn according to law, depose and say as follows:

1. I am an associate of the applicant firm, Lauzon Bélanger inc. (the "Firm").

2. On February 9, 2006, the CCAA Court entered an Order appointing Lauzon Bélanger inc. and Scarfone Hawkins LLP as Representative Counsel ("Representative Counsel").

3. On March 19, 2010, this Court signed a Modified Order appointing Representative Counsel as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants *nunc pro tunc* to December 21, 2009, through the effective date of the plan.

4. Special Counsel has rendered professional services as counsel for the Canadian ZAI Claimants.

3. I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of the Firm.

4. I have reviewed the foregoing application of Special Counsel and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

_____
Careen Hannouche

SWORN AND SUBSCRIBED
Before me this 27 day of july, 2010.

_Denise Guerin_ # 170 779
Notary Public
My Commission Expires: July 24, 2012

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et. al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

I, Karen E. Harvey, being duly sworn according to law, deposes and says that she is employed by The Hogan Firm, counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants in the above-captioned action, and that on the 28th day of July, 2010, she caused a copy of the **Fourth Monthly Application of Lauzon Bélanger As Special Counsel For The Canadian ZAI Claimants** to be served upon the Notice Parties, in the manner indicated on the attached service list, in accordance with the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

Karen E. Harvey

SWORN TO AND SUBSCRIBED
By me on this 28th day of July, 2010

Notary Public
My Commission Expires: 6/19/13

GILLIAN LORRAINE ANDREWS
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires June 19, 2013

**Grace Monthly Fee Application Service List**

01 – **Hand Delivery**
02 – **Federal Express**
22 – **E-mail**

*Hand Delivery*
(Trustee)
Office of the United States Trustee
David Klauder, Esquire
844 King Street, Suite 2311
Wilmington, DE 19801

*Federal Express & E-mail:*
*Richard.finke@grace.com*
*John.port@grace.com*
(Debtors)
Richard C. Finke, Esquire
John Port, Esquire
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

*Federal Express & E-mail:*
*feeaudit@whsmithlaw.com*
(Fee Auditor)
Warren H. Smith
Warren H. Smith and Associates
Republic Center
325 N. St. Paul, Ste. 1250
Dallas, TX 75201

*E-mail: joneill@pszjlaw.com*
(Co-Counsel for Debtors)
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market St., 17th Floor
Wilmington, DE 19899

*E-mail: mlastowski@duanemorris.com*
(Counsel for Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market St., Ste. 1200
Wilmington, DE 19801

*E-mail: mjoseph@ferryjoseph.com*
(Counsel to Official Committee of Asbestos Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Ste. 904
Wilmington, DE 19899

*E-mail: mhurford@camlev.com*
(Counsel to Official Committee of Personal Injury Claimants)
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

*E-mail: tcurrier@saul.com*
(Counsel to Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Ste. 1200
Wilmington, DE 19899

*E-mail: jcp@pgslaw.com*
(Co-Counsel to David T. Austern, Personal Injury Future Claimant's Representative)
John C. Phillips, Jr., Esquire
Philips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

*E-mail: khill@svglaw.com*
(Co-Counsel to the Hon. Alexander M. Sanders, Jr., Property Damages Future Claims Representative)
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Ste. 1500
Wilmington, DE 19801

E-mail: *tfreedman@kirkland.com*
(Co-Counsel for Debtors)
Theodore L. Freedman, Esquire
Kirkland & Ellis
Citigroup Center
601 Lexington Avenue
New York, NY 10022

E-mail: *jbaer@jsbpc.com*
(Co-counsel for Debtors)
Janet S. Baer, Esquire
The Law Offices of Janet S. Baer PC
70 West Madison St., Ste. 2100
Chicago, IL 60602

E-mail: *david.heller@lw.com*
(Co-Counsel to Debtor-In-Possession Lender)
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Ste. 5800
233 South Wacker Dr.
Chicago, IL 60606

E-mail: *wskatchen@duanemorris.com*
(Counsel for Official Committee of Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street, Ste. 1200
Newark, NJ 07102

E-mail: *lkruger@stroock.com*
(Counsel for Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

E-mail: *sbaena@bilzin.com*
(Counsel to Official Committee of Asbestos Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Ste 2500
Miami, FL 33131

E-mail: *ei@capdale.com*
(Counsel to Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue., 35th Floor
New York, NY 10152

E-mail: *pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

E-mail: *rfrankel@orrick.com*
(Co-Counsel to David T. Austern, Personal Injury Future Claimant's Representative)
Richard Frankel, Esquire
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005

E-mail: *arich@alanrichlaw.com*
(Co-Counsel to the Hon. Alexander M. Sanders, Jr., Property Damages Future Claims Representative)
Alan B. Rich, Esquire
Law Office of Alan B. Rich
1401 Elm Street, Suite 4620
Dallas, TX 75202