**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., <u>et</u>. <u>al</u>., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket No. _____ |
| _____ | ) | |

**ORDER GRANTING SECOND QUARTERLY APPLICATION**
**OF LAUZON BÉLANGER FOR COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES**
**FOR APRIL 1, 2010, THROUGH JUNE 30, 2010**

Lauzon Bélanger ("Applicant"), as Special Counsel for the Canadian ZAI Claimants pursuant to appointment order, dated March 19, 2010 [Docket No. 24508], filed its Second Quarterly Application for Compensation for Services Rendered and Reimbursement of Expenses for the Interim Fee Period From April 1, 2010, through June 30, 2010 ("Second Quarterly Application").   The Court has reviewed the Second Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Second Quarterly Application, and any hearing on the Second Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Second Quarterly Application.   Accordingly, it is

ORDERED that the Second Quarterly Application is GRANTED on an interim basis. Debtors shall pay to Lauzon Bélanger the sum of CDN$13,342.65 as compensation and CDN$3,330.11 as reimbursement of expenses, for a total of CDN$16,672.76 for services rendered and disbursements incurred by Lauzon Bélanger for the period April 1, 2010, through June 30, 2010, less any amounts previously paid in connection with the monthly fee applications.

Dated: _____        _____
                                    Judith K. Fitzgerald
                                    United States Bankruptcy Judge