## EXHIBIT A

**Business Operations (.30 Hours; $ 258.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .30 | $860 | 258.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 4/19/2010 | PVL | 860.00 | 0.30 | Review 8-K. |

**Total Task Code .03**          .30

**Case Administration (24.80 Hours; $ 7,863.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 2.80 | $860 | 2,408.00 |
| Rita C. Tobin | 3.00 | $545 | 1,635.00 |
| Eugenia Benetos | 2.00 | $210 | 420.00 |
| Rolland A. Hampton | 17.00 | $200 | 3,400.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 4/2/2010 | RCT | 545.00 | 0.20 | Rev Dockets and Local Counsel Recommendations re EI update. |
| 4/5/2010 | PVL | 860.00 | 0.30 | Review 15 miscellaneous filings (.2); review agenda (.1). |
| 4/5/2010 | EB | 210.00 | 0.50 | As per RCT's request and print out EI deposition transcript. |
| 4/8/2010 | PVL | 860.00 | 1.00 | Review docs for filing. |
| 4/12/2010 | EB | 210.00 | 1.00 | As per EI's request retrieve plan documents. |
| 4/16/2010 | RCT | 545.00 | 0.20 | Rev. Dockets and Local Counsel Recommendations re EI update. |
| 4/20/2010 | PVL | 860.00 | 0.10 | Review Hurford memo and e-mail comments. |
| 4/23/2010 | RCT | 545.00 | 0.20 | Rev. dockets and Local Counsel Recommendations re EI update. |

{D0184939.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 4/23/2010 | PVL | 860.00 | 0.10 | Review 8 misc. filings. |
| 4/26/2010 | PVL | 860.00 | 0.10 | Review 7 misc. filings. |
| 4/27/2010 | EB | 210.00 | 0.50 | Email sent to EI re: fraud conveyance fees. |
| 4/30/2010 | RCT | 545.00 | 0.20 | Rev. Dockets and Local Counsel recommendations re EI update. |
| 5/3/2010 | PVL | 860.00 | 0.10 | Review 5 misc. filings. |
| 5/4/2010 | RCT | 545.00 | 0.20 | Review dockets and Local Counsel Recommendations re EI update (0.2) |
| 5/7/2010 | PVL | 860.00 | 0.10 | Review 6 misc. filings. |
| 5/14/2010 | RCT | 545.00 | 0.20 | Review dockets and Local Counsel Recommendations re EI update (0.2) |
| 5/18/2010 | PVL | 860.00 | 0.20 | Review 12 misc. filings. |
| 5/20/2010 | RCT | 545.00 | 0.40 | Review exhibits (0.4) |
| 5/21/2010 | RCT | 545.00 | 0.20 | Review dockets and Local Counsel Recommendations re EI update (0.2) |
| 5/21/2010 | RAH | 200.00 | 2.00 | Create an index of all trial exhibits submitted to the court over the course of trial for firm records. |
| 5/22/2010 | RAH | 200.00 | 4.50 | Create an index of all trial exhibits submitted to the court over the course of trial for firm records. |
| 5/23/2010 | RAH | 200.00 | 8.50 | Create an index of all trial exhibits submitted to the court over the course of trial for firm records. |
| 5/24/2010 | PVL | 860.00 | 0.10 | Review 12 misc. filings. |
| 5/25/2010 | PVL | 860.00 | 0.10 | Review 9 misc filings. |
| 5/26/2010 | RAH | 200.00 | 1.00 | Integrate indexed documents into the firm database for attorney retrieval. |
| 5/27/2010 | RAH | 200.00 | 1.00 | Integrate indexed documents into firm database for retrieval by attorneys. |
| 5/28/2010 | RCT | 545.00 | 0.20 | Review dockets and Local Counsel Recommendations re EI update (0.2) |

{D0184939.1 }

| 6/2/2010 | PVL | 860.00 | 0.10 | Review 10 misc. filings. |
| 6/4/2010 | RCT | 545.00 | 0.20 | Review dockets and local counsel recommendations re EI update (0.2) |
| 6/7/2010 | PVL | 860.00 | 0.10 | Review 6 misc filings. |
| 6/8/2010 | PVL | 860.00 | 0.10 | Review 7 misc filings. |
| 6/11/2010 | RCT | 545.00 | 0.20 | Review dockets and local counsel recommendations re EI update (0.2) |
| 6/14/2010 | PVL | 860.00 | 0.10 | Review 8 misc filings. |
| 6/16/2010 | RCT | 545.00 | 0.20 | Review dockets and local counsel recommendations re EI update (0.2) |
| 6/22/2010 | RCT | 545.00 | 0.20 | Review dockets and local counsel recommendations re EI update (0.2) |
| 6/29/2010 | RCT | 545.00 | 0.20 | Review dockets and local counsel recommendations re EI update (0.2) |
| 6/29/2010 | PVL | 860.00 | 0.20 | Review 20 miscellaneous filings. |

**Total Task Code .04        24.80**


**Claim Analysis Objection & Resolution (Asbestos) (.20 Hours; $ 172.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $860 | 172.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 4/21/2010 | PVL | 860.00 | 0.10 | Review draft order re MCC claim. |
| 4/22/2010 | PVL | 860.00 | 0.10 | Review revised draft order re MCC cls obj. |

**Total Task Code .05        .20**

{D0184939.1 }

**Employee Benefits/Pension (.80 Hours; $ 706.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $950 | 190.00 |
| Peter Van N. Lockwood | .60 | $860 | 516.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 4/1/2010 | EI | 950.00 | 0.20 | T/c Sinclair re: retirement plan issues. |
| 4/9/2010 | PVL | 860.00 | 0.20 | Teleconference Sinclair re pension plan issues. |
| 6/18/2010 | PVL | 860.00 | 0.10 | Review Frankel ltr re pension motion. |
| 6/29/2010 | PVL | 860.00 | 0.30 | Review AON report re pension plan. |

**Total Task Code .08    .80**


**Fee Applications, Applicant (17.20 Hours; $ 7,297.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 11.00 | $545 | 5,995.00 |
| Eugenia Benetos | 6.20 | $210 | 1,302.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 4/1/2010 | RCT | 545.00 | 1.00 | Address fee issues |
| 4/2/2010 | RCT | 545.00 | 0.20 | Rev, fee app schedules for April. |
| 4/5/2010 | RCT | 545.00 | 0.90 | Address fee issues. |
| 4/5/2010 | RCT | 545.00 | 0.30 | Address fee issues. |
| 4/7/2010 | RCT | 545.00 | 0.40 | Address fee issues. |
| 4/15/2010 | EB | 210.00 | 0.50 | Prepare fee and expense report for fee application exhibit. |
| 4/19/2010 | RCT | 545.00 | 1.50 | Rev. Pre-bills |
| 4/20/2010 | RCT | 545.00 | 0.60 | Review Exhibits. |

{D0184939.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 4/21/2010 | RCT | 545.00 | 1.00 | Rev. monthly fee application. |
| 4/22/2010 | EB | 210.00 | 1.00 | Work on monthly fee application. |
| 4/30/2010 | RCT | 545.00 | 0.20 | Rev. fee application schedules for April. |
| 5/4/2010 | RCT | 545.00 | 0.20 | Review filing requirements (0.2) |
| 5/5/2010 | RCT | 545.00 | 0.30 | Address fee issues (0.3) |
| 5/10/2010 | EB | 210.00 | 0.50 | Prepare fee and expense report for fee application exhibit. |
| 5/11/2010 | RCT | 545.00 | 0.40 | Address fee issues (0.4) |
| 5/12/2010 | RCT | 545.00 | 0.40 | Review prebills (0.4) |
| 5/12/2010 | RCT | 545.00 | 1.00 | Review Interim Fee Application (1.0) |
| 5/12/2010 | EB | 210.00 | 1.20 | Work on monthly fee application (1); and perform review of exhibit D and make necessary edits (.2). |
| 5/13/2010 | RCT | 545.00 | 0.40 | Address fee issue (0.4) |
| 5/17/2010 | RCT | 545.00 | 0.40 | Review prebills (0.4) |
| 5/21/2010 | RCT | 545.00 | 0.50 | Review fee apps (0.5) |
| 5/21/2010 | EB | 210.00 | 1.10 | Work on monthly fee application. |
| 6/7/2010 | RCT | 545.00 | 0.20 | Review revised fee schedules (0.2) |
| 6/8/2010 | RCT | 545.00 | 0.80 | Review prebills (0.8) |
| 6/10/2010 | RCT | 545.00 | 0.30 | Review exhibits (0.3) |
| 6/18/2010 | EB | 210.00 | 1.10 | Work on monthly fee application. |
| 6/29/2010 | EB | 210.00 | 0.20 | Send email to Katie Hemming re: monthly application with exhibits. |
| 6/29/2010 | EB | 210.00 | 0.60 | Prepare fee and expense report for fee application exhibit. (.6) |

**Total Task Code .12        17.20**

{D0184939.1 }

**Hearings (.10 Hours; $ 86.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $860 | 86.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 4/7/2010 | PVL | 860.00 | 0.10 | Review 2 claims settlement notices. |

**Total Task Code .15    .10**


**Litigation and Litigation Consulting (11.20 Hours; $ 2,765.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .70 | $950 | 665.00 |
| Marissa A. Fanone | 10.50 | $200 | 2,100.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 4/1/2010 | EI | 950.00 | 0.50 | Conf. Rice re: senior debt interest issue (.2); memo re: same (.1); researched senior debt issue (.2). |
| 4/7/2010 | MAF | 200.00 | 4.50 | Organize confirmation hearing materials. |
| 4/8/2010 | MAF | 200.00 | 3.00 | Organize confirmation hearing materials. |
| 4/9/2010 | MAF | 200.00 | 3.00 | Organize confirmation hearing materials. |
| 4/16/2010 | EI | 950.00 | 0.20 | Review of North Star proposal. |

**Total Task Code.16    11.20**


**Plan & Disclosure Statement (46.30 Hours; $ 38,316.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 3.50 | $950 | 3,325.00 |
| Peter Van N. Lockwood | 35.70 | $860 | 30,702.00 |

{D0184939.1 }

| | | | |
|---|---|---|---|
| Nathan D. Finch | 3.00 | $625 | 1,875.00 |
| Ann C. McMillan | 3.80 | $595 | 2,261.00 |
| Jeffrey A. Liesemer | .30 | $510 | 153.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 4/1/2010 | EI | 950.00 | 0.10 | Memo to claimant. |
| 4/5/2010 | PVL | 860.00 | 0.20 | Review e-mail. |
| 4/5/2010 | ACM | 595.00 | 0.10 | Teleconference claimant. |
| 4/6/2010 | PVL | 860.00 | 0.10 | Review Grace revs to CNA agmt. |
| 4/7/2010 | PVL | 860.00 | 0.10 | Review draft CNA approval order. |
| 4/8/2010 | PVL | 860.00 | 0.60 | Review draft CNA order and e-mail comments (.3); review e-mail and reply (.3). |
| 4/9/2010 | PVL | 860.00 | 0.20 | Review e-mail and reply. |
| 4/10/2010 | PVL | 860.00 | 0.10 | Prep for 4/12 call. |
| 4/12/2010 | NDF | 625.00 | 3.00 | Research and emails to constituent re scope of injunction issue. |
| 4/12/2010 | PVL | 860.00 | 1.10 | Teleconference Donley, Freedman, Esayian, Baer, Wyron, Cohn and Candon (.7); review e-mail and reply (.1); review revised draft CNA agmt and e-mail comments (.3). |
| 4/13/2010 | PVL | 860.00 | 0.40 | Teleconference Wyron (.2); review Orrick memo (.2). |
| 4/14/2010 | ACM | 595.00 | 0.60 | Review North Star Agreement and send e-mail to B. Horkovich re same. |
| 4/15/2010 | JAL | 510.00 | 0.30 | Review and analyze materials from R. Horkovich regarding proposed insurance settlement. |
| 4/15/2010 | PVL | 860.00 | 0.80 | Prep for mtg w/Frankel et al (.5); review revised draft CNA agmt and motion re same (.3). |
| 4/16/2010 | PVL | 860.00 | 3.40 | Confer Frankel, Wyron and Felder (2.7); review draft conf order (.2); teleconference Shelnitz, Freedman, Donley, Frankel, Wyron et al (.4); prep for hearing (.1). |

{D0184939.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 4/17/2010 | PVL | 860.00 | 1.30 | Review draft conf order and e-mail comments to Boll et al. |
| 4/19/2010 | PVL | 860.00 | 2.10 | Attend hearing (1.6); confer Frankel (.5). |
| 4/21/2010 | EI | 950.00 | 0.10 | Memo re: North Star settlement. |
| 4/22/2010 | PVL | 860.00 | 0.60 | Review e-mail and reply (.2); review revised draft conf order and e-mail comments. (.4). |
| 4/23/2010 | PVL | 860.00 | 1.50 | Review e-mail and reply (.7); review revised draft Hartford agmt (.7); review revised draft conf order (.1). |
| 4/25/2010 | PVL | 860.00 | 0.10 | Review amended item 3 to Plan Suppl. |
| 4/28/2010 | ACM | 595.00 | 0.10 | Teleconference EI, R. Frankel re Libby issues. |
| 4/28/2010 | EI | 950.00 | 0.20 | T/c Frankel re: Libby status. |
| 4/29/2010 | PVL | 860.00 | 1.10 | Teleconference Horkovich (.1); review revised conf. order (.6); review revised CNA motion (.1); review e-mail and reply (.3). |
| 4/29/2010 | ACM | 595.00 | 1.00 | Review American Re Settlement Agreement (.5); exchange e-mails with R. Horkovich re same (.4); teleconference R. Horkovich re same (.1). |
| 4/30/2010 | PVL | 860.00 | 2.30 | Teleconference Donley, Freedman, Baer, Esayian, Wyron et al (1.6); review revised draft conf order (.2); review e-mail and reply (.1); review revised draft CNA agmt (.4). |
| 5/3/2010 | ACM | 595.00 | 0.10 | Teleconference claimant re status of case. |
| 5/3/2010 | PVL | 860.00 | 0.30 | Review amended Pennock complaint (.2); review emails and reply (.1). |
| 5/4/2010 | PVL | 860.00 | 1.90 | Teleconference Wyron. |
| 5/5/2010 | PVL | 860.00 | 0.20 | Review e-mail and reply. |
| 5/5/2010 | ACM | 595.00 | 1.10 | Review draft Hartford Settlement Agreement (.7); exchange e-mails with R. Horkovich re same (.4). |
| 5/9/2010 | ACM | 595.00 | 0.50 | Review Harper Settlement Agreement (.4); send e-mail to R. Horkovich re same (.1). |
| 5/12/2010 | ACM | 595.00 | 0.10 | Teleconference Grace claimant. |

{D0184939.1 }

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 5/13/2010 | PVL | 860.00 | 0.80 | Review e-mail and reply (.3); teleconference Freedman (.5). |
| 5/13/2010 | ACM | 595.00 | 0.20 | Exchange e-mails with B. Horkovich re American Re Agreement. |
| 5/14/2010 | PVL | 860.00 | 0.10 | Review e-mail and reply. |
| 5/14/2010 | EI | 950.00 | 0.20 | Review Harper settlement and memo to Committee re: same (.2). |
| 5/17/2010 | PVL | 860.00 | 0.40 | Review draft Grace reply brief re MCC claims (.3); review e-mail (.1). |
| 5/18/2010 | PVL | 860.00 | 3.30 | Review e-mail and reply (.2); review draft ACC/FCR oppo to MCC cls. (.2); prep for CNA mtg (.6); confer Giannotto, Wyron and Essayan (2.1); review draft Libby Cls oppo to MCC cls (.2). |
| 5/19/2010 | PVL | 860.00 | 0.70 | Review e-mail and reply (.2); teleconference Wyron (.4); review MCC objs to Libby Cls joinder (.1). |
| 5/19/2010 | EI | 950.00 | 0.10 | Memo re: Harper insurance settlement. |
| 5/20/2010 | PVL | 860.00 | 0.20 | Review draft Hartford approval order (.1); review e-mail and reply (.1). |
| 5/21/2010 | PVL | 860.00 | 2.10 | Review docs re CNA decl (.5); teleconference EI (1.1); teleconference Frankel (.3); review e-mail (.2). |
| 5/21/2010 | EI | 950.00 | 1.00 | Read memo and t/c PVNL re: Libby/CNA matters (1.0). |
| 5/24/2010 | PVL | 860.00 | 3.10 | Teleconference Frankel, Wyron and EI (1.0); confer Aldock, Giannotto, Glosband, Frankel, Wyron (1.9); review agenda and e-mail Hurford (.1); review e-mail and reply (.1). |
| 5/24/2010 | EI | 950.00 | 1.00 | Conference Frankel, Wyron, PVNL re CNA/Libby issues (1.0) |
| 5/25/2010 | EI | 950.00 | 0.10 | Memo Horkovich re Am Re settlement (0.1) |
| 5/25/2010 | PVL | 860.00 | 1.00 | Review e-mail and reply (.2); confer Cooney, EI and ACM (.8). |
| 5/26/2010 | PVL | 860.00 | 1.00 | Review e-mail (.2); teleconference Wyron (.4); teleconference Wisler (.4). |

{D0184939.1 }

| Date | Prof | Rate | Hours | Description |
|---|---|---|---|---|
| 5/26/2010 | EI | 950.00 | 0.20 | American Re proposed settlement (0.2) |
| 5/27/2010 | PVL | 860.00 | 0.20 | Review e-mail and reply. |
| 5/28/2010 | PVL | 860.00 | 0.10 | Review e-mail. |
| 5/28/2010 | EI | 950.00 | 0.10 | American Re deal (0.1) |
| 6/1/2010 | PVL | 860.00 | 0.10 | Teleconference Wyron re status. |
| 6/2/2010 | PVL | 860.00 | 0.90 | Teleconference Freedman, Donley, Baer, Frankel and Wyron (.8); review Libby Cls rep to MCC (.1). |
| 6/2/2010 | PVL | 860.00 | 0.10 | Review brief re 105 appeal. |
| 6/5/2010 | PVL | 860.00 | 0.40 | Prep for hearing (.2); e-mail Freedman (.2). |
| 6/6/2010 | PVL | 860.00 | 0.10 | E-mail Freedman re status. |
| 6/7/2010 | PVL | 860.00 | 0.60 | Attend hearing (.4); confer Frankel (.2). |
| 6/9/2010 | EI | 950.00 | 0.20 | Read Horkovich status memo. |
| 6/9/2010 | PVL | 860.00 | 0.70 | Teleconference Wyron re status. |
| 6/10/2010 | PVL | 860.00 | 0.10 | Review Horkovich memo. |
| 6/16/2010 | PVL | 860.00 | 0.10 | Review email and reply. |
| 6/17/2010 | PVL | 860.00 | 0.50 | Teleconference Wyron re status. |
| 6/22/2010 | EI | 950.00 | 0.20 | Address Wausau settlement issues. |
| 6/30/2010 | PVL | 860.00 | 0.70 | Teleconference w/Wyron (.1); review emails and reply (.2); review draft RJN (.1); review revised draft CNA agreement (.3). |

**Total Task Code .17    46.30**


**Travel – Non Working (10.10 Hours; $ 4,343.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 10.10 | $430 | 4,343.00 |

{D0184939.1 }

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 4/19/2010 | PVL | 430.00 | 4.70 | Travel to/from Wilmington for hearing. |
| 5/18/2010 | PVL | 430.00 | 0.30 | Travel to/from Orrick for CNA mtg. |
| 5/24/2010 | PVL | 430.00 | 0.40 | Travel to/from Aldock office. |
| 6/7/2010 | PVL | 430.00 | 4.70 | Travel to/from Wilmington. |

**Total Task Code .21      10.10**

**Fee Auditor Matters (20.50 Hours; $ 10,532.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $860 | 172.00 |
| Rita C. Tobin | 18.20 | $545 | 9,919.00 |
| Eugenia Benetos | 2.10 | $210 | 441.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 4/8/2010 | RCT | 545.00 | 2.40 | Rev. fee auditor report (.8); obtain info for reply to same (1.6). |
| 4/12/2010 | RCT | 545.00 | 1.50 | Collect info re fee auditor response. |
| 4/16/2010 | EB | 210.00 | 1.00 | Review Fee Auditor Report for EI. Conference with EI re: Caplin & Drysdale fee reductions. |
| 4/20/2010 | EB | 210.00 | 0.50 | T/C with RCT re: fee auditor breakdown. |
| 4/22/2010 | RCT | 545.00 | 2.50 | Work on Fee Auditor Response. |
| 5/3/2010 | RCT | 545.00 | 0.70 | Address fee auditor issue (0.7) |
| 5/4/2010 | RCT | 545.00 | 0.60 | Gather materials for fee auditor response (0.6) |
| 5/7/2010 | RCT | 545.00 | 1.50 | Work on fee auditor response (1.5) |
| 5/19/2010 | RCT | 545.00 | 2.00 | Work on fee auditor response (2.0) |
| 5/24/2010 | RCT | 545.00 | 1.00 | Work on response to fee auditor (1.0) |
| 5/25/2010 | RCT | 545.00 | 0.60 | Emails to Bailor, Phillips re time entries for fee auditor response (0.6) |

{D0184939.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 5/26/2010 | RCT | 545.00 | 1.80 | Draft response to fee auditor (1.8) |
| 5/27/2010 | RCT | 545.00 | 2.00 | Draft response to FA (1.5); emails NDF and M. Peterson re response (0.3); T/Cs MP re response (0.2) |
| 5/27/2010 | PVL | 860.00 | 0.20 | Review draft ltr to Smith (.1); confer RCT re same (.1). |
| 5/28/2010 | RCT | 545.00 | 0.20 | Review final report (0.2) |
| 6/22/2010 | RCT | 545.00 | 0.50 | Address fee auditor issues (0.5) |
| 6/29/2010 | RCT | 545.00 | 0.40 | Address fee auditor issues (0.4) |
| 6/29/2010 | EB | 210.00 | 0.60 | Perform review of court docket re: fee auditor's report (.6). |
| 6/30/2010 | RCT | 545.00 | 0.50 | Address fee issues (0.5) |

**Total Task Code .32        20.50**

{D0184939.1 }

Other Charges:

| | |
|---|---|
| Air Freight & Express Mail | $59.90 |
| Research Material | $46.96 |
| Air & Train Transportation | $3,979.80 |
| Meals Related to Travel | $14.70 |
| Travel Expenses - Ground Transportation | $1,078.16 |
| Database Research | $141.66 |
| Xeroxing | $27.20 |
| Long Distance-Equitrac In-House | $8.92 |
| **Total** | **$5,357.30** |

{D0184939.1}