**EXHIBIT B**

**Business Operations (.30 Hours; $ 258.00)**

Services rendered in this category pertain to the analysis and monitoring of the Debtor's business operations.

**Total Task Code .03            .30**

**Case Administration (24.80 Hours; $ 7,863.00)**

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04            24.80**

**Claim Analysis Objection & Resolution (Asbestos) (.20 Hours; $ 172.00)**

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05            .20**

**Employee Benefits/Pension (.80 Hours; $ 706.00)**

Services rendered in this category include the Debtors' benefits and severance programs and other issues relating to the Debtors' employees.

**Total Task Code .08            .80**

**Fee Applications, Applicant (17.20 Hours; $ 7,297.00)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12            17.20**

**Hearings (.10 Hours; $ 86.00)**

{D0184940.1 }

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15            .10**

**Litigation and Litigation Consulting (11.20 Hours; $ 2,765.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16  11.20**

**Plan & Disclosure Statement (46.30 Hours; $ 38,316.00)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17  46.30**

**Travel Non-working (10.10 Hours; $ 4,343.00)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21  10.10**

**Fee Auditor Matters (20.50 Hours; $ 10,532.00)**

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32  20.50**

{D0184940.1 }