## **EXHIBIT C**

Other Charges:

| | |
|---|---|
| Air Freight & Express Mail | $59.90 |
| Research Material | $46.96 |
| Air & Train Transportation | $3,979.80 |
| Meals Related to Travel | $14.70 |
| Travel Expenses - Ground Transportation | $1,078.16 |
| Database Research | $141.66 |
| Xeroxing | $27.20 |
| Long Distance-Equitrac In-House | $8.92 |
| **Total** | **$5,357.30** |

{D0184941.1}