| | | | |
|---|---|---|---|
| **Client Number:  4642** | **Grace Asbestos Personal Injury Claimants** | | Page: 1 |
| **Matter     000** | **Disbursements** | | 5/19/2010 |

Print Date/Time: 05/19/2010  4:20:22PM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 4/30/2010

**Matter     000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 4/22/2010 | 13,655 |
|---|---|---|---|---|---|---|---|---|

Client Retainers Available        $4,759.14          Committed to Invoices:        $0.00          Remaining:        $4,759.14

Total Expenses Billed To Date        $3,875,798.77

Billing Empl:        0120        Elihu  Inselbuch
Responsible Empl:        0120        Elihu  Inselbuch
Alternate Empl:        0120        Elihu  Inselbuch
Originating Empl:        0120        Elihu  Inselbuch

**Summary  by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 2,832.55 | 0.00 | 2,832.55 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 12.84 | 0.00 | 12.84 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 145.58 | 0.00 | 145.58 |
| **Total Fees** | | | **0.00** | **2,990.97** | **0.00** | **2,990.97** |

**Detail Time / Expense  by  Date**

| | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2513454 | Federal Express -Delivery to K.Hemming, 3/19/10 (EI; Split b/w clients 4642 & 5334) | E | 04/01/2010 | EI 0120 | | 0.00 | $7.72 | | 0.00 | $7.72 | 7.72 |
| 2520359 | Equitrac - Long Distance to 19143721874 | E | 04/13/2010 | C&D 0999 | | 0.00 | $0.08 | | 0.00 | $0.08 | 7.80 |
| 2520370 | Equitrac - Long Distance to 19143721874 | E | 04/13/2010 | C&D 0999 | | 0.00 | $0.08 | | 0.00 | $0.08 | 7.88 |

{D0184942.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 5/19/2010 |

Print Date/Time: 05/19/2010  4:20:22PM

Attn:

Invoice #

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2520674 | Equitrac - Long Distance to 19143721874 | E | 04/13/2010 | 0999 | C&D | | 0.00 | $0.96 | 0.00 | $0.96 | 8.84 |
| 2519959 | Photocopy | E | 04/15/2010 | 0999 | C&D | | 0.00 | $0.20 | 0.00 | $0.20 | 9.04 |
| 2531495 | Photocopy | E | 04/22/2010 | 0999 | C&D | | 0.00 | $2.60 | 0.00 | $2.60 | 11.64 |
| 2524016 | Petty Cash -Cab Fares & Parking at DC Union Station while on travel to/from Pittsburgh, PA, 4/19/10  (PVNL) | E | 04/26/2010 | 0020 | PVL | | 0.00 | $39.00 | 0.00 | $39.00 | 50.64 |
| 2524017 | Petty Cash -Meal while on travel to/from Pittsburgh, PA, 4/19/10  (PVNL) | E | 04/26/2010 | 0020 | PVL | | 0.00 | $8.45 | 0.00 | $8.45 | 59.09 |
| 2524739 | Pacer Service Center -Research, 1/1/10 - 3/31/10  (EI) | E | 04/28/2010 | 0120 | EI | | 0.00 | $5.12 | 0.00 | $5.12 | 64.21 |
| 2526220 | Executive Travel Associates -Agent Fee, re: Coach Airfare for travel to/from Pittsburgh, PA, 4/21/10  (PVNL) | E | 04/30/2010 | 0020 | PVL | | 0.00 | $40.00 | 0.00 | $40.00 | 104.21 |
| 2526221 | Executive Travel Associates -Coach Airfare for travel to/from Pittsburgh, PA, 4/21/10  (PVNL) | E | 04/30/2010 | 0020 | PVL | | 0.00 | $1,803.40 | 0.00 | $1,803.40 | 1,907.61 |
| 2526222 | Executive Travel Associates -Coach One-Way Airfare travel to Pittsburgh, PA, 4/21/10  (PVNL) | E | 04/30/2010 | 0020 | PVL | | 0.00 | $901.70 | 0.00 | $901.70 | 2,809.31 |
| 2526223 | Executive Travel Associates -Agent Fee, re: Coach One-Way Airfare travel to Pittsburgh, PA, 4/21/10  (PVNL) | E | 04/30/2010 | 0020 | PVL | | 0.00 | $40.00 | 0.00 | $40.00 | 2,849.31 |
| 2526758 | Database Research - Westlaw by NDF on 4/6 | E | 04/30/2010 | 0999 | C&D | | 0.00 | $141.66 | 0.00 | $141.66 | 2,990.97 |

| | | | | |
|---|---|---|---|---|
| **Total Expenses** | | $2,990.97 | | $2,990.97 |
| | 0.00 | | 0.00 | |
| Matter Total Fees | | 0.00 | | 0.00 |
| Matter Total Expenses | | 2,990.97 | | 2,990.97 |
| Matter Total | 0.00 | 2,990.97 | 0.00 | 2,990.97 |
| | | | | |
| Prebill Total Fees | | | | |
| Prebill Total Expenses | | $2,990.97 | | $2,990.97 |
| Prebill Total | 0.00 | $2,990.97 | 0.00 | $2,990.97 |

{D0184942.1 }

**Client Number:    4642**       Grace Asbestos Personal Injury Claimants                                          Page: 1
**Matter       000**              Disbursements                                                                     5/19/2010

Print Date/Time: 05/19/2010  4:20:22PM

Attn:

Invoice #

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 71,431 | 11/30/2009 | 344,685.75 | 68,937.15 |
| 72,159 | 12/18/2009 | 234,924.50 | 46,984.90 |
| 72,599 | 01/26/2010 | 288,633.50 | 57,726.70 |
| 73,026 | 02/26/2010 | 150,698.25 | 30,139.65 |
| 73,613 | 03/19/2010 | 43,300.50 | 8,660.10 |
| 74,007 | 04/22/2010 | 56,420.60 | 56,420.60 |
|  |  | 1,134,284.10 | 271,993.30 |

{D0184942.1 }

| | | |
|---|---|---|
| **Client Number:  4642** | **Grace Asbestos Personal Injury Claimants** | Page: 1 |
| **Matter     000** | **Disbursements** | 5/19/2010 |

Print Date/Time: 05/19/2010  4:20:22PM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 5/31/2010

**Matter     000**
**Disbursements**

Bill Cycle:    Monthly          Style:       i1          Start:   4/16/2001    Last Billed :    5/21/2010            13,655

Client Retainers Available     $4,759.14     Committed to Invoices:    $0.00     Remaining:    $4,759.14

Total Expenses Billed To Date    $3,878,789.74

Billing Empl:       0120    Elihu   Inselbuch
Responsible Empl:   0120    Elihu   Inselbuch
Alternate Empl:     0120    Elihu   Inselbuch
Originating Empl:   0120    Elihu   Inselbuch

**Summary by Employee**

| | | | ACTUAL | | BILLING | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 216.00 | 0.00 | 216.00 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 20.21 | 0.00 | 20.21 |
| 0187 | NDF | Nathan D Finch | 0.00 | 120.46 | 0.00 | 120.46 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 6.00 | 0.00 | 6.00 |
| 0255 | DAT | Denise A Tolbert | 0.00 | 1.80 | 0.00 | 1.80 |
| 0369 | TEP | Todd E Phillips | 0.00 | 41.84 | 0.00 | 41.84 |
| 0396 | RAH | Rolland A Hampton | 0.00 | 6.10 | 0.00 | 6.10 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 13.92 | 0.00 | 13.92 |
| **Total Fees** | | | **0.00** | **426.33** | **0.00** | **426.33** |

**Detail Time / Expense by Date**

| | | | | | ACTUAL | | | BILLING | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2526722 | Equitrac - Long Distance to 18136261334 | E | 05/03/2010 | 0999 C&D | | 0.00 | $0.12 | | 0.00 | $0.12 | 0.12 |

{D0184942.1 }

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
| Matter 000 | | Disbursements | | | | | | | | 5/19/2010 |

Print Date/Time: 05/19/2010  4:20:22PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2526787 | BostonCoach Corporation -Car Svc. to DCA Airport & from Pittsburgh, PA, 3/31/10  (NDF) | E | 05/04/2010 | 0187 | NDF | 0.00 | $1,022.16 | 0.00 | $1,022.16 | 1,022.28 |
| 2526799 | Pacer Service Center -Research, 1/1/10 - 3/31/10  (TEP) | E | 05/04/2010 | 0369 | TEP | 0.00 | $41.84 | 0.00 | $41.84 | 1,064.12 |
| 2532864 | Peter Van N. Lockwood -Svc. Fee for Amtrak Train Coach Fare for travel to/from Wilmington, DE, re: Hearing, 4/19/10 | E | 05/10/2010 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 1,104.12 |
| 2532865 | Peter Van N. Lockwood -Amtrak Train Coach Fare for travel to/from Wilmington, DE, re: Hearing, 4/19/10 | E | 05/10/2010 | 0020 | PVL | 0.00 | $176.00 | 0.00 | $176.00 | 1,280.12 |
| 2533920 | Equitrac - Long Distance to 14142649461 | E | 05/10/2010 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 1,280.16 |
| 2534043 | Equitrac - Long Distance to 14142649461 | E | 05/11/2010 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 1,280.24 |
| 2534140 | Equitrac - Long Distance to 14174614040 | E | 05/12/2010 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 1,280.28 |
| 2533383 | Executive Travel Associates -Credit One-Way Coach Airfare to Pittsburgh, PA, 4/21/10  (NDF) | E | 05/12/2010 | 0187 | NDF | 0.00 | -$901.70 | 0.00 | -$901.70 | 378.58 |
| 2533413 | Federal Express -Delivery to K.Hemming, 4/22/10  (EI) | E | 05/12/2010 | 0120 | EI | 0.00 | $12.42 | 0.00 | $12.42 | 391.00 |
| 2534207 | Equitrac - Long Distance to 13369269145 | E | 05/13/2010 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 391.08 |
| 2538627 | Photocopy | E | 05/13/2010 | 0999 | C&D | 0.00 | $5.70 | 0.00 | $5.70 | 396.78 |
| 2539037 | Photocopy | E | 05/19/2010 | 0220 | SKL | 0.00 | $6.00 | 0.00 | $6.00 | 402.78 |
| 2539319 | Photocopy | E | 05/21/2010 | 0999 | C&D | 0.00 | $2.50 | 0.00 | $2.50 | 405.28 |
| 2537079 | Federal Express -Delivery to K.Hemming, 5/13/10  (EI; Split w/ clients 4642 & 5632) | E | 05/24/2010 | 0120 | EI | 0.00 | $7.79 | 0.00 | $7.79 | 413.07 |
| 2537170 | Equitrac - Long Distance to 12123199240 | E | 05/24/2010 | 0999 | C&D | 0.00 | $3.36 | 0.00 | $3.36 | 416.43 |
| 2537716 | Equitrac - Long Distance to 13028886258 | E | 05/26/2010 | 0999 | C&D | 0.00 | $1.56 | 0.00 | $1.56 | 417.99 |

{D0184942.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
| Matter | 000 | Disbursements | | | | | | | | 5/19/2010 |

Print Date/Time: 05/19/2010 4:20:22PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2539685 | Photocopy | | E | 05/27/2010 | 0396 | RAH | 0.00 | $6.10 | 0.00 | $6.10 | 424.09 |
| 2540006 | Equitrac - Long Distance to 12123197125 | | E | 05/27/2010 | 0999 | C&D | 0.00 | $0.44 | 0.00 | $0.44 | 424.53 |
| 2540140 | Photocopy | | E | 05/29/2010 | 0255 | DAT | 0.00 | $0.20 | 0.00 | $0.20 | 424.73 |
| 2540141 | Photocopy | | E | 05/29/2010 | 0255 | DAT | 0.00 | $1.60 | 0.00 | $1.60 | 426.33 |

**Total Expenses** $426.33 $426.33
                                      0.00                   0.00

| | | | | |
|---|---|---|---|---|
| Matter Total Fees | | 0.00 | | 0.00 |
| Matter Total Expenses | | 426.33 | | 426.33 |
| Matter Total | 0.00 | 426.33 | 0.00 | 426.33 |
| Prebill Total Fees | | | | |
| Prebill Total Expenses | | $426.33 | | $426.33 |
| Prebill Total | 0.00 | $426.33 | 0.00 | $426.33 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 71,431 | 11/30/2009 | 344,685.75 | 68,937.15 |
| 72,159 | 12/18/2009 | 234,924.50 | 46,984.90 |
| 72,599 | 01/26/2010 | 288,633.50 | 57,726.70 |
| 73,026 | 02/26/2010 | 150,698.25 | 30,139.65 |
| 73,613 | 03/19/2010 | 43,300.50 | 8,660.10 |
| 74,007 | 04/22/2010 | 56,420.60 | 56,420.60 |
| 74,690 | 05/21/2010 | 35,568.47 | 35,568.47 |
| | | 1,169,852.57 | 307,561.77 |

{D0184942.1 }

| | | |
|---|---|---|
| **Client Number:   4642** | **Grace Asbestos Personal Injury Claimants** | Page: 1 |
| **Matter      000** | **Disbursements** | 5/19/2010 |

Print Date/Time: 05/19/2010  4:20:22PM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 6/30/2010

**Matter     000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 6/18/2010 | 13,655 |
|---|---|---|---|---|---|---|---|---|
| | | $4,759.14 | | | | | | |
| Client Retainers Available | | | Committed to Invoices: | | $0.00 | Remaining: | $4,759.14 | |

|  |  |  |  |
|---|---|---|---|
| | $3,879,216.07 | Billing Empl: | 0120   Elihu  Inselbuch |
| | Total Expenses Billed To Date | Responsible Empl: | 0120   Elihu  Inselbuch |
| | | Alternate Empl: | 0120   Elihu  Inselbuch |
| | | Originating Empl: | 0120   Elihu  Inselbuch |

**Summary by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 1,903.65 | 0.00 | 1,903.65 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 31.97 | 0.00 | 31.97 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 4.38 | 0.00 | 4.38 |
| **Total Fees** | | | **0.00** | **1,940.00** | **0.00** | **1,940.00** |

**Detail Time / Expense by Date**

| | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2545799 | Equitrac - Long Distance to 14142649461 | E | 06/07/2010 | C&D 0999 | | 0.00 | $0.04 | | 0.00 | $0.04 | 0.04 |
| 2545888 | Equitrac - Long Distance to 12123199240 | E | 06/08/2010 | C&D 0999 | | 0.00 | $0.52 | | 0.00 | $0.52 | 0.56 |
| 2545169 | Petty Cash -Amtrak Train Ticket Exchange Fee for travel to/from Pittsburgh, PA, 6/7/10   (PVNL) | E | 06/08/2010 | PVL 0020 | | 0.00 | $19.00 | | 0.00 | $19.00 | 19.56 |

{D0184942.1 }

| Client Number: 4642 | | | Grace Asbestos Personal Injury Claimants | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter 000 | | | Disbursements | | | | | | | 5/19/2010 |

Print Date/Time: 05/19/2010 4:20:22PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2545170 | Petty Cash -Snack for travel to/from Pittsburgh, PA, 6/7/10 (PVNL) | E | 06/08/2010 | 0020 | PVL | 0.00 | $6.25 | 0.00 | $6.25 | 25.81 |
| 2545171 | Petty Cash -Parking at DC Union Station for travel to/from Pittsburgh, PA, 6/7/10 (PVNL) | E | 06/08/2010 | 0020 | PVL | 0.00 | $17.00 | 0.00 | $17.00 | 42.81 |
| 2546016 | Equitrac - Long Distance to 14142649461 | E | 06/09/2010 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 42.89 |
| 2546178 | Equitrac - Long Distance to 14142649461 | E | 06/10/2010 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 42.97 |
| 2546602 | Federal Express -Delivery to K.Hemming, 5/21/10 (EI) | E | 06/15/2010 | 0120 | EI | 0.00 | $12.60 | 0.00 | $12.60 | 55.57 |
| 2546603 | Federal Express -Delivery to W.Smith, 5/21/10 (EI) | E | 06/15/2010 | 0120 | EI | 0.00 | $19.37 | 0.00 | $19.37 | 74.94 |
| 2546687 | Equitrac - Long Distance to 13122366166 | E | 06/16/2010 | 0999 | C&D | 0.00 | $1.36 | 0.00 | $1.36 | 76.30 |
| 2548117 | Executive Travel Associates -Agent Fee, re: Coach Airfare for travel to/from Pittsburgh, PA, 6/8/10 - 6/10/10 (PVNL) | E | 06/17/2010 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 116.30 |
| 2548118 | Executive Travel Associates -Coach Airfare for travel to/from Pittsburgh, PA, 6/8/10 - 6/10/10 (PVNL) | E | 06/17/2010 | 0020 | PVL | 0.00 | $1,821.40 | 0.00 | $1,821.40 | 1,937.70 |
| 2553966 | Photocopy | E | 06/18/2010 | 0999 | C&D | 0.00 | $2.30 | 0.00 | $2.30 | 1,940.00 |

**Total Expenses**

|  |  |  |  |
|---|---|---|---|
|  | $1,940.00 |  | $1,940.00 |
| 0.00 |  | 0.00 |  |
| Matter Total Fees | 0.00 |  | 0.00 |
| Matter Total Expenses | 1,940.00 |  | 1,940.00 |
| Matter Total | 0.00  1,940.00 | 0.00 | 1,940.00 |
|  |  |  |  |
| Prebill Total Fees |  |  |  |
| Prebill Total Expenses | $1,940.00 |  | $1,940.00 |
| Prebill Total | 0.00  $1,940.00 | 0.00 | $1,940.00 |

**Previous Billings**

{D0184942.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | Page: 1 |
| --- | --- | --- | --- | --- |
| Matter | 000 | Disbursements | | 5/19/2010 |

Print Date/Time: 05/19/2010 4:20:22PM

Attn:

Invoice #

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
| --- | --- | --- | --- |
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 73,026 | 02/26/2010 | 150,698.25 | 30,139.65 |
| 73,613 | 03/19/2010 | 43,300.50 | 8,660.10 |
| 74,007 | 04/22/2010 | 55,577.50 | 11,115.50 |
| 74,690 | 05/21/2010 | 35,568.47 | 35,568.47 |
| 75,024 | 06/18/2010 | 30,686.33 | 30,686.33 |
| | | 331,452.05 | 119,294.25 |

{D0184942.1 }