IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                                              :
                                                    :        Chapter 11
                                                    :
W. R. GRACE & CO., et al,                           :        Case No. 01-1139 (JJF)
                                                    :
                        Debtor                      :        Jointly Administered


**NOTICE OF THIRTY-SEVENTH INTERIM FEE APPLICATION REQUEST OF
CAPLIN & DRYSDALE, CHARTERED FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD APRIL 1, 2010 THROUGH JUNE 30, 2010**

Name of Applicant:  Caplin & Drysdale, Chartered

Authorized to Provide Professional Services to:  The Official Committee of Asbestos Personal Injury
                                                 Claimants

Date of Retention:  April 12, 2001

Period for which Compensation and Reimbursement is sought:  April 1, 2010 through June 30, 2010

Total Amount of Compensation sought as
actual, reasonable and necessary for applicable period: $72,338.00

Total Amount of Expense Reimbursement
sought as actual, reasonable and necessary for applicable period: $5,357.30

Total Amount of Compensation Paid as
actual, reasonable and necessary for applicable period: $50,270.00

Total Amount of Expense Reimbursement Paid
as actual, reasonable and necessary for applicable period: $3,417.30

Total Amount of Holdback Fees Sought for applicable period:  $14,467.60

**EXHIBIT D**

**CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD APRIL 1, 2010 THROUGH JUNE 30, 2010**

**SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:**

| Date Filed; Docket No. | Period Covered | Requested | | Paid | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 6/2/2010 24882 | 4/1/10-4/30/2010 | $26,062.00 (80% of 32,577.50) | $2,990.97 | $26,062.00 (80% of 32,577.50) | $2,990.97 |
| 6/29/2010 24999 | 5/1/10-5/31/2010 | $24,208.00 (80% of $30,260.00) | $426.33 | $24,208.00 (80% of $30,260.00) | $426.33 |
| 8/3/2010 25161 | 6/1/10-6/30/10 | $7,600.40 (80% of $9,500.50) | $2,131.52 | Pending | Pending |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Cumulative April to June 2010 Hours | Cumulative April to June 2010 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|
| Asset Analysis and Recovery | .0 | $       .00 | 22.4 | $      11,758.50 |
| Asset Disposition | .0 | .00 | 3.0 | 2,004.00 |
| Business Operations | .3 | 258.00 | 18.4 | 8,323.00 |
| Case Administration | 24.8 | 7,863.00 | 5,523.9 | 1,722,228.00 |
| Claim Analysis Objection & Resolution (Asbestos) | .2 | 172.00 | 1,875.3 | 785,455.50 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .0 | .00 | 90.4 | 46,936.50 |
| Committee, Creditors', Noteholders' or Equity Holders' | .0 | .00 | 131.2 | 84,362.00 |
| Employee Benefits/Pension | .8 | 706.00 | 19.4 | 13,073.00 |
| Employment Applications, Applicant | 17.2 | 7,297.00 | 62.3 | 18,649.50 |

| | | | | |
|---|---|---|---|---|
| Employment Applications, Others | .0 | .00 | 83.4 | 41,095.00 |
| Fee Applications, Applicant | .0 | .00 | 674.5 | 216,478.50 |
| Fee Applications, Others | .0 | .00 | 120.9 | 47,240.50 |
| Financing | .0 | .00 | 5.4 | 4,521.00 |
| Hearings | .1 | 86.00 | 394.5 | 311,910.00 |
| Litigation and Litigation Consulting | 11.2 | 2,765.00 | 26,844.0 | 12,033,650.50 |
| Plan & Disclosure Statement | 46.3 | 38,316.00 | 5,389.1 | 3,218,021.50 |
| Relief from Stay Proceedings | .0 | .00 | 3.3 | 2,236.00 |
| Tax Issues | .0 | .00 | 139.2 | 56,206.00 |
| Tax Litigation | .0 | .00 | 29.7 | 10,175.00 |
| Travel-Non-Working | 10.1 | 4,343.00 | 1,785.4 | 463,324.75 |
| Valuation | .0 | .00 | 5.5 | 3,775.00 |
| ZAI Science Trial | .0 | .00 | 5.9 | 1,688.00 |
| ZAI Science Trial – Expenses | .0 | .00 | .0 | .00 |
| Other | .0 | .00 | .0 | .00 |
| Accounting/Auditing (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Business Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Corporate Finance (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Data Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance Adv. Proceeding | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance – Expenses | .0 | .00 | .0 | .00 |
| Fraudulent Auditor Matters | .0 | .00 | .5 | 170.00 |
| Fee Auditor Matters | 20.5 | 10,532.00 | 179.5 | 90,506.50 |
| **Totals** | **131.5** | **$72,338.00** | **43,407.1** | **$19,193,788.25** |

## CUMULATIVE EXPENSE SUMMARY

| Expense Category (Examples) | Total Expenses For The Period 4/1/10 – 6/30/10 | Total Expense From The Petition Date |
|---|---|---|
| Computer Assisted Research | $ 141.66 | $ 381,085.16 |
| Research Material | 46.96 | 12,251.64 |
| Air Freight & Express Mail | 59.90 | 24,627.60 |
| Outside Local Deliveries | .00 | 4,484.35 |
| Filing Fees | .00 | 164.75 |
| Outside Fax Service | .00 | 12.00 |
| Conference Meals | .00 | 14,348.47 |
| Outside Photocopy Service | .00 | 328,605.48 |
| Professional Fees & Expert Witness Fees | .00 | 2,215,715.86 |
| Court Reporting/Transcript Service | .00 | 220,225.49 |
| Miscellaneous Client Advances | .00 | 45,144.93 |
| Air & Train Transportation | 3,979.80 | 214,033.74 |
| Meals Related to Travel | 14.70 | 30,264.58 |
| Travel Expenses – Hotel Charges | .00 | 128,424.42 |
| Travel Expenses – Ground Transportation | 1,078.16 | 85,471.16 |
| Travel Expenses – Miscellaneous | .00 | 2,411.90 |
| Travel Expenses – LD Calls on Hotel Bill | .00 | 1,956.43 |
| Local Transportation -  DC | .00 | 6,648.26 |
| Local Transportation – NY | .00 | 539.80 |
| Xeroxing | 27.20 | 114,856.15 |
| Postage | .00 | 6,945.83 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | 26.20 |
| Telecopier | .00 | 2,397.40 |
| Long Distance –Credit Card | .00 | 1,080.99 |
| Long Distance Telephone - DC | 8.92 | 2,549.46 |
| NYO Long Distance Telephone | .00 | 16,258.04 |
| Use of Cell/Home Phone | .00 | 3,071.83 |
| **TOTAL** | **$ 5,357.30** | **$ 3,863,601.92** |

{D0184943.1 }