**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                        |                    |
|------------------------|--------------------|
|                        | Page: 1            |
| W.R. Grace             | 04/30/2010         |
| Wilmington  DE         | ACCOUNT NO:  3000-01D |
|                        | STATEMENT NO:  84  |

Asset Analysis and Recovery

|            |                                                    |           |
|------------|----------------------------------------------------|-----------|
|            | PREVIOUS BALANCE                                   | $644.00   |
| 04/01/2010 | Payment - Thank you.  (December, 2009 - 80% Fees)  | -504.00   |
|            | BALANCE DUE                                        | $140.00   |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 04/30/2010 |
| Wilmington  DE | ACCOUNT NO:    3000-02D |
| | STATEMENT NO:          107 |

Asset Disposition

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $484.80 |
| | | HOURS | |
| 04/29/2010 | | | |
| MTH | Reviewing Debtors' 35th Quarterly Report of Asset Sales | 0.10 | 36.00 |
| | FOR CURRENT SERVICES RENDERED | 0.10 | 36.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.10 | $360.00 | $36.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 36.00 |

| | | |
|---|---|---|
| 04/01/2010 | Payment - Thank you.  (December, 2009 - 80% Fees) | -38.00 |
| 04/23/2010 | Payment - Thank you. (January, 2010 - 80% Fees) | -28.80 |
| 04/23/2010 | Payment - Thank you. (July, 2009 - 20% Fees) | -140.00 |
| 04/23/2010 | Payment - Thank you. (August, 2009 - 20% Fees) | -112.00 |
| 04/23/2010 | Payment - Thank you. (September, 2009 - 20% Fees) | -56.00 |
| | TOTAL PAYMENTS | -374.80 |
| | BALANCE DUE | $146.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 04/30/2010 |
| Wilmington  DE | ACCOUNT NO:      3000-03D |
|  | STATEMENT NO:                94 |

Business Operations

| | | |
|---|---|---|
| | PREVIOUS BALANCE | $122.00 |
| 04/23/2010 | Payment - Thank you. (January, 2010 - 80% Fees) | -86.40 |
| | BALANCE DUE | $35.60 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 04/30/2010 |
| Wilmington  DE |  |  |
|  | ACCOUNT NO: | 3000-04D |
|  | STATEMENT NO: | 107 |

Case Administration

|  |  |  |
|---|---|---|
| PREVIOUS BALANCE |  | $1,699.67 |

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 04/06/2010 |  |  |  |  |
| PEM | Review Debtor-In-Possession Monthly Operating Report for Filing Period February 1, 2010 Through February 28, 2010. |  | 0.70 | 290.50 |
|  | FOR CURRENT SERVICES RENDERED |  | 0.70 | 290.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.70 | $415.00 | $290.50 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 290.50 |

|  |  |  |
|---|---|---|
| 04/23/2010 | Payment - Thank you. (January, 2010 - 80% Fees) | -232.40 |
| 04/23/2010 | Payment - Thank you. (July, 2009 - 20% Fees) | -14.00 |
| 04/23/2010 | Payment - Thank you. (August, 2009 - 20% Fees) | -66.40 |
|  | TOTAL PAYMENTS | -312.80 |
|  | BALANCE DUE | $1,677.37 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
04/30/2010
ACCOUNT NO:     3000-05D
STATEMENT NO:          107

Claims Analysis Objection & Resolution (Asbestos)

| | | | | |
|---|---|---|---|---|
| PREVIOUS BALANCE | | | | $6,034.60 |
| | | | **HOURS** | |
| 04/08/2010 | | | | |
| MTH | Reviewing nine orders entered | | 0.10 | 36.00 |
| 04/28/2010 | | | | |
| MTH | Reviewing seven orders entered | | 0.10 | 36.00 |
| | FOR CURRENT SERVICES RENDERED | | 0.20 | 72.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.20 | $360.00 | $72.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 72.00 |

| | | |
|---|---|---|
| 04/01/2010 | Payment - Thank you.  (December, 2009 - 80% Fees) | -224.00 |
| 04/23/2010 | Payment - Thank you. (January, 2010 - 80% Fees) | -345.60 |
| 04/23/2010 | Payment - Thank you. (July, 2009 - 20% Fees) | -63.00 |
| 04/23/2010 | Payment - Thank you. (August, 2009 - 20% Fees) | -91.00 |
| 04/23/2010 | Payment - Thank you. (September, 2009 - 20% Fees) | -161.00 |
| | TOTAL PAYMENTS | -884.60 |
| | BALANCE DUE | $5,222.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 04/30/2010 |
| Wilmington  DE | ACCOUNT NO:        3000-06D |
| | STATEMENT NO:              107 |

Claims Analysis Objection & Resol. (Non-Asbestos)

|  |  |
|---|---|
| PREVIOUS BALANCE | $378.20 |

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 04/08/2010 | | | | |
| | MTH | Reviewing Debtors' Claims Settlement Notice | 0.10 | 36.00 |
| 04/23/2010 | | | | |
| | MTH | Reviewing COC re proposed Order re Objection to MCC Claims | 0.10 | 36.00 |
| 04/27/2010 | | | | |
| | MTH | Correspondence to counsel at C&D re Order re MCC claims objection deadlines and dates | 0.10 | 36.00 |
| | MTH | Reviewing Amended Notice of Claims Settlement | 0.10 | 36.00 |
| 04/29/2010 | | | | |
| | MTH | Reviewing Debtors' 35th Report of Settlements | 0.10 | 36.00 |
| | | FOR CURRENT SERVICES RENDERED | 0.50 | 180.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.50 | $360.00 | $180.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 180.00 |

|  |  |  |
|---|---|---|
| 04/23/2010 | Payment - Thank you. (January, 2010 - 80% Fees) | -201.60 |
| 04/23/2010 | Payment - Thank you. (July, 2009 - 20% Fees) | -84.00 |
| 04/23/2010 | Payment - Thank you. (August, 2009 - 20% Fees) | -75.50 |
| 04/23/2010 | Payment - Thank you. (September, 2009 - 20% Fees) | -63.00 |
| | TOTAL PAYMENTS | -424.10 |

Page: 2
04/30/2010

W.R. Grace

ACCOUNT NO:      3000-06D
STATEMENT NO:               107

Claims Analysis Objection & Resol. (Non-Asbestos)

BALANCE DUE                                                    $134.10

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 04/30/2010 |
| Wilmington  DE | ACCOUNT NO: | 3000-07D |
|  | STATEMENT NO: | 107 |

Committee, Creditors, Noteholders, Equity Holders

|  |  |  |
|---|---|---|
| PREVIOUS BALANCE |  | $25,642.24 |

|  |  | HOURS |  |
|---|---|---|---|
| **04/01/2010** |  |  |  |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | 0.40 | 40.00 |
| SMB | Prepare 2019 of The David Law Firm; address filing and e-mail confirmation of same | 0.30 | 30.00 |
| KH | Review daily memorandum for fee issues | 0.10 | 11.00 |
| MTH | Prepare weekly recommendation memo | 1.50 | 540.00 |
| MTH | Review correspondence from KLH to Committee re reimbursement of expenses | 0.10 | 36.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| **04/02/2010** |  |  |  |
| MK | Review committee events calendar. | 0.10 | 13.50 |
| **04/04/2010** |  |  |  |
| DAC | Review counsel's weekly memorandum | 0.10 | 47.50 |
| **04/05/2010** |  |  |  |
| KH | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.30 | 33.00 |
| KH | Update Committee e-mail service list | 0.20 | 22.00 |
| KH | Review daily memorandum for fee issues | 0.10 | 11.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| MTH | Discussion and review of information re Committee related correspondence | 0.30 | 108.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

| | | HOURS | |
|---|---|---|---|
| **04/06/2010** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| KH | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.30 | 33.00 |
| KH | Review daily memorandum for fee issues | 0.10 | 11.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| **04/07/2010** | | | |
| KH | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.30 | 33.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| KH | Review daily memorandum for fee issues | 0.10 | 11.00 |
| **04/08/2010** | | | |
| PEM | Review memo re; pleadings filed. | 0.10 | 41.50 |
| KH | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.50 | 55.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| KH | Review daily memorandum for fee issues | 0.10 | 11.00 |
| **04/09/2010** | | | |
| PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 41.50 |
| DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| KH | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.30 | 33.00 |
| KH | Prepare and distribute Weekly Recommendation Memo to Committee (Fee Apps & Other Matters) | 1.20 | 132.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| MTH | Prepare weekly recommendation memo | 0.60 | 216.00 |
| MTH | Review correspondence from KLH to Committee re weekly recommendation memo | 0.10 | 36.00 |
| KH | Review daily memorandum for fee issues | 0.10 | 11.00 |
| **04/12/2010** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Coordinate logistics for hearing on 4/19/10; e-mail confirmation of same | 0.20 | 20.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| KH | Review daily memorandum for fee issues | 0.10 | 11.00 |
| **04/13/2010** | | | |
| MK | Review committee events calendar and update attorney case calendar. | 0.10 | 13.50 |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| MTH | Review daily memo | 0.10 | 36.00 |

Page: 3
04/30/2010

W.R. Grace

ACCOUNT NO:     3000-07D
STATEMENT NO:          107

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | KH | Review daily memorandum for fee issues | 0.10 | 11.00 |
| **04/14/2010** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | KH | Review daily memorandum for fee issues | 0.10 | 11.00 |
| **04/15/2010** | | | | |
| | MTH | Telephone conference with claimant re cards received, status of bankruptcy case | 0.10 | 36.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | KH | Review daily memorandum for fee issues | 0.10 | 11.00 |
| **04/16/2010** | | | | |
| | PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 41.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.50 | 50.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | MTH | Prepare weekly recommendation memo and reviewing correspondence from SB to Committee re same | 0.80 | 288.00 |
| | KH | Review daily memorandum for fee issues | 0.10 | 11.00 |
| **04/17/2010** | | | | |
| | DAC | Review memorandums recommending insurance settlement with North Star | 0.20 | 95.00 |
| | DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| **04/19/2010** | | | | |
| | MK | Review committee events calendar. | 0.10 | 13.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | KH | Review daily memorandum for fee issues | 0.10 | 11.00 |
| **04/20/2010** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | SMB | Prepare 2019 of Motley Rice LLC; address filing and e-mail confirmation of same | 0.40 | 40.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.20 | 20.00 |
| | MTH | Review correspondence from PVNL re draft hearing memo | 0.10 | 36.00 |

W.R. Grace

ACCOUNT NO:     3000-07D
STATEMENT NO:     107

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | MTH | Review daily memo | 0.10 | 36.00 |
| | MTH | Drafting hearing memo and correspondence to EI, PVNL re same; correspondence to and from KLH re same | 1.80 | 648.00 |
| | KH | Review daily memorandum for fee issues | 0.10 | 11.00 |
| 04/21/2010 | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.10 | 10.00 |
| | MTH | Reviewing and revising draft hearing memorandum and correspondence to Committee representatives re same | 0.40 | 144.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | MTH | Review correspondence from EI re North Star settlement | 0.10 | 36.00 |
| | KH | Review daily memorandum for fee issues | 0.10 | 11.00 |
| 04/22/2010 | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | KH | Review daily memorandum for fee issues | 0.10 | 11.00 |
| 04/23/2010 | | | | |
| | PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 41.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.30 | 30.00 |
| | MTH | Prepare weekly recommendation memo | 0.80 | 288.00 |
| | MTH | Review correspondence from SB to Committee re weekly recommendation memo | 0.10 | 36.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | KH | Review daily memorandum for fee issues | 0.10 | 11.00 |
| | DAC | Review memorandum re: 4/19 hearing | 0.10 | 47.50 |
| | KH | Attention to document management | 1.50 | 165.00 |
| | DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| 04/26/2010 | | | | |
| | MK | Review committee events calendar and update attorney case calendar. | 0.10 | 13.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | KH | Review daily memorandum for fee issues | 0.10 | 11.00 |
| 04/27/2010 | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

| | | HOURS | |
|---|---|---|---|
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | 0.20 | 20.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| KH | Review daily memorandum for fee issues | 0.10 | 11.00 |
| SAB | Document organization | 0.10 | 11.50 |
| **04/28/2010** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | 0.40 | 40.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| KH | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.50 | 55.00 |
| **04/29/2010** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 41.50 |
| MTH | Review daily memo | 0.10 | 36.00 |
| MTH | Prepare weekly recommendation memos | 0.50 | 180.00 |
| MTH | Review correspondence from SB to Committee re weekly recommendation memo | 0.10 | 36.00 |
| KH | Review daily memorandum for fee issues | 0.10 | 11.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | 0.60 | 60.00 |
| MTH | Review correspondence from RH to EI re possible settlement with insurer | 0.30 | 108.00 |
| **04/30/2010** | | | |
| MK | Review committee events calendar and update attorney case calendar. | 0.10 | 13.50 |
| MTH | Review daily memo | 0.10 | 36.00 |
| MTH | Additional work for weekly memo | 0.50 | 180.00 |
| KH | Review multiple emails re: Wausau disclosures(.3); Research and draft responsive emails(.5) | 0.80 | 88.00 |
| KH | Review daily memorandum for fee issues | 0.10 | 11.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| | FOR CURRENT SERVICES RENDERED | 28.20 | 6,487.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 1.20 | $475.00 | $570.00 |
| Philip E. Milch | 1.40 | 415.00 | 581.00 |
| Michele Kennedy | 0.50 | 135.00 | 67.50 |

Page: 6
W.R. Grace
04/30/2010
ACCOUNT NO:        3000-07D
STATEMENT NO:              107

Committee, Creditors, Noteholders, Equity Holders

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Shirley Ann Brown | 0.10 | 115.00 | 11.50 |
| Santae M. Boyd | 6.80 | 100.00 | 680.00 |
| Mark T. Hurford | 10.30 | 360.00 | 3,708.00 |
| Katherine Hemming | 7.90 | 110.00 | 869.00 |

TOTAL CURRENT WORK 6,487.00

| | | |
|---|---|---|
| 04/01/2010 | Payment - Thank you.  (December, 2009 - 80% Fees) | -4,524.40 |
| 04/23/2010 | Payment - Thank you. (January, 2010 - 80% Fees) | -4,656.00 |
| 04/23/2010 | Payment - Thank you. (July, 2009 - 20% Fees) | -2,197.50 |
| 04/23/2010 | Payment - Thank you. (August, 2009 - 20% Fees) | -1,667.30 |
| 04/23/2010 | Payment - Thank you. (September, 2009 - 20% Fees) | -1,745.40 |
| | TOTAL PAYMENTS | -14,790.60 |
| | BALANCE DUE | $17,338.64 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
04/30/2010

W.R. Grace
Wilmington  DE

ACCOUNT NO:       3000-08D
STATEMENT NO:              106

Employee Benefits/Pension

PREVIOUS BALANCE                                                                                                           $1,913.50

| | | |
|---|---|---|
| 04/23/2010 | Payment - Thank you. (January, 2010 - 80% Fees) | -230.40 |
| 04/23/2010 | Payment - Thank you. (September, 2009 - 20% Fees) | -77.00 |
| | TOTAL PAYMENTS | -307.40 |
| | BALANCE DUE | $1,606.10 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                              04/30/2010
Wilmington  DE                                               ACCOUNT NO:        3000-10D
                                                             STATEMENT NO:             107

Employment Applications, Others

PREVIOUS BALANCE                                                                  $1,630.70

04/01/2010    Payment - Thank you.  (December, 2009 - 80% Fees)                    -336.00
04/23/2010    Payment - Thank you. (January, 2010 - 80% Fees)                       -86.40
04/23/2010    Payment - Thank you. (July, 2009 - 20% Fees)                          -28.00
              TOTAL PAYMENTS                                                       -450.40

              BALANCE DUE                                                         $1,180.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 04/30/2010 |
| Wilmington DE | ACCOUNT NO: 3000-11D |
| | STATEMENT NO: 105 |

Expenses

| | PREVIOUS BALANCE | $11,472.72 |
|---|---|---|

| | | |
|---|---|---|
| 04/21/2010 | Ikon - Copy/ service Legal Analysis certificate of no objection January 2010 | 66.80 |
| 04/22/2010 | Ikon - Copy/ service Charter Oak, Anderson Kill Olick, Caplin & Drysdale and Campbell & Levine January certificate of no objection | 100.16 |
| 04/30/2010 | Printing Charges - April 2010 | 121.90 |
| 04/30/2010 | Scanning Charges - April 2010 | 17.50 |
| 04/30/2010 | Ikon - Copy/Service March fee application for Campbell & Levine, Charter Oak and Anderson Kill Olick | 312.80 |
| | TOTAL EXPENSES | 619.16 |
| | TOTAL CURRENT WORK | 619.16 |
| 04/01/2010 | Payment - Thank you.  (December, 2009 - 100% Expenses) | -2,676.67 |
| 04/23/2010 | Payment - Thank you. (January, 2010 - 100% Expenses) | -3,408.23 |
| | TOTAL PAYMENTS | -6,084.90 |
| | BALANCE DUE | $6,006.98 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 04/30/2010 |
| Wilmington  DE | ACCOUNT NO:    3000-12D |
|  | STATEMENT NO:    105 |

Fee Applications, Applicant

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $6,328.60 |
| **04/02/2010** | | | |
| PEM | Review March prebill for Pgh time. | 0.20 | 83.00 |
| **04/09/2010** | | | |
| MTH | Reviewing pre-bill | 1.00 | 360.00 |
| **04/22/2010** | | | |
| KCD | Review and sign CNO re: C&L application | 0.20 | 68.00 |
| KH | Review case docket for objections to C&L February fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| **04/27/2010** | | | |
| KH | Review e-mail from B. Ruhlander re: C&L 35th Interim Application(.1); Research and draft responsive e-mail(.3) | 0.40 | 44.00 |
| **04/30/2010** | | | |
| KCD | Review and sign C&L application | 0.30 | 102.00 |
| KH | Prepare Excel spreadsheet for C&L March bill re: professional hours v. project categories | 0.40 | 44.00 |
| KH | Review e-mail from DS re: March bill(.1); Prepare C&L March Fee Application(.7); Finalize and e-file fee application(.3) | 1.00 | 110.00 |
| | FOR CURRENT SERVICES RENDERED | 4.00 | 866.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.20 | $415.00 | $83.00 |
| Mark T. Hurford | 1.00 | 360.00 | 360.00 |
| Kathleen Campbell Davis | 0.50 | 340.00 | 170.00 |
| Katherine Hemming | 2.30 | 110.00 | 253.00 |

Page: 2

W.R. Grace

04/30/2010

ACCOUNT NO:    3000-12D
STATEMENT NO:    105

Fee Applications, Applicant

|  | TOTAL CURRENT WORK | 866.00 |
|---|---|---|

| 04/01/2010 | Payment - Thank you.  (December, 2009 - 80% Fees) | -1,026.40 |
| 04/23/2010 | Payment - Thank you. (January, 2010 - 80% Fees) | -1,006.40 |
| 04/23/2010 | Payment - Thank you. (July, 2009 - 20% Fees) | -74.50 |
| 04/23/2010 | Payment - Thank you. (August, 2009 - 20% Fees) | -202.90 |
| 04/23/2010 | Payment - Thank you. (September, 2009 - 20% Fees) | -247.30 |
|  | TOTAL PAYMENTS | -2,557.50 |
|  | BALANCE DUE | $4,637.10 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                          04/30/2010
Wilmington  DE                                    ACCOUNT NO:     3000-13D
                                                  STATEMENT NO:          92

Fee Applications, Others

PREVIOUS BALANCE                                                $16,267.20

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 04/01/2010 | | | | |
| | KH | Review January fee application of Lincoln Partners(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review February fee application of Orrick, Herrington(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review February fee application of Ferry Joseph(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review February fee application of Stroock & Stroock(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review February fee application of Duane Morris(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review February fee application of Foley Hoag(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review February fee application of Saul Ewing(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review February fee application of Kramer Levin(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review February fee application of Reed Smith(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review April-May 2005 Sealed Air fee application of Ferry Joseph(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review June 2003-July 2004 Sealed Air fee application of K&E(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review July-September 2002 Sealed Air fee application of Pachulski(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Draft e-mail to Committee re: January-March Interim Expenses | 0.10 | 11.00 |
| | MTH | Review correspondence from PB re Day Pitney fee application | 0.10 | 36.00 |
| 04/02/2010 | | | | |
| | MTH | Review correspondence from PB re K&E fee application | 0.10 | 36.00 |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **04/08/2010** | | | | |
| | KH | Review February fee application of Ogilvy Renault(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review January fee application of Beveridge & Diamond(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review February fee application of Beveridge & Diamond(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review February fee application of Bilzin Sumberg(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review October-December Interim fee application of Beveridge & Diamond(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review February fee application of Day Pitney(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review March fee application of Alan Rich(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review February fee application of K&E(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review March fee application of Warren Smith(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review October-December Interim fee application of Blackstone(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review October-December Interim fee application of Lincoln Partners(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| **04/13/2010** | | | | |
| | MTH | Review correspondence from PB re Nelson fee application | 0.10 | 36.00 |
| **04/15/2010** | | | | |
| | MTH | Review correspondence from PB re PSJ fee application | 0.10 | 36.00 |
| **04/16/2010** | | | | |
| | KH | Review January-September 2009 application of Deloitte Tax(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review September 2009 application of Nelson Mullins Riley(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review January application of Pachulski(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | MTH | Review correspondence from LE re Casner fee application | 0.10 | 36.00 |
| **04/21/2010** | | | | |
| | KCD | Review and sign CNO re:  LAS application | 0.20 | 68.00 |
| | KH | Review case docket for objections to LAS January fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| | MTH | Review correspondence from Daily memo re Capstone fee application | 0.10 | 36.00 |
| | MTH | Review correspondence from YS re PWC Fee Application | 0.20 | 72.00 |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **04/22/2010** | | | | |
| | KCD | Review and sign CNO re: C&D application | 0.20 | 68.00 |
| | KCD | Review and sign CNO re: AKO application | 0.20 | 68.00 |
| | KCD | Review and sign CNO re: Charter Oak application | 0.20 | 68.00 |
| | KH | Review case docket for objections to C&D February fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| | KH | Review case docket for objections to Charter Oak February fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| | KH | Review case docket for objections to AKO February fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| **04/23/2010** | | | | |
| | KH | Review February fee application of Casner & Edwards(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review November fee application of Venable(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review March fee application of Alexander Sanders(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review February fee application of Capstone Advisory(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review February fee application of PwC(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review January fee application of Capstone Advisory(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | MTH | Review correspondence from PB re Nelson Mullins fee application | 0.10 | 36.00 |
| **04/26/2010** | | | | |
| | KH | Update Committee Fee Application Tracking Chart | 0.50 | 55.00 |
| **04/27/2010** | | | | |
| | MTH | Reviewing Order entered re Fraudulent Conveyance fees and correspondence to and from KLH re same | 0.20 | 72.00 |
| | KH | Review Order Approving Remaining Fraud Conveyance Amounts and e-mail to R. Tobin | 0.30 | 33.00 |
| **04/28/2010** | | | | |
| | MTH | Review correspondence from MD re Stroock fee application | 0.10 | 36.00 |
| | MTH | Review correspondence from PB re three fee applications, Baer, Hoag, Ogilvy | 0.10 | 36.00 |
| **04/29/2010** | | | | |
| | MTH | Review correspondence from VP re Blackstone Fee Application | 0.10 | 36.00 |
| | KH | Review December fee application of Nelson Mullins(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |

Page: 4
04/30/2010
W.R. Grace

ACCOUNT NO:      3000-13D
STATEMENT NO:            92

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| KH | Review March fee application of Orrick Herrington(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October-December Interim fee application of Day Pitney(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April-June Interim fee application of Nelson Mullins(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review March fee application of Bilzin Sumberg(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review March fee application of Duane Morris(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review March fee application of Ogilvy Renault(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review March fee application of Foley Hoag(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review March fee application of Janet Baer(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review March fee application of Stroock(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review March fee application of Kramer Levin(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review March fee application of Reed Smith(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |

| 04/30/2010 |  |  |  |  |
|---|---|---|---|---|
|  | KCD | Review Charter Oak application | 0.30 | 102.00 |
|  | KCD | Review AKO application | 0.30 | 102.00 |
|  | MTH | Review correspondence from DP re Venable December Fee Application | 0.10 | 36.00 |
|  | MTH | Reviewing various correspondence from KEH re fee applications for Canadian ZAI counsel | 0.10 | 36.00 |
|  | KH | Review e-mail from B. Lindsay re: March bill(.1); Prepare Charter Oak March fee application(.5); Finalize and e-file fee application(.3) | 0.90 | 99.00 |
|  | KH | Review e-mail from A. Pelton re: March bill(.1); Prepare AKO March fee application(.5); Finalize and e-file fee application(.3) | 0.90 | 99.00 |
|  |  | FOR CURRENT SERVICES RENDERED | 16.50 | 2,537.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.60 | $360.00 | $576.00 |
| Kathleen Campbell Davis | 1.40 | 340.00 | 476.00 |
| Katherine Hemming | 13.50 | 110.00 | 1,485.00 |

TOTAL CURRENT WORK                                                                                      2,537.00

W.R. Grace

Fee Applications, Others

| | | |
|---|---|---:|
| 04/01/2010 | Payment - Thank you.  (December, 2009 - 80% Fees) | -3,161.60 |
| 04/23/2010 | Payment - Thank you. (January, 2010 - 80% Fees) | -1,523.20 |
| 04/23/2010 | Payment - Thank you. (July, 2009 - 20% Fees) | -492.40 |
| 04/23/2010 | Payment - Thank you. (August, 2009 - 20% Fees) | -650.00 |
| 04/23/2010 | Payment - Thank you. (September, 2009 - 20% Fees) | -655.50 |
| | TOTAL PAYMENTS | -6,482.70 |
| | BALANCE DUE | $12,321.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 04/30/2010 |
| Wilmington  DE | ACCOUNT NO:      3000-14D |
|  | STATEMENT NO:            69 |

Financing


| | PREVIOUS BALANCE | $1,404.00 |
|---|---|---|
| 04/23/2010 | Payment - Thank you. (January, 2010 - 80% Fees) | -691.20 |
| | BALANCE DUE | $712.80 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 04/30/2010 |
| Wilmington  DE | ACCOUNT NO:     3000-15D |
|  | STATEMENT NO:            107 |

Hearings

|  | PREVIOUS BALANCE |  | $31,902.65 |
|---|---|---|---|

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 04/05/2010 |  |  |  |  |
|  | MTH | Review correspondence from PB re Agenda for hearing | 0.10 | 36.00 |
| 04/06/2010 |  |  |  |  |
|  | MTH | Reviewing Agenda for hearing | 0.10 | 36.00 |
| 04/09/2010 |  |  |  |  |
|  | MTH | Correspondence to counsel at C&D re agenda, matters for hearing | 0.30 | 108.00 |
|  | MTH | Review correspondence from PVNL re omnibus hearing | 0.10 | 36.00 |
| 04/12/2010 |  |  |  |  |
|  | MTH | Review correspondence from DF re May omnibus hearing | 0.10 | 36.00 |
|  | MTH | Various correspondence re hearing preparations, logistics | 0.20 | 72.00 |
| 04/16/2010 |  |  |  |  |
|  | KH | Prepare Hearing Binder for 4/21 | 0.80 | 88.00 |
|  | MTH | Correspondence to PVNL, NDF, RH re Amended Agenda for hearing | 0.10 | 36.00 |
| 04/19/2010 |  |  |  |  |
|  | MTH | Attending hearing | 2.40 | 864.00 |
|  | MTH | Review correspondence from DF re transcript requests, reviewing information re same and response to same | 0.20 | 72.00 |
|  | MTH | Reviewing Amended Agenda for April hearing | 0.10 | 36.00 |
| 04/20/2010 |  |  |  |  |
|  | KH | Prepare attorney memo for 4/19 hearing | 0.30 | 33.00 |
| 04/27/2010 |  |  |  |  |
|  | MTH | Review correspondence from JON re May 3 hearing and response to same from DF; correspondence to counsel at C&D re same | 0.20 | 72.00 |

Page: 2

W.R. Grace

04/30/2010

ACCOUNT NO:  3000-15D

STATEMENT NO:  107

Hearings

| | | HOURS | |
|---|---|---|---|
| MTH | Correspondence to counsel at C&D re May 3 hearing agenda | 0.10 | 36.00 |

04/28/2010
| | | | |
|---|---|---|---|
| KH | Review Agenda for 5/3/2010 | 0.10 | 11.00 |
| MTH | Reviewing Agenda confirming hearing canceled | 0.10 | 36.00 |
| | FOR CURRENT SERVICES RENDERED | 5.30 | 1,608.00 |

RECAPITULATION
| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 4.10 | $360.00 | $1,476.00 |
| Katherine Hemming | 1.20 | 110.00 | 132.00 |

TOTAL CURRENT WORK                                        1,608.00

| | | |
|---|---|---|
| 04/01/2010 | Payment - Thank you.  (December, 2009 - 80% Fees) | -1,071.20 |
| 04/23/2010 | Payment - Thank you. (January, 2010 - 80% Fees) | -11,145.60 |
| 04/23/2010 | Payment - Thank you. (July, 2009 - 20% Fees) | -1,246.70 |
| 04/23/2010 | Payment - Thank you. (August, 2009 - 20% Fees) | -883.20 |
| 04/23/2010 | Payment - Thank you. (September, 2009 - 20% Fees) | -7,445.10 |
| | TOTAL PAYMENTS | -21,791.80 |
| | BALANCE DUE | $11,718.85 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace
Wilmington  DE

04/30/2010
ACCOUNT NO:        3000-16D
STATEMENT NO:              92

Litigation and Litigation Consulting

PREVIOUS BALANCE                                                                                    -$1,764.40

| 04/23/2010 | Payment - Thank you. (January, 2010 - 80% Fees) | -316.80 |
| 04/23/2010 | Payment - Thank you. (July, 2009 - 20% Fees) | -198.50 |
| 04/23/2010 | Payment - Thank you. (August, 2009 - 20% Fees) | -21.00 |
| 04/23/2010 | Payment - Thank you. (September, 2009 - 20% Fees) | -41.10 |
| | TOTAL PAYMENTS | -577.40 |

CREDIT BALANCE                                                                                      -$2,341.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
04/30/2010
ACCOUNT NO:        3000-17D
STATEMENT NO:              92

Plan and Disclosure Statement

|  | PREVIOUS BALANCE | | $44,254.90 |
|---|---|---|---|
|  |  | HOURS |  |
| 04/06/2010 |  |  |  |
| MTH | Reviewing multiple correspondence NDF and PVNL re BNSF and related issues re indemnification, reviewing information and documents re briefing and appeals re same and multiple correspondence to NDF re same | 1.40 | 504.00 |
| 04/08/2010 |  |  |  |
| MTH | Correspondence to and from CC re appeal of BNSF issues; correspondence to co-counsel re same | 0.40 | 144.00 |
| MTH | Review correspondence from NDF re BNSF and Libby Claimant litigation issues and related agreements between BNSF and Grace, reviewing documents re same and correspondence to NDF (x2) re same | 0.70 | 252.00 |
| 04/09/2010 |  |  |  |
| MTH | Reviewing documents and filings re BNSF and Libby litigation and related agreements and correspondence to C&D counsel re same | 1.50 | 540.00 |
| KH | Meet with MTH re: BNSF agreements(.5); Review exhibit A to Debtors Preliminary Injunction Motion(.3); Research and review multiple BNSF agreements and e-mail NDF re: the same(.5) | 1.30 | 143.00 |
| 04/15/2010 |  |  |  |
| MTH | Review correspondence from RH re possible insurance settlement | 0.20 | 72.00 |
| 04/16/2010 |  |  |  |
| MTH | Review correspondence from EI re proposed settlement with North Star | 0.30 | 108.00 |
| 04/23/2010 |  |  |  |
| MTH | Review correspondence from BT re status of Plan | 0.10 | 36.00 |
| MTH | Reviewing Debtors' Second Amended Disclosure of O&D's (to Plan Supplement) | 0.10 | 36.00 |

W.R. Grace

Plan and Disclosure Statement

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 04/24/2010 |  |  |  |  |
|  | MTH | Review correspondence from VP re second amended disclosure of officers and directors | 0.20 | 72.00 |
| 04/27/2010 |  |  |  |  |
|  | MTH | Correspondence to counsel at C&D and AKO re North Star settlement agreement | 0.20 | 72.00 |
|  | MTH | Reviewing Debtors' Motion re settlement with North Star | 0.30 | 108.00 |
| 04/30/2010 |  |  |  |  |
|  | MTH | Review correspondence from MS and JO re proposed Confirmation Order | 0.10 | 36.00 |
|  | MTH | Reviewing various correspondence from R. Chung and KLH re documents to be produced to insurers re settlement negotiations, protective orders re same, responsive emails re same and telephone discussions with KLH (x2) re same | 0.50 | 180.00 |
|  | KH | Call with MTH re: Wausau disclosures | 0.20 | 22.00 |
|  |  | FOR CURRENT SERVICES RENDERED | 7.50 | 2,325.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 6.00 | $360.00 | $2,160.00 |
| Katherine Hemming | 1.50 | 110.00 | 165.00 |
|  |  |  |  |
| TOTAL CURRENT WORK |  |  | 2,325.00 |

| 04/01/2010 | Payment - Thank you.  (December, 2009 - 80% Fees) | -9,292.00 |
|---|---|---|
| 04/23/2010 | Payment - Thank you. (January, 2010 - 80% Fees) | -2,696.00 |
| 04/23/2010 | Payment - Thank you. (July, 2009 - 20% Fees) | -3,970.20 |
| 04/23/2010 | Payment - Thank you. (August, 2009 - 20% Fees) | -8,817.80 |
| 04/23/2010 | Payment - Thank you. (September, 2009 - 20% Fees) | -5,745.90 |
|  | TOTAL PAYMENTS | -30,521.90 |
|  | BALANCE DUE | $16,058.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 04/30/2010 |
| Wilmington  DE | ACCOUNT NO:      3000-18D |
|  | STATEMENT NO:            92 |

Relief from Stay Proceedings

| | | |
|---|---|---:|
| PREVIOUS BALANCE | | -$89.70 |
| | | |
| 04/01/2010 | Payment - Thank you.  (December, 2009 - 80% Fees) | -56.00 |
| 04/23/2010 | Payment - Thank you. (August, 2009 - 20% Fees) | -70.00 |
| | TOTAL PAYMENTS | -126.00 |
| | CREDIT BALANCE | -$215.70 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
04/30/2010
ACCOUNT NO:        3000-20D
STATEMENT NO:              91

Tax Litigation

PREVIOUS BALANCE                                                                          $468.80

BALANCE DUE                                                                               $468.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                            04/30/2010
Wilmington  DE                          ACCOUNT NO:        3000-21D
                                        STATEMENT NO:              83

Travel-Non-Working

PREVIOUS BALANCE                                               $2,528.00

04/23/2010      Payment - Thank you. (January, 2010 - 80% Fees)        -1,353.60
04/23/2010      Payment - Thank you. (September, 2009 - 20% Fees)        -539.00
                TOTAL PAYMENTS                                        -1,892.60

                BALANCE DUE                                            $635.40

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                       |                   |
|-----------------------|-------------------|
|                       | Page: 1           |
| W.R. Grace            | 04/30/2010        |
| Wilmington  DE        | ACCOUNT NO:    3000-22D |
|                       | STATEMENT NO:    96 |

Valuation


PREVIOUS BALANCE                                        $1,185.00

BALANCE DUE                                             $1,185.00


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 04/30/2010 |
| Wilmington  DE | ACCOUNT NO:       3000-23D |
|  | STATEMENT NO:             96 |

ZAI Science Trial


PREVIOUS BALANCE                                                          $1,203.30

BALANCE DUE                                                                 $1,203.30


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                              04/30/2010
Wilmington  DE                                                      ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 644.00 | 0.00 | 0.00 | 0.00 | -504.00 | $140.00 |
| 3000-02 Asset Disposition | | | | | |
| 484.80 | 36.00 | 0.00 | 0.00 | -374.80 | $146.00 |
| 3000-03 Business Operations | | | | | |
| 122.00 | 0.00 | 0.00 | 0.00 | -86.40 | $35.60 |
| 3000-04 Case Administration | | | | | |
| 1,699.67 | 290.50 | 0.00 | 0.00 | -312.80 | $1,677.37 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 6,034.60 | 72.00 | 0.00 | 0.00 | -884.60 | $5,222.00 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 378.20 | 180.00 | 0.00 | 0.00 | -424.10 | $134.10 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 25,642.24 | 6,487.00 | 0.00 | 0.00 | -14,790.60 | $17,338.64 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 1,913.50 | 0.00 | 0.00 | 0.00 | -307.40 | $1,606.10 |
| 3000-10 Employment Applications, Others | | | | | |
| 1,630.70 | 0.00 | 0.00 | 0.00 | -450.40 | $1,180.30 |
| 3000-11 Expenses | | | | | |
| 11,472.72 | 0.00 | 619.16 | 0.00 | -6,084.90 | $6,006.98 |

W.R. Grace

ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-12 Fee Applications, Applicant | | | | | |
| 6,328.60 | 866.00 | 0.00 | 0.00 | -2,557.50 | $4,637.10 |
| 3000-13 Fee Applications, Others | | | | | |
| 16,267.20 | 2,537.00 | 0.00 | 0.00 | -6,482.70 | $12,321.50 |
| 3000-14 Financing | | | | | |
| 1,404.00 | 0.00 | 0.00 | 0.00 | -691.20 | $712.80 |
| 3000-15 Hearings | | | | | |
| 31,902.65 | 1,608.00 | 0.00 | 0.00 | -21,791.80 | $11,718.85 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -1,764.40 | 0.00 | 0.00 | 0.00 | -577.40 | -$2,341.80 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 44,254.90 | 2,325.00 | 0.00 | 0.00 | -30,521.90 | $16,058.00 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -89.70 | 0.00 | 0.00 | 0.00 | -126.00 | -$215.70 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 2,528.00 | 0.00 | 0.00 | 0.00 | -1,892.60 | $635.40 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 153,710.78 | 14,401.50 | 619.16 | 0.00 | -88,861.10 | $79,870.34 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.