**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                            05/31/2010
Wilmington  DE                                                ACCOUNT NO:        3000-01D
                                                              STATEMENT NO:             85

Asset Analysis and Recovery

PREVIOUS BALANCE                                                                    $140.00

BALANCE DUE                                                                         $140.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
05/31/2010
ACCOUNT NO:        3000-02D
STATEMENT NO:              108

Asset Disposition

PREVIOUS BALANCE                                                                                    $146.00

BALANCE DUE                                                                                              $146.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                    05/31/2010
Wilmington  DE                                          ACCOUNT NO:        3000-03D
                                                        STATEMENT NO:             95

Business Operations

PREVIOUS BALANCE                                                          $35.60

BALANCE DUE                                                               $35.60

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 05/31/2010 |
| Wilmington  DE | ACCOUNT NO:     3000-04D |
| | STATEMENT NO:          108 |

Case Administration

| | | | HOURS | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $1,677.37 |
| 05/04/2010 | | | | |
| KH | Attention to document management | | 0.90 | 99.00 |
| 05/07/2010 | | | | |
| MTH | Reviewing Order entered | | 0.10 | 36.00 |
| | FOR CURRENT SERVICES RENDERED | | 1.00 | 135.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.10 | $360.00 | $36.00 |
| Katherine Hemming | 0.90 | 110.00 | 99.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 135.00 |
| BALANCE DUE | $1,812.37 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
05/31/2010
ACCOUNT NO:    3000-05D
STATEMENT NO:    108

Claims Analysis Objection & Resolution (Asbestos)

|  |  |  |  |
|---|---|---|---|
| PREVIOUS BALANCE |  |  | $5,222.00 |

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/03/2010 |  |  |  |  |
| | MTH | Review correspondence from LE re COC re proposed Order expunging certain PD claims | 0.10 | 36.00 |
| 05/04/2010 |  |  |  |  |
| | MTH | Reviewing COC re disallowance of PD Claims | 0.10 | 36.00 |
| 05/05/2010 |  |  |  |  |
| | MTH | Reviewing Order entered re disallowance of asbestos PD claims | 0.10 | 36.00 |
| 05/14/2010 |  |  |  |  |
| | MTH | Correspondence to and from SB re Notice of Appeal | 0.10 | 36.00 |
| 05/17/2010 |  |  |  |  |
| | MTH | Reviewing notice of appeal re asbestos property damage claims | 0.10 | 36.00 |
| | | FOR CURRENT SERVICES RENDERED | 0.50 | 180.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.50 | $360.00 | $180.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 180.00 |

| 05/11/2010 | Payment - Thank you.  (February, 2010 - 80% Fees) | -374.40 |
|---|---|---|

| BALANCE DUE |  | $5,027.60 |
|---|---|---|

Page: 2
05/31/2010
ACCOUNT NO:     3000-05D
STATEMENT NO:            108

W.R. Grace

Claims Analysis Objection & Resolution (Asbestos)

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 05/31/2010 |
| Wilmington DE | ACCOUNT NO: 3000-06D |
| | STATEMENT NO: 108 |

Claims Analysis Objection & Resol. (Non-Asbestos)

|  |  |
|---|---|
| PREVIOUS BALANCE | $134.10 |

| | | | HOURS | |
|---|---|---|---|---|
| 05/12/2010 | | | | |
| | MTH | Reviewing Claims settlement notice of two claims | 0.10 | 36.00 |
| | MTH | Reviewing COC re: corrected Order re MMO settlement | 0.10 | 36.00 |
| 05/17/2010 | | | | |
| | MTH | Correspondence to and from DF re filing to be completed re MCC | 0.20 | 72.00 |
| 05/18/2010 | | | | |
| | MTH | Review correspondence from DF re initial draft of Reply and Joinder to MCC Objection; reviewing correspondence from JCP re same | 0.30 | 108.00 |
| 05/19/2010 | | | | |
| | MTH | Telephone conference with DF re MCC claims objection filing | 0.50 | 180.00 |
| | MTH | Reviewing revised draft Joinder and Response re MCC Claims Objection | 0.30 | 108.00 |
| | MTH | Reviewing revised Joinder and Response to Debtors' MCC Claims Objection and various correspondence with counsel to PI FCR, local counsel to PI FCR, and co-counsel re same. Correspondence to and from counsel to MCC re same. Correspondence to counsel re MCC filings re same. Multiple correspondence to and from service re issues re filing and service of same and telephone discussion re same. Correspondence to and from DF re service issues. Reviewing correspondence from KLH re same | 2.00 | 720.00 |
| | MTH | Telephone conference with DF re MCC Reply and Joinder | 0.50 | 180.00 |
| | MTH | Review correspondence from CA re Libby Claimant filing re Objection to MCC claims | 0.10 | 36.00 |
| | KH | Review e-mail from MTH re: ACC Reply(.1); Prepare COS and Service list for Reply in Support of MCC Claims Objection(.3); Draft e-mail to Parcels re: e-filing(.1) | 0.50 | 55.00 |

Page: 2
05/31/2010

W.R. Grace

ACCOUNT NO:   3000-06D
STATEMENT NO:   108

Claims Analysis Objection & Resol. (Non-Asbestos)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/20/2010 |  |  |  |  |
|  | MTH | Reviewing MCC reservation of rights | 0.10 | 36.00 |
|  | MTH | Reviewing Objection of MCC to Libby Claimant joinder to Debtors' Claims Objection | 0.30 | 108.00 |
|  | MTH | Reviewing Debtors' Reply in support of MCC Claims Objection | 0.40 | 144.00 |
|  | MTH | Reviewing Libby Claimants' Reply to MCC Response | 0.20 | 72.00 |
|  | MTH | Discussion with KLH re ACC FCR Joinder and Response re MCC Claims, issues re filing and service of same, discussion re contact with Court support; reviewing docket re same; reviewing and signing Amended COS | 0.70 | 252.00 |
|  |  | FOR CURRENT SERVICES RENDERED | 6.30 | 2,143.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 5.80 | $360.00 | $2,088.00 |
| Katherine Hemming | 0.50 | 110.00 | 55.00 |

TOTAL CURRENT WORK   2,143.00

05/11/2010   Payment - Thank you.  (February, 2010 - 80% Fees)   -115.20

BALANCE DUE   $2,161.90

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
05/31/2010
ACCOUNT NO:        3000-07D
STATEMENT NO:              108

Committee, Creditors, Noteholders, Equity Holders

PREVIOUS BALANCE                                                                     $17,338.64

|            |     |                                                                                  | HOURS |       |
|------------|-----|----------------------------------------------------------------------------------|-------|-------|
| 05/03/2010 |     |                                                                                  |       |       |
|            | MTH | Review daily memo                                                                | 0.10  | 36.00 |
|            | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20  | 20.00 |
|            | KH  | Review daily memorandum re: fee issues                                            | 0.10  | 11.00 |
| 05/04/2010 |     |                                                                                  |       |       |
|            | PEM | Review memo re: pleadings filed.                                                 | 0.10  | 41.50 |
|            | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20  | 20.00 |
|            | MTH | Review daily memo                                                                | 0.10  | 36.00 |
|            | KH  | Review daily memorandum re: fee issues                                            | 0.10  | 11.00 |
| 05/05/2010 |     |                                                                                  |       |       |
|            | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20  | 20.00 |
|            | MTH | Review daily memo                                                                | 0.10  | 36.00 |
|            | KH  | Review daily memorandum re: fee issues                                            | 0.10  | 11.00 |
| 05/06/2010 |     |                                                                                  |       |       |
|            | PEM | Review memo re: pleadings filed.                                                 | 0.10  | 41.50 |
|            | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20  | 20.00 |
|            | MTH | Review daily memo                                                                | 0.10  | 36.00 |
|            | KH  | Review daily memorandum re: fee issues                                            | 0.10  | 11.00 |
| 05/07/2010 |     |                                                                                  |       |       |
|            | PEM | Review weekly recommendation re: pending  motions and matters.                   | 0.10  | 41.50 |
|            | DAC | Review counsels weekly memorandum                                                | 0.20  | 95.00 |
|            | SMB | Review recently filed pleadings and electronic filing notices; draft and         |       |       |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

| | | HOURS | |
|---|---|---|---|
| | distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | 0.50 | 50.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| MTH | Prepare weekly recommendation memo | 0.30 | 108.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| **05/10/2010** | | | |
| MK | Review committee events calendar. | 0.10 | 13.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| **05/11/2010** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| MTH | Review daily memo | 0.10 | 36.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| **05/12/2010** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| **05/13/2010** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | 0.10 | 10.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| **05/14/2010** | | | |
| MK | Review committee events calendar. | 0.10 | 13.50 |
| PEM | Review memo re: Proposed Harper Insurance Co. (Turegum) Settlement; weekly recommendation memo re: pending motions and matters. | 0.20 | 83.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | 0.30 | 30.00 |
| MTH | Prepare weekly recommendation memo | 0.50 | 180.00 |
| MTH | Review correspondence from SB to Committee re weekly recommendation memo | 0.10 | 36.00 |
| MTH | Review correspondence from EI re proposed insurance settlement | 0.20 | 72.00 |

Page: 3
W.R. Grace                                                                                         05/31/2010
                                                        ACCOUNT NO:          3000-07D
                                                        STATEMENT NO:              108

Committee, Creditors, Noteholders, Equity Holders

| | | | HOURS | |
|---|---|---|---|---|
| | MTH | Review correspondence from JC re proposed insurance settlement | 0.10 | 36.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| | DAC | Review counsel memorandum re: Harper insurance | 0.10 | 47.50 |
| | DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| 05/17/2010 | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| 05/18/2010 | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| 05/19/2010 | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | MTH | Review correspondence from ACM re possible meeting with Garlock | 0.10 | 36.00 |
| | MTH | Review correspondence from  EI re insurance settlement | 0.10 | 36.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | MTH | Correspondence to and from MK re Garlock pleadings, reviewing information re same | 0.40 | 144.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| 05/20/2010 | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | KH | Review multiple e-mails from MTH re: service of Reply(.1); Prepare and e-file Amended COS for Reply in Support of MCC Claims Objection(.3) | 0.40 | 44.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| 05/21/2010 | | | | |
| | MK | Review committee events calendar. | 0.10 | 13.50 |
| | PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 41.50 |
| | DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| | MTH | Prepare weekly recommendation memo | 0.60 | 216.00 |
| | MTH | Review correspondence from SB to Committee re weekly recommendation memo | 0.10 | 36.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.30 | 30.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| 05/24/2010 | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| 05/25/2010 | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | KH | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.30 | 33.00 |
| 05/26/2010 | | | | |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | MTH | Reviewing multiple correspondence (x3) re insurance settlement | 0.10 | 36.00 |
| | MTH | Review correspondence from EI to Committee re insurance settlement | 0.20 | 72.00 |
| | MTH | Review correspondence from RH re insurance settlement | 0.10 | 36.00 |
| | KH | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.30 | 33.00 |
| | DAC | Review counsel memorandum and recommendation of settlement Munich re: for $8M | 0.10 | 47.50 |
| | MTH | Telephone conference with asbestos claimant re possible ZAI PI Claim | 0.30 | 108.00 |
| | MTH | Telephone conference with asbestos claimant re status of bankruptcy | 0.50 | 180.00 |
| 05/27/2010 | | | | |
| | PEM | Review memo re: American Re (Munich Re) Settlement. | 0.10 | 41.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | SMB | Coordinate logistics for hearing on June 7, 2010; e-mail confirmation of same to R. Tobin, P. Lockwood, and R. Horkovich | 0.20 | 20.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| 05/28/2010 | | | | |
| | PEM | Review draft weekly recommendation memo re: pending motions and matters. | 0.10 | 41.50 |
| | DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.20 | 20.00 |
| | MTH | Review correspondence from EI re insurance settlement | 0.10 | 36.00 |

Page: 5
05/31/2010

W.R. Grace

| | ACCOUNT NO: | 3000-07D |
| | STATEMENT NO: | 108 |

Committee, Creditors, Noteholders, Equity Holders

| | | | HOURS | |
|---|---|---|---|---|
| MTH | Prepare weekly recommendation memo | | 0.60 | 216.00 |
| MTH | Review correspondence from SB to Committee re weekly recommendation memo | | 0.10 | 36.00 |
| KH | Review daily memorandum re: fee issues | | 0.10 | 11.00 |
| | FOR CURRENT SERVICES RENDERED | | 17.00 | 4,187.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 1.00 | $475.00 | $475.00 |
| Philip E. Milch | 1.30 | 415.00 | 539.50 |
| Michele Kennedy | 0.30 | 135.00 | 40.50 |
| Santae M. Boyd | 5.20 | 100.00 | 520.00 |
| Mark T. Hurford | 6.40 | 360.00 | 2,304.00 |
| Katherine Hemming | 2.80 | 110.00 | 308.00 |

| | | TOTAL CURRENT WORK | 4,187.00 |
|---|---|---|---|
| 05/11/2010 | Payment - Thank you.  (February, 2010 - 80% Fees) | | -3,361.60 |
| | BALANCE DUE | | $18,164.04 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 05/31/2010 |
| Wilmington  DE | ACCOUNT NO:    3000-08D |
|  | STATEMENT NO:           107 |

Employee Benefits/Pension

| | | |
|---|---|---|
| | PREVIOUS BALANCE | $1,606.10 |
| 05/11/2010 | Payment - Thank you.  (February, 2010 - 80% Fees) | -1,008.00 |
| | BALANCE DUE | $598.10 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                            05/31/2010
Wilmington  DE                                  ACCOUNT NO:      3000-10D
                                                STATEMENT NO:            108

Employment Applications, Others

PREVIOUS BALANCE                                                $1,180.30

BALANCE DUE                                                    $1,180.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
05/31/2010
ACCOUNT NO:     3000-11D
STATEMENT NO:          106

Expenses

| | | |
|---|---|---:|
| | PREVIOUS BALANCE | $6,006.98 |

| | | |
|---|---|---:|
| 05/01/2010 | Pacer charges for the months of March & April | 131.68 |
| 05/03/2010 | Ikon copy/service of C&D March Fee App. | 124.54 |
| 05/13/2010 | Digital Legal - copy/service of LAS Feb.-March Fee App. | 63.46 |
| 05/13/2010 | Tri State Courier - 7 hand deliveries | 45.50 |
| 05/14/2010 | Digital Legal - copy/service of C&L, C&D, LAS, AKO & Charter Oak | 735.11 |
| 05/14/2010 | Tri State Courier - 8 hand deliveries | 52.00 |
| 05/19/2010 | Parcels - e-filing & service via mail of Reply of David T. Austern and ACC re: MCC claims objection | 470.48 |
| 05/25/2010 | Digital Legal - copy/service of March CNO's | 57.22 |
| 05/31/2010 | Printing for May | 112.10 |
| 05/31/2010 | Scanning for May | 13.40 |
| | TOTAL EXPENSES | 1,805.49 |
| | | |
| | TOTAL CURRENT WORK | 1,805.49 |

| | | |
|---|---|---:|
| 05/11/2010 | Payment - Thank you.  (February, 2010 - 100% Expenses) | -1,889.49 |
| | | |
| | BALANCE DUE | $5,922.98 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
05/31/2010
ACCOUNT NO:    3000-12D
STATEMENT NO:    106

Fee Applications, Applicant

PREVIOUS BALANCE                                                                $4,637.10

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/04/2010 | | | | |
| | PEM | Review April bill for Pgh time. | 0.20 | 83.00 |
| 05/10/2010 | | | | |
| | KH | Prepare C&L January-March Interim Fee Application | 1.30 | 143.00 |
| 05/11/2010 | | | | |
| | KCD | Review C&L interim application | 0.30 | 102.00 |
| 05/12/2010 | | | | |
| | MTH | Reviewing pre-bill | 0.80 | 288.00 |
| 05/14/2010 | | | | |
| | KH | Finalize and e-file C&L January-March Interim Fee Application(.3); E-mail as filed application to R. Finke(.1) | 0.40 | 44.00 |
| 05/25/2010 | | | | |
| | KCD | Review and sign CNO re: C&L application | 0.20 | 68.00 |
| | KH | Review case docket for objections to C&L March fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| 05/28/2010 | | | | |
| | MTH | Reviewing Fee Auditor's Report for Campbell and Levine | 0.10 | 36.00 |
| | | FOR CURRENT SERVICES RENDERED | 3.80 | 819.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.20 | $415.00 | $83.00 |
| Mark T. Hurford | 0.90 | 360.00 | 324.00 |
| Kathleen Campbell Davis | 0.50 | 340.00 | 170.00 |

Page: 2
05/31/2010

W.R. Grace

ACCOUNT NO:      3000-12D
STATEMENT NO:          106

Fee Applications, Applicant

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Katherine Hemming | 2.20 | 110.00 | 242.00 |

| | | | |
|---|---|---|---|
| TOTAL CURRENT WORK | | | 819.00 |

| 05/11/2010 | Payment - Thank you.  (February, 2010 - 80% Fees) | -673.20 |
|---|---|---|

| BALANCE DUE | $4,782.90 |
|---|---|

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1

W.R. Grace                                                      05/31/2010
Wilmington  DE                             ACCOUNT NO:        3000-13D
                                           STATEMENT NO:            93

Fee Applications, Others

| | PREVIOUS BALANCE | | $12,321.50 |
|---|---|---|---|

| | | HOURS | |
|---|---|---|---|
| 05/03/2010 | | | |
| MTH | Review correspondence from YY (x3) re BMC fee applications | 0.10 | 36.00 |
| KH | Draft e-mail E. Benetos re: March fee application(.1); Review e-mail from E. Benetos re: C&D March fee app(.1); Update C&D March fee application(.3); Finalize and e-file application(.3) | 0.80 | 88.00 |
| KH | E-mail as filed fee applications to R. Finke | 0.10 | 11.00 |
| KH | Call with Bankruptcy Court help desk re: fee application filing | 0.20 | 22.00 |
| | | | |
| 05/04/2010 | | | |
| MTH | Review correspondence from VP re K&E Fee Application | 0.10 | 36.00 |
| | | | |
| 05/05/2010 | | | |
| MTH | Review correspondence from KY re amended fee app for BMC | 0.10 | 36.00 |
| | | | |
| 05/07/2010 | | | |
| KH | Review March fee application of Blackstone Advisory(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review March fee application of Saul Ewing(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October-August fee application of Canadian ZAI Claimants(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review September-December fee application of Canadian ZAI Claimants(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review September-December fee application of The Hogan Firm(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review December-March Interim fee application of Scarfone Hawkins(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review December-March Monthly fee application of Scarfone Hawkins(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review December-March Interim fee application of Lauzon Belanger(.1); | | |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review December-March Monthly fee application of Lauzon Belanger(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review December-March Interim fee application of The Hogan Firm(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review December-March Monthly fee application of The Hogan Firm(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October-December Interim fee application of Venable(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review March fee application of K&E(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review March fee application of Ferry Joseph(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April fee application of Alan Rich(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October fee application of BMC(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review November fee application of BMC(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review December fee application of BMC(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January-March Interim fee application of Ogilvy Renault(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October-December Interim fee application of BMC(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review Amended December fee application of BMC(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April fee application of Alexander Sanders(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |

05/10/2010
| KH | Update Committee Fee Application Tracking Chart | 0.30 | 33.00 |

05/11/2010
| KCD | Review AKO interim application | 0.30 | 102.00 |
| KCD | Review Charter Oak interim application | 0.30 | 102.00 |
| KCD | Review LAS interim application | 0.30 | 102.00 |
| KH | Prepare AKO January-March Interim Fee Application | 1.10 | 121.00 |
| KH | Prepare Charter Oak January-March Interim Fee Application | 1.00 | 110.00 |

05/12/2010
| MTH | Reviewing correspondence re Capstone fee application | 0.10 | 36.00 |
| MTH | Review correspondence from EB re C&D Interim | 0.10 | 36.00 |

05/13/2010
| KCD | Review C&D interim application | 0.30 | 102.00 |

W.R. Grace

Fee Applications, Others

| | | | HOURS | |
|---|---|---|---|---|
| KCD | Review LAS monthly application | | 0.30 | 102.00 |
| KCD | Review revised C&L interim | | 0.20 | 68.00 |
| KCD | Review revised LAS interim application | | 0.30 | 102.00 |
| KH | Review e-mail from D. Relles re: March bill(.1); Prepare LAS February-March fee application(.5); Finalize and e-file application(.3) | | 0.90 | 99.00 |
| MTH | Review correspondence from D.M. re Capstone fee application | | 0.10 | 36.00 |
| MTH | Review correspondence from YS re PWC fee application | | 0.10 | 36.00 |

05/14/2010

| | | | | |
|---|---|---|---|---|
| KH | Review April fee application of Warren Smith(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Review January-March Interim fee application of Warren Smith(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Review March fee application of Capstone Advisory Group(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Review January-March Interim fee application of Janet Baer(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| MTH | Review correspondence from PB re DP fee application | | 0.10 | 36.00 |
| KH | Prepare LAS January-March Interim Fee Application(.7); Finalize and e-file Interim Application(.3); E-mail as filed application to R. Finke(.1) | | 1.10 | 121.00 |
| KH | Finalize and e-file AKO January-March Interim Fee Application(.3); E-mail as filed application to R. Finke(.1) | | 0.40 | 44.00 |
| KH | Finalize and e-file Charter Oak January-March Interim Fee Application(.3); E-mail as filed application to R. Finke(.1) | | 0.40 | 44.00 |
| KH | Review e-mail from E. Benetos re: January-March Interim application(.1); Update C&D Interim fee application(.4); Finalize and e-file Interim Fee Application(.3); E-mail as filed application to R. Finke(.1) | | 0.90 | 99.00 |

05/17/2010

| | | | | |
|---|---|---|---|---|
| MTH | Review correspondence from YS re PWC monthly fee application | | 0.10 | 36.00 |
| MTH | Review correspondence from YS re PWC quarterly fee application | | 0.10 | 36.00 |
| MTH | Review correspondence from MS re C&E fee application | | 0.10 | 36.00 |
| MTH | Review correspondence from PB re Beveridge fee application | | 0.10 | 36.00 |
| MTH | Review correspondence from WWW re HRO fee application | | 0.10 | 36.00 |
| MTH | Reviewing Motion to re-open fraudulent conveyance adversary | | 0.20 | 72.00 |

05/19/2010

| | | | | |
|---|---|---|---|---|
| MTH | Review correspondence from LO re Venable fee application | | 0.10 | 36.00 |

05/20/2010

| | | | | |
|---|---|---|---|---|
| MTH | Review correspondence from D.M. re Stroock fee application | | 0.10 | 36.00 |

05/21/2010

| | | | | |
|---|---|---|---|---|
| KH | Review October-December Interim Application of Steptoe & Johnson(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Review July-September Interim Application of Steptoe & Johnson(.1); | | | |

Page: 4
W.R. Grace                                                                          05/31/2010
                                                              ACCOUNT NO:        3000-13D
                                                              STATEMENT NO:              93
Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January-March Interim Application of Foley Hoag(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January-March Interim Application of Bilzin Sumberg(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January-March Interim Application of Ferry Joseph(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January-March Interim Application of Reed Smith(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January-March Interim Application of Casner & Edwards(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January-March Interim Application of Kramer Levin(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January-March Interim Application of Venable(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January-March Interim Application of PwC(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January-March Interim Application of Capstone Advisory Group(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July Application of Holme Roberts(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review February Application of Venable(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January Application of Venable(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review March Application of Venable(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review March Application of Casner & Edwards(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review March Application of Beveridge & Diamond(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review March Application of PwC(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review March Application of Day Pitney(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review March Application of Lincoln Partners(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review February Application of Lincoln Partners(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| MTH | Review correspondence from WWW re HRO fee application | 0.10 | 36.00 |
| 05/24/2010 |  |  |  |
| MTH | Review correspondence from PG re amended K&E fee application | 0.10 | 36.00 |
| 05/25/2010 |  |  |  |
| KCD | Review and sign CNO re: C&D application | 0.20 | 68.00 |

W.R. Grace

ACCOUNT NO:      3000-13D
STATEMENT NO:              93

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| KCD | Review and sign CNO re: Charter Oak application | 0.20 | 68.00 |
| KCD | Review and sign CNO re: AKO application | 0.20 | 68.00 |
| MTH | Review correspondence from MS re Woodcock fee application | 0.10 | 36.00 |
| MTH | Review correspondence from DF re quarterly fee applications and response to same from JON | 0.10 | 36.00 |
| KH | Review case docket for objections to C&D March fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KH | Review case docket for objections to AKO March fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KH | Review case docket for objections to Charter Oak March fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |

05/27/2010
| | | | |
|---|---|---|---|
| KH | Update Committee Fee and Expense Tracking Chart | 0.30 | 33.00 |

05/28/2010
| | | | |
|---|---|---|---|
| KH | Review January-March Interim fee application of Blackstone Advisory(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January-March Interim fee application of Saul Ewing(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January-March Interim fee application of Lincoln Partners(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October-December Interim fee application of Lincoln Partners(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January-March Interim fee application of Stroock & Stroock(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review March fee application of Woodcock Washburn(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review August fee application of Holme Roberts(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review Amended July-September Interim fee application of  Lincoln Partners(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review Amended March fee application of K&E(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| MTH | Review correspondence from DP re JB fee application | 0.10 | 36.00 |
| MTH | Review correspondence from DP re Foley fee application | 0.10 | 36.00 |
| MTH | Review correspondence from D.M. re Stroock fee application | 0.10 | 36.00 |
| MTH | Review correspondence from JON re information for quarterly fee hearing | 0.20 | 72.00 |
| MTH | Discussion with KLH re Fee Auditor's Report and reviewing correspondence from KLH (x3) re same | 0.30 | 108.00 |
| KH | Review Fee Auditor's Final Report for 35th Interim Period with no issues(.2); Draft multiple emails re: the same(.3) | 0.50 | 55.00 |
| KH | Review Fee Auditor's Final Report for 35th Interim Period re: C&D(.2); Draft e-mail to RT re: the same(.1) | 0.30 | 33.00 |

Page: 6
05/31/2010
ACCOUNT NO:      3000-13D
STATEMENT NO:             93

W.R. Grace

Fee Applications, Others

|  | HOURS |  |
|---|---|---|
| FOR CURRENT SERVICES RENDERED | 26.50 | 4,238.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 2.90 | $360.00 | $1,044.00 |
| Kathleen Campbell Davis | 2.60 | 340.00 | 884.00 |
| Katherine Hemming | 21.00 | 110.00 | 2,310.00 |

| TOTAL CURRENT WORK |  | 4,238.00 |
|---|---|---|

| 05/11/2010 | Payment - Thank you.  (February, 2010 - 80% Fees) | -2,341.60 |
|---|---|---|

| BALANCE DUE | $14,217.90 |
|---|---|

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 05/31/2010 |
| Wilmington  DE | ACCOUNT NO:    3000-14D |
|  | STATEMENT NO:              70 |

Financing

| | | |
|---|---|---|
| | PREVIOUS BALANCE | $712.80 |
| 05/11/2010 | Payment - Thank you.  (February, 2010 - 80% Fees) | -432.00 |
| | BALANCE DUE | $280.80 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                      05/31/2010
Wilmington  DE                                        ACCOUNT NO:        3000-15D
                                                      STATEMENT NO:              108

Hearings

PREVIOUS BALANCE                                                        $11,718.85

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/21/2010 | | | | |
| | MTH | Review correspondence from DF re preliminary agenda | 0.10 | 36.00 |
| 05/24/2010 | | | | |
| | MTH | Reviewing draft hearing agenda and multiple correspondence to and from PVNL re same | 0.50 | 180.00 |
| 05/25/2010 | | | | |
| | MTH | Various correspondence and preparations for June hearing | 0.40 | 144.00 |
| | | FOR CURRENT SERVICES RENDERED | 1.00 | 360.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.00 | $360.00 | $360.00 |

TOTAL CURRENT WORK                                                          360.00

| 05/11/2010 | Payment - Thank you.  (February, 2010 - 80% Fees) | -720.00 |
|---|---|---|

BALANCE DUE                                                              $11,358.85

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

| | | |
|---|---|---|
| | | Page: 1 |
| W.R. Grace | | 05/31/2010 |
| Wilmington  DE | ACCOUNT NO: | 3000-16D |
| | STATEMENT NO: | 93 |

Litigation and Litigation Consulting

|  |  |  |
|---|---|---|
| | PREVIOUS BALANCE | -$2,341.80 |
| 05/11/2010 | Payment - Thank you.  (February, 2010 - 80% Fees) | -57.60 |
| | CREDIT BALANCE | -$2,399.40 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  | Page: | 1 |
| W.R. Grace | 05/31/2010 |  |
| Wilmington  DE | ACCOUNT NO: | 3000-17D |
|  | STATEMENT NO: | 93 |

Plan and Disclosure Statement

| | | | | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $16,058.00 |
| | | | HOURS | |
| 05/02/2010 | | | | |
| MTH | Correspondence to RC re settlement negotiations with insurer, documents | | 0.10 | 36.00 |
| MTH | Correspondence to BT re Plan status | | 0.10 | 36.00 |
| 05/03/2010 | | | | |
| MTH | Reviewing proposed confirmation order | | 1.00 | 360.00 |
| 05/05/2010 | | | | |
| MTH | Reviewing Corrected Order re MMO parties settlement agreement | | 0.20 | 72.00 |
| 05/11/2010 | | | | |
| MTH | Correspondence to PVNL and RH re Corrected Order re insurance settlement | | 0.20 | 72.00 |
| 05/12/2010 | | | | |
| MTH | Correspondence to PVNL and RH re corrected Order re Employer's Settlement | | 0.10 | 36.00 |
| 05/13/2010 | | | | |
| MTH | Review correspondence from DF re litigation materials; reviewing documents re same and response to same | | 0.40 | 144.00 |
| 05/14/2010 | | | | |
| MTH | Review correspondence from RH re proposed settlement with insurer | | 0.40 | 144.00 |
| 05/26/2010 | | | | |
| MTH | Reviewing Debtors' Motion re Settlement with Harper Insurance | | 0.50 | 180.00 |

W.R. Grace

Plan and Disclosure Statement

|  |  | HOURS |  |
|---|---|---|---|
| 05/28/2010 |  |  |  |
| MTH | Review correspondence from BT re status of plan and response to same | 0.10 | 36.00 |
|  | FOR CURRENT SERVICES RENDERED | 3.10 | 1,116.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 3.10 | $360.00 | $1,116.00 |

TOTAL CURRENT WORK                                                     1,116.00

05/11/2010      Payment - Thank you.  (February, 2010 - 80% Fees)                     -1,603.60

BALANCE DUE                                                            $15,570.40

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 05/31/2010 |
| Wilmington  DE | ACCOUNT NO:      3000-18D |
| | STATEMENT NO:              93 |

Relief from Stay Proceedings

| | | | | |
|---|---|---|---|---|
| PREVIOUS BALANCE | | | | -$215.70 |
| | | | HOURS | |
| 05/05/2010 | | | | |
| MTH | Reviewing COC re Munoz stay relief motion | | 0.10 | 36.00 |
| | FOR CURRENT SERVICES RENDERED | | 0.10 | 36.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.10 | $360.00 | $36.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 36.00 |
| CREDIT BALANCE | -$179.70 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                          05/31/2010
Wilmington  DE                              ACCOUNT NO:      3000-20D
                                            STATEMENT NO:           92

Tax Litigation

PREVIOUS BALANCE                                                   $468.80

BALANCE DUE                                                        $468.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                           05/31/2010
Wilmington  DE                              ACCOUNT NO:         3000-21D
                                            STATEMENT NO:             84

Travel-Non-Working

PREVIOUS BALANCE                                                    $635.40

BALANCE DUE                                                         $635.40

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
05/31/2010
ACCOUNT NO:      3000-22D
STATEMENT NO:             97

Valuation

PREVIOUS BALANCE                                                                  $1,185.00

BALANCE DUE                                                                        $1,185.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 05/31/2010 |
| Wilmington  DE | ACCOUNT NO: | 3000-23D |
|  | STATEMENT NO: | 97 |

ZAI Science Trial


PREVIOUS BALANCE                                                    $1,203.30

BALANCE DUE                                                    $1,203.30


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
05/31/2010

W.R. Grace
Wilmington  DE                                                    ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 140.00 | 0.00 | 0.00 | 0.00 | 0.00 | $140.00 |
| 3000-02 Asset Disposition | | | | | |
| 146.00 | 0.00 | 0.00 | 0.00 | 0.00 | $146.00 |
| 3000-03 Business Operations | | | | | |
| 35.60 | 0.00 | 0.00 | 0.00 | 0.00 | $35.60 |
| 3000-04 Case Administration | | | | | |
| 1,677.37 | 135.00 | 0.00 | 0.00 | 0.00 | $1,812.37 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 5,222.00 | 180.00 | 0.00 | 0.00 | -374.40 | $5,027.60 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 134.10 | 2,143.00 | 0.00 | 0.00 | -115.20 | $2,161.90 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 17,338.64 | 4,187.00 | 0.00 | 0.00 | -3,361.60 | $18,164.04 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 1,606.10 | 0.00 | 0.00 | 0.00 | -1,008.00 | $598.10 |
| 3000-10 Employment Applications, Others | | | | | |
| 1,180.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,180.30 |
| 3000-11 Expenses | | | | | |
| 6,006.98 | 0.00 | 1,805.49 | 0.00 | -1,889.49 | $5,922.98 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-12 Fee Applications, Applicant | | | | | |
| 4,637.10 | 819.00 | 0.00 | 0.00 | -673.20 | $4,782.90 |
| 3000-13 Fee Applications, Others | | | | | |
| 12,321.50 | 4,238.00 | 0.00 | 0.00 | -2,341.60 | $14,217.90 |
| 3000-14 Financing | | | | | |
| 712.80 | 0.00 | 0.00 | 0.00 | -432.00 | $280.80 |
| 3000-15 Hearings | | | | | |
| 11,718.85 | 360.00 | 0.00 | 0.00 | -720.00 | $11,358.85 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -2,341.80 | 0.00 | 0.00 | 0.00 | -57.60 | -$2,399.40 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 16,058.00 | 1,116.00 | 0.00 | 0.00 | -1,603.60 | $15,570.40 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -215.70 | 36.00 | 0.00 | 0.00 | 0.00 | -$179.70 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 635.40 | 0.00 | 0.00 | 0.00 | 0.00 | $635.40 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 79,870.34 | 13,214.00 | 1,805.49 | 0.00 | -12,576.69 | $82,313.14 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.