**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1

W.R. Grace                                                        06/30/2010
Wilmington  DE                              ACCOUNT NO:        3000-01D
                                            STATEMENT NO:            86

Asset Analysis and Recovery

PREVIOUS BALANCE                                                 $140.00

BALANCE DUE                                                      $140.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1

W.R. Grace                                                        06/30/2010
Wilmington  DE                              ACCOUNT NO:        3000-02D
                                            STATEMENT NO:            109

Asset Disposition

PREVIOUS BALANCE                                                  $146.00

BALANCE DUE                                                       $146.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                              06/30/2010
Wilmington  DE                              ACCOUNT NO:      3000-03D
                                            STATEMENT NO:            96

Business Operations

PREVIOUS BALANCE                                                    $35.60

BALANCE DUE                                                         $35.60

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 06/30/2010 |
| Wilmington  DE | ACCOUNT NO:       3000-04D |
|  | STATEMENT NO:              109 |

Case Administration

| | |
|---|---|
| PREVIOUS BALANCE | $1,812.37 |
| BALANCE DUE | $1,812.37 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
06/30/2010
ACCOUNT NO:     3000-05D
STATEMENT NO:           109

Claims Analysis Objection & Resolution (Asbestos)

|  |  |  |  |
|---|---|---|---|
| PREVIOUS BALANCE | | | $5,027.60 |

| | | HOURS | |
|---|---|---|---|
| 06/01/2010 | | | |
| MTH | Reviewing Designation of asbestos PD claimants on appeal and Statement of Issues presented on Appeal | 0.10 | 36.00 |
| 06/03/2010 | | | |
| MTH | Reviewing Debtors' Designation re Asbestos PD appeal | 0.10 | 36.00 |
| | FOR CURRENT SERVICES RENDERED | 0.20 | 72.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.20 | $360.00 | $72.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 72.00 |
| BALANCE DUE | $5,099.60 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                     06/30/2010
Wilmington  DE                                                       ACCOUNT NO:          3000-06D
                                                                     STATEMENT NO:              109

Claims Analysis Objection & Resol. (Non-Asbestos)

PREVIOUS BALANCE                                                                          $2,161.90

|            |      |                                                                            | HOURS |          |
|------------|------|----------------------------------------------------------------------------|-------|----------|
| 06/02/2010 |      |                                                                            |       |          |
|            | MTH  | Review correspondence from CA re Libby response to MCC claims objection     | 0.10  | 36.00    |
| 06/03/2010 |      |                                                                            |       |          |
|            | MTH  | Reviewing MCC's Sur-Reply to Debtors' Claims Objection                      | 0.20  | 72.00    |
|            | MTH  | Reviewing Reservation of Rights of Debtors re MCC Claims Objection          | 0.10  | 36.00    |
|            | MTH  | Reviewing LC's Response to MCC's Objection re participation in Claims Objection | 0.10 | 36.00 |
| 06/04/2010 |      |                                                                            |       |          |
|            | PEM  | Review MOR.                                                                 | 0.80  | 332.00   |
|            | MTH  | Correspondence to Charter Oak and PVNL re Walpole settlement motion         | 0.20  | 72.00    |
|            | MTH  | Reviewing Debtors' Motion re Settlement of Walpole environmental matters    | 1.00  | 360.00   |
| 06/05/2010 |      |                                                                            |       |          |
|            | MTH  | Correspondence to PVNL re MCC related filings, Omnibus hearing              | 0.10  | 36.00    |
| 06/11/2010 |      |                                                                            |       |          |
|            | MTH  | Correspondence to Charter Oak and C&D re two recently filed environmental settlement motions | 0.20 | 72.00 |
| 06/21/2010 |      |                                                                            |       |          |
|            | MTH  | Review correspondence from JS re environmental settlement motions, recommendation re same | 0.20 | 72.00 |
| 06/22/2010 |      |                                                                            |       |          |
|            | MTH  | Review correspondence from JS re memos re environmental settlements and response to same | 0.10 | 36.00 |

Page: 2
W.R. Grace                                                                                  06/30/2010
                                                          ACCOUNT NO:        3000-06D
                                                          STATEMENT NO:              109

Claims Analysis Objection & Resol. (Non-Asbestos)


                                                                          HOURS

|  | MTH | Review correspondence from JS to EI, PVNL re environmental settlement motions | 0.10 | 36.00 |
|---|---|---|---|---|
|  | MTH | Review correspondence from JC re Easthampton settlement motion | 0.20 | 72.00 |
| 06/24/2010 | MTH | Reviewing revised proposed order re Walpole site and correspondence to PVNL re same | 0.30 | 108.00 |
| 06/29/2010 | MTH | Reviewing COC re Easthampton environmental settlement | 0.30 | 108.00 |
| 06/30/2010 | MTH | Review correspondence from JB re further revised Order re Walpole | 0.20 | 72.00 |
|  |  | FOR CURRENT SERVICES RENDERED | 4.20 | 1,556.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.80 | $415.00 | $332.00 |
| Mark T. Hurford | 3.40 | 360.00 | 1,224.00 |


TOTAL CURRENT WORK                                                         1,556.00


BALANCE DUE                                                              $3,717.90


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 06/30/2010 |
| Wilmington  DE | ACCOUNT NO:    3000-07D |
|  | STATEMENT NO:    109 |

Committee, Creditors, Noteholders, Equity Holders

PREVIOUS BALANCE                                                                          $18,164.04

| Date | Init | Description | HOURS | Amount |
|---|---|---|---|---|
| 06/01/2010 | | | | |
| | MK | Review committee events calendar. | 0.10 | 13.50 |
| | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | SMB | Prepare and file 2019 of Cooney & Conway; e-mail confirmation of same | 0.40 | 40.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| 06/02/2010 | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| 06/03/2010 | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| | KH | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.70 | 77.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| 06/04/2010 | | | | |
| | PEM | Review weekly recommendation memo re: pending matters. | 0.10 | 41.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.50 | 50.00 |
| | MTH | Prepare weekly recommendation memos | 0.60 | 216.00 |
| | DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| | MTH | Review correspondence from SB to Committee re weekly recommendation memo | 0.10 | 36.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | MTH | Review daily memo | 0.10 | 36.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| 06/07/2010 | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| 06/08/2010 | | | | |
| | MK | Review committee events calendar. | 0.10 | 13.50 |
| | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | MTH | Correspondence to and from PVNL re hearing memo for Committee | 0.20 | 72.00 |
| | MTH | Review correspondence from EI re Harper settlement | 0.10 | 36.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| 06/09/2010 | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| 06/10/2010 | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| 06/11/2010 | | | | |
| | PEM | Review memo: re pleadings filed. | 0.10 | 41.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | MTH | Prepare weekly recommendation memos | 1.60 | 576.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.40 | 40.00 |
| 06/14/2010 | | | | |
| | MTH | Discussion with SB re weekly memo; revisions to same; Review correspondence from SB to Committee re same | 0.10 | 36.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | PEM | Review weekly recommendation memo re: pleadings and motions. | 0.10 | 41.50 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| MTH | Reviewing Notice of Change of Time for 2010 Hearings | 0.10 | 36.00 |
| MTH | Telephone conference with potential asbestos claimant, J. Knysh re possible asbestos PI claim | 0.30 | 108.00 |
| **06/15/2010** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| MTH | Review correspondence from JB and DB re website information | 0.10 | 36.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| **06/16/2010** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| **06/17/2010** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| **06/18/2010** | | | |
| PEM | Review weekly recommendation memo re: pending matters. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | 0.40 | 40.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| MTH | Prepare weekly recommendation memo | 0.50 | 180.00 |
| MTH | Review correspondence from SB to Committee re weekly recommendation memo | 0.10 | 36.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| **06/20/2010** | | | |
| DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| **06/21/2010** | | | |
| MK | Review committee events calendar and update attorney case calendars. | 0.10 | 13.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| MTH | Review daily memo | | 0.10 | 36.00 |
| KH | Review daily memorandum re: fee issues | | 0.10 | 11.00 |
| **06/22/2010** | | | | |
| PEM | Review memo re: pleadings filed. | | 0.10 | 41.50 |
| PEM | Review memo from counsel re: Proposed Employers Insurance of Wausau Settlement. | | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 20.00 |
| MTH | Review daily memo | | 0.10 | 36.00 |
| MTH | Review correspondence from MRE re asbestos claims | | 0.10 | 36.00 |
| MTH | Review correspondence from EI to Committee re possible insurance settlement | | 0.10 | 36.00 |
| KH | Review daily memorandum re: fee issues | | 0.10 | 11.00 |
| **06/23/2010** | | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 20.00 |
| MTH | Review daily memo | | 0.10 | 36.00 |
| KH | Review daily memorandum re: fee issues | | 0.10 | 11.00 |
| **06/24/2010** | | | | |
| PEM | Review memo re: pleadings filed. | | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 20.00 |
| KH | Review daily memorandum re: fee issues | | 0.10 | 11.00 |
| **06/25/2010** | | | | |
| PEM | Review weekly recommendation memo re: pending motions and matters. | | 0.10 | 41.50 |
| MTH | Prepare weekly recommendation memos | | 0.40 | 144.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | | 0.20 | 20.00 |
| MTH | Review correspondence from SB to Committee re weekly recommendation memo | | 0.10 | 36.00 |
| MTH | Review correspondence from EI re Wausau settlement motion | | 0.10 | 36.00 |
| MTH | Review daily memo | | 0.10 | 36.00 |
| KH | Review daily memorandum re: fee issues | | 0.10 | 11.00 |
| DAC | Review counsel's weekly memo | | 0.20 | 95.00 |
| **06/28/2010** | | | | |
| MK | Review committee events calendar. | | 0.10 | 13.50 |
| MTH | Review daily memo | | 0.10 | 36.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 20.00 |
| KH | Review daily memorandum re: fee issues | | 0.10 | 11.00 |

Page: 5
06/30/2010

W.R. Grace

ACCOUNT NO:    3000-07D
STATEMENT NO:    109

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 06/29/2010 |  |  |  |  |
| PEM | Review memo re: pleadings filed. |  | 0.10 | 41.50 |
| MTH | Review daily memo |  | 0.10 | 36.00 |
| MTH | Review correspondence from DB re claimant correspondence and discussion with AC re same; correspondence to and from JAL re same |  | 0.20 | 72.00 |
| KH | Review daily memorandum re: fee issues |  | 0.10 | 11.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo |  | 0.20 | 20.00 |
| 06/30/2010 |  |  |  |  |
| MTH | Correspondence to MRE re asbestos claims |  | 0.10 | 36.00 |
| KH | Review daily memorandum re: fee issues |  | 0.10 | 11.00 |
| MTH | Review daily memo |  | 0.10 | 36.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo |  | 0.20 | 20.00 |
|  | FOR CURRENT SERVICES RENDERED |  | 18.50 | 4,458.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.80 | $475.00 | $380.00 |
| Philip E. Milch | 1.50 | 415.00 | 622.50 |
| Michele Kennedy | 0.40 | 135.00 | 54.00 |
| Santae M. Boyd | 6.10 | 100.00 | 610.00 |
| Mark T. Hurford | 6.90 | 360.00 | 2,484.00 |
| Katherine Hemming | 2.80 | 110.00 | 308.00 |

TOTAL CURRENT WORK                                                    4,458.50

BALANCE DUE                                                    $22,622.54

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
06/30/2010
ACCOUNT NO:       3000-08D
STATEMENT NO:              108

Employee Benefits/Pension

PREVIOUS BALANCE                                                                                              $598.10

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 06/03/2010 |  |  |  |  |
|  | MTH | Reviewing draft pension plan motion | 0.30 | 108.00 |
| 06/08/2010 |  |  |  |  |
|  | MTH | Reviewing as filed pension plan motion and related issues | 0.40 | 144.00 |
| 06/11/2010 |  |  |  |  |
|  | MTH | Correspondence to and from JS re DB Motion | 0.10 | 36.00 |
| 06/12/2010 |  |  |  |  |
|  | MTH | Correspondence to Charter Oak and C&D re DB Motion | 0.20 | 72.00 |
|  | MTH | Correspondence to Charter Oak and PVNL re as filed version of pension plan motion | 0.10 | 36.00 |
| 06/18/2010 |  |  |  |  |
|  | MTH | Telephone conference with J. Sinclair re Defined Benefit Motion; environmental motions | 0.60 | 216.00 |
|  | MTH | Telephone conference with JON re pension plan motion, objection deadline | 0.20 | 72.00 |
|  | MTH | Additional telephone conversation with DF re defined benefit contribution motion | 0.30 | 108.00 |
|  | MTH | Additional telephone conversation with DF re defined benefit motion; information from F/A | 0.20 | 72.00 |
|  | MTH | Reviewing pension plan motion and related documents re DB and DC plans | 1.50 | 540.00 |
|  | MTH | Follow up telephone discussion with DF re pension plan issues, discussion with JS re same | 0.30 | 108.00 |
| 06/21/2010 |  |  |  |  |
|  | MTH | Review correspondence from JS to EI, PVNL re recommendation re |  |  |

Page: 2
06/30/2010

W.R. Grace

ACCOUNT NO:       3000-08D
STATEMENT NO:            108

Employee Benefits/Pension

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | pension plan motion |  | 0.10 | 36.00 |
| MTH | Review correspondence from JS re draft memo re pension plan motion; reviewing pension plan motion and prior memos to Committee re same; response to JS re same |  | 0.50 | 180.00 |
| MTH | Review correspondence from Review fax to TF re pension plan issues |  | 0.20 | 72.00 |
| 06/22/2010 |  |  |  |  |
| MTH | Review correspondence from JOC and JS re pension plan issues |  | 0.10 | 36.00 |
| MTH | Review correspondence from JB re pension plan issues, report from Aon |  | 0.50 | 180.00 |
| 06/24/2010 |  |  |  |  |
| MTH | Review correspondence from JS re pension plan issues |  | 0.10 | 36.00 |
| 06/25/2010 |  |  |  |  |
| MTH | Review correspondence from JS and EI re pension plan issues |  | 0.20 | 72.00 |
| MTH | Review correspondence from EI re pension plan issues |  | 0.10 | 36.00 |
| 06/29/2010 |  |  |  |  |
| MTH | Review correspondence from JON re pension plan motion and response to same |  | 0.10 | 36.00 |
| MTH | Review correspondence from JB re study re retirement plans |  | 0.10 | 36.00 |
|  | FOR CURRENT SERVICES RENDERED |  | 6.20 | 2,232.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 6.20 | $360.00 | $2,232.00 |

TOTAL CURRENT WORK                                                              2,232.00


BALANCE DUE                                                                   $2,830.10


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|                          |                    |         |
|--------------------------|--------------------|---------|
| W.R. Grace               | Page: 1            |         |
| Wilmington DE            | 06/30/2010         |         |
|                          | ACCOUNT NO:        | 3000-09D |
|                          | STATEMENT NO:      | 48      |

Employee Applications, Applicant

|            |     |                                                                              | HOURS |       |
|------------|-----|------------------------------------------------------------------------------|-------|-------|
| 06/11/2010 |     |                                                                              |       |       |
|            | SMB | Prepare and file 2019 of Edward O' Moody; e-mail confirmation of same        | 0.20  | 20.00 |
|            |     | FOR CURRENT SERVICES RENDERED                                                | 0.20  | 20.00 |

RECAPITULATION

| TIMEKEEPER      | HOURS | HOURLY RATE | TOTAL   |
|-----------------|-------|-------------|---------|
| Santae M. Boyd  | 0.20  | $100.00     | $20.00  |

TOTAL CURRENT WORK                                                    20.00

BALANCE DUE                                                          $20.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 06/30/2010 |
| Wilmington  DE | ACCOUNT NO:        3000-10D |
|  | STATEMENT NO:              109 |

Employment Applications, Others

PREVIOUS BALANCE                                                          $1,180.30

BALANCE DUE                                                                      $1,180.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                    06/30/2010
Wilmington  DE                                                ACCOUNT NO:        3000-11D
                                                             STATEMENT NO:            107

Expenses

PREVIOUS BALANCE                                                                        $5,922.98

| | | |
|---|---|---|
| 06/01/2010 | Printing - May 2010 | 112.10 |
| 06/01/2010 | Scanning - May 2010 | 13.40 |
| 06/01/2010 | Parcels - e-filing on May 19 - reply to debtors' objection | 95.00 |
| 06/01/2010 | Tri State - (8)  hand delivery on May 25 - fee application - March | 72.00 |
| 06/01/2010 | Pacer Charges for the Month of May | 29.68 |
| 06/02/2010 | Digital Legal - copy/service - C & D, C &L, AKO, Charter Oak Fee Application April 2010 | 314.82 |
| 06/02/2010 | Tri State - hand delivery - Charter Oak April Application Fee | 81.00 |
| 06/03/2010 | Digital Legal - copy/service - LAS Fee Application April 2010 | 43.46 |
| 06/03/2010 | Tri State - hand delivery - LAS April Application Fee | 72.00 |
| 06/04/2010 | Parcels - copy/service - Feb-Mar Monthly Application Fee | 32.78 |
| 06/08/2010 | Parcels - hand delivery - CNO Interim Application Fee | 45.00 |
| 06/08/2010 | Parcels - copy/service - CNO Interim Fee Application | 71.04 |
| 06/15/2010 | Federal Express to Trevor Swett at Caplin & Drysdale on 6/4/10 | 15.49 |
| 06/18/2010 | Parcels - copy/service - First Monthly Application Fee re: Charter Oaks | 38.48 |
| 06/24/2010 | Parcels - hand delivery - Monthly Application Fee re: Charter Oaks | 40.00 |
| 06/24/2010 | Parcels - copy/service - April Application Fee re: Charter Oaks | 71.69 |
| 06/28/2010 | Parcels - hand delivery - CNO Monthly Application  - April | 40.00 |
| 06/28/2010 | Parcels - copy/service - CNO Monthly Application - April | 30.89 |
| 06/29/2010 | Parcels - hand delivery - Monthly Application re: Charter Oaks | 40.00 |
| 06/29/2010 | Parcels - copy/service - Monthly Application re: Charter Oaks | 194.77 |
| 06/30/2010 | Printing - June 2010 | 197.30 |
| 06/30/2010 | Scanning - June 2010 | 13.80 |
| | TOTAL EXPENSES | 1,664.70 |
| | | |
| | TOTAL CURRENT WORK | 1,664.70 |
| | | |
| | BALANCE DUE | $7,587.68 |

Page: 2

W.R. Grace

06/30/2010

ACCOUNT NO:     3000-11D
STATEMENT NO:              107

Expenses

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
06/30/2010
ACCOUNT NO:  3000-12D
STATEMENT NO:  107

Fee Applications, Applicant

|  |  |  | |
|---|---|---|---|
| | PREVIOUS BALANCE | | $4,782.90 |

|  |  |  | HOURS | |
|---|---|---|---|---|
| 06/02/2010 | | | | |
| | KCD | Review and sign C&L application | 0.30 | 102.00 |
| | KH | Review e-mail from DS re: April bill(.1); Prepare C&L April fee application(.6); Finalize and e-file application(.3) | 1.00 | 110.00 |
| | KH | Prepare Excel spreadsheet for C&L April re: professional hours v. project categories | 0.40 | 44.00 |
| 06/08/2010 | | | | |
| | KCD | Review and sign CNO re: C&L interim | 0.20 | 68.00 |
| | KH | Review case docket for objections to C&L January-March Interim Fee Application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| 06/09/2010 | | | | |
| | KH | Review and update pre-bill | 0.50 | 55.00 |
| | MTH | Reviewing pre-bill | 0.80 | 288.00 |
| 06/24/2010 | | | | |
| | KCD | Review and sign CNO re: C&L application | 0.20 | 68.00 |
| | KH | Review case docket for objections to C&L April fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| 06/29/2010 | | | | |
| | KCD | Review C&L application | 0.30 | 102.00 |
| | KH | Prepare C&L May spreadsheet re: professional hours v. project categories | 0.40 | 44.00 |
| | KH | Review e-mail from DS re: May bill(.1); Prepare C&L May fee application(.6); Finalize and e-file fee application(.3) | 1.00 | 110.00 |
| | | FOR CURRENT SERVICES RENDERED | 6.10 | 1,101.00 |

Page: 2

W.R. Grace

06/30/2010

ACCOUNT NO:    3000-12D

STATEMENT NO:    107

Fee Applications, Applicant

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.80 | $360.00 | $288.00 |
| Kathleen Campbell Davis | 1.00 | 340.00 | 340.00 |
| Katherine Hemming | 4.30 | 110.00 | 473.00 |

TOTAL CURRENT WORK                                                    1,101.00

BALANCE DUE                                                         $5,883.90

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace
Wilmington  DE

|  |  |
|---|---|
| 06/30/2010 | |
| ACCOUNT NO: | 3000-13D |
| STATEMENT NO: | 94 |

Fee Applications, Others

| PREVIOUS BALANCE | | | $14,217.90 |
|---|---|---|---|

| | | HOURS | |
|---|---|---|---|
| **06/01/2010** | | | |
| MTH | Review correspondence from KH (x6) re corrected fee applications for Scarfone Hawkins | 0.20 | 72.00 |
| | | | |
| **06/02/2010** | | | |
| KCD | Review AKO application | 0.30 | 102.00 |
| KCD | Review Charter Oak application | 0.30 | 102.00 |
| KCD | Review C&D application | 0.30 | 102.00 |
| KCD | E-mails re: omnibus fee order | 0.10 | 34.00 |
| KH | Review e-mail from A. Pelton re: April bill(.1); Prepare AKO April fee application(.6); Finalize and e-file application(.3) | 1.00 | 110.00 |
| KH | Review e-mail from B. Lindsay re: April bill(.1); Prepare Charter Oak April fee application(.5); Finalize and e-file application(.3) | 0.90 | 99.00 |
| KH | Review COC and Proposed Order for 35th Interim Period with recommendations and e-mail MTH re: the same | 0.40 | 44.00 |
| KH | E-mail as filed fee applications to R. Finke | 0.10 | 11.00 |
| KH | Review e-mail from E. Benetos re: April fee application(.1); Update C&D fee application(.3); Finalize and e-file application(.3) | 0.70 | 77.00 |
| MTH | Review correspondence from VP re K&E fee application | 0.10 | 36.00 |
| MTH | Discussion with KLH re review of C&L fees and expenses for proposed Order and multiple correspondence related thereto | 0.30 | 108.00 |
| | | | |
| **06/03/2010** | | | |
| KCD | Review LAS application | 0.30 | 102.00 |
| KH | Review e-mail from D. Relles re: April bill(.1); Prepare LAS April fee application(.4); Finalize and e-file application(.3) | 0.80 | 88.00 |
| | | | |
| **06/04/2010** | | | |
| KH | Review case docket for objections to LAS February-March application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file | | |

|     |                                                                                                   | HOURS |       |
| --- | ------------------------------------------------------------------------------------------------- | ----- | ----- |
|     | CNO(.2)                                                                                            | 0.50  | 55.00 |
| KH  | Review April fee application of Law Office of Janet Baer(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20  | 22.00 |
| KH  | Review April fee application of Foley Hoag(.1); Update Grace Weekly Recommendation Memo(.1)        | 0.20  | 22.00 |
| KH  | Review April fee application of Blackstone(.1); Update Grace Weekly Recommendation Memo(.1)        | 0.20  | 22.00 |
| KH  | Review April fee application of Duane Morris(.1); Update Grace Weekly Recommendation Memo(.1)      | 0.20  | 22.00 |
| KH  | Review April fee application of Stroock(.1); Update Grace Weekly Recommendation Memo(.1)           | 0.20  | 22.00 |
| KH  | Review April fee application of Saul Ewing(.1); Update Grace Weekly Recommendation Memo(.1)        | 0.20  | 22.00 |
| KH  | Review April fee application of Reed Smith(.1); Update Grace Weekly Recommendation Memo(.1)        | 0.20  | 22.00 |
| KH  | Review April fee application of Kramer Levin(.1); Update Grace Weekly Recommendation Memo(.1)      | 0.20  | 22.00 |
| KH  | Review May fee application of Alan Rich(.1); Update Grace Weekly Recommendation Memo(.1)           | 0.20  | 22.00 |
| KH  | Review April fee application of Ferry Joseph(.1); Update Grace Weekly Recommendation Memo(.1)      | 0.20  | 22.00 |
| KH  | Review April fee application of Reed Smith(.1); Update Grace Weekly Recommendation Memo(.1)        | 0.20  | 22.00 |
| KH  | Review April fee application of Ogilvy Renault(.1); Update Grace Weekly Recommendation Memo(.1)    | 0.20  | 22.00 |
| KH  | Review April fee application of K&E(.1); Update Grace Weekly Recommendation Memo(.1)               | 0.20  | 22.00 |
| KH  | Review April fee application of Bilzin Sumberg(.1); Update Grace Weekly Recommendation Memo(.1)    | 0.20  | 22.00 |
| KH  | Review April fee application of Scarfone Hawkins(.1); Update Grace Weekly Recommendation Memo(.1)  | 0.20  | 22.00 |
| KH  | Review April fee application of Lauzon Belanger(.1); Update Grace Weekly Recommendation Memo(.1)   | 0.20  | 22.00 |
| KH  | Review April fee application of The Hogan Firm(.1); Update Grace Weekly Recommendation Memo(.1)    | 0.20  | 22.00 |
| KH  | Review January-March Interim fee application of Duane Morris(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20  | 22.00 |

06/07/2010
| KH  | Review Revised Order Approving 35th Interim Fee Applications | 0.20 | 22.00 |

06/08/2010
| KCD | Review and sign CNO re: LAS interim         | 0.20 | 68.00 |
| KCD | Review and sign CNO re: C&D interim         | 0.20 | 68.00 |
| KCD | Review and sign CNO re: AKO interim         | 0.20 | 68.00 |
| KCD | Review and sign CNO re: Charter Oak interim | 0.20 | 68.00 |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| KH | Review case docket for objections to C&D January-March Interim Fee Application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KH | Review case docket for objections to LAS January-March Interim Fee Application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KH | Review case docket for objections to AKO January-March Interim Fee Application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KH | Review case docket for objections to Charter Oak January-March Interim Fee Application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |

06/11/2010

| | | | |
|---|---|---|---|
| KH | Review April fee application of Day Pitney(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review May fee application of Hon. Alexander Sanders(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review May fee application of Warren Smith(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April fee application of Orrick Herrington(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January-March Interim fee application of Woodcock Washburn(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| MTH | Review correspondence from DP re PS monthly fee application | 0.10 | 36.00 |
| MTH | Review correspondence from YS re PWC fee application | 0.10 | 36.00 |

06/15/2010

| | | | |
|---|---|---|---|
| MTH | Review correspondence from KH re Canadian ZAI fee applications | 0.10 | 36.00 |
| MTH | Review correspondence from WWW re HRO fee application | 0.10 | 36.00 |

06/16/2010

| | | | |
|---|---|---|---|
| MTH | Review correspondence from PB re Woodcock fee application | 0.10 | 36.00 |

06/17/2010

| | | | |
|---|---|---|---|
| MTH | Review correspondence from VP re Casner Fee Application | 0.10 | 36.00 |
| MTH | Review correspondence from YS re PWC fee application | 0.10 | 36.00 |

06/18/2010

| | | | |
|---|---|---|---|
| KH | Review April Fee Application of Woodcock Washburn(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April Fee Application of PwC(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April Fee Application of Casner & Edwards(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review September Fee Application of Holme Roberts & Owen(.1); | | |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| | Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| **06/21/2010** | | | |
| MTH | Review correspondence from D.M. re Capstone fee application | 0.10 | 36.00 |
| **06/23/2010** | | | |
| KH | Update Committee Fee and Expense Tracking chart | 0.50 | 55.00 |
| **06/24/2010** | | | |
| KCD | Review and sign CNO re: C&D application | 0.20 | 68.00 |
| KCD | Review and sign CNO re: Charter Oak application | 0.30 | 102.00 |
| KCD | Review and sign CNO re: AKO application | 0.20 | 68.00 |
| KH | Review case docket for objections to C&D April fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KH | Review case docket for objections to AKO April fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KH | Review case docket for objections to Charter Oak April fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| **06/25/2010** | | | |
| KH | Review April fee application of Capstone Advisory(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January-March fee application of K&E(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| MTH | Review correspondence from VP re blackstone fee application | 0.10 | 36.00 |
| MTH | Review correspondence from WWW re HRO fee application | 0.10 | 36.00 |
| MTH | Correspondence to and from MRE re service of fees applications | 0.10 | 36.00 |
| **06/28/2010** | | | |
| KH | Review case docket for objection to LAS April fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| MTH | Review correspondence from Daily memo re Stroock fee application | 0.10 | 36.00 |
| MTH | Review correspondence from MS re Foley Hoag fee application | 0.10 | 36.00 |
| **06/29/2010** | | | |
| KCD | Review Charter Oak application | 0.30 | 102.00 |
| KCD | Review AKO application | 0.30 | 102.00 |
| KCD | Review C&D application | 0.30 | 102.00 |
| KH | Review e-mail from IP re: May bill(.1); Prepare AKO May fee application(.6); Finalize and e-file fee application(.3) | 1.00 | 110.00 |
| KH | Review e-mail from BL re: May bill(.1); Prepare Charter Oak May fee application(.6); Finalize and e-file fee application(.3) | 1.00 | 110.00 |
| KH | Review e-mail from EB re: May fee application(.1); Update C&D May fee application(.3); Finalize and e-file fee application(.3) | 0.70 | 77.00 |
| KH | E-mail as filed May Fee Applications to W. Smith | 0.10 | 11.00 |

Page: 5
06/30/2010
W.R. Grace

ACCOUNT NO:      3000-13D
STATEMENT NO:           94

Fee Applications, Others

| | | | HOURS | |
|---|---|---|---|---|
| MTH | Review correspondence from DF er CNO on Orrick fee application | | 0.10 | 36.00 |
| MTH | Review correspondence from DF re e-mail service of FCR fee applications and related | | 0.10 | 36.00 |
| MTH | Review correspondence from PB re JB Fee Application | | 0.10 | 36.00 |
| KH | Multiple e-mails with E. Benetos re: committee expenses(.3); Prepare tracking chart of Committee Expense Applications(.5) | | 0.80 | 88.00 |
| 06/30/2010 | | | | |
| KH | Update Committee Fee Application Tracking Chart | | 0.40 | 44.00 |
| MTH | Review correspondence from PB re Steptoe fee applications | | 0.10 | 36.00 |
| MTH | Review correspondence from KH re Lauzon fee application | | 0.10 | 36.00 |
| | FOR CURRENT SERVICES RENDERED | | 25.00 | 4,201.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 2.40 | $360.00 | $864.00 |
| Kathleen Campbell Davis | 3.70 | 340.00 | 1,258.00 |
| Katherine Hemming | 18.90 | 110.00 | 2,079.00 |

TOTAL CURRENT WORK                                           4,201.00


BALANCE DUE                                              $18,418.90


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 06/30/2010 |
| Wilmington  DE | ACCOUNT NO: | 3000-14D |
|  | STATEMENT NO: | 71 |

Financing

| | |
|---|---|
| PREVIOUS BALANCE | $280.80 |
| | |
| BALANCE DUE | $280.80 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 06/30/2010 |
| Wilmington  DE | ACCOUNT NO:        3000-15D |
| | STATEMENT NO:              109 |

Hearings

| | | HOURS | |
|---|---|---|---|
| | PREVIOUS BALANCE | | $11,358.85 |
| | | HOURS | |
| **06/01/2010** | | | |
| MTH | Discussion with SB re hearing preparations, review re same | 0.10 | 36.00 |
| MTH | Correspondence to C&D counsel and AKO counsel re Agenda for hearing on June 7 | 0.10 | 36.00 |
| MTH | Reviewing Agenda for June 7 hearing | 0.20 | 72.00 |
| **06/04/2010** | | | |
| KH | Prepare attorney binder for 6/7/10 hearing | 0.90 | 99.00 |
| KH | Prepare 6/7/10 Hearing Memo | 0.30 | 33.00 |
| **06/05/2010** | | | |
| MTH | Correspondence to PVNL, RH re amended agenda for June 7 hearing | 0.10 | 36.00 |
| **06/07/2010** | | | |
| MTH | Preparing for and attending Omnibus Hearing | 1.50 | 540.00 |
| **06/14/2010** | | | |
| MTH | Correspondence to PVNL, RH re notice of change in hearing date for July | 0.10 | 36.00 |
| **06/30/2010** | | | |
| MTH | Review correspondence from JON re Preliminary Agenda, review of same and reviewing correspondence from DF re same | 0.20 | 72.00 |
| | FOR CURRENT SERVICES RENDERED | 3.50 | 960.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 2.30 | $360.00 | $828.00 |
| Katherine Hemming | 1.20 | 110.00 | 132.00 |

W.R. Grace

Hearings

TOTAL CURRENT WORK                                                                    960.00

BALANCE DUE                                                                      $12,318.85

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
06/30/2010
ACCOUNT NO:       3000-16D
STATEMENT NO:             94

Litigation and Litigation Consulting

PREVIOUS BALANCE                                                        -$2,399.40

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 06/24/2010 |  |  |  |  |
| MTH | Review correspondence from MRE re petition filed with US Supreme Court and response to same |  | 0.10 | 36.00 |
| 06/25/2010 |  |  |  |  |
| MTH | Reviewing information re Petition for Cert. filed by Debtors |  | 0.20 | 72.00 |
|  | FOR CURRENT SERVICES RENDERED |  | 0.30 | 108.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.30 | $360.00 | $108.00 |

TOTAL CURRENT WORK                                                      108.00

CREDIT BALANCE                                                         -$2,291.40

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 06/30/2010 |
| Wilmington  DE | ACCOUNT NO:     3000-17D |
| | STATEMENT NO:              94 |

Plan and Disclosure Statement

| | | | | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $15,570.40 |
| | | | HOURS | |
| 06/01/2010 | | | | |
| | MTH | Correspondence to EI, PVNL, RH re Harper insurance settlement | 0.10 | 36.00 |
| 06/03/2010 | | | | |
| | MTH | Review correspondence from Daily memo re Allstats's notice of withdrawal of objections | 0.10 | 36.00 |
| | MTH | Correspondence to PVNL, RH re London's withdrawal of Plan Objections | 0.10 | 36.00 |
| | MTH | Correspondence to PVNL, RH re Order approving North Star Reinsurance settlement | 0.10 | 36.00 |
| | MTH | Reviewing Order entered re North Star Re Settlement | 0.10 | 36.00 |
| 06/09/2010 | | | | |
| | MTH | Reviewing Traveler's withdrawal of Confirmation Objections | 0.10 | 36.00 |
| | MTH | Reviewing Debtors' Settlement with Munich Reinsurance | 0.40 | 144.00 |
| 06/11/2010 | | | | |
| | MTH | Correspondence to and from DF re Garlock issues; correspondence to and from MK re same; telephone conversation with DBS re same; brief review of transcript re same | 0.70 | 252.00 |
| | MTH | Review correspondence from BT re confirmation status and response to same | 0.10 | 36.00 |
| 06/14/2010 | | | | |
| | MTH | Telephone conference with PVNL re Garlock issues | 0.10 | 36.00 |
| | MTH | Correspondence to JB re website information for claimants | 0.10 | 36.00 |
| 06/15/2010 | | | | |
| | MTH | Telephone conference with DF re Garlock issues | 0.30 | 108.00 |

W.R. Grace

Plan and Disclosure Statement

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 06/18/2010 | | | | |
| | MTH | Telephone conference with DF re status of various confirmation related issues | 0.50 | 180.00 |
| | MTH | Telephone conference with PEM re status of insurance issues | 0.30 | 108.00 |
| | MTH | Reviewing draft Judicial Notice Request; research re same and response to same | 0.80 | 288.00 |
| 06/21/2010 | | | | |
| | MTH | Review correspondence from DF re judicial notice request; telephone discussion with DF re same; reviewing correspondence from PVNL re same | 0.30 | 108.00 |
| 06/22/2010 | | | | |
| | MTH | Reviewing correspondence from DF re possible judicial notice request and telephone discussion with DF re same | 0.40 | 144.00 |
| | MTH | Review correspondence from RH re discussion of possible insurance settlement | 0.30 | 108.00 |
| | MTH | Reviewing correspondence from DF re possible judicial notice and response to same from R. Wyron | 0.10 | 36.00 |
| 06/28/2010 | | | | |
| | MTH | Review correspondence from DP re CNO re Harper Motion | 0.10 | 36.00 |
| 06/29/2010 | | | | |
| | MTH | Reviewing Debtors' Motion for Approval of Wausau Settlement Agreement | 0.40 | 144.00 |
| 06/30/2010 | | | | |
| | MTH | Multiple correspondence with R.W., DF and PVNL re Request for Judicial Notice | 0.40 | 144.00 |
| | | FOR CURRENT SERVICES RENDERED | 5.90 | 2,124.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 5.90 | $360.00 | $2,124.00 |

TOTAL CURRENT WORK                                                    2,124.00

BALANCE DUE                                                          $17,694.40

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                          06/30/2010
Wilmington  DE                                                     ACCOUNT NO:        3000-18D
                                                                              STATEMENT NO:                94

Relief from Stay Proceedings

PREVIOUS BALANCE                                                                        -$179.70

CREDIT BALANCE                                                                             -$179.70

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 06/30/2010 |
| Wilmington  DE | ACCOUNT NO:       3000-20D |
|  | STATEMENT NO:              93 |

Tax Litigation


PREVIOUS BALANCE                                                                 $468.80


BALANCE DUE                                                                        $468.80


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                        |                        |            |
|------------------------|------------------------|------------|
|                        |                        | Page: 1    |
| W.R. Grace             |                        | 06/30/2010 |
| Wilmington  DE         | ACCOUNT NO:            | 3000-21D   |
|                        | STATEMENT NO:          | 85         |

Travel-Non-Working

| PREVIOUS BALANCE | $635.40 |
|------------------|---------|
| BALANCE DUE      | $635.40 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                       06/30/2010
Wilmington  DE                                        ACCOUNT NO:        3000-22D
                                                     STATEMENT NO:              98

Valuation

PREVIOUS BALANCE                                                        $1,185.00

BALANCE DUE                                                             $1,185.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
06/30/2010

W.R. Grace
Wilmington  DE

ACCOUNT NO:      3000-23D
STATEMENT NO:              98

ZAI Science Trial

PREVIOUS BALANCE                                                           $1,203.30

BALANCE DUE                                                                 $1,203.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
06/30/2010
ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| **3000-01 Asset Analysis and Recovery** | | | | | |
| 140.00 | 0.00 | 0.00 | 0.00 | 0.00 | $140.00 |
| **3000-02 Asset Disposition** | | | | | |
| 146.00 | 0.00 | 0.00 | 0.00 | 0.00 | $146.00 |
| **3000-03 Business Operations** | | | | | |
| 35.60 | 0.00 | 0.00 | 0.00 | 0.00 | $35.60 |
| **3000-04 Case Administration** | | | | | |
| 1,812.37 | 0.00 | 0.00 | 0.00 | 0.00 | $1,812.37 |
| **3000-05 Claims Analysis Objection & Resolution (Asbestos)** | | | | | |
| 5,027.60 | 72.00 | 0.00 | 0.00 | 0.00 | $5,099.60 |
| **3000-06 Claims Analysis Objection & Resol. (Non-Asbestos)** | | | | | |
| 2,161.90 | 1,556.00 | 0.00 | 0.00 | 0.00 | $3,717.90 |
| **3000-07 Committee, Creditors, Noteholders, Equity Holders** | | | | | |
| 18,164.04 | 4,458.50 | 0.00 | 0.00 | 0.00 | $22,622.54 |
| **3000-08 Employee Benefits/Pension** | | | | | |
| 598.10 | 2,232.00 | 0.00 | 0.00 | 0.00 | $2,830.10 |
| **3000-09 Employee Applications, Applicant** | | | | | |
| 0.00 | 20.00 | 0.00 | 0.00 | 0.00 | $20.00 |
| **3000-10 Employment Applications, Others** | | | | | |
| 1,180.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,180.30 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-11 Expenses | | | | | |
| 5,922.98 | 0.00 | 1,664.70 | 0.00 | 0.00 | $7,587.68 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 4,782.90 | 1,101.00 | 0.00 | 0.00 | 0.00 | $5,883.90 |
| 3000-13 Fee Applications, Others | | | | | |
| 14,217.90 | 4,201.00 | 0.00 | 0.00 | 0.00 | $18,418.90 |
| 3000-14 Financing | | | | | |
| 280.80 | 0.00 | 0.00 | 0.00 | 0.00 | $280.80 |
| 3000-15 Hearings | | | | | |
| 11,358.85 | 960.00 | 0.00 | 0.00 | 0.00 | $12,318.85 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -2,399.40 | 108.00 | 0.00 | 0.00 | 0.00 | -$2,291.40 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 15,570.40 | 2,124.00 | 0.00 | 0.00 | 0.00 | $17,694.40 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -179.70 | 0.00 | 0.00 | 0.00 | 0.00 | -$179.70 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 635.40 | 0.00 | 0.00 | 0.00 | 0.00 | $635.40 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 82,313.14 | 16,832.50 | 1,664.70 | 0.00 | 0.00 | $100,810.34 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.