Date: 06/03/10        Legal Analysis Systems, Inc.
Time: 9:00am                                                    Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                              HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
 04/20/10   Peterson  / (16) Plan and Disclosure Statement        2.5   2000.00
 #2601      Research source of proposal for Libby compensation;  800.00
            review TDP; telephone McMillan
--------------------------------------------------------------------------------

```
Date: 06/03/10          Legal Analysis Systems, Inc.
Time: 9:00am                                              Page 2

           W. R. Grace

        Summary Of Time Charges, By Month and Activity
                  April 2010 - April 2010


MONTH      ACTIVITY                              HOURS    AMOUNT
--------------------------------------------------------------------
April    - (16) Plan and Disclosure Statement     2.5    2000.00
April    - (99) Total                             2.5    2000.00

Total    - (16) Plan and Disclosure Statement     2.5    2000.00
Total    - (99) Total                             2.5    2000.00


--------------------------------------------------------------------------------
```

```
Date: 06/03/10          Legal Analysis Systems, Inc.
Time: 9:00am                                              Page 3

            W. R. Grace

        Summary Of Time Charges, By Month and Person
                April 2010 - April 2010

MONTH      PERSON                          HOURS     AMOUNT
------------------------------------------------------------------
April      - Peterson                       2.5     2000.00
April      - Total                          2.5     2000.00

Total      - Peterson                       2.5     2000.00
Total      - Total                          2.5     2000.00

_____
```

Date: 06/03/10          Legal Analysis Systems, Inc.
Time: 9:00am                                                    Page 4

                    W. R. Grace

            Summary Of Time Charges, By Activity, Month, and Person
                      April 2010 - April 2010

MONTH      PERSON                        HOURS    RATE    AMOUNT
----------------------------------------------------------------------
(16) Plan and Disclosure Statement

April      - Peterson                      2.5     800.    2000.00

_____