**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**June 2010**

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Month Ended June 30, 2010

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| George B Baccash | Tax Partner | 30 | Integrated Audit | $ 592.80 | 1.0 | $ 592.80 |
| Jonathan W Gochoco | Audit Partner | 20+ | Integrated Audit | $ 1,019.81 | 2.0 | $ 2,039.62 |
| Paul R Kepple | Audit Partner | 20+ | Integrated Audit | $ 1,019.81 | 1.0 | $ 1,019.81 |
| Cody L Smith | Audit Partner | 20+ | Integrated Audit | $ 1,019.81 | 1.5 | $ 1,529.72 |
| Thomas E Smith | Audit Partner | 21 | Integrated Audit | $ 720.09 | 20.5 | $ 14,761.85 |
| David C Sands | Director | 8 | Integrated Audit | $ 422.91 | 1.7 | $ 718.95 |
| Kenneth Stoler | Director | 20+ | Integrated Audit | $ 723.90 | 0.5 | $ 361.95 |
| Justin Bray | Audit Senior Manager | 8 | Integrated Audit | $ 422.91 | 42.4 | $ 17,931.38 |
| Alison Nicole Garleb | Audit Manager | 6 | Integrated Audit | $ 299.72 | 51.9 | $ 15,555.47 |
| Jacqueline Bravo | Tax Senior Associate | 3 | Integrated Audit | $ 228.80 | 2.5 | $ 572.00 |
| Ellen J Calfo | Audit Senior Associate | 3 | Integrated Audit | $ 233.68 | 58.5 | $ 13,670.28 |
| Pavel Katsiak | Audit Senior Associate | 3 | Integrated Audit | $ 215.90 | 46.9 | $ 10,125.71 |
| Phillip Crosby | Audit Senior Associate | 3 | Integrated Audit | $ 227.34 | 1.5 | $ 341.01 |
| Kristina N Johnson | Audit Associate | 1 | Integrated Audit | $ 161.29 | 4.0 | $ 645.16 |
| Shawn C Mcneilly | Audit Associate | 1 | Integrated Audit | $ 161.29 | 69.3 | $ 11,177.40 |
| Kathleen Elizabeth Bradley | Audit Associate | <1 | Integrated Audit | $ 127.00 | 58.6 | $ 7,442.20 |
| Corey A Cines | Audit Intern | <1 | Integrated Audit | $ 63.50 | 12.3 | $ 781.05 |
| Victoria Gibson | Project Specialist | 1 | Integrated Audit | $ 133.35 | 6.9 | $ 920.12 |
| Totals | | | | | 383.0 | $ 100,186.46 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals    18.9    $ 2,949.58

Summary of PwC's Fees By Project Category:
June 2010

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 18.9 | $ 2,949.58 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial- | | |

| Expenses | | |
|---|---|---|
| 24-Other | | |
| 25-Accounting/Auditing | 383.0 | $ 100,186.46 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 401.9 | $ 103,136.04 |

Expense Summary
June 2010

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 1,190.01 |
| Lodging | N/A | $ 0.00 |
| Sundry | N/A | $ 13.65 |
| Business Meals | N/A | $ 0.00 |
| TOTAL: | | $ 1,203.66 |