# EXHIBIT - A

**W.R. Grace & Co.**
**Fee Application Preparation**
**Month ended June 30, 2010**

| Date | Hours | Description of Services Provided | Bill Rate | | Extended Cost | |
|------|-------|--------------------------------|-----------|---|--------------|---|
| **FEE APPLICATION PREPARATION** | | | | | | |
| | | | | | | |
| **Name: Kristina Johnson** | | | | | | |
| 7-Jun | 4.3 | Prepare monthly fee application documents | $ | 161.29 | $ | 693.55 |
| 7-Jun | 3.0 | Prepare monthly fee application documents | $ | 161.29 | $ | 483.87 |
| 8-Jun | 3.5 | Prepare monthly fee application documents for expenses | $ | 161.29 | $ | 564.52 |
| 8-Jun | 1.5 | Prepare monthly fee application documents for expenses | $ | 161.29 | $ | 241.94 |
| 9-Jun | 1.5 | Finalize submission letters | $ | 161.29 | $ | 241.94 |
| 10-Jun | 0.9 | Prepare request for May submission | $ | 161.29 | $ | 145.16 |
| 17-Jun | 1.8 | Prepare monthly fee application documents | $ | 161.29 | $ | 290.32 |
| 23-Jun | 1.0 | Prepare monthly fee application documents | $ | 161.29 | $ | 161.29 |
| | **17.5** | | | | | |
| | | | | | | |
| **Name: Kathleen Bradley** | | | | | | |
| 14-Jun | 0.60 | Finalizing the fee documents to send the lawyers for bankruptcy court approval | $ | 127.00 | $ | 76.20 |
| | **0.6** | | | | | |
| | | | | | | |
| **Name: Corey Clnes** | | | | | | |
| 23-Jun | 0.8 | Compiled individual submissions into one document | $ | 63.50 | $ | 50.80 |
| | **0.8** | | | | | |
| | | | | | | |
| | **18.9** | **Total Grace Fee Application Charged Hours** | | | $ | **2,949.58** |

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Month Ended June 30, 2010

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| George B Baccash | Tax Partner | 30 | Integrated Audit | $ 692.80 | 1.0 | $ 692.80 |
| Jonathan W Gochoco | Audit Partner | 20+ | Integrated Audit | $ 1,019.81 | 2.0 | $ 2,039.62 |
| Paul R Kepple | Audit Partner | 20+ | Integrated Audit | $ 1,019.81 | 1.0 | $ 1,019.81 |
| Cody L Smith | Audit Partner | 20+ | Integrated Audit | $ 1,019.81 | 1.5 | $ 1,529.72 |
| Thomas E Ehrich | Audit Partner | 21 | Integrated Audit | $ 720.09 | 20.5 | $ 14,761.85 |
| David C Sands | Director | 8 | Integrated Audit | $ 422.91 | 1.7 | $ 718.95 |
| Kenneth Stoler | Director | 20+ | Integrated Audit | $ 723.90 | 0.5 | $ 361.95 |
| Justin Bray | Audit Senior Manager | 8 | Integrated Audit | $ 422.91 | 42.4 | $ 17,931.38 |
| Allison Nixon Garfield | Audit Manager | 6 | Integrated Audit | $ 299.72 | 51.9 | $ 15,555.47 |
| Jacqueline Bravo | Tax Senior Associate | 3 | Integrated Audit | $ 228.80 | 2.5 | $ 572.00 |
| Ellen J Cello | Audit Senior Associate | 3 | Integrated Audit | $ 233.68 | 58.5 | $ 13,670.28 |
| Pavol Kratsak | Audit Senior Associate | 3 | Integrated Audit | $ 215.90 | 46.9 | $ 10,125.71 |
| Phillip Crosby | Audit Senior Associate | 1 | Integrated Audit | $ 227.34 | 1.5 | $ 341.01 |
| Krishna N Johnson | Audit Associate | 1 | Integrated Audit | $ 161.29 | 4.0 | $ 645.16 |
| Shawn C Morelly | Audit Associate | 1 | Integrated Audit | $ 161.29 | 69.3 | $ 11,177.40 |
| Kathleen Elizabeth Bradley | Audit Associate | <1 | Integrated Audit | $ 127.00 | 58.6 | $ 7,442.20 |
| Corey A Cintos | Audit Intern | <1 | Integrated Audit | $ 63.50 | 12.3 | $ 781.05 |
| Victoria Gibson | Project Specialist | 1 | Integrated Audit | $ 133.35 | 6.9 | $ 920.12 |
| Totals | | | | | 383.0 | $ 100,186.46 |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended June 30, 2010

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: George Baccash** | | |
| 22-Jun | 1.0 | Meeting with D. Lubow (Grace) regarding second quarter items. |
| | **1.0** | **Total Grace Financial Statement Audit Charged Hours** |

**W.R. Grace & Co.**
**Time Summary Report - Time Tracking**
**Month ended June 30, 2010**

| Date | Hours |
|------|-------|
| FINANCIAL STATEMENT AUDIT TIME II | |

Name: Jonathan Gochoco

| Date | Hours |
|------|-------|
| 14-Jun | 1.1 |
| 15-Jun | 0.9 |
| | **2.0** |

**Description of Services Provided**

NCURRED

Preparation and call with T. Smith (PwC) and P. Kepple (PwC) regarding Grace's pension letter.
Preparation and call with T. Smith (PwC) and P. Kepple (PwC) regarding Grace's pension letter.

**Total Grace Financial Statement Audit Charged Hours**

**W.R. Grace & Co.**
**Time Summary Report - Time Tracking**
**Month ended June 30, 2010**

| Date | Hours |
|------|-------|
| FINANCIAL STATEMENT AUDIT TIME II | |

Name: **Paul Kepple**

| Date | Hours |
|------|-------|
| 14-Jun | 0.6 |
| 15-Jun | 0.4 |
| | 1.0 |

ŀ

**Description of Services Provided**

NCURRED

Preparation and call with T. Smith (PwC) and J. Gochoco (PwC) regarding Grace's pension letter.
Preparation and call with T. Smith (PwC) and J. Gochoco (PwC) regarding Grace's pension letter.

**Total Grace Financial Statement Audit Charged Hours**

**W.R. Grace & Co.**
**Time Summary Report - Time Tracking**
**Month ended June 30, 2010**

| Date | Hours |
|------|-------|
| **FINANCIAL STATEMENT AUDIT TIME I**| |

**Name:  Cody Smith**

| | |
|------|------|
| 23-Jun | 1.1 |
| 25-Jun | 0.4 |
| | 1.5 |

ⅉ

**Description of Services Provided**

**NCURRED**

Call with T. Smith (PwC) to discuss bankruptcy emergence accounting.
Call with T. Smith (PwC) to discuss bankruptcy emergence accounting.

**Total Grace Financial Statement Audit Charged Hours**

**W.R. Grace & Co.**
**Time Summary Report - Time Tracking**
**Month ended June 30, 2010**

| Date | Hours |
|------|-------|
| FINANCIAL STATEMENT AUDIT TIME I| |

Name:  Thomas E. Smith

| Date | Hours |
|------|-------|
| 1-Jun | 1.4 |
| 1-Jun | 0.6 |
| 2-Jun | 4.0 |
| 3-Jun | 0.7 |
| 3-Jun | 0.3 |
| 9-Jun | 0.4 |
| 9-Jun | 0.6 |
| 10-Jun | 0.3 |
| 10-Jun | 0.2 |
| 14-Jun | 0.8 |
| 14-Jun | 0.7 |
| 14-Jun | 0.5 |
| 15-Jun | 0.6 |
| 15-Jun | 0.4 |
| 17-Jun | 0.9 |
| 17-Jun | 0.7 |
| 17-Jun | 0.4 |
| 22-Jun | 0.6 |
| 22-Jun | 0.9 |
| 23-Jun | 0.8 |
| 23-Jun | 1.1 |
| 23-Jun | 1.1 |
| 24-Jun | 0.5 |
| 25-Jun | 0.6 |
| 25-Jun | 0.5 |
| 25-Jun | 0.4 |
| 28-Jun | 0.5 |
| | **20.5** |

**Description of Services Provided**

NCURRED

Meeting with B. Dockman(Grace) to discuss audit matters
Review planning information for 2010 audit
Team planning meeting to discuss audit risks, components, audit procedures
Review of preferability letter prepared by Grace regarding pension accounting
Preparation of email communication to M. Tomkins (Grace) regarding Audit Committee items
Meeting with B. Dockman (Grace) to discuss audit matters
Discuss pension preference letter with D. Swarn (PwC)
Discuss pension preference letter with B. Dockman (Grace)
Discuss pension preference letter with D. Swarn (PwC)
Call with P. Kepple (PwC) and J. Gochoco (PwC) regarding pension letter
Review calculations of proposed pension adjustments
Meeting with S. Scarlis (Grace) regarding pension letter
Call with P. Kepple (PwC) and J. Gochoco (PwC) regarding pension letter
Meeting with S. Scarlis (Grace) regarding pension letter
Call to discuss tax process with B. Dockman and E. Filon (both Grace)
Review bankruptcy emergence accounting memo
Discuss audit matters with J. Bray (PwC)
Research bankruptcy accounting literature
Meet to discuss bankruptcy emergence memo with B. Dockman and S. Scarlis (both Grace)
Meet with H. LaForce (Grace) to discuss audit matters
Discuss audit matters with J. Bray, A. Garleb, S. McNeilly, and K. Bradley (all PwC)
Call with C. Smith (PwC) to discuss bankruptcy emergence accounting

Conference call to discuss bankruptcy emergence memo with B.Dockman and S. Scarlis (both Grace)
Meet with H. LaForce (Grace) to discuss audit matters
Meet with B. Dockman (Grace) to discuss audit matters
Call with C. Smith (PwC) to discuss bankruptcy emergence accounting
Discuss audit matters with J. Bray (PwC)

**Total Grace Financial Statement Audit Charged Hours**

**W.R. Grace & Co.**
**Time Summary Report - Time Tracking**
**Month ended June 30, 2010**

| Date | Hours |
| --- | --- |
| **FINANCIAL STATEMENT AUDIT TIME I**|

**Name: David Sands**

| Date | Hours |
| --- | --- |
| 23-Jun | 0.3 |
| 25-Jun | 0.5 |
| 25-Jun | 0.9 |
| | **1.7** |

ﬀ

**Description of Services Provided**

**NCURRED**

Review of preliminary Information Technology audit plan
Discussion with J. Newstead (PwC) regarding Information Technology audit plan
Meeting with G. Keesee (Grace) and J. Newstead (PwC)

**Total Grace Financial Statement Audit Charged Hours**

**W.R. Grace & Co.**
**Time Summary Report - Time Tracking**
**Month ended June 30, 2010**

| Date | Hours |
| --- | --- |
| FINANCIAL STATEMENT AUDIT TIME I! | |

Name:  Ken Stoler

| | |
| --- | --- |
| 14-Jun | 0.5 |
| | 0.5 |

**Description of Services Provided**

**NCURRED**

Research accounting regarding interim measurement of pension plan.

**Total Grace Financial Statement Audit Charged Hours**

**W.R. Grace & Co.**
**Time Summary Report - Time Tracking**
**Month ended June 30, 2010**

| Date | Hours |
| --- | --- |
| FINANCIAL STATEMENT AUDIT TIME I? | |

Name:  Justin Bray

| Date | Hours |
| --- | --- |
| 1-Jun | 2.1 |
| 1-Jun | 1.1 |
| 1-Jun | 0.5 |
| 1-Jun | 0.4 |
| 3-Jun | 4.6 |
| 3-Jun | 1.6 |
| 4-Jun | 0.6 |
| 4-Jun | 0.5 |
| 7-Jun | 0.4 |
| 7-Jun | 0.3 |
| 16-Jun | 2.3 |
| | |
| 17-Jun | 1.0 |
| 17-Jun | 0.2 |
| 17-Jun | 0.2 |
| 17-Jun | 1.3 |
| 17-Jun | 0.5 |
| 18-Jun | 0.4 |
| | |
| 21-Jun | 1.0 |
| 21-Jun | 0.2 |
| 21-Jun | 0.8 |
| 21-Jun | 1.4 |
| | |
| 22-Jun | 1.4 |
| 22-Jun | 0.4 |
| 22-Jun | 0.9 |
| 22-Jun | 1.6 |
| 23-Jun | 0.6 |
| 23-Jun | 1.2 |
| 23-Jun | 0.5 |
| 23-Jun | 0.8 |
| 28-Jun | 0.8 |
| 28-Jun | 0.5 |
| | |
| 28-Jun | 2.4 |
| 28-Jun | 1.7 |
| 28-Jun | 0.9 |
| 29-Jun | 0.8 |
| 29-Jun | 1.8 |
| 29-Jun | 1.1 |
| 29-Jun | 1.2 |
| | |
| 30-Jun | 1.2 |
| 30-Jun | 0.3 |
| 30-Jun | 0.9 |
| | |
| | **42.4** |

**Description of Services Provided**

NCURRED

Review of planning documentation
Meeting with T Smith (PwC) on various audit items, including pension accounting
Review of documentation on pension accounting
Review of accounting for bankruptcy emergence
Attend PwC team audit planning meeting
Review of planning documentation
Call with A Garleb (PwC), P Katsiak (PwC) and E Calfo (PwC) regarding audit plan
Call with A Garleb (PwC) regarding various Grace items
Call with D Zwarn (PwC) regarding pension accounting.
Call with T Smith (PwC) on audit matters
Review of planning documentation

Meeting with T Smith (PwC), B Dockman (Grace), E Filon (Grace), S Scarlis (Grace) to discuss taxes
Meeting with S Scarlis (Grace) on audit matters
Call with P. Katsiak (PwC) on audit planning documentation
Review of planning documentation
Call with T Smith (PwC) on audit matters
Call with S Scarlis (Grace) on audit matters
Accounting meeting with S Scarlis (Grace), V Leo (Grace), L Breaux (Grace), K Blood (Grace), D Libow (Grace), A Garleb (PwC), E Calfo (PwC), J Puzey (PwC)
Meeting with S Scarlis (Grace), A Garleb (PwC)
Meeting with A Garleb (PwC) on audit matters
Review of planning documentation
Meeting with B Dockman (Grace), S Scarlis (Grace), K Blood (Grace), R Finke (Grace), T Smith (PwC), and E Calfo (PwC)
Meeting with S Scarlis (Grace), T Dyer (Grace), K Franks (Grace)
Meeting with T Smith (PwC) on audit matters
Review of planning documentation
Meeting with T Smith (PwC) on audit matters
Meeting with A Garleb (PwC) on audit progress
Call with G Baccash (PwC) and J Puzey (PwC) regarding tax
50% travel time - Excess travel time to/from the Tysons Corner office for a Grace meeting
Call with T Smith (PwC) on audit matters
Meeting with B Dockman (Grace) on audit matters
Meeting with T Dyer (Grace), J Bahorich (Grace), G Bode (Grace), T Puglisi (Grace), A Garleb (PwC), P Katsiak (PwC)
Meeting with A Garleb (PwC) on audit lean areas
Coordination with International PwC teams
Call with J Puzey (PwC) and J Bravo (PwC) regarding taxes
Meeting with A Garleb (PwC) on audit status
Coordination with International PwC teams
Research accounting for bankruptcy emergence
Call with J Clous (PwC) and D McGill (PwC) regarding the application of aspects of audit policy to the audit strategy.
Coordination with International PwC teams
Review of planning documentation

**Total Grace Financial Statement Audit Charged Hours**

**W.R. Grace & Co.**
**Time Summary Report - Time Tracking**
**Month ended June 30, 2010**

| Date | Hours |
| --- | --- |
| FINANCIAL STATEMENT AUDIT TIME I | |

**Name:  Alison Garleb**

| Date | Hours |
| --- | --- |
| 1-Jun | 1.2 |
| 1-Jun | 0.5 |
| 1-Jun | 1.1 |
| 2-Jun | 0.3 |
| 2-Jun | 0.2 |
| 2-Jun | 0.5 |
| 2-Jun | 0.4 |
| 2-Jun | 0.4 |
| 2-Jun | 1.0 |
| 2-Jun | 0.3 |
| 2-Jun | 0.3 |
| 3-Jun | 0.7 |
| 3-Jun | 0.3 |
| 3-Jun | 0.3 |
| 3-Jun | 0.7 |
| 3-Jun | 0.7 |
| 3-Jun | 0.5 |
| 3-Jun | 0.3 |
| 4-Jun | 0.5 |
| 4-Jun | 0.3 |
| 4-Jun | 1.0 |
| 4-Jun | 0.3 |
| 4-Jun | 0.3 |
| 8-Jun | 0.3 |
| 11-Jun | 1.0 |
| 16-Jun | 1.5 |
| 17-Jun | 0.3 |
| 17-Jun | 0.4 |
| 18-Jun | 0.2 |
| 18-Jun | 1.0 |
| 18-Jun | 0.8 |
| 21-Jun | 1.4 |
| 21-Jun | 0.3 |
| 21-Jun | 0.7 |
| 21-Jun | 1.4 |
| 21-Jun | 0.5 |
| 21-Jun | 1.0 |
| 22-Jun | 1.3 |
| 22-Jun | 1.0 |
| 22-Jun | 0.5 |
| 23-Jun | 2.0 |
| 23-Jun | 0.5 |
| 23-Jun | 0.2 |
| 23-Jun | 0.7 |
| 24-Jun | 2.3 |
| 24-Jun | 0.5 |
| 24-Jun | 0.4 |
| 24-Jun | 1.2 |
| 24-Jun | 0.5 |
| 25-Jun | 0.6 |
| 25-Jun | 1.0 |
| 25-Jun | 0.4 |

| | |
|---|---|
| 28-Jun | 1.3 |
| 28-Jun | 0.2 |
| 28-Jun | 3.5 |
| 28-Jun | 0.2 |
| 28-Jun | 1.5 |
| 28-Jun | 0.6 |
| 28-Jun | 0.3 |
| 29-Jun | 1.3 |
| 29-Jun | 0.2 |
| 29-Jun | 2.0 |
| 30-Jun | 1.0 |
| 30-Jun | 1.3 |
| 30-Jun | 0.4 |
| 30-Jun | 1.0 |
| 30-Jun | 0.3 |
| 30-Jun | 0.5 |
| 30-Jun | 0.3 |
| | **51.9** |

ɹ

**Description of Services Provided**

NCURRED

Review documentation around change in pension accounting principle
Discuss change in pension accounting principle with K. Blood (Grace)
Read and respond to emails in relation to the Grace audit
50% Travel time - Excess travel from another site to Grace
Discuss audit status with T. Smith (PwC)
Read and respond to emails in relation to the Grace audit
Discuss audit status with P. Katsiak (PwC)
Review documentation around change in pension accounting principle
Discuss risk assessment with PwC engagement team
Discuss audit status with J. Bray (PwC)
Discuss audit status with T. Smith and J. Bray (PwC)
Read and respond to emails in relation to the Grace audit
Address UK statutory team request
Discuss change in pension accounting principle with E. Calfo (PwC)
Discuss audit status with J. Bray (PwC)
Discuss UK statutory audit with K. Valenzuela and E. Calfo (PwC)
Discuss audit status with T. Smith (PwC)
Review documentation around change in pension accounting principle
Read and respond to emails in relation to the Grace audit
Review documentation around change in pension accounting principle
Discuss audit planning with E. Calfo and P. Katsiak (PwC)
Review quarter binder
Discuss Canada audit request with E. Calfo (PwC)
Read and respond to emails in relation to the Grace audit
Read and respond to emails in relation to the Grace audit
Read and respond to emails in relation to the Grace audit
Discuss audit status with J. Bray (PwC)
Read and respond to emails in relation to the Grace audit
Prepare planning meeting materials
Read and respond to emails in relation to the Grace audit
Discuss audit status with P. Katsiak (PwC)
Read and respond to emails in relation to the Grace audit
Discuss audit status with S. McNeilly, K. Bradley, and C. Cines (PwC)
Review planning meeting materials
Discuss audit status with J. Bray (PwC)
Prepare for Accounting and Reporting meeting
Attend Accounting and Reporting meeting with PwC and Grace
Prepare for audit planning meeting
Discuss audit status with T. Smith and J. Bray (PwC)
Read and respond to emails in relation to the Grace audit
Attend PwC audit planning meeting
Discuss audit status with T. Smith, J. Bray, S. McNeilly, and K. Bradley (PwC)
Discuss audit status with E. Calfo (PwC)
Discuss audit status with J. Bray (PwC)
Discuss audit status with P. Katsiak (PwC)
Discuss audit lean meeting with S. Scarlis, T. Dyer, and K. Benz (Grace) and P. Katsiak (PwC)
Read and respond to emails in relation to the Grace audit
Discuss internal audit plan for the Philippines center with E. Bull, E. Henry, and B. Summerson (Grace) and P. Katsiak (PwC)
Discuss audit status with P. Katsiak and E. Calfo (PwC)
Discuss audit status with T. Smith (PwC)
Discuss audit status with T. Smith and P. Katsiak (PwC)
Read and respond to emails in relation to the Grace audit

Read and respond to emails in relation to the Grace audit
Discuss audit lean meeting with J. Bray (PwC)
Attend audit lean meeting with Grace and PwC
Discuss audit lean meeting with J. Bray and P. Katsiak (PwC)
Discuss quarter planning with J. Bray and P. Katsiak (PwC)
Plan for year end audit
Discuss audit status with J. Bray and P. Katsiak (PwC)
Read and respond to emails in relation to the Grace audit
Address Canada audit request
Discuss audit status with J. Bray and P. Katsiak (PwC)
Discuss audit status with P. Katsiak (PwC)
Plan for year end audit
Review walkthrough training materials
Discuss audit planning with P. Katsiak (PwC)
Discuss walkthrough training with P. Katsiak  and S. McNeilly (PwC)
Address Canada audit request
Discuss Philippines center with S. McNeilly (PwC)

**Total Grace Financial Statement Audit Charged Hours**

**W.R. Grace & Co.**
**Time Summary Report - Time Tracking**
**Month ended June 30, 2010**

| Date | Hours |
|------|-------|
| FINANCIAL STATEMENT AUDIT TIME I| |

**Name: Jacqueline Bravo**

| Date | Hours |
|------|-------|
| 3-Jun | 0.4 |
| 9-Jun | 0.6 |
| 17-Jun | 1.0 |
| 23-Jun | 0.5 |
| | 2.5 |

﬘

**Description of Services Provided**

NCURRED

Review of US subsidiary statutory tax provision prior year information
Review of US subsidiary statutory tax provision
Preparing tax provided by client request listing
Tax kick-off call with J. Bray (PwC) and J. Puzey (PwC).

**Total Grace Financial Statement Audit Charged Hours**

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended June 30, 2010

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

FINANCIAL STATEMENT AUDIT TIME INCURRED

**Name: Ellen Calfo**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| 2-Jun | 0.4 | Researching Grace components |
| 2-Jun | 2.6 | Meeting with P. Katsiak, A. Garfato, J. Bray, K. Bradley and N. Johnson (PwC) to discuss risk assessment for Grace Corporate. |
| 2-Jun | 2.3 | Meeting with P. Katsiak, A. Garfato, J. Bray, K. Bradley and N. Johnson (PwC) to discuss risk assessment for GCP. |
| 2-Jun | 0.9 | Meeting with P. Katsiak, A. Garfato, J. Bray, K. Bradley and N. Johnson (PwC) to discuss risk assessment for Davison. |
| 2-Jun | 0.2 | Meeting with P. Katsiak, A. Garfato, J. Bray, K. Bradley and N. Johnson (PwC) to discuss risk assessment for ART. |
| 2-Jun | 2.1 | Meeting with P. Katsiak and A. Garfato (PwC) to discuss components. |
| 2-Jun | 0.5 | Updating Pension memo based on J. Bray's (PwC) comments. |
| 3-Jun | 1.2 | Updating Pension memo based on T. Smith's (PwC) comments. |
| 3-Jun | 0.3 | Discussion with K. Blood (PwC) regarding interim vs. year end pension adjustments. |
| 3-Jun | 1.6 | Meeting with P. Katsiak and A. Garfato (PwC) to discuss workflow. |
| 3-Jun | 1.2 | Following up on foreign income tax question for T. Smith (PwC). |
| 3-Jun | 0.8 | Updating the progress of audit. |
| 3-Jun | 0.2 | Responding to B. Soor (PwC UKs) questions, part of international coordination. |
| 3-Jun | 1.3 | Responding to R. Rsi (PwC UKs) questions, part of international coordination. |
| 4-Jun | 1.4 | Responding to S. Grevelis (PwC UKs) questions, part of international coordination. |
| 4-Jun | 0.9 | Reading through emails received by statutory teams about audit fees. |
| 4-Jun | 1.1 | Responding to emails received by statutory teams about audit fees. |
| 4-Jun | 2.1 | Updating income tax planning guide based on J. Bray's (PwC) comments. |
| 4-Jun | 0.6 | Discussing statutory team coordination with K. Bradley (PwC). |
| 4-Jun | 2.9 | Meetings with P. Katsiak and A. Garfato (PwC) to discuss schedules, timing, and workload allocations for the team. |
| 7-Jun | 1.9 | Following up with K. Blood (Grace) on partner pension memo comments. |
| 7-Jun | 0.7 | Following up with J. Bray (PwC) on partner pension memo comments. |
| 7-Jun | 1.3 | Meeting with S. Scairis (Grace) to discuss pension memo comments or coordination. |
| 7-Jun | 2.1 | Following up with J. Bray (PwC) on Emergence Accounting and coordinating meeting with S. Scairis (Grace) |
| 8-Jun | 0.6 | Discussions with G. Huerta (Grace) as to what I need for Canada scoping. |
| 8-Jun | 2.3 | Meeting with G. Huerta (Grace) to get an understanding of income statement and balance sheets. |
| 8-Jun | 1.9 | Reviewing Canada income statement and balance sheets. |
| 8-Jun | 1.5 | Scoping the Canada audit. |
| 8-Jun | 1.6 | Providing status updates to A. Garfato (PwC) and J. Bray (PwC) on my areas. |
| 17-Jun | 3.3 | Catching up on Grace related emails received over vacation. |
| 18-Jun | 1.9 | Reviewing responsibility listing. |
| 21-Jun | 3.1 | Attend monthly accounting update with Grace and PwC. |
| 21-Jun | 1.4 | Updating the progress of audit. |
| 22-Jun | 1.6 | Meeting with PwC (A. Garfato) and Grace to discuss Emergence Accounting. |
| 22-Jun | 1.4 | Reviewing Statutory audit requests. |
| 23-Jun | 0.6 | Reviewing Statutory audit requests. |
| 24-Jun | 1.3 | Worked on statutory audit communications. |
| 28-Jun | 3.1 | Followed up on pension questions. |
| 29-Jun | 0.2 | Meeting with A. Garfato (PwC). |
| 30-Jun | 2.1 | Worked on statutory audit communications. |

**58.5**    Total Grace Financial Statement Audit Charged Hours



**W.R. Grace & Co.**
**Time Summary Report - Time Tracking**
**Month ended June 30, 2010**

| Date | Hours |
|------|-------|
| **FINANCIAL STATEMENT AUDIT TIME I** | |

Name:  Pavel Katsiak

| Date | Hours |
|------|-------|
| 1-Jun | 0.9 |
| 1-Jun | 0.2 |
| 2-Jun | 4.0 |
| 4-Jun | 3.5 |
| 7-Jun | 2.5 |
| 7-Jun | 1.6 |
| 7-Jun | 1.1 |
| 7-Jun | 0.3 |
| 8-Jun | 0.1 |
| 9-Jun | 1.5 |
| 10-Jun | 0.8 |
| 10-Jun | 0.8 |
| 10-Jun | 2.4 |
| 14-Jun | 0.5 |
| 15-Jun | 0.9 |
| 15-Jun | 1.1 |
| 16-Jun | 1.0 |
| 17-Jun | 1.0 |
| 18-Jun | 0.6 |
| 18-Jun | 0.9 |
| 21-Jun | 1.5 |
| 21-Jun | 0.5 |
| 22-Jun | 0.7 |
| 22-Jun | 0.8 |
| 23-Jun | 0.8 |
| 24-Jun | 1.6 |
| 24-Jun | 2.1 |
| 24-Jun | 1.3 |
| 25-Jun | 2.0 |
| 28-Jun | 4.5 |
| 29-Jun | 1.7 |
| 29-Jun | 0.3 |
| 29-Jun | 1.5 |
| 29-Jun | 1.9 |
| | **46.9** |

)

**Description of Services Provided**

NCURRED

Review of the risk assessment schedule prepared by PwC
Coordinating the schedule and workflow with the engagement team
Meeting with the engagement team to discuss the audit plan (risks) for 2010. Present: E. Calfo, A. Garleb, K. Bradley - all PwC
Meeting with the engagement team to discuss the audit plan (workflow/responsibilities) for 2010. Present: E. Calfo, A. Garleb - all PwC

Meeting with A. Garleb and E. Calfo (both PwC) to discuss the ongoing projects and responsibilities.

Coordinating the meeting between PwC and Grace to understand the centralization of the accounting function
Communicating with the UK Grace team to discuss the 2009 divestments
Scheduling process improvement discussion meeting between PwC and Grace
Gather information on determination of significant risks for chemical industry clients
Communicating with Grace regarding the dates for the process improvement meeting
Review of the international instructions
Preparing 2010 audit schedule deadlines
Preparing 2010 audit strategy memo
Reviewing pensions numbers
Coordinating with the team the review of the independence
Updating audit planning workshop presentation
Communicating the changes that need to be made to the 2010 scoping schedule
Updating audit planning workshop materials
Reviewing audit strategy memo
Communicating the changes that need to be made to the 2010 audit strategy memo to the team
Communicating with the team on the changes that need to be made to the analytical procedures documentation
Updating the to-do list and communicating open projects to the team
Discussing the controls testing planning with S. McNeilly (PwC)
Discussing audit planning workshop presentation with K. Bradley (PwC)
Discussing budget with A. Garleb (PwC)
Meeting with A. Garleb (PwC) to discuss the status of the to-do tasks and the plan for the second quarter review
Reviewing updated audit strategy memo
Determine responsibilities for the remainder of the year with the engagement team
Reviewing the scoping schedule and updating audit control tool

Meeting with Grace (T. Dyer, T. Puglisi and J. Bahorich) to discuss the second quarter review plan
Reviewing the training materials for the walkthroughs (to be presented to Grace)
Coordinating access to Blackline (Grace's reconciliation software) with the team
Meeting with J. Bray and A. Garleb (both PwC) to discuss the status of the planning
Communicating various tasks to the team in preparation for the second quarter review

**Total Grace Financial Statement Audit Charged Hours**

**W.R. Grace & Co.**
**Time Summary Report - Time Tracking**
**Month ended June 30, 2010**

| Date | Hours |
| --- | --- |
| FINANCIAL STATEMENT AUDIT TIME II | |

Name:  **Phillip Crosby**

| | |
| --- | --- |
| 22-Jun | 0.5 |
| 25-Jun | 1.0 |
| | 1.5 |

**Description of Services Provided**

**NCURRED**

Prepare PwC touchpoint agenda
Present PwC / Grace Touchpoint with E. Lerstad and J. McCarthy (both Grace)

**Total Grace Financial Statement Audit Charged Hours**

**W.R. Grace & Co.**
**Time Summary Report - Time Tracking**
**Month ended June 30, 2010**

FINANCIAL STATEMENT AUDIT TIME II

**Name: Kristina Johnson**

| | |
|---|---|
| 2-Jun | 4.0 |
| | 4.0 |

**NCURRED**

Risk Assessment meeting with T.Smith, J.Bray, E. Calfo, P.Katsiak, A.Garleb, K. Bradley, and S.McNeilly (all PwC)

**Total Grace Financial Statement Audit Charged Hours**

**W.R. Grace & Co.**
**Time Summary Report - Time Tracking**
**Month ended June 30, 2010**

| Date | Hours |
|------|-------|
| **FINANCIAL STATEMENT AUDIT TIME** | |

**Name: Shawn McNeilly**

| Date | Hours |
|------|-------|
| 14-Jun | 2.9 |
| 14-Jun | 0.4 |
| 15-Jun | 0.3 |
| 15-Jun | 1.5 |
| 15-Jun | 0.9 |
| 15-Jun | 2.8 |
| 15-Jun | 1.3 |
| 16-Jun | 0.7 |
| 16-Jun | 2.7 |
| 16-Jun | 0.6 |
| 16-Jun | 0.6 |
| 16-Jun | 0.7 |
| 16-Jun | 0.4 |
| 16-Jun | 0.8 |
| 17-Jun | 1.1 |
| 17-Jun | 1.8 |
| 17-Jun | 1.4 |
| 17-Jun | 1.7 |
| 17-Jun | 0.5 |
| 21-Jun | 2.3 |
| 21-Jun | 0.7 |
| 21-Jun | 0.9 |
| 21-Jun | 0.8 |
| 21-Jun | 0.6 |
| 21-Jun | 0.5 |
| 21-Jun | 0.7 |
| 22-Jun | 0.5 |
| 22-Jun | 0.5 |
| 22-Jun | 3.0 |
| 23-Jun | 2.5 |
| 23-Jun | 2.0 |
| 23-Jun | 0.5 |
| 23-Jun | 1.0 |
| 25-Jun | 2.8 |
| 25-Jun | 2.5 |
| 25-Jun | 1.5 |
| 25-Jun | 0.2 |
| 28-Jun | 0.3 |
| 28-Jun | 0.5 |
| 28-Jun | 3.0 |
| 28-Jun | 1.9 |
| 29-Jun | 2.5 |
| 29-Jun | 0.5 |

| | |
|---|---|
| 29-Jun | 0.7 |
| 29-Jun | 1.5 |
| 29-Jun | 0.5 |
| 29-Jun | 2.0 |
| 29-Jun | 0.5 |
| 30-Jun | 0.3 |
| 30-Jun | 0.8 |
| 30-Jun | 0.2 |
| 30-Jun | 0.3 |
| 30-Jun | 1.6 |
| 30-Jun | 0.5 |
| 30-Jun | 1.0 |
| 30-Jun | 2.0 |
| 30-Jun | 0.8 |
| 30-Jun | 0.5 |
| 30-Jun | 0.2 |
| 30-Jun | 0.6 |
| | **69.3** |

ıg

## Description of Services Provided

**INCURRED**

Review Q1 documentation for controls, review processes, and analytics.
Review Q1 Audit Planning Workshop Presentation
Meeting with L. Reynolds (Grace) to obtain Grace strategic plan.
Review Q1 AC Presentation
Prepare documentation for Audit Planning Workshop Slidedeck.
Analyze and review 2010-2013 Davison Strategic Plan
Discuss Audit Planning Workshop slidedeck and presentation with P. Katsiak, PwC.
Review 2010 Financial Outlook for Grace
Add documentation from Financial outlook to Audit Planning Workshop Slidedeck.
Review 404 scoping heat schedule.
Review Internal Audit controls Matrix
Discuss heat scoping map with E. Henry, Grace.
Prepare 2010 heat map scoping schedule
Add slides to Audit Planning Workshop slidedeck.
Review Direct Assistance Planning
Prepare 2010 Walkthrough Assistance Schedule
Add documentation for areas of coverage for Audit Planning Workshop presentation.
Add documentation for 2010 Audit Planning Workshop strategy
Review 2010 Audit Planning Workshop Presentation and finalize
Review processes for members of walkthrough assistance
Review Davison 404 control matrices.
Review GCP 404 control matrices.
Review Corporate 404 control matrices.
Prepare listing of controls for Davison 404 for 2010.
Prepare listing of controls for GCP 404 for 2010.
Prepare listing of controls for Corporate for 2010.
Meeting with P. Katsiak, PwC, on 404 status and control matrices.
Prepare master spreadsheet for control matrices.

Walk through master spreadsheet setup and formatting and begin documentation with C. Cines, PwC.
Review and prepare Davison 404 control matrices for payables, treasury, revenue, inventory, PP&E, and investments in subsidiaries.
Review and prepare Corporate 404 control matrices for treasury, revenue, inventory, PP&E, financial reporting, and ECCS upload.
Prepare spreadsheet for 404 control matrices for upload to Aura from SOX portal.
Review control matrices prepared by C. Cines, PwC, for Corporate EH&S, treasury, payroll, and income tax process.
Prepare 404 controls matrices for corporate investments in subsidiaries, period end financial reporting, and manage environmental risk.
Prepare 404 controls matrices for Davison processes SOP, credit and collections, procurement, Curtis Bay inventory.
Prepare 404 controls matrices for Davison Lake Charles inventory, Lake Charles procurement, and SOP process.
Consolidate and prepare 404 matrices email for status update.
Discuss walkthrough matrices with C. Cines, PwC
Review walkthrough procedures and guides to be used by IA and deputy listing.
Review Davison control matrices for Curtis Bay Inventory (Hydro, FCC, Poly, Silica, and centralized inventory), lake Charles capital asset management, and Columbia Davison GL Close.
Review processes for GCP- Cambridge capital asset management, credits and collections, financial reporting, and inventory controls.

Review GCP control processes for Chicago 51st, Chicago 65th, and Mt. Pleasant inventory controls.
Discuss company walkthroughs with C. Cines, PwC.

Review process for Cambridge Treasury and SOP process for controls matrices.
Review and update deputies listing for 404 walkthrough process training.
Prepare meeting documentation and guides for attendees at 404 walkthrough process meeting.
Consolidate and prepare master control matrix for 404 controls processing.
Update status of 404 controls matrix documentation and outstanding processes to be completed.
Discuss researching PwC audit guides for control matrices and walkthroughs with C. Cines, PwC.
Edit update to the 404 walkthrough presentation guide sheet.
Discuss Philippines scoping and documentation with A. Garleb, PwC.
Prepare and setup webinar for walkthrough presentation.
Review Philippines Scoping of controls for duplicates and possible reduction in controls listing.
Discuss walkthrough presentation outline and structure with P. Katsiak, PwC.
Review deputy training walkthrough and prepare for lecture training.
Walkthrough Deputy Training meeting with P. Katsiak (PwC), E. Bull (Grace) and deputies selected for walkthrough training from Grace.

Review walkthrough scheduling, preferences on processes to attend, and availability listing of deputies.
Prepare spreadsheet of possible listing for E. Henry, Grace, of deputy personnel assignments for 404 walkthrough assistance process.
Email final presentation, guidelines, and deputies listing to E. Henry & E. Bull, Grace.
Review 404 controls matrices work for GCP.

**Total Grace Financial Statement Audit Charged Hours**

**W.R. Grace & Co.**
**Time Summary Report - Time Tracking**
**Month ended June 30, 2010**

| Date | Hours |
|------|-------|
| **FINANCIAL STATEMENT AUDIT TIME I** | |

**Name: Kathleen Bradley**

| Date | Hours |
|------|-------|
| 2-Jun | 1.0 |
| 2-Jun | 3.5 |
| 7-Jun | 0.9 |
| 7-Jun | 0.6 |
| 7-Jun | 0.8 |
| 7-Jun | 0.7 |
| 8-Jun | 2.0 |
| 9-Jun | 1.7 |
| 9-Jun | 1.3 |
| 10-Jun | 0.7 |
| 10-Jun | 0.8 |
| 14-Jun | 0.8 |
| 14-Jun | 0.7 |
| 15-Jun | 0.9 |
| 15-Jun | 0.7 |
| 15-Jun | 0.9 |
| 15-Jun | 1.0 |
| 15-Jun | 0.8 |
| 15-Jun | 0.7 |
| 15-Jun | 0.9 |
| 16-Jun | 0.5 |
| 16-Jun | 0.8 |
| 16-Jun | 0.7 |
| 16-Jun | 0.6 |
| 16-Jun | 0.8 |
| 16-Jun | 0.6 |
| 17-Jun | 0.8 |
| 17-Jun | 0.8 |
| 18-Jun | 0.6 |
| 18-Jun | 0.9 |
| 18-Jun | 0.7 |
| 21-Jun | 1.0 |
| 21-Jun | 0.5 |
| 21-Jun | 0.9 |
| 21-Jun | 0.9 |
| 21-Jun | 0.7 |
| 21-Jun | 0.6 |
| 21-Jun | 0.8 |
| 21-Jun | 0.9 |
| 21-Jun | 0.8 |
| 22-Jun | 0.6 |
| 22-Jun | 0.8 |
| 22-Jun | 0.7 |
| 22-Jun | 0.9 |
| 23-Jun | 0.8 |

| | |
|---|---|
| 23-Jun | 0.9 |
| 23-Jun | 0.7 |
| 23-Jun | 0.8 |
| 23-Jun | 0.9 |
| 23-Jun | 0.9 |
| 23-Jun | 1.0 |
| 24-Jun | 0.8 |
| 24-Jun | 0.7 |
| 24-Jun | 0.8 |
| 24-Jun | 0.8 |
| 24-Jun | 1.0 |
| 24-Jun | 0.9 |
| 24-Jun | 0.8 |
| 24-Jun | 0.6 |
| 25-Jun | 0.7 |
| 25-Jun | 0.8 |
| 25-Jun | 0.9 |
| 28-Jun | 0.7 |
| 28-Jun | 0.9 |
| 28-Jun | 0.8 |
| 28-Jun | 0.6 |
| 30-Jun | 0.8 |
| 30-Jun | 0.7 |
| | **58.6** |

ı

**Description of Services Provided**

NCURRED

Preparing schedules and documentation for risk assessment meeting for 2010 Year End Audit
Risk Assessment meeting with T.Smith, J.Bray, E. Calfo, N.Johnson, P.Katsiak, A.Garleb, S.Mcneilly (all PwC)
Discussing set up and compilation of 2009 and 2010 International Grace Statutory Audit Fee Information
Documenting International PwC responses to request for 2009 and 2010 Grace Audit Fee information
Sending reminder emails to PwC teams to send all 2009 and 2010 Grace fee information
Reviewing 2010 Audit Strategy Memo
Talking to PwC Help about getting loaner computers for the benefit plan auditors to review the 2008 documentation
Documenting International PwC responses to request for 2009 and 2010 Grace Audit Fee information
Sending reminder emails to PwC teams to send all 2009 and 2010 Grace fee information
Sending out reminder email to international PwC teams to email 2009 and estimated 2010 statutory audit fees for WR Grace
subsidiaries
Creating instructions for updates to be made to International Deliverable Instructions
Emailing International PwC teams to request information about 2009 and 2010 statutory audit and audit related fees

Recording information provided by PwC International teams in tracking spreadsheet, to use for fee discussions with WR Grace
Going through WR Grace Account Planning Workshop presentation and making updates for 2010
Going through list of needed changes to update WR Grace organizational hierarchy and making approvals

Updating individual General Ledger accounts making up Other Assets account on 2010 Mulitlocation scoping schedule

Updating individual General Ledger accounts making up Other Liabilities account on 2010 Mulitlocation scoping schedule
Updating Income Statement accounts with 3/31/2010 WR Grace balances on 2010 multilocation scoping schedule
Reviewing 2010 Audit Strategy Memo and making necessary updates
Working on setting up the Q2 2010 Review database
Emailing M.Sprinkle (Grace) to ask about frequency that affiliates listing and organizational chart are updated for independence
procedures
Going through multilocation scoping schedule for 2010 integrated audit and calculating total balances of in scope WR Grace
entities
Updating multilocation scoping schedule for 2010 integrated audit with balances of scoped in entities
Locating large balances for entities not in scope and not in included in total in scope balance of scoping schedule
Reviewing WR Grace 2010 Audit Strategy Memo
Making requested updates to WR Grace 2010 Audit Strategy Memo
Recording responses to international WR Grace statutory audit questionnaire from PwC Spain and PwC Vietnam about WR Grace
work performed at international sites.
Discussing compilation of WR Grace international deliverables information from international PwC teams requested by J.Bray
(PwC) with E.Calfo (PwC)
Updating 2010 Integrated Audit Multilocation scoping schedule with Q1 2010 numbers
Going through the WR Grace 2010 Audit Strategy Memo to review for updates
Adding full year 12/31/2009 balances to the 2010 year end multilocation scoping schedule
Discuss Grace business structure and operations with C.Cines (PwC)
Overview of Audit Strategy Memo with C.Cines (PwC)
Reviewing the 2010 Multilocation scoping document
Reviewing C.Cines (PwC) updates to the Audit Strategy memo
Researching Grace 2010 Business Outlook forecasts on Grace website
Reviewing the 2010 Preliminary Analytics as of 3/31/2010
Updating the 2010 Preliminary Analytics as of 3/31/2010
Documenting International PwC responses to request for 2009 and 2010 Grace Audit Fee information
Discussing 2010 scoping schedule with P.Katsiak (PwC)
Discussing the 2010 Audit Strategy memo with C.Cines (PwC)
Review the 2010 year end Grace audit scoping schedule
reviewing the 2010 Account Planning Workshop presentation for WR Grace
Reviewing the 2010 Audit Strategy memo
Reviewing the Grace 2010 Corporate Calendar for relevant meetings and dates

Updating statutory audit reporting template to be sent to J.Bray (PwC) for review
Working on setting up the Q2 2010 Review database
Discussing Central Entity Services Independence database changes to the WR Grace file with V.Gibson (PwC)
Reviewing updates suggested by V.Gibson (PwC) to the WR Grace independence profile
Reviewing the WR Grace Organizational Chart to verify changes necessary to WR Grace hierarchy in central entity services independence database
Reviewing WR Grace Affiliate Listing to verify changes necessary to WR Grace hierarchy in Central Entity Services independence database
Working with T.OHara (Grace) to get Grace's new 2010 Strategic Plan
Discussing Central Entity Services Independence database changes to the WR Grace file with V.Gibson (PwC)
Reviewing updates suggested by V.Gibson (PwC) to the WR Grace independence profile
Compiling relevant WR Grace dates from Corporate calendar to PwC engagement team calendar
Working on setting up the Q2 2010 Review database
Updating the 2010 Preliminary Analytics as of 3/31/2010
Compiling Grace International Statutory Audit fee data for J.Bray (PwC)
Reviewing changes made to Central Entity Services Independence Hierarchy by V.Gibson (PwC) due to changes in Grace's organizational structure
Reviewing changes made to Central Entity Services Independence Hierarchy by V.Gibson (PwC) due to changes in Grace's organizational structure
Compiling Grace International Statutory Audit fee data for J.Bray (PwC)
Working on setting up the Q2 2010 Review database

Reviewing PwC calendar of important Grace audit dates compiled from Grace financial and corporate calendar by C.Cines (PwC)

Creating WR Grace Quickplace website to be used for Provided by Client documents for the year end audit and quarterly reviews
Reviewing changes made to Central Entity Services Independence Hierarchy by V.Gibson (PwC) due to changes in Grace's organizational structure
Compiling Grace International Statutory Audit fee data for J.Bray (PwC)
Reviewing PwC contact list to be provided to Grace Internal Audit.
Compiling Grace International Statutory Audit fee data for J.Bray (PwC)

**Total Grace Financial Statement Audit Charged Hours**

**W.R. Grace & Co.**
**Time Summary Report - Time Tracking**
**Month ended June 30, 2010**

| Date | Hours |
|------|-------|
| FINANCIAL STATEMENT AUDIT TIME IN | |

Name: **Corey Cines**

| Date | Hours |
|------|-------|
| 21-Jun | 1.0 |
| 21-Jun | 0.5 |
| 21-Jun | 1.5 |
| 21-Jun | 1.5 |
| 21-Jun | 3.0 |
| 28-Jun | 1.1 |
| 28-Jun | 2.3 |
| 28-Jun | 0.3 |
| 29-Jun | 0.5 |
| 30-Jun | 0.3 |
| 30-Jun | 0.3 |
| | **12.3** |

**Description of Services Provided**

**NCURRED**


Discuss Grace business structure and operations with K. Bradley (PwC)
Overview of Audit Strategy Memo with K. Bradley (PwC)
Update Audit Strategy Memo to prepare for 2010 year end audit
Update Multi-location Scoping Document for 2010 year end audit
Format preliminary analytical procedure templates to prepare for 2010 year end audit
Update internal calendar with PwC and Grace dates
Review for updates regarding PwC & Grace independence
Discuss walkthrough matrix reformats with S.Mcneilly (PwC)
Discuss company walkthroughs with S. Mcneilly (PwC)
Researching PwC audit guide steps for S. Mcneilly (PwC)
Review walkthrough presentation to Grace employees

**Total Grace Financial Statement Audit Charged Hours**

**W.R. Grace & Co.**
**Time Summary Report - Time Tracking**
**Month ended June 30, 2010**

| Date | Hours |
|------|-------|
| FINANCIAL STATEMENT AUDIT TIME I▮ | |

**Name:  Victoria Gibson**

| Date | Hours |
|------|-------|
| 18-Jun | 2.1 |
| 22-Jun | 2.3 |
| 23-Jun | 1.0 |
| 23-Jun | 0.8 |
| 24-Jun | 0.7 |
|  | 6.9 |

j

**Description of Services Provided**

NCURRED

Comparison CES Hierarcy to the Org Chart Provided
Comparison CES Hierarcy to the Org Chart Provided
Comparison CES Hierarcy to the Org Chart Provided
Discussing Central Entity Services Independence database changes to the WR Grace file with K. Bradley (PwC)
Discussing Central Entity Services Independence database changes to the WR Grace file with K. Bradley (PwC)

**Total Grace Financial Statement Audit Charged Hours**