# EXHIBIT - B

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
For the Month Ended June 30, 2010

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| **Thomas Smith** | | | | |
| | 5/17/10 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 5/26/10 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 5/28/10 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 6/1/10 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 6/2/10 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 6/14/10 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 6/22/10 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| **Justin Bray** | | | | |
| | 6/1/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 6/2/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 6/16/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 6/17/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 6/21/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 6/22/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 6/23/10 | Audit Senior Manager | $ 48.00 | Mileage to Tysons Corner, VA PwC Office roundtrip (less 68 mile roundtrip normal commute)(96 miles * $0.50) for meeting (based out of Baltimore office) to meet with H. LaForce (Grace CFO). |
| | 6/23/10 | Audit Senior Manager | $ 5.00 | Parking in Tysons Corner, VA |
| | 6/28/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 6/29/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| **Alison Garleb** | | | | |
| | 6/2/10 | Audit Manager | $ 4.50 | Commute from another site then to Grace on this day. This is for the mileage attributable to Grace (9 miles * $.50 rate). |
| | 6/3/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 6/4/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 6/21/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 6/22/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 6/24/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 6/25/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 6/28/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 6/29/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 6/30/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| **Ellen Calfo** | | | | |
| | 6/2/10 | Audit Senior Associate | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | 6/3/10 | Audit Senior Associate | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | 6/4/10 | Audit Senior Associate | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | 6/7/10 | Audit Senior Associate | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | 6/8/10 | Audit Senior Associate | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | 6/21/10 | Audit Senior Associate | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| **Pavel Katsiak** | | | | |
| | 6/1/10 | Audit Senior Associate | $ 26.42 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 6/2/10 | Audit Senior Associate | $ 26.42 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 6/3/10 | Audit Senior Associate | $ 26.42 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 6/4/10 | Audit Senior Associate | $ 26.42 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 6/7/10 | Audit Senior Associate | $ 26.42 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 6/8/10 | Audit Senior Associate | $ 26.42 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 6/22/10 | Audit Senior Associate | $ 26.42 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 6/23/10 | Audit Senior Associate | $ 26.42 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 6/24/10 | Audit Senior Associate | $ 26.42 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 6/25/10 | Audit Senior Associate | $ 26.42 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |

| | | | | | |
|---|---|---|---|---|---|
| | 6/28/10 | Audit Senior Associate | $ | 26.42 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 6/29/10 | Audit Senior Associate | $ | 26.42 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 6/30/10 | Audit Senior Associate | $ | 26.42 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| Shawn McNeilly | 6/2/10 | Audit Associate | $ | 18.00 | Mileage reimbursement for travel to Grace Site: from Linthicum, MD, to 7500 Grace Drive, Columbia, MD. (18 miles) * (.50) = $9.00. Roundtrip. * 2 = $18.00 |
| | 6/23/10 | Audit Associate | $ | 31.00 | Mileage reimbursement for travel over normal daily incurrence to Tyons's Corner for meeting with H. Laforce (Grace CFO): from Annapolis, MD, to 1800 Tyson's Boulevard, McLean, VA. (31 miles) * (.50) = $15.50. Roundtrip. * 2 = $31.00 |
| Phillip Crosby | 6/25/10 | Audit Senior Associate | $ | 37.00 | 92 miles to and from client - 18 miles normal commute to the office = 74 miles every day excess * .5= 37 |
| Kathleen Bradley | 6/14/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 6/15/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 6/16/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 6/17/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 6/17/10 | Audit Associate | $ | 13.65 | Postage for Bankruptcy Court Filing Documents |
| | 6/23/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 6/24/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 6/25/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 6/28/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 6/29/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 6/30/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |

| Summary | | Total |
|---|---|---|
| | | $ 1,203.66 |

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended June 30, 2010

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Thomas Smith | Integrated Audit | 5/17/10 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 5/26/10 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 5/28/10 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 6/1/10 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 6/2/10 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 6/14/10 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 6/22/10 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| Justin Bray | Integrated Audit | 6/1/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 6/2/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 6/16/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 6/17/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 6/21/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 6/22/10 | $ 21.00 | | | | Mileage to Tysons Corner, VA PwC Office roundtrip (less 68 mile roundtrip normal commute)(96 miles * $0.50) for meeting (based out of Baltimore office) to meet with H. LaForce (Grace CFO) |
| | Integrated Audit | 6/23/10 | $ 48.00 | | | | Parking in Tysons Corner, VA |
| | Integrated Audit | 6/23/10 | $ 5.00 | | | | |
| | Integrated Audit | 6/28/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 6/29/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| Alison Garleb | Integrated Audit | 6/2/10 | $ 4.50 | | | | Commute from another site then to Grace on this day. This is for the mileage attributable to Grace (9 miles * $.50 rate). |
| | Integrated Audit | 6/3/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 6/4/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 6/21/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 6/22/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 6/24/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 6/25/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 6/28/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 6/29/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 6/30/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| Ellen Calfo | Integrated Audit | 6/2/10 | $ 29.00 | | | | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 6/3/10 | $ 29.00 | | | | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 6/4/10 | $ 29.00 | | | | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 6/7/10 | $ 29.00 | | | | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 6/8/10 | $ 29.00 | | | | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 6/21/10 | $ 29.00 | | | | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| Pavel Katsiak | Integrated Audit | 6/1/10 | $ 26.42 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 6/2/10 | $ 26.42 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 6/3/10 | $ 26.42 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 6/4/10 | $ 26.42 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 6/7/10 | $ 26.42 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 6/8/10 | $ 26.42 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 6/22/10 | $ 26.42 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 6/23/10 | $ 26.42 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 6/24/10 | $ 26.42 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 6/25/10 | $ 26.42 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 6/28/10 | $ 26.42 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 6/29/10 | $ 26.42 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 6/30/10 | $ 26.42 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| Shawn McNeilly | Integrated Audit | 6/2/10 | $ 18.00 | | | | Mileage reimbursement for travel to Grace Site: from Linthicum, MD, to 7500 Grace Drive, Columbia, MD. (18 miles) * (.50) = $9.00. Roundtrip. * 2 = $18.00 |

| Name | Type | Date | Transportation | Lodging | Sundry | Business Meals | Description |
|---|---|---|---|---|---|---|---|
| Phillip Crosby | Integrated Audit | 6/23/10 | $ 31.00 | | | | Mileage reimbursement for travel over normal daily incurrence to Tyons's Corner for meeting with H. Laforce (Grace CFO): from Annapolis, MD, to 1800 Tyson's Boulevard, McLean, VA. (31 miles) * (.50) = $15.50. Roundtrip. * 2 = $31.00 |
| | Integrated Audit | 6/25/10 | $ 37.00 | | | | 92 miles to and from client - 18 miles normal commute to the office = 74 miles every day excess * .5= 37 |
| Kathleen Bradley | Integrated Audit | 6/14/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 6/15/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 6/16/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 6/17/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 6/17/10 | | | $ 13.65 | | Postage for Bankruptcy Court Filing Documents |
| | Integrated Audit | 6/23/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 6/24/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 6/25/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 6/28/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 6/29/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 6/30/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| | $ 1,203.66 | $ 1,190.01 | $ - | $ 13.65 | $ - |

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended June 30, 2010

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| Thomas Smith | 5/17/10 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 5/26/10 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 5/28/10 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 6/1/10 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 6/2/10 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 6/14/10 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 6/22/10 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| Justin Bray | 6/1/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 6/2/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 6/16/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 6/17/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 6/21/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 6/22/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 6/23/10 | Audit Senior Manager | $ 48.00 | Mileage to Tysons Corner, VA PwC Office roundtrip (less 68 mile roundtrip normal commute)(96 miles * $0.50) for meeting (based out of Baltimore office) to meet with H. LaForce (Grace CFO). |
| | 6/23/10 | Audit Senior Manager | $ 5.00 | Parking in Tysons Corner, VA |
| | 6/28/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 6/29/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| Alison Garleb | 6/2/10 | Audit Manager | $ 4.50 | Commute from another site then to Grace on this day. This is for the mileage attributable to Grace (9 miles * $.50 rate). |
| | 6/3/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 6/4/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 6/21/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 6/22/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 6/24/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 6/25/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 6/28/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 6/29/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 6/30/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| Ellen Galfo | 6/2/10 | Audit Senior Associate | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | 6/3/10 | Audit Senior Associate | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | 6/4/10 | Audit Senior Associate | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | 6/7/10 | Audit Senior Associate | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | 6/8/10 | Audit Senior Associate | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | 6/21/10 | Audit Senior Associate | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| Pavel Katsiak | 6/1/10 | Audit Senior Associate | $ 26.42 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 6/2/10 | Audit Senior Associate | $ 26.42 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 6/3/10 | Audit Senior Associate | $ 26.42 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 6/4/10 | Audit Senior Associate | $ 26.42 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 6/7/10 | Audit Senior Associate | $ 26.42 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 6/8/10 | Audit Senior Associate | $ 26.42 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 6/22/10 | Audit Senior Associate | $ 26.42 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 6/23/10 | Audit Senior Associate | $ 26.42 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 6/24/10 | Audit Senior Associate | $ 26.42 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 6/25/10 | Audit Senior Associate | $ 26.42 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |

| Name | Date | Title | | Amount | Description |
|---|---|---|---|---|---|
| | 6/28/10 | Audit Senior Associate | $ | 26.42 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 6/29/10 | Audit Senior Associate | $ | 26.42 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 6/30/10 | Audit Senior Associate | $ | 26.42 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| Shawn McNeilly | 6/2/10 | Audit Associate | $ | 18.00 | Mileage reimbursement for travel to Grace Site: from Linthicum, MD, to 7500 Grace Drive, Columbia, MD. (18 miles) * (.50) = $9.00. Roundtrip. * 2 = $18.00 |
| | 6/23/10 | Audit Associate | $ | 31.00 | Mileage reimbursement for travel over normal daily incurrence to Tyons's Corner for meeting with H. Laforce (Grace CFO): from Annapolis, MD, to 1800 Tyson's Boulevard, McLean, VA. (31 miles) * (.50) = $15.50. Roundtrip. * 2 = $31.00 |
| Phillip Crosby | 6/25/10 | Audit Senior Associate | $ | 37.00 | 92 miles to and from client - 18 miles normal commute to the office = 74 miles every day excess * .5= 37 |
| Kathleen Bradley | 6/14/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 6/15/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 6/16/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 6/17/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 6/17/10 | Audit Associate | $ | 13.65 | Postage for Bankruptcy Court Filing Documents |
| | 6/23/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 6/24/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 6/25/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 6/28/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 6/29/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 6/30/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |

**Summary**

Total $ 1,203.66