# EXHIBIT "B"

### *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555          Fax:  (302) 575-1714

WR Grace PD Committee                                    April 1, 2010 to April 30, 2010

Invoice No. 35303

**RE:**     WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|--------|-------|--------|
| B14 | Case Administration - | 15.00 | 3,825.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.30 | 97.50 |
| B18 | Fee Applications, Others - | 2.00 | 336.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 2.70 | 877.50 |
| B25 | Fee Applications, Applicant - | 1.70 | 431.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 1.00 | 325.00 |
| B36 | Plan and Disclosure Statement - | 13.90 | 4,417.50 |
| B37 | Hearings - | 6.70 | 2,177.50 |
| B45 | Professional Retention Issues - | 0.20 | 65.00 |
| | **Total** | **43.50** | **$12,552.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| Lisa L. Coggins | 270.00 | 1.60 | 432.00 |
| Regina Matozzo | 200.00 | 7.50 | 1,500.00 |
| Theodore J. Tacconelli | 325.00 | 31.20 | 10,140.00 |
| Legal Assistant - MH | 150.00 | 2.90 | 435.00 |
| Legal Assistant - SEK | 150.00 | 0.30 | 45.00 |
| **Total** | | **43.50** | **$12,552.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                      **$1,379.68**

| Date | Description | Hours | Lawyer |
|------|-------------|-------|--------|
| Apr-01-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review amended 2019 statement by David Law Firm | 0.10 | TJT |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review certificate of no objection filed by debtors re debtors' motion to approve settlement with Toronto School District | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents motion to approve settlement with EMC with attachment | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review certificate of no objection re plan proponents motion to approve settlement with National Union | 0.10 | TJT |
| Apr-03-10 | *Case Administration* - Review debtors' monthly operating report for February 2010 | 0.50 | TJT |
| | *Case Administration* - Review certificate of no objection re debtors' motion to approve settlement with Morguard Investments | 0.10 | TJT |
| | *Professional Retention Issues* - Review certificate of no objection re debtors' motion to retain Kaye Scholer as special counsel | 0.10 | TJT |
| Apr-05-10 | *Case Administration* - Review case management memo re: week ending 4-2-10 | 0.10 | LLC |
| | *Case Administration* - Review notice of agenda re: hearing on April 19, 2010 | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review docket re case status for week ending 4/2/10; memo to T. Tacconelli and L. Coggins re same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research re transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 4/2/10 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review certificate of no objection re debtors' motion to approve settlement with Hamilton Wentworth School District Board | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 4/19/10 hearing coverage | 0.10 | TJT |
| Apr-06-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review certificate of no objection filed by debtors re debtors' motion to approve 2010 to 2012 KERP | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of plan proponents' updated and amended (revised) chart re confirmation objections, etc. | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Start reviewing updated amended (revised) chart re confirmation objections, etc. | 1.80 | TJT |
| | *Hearings* - Review agenda for 4/19 hearing | 0.20 | TJT |
| Apr-07-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |

|  | *Plan and Disclosure Statement* - Research re transfer of insurance rights | 0.10 | RM |
|---|---|---|---|
|  | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
|  | *Case Administration* - Review order approving 2010-2012 KERP | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving debtors' motion to approve settlement with Morguard Investments Ltd. | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Continue reviewing plan proponents updated and amended (revised) chart re objections to confirmation, etc. | 0.80 | TJT |
| Apr-08-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
|  | *Case Administration* - Review 6th amended 2019 statement of Paul Weiss | 0.10 | TJT |
|  | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re committee meeting | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review order re debtors' motion to approve settlement with Toronto School Board | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving debtors' motion to approve settlement with McMaster University | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Complete review of plan proponents updated and amended (revised) chart of confirmation objections, etc. | 1.70 | TJT |
| Apr-09-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
|  | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review order granting debtors' motion to approve settlement with Healthcare Corp. of St. Johns | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving debtors' motion to approve settlement with Hamilton Wentworth District | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' notice of settlement of claim number 6080 with attachment | 0.30 | TJT |
|  | *Plan and Disclosure Statement* - Review notice of service of substitution of signature page for debtors' motion to approve settlement with EMC | 0.10 | TJT |
|  | *Hearings* - Prepare for 4/19/10 hearing | 0.10 | TJT |
| Apr-10-10 | *Case Administration* - Review amended 2019 statement for RL&C | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review order approving plan proponents motion to approve settlement with Longacre | 0.10 | TJT |
|  | *Professional Retention Issues* - Review order authorizing retention of Kaye Scholer | 0.10 | TJT |
| Apr-11-10 | *Case Administration* - Review debtors' notice of amounts paid to OCP first quarter 2010 with attachment | 0.20 | TJT |
|  | *Case Administration* - Review Fee Auditor's Final Report re Anderson Kill 35th interim period | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review  notice of claim settlement re claim no. 1959 | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Review order approving plan proponents motion to approve settlement with National Union | 0.10 | TJT |
| Apr-12-10 | *Case Administration* - Review case management memo re: week ending | 0.10 | LLC |

|  | Fri. April 9, 2010 |  |  |
|---|---|---|---|
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
|  | *Case Administration* - Review docket re case status for week ending 4/9/10; memo to T. Tacconelli and L. Coggins re same | 0.30 | RM |
|  | *Plan and Disclosure Statement* - Research re transfer of insurance rights | 0.10 | RM |
|  | *Case Administration* - Review Fee Auditor's Final Report re Duane Morris 35th interim period | 0.10 | TJT |
|  | *Case Administration* - Review case status memo for week ending 4/9/10 | 0.10 | TJT |
|  | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| Apr-13-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
|  | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| Apr-14-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
|  | *Plan and Disclosure Statement* - Research re transfer of insurance rights | 0.10 | RM |
|  | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| Apr-15-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
|  | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Review e-mail from M. Kramer re committee meeting | 0.10 | TJT |
| Apr-16-10 | *Case Administration* - Review amended notice of agenda re: 4-19 hearing | 0.10 | LLC |
|  | *Hearings* - Review matters on agenda for 4/19 hearing including confirmation matters but excluding PD matters | 2.90 | TJT |
| Apr-17-10 | *Claims Analysis Obj. & Res. (Asbestos)* - Review PD matters set for hearing on 4/19 re two CND PD claims | 1.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of withdrawal of proof of claim by State of Ohio re claim no. 9557 | 0.10 | TJT |
|  | *Hearings* - Review amended agenda for 4/19 hearing | 0.20 | TJT |
| Apr-19-10 | *Case Administration* - Review case management memo re: week ending 4/16/2010 | 0.10 | LLC |
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
|  | *Case Administration* - Review docket re status for week ending 4/16/10; memo to T. Tacconelli and L. Coggins re same | 0.20 | RM |
|  | *Plan and Disclosure Statement* - Research re transfer of insurance rights | 0.10 | RM |
|  | *Case Administration* - Review case status memo for week ending 4/16/10 | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review certificate of no objection re debtors' motion to approve settlement with Atlantic Shopping Centers Ltd. | 0.10 | TJT |
|  | *Hearings* - Correspond with committee member re 4/19 hearing agenda and review and respond | 0.20 | TJT |
|  | *Hearings* - Confer with paralegal re transcripts for hearing today | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Hearings* - Prepare for and attend Bankruptcy Court | 2.40 | TJT |
| | *Case Administration* - Cancel telephonic appearance of T. Tacconelli re 4/19 hearing | 0.10 | MH |
| | *Case Administration* - Confer with T. Tacconelli re transcripts for hearing today; teleconference with transcriber; request transcript | 0.30 | SEK |
| Apr-20-10 | *Case Administration* - Confer with T. Tacconelli re fraudulent transfer action fee app issues and general case status and plan confirmation | 0.30 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: Feb 2010 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Confer with MH and e-mail from same re: fraudulent transfer action quarterly fee application and certificate of no objection re: same | 0.20 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - - Review certificate of no objection filed by debtors re motion to approve payment of FT holdbacks | 0.10 | TJT |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Hearings* - Review 4/19 hearing notes | 0.20 | TJT |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare certificate of no objection and certificate of service re Feb. 10 fee application | 0.30 | MH |
| | *Fee Applications, Applicant* - Review docket, prepare for filing, and e-file and serve certificate of no objection re Feb. 10 fee application | 0.30 | MH |
| Apr-21-10 | *Fee Applications, Others* - Review certificate of service of no objection re Bilzin Feb. 2010 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review 16th amended 2019 statement of Motley Rice | 0.10 | TJT |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review certificate of no objection re debtors' motion to approve settlement with University of Guelph | 0.10 | TJT |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Prepare certificate of no objection and certificate of service re Bilzin's Feb. 2010 fee application | 0.30 | MH |
| | *Fee Applications, Others* - Review docket, prepare for filing, and e-file and serve certificate of no objection re Bilzin's Feb. 2010 fee application | 0.30 | MH |
| Apr-22-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re committee meeting | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review certificate of no | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | objection re debtors' motion to approve settlement with Avalon East School Board | | |
| Apr-23-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review 4 miscellaneous certificates of no objection filed by PI Committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Start reviewing exhibit book to plan as modified through 3/19/2010 | 2.40 | TJT |
| | *Hearings* - Confer with paralegal re 4/19 hearing transcript | 0.10 | TJT |
| | *Fee Applications, Others* - Teleconference with L. Flores and e-mail from L. Flores re uneditable quarterly fee application | 0.10 | MH |
| | *Fee Applications, Others* - E-mail from and to L. Flores re Bilzin's 36th quarterly fee application for filing in May 2010 | 0.10 | MH |
| Apr-24-10 | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review notice of filing second amended disclosure of officers and directors for plan with attachments | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review certificate of no objection filed by debtors re debtors' motion to approve settlement with Employers' Mutual | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review certificate of counsel filed by debtors re proposed order re objection to MCC claims with attachment | 0.10 | TJT |
| | *Plan and Disclosure Statement* - reviewing exhibit book to plan as modified through 3/19/2010 | 0.50 | TJT |
| Apr-26-10 | *Case Administration* - review notice of appearance and forward same to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review case management memo to  re; week ending 4-23-2010 | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review docket re status for week ending 4/23/10; memo to T. Tacconelli and L. Coggins re same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review entry of appearance by Simmons, et al. | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 4/23/10 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review certificate of no objection re debtors' motion to approve settlement with City of Vancouver | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Continue reviewing exhibit book to first amended plan as modified through 3/19/10 | 2.70 | TJT |
| | *Case Administration* - Update 2002 service list and labels documents | 0.20 | MH |
| Apr-27-10 | *Fee Applications, Others* - Confer with TJT re: approval of certain fee applications | 0.10 | LLC |
| | *Case Administration* - Review docket re status for week ending 4/16/10; memo to T. Tacconelli and L. Coggins re same | 0.30 | RM |
| | *Case Administration* - Review daily memos re status of 3rd circuit, district | 0.20 | TJT |

| | | | |
|---|---|---|---|
| | court and adversary proceedings | | |
| | *Case Administration* - Review order authorizing payment of FT holdbacks | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review certificate of no objection re debtors' motion to approve settlement with Conseillers GWL | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review certificate of no objection re debtors' motion to approve settlement with Fairmall Leaseholds | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's March prebill | 0.80 | TJT |
| | *Plan and Disclosure Statement* - Continue reviewing exhibit book to first amended joint plan as modified through 3/19/10 | 0.70 | TJT |
| | *Hearings* - Review correspondence from J. Sakalo re 5/3/10 hearing | 0.10 | TJT |
| Apr-28-10 | *Fee Applications, Others* - Review Bilzin March 2010 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review docket re status for week ending 4/16/10; memo to T. Tacconelli and L. Coggins re same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research re transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re sending briefing schedule for MCC claim objection | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Continue reviewing exhibit book to first amended joint plan as modified through 3/19/10 | 0.60 | TJT |
| | *Hearings* - Review agenda for 5/3/10 hearing | 0.10 | TJT |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Download, review and revise Bilzin's March 2010 fee application and related documents; prepare certificate of service re same | 0.50 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's March 2010 fee application | 0.40 | MH |
| Apr-29-10 | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review e-mail from R. Ramphall re committee meeting | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order re debtors' motion to approve settlement with University of Guelph | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review certificate of no objection re debtors' claim settlement notice at docket no. 24578 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. Baena re PD trustee appointments | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Continue reviewing exhibits in exhibit book to first amended plan as modified through 3/19/10 | 0.80 | TJT |
| Apr-30-10 | *Case Administration* - Review docket re status for week ending 4/16/10; memo to T. Tacconelli and L. Coggins re same | 0.30 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review notice of withdrawal of document filed by PI Committee | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order re debtors' motion | 0.10 | TJT |

**Invoice No. 35303**                  **Page I of 26**                  **May 4, 2010**

to approve settlement with Avalon East School Board
    Totals                                                                    43.50


### DISBURSEMENTS

| | | |
|---|---|---|
| Apr-06-10 | Blue Marble  - hand deliveries (Inv # 13363) | 28.50 |
| Apr-08-10 | First State Deliveries - hand delivery | 6.50 |
| Apr-09-10 | Blue Marble  - cc 5.60; service 12.32 (Inv #40385) | 17.92 |
| Apr-12-10 | Blue Marble  - cc 89.10; service 367.16 (Inv #40395) | 456.26 |
| Apr-13-10 | Blue Marble  - cc 2.80; service 12.32 (Inv #40399) | 15.12 |
| Apr-14-10 | Pacer Service Center - 1/1/10-3/31/10 (RM) Account # FJ0497) | 58.32 |
| Apr-17-10 | Photocopy Cost | 1.70 |
| | Photocopy Cost | 1.30 |
| | Photocopy Cost | 1.10 |
| Apr-19-10 | Photocopy Cost | 3.20 |
| | Photocopy Cost | 1.10 |
| | Photocopy Cost | 7.20 |
| Apr-20-10 | Photocopy Cost | 1.00 |
| | Blue Marble  - hand deliveries (Inv # 13397) | 237.50 |
| Apr-21-10 | Pacer Service Center - 1/1/10-3/31/10 (Account # FJ0321) | 33.52 |
| | Pacer Service Center - (TJT) 1/1/10-3/31/10 (Account # FJ0093) | 51.44 |
| Apr-22-10 | Court Call | 44.00 |
| Apr-23-10 | Photocopy Cost | 0.90 |
| | Photocopy Cost | 1.30 |
| | Photocopy Cost | 1.60 |
| | Photocopy Cost | 1.10 |
| | Photocopy Cost | 1.10 |
| | Photocopy Cost | 1.00 |
| Apr-26-10 | Photocopy Cost | 1.20 |
| Apr-27-10 | J&J Court Transcribers | 397.70 |
| Apr-28-10 | Photocopy Cost | 3.40 |
| | Photocopy Cost | 1.00 |
| Apr-30-10 | Photocopy Cost | 3.70 |
| | Totals | $1,379.68 |

**Total Fees & Disbursements**                                         **$13,931.68**

### *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:     (302) 575-1555          Fax:  (302) 575-1714

WR Grace PD Committee                                   May 1, 2010 to May 31, 2010

Invoice No. 35646

**RE:**      WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|---|------:|-------:|
| B14 | Case Administration - | 16.30 | 4,414.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.40 | 130.00 |
| B18 | Fee Applications, Others - | 2.10 | 339.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 1.00 | 325.00 |
| B25 | Fee Applications, Applicant - | 8.20 | 1,418.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 4.60 | 1,489.50 |
| B36 | Plan and Disclosure Statement - | 11.30 | 3,585.00 |
| B37 | Hearings - | 0.10 | 32.50 |
| B41 | Relief from Stay Litigation - | 0.20 | 65.00 |
| | **Total** | **44.20** | **$11,798.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------------|-----:|------:|-------:|
| Lisa L. Coggins | 270.00 | 1.30 | 351.00 |
| Regina Matozzo | 200.00 | 6.80 | 1,360.00 |
| Theodore J. Tacconelli | 325.00 | 26.70 | 8,677.50 |
| Legal Assistant - MH | 150.00 | 9.40 | 1,410.00 |
| **Total** | | **44.20** | **$11,798.50** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                    **$401.64**

| Date | Description | Hours | Lawyer |
|------|-------------|-------|--------|
| May-01-10 | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review debtors' 35th quarterly report of settlements | 0.10 | TJT |
| | *Case Administration* - Review debtors' 35th quarterly report of asset sales | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving settlement with City of Vancouver | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review amended claim settlement notice re claim no. 6080 with attachments | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. O'Neill re proposed confirmation order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of filing proposed confirmation order by debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Continue reviewing exhibits in exhibit book to 1st amended plan as modified through 3/19/10 | 0.60 | TJT |
| May-03-10 | *Case Administration* - Review case management memo re: week ending 4/30/2010 | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review docket re case status for week ending 4/30/10; memo to T. Tacconelli and L. Coggins re same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 4/30/10 | 0.10 | TJT |
| | *Case Administration* - Review 12th amended 2019 statement by CWG and LRC | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving debtors' motion to approve settlement with Conseilersimmobiliers | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Finish reviewing exhibits in exhibit book for 1st amended plan as modified through 3/19/10 | 2.20 | TJT |
| | *Fee Applications, Others* - Download, review and revise Bilzin's 36th Quarterly Fee Application and supporting documents, prepare notice and certificate of service re same for filing on 5/14/10 | 0.50 | MH |
| May-04-10 | *Fee Applications, Applicant* - Review March 2010 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re J. Baer 35th interim period | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review certificate of counsel re proposed order disallowing 2 Canadian PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving debtors' motion to approve settlement with Fair Mall leaseholds | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' motion to approve settlement with North Star Ins. Co. with attachment | 0.80 | TJT |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Edit March 2010 prebill | 0.30 | MH |

|  |  |  |  |
|---|---|---|---|
|  | *Fee Applications, Applicant* - Modify March 10 invoice; prepare notice, fee application and certificate of service re same | 0.80 | MH |
|  | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve March 2010 fee application | 0.40 | MH |
| May-05-10 | *Case Administration* - Confer with T. Tacconelli re: various remaining case issues | 0.10 | LLC |
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
|  | *Plan and Disclosure Statement* - Research re transfer of insurance rights | 0.10 | RM |
|  | *Case Administration* - Review Fee Auditor's Final Report re Foley Hoag 35th interim period | 0.10 | TJT |
|  | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
|  | *Case Administration* - Confer with RM reduction in daily memos | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving debtors' motion to approve settlement with Atlantic Shopping Centers | 0.10 | TJT |
|  | *Relief from Stay Litigation* - Review certificate of counsel re order resolving G. Munoz motion for relief from stay | 0.10 | TJT |
| May-06-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
|  | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
|  | Committee, Creditors', Noteholders' or - Review e-mail from R. Ramphall re committee meeting | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review order approving debtors' motion to approve settlement with Employers' Mutual | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review plan proponents proposed confirmation order | 2.20 | TJT |
| May-07-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
|  | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review order expunging PD claim nos. 11627 and 12476 | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Finish review of proposed confirmation order | 1.20 | TJT |
| May-08-10 | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
|  | *Case Administration* - Review 2 miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
|  | *Relief from Stay Litigation* - Review order dismissing Munoz motion for relief from stay | 0.10 | TJT |
| May-10-10 | *Case Administration* - Review case management memo re: week ending 5-7-2010 | 0.10 | LLC |
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
|  | *Case Administration* - Review docket re case status for week ending | 0.30 | RM |

|  |  |  |  |
|---|---|---|---|
|  | 5/7/10; memo to T. Tacconelli and L. Coggins re same |  |  |
|  | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
|  | *Case Administration* - Review case status memo for week ending 5/7/10 | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Retrieve voice mail message from committee member, return call to committee member, review correspondence from committee member re status of plan | 0.30 | TJT |
|  | *Plan and Disclosure Statement* - Teleconference with committee member re plan status | 0.30 | TJT |
| May-11-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
|  | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Confer with RM re transfer of insurance rights research | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Research re transfer of insurance rights | 0.40 | TJT |
|  | *Plan and Disclosure Statement* - Prepare memo to committee member re plan status and appeals re transfer of insurance rights | 0.50 | TJT |
| May-12-10 | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
|  | *Case Administration* - Respond to fee auditor's initial report re Ferry, Joseph & Pearce's 35th interim period quarterly fee application | 3.50 | TJT |
|  | *Case Administration* - Review fee auditor's final report re K&E 35th interim period with attachments | 0.40 | TJT |
|  | *Plan and Disclosure Statement* - Review certificate of counsel re corrected order re debtors' motion to approve settlement with Employers' Mutual with attachment | 0.30 | TJT |
|  | *Plan and Disclosure Statement* - Confer with M. Joseph re status of plan | 0.10 | TJT |
| May-13-10 | *Fee Applications, Others* - Review Bilzin 36th interim quarterly fee app request for filing | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Review 36th quarterly fee app request and confer with M. Hedden re: same | 0.20 | LLC |
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
|  | Committee, Creditors', Noteholders' or - Review e-mail from R. Ramphall re committee meeting | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Perform calculations re Ferry, Joseph & Pearce's 36th quarterly period; draft fee application, notice and certificate of service re same | 3.30 | MH |
| May-14-10 | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
|  | *Case Administration* - Update fee app/CNO completion chart | 0.20 | MH |
|  | *Fee Applications, Others* - Prepare for e-filing, e-file Bilzin's 36th Quarterly Fee Application and notice thereof; serve fee application; arrange for service of notice on 2002 service list | 0.70 | MH |
|  | *Fee Applications, Applicant* - Prepare for e-filing, e-file 36th Quarterly Fee Application and notice thereof; serve fee application; arrange for service of notice on 2002 service list | 0.70 | MH |

| | | | |
|---|---|---|---|
| May-15-10 | *Case Administration* - Review debtors' monthly operating report for March 2010 | 0.50 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review claims settlement notice for claim nos. 9687 and 9688 with attachments | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review corrected order approving debtors' motion to approve settlement with Employers Mutual | 0.10 | TJT |
| May-17-10 | *Case Administration* - Confer with T. Tacconelli re: debtors filing of motion to reopen adversary proceedings | 0.10 | LLC |
| | *Case Administration* - Review debtors' motion to reopen FT cases | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by 3 Canadian PD claimants | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Research re possible reversal of Frenville 3rd circuit case re plan implications for WR Grace plan | 1.20 | TJT |
| May-18-10 | *Case Administration* - Review case management memo to  re week ending 5-14-2010 | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review docket re case status for week ending 5/14/10; memo to T. Tacconelli and L. Coggins re same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 5/14/10 | 0.10 | TJT |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
| | *Case Administration* - Review affidavit of D. Vandeusen | 0.10 | TJT |
| May-19-10 | *Fee Applications, Others* - Review Certificate of No Objection re: Bilzin March 2010 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Prepare certificate of no objection and certificate of service re Bilzin's March 2010 fee application | 0.30 | MH |
| | *Fee Applications, Others* - Review docket, prepare for filing, and e-file and serve certificate of no objection re Bilzin's March 2010 fee application | 0.40 | MH |
| May-20-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.10 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | Committee, Creditors', Noteholders' or - Review e-mail from R. Ramphall re committee meeting | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review reservation of rights by MCC re debtors' claim objection | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review objection by MCC to Libby Claimants' joinder in debtors' objection to MCC's claims | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review reply by Libby Claimants to response by MCC in opposition to debtors' objection to MCC's claims with attachment | 0.60 | TJT |

| | | | |
|---|---|---|---|
| May-21-10 | *Claims Analysis Obj. & Res. (Non-Asb)* - Confer with T. Tacconelli re MCC claims and other issues | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review amended 2019 statement by Baron and Budd | 0.10 | TJT |
| | *Case Administration* - Review notice of request for services by R. Higgins | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' response brief to MCC's reply to debtors' objection to MCC claims with numerous citations to transcripts and cases | 1.20 | TJT |
| May-23-10 | *Case Administration* -  Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review certificate of no objection re amended claims settlement notice for claim nos. 6080 and 124668 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review reply by PIFCR and PI Committee in support of debtors' objection to MCC's claims | 0.10 | TJT |
| May-24-10 | *Case Administration* - Review case management memo to  re: week ending 5-21-2010 | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review docket re case status for week ending 5/21/10; memo to T. Tacconelli and L. Coggins re same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 5/21/10 | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Deloitte Jan. 09-Sept. 09 | 0.10 | TJT |
| May-25-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's April prebill | 0.80 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review certificate of no objection re debtors' motion to approve settlement with Northstar re insurance | 0.10 | TJT |
| | *Fee Applications, Applicant* - Edit April prebill | 0.20 | MH |
| May-26-10 | *Fee Applications, Applicant* - Review Certificate of No Objection re: March 2010 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review two miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' motion to | 1.50 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | approve settlement with Harper Insurance Company with attachment |  |  |
|  | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
|  | *Fee Applications, Applicant* - Prepare certificate of no objection and certificate of service re March 2010 fee application | 0.30 | MH |
|  | *Fee Applications, Applicant* - Review docket, prepare for filing, and e-file and serve certificate of no objection re March 2010 fee application | 0.30 | MH |
| May-27-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
|  | *Case Administration* - Review certificate of counsel re Lauzon Belanger revised fee application | 0.10 | TJT |
|  | *Case Administration* - Review 4 miscellaneous certificates of no objection filed by PI Committee | 0.10 | TJT |
|  | *Case Administration* - Review Fee Auditor's Final Report re Venable 35th interim period with attachment | 0.10 | TJT |
|  | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
|  | Committee, Creditors', Noteholders' or - Review e-mail from R. Ramphall re committee meeting | 0.10 | TJT |
| May-28-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
|  | *Case Administration* - Review e-mail from B. Ruhlander re Fee Auditor's Final Report re 35th interim period -- no objections | 0.10 | TJT |
|  | *Case Administration* - Review Fee Auditor's Final Report re Caplin Drysdale 35th interim period | 0.10 | TJT |
|  | *Case Administration* - Review e-mail from J. O'Neill re fee charts for 35th interim period | 0.10 | TJT |
|  | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Modify April 10 invoice; prepare notice, fee application and certificate of service re same | 0.70 | MH |
| May-29-10 | *Case Administration* - Review Fee Auditor's Final Report re second application of Hogan Firm with attachments | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review designation of issues and appeal re 2 Canadian PD claimants | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of statement of issues on appeal by 2 Canadian PD claimants | 0.10 | TJT |
|  | *Hearings* - Review agenda for 6/7/10 hearing | 0.10 | TJT |
| May-31-10 | *Case Administration* - Review draft of 35th interim period quarterly fee charts | 0.20 | TJT |
|  | Totals | 44.20 |  |

## DISBURSEMENTS

| | | |
|---|---|---|
| May-03-10 | Photocopy Cost | 1.20 |
|  | Photocopy Cost | 1.20 |
| May-04-10 | Photocopy Cost | 1.10 |
|  | Photocopy Cost | 0.50 |

|            | Photocopy Cost                                          | 3.60      |
|------------|---------------------------------------------------------|-----------|
| May-12-10  | Photocopy Cost                                          | 2.40      |
|            | Blue Marble  - hand deliveries (Inv #13501)             | 57.00     |
| May-13-10  | Photocopy Cost                                          | 1.30      |
|            | Photocopy Cost                                          | 1.10      |
|            | Photocopy Cost                                          | 0.50      |
|            | Photocopy Cost                                          | 0.90      |
|            | Photocopy Cost                                          | 0.80      |
|            | Photocopy Cost                                          | 1.10      |
| May-14-10  | Photocopy Cost                                          | 20.40     |
|            | Photocopy Cost                                          | 1.00      |
|            | Photocopy Cost                                          | 1.00      |
| May-15-10  | Photocopy Cost                                          | 0.60      |
|            | Photocopy Cost                                          | 0.70      |
| May-17-10  | Photocopy Cost                                          | 0.60      |
|            | Photocopy Cost                                          | 2.30      |
|            | Photocopy Cost                                          | 2.20      |
| May-19-10  | Photocopy Cost                                          | 3.00      |
|            | Photocopy Cost                                          | 1.20      |
|            | postage                                                 | 8.40      |
| May-20-10  | Photocopy Cost                                          | 0.80      |
|            | Photocopy Cost                                          | 2.00      |
|            | Blue Marble  - cc- 2.80; service 12.32 (Inv # 41782)    | 15.12     |
| May-21-10  | Blue Marble  - cc- 5.60; service 12.32 (Inv # 41780)    | 17.92     |
| May-23-10  | Photocopy Cost                                          | 0.60      |
| May-24-10  | Photocopy Cost                                          | 0.90      |
|            | First State Deliveries - hand delivery                  | 6.50      |
| May-25-10  | Photocopy Cost                                          | 0.90      |
|            | Blue Marble - hand deliveries (Inv #13606)              | 209.00    |
| May-26-10  | First State Deliveries - hand deliveries                | 32.50     |
| May-27-10  | Photocopy Cost                                          | 0.50      |
|            | Photocopy Cost                                          | 0.80      |
|            | Totals                                                  | $401.64   |

**Total Fees & Disbursements**                                        **$12,200.14**

**July 28, 2010**

### Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555          Fax:  (302) 575-1714

WR Grace PD Committee                                May 1, 2010 to May 31, 2010

Invoice  #: 35924

**RE:**      WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|--|-------|--------|
| B14 | Case Administration - | 19.70 | 5,210.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.30 | 97.50 |
| B18 | Fee Applications, Others - | 2.30 | 381.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 0.20 | 65.00 |
| B25 | Fee Applications, Applicant - | 3.60 | 663.50 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 8.80 | 2,860.00 |
| B36 | Plan and Disclosure Statement - | 2.20 | 602.50 |
| B37 | Hearings - | 3.30 | 1,072.50 |
| | **Total** | **40.40** | **$10,952.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| Lisa L. Coggins | 270.00 | 1.50 | 405.00 |
| Regina Matozzo | 200.00 | 7.80 | 1,560.00 |
| Theodore J. Tacconelli | 325.00 | 24.70 | 8,027.50 |
| Legal Assistant - MH | 150.00 | 6.10 | 915.00 |
| Legal Assistant - SEK | 150.00 | 0.30 | 45.00 |
| **Total** | | **40.40** | **$10,952.50** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                              **$860.75**

July 28, 2010

| Date | Description | Hours | Lawyer |
|------|-------------|-------|--------|
| Jun-01-10 | *Case Administration* - Review agenda re; 6-7-2010 hearing | 0.10 | LLC |
| | *Case Administration* - Review case management memo re: week ending 5-28-10 | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review April 2010 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review docket re status for week ending 5/28/10; memo to T. Tacconelli and L. Coggins re same | 0.30 | RM |
| | Plan and Disclosure Statement - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review Fee Auditor's Final Report re no objections for 35th interim period | 0.20 | TJT |
| | *Case Administration* - Review case status memo for week ending 5/28/10 | 0.10 | TJT |
| | *Case Administration* - Confer with paralegal re 35th interim period quarterly fee charts | 0.20 | TJT |
| | *Case Administration* - Review notice of withdrawal of document filed by Canadian ZAI claimants | 0.10 | TJT |
| | *Case Administration* - Review supplemental 2019 statement by Cooney Conway | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 6/7/10 hearing coverage | 0.10 | TJT |
| | *Case Administration* - Revise payments received chart, spreadsheet and fee app chart re $37.50 fee reduction for 11/23/09 | 0.20 | MH |
| | *Case Administration* - Update fee app/cno filed chart and payment received chart | 0.10 | MH |
| | *Case Administration* - determine allocation of 6/1/10 payment by debtor, update payments received chart | 0.20 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve April 2010 fee application | 0.40 | MH |
| Jun-02-10 | *Fee Applications, Others* - Review Bilzin 4-2010 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
| | *Case Administration* - Review e-mail from J. O'Neill re 35th interim period fee chart | 0.10 | TJT |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Download, review and revise Bilzin's April 10 fee application and related documents, prepare certificate of service re same | 0.40 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's April 10 fee application | 0.40 | MH |
| Jun-03-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. | 0.10 | TJT |

**July 28, 2010**

|  | | | |
|---|---|---|---|
| | Ramphall re committee meeting | | |
| | *Claims Analysis Obj. & Res. (Asbestos)* - - Review debtors' designation of additional items in record on appeal re appeal by two Canadian PD claimants | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order approving debtors' motion to approve settlement with Northstar reinsurance | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Libby Claimants' response to MCC's objection to its participation in claim objection | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' reservation of rights re right of Libby Claimants, PI Committee and PIFCR to participate in MCC claim objection | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review MCC's surreply re debtors' objection to MCC claims | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review notice of withdrawal of plan objections by Allstate Insurance Co. | 0.10 | TJT |
| Jun-04-10 | *Case Administration* - Review amended notice of agenda re: June 7, 2010 hearing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re: Bilzin 36th quarterly fee app and e-mail to M. Hedden re: same | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: 36th quarterly fee app and e-mail M. Hedden re: same | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review certificate of counsel re 35th interim period project category summary and confer with paralegal | 0.20 | TJT |
| | *Case Administration* - Review certificate of counsel re proposed order re 35th interim period quarterly fee applications and prepare correspondence to J. O'Neill re same | 0.20 | TJT |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
| | *Case Administration* - Review debtors' monthly operating report for April 2010 | 0.40 | TJT |
| | *Case Administration* - Review certificate of no objection re claims settlement notice for claim numbers 9687 and 9688 | 0.10 | TJT |
| | *Case Administration* - Review certificate of counsel re revised order for substantial contribution request by Lauzon Belanger and Scarfone-Hawkins with attachments | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review notice of withdrawal of plan objections by LMI | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review 3rd circuit opinion re: Grossman's | 0.60 | TJT |
| | *Hearings* - Confer with paralegal re 6/7/10 hearing transcript | 0.10 | TJT |
| | *Hearings* - Review amended agenda for 6/7 hearing | 0.20 | TJT |
| | *Case Administration* - Confer with T. Tacconelli re possible incorrect total expense amount on fee chart for 35th interim period; review chart and related documents; review same for 34th interim period; confer with T. Tacconelli re amount was incorrectly carried over from 34th interim period fee chart | 0.20 | MH |

**July 28, 2010**

| | | | |
|---|---|---|---|
| | *Case Administration* - Cancel T. Tacconelli 's courtcall appearance re 6/7/10 hearing | 0.10 | MH |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | M |
| | *Fee Applications, Others* - Prepare certificate of no objection and certificate of service re Bilzin's 36th quarterly fee application; e-mail to L. Coggins re same | 0.30 | MH |
| | *Fee Applications, Others* - Review docket, prepare for filing, and e-file and serve certificate of no objection re Bilzin's 36th quarterly fee application | 0.30 | MH |
| | *Fee Applications, Applicant* - Prepare certificate of no objection and certificate of service re 36th quarterly fee application; e-mail to L. Coggins re same | 0.30 | MH |
| | *Fee Applications, Applicant* - Review docket, prepare for filing, and e-file and serve certificate of no objection re 36th quarterly fee application | 0.30 | MH |
| Jun-05-10 | *Case Administration* - Review certificate of counsel re substantial contribution made by Hogan Firm with attachments | 0.20 | TJT |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
| | *Hearings* - Review matters on agenda for 6/7 hearing | 1.40 | TJT |
| Jun-07-10 | *Case Administration* - Review revised order approving quarterly fee apps for 35th period and confer with T. Tacconelli re: same | 0.20 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review docket re status for week ending 6/4/10; memo to T. Tacconelli and L. Coggins re same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review correspondence from J. O'Neill re revised 35th interim period quarterly fee chart | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 6/4/10 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re participation by Libby Claimants' in debtors' objection to MCC claims | 0.10 | TJT |
| | *Hearings* - Prepare for and attend Bankruptcy Court | 0.60 | TJT |
| | *Case Administration* - Prepare, forward 6/7/10 hearing transcript request | 0.10 | SEK |
| Jun-08-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review revised order re 35th interim period quarterly fee applications with new attachment | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' motion to enter into consent decree re Blackburn superfund site with voluminous attachments | 2.40 | TJT |
| | *Plan and Disclosure Statement* - Review Travelers' notice of withdrawal of all plan objections | 0.10 | TJT |
| | *Hearings* - Review 6/7 hearing notes | 0.10 | TJT |
| Jun-09-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |

**July 28, 2010**

|  |  |  |  |
|---|---|---|---|
| | *Case Administration* - Review order approving fees and expenses of Lauzon Belanger and Scarfone Hawkins | 0.10 | TJT |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review 2 miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' motion for authority to enter into consent order re East Hampton, Mass. superfund site with attachments | 2.20 | TJT |
| Jun-10-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review 5 miscellaneous certificates of no objection filed by PI Committee | 0.10 | TJT |
| | *Case Administration* - Review debtors' motion to make pension contribution payments with attachments | 0.70 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re committee meeting | 0.10 | TJT |
| | *Hearings* - Review notice of hearing date change for 7/14 | 0.10 | TJT |
| | *Hearings* - Prepare correspondence to co-counsel re hearing date change for 7/14 | 0.20 | TJT |
| Jun-11-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review amended 2019 statement by Lipsitz and Ponterio | 0.10 | TJT |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| Jun-12-10 | *Case Administration* - Review order granting second application of Hogan Firm for administrative expense claim | 0.10 | TJT |
| | *Case Administration* - Review amended 2019 statement by E. Moody | 0.10 | TJT |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Hearings* - Memo to paralegal re date change for 7/20 hearing | 0.10 | TJT |
| | *Hearings* - Review notice of change of time for remaining 2010 omnibus hearing dates and revise calendar | 0.20 | TJT |
| Jun-14-10 | *Case Administration* - Review case management memo re: week ending June 11, 2010 | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review docket re:status for week ending 6/11/10, memo to T. Tacconelli and L. Coggins re:same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 6/11/10 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review memo from RM re insurance rights transfer and confer with RM re same and review document | 0.30 | TJT |
| | *Hearings* - Review correspondence from paralegal re 6/7/10 hearing transcript | 0.10 | TJT |
| | *Hearings* - Confer with paralegal re change of hearing start time for remaining omnibus hearing dates in 2010 | 0.10 | TJT |
| | *Case Administration* - Download 6/17/10 hearing transcript | 0.10 | MH |

**July 28, 2010**

| | | | |
|---|---|---|---|
| | *Case Administration* - Receive 6/7/10 transcript; email to MH; distribute transcript | 0.20 | SEK |
| Jun-15-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review e-mail from J. Sakalo re Grossman's opinion | 0.10 | TJT |
| | *Case Administration* - Review e-mail from committee member re comment on Grossman's opinion | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' motion to approve settlement with Munich Reinsurance with attachment | 1.40 | TJT |
| Jun-16-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Bilzin memo re 3rd circuit Grossman opinion and review parts of opinion | 0.70 | TJT |
| | *Case Administration* - Review memo from RM re transfer of insurance rights | 0.10 | TJT |
| Jun-17-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review order approving final Piper Jaffery fee application | 0.10 | TJT |
| | *Case Administration* - Review amended application for allowance of administrative expense claim for Canadian ZAI counsel from October 04 to August 08 with voluminous attachments | 2.60 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re committee meeting | 0.10 | TJT |
| Jun-19-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review three miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
| Jun-21-10 | *Case Administration* - Review case management memo re: week ending 6-18-2010 | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review docket re:status for week ending 6/18/10, memo to  T. Tacconelli and L. Coggins re:same | 0.10 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review 3 miscellaneous certificates of no objection filed by Canadian ZAI claimants | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 6/18/10 | 0.10 | TJT |
| Jun-22-10 | *Fee Applications, Applicant* - Review Certificate of No Objection re: April 2010 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare certificate of no objection and | 0.30 | MH |

|  |  |  |  |
|---|---|---|---|
|  | certificate of service re April 2010 fee application |  |  |
|  | *Fee Applications, Applicant* - Review docket, prepare for filing, and e-file and serve certificate of no objection re April 2010 fee application | 0.30 | MH |
| Jun-23-10 | *Fee Applications, Others* - Review CNO re: Bilzin April 2010 fee app for filing | 0.10 | LLC |
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
|  | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
|  | *Fee Applications, Others* – Prepare certificate of no objection and certificate of service re Bilzin's April fee application | 0.30 | MH |
|  | *Fee Applications, Others* – Review docket, prepare for filing, and e-file and serve certificate of no objection re Bilzin's April 2010 fee application | 0.30 | MH |
| Jun-24-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
|  | *Case Administration* - Review 2 miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Review  and revise Ferry, Joseph & Pearce's May prebill and confer with paralegal | 0.50 | TJT |
| Jun-25-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.20 | RM |
| Jun-26-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review certificate of counsel and report re 28th omnibus objection to claims re objection to employee claims | 0.80 | TJT |
| Jun-28-10 | *Case Administration* - Review case management memo re: week ending 6-25-10 | 0.10 | LLC |
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
|  | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
|  | *Case Administration* - Review four miscellaneous certificates of no objection filed by PI Committee | 0.10 | TJT |
|  | *Case Administration* - Review case status memo for week ending 6/25/10 | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Continue reviewing exhibits to debtors' certificate of counsel re debtors' 28th omnibus objection to claims to employee claims | 1.20 | TJT |
|  | *Fee Applications, Applicant* - Modify May 2010 invoice; prepare notice, fee application and certificate of service re same | 0.80 | MH |
| Jun-29-10 | *Case Administration* - Confer with TJT re: various *Case Administration* issues | 0.10 | LLC |
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review three miscellaneous certificates of no objection filed by Canadian ZAI claimants | 0.10 | TJT |

**July 28, 2010**

| | | | |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review certificate of no objection re debtors' motion to approve settlement with Harper Insurance Co. | 0.10 | TJT |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve May 2010 fee application | 0.40 | MH |
| Jun-30-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review certificate of no objection re debtors' motion to reopen FT cases | 0.10 | TJT |
| | *Case Administration* - Review order denying motion to reopen FT cases without prejudice | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review memo from RM re insurance transfer rights | 0.10 | TJT |
| | Totals | 40.40 | |

## DISBURSEMENTS

| | | |
|---|---|---|
| Jun-01-10 | Photocopy Cost | 3.00 |
| | Postage | 1.22 |
| Jun-02-10 | Photocopy Cost | 3.40 |
| | Photocopy Cost | 1.10 |
| | Postage | 1.39 |
| | Postage | 1.39 |
| Jun-03-10 | Photocopy Cost | 0.60 |
| | Photocopy Cost | 0.50 |
| Jun-04-10 | Photocopy Cost | 2.20 |
| | Photocopy Cost | 1.00 |
| | Photocopy Cost | 1.00 |
| Jun-07-10 | Lexis Nexis - Account # 1402RF; Inv # 1005445688 | 97.00 |
| Jun-16-10 | Photocopy Cost | 2.20 |
| | First State Deliveries - hand delivery | 6.50 |
| Jun-23-10 | First State Deliveries - hand delivery | 6.50 |
| Jun-24-10 | Photocopy Cost | 0.90 |
| | Photocopy Cost | 0.90 |
| | Photocopy Cost | 1.00 |
| | Photocopy Cost | 0.70 |
| | Blue Marble - cc 208.60; service 355.21 (Inv #42387) | 563.81 |
| Jun-25-10 | Photocopy Cost | 0.90 |
| | Photocopy Cost | 0.50 |
| | Photocopy Cost | 0.80 |
| | Photocopy Cost | 0.70 |
| Jun-28-10 | Blue Marble - cc 4.20; service 11.90 (Inv #42413) | 16.10 |
| Jun-29-10 | Photocopy Cost | 4.00 |

**Invoice No. 35924**                                          **Page Z of 26**

**July 28, 2010**

|  | Blue Marble  - hand deliveries (Inv # 13686) | 28.50 |
|---|---|---|
|  | Postage | 1.39 |
| Jun-30-10 | J&J Court Transcribers | 111.55 |
|  | Totals | $860.75 |

**Total Fees & Disbursements**                          **$11,813.25**