# EXHIBIT "B"

**EXHIBIT B**

**SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD
APRIL 1, 2010 THROUGH JUNE 30, 2010**

1.    **Case Administration – 15537 – 12.8 hours ($2,432.00)**

This matter covers the attention given to routine motions and pleadings, and preparation of responses thereto, the preparation of summaries and analyses of such papers for the PD Committee, and conference calls/meetings with the major creditor constituencies and the Debtors.

The Applicant's focus on the administration of these consolidated cases during the Application Period continued to permit the PD Committee to remain fully informed about all on-going matters pending in these consolidated cases.

During the Application Period, the Applicant spent time keeping track and researching developments that implicate property damage claims specifically and asbestos issues generally.

2.    **Creditors Committee – 15539 – .8 hours ($396.00)**

This matter covers formation and membership issues of the PD Committee.  It also covers attendance at PD Committee meetings and conference calls, and preparation of materials for and presentations thereon to the PD Committee.

During the Application Period, the Applicant generally convened weekly telephonic meetings of the PD Committee.  The Applicant prepared detailed agendas for each meeting, reviewed pending matters and issues in preparation therefore, and counseled the members in formulating a position on such matters.

Throughout its representation of the PD Committee, the Applicant has aggressively and attentively represented the interests of the PD Committee.  Assuming the role of liaison, the Applicant has continued to maintain continuous communications with the Debtors' counsel and PD

Committee members and, at times, counsel to the personal injury claimants committee, counsel to the unsecured creditors' committee, counsel to the future claimants representative, and counsel to the equity committee. The Applicant timely and professionally relayed information to PD Committee members through in-person meetings, telephone conference calls, e-mail and correspondence.

3.      **Applicant's Fee Applications – 15543 – 18.5 hours ($4,361.50)**

This matter covers time expended preparing monthly and quarterly fee applications for the Applicant. During the Application Period, the Applicant expended time preparing, drafting and filing its monthly fee applications, and interim quarterly fee application. In addition, the Applicant reviewed the report by the Fee Auditor and prepared its response thereto.

4.      **Hearings – 15544 – 9.5 hours ($3,120.50)**

This matter covers preparation for and attendance at hearings. During the Application Period, the Applicant prepared for and attended various omnibus hearings.

5.      **Business Operations– 15538 – .9 hours ($438.50)**

During the Application Period, the Applicant reviewed the pension funding motion and the defined benefit plan contribution motion.

6.      **Fee Applications of Others – 17781 – 5.6 hours ($2,515.00)**

The Applicant attended to review of the Canadian ZAI counsel's request for "substantial contribution" and the fee auditors' report regarding same. In addition, the Applicant attended to holdbacks due to Hamilton Rabinovitz and Alschuler.

7.      **Plan & Disclosure Statement – 15554 – 11.8 hours ($5,498.00)**

The Applicant reviewed the amended plan, the modified Canadian settlement documents and the proposed confirmation order and conferred with committee members regarding certain provisions and plan trustee issues.

8.      **Claims Analysis, Objection, Resolution – 15545 – 15.3 hours ($6,664.50)**

During the Application Period, the Applicant attended to the Canadian claimants statement of issues on appeal and designation of record.  The Applicant further examined the Third Circuit's en banc decision in re Grossman's overturning the Frenville precedent and prepared a memorandum to committee members regarding future claims and the implications of the decision in these cases.

9.      **Litigation Consulting – 15563 - .3 hours ($148.50)**

During the Application Period, the Applicant reviewed the order resolving the Walpole litigation matter.