# EXHIBIT "C"

 **Bilzin Sumberg**
ATTORNEYS AT LAW

May 27, 2010

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  173991

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH April 30, 2010

### CLIENT SUMMARY

BALANCE AS OF- 04/30/10

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| 01- Case Administration - .15537 | $608.00 | $530.35 | $1,138.35 |
| 07 - Applicant's Fee Application - .15543 | $3,045.00 | $0.00 | $3,045.00 |
| 08 - Hearings - .15544 | $1,940.50 | $0.00 | $1,940.50 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) - .15545 | $679.00 | $0.00 | $679.00 |
| 18 - Plan & Disclosure Statement - .15554 | $1,583.50 | $0.00 | $1,583.50 |
| 30 - Fee Application of Others - .17781 | $86.00 | $0.00 | $86.00 |
| *Client Total* | *$7,942.00* | *$530.35* | *$8,472.35* |

## CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 1.70 | $675.00 | $1,147.50 |
| Kramer, Matthew I | 0.60 | $425.00 | $255.00 |
| Sakalo, Jay M | 4.30 | $495.00 | $2,128.50 |
| Snyder, Jeffrey I | 2.10 | $340.00 | $714.00 |
| Flores, Luisa M | 8.80 | $215.00 | $1,892.00 |
| Kurtz, Nicole | 9.50 | $190.00 | $1,805.00 |

*TOTAL PROFESSIONAL FEES THIS PERIOD*        **$7,942.00**

## CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone | $9.73 |
| Pacer - Online Services | $345.52 |
| Copies | $175.10 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | *$530.35* |

| | |
|---|---|
| TOTAL BALANCE DUE THIS PERIOD | $8,472.35 |

MIAMI 2191818.1 7481715537

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

**RE: 01- Case Administration**

| 04/01/10 | NK | 0.20 | 38.00 | Review and analyze docket and send email to J.Sakalo and M.Kramer thereon |
|----------|----|------|-------|---------------------------------------------------------------------------|
| 04/05/10 | NK | 0.20 | 38.00 | Review and analyze docket and send email to M.Kramer and J.Sakalo thereon |
| 04/06/10 | NK | 0.20 | 38.00 | Review and analyze docket and send email to J.Sakalo and M.Kramer thereon |
| 04/07/10 | NK | 0.20 | 38.00 | Review and analyze docket and send email to J.Sakalo and M.Kramer thereon |
| 04/08/10 | NK | 0.20 | 38.00 | Review and analyze docket and send email to J.Sakalo and M.Kramer thereon |
| 04/12/10 | NK | 0.20 | 38.00 | Research docket and send email to J.Sakalo and M.Kramer thereon |
| 04/13/10 | NK | 0.20 | 38.00 | Review and analyze docket and send email to J.Sakalo and M.Kramer thereon |
| 04/15/10 | NK | 0.20 | 38.00 | Review and analyze docket and send email to J.Sakalo and M.Kramer thereon |
| 04/19/10 | NK | 0.20 | 38.00 | Review and analyze docket and send email to J.Sakalo and M.Kramer thereon |
| 04/20/10 | NK | 0.20 | 38.00 | Review and analyze docket and send email to J.Sakalo and M.Kramer thereon |
| 04/21/10 | NK | 0.20 | 38.00 | Review and analyze docket and send email to J.Sakalo and M.Kraner thereon |
| 04/22/10 | NK | 0.20 | 38.00 | Review and analyze docket and send email to J.Sakalo and M.Kramer thereon |
| 04/27/10 | NK | 0.20 | 38.00 | Review and analyze docket and send email to J.Sakalo and M.Kramer thereon |
| 04/28/10 | NK | 0.20 | 38.00 | Review and analyze docket and send email to J.Sakalo and M.Kramer thereon |
| 04/29/10 | NK | 0.20 | 38.00 | Review and analyze docket and send email to J.Sakalo and M.Kramer thereon |
| 04/30/10 | NK | 0.20 | 38.00 | Review and analyze docket and send email to J.Sakalo and M.Kramer thereon |

**PROFESSIONAL SERVICES**                                                    **$608.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### COSTS ADVANCED

| | | |
|---|---|---|
| 03/31/10 | Long Distance Telephone 1(803)943-4444; 3 Mins. | 5.56 |
| 03/31/10 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: RB0120-Q12010; DATE: 4/7/2010 - Account#RB0120 | 55.44 |
| 03/31/10 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: RB0120-Q12010; DATE: 4/7/2010 - Account#RB0120 | 287.04 |
| 03/31/10 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: RB0120-Q12010; DATE: 4/7/2010 - Account#RB0120 | 3.04 |
| 04/26/10 | Long Distance Telephone 1(212)446-4800; 2 Mins. | 4.17 |
| 04/19/10 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 04/09/10 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 04/16/10 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 04/16/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 04/16/10 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 04/16/10 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 04/16/10 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 04/16/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 04/16/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/16/10 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 04/19/10 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 04/19/10 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 04/19/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/06/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/19/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/19/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 04/19/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 04/19/10 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 04/19/10 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 04/21/10 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 04/21/10 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 04/26/10 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 04/26/10 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 04/26/10 | Copies 54 pgs @ 0.10/pg | 5.40 |
| 04/26/10 | Copies 55 pgs @ 0.10/pg | 5.50 |
| 04/26/10 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 04/26/10 | Copies 36 pgs @ 0.10/pg | 3.60 |
| 04/26/10 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 04/26/10 | Copies 32 pgs @ 0.10/pg | 3.20 |
| 04/26/10 | Copies 37 pgs @ 0.10/pg | 3.70 |
| 04/26/10 | Copies 42 pgs @ 0.10/pg | 4.20 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 04/26/10 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 04/26/10 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 04/26/10 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 04/26/10 | Copies 37 pgs @ 0.10/pg | 3.70 |
| 04/26/10 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 04/26/10 | Copies 39 pgs @ 0.10/pg | 3.90 |
| 04/26/10 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 04/26/10 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 04/26/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 04/26/10 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 04/26/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/26/10 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 04/26/10 | Copies 54 pgs @ 0.10/pg | 5.40 |
| 04/26/10 | Copies 51 pgs @ 0.10/pg | 5.10 |
| 04/26/10 | Copies 51 pgs @ 0.10/pg | 5.10 |
| 04/26/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 04/26/10 | Copies 52 pgs @ 0.10/pg | 5.20 |
| 04/26/10 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 04/26/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 04/26/10 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 04/26/10 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 04/26/10 | Copies 55 pgs @ 0.10/pg | 5.50 |
| 04/26/10 | Copies 69 pgs @ 0.10/pg | 6.90 |
| 04/26/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/26/10 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 04/26/10 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 04/26/10 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 04/26/10 | Copies 29 pgs @ 0.10/pg | 2.90 |
| 04/26/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/27/10 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 04/27/10 | Copies 59 pgs @ 0.10/pg | 5.90 |
| 04/27/10 | Copies 32 pgs @ 0.10/pg | 3.20 |
| 04/27/10 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 04/27/10 | Copies 55 pgs @ 0.10/pg | 5.50 |
| 04/27/10 | Copies 55 pgs @ 0.10/pg | 5.50 |
| 04/27/10 | Copies 55 pgs @ 0.10/pg | 5.50 |
| 04/27/10 | Copies 70 pgs @ 0.10/pg | 7.00 |
| 04/27/10 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 04/29/10 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 04/29/10 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/29/10 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/29/10 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 04/29/10 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/29/10 | Copies 2 pgs @ 0.10/pg | 0.20 |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 04/30/10 | Copies 87 pgs @ 0.10/pg | | | 8.70 |
|---|---|---|---|---|

**TOTAL COSTS ADVANCED** $530.35

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kurtz, Nicole | 3.20 | $190.00 | $608.00 |
| *TOTAL* | *3.20* | | *$608.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone | $9.73 |
| Pacer - Online Services | $345.52 |
| Copies | $175.10 |
| *TOTAL* | *$530.35* |

**CURRENT BALANCE DUE THIS MATTER** $1,138.35

**Atty – SLB**
**Client No.: 74817/15543**

RE: 07 - Applicant's Fee Application

| 04/07/10 | LMF | 0.60 | 129.00 | Review costs on March 2010 prebill, obtain statement for professional services from advisor and meet with accounting regarding edits to same. |
| 04/07/10 | JIS | 0.70 | 238.00 | Review and revise March prebill. |
| 04/08/10 | LMF | 0.70 | 150.50 | Begin preparation of quarterly fee application. |
| 04/08/10 | NK | 0.50 | 95.00 | Begin working on Jan-March 2010 invoice |
| 04/12/10 | LMF | 0.80 | 172.00 | Work on preparation of quarterly application. |
| 04/13/10 | LMF | 0.40 | 86.00 | Review and edit draft of quarterly fee application. |
| 04/13/10 | NK | 2.00 | 380.00 | Complete 36th interim fee application for Bilzin Sumberg |
| 04/16/10 | LMF | 0.40 | 86.00 | Attend to trust account and disbursements. |
| 04/19/10 | LMF | 1.30 | 279.50 | Attend to finalizing statement, disbursement request, notice and summary and submit to local counsel for filing. |
| 04/21/10 | LMF | 1.50 | 322.50 | Finalize description of services and fee application for attorney's review. |
| 04/21/10 | JIS | 1.30 | 442.00 | Review and revise 36th quarterly fee application and confer with L. Flores thereon. |
| 04/22/10 | LMF | 0.60 | 129.00 | Further revisions to quarterly application and submit to local counsel for filing. |
| 04/28/10 | LMF | 0.40 | 86.00 | Review fee auditor's initial response for 35th quarterly application and meet with accounting for backup. |
| 04/28/10 | JMS | 0.30 | 148.50 | Review order approving holdbacks from fraudulent transfer litigation and emails to F. Rabinovitz and D. Hilton thereon (.3). |
| 04/29/10 | LMF | 0.90 | 193.50 | Draft response to fee auditor's interim report for 35th quarterly period. |
| 04/30/10 | LMF | 0.50 | 107.50 | Revise and email response to fee auditor's interim report for the 35th quarterly fee application period. |

PROFESSIONAL SERVICES                                                                    $3,045.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.30 | $495.00 | $148.50 |
| Snyder, Jeffrey I | 2.00 | $340.00 | $680.00 |
| Flores, Luisa M | 8.10 | $215.00 | $1,741.50 |
| Kurtz, Nicole | 2.50 | $190.00 | $475.00 |
| *TOTAL* | *12.90* | | *$3,045.00* |

CURRENT BALANCE DUE THIS MATTER                                                          $3,045.00

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15544**

### RE: 08 - Hearings

| | | | | |
|---|---|---|---|---|
| 04/06/10 | NK | 1.20 | 228.00 | Arrange for telephonic hearing appearances for all attorneys and send confirmation emails thereon |
| 04/07/10 | LMF | 0.30 | 64.50 | Review agenda, emails and court call confirmations. |
| 04/07/10 | NK | 0.20 | 38.00 | Attend to telephonic hearing appearance cancellation |
| 04/16/10 | JIS | 0.10 | 34.00 | Emails from/to M. Kramer regarding coverage of 4/19 hearing. |
| 04/16/10 | NK | 1.00 | 190.00 | Prepare notebook for omnibus hearing |
| 04/19/10 | JMS | 2.80 | 1,386.00 | Prepare for and attend omnibus hearing (2.8). |

**PROFESSIONAL SERVICES** $1,940.50

#### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 2.80 | $495.00 | $1,386.00 |
| Snyder, Jeffrey I | 0.10 | $340.00 | $34.00 |
| Flores, Luisa M | 0.30 | $215.00 | $64.50 |
| Kurtz, Nicole | 2.40 | $190.00 | $456.00 |
| *TOTAL* | *5.60* | | *$1,940.50* |

**CURRENT BALANCE DUE THIS MATTER** $1,940.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15545**

RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)

| 04/19/10 | JMS | 0.30 | 148.50 | Telephone conference with D. Speights regarding PD claim issue (.3). |
|---|---|---|---|---|
| 04/19/10 | JMS | 0.60 | 297.00 | Telephone conference with A. Madian regarding terminating role as PD expert and emails with A. Madian regarding same (.6). |
| 04/30/10 | JMS | 0.30 | 148.50 | Telephone conference with A. Madian regarding status of case (.3). |
| 04/30/10 | MIK | 0.20 | 85.00 | Telephone call with creditor regarding status of case (.2). |

PROFESSIONAL SERVICES                                                    $679.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 0.20 | $425.00 | $85.00 |
| Sakalo, Jay M | 1.20 | $495.00 | $594.00 |
| *TOTAL* | *1.40* | | *$679.00* |

CURRENT BALANCE DUE THIS MATTER                                          $679.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15554**

RE: 18 - Plan & Disclosure Statement

| | | | | |
|---|---|---|---|---|
| 04/12/10 | SLB | 0.70 | 472.50 | Review revised confirmation objection matrix and stipulation of Morgan Stanley regarding post-petition interest on line of credit obligations (.7). |
| 04/26/10 | MIK | 0.40 | 170.00 | Review revised plan (.4). |
| 04/26/10 | NK | 0.80 | 152.00 | Review and analyze docket and send email to J.Sakalo and M.Kramer thereon (0.2); assist M. Kramer regarding plan and disclosure statement. |
| 04/27/10 | NK | 0.60 | 114.00 | Assist M. Kramer regarding plan and disclosure statement. |
| 04/28/10 | SLB | 0.20 | 135.00 | Email from A. Rich and circulate same regarding selection of Class 7 Trustee (.2). |
| 04/29/10 | SLB | 0.80 | 540.00 | Email from and to A. Rich and to and from E. Westbrook and to PD Committee regarding nomination of PD Trustees (.5); telephone call from M. Dies regarding same (.3). |

PROFESSIONAL SERVICES                                                                 $1,583.50

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 1.70 | $675.00 | $1,147.50 |
| Kramer, Matthew I | 0.40 | $425.00 | $170.00 |
| Kurtz, Nicole | 1.40 | $190.00 | $266.00 |
| *TOTAL* | *3.50* | | *$1,583.50* |

CURRENT BALANCE DUE THIS MATTER                                                      $1,583.50

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**RE: 30 - Fee Application of Others**

04/09/10    LMF    0.40    86.00    Confirm trust balances for disbursement to professionals.

**PROFESSIONAL SERVICES**                                                          $86.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Flores, Luisa M | 0.40 | $215.00 | $86.00 |
| *TOTAL* | *0.40* | | *$86.00* |

**CURRENT BALANCE DUE THIS MATTER**                                      $86.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP



**Bilzin Sumberg**
ATTORNEYS AT LAW

June 7, 2010

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  174295

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH May 31, 2010

## CLIENT SUMMARY

**BALANCE AS OF- 05/31/10**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| 01- Case Administration - .15537 | $1,216.00 | $503.29 | $1,719.29 |
| 03 - Creditors Committee - .15539 | $247.50 | $0.00 | $247.50 |
| 07 - Applicant's Fee Application - .15543 | $290.00 | $0.00 | $290.00 |
| 18 - Plan & Disclosure Statement - .15554 | $3,723.50 | $0.00 | $3,723.50 |
| *Client Total* | *$5,477.00* | *$503.29* | *$5,980.29* |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

200 S. Biscayne Boulevard, Suite 2500, Miami, FL 33131-5340   Tel 305.374.7580   Fax 305.374.7593                    www.bilzin.com

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Baena, Scott L | 0.40 | $675.00 | $270.00 |
| Kramer, Matthew I | 3.70 | $425.00 | $1,572.50 |
| Sakalo, Jay M | 4.30 | $495.00 | $2,128.50 |
| Snyder, Jeffrey I | 0.60 | $340.00 | $204.00 |
| Flores, Luisa M | 0.40 | $215.00 | $86.00 |
| Kurtz, Nicole | 6.40 | $190.00 | $1,216.00 |

*TOTAL PROFESSIONAL FEES THIS PERIOD* **$5,477.00**

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Long Distance Telephone | $15.29 |
| Messenger Services | $12.50 |
| Postage | $120.90 |
| Copies | $354.60 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | **$503.29** |



**TOTAL BALANCE DUE THIS PERIOD** **$5,980.29**

**RE: 01- Case Administration**

| 05/03/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
|---|---|---|---|---|
| 05/04/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 05/04/10 | NK | 2.50 | 475.00 | Attend to amended plan and exhibits. |
| 05/04/10 | NK | 0.00 | 0.00 | Make an additional copy to the amended plan and exhibit binder to keep for future mailings of plan and exhibit binders |
| 05/05/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 05/06/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 05/07/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 05/10/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 05/11/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 05/12/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 05/13/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 05/17/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 05/18/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 05/19/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer |
| 05/20/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 05/21/10 | NK | 0.30 | 57.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 05/24/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 05/25/10 | NK | 0.30 | 57.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 05/26/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 05/27/10 | NK | 0.30 | 57.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |

**PROFESSIONAL SERVICES**                                        **$1,216.00**



**Costs Advanced**

| 05/05/10 | Postage | 120.90 |
|---|---|---|
| 05/05/10 | Messenger Services VENDOR: Lightning Courier Corp.; INVOICE#: 41269; DATE: 5/6/2010 - Account#W2034 | 12.50 |
| 05/24/10 | Long Distance Telephone 1(803)943-4444; 10 Mins. | 15.29 |
| 05/04/10 | Copies 1,094 pgs @ 0.10/pg | 109.40 |
| 05/04/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/04/10 | Copies 54 pgs @ 0.10/pg | 5.40 |
| 05/04/10 | Copies 55 pgs @ 0.10/pg | 5.50 |
| 05/04/10 | Copies 69 pgs @ 0.10/pg | 6.90 |
| 05/04/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 05/04/10 | Copies 51 pgs @ 0.10/pg | 5.10 |
| 05/04/10 | Copies 51 pgs @ 0.10/pg | 5.10 |
| 05/04/10 | Copies 52 pgs @ 0.10/pg | 5.20 |
| 05/05/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/05/10 | Copies 51 pgs @ 0.10/pg | 5.10 |
| 05/05/10 | Copies 52 pgs @ 0.10/pg | 5.20 |
| 05/05/10 | Copies 54 pgs @ 0.10/pg | 5.40 |
| 05/05/10 | Copies 55 pgs @ 0.10/pg | 5.50 |
| 05/05/10 | Copies 69 pgs @ 0.10/pg | 6.90 |
| 05/05/10 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 05/05/10 | Copies 29 pgs @ 0.10/pg | 2.90 |
| 05/05/10 | Copies 29 pgs @ 0.10/pg | 2.90 |
| 05/05/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/05/10 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 05/05/10 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 05/05/10 | Copies 37 pgs @ 0.10/pg | 3.70 |
| 05/05/10 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 05/05/10 | Copies 39 pgs @ 0.10/pg | 3.90 |
| 05/05/10 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 05/05/10 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 05/05/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 05/05/10 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 05/05/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/05/10 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 05/05/10 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 05/05/10 | Copies 32 pgs @ 0.10/pg | 3.20 |
| 05/05/10 | Copies 37 pgs @ 0.10/pg | 3.70 |
| 05/05/10 | Copies 42 pgs @ 0.10/pg | 4.20 |
| 05/05/10 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 05/05/10 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 05/05/10 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 05/05/10 | Copies 4 pgs @ 0.10/pg | 0.40 |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 05/05/10 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 05/05/10 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 05/05/10 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/05/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/05/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 05/05/10 | Copies 51 pgs @ 0.10/pg | 5.10 |
| 05/05/10 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 05/05/10 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 05/05/10 | Copies 55 pgs @ 0.10/pg | 5.50 |
| 05/05/10 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 05/05/10 | Copies 36 pgs @ 0.10/pg | 3.60 |
| 05/05/10 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 05/05/10 | Copies 54 pgs @ 0.10/pg | 5.40 |
| 05/13/10 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 05/13/10 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 05/13/10 | Copies 87 pgs @ 0.10/pg | 8.70 |
| 05/21/10 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 05/21/10 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 05/21/10 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 05/21/10 | Copies 67 pgs @ 0.10/pg | 6.70 |
| 05/21/10 | Copies 29 pgs @ 0.10/pg | 2.90 |
| 05/21/10 | Copies 30 pgs @ 0.10/pg | 3.00 |
| 05/04/10 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/04/10 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 05/04/10 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/04/10 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 05/04/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 05/04/10 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 05/04/10 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 05/04/10 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 05/04/10 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 05/04/10 | Copies 54 pgs @ 0.10/pg | 5.40 |
| 05/04/10 | Copies 55 pgs @ 0.10/pg | 5.50 |
| 05/04/10 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 05/04/10 | Copies 36 pgs @ 0.10/pg | 3.60 |
| 05/04/10 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 05/04/10 | Copies 32 pgs @ 0.10/pg | 3.20 |
| 05/04/10 | Copies 37 pgs @ 0.10/pg | 3.70 |
| 05/04/10 | Copies 42 pgs @ 0.10/pg | 4.20 |
| 05/04/10 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 05/04/10 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 05/04/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/04/10 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 05/04/10 | Copies 29 pgs @ 0.10/pg | 2.90 |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 05/04/10 | Copies 6 pgs @ 0.10/pg  | 0.60 |
| 05/04/10 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 05/04/10 | Copies 39 pgs @ 0.10/pg | 3.90 |
| 05/04/10 | Copies 37 pgs @ 0.10/pg | 3.70 |
| 05/04/10 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 05/04/10 | Copies 9 pgs @ 0.10/pg  | 0.90 |
| 05/04/10 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 05/04/10 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 05/04/10 | Copies 4 pgs @ 0.10/pg  | 0.40 |
| 05/04/10 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 05/04/10 | Copies 1 pgs @ 0.10/pg  | 0.10 |

**TOTAL COSTS ADVANCED**                                                                 $503.29

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kurtz, Nicole | 6.40 | $190.00 | $1,216.00 |
| **TOTAL** | **6.40** | | **$1,216.00** |

### MATTER SUMMARY OF COSTS ADVANCED

| Long Distance Telephone | $15.29 |
|---|---|
| Messenger Services | $12.50 |
| Postage | $120.90 |
| Copies | $354.60 |
| **TOTAL** | **$503.29** |

**CURRENT BALANCE DUE THIS MATTER**                                                      $1,719.29

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15539**

**RE: 03 - Creditors Committee**

| 04/05/10 | JMS | 0.30 | 148.50 | Review agenda and email to Committee thereon (.3). |
| 05/05/10 | JMS | 0.20 | 99.00 | Email to D. Scott and D. Speights regarding committee call. |

**PROFESSIONAL SERVICES**                                              $247.50

#### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- |
| Sakalo, Jay M | 0.50 | $495.00 | $247.50 |
| *TOTAL* | *0.50* | | *$247.50* |

**CURRENT BALANCE DUE THIS MATTER**                                    $247.50

  BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15543**

RE: **07 - Applicant's Fee Application**

| 05/05/10 | JIS | 0.50 | 170.00 | Review and revise April prebill. |
| 05/18/10 | LMF | 0.40 | 86.00 | Review status of prebill and meet with accounting regarding same. |
| 05/18/10 | JIS | 0.10 | 34.00 | Conference with M. Kramer regarding substantial contribution / fee enhancement provisions. |

PROFESSIONAL SERVICES                                         $290.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.60 | $340.00 | $204.00 |
| Flores, Luisa M | 0.40 | $215.00 | $86.00 |
| *TOTAL* | *1.00* | | *$290.00* |

CURRENT BALANCE DUE THIS MATTER                              $290.00

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15554**

RE: **18 - Plan & Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| 05/04/10 | JMS | 1.40 | 693.00 | Emails with R. Levy and M. Dies regarding amended plan (.3); review same (1.1). |
| 05/12/10 | SLB | 0.40 | 270.00 | Email exchange with D. Hogan et al regarding Canadian ZAI substantial contribution motion (.4). |
| 05/18/10 | MIK | 0.80 | 340.00 | Review proposed confirmation order (.8). |
| 05/20/10 | MIK | 2.30 | 977.50 | Review proposed confirmation order (.8); review modified Canadian settlement documents (1.5). |
| 05/24/10 | JMS | 0.70 | 346.50 | Telephone conference with D. Speights regarding plan trustee issues (.4); review news article on Libby updates (.3). |
| 05/25/10 | MIK | 0.60 | 255.00 | Review plan modifications (.6). |
| 05/28/10 | JMS | 1.70 | 841.50 | Review revised Grace plan and email to Committee members regarding certain provisions therein (1.4); telephone conference with J. Baer regarding same (.3). |

PROFESSIONAL SERVICES $3,723.50

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.40 | $675.00 | $270.00 |
| Kramer, Matthew I | 3.70 | $425.00 | $1,572.50 |
| Sakalo, Jay M | 3.80 | $495.00 | $1,881.00 |
| *TOTAL* | *7.90* | | *$3,723.50* |

CURRENT BALANCE DUE THIS MATTER $3,723.50

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Bilzin Sumberg**
ATTORNEYS AT LAW

July 31, 2010

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   175662

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
   THROUGH June 30, 2010

## CLIENT SUMMARY

**BALANCE AS OF- 06/30/10**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| 01- Case Administration - .15537 | $608.00 | $255.01 | $863.01 |
| 02 - Debtors' Business Operations - .15538 | $438.50 | $0.00 | $438.50 |
| 03 - Creditors Committee - .15539 | $148.50 | $0.00 | $148.50 |
| 07 - Applicant's Fee Application - .15543 | $1,026.50 | $0.00 | $1,026.50 |
| 08 - Hearings - .15544 | $1,180.00 | $0.00 | $1,180.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) - .15545 | $5,985.50 | $0.00 | $5,985.50 |
| 18 - Plan & Disclosure Statement - .15554 | $191.00 | $0.00 | $191.00 |
| 27 - Litigation Consulting - .15563 | $148.50 | $0.00 | $148.50 |
| 30 - Fee Application of Others - .17781 | $2,429.00 | $0.00 | $2,429.00 |
| *Client Total* | *$12,155.50* | *$255.01* | *$12,410.51* |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Baena, Scott L | 2.30 | $675.00 | $1,552.50 |
| Kramer, Matthew I | 3.90 | $425.00 | $1,657.50 |
| Sakalo, Jay M | 9.10 | $495.00 | $4,504.50 |
| Snyder, Jeffrey I | 6.70 | $340.00 | $2,278.00 |
| Trevorrow, Tara V | 0.30 | $315.00 | $94.50 |
| Flores, Luisa M | 3.70 | $215.00 | $795.50 |
| Kurtz, Nicole | 6.70 | $190.00 | $1,273.00 |

**TOTAL PROFESSIONAL FEES THIS PERIOD**          **$12,155.50**

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Long Distance Telephone-Outside Services | $188.00 |
| Westlaw-Online Legal Research | $20.01 |
| Copies | $47.00 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$255.01** |

| **TOTAL BALANCE DUE THIS PERIOD** | **$12,410.51** |
|---|---|

**Atty – SLB**
**Client No.: 74817/15537**

RE: **01- Case Administration**

| | | | | |
|---|---|---|---|---|
| 06/01/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 06/02/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 06/03/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 06/04/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 06/07/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 06/08/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 06/09/10 | NK | 0.20 | 38.00 | Review docket and send email including requested documents to J.Sakalo and M.Kramer |
| 06/10/10 | NK | 0.10 | 19.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 06/11/10 | NK | 0.10 | 19.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 06/15/10 | NK | 0.10 | 19.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 06/16/10 | NK | 0.10 | 19.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 06/17/10 | NK | 0.10 | 19.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 06/18/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 06/21/10 | NK | 0.10 | 19.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 06/22/10 | NK | 0.10 | 19.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 06/23/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 06/24/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 06/25/10 | NK | 0.10 | 19.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 06/28/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 06/29/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |

PROFESSIONAL SERVICES                                                    **$608.00**

### COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 04/07/10 | Long Distance Telephone-Outside Services COURT CALLS 04/07/10 through 04/23/10 to be transfered when identified - VENDOR: DINERS CLUB; INVOICE#: 03/25/10-04/26/10; DATE: 4/26/2010 - Acct. #5306220025395504 | 158.00 |
| 04/07/10 | Long Distance Telephone-Outside Services COURT CALLS 04/07/10 through 04/23/10 to be transfered when identified - VENDOR: DINERS CLUB; INVOICE#: 03/25/10-04/26/10; DATE: 4/26/2010 - Acct. #5306220025395504 | 30.00 |
| 05/18/10 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 820730128; DATE: 6/1/2010 - Account#5306-2200-2539-5504 | 20.01 |
| 06/03/10 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 06/03/10 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 06/03/10 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 06/03/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 06/03/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 06/03/10 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 06/03/10 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 06/03/10 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 06/03/10 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 06/03/10 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 06/03/10 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 06/03/10 | Copies 27 pgs @ 0.10/pg | 2.70 |
| 06/03/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 06/03/10 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 06/03/10 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 06/03/10 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 06/03/10 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 06/03/10 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 06/03/10 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 06/03/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/03/10 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 06/03/10 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 06/03/10 | Copies 31 pgs @ 0.10/pg | 3.10 |
| 06/03/10 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 06/03/10 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 06/04/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 06/04/10 | Copies 23 pgs @ 0.10/pg | 2.30 |
| 06/08/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 06/15/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 06/22/10 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 06/22/10 | Copies 9 pgs @ 0.10/pg | 0.90 |

| 06/22/10 | Copies 39 pgs @ 0.10/pg | 3.90 |
| 06/22/10 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 06/22/10 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 06/29/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 06/29/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 06/29/10 | Copies 1 pgs @ 0.10/pg | 0.10 |

**TOTAL COSTS ADVANCED**                                        $255.01

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kurtz, Nicole | 3.20 | $190.00 | $608.00 |
| **TOTAL** | **3.20** | | **$608.00** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone-Outside Services | $188.00 |
| Westlaw-Online Legal Research | $20.01 |
| Copies | $47.00 |
| **TOTAL** | **$255.01** |

**CURRENT BALANCE DUE THIS MATTER**                            $863.01

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15538**

**RE: 02 - Debtors' Business Operations**

| | | | | |
|---|---|---|---|---|
| 06/03/10 | JMS | 0.80 | 396.00 | Review pension funding motion (.8). |
| 06/22/10 | MIK | 0.10 | 42.50 | Review defined benefit plan contribution motion (.1). |

**PROFESSIONAL SERVICES** $438.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 0.10 | $425.00 | $42.50 |
| Sakalo, Jay M | 0.80 | $495.00 | $396.00 |
| *TOTAL* | *0.90* | | *$438.50* |

**CURRENT BALANCE DUE THIS MATTER** $438.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15539**

RE: **03 - Creditors Committee**

| | | | | |
|---|---|---|---|---|
| 06/01/10 | JMS | 0.30 | 148.50 | Review hearing agenda and email to committee thereon (.3). |

**PROFESSIONAL SERVICES**                                              $148.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.30 | $495.00 | $148.50 |
| *TOTAL* | *0.30* | | *$148.50* |

**CURRENT BALANCE DUE THIS MATTER**                                   $148.50

**Atty – SLB**
**Client No.: 74817/15543**

RE: **07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 06/02/10 | LMF | 1.10 | 236.50 | Review edits to prebill, prepare notice and summary and submit to local counsel for filing. |
| 06/04/10 | JIS | 0.50 | 170.00 | Review and revise May prebill. |
| 06/08/10 | LMF | 0.70 | 150.50 | Review and revise notice and summary of May fees. |
| 06/08/10 | NK | 1.00 | 190.00 | Preparation of notice of filing fee application and summary of fee application for Bilzin Sumberg's May 2010 fees |
| 06/17/10 | LMF | 0.60 | 129.00 | Review and finalize notice and summary for May fees and costs. |
| 06/30/10 | LMF | 0.70 | 150.50 | Finalize and submit notice, summary and statement of fees for May 2010. |

PROFESSIONAL SERVICES $1,026.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.50 | $340.00 | $170.00 |
| Flores, Luisa M | 3.10 | $215.00 | $666.50 |
| Kurtz, Nicole | 1.00 | $190.00 | $190.00 |
| *TOTAL* | *4.60* | | *$1,026.50* |

CURRENT BALANCE DUE THIS MATTER $1,026.50

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15544**

RE:  08 - Hearings

| 06/01/10 | NK | 1.00 | 190.00 | Arrange telephonic appearances for attorneys for the hearing on June 7, 2010 |
| 06/02/10 | NK | 0.50 | 95.00 | Send telephonic hearing confirmations to all attorneys |
| 06/03/10 | NK | 1.00 | 190.00 | Prepare notebook for June 7, 2010 hearing |
| 06/07/10 | JMS | 0.50 | 247.50 | Attend omnibus hearing by phone (.5). |
| 06/07/10 | MIK | 0.60 | 255.00 | Attend Grace hearing telephonically. |
| 06/16/10 | SLB | 0.30 | 202.50 | Review transcript of 6/7 hearing (.3). |

PROFESSIONAL SERVICES                                              $1,180.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- |
| Baena, Scott L | 0.30 | $675.00 | $202.50 |
| Kramer, Matthew I | 0.60 | $425.00 | $255.00 |
| Sakalo, Jay M | 0.50 | $495.00 | $247.50 |
| Kurtz, Nicole | 2.50 | $190.00 | $475.00 |
| *TOTAL* | *3.90* | | *$1,180.00* |

CURRENT BALANCE DUE THIS MATTER                                   $1,180.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15545**

RE:  09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)

| 06/02/10 | JMS | 0.40 | 198.00 | Review Canadian claimants statement of issues on appeal and designation of record on appeal (.4). |
| 06/03/10 | JIS | 0.70 | 238.00 | Emails from/to J. Sakalo and read Grossman's decision overturning Frenville. |
| 06/04/10 | JIS | 0.30 | 102.00 | Conference with J. Sakalo regarding Grossmans case and implications for 524(g) cases, Grace, etc. |
| 06/08/10 | JMS | 0.50 | 247.50 | Review memo regarding Grossman's decision on future claims issues (.5). |
| 06/08/10 | JIS | 5.00 | 1,700.00 | Draft memorandum to committee regarding Grossman's decision overturning Frenville precedent; revisions to same. |
| 06/08/10 | TVT | 0.30 | 94.50 | Review and revise Frenville memo. |
| 06/10/10 | JMS | 1.30 | 643.50 | Review pleadings regarding MCC claim objection (1.3). |
| 06/15/10 | SLB | 0.90 | 607.50 | Committee report/inquiries regarding Frenville reversal and implications in Grace case (.9). |
| 06/15/10 | JMS | 3.70 | 1,831.50 | Review and revise memo to Committee regarding Grossman's decision (2.4); follow up telephone conference with M. Dies thereon (.4); emails with E. Westbrook thereon (.3); emails with D. Rosendorf thereon (.3); |
| 06/15/10 | JIS | 0.20 | 68.00 | Conference with J. Sakalo and partial call with M. Dies regarding Grossman's memo (0.2). |
| 06/15/10 | MIK | 0.60 | 255.00 | Revise memorandum on Third Circuit decision. |

PROFESSIONAL SERVICES                                                                                     $5,985.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.90 | $675.00 | $607.50 |
| Kramer, Matthew I | 0.60 | $425.00 | $255.00 |
| Sakalo, Jay M | 5.90 | $495.00 | $2,920.50 |
| Snyder, Jeffrey I | 6.20 | $340.00 | $2,108.00 |
| Trevorrow, Tara V | 0.30 | $315.00 | $94.50 |
| *TOTAL* | *13.90* | | *$5,985.50* |

CURRENT BALANCE DUE THIS MATTER                                                                   $5,985.50

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15554**

### RE: 18 - Plan & Disclosure Statement

| 06/08/10 | JMS | 0.30 | 148.50 | Review analyst report regarding Sealed Air financials (.3). |
| 06/22/10 | MIK | 0.10 | 42.50 | Review Munich regarding settlement motion (.1). |

PROFESSIONAL SERVICES                                                        $191.00

#### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- |
| Kramer, Matthew I | 0.10 | $425.00 | $42.50 |
| Sakalo, Jay M | 0.30 | $495.00 | $148.50 |
| *TOTAL* | *0.40* | | *$191.00* |

CURRENT BALANCE DUE THIS MATTER                                              $191.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15563**

RE:  27 - Litigation Consulting

06/24/10   JMS   0.30   148.50   Review revised order resolving Walpole litigation (.3).

PROFESSIONAL SERVICES                                                          $148.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.30 | $495.00 | $148.50 |
| *TOTAL* | *0.30* | | *$148.50* |

CURRENT BALANCE DUE THIS MATTER                                                $148.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/17781**

RE: 30 - Fee Application of Others

| | | | | |
|---|---|---|---|---|
| 05/04/10 | SLB | 0.70 | 472.50 | Attention to Canadian ZAI counsel's request for "substantial contribution" fees and email from A. Rich regarding same and interoffice conference with J. Sakalo regarding same (.7). |
| 06/02/10 | JMS | 0.70 | 346.50 | Review fee auditor reports regarding Canadian counsel fee applications (.7). |
| 06/16/10 | SLB | 0.40 | 270.00 | Review amended application and exhibits from Canadian ZAI counsel (.4). |
| 06/16/10 | JMS | 0.30 | 148.50 | Emails with R. Mangus regarding holdback fees (.3); |
| 06/17/10 | LMF | 0.60 | 129.00 | Review email and follow up with respect to payment of holdback fees for various professionals. |
| 06/22/10 | MIK | 2.50 | 1,062.50 | Review Canadian ZAI substantial contribution motion and exhibits (2.5). |

PROFESSIONAL SERVICES                                                                                   $2,429.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 1.10 | $675.00 | $742.50 |
| Kramer, Matthew I | 2.50 | $425.00 | $1,062.50 |
| Sakalo, Jay M | 1.00 | $495.00 | $495.00 |
| Flores, Luisa M | 0.60 | $215.00 | $129.00 |
| *TOTAL* | *5.20* | | *$2,429.00* |

CURRENT BALANCE DUE THIS MATTER                                                                $2,429.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP