# Attachment A
## Summary of PwC's Fees By Individual:
## Thirty Seventh Interim Quarterly Reporting Period
## April 1 - June 30, 2010

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Quarter Ended June 30, 2010

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| George Baccash | Tax Partner | 30 | Integrated Audit | $ 592.80 | 39.5 | $ 23,415.60 |
| Saverio M Fato | Audit Partner | 20+ | Integrated Audit | $ 720.09 | 13.5 | $ 9,721.22 |
| Robert F Eydt | Audit Partner | 25+ | Integrated Audit | $ 1,019.81 | 2.0 | $ 2,039.62 |
| Thomas E Smith | Audit Partner | 21 | Integrated Audit | $ 720.09 | 100.5 | $ 72,369.05 |
| Justin Bray | Audit Senior Manager | 8 | Integrated Audit | $ 422.91 | 199.7 | $ 84,455.13 |
| Alison Nicole Garleb | Audit Manager | 6 | Integrated Audit | $ 299.72 | 167.9 | $ 50,322.99 |
| Ronaldo T Garay | Project Specialist | 6 | Integrated Audit | $ 133.35 | 1.5 | $ 200.03 |
| Jerry Puzey | Tax Manager | 6 | Integrated Audit | $ 301.60 | 75.0 | $ 22,620.00 |
| Jacqueline Bravo | Tax Senior Associate | 3 | Integrated Audit | $ 228.80 | 89.0 | $ 20,363.20 |
| Todd Chesla | Tax Senior Associate | 3 | Integrated Audit | $ 228.80 | 25.5 | $ 5,834.40 |
| Elizabeth Sama | Tax Senior Associate | 3 | Integrated Audit | $ 156.00 | 42.0 | $ 6,552.00 |
| Romina Miguez | Project Specialist | 3 | Integrated Audit | $ 133.35 | 2.2 | $ 293.37 |
| Lynda Buzzard | Audit Senior Associate | 4 | Integrated Audit | $ 233.68 | 1.2 | $ 280.42 |
| Ellen J Calfo | Audit Senior Associate | 3 | Integrated Audit | $ 233.68 | 278.6 | $ 65,103.25 |
| Pavel Katsiak | Audit Senior Associate | 3 | Integrated Audit | $ 215.90 | 241.0 | $ 52,031.90 |
| Louisa Feve | Project Specialist | 3 | Integrated Audit | $ 133.35 | 1.5 | $ 200.03 |
| Christina M Kmetz | Project Specialist | 1 | Integrated Audit | $ 133.35 | 2.0 | $ 266.70 |
| Kristina N Johnson | Audit Associate | 1 | Integrated Audit | $ 161.29 | 162.1 | $ 26,145.11 |
| Kathleen Elizabeth Bradley | Audit Associate | >1 | Integrated Audit | $ 127.00 | 242.5 | $ 30,797.50 |
| Amer Ali | Project Specialist | 1 | Integrated Audit | $ 133.35 | 6.0 | $ 800.10 |
| Shahin Rahmani | Audit Associate | 3 | Integrated Audit | $ 161.29 | 107.6 | $ 17,354.80 |
| Anthony Moral | Project Specialist | 7 | Integrated Audit | $ 133.35 | 1.5 | $ 200.03 |
| Craig Matthew Dieterle | Project Specialist | 4 | Integrated Audit | $ 133.35 | 4.6 | $ 613.41 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Eric Palmer | Project Specialist | 4 | Integrated Audit | $ | 133.35 | 7.9 | $ 1,053.47 |
| Jonathan W Gochoco | Audit Partner | 20+ | Integrated Audit | $ | 1,019.81 | 2.0 | $ 2,039.62 |
| Paul R Kepple | Audit Partner | 20+ | Integrated Audit | $ | 1,019.81 | 1.0 | $ 1,019.81 |
| Cody L Smith | Audit Partner | 20+ | Integrated Audit | $ | 1,019.81 | 1.5 | $ 1,529.72 |
| David C Sands | Director | 8 | Integrated Audit | $ | 422.91 | 1.7 | $ 718.95 |
| Kenneth Stoler | Director | 20+ | Integrated Audit | $ | 723.90 | 0.5 | $ 361.95 |
| Phillip Crosby | Audit Senior Associate | 3 | Integrated Audit | $ | 227.34 | 1.5 | $ 341.01 |
| Shawn C Mcneilly | Audit Associate | 1 | Integrated Audit | $ | 161.29 | 69.3 | $ 11,177.40 |
| Corey A Cines | Audit Intern | <1 | Integrated Audit | $ | 63.50 | 12.3 | $ 781.05 |
| Victoria Gibson | Project Specialist | 1 | Integrated Audit | $ | 133.35 | 6.9 | $ 920.12 |
| | | | | | | | |
| | | | | | | | |
| Totals | | | | | | 1,911.5 | $ 511,922.91 |

## Summary of PwC's Fees By Project:
## Thirty Seventh Interim Quarterly Reporting Period
## April 1 - June 30, 2010

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', | | |

| | | |
|---|---|---|
| Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 54.0 | $8,859.41 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 1,911.5 | $511,922.91 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 1,965.5 | $520,782.32 |

PricewaterhouseCoopers LLP
Summary of Expenses
Thirty Seventh Interim Quarterly Reporting Period
April 1 - June 30, 2010

| Type of Expense | Audit Expenses |
|---|---|
| Transportation | $ 5,624.26 |
| Lodging | $ - |
| Sundry | $ 1,207.30 |
| Business Meals | $ 181.37 |
| Grand Total for the Fee Period April 1 through June 30, 2010 | $ 7,012.93 |