IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
JUNE 1, 2010 THROUGH JUNE 30, 2010

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

(Curtis Bay FUSRAP Bankruptcy Claim Resolution)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

July 31, 2010  
Client/Matter #   01246-011548  
Invoice # 136727  
Federal ID# 52-1247549

For Legal Services Rendered Through 06/30/10 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Curtis Bay FUSRAP Bankruptcy Claim Resolution</u>

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 06/01/10 | P. Marks | 1.60 | Prepare for and conduct telephone conference with P. Bucens re ROD draft; follow-up notes and scheduling re same; follow-up telephone conference with P. Bucens and L. Duff re same. |

Total Hours :   1.60

Total Fees :   $704.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 136727  
July 31, 2010  
PAGE   2

**Disbursements:**

    Duplicating                                                        19.20

                                         **Total Disbursements :**                        $19.20

**Time Summary:**

|            | Hours Worked | Billed Per Hour | Bill Amount |
|------------|--------------|-----------------|-------------|
| P. Marks   | 1.60         | $440.00         | $704.00     |

                                           **Total Fees :**                               $704.00

                                   **Total Disbursements :**                      $19.20

                                         **TOTAL DUE :**                              $723.20

# EXHIBIT B

(Curtis Bay RCRA 2)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

July 31, 2010
Client/Matter #  01246-013923
Invoice # 136726
Federal ID# 52-1247549

For Legal Services Rendered Through 06/30/10 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Curtis Bay RCRA 2**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 06/01/10 | P. Marks | 1.10 | Telephone conference with team re sampling plan development. |
| 06/03/10 | P. Marks | 1.00 | Review EPA correspondence; coordinate with client re same. |
| 06/04/10 | P. Marks | 3.40 | Evaluate EPA correspondence; telephone conference with L. Duff re same; telephone conference with client team re filter cake landfill and associated sampling. |
| 06/07/10 | P. Marks | 2.00 | Prepare for and conduct telephone conference with L. Duff re team meeting and client team telephone conference. |
| 06/08/10 | P. Marks | 1.20 | Telephone conference with L. Duff re EPA issues and related tasks; follow-up re same. |
| 06/09/10 | P. Marks | 4.40 | Prepare summary of issues and evaluate same. |
| 06/10/10 | P. Marks | 5.70 | Prepare summary of issues; conference with L. Duff and B. Errera (and M. Obradovic by phone) at plant re same. |

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  136726
                                                             July 31, 2010
                                                             PAGE   2

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 06/14/10 | P. Marks | 7.30 | Telephone conference with L. Duff re research, strategy, and legal arguments; conference with L. Duff re same and to prepare for internal and external meetings. |
| 06/15/10 | P. Marks | 1.30 | Follow-up tasks and meeting preparation. |
| 06/16/10 | P. Marks | 3.20 | Coordination telephone conference with L. Duff; prepare for and conduct telephone conference with L. Duff to prepare for client briefings and EPA meeting. |
| 06/21/10 | P. Marks | 2.90 | Coordinate with L. Duff re preparation for internal briefing and EPA meetings; research and analyze RCRA subparts BB and CC issues. |
| 06/22/10 | P. Marks | 4.80 | Prepare for and attend pre-meeting and conference with G. Poling, B. Corcoran, and other Grace team members re path forward. |
| 06/24/10 | P. Marks | 6.70 | Evaluate and research RCRA Subpart BB interpretation; attend conference with L. Duff, R. Errera, J. Covalanski, M. Obradovic re same and follow-up discussions. |
| 06/25/10 | P. Marks | 1.10 | Coordinate with M. Obradovic and team re path forward for EPA meeting preparation; review documents re same. |
| 06/29/10 | P. Marks | 1.80 | Review additional information re Subpart BB issues and prepare for conference re same; telephone conference with L. Duff re same. |
| 06/30/10 | P. Marks | 5.40 | PRepare for, including collection of information and directing H. Knight, and then attend client team meeting at Curtis Bay to focus on OMC facts. |
| 06/30/10 | H. Knight | 0.30 | Conference with P. Marks re gathering materials for agency meeting; pull Federal Register notice. |

                                        Total Hours :              53.60

                                        Total Fees :          $23,530.00

BEVERIDGE & DIAMOND, P.C.                                     INVOICE #  136726
                                                              July 31, 2010
                                                              PAGE   3

**Time Summary:**

|              | Hours Worked | Billed Per Hour | Bill Amount |
|--------------|-------------:|----------------:|------------:|
| P. Marks     | 53.30        | $440.00         | $23,452.00  |
| H. Knight    | 0.30         | $260.00         | $78.00      |
|              |              | **Total Fees :**| **$23,530.00** |
|              |              | **TOTAL DUE :** | **$23,530.00** |