**EXHIBIT B – Part 1**

<u>**Compensation by Project Category:**</u>
<u>**April 1, 2010 – June 30, 2010;**</u>

**and**

<u>**Monthly Fee Statement for the Period from:**</u>
<u>**April 1, 2010 – April 30, 2010**</u>

**WR GRACE & CO**

**COMPENSATION BY PROJECT CATEGORY**

**APRIL 1, 2010 - JUNE 30, 2010**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 8.4 | $ 6,072.00 |
| 0013 | Business Operations | 7.6 | $ 5,636.00 |
| 0014 | Case Administration | 35.3 | 7,238.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 3.2 | 2,224.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 54.2 | 39,025.00 |
| 0018 | Fee Application, Applicant | 28.0 | 12,772.00 |
| 0019 | Creditor Inquiries | 3.4 | 2,951.00 |
| 0020 | Fee Application, Others | 11.7 | 3,334.00 |
| 0021 | Employee Benefits, Pension | 9.5 | 6,602.50 |
| 0022 | Environmental Matters/Regulations/Litigation | 42.9 | 29,410.50 |
| 0035 | Travel - Non Working | 4.0 | 3,500.00 |
| 0036 | Plan and Disclosure Statement | 12.8 | 10,204.00 |
| 0037 | Hearings | 8.3 | 6,566.50 |
| | | | |
| | **Sub Total** | **229.3** | **$ 135,536.00** |
| | **Less 50% Travel** | **(2.0)** | **(1,750.00)** |
| | **Total** | **227.3** | **$ 133,786.00** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|                              |     |                                                    |
|------------------------------|-----|----------------------------------------------------|
| In re:                       | )   | Chapter 11                                         |
|                              | )   |                                                    |
|                              | )   | Case No. 01-01139 (JKF)                            |
| W.R. GRACE & CO., et al.,    | )   | (Jointly Administered)                             |
|                              | )   |                                                    |
| Debtors.                     | )   | **Objection Deadline:**                            |
|                              | )   | **June 17, 2010 at 4:00 p.m.**                     |
|                              | )   | **Hearing date:  To be scheduled only if objections** |
|                              | )   | **are timely filed and served.**                   |

<u>**NOTICE OF FILING OF MONTHLY FEE APPLICATION**</u>

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel

to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee

of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and

(7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

    Stroock & Stroock & Lavan LLP ("Stroock"), counsel to the Official Committee of

Unsecured Creditors (the "Committee") of the above captioned debtor and debtors in possession

in the above-captioned chapter 11 cases, filed and served the One Hundred and Ninth Monthly

Fee Application of Stroock & Stroock & Lavan LLP for Interim Compensation and for

Reimbursement of Expenses for the services rendered during the period April 1, 2010 through

April 30, 2010, seeking compensation in the amount of $44,465.00 and reimbursement for actual

and necessary expenses in the amount of $265.51.

    Objections or responses to the Monthly Fee Application, if any, must be made in writing

and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market

Street, 3rd Floor, Wilmington, Delaware 19801, on or before **June 17, 2010 at 4:00 p.m.**

    At the same time you must also serve a copy of the objections or responses, if any, upon

the Affected Professional and each of the following:  (i) co-counsel for the Debtors, Theodore L.

Date Filed:___5/28/2010___

Docket No.:___24859___

Freedman, Esquire, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022 (fax number 212-446-4900), and James E. O'Neill, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400), and Janet S. Baer, Esquire, The Law Offices of Janet S. Baer, P.C., 70 West Madison Street, Suite 2100, Chicago, IL 60602 (Fax number 312-641-2165); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod LLP, Wachovia Building, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number  212-644-6755), and Mark Hurford, Esquire, Campbell & Levine, LLC, 800 N. King Street, Suite 300, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel  to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins LLP, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Neil B. Glassman, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) co-counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (fax

number 212-715-8000), and Teresa K.D. Currier, Esquire, Saul Ewing LLP, 222 Delaware Avenue, Wilmington, Delaware 19801 (Fax number 302-421-6813); (vii) the Office of the United States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); and (viii) the Fee Auditor, Bobbi Ruhlander, Warren H. Smith and Associates, P.C., Republic Center, 325 N. St. Paul, Suite 1250, Dallas, TX 75201 (Fax number 214-722-0081).

**[Remainder of Page Left Intentionally Blank]**

Dated: May 28, 2010
       Wilmington, Delaware

**RESPECTFULLY SUBMITTED,**

*/s/Michael R. Lastowski*
Michael R. Lastowski, Esq. (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:     (302) 657-4901
E-mail:        mlastowski@duanemorris.com
E-mail:        rwriley@duanemorris.com

William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
Suite 1200
744 Broad Street
Newark, NJ 07102-3889
Telephone:    (973) 424-2000
Facsimile:     (973) 424-2001
E-mail:        wskatchen@duanemorris.com

and

Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:    (212) 806-5400
Facsimile:     (212) 806-6006
E-mail:        lkruger@stroock.com
                 kpasquale@stroock.com

Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline:** |
|  | ) | June 17, 2010 at 4:00 p.m. |
|  | ) | Hearing date:  To be scheduled only if objections |
|  |  | are timely filed and served. |

**ONE HUNDRED AND NINTH MONTHLY FEE APPLICATION OF STROOCK &
STROOCK & LAVAN LLP FOR COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM APRIL 1, 2010 THROUGH APRIL 30, 2010**

| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and reimbursement is sought | **April 1, 2010 – April 30, 2010** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$44,465.00     (80%: $35,572.00)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$265.51** |

This is an: ☒ interim ☐ final application

**Attachment A**

**Monthly Interim Fee Applications**

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| May 30, 2001 D.I.339 | 4/12/01-4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 D.I.613 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111.943.00 | $6,884.73 |
| July 30, 2001 D.I.772 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| September 5, 2001 D.I.889 | 7/1/01-7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 D.I.983 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 D.I.1058 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 D.I.1239 | 10/1/01 – 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 D.I.1470 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 D.I.1608 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 D.I.1812 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 D.I.1951 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |
| May 8, 2002 D.I.2029 | 03/01/02 – 03/31/02 | $77,964.25 | $1,190.44 | $62,371.40 | $1,190.44 |
| June 3, 2002 D.I.2156 | 04/01/02-04/30/02 | $97,251.50 | $1,816.40 (Stroock) $9,772.37 (Chambers) | $77,801.20 | $11,588.86 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| July 2, 2002 D.I.2324 | 05/01/02 – 05/31/02 | $74,910.75 | $2,9154.43 (Stroock) $43,190.69 (Chambers) | $59,928.60 | $46,105.12 |
| August 5, 2002 D.I.2495 | 06/01/02 – 06/30/02 | $73,096.75 | $2,054.05 (Stroock) $114,666.72 (Chambers) | $58,477.4011 | $116,720.77 |
| September 20, 2002 D.I.2720 | 07/01/02 – 07/31/02 | $90,903.27 | $1,250.79 (Stroock) $11,996.25 (Chambers) | $72,722.61 | $13,274.04 |
| October 29, 2002 D.I.2898 | 08/01/02 – 08/31/02 | $93,151.25 | $11,539.51 (Stroock) $5,046.70 (Chambers) | $74,521.00 | $16,586.21 |
| November 14, 2002 D.I.2981 | 09/01/02 – 09/30/02 | $96,613.25 | $15,567.77 (Stroock) $771.50 (Chambers) | $77,290.60 | $16,339.27 |
| December 10, 2002 D.I.3129 | 10/1/02 – 10/31/02 | $68,404.00 | $2,956.54 (Stroock) $1,780.75 (Chambers) | $54,723.20 | $4,737.29 |
| January 28, 2003 D.I.3286 | 11/1/02 – 11/30/02 | $75,345.50 | $8,712.16 (Stroock) | $60,276.40 | $8,712.16 |
| February 7, 2003 D.I.3349 | 12/1/02 – 12/31/02 | $27,683.50 | $13,332.14 (Stroock) | $22,146.80 | $13,332.14 |
| March 26, 2003 D.I.3552 | 1/1/03 – 1/31/03 | $88,139.00 | $1,210.11 (Stroock) | $70,511.20 | $1,210.11 |
| April 7, 2003 D.I.3626 | 2/1/03 – 2/28/03 | $76,313.00 | $2,022.78 (Stroock) $1,077.80 (Chambers) | $61,050.40 | $3,100.58 |
| April 29, 2003 D.I. 3718 | 3/1/03 – 3/31/03 | $60,163.50 | $6,191.15 (Stroock) | $48,130.80 | $6,191.15 |
| June 2, 2003 D.I. 3850 | 4/1/03 – 4/30/03 | $60,269.00 | $814.02 (Stroock) $2,043.00 (Chambers) | $48,215.20 | $2,857.02 |
| July 1, 2003 D.I. 3983 | 5/1/03 – 5/31/03 | $111,990.50 | $691.84 (Stroock) $9,830.50 (Chambers) | $89,592.40 | $10,522.34 |
| August 5, 2003 D.I. 4152 | 6/1/03 – 6/30/03 | $43,824.00 | $1,220.42 (Stroock) $61,755.00 (Chambers) | $35,059.20 | $62,975.42 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
| | | Fees | Expenses | Fees | Expenses |
| --- | --- | --- | --- | --- | --- |
| September 4, 2003<br>D.I. 4381 | 7/1/03 – 7/31/03 | $79,090.50 | $2,301.33 (Stroock)<br>$14,274.25 (Chambers) | $55,941.60 | $16,575.58 |
| September 30, 2003<br>D.I. 4512 | 8/1/03 – 8/31/03 | $69,927.00 | $1,164.19 (Stroock)<br>$12,488.94 (Chambers) | $55,941.60 | $13,653.13 |
| October 29, 2003<br>D.I. 4625 | 9/1/03 – 9/30/03 | $69,409.50 | $1,076.94 (Stroock)<br>$10,102.00 (Chambers) | $55,527.60 | $11,178.94 |
| December 19, 2002<br>D.I. 4843 | 10/1/03 – 10/31/03 | $96,980.50 | $3,800.45 (Stroock)<br>$42,881.50 (Chambers) | $77,584.40 | $46,681.95 |
| January 23, 2003<br>D.I. 4976 | 11/1/03 – 11/30/03 | $66,428.50 | $1,225.38 (Stroock)<br>$30,463.00 (Navigant f/k/a Chambers) | $53,142.80 | $31,688.38 |
| February 4, 2004<br>D.I. 5056 | 12/1/03 – 12/31/03 | $52,321.50 | $924.99 (Stroock)<br>$27,005.00 (Navigant f/k/a Chambers) | $41,857.20 | $27,929.99 |
| March 17, 2004<br>D.I. 5309 | 1/1/04 – 1/31/04 | $65,980.50 | $1,917.93 (Stroock)<br>$47,654.57 (Navigant f/k/a Chambers) | $52,784.40 | $49,572.50 |
| April 6, 2004<br>D.I. 5406 | 2/1/04 – 2/29/04 | $90,421.50 | $3,636.48 (Stroock)<br>$35,492.50 (Navigant f/k/a Chambers) | $72,337.20 | $39,128.98 |
| April 28, 2004<br>D.I. 5498 | 3/1/04 – 3/31/04 | $103,524.00 | $5,567.34 (Stroock) | $82,819.20 | $5,567.34 |
| June 14, 2004<br>D.I. 5803 | 4/1/04 – 4/30/04 | $99,136.00 | $3,518.96 (Stroock)<br>$1,515.00 (Navigant February)<br>$49,667.00 (Navigant March)<br>$80,307.11 (Navigant April) | $79,308.80 | $135,008.07 |
| July 2, 2004<br>D.I. 5917 | 5/1/04 – 5/31/04 | $134,324.50 | $2,409.97 (Stroock)<br>$78,360.05 (Navigant May) | $107,459.60 | $80,770.02 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 2, 2004 D.I. 6105 | 6/1/04 – 6/30/04 | $120,501.00 | $1,831.49 (Stroock) $62,625.00 (Navigant June) | $96,400.80 | $64,456.49 |
| September 9, 2004 D.I. 6341 | 7/1/04 – 7/31/04 | $72,394.00 | $3,461.84 (Stroock) $40,427.50 (Navigant July) | $57,915.20 | $43,889.34 |
| September 23, 2004 D.I. 6444 | 8/1/04 – 8/31/04 | $70,457.00 | $1,764.40 (Stroock) | $56,365.60 | $1,764.40 |
| October 14, 2004 D.I. 6625 | 9/1/04 – 9/30/04 | $83,903.50 | $1,535.61 (Stroock) $27,142.00 (Navigant August) | $67,122.80 | $28,677.61 |
| December 3, 2004 D.I. 7086 | 10/1/04 – 10/31/04 | $200,155.50 | $1,368.18 (Stroock) $ 24,659.00 (Navigant September) | $160,124.40 | $26,027.18 |
| January 7, 2005 D.I. 7481 | 11/1/04 – 11/30/04 | $218,608.50 | $14,019.09 (Stroock) $25,102.80 (Navigant October) $27,972.34 (Navigant November) | $174,886.80 | $67,094.23 |
| February 2, 2005 D.I. 7667 | 12/1/04 – 12/31/04 | $235,503.70 | $10,442.92 (Stroock) $62,687.97 (Navigant December) | $188,402.96 | $73,130.89 |
| March 15, 2005 D.I. 8026 | 1/1/05 – 1/31/05 | $187,168.00 | $4,411.55 (Stroock) $15,686.00 (Navigant January) | $149,734.40 | $20,097.55 |
| April 1, 2005 D.I. 8155 | 2/1/05 – 2/28/05 | $108,180.25 | $8,102.85 (Stroock) $18,303.37 (Navigant February) | $86,544.20 | $26,406.22 |
| April 25, 2005 D.I. 8331 | 3/1/05 – 3/31/05 | $56,941.25 | $287.23 (Stroock) $6,114.86 (Navigant March) | $45,553.00 | $6,402.09 |
| June 6, 2005 D.I.  8562 | 4/1/05 – 4/30/05 | $127,695.00 | $3,531.45 (Stroock) $20,129.06 (Navigant April) | $102,156.00 | $23,660.51 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| June 28, 2005 D.I. 8704 | 5/1/05 – 5/31/05 | $115,453.75 | $858.21(Stroock) | $78,855.20 | $858.21 |
| August 3, 2005 D.I. 9135 | 6/1/05 – 6/30/05 | $114,903.75 | $4,871.74 (Stroock) $34,075.28 (Navigant) | $91,923.00 | $38,947.02 |
| September 8, 2005 D.I. 9356 | 7/1/05 – 7/31/05 | $117,780.75 | $2,088.44 (Stroock) $2,211.00 (Navigant) | 94,224.60 | $4,299.44 |
| October 14, 2005 D.I. 9565 | 8/1/05 8/31/05 | $106,796.25 | $5,046.99 (Stroock) $18,550.00 (Navigant) | $85,437.00 | $23,596.99 |
| November 1, 2005 D.I. 10951 | 9/1/05 9/31/05 | $67,697.50 | $1,399.68 (Stroock) $11,197.50 (Navigant) | $54,158.00 | $12,597.18 |
| November 29, 2005 D.I. 11202 | 10/1/05 - 10/31/05 | $98,216.75 | $1,611.30 (Stroock) $11,582.50 (Navigant) | $78,573.40 | $13,193.80 |
| January 9, 2006 D.I. 11507 | 11/1/05 11/30/05 | $104,348.00 | $2,847.45 (Stroock) $71,598.50 (Navigant) | $83,478.40 | $74.445.95 |
| January 30, 2006 D.I. 11655 | 12/1/05 – 12/31/05 | $96,855.00 | $1,379.53 (Stroock) $20,317.49 (Navigant) | $77,484.00 | $21,697.02 |
| March 1, 2006 D.I. 11921 | 1/1/06 – 1/31/06 | $73,383.00 | $1,810.85 (Stroock) $14,124.01 (Navigant) | $58,706.40 | $15,934.86 |
| March 28, 2006 D.I. 12134 | 2/1/06 – 2/28/06 | $105,083.75 | $1,434.62 (Stroock) $25,971.70 (Navigant) | $84,067.00 | $27,406.32 |
| May 2, 2006 D.I. 12354 | 3/1/2006 - 3/31/2006 | $145,189.50 | $2,512.81 (Stroock) $25,838.37 (Navigant) | $116,151.60 | $28,351.18 |
| May 31, 2006 D.I. 12558 | 4/1/2006 - 4/30/2006 | $116,817.00 | $2,141.42 (Stroock) $7,425.00 (Navigant) | $93,453.60 | $9,566.42 |
| July 6, 2006 D.I. 12748 | 5/1/2006 – 5/31/2006 | $121,304.50 | $1,838.71 (Stroock) $17,493.75 (Navigant) | $97,043.60 | $19,332.46 |
| August 1, 2006 D.I. 12899 | 6/1/2006 – 6/30/2006 | $94,856.50 | $1,869.66 (Stroock) $38,548.75 (Navigant) | $75,885.20 | $40,418.41 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
| | | Fees | Expenses | Fees | Expenses |
|---|---|---|---|---|---|
| August 30, 2006 D.I. 13117 | 7/1/2006 – 7/31/2006 | $97,397.25 | $496.76 (Stroock) $30,280.00 (Navigant) | $77,917.80 | $30,776.76 |
| October 2, 2006 D.I. 13336 | 8/1/2006- 8/31/2006 | $131,856.25 | $98.34 (Stroock) $98,317.50 (Navigant) | $105,485.00 | $98,415.84 |
| November 2, 2006 D.I. 13559 | 9/1/2006 – 9/30/2006 | $150,960.00 | $4,147.01 (Stroock) $91,179.11 (Navigant) | $120,768.00 | $95,326.12 |
| November 29, 2006 D.I. 13838 | 10/1/06 – 10/31/06 | $196,223.50 | $915.14 (Stroock) $147,374.20 (Navigant) | $156,978.89 | $148,289.34 |
| January 12, 2007 D.I. 14292 | 11/1/06 – 11/30/06 | $188,638.00 | $3,370.16 (Stroock) $133,438.70 (Navigant) | $150,910.40 | $136,808.86 |
| January 29, 2007 D.I. 14415 | 12/1/06 – 12/31/06 | $99,832.00 | $5,752.89 (Stroock) $55,245.22 (Navigant) | $79,865.60 | $60,998.11 |
| March 8, 2007 D.I. 14810 | 1/1/2007 1/31/2007 | $77,582.00 | $962.06 (Stroock) $90,474.74 (Navigant) | $62,065.60 | $91,436.80 |
| April 10, 2007 D.I. 15132 | 2/1/2007 2/28/2007 | $119,140.50 | $3.092.88 (Stroock) $77,301.25 (Navigant) | $95.312.40 | $80,394.13 |
| May 1, 2007 D.I. 15457 | 3/1/2007 – 3/31/2007 | $135,228.00 | $6,635.25 (Stroock) $104,674.53 (Navigant) | $108,182.40 | $111,309.78 |
| June 22, 2007 D.I. 16136 | 4/1/2007 – 4/30/2007 | $177,646.00 | $815.81 (Stroock) $173,437.45 (Navigant) | $142,116.80 | $174,253.26 |
| July 17,2007 D.I. 16309 | 5/1/2007 – 5/31/2007 | $205,937.25 | $6,405.01 (Stroock) $162,431.03 (Navigant) | $164,749.80 | $168,836.04 |
| August 10, 2007 D.I. 16528 | 6/1/2007 – 6/30.2007 | $225,650.50 | $5,929.97 (Stroock) $200,294.81 (Navigant) | $180,520.40 | $206,224.78 |
| September 14, 2007 D.I. 16822 | 7/1/2007 – 7/31/2007 | $157.268.50 | $4,021.65 (Stroock) $208,116.54 (Navigant) | $125,814.80 | $212,138.19 |
| October 1, 2007 D.I. 16959 | 8/1/2007 – 8/31/2007 | $145,866.50 | $3,354.61 (Stroock) $210,152.54 (Navigant) | $116,693.20 | $213,507.15 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| November 19, 2007 D.I. 17394 | 9/1/2007 – 9/30/2007 | $206,908.50 | $3,056.89 (Stroock) | $165,526.80 | $3,056.89 |
| December 5, 2007 D.I. 17548 | 10/1/07 - 10/31/07 | $288,976.50 | $22,324.58 (Stroock) $325,509.63 (Navigant) | $231,181.20 | $347,834.21 |
| January 11, 2008 D.I. 17803 | 11/1/07 – 11/30/07 | $249,372.50 | $32,780.40 (Stroock) $162,394.93 (Navigant) | $199,498.00 | $195,175.33 |
| February 1, 2008 D.I. 17957 | 12/1/07 – 12/31/97 | $116,522.50 | $57,717.92 (Stroock) $47,444.43 (Navigant) | $93,218.00 | $105,162.35 |
| March 4, 2008 D.I. 18202 | 1/1/08 – 1/31/08 | $201,472.50 | $3,282.80 (Stroock) $86,070.26 (Navigant) | $161,178.00 | $89,353.06 |
| April 4, 2008 D.I. 18450 | 2/1/08 – 2/29/08 | $195,491.00 | $5,922.25 (Stroock) $73,924.16 (Navigant) | $156,392.80 | $79,846.41 |
| April 29, 2008 D.I. 18639 | 3/1/08 – 3/31/08 | $275,659.00 | $11,217.17 (Stroock) $69,201.53 (Navigant) | $220,527.20 | $80,418.70 |
| June 4, 2008 D.I. 18862 | 4/1/08 - 4/30/08 | $298,888.00 | $10,143.60 (Stroock) $38,800.00 (Navigant) | $239,110.40 | $48,943.60 |
| July 1, 2008 D.I. 19032 | 5/1/08 - 5/31/08 | $138,683.50 | $3,649.95 (Stroock) | $110,946.80 | $3,649.95 |
| August 4, 2008 D.I. 19224 | 6/1/2008 - 6/30/2008 | $213,559.00 | $12,357.78 (Stroock) $96.84 (Navigant) | $170,847.20 | $12,454.62 |
| September 10, 2008 D.I. 19516 | 7/1/2008 - 7/31/2008 | $206,087.50 | $6,717.13 (Stroock) $259.90 (Navigant) | $164.870.00 | $6,977.03 |
| September 30, 2008 D.I. 19653 | 8/1/2008 – 8/31/2008 | $212,928.50 | $2,326.65 (Stroock) | $170,342.80 | $2,326.65 |
| November 6, 2008 D.I. 19949 | 9/1/2008 – 9/30/2008 | $226,486.50 | $2,844.77 (Stroock) | $181,189.20 | $2,844.77 |
| December 2, 2008 D.I. 20174 | 10/1/08 – 10/31/08 | $270,097.00 | $10,611.52 (Stroock) | $216,077.60 | $10,611.52 |

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| December 30, 2008 D.I. 20384 & 20385 | 11/1/08 – 11/30/08 | $184,642.00 | $5,870.24 (Stroock) | $147,713.60 | $5,870.24 |
| February 3, 2009 D.I. 20654 | 12/1/08 – 12/31/08 | $102,648.50 | $4,017.80 (Stroock) | $82,118.80 | $4,017.80 |
| March 3, 2009 D.I. 20906 | 1/1/09 – 1/31/09 | $114,525.00 | $2,458.44 (Stroock) | $91,620.00 | $2,458.44 |
| March 30, 2009 D.I. 21152 | 2/1/09 – 2/28/09 | $141,569.00 | $1,627.89 (Stroock) | $113,255.20 | $1,627.89 |
| April 29, 2009 D.I. 21475 | 3/1/09 – 3/31/09 | $181,006.75 | $3,270.02 (Stroock) | $144,805.40 | $3,270.02 |
| May 29,2009 D.I. 21910 | 4/1/09 – 4/30/09 | $187,588.50 | $1,545.41 (Stroock) | $150,070.80 | $1,545.41 |
| July 1, 2009 D.I. 22310 | 5/1/09 – 5/31/09 | $227,989.00 | $9,428.79 (Stroock) | $182,391.20 | $9,428.79 |
| August 6, 2009 D.I. 22709 | 6/1/09 – 6/30/09 | $238,611.25 | $5,960.91 (Stroock) | $190,889.00 | $5,960.91 |
| September 25, 2009 D.I. 23338 | 7/1/09 – 7/31/09 | $294,766.50 | $17,306.20 (Stroock) | $235,813.20 | $17,306.20 |
| October 5, 2009 D.I 23422 | 8/1/09 – 8/31/09 | $299,544.25 | $7,237.57 (Stroock) $2,812.50 (Navigant) | $239,635.40 | $10,050.07 |
| November 13, 2009 D.I. 23759 | 9/1/09 – 9/30/09 | $349,937.50 | $20,164.05 (Stroock) | $279,950.00 | $20,164.05 |
| December 1, 2009 D.I. 23897 | 10/1/09 – 10/31/09 | $281,050.75 | $12,457.25 (Stroock) | $224,840.60 | $12,457.25 |
| December 30, 2009 D.I. 24087 | 11/1/09 – 11/30/09 | $219,347.00 | $10,084.80 (Stroock) | $175,477.60 | $10,084.80 |
| January 29, 2010 D.I. 24211 | 12/1/09 – 12/31/09 | $117,137.00 | $3,532.36 (Stroock) | $93,709.60 | $3,532.36 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| March 1, 2010 D.I. 24376 | 1/1/2010 – 1/31/2010 | $193,442.75 | $3,163.37 (Stroock) | $154,754.20 | $3,163.37 |
| March 30, 2010 D.I. 24537 | 2/1/2010 – 2/28/2010 | $56,435.50 | $1,668.29 (Stroock) | $45,148.40 | $1,668.29 |
| April 28, 2010 D.I. 24687 | 3/1/2010 – 3/31/2010 | $42,209.00 | $636.63 (Stroock) | $33,767.20 | $636.63 |

**WR GRACE & CO**

**ATTACHMENT B**

**APRIL 1, 2010 - APRIL 30, 2010**

|  | Hours | Rate | Amount | No. of Years in Position |
|---|---|---|---|---|
| **Partners** |  |  |  |  |
| Kruger, Lewis | 4.5 | $ 995 | $  4,477.50 | 40 |
| Pasquale, Kenneth | 12.6 | 875 | 11,025.00 | 20 |
|  |  |  |  |  |
| **Associates** |  |  |  |  |
| Krieger, Arlene G. | 37.6 | 695 | 26,132.00 | 26 |
|  |  |  |  |  |
| **Paraprofessionals** |  |  |  |  |
| Magzamen, Michael | 1.5 | 305 | 457.50 | 5 |
| Mohamed, David | 21.7 | 190 | 4,123.00 | 20 |
|  |  |  |  |  |
| **Sub Total** | 77.9 |  | $ 46,215.00 |  |
| **Less 50% Travel** | (2.0) |  | (1,750.00) |  |
| **Total** | 75.9 |  | $ 44,465.00 |  |

# EXHIBIT A

**WR GRACE & CO**

**COMPENSATION BY PROJECT CATEGORY**

**APRIL 1, 2010 - APRIL 30, 2010**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 0.7 | 486.5 |
| 0013 | Business Operations | 3.9 | 2,890.50 |
| 0014 | Case Administration | 15.0 | 2,900.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 2.8 | 1,946.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 14.7 | 10,960.50 |
| 0018 | Fee Application, Applicant | 15.4 | 8,451.50 |
| 0019 | Creditor Inquiries | 2.0 | 1,744.00 |
| 0020 | Fee Application, Others | 4.0 | 1,012.50 |
| 0021 | Employee Benefits, Pension | 2.1 | 1,459.50 |
| 0035 | Travel - Non Working | 4.0 | 3,500.00 |
| 0036 | Plan and Disclosure Statement | 7.1 | 5,816.50 |
| 0037 | Hearings | 6.2 | 5,047.00 |
| | | | |
| | Sub Total | 77.9 | $ 46,215.00 |
| | Less 50% Travel | (2.0) | (1,750.00) |
| | Total | 75.9 | $ 44,465.00 |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | May 25, 2010 |
| INVOICE NO. | 505091 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through April 30, 2010, including:

| | |
|---|---|
| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
| | 699843  0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/06/2010 | Memorandum to L. Esayan re: inquiry on EMC/MMO settlement. | Krieger, A. | 0.1 |
| 04/07/2010 | Exchanged memoranda with L. Esayian re: 1998 Agreement. | Krieger, A. | 0.2 |
| 04/09/2010 | Attend to COC re: order and joint pretrial statement for CDN PD claims trial. | Krieger, A. | 0.1 |
| 04/12/2010 | Attend to joint pre-trial statement on statute of limitations trial on Canadian PD Calms. | Krieger, A. | 0.1 |
| 04/26/2010 | Attend to order re: briefing schedule re: litigation of Maryland Casualty's claim. | Krieger, A. | 0.1 |
| 04/27/2010 | Attend to motion to settle insurance company coverage issues. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.7 | $ 695 | $ 486.50 |

| | | |
|---|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 486.50 |

| | | |
|---|---|---|
| TOTAL FOR THIS MATTER | | $ 486.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Business Operations |
| --- | --- |
| | 699843  0013 |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 04/01/2010 | Attend to 10-K. | Krieger, A. | 1.4 |
| 04/01/2010 | Review 10-K. | Kruger, L. | 0.3 |
| 04/08/2010 | Attend to Capstone report re: 2010 Business Plan Review. | Krieger, A. | 1.3 |
| 04/09/2010 | Telephone call J. Dolan re: Capstone's report for the Committee on Grace's 2010 business plan and plan performance. | Krieger, A. | 0.4 |
| 04/09/2010 | Review Capstone report on debtors' 2010 business plan. | Pasquale, K. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Krieger, Arlene G. | 3.1 | $ 695 | $ 2,154.50 |
| Kruger, Lewis | 0.3 | 995 | 298.50 |
| Pasquale, Kenneth | 0.5 | 875 | 437.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,890.50 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 2,890.50 |
| --- | --- |

# STROOCK

| RE | Case Administration<br>699843  0014 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/01/2010 | Review Fee Auditor project category summary pertaining to the thirty-fourth interim quarter. | Mohamed, D. | 0.5 |
| 04/01/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |
| 04/02/2010 | Obtain and circulate recently docketed pleadings in main case (.7); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 1.0 |
| 04/05/2010 | Obtain and circulate recently docketed pleadings in main case (.5); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.8 |
| 04/06/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |
| 04/07/2010 | Memorandum with DM re: telephonic attendance for AGK at 4/19/10 hearing. | Krieger, A. | 0.1 |
| 04/07/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (1.3); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 1.8 |
| 04/08/2010 | Obtain and circulate recently docketed pleadings in main case (.5); schedule A. Krieger to appear telephonically for 4.19.2010 hearing (.2). | Mohamed, D. | 0.7 |
| 04/09/2010 | Obtain and circulate recently docketed pleadings in main case (.5); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.8 |
| 04/12/2010 | Review case docket nos. 01-771, 09-644 and 09-807. | Mohamed, D. | 0.3 |
| 04/13/2010 | Obtain and circulate recently docketed | Mohamed, D. | 0.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | pleadings in main case (.3); obtain pleadings for attorney review (.6). | | |
| 04/14/2010 | Review case docket nos. 01-771, 09-644 and 09-807. | Mohamed, D. | 0.3 |
| 04/15/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |
| 04/16/2010 | Obtain and circulate recently docketed pleadings in main case (.5); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.8 |
| 04/19/2010 | Review case docket nos. 01-771, 09-644 and 09-807 (.3); obtain documents for attorney review (.2). | Mohamed, D. | 0.5 |
| 04/21/2010 | Obtain and circulate recently docketed pleadings in main case (.6); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.9 |
| 04/22/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.7 |
| 04/23/2010 | Obtain and circulate recently docketed pleadings in main case (.3); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.6 |
| 04/26/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.4); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.9 |
| 04/27/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 1.1 |
| 04/28/2010 | Obtain and circulate recently docketed pleading in main case (.2); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.5 |
| 04/29/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.3 |
| 04/30/2010 | Review case docket nos. 01-771, 09-644 and 09-807. | Mohamed, D. | 0.3 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.1 | $ 695 | $ 69.50 |
| Mohamed, David | 14.9 | 190 | 2,831.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,900.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,900.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | |
|---|---|---|
| RE | Claims Analysis/Objections/Administration (Non-Asbestos)<br>699843 0015 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/09/2010 | Telephone call R. Higgins re: employee claims responses, status. | Krieger, A. | 0.3 |
| 04/12/2010 | Attend to claim settlement notices for Munoz and for Standard Chain and exchanged memoranda with Debtors' counsel re additional information to support the settlements. | Krieger, A. | 0.4 |
| 04/13/2010 | Attend to Munoz settlement. | Krieger, A. | 0.3 |
| 04/14/2010 | Telephone call R. Higgins re: claim settlements. | Krieger, A. | 0.2 |
| 04/16/2010 | Telephone call R. Higgins re: information on Standard Chain settlement (.2); attend to J. Baer memorandum re: responding to inquiries (.1). | Krieger, A. | 0.3 |
| 04/19/2010 | Exchanged memoranda with J. Baer re: further inquiries regarding Munoz settlement information (.3); exchanged memoranda with R. Higgins re: settlement information on Standard Chain (.1). | Krieger, A. | 0.4 |
| 04/21/2010 | Exchanged memoranda with R. Higgins re: additional information for Standard Chain claim (.2); exchanged memoranda with J. Baer re: same (.1). | Krieger, A. | 0.3 |
| 04/22/2010 | Exchange memoranda with R. Higgins, J. Baer re: additional information for Standard Chain claim settlement re: noticing of settlement and extension on response date (.1); memoranda to J. Baer re: additional information requested (.2). | Krieger, A. | 0.3 |
| 04/26/2010 | Exchanged memoranda with J. Baer re: additional information re: Standard Chain | Krieger, A. | 0.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | settlement. | | |
| 04/27/2010 | Attend to amended notice of settlement of Standard Chain claims. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 2.8 | $ 695 | $ 1,946.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,946.00 |
|-------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 1,946.00 |
|------------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 04/05/2010 | Attend to memorandum re: motion for settlement agreement with Employers Mutual Casualty Company. | Krieger, A. | 3.7 |
| 04/05/2010 | Review memo to Committee re: Employee Mutual. | Kruger, L. | 0.4 |
| 04/06/2010 | Attend to memorandum re: pending motions (.9); exchanged memoranda with Committee member re: plan documents (.2). | Krieger, A. | 1.1 |
| 04/06/2010 | Review memo to Committee re: pending motions. | Kruger, L. | 0.2 |
| 04/07/2010 | Finalize memorandum re: pending matters. | Krieger, A. | 0.4 |
| 04/07/2010 | Review recent debtor filings. | Kruger, L. | 0.2 |
| 04/08/2010 | Memorandum to Committee re: pending motions. | Krieger, A. | 0.2 |
| 04/13/2010 | Attend to Committee memorandum re: pending settlements. | Krieger, A. | 1.4 |
| 04/13/2010 | Review memo to Committee re: pending settlements. | Kruger, L. | 0.3 |
| 04/15/2010 | Memorandum to the Committee re: claims settlements (1.3); memorandum to LK re: Plan payment terms (.4). | Krieger, A. | 1.7 |
| 04/15/2010 | Review memo to Committee re: claims settlements (.2);  review memo from AK re: plan payment terms for bank debt (.2). | Kruger, L. | 0.4 |
| 04/20/2010 | Memorandum for the Committee re: 4/19/10 hearing (.8); telephone call Committee member re: emergence (.1). | Krieger, A. | 0.9 |
| 04/20/2010 | Review memo to Committee re: hearing (.1); review issues raised at court hearing (.3). | Kruger, L. | 0.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/20/2010 | Review memo to Committee re: hearing. | Pasquale, K. | 0.1 |
| 04/21/2010 | Attend to revised memorandum for the Committee re: Munoz claim and litigation settlement. | Krieger, A. | 0.8 |
| 04/26/2010 | Memorandum to the Committee re: second amended disclosure of expected directors and officers of the Reorganized Debtors (.5); attend to additional information from Debtors' counsel and revised memorandum re: Standard Chain settlement reflecting additional information (1.4). | Krieger, A. | 1.9 |
| 04/26/2010 | Review Committee memo. | Kruger, L. | 0.4 |
| 04/26/2010 | Review draft memos to Committee. | Pasquale, K. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 12.1 | $ 695 | $ 8,409.50 |
| Kruger, Lewis | 2.3 | 995 | 2,288.50 |
| Pasquale, Kenneth | 0.3 | 875 | 262.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 10,960.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 10,960.50 |
|---|---|

# STROOCK

| RE | Fee Application, Applicant 699843 0018 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/07/2010 | Attend to preparation of 36th quarterly fee application. | Krieger, A. | 1.3 |
| 04/08/2010 | Attend to 36th quarterly fee application. | Krieger, A. | 1.0 |
| 04/09/2010 | Review March invoice. | Magzamen, M. | 1.1 |
| 04/14/2010 | Prepare template for Stroock's one-hundred and eighth monthly fee application. | Mohamed, D. | 0.5 |
| 04/15/2010 | Attend to March 2010 fee statement. | Krieger, A. | 0.7 |
| 04/15/2010 | Review changes made to draft of Stroock's one hundred and eighth monthly fee application. | Mohamed, D. | 0.5 |
| 04/22/2010 | Review changes made to draft of Stroock's 108th monthly fee application. | Mohamed, D. | 0.4 |
| 04/27/2010 | Attend to March 2010 fee statement and preparation of 36th quarterly. | Krieger, A. | 2.6 |
| 04/27/2010 | Oc's w/ A. Krieger and D. Mohamed re: final review of March bill. | Magzamen, M. | 0.4 |
| 04/28/2010 | Attend to preparation of 36th quarterly fee application. | Krieger, A. | 3.6 |
| 04/28/2010 | Review Stroock's one hundred and eighth monthly fee application (.7); prepare certificate of service re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 1.9 |
| 04/29/2010 | Attend to 36th quarterly fee application. | Krieger, A. | 1.4 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 10.6 | $ 695 | $ 7,367.00 |
| Magzamen, Michael | 1.5 | 305 | 457.50 |
| Mohamed, David | 3.3 | 190 | 627.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,451.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 8,451.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | | |
|---|---|---|---|
| RE | Creditor Inquiries<br>699843  0019 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/07/2010 | Telephone conference trade creditor re: plan treatment. | Pasquale, K. | 0.3 |
| 04/08/2010 | Telephone conference trade creditor re: POR treatment of claim. | Pasquale, K. | 0.2 |
| 04/12/2010 | T/c bank debt holders. | Kruger, L. | 0.2 |
| 04/12/2010 | Telephone conference bank debt holder re: status and process. | Pasquale, K. | 0.3 |
| 04/13/2010 | Office conference M. Magzamen re: creditor inquiry on case status. | Krieger, A. | 0.1 |
| 04/14/2010 | Telephone call unsecured creditor re: case status. | Krieger, A. | 0.2 |
| 04/15/2010 | T/c bank debt holders re: bank debt payment. | Kruger, L. | 0.2 |
| 04/20/2010 | Telephone conference bank debt holder re: status. | Pasquale, K. | 0.3 |
| 04/26/2010 | Telephone conference creditor re: plan status. | Pasquale, K. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.3 | $ 695 | $ 208.50 |
| Kruger, Lewis | 0.4 | 995 | 398.00 |
| Pasquale, Kenneth | 1.3 | 875 | 1,137.50 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,744.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 1,744.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Fee Application, Others |
|----|-------------------------|
|    | 699843  0020            |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/09/2010 | Attend to Debtors' statement of professional's compensation. | Krieger, A. | 0.1 |
| 04/12/2010 | Attend to notice of ordinary course counsel fees for last quarter and fee application of other professionals. | Krieger, A. | 0.2 |
| 04/21/2010 | Review Capstone's 72nd and 73rd monthly fee applications in preparation for filing (1.2); prepare notices and certificates of service re: same and forward to local counsel for filing (1.5); prepare and effectuate service re: fee applications (.8). | Mohamed, D. | 3.5 |
| 04/26/2010 | Attend to fee application notices, certifications, of other professionals. | Krieger, A. | 0.1 |
| 04/27/2010 | Attend to fee applications, certifications of other professionals. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.5 | $ 695 | $ 347.50 |
| Mohamed, David | 3.5 | 190 | 665.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,012.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 1,012.50 |
|-----------------------|------------|

# STROOCK

| RE | Employee Benefits, Pension |
|---|---|
| | 699843  0021 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/12/2010 | Attend to materials re: privacy and security data planning and breaches and memorandum re: 4/19/10 conversation with Debtors' counsel. | Krieger, A. | 2.0 |
| 04/26/2010 | Telephone call J. Dolan and memorandum from Blackstone re: status of pension review. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.1 | $ 695 | $ 1,459.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,459.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,459.50 |
|---|---|

# STROOCK

|   |   |
|---|---|
| RE | Expenses |
|    | 699843  0024 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |

**MATTER DISBURSEMENT SUMMARY**

| | |
|---|---|
| Outside Messenger Service | $ 59.34 |
| Local Transportation | 140.70 |
| Long Distance Telephone | 29.87 |
| Duplicating Costs-in House | 5.10 |
| Westlaw | 30.50 |

| | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 265.51 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 265.51 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Travel - Non Working |
|----|---------------------|
|    | 699843  0035 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/19/2010 | Travel to and from omnibus hearing in DE. | Pasquale, K. | 4.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Pasquale, Kenneth | 4.0 | $ 875 | $ 3,500.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,500.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 3,500.00 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Plan and Disclosure Statement |
|---|---|
| | 699843  0036 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/04/2010 | Attend to article for possible application to Grace plan issues. | Krieger, A. | 1.2 |
| 04/05/2010 | Attend to article and related case law for possible application to plan issues. | Krieger, A. | 1.4 |
| 04/19/2010 | Review post-confirmation submissions re: issues raised at court hearing. | Pasquale, K. | 1.2 |
| 04/26/2010 | Telephone call J. Dolan re: plan related matters. | Krieger, A. | 0.1 |
| 04/28/2010 | Telephone conference A. Rosenberg re: status of PPI plan issues. | Pasquale, K. | 0.2 |
| 04/30/2010 | Attend to proposed confirmation order. | Krieger, A. | 0.3 |
| 04/30/2010 | Review proposed confirmation order. | Kruger, L. | 1.2 |
| 04/30/2010 | Attention to proposed confirmation order filed by plan proponents. | Pasquale, K. | 1.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 3.0 | $ 695 | $ 2,085.00 |
| Kruger, Lewis | 1.2 | 995 | 1,194.00 |
| Pasquale, Kenneth | 2.9 | 875 | 2,537.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,816.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 5,816.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Hearings 699843 0037 | | |
|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/06/2010 | Attend to agenda for 4/19/10 hearing. | Krieger, A. | 0.1 |
| 04/06/2010 | Review draft agenda for 4/19 hearing. | Kruger, L. | 0.2 |
| 04/07/2010 | Review omnibus hearing agenda. | Kruger, L. | 0.1 |
| 04/07/2010 | Review agenda for omnibus hearing (.2) and recent court filings by debtors (.4). | Pasquale, K. | 0.6 |
| 04/16/2010 | Prep for omnibus hearing and review agenda. | Pasquale, K. | 0.5 |
| 04/19/2010 | Preparation for and telephonic attendance at omnibus court hearing re: plan status, and other matters. | Krieger, A. | 2.1 |
| 04/19/2010 | Prep for and participated in omnibus hearing. | Pasquale, K. | 2.5 |
| 04/20/2010 | Office conference KP re: 4/19/10 hearing and status of confirmation materials. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.3 | $ 695 | $ 1,598.50 |
| Kruger, Lewis | 0.3 | 995 | 298.50 |
| Pasquale, Kenneth | 3.6 | 875 | 3,150.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,047.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 5,047.00 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 46,215.00 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 265.51 |
| TOTAL BILL | $ 46,480.51 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**APRIL 1, 2010 - APRIL 30, 2010**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Kruger, Lewis | 4.5 | $ 995 | $    4,477.50 |
| Pasquale, Kenneth | 12.6 | 875 | 11,025.00 |
|  |  |  |  |
| **Associates** |  |  |  |
| Krieger, Arlene G. | 37.6 | 695 | 26,132.00 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Magzamen, Michael | 1.5 | 305 | 457.50 |
| Mohamed, David | 21.7 | 190 | 4,123.00 |
|  |  |  |  |
| **Sub Total** | 77.9 |  | $   46,215.00 |
| **Less 50% Travel** | (2.0) |  | (1,750.00) |
| **Total** | 75.9 |  | $   44,465.00 |

# EXHIBIT C

**WR GRACE & CO**

**DISBURSEMENT SUMMARY**

**APRIL 1, 2010 - APRIL 30, 2010**

| | |
|---|---:|
| Outside Messenger Service | $ 59.34 |
| Local Transportation | 140.70 |
| Long Distance Telephone | 29.87 |
| Duplicating Costs-in House | 5.10 |
| Westlaw | 30.50 |
| | |
| **TOTAL** | **$265.51** |

# STROOCK

## Disbursement Register

| DATE | May 25, 2010 |
| --- | --- |
| INVOICE NO. | 505091 |
| CLIENT | W R Grace & Co |
|  | 7500 Grace Drive |
|  | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through April 30, 2010, including:

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| **Outside Messenger Service** | | |
| 04/05/2010 | VENDOR: UPS; INVOICE#: 0000010X827140; DATE: 04/03/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President & General Counsel, COLUMBIA, MD 21044 Tracking #:1Z10X8270195116922 on 03/30/2010 | 6.73 |
| 04/05/2010 | VENDOR: UPS; INVOICE#: 0000010X827140; DATE: 04/03/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270196477317 on 03/30/2010 | 6.73 |
| 04/05/2010 | VENDOR: UPS; INVOICE#: 0000010X827140; DATE: 04/03/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270197133132 on 03/30/2010 | 9.55 |
| 04/05/2010 | VENDOR: UPS; INVOICE#: 0000010X827140; DATE: 04/03/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270199778308 on 03/30/2010 | 6.73 |
| 04/27/2010 | VENDOR: UPS; INVOICE#: 0000010X827170; DATE: 04/24/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior VP & General Counsel, | 6.70 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | Columbia, MD 21044 Tracking #:1Z10X8270193136477 on 04/21/2010 | |
| 04/27/2010 | VENDOR: UPS; INVOICE#: 0000010X827170; DATE: 04/24/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, Wilmington, DE 19801 Tracking #:1Z10X8270193478894 on 04/21/2010 | 6.70 |
| 04/27/2010 | VENDOR: UPS; INVOICE#: 0000010X827170; DATE: 04/24/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, Republic Center, Dallas, TX 75201 Tracking #:1Z10X8270194055286 on 04/21/2010 | 9.50 |
| 04/27/2010 | VENDOR: UPS; INVOICE#: 0000010X827170; DATE: 04/24/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States, 844 King Street Suite 2311, Wilmington, DE 19801 Tracking #:1Z10X8270196577450 on 04/21/2010 | 6.70 |

**Outside Messenger Service Total**     **59.34**

**Local Transportation**

| | | |
|------|------|------|
| 04/26/2010 | VENDOR(EE): KPASQUALE: 04/19/10; Omnibus hearing in Wilmington, DE | 136.70 |
| 04/26/2010 | VENDOR(EE): KPASQUALE: 04/19/10; Omnibus hearing in Wilmington, DE | 4.00 |

**Local Transportation Total**     **140.70**

**Long Distance Telephone**

| | | |
|------|------|------|
| 01/31/2010 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-013110; DATE: 1/31/2010 - Teleconference     01-28-2010 | 22.64 |
| 04/20/2010 | EXTN.795588, TEL.7047151728, S.T.16:36, DUR.00:04:50 | 2.78 |
| 04/20/2010 | EXTN.795562, TEL.4012728800, S.T.17:15, DUR.00:07:33 | 4.45 |

**Long Distance Telephone Total**     **29.87**

**Duplicating Costs-in House**

| | | |
|------|------|------|
| 04/27/2010 | | 5.10 |

**Duplicating Costs-in House Total**     **5.10**

# STROOCK

PAGE: 3

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Westlaw** | | |
| 04/05/2010 | Transactional Search by Krieger, Arlene G. | 30.50 |
| | **Westlaw Total** | **30.50** |

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 59.34 |
| Local Transportation | 140.70 |
| Long Distance Telephone | 29.87 |
| Duplicating Costs-in House | 5.10 |
| Westlaw | 30.50 |

| TOTAL DISBURSEMENTS/CHARGES | $ 265.51 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM