## EXHIBIT B – Part 2

## Monthly Fee Statement for the Period from:
## May 1, 2010 – May 31, 2010

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline:** |
|  | ) | **July 19, 2010 at 4:00 p.m.** |
|  | ) | **Hearing date:  To be scheduled only if objections** |
|  | ) | **are timely filed and served.** |

### NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel

to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee

of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and

(7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Stroock & Stroock & Lavan LLP ("Stroock"), counsel to the Official Committee of

Unsecured Creditors (the "Committee") of the above captioned debtor and debtors in possession

in the above-captioned chapter 11 cases, filed and served the One Hundred and Tenth Monthly

Fee Application of Stroock & Stroock & Lavan LLP for Interim Compensation and for

Reimbursement of Expenses for the services rendered during the period May 1, 2010 through

May 31, 2010, seeking compensation in the amount of $36,946.50 and reimbursement for actual

and necessary expenses in the amount of $770.90.

Objections or responses to the Monthly Fee Application, if any, must be made in writing

and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market

Street, 3rd Floor, Wilmington, Delaware 19801, on or before **July 19, 2010 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon

the Affected Professional and each of the following:  (i) co-counsel for the Debtors, Theodore L.

Docket No.:  24993
Date Filed:  6/28/10

Freedman, Esquire, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022 (fax number 212-446-4900), and James E. O'Neill, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400), and Janet S. Baer, Esquire, The Law Offices of Janet S. Baer, P.C., 70 West Madison Street, Suite 2100, Chicago, IL 60602 (Fax number 312-641-2165); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod LLP, Wachovia Building, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number  212-644-6755), and Mark Hurford, Esquire, Campbell & Levine, LLC, 800 N. King Street, Suite 300, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel  to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins LLP, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Neil B. Glassman, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) co-counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (fax

number 212-715-8000), and Teresa K.D. Currier, Esquire, Saul Ewing LLP, 222 Delaware Avenue, Wilmington, Delaware 19801 (Fax number 302-421-6813); (vii) the Office of the United States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); and (viii) the Fee Auditor, Bobbi Ruhlander, Warren H. Smith and Associates, P.C., Republic Center, 325 N. St. Paul, Suite 1250, Dallas, TX 75201 (Fax number 214-722-0081).

**[Remainder of Page Left Intentionally Blank]**

Dated: June 28, 2010
     Wilmington, Delaware

**RESPECTFULLY SUBMITTED,**

/s/ Michael R. Lastowski
Michael R. Lastowski, Esq. (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:    mlastowski@duanemorris.com
E-mail:    rwriley@duanemorris.com

William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
Suite 1200
744 Broad Street
Newark, NJ 07102-3889
Telephone:    (973) 424-2000
Facsimile:    (973) 424-2001
E-mail:    wskatchen@duanemorris.com

and

Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006
E-mail:    lkruger@stroock.com
              kpasquale@stroock.com

Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline:** |
|  | ) | July 19, 2010 at 4:00 p.m. |
|  | ) | Hearing date:  To be scheduled only if objections are timely filed and served. |

## ONE HUNDRED AND TENTH MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD <u>FROM MAY 1, 2010 THROUGH MAY 31, 2010</u>

| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and reimbursement is sought | **May 1, 2010 – May 31, 2010** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$36,946.50     (80%: $29,557.20)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$770.90** |

This is an: ☒ interim ☐ final application

**Attachment A**

## Monthly Interim Fee Applications

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| May 30, 2001 D.I.339 | 4/12/01- 4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 D.I.613 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111,943.00 | $6,884.73 |
| July 30, 2001 D.I.772 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| September 5, 2001 D.I.889 | 7/1/01- 7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 D.I.983 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 D.I.1058 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 D.I.1239 | 10/1/01 – 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 D.I.1470 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 D.I.1608 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 D.I.1812 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 D.I.1951 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |
| May 8, 2002 D.I.2029 | 03/01/02 – 03/31/02 | $77,964.25 | $1,190.44 | $62,371.40 | $1,190.44 |
| June 3, 2002 D.I.2156 | 04/01/02- 04/30/02 | $97,251.50 | $1,816.40 (Stroock) $9,772.37 (Chambers) | $77,801.20 | $11,588.86 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| July 2, 2002 D.I.2324 | 05/01/02 – 05/31/02 | $74,910.75 | $2,9154.43 (Stroock) $43,190.69 (Chambers) | $59,928.60 | $46,105.12 |
| August 5, 2002 D.I.2495 | 06/01/02 – 06/30/02 | $73,096.75 | $2,054.05 (Stroock) $114,666.72 (Chambers) | $58,477.4011 | $116,720.77 |
| September 20, 2002 D.I.2720 | 07/01/02 – 07/31/02 | $90,903.27 | $1,250.79 (Stroock) $11,996.25 (Chambers) | $72,722.61 | $13,274.04 |
| October 29, 2002 D.I.2898 | 08/01/02 – 08/31/02 | $93,151.25 | $11,539.51 (Stroock) $5,046.70 (Chambers) | $74,521.00 | $16,586.21 |
| November 14, 2002 D.I.2981 | 09/01/02 – 09/30/02 | $96,613.25 | $15,567.77 (Stroock) $771.50 (Chambers) | $77,290.60 | $16,339.27 |
| December 10, 2002 D.I.3129 | 10/1/02 – 10/31/02 | $68,404.00 | $2,956.54 (Stroock) $1,780.75 (Chambers) | $54,723.20 | $4,737.29 |
| January 28, 2003 D.I.3286 | 11/1/02 – 11/30/02 | $75,345.50 | $8,712.16 (Stroock) | $60,276.40 | $8,712.16 |
| February 7, 2003 D.I.3349 | 12/1/02 – 12/31/02 | $27,683.50 | $13,332.14 (Stroock) | $22,146.80 | $13,332.14 |
| March 26, 2003 D.I.3552 | 1/1/03 – 1/31/03 | $88,139.00 | $1,210.11 (Stroock) | $70,511.20 | $1,210.11 |
| April 7, 2003 D.I.3626 | 2/1/03 – 2/28/03 | $76,313.00 | $2,022.78 (Stroock) $1,077.80 (Chambers) | $61,050.40 | $3,100.58 |
| April 29, 2003 D.I. 3718 | 3/1/03 – 3/31/03 | $60,163.50 | $6,191.15 (Stroock) | $48,130.80 | $6,191.15 |
| June 2, 2003 D.I. 3850 | 4/1/03 – 4/30/03 | $60,269.00 | $814.02 (Stroock) $2,043.00 (Chambers) | $48,215.20 | $2,857.02 |
| July 1, 2003 D.I. 3983 | 5/1/03 – 5/31/03 | $111,990.50 | $691.84 (Stroock) $9,830.50 (Chambers) | $89,592.40 | $10,522.34 |
| August 5, 2003 D.I. 4152 | 6/1/03 – 6/30/03 | $43,824.00 | $1,220.42 (Stroock) $61,755.00 (Chambers) | $35,059.20 | $62,975.42 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| September 4, 2003 D.I. 4381 | 7/1/03 – 7/31/03 | $79,090.50 | $2,301.33 (Stroock) $14,274.25 (Chambers) | $55,941.60 | $16,575.58 |
| September 30, 2003 D.I. 4512 | 8/1/03 – 8/31/03 | $69,927.00 | $1,164.19 (Stroock) $12,488.94 (Chambers) | $55,941.60 | $13,653.13 |
| October 29, 2003 D.I. 4625 | 9/1/03 – 9/30/03 | $69,409.50 | $1,076.94 (Stroock) $10,102.00 (Chambers) | $55,527.60 | $11,178.94 |
| December 19, 2002 D.I. 4843 | 10/1/03 – 10/31/03 | $96,980.50 | $3,800.45 (Stroock) $42,881.50 (Chambers) | $77,584.40 | $46,681.95 |
| January 23, 2003 D.I. 4976 | 11/1/03 – 11/30/03 | $66,428.50 | $1,225.38 (Stroock) $30,463.00 (Navigant f/k/a Chambers) | $53,142.80 | $31,688.38 |
| February 4, 2004 D.I. 5056 | 12/1/03 – 12/31/03 | $52,321.50 | $924.99 (Stroock) $27,005.00 (Navigant f/k/a Chambers) | $41,857.20 | $27,929.99 |
| March 17, 2004 D.I. 5309 | 1/1/04 – 1/31/04 | $65,980.50 | $1,917.93 (Stroock) $47,654.57 (Navigant f/k/a Chambers) | $52,784.40 | $49,572.50 |
| April 6, 2004 D.I. 5406 | 2/1/04 – 2/29/04 | $90,421.50 | $3,636.48 (Stroock) $35,492.50 (Navigant f/k/a Chambers) | $72,337.20 | $39,128.98 |
| April 28, 2004 D.I. 5498 | 3/1/04 – 3/31/04 | $103,524.00 | $5,567.34 (Stroock) | $82,819.20 | $5,567.34 |
| June 14, 2004 D.I. 5803 | 4/1/04 – 4/30/04 | $99,136.00 | $3,518.96 (Stroock) $1,515.00 (Navigant February) $49,667.00 (Navigant March) $80,307.11 (Navigant April) | $79,308.80 | $135,008.07 |
| July 2, 2004 D.I. 5917 | 5/1/04 – 5/31/04 | $134,324.50 | $2,409.97 (Stroock) $78,360.05 (Navigant May) | $107,459.60 | $80,770.02 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 2, 2004 D.I. 6105 | 6/1/04 – 6/30/04 | $120,501.00 | $1,831.49 (Stroock) $62,625.00 (Navigant June) | $96,400.80 | $64,456.49 |
| September 9, 2004 D.I. 6341 | 7/1/04 – 7/31/04 | $72,394.00 | $3,461.84 (Stroock) $40,427.50 (Navigant July) | $57,915.20 | $43,889.34 |
| September 23, 2004 D.I. 6444 | 8/1/04 – 8/31/04 | $70,457.00 | $1,764.40 (Stroock) | $56,365.60 | $1,764.40 |
| October 14, 2004 D.I. 6625 | 9/1/04 – 9/30/04 | $83,903.50 | $1,535.61 (Stroock) $27,142.00 (Navigant August) | $67,122.80 | $28,677.61 |
| December 3, 2004 D.I. 7086 | 10/1/04 – 10/31/04 | $200,155.50 | $1,368.18 (Stroock) $ 24,659.00 (Navigant September) | $160,124.40 | $26,027.18 |
| January 7, 2005 D.I. 7481 | 11/1/04 – 11/30/04 | $218,608.50 | $14,019.09 (Stroock) $25,102.80 (Navigant October) $27,972.34 (Navigant November) | $174,886.80 | $67,094.23 |
| February 2, 2005 D.I. 7667 | 12/1/04 – 12/31/04 | $235,503.70 | $10,442.92 (Stroock) $62,687.97 (Navigant December) | $188,402.96 | $73,130.89 |
| March 15, 2005 D.I. 8026 | 1/1/05 – 1/31/05 | $187,168.00 | $4,411.55 (Stroock) $15,686.00 (Navigant January) | $149,734.40 | $20,097.55 |
| April 1, 2005 D.I. 8155 | 2/1/05 – 2/28/05 | $108,180.25 | $8,102.85 (Stroock) $18,303.37 (Navigant February) | $86,544.20 | $26,406.22 |
| April 25, 2005 D.I. 8331 | 3/1/05 – 3/31/05 | $56,941.25 | $287.23 (Stroock) $6,114.86 (Navigant March) | $45,553.00 | $6,402.09 |
| June 6, 2005 D.I.  8562 | 4/1/05 – 4/30/05 | $127,695.00 | $3,531.45 (Stroock) $20,129.06 (Navigant April) | $102,156.00 | $23,660.51 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
| | | Fees | Expenses | Fees | Expenses |
| --- | --- | --- | --- | --- | --- |
| June 28, 2005 D.I. 8704 | 5/1/05 – 5/31/05 | $115,453.75 | $858.21(Stroock) | $78,855.20 | $858.21 |
| August 3, 2005 D.I. 9135 | 6/1/05 – 6/30/05 | $114,903.75 | $4,871.74 (Stroock) $34,075.28 (Navigant) | $91,923.00 | $38,947.02 |
| September 8, 2005 D.I. 9356 | 7/1/05 – 7/31/05 | $117,780.75 | $2,088.44 (Stroock) $2,211.00 (Navigant) | 94,224.60 | $4,299.44 |
| October 14, 2005 D.I. 9565 | 8/1/05 8/31/05 | $106,796.25 | $5,046.99 (Stroock) $18,550.00 (Navigant) | $85,437.00 | $23,596.99 |
| November 1, 2005 D.I. 10951 | 9/1/05 9/31/05 | $67,697.50 | $1,399.68 (Stroock) $11,197.50 (Navigant) | $54,158.00 | $12,597.18 |
| November 29, 2005 D.I. 11202 | 10/1/05 - 10/31/05 | $98,216.75 | $1,611.30 (Stroock) $11,582.50 (Navigant) | $78,573.40 | $13,193.80 |
| January 9, 2006 D.I. 11507 | 11/1/05 11/30/05 | $104,348.00 | $2,847.45 (Stroock) $71,598.50 (Navigant) | $83,478.40 | $74.445.95 |
| January 30, 2006 D.I. 11655 | 12/1/05 – 12/31/05 | $96,855.00 | $1,379.53 (Stroock) $20,317.49 (Navigant) | $77,484.00 | $21,697.02 |
| March 1, 2006 D.I. 11921 | 1/1/06 – 1/31/06 | $73,383.00 | $1,810.85 (Stroock) $14,124.01 (Navigant) | $58,706.40 | $15,934.86 |
| March 28, 2006 D.I. 12134 | 2/1/06 – 2/28/06 | $105,083.75 | $1,434.62 (Stroock) $25,971.70 (Navigant) | $84,067.00 | $27,406.32 |
| May 2, 2006 D.I. 12354 | 3/1/2006 – 3/31/2006 | $145,189.50 | $2,512.81 (Stroock) $25,838.37 (Navigant) | $116,151.60 | $28,351.18 |
| May 31, 2006 D.I. 12558 | 4/1/2006 - 4/30/2006 | $116,817.00 | $2,141.42 (Stroock) $7,425.00 (Navigant) | $93,453.60 | $9,566.42 |
| July 6, 2006 D.I. 12748 | 5/1/2006 – 5/31/2006 | $121,304.50 | $1,838.71 (Stroock) $17,493.75 (Navigant) | $97,043.60 | $19,332.46 |
| August 1, 2006 D.I. 12899 | 6/1/2006 – 6/30/2006 | $94,856.50 | $1,869.66 (Stroock) $38,548.75 (Navigant) | $75,885.20 | $40,418.41 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
| | | Fees | Expenses | Fees | Expenses |
| --- | --- | --- | --- | --- | --- |
| August 30, 2006 D.I. 13117 | 7/1/2006 – 7/31/2006 | $97,397.25 | $496.76 (Stroock) $30,280.00 (Navigant) | $77,917.80 | $30,776.76 |
| October 2, 2006 D.I. 13336 | 8/1/2006- 8/31/2006 | $131,856.25 | $98.34 (Stroock) $98,317.50 (Navigant) | $105,485.00 | $98,415.84 |
| November 2, 2006 D.I. 13559 | 9/1/2006 – 9/30/2006 | $150,960.00 | $4,147.01 (Stroock) $91,179.11 (Navigant) | $120,768.00 | $95,326.12 |
| November 29, 2006 D.I. 13838 | 10/1/06 – 10/31/06 | $196,223.50 | $915.14 (Stroock) $147,374.20 (Navigant) | $156,978.89 | $148,289.34 |
| January 12, 2007 D.I. 14292 | 11/1/06 – 11/30/06 | $188,638.00 | $3,370.16 (Stroock) $133,438.70 (Navigant) | $150,910.40 | $136,808.86 |
| January 29, 2007 D.I. 14415 | 12/1/06 – 12/31/06 | $99,832.00 | $5,752.89 (Stroock) $55,245.22 (Navigant) | $79,865.60 | $60,998.11 |
| March 8, 2007 D.I. 14810 | 1/1/2007 1/31/2007 | $77,582.00 | $962.06 (Stroock) $90,474.74 (Navigant) | $62,065.60 | $91,436.80 |
| April 10, 2007 D.I. 15132 | 2/1/2007 2/28/2007 | $119,140.50 | $3.092.88 (Stroock) $77,301.25 (Navigant) | $95.312.40 | $80,394.13 |
| May 1, 2007 D.I. 15457 | 3/1/2007 – 3/31/2007 | $135,228.00 | $6,635.25 (Stroock) $104,674.53 (Navigant) | $108,182.40 | $111,309.78 |
| June 22, 2007 D.I. 16136 | 4/1/2007 – 4/30/2007 | $177,646.00 | $815.81 (Stroock) $173,437.45 (Navigant) | $142,116.80 | $174,253.26 |
| July 17,2007 D.I. 16309 | 5/1/2007 – 5/31/2007 | $205,937.25 | $6,405.01 (Stroock) $162,431.03 (Navigant) | $164,749.80 | $168,836.04 |
| August 10, 2007 D.I. 16528 | 6/1/2007 – 6/30.2007 | $225,650.50 | $5,929.97 (Stroock) $200,294.81 (Navigant) | $180,520.40 | $206,224.78 |
| September 14, 2007 D.I. 16822 | 7/1/2007 – 7/31/2007 | $157.268.50 | $4,021.65 (Stroock) $208,116.54 (Navigant) | $125,814.80 | $212,138.19 |
| October 1, 2007 D.I. 16959 | 8/1/2007 – 8/31/2007 | $145,866.50 | $3,354.61 (Stroock) $210,152.54 (Navigant) | $116,693.20 | $213,507.15 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| November 19, 2007 D.I. 17394 | 9/1/2007 – 9/30/2007 | $206,908.50 | $3,056.89 (Stroock) | $165,526.80 | $3,056.89 |
| December 5, 2007 D.I. 17548 | 10/1/07 - 10/31/07 | $288,976.50 | $22,324.58 (Stroock) $325,509.63 (Navigant) | $231,181.20 | $347,834.21 |
| January 11, 2008 D.I. 17803 | 11/1/07 – 11/30/07 | $249,372.50 | $32,780.40 (Stroock) $162,394.93 (Navigant) | $199,498.00 | $195,175.33 |
| February 1, 2008 D.I. 17957 | 12/1/07 – 12/31/97 | $116,522.50 | $57,717.92 (Stroock) $47,444.43 (Navigant) | $93,218.00 | $105,162.35 |
| March 4, 2008 D.I. 18202 | 1/1/08 – 1/31/08 | $201,472.50 | $3,282.80 (Stroock) $86,070.26 (Navigant) | $161,178.00 | $89,353.06 |
| April 4, 2008 D.I. 18450 | 2/1/08 – 2/29/08 | $195,491.00 | $5,922.25 (Stroock) $73,924.16 (Navigant) | $156,392.80 | $79,846.41 |
| April 29, 2008 D.I. 18639 | 3/1/08 – 3/31/08 | $275,659.00 | $11,217.17 (Stroock) $69,201.53 (Navigant) | $220,527.20 | $80,418.70 |
| June 4, 2008 D.I. 18862 | 4/1/08 - 4/30/08 | $298,888.00 | $10,143.60 (Stroock) $38,800.00 (Navigant) | $239,110.40 | $48,943.60 |
| July 1, 2008 D.I. 19032 | 5/1/08 - 5/31/08 | $138,683.50 | $3,649.95 (Stroock) | $110,946.80 | $3,649.95 |
| August 4, 2008 D.I. 19224 | 6/1/2008 - 6/30/2008 | $213,559.00 | $12,357.78 (Stroock) $96.84 (Navigant) | $170,847.20 | $12,454.62 |
| September 10, 2008 D.I. 19516 | 7/1/2008 - 7/31/2008 | $206,087.50 | $6,717.13 (Stroock) $259.90 (Navigant) | $164,870.00 | $6,977.03 |
| September 30, 2008 D.I. 19653 | 8/1/2008 – 8/31/2008 | $212,928.50 | $2,326.65 (Stroock) | $170,342.80 | $2,326.65 |
| November 6, 2008 D.I. 19949 | 9/1/2008 – 9/30/2008 | $226,486.50 | $2,844.77 (Stroock) | $181,189.20 | $2,844.77 |
| December 2, 2008 D.I. 20174 | 10/1/08 – 10/31/08 | $270,097.00 | $10,611.52 (Stroock) | $216,077.60 | $10,611.52 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| December 30, 2008 D.I. 20384 & 20385 | 11/1/08 – 11/30/08 | $184,642.00 | $5,870.24 (Stroock) | $147,713.60 | $5,870.24 |
| February 3, 2009 D.I. 20654 | 12/1/08 – 12/31/08 | $102,648.50 | $4,017.80 (Stroock) | $82,118.80 | $4,017.80 |
| March 3, 2009 D.I. 20906 | 1/1/09 – 1/31/09 | $114,525.00 | $2,458.44 (Stroock) | $91,620.00 | $2,458.44 |
| March 30, 2009 D.I. 21152 | 2/1/09 – 2/28/09 | $141,569.00 | $1,627.89 (Stroock) | $113,255.20 | $1,627.89 |
| April 29, 2009 D.I. 21475 | 3/1/09 – 3/31/09 | $181,006.75 | $3,270.02 (Stroock) | $144,805.40 | $3,270.02 |
| May 29,2009 D.I. 21910 | 4/1/09 – 4/30/09 | $187,588.50 | $1,545.41 (Stroock) | $150,070.80 | $1,545.41 |
| July 1, 2009 D.I. 22310 | 5/1/09 – 5/31/09 | $227,989.00 | $9,428.79 (Stroock) | $182,391.20 | $9,428.79 |
| August 6, 2009 D.I. 22709 | 6/1/09 – 6/30/09 | $238,611.25 | $5,960.91 (Stroock) | $190,889.00 | $5,960.91 |
| September 25, 2009 D.I. 23338 | 7/1/09 – 7/31/09 | $294,766.50 | $17,306.20 (Stroock) | $235,813.20 | $17,306.20 |
| October 5, 2009 D.I 23422 | 8/1/09 – 8/31/09 | $299,544.25 | $7,237.57 (Stroock) $2,812.50 (Navigant) | $239,635.40 | $10,050.07 |
| November 13, 2009 D.I. 23759 | 9/1/09 – 9/30/09 | $349,937.50 | $20,164.05 (Stroock) | $279,950.00 | $20,164.05 |
| December 1, 2009 D.I. 23897 | 10/1/09 – 10/31/09 | $281,050.75 | $12,457.25 (Stroock) | $224,840.60 | $12,457.25 |
| December 30, 2009 D.I. 24087 | 11/1/09 – 11/30/09 | $219,347.00 | $10,084.80 (Stroock) | $175,477.60 | $10,084.80 |
| January 29, 2010 D.I. 24211 | 12/1/09 – 12/31/09 | $117,137.00 | $3,532.36 (Stroock) | $93,709.60 | $3,532.36 |

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| March 1, 2010 D.I. 24376 | 1/1/2010 – 1/31/2010 | $193,442.75 | $3,163.37 (Stroock) | $154,754.20 | $3,163.37 |
| March 30, 2010 D.I. 24537 | 2/1/2010 – 2/28/2010 | $56,435.50 | $1,668.29 (Stroock) | $45,148.40 | $1,668.29 |
| April 28, 2010 D.I. 24687 | 3/1/2010 – 3/31/2010 | $42,209.00 | $636.63 (Stroock) | $33,767.20 | $636.63 |
| May 28, 2010 D.I. 24859 | 4/1/2010 – 4/30/2010 | $44,465.00 | $265.51 (Stroock) | $35,572.00 | $265.51 |

WR GRACE & CO

ATTACHMENT B

MAY 1, 2010 - MAY 31, 2010

| | Hours | Rate | Amount | No. of Years in Position |
|---|---|---|---|---|
| **Partners** | | | | |
| Kruger, Lewis | 2.4 | 995 | $  2,388.00 | 40 |
| Pasquale, Kenneth | 3.0 | 875 | 2,625.00 | 20 |
| | | | | |
| **Associates** | | | | |
| Berg, Madelaine | 0.6 | 650 | 390.00 | 30 |
| Krieger, Arlene G. | 39.6 | 695 | 27,522.00 | 26 |
| | | | | |
| **Paraprofessionals** | | | | |
| Magzamen, Michael | 1.1 | 305 | 335.50 | 5 |
| Mohamed, David | 19.4 | 190 | 3,686.00 | 20 |
| | | | | |
| **Total** | 66.1 | | $ 36,946.50 | |

# EXHIBIT A

**WR GRACE & CO**

**COMPENSATION BY PROJECT CATEGORY**

**MAY 1, 2010 - MAY 31, 2010**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 6.4 | $ 4,682.00 |
| 0013 | Business Operations | 0.8 | 610.00 |
| 0014 | Case Administration | 10.5 | 1,995.00 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 0.2 | 139.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 15.1 | 10,860.50 |
| 0018 | Fee Application, Applicant | 8.8 | 3,320.50 |
| 0019 | Creditor Inquiries | 0.9 | 769.50 |
| 0020 | Fee Application, Others | 5.2 | 1,594.00 |
| 0021 | Employee Benefits, Pension | 3.6 | 2,502.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 9.3 | 6,436.50 |
| 0036 | Plan and Disclosure Statement | 5.3 | 4,037.50 |
| | | | |
| | **Total** | **66.1** | **$ 36,946.50** |

# STROOCK

## INVOICE

| DATE | June 17, 2010 |
|------|---------------|
| INVOICE NO. | 507738 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through May 31, 2010, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
|----|-------------------------------------------------------------|
| | 699843  0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/10/2010 | Memorandum to L. Esayan re: inquiry with respect to North Star insurance. | Krieger, A. | 0.1 |
| 05/20/2010 | Review MCC pleadings re: claims issues. | Pasquale, K. | 0.8 |
| 05/25/2010 | Attend to Libby claimants, Debtors and FCR's pleading responding in opposition to MMC claims and MMC's objection to Libby claimants' participation. | Krieger, A. | 1.6 |
| 05/25/2010 | Review pleadings re: Libby, Debtors, FCR re: MMC claims. | Kruger, L. | 0.3 |
| 05/26/2010 | Attend to proposed settlement between Grace and Harper Insurance Ltd. and preparation of Committee memorandum thereon. | Krieger, A. | 3.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 5.3 | $ 695 | $ 3,683.50 |
| Kruger, Lewis | 0.3 | 995 | 298.50 |
| Pasquale, Kenneth | 0.8 | 875 | 700.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,682.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 4,682.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Business Operations |
|----|---------------------|
|    | 699843  0013        |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/17/2010 | Attend to Capstone memorandum re: Grace Brazil's acquisition and memorandum to Capstone re: questions and other related matters. | Krieger, A. | 0.2 |
| 05/18/2010 | Attend to Capstone memorandum Grace Brazil acquisition. | Krieger, A. | 0.1 |
| 05/20/2010 | Attend to Capstone memorandum re: Grace Brazil's acquisition of concrete and cement additive business and provide comments thereon. | Krieger, A. | 0.2 |
| 05/21/2010 | Review Capstone report on WRG acquisition. | Pasquale, K. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.5 | $ 695 | $ 347.50 |
| Pasquale, Kenneth | 0.3 | 875 | 262.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 610.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 610.00 |
|-----------------------|----------|

# STROOCK

| RE | Case Administration |
|----|---------------------|
|    | 699843  0014        |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/03/2010 | Obtain and circulate recently docketed pleadings in main case (.4); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.7 |
| 05/04/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.3 |
| 05/05/2010 | Review case docket nos. 01-771, 09-644 and 09-807. | Mohamed, D. | 0.3 |
| 05/06/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |
| 05/07/2010 | Review case docket nos. 01-771, 09-644 and 09-807. | Mohamed, D. | 0.3 |
| 05/11/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.2 |
| 05/12/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.4); review case docket nos. 01-771, 09-644 and 09-807 (.3); obtain documents for attorney review (.2). | Mohamed, D. | 1.1 |
| 05/13/2010 | Obtain and circulate recently docketed pleadings in main case (.3); obtain pleadings for attorney review (.4). | Mohamed, D. | 0.7 |
| 05/14/2010 | Obtain and circulate recently docketed pleadings in main case (.5); review case file documents (1.3); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 2.1 |
| 05/17/2010 | Obtain and circulate recently docketed pleadings in main case (.2); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.5 |
| 05/18/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/19/2010 | Review case docket nos. 01-771, 09-644 and 09-807. | Mohamed, D. | 0.3 |
| 05/20/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.6 |
| 05/21/2010 | Obtain and circulate recently docketed pleadings in main case (.4); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.7 |
| 05/24/2010 | Obtain and circulate recently docketed pleadings in main case (.3); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.6 |
| 05/26/2010 | Obtain and circulate recently docketed pleadings in main case (.5); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.8 |
| 05/28/2010 | Obtain and circulate recently docketed pleadings in main case (.2); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Mohamed, David | 10.5 | $ 190 | $ 1,995.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,995.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,995.00 |
|---|---|

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos)<br>699843 0015 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/06/2010 | Attend to recent filings, orders. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.2 | $ 695 | $ 139.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 139.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 139.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843 0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/10/2010 | Attend to Debtors' motion for approval of settlement agreement with North Star Reinsurance Corporation and prepare memorandum for the Committee thereon. | Krieger, A. | 3.1 |
| 05/10/2010 | Review memo to Committee re: North Star settlement. | Kruger, L. | 0.3 |
| 05/11/2010 | Memorandum to the Committee re: North Star Reinsurance Corp. settlement. | Krieger, A. | 0.3 |
| 05/20/2010 | Attend to memorandum for the Committee re: proposed settlement of Grau parties' environmental claims against Grace. | Krieger, A. | 1.8 |
| 05/21/2010 | Prepare draft memorandum for the Committee re: Grau Settlement. | Krieger, A. | 1.3 |
| 05/25/2010 | Memorandum to the Committee re: Grau settlement. | Krieger, A. | 3.1 |
| 05/25/2010 | Review memo re: Grau settlement. | Kruger, L. | 0.2 |
| 05/25/2010 | Attention to draft memo re: proposed settlement. | Pasquale, K. | 0.2 |
| 05/26/2010 | T/c bank debt holder re: status of Chapter 11, review settlement between Grace & Harper (.2); review draft memo re: same to Committee (.2). | Kruger, L. | 0.4 |
| 05/27/2010 | Attend to memorandum re: Harper Insurance Settlement. | Krieger, A. | 1.4 |
| 05/28/2010 | Attend to Committee memo re: Harper settlement and exchanged memoranda with L. Esayian re: requested additional information and attend to underlying settlement agreement. | Krieger, A. | 2.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/28/2010 | Review memo to Committee re: Harper settlement. | Kruger, L. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 13.8 | $ 695 | $ 9,591.00 |
| Kruger, Lewis | 1.1 | 995 | 1,094.50 |
| Pasquale, Kenneth | 0.2 | 875 | 175.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 10,860.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 10,860.50 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Fee Application, Applicant |
|---|---|
| | 699843 0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/12/2010 | Attend to firm's 36th quarterly fee application. | Krieger, A. | 0.6 |
| 05/13/2010 | Exchanged memoranda with MM, DM re: 36th quarterly fee application (.2); attend to further revision to 36th quarterly (.8). | Krieger, A. | 1.0 |
| 05/17/2010 | Memorandum to DM re: 36th quarterly fee application. | Krieger, A. | 0.2 |
| 05/17/2010 | Review Stroock's thirty-sixth quarterly fee application and made changes. | Mohamed, D. | 0.5 |
| 05/20/2010 | Finalize SSL thirty-sixth quarterly fee application for filing (.8); prepare certificate of service re: same and forward to local counsel for filing (.7); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 2.1 |
| 05/20/2010 | Attention to quarterly fee application. | Pasquale, K. | 0.6 |
| 05/21/2010 | Prepare Stroock's 109th monthly fee application. | Mohamed, D. | 0.4 |
| 05/24/2010 | Review/revise April 2010 invoice. | Magzamen, M. | 1.1 |
| 05/27/2010 | Attend to April 2010 fee statement. | Krieger, A. | 0.4 |
| 05/28/2010 | Finalize Stroock's 109th monthly fee application for filing (.6); prepare certificate of service re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.7). | Mohamed, D. | 1.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.2 | $ 695 | $ 1,529.00 |
| Magzamen, Michael | 1.1 | 305 | 335.50 |
| Mohamed, David | 4.9 | 190 | 931.00 |
| Pasquale, Kenneth | 0.6 | 875 | 525.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,320.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,320.50 |
|---|---|

# STROOCK

| RE | Creditor Inquiries |
|---|---|
| | 699843  0019 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/04/2010 | Telephone conference creditor re: proposed confirmation order. | Pasquale, K. | 0.3 |
| 05/21/2010 | Telephone conference creditor re: plan status. | Pasquale, K. | 0.3 |
| 05/26/2010 | Telephone call creditor re: case status. | Krieger, A. | 0.1 |
| 05/27/2010 | Telephone conference creditor re: confirmation status. | Pasquale, K. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.1 | $ 695 | $ 69.50 |
| Pasquale, Kenneth | 0.8 | 875 | 700.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 769.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 769.50 |
|---|---|

# STROOCK

| RE | Fee Application, Others |
|---|---|
| | 699843 0020 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/06/2010 | Attend to other professionals' fee applications, certifications. | Krieger, A. | 0.2 |
| 05/10/2010 | Attend to other professionals' fee applications, certifications, fee auditor's reports. | Krieger, A. | 0.2 |
| 05/12/2010 | Finalize Capstone's 74th monthly fee application for filing (.6); prepare notice and certificate of service re: same and forward to local counsel for filing (.7); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 1.9 |
| 05/13/2010 | Finalize Capstone's 25th quarterly fee application for filing (.8); prepare notice and certificate of service re: same and forward to local counsel for filing (.7); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 2.1 |
| 05/20/2010 | Attend to fee applications of other professionals (.7) and motion to re-open fraudulent conveyance adversary to permit filing of remaining fee applications (.1). | Krieger, A. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.2 | $ 695 | $ 834.00 |
| Mohamed, David | 4.0 | 190 | 760.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,594.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,594.00 |
|---|---|

# STROOCK

| RE | Employee Benefits, Pension<br>699843  0021 |
|----|------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/12/2010 | Attend to pension related issues and case law. | Krieger, A. | 3.1 |
| 05/20/2010 | Attend to Capstone memo re: conversation with AON representatives and telephone call J. Dolan re: discussion. | Krieger, A. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 3.6 | $ 695 | $ 2,502.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,502.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 2,502.00 |
|-----------------------|------------|

# STROOCK

| | | |
|---|---|---|
| RE | Environmental Matters/Regulations/Litigation | |
| | 699843  0022 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/03/2010 | Attend to Oldon LP correspondence (.1); telephone call J. Baer re: claims asserted by Oldon (.1). | Krieger, A. | 0.2 |
| 05/04/2010 | Telephone call counsel for Oldon LP Communication re: environmental claims under negotiation, claims process, status of confirmation and emergence (.4); telephone call J. Baer re: Oldon site liabilities and EPA discussions regarding site remediation (.2). | Krieger, A. | 0.6 |
| 05/13/2010 | Attend to proposed claims settlement re: Grau claim for environmental remediation (.1); memorandum to R. Higgins re: inquiry regarding same (.1); attend to proofs of claim and further memorandum to R. Higgins seeking additional information (.3). | Krieger, A. | 0.5 |
| 05/19/2010 | Attend to R. Higgins' memorandum re: underlying agreement for proposed settlement of Grace claims and review documentation. | Krieger, A. | 1.6 |
| 05/20/2010 | Memorandum to R. Higgins re: additional inquiries re: Grau claim settlement (.2); exchanged memoranda with R. Higgins re: conference call to discuss outstanding questions (.2); telephone conference R. Higgins re proposed claim settlement re: issues and subsequent memorandum re: additional issue (.5). | Krieger, A. | 0.9 |
| 05/21/2010 | Telephone call R. Higgins re: conference call to discuss Grau Settlement. | Krieger, A. | 0.1 |
| 05/24/2010 | Review documentation in preparation of conference call with Grace counsel re Grau settlement conference call with Grace counsel and revise committee memorandum thereon. | Krieger, A. | 4.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/25/2010 | Telephone conversation with A. Krieger re: Grau. | Berg, M. | 0.6 |
| 05/25/2010 | Telephone call M. Berg re: Grau settlement. | Krieger, A. | 0.5 |
| 05/27/2010 | Memorandum to R. Higgins re: Committee position on Grau Settlement. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Berg, Madelaine | 0.6 | $ 650 | $ 390.00 |
| Krieger, Arlene G. | 8.7 | 695 | 6,046.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,436.50 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 6,436.50 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

RE        Expenses
          699843  0024

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |

## MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 119.60 |
| Long Distance Telephone | 100.91 |
| O/S Information Services | 320.64 |
| Westlaw | 229.75 |
| TOTAL DISBURSEMENTS/CHARGES | $ 770.90 |
| TOTAL FOR THIS MATTER | $ 770.90 |

# STROOCK

| RE | Plan and Disclosure Statement |
|----|-------------------------------|
|    | 699843  0036 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/06/2010 | Attend to proposed form of confirmation order. | Krieger, A. | 2.8 |
| 05/06/2010 | Review proposed form of confirmation order. | Kruger, L. | 1.0 |
| 05/11/2010 | Complete review of proposed confirmation order. | Krieger, A. | 0.9 |
| 05/12/2010 | Exchanged memoranda with R. Cobb re: plan terms. | Krieger, A. | 0.3 |
| 05/26/2010 | Review debtors' 9019 motion re: Harper Insurance. | Pasquale, K. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 4.0 | $ 695 | $ 2,780.00 |
| Kruger, Lewis | 1.0 | 995 | 995.00 |
| Pasquale, Kenneth | 0.3 | 875 | 262.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,037.50 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 4,037.50 |
|-----------------------|-----------|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 36,946.50 |
|------------------------------------------|------------|
| TOTAL DISBURSEMENTS/CHARGES | $ 770.90 |
| TOTAL BILL | $ 37,717.40 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# EXHIBIT B

**WR GRACE & CO**

**SUMMARY OF FEES**

**MAY 1, 2010 - MAY 31, 2010**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Kruger, Lewis | 2.4 | $ 995 | $    2,388.00 |
| Pasquale, Kenneth | 3.0 | 875 | 2,625.00 |
|  |  |  |  |
| **Associates** |  |  |  |
| Berg, Madelaine | 0.6 | 650 | 390.00 |
| Krieger, Arlene G. | 39.6 | 695 | 27,522.00 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Magzamen, Michael | 1.1 | 305 | 335.50 |
| Mohamed, David | 19.4 | 190 | 3,686.00 |
|  |  |  |  |
| **Total** | 66.1 |  | $   36,946.50 |

# EXHIBIT C

**WR GRACE & CO**

**DISBURSEMENT SUMMARY**

**MAY 1, 2010 - MAY 31, 2010**

| | |
|---|---:|
| Outside Messenger Service | $  119.60 |
| Long Distance Telephone | 100.91 |
| O/S Information Services | 320.64 |
| Westlaw | 229.75 |
| | |
| **Total** | **$  770.90** |

# STROOCK

## Disbursement Register

| DATE | June 17, 2010 |
|---|---|
| INVOICE NO. | 507738 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through May 31, 2010, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 05/03/2010 | VENDOR: UPS; INVOICE#: 0000010X827180; DATE: 05/01/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, Wilmington, DE 19801 Tracking #:1Z10X8270194769345 on 04/28/2010 | 6.70 |
| 05/03/2010 | VENDOR: UPS; INVOICE#: 0000010X827180; DATE: 05/01/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, Republic Center, Dallas, TX 75201 Tracking #:1Z10X8270196090967 on 04/28/2010 | 9.50 |
| 05/03/2010 | VENDOR: UPS; INVOICE#: 0000010X827180; DATE: 05/01/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior VP & General Counsel, Columbia, MD 21044 Tracking #:1Z10X8270196549570 on 04/28/2010 | 6.70 |
| 05/03/2010 | VENDOR: UPS; INVOICE#: 0000010X827180; DATE: 05/01/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 King Street Suite 2311, Wilmington, DE 19801 Tracking #:1Z10X8270197312957 on 04/28/2010 | 6.70 |
| 05/20/2010 | VENDOR: UPS; INVOICE#: 0000010X827200; DATE: 05/15/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior VP & General Counsel, Columbia, MD 21044 Tracking #:1Z10X8270193883624 on 05/12/2010 | 6.79 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/20/2010 | VENDOR: UPS; INVOICE#: 0000010X827200; DATE: 05/15/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder  Esq. Office of the United States Trustee, 844 King Street Suite 2311, Wilmington, DE 19801 Tracking #:1Z10X8270195010634 on 05/12/2010 | 6.79 |
| 05/20/2010 | VENDOR: UPS; INVOICE#: 0000010X827200; DATE: 05/15/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander  Esq Warren H. Smith and Associates, Republic Center, Dallas, TX 75201 Tracking #:1Z10X8270196054818 on 05/12/2010 | 9.63 |
| 05/20/2010 | VENDOR: UPS; INVOICE#: 0000010X827200; DATE: 05/15/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, Wilmington, DE 19801 Tracking #:1Z10X8270199344428 on 05/12/2010 | 6.79 |
| 05/20/2010 | VENDOR: UPS; INVOICE#: 0000010X827200; DATE: 05/15/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander  Esq Warren H. Smith and Associates, Republic Center, Dallas, TX 75201 Tracking #:1Z10X8270196050689 on 05/13/2010 | 9.63 |
| 05/20/2010 | VENDOR: UPS; INVOICE#: 0000010X827200; DATE: 05/15/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder  Esq. Office of the United States Trustee, 844 King Street Suite 2311, Wilmington, DE 19801 Tracking #:1Z10X8270196628869 on 05/13/2010 | 6.79 |
| 05/20/2010 | VENDOR: UPS; INVOICE#: 0000010X827200; DATE: 05/15/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior VP & General Counsel, Columbia, MD 21044 Tracking #:1Z10X8270199092496 on 05/13/2010 | 6.79 |
| 05/20/2010 | VENDOR: UPS; INVOICE#: 0000010X827200; DATE: 05/15/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, Wilmington, DE 19801 Tracking #:1Z10X8270199361472 on 05/13/2010 | 6.79 |
| 05/24/2010 | VENDOR: UPS; INVOICE#: 0000010X827210; DATE: 05/22/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, Wilmington, DE 19801 Tracking #:1Z10X8270192810249 on 05/20/2010 | 6.79 |
| 05/24/2010 | VENDOR: UPS; INVOICE#: 0000010X827210; DATE: 05/22/2010; | 6.79 |

# STROOCK

PAGE: 3

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior VP & General Counsel, Columbia, MD 21044 Tracking #:1Z10X8270195939025 on 05/20/2010 | |
| 05/24/2010 | VENDOR: UPS; INVOICE#: 0000010X827210; DATE: 05/22/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 King Street Suite 2311, Wilmington, DE 19801 Tracking #:1Z10X8270196228407 on 05/20/2010 | 6.79 |
| 05/24/2010 | VENDOR: UPS; INVOICE#: 0000010X827210; DATE: 05/22/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, Republic Center, Dallas, TX 75201 Tracking #:1Z10X8270199933416 on 05/20/2010 | 9.63 |

**Outside Messenger Service Total**                                          **119.60**

**Long Distance Telephone**

| | | |
|------|-------------|--------|
| 05/03/2010 | EXTN.795544, TEL.3126412162, S.T.18:15, DUR.00:04:11 | 2.78 |
| 05/03/2010 | EXTN.795544, TEL.4137371131, S.T.18:22, DUR.00:02:13 | 1.67 |
| 05/11/2010 | EXTN.795562, TEL.2015412126, S.T.14:56, DUR.00:04:56 | 2.78 |
| 05/13/2010 | VENDOR: Chase Card Services; INVOICE#: 050210A; DATE: 5/2/2010  -  visa charge 04/29/2010 Court Call LLC | 72.00 |
| 05/20/2010 | EXTN.795544, TEL.2015877144, S.T.11:53, DUR.00:25:29 | 14.46 |
| 05/20/2010 | EXTN.795475, TEL.3026574900, S.T.09:46, DUR.00:04:02 | 2.78 |
| 05/21/2010 | EXTN.795544, TEL.3126660431, S.T.10:52, DUR.00:01:31 | 1.11 |
| 05/26/2010 | EXTN.795544, TEL.9738973334, S.T.15:25, DUR.00:01:05 | 1.11 |
| 05/28/2010 | EXTN.795475, TEL.3026574900, S.T.12:48, DUR.00:03:51 | 2.22 |

**Long Distance Telephone Total**                                          **100.91**

**O/S Information Services**

| | | |
|------|-------------|--------|
| 05/04/2010 | Pacer Search Service on 1/22/2010 | 0.16 |
| 05/04/2010 | Pacer Search Service on 2/19/2010 | 0.24 |

# STROOCK

PAGE: 4

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/04/2010 | Pacer Search Service on 1/4/2010 | 3.52 |
| 05/04/2010 | Pacer Search Service on 1/5/2010 | 0.32 |
| 05/04/2010 | Pacer Search Service on 1/6/2010 | 3.60 |
| 05/04/2010 | Pacer Search Service on 1/7/2010 | 2.96 |
| 05/04/2010 | Pacer Search Service on 1/10/2010 | 20.24 |
| 05/04/2010 | Pacer Search Service on 1/11/2010 | 3.76 |
| 05/04/2010 | Pacer Search Service on 1/12/2010 | 20.00 |
| 05/04/2010 | Pacer Search Service on 1/13/2010 | 0.08 |
| 05/04/2010 | Pacer Search Service on 1/14/2010 | 20.56 |
| 05/04/2010 | Pacer Search Service on 1/19/2010 | 12.40 |
| 05/04/2010 | Pacer Search Service on 1/20/2010 | 5.36 |
| 05/04/2010 | Pacer Search Service on 1/22/2010 | 1.44 |
| 05/04/2010 | Pacer Search Service on 1/25/2010 | 0.64 |
| 05/04/2010 | Pacer Search Service on 1/26/2010 | 1.84 |
| 05/04/2010 | Pacer Search Service on 1/28/2010 | 4.80 |
| 05/04/2010 | Pacer Search Service on 1/29/2010 | 4.32 |
| 05/04/2010 | Pacer Search Service on 1/29/2010 | 3.92 |
| 05/04/2010 | Pacer Search Service on 2/1/2010 | 1.36 |
| 05/04/2010 | Pacer Search Service on 2/4/2010 | 0.08 |
| 05/04/2010 | Pacer Search Service on 2/5/2010 | 11.36 |
| 05/04/2010 | Pacer Search Service on 2/8/2010 | 3.68 |
| 05/04/2010 | Pacer Search Service on 2/8/2010 | 0.16 |

# STROOCK

PAGE: 5

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/04/2010 | Pacer Search Service on 2/9/2010 | 3.28 |
| 05/04/2010 | Pacer Search Service on 2/11/2010 | 0.56 |
| 05/04/2010 | Pacer Search Service on 2/12/2010 | 9.12 |
| 05/04/2010 | Pacer Search Service on 2/15/2010 | 0.24 |
| 05/04/2010 | Pacer Search Service on 2/16/2010 | 20.88 |
| 05/04/2010 | Pacer Search Service on 2/16/2010 | 1.52 |
| 05/04/2010 | Pacer Search Service on 2/17/2010 | 5.84 |
| 05/04/2010 | Pacer Search Service on 2/18/2010 | 7.68 |
| 05/04/2010 | Pacer Search Service on 2/19/2010 | 0.48 |
| 05/04/2010 | Pacer Search Service on 2/23/2010 | 0.24 |
| 05/04/2010 | Pacer Search Service on 2/24/2010 | 0.48 |
| 05/04/2010 | Pacer Search Service on 2/25/2010 | 2.00 |
| 05/04/2010 | Pacer Search Service on 3/1/2010 | 28.96 |
| 05/04/2010 | Pacer Search Service on 3/2/2010 | 19.20 |
| 05/04/2010 | Pacer Search Service on 3/3/2010 | 10.32 |
| 05/04/2010 | Pacer Search Service on 3/5/2010 | 5.28 |
| 05/04/2010 | Pacer Search Service on 3/8/2010 | 1.44 |
| 05/04/2010 | Pacer Search Service on 3/9/2010 | 15.68 |
| 05/04/2010 | Pacer Search Service on 3/11/2010 | 4.16 |
| 05/04/2010 | Pacer Search Service on 3/12/2010 | 0.40 |
| 05/04/2010 | Pacer Search Service on 3/15/2010 | 3.68 |
| 05/04/2010 | Pacer Search Service on 3/18/2010 | 11.76 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

PAGE: 6

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 05/04/2010 | Pacer Search Service on 3/19/2010 | 3.04 |
| 05/04/2010 | Pacer Search Service on 3/22/2010 | 20.64 |
| 05/04/2010 | Pacer Search Service on 3/24/2010 | 0.56 |
| 05/04/2010 | Pacer Search Service on 3/25/2010 | 0.16 |
| 05/04/2010 | Pacer Search Service on 3/26/2010 | 0.48 |
| 05/04/2010 | Pacer Search Service on 3/29/2010 | 0.96 |
| 05/04/2010 | Pacer Search Service on 3/30/2010 | 9.68 |
| 05/04/2010 | Pacer Search Service on 3/31/2010 | 2.80 |
| 05/04/2010 | Pacer Search Service on 1/13/2010 | 0.24 |
| 05/04/2010 | Pacer Search Service on 1/22/2010 | 0.24 |
| 05/04/2010 | Pacer Search Service on 2/19/2010 | 0.24 |
| 05/04/2010 | Pacer Search Service on 3/5/2010 | 0.24 |
| 05/04/2010 | Pacer Search Service on 3/12/2010 | 0.24 |
| 05/04/2010 | Pacer Search Service on 3/19/2010 | 0.24 |
| 05/04/2010 | Pacer Search Service on 3/12/2010 | 0.88 |

**O/S Information Services Total**  **320.64**

**Westlaw**
| 05/12/2010 | Transactional Search by Krieger, Arlene G. | 229.75 |

**Westlaw Total**  **229.75**

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 119.60 |
| Long Distance Telephone | 100.91 |
| O/S Information Services | 320.64 |
| Westlaw | 229.75 |

| | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 770.90 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.