## EXHIBIT B – Part 3

## Monthly Fee Statement for the Period from:
## June 1, 2010 – June 30, 2010

NY 72893581v1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:** |
| | ) | **August 17, 2010 at 4:00 p.m.** |
| | ) | **Hearing date:  To be scheduled only if objections** |
| | ) | **are timely filed and served.** |

### NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel

to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee

of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and

(7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Stroock & Stroock & Lavan LLP ("Stroock"), counsel to the Official Committee of

Unsecured Creditors (the "Committee") of the above captioned debtor and debtors in possession

in the above-captioned chapter 11 cases, filed and served the One Hundred and Eleventh

Monthly Fee Application of Stroock & Stroock & Lavan LLP for Interim Compensation and for

Reimbursement of Expenses for the services rendered during the period June 1, 2010 through

June 30, 2010, seeking compensation in the amount of $52,374.50 and reimbursement for actual

and necessary expenses in the amount of $93.68.

Objections or responses to the Monthly Fee Application, if any, must be made in writing

and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market

Street, 3rd Floor, Wilmington, Delaware 19801, on or before **August 17, 2010 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon

the Affected Professional and each of the following:  (i) co-counsel for the Debtors, Theodore L.

Docket No.:  25130
Date Filed: 7/28/10

Freedman, Esquire, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022 (fax number 212-446-4900), and James E. O'Neill, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400), and Janet S. Baer, Esquire, The Law Offices of Janet S. Baer, P.C., 70 West Madison Street, Suite 2100, Chicago, IL 60602 (Fax number 312-641-2165); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod LLP, Wachovia Building, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number  212-644-6755), and Mark Hurford, Esquire, Campbell & Levine, LLC, 800 N. King Street, Suite 300, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel  to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins LLP, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Neil B. Glassman, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) co-counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (fax

number 212-715-8000), and Teresa K.D. Currier, Esquire, Saul Ewing LLP, 222 Delaware Avenue, Wilmington, Delaware 19801 (Fax number 302-421-6813); (vii) the Office of the United States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); and (viii) the Fee Auditor, Bobbi Ruhlander, Warren H. Smith and Associates, P.C., Republic Center, 325 N. St. Paul, Suite 1250, Dallas, TX 75201 (Fax number 214-722-0081).


**[Remainder of Page Left Intentionally Blank]**

Dated: July 28, 2010
      Wilmington, Delaware

**RESPECTFULLY SUBMITTED,**

*/s/ Michael R. Lastowski*
Michael R. Lastowski, Esq. (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:    mlastowski@duanemorris.com
E-mail:    rwriley@duanemorris.com

William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
Suite 1200
744 Broad Street
Newark, NJ 07102-3889
Telephone:    (973) 424-2000
Facsimile:    (973) 424-2001
E-mail:    wskatchen@duanemorris.com

and

Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006
E-mail:    lkruger@stroock.com
                kpasquale@stroock.com

Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:** |
| | ) | **August 17, 2010 at 4:00 p.m.** |
| | ) | **Hearing date:  To be scheduled only if objections** |
| | | **are timely filed and served.** |

**ONE HUNDRED AND ELEVENTH MONTHLY FEE APPLICATION OF STROOCK &
STROOCK & LAVAN LLP FOR COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM JUNE 1, 2010 THROUGH JUNE 30, 2010**

| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and reimbursement is sought | **June 1, 2010 – June 30, 2010** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$52,374.50     (80%: $41,899.60)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$93.68** |

This is an: ☒ interim ☐ final application

**Attachment A**

**Monthly Interim Fee Applications**

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| May 30, 2001 D.I.339 | 4/12/01-4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 D.I.613 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111.943.00 | $6,884.73 |
| July 30, 2001 D.I.772 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| September 5, 2001 D.I.889 | 7/1/01-7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 D.I.983 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 D.I.1058 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 D.I.1239 | 10/1/01 – 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 D.I.1470 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 D.I.1608 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 D.I.1812 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 D.I.1951 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |
| May 8, 2002 D.I.2029 | 03/01/02 – 03/31/02 | $77,964.25 | $1,190.44 | $62,371.40 | $1,190.44 |
| June 3, 2002 D.I.2156 | 04/01/02-04/30/02 | $97,251.50 | $1,816.40 (Stroock) $9,772.37 (Chambers) | $77,801.20 | $11,588.86 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
| | | Fees | Expenses | Fees | Expenses |
|---|---|---|---|---|---|
| July 2, 2002 D.I.2324 | 05/01/02 – 05/31/02 | $74,910.75 | $2,9154.43 (Stroock) $43,190.69 (Chambers) | $59,928.60 | $46,105.12 |
| August 5, 2002 D.I.2495 | 06/01/02 – 06/30/02 | $73,096.75 | $2,054.05 (Stroock) $114,666.72 (Chambers) | $58,477.4011 | $116,720.77 |
| September 20, 2002 D.I.2720 | 07/01/02 – 07/31/02 | $90,903.27 | $1,250.79 (Stroock) $11,996.25 (Chambers) | $72,722.61 | $13,274.04 |
| October 29, 2002 D.I.2898 | 08/01/02 – 08/31/02 | $93,151.25 | $11,539.51 (Stroock) $5,046.70 (Chambers) | $74,521.00 | $16,586.21 |
| November 14, 2002 D.I.2981 | 09/01/02 – 09/30/02 | $96,613.25 | $15,567.77 (Stroock) $771.50 (Chambers) | $77,290.60 | $16,339.27 |
| December 10, 2002 D.I.3129 | 10/1/02 – 10/31/02 | $68,404.00 | $2,956.54 (Stroock) $1,780.75 (Chambers) | $54,723.20 | $4,737.29 |
| January 28, 2003 D.I.3286 | 11/1/02 – 11/30/02 | $75,345.50 | $8,712.16 (Stroock) | $60,276.40 | $8,712.16 |
| February 7, 2003 D.I.3349 | 12/1/02 – 12/31/02 | $27,683.50 | $13,332.14 (Stroock) | $22,146.80 | $13,332.14 |
| March 26, 2003 D.I.3552 | 1/1/03 – 1/31/03 | $88,139.00 | $1,210.11 (Stroock) | $70,511.20 | $1,210.11 |
| April 7, 2003 D.I.3626 | 2/1/03 – 2/28/03 | $76,313.00 | $2,022.78 (Stroock) $1,077.80 (Chambers) | $61,050.40 | $3,100.58 |
| April 29, 2003 D.I. 3718 | 3/1/03 – 3/31/03 | $60,163.50 | $6,191.15 (Stroock) | $48,130.80 | $6,191.15 |
| June 2, 2003 D.I. 3850 | 4/1/03 – 4/30/03 | $60,269.00 | $814.02 (Stroock) $2,043.00 (Chambers) | $48,215.20 | $2,857.02 |
| July 1, 2003 D.I. 3983 | 5/1/03 – 5/31/03 | $111,990.50 | $691.84 (Stroock) $9,830.50 (Chambers) | $89,592.40 | $10,522.34 |
| August 5, 2003 D.I. 4152 | 6/1/03 – 6/30/03 | $43,824.00 | $1,220.42 (Stroock) $61,755.00 (Chambers) | $35,059.20 | $62,975.42 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
| | | Fees | Expenses | Fees | Expenses |
|---|---|---|---|---|---|
| September 4, 2003 D.I. 4381 | 7/1/03 – 7/31/03 | $79,090.50 | $2,301.33 (Stroock) $14,274.25 (Chambers) | $55,941.60 | $16,575.58 |
| September 30, 2003 D.I. 4512 | 8/1/03 – 8/31/03 | $69,927.00 | $1,164.19 (Stroock) $12,488.94 (Chambers) | $55,941.60 | $13,653.13 |
| October 29, 2003 D.I. 4625 | 9/1/03 – 9/30/03 | $69,409.50 | $1,076.94 (Stroock) $10,102.00 (Chambers) | $55,527.60 | $11,178.94 |
| December 19, 2002 D.I. 4843 | 10/1/03 – 10/31/03 | $96,980.50 | $3,800.45 (Stroock) $42,881.50 (Chambers) | $77,584.40 | $46,681.95 |
| January 23, 2003 D.I. 4976 | 11/1/03 – 11/30/03 | $66,428.50 | $1,225.38 (Stroock) $30,463.00 (Navigant f/k/a Chambers) | $53,142.80 | $31,688.38 |
| February 4, 2004 D.I. 5056 | 12/1/03 – 12/31/03 | $52,321.50 | $924.99 (Stroock) $27,005.00 (Navigant f/k/a Chambers) | $41,857.20 | $27,929.99 |
| March 17, 2004 D.I. 5309 | 1/1/04 – 1/31/04 | $65,980.50 | $1,917.93 (Stroock) $47,654.57 (Navigant f/k/a Chambers) | $52,784.40 | $49,572.50 |
| April 6, 2004 D.I. 5406 | 2/1/04 – 2/29/04 | $90,421.50 | $3,636.48 (Stroock) $35,492.50 (Navigant f/k/a Chambers) | $72,337.20 | $39,128.98 |
| April 28, 2004 D.I. 5498 | 3/1/04 – 3/31/04 | $103,524.00 | $5,567.34 (Stroock) | $82,819.20 | $5,567.34 |
| June 14, 2004 D.I. 5803 | 4/1/04 – 4/30/04 | $99,136.00 | $3,518.96 (Stroock) $1,515.00 (Navigant February) $49,667.00 (Navigant March) $80,307.11 (Navigant April) | $79,308.80 | $135,008.07 |
| July 2, 2004 D.I. 5917 | 5/1/04 – 5/31/04 | $134,324.50 | $2,409.97 (Stroock) $78,360.05 (Navigant May) | $107,459.60 | $80,770.02 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 2, 2004 D.I. 6105 | 6/1/04 – 6/30/04 | $120,501.00 | $1,831.49 (Stroock) $62,625.00 (Navigant June) | $96,400.80 | $64,456.49 |
| September 9, 2004 D.I. 6341 | 7/1/04 – 7/31/04 | $72,394.00 | $3,461.84 (Stroock) $40,427.50 (Navigant July) | $57,915.20 | $43,889.34 |
| September 23, 2004 D.I. 6444 | 8/1/04 – 8/31/04 | $70,457.00 | $1,764.40 (Stroock) | $56,365.60 | $1,764.40 |
| October 14, 2004 D.I. 6625 | 9/1/04 – 9/30/04 | $83,903.50 | $1,535.61 (Stroock) $27,142.00 (Navigant August) | $67,122.80 | $28,677.61 |
| December 3, 2004 D.I. 7086 | 10/1/04 – 10/31/04 | $200,155.50 | $1,368.18 (Stroock) $ 24,659.00 (Navigant September) | $160,124.40 | $26,027.18 |
| January 7, 2005 D.I. 7481 | 11/1/04 – 11/30/04 | $218,608.50 | $14,019.09 (Stroock) $25,102.80 (Navigant October) $27,972.34 (Navigant November) | $174,886.80 | $67,094.23 |
| February 2, 2005 D.I. 7667 | 12/1/04 – 12/31/04 | $235,503.70 | $10,442.92 (Stroock) $62,687.97 (Navigant December) | $188,402.96 | $73,130.89 |
| March 15, 2005 D.I. 8026 | 1/1/05 – 1/31/05 | $187,168.00 | $4,411.55 (Stroock) $15,686.00 (Navigant January) | $149,734.40 | $20,097.55 |
| April 1, 2005 D.I. 8155 | 2/1/05 – 2/28/05 | $108,180.25 | $8,102.85 (Stroock) $18,303.37 (Navigant February) | $86,544.20 | $26,406.22 |
| April 25, 2005 D.I. 8331 | 3/1/05 – 3/31/05 | $56,941.25 | $287.23 (Stroock) $6,114.86 (Navigant March) | $45,553.00 | $6,402.09 |
| June 6, 2005 D.I. 8562 | 4/1/05 – 4/30/05 | $127,695.00 | $3,531.45 (Stroock) $20,129.06 (Navigant April) | $102,156.00 | $23,660.51 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| June 28, 2005 D.I. 8704 | 5/1/05 – 5/31/05 | $115,453.75 | $858.21(Stroock) | $78,855.20 | $858.21 |
| August 3, 2005 D.I. 9135 | 6/1/05 – 6/30/05 | $114,903.75 | $4,871.74 (Stroock) $34,075.28 (Navigant) | $91,923.00 | $38,947.02 |
| September 8, 2005 D.I. 9356 | 7/1/05 – 7/31/05 | $117,780.75 | $2,088.44 (Stroock) $2,211.00 (Navigant) | 94,224.60 | $4,299.44 |
| October 14, 2005 D.I. 9565 | 8/1/05 8/31/05 | $106,796.25 | $5,046.99 (Stroock) $18,550.00 (Navigant) | $85,437.00 | $23,596.99 |
| November 1, 2005 D.I. 10951 | 9/1/05 9/31/05 | $67,697.50 | $1,399.68 (Stroock) $11,197.50 (Navigant) | $54,158.00 | $12,597.18 |
| November 29, 2005 D.I. 11202 | 10/1/05 - 10/31/05 | $98,216.75 | $1,611.30 (Stroock) $11,582.50 (Navigant) | $78,573.40 | $13,193.80 |
| January 9, 2006 D.I. 11507 | 11/1/05 11/30/05 | $104,348.00 | $2,847.45 (Stroock) $71,598.50 (Navigant) | $83,478.40 | $74.445.95 |
| January 30, 2006 D.I. 11655 | 12/1/05 – 12/31/05 | $96,855.00 | $1,379.53 (Stroock) $20,317.49 (Navigant) | $77,484.00 | $21,697.02 |
| March 1, 2006 D.I. 11921 | 1/1/06 – 1/31/06 | $73,383.00 | $1,810.85 (Stroock) $14,124.01 (Navigant) | $58,706.40 | $15,934.86 |
| March 28, 2006 D.I. 12134 | 2/1/06 – 2/28/06 | $105,083.75 | $1,434.62 (Stroock) $25,971.70 (Navigant) | $84,067.00 | $27,406.32 |
| May 2, 2006 D.I. 12354 | 3/1/2006 - 3/31/2006 | $145,189.50 | $2,512.81 (Stroock) $25,838.37 (Navigant) | $116,151.60 | $28,351.18 |
| May 31, 2006 D.I. 12558 | 4/1/2006 - 4/30/2006 | $116,817.00 | $2,141.42 (Stroock) $7,425.00 (Navigant) | $93,453.60 | $9,566.42 |
| July 6, 2006 D.I. 12748 | 5/1/2006 – 5/31/2006 | $121,304.50 | $1,838.71 (Stroock) $17,493.75 (Navigant) | $97,043.60 | $19,332.46 |
| August 1, 2006 D.I. 12899 | 6/1/2006 – 6/30/2006 | $94,856.50 | $1,869.66 (Stroock) $38,548.75 (Navigant) | $75,885.20 | $40,418.41 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2006 D.I. 13117 | 7/1/2006 – 7/31/2006 | $97,397.25 | $496.76 (Stroock) $30,280.00 (Navigant) | $77,917.80 | $30,776.76 |
| October 2, 2006 D.I. 13336 | 8/1/2006- 8/31/2006 | $131,856.25 | $98.34 (Stroock) $98,317.50 (Navigant) | $105,485.00 | $98,415.84 |
| November 2, 2006 D.I. 13559 | 9/1/2006 – 9/30/2006 | $150,960.00 | $4,147.01 (Stroock) $91,179.11 (Navigant) | $120,768.00 | $95,326.12 |
| November 29, 2006 D.I. 13838 | 10/1/06 – 10/31/06 | $196,223.50 | $915.14 (Stroock) $147,374.20 (Navigant) | $156,978.89 | $148,289.34 |
| January 12, 2007 D.I. 14292 | 11/1/06 – 11/30/06 | $188,638.00 | $3,370.16 (Stroock) $133,438.70 (Navigant) | $150,910.40 | $136,808.86 |
| January 29, 2007 D.I. 14415 | 12/1/06 – 12/31/06 | $99,832.00 | $5,752.89 (Stroock) $55,245.22 (Navigant) | $79,865.60 | $60,998.11 |
| March 8, 2007 D.I. 14810 | 1/1/2007 1/31/2007 | $77,582.00 | $962.06 (Stroock) $90,474.74 (Navigant) | $62,065.60 | $91,436.80 |
| April 10, 2007 D.I. 15132 | 2/1/2007 2/28/2007 | $119,140.50 | $3,092.88 (Stroock) $77,301.25 (Navigant) | $95.312.40 | $80,394.13 |
| May 1, 2007 D.I. 15457 | 3/1/2007 – 3/31/2007 | $135,228.00 | $6,635.25 (Stroock) $104,674.53 (Navigant) | $108,182.40 | $111,309.78 |
| June 22, 2007 D.I. 16136 | 4/1/2007 – 4/30/2007 | $177,646.00 | $815.81 (Stroock) $173,437.45 (Navigant) | $142,116.80 | $174,253.26 |
| July 17,2007 D.I. 16309 | 5/1/2007 – 5/31/2007 | $205,937.25 | $6,405.01 (Stroock) $162,431.03 (Navigant) | $164,749.80 | $168,836.04 |
| August 10, 2007 D.I. 16528 | 6/1/2007 – 6/30.2007 | $225,650.50 | $5,929.97 (Stroock) $200,294.81 (Navigant) | $180,520.40 | $206,224.78 |
| September 14, 2007 D.I. 16822 | 7/1/2007 – 7/31/2007 | $157.268.50 | $4,021.65 (Stroock) $208,116.54 (Navigant) | $125,814.80 | $212,138.19 |
| October 1, 2007 D.I. 16959 | 8/1/2007 – 8/31/2007 | $145,866.50 | $3,354.61 (Stroock) $210,152.54 (Navigant) | $116,693.20 | $213,507.15 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| November 19, 2007 D.I. 17394 | 9/1/2007 – 9/30/2007 | $206,908.50 | $3,056.89 (Stroock) | $165,526.80 | $3,056.89 |
| December 5, 2007 D.I. 17548 | 10/1/07 - 10/31/07 | $288,976.50 | $22,324.58 (Stroock) $325,509.63 (Navigant) | $231,181.20 | $347,834.21 |
| January 11, 2008 D.I. 17803 | 11/1/07 – 11/30/07 | $249,372.50 | $32,780.40 (Stroock) $162,394.93 (Navigant) | $199,498.00 | $195,175.33 |
| February 1, 2008 D.I. 17957 | 12/1/07 - 12/31/97 | $116,522.50 | $57,717.92 (Stroock) $47,444.43 (Navigant) | $93,218.00 | $105,162.35 |
| March 4, 2008 D.I. 18202 | 1/1/08 – 1/31/08 | $201,472.50 | $3,282.80 (Stroock) $86,070.26 (Navigant) | $161,178.00 | $89,353.06 |
| April 4, 2008 D.I. 18450 | 2/1/08 – 2/29/08 | $195,491.00 | $5,922.25 (Stroock) $73,924.16 (Navigant) | $156,392.80 | $79,846.41 |
| April 29, 2008 D.I. 18639 | 3/1/08 – 3/31/08 | $275,659.00 | $11,217.17 (Stroock) $69,201.53 (Navigant) | $220,527.20 | $80,418.70 |
| June 4, 2008 D.I. 18862 | 4/1/08 - 4/30/08 | $298,888.00 | $10,143.60 (Stroock) $38,800.00 (Navigant) | $239,110.40 | $48,943.60 |
| July 1, 2008 D.I. 19032 | 5/1/08 - 5/31/08 | $138,683.50 | $3,649.95 (Stroock) | $110,946.80 | $3,649.95 |
| August 4, 2008 D.I. 19224 | 6/1/2008 – 6/30/2008 | $213,559.00 | $12,357.78 (Stroock) $96.84 (Navigant) | $170,847.20 | $12,454.62 |
| September 10, 2008 D.I. 19516 | 7/1/2008 – 7/31/2008 | $206,087.50 | $6,717.13 (Stroock) $259.90 (Navigant) | $164.870.00 | $6,977.03 |
| September 30, 2008 D.I. 19653 | 8/1/2008 – 8/31/2008 | $212,928.50 | $2,326.65 (Stroock) | $170,342.80 | $2,326.65 |
| November 6, 2008 D.I. 19949 | 9/1/2008 – 9/30/2008 | $226,486.50 | $2,844.77 (Stroock) | $181,189.20 | $2,844.77 |
| December 2, 2008 D.I. 20174 | 10/1/08 – 10/31/08 | $270,097.00 | $10,611.52 (Stroock) | $216,077.60 | $10,611.52 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| December 30, 2008 D.I. 20384 & 20385 | 11/1/08 – 11/30/08 | $184,642.00 | $5,870.24 (Stroock) | $147,713.60 | $5,870.24 |
| February 3, 2009 D.I. 20654 | 12/1/08 – 12/31/08 | $102,648.50 | $4,017.80 (Stroock) | $82,118.80 | $4,017.80 |
| March 3, 2009 D.I. 20906 | 1/1/09 – 1/31/09 | $114,525.00 | $2,458.44 (Stroock) | $91,620.00 | $2,458.44 |
| March 30, 2009 D.I. 21152 | 2/1/09 – 2/28/09 | $141,569.00 | $1,627.89 (Stroock) | $113,255.20 | $1,627.89 |
| April 29, 2009 D.I. 21475 | 3/1/09 – 3/31/09 | $181,006.75 | $3,270.02 (Stroock) | $144,805.40 | $3,270.02 |
| May 29,2009 D.I. 21910 | 4/1/09 – 4/30/09 | $187,588.50 | $1,545.41 (Stroock) | $150,070.80 | $1,545.41 |
| July 1, 2009 D.I. 22310 | 5/1/09 – 5/31/09 | $227,989.00 | $9,428.79 (Stroock) | $182,391.20 | $9,428.79 |
| August 6, 2009 D.I. 22709 | 6/1/09 – 6/30/09 | $238,611.25 | $5,960.91 (Stroock) | $190,889.00 | $5,960.91 |
| September 25, 2009 D.I. 23338 | 7/1/09 – 7/31/09 | $294,766.50 | $17,306.20 (Stroock) | $235,813.20 | $17,306.20 |
| October 5, 2009 D.I 23422 | 8/1/09 – 8/31/09 | $299,544.25 | $7,237.57 (Stroock) $2,812.50 (Navigant) | $239,635.40 | $10,050.07 |
| November 13, 2009 D.I. 23759 | 9/1/09 – 9/30/09 | $349,937.50 | $20,164.05 (Stroock) | $279,950.00 | $20,164.05 |
| December 1, 2009 D.I. 23897 | 10/1/09 – 10/31/09 | $281,050.75 | $12,457.25 (Stroock) | $224,840.60 | $12,457.25 |
| December 30, 2009 D.I. 24087 | 11/1/09 – 11/30/09 | $219,347.00 | $10,084.80 (Stroock) | $175,477.60 | $10,084.80 |
| January 29, 2010 D.I. 24211 | 12/1/09 – 12/31/09 | $117,137.00 | $3,532.36 (Stroock) | $93,709.60 | $3,532.36 |

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| March 1, 2010 D.I. 24376 | 1/1/2010 – 1/31/2010 | $193,442.75 | $3,163.37 (Stroock) | $154,754.20 | $3,163.37 |
| March 30, 2010 D.I. 24537 | 2/1/2010 – 2/28/2010 | $56,435.50 | $1,668.29 (Stroock) | $45,148.40 | $1,668.29 |
| April 28, 2010 D.I. 24687 | 3/1/2010 – 3/31/2010 | $42,209.00 | $636.63 (Stroock) | $33,767.20 | $636.63 |
| May 28, 2010 D.I. 24859 | 4/1/2010 – 4/30/2010 | $44,465.00 | $265.51 (Stroock) | $35,572.00 | $265.51 |
| June 28, 2010 D.I. 24993 | 5/1/2010 – 5/31/2010 | 36,946.50 | $770.90 (Stroock) | $29,557.20 | $770.90 |

**WR GRACE & CO**
**ATTACHMENT B**
**JUNE 1, 2010 - JUNE 30, 2010**

| | Hours | Rate | Amount | No. of Years in Position |
|---|---|---|---|---|
| **Partners** | | | | |
| Kruger, Lewis | 1.0 | $ 995 | $ 995.00 | 40 |
| Pasquale, Kenneth | 1.9 | 875 | 1,662.50 | 20 |
| | | | | |
| **Associates** | | | | |
| Berg, Madelaine | 9.6 | 650 | 6,240.00 | 30 |
| Krieger, Arlene G. | 58.1 | 695 | 40,379.50 | 26 |
| | | | | |
| **Paraprofessionals** | | | | |
| Magzamen, Michael | 1.5 | 305 | 457.50 | 5 |
| Mohamed, David | 11.0 | 190 | 2,090.00 | 20 |
| Rivera, Eddie M. | 2.2 | 250 | 550.00 | 5 |
| | | | | |
| **Total** | **85.3** | | **$52,374.50** | |

# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**JUNE 1, 2010 - JUNE 30, 2010**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 1.3 | 903.50 |
| 0013 | Business Operations | 2.9 | 2,135.50 |
| 0014 | Case Administration | 9.8 | 2,343.00 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 0.2 | 139.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 24.4 | 17,204.00 |
| 0018 | Fee Application, Applicant | 3.8 | 1,000.00 |
| 0019 | Creditor Inquiries | 0.5 | 437.50 |
| 0020 | Fee Application, Others | 2.5 | 727.50 |
| 0021 | Employee Benefits, Pension | 3.8 | 2,641.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 33.6 | 22,974.00 |
| 0036 | Plan and Disclosure Statement | 0.4 | 350.00 |
| 0037 | Hearings | 2.1 | 1,519.50 |
| | | | |
| | Total | 85.3 | $ 52,374.50 |

# STROOCK

## INVOICE

| DATE | July 16, 2010 |
|---|---|
| INVOICE NO. | 509909 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through June 30, 2010, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
|---|---|
| | 699843 0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/03/2010 | Attend to recently filed replies re: MMC claims and objections thereto to be heard on 6/7/10. | Krieger, A. | 0.4 |
| 06/24/2010 | Attend to Debtors' motion re amended and restated asbestos settlement agreement with Munich Reinsurance. | Krieger, A. | 0.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.3 | $ 695 | $ 903.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 903.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 903.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Business Operations<br>699843  0013 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/10/2010 | Attend to Capstone report re: Grace's lst quarter 2010 financials. | Krieger, A. | 0.6 |
| 06/11/2010 | Attend to Capstone's report for the Committee re: 1st quarter operations (1.3); telephone conference J. Dolan re: report (.3). | Krieger, A. | 1.6 |
| 06/11/2010 | Review Capstone report for 1st Quarter. | Kruger, L. | 0.4 |
| 06/14/2010 | Telephone call J. Dolan re: Capstone's report to the Committee re: first quarter operations. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.5 | $ 695 | $ 1,737.50 |
| Kruger, Lewis | 0.4 | 995 | 398.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,135.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,135.50 |
|---|---|

# STROOCK

| | | | |
|---|---|---|---|
| RE | Case Administration<br>699843  0014 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/01/2010 | Memorandum to DM re: review of proposed fee order and related materials. | Krieger, A. | 0.1 |
| 06/01/2010 | Obtain and circulate recently docketed pleadings in main case (.2); schedule telephonic hearing appearance for A. Krieger to be held on 6/7/10 (.2). | Mohamed, D. | 0.4 |
| 06/02/2010 | Exchanged memoranda with DM and with J. O'Neill re: order on 36th quarterly fee applications. | Krieger, A. | 0.2 |
| 06/02/2010 | Obtain and circulate recently docketed pleadings in main case (.7); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 1.0 |
| 06/03/2010 | Obtain and circulate recently docketed pleading in main case (.2); review case file documents (.7). | Mohamed, D. | 0.9 |
| 06/04/2010 | Obtain and circulate recently docketed pleadings in main case (.8); review case docket nos. 01-771, 09-644 and 09-807 (.3); obtain documents for attorney review (.3). | Mohamed, D. | 1.4 |
| 06/07/2010 | MD Casualty case documents for A. Krieger. | Magzamen, M. | 0.2 |
| 06/07/2010 | Distributed filed pleadings. | Rivera, E. | 0.7 |
| 06/08/2010 | Exchanged memoranda with J. Baer, J. O'Neill re: notice of hearing date change. | Krieger, A. | 0.2 |
| 06/08/2010 | Obtain and distribute new pleadings. | Rivera, E. | 0.4 |
| 06/09/2010 | Memorandum to MM re: request for Blackburn site related pleading. | Krieger, A. | 0.1 |
| 06/09/2010 | Research re: Tyco claim settlement motion for | Magzamen, M. | 0.2 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | A. Krieger. | | |
| 06/10/2010 | Distributed newly filed pleadings. | Rivera, E. | 0.2 |
| 06/11/2010 | Distributed newly filed pleadings. | Rivera, E. | 0.9 |
| 06/15/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |
| 06/16/2010 | Obtain and circulate recently docketed pleading in main case (.2); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.5 |
| 06/18/2010 | Review case docket nos. 01-771, 09-644 and 09-807. | Mohamed, D. | 0.3 |
| 06/23/2010 | Obtain and circulate recently docketed pleadings in main case (.3); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.6 |
| 06/28/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.6 |
| 06/29/2010 | Obtain and circulate recently docketed pleading in main case. | Mohamed, D. | 0.2 |
| 06/30/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.6 | $ 695 | $ 417.00 |
| Magzamen, Michael | 0.4 | 305 | 122.00 |
| Mohamed, David | 6.6 | 190 | 1,254.00 |
| Rivera, Eddie M. | 2.2 | 250 | 550.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,343.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 2,343.00 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) |
|----|----------------------------------------------------------|
|    | 699843  0015 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/28/2010 | Attend to COC re employee benefit claims and memorandum to J. Baer re publication of personal information. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.2 | $ 695 | $ 139.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 139.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 139.00 |
|-----------------------|----------|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 |
|----|---------------------------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/01/2010 | Prepare memorandum for the Committee re: Harper insurance settlement. | Krieger, A. | 2.4 |
| 06/01/2010 | Review memo re: Harper settlement for Committee. | Kruger, L. | 0.4 |
| 06/02/2010 | Memorandum to the Committee re: Harper settlement. | Krieger, A. | 0.3 |
| 06/02/2010 | Review recent pleadings. | Pasquale, K. | 0.4 |
| 06/07/2010 | Memorandum to the Committee re: court hearing (.3); office conference M. Lastowski re: court hearing and status (.1). | Krieger, A. | 0.4 |
| 06/09/2010 | Attend to preparation of memorandum re: proposed Blackburn site consent decree. | Krieger, A. | 3.6 |
| 06/09/2010 | Review recent pleadings. | Pasquale, K. | 0.3 |
| 06/11/2010 | Attend to Committee Memorandum re: Blackburn Site Consent Decree. | Krieger, A. | 5.9 |
| 06/12/2010 | Prepare memorandum for the Committee re: Blackburn site consent decree with the United States. | Krieger, A. | 1.0 |
| 06/13/2010 | Prepare memorandum for the Committee re: Zonolite Easthampton site consent decrees with the United States. | Krieger, A. | 1.8 |
| 06/14/2010 | Attend to preparation of memorandum for the Committee re: authority for proposed consent order with MDEP regarding Zonolite site. | Krieger, A. | 2.1 |
| 06/15/2010 | Attend to memorandum to proposed Zonolite Easthampton consent order. | Krieger, A. | 1.6 |
| 06/16/2010 | Attend to modifications to Committee | Krieger, A. | 3.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | memorandum re environmental claims settlements and exchanged memoranda with M. Berg re: same. | | |
| 06/17/2010 | Finalize memorandum re EPA settlements. | Krieger, A. | 0.2 |
| 06/18/2010 | Memorandum to the Committee re: proposed settlement with the EPA. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 23.3 | $ 695 | $ 16,193.50 |
| Kruger, Lewis | 0.4 | 995 | 398.00 |
| Pasquale, Kenneth | 0.7 | 875 | 612.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 17,204.00 |
|-------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 17,204.00 |
|-----------------------|-------------|

# STROOCK

| RE | Fee Application, Applicant |
|---|---|
| | 699843  0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/02/2010 | Review fee auditor's project category summary for the 35th interim period. | Mohamed, D. | 0.4 |
| 06/03/2010 | Review/revise May bill and expenses. | Magzamen, M. | 0.5 |
| 06/09/2010 | Prepare May bill for A. Krieger review. | Magzamen, M. | 0.3 |
| 06/15/2010 | Attend to May 2001 fee statement. | Krieger, A. | 0.3 |
| 06/15/2010 | Review A. Krieger comments to May bill. | Magzamen, M. | 0.3 |
| 06/24/2010 | Finalize Stroock's one hundred and tenth monthly fee application for filing (.7); prepare certificate of service re same and forward to local counsel for filing on 6/28/10 (.5). | Mohamed, D. | 1.2 |
| 06/28/2010 | Prepare and effectuate service re Stroock's one hundred and tenth monthly fee application. | Mohamed, D. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.3 | $ 695 | $ 208.50 |
| Magzamen, Michael | 1.1 | 305 | 335.50 |
| Mohamed, David | 2.4 | 190 | 456.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,000.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,000.00 |
|---|---|

# STROOCK

| RE | Creditor Inquiries |
|---|---|
| | 699843  0019 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/09/2010 | Telephone conference creditor re: plan confirmation status. | Pasquale, K. | 0.3 |
| 06/14/2010 | Telephone conference creditor re: confirmation status. | Pasquale, K. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 0.5 | $ 875 | $ 437.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 437.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 437.50 |
|---|---|

# STROOCK

| RE | Fee Application, Others |
|---|---|
| | 699843  0020 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/02/2010 | Attend to other professionals' fee applications. | Krieger, A. | 0.3 |
| 06/03/2010 | Attend to other professionals' fee applications, fee auditor's reports. | Krieger, A. | 0.2 |
| 06/21/2010 | Finalize Capstone's 75th monthly fee application for filing (.7); prepare notice and certificate of service re same and forward to local counsel for filing (.7); prepare and effectuate service re fee application (.6). | Mohamed, D. | 2.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.5 | $ 695 | $ 347.50 |
| Mohamed, David | 2.0 | 190 | 380.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 727.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 727.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Employee Benefits, Pension<br>699843  0021 | | |
|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/04/2010 | Exchanged memoranda with R. Higgins re: agenda for pension conference call. | Krieger, A. | 0.2 |
| 06/10/2010 | Attend to Debtors motion seeking to make minimum pension contributions (.3); prepare for conference call with representatives for all parties re: pension plan (.5); conference call with representatives for all parties and follow-up conference call Capstone re: same (.6). | Krieger, A. | 1.4 |
| 06/14/2010 | Attend to Capstone's report re: 2010-2013 LTIP program. | Krieger, A. | 0.4 |
| 06/15/2010 | T/c J. Dolan re: memorandum for the Committee on LTIP program. | Krieger, A. | 0.2 |
| 06/22/2010 | Exchanged memoranda with Capstone re AON Retirement design study. | Krieger, A. | 0.1 |
| 06/23/2010 | Exchanged memoranda with Capstone re AON Plan Design study (.2); attend to study (.7). | Krieger, A. | 0.9 |
| 06/28/2010 | Conference call Capstone re AON Salaried Retirement Plan Design study. | Krieger, A. | 0.4 |
| 06/29/2010 | Exchanged memoranda with J. Dolan re AON Retirement Plan Design study inquiry. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 3.8 | $ 695 | $ 2,641.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,641.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,641.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Environmental Matters/Regulations/Litigation |
|---|---|
| | 699843  0022 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/04/2010 | Review motion to approve Consent Decree re: Blackburn and Union Privileges Superfund Site (.6); review Consent Decree (.6). | Berg, M. | 1.2 |
| 06/04/2010 | Attend to Blackburn site settlement motion and memoranda to M. Berg re: same. | Krieger, A. | 0.2 |
| 06/07/2010 | Attend to Debtors' motion re: proposed EPA Consent Decree regarding the Blackburn Site (5.4); memorandum to M. Berg re: proposed settlement of Zonolite East Hampton Site (.2). | Krieger, A. | 5.6 |
| 06/08/2010 | Attend to agreements and documentation underlying Blackburn settlement (1.4); attend to Debtors' motion for approval of consent decree re: Zonolite East Hampton site (3.7). | Krieger, A. | 5.1 |
| 06/09/2010 | Telephone conversation with A Krieger re: Blackburn motion. | Berg, M. | 1.4 |
| 06/09/2010 | Preparation for and telephone call M. Berg re: proposed EPA consent decree with Grace over Blackburn superfund Site (1.8); memorandum to J. Baer, R. Higgins re: request PRP Agreement re: Blackburn site (.1); attend to memorandum to M. Berg re: underlying documentation for Blackburn site analysis (.3). | Krieger, A. | 2.2 |
| 06/10/2010 | Review A. Krieger's list of questions to Debtor's counsel re: Blackburn motion (.2); email to A. Krieger re: questions (.2). | Berg, M. | 0.4 |
| 06/10/2010 | Attend to information request to Debtors' counsel regarding the Blackburn site and forward same to J. Baer (2.5); exchanged memoranda with Capstone re: consent decree motions and information request (.3). | Krieger, A. | 2.8 |
| 06/11/2010 | Review Blackburn motion re: A. Krieger's | Berg, M. | 1.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | questions (.2); prepare a response (.5); telephone conversation with A. Krieger (.4). | | |
| 06/11/2010 | Exchanged multiple memoranda with M. Berg re: information request (.5); telephone conference re: Blackburn Site matter (.8); memorandum to J. Baer re: additional information request (.4). | Krieger, A. | 1.7 |
| 06/12/2010 | Review motion to approve AOC re: Zonolite/Grace facility in Easthampton, MA. | Berg, M. | 1.0 |
| 06/14/2010 | Telephone conversation with A. Krieger re: Zonolite/Easthampton settlement. | Berg, M. | 0.5 |
| 06/14/2010 | Telephone call M. Berg re: consent order and information request (.6); prepared additional information request to J. Baer regarding Blackburn and Zonolite Easthampton sites (.5); exchanged memoranda with J. Baer and MB re: 6/16/10 conference call (.1). | Krieger, A. | 1.2 |
| 06/15/2010 | Review PRP agreement re: Blackburn, review draft of memo to clients re: Blackburn. | Berg, M. | 1.4 |
| 06/15/2010 | Attend to Grace, Tyco, Shaffer joint defense agreement. | Krieger, A. | 0.9 |
| 06/16/2010 | Conference call with Debtor's counsel re: Blackburn and Union motion (1.3);  conference call with Debtor's counsel re: Zonolite motion and settlement, telephone call with A. Krieger (.4);  review revised draft memo to clients re: Blackburn and Zonolite. (.8). | Berg, M. | 2.5 |
| 06/16/2010 | Attend to joint defense agreement (.6); preparation for conference call with Grace representatives re: Blackburn site (.6); conference call Grace representatives re: Blackburn site (1.2); conference call Grace representatives re: Zonolite/Easthampton site and follow up t/c M. Berg. (.5). | Krieger, A. | 2.9 |
| 06/17/2010 | Memorandum to J. Baer re treatment of certain claims in respect of the Easthampton matters. | Krieger, A. | 0.2 |
| 06/18/2010 | Review draft memo re: EPA settlements. | Pasquale, K. | 0.3 |
| 06/22/2010 | Attend to revised Oldon Easthampton order. | Krieger, A. | 0.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/25/2010 | Attend to review of proposed revised order and telephone call J. Baer re comments on same. | Krieger, A. | 0.2 |
| 06/30/2010 | Email re: Blackburn Consent Decree. | Berg, M. | 0.1 |
| 06/30/2010 | Exchanged memoranda with J. Baer re further revised order with respect to Blackburn site. | Krieger, A. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Berg, Madelaine | 9.6 | $ 650 | $ 6,240.00 |
| Krieger, Arlene G. | 23.7 | 695 | 16,471.50 |
| Pasquale, Kenneth | 0.3 | 875 | 262.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 22,974.00 |
|-------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 22,974.00 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Expenses |
|---|---|
| | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 60.44 |
| Long Distance Telephone | 12.24 |
| Duplicating Costs-in House | 21.00 |

| TOTAL DISBURSEMENTS/CHARGES | $ 93.68 |
|---|---|

| TOTAL FOR THIS MATTER | $ 93.68 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Plan and Disclosure Statement |
|----|-------------------------------|
|    | 699843  0036 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/10/2010 | Telephone conference A. Rosenberg re: status. | Pasquale, K. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Pasquale, Kenneth | 0.4 | $ 875 | $ 350.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 350.00 |
|-------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 350.00 |
|-----------------------|----------|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Hearings |
| --- | --- |
| | 699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 06/01/2010 | Attend to agenda notice for 6/7/10 hearing and memorandum re: attendance at hearing. | Krieger, A. | 0.2 |
| 06/01/2010 | Review agenda for 6/7/10 hearing. | Kruger, L. | 0.2 |
| 06/02/2010 | Attend to pleading to be heard. | Krieger, A. | 0.3 |
| 06/04/2010 | Attend to pleading for 6/7/10 hearing (.2); attend to amended agenda (.1). | Krieger, A. | 0.3 |
| 06/07/2010 | Attend 6/7/10 omnibus hearing re: MCC claims and objection thereto (.5); attend to memoranda re: court hearing and office conference LK re: same (.6). | Krieger, A. | 1.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Krieger, Arlene G. | 1.9 | $ 695 | $ 1,320.50 |
| Kruger, Lewis | 0.2 | 995 | 199.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,519.50 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 1,519.50 |
| --- | --- |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 52,374.50 |
| --- | --- |
| TOTAL DISBURSEMENTS/CHARGES | $ 93.68 |
| TOTAL BILL | $ 52,468.18 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**JUNE 1, 2010 - JUNE 30, 2010**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Kruger, Lewis | 1.0 | $ 995 | $ 995.00 |
| Pasquale, Kenneth | 1.9 | 875 | 1,662.50 |
|  |  |  |  |
| **Associates** |  |  |  |
| Berg, Madelaine | 9.6 | 650 | 6,240.00 |
| Krieger, Arlene G. | 58.1 | 695 | 40,379.50 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Magzamen, Michael | 1.5 | 305 | 457.50 |
| Mohamed, David | 11.0 | 190 | 2,090.00 |
| Rivera, Eddie M. | 2.2 | 250 | 550.00 |
|  |  |  |  |
| **Total** | **85.3** |  | $ 52,374.50 |

# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**JUNE 1, 2010 - JUNE 30, 2010**

| | | |
|---|---|---|
| Outside Messenger Service | $ | 60.44 |
| Long Distance Telephone | | 12.24 |
| Duplicating In-;House | | 21.00 |
| | | |
| **Total** | $ | 93.68 |

# STROOCK

## Disbursement Register

| DATE | July 16, 2010 |
| --- | --- |
| INVOICE NO. | 509909 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through June 30, 2010, including:

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| **Outside Messenger Service** | | |
| 06/07/2010 | VENDOR: UPS; INVOICE#: 0000010X827230; DATE: 06/05/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, Republic Center, Dallas, TX 75201 Tracking #:1Z10X8270191567032 on 05/28/2010 | 9.63 |
| 06/07/2010 | VENDOR: UPS; INVOICE#: 0000010X827230; DATE: 06/05/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States, 844 King Street Suite 2311, Wilmington, DE 19801 Tracking #:1Z10X8270196293622 on 05/28/2010 | 6.79 |
| 06/07/2010 | VENDOR: UPS; INVOICE#: 0000010X827230; DATE: 06/05/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, Wilmington, DE 19801 Tracking #:1Z10X8270197972011 on 05/28/2010 | 6.79 |
| 06/07/2010 | VENDOR: UPS; INVOICE#: 0000010X827230; DATE: 06/05/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior VP & General Counsel, Columbia, MD 21044 Tracking #:1Z10X8270199311007 on 05/28/2010 | 6.79 |
| 06/29/2010 | VENDOR: UPS; INVOICE#: 0000010X827260; DATE: 06/26/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior VP & General Counsel, Columbia, MD 21044 Tracking #:1Z10X8270191738973 on 06/21/2010 | 6.89 |
| 06/29/2010 | VENDOR: UPS; INVOICE#: 0000010X827260; DATE: 06/26/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi | 9.77 |

# STROOCK

PAGE: 2

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | Ruhlander Esq Warren H. Smith and Associa, Republic Center, Dallas, TX 75201 Tracking #:1Z10X8270192860963 on 06/21/2010 | |
| 06/29/2010 | VENDOR: UPS; INVOICE#: 0000010X827260; DATE: 06/26/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States, 844 King Street Suite 2311, Wilmington, DE 19801 Tracking #:1Z10X8270194479757 on 06/21/2010 | 6.89 |
| 06/29/2010 | VENDOR: UPS; INVOICE#: 0000010X827260; DATE: 06/26/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, Wilmington, DE 19801 Tracking #:1Z10X8270199435848 on 06/21/2010 | 6.89 |
| | **Outside Messenger Service Total** | **60.44** |

**Long Distance Telephone**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/07/2010 | EXTN.795544, TEL.3026574942, S.T.11:34, DUR.00:13:43 | 7.78 |
| 06/14/2010 | EXTN.795544, TEL.2015877144, S.T.16:53, DUR.00:00:38 | 0.56 |
| 06/21/2010 | EXTN.795475, TEL.3026574938, S.T.14:29, DUR.00:00:53 | 0.56 |
| 06/24/2010 | EXTN.795007, TEL.4194472521, S.T.14:28, DUR.00:00:46 | 0.56 |
| 06/25/2010 | EXTN.795544, TEL.3126412162, S.T.12:21, DUR.00:04:31 | 2.78 |
| | **Long Distance Telephone Total** | **12.24** |

**Duplicating Costs-in House**

| DATE | | AMOUNT |
|------|--|--------|
| 06/01/2010 | | 21.00 |
| | **Duplicating Costs-in House Total** | **21.00** |

BILL DISBURSEMENT SUMMARY

| | |
|--|--|
| Outside Messenger Service | $ 60.44 |
| Long Distance Telephone | 12.24 |
| Duplicating Costs-in House | 21.00 |

# STROOCK

PAGE: 3

| | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 93.68 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM