# EXHIBIT C

**WR GRACE & CO**
**SUMMARY OF FEES**
**APRIL 1, 2010 - JUNE 30, 2010**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 7.9 | $ 995 | $ 7,860.50 |
| Pasquale, Kenneth | 17.5 | 875 | 15,312.50 |
| | | | |
| **Associates** | | | |
| Berg, Madelaine | 10.2 | 650 | 6,630.00 |
| Krieger, Arlene G. | 135.3 | 695 | 94,033.50 |
| | | | |
| **Paraprofessionals** | | | |
| Magzamen, Michael | 4.1 | 305 | 1,250.50 |
| Mohamed, David | 52.1 | 190 | 9,899.00 |
| Rivera, Eddie M. | 2.2 | 250 | 550.00 |
| | | | |
| **Sub Total** | 229.3 | | $ 135,536.00 |
| **Less 50% Travel** | (2.0) | | (1,750.00) |
| **Total** | 227.3 | | $ 133,786.00 |

NY 72893581v1