# EXHIBIT D

## WR GRACE & CO
## DISBURSEMENT SUMMARY
## APRIL 1, 2010 - JUNE 30, 2010

| Outside Messenger Service | $ | 239.38 |
|---|---|---|
| Local Transportation | | 140.7 |
| Long Distance Telephone | | 143.02 |
| O/S Information Services | | 320.64 |
| Duplicating Costs-in House | | 26.1 |
| Westlaw | | 260.25 |
| | | |
| **TOTAL** | $ | 1,130.09 |

-6-

NY 72893581v1