## Exhibit D

## 4/7/10 McGuire Written Response (redacted)

James McGuire

███████████████

Attention: James E. O'Neill  
C/o Pachulsk, StangZiehl and Jones LLP  
919 North Market Street  
17th Floor  
P.O. Box 8705  
Wilmington, Delaware 19899-8705

4/7/2010

Re. Case number 01-01139

Dear Mr. O'Neill

    This letter concerns a claim that I have filed against "W.R. Grace. Case number 01-01139.

Recently I received a Notice of Objection to and Treatment of Employee Claim No. 12926.

This Notice of Objection to and Treatment of Employee Claim No. 12926 had nothing to do with my claim.

    Basically my claim was against Grace/Amicon. Before I left Amicon I tried to apply for their "Disability Plan". I was denied without any concrete reason.

    The requirements to qualify for this plan were:

1) I must be disabled.

   *I was in the middle of a mental breakdown, and was seriously considering suicide.*

2) I must have a note from a psychiatrist.

   *As I was seeing a Psychiatrist, a note would be forthcoming.*

3) I must be receiving payment from 'SSDI".

   *It took me a while to do the paper work, and then I was accepted by "SSDI.*

    Once "SSDI" accepted my application all of the above conditions were met.

RECEIVED  
APR 1 2 2010  
Pachulski, Stang, Ziehl,

Because I was denied a Plan for which I was qualified I am writing this letter in response to the objection.

Thank You

James McGuire

*/s/ James McGuire*    4/7/2010