<u>**EXHIBIT F**</u>

**6/24/10 Letter to Mr. McGuire (redacted and without enclosures)**

# THE LAW OFFICES
## OF
# JANET S. BAER, P.C.

70 W. Madison Street
Suite 2100
Chicago Illinois 60602
(312) 666-0431

Email:
rhiggins@jsbpc.com

Facsimile:
(312)-641-2165

June 24, 2010

James McGuire


Re: Confirmation of Resolution of Questions Concerning Pension Benefits and No Objection to Disallowance of Employee Claims

Dear Mr. McGuire:

    This letter is being sent to confirm that, as you discussed with Roger Higgins, bankruptcy counsel for W. R. Grace, and with Barry Branch of the Grace Employee Service Center, the issues you raised concerning your "Applicable Benefits in your letter of April 7, 2010, have been resolved.

    As we also discussed, your "Applicable Benefits" will not be affected by the proposed disallowance of the claims you filed regarding your Applicable Benefits (claim no. 12926) set forth in the *Notice of Objection to and Treatment* of your claims, and you will continue to receive those "Applicable Benefits" based upon your eligibility under the relevant Grace Benefit Programs. It is on this basis that you have confirmed to me that you are not objecting to the proposed disallowance of your claims (claim no. 12926). Grace will therefore represent to the Bankruptcy Court that that you are not objecting to the proposed treatment of your claims.

    Additionally, as you have requested, please find enclosed a copy of the proof of claim you filed (claim no. 12926) along with the attachments thereto. Grace has also searched its files for further correspondence from you to the company. The only correspondence we have been able to locate relates to your pension.

    If you would like copies of items from your file regarding your pension, or if you have any further questions regarding your potential eligibility for any applicable employee benefits, you may call our toll-free hotline at 1-800-974-2363.

Sincerely

/S/

Roger J. Higgins

www.jsbpc.com