## Exhibit G

## 7/30/10 Letter to Mr. McGuire (redacted and without enclosures)

# THE LAW OFFICES
## OF
# JANET S. BAER, P.C.

70 W. Madison Street
Suite 2100
Chicago Illinois 60602
(312) 666-0431

Email:
rhiggins@jsbpc.com

Facsimile:
(312)-641-2165

July 30, 2010

James McGuire


Re: Response to Your Letter of July 6, 2010

Dear Mr. McGuire:

This letter is being sent in response to your letter of July 6, 2010, which you sent to me, with copies to the Grace Employee Service Center and the United States Bankruptcy Court. Your letter discusses two separate issues: (i) your renewed opposition to the disallowance of your Employee Claim; and (ii) the separate issue of whether you are entitled to certain disability benefits in addition to the pension benefits that you are currently receiving.

Please be advised that, on July 3, 2010, the Bankruptcy Court entered an order disallowing your Employee Claim. As discussed below, the disallowance of your Employee Claim **has not affected** any rights that you may have to any Applicable Employee Benefits to which you may be entitled. Indeed, you are continuing to receive certain pension benefits that you have been receiving since approximately August 1997. The disallowance of your Employee Claim also does not affect— one way or another—any right you may have to receive any other Applicable Employee Benefits to which you may be entitled, including but not limited to certain disability benefits that you have asserted you are entitled to receive based upon your employment by Grace or it subsidiaries in the early 1990's.

Please be further advised that the Bankruptcy Court has entered your letter of July 6, 2010, on the docket. Grace therefore will be treating your letter of July 6, 2010, as a motion to reconsider the disallowance of your Employee Claim. This motion to reconsider the disallowance of your Employee Claim will be heard by the Bankruptcy Court at the hearing currently scheduled for 10:00 am ET, September 13, 2010. You must appear at the hearing if you wish to prosecute your motion to reconsider the disallowance of your claim.

The address of the United States Bankruptcy Court for the District of Delaware is:

824 North Market Street
Wilmington, DE 19801

Should you or your attorney wish to appear at the hearing telephonically, you or your attorney must comply with the procedures set forth in the attached instructions for telephonic hearings *prior to 12:00 ET, Thursday, September 9, 2010.*

Please note that prior to the appropriate deadline, Grace will file a written response opposing the reinstatement of your claim. You will be served with a copy of Grace's response at the address to which this letter is being sent.

Grace will oppose your motion to reconsider because, as you have been informed in writing on several occasions, the disallowance of your Employee Claim will not affect your right to receive your Applicable Employee Benefits. In particular, the disallowance of your Employee Claim will not affect your assertion that you are entitled to receive disability benefits based upon your employment by Grace or its subsidiaries in the early 1990's. Grace will represent to the Bankruptcy Court that Grace will not use the disallowance of your Employee Claim as a basis upon which to oppose your right to seek such disability benefits in the appropriate forum. Grace does, however, retain the right to assert any other defenses at its disposal, including but not limited to any applicable statutes of limitation.

In separate correspondence with the Grace Employee Benefit Center, you have requested copies of any files in Grace's possession regarding your employment by Grace or its subsidiaries. Please be advised that Grace does not have in its possession any records regarding your employment by Grace other than certain records relevant to the pension benefits that you are currently receiving.

You also have asked for information regarding certain employees of Grace so that you may contact them in an effort to gather information in support of your assertion that you are entitled to certain disability benefits. It is against Grace's policy to release any such information without direction to do so by a court of competent jurisdiction.

If you wish to further pursue the matter of whether you may be entitled to certain disability benefits in addition to the pension benefits that you are currently receiving, Grace urges you to consult with an attorney.

Sincerely

Roger J. Higgins

cc:  John Forgach (via e-mail)
Emily Lieb, Grace Employee Service Center (via e-mail)
James E. O'Neill (via e-mail)
Janet S. Baer (via e-mail)