# Exhibit A

## DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

August 3, 2010

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001     Invoice# 1589336                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 07/31/2010 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 1.70 hrs. at | $710.00 /hr. = | $1,207.00 |
| WS KATCHEN | OF COUNSEL | 3.20 hrs. at | $795.00 /hr. = | $2,544.00 |
| BA GRUPPO | PARALEGAL | 0.60 hrs. at | $305.00 /hr. = | $183.00 |
| S LENKIEWICZ | PARALEGAL | 3.40 hrs. at | $165.00 /hr. = | $561.00 |
| DS MARRA | LEGAL ASSISTANT | 1.90 hrs. at | $160.00 /hr. = | $304.00 |

$4,799.00

| | |
|---|---|
| DISBURSEMENTS | |
| COLOR PRINTING & DUPLICATING - INTERNAL | .98 |
| OVERNIGHT MAIL | 17.45 |
| PRINTING & DUPLICATING | 284.10 |
| TOTAL DISBURSEMENTS | $302.53 |

Duane Morris
August 3, 2010
Page 2

File # K0248-00001                                                      INVOICE #  1589336
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 7/6/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JUNE 29, 2010 THROUGH JULY 5, 2010 FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1); RECEIVE AND REVIEW CORRESPONDENCE FROM W. KATCHEN REGARDING RETRIEVAL OF ELECTRONICALLY FILED DOCUMENTS (.1); RETRIEVE REQUESTED DOCUMENTS (.2); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1) | 0.60 | $96.00 |
| 7/9/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 7/9/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JULY 6, 2010 THROUGH JULY JULY 8, 2010 FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1). | 0.20 | $32.00 |
| 7/12/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 7/12/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JULY 9, 2010 THROUGH JULY JULY 11, 2010 FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1). | 0.20 | $32.00 |
| 7/13/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |

Duane Morris
August 3, 2010
Page 3

File # K0248-00001
   W.R. GRACE & CO.

INVOICE #  1589336

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 7/16/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM D. MOHAMED REGARDING CERTIFICATE OF NO OBJECTION REGARDING SEVENTY-FIFTH MONTHLY FEE APPLICATION OF CAPSTONE (.1); DRAFT CERTIFICATE OF NO OBJECTION (.2); ELECTRONICALLY FILE CERTIFICATE OF NO OBJECTION (.1); CORRESPONDENCE TO D. MOHAMED REGARDING SAME (.1) | 0.50 | $80.00 |
| 7/19/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JULY 12, 2010 THROUGH JULY 18, 2010 FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1) | 0.20 | $32.00 |
| 7/21/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 7/22/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 7/27/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| | | | Code Total | 2.30 | $455.00 |

Duane Morris
August 3, 2010
Page 4

File # K0248-00001

INVOICE #  1589336

      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 7/6/2010 | 005 | MR LASTOWSKI | REVIEW PALM CREEK MOTION TO FILE LATE FILED PROOF OF CLAIM | 0.30 | $213.00 |
| 7/30/2010 | 005 | MR LASTOWSKI | REVIEW ZONOLITE CONSENT ORDER | 0.30 | $213.00 |
| 7/30/2010 | 005 | MR LASTOWSKI | REVIEW AMENDED AND RESTATED TIG SETTLEMENT | 0.30 | $213.00 |
| | | | Code Total | 0.90 | $639.00 |

Duane Morris
August 3, 2010
Page 5

File # K0248-00001                                                  INVOICE #  1589336
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 7/3/2010 | 006 | MR LASTOWSKI | REVIEW CONSENT DECREE WITH EPA RE: BLACKBURN SUPERFUND SITE | 0.50 | $355.00 |
| | | | Code Total | 0.50 | $355.00 |

Duane Morris
August 3, 2010
Page 6

File # K0248-00001                                                    INVOICE #  1589336
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 7/27/2010 | 007 | WS KATCHEN | REVIEW CAPSTONE ANALYSIS 7/26/10 - DEFINED CONTRIBUTIONS TO PLAN. | 0.30 | $238.50 |
| | | | Code Total | 0.30 | $238.50 |

Duane Morris
August 3, 2010
Page 7

File # K0248-00001                                                    INVOICE #  1589336
       W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 7/21/2010 | 008 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JULY 18, 2010 THROUGH JULY 20, 2010 FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1) | 0.20 | $32.00 |
| | | | Code Total | 0.20 | $32.00 |

Duane Morris
August 3, 2010
Page 8

File # K0248-00001                                          INVOICE #  1589336
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 7/29/2010 | 010 | S LENKIEWICZ | PREPARE CNO REGARDING CAPSTON'S 76TH MONTHLY FEE APPLICATION (.2); PREPARE AS-FILED COPY OF SAME AND FORWARD TO D. MOHAMMAD (.1) | 0.30 | $49.50 |
| | | | Code Total | 0.30 | $49.50 |

Duane Morris
August 3, 2010
Page 9

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1589336

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 7/21/2010 | 012 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING DUANE MORRIS LLP'S APRIL FEE APPLICATION (.2); EFILE SAME (.1); PREPARE CERTIFICATE OF NO OBJECTION REGARDING DUANE MORRIS LLP'S MAY FEE APPLICATION (.2); EFILE SAME (.1) | 0.60 | $99.00 |
| 7/30/2010 | 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS 101ST MONTHLY FEE APPLICATION | 0.20 | $142.00 |
| 7/30/2010 | 012 | S LENKIEWICZ | PREPARATION OF DUANE MORRIS' 101ST MONTHLY FEE APPLICATION FOR JUNE 2010 | 0.50 | $82.50 |
| | | | Code Total | 1.30 | $323.50 |

Duane Morris
August 3, 2010
Page 10

File # K0248-00001                                          INVOICE # 1589336
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 7/6/2010 | 013 | S LENKIEWICZ | PREPARE CAPSTONE 76TH MONTHLY FEE APPLICATION, NOTICE AND EXHIBITS FOR E-FILING (.2); EFILE SAME (.1); FORWARD AS-FILED COPY TO D. MOHAMMAD (.1) | 0.40 | $66.00 |
| 7/14/2010 | 013 | S LENKIEWICZ | PREPARATION OF CERTIFICATE OF NO OBJECTION REGARDING CAPSTONE'S 75TH MONTHLY FEE APPLICATION | 0.20 | $33.00 |
| 7/21/2010 | 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING SSL MONTHLY APPLICATION FOR MAY (.2); EFILE SAME (.1); FORWARD AS-FILED COPY TO D. MOHAMMAD (.1); EFILE 77TH MONTHLY FEE APPLICATION OF CAPSTONE (.3); FORWARD AS-FILED COPY TO D. MOHAMMAD (.1) | 0.80 | $132.00 |
| 7/28/2010 | 013 | S LENKIEWICZ | RECEIPT OF SSL'S 111TH MONTHLY FEE APPLICATION VIA EMAIL AND PREPARE FOR EFILING (.2); FINALIZE NOTICE (.1); EFILE APPLICATION (.2); PREPARE AS-FILED COPY AND FORWARD SAME TO D. MOHAMMED (.1) | 0.60 | $99.00 |
| | | | Code Total | 2.00 | $330.00 |

Duane Morris
August 3, 2010
Page 11

File # K0248-00001                                                    INVOICE #  1589336
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 7/6/2010 | 017 | MR LASTOWSKI | REVIEW AUSTEN REQUEST FOR JUDICIAL NOTICE RE: (GARLOCK) | 0.10 | $71.00 |
| | | | Code Total | 0.10 | $71.00 |

Duane Morris
August 3, 2010
Page 12

File # K0248-00001                                          INVOICE # 1589336
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 7/2/2010 | 025 | WS KATCHEN | REVIEW DEBTORS' CERTIFICATION RE: ZONOLITE/EAST HAMPTON MASS. SUPERFUND SITE, ET AL. | 0.20 | $159.00 |
| 7/6/2010 | 025 | WS KATCHEN | REVIEW MOTION OF PLUM CREEK TO ALLOW LATE CLAIM AND EXHIBITS. | 0.90 | $715.50 |
| 7/6/2010 | 025 | WS KATCHEN | REVIEW DOCKET ENTRIES. | 0.30 | $238.50 |
| 7/7/2010 | 025 | WS KATCHEN | REVIEW MOTION OF DEBTORS TO REOPEN ADVERSARY PROCEEDINGS - PROFESSIONAL FEE ISSUE. | 0.20 | $159.00 |
| 7/7/2010 | 025 | WS KATCHEN | REVIEW REQUEST FOR JUDICIAL NOTICE BY FUTURES REP. | 0.10 | $79.50 |
| 7/8/2010 | 025 | WS KATCHEN | REVIEW NOTICE OF AGENDA. | 0.10 | $79.50 |
| 7/14/2010 | 025 | WS KATCHEN | REVIEW NOTICE OF AGENDA. | 0.10 | $79.50 |
| 7/16/2010 | 025 | WS KATCHEN | UPDATE STATUS STROOCK MEMO. | 0.20 | $159.00 |
| 7/19/2010 | 025 | WS KATCHEN | REVIEW DOCKET ENTRIES. | 0.20 | $159.00 |
| 7/26/2010 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $159.00 |
| 7/27/2010 | 025 | WS KATCHEN | REVIEW MOTION TO APPROVE PLUM CREEK TOLLING. | 0.20 | $159.00 |
| 7/29/2010 | 025 | WS KATCHEN | REVIEW DOCKET/PLEADING SERVED. | 0.20 | $159.00 |
| | | | Code Total | 2.90 | $2,305.50 |

Duane Morris
August 3, 2010
Page 13

File # K0248-00001                                          INVOICE # 1589336
        W.R. GRACE & CO.


                              TOTAL SERVICES          10.80    $4,799.00

Duane Morris
August 3, 2010
Page 14

File # K0248-00001                                          INVOICE # 1589336
     W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 6/28/2010 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791600583640) | | 10.57 |
| 6/28/2010 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SIEGEL AT W.R. GRACE - COLUMBIA, MD FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791600583434) | | 6.88 |
| | | Total: | $17.45 |
| 7/31/2010 | COLOR PRINTING & DUPLICATING - INTERNAL | | 0.98 |
| | | Total: | $0.98 |
| 7/31/2010 | PRINTING & DUPLICATING | | 284.10 |
| | | Total: | $284.10 |
| | | TOTAL DISBURSEMENTS | $302.53 |

Duane Morris
August 3, 2010
Page 15

File # K0248-00001                                          INVOICE #  1589336
      W.R. GRACE & CO.

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 1.70 | 710.00 | 1,207.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 3.20 | 795.00 | 2,544.00 |
| 02279 | BA GRUPPO | PARALEGAL | 0.60 | 305.00 | 183.00 |
| 03723 | S LENKIEWICZ | PARALEGAL | 3.40 | 165.00 | 561.00 |
| 03434 | DS MARRA | LEGAL ASSISTANT | 1.90 | 160.00 | 304.00 |
|  |  |  | 10.80 |  | $4,799.00 |