# EXHIBIT A

# SUMMARY OF THE PRINCIPAL SERVICES PERFORMED BY THE APPLICANT ON BEHALF OF THE COMMITTEE BY WORK/LITIGATION TASK CODE FOR THE PERIOD FROM APRIL 1, 2010 THROUGH JUNE 30, 2010

## CASE ADMINISTRATION (TASK CODE NO. 004)

Applicant monitored docket activity.

## CLAIM ANALYSIS, OBJECTION, RESOLUTION & ESTIMATION (ASBESTOS)(TASK CODE NO. 005)

Applicant monitored and attended hearings on estimation of asbestos claims and reviewed settlements.

## CLAIM ANALYSIS, OBJECTION, RESOLUTION & ESTIMATION (NON-ASBESTOS)(TASK CODE NO. 006)

Applicant analyzed issues raised by various creditors, including Crown appeal of ZAI settlement and review of Sealed Air stipulation.

## COMMITTEE (ALL-CREDITORS, NOTEHOLDERS, EQUITY HOLDERS) (TASK CODE NO. 007)

Applicant analyzed a variety of issues for the Official Committee of Unsecured Creditors and attended meetings of the Committee.

## EMPLOYEE BENEFITS/PENSION (TASK CODE NO. 008)

Applicant reviewed motion to enter into long term employee incentive plan.

## EMPLOYMENT APPLICATIONS/APPLICANT (TASK CODE NO. 009)

Applicant reviewed employment applications

## EMPLOYMENT APPLICATIONS/OTHERS (TASK CODE NO. 010)

Applicant reviewed application to retain Kaye Scholer as Special Intellectual Property Counsel.

## FEE APPLICATIONS (APPLICANT) (TASK CODE NO. 012)

Applicant prepared and filed its fee applications.

## FEE APPLICATIONS (OTHERS) (TASK CODE NO. 013)

Applicant assisted in the preparation, and coordinated the service and filing of fee applications of other professionals representing the Official Committee of Unsecured Creditors, including Stroock & Stroock & Lavan, Capstone Advisory Group, and Guiliani Capital Advisors.

## HEARINGS (TASK CODE NO. 015)

Applicant prepared for and attended various hearings for the benefit of the Committee as necessary.

## PLAN AND DISCLOSURE STATEMENT (TASK CODE NO. 017)

Applicant analyzed issues relating to: (1) payment of default interest under a plan; (2) the Debtors Disclosure Statement and (3) the Debtors Plan of Reorganization.

## OTHER (TASK CODE NO. 025)

Applicant reviewed and retrieved miscellaneous pleadings and memos.