**EXHIBIT B**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | **Hearing Date: To be determined**<br>**Objection Date: June 17, 2010 at 4:00 p.m.** |

### NINETY-NINTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM APRIL 1, 2010 THROUGH APRIL 30, 2010

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **April 1, 2010 through April 30, 2010** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$11,323.50 (80% $9,058.80)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$46.14** |

This is an: ☒ monthly ☐ interim ☐ final application.

This is the ninety-ninth monthly fee application of Duane Morris LLP.

5/28/10
24860

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02– 1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02– 2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02- 3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 – 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 – 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 – 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 – 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 – 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – | $22,612.50 | $872.84 | $18,090.00 | $872.84 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| | 1/31/04 | | | | |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |

3

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | $16,127.20 | $1,841.84 |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | $27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | $39,970.50 | $770.49 |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | $23,416.00 | $81.51 |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | $20,408.50 | $110.79 |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | $20,408.50 | $110.79 |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | $20,049.00 | $7,553.02 |
| July 31, 2007 | 6/1/107 – 6/30/07 | $22,710.50 | $1,017.52 | $22,710.50 | $1,017.52 |
| October 1, 2007 | 7/1/07 – 7/31/07 | $43,373.50 | $1,544.99 | $34,698.80 | $1,544.99 |
| October 1, 2007 | 8/1/07 – 8/31/07 | $23,739.50 | $1,306.17 | $18,991.60 | $1,306.17 |
| October 30, 2007 | 9/1/07 – 9/30/07 | $36,004.00 | $48.39 | $28,803.20 | $48.39 |

4

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| December 3, 2007 | 10/1/07 – 10/31/07 | $28,085.50 | $3,244.17 | $22,468.40 | $3,244.17 |
| January 3, 2008 | 11/1/07 – 11/30/07 | $29,455.00 | $860.54 | $23,564.00 | $860.54 |
| January 29, 2008 | 12/1/07 – 12/31/07 | $49,823.00 | $505.80 | $47,689.06 | $505.80 |
| March 10, 2008[1] | 1/1/08 – 2/29/08 | $58,572.80 | $10,713.36 | $46,858.24 | $10,713.36 |
| May 1, 2008 | 3/1/08 – 3/31/08 | $50,913.00 | $1,171.03 | $50,301.80 | $1,171.03 |
| May 21, 2008 | 4/1/08 – 4/30/08 | $84,772.50 | $1,770.07 | $67,778.00 | $1,770.07 |
| June 27, 2008 | 5/1/08 – 5/31/08 | $23,242.00 | $1,913.97 | $18,593.60 | $1,913.97 |
| July 28, 2008 | 6/1/08 – 6/30/08 | $28,668.00 | $888.00 | $22,934.40 | $888.00 |
| August 28, 2008 | 7/1/08 – 7/31/08 | $30,341.50 | $183.79 | $24,273.20 | $183.79 |
| October 13, 2008 | 8/1/08 – 8/31/08 | $21,406.50 | $2,380.26 | $17,125.20 | $2,380.26 |
| November 12, 2008 | 9/1/08 – 9/30/08 | $25,857.00 | $784.16 | $20,685.60 | $784.16 |
| November 18, 2008 | 10/1/08 – 10/31/08 | $30,909.00 | $2,724.44 | $24,727.20 | $2,724.44 |
| December 30, 2008 | 11/1/08 – 11/30/08 | $14,479.00 | $238.13 | $11,583.20 | $238.13 |
| February 3, 2009 | 12/1/08 – 12/31/08 | $32,930.00 | $825.68 | $26,344.00 | $825.68 |
| February 11, 2009 | 1/1/09 – 1/31/09 | $47,975.00 | $828.47 | $38,380.00 | $828.47 |
| April 2, 2009 | 2/1/09 – 2/28/09 | $33,072.50 | $493.81 | $26,458.00 | $493.81 |
| April 10, 2009 | 3/1/09 – 3/31/09 | $34,393.50 | $2,281.30 | $27,514.80 | $2,281.30 |
| June 5, 2009 | 4/1/09 – 4/30/09 | $33,877.50 | $1,333.84 | $27,102.00 | $1,333.84 |
| June 5, 2009 | 5/1/09 – 5/31/09 | $38,838.00 | $18.92 | $31,070.40 | $18.92 |
| August 19, 2009 | 6/1/09 – 6/30/09 | $102,615.50 | $2,762.47 | $82,092.40 | $2,762.47 |

---

[1] The title of this Application [D.I. 18254] states that the fee application was for the period January 1, 2008 through January 31, 2008, when it should have identified the period as January 1, 2008 through February 29, 2008.

5

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| September 23, 2009 | 7/1/09 – 7/31/09 | $72,966.60 | $1,922.11 | $58,373.28 | $1,922.11 |
| September 24, 2009 | 8/1/09 – 8/31/09 | $66,921.00 | $2,118.21 | $53,536.80 | $2,118.21 |
| October 21, 2009 | 9/1/09 – 9/30/09 | $70,480.00 | $309.20 | $56,384.00 | $309.20 |
| December 1, 2009 | 10/1/09 – 10/31/09 | $33,986.50 | $2,425.29 | $27,189.20 | $2,425.29 |
| December 28, 2009 | 11/1/09 – 11/30/09 | $32,937.00 | $101.82 | $26,349.60 | $101.82 |
| January 28, 2010 | 12/1/09 – 12/31/09 | $15,975.00 | $1,870.07 | $12,780.00 | $1,870.07 |
| March 2, 2010 | 1/1/10 – 1/31/10 | $21,378.80 | $81.23 | $17,103.04 | $81.23 |
| March 29, 2010 | 2/1/10 – 2/29/10 | $8,597.50 | $803.88 | $6,878.00 | $803.88 |
| April 28, 2010 | 3/1/10 – 3/31/10 | $18,726.50 | $1,436.91 | $14,981.20 | $1,436.91 |

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Of Counsel/41 years | $795.00 | 7.60 | $6,042.00 |
| Michael R. Lastowski | Partner/27 years | $710.00 | 3.10 | $2,201.00 |
| Richard W. Riley | Partner | $570.00 | 2.30 | $1,311.00 |
| Adrian C. Maholchic | Associate/1 year | $335.00 | 0.30 | $100.50 |
| Beth A. Gruppo | Paralegal | $305.00 | 1.10 | $335.50 |
| Stephanie Lenkiewicz | Paralegal | $165.00 | 4.30 | $709.50 |
| Dawn S. Marra | Legal Assistant | $160.00 | 3.90 | $624.00 |
| **Total** | | | **22.60** | **$11,323.50** |

6

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (04) | 7.30 | $2,270.50 |
| Committee (All – Creditors, Note Holders, Equity Holders) (07) | 0.40 | $318.00 |
| Fee Applications, Applicant (12) | 2.60 | $752.50 |
| Fee Applications, Other (13) | 2.50 | $412.50 |
| Hearings (15) | 1.40 | $994.00 |
| Plan and Disclosure Statement (17) | 1.20 | $852.00 |
| Other (25) | 7.20 | $5,724.00 |
| **TOTAL** | **22.60** | **$11,323.50** |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Overnight Mail | Federal Express | $28.94 |
| Court Search Service | | $17.20 |
| **TOTAL** | | **$ 46.14** |

DM3\1371530.1

WHEREFORE, Duane Morris LLP respectfully requests that, for the period April 1, 2010 through April 30, 2010, an interim allowance be made to Duane Morris LLP for compensation in the amount of $9,058.80 (80% of allowed fees) and $46.14 for reimbursement of expenses be authorized, and for such other and further relief as this Court may deem just and proper.

Dated: May 28, 2010
      Wilmington, Delaware

Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:  (302) 657-4900
Facsimile:  (302) 657-4901
E-mail:  mlastowski@duanemorris.com
      rwriley@duanemorris.com

– and –

William S. Katchen
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:  (973) 424-2000
Facsimile:  (973) 424-2001
E-mail:  wskatchen@duanemorris.com

*Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.*

8

# Exhibit A

**DuaneMorris**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

May 5, 2010

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1566730                IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 04/30/2010 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 3.10 | hrs. at | $710.00 /hr. = | $2,201.00 |
| RW RILEY | PARTNER | 2.30 | hrs. at | $570.00 /hr. = | $1,311.00 |
| WS KATCHEN | OF COUNSEL | 7.60 | hrs. at | $795.00 /hr. = | $6,042.00 |
| AC MAHOLCHIC | ASSOCIATE | 0.30 | hrs. at | $335.00 /hr. = | $100.50 |
| BA GRUPPO | PARALEGAL | 1.10 | hrs. at | $305.00 /hr. = | $335.50 |
| S LENKIEWICZ | PARALEGAL | 4.30 | hrs. at | $165.00 /hr. = | $709.50 |
| DS MARRA | LEGAL ASSISTANT | 3.90 | hrs. at | $160.00 /hr. = | $624.00 |
| | | | | | $11,323.50 |

| | | |
|---|---|---|
| DISBURSEMENTS | | |
| COURT SEARCH SERVICE | 17.20 | |
| OVERNIGHT MAIL | 28.94 | |
| TOTAL DISBURSEMENTS | | $46.14 |

BALANCE DUE THIS INVOICE                        $11,369.64

PREVIOUS BALANCE                               $66,139.26

TOTAL BALANCE DUE                              $77,508.90

Duane Morris
May 5, 2010
Page 2

File # K0248-00001                                          INVOICE #  1566730
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 4/6/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 4/6/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED MARCH 29, 2010 THROUGH MARCH 5, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 4/6/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 4/8/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED WITH RETRIEVAL & DOWNLOAD OF TWO OPINIONS REFERENCED THEREIN AND FORWARDING SAME TO W.KATCHEN | 0.20 | $61.00 |
| 4/8/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED APRIL 6, 2010 THROUGH APRIL 7, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 4/8/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 4/9/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 4/12/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 4/13/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 4/13/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM W. KATCHEN REGARDING RETRIEVAL OF ELECTRONICALLY FILED DOCUMENTS. | 0.10 | $16.00 |
| 4/13/2010 | 004 | DS MARRA | RETRIEVE ELECTRONICALLY FILED DOCUMENTS FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 4/13/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |

Duane Morris
May 5, 2010
Page 3

File # K0248–00001
    W.R. GRACE & CO.

INVOICE # 1566730

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 4/13/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED APRIL 8, 2010 THROUGH APRIL 12, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 4/13/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 4/15/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 4/15/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED APRIL 13, 2010 THROUGH APRIL 14, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 4/15/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 4/19/2010 | 004 | RW RILEY | PREPARE AND ATTEND OMNIBUS HEARING | 2.30 | $1,311.00 |
| 4/21/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 4/22/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 4/27/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM J. VILLANEUVA REGARDING RETRIEVAL OF ELECTRONICALLY FILED DOCUMENTS FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 4/27/2010 | 004 | DS MARRA | RETRIEVE REQUESTED ELECTRONICALLY FILED DOCUMENTS FOR ATTORNEY REVIEW. | 0.20 | $32.00 |
| 4/27/2010 | 004 | DS MARRA | CORRESPONDENCE TO J. VILLANEUVA REGARDING SAME. | 0.10 | $16.00 |
| 4/27/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED APRIL 15, 2010 THROUGH APRIL 26, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 4/27/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 4/27/2010 | 004 | DS MARRA | CORRESPONDENCE FROM W. KATCHEN REQUESTING ELECTRONICALLY FILED DOCUMENTS. | 0.10 | $16.00 |
| 4/27/2010 | 004 | DS MARRA | RETRIEVE REQUESTED ELECTRONICALLY FILED DOCUMENTS. | 0.20 | $32.00 |

Duane Morris
May 5, 2010
Page 4

File # K0248-00001                                      INVOICE #  1566730
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 4/27/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 4/27/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM D. MOHAMED REGARDING ONE HUNDRED AND EIGHTH MONTHLY FEE APPLICATION OF STROOCK. | 0.10 | $16.00 |
| 4/28/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 4/28/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 4/28/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM D. MOHAMED REGARDING ONE HUNDRED AND EIGHTH MONTHLY FEE APPLICATION OF STROOCK. | 0.10 | $16.00 |
| 4/28/2010 | 004 | DS MARRA | PREPARE ONE HUNDRED AND EIGHTH MONTHLY FEE APPLICATION OF STROOCK FOR ELECTRONIC FILING. | 0.20 | $32.00 |
| 4/28/2010 | 004 | DS MARRA | ELECTRONICALLY FILE ONE HUNDRED AND EIGHTH MONTHLY FEE APPLICATION OF STROOCK. | 0.20 | $32.00 |
| 4/28/2010 | 004 | DS MARRA | CORRESPONDENCE TO D. MOHAMED REGARDING SAME. | 0.10 | $16.00 |
| 4/29/2010 | 004 | DS MARRA | RETRIEVE AMENDED JOINT PLAN OF REORGANIZATION FOR ATTORNEY REVIEW. | 0.80 | $128.00 |
| 4/29/2010 | 004 | DS MARRA | MULTIPLE CORRESPONDENCE TO J. VILLANEUVA REGARDING SAME. | 0.20 | $32.00 |
| 4/30/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| | | | Code Total | 7.30 | $2,270.50 |

Duane Morris
May 5, 2010
Page 5

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1566730

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 4/20/2010 | 007 | WS KATCHEN | COMMITTEE MEMO PLAN STATUS. | 0.20 | $159.00 |
| 4/26/2010 | 007 | WS KATCHEN | REVIEW COMMITTEE MEMO. | 0.20 | $159.00 |
| | | | Code Total | 0.40 | $318.00 |

Duane Morris
May 5, 2010
Page 6

File # K0248-00001                                          INVOICE #  1566730
        W.R. GRACE & CO.

| DATE TASK TIMEKEEPER | | | HOURS | VALUE |
|---|---|---|---|---|
| 4/8/2010 012 | S LENKIEWICZ | RECEIPT AND REVIEW OF DUANE MORRIS MARCH INVOICE | 0.10 | $16.50 |
| 4/9/2010 012 | MR LASTOWSKI | REVIEW AND RESPOND TO FEE AUDITOR REPORT RE 35TH INTERIM FEE APPLICATION | 0.30 | $213.00 |
| 4/16/2010 012 | S LENKIEWICZ | PREPARE NINETY-EIGHTH FEE APPLICATION OF DUANE MORRIS FOR PERIOD MARCH 2010 | 0.70 | $115.50 |
| 4/16/2010 012 | S LENKIEWICZ | PREPARE CERTIFICATION OF NO OBJECTION REGARDING DUANE MORRIS 97TH MONTHLY FEE APPLICATION FOR PERIOD FEBRUARY 2010 | 0.20 | $33.00 |
| 4/21/2010 012 | AC MAHOLCHIC | REVIEW DUANE MORRIS FEE APPLICATION FOR MARCH 2010. | 0.30 | $100.50 |
| 4/21/2010 012 | S LENKIEWICZ | EFILE CERTIFICATE OF NO OBJECTION REGARDING DUANE MORRIS' 97TH MONTHLY FEE APPLICATION | 0.20 | $33.00 |
| 4/27/2010 012 | S LENKIEWICZ | REVISE DUANE MORRIS 98TH MONTHLY FEE APPLICATION (.1); REVIEW DOCKET (.1); PREPARE CERTIFICATE OF SERVICE (.2); FINALIZE FEE APPLICATION FOR FILING (.2) | 0.60 | $99.00 |
| 4/28/2010 012 | MR LASTOWSKI | REVIEW AND SIGN DM MARCH 2010 FEE APPLICATION | 0.20 | $142.00 |
| | | Code Total | 2.60 | $752.50 |

Duane Morris
May 5, 2010
Page 7

File # K0248-00001                                    INVOICE #  1566730
        W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 4/16/2010 | 013 | S LENKIEWICZ | PREPARE CERTIFICATION OF NO OBJECTION REGARDING 107TH MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN FOR PERIOD FEBRUARY 2010 | 0.20 | $33.00 |
| 4/21/2010 | 013 | S LENKIEWICZ | EFILE CERTIFICATE OF NO OBJECTION REGARDING STROOCK'S 107TH MONTHLY FEE APPLICATION (.2); FORWARD AS-FILED COPY OF SAME AND E-FILING CONFIRMATION TO D. MOHAMMED (.1) | 0.30 | $49.50 |
| 4/21/2010 | 013 | S LENKIEWICZ | RECEIPT OF CAPSTONE 72ND MONTHLY FEE APPLICATION (.1); PREPARE FOR EFILING (.2); EFILE SAME (.2); FORWARD AS-FILED COPY AND EFILING CONFIRMATION TO D. MOHAMMAD VIA EMAIL (.1); RECEIPT OF CAPSTONE 73RD MONTHLY FEE APPLICATINO (.1); PREPARE FOR EFILING (.2); EFILE SAME (.2); FORWARD AS-FILED COPY AND EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 1.20 | $198.00 |
| 4/21/2010 | 013 | S LENKIEWICZ | PREPARE NOTICE OF WITHDRAWAL OF CERTIFICATE OF NO OBJECTION REGARDING SSL 107TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.2) | 0.40 | $66.00 |
| 4/21/2010 | 013 | S LENKIEWICZ | PREPARE CORRECTED CERTIFICATE OF NO OBJECTION REGARDING STROOCK 107TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.2) | 0.40 | $66.00 |
| | | | Code Total | 2.50 | $412.50 |

Duane Morris
May 5, 2010
Page 8

File # K0248-00001                                    INVOICE #  1566730
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 4/6/2010 | 015 | MR LASTOWSKI | REVIEW OF 4/19/10 AGENDA ITEMS | 1.40 | $994.00 |
| | | | Code Total | 1.40 | $994.00 |

Duane Morris
May 5, 2010
Page 9

File # K0248-00001                                      INVOICE #  1566730
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 4/30/2010 | 017 | MR LASTOWSKI | REVIEW PROPOSED CONFIRMATION ORDER | 1.20 | $852.00 |
| | | | Code Total | 1.20 | $852.00 |

Duane Morris
May 5, 2010
Page 10

File # K0248-00001                                    INVOICE #  1566730
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 4/5/2010 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $159.00 |
| 4/5/2010 | 025 | WS KATCHEN | STIPULATION RE: MORGUARD INVESTMENTS. | 0.10 | $79.50 |
| 4/5/2010 | 025 | WS KATCHEN | STIPULATION RE: LONGACRE MASTER FUND. | 0.10 | $79.50 |
| 4/5/2010 | 025 | WS KATCHEN | STIPULATION RE: HEALTHCARE CORP. OF ST. JOHN'S. | 0.10 | $79.50 |
| 4/5/2010 | 025 | WS KATCHEN | STIPULATION RE: MCMASTER UNIVERSITY. | 0.10 | $79.50 |
| 4/5/2010 | 025 | WS KATCHEN | STIPULATION RE: HAMILTON WENTWORTH SCHOOL DISTRICT. | 0.10 | $79.50 |
| 4/5/2010 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION FOR APPROVAL SETTLEMENT EMPLOYERS MUTUAL INS. & MMO PARTIES. | 0.30 | $238.50 |
| 4/5/2010 | 025 | WS KATCHEN | PLAN ISSUE - UPDATE. | 0.60 | $477.00 |
| 4/5/2010 | 025 | WS KATCHEN | STIPULATION RE: NATIONAL UNION PLAN OBJECTIONS AND ALLOWANCE OF CLAIM. | 0.10 | $79.50 |
| 4/9/2010 | 025 | WS KATCHEN | REVIEW CAPSTONE REPORT. | 0.30 | $238.50 |
| 4/12/2010 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $159.00 |
| 4/12/2010 | 025 | WS KATCHEN | REVIEW CLAIMS SETTLEMENT NOTICES. | 0.20 | $159.00 |
| 4/12/2010 | 025 | WS KATCHEN | REVIEW DAMAGES AWARD NJ APP. DIV. (BUTTITA V. ALLIED SIGNAL). | 0.30 | $238.50 |
| 4/13/2010 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.10 | $79.50 |
| 4/13/2010 | 025 | WS KATCHEN | ADDITIONAL REVIEW CAPSTONE ANALYSIS - 2010 BUSINESS PLAN. | 0.40 | $318.00 |
| 4/13/2010 | 025 | WS KATCHEN | REVIEW APP. DIV. OPINION IN BUTTITTA FORWARD TO STROOCK. | 1.30 | $1,033.50 |
| 4/19/2010 | 025 | WS KATCHEN | REVIEW NOTICE OF AGENDA 4/19/10. | 0.20 | $159.00 |
| 4/26/2010 | 025 | WS KATCHEN | REVIEW CERT. NO. OBJECTION SETTLEMENT PP CLAIMS: (III) CITY OF VANCOUVER. | 0.10 | $79.50 |
| 4/26/2010 | 025 | WS KATCHEN | REVIEW CERT. NO. OBJECTION SETTLEMENT PP CLAIMS: (IV) AVALON Z. SCHOOL BOARD. | 0.10 | $79.50 |
| 4/26/2010 | 025 | WS KATCHEN | REVIEW CERT. NO. OBJECTION SETTLEMENT PP CLAIMS: (V) UNIVERSITY OF GUELPH. | 0.10 | $79.50 |
| 4/26/2010 | 025 | WS KATCHEN | REVIEW CERT. NO. OBJECTION SETTLEMENT PP CLAIMS: (V) EMPLOYERS MUTUAL CAS. CO. | 0.10 | $79.50 |
| 4/26/2010 | 025 | WS KATCHEN | REVIEW AMENDED DISCLOSURE OF OFFICERS AND DIRECTORS. | 0.20 | $159.00 |
| 4/26/2010 | 025 | WS KATCHEN | REVIEW CERT. OF MARYLAND CAS. CO. CLAIMS. | 0.20 | $159.00 |

Duane Morris
May 5, 2010
Page 11

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1566730

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 4/26/2010 | 025 | WS KATCHEN | REVIEW OBJECTION BY DEBTOR TO CLAIMS FILED BY MARYLAND CAS. CO. | 0.50 | $397.50 |
| 4/26/2010 | 025 | WS KATCHEN | REVIEW RESPONSE BY MARYLAND CAS. CO. | 0.30 | $238.50 |
| 4/26/2010 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $159.00 |
| 4/26/2010 | 025 | WS KATCHEN | REVIEW CERT. NO. OBJECTION SETTLEMENT PP CLAIMS: (I) FAIRMALL LEASEHOLDERS. | 0.10 | $79.50 |
| 4/26/2010 | 025 | WS KATCHEN | REVIEW CERT. NO. OBJECTION SETTLEMENT PP CLAIMS: (II) CONSEILLERS IMMOBILIERS. | 0.10 | $79.50 |
| 4/27/2010 | 025 | WS KATCHEN | REVIEW DOCKET ENTRIES. | 0.20 | $159.00 |
| 4/27/2010 | 025 | WS KATCHEN | REVIEW MOTION FOR SETTLEMENT - N. STAR REINSURANCE. | 0.20 | $159.00 |
| 4/27/2010 | 025 | WS KATCHEN | REVIEW NOTICE OF AGENDA. | 0.10 | $79.50 |
| | | | Code Total | 7.20 | $5,724.00 |

Duane Morris
May 5, 2010
Page 12

File # K0248-00001                                          INVOICE #  1566730
     W.R. GRACE & CO.


                           **TOTAL SERVICES**           22.60  $11,323.50

Duane Morris
May 5, 2010
Page 13

File # K0248-00001                                      INVOICE #  1566730
      W.R. GRACE & CO.

| DATE | DISBURSEMENTS | AMOUNT |
|---|---|---|
| 3/24/2010 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGEL AT W.R. GRACE - COLUMBIA, MD FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791260666509) | 8.99 |
| 3/24/2010 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790207917269) | 19.95 |
| | Total: | $28.94 |
| 4/30/2010 | COURT SEARCH SERVICE | 17.20 |
| | Total: | $17.20 |
| | TOTAL DISBURSEMENTS | $46.14 |

Duane Morris
May 5, 2010
Page 14

File # K0248-00001                                          INVOICE #  1566730
      W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 3.10 | 710.00 | 2,201.00 |
| 02585 | RW RILEY | PARTNER | 2.30 | 570.00 | 1,311.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 7.60 | 795.00 | 6,042.00 |
| 04281 | AC MAHOLCHIC | ASSOCIATE | 0.30 | 335.00 | 100.50 |
| 02279 | BA GRUPPO | PARALEGAL | 1.10 | 305.00 | 335.50 |
| 03723 | S LENKIEWICZ | PARALEGAL | 4.30 | 165.00 | 709.50 |
| 03434 | DS MARRA | LEGAL ASSISTANT | 3.90 | 160.00 | 624.00 |
| | | | 22.60 | | $11,323.50 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., ET AL., | Case No. 01-01139 (JKF)<br>Jointly Administered |
| Debtors. | |

### CERTIFICATE OF SERVICE

I, Michael R. Lastowski, certify that on May 28, 2010, I served a copy of the *Ninety-Ninth Monthly Fee Application of Duane Morris LLP For Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from April 1, 2010 through April 30, 2010* upon the individuals on the attached Service List as indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.


Dated: May 28, 2010
     Wilmington, Delaware

                        /s/ Michael R. Lastowski
                        Michael R. Lastowski (DE ID 3892)
                        DUANE MORRIS LLP
                        1100 North Market Street, Suite 1200
                        Wilmington, DE 19801
                        302.657-4900

## W. R. GRACE FEE APPLICATION SERVICE LIST

***Hand Delivery***
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801

***Via Overnight Mail***
David B. Siegel, Esquire
Senior Vice President and General Counsel
7500 Grace Drive
Columbia, MD 21044

***Via Overnight Mail***
Steve Bossay, Esquire
Warren H. Smith & Associates
Republic Center
325 N. St. Paul, Suite 4080
Dallas, TX 75201

***Via E-Mail***
william.sparks@grace.com
jbaer@jsbpc.com
joneill@pszyj.com
syoder@potteranderson.com
jsakalo@bilzin.com
ttacconelli@ferryjoseph.com
pvnl@capdale.com
mhurford@del.camlev.com
cl@del.camlev.com
pbentley@kramerlevin.com
currier@klettrooney.com
david.heller@lw.com
carol.hennessey@lw.com
slbossay@whsmithlaw.com
feeaudit@whsmithlaw.com