# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | **Hearing Date:  To be determined**<br>**Objection Date:  July 16, 2010 at 4:00 p.m.** |

**ONE-HUNDREDTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MAY 1, 2010 THROUGH MAY 31, 2010**

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide<br>Professional Services to: | **Official Committee of<br>Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and<br>reimbursement is sought | **May 1, 2010 through May 31,<br>2010** |
| Amount of Compensation sought as<br>actual, reasonable and necessary: | **$6,203.50 (80% $4,962.80)** |
| Amount of Expense Reimbursement sought<br>as actual, reasonable and necessary: | **$944.99** |

This is an: ☒ monthly  ☐ interim  ☐ final application.

This is the one-hundredth monthly fee application of Duane Morris LLP.

DM3\1392300.1

6/28/10
24995

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02-1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02-2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 – 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 – 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 – 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 – 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 – 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – | $22,612.50 | $872.84 | $18,090.00 | $872.84 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| | 1/31/04 | | | | |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/04 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |

3

DM3\1392300.1

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| | | Fees | Expenses | Fees | Expenses |
|---|---|---|---|---|---|
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | $16,127.20 | $1,841.84 |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | $27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | $39,970.50 | $770.49 |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | $23,416.00 | $81.51 |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | $20,408.50 | $110.79 |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | $20,408.50 | $110.79 |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | $20,049.00 | $7,553.02 |
| July 31, 2007 | 6/1/107 – 6/30/07 | $22,710.50 | $1,017.52 | $22,710.50 | $1,017.52 |
| October 1, 2007 | 7/1/07 – 7/31/07 | $43,373.50 | $1,544.99 | $34,698.80 | $1,544.99 |
| October 1, 2007 | 8/1/07 – 8/31/07 | $23,739.50 | $1,306.17 | $18,991.60 | $1,306.17 |
| October 30, 2007 | 9/1/07 – 9/30/07 | $36,004.00 | $48.39 | $28,803.20 | $48.39 |

4

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| December 3, 2007 | 10/1/07 – 10/31/07 | $28,085.50 | $3,244.17 | $22,468.40 | $3,244.17 |
| January 3, 2008 | 11/1/07 – 11/30/07 | $29,455.00 | $860.54 | $23,564.00 | $860.54 |
| January 29, 2008 | 12/1/07 – 12/31/07 | $49,823.00 | $505.80 | $47,689.06 | $505.80 |
| March 10, 2008[1] | 1/1/08 – 2/29/08 | $58,572.80 | $10,713.36 | $46,858.24 | $10,713.36 |
| May 1, 2008 | 3/1/08 – 3/31/08 | $50,913.00 | $1,171.03 | $50,301.80 | $1,171.03 |
| May 21, 2008 | 4/1/08 – 4/30/08 | $84,772.50 | $1,770.07 | $67,778.00 | $1,770.07 |
| June 27, 2008 | 5/1/08 – 5/31/08 | $23,242.00 | $1,913.97 | $18,593.60 | $1,913.97 |
| July 28, 2008 | 6/1/08 – 6/30/08 | $28,668.00 | $888.00 | $22,934.40 | $888.00 |
| August 28, 2008 | 7/1/08 – 7/31/08 | $30,341.50 | $183.79 | $24,273.20 | $183.79 |
| October 13, 2008 | 8/1/08 – 8/31/08 | $21,406.50 | $2,380.26 | $17,125.20 | $2,380.26 |
| November 12, 2008 | 9/1/08 – 9/30/08 | $25,857.00 | $784.16 | $20,685.60 | $784.16 |
| November 18, 2008 | 10/1/08 – 10/31/08 | $30,909.00 | $2,724.44 | $24,727.20 | $2,724.44 |
| December 30, 2008 | 11/1/08 – 11/30/08 | $14,479.00 | $238.13 | $11,583.20 | $238.13 |
| February 3, 2009 | 12/1/08 – 12/31/08 | $32,930.00 | $825.68 | $26,344.00 | $825.68 |
| February 11, 2009 | 1/1/09 – 1/31/09 | $47,975.00 | $828.47 | $38,380.00 | $828.47 |
| April 2, 2009 | 2/1/09 – 2/28/09 | $33,072.50 | $493.81 | $26,458.00 | $493.81 |
| April 10, 2009 | 3/1/09 – 3/31/09 | $34,393.50 | $2,281.30 | $27,514.80 | $2,281.30 |
| June 5, 2009 | 4/1/09 – 4/30/09 | $33,877.50 | $1,333.84 | $27,102.00 | $1,333.84 |
| June 5, 2009 | 5/1/09 – 5/31/09 | $38,838.00 | $18.92 | $31,070.40 | $18.92 |
| August 19, 2009 | 6/1/09 – 6/30/09 | $102,615.50 | $2,762.47 | $82,092.40 | $2,762.47 |

---

[1] The title of this Application [D.I. 18254] states that the fee application was for the period January 1, 2008 through January 31, 2008, when it should have identified the period as January 1, 2008 through February 29, 2008.

5

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| September 23, 2009 | 7/1/09 — 7/31/09 | $72,966.60 | $1,922.11 | $58,373.28 | $1,922.11 |
| September 24, 2009 | 8/1/09 — 8/31/09 | $66,921.00 | $2,118.21 | $53,536.80 | $2,118.21 |
| October 21, 2009 | 9/1/09 — 9/30/09 | $70,480.00 | $309.20 | $56,384.00 | $309.20 |
| December 1, 2009 | 10/1/09 — 10/31/09 | $33,986.50 | $2,425.29 | $27,189.20 | $2,425.29 |
| December 28, 2009 | 11/1/09- 11/30/09 | $32,937.00 | $101.82 | $26,349.60 | $101.82 |
| January 28, 2010 | 12/1/09- 12/31/09 | $15,975.00 | $1,870.07 | $12,780.00 | $1,870.07 |
| March 2, 2010 | 1/1/10 — 1/31/10 | $21,378.80 | $81.23 | $17,103.04 | $81.23 |
| March 29, 2010 | 2/1/10 — 2/29/10 | $8,597.50 | $803.88 | $6,878.00 | $803.88 |
| April 28, 2010 | 3/1/10 — 3/31/10 | $18,726.50 | $1,436.91 | $14,981.20 | $1,436.91 |
| May 28, 2010 | 4/1/10 — 4/30/10 | $11,323.50 | $46.14 | $9,058.80 | $46.14 |

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Of Counsel/41 years | $795.00 | 3.10 | $2,464.50 |
| Michael R. Lastowski | Partner/27 years | $710.00 | 2.00 | $1,420.00 |
| Adrian C. Maholchic | Associate/1 year | $335.00 | 1.10 | $368.50 |
| Beth A. Gruppo | Paralegal | $305.00 | 0.90 | $274.50 |
| Stephanie Lenkiewicz | Paralegal | $165.00 | 8.80 | $1,452.00 |
| Dawn S. Marra | Legal Assistant | $160.00 | 1.40 | $224.00 |
| Total | | | 17.30 | $6,203.50 |

6

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (04) | 1.80 | $418.50 |
| Claims Analysis (05) | 0.20 | $142.00 |
| Committee (All – Creditors, Note Holders, Equity Holders) (07) | 0.20 | $159.00 |
| Employment Applications, Applicant (09) | 0.50 | $80.00 |
| Fee Applications, Applicant (12) | 6.60 | $1,548.50 |
| Fee Applications, Other (13) | 3.80 | $627.00 |
| Plan and Disclosure Statement (17) | 1.30 | $923.00 |
| Other (25) | 2.90 | $2,305.50 |
| **TOTAL** | **17.30** | **$6,203.50** |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Printing & Duplicating (External) | Parcels | $869.59 |
| Document Retrieval | | $60.00 |
| Printing & Duplicating (Internal) | | $15.40 |
| **TOTAL** | | **$944.99** |

7

WHEREFORE, Duane Morris LLP respectfully requests that, for the period May 1, 2010 through May 31, 2010, an interim allowance be made to Duane Morris LLP for compensation in the amount of $4,962.80 (80% of allowed fees) and $944.99 for reimbursement of expenses be authorized, and for such other and further relief as this Court may deem just and proper.

Dated: June 28, 2010
      Wilmington, Delaware

_Michael R. Lastowski_

Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:       mlastowski@duanemorris.com
             rwriley@duanemorris.com

- and –

William S. Katchen
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:   (973) 424-2000
Facsimile:    (973) 424-2001
E-mail:       wskatchen@duanemorris.com

_Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al._

8

# Exhibit A

# Duane Morris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

June 7, 2010

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1575537                          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 05/31/2010 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 2.00 | hrs. at | $710.00 | /hr. = | $1,420.00 |
| WS KATCHEN | OF COUNSEL | 3.10 | hrs. at | $795.00 | /hr. = | $2,464.50 |
| AC MAHOLCHIC | ASSOCIATE | 1.10 | hrs. at | $335.00 | /hr. = | $368.50 |
| BA GRUPPO | PARALEGAL | 0.90 | hrs. at | $305.00 | /hr. = | $274.50 |
| S LENKIEWICZ | PARALEGAL | 8.80 | hrs. at | $165.00 | /hr. = | $1,452.00 |
| DS MARRA | LEGAL ASSISTANT | 1.40 | hrs. at | $160.00 | /hr. = | $224.00 |
| | | | | | | $6,203.50 |

| | |
|---|---|
| DISBURSEMENTS | |
| DOCUMENT RETRIEVAL | 60.00 |
| PRINTING & DUPLICATING | 15.40 |
| PRINTING & DUPLICATING - EXTERNAL | 869.59 |
| TOTAL DISBURSEMENTS | $944.99 |

| | |
|---|---|
| BALANCE DUE THIS INVOICE | $7,148.49 |
| PREVIOUS BALANCE | $69,827.02 |
| TOTAL BALANCE DUE | $76,975.51 |

Duane Morris
June 7, 2010
Page 2

File # K0248-00001                                          INVOICE # 1575537
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 5/4/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 5/6/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 5/7/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 5/10/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 5/10/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED APRIL 27, 2010 THROUGH MAY 9, 2010 FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1). | 0.20 | $32.00 |
| 5/11/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 5/12/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM D. MOHAMED REGARDING SEVENTY-FOURTH MONTHLY FEE APPLICATION OF CAPSTONE (.1); PREPARE APPLICATION FOR ELECTRONIC FILING (.1); ELECTRONICALLY FILE APPLICATION (.2); CORRESPONDENCE TO D. MOHAMED REGARDING SAME (.1). | 0.50 | $80.00 |
| 5/13/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 5/14/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |

Duane Morris
June 7, 2010
Page 3

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1575537

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 5/20/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 5/24/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 5/27/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED MAY 11, 2010 THROUGH MAY 26, 2010 FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1). | 0.20 | $32.00 |
| | | | Code Total | 1.80 | $418.50 |

Duane Morris
June 7, 2010
Page 4

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1575537

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 5/4/2010 | 005 | MR LASTOWSKI | REVIEW CERTIFICATION OF COUNSEL IN SUPPORT OF ORDER DENYING CERTAIN CLAIMS AS BEING TIME BARRED UNDER BRITISH COLUMBIA LAW | 0.20 | $142.00 |
| | | | Code Total | 0.20 | $142.00 |

Duane Morris
June 7, 2010
Page 5

File # K0248-00001                                    INVOICE # 1575537
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 5/25/2010 | 007 | WS KATCHEN | REVIEW STROOCK MEMO RE: CLAIMS SETTLEMENTS. | 0.20 | $159.00 |
| | | | Code Total | 0.20 | $159.00 |

Duane Morris
June 7, 2010
Page 6

File # K0248-00001                                          INVOICE # 1575537
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 5/28/2010 | 009 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM D. MOHAMED REGARDING STROOCK'S ONE HUNDRED AND NINTH MONTHLY FEE APPLICATION (.1); PREPARE FEE APPLICATION FOR ELECTRONIC FILING (.1); ELECTRONICALLY FILE SAME (.2); CORRESPONDENCE TO D. MOHAMMED REGARDING SAME (.1). | 0.50 | $80.00 |
| | | | Code Total | 0.50 | $80.00 |

Duane Morris
June 7, 2010
Page 7

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1575537

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 5/10/2010 | 012 | S LENKIEWICZ | PREPARATION OF DUANE MORRIS 99TH MONTHLY FEE APPLICATION FOR THE PERIOD APRIL 2010 | 0.80 | $132.00 |
| 5/27/2010 | 012 | AC MAHOLCHIC | REVIEW CNO FOR DUANE MORRIS MONTHLY APPLICATION FOR MARCH 2010. | 0.10 | $33.50 |
| 5/27/2010 | 012 | AC MAHOLCHIC | REVIEW DUANE MORRIS 36TH QUARTERLY FEE APPLICATION FOR JAN-MAR 2010. | 0.50 | $167.50 |
| 5/27/2010 | 012 | AC MAHOLCHIC | REVIEW DUANE MORRIS MONTHLY APPLICATION FOR APRIL 2010. | 0.50 | $167.50 |
| 5/27/2010 | 012 | S LENKIEWICZ | REVIEW DOCKET (.1); PREPARE CERTIFICATE OF NO OBJECTION RE DUANE MORRIS 98TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.2) | 0.50 | $82.50 |
| 5/27/2010 | 012 | S LENKIEWICZ | REVIEW MONTHLY APPLICATIONS AND DOCKET AND PREPARE 36TH QUARTERLY FEE APPLICATION OF DUANE MORRIS LLP | 2.30 | $379.50 |
| 5/28/2010 | 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS 36TH QUARTERLY FEE APPLICATION | 0.30 | $213.00 |
| 5/28/2010 | 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS 99TH MONTHLY FEE APPLICATION | 0.20 | $142.00 |
| 5/28/2010 | 012 | S LENKIEWICZ | PREPARE CERTIFICATE OF SERVICE (.1); PREPARE SERVICE (.1) FINALIZE AND EFILE DUANE MORRIS 99TH MONTHLY FEE APPLICATION (.3); FINALIZE AND EFILE DUANE MORRIS 36TH QUARTERLY FEE APPLICATION (.3) | 0.80 | $132.00 |
| 5/28/2010 | 012 | S LENKIEWICZ | REVISE DUANE MORRIS 36TH QUARTERLY FEE APPLICATION (.3); PREPARE CERTIFICATE OF SERVICE RE DUANE MORRIS 36TH QUARTERLY (.1); PREPARE SERVICE LIST AND LABELS (.2); | 0.60 | $99.00 |
| | | | Code Total | 6.60 | $1,548.50 |

Duane Morris
June 7, 2010
Page 8

File # K0248-00001                                      INVOICE # 1575537
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 5/13/2010 | 013 | S LENKIEWICZ | RECEIPT OF CAPSTONE ADVISORY'S 25TH QUARTERLY FEE APPLICATION AND PREPARE SAME FOR E-FILING (.3); PREPARE COS RE SERVICE ON 2002 SERVICE LIST (.2); PREPARE LABELS RE SAME (.1); EFILING CAPSTONE 25TH QUARTERLY FEE APPLICATION (.2); PREPARE AND FORWARD AS-FILED COPY OF SAME AND EFILING CONFIRMATION TO D. MOHAMMAD (.2) | 0.80 | $132.00 |
| 5/14/2010 | 013 | S LENKIEWICZ | PREPARE CERTIFICATION OF NO OBJECTION REGARDING 72ND AND 73RD MONTHLY FEE APPLICATIONS OF CAPSTONE (.3); EFILE SAME (.3) | 0.60 | $99.00 |
| 5/20/2010 | 013 | S LENKIEWICZ | FINALIZE FOR EFILING AND EFILE STROOCK & STROOCK & LAVAN 36TH QUARTERLY FEE APPLICATION (.3); SERVICE OF SAME (.2) | 0.50 | $82.50 |
| 5/21/2010 | 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS (.1) ; PREPARE CERTIFICATE OF NO OBJECTION REGARDING 108TH MONTHLY FEE APPLICATION OF STROOCK (.1); EFILE SAME (.2); FORWARD AS-FILED COPY AND CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $82.50 |
| 5/21/2010 | 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF SERVICE RE 36TH QUARTERLY FEE APPLICATION OF STROOCK & STROOCK AND LAVAN (.2); EFILE SAME (.2) | 0.40 | $66.00 |
| 5/25/2010 | 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS (.1); PREPARE CERTIFICATION OF NO OBJECTION RE CAPSTONE 24TH MONTHLY (.2); PREPARE CERTIFICATION OF NO OBJECTION RE STROOCK 35TH MONTHLY (.2); FORWARD TO A. MAHOLCHIC FOR REVIEW (.1) | 0.60 | $99.00 |
| 5/26/2010 | 013 | S LENKIEWICZ | EFILE CERTIFICATE OF NO OBJECTION REGARDING 35TH QUARTERLY APPLICATION OF STROOCK (.2); AND 24TH QUARTERLY APPLICATION OF CAPSTONE (.2) | 0.40 | $66.00 |
| | | | Code Total | 3.80 | $627.00 |

Duane Morris
June 7, 2010
Page 9

File # K0248-00001                                              INVOICE #  1575537
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 5/3/2010 | 017 | MR LASTOWSKI | REVIEW AND ANALYSIS OF PROPOSED CONFIRMATION ORDER | 1.30 | $923.00 |
| | | | Code Total | 1.30 | $923.00 |

Duane Morris
June 7, 2010
Page 10

File # K0248-00001                                    INVOICE #  1575537
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 4/30/2010 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $159.00 |
| 4/30/2010 | 025 | WS KATCHEN | ANALYSIS AMENDED CLAIMS SETTLEMENT NOTICE. | 0.10 | $79.50 |
| 4/30/2010 | 025 | WS KATCHEN | REVIEW PROPOSED ORDER CONFIRMING FIRST AMENDED PLAN. | 1.00 | $795.00 |
| 5/14/2010 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $159.00 |
| 5/19/2010 | 025 | WS KATCHEN | REVIEW CONVERTED ORDER FOR SETTLEMENT BETWEEN DEBTOR AND EMPLOYERS MUTUAL CASUALTY CO./REVIEW SETTLEMENT AGREEMENT - AMENDED - RESTATED. | 0.30 | $238.50 |
| 5/24/2010 | 025 | WS KATCHEN | REVIEW DEBTORS' REPLY-OBJECTIONS TO CLAIM OF MARYLAND CASUALTY CO. | 0.40 | $318.00 |
| 5/24/2010 | 025 | WS KATCHEN | REVIEW CAPSTONE MEMO RE: BRASIL TRANSACTION. | 0.20 | $159.00 |
| 5/25/2010 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $159.00 |
| 5/25/2010 | 025 | WS KATCHEN | REVIEW D. AUSTERN REPLY RE: OBJECTION TO MARYLAND CASUALTY CO. CLAIM. | 0.20 | $159.00 |
| 5/27/2010 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.10 | $79.50 |
| | | | Code Total | 2.90 | $2,305.50 |

Duane Morris
June 7, 2010
Page 11

File # K0248-00001                                        INVOICE #  1575537
         W.R. GRACE & CO.


                              TOTAL SERVICES            17.30    $6,203.50

Duane Morris
June 7, 2010
Page 12

File # K0248-00001                                    INVOICE # 1575537
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 5/31/2010 | PRINTING & DUPLICATING - EXTERNAL | | 869.59 |
| | | Total: | $869.59 |
| 4/28/2010 | `DOCUMENT RETRIEVAL | | 60.00 |
| | | Total: | $60.00 |
| 5/31/2010 | PRINTING & DUPLICATING | | 15.40 |
| | | Total: | $15.40 |
| | TOTAL DISBURSEMENTS | | $944.99 |

Duane Morris
June 7, 2010
Page 13

File # K0248-00001                                    INVOICE #  1575537
      W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 2.00 | 710.00 | 1,420.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 3.10 | 795.00 | 2,464.50 |
| 04281 | AC MAHOLCHIC | ASSOCIATE | 1.10 | 335.00 | 368.50 |
| 02279 | BA GRUPPO | PARALEGAL | 0.90 | 305.00 | 274.50 |
| 03723 | S LENKIEWICZ | PARALEGAL | 8.80 | 165.00 | 1,452.00 |
| 03434 | DS MARRA | LEGAL ASSISTANT | 1.40 | 160.00 | 224.00 |
| | | | 17.30 | | $6,203.50 |

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., ET AL., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

### CERTIFICATE OF SERVICE

I, Michael R. Lastowski, certify that on June 28, 2010, I served a copy of the *One-Hundredth Monthly Fee Application of Duane Morris LLP For Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from May 1, 2010 through May 31, 2010* upon the individuals on the attached Service List as indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.


Dated: June 28, 2010
      Wilmington, Delaware

                                         /s/ Michael R. Lastowski
                                         Michael R. Lastowski (DE ID 3892)
                                         DUANE MORRIS LLP
                                         1100 North Market Street, Suite 1200
                                         Wilmington, DE 19801
                                         302.657-4900

## W. R. GRACE FEE APPLICATION SERVICE LIST

**_Hand Delivery_**
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801

**_Via Overnight Mail_**
David B. Siegel, Esquire
Senior Vice President and General Counsel
7500 Grace Drive
Columbia, MD 21044

**_Via Overnight Mail_**
Steve Bossay, Esquire
Warren H. Smith & Associates
Republic Center
325 N. St. Paul, Suite 4080
Dallas, TX 75201

**_Via E-Mail_**
william.sparks@grace.com
jbaer@jsbpc.com
joneill@pszyj.com
syoder@potteranderson.com
jsakalo@bilzin.com
ttacconelli@ferryjoseph.com
pvnl@capdale.com
mhurford@del.camlev.com
cl@del.camlev.com
pbentley@kramerlevin.com
currier@klettrooney.com
david.heller@lw.com
carol.hennessey@lw.com
slbossay@whsmithlaw.com
feeaudit@whsmithlaw.com