**EXHIBIT D**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., <u>et al.</u>, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | **Hearing Date: To be determined**<br>**Objection Date: August 19, 2010 at 4:00 p.m.** |

**ONE-HUNDRED FIRST MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS <u>FOR THE PERIOD FROM JUNE 1, 2010 THROUGH JUNE 30, 2010</u>**

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **June 1, 2010 through June 30, 2010** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$11,249.50 (80% $8,999.60)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$605.05** |

This is an: ☒ monthly ☐ interim ☐ final application.

This is the one-hundred first monthly fee application of Duane Morris LLP.

7/30/10
25143

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01- 7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02– 1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02– 2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02– 3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 – 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 – 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 – 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 – 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 – 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – | $22,612.50 | $872.84 | $18,090.00 | $872.84 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| | 1/31/04 | | | | |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |

3

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | $16,127.20 | $1,841.84 |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | $27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | $39,970.50 | $770.49 |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | $23,416.00 | $81.51 |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | $20,408.50 | $110.79 |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | $20,408.50 | $110.79 |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | $20,049.00 | $7,553.02 |
| July 31, 2007 | 6/1/107 – 6/30/07 | $22,710.50 | $1,017.52 | $22,710.50 | $1,017.52 |
| October 1, 2007 | 7/1/07 – 7/31/07 | $43,373.50 | $1,544.99 | $34,698.80 | $1,544.99 |
| October 1, 2007 | 8/1/07 – 8/31/07 | $23,739.50 | $1,306.17 | $18,991.60 | $1,306.17 |
| October 30, 2007 | 9/1/07 – 9/30/07 | $36,004.00 | $48.39 | $28,803.20 | $48.39 |

4

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| December 3, 2007 | 10/1/07 – 10/31/07 | $28,085.50 | $3,244.17 | $22,468.40 | $3,244.17 |
| January 3, 2008 | 11/1/07 – 11/30/07 | $29,455.00 | $860.54 | $23,564.00 | $860.54 |
| January 29, 2008 | 12/1/07 – 12/31/07 | $49,823.00 | $505.80 | $47,689.06 | $505.80 |
| March 10, 2008[1] | 1/1/08 – 2/29/08 | $58,572.80 | $10,713.36 | $46,858.24 | $10,713.36 |
| May 1, 2008 | 3/1/08 – 3/31/08 | $50,913.00 | $1,171.03 | $50,301.80 | $1,171.03 |
| May 21, 2008 | 4/1/08 – 4/30/08 | $84,772.50 | $1,770.07 | $67,778.00 | $1,770.07 |
| June 27, 2008 | 5/1/08 – 5/31/08 | $23,242.00 | $1,913.97 | $18,593.60 | $1,913.97 |
| July 28, 2008 | 6/1/08 – 6/30/08 | $28,668.00 | $888.00 | $22,934.40 | $888.00 |
| August 28, 2008 | 7/1/08 – 7/31/08 | $30,341.50 | $183.79 | $24,273.20 | $183.79 |
| October 13, 2008 | 8/1/08 – 8/31/08 | $21,406.50 | $2,380.26 | $17,125.20 | $2,380.26 |
| November 12, 2008 | 9/1/08 – 9/30/08 | $25,857.00 | $784.16 | $20,685.60 | $784.16 |
| November 18, 2008 | 10/1/08 – 10/31/08 | $30,909.00 | $2,724.44 | $24,727.20 | $2,724.44 |
| December 30, 2008 | 11/1/08 – 11/30/08 | $14,479.00 | $238.13 | $11,583.20 | $238.13 |
| February 3, 2009 | 12/1/08 – 12/31/08 | $32,930.00 | $825.68 | $26,344.00 | $825.68 |
| February 11, 2009 | 1/1/09 – 1/31/09 | $47,975.00 | $828.47 | $38,380.00 | $828.47 |
| April 2, 2009 | 2/1/09 – 2/28/09 | $33,072.50 | $493.81 | $26,458.00 | $493.81 |
| April 10, 2009 | 3/1/09 – 3/31/09 | $34,393.50 | $2,281.30 | $27,514.80 | $2,281.30 |
| June 5, 2009 | 4/1/09 – 4/30/09 | $33,877.50 | $1,333.84 | $27,102.00 | $1,333.84 |
| June 5, 2009 | 5/1/09 – 5/31/09 | $38,838.00 | $18.92 | $31,070.40 | $18.92 |
| August 19, 2009 | 6/1/09 – 6/30/09 | $102,615.50 | $2,762.47 | $82,092.40 | $2,762.47 |

---

[1] The title of this Application [D.I. 18254] states that the fee application was for the period January 1, 2008 through January 31, 2008, when it should have identified the period as January 1, 2008 through February 29, 2008.

5

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| September 23, 2009 | 7/1/09 – 7/31/09 | $72,966.60 | $1,922.11 | $58,373.28 | $1,922.11 |
| September 24, 2009 | 8/1/09 – 8/31/09 | $66,921.00 | $2,118.21 | $53,536.80 | $2,118.21 |
| October 21, 2009 | 9/1/09 – 9/30/09 | $70,480.00 | $309.20 | $56,384.00 | $309.20 |
| December 1, 2009 | 10/1/09 – 10/31/09 | $33,986.50 | $2,425.29 | $27,189.20 | $2,425.29 |
| December 28, 2009 | 11/1/09- 11/30/09 | $32,937.00 | $101.82 | $26,349.60 | $101.82 |
| January 28, 2010 | 12/1/09- 12/31/09 | $15,975.00 | $1,870.07 | $12,780.00 | $1,870.07 |
| March 2, 2010 | 1/1/10 – 1/31/10 | $21,378.80 | $81.23 | $17,103.04 | $81.23 |
| March 29, 2010 | 2/1/10 – 2/29/10 | $8,597.50 | $803.88 | $6,878.00 | $803.88 |
| April 28, 2010 | 3/1/10 – 3/31/10 | $18,726.50 | $1,436.91 | $14,981.20 | $1,436.91 |
| May 28, 2010 | 4/1/10 – 4/30/10 | $11,323.50 | $46.14 | $9,058.80 | $46.14 |
| June 28, 2010 | 5/1/10 – 5/31/10 | $6,203.50 | $944.99 | $4,962.80 | $944.99 |

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
| --- | --- | --- | --- | --- |
| William S. Katchen | Of Counsel/41 years | $795.00 | 2.90 | $2,305.50 |
| Michael R. Lastowski | Partner/27 years | $710.00 | 10.90 | $7,739.00 |
| Adrian C. Maholchic | Associate/1 year | $335.00 | 0.10 | $33.50 |
| Beth A. Gruppo | Paralegal | $305.00 | 1.80 | $549.00 |
| Stephanie Lenkiewicz | Paralegal | $165.00 | 2.90 | $478.50 |
| Dawn S. Marra | Legal Assistant | $160.00 | 0.90 | $144.00 |
| **Total** | | | **19.5** | **$11,249.50** |

6

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (04) | 2.80 | $726.50 |
| Claims Analysis (05) | 1.00 | $710.00 |
| Claims Analysis (Non-Asbestos) (06) | 1.90 | $1,349.00 |
| Committee (All – Creditors, Note Holders, Equity Holders) (07) | 0.50 | $397.50 |
| Employee Benefits/Pension (08) | 0.30 | $213.00 |
| Employment Applications (Others) (10) | 0.40 | $284.00 |
| Fee Applications, Applicant (12) | 1.90 | $804.00 |
| Fee Applications, Other (13) | 1.90 | $313.50 |
| Hearings (15) | 5.50 | $3,905.00 |
| Plan and Disclosure Statement (17) | 0.90 | $639.00 |
| Other (25) | 2.40 | $1,908.00 |
| **TOTAL** | **19.5** | **$11,249.50** |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Printing & Duplicating (External) | Parcels | $442.88 |
| Overnight Mail | Federal Express | $29.21 |
| Color Printing & Duplicating | | $1.96 |
| Printing & Duplicating (Internal) | | $92.30 |
| Court Search Service | | $38.70 |
| **TOTAL** | | **$ 605.05** |

7

WHEREFORE, Duane Morris LLP respectfully requests that, for the period May June 1, 2010 through June 30, 2010, an interim allowance be made to Duane Morris LLP for compensation in the amount of $8,999.60 (80% of allowed fees) and $605.05 for reimbursement of expenses be authorized, and for such other and further relief as this Court may deem just and proper.

Dated: July 30, 2010
        Wilmington, Delaware

_Michael R. Lastowski_

Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:       mlastowski@duanemorris.com
              rwriley@duanemorris.com

- and –

William S. Katchen
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:    (973) 424-2000
Facsimile:    (973) 424-2001
E-mail:       wskatchen@duanemorris.com

*Co-Counsel for the Official Committee of Unsecured Creditors of W. R. Grace & Co., et al.*

8

# Exhibit A

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

July 6, 2010

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1581559                          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 06/30/2010 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 10.90 | hrs. at | $710.00 /hr. = | $7,739.00 |
| WS KATCHEN | OF COUNSEL | 2.90 | hrs. at | $795.00 /hr. = | $2,305.50 |
| AC MAHOLCHIC | ASSOCIATE | 0.10 | hrs. at | $335.00 /hr. = | $33.50 |
| BA GRUPPO | PARALEGAL | 1.80 | hrs. at | $305.00 /hr. = | $549.00 |
| S LENKIEWICZ | PARALEGAL | 2.90 | hrs. at | $165.00 /hr. = | $478.50 |
| DS MARRA | LEGAL ASSISTANT | 0.90 | hrs. at | $160.00 /hr. = | $144.00 |
| | | | | | $11,249.50 |

DISBURSEMENTS
| | |
|---|---|
| COLOR PRINTING & DUPLICATING - INTERNAL | 1.96 |
| COURT SEARCH SERVICE | 38.70 |
| OVERNIGHT MAIL | 29.21 |
| PRINTING & DUPLICATING | 92.30 |
| PRINTING & DUPLICATING - EXTERNAL | 442.88 |
| TOTAL DISBURSEMENTS | $605.05 |

| | |
|---|---|
| BALANCE DUE THIS INVOICE | $11,854.55 |
| PREVIOUS BALANCE | $29,611.46 |
| TOTAL BALANCE DUE | $41,466.01 |

DUANE MORRIS LLP

Duane Morris
July 6, 2010
Page 2

File # K0248-00001                                          INVOICE # 1581559
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 6/1/2010 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1). | 0.20 | $32.00 |
| 6/2/2010 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.20 | $61.00 |
| 6/3/2010 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 6/3/2010 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JUNE 1, 2010 THROUGH JUNE 2, 2010 FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1). | 0.10 | $16.00 |
| 6/4/2010 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 6/7/2010 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 6/8/2010 004 | AC MAHOLCHIC | COORDINATE PREPARATION OF MAY FEE APPLICATION WITH S. LENKIEWICZ. | 0.10 | $33.50 |
| 6/8/2010 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 6/9/2010 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 6/10/2010 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |

Duane Morris
July 6, 2010
Page 3

File # K0248-00001                                          INVOICE # 1581559
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 6/11/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 6/14/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 6/15/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.20 | $61.00 |
| 6/16/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 6/16/2010 | 004 | DS MARRA | .RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JUNE 3, 2010 THROUGH JUNE 15, 2010 FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1). | 0.20 | $32.00 |
| 6/17/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 6/18/2010 | 004 | BA GRUPPO | .ASBESTOSNEWS | 0.10 | $30.50 |
| 6/22/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JUNE 16, 2010 THROUGH JUNE 21, 2010 FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1). | 0.20 | $32.00 |
| 6/23/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 6/24/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |

Duane Morris
July 6, 2010
Page 4

File # K0248-00001                                      INVOICE #  1581559
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 6/29/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 6/30/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JUNE 22, 2010 THROUGH JUNE 29, 2010 FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1). | 0.20 | $32.00 |
| | | | Code Total | 2.80 | $726.50 |

Duane Morris
July 6, 2010
Page 5

File # K0248-00001                                    INVOICE # 1581559
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 6/3/2010 | 005 | MR LASTOWSKI | REVIEW APPELLATE FILINGS IN NANAIMO LADYSMITH SCHOOL DISTRICT APPEAL | 0.20 | $142.00 |
| 6/3/2010 | 005 | MR LASTOWSKI | REVIEW DEBTORS' OBJECTION TO MARYLAND CASUALTY CLAIMS AND MARYLAND CASUALTY'S SUR-REPLY | 0.20 | $142.00 |
| 6/3/2010 | 005 | MR LASTOWSKI | REVIEW DEBTORS' ADDITIONAL APPELLATE DESIGNATIONS (ANDERSON MEMORIAL APPEAL) | 0.10 | $71.00 |
| 6/3/2010 | 005 | MR LASTOWSKI | REVIEW DEBTORS' RESERVATION OF RIGHTS RELATING TO PARTICIPATION OF NON DEBTORS IN DEBTORS'OBJECTION TO MARYLAND CASUALTY CLAIMS AND MARYLAND CASUALTY'S SUR-REPLY | 0.20 | $142.00 |
| 6/9/2010 | 005 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR AUTHORITY TO ENTER INTO A SETTLEMENT AGREEMENT WITH MUNICH REINSURANCE AMERICA | 0.30 | $213.00 |
| | | | Code Total | 1.00 | $710.00 |

Duane Morris
July 6, 2010
Page 6

File # K0248-00001                                    INVOICE # 1581559
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 6/2/2010 | 006 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' RESPONSE TO MARYLAND CASUALTY'S OBJECTION TO THEIR PARTICIPATION IN DEBTORS' OBJECTION TO MARYLAND CASUALTY CLAIMS | 0.20 | $142.00 |
| 6/2/2010 | 006 | MR LASTOWSKI | REVIEW ORDER APPROVING NORTHSTAR SETTLEMENT AGREEMENT | 0.10 | $71.00 |
| 6/4/2010 | 006 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR AUTHORITY TO ENTER IN TO CONSENT DECREE WITH THE UNITED STATES REGARDING THE BLACKBURN SUPERFUND SITE | 0.30 | $213.00 |
| 6/8/2010 | 006 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR AUTHORITY TO ENTER INTO A SETTLEMENT AGREEMENT WITH THE UNITED STATES RELATING TO A ZONOLITE SUPERFUND SITE | 0.40 | $284.00 |
| 6/16/2010 | 006 | MR LASTOWSKI | REVIEW CANADIAN ZONOLITE CLAIMANTS' AMENDED APPLICATION FOR A CLAIM FOR SUBSTANTIAL CONTRIBUTION | 0.60 | $426.00 |
| 6/30/2010 | 006 | MR LASTOWSKI | REVIEW DEBTORS' CERTIFICATE OF COUNSEL RE: OBJECTION TO CERTAIN EMPLOYEE CLAIMS | 0.20 | $142.00 |
| 6/30/2010 | 006 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR AUTHORITY TO ENTER INTO NATIONWIDE SETTLEMENT | 0.10 | $71.00 |
| | | | Code Total | 1.90 | $1,349.00 |

Duane Morris
July 6, 2010
Page 7

File # K0248-00001                                      INVOICE # 1581559
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 6/3/2010 | 007 | WS KATCHEN | REVIEW STROOCK MEMO ON SETTLEMENT. | 0.20 | $159.00 |
| 6/7/2010 | 007 | WS KATCHEN | REVIEW STROOCK MEMO. | 0.20 | $159.00 |
| 6/15/2010 | 007 | WS KATCHEN | REVIEW CAPSTONE REPORT ON PENSION PLAN FUNDING. | 0.10 | $79.50 |
| | | | Code Total | 0.50 | $397.50 |

Duane Morris
July 6, 2010
Page 8

File # K0248-00001
      W.R. GRACE & CO.

INVOICE # 1581559

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 6/8/2010 | 008 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR AUTHORITY TO MAKE CONTRIBUTIONS TO A DEFINED BENEFIT PLAN COVERING CERTAIN OF THE DEBTORS' EMPLOYEES | 0.30 | $213.00 |
| | | | Code Total | 0.30 | $213.00 |

Duane Morris
July 6, 2010
Page 9

File # K0248-00001                                          INVOICE #  1581559
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 6/3/2010 | 010 | MR LASTOWSKI | REVIEW ZAI CLAIMANTS' CERTIFICATION OF COUNSEL RE: SUBSTANTIAL CONTRIBUTION CLAIMS | 0.40 | $284.00 |
| | | | Code Total | 0.40 | $284.00 |

Duane Morris
July 6, 2010
Page 10

File # K0248-00001                                          INVOICE # 1581559
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 6/2/2010 | 012 | MR LASTOWSKI | E-MAIL FROM J. O'NEILL PROPOSED FEE CHART TO BE DELIVERED TO JUDGE FITZGERALD | 0.20 | $142.00 |
| 6/2/2010 | 012 | MR LASTOWSKI | REVIEW PROPOSED FEE CHART TO BE DELIVERED TO JUDGE FITZGERALD | 0.20 | $142.00 |
| 6/3/2010 | 012 | MR LASTOWSKI | REVIEW DEBTORS' CERTIFICATION REGARDING 35TH QUARTERLY PROJECT CATEGORY SUMMARY | 0.10 | $71.00 |
| 6/3/2010 | 012 | MR LASTOWSKI | REVIEW DEBTORS' CERTIFICATION REGARDING ORDER APPROVING 35TH QUARTERLY FEE APPLICATIONS | 0.10 | $71.00 |
| 6/7/2010 | 012 | MR LASTOWSKI | REVIEW ORDER APPROVING 35TH QUARTERLY FEE APPLICATION | 0.10 | $71.00 |
| 6/7/2010 | 012 | S LENKIEWICZ | RECEIPT OF DUANE MORRIS MAY, 2010 INVOICE FROM J. PALO (.1); PREPARATION OF DUANE MORRIS 100TH MONTHLY FEE APPLICATION (.5) | 0.60 | $99.00 |
| 6/28/2010 | 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS 100TH MONTHLY FEE APPLICATION | 0.20 | $142.00 |
| 6/28/2010 | 012 | S LENKIEWICZ | PREPARE CERTIFICATE OF SERVICE RE DUANE MORRIS 100TH MONTHLY FEE APPLICATION (.1); EFILE FEE APPLICATION (.2); SERVICE OF SAME (.1) | 0.40 | $66.00 |
| | | | Code Total | 1.90 | $804.00 |

DUANE MORRIS LLP

Duane Morris
July 6, 2010
Page 11

File # K0248-00001                                           INVOICE # 1581559
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 6/4/2010 | 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION RE CAPSTONE 74TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.1); FORWARD COPY OF SAME WITH EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.40 | $66.00 |
| 6/21/2010 | 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING STROOCK'S 109TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.1); FORWARD COPY OF SAME TO D. MOHAMMAD (.1) | 0.40 | $66.00 |
| 6/21/2010 | 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING CAPSTONE'S 75TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.1); FORWARD AS-FILED COPY OF SAME TO D. MOHAMMAD (.1) | 0.40 | $66.00 |
| 6/23/2010 | 013 | S LENKIEWICZ | EFILE CERTIFICATE OF NO OBJECTION REGARDING STROOCK'S 109TH MONTHLY FEE APPLICATION (.2); FORWARD AS-FILED COPY OF SAME TO D. MOHAMMAD (.1) | 0.30 | $49.50 |
| 6/28/2010 | 013 | S LENKIEWICZ | RECEIPT OF SSL'S 110TH MONTHLY FEE APPLICATION AND PREPARE SAME FOR EFILING (.1); EFILE SAME (.2); FORWARD AS-FILED COPY AND EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.40 | $66.00 |
| | | | Code Total | 1.90 | $313.50 |

Duane Morris
July 6, 2010
Page 12

File # K0248-00001                                             INVOICE #  1581559
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 6/1/2010 | 015 | MR LASTOWSKI | REVIEW 6/7/10 AGENDA AND ITEMS IDENTIFIED THEREON | 1.30 | $923.00 |
| 6/3/2010 | 015 | MR LASTOWSKI | REVIEW AGENDA ITEMS FOR 6/7/10 OMNIBUS HEARING | 1.20 | $852.00 |
| 6/7/2010 | 015 | MR LASTOWSKI | ATTEND OMNIBUS HEARING | 1.00 | $710.00 |
| 6/7/2010 | 015 | MR LASTOWSKI | PREPARE FOR OMNIBUS HEARING | 1.60 | $1,136.00 |
| 6/7/2010 | 015 | MR LASTOWSKI | TELEPHONE CALL FROM A. KRIEGER RE: STATUS | 0.20 | $142.00 |
| 6/10/2010 | 015 | MR LASTOWSKI | REVIEW NOTICE OF CHANGE OF HEARING DATE (JULY 12, 2010 OMNIBUS) | 0.10 | $71.00 |
| 6/11/2010 | 015 | MR LASTOWSKI | REVIEW NOTICE OF CHANGE OF 2010 OMNIBUS HEARING DATES | 0.10 | $71.00 |
| | | | Code Total | 5.50 | $3,905.00 |

Duane Morris
July 6, 2010
Page 13

File # K0248-00001                                    INVOICE # 1581559
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 6/3/2010 | 017 | MR LASTOWSKI | REVIEW ALLSTATE WITHDRAWAL OF PLAN OBJECTIONS | 0.10 | $71.00 |
| 6/7/2010 | 017 | MR LASTOWSKI | REVIEW LONDON MARKET INSURANCE COMPANIES WITHDRAWAL OF ALL PLAN OBJECTIONS | 0.10 | $71.00 |
| 6/8/2010 | 017 | MR LASTOWSKI | REVIEW TRAVELERS' WITHDRAWAL OF PLAN OBJECTIONS | 0.10 | $71.00 |
| 6/23/2010 | 017 | MR LASTOWSKI | REVIEW REVISIONS TO PROPOSED CONFIRMATION ORDER | 0.60 | $426.00 |
| | | | Code Total | 0.90 | $639.00 |

Duane Morris
July 6, 2010
Page 14

File # K0248-00001                                                INVOICE # 1581559
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 6/2/2010 | 025 | WS KATCHEN | REVIEW NOTICE OF AGENDA. | 0.20 | $159.00 |
| 6/2/2010 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION TO APPROVE AMENDED SETTLEMENT HARPER INSURANCE , LTD. | 0.20 | $159.00 |
| 6/3/2010 | 025 | WS KATCHEN | REVIEW LIBBY CLAIMANT'S RESPONSE. | 0.10 | $79.50 |
| 6/3/2010 | 025 | WS KATCHEN | REVIEW DESIGNATION OF ADDED ITEMS FOR RECORD ON APPEAL. | 0.20 | $159.00 |
| 6/8/2010 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.10 | $79.50 |
| 6/8/2010 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION FOR APPROVAL OF CONSENT DECREE - BLACKBURN & UNION PRIVILEGES SUPER FUND - SITE - WALFOLE, MASS. | 0.30 | $238.50 |
| 6/14/2010 | 025 | WS KATCHEN | REVIEW MOTION TO AUTHORIZE CONSENT ORDER RE: ZONOLITE/WR GRACE EAST HAMPTON, MA SUPERFUND SITE AND STIPULATION WITH CITY OF EAST HAMPTON. | 0.40 | $318.00 |
| 6/14/2010 | 025 | WS KATCHEN | REVIEW CAPSTONE REPORT - 1Q 2010. | 0.20 | $159.00 |
| 6/14/2010 | 025 | WS KATCHEN | REVIEW MOTION (1) TO AUTHORIZE DEBTOR TO PAY DEFINED BENEFIT PLAN CONTRIBUTIONS. | 0.20 | $159.00 |
| 6/28/2010 | 025 | WS KATCHEN | REVIEW DOCKET (.2). | 0.20 | $159.00 |
| 6/28/2010 | 025 | WS KATCHEN | REVIEW DEBTOR'S CERTIFICATE RE: OBJECTION TO EMPLOYEE CLAIMS/PROPOSED ORDER. | 0.20 | $159.00 |
| 6/29/2010 | 025 | WS KATCHEN | REVIEW DEBTORS' CERTIFICATE OF NO OBJECTION. | 0.10 | $79.50 |
| | | | Code Total | 2.40 | $1,908.00 |

Duane Morris
July 6, 2010
Page 15

File # K0248-00001                                    INVOICE #  1581559
     W.R. GRACE & CO.

|  | | |
|---|---|---|
| TOTAL SERVICES | 19.50 | $11,249.50 |

Duane Morris
July 6, 2010
Page 16

File # K0248-00001                                    INVOICE # 1581559
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|------|--------|
| 6/30/2010 | PRINTING & DUPLICATING - EXTERNAL | | 442.88 |
| | | Total: | $442.88 |
| 5/28/2010 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SIEGEL AT WR GRACE - COLUMBIA, MD FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #799520790420) | | 9.07 |
| 5/28/2010 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791267180812) | | 20.14 |
| | | Total: | $29.21 |
| 6/30/2010 | COLOR PRINTING & DUPLICATING - INTERNAL | | 1.96 |
| | | Total: | $1.96 |
| 6/30/2010 | COURT SEARCH SERVICE | | 38.70 |
| | | Total: | $38.70 |
| 6/30/2010 | PRINTING & DUPLICATING | | 92.30 |
| | | Total: | $92.30 |
| | TOTAL DISBURSEMENTS | | $605.05 |

Duane Morris
July 6, 2010
Page 17

File # K0248-00001                                              INVOICE #  1581559
      W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 10.90 | 710.00 | 7,739.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 2.90 | 795.00 | 2,305.50 |
| 04281 | AC MAHOLCHIC | ASSOCIATE | 0.10 | 335.00 | 33.50 |
| 02279 | BA GRUPPO | PARALEGAL | 1.80 | 305.00 | 549.00 |
| 03723 | S LENKIEWICZ | PARALEGAL | 2.90 | 165.00 | 478.50 |
| 03434 | DS MARRA | LEGAL ASSISTANT | 0.90 | 160.00 | 144.00 |
|  |  |  | 19.50 |  | $11,249.50 |

## W. R. GRACE FEE APPLICATION SERVICE LIST

***Hand Delivery***
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801

***Via Overnight Mail***
David B. Siegel, Esquire
Senior Vice President and General Counsel
7500 Grace Drive
Columbia, MD 21044

***Via Overnight Mail***
Steve Bossay, Esquire
Warren H. Smith & Associates
Republic Center
325 N. St. Paul, Suite 4080
Dallas, TX 75201

***Via E-Mail***
william.sparks@grace.com
jbaer@jsbpc.com
joneill@pszyj.com
syoder@potteranderson.com
jsakalo@bilzin.com
ttacconelli@ferryjoseph.com
pvnl@capdale.com
mhurford@del.camlev.com
cl@del.camlev.com
pbentley@kramerlevin.com
currier@klettrooney.com
david.heller@lw.com
carol.hennessey@lw.com
slbossay@whsmithlaw.com
feeaudit@whsmithlaw.com