# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2104494 |
| Invoice Date | 08/16/10 |
| Client Number | 359022 |
| Matter Number | 00001 |

Re: Asset Disposition

FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/07/10 | TKD | Reviewed Debtors' Motion Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Agreement Between W.R. Grace & Co. and Nationwide Indemnit Company, on Behalf of Employers Insurance of Wausau | 0.5 | 312.50 |
| 07/07/10 | TKD | Reviewed order approving settlement with harper insurance | 0.1 | 62.50 |
| 07/07/10 | TKD | Reviewed Order Authorizing Debtors' Entry into (I) Consent Order with the United States Regarding the Zonolite/W.R. Grace Easthampton, MA, Superfund Site, (II) Stipulation Resolving Claim 11301 of Oldon Limited Partnership and (III) Stipulation Resolving Claim 7121 of the City of Easthampton | 0.2 | 125.00 |
| 07/26/10 | TKD | Reviewed Debtors' Thirty-Sixth Quarterly Report of Settlements From April 1, 2010 Through June 30, 2010, in Accordance with That Certain Amended Order Authorizing and Approving an Omnibus Procedure for Settling Certain Claims an Causes of Action Brought By or Against the Debtors in a Judicial, Administrative, Arbitral or Other Action or Proceeding | 0.2 | 125.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00001
08/16/10

WR Grace - Official Committee of Equity Security Holders
Asset Disposition

Invoice Number 2104494
Page 2

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/26/10 | TKD | Reviewed Debtors' Thirty-Sixth Quarterly Report of Asset Sales From April 1, 2010 Through June 30, 2010 in Accordance with That Certain Order Establishing Procedures for the Sale or Abandonment of De Minimis Assets | 0.1 | 62.50 |
| 07/31/10 | TKD | Reviewed motion of debtors to approve settlement agreement with TIG Insurance Company | 0.7 | 437.50 |
| | | TOTAL HOURS | 1.8 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 1.8 | at | $625.00 | = | 1,125.00 |

CURRENT FEES                                                                                    1,125.00

**TOTAL AMOUNT OF THIS INVOICE**                                                                1,125.00

**NET AMOUNT OF THIS INVOICE**                                                                  1,125.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2104495 |
| Invoice Date | 08/16/10 |
| Client Number | 359022 |
| Matter Number | 00003 |

Re: Business Operations

FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/14/10 | TKD | Reviewed Debtor-In-Possession Monthly Operating Report for Filing Period May 1, 2010 to May 31, 2010 | 0.5 | 312.50 |
| | | TOTAL HOURS | 0.5 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.5 | at | $625.00 | = | 312.50 |

CURRENT FEES                                                          312.50

**TOTAL AMOUNT OF THIS INVOICE**                                      312.50

**NET AMOUNT OF THIS INVOICE**                                        312.50

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2104496 |
| Invoice Date | 08/16/10 |
| Client Number | 359022 |
| Matter Number | 00004 |

Re: Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/02/10 | TKD | WRGrace: reviewed all ecf filings and distributed to counsel and paralegals | 0.6 | 375.00 |
| 07/07/10 | TKD | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.6 | 375.00 |
| 07/08/10 | TKD | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.3 | 187.50 |
| 07/09/10 | TKD | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.3 | 187.50 |
| 07/12/10 | TKD | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.2 | 125.00 |
| 07/13/10 | TKD | Reviewed all ecf filings and distributed to counsel and paralegals | 0.5 | 312.50 |
| 07/14/10 | TKD | Reviewed all ecf filings and distributed to team | 0.3 | 187.50 |
| 07/19/10 | TKD | Reviewed all ecf filings and distributed to counsel and paralegal | 0.6 | 375.00 |
| 07/20/10 | TKD | Reviewed all ecf filings and distributed to team | 0.3 | 187.50 |
| 07/21/10 | TKD | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.6 | 375.00 |
| 07/22/10 | TKD | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.2 | 125.00 |
| 07/23/10 | TKD | Reviewed all ecf filings and distributed to team counsel | 0.4 | 250.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

| | |
|---|---|
| 359022<br>00004<br>08/16/10 | WR Grace - Official Committee of Equity Security Holders<br>Case Administration |

Invoice Number 2104496
Page 2

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/26/10 | TKD | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.4 | 250.00 |
| 07/27/10 | TKD | Reviewed all ecf filings and distributed to team | 0.6 | 375.00 |
| 07/28/10 | TKD | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.5 | 312.50 |
| 07/29/10 | TKD | Reviewed all ecf fiings and distributed to team | 0.5 | 312.50 |
| 07/30/10 | TKD | Reviewed allecf filings and distributed to team | 0.7 | 437.50 |
| | | TOTAL HOURS | 7.6 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 7.6 | at | $625.00 | = | 4,750.00 |

CURRENT FEES      4,750.00

**TOTAL AMOUNT OF THIS INVOICE**      4,750.00

**NET AMOUNT OF THIS INVOICE**      4,750.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2104497 |
| Invoice Date | 08/16/10 |
| Client Number | 359022 |
| Matter Number | 00007 |

Re: Claim Analysis Objestions & Resolutions (Non-Asbestos)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/12/10 | TKD | Reviewed Order Authorizing Entry into a Consent Decree with the United States Regarding the Blackburn and Union Privileges Superfund Site - Walpole, MA | 0.1 | 62.50 |
| 07/12/10 | TKD | Reviewed Letter Dated July 6, 2010 Regarding Claim Number 12926, Objecting to the Disallowance of Claim for Disability Income. Filed by James P. McGuire | 0.1 | 62.50 |
| 07/14/10 | TKD | Reviewed Order Disallowing Employee Claims Pursuant to Debtors' Twenty-Eighth Omnibus Objection to Employee Claims (Substantive). | 0.1 | 62.50 |
| 07/21/10 | TKD | Reviewed Order Granting the Amended Application of Canadian ZAI Claimants for Allowance of Administrative Expenses of Lauzon Belanger S.E.N.C.R.L. and Scarfone Hawkins LLP as CCAA Representative Counsel Incurred in Making Substantial Contribution for the Period of October 1, 2004 to August 31, 2008 | 0.1 | 62.50 |
| 07/26/10 | TKD | Reviewed Response to Debtors' Objection to Claims Filed by Neurocrete Products, Inc. | 0.7 | 437.50 |
| 07/26/10 | TKD | Reviewed motion to allow a tolling agreement with plum creek, and attached proposed tolling agreement | 0.3 | 187.50 |
| | | TOTAL HOURS | 1.4 | |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022  
00007  
08/16/10

WR Grace - Official Committee of Equity Security Holders  
Claim Analysis Objestions & Resolutions (Non-Asbestos)

Invoice Number 2104497  
Page 2

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 1.4 | at | $625.00 | = | 875.00 |

CURRENT FEES  875.00

**TOTAL AMOUNT OF THIS INVOICE**  875.00

**NET AMOUNT OF THIS INVOICE**  875.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2104498 |
| Invoice Date | 08/16/10 |
| Client Number | 359022 |
| Matter Number | 00014 |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Photocopying | 17.60 |
| Postage | 16.68 |
| Messenger Service | 7.50 |
| Federal Express | 36.32 |
| CURRENT EXPENSES | 78.10 |
| **TOTAL AMOUNT OF THIS INVOICE** | 78.10 |
| **NET AMOUNT OF THIS INVOICE** | 78.10 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2104499 |
| Invoice Date | 08/16/10 |
| Client Number | 359022 |
| Matter Number | 00015 |

Re: Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/09/10 | TKD | Reviewed fee order, reviewed revised and finalized our monthly fee application for filing | 0.8 | 500.00 |
| 07/09/10 | TBB | File and serve Saul Ewing 11th Monthly Fee Application, draft affidavit of service and file same. | 1.0 | 180.00 |
| 07/29/10 | TKD | Resolved issues on filing our fee app; directed the filing of same | 0.2 | 125.00 |
| 07/29/10 | TBB | File and serve Saul Ewing Twelfth Monthly Fee Application, prepare Affidavit of Service and file same. | 1.0 | 180.00 |
| 07/29/10 | TBB | Prepare CNO for Saul Ewing's Eleventh Monthly Fee Application | 0.5 | 90.00 |
| | | TOTAL HOURS | 3.5 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 2.5 | at | $180.00 | = | 450.00 |
| Teresa K.D. Currier | 1.0 | at | $625.00 | = | 625.00 |

CURRENT FEES  1,075.00

359022
00015

08/16/10

WR Grace - Official Committee of Equity Security Holders
Fee Applications/Applicant

Invoice Number 2104499
Page 2

| | |
|---|---:|
| **TOTAL AMOUNT OF THIS INVOICE** | 1,075.00 |
| **NET AMOUNT OF THIS INVOICE** | 1,075.00 |

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2104500 |
| Invoice Date | 08/16/10 |
| Client Number | 359022 |
| Matter Number | 00016 |

Re: Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/01/10 | TBB | Compile fee application service list; update addressed and e-mail addresses (1.5); prepare affidavit of service and service list; file fee app and affidavit of service (2.0). | 3.5 | 630.00 |
| 07/02/10 | TBB | Update e-mail distribution list; file amended affidavit of service | 0.5 | 90.00 |
| 07/07/10 | TBB | Review fee application, retrieve and review administrative order for interim compensation and reimbursement of expenses and amended administrative order for interim compensation and reimbursement of expenses | 1.5 | 270.00 |
| 07/21/10 | TBB | Prepare CNO to Kramer Levin's 105 Fee application | 0.5 | 90.00 |
| 07/27/10 | TKD | Reviewed updated docket to check for any objections/responses to Kramer Levin fee app | 0.4 | 250.00 |
| 07/27/10 | TKD | Reviewed, revised, approved cno for kramer levin fee app | 0.3 | 187.50 |
| 07/27/10 | TBB | Review docket, file and serve CNO to Kramer Levin's 105th Monthly Fee Application; Prepare AOS and file same. | 0.8 | 144.00 |
| 07/28/10 | TKD | Reviewed docket to check on any objections/responses for preparation of the CNOs | 0.6 | 375.00 |
| | | TOTAL HOURS | 8.1 | |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00016
08/16/10

WR Grace - Official Committee of Equity Security Holders
Fee Applications/Others

Invoice Number 2104500
Page 2

## TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 6.8 | at | $180.00 | = | 1,224.00 |
| Teresa K.D. Currier | 1.3 | at | $625.00 | = | 812.50 |

CURRENT FEES                                               2,036.50

**TOTAL AMOUNT OF THIS INVOICE**                           2,036.50

**NET AMOUNT OF THIS INVOICE**                             2,036.50

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2104501 |
| Invoice Date | 08/16/10 |
| Client Number | 359022 |
| Matter Number | 00017 |

Re: Hearings

FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/09/10 | TKD | Reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al | 0.4 | 250.00 |
| | | TOTAL HOURS | 0.4 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Teresa K.D. Currier | 0.4 at | $625.00 = | 250.00 |

CURRENT FEES                                                    250.00

**TOTAL AMOUNT OF THIS INVOICE**                                250.00

**NET AMOUNT OF THIS INVOICE**                                  250.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2104502 |
| Invoice Date | 08/16/10 |
| Client Number | 359022 |
| Matter Number | 00019 |

Re: Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/07/10 | TKD | Reviewed Order Dismissing Without Prejudice Debtors' Motion to Reopen Fraudulent Conveyance Adversary Proceedings to Permit the Filing of Remaining Quarterly Fee Applications and Allowance and Payment of Remaining Holdbacks | 0.1 | 62.50 |
| 07/07/10 | TKD | Reviewed Request for Judicial Notice (Garlock's Chapter 11 Filing) | 0.2 | 125.00 |
| | | TOTAL HOURS | 0.3 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.3 | at | $625.00 | = | 187.50 |

CURRENT FEES 187.50

**TOTAL AMOUNT OF THIS INVOICE** 187.50

**NET AMOUNT OF THIS INVOICE** 187.50

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP