IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> W.R. GRACE & CO., et al.,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 01-1139 (JKF) <br><br> Jointly Administered <br><br> **Re: Docket Nos. 24144, 25211** |

**JOINDER OF HER MAJESTY THE QUEEN IN RIGHT OF CANADA TO LETTER BRIEF DATED AUGUST 11, 2010 BY THE STATE OF MONTANA REGARDING APPLICABILITY OF <u>JELD-WEN, INC. v. VAN BRUNT (IN RE GROSSMAN'S, INC.)</u>, 607 F.3d 114, 2010 U.S. APP. LEXIS 11155 (3d CIR. JUNE 2, 2010) (EN BANC)**

Her Majesty the Queen in Right of Canada (the "Crown"), by and through her undersigned counsel, hereby joins the letter brief dated August 12, 2010 filed by the State of Montana (Docket No. 25211) (the "Letter Brief"), and in support states as follows:

---

[1]   The Debtors are the following entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), ECARG, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, LB Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc. E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1.  On January 12, 2010, the Crown filed the Objections of Her Majesty the Queen in Right of Canada to Confirmation of the First Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated February 3, 2009 (Docket No. 24144) (the "Crown Objection").

2.  In the Crown Objection, the Crown maintained that the First Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated February 3, 2009 (as such plan has been or may be amended, supplemented, or modified) (the "Plan") is not confirmable. Specifically, the Crown maintained that the Plan, among other things, attempts to subject the Crown's requests for contribution and indemnification to an injunction imposed pursuant to Bankruptcy Code section 524(g), even though such requests are not "claims" or "demands" for purposes of the Bankruptcy Code and consequently may not fall within the scope of section 524(g). See Crown Objection, at ¶ 46. In so doing, the Crown relied upon the case of Avellino & Bienes v. M. Frenville Co. (In re M. Frenville Co.), 744 F.2d 332, 335-36 (3d Cir. 1984). See id. n. 18.

3.  As explained in the Letter Brief, the United States Court of Appeals for the Third Circuit recently reversed the Frenville decision by its decision JELD WEN, Inc. v. Van Brunt (In re Grossman's, Inc.), 607 F.3d 114, 2010 U.S. App. LEXIS 11155 (3d Cir. June 2, 2010) (en banc). However, as further explained in the Letter Brief, that reversal does not impact in inapplicability of Bankruptcy Code section 524(g) to requests for contribution and

2

3

indemnification such as the requests asserted by the Crown, nor does it affect the non-confirmability of the Plan.

4. The Debtors and the other Plan Proponents filed a letter brief dated August 17, 2010 (Docket No. 25233) in response to the State of Montana's Letter Brief.

5. The Crown agrees with the legal arguments and assertions set forth in the State of Montana's Letter Brief and hereby joins the Letter Brief. The Crown reserves the right to present arguments at any further hearing on the Plan or the Letter Brief.

WHEREFORE, for the reasons set forth in the Crown Objection and the State of Montana's Letter Brief, the Crown respectfully requests that the Court deny confirmation of the Plan, and that the Court grant the Crown such other and further relief as it deems just and proper.

Dated: August 19, 2010

Respectfully submitted,

Womble Carlyle Sandridge & Rice, PLLC

By: /s/ Matthew P. Ward
Francis A. Monaco, Jr. (#2078)
Kevin J. Mangan (#3810)
Matthew P. Ward (#4471)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Ph: (302) 252-4320
Fax: (302) 252-4330

-and-

Jacqueline Dais-Visca
Senior Counsel
Business Law Section
Ontario Regional Office
Suite 3400, Box 34, The Exchange Tower
130 King Street West, Toronto, Ontario
M5X 1K6

Counsel for Her Majesty the Queen in Right of Canada as represented by the Attorney General of Canada