# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP

# AMENDED INVOICES FOR THE PERIOD

# JUNE 1-30, 2010



ORRICK

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

July 9, 2010
Client No. 17367
Invoice No. 1265362

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through June 30, 2010 in connection with the matters described on the attached pages: | $ | 199,375.50 |
| DISBURSEMENTS as per attached pages: | | 2,725.29 |
| **TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):** | $ | **202,100.79** |

Matter(s): 17367/11, 12, 13, 15, 7, 8

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$273,735.63
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**
*Orrick, Herrington & Sutcliffe LLP*
*4253 Collections Center Drive*
*Chicago, IL 60693*
*Reference: 17367/ Invoice: 1265362*
*E.I.N. 94-2952627*
*Overnight deliveries: (312) 974-1642*

**ELECTRONIC FUNDS TRANSFERS:**
***Wire Transfers Only:***
*ABA Number 0260-0959-3*
*Bank of America*
*100 West 33rd Street, NY, NY 10001*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number: 1499410382*
*Reference: 17367/ Invoice: 1265362*
*E.I.N. 94-2952627*

**ELECTRONIC FUNDS TRANSFERS:**
***ACH Transfers Only:***
*ABA Number 121-000358*
*Bank of America*
*San Francisco Main Branch*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number: 1499410382*
*Reference: 17367/ Invoice: 1265362*
*E.I.N. 94-2952627*

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

July 9, 2010
Client No. 17367
Invoice No. 1265362

Orrick Contact: Roger Frankel

For Legal Services Rendered Through June 30, 2010 in Connection With:

**Matter: 7 - Insurance Matters**

| | | | |
|---|---|---|---|
| 06/01/10 | P. Mahaley | Communicate with insurer counsel re insurance settlement terms. | 0.80 |
| 06/02/10 | P. Mahaley | Review insurance settlement agreement re requirements for withdrawal of objections and communicate with Debtors' counsel re same. | 0.90 |
| 06/03/10 | P. Mahaley | Attend to issues regarding insurance settlement. | 1.00 |
| 06/04/10 | P. Mahaley | Finalize settlement documents re insurance settlement. | 1.50 |
| 06/07/10 | P. Mahaley | Resolve issue regarding settled insurer. | 1.90 |
| 06/08/10 | P. Mahaley | Finalize insurance settlement and motion papers for filing with court (1.7); analyze present value of insurance settlements (6.9). | 8.60 |
| 06/09/10 | P. Mahaley | Analyze present value of reimbursement-type settlement agreements with insurers. | 2.90 |
| 06/10/10 | P. Mahaley | Confer with R. Wyron re analysis of value of insurance settlements (1.0); follow up on settlement negotiations with various insurers (.6). | 1.60 |
| 06/11/10 | P. Mahaley | Analyze value of past and potential insurance settlements (4.8); confer with insurer counsel and counsel for Debtors re resolving potential objection to insurance settlement agreement (.5). | 5.30 |
| 06/14/10 | P. Mahaley | Review and analyze proposed changes to insurance settlement agreements. | 6.40 |
| 06/16/10 | P. Mahaley | Revise insurance settlement agreements. | 2.80 |
| 06/17/10 | P. Mahaley | Analyze proposed changes to insurance settlement agreement. | 1.20 |
| 06/18/10 | P. Mahaley | Confer with R. Wyron re proposed changes to insurance settlement agreement (.9); communicate with counsel for Debtors and ACC re FCR analysis of proposed changes to insurance settlement agreement (1.2). | 2.10 |
| 06/21/10 | P. Mahaley | Communicate with insurer counsel re status of draft settlement agreements. | 0.30 |
| 06/22/10 | P. Mahaley | Draft approval motion papers re insurance settlement agreements (1.9); revise analysis of value of past and prospective insurance settlements (1.2). | 3.10 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -                                   July 9, 2010
17367                                                                                                                          Invoice No. 1265362
page 2

| | | | |
|---|---|---|---|
| 06/23/10 | P. Mahaley | Draft insurance settlement agreements and related motion papers. | 3.00 |
| 06/24/10 | P. Mahaley | Confer with R. Wyron re changes to draft settlement agreement proposed by insurer (.5); revise draft insurance settlement agreement (1.7); communicate with insurer counsel and counsel for ACC re finalizing insurance settlement agreement (.6). | 2.80 |
| 06/25/10 | P. Mahaley | Finalize insurance settlement agreement and approval motion papers for filing (1.1); confer with counsel for insurer re insurer authorization for settlement agreement (.3). | 1.40 |
| 06/29/10 | P. Mahaley | Revise insurance settlement agreement, attachments and motion papers to prepare for filing with court. | 1.10 |
| 06/30/10 | P. Mahaley | Prepare insurance settlement agreement and related court documents for filing (.6); analyze settlement issues (1.7); update settlement status memoranda (.7); review and analyze insurer proposed changes to settlement agreement (1.6). | 4.60 |

|  | | |
|---|---|---|
| Total Hours | 53.30 | |
| Total For Services | | $34,645.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Peri N. Mahaley | 53.30 | 650.00 | 34,645.00 |
| Total All Timekeepers | 53.30 | $650.00 | $34,645.00 |

Disbursements
    Document Reproduction                  12.90
    Telephone                               3.69
                            Total Disbursements        $16.59

**Total For This Matter**           **$34,661.59**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 3

July 9, 2010
Invoice No. 1265362

For Legal Services Rendered Through June 30, 2010 in Connection With:

**Matter: 8 - Litigation**

| | | | |
|---|---|---|---|
| 06/01/10 | D. Fullem | Review e-mails from R. Wyron and D. Felder regarding various filings and pleadings. | 0.20 |
| 06/01/10 | R. Wyron | Review MCC pleadings for hearing and follow-up (2.3); review case law research on standing and estoppel (1.6); work on insurance settlement and follow-up (.9); review agenda (.2); prepare for call with Debtors (.6). | 5.60 |
| 06/01/10 | R. Frankel | Review appeal pleadings filed by Canadian PD claimants. | 0.50 |
| 06/01/10 | R. Frankel | Prepare for call with insurer counsel (.6); telephone conference with insurer counsel re insurance settlement issues (.4); telephone conference with R. Wyron re same (.3). | 1.30 |
| 06/02/10 | D. Felder | Review Libby's proposed filing regarding MCC claims objection. | 0.10 |
| 06/02/10 | R. Wyron | Prepare for MCC hearing (.8); strategy conference with Debtors' and ACC and follow-up (1.2); call with insurer counsel re settlement and follow-up (.9); review standing pleading re Libby (.4); review MCC sur-reply and follow-up (.6); confer with R. Frankel re strategy and follow-up (.6); review 2019 analysis and follow-up (.3). | 4.80 |
| 06/02/10 | R. Frankel | Review issues in preparation for conference call (.6); telephone conference with T. Freedman, J. Donnelly, R. Wyron, P. Lockwood re hearing (.7). | 1.30 |
| 06/02/10 | R. Frankel | Review draft Libby response in MCC matter, e-mails re same (.6); consider issues re same (.3). | 0.90 |
| 06/02/10 | R. Frankel | Telephone conferences with R. Wyron re insurance settlement (.4); review, consider revisions to draft settlement agreement (.4). | 0.80 |
| 06/03/10 | D. Felder | E-mail correspondence with J. Biggs regarding claimant issues. | 0.50 |
| 06/03/10 | R. Wyron | Review MCC and Libby pleadings for hearing (.7); review insurer settlement issues and follow-up (.4); review pension motion (.3); confer with J. Radecki re pension issues and follow-up (.8). | 2.20 |
| 06/03/10 | R. Frankel | Review Jeld-Wen decision of 3rd circuit. | 1.20 |
| 06/03/10 | R. Frankel | Review Debtors' reservation of rights re MCC litigation, MCC Sur-Reply to Debtors' objections. | 0.70 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 4

July 9, 2010
Invoice No. 1265362

| 06/04/10 | R. Wyron | Review last MCC filing and e-mails re same (.6); review issues on draft confirmation order (.9); review amended agenda and e-mails re same (.2). | 1.70 |
|---|---|---|---|
| 06/07/10 | J. Burke | Participate in hearing regarding Debtors' objection to MCC's proof of claim by telephone. | 0.30 |
| 06/07/10 | D. Felder | E-mail correspondence with J. Radecki regarding omnibus hearing (.1); telephonic participation in omnibus hearing (.3); telephone conference with J. Radecki regarding pension issues (.1); review pension issues and follow-up (.5). | 1.00 |
| 06/07/10 | R. Wyron | Review proposed order (.3); participate in MCC hearing (.4); follow-up on insurance settlement status (.4); call with objector's counsel and follow-up (.6); confer with P. Mahaley on insurance settlement issues and respond to e-mails re same (.6); review Jeld-Wen decision (.7). | 3.00 |
| 06/07/10 | R. Frankel | Review MCC pleadings in preparation for hearing. | 1.60 |
| 06/07/10 | R. Frankel | Attend hearing in DE (.6); confer with P. Lockwood (.3). | 0.90 |
| 06/07/10 | R. Frankel | Prepare e-mails, telephone conference with R. Wyron re Garlock filing, effect on Garlock objections to confirmation. | 0.50 |
| 06/07/10 | R. Frankel | Review Debtor's draft motion to fund defined benefit pension plan (.6); notes re same (.2). | 0.80 |
| 06/08/10 | D. Felder | Attention to confirmation issues and e-mail to R. Frankel and R. Wyron regarding same (3.2); attention to 2019 issues (.5). | 3.70 |
| 06/08/10 | R. Wyron | Review Garlock and Jeld-Wen issues from objections (1.1); review and respond to e-mails re insurance claims (.6). | 1.70 |
| 06/08/10 | R. Frankel | Review Montana, Canada oppositions to confirmation re Jenn Weld decision (.9); e-mails re same (.3). | 1.20 |
| 06/08/10 | R. Frankel | Review various briefs in opposition to confirmation filed by Garlock. | 0.90 |
| 06/09/10 | D. Felder | Attention to confirmation issues regarding various objectors. | 3.60 |
| 06/09/10 | R. Wyron | Calls with P. Lockwood re Garlock objection and follow-up (.8); review pleadings re Jeld-Wen (.4); review e-mail from P. Mahaley re insurance settlements and respond (.3); review pension motion and issues (.6). | 2.10 |
| 06/10/10 | D. Felder | Telephone conference with Grace and financial advisors regarding pension issues (.2); follow-up regarding same (.4); attention to issues regarding various objectors (1.1). | 1.70 |
| 06/10/10 | R. Wyron | Review insurance analysis (.6); confer with P. Mahaley re issues on insurance analysis and follow-up (.8); call with counsel for objector and follow-up (.7). | 2.10 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 5

July 9, 2010
Invoice No. 1265362

| Date | Person | Description | Hours |
|---|---|---|---|
| 06/10/10 | R. Frankel | Exchange e-mails re objector meeting (.2); telephone conference with R. Wyron re same (.3). | 0.50 |
| 06/11/10 | D. Felder | Attention to confirmation issues regarding various objectors (3.1); e-mail correspondence regarding same (.4); conference with R. Frankel and R. Wyron regarding same and follow-up (1.3). | 4.80 |
| 06/11/10 | R. Wyron | Review insurance settlement analysis from P. Mahaley and follow up (.7); review objector settlement issues and plan presentation (1.3); calls re settlement discussions (.3); confer with R. Frankel and D. Felder re claims analysis, settlement discussions, and follow up (.8). | 3.10 |
| 06/11/10 | R. Frankel | Confer with R. Wyron re status, objector meeting, Jeld-Wen decision, meeting with D. Felder (.3); notes re status (.3). | 0.60 |
| 06/11/10 | R. Frankel | Confer with R. Wyron, D. Felder re Jeld-Wen, Garlock filing, 2019 filing (.9); notes re same (.4). | 1.30 |
| 06/11/10 | R. Frankel | Review D. Felder e-mail re 2019, next steps. | 0.30 |
| 06/14/10 | D. Fullem | Review e-mail from D. Felder with information on time change for all omnibus hearings. | 0.20 |
| 06/14/10 | D. Felder | Attention to pension issues and e-mail correspondence with J. Radecki regarding same (1.3); review hearing transcript regarding objector issues (2.6). | 3.90 |
| 06/14/10 | R. Wyron | Review revised insurance settlement analysis (.3); review Garlock pleadings (.8); review Jeld-Wen decision re confirmation issues (.6); organize notes for meeting with objector (.4). | 2.10 |
| 06/14/10 | R. Frankel | Review settlement issues, Jeld-Wen 3rd Circuit opinion in preparation for meeting with plan objector (1.7); prepare notes re settlement scenarios (.7). | 2.40 |
| 06/15/10 | D. Felder | Attention to issues regarding objectors and e-mail correspondence with R. Frankel and R. Wyron regarding same (2.3); review insurance settlement agreement and note issues regarding same (2.6); telephone conference with R. Frankel, R. Wyron and J. Biggs regarding claim issues and follow-up regarding same (1.5); attention to pension issues (.5). | 6.90 |
| 06/15/10 | R. Wyron | Call from claimant (.4); prepare for call with J. Biggs (.3); call with J. Biggs re claims analysis and follow-up (1.3); prepare for 6/16 meeting (1.1); review Garlock position on PCC and applicability to Grace (.9); review PJC issue (.3). | 4.30 |
| 06/15/10 | R. Frankel | Review settlement scenarios in connection with objector meeting (.8); confer with R. Wyron re same (.4). | 1.20 |
| 06/15/10 | R. Frankel | Telephone conference with J. Biggs, R. Wyron, D. Felder re claims and future claims issues (1.1); notes re same (.3). | 1.40 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -        July 9, 2010
17367                                                                    Invoice No. 1265362
page 6

| 06/15/10 | R. Frankel | Review Amended Application and Exhibits of Canadian ZAI Claimants for substantial contribution fee. | 1.60 |
|---|---|---|---|
| 06/16/10 | D. Felder | Telephone conference with J. Radecki regarding pension issues and follow-up regarding same (.5); research settlement issues for R. Frankel (.5); prepare correspondence regarding pension issues and review materials regarding same (4.0); conferences with R. Wyron regarding update and follow-up regarding same (.4). | 5.40 |
| 06/16/10 | R. Wyron | Prepare updated issues analysis on objector's claim (.6); meet with counsel for objectors (2.5); organize follow-up on objector's issues (.9); review 3rd Circuit orders re NARCO and GIT decisions (.3). | 4.30 |
| 06/16/10 | R. Frankel | Review files in preparation for meeting with objectors. | 0.60 |
| 06/16/10 | R. Frankel | Confer with counsel re settlement issues (2.9); prepare notes re same (.4). | 3.30 |
| 06/16/10 | R. Frankel | Review PCC transcript re Garlock objection to confirmation (1.3); D. Felder e-mail memo re same (.3). | 1.60 |
| 06/16/10 | R. Frankel | Confer with R. Wyron re Garlock issues, GIT issues. | 0.40 |
| 06/16/10 | R. Frankel | Review District Court opinion, briefs in connection with GIT, 3rd Circuit rehearing en banc. | 1.70 |
| 06/17/10 | R. Wyron | Review Garlock filings (.3); call with P. Lockwood (.5); follow-up on draft Garlock filing (.2); review draft insurance settlement agreement (1.1); review and respond to e-mails re pending insurance settlements (.4). | 2.50 |
| 06/17/10 | R. Frankel | Review draft letter to T. Freedman re pension plans, review prior pleadings related to same. | 0.60 |
| 06/17/10 | R. Frankel | Prepare outline of settlement with objector. | 1.30 |
| 06/17/10 | R. Frankel | Review briefs from 3rd Circuit en banc appeal in GIT, Narco re related issues. | 2.20 |
| 06/18/10 | D. Felder | Telephone conference with M. Hurford regarding update and status (.6); conference with R. Frankel and R. Wyron regarding same (.5); attention to pension issues (1.5); attention to objector issues (1.8); e-mail correspondence with J. Baer regarding same (.1); review pleadings regarding objector issues (3.2). | 7.70 |
| 06/18/10 | R. Wyron | Review updated analysis of draft insurance settlement agreement (.8); confer with P. Mahaley re draft settlement issues and follow-up (1.1); confer regarding judicial notice request and e-mails re same (.3); review Garlock issues and follow-up (.4); call with T. Freedman (.3); review draft letter on pension issues (.3); call to P. Lockwood and follow-up (.2); review insurer settlement status and follow-up on strategy issues with P. Mahaley (.4). | 3.80 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -            July 9, 2010
17367                                                                        Invoice No. 1265362
page 7

| | | | |
|---|---|---|---|
| 06/18/10 | R. Frankel | Confer with R. Wyron re Garlock, settlement issues (.4); consider, review filing re Garlock (.4). | 0.80 |
| 06/18/10 | R. Frankel | Confer with D. Felder, R. Wyron re pension letter, settlement issues (.7); notes re same (.2). | 0.90 |
| 06/18/10 | R. Frankel | Review, revise pension plan letter (.5); series of e-mails re same (.3) | 0.80 |
| 06/21/10 | S. Cruzado | Review recently filed pleadings. | 2.50 |
| 06/21/10 | J. Burke | Research in support of request for judicial notice. | 1.70 |
| 06/21/10 | D. Felder | Conference with J. Burke regarding research issues (.2); follow-up regarding same (1.5); attention to objector issues regarding judicial notice (1.2). | 2.90 |
| 06/21/10 | R. Wyron | Review draft request for judicial notice (.4); review Garlock pleadings and PCC arguments (1.9); review issues list for pending settlements (.3). | 2.60 |
| 06/21/10 | R. Frankel | Review, exchange series of e-mails re notice of Garlock chapter 11 filing (.3); review prior notice filed by Arrowood (.4). | 0.70 |
| 06/21/10 | R. Frankel | Review further e-mails, changes re Garlock notice. | 0.40 |
| 06/21/10 | R. Frankel | Review open issues with insurer objector re settlement. | 0.60 |
| 06/22/10 | D. Felder | Telephone conference with J. Radecki regarding pension issues (.2); attention to judicial notices issues (.7); begin review of insurance settlement agreement (1.2); review proofs of claim regarding objector issues (2.1). | 4.20 |
| 06/22/10 | R. Wyron | Respond to e-mails re Garlock filing (.4); review transcript of Garlock argument and follow-up (2.7); review insurance settlement issue and follow-up (.3). | 3.40 |
| 06/22/10 | R. Frankel | Telephone conference with R. Wyron re status of insurance settlement agreement, Garlock notice. | 0.30 |
| 06/22/10 | R. Frankel | Review Debtors' Report re Defined Contribution Plan (.6); prepare notes re same (.3). | 0.90 |
| 06/22/10 | R. Frankel | Review series of spreadsheets from P. Mahaley re insurance settlements (.5); e-mails re same (.3). | 0.80 |
| 06/23/10 | D. Felder | Review draft insurance settlement agreement, approval motion and related documents and note issues regarding same (3.1); review study regarding pension issues (1.0); research regarding settlement issues and telephone conference with J. Burke regarding same (2.1). | 6.20 |
| 06/23/10 | R. Wyron | Review insurance issues re potential settlement (.3); calls with insurance counsel re potential coverage settlement and potential indemnity claims settlement (1.1); confer with R. Frankel re strategy (.3). | 1.70 |
| 06/23/10 | R. Frankel | Confer with R. Wyron re status with objectors. | 0.30 |
| 06/24/10 | J. Burke | Research in support of settlement negotiations. | 4.40 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -                July 9, 2010
17367                                                                              Invoice No. 1265362
page 8

| | | | |
|---|---|---|---|
| 06/24/10 | D. Felder | Review revised proposed order regarding Walpole agreement and consider motion regarding same. | 0.40 |
| 06/24/10 | R. Wyron | Review insurance settlement draft (1.2); confer with P. Mahaley and follow-up (.6); call with T. Freedman re Garlock (.3). | 2.10 |
| 06/25/10 | J. Burke | Research in support of request for judicial notice (3.3); research in support of settlement negotiations (1.4). | 4.70 |
| 06/25/10 | D. Felder | E-mail correspondence and conferences with J. Burke regarding settlement and confirmation issues and follow-up regarding same. | 2.80 |
| 06/25/10 | R. Wyron | Review Garlock issues (.3); confer with R. Frankel re strategy (.3); calls regarding research and follow-up (.5). | 1.10 |
| 06/25/10 | R. Frankel | Review further issues re Garlock filing, standing (.3); telephone conference with R. Wyron re same (.3). | 0.60 |
| 06/28/10 | J. Burke | Research in support of settlement negotiations. | 4.30 |
| 06/28/10 | D. Felder | Conference with R. Wyron regarding settlement issues and review materials from J. Burke regarding same. | 0.50 |
| 06/28/10 | R. Wyron | Review initial research re Garlock issues (.8); call to J. Burke and follow-up (.3). | 1.10 |
| 06/28/10 | R. Frankel | Review issues from last draft of insurer settlement agreement. | 1.10 |
| 06/29/10 | J. Burke | Research in support of settlement negotiations (3.4); confer with R. Frankel and D. Felder regarding research findings (.5). | 3.90 |
| 06/29/10 | D. Felder | Attention to settlement issues and due diligence (3.0); conferences with J. Burke regarding same (.4); conference with R. Frankel and J. Burke regarding same (.7); follow-up regarding same (1.3). | 5.40 |
| 06/29/10 | R. Wyron | Review research and follow-up (.3); e-mail to T. Freedman re Garlock and respond (.6); confer with R. Frankel re strategy (.3). | 1.20 |
| 06/29/10 | R. Frankel | Confer with D. Felder, J. Burke re settlement issues (.7); notes re same (.1). | 0.80 |
| 06/29/10 | R. Frankel | Review claims analyses. | 1.30 |
| 06/29/10 | R. Frankel | Review Buchwalter opinion re judicial notice (1.3); series of e-mails re same (.3). | 1.60 |
| 06/29/10 | R. Frankel | Review issues from pension report; telephone conference with J. Radecki re same. | 0.60 |
| 06/30/10 | J. Burke | E-mail outline of research findings in support of settlement negotiations to R. Frankel, R. Wyron and D. Felder. | 0.20 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 9

July 9, 2010
Invoice No. 1265362

| 06/30/10 | D. Felder | Review claims information (.9); due diligence regarding objector issues and settlements and review research regarding same (2.1); attention to request for judicial notice and e-mail correspondence regarding same (.7); telephone conference with expert, R. Frankel and R. Wyron regarding claim issues (1.2); follow-up conference with R. Frankel and R. Wyron (.2); follow-up regarding same (.5) | 5.60 |
| --- | --- | --- | --- |
| 06/30/10 | R. Wyron | Call with insurer counsel re settlement (.3); begin review of settlement draft (.6); call with P. Lockwood and follow-up re Garlock (.4); call with P. Mahaley re settlement status and follow-up on e-mails re same (.5); review updated analysis from J. Biggs (.6); call with J. Biggs and team re analysis and follow-up (1.3); review preliminary agenda (.2); confer with R. Frankel re strategy (.2); finalize pleading and follow-up (.3). | 4.40 |
| 06/30/10 | R. Frankel | Review series of e-mails re Garlock filing, notice of same. | 0.40 |
| 06/30/10 | R. Frankel | Review preliminary agenda for July hearing. | 0.30 |
| 06/30/10 | R. Frankel | Review memo from J. Burke re objector issues (1.3); confer with R. Wyron re same (.3). | 1.60 |
| 06/30/10 | R. Frankel | Review memo from J. Burke re objector issues (1.1); prepare notes settlement with objector (.4). | 1.50 |
| 06/30/10 | R. Frankel | Review updated insurance charts from P. Mahaley. | 0.80 |
| 06/30/10 | R. Frankel | Telephone conference with J. Biggs re claims info (.9); confer with D. Felder, R. Wyron re same (.4). | 1.30 |

|  | Total Hours | 202.60 |  |
| --- | --- | --- | --- |
|  | Total For Services |  | $155,777.00 |

| Timekeeper Summary | Hours | Rate | Amount |
| --- | --- | --- | --- |
| James W. Burke | 19.50 | 445.00 | 8,677.50 |
| Stephen C. Cruzado | 2.50 | 240.00 | 600.00 |
| Debra Felder | 67.30 | 645.00 | 43,408.50 |
| Roger Frankel | 52.00 | 985.00 | 51,220.00 |
| Debra O. Fullem | 0.40 | 265.00 | 106.00 |
| Richard H. Wyron | 60.90 | 850.00 | 51,765.00 |
| Total All Timekeepers | 202.60 | $768.89 | $155,777.00 |

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 10

July 9, 2010
Invoice No. 1265362

Disbursements

| | | |
|---|---:|---:|
| Document Reproduction | 239.00 | |
| Express Delivery | 70.78 | |
| Local Taxi Expense | 25.82 | |
| Other Business Meals | 86.24 | |
| Outside Services | 147.04 | |
| Postage | 276.67 | |
| Telephone | 23.67 | |
| Travel Expense, Local | 322.00 | |
| Westlaw Research | 1,427.33 | |
| Total  Disbursements | | $2,618.55 |

**Total For This Matter**      **$158,395.55**

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    July 9, 2010
17367                                                                                  Invoice No. 1265362
page 11

For Legal Services Rendered Through June 30, 2010 in Connection With:

**Matter:  11 - Compensation of Professionals - Other**

| | | | |
|---|---|---|---|
| 06/01/10 | D. Fullem | Review e-mail from D. Davis at PJC regarding hearing on final fee application and respond to same. | 0.20 |
| 06/02/10 | D. Felder | Review fee auditor's reports regarding Canadian ZAI representative counsel. | 0.50 |
| 06/03/10 | D. Fullem | Prepare CNOs for Lincoln February and March fee applications. | 0.50 |
| 06/04/10 | D. Fullem | Coordinate filing and serving of Lincoln's CNO for February and March fee applications. | 0.30 |
| 06/04/10 | D. Fullem | Review and respond to e-mails from D. Davis regarding attending hearing on PJC's final fee application. | 0.20 |
| 06/07/10 | D. Fullem | Review Order entered on latest quarterly fee applications. | 0.20 |
| 06/08/10 | D. Fullem | Review e-mail from K. Boeger and Towers May fee application; provide comments. | 0.40 |
| 06/09/10 | D. Fullem | Review and respond to e-mail from K. Boeger regarding Towers May fee application. | 0.10 |
| 06/14/10 | D. Fullem | Review and respond to several e-mails from K. Boeger at Towers with May fee application; review same and compare latest version of fee application forms for specific service list parties. | 0.40 |
| 06/15/10 | D. Fullem | Prepare e-mail service to parties of CNO on PJC final fee application. | 0.20 |
| 06/15/10 | D. Fullem | Review e-mail from D. Felder regarding proposed order on PJC final fee application; prepare/coordinate Certification of No Objection and Certificate of Service to be filed so that order will be entered; telephone call with Judge's clerk regarding same; update D. Felder and others regarding status of same. | 0.80 |
| 06/15/10 | D. Fullem | Review and prepare list of upcoming deadlines on fee applications and send same to D. Felder. | 0.20 |
| 06/15/10 | D. Fullem | Review docket and note incorrect objection deadlines for Lincoln's quarterly for Oct-Dec 09 time period; update C. Hartman with request to correct same. | 0.20 |
| 06/15/10 | D. Felder | E-mail correspondence regarding Piper's final fee application and review CNO regarding same. | 0.20 |
| 06/16/10 | D. Fullem | Review e-mail from D. Felder and Order approving Piper's final fee application; prepare e-mail to D. Davis at Piper regarding same. | 0.30 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 12

July 9, 2010
Invoice No. 1265362

| 06/16/10 | D. Felder | E-mail correspondence with D. Fullem regarding Piper Jaffray final fee application. | 0.10 |
| 06/21/10 | D. Fullem | Review and respond to G. Coles at Lincoln regarding finalizing Lincoln's April and May fee application filings. | 0.20 |
| 06/25/10 | D. Fullem | Coordinate finalizing, filing and service of Lincoln's April and May monthly fee applications. | 0.50 |
| 06/25/10 | D. Fullem | Coordinate finalizing, filing and service of Towers' May monthly fee application. | 0.30 |
| 06/25/10 | D. Felder | Review May fee applications for Lincoln and Towers Watson. | 0.20 |
| 06/28/10 | D. Fullem | Check deadlines coming up for fee application filings. | 0.10 |
| 06/28/10 | D. Fullem | Review and respond to several e-mails from D. Felder regarding Towers and Lincoln recent fee application filings; update with information requested. | 0.40 |

Total Hours       6.50
Total For Services       $2,102.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 1.00 | 645.00 | 645.00 |
| Debra O. Fullem | 5.50 | 265.00 | 1,457.50 |
| Total All Timekeepers | 6.50 | $323.46 | $2,102.50 |

Disbursements
     Express Delivery       25.15

Total Disbursements       $25.15

**Total For This Matter**       **$2,127.65**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 13

July 9, 2010
Invoice No. 1265362

For Legal Services Rendered Through June 30, 2010 in Connection With:

**Matter:  12 - Retention of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 06/17/10 | D. Fullem | Review e-mail from R. Frankel re disclosures and follow-up re same. | 0.80 |
| 06/18/10 | R. Wyron | Review inquiry on potential conflict issues and respond (.2); confirm disclosures (.1). | 0.30 |

|  |  |  |
|---|---|---|
| Total Hours | 1.10 | |
| Total For Services | | $467.00 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Debra  O. Fullem | 0.80 | 265.00 | 212.00 |
| Richard  H. Wyron | 0.30 | 850.00 | 255.00 |
| Total All Timekeepers | 1.10 | $424.55 | $467.00 |

**Total For This Matter**          **$467.00**

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    July 9, 2010
17367                                                                          Invoice No. 1265362
page 14

For Legal Services Rendered Through June 30, 2010 in Connection With:

**Matter:  13 - Compensation of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 06/01/10 | D. Fullem | Review e-mail from D. Felder; review fee charts from Debtors' counsel to confirm FCR and professionals fees/expenses are accurate; e-mail to D. Felder regarding same. | 0.40 |
| 06/03/10 | D. Fullem | Review and organize recent fee application filings and related materials. | 0.50 |
| 06/03/10 | D. Fullem | Review recent payment information; update fee/expense charts; e-mail to R. Wyron and R. Frankel. | 0.30 |
| 06/04/10 | D. Fullem | Review May prebill. | 1.20 |
| 06/04/10 | D. Fullem | Review e-mail from R. Wyron regarding edits to April invoice; coordinate same with P. Reyes. | 0.20 |
| 06/04/10 | D. Fullem | Review draft April fee application and edit same. | 0.20 |
| 06/04/10 | R. Wyron | Review draft April fee application and provide comments. | 0.30 |
| 06/07/10 | D. Fullem | Review e-mail from fee auditor regarding April fee application. | 0.10 |
| 06/07/10 | D. Fullem | Complete review of May prebill; provide to D. Felder. | 0.50 |
| 06/07/10 | D. Fullem | Review e-mails from R. Wyron and D. Felder regarding status of May prebill. | 0.10 |
| 06/07/10 | D. Fullem | Finalize and coordinate filing/service of Orrick April fee application. | 0.50 |
| 06/08/10 | D. Fullem | Review e-mail from R. Wyron regarding final revisions to May fee application. | 0.10 |
| 06/08/10 | D. Felder | Review May prebill. | 0.80 |
| 06/08/10 | R. Wyron | Review May prebill and provide comments. | 0.40 |
| 06/10/10 | D. Fullem | Update fee/expense charts. | 0.40 |
| 06/14/10 | D. Fullem | Prepare e-mail to fee auditor with April fee application and invoice in Word format as requested. | 0.20 |
| 06/15/10 | D. Fullem | Prepare e-mail to R. Wyron regarding status of May monthly fee application. | 0.10 |
| 06/15/10 | D. Fullem | Review and prepare list of upcoming deadlines on fee applications and send same to D. Felder. | 0.20 |
| 06/17/10 | D. Fullem | Begin drafting of Jan-Mar 2010 quarterly fee application. | 1.00 |
| 06/18/10 | D. Fullem | Prepare updates to fee/expense charts and circulate to R. Frankel, R. Wyron and V. Crossley. | 0.30 |
| 06/18/10 | D. Fullem | Review and revise draft of May fee application; e-mail to D. Felder and R. Wyron. | 1.00 |
| 06/21/10 | D. Fullem | Review e-mail from D. Felder with comments to Jan-Mar quarterly fee application. | 0.20 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -     July 9, 2010
17367                                                                    Invoice No. 1265362
page 15

| | | | |
|---|---|---|---:|
| 06/21/10 | D. Fullem | Finish draft of Orrick's Jan-Mar quarterly (1.0); e-mail to R. Wyron and D. Felder for review and comment (.1). | 1.10 |
| 06/21/10 | D. Felder | Review May fee application. | 0.60 |
| 06/22/10 | D. Fullem | Review latest update to May fee application; review and revise; e-mail to R. Wyron and D. Felder. | 0.50 |
| 06/22/10 | D. Fullem | Confer with D. Felder regarding expenses. | 0.20 |
| 06/22/10 | D. Felder | Review revised May fee application. | 0.80 |
| 06/22/10 | R. Wyron | Review draft quarterly fee application and provide comments. | 0.30 |
| 06/23/10 | D. Fullem | Review and respond to e-mail from H. Quinn with draft of May fee application. | 0.20 |
| 06/24/10 | D. Fullem | Review draft of May fee application; review/provide edits to H. Quinn; e-mail to R. Wyron and D. Felder regarding status of same. | 0.60 |
| 06/24/10 | R. Wyron | Review monthly and quarterly fee applications for filing and follow-up. | 0.40 |
| 06/25/10 | D. Fullem | Coordinate finalizing, filing and service of Orrick's quarterly for Jan-Mar 2010 time period. | 0.50 |
| 06/25/10 | D. Fullem | Review and respond to e-mail from B. Ruhlander regarding fee applications. | 0.20 |
| 06/28/10 | D. Fullem | Check deadlines coming up for fee application filings. | 0.10 |
| 06/29/10 | D. Fullem | Prepare CNO for April fee application; coordinate filing and serving of same. | 0.50 |
| 06/29/10 | D. Felder | Review CNO. | 0.10 |

Total Hours                15.10
Total For Services                            $5,694.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---:|---:|---:|
| Debra Felder | 2.30 | 645.00 | 1,483.50 |
| Debra O. Fullem | 11.40 | 265.00 | 3,021.00 |
| Richard H. Wyron | 1.40 | 850.00 | 1,190.00 |
| Total All Timekeepers | 15.10 | $377.12 | $5,694.50 |

Disbursements
  Document Reproduction                        60.10
  Postage                                       4.90
                          Total Disbursements              $65.00

                          **Total For This Matter**        **$5,759.50**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 16

July 9, 2010
Invoice No. 1265362

For Legal Services Rendered Through June 30, 2010 in Connection With:

**Matter:  15 - Travel Time (Non-Working)**

| 06/07/10 | R. Frankel | Non-working travel to and from Wilmington hearing. | | 1.40 |
|---|---|---|---|---|
| | | Total Hours | 1.40 | |
| | | Total For Services | | $689.50 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** | |
|---|---|---|---|---|
| Roger Frankel | 1.40 | 492.50 | 689.50 | |
| Total All Timekeepers | 1.40 | $492.50 | $689.50 | |

**Total For This Matter**                    **$689.50**

**\* \* \* COMBINED TOTALS \* \* \***

| | | |
|---|---|---|
| Total Hours | 280.00 | |
| Total Fees, all Matters | | $199,375.50 |
| Total Disbursements, all Matters | | $2,725.29 |
| Total Amount Due | | $202,100.79 |