**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., <u>et al</u>. | ) | Case No. 01-1139 (JKF) |
|  | ) |  |
| **Debtors.** | ) | Objection Deadline: September 9, 2010 at 4:00 p.m. |
|  | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO FIFTY-FOURTH MONTHLY APPLICATION OF
TOWERS WATSON, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, ASBESTOS PI FUTURE
CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
JUNE 1, 2010 THROUGH JUNE 30, 2010**

| | |
|---|---|
| Name of Applicant: | Towers Watson |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of December 29, 2004 (pursuant to this Court's Order entered March 21, 2004) |
| Period for which compensation is sought: | June 1, 2010 through June 30, 2010 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $17,193.00 |
| 80% of fees to be paid: | $13,754.40 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $     0.00 |
| Total Fees @ 80% and 100% Expenses: | $13,754.40 |

This is an:   __   interim   _X_   monthly   __   final application.

**COMPENSATION SUMMARY**
June 2010

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (25 years) FCAS | $690 | 10.70 | $7,383.00 |
| Julianne Callaway | Analyst (6 years) ACAS | $340 | 11.50 | $3,910.00 |
| Jeff Kimble | Consulting Actuary (9 years) ACAS | $450 | 3.00 | $1,350.00 |
| Rhamonda Riggins | Analyst (8 years) | $325 | 14.00 | $4,550.00 |
| **Total Blended Rate: $438.60** | | | **39.20** | **$17,193.00** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 39.20 | $17,193.00 |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |

| **June 2010 – Grand Total** | **$17,193.00** |
|---|---|

Respectfully submitted,

TOWERS WATSON

By: /S/ JENNIFER L. BIGGS
    Jennifer L. Biggs, FCAS, MAAA
    101 S. Hanley Rd.
    St. Louis, MO 63105
    (314) 719-5843

Dated: August 17, 2010