### W.R. Grace (Bankruptcy)
### Towers Perrin Time Records

### EXHIBIT A - JUNE 2010

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| Jenni Biggs | 6/4/2010 | 2.00 | $690 | $1,380.00 | Review Libby claims information |
| Jenni Biggs | 6/18/2010 | 1.70 | $690 | $1,173.00 | Review Libby claims information |
| Jenni Biggs | 6/24/2010 | 2.20 | $690 | $1,518.00 | Review Libby claims information |
| Jenni Biggs | 6/30/2010 | 4.80 | $690 | $3,312.00 | Review Libby claims information |
| | | 10.70 | | $7,383.00 | |
| Julianne Callaway | 6/2/2010 | 4.00 | $340 | $1,360.00 | Compare 4/2010 Libby lists to prev lists. |
| Julianne Callaway | 6/15/2010 | 1.50 | $340 | $510.00 | Plan Libby Law Firm List Comparison |
| Julianne Callaway | 6/18/2010 | 6.00 | $340 | $2,040.00 | [redacted] |
| | | 11.50 | | $3,910.00 | |
| Jeff Kimble | 6/15/2010 | 1.00 | $450 | $450.00 | Phone call with Orrick |
| Jeff Kimble | 6/24/2010 | 2.00 | $450 | $900.00 | Discuss Libby claim summaries |
| | | 3.00 | | $1,350.00 | |
| Rhamonda Riggins | 6/21/2010 | 2.00 | $325 | $650.00 | Libby claim summaries |
| Rhamonda Riggins | 6/24/2010 | 5.00 | $325 | $1,625.00 | Libby claim summaries |
| Rhamonda Riggins | 6/25/2010 | 2.50 | $325 | $812.50 | Libby claim summaries |
| Rhamonda Riggins | 6/28/2010 | 2.50 | $325 | $812.50 | Libby claim summaries |
| Rhamonda Riggins | 6/29/2010 | 0.50 | $325 | $162.50 | Libby claim summaries |
| Rhamonda Riggins | 6/30/2010 | 1.50 | $325 | $487.50 | Libby claim summaries |
| | | 14.00 | | $4,550.00 | |
| | | 39.20 | | $17,193.00 | |

*Please note that certain information has been redacted for privileged/confidential purposes.