**Exhibit II**

**Fee Application for the period**

**April  1, 2010 – April 30, 2010**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **In re** | ) | **Chapter 11** |
|  | ) |  |
| **W. R. Grace & Co. et al.[1];** | ) | **Case No. 01-01139 (JKF)** |
|  | ) | **Jointly Administered** |
| **Debtors.** | ) |  |
|  | ) |  |

**Objection Deadline: July 10, 2010 at 4:00 p.m.**
**Hearing date:  To be scheduled only if objections**
**are timely filed and served.**

### NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Capstone Advisory Group, LLC ("Capstone"), financial advisors to the Official Committee of Unsecured Creditors of the above captioned debtor and debtors in possession in the above-captioned chapter 11 cases, filed and served its Seventy-Fifth Interim Application for Allowance of Compensation and for Services Rendered and Reimbursement of Expenses

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Incurred for the period from April 1, 2010 through April 30, 2010 (the "Monthly Fee Application"). Capstone is seeking compensation in the amount of $77,126.40, representing 80% of $96,408.00, which is the total amount of fees incurred, and reimbursement for actual and actual and necessary expenses in the amount of $361.54.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **July 12, 2010 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, Theodore L. Freedman, Esquire, Kirkland & Ellis, Citigroup Center, 13 East 53rd Street, New York, New York 10022-4611 (fax number 212-446-4800), and James E. O'Neill, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801) (fax number 302-652-4400), and Janet S. Baer, Esquire, The Law Offices of Janet S. Baer, P.C., 70 West Madison Street, Suite 2100, Chicago, Illinois 60602 (Fax number 312-641-2165); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod LLP, Wachovia Building, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351,

Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755) and Mark Hurford, Esquire, Campbell & Levine, LLC, 800 N. King Street, Suite 300, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Neil B. Glassman, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (fax number 212-715-8000), and Teresa K.D. Currier, Esquire, Saul Ewing LLP, 222 Delaware Avenue, Wilmington, Delaware 19801 (Fax number 302-421-6813); (vii) the Office of the United States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); and (viii) the Fee Auditor, Stephen L. Bossay, Warren H. Smith and Associates, Republic Center, 325 N. St. Paul, Suite 1250, Dallas, TX 75201 (Fax number 214-722-0081).

**(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)**

Dated: June 21, 2010
      Wilmington, DE

**RESPECTFULLY SUBMITTED,**

**/s/ Michael R. Lastowski**
Michael R. Lastowski, Esq. (DE I.D. No. 3892)
Richard W. Riley (DE I.D. No. 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901
E-mail:     mlastowski@duanemorris.com
              rriley@duanemorris.com

William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
Suite 1200
744 Broad Street
Newark, New Jersey 07102-3889
Telephone:   (973) 424-2000
Facsimile:   (973) 424-2001
E-mail:     wskatchen@duanemorris.com

and

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:   (212) 806-5400
Facsimile:   (212) 806-6006
E-mail:     lkruger@Stroock.com

Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al. | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

Objection Deadline: July 12, 2010 at 4:00 p.m.
Hearing date: To be scheduled only if objections
are timely filed and served.

**SEVENTY-FIFTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM APRIL 1, 2010 THROUGH APRIL 30, 2010)**

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC (formerly known as Capstone Corporate Recovery, LLC) |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | April 1, 2010 through April 30, 2010 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $96,408.00): | $  77,126.40 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | 361.54 |
| Total Amount Due: | $  77,487.94 |

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the Court on June 8, 2004.

The total time expended and included herein for the January, February and March 2010 monthly fee statements is 12.2 hours, and corresponding compensation requested is $3,764.50.

This is the Seventy-Fifth Interim Application filed by Capstone. Disclosure for the current period and prior periods is as follows:

**SEVENTY-FIFTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2010 THROUGH APRIL 30, 2010)**

**ATTACHMENT A
TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

**SEVENTY-FIFTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM APRIL 1, 2010 THROUGH APRIL 30, 2010)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $  494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174,00** |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $  435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |

**SEVENTY-FIFTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2010 THROUGH APRIL 30, 2010)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Sixth Quarterly** | **April 1, 2005 through June 30, 2005** | **$297,230.00** | **$2,252.85** | **$237,784.00** |
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |
| October 7, 2005 | August 1, 2005 through August 31, 2005 | $126,233.00 | $1,532.46 | $100,986.40 |
| October 31, 2005 | September 1, 2005 through September 30, 2005 | 75,983.50 | $482.03 | $60,786.80 |
| **Totals Seventh Quarterly** | **July 1, 2005 through September 30, 2005** | **$292,231.00** | **$2,635.52** | **$233,784.80** |
| December 16, 2005 | October 1, 2005 through October 31, 2005 | 95,742.50 | $750.36 | 76,594.00 |
| December 30, 2005 | November 1, 2005 through November 30, 2005 | $118,062.00 | $1,119.74 | $94,449.60 |
| February 9, 2006 | December 1, 2005 through December 31, 2005 | $122,018.50 | $938.82 | $97,614.80 |
| **Totals Eighth Quarterly** | **October 1, 2005 through December 31, 2005** | **$335,823.00** | **$2,808.92** | **$268,658.40** |
| March 21, 2006 | January 1, 2006 through January 31, 2006 | $85,745.00 | $631.01 | $68,596.00 |
| April 20, 2006 | February 1, 2006 through February 28, 2006 | $173,916.50 | $2,359.69 | $139,133.20 |

**SEVENTY-FIFTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2010 THROUGH APRIL 30, 2010)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| May 9, 2006 | March 1 through March 31, 2006 | $141,040.50 | $1,017.99 | $112,832.40 |
| **Totals Ninth Quarterly** | **January 1, 2006 through March 31, 2006** | **$400,702.00** | **$4,008.69** | **$320,561.60** |
| May 23, 2006 | April 1, 2006 through April 30, 2006 | $125,055.00 | $1,929.46 | $100,044.00 |
| June 21, 2006 | May 1, 2005 Through May 31, 2006 | $146,396.50 | $965.43 | $117,117.20 |
| July 20, 2006 | June 1, 2006 Through June 30, 2006 | $140,368.50 | $1,263.86 | $140,368.50 |
| **Totals Tenth Quarterly** | **April 1, 2006 through June 30, 2006** | **$411,820.00** | **$4,158.75** | **$329,456.00** |
| | Adjustment for July photocopies | | $(6.55) | |
| August 25, 2006 | July 1, 2006 through July 31, 2006 | $102,449.00 | $566.51 | $ 81,959.20 |
| October 2, 2006 | August 1, 2006 Through August 31, 2006 | $111,154.00 | $505.01 | $88,923.20 |
| November 13, 2006 | September 1, 2006 through September 30, 2006 | $75,103.50 | $633.57 | $ 60,082.80 |
| **Totals Eleventh Quarterly** | **July 1, 2006 through September 30, 2006** | **$288,706.50** | **$1,698.54** | **$230,965.20** |

**SEVENTY-FIFTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2010 THROUGH APRIL 30, 2010)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 20, 2006 | October 1, 2006 Through October 31, 2006 | $63,155.50 | $206.40 | $50,524.40 |
| January 22, 2007 | November 1, 2006 Through November 30, 2006 | $98,985.50 | $809.09 | $79,997.40 |
| March 20, 2007 | December 1, 2006 Through December 31, 2006 | $59,630.50 | $381.70 | $47, 704.40 |
| **Totals Twelfth Quarterly** | **October 1, 2006 through December 31, 2006** | **$221,771.50** | **$1,397.19** | **$177,417.20** |
| April 20, 2007 | January 1, 2007 through January 31, 2007 | $55,703.00 | $ 166.00 | $44,562.40 |
| April 20, 2007 | February 1, 2007 through February 28, 2007 | $87,120.50 | $ 344.89 | $69,696.40 |
| June 29, 2007 | March 1, 2007 through March 31, 2007 | $119,047.50 | $472.38 | $95,238.00 |
| **Totals Thirteenth Quarterly** | **January 1, 2007 through March 31, 2007** | **$261,871.00** | **$983.27** | **$209,496.80** |
| June 29, 2007 | April 1, 2007 through April 30, 2007 | $77,267.00 | $221.70 | $61,813.60 |
| July 3, 2007 | May 1, 2007 through May 31, 2007 | $101,181.00 | $838.49 | $80,944.80 |
| August 31, 2007 | June 1, 2007 through June 30, 2007 | $90,040.50 | $744.21 | $72,032.40 |
| **Totals Fourteenth Quarterly** | **April 1, 2007 Through June 30, 2007** | **$268,488.50** | **$1804.40** | **$214,790.80** |

**SEVENTY-FIFTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2010 THROUGH APRIL 30, 2010)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| October 23, 2007 | July 1, 2007 through July 31, 2007 | $78,971.00 | $636.29 | $63,176.80 |
| October 23, 2007 | August 1, 2007 through August 31, 2007 | $74,596.00 | $184.06 | $59,676.80 |
| November 7, 2007 | September 1, 2007 through September 30, 2007 | $78,887.50 | $396.82 | $63,110.00 |
| **Total Fifteenth Quarterly** | **July 1, 2007 through September 30, 2007** | **$232,454.50** | **$1217.17** | **$185,963.60** |
| January 23, 2008 | October 1, 2007 through October 31, 2007 | $51,391.50 | $293.56 | $41,113.20 |
| January 23, 2008 | November 1, 2007 through November 30, 2007 | $82,993.00 | $407.99 | $66,394.40 |
| February 7, 2008 | December 1, 2007 through December 31, 2007 | $53,730.50 | $308.15 | $42,984.40 |
| **Totals Sixteenth Quarterly** | **October 1, 2007 Through December 31, 2007** | **$188,115.00** | **$1009.70** | **$150,492.00** |
| March 4, 2008 | January 1, 2008 through January 31, 2008 | $62,899.50 | $174.14 | $50,319.60 |
| April 14, 2008 | February 1, 2008 through February 29, 2008 | $83,686.00 | $423.31 | $66,948.80 |
| May 23, 2008 | March 1, 2008 through March 31, 2008 | $88,842.50 | $442.15 | $64,674.00 |

**SEVENTY-FIFTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2010 THROUGH APRIL 30, 2010)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Seventeenth Quarterly** | **January 1, 2008 Through March 31, 2008** | **$227,428.00** | **$1,039.60** | **$181,942.40** |
| June 26, 2008 | April 1, 2008 through April 30, 2008 | $ 93,943.50 | $325.30 | $ 75,154.80 |
| July 10, 2008 | May 1, 2008 through May 31, 2008 | $ 56,076.00 | $167.26 | $ 44,860.80 |
| September 12, 2008 | June 1, 2008 through June 30, 2008 | $ 63,873.50 | $491.33 | $ 51,098.80 |
| **Totals Eighteenth Quarterly** | **April 1, 2008 Through June 30, 2008** | **$213,893.00** | **$983.89** | **$171,114.40** |
| September 25, 2008 | July 1, 2008 through July 31, 2008 | $ 57,490.50 | $210.86 | $ 45,992.40 |
| October 17, 2008 | August 1, 2008 through August 31, 2008 | $133,751.00 | $1,428.75 | $107,000.80 |
| November 20, 2008 | September 1, 2008 through September 30, 2008 | $113,184.00 | $969.07 | $90,547.20 |
| **Totals Nineteenth Quarterly** | **July 1, 2008 Through September 30, 2008** | **$304,425.50** | **$2,608.68** | **$243,540.40** |
| November 21, 2008 | October 1, 2008 through October 31, 2008 | $99,906.00 | $334.18 | $79,924.80 |
| February 2, 2009 | November 1, 2008 through November 30, 2008 | $71,533.50 | $310.00 | $57,226.80 |
| February 3, 2009 | December 1, 2008 through December 31, 2008 | $50,297.00 | $305.01 | $ 40,237.60 |

**SEVENTY-FIFTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2010 THROUGH APRIL 30, 2010)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Twentieth Quarterly** | **October 1, 2008 through December 31, 2008** | **$221,736.50** | **$949.19** | **$177,389.20** |
| April 2, 2009 | January 1, 2009 through January 31, 2009 | $51,710.50 | $167.65 | $41,368.40 |
| April 2, 2009 | February 1, 2009 through February 28, 2009 | $49,214.50 | $182.61 | $39, 371.60 |
| April 23, 2009 | March 1, 2009 through March 31, 2009 | $80,353.50 | $338.04 | $64,282.80 |
| **Totals Twenty-First Quarterly** | **January 1, 2009 through March 31, 2009** | **$181,278.50** | **$688.30** | **$145,022.80** |
| June 3, 2009 | April 1, 2009 through April 30, 2009 | $57,014.50 | $215.56 | $45,611.60 |
| August 18, 2009 | May 1, 2009 through May 31, 2009 | $77,884.00 | $241.67 | $62,307.20 |
| August 18, 2009 | June 1, 2009 through June 30, 2009 | $60,801.50 | $136.35 | $48,641.20 |
| **Totals Twenty-Second Quarterly** | **April 1, 2009 Through June 30, 2009** | **$195,700.00** | **$593.58** | **$156,560.00** |
| October 15, 2009 | July 1, 2009 through July 31, 2009 | $107,158.50 | $407.68 | $85,726.80 |
| November 9, 2009 | August 1, 2009 through August 31, 2009 | $122,699.00 | $94.88 | $98,159.20 |

**SEVENTY-FIFTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2010 THROUGH APRIL 30, 2010)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| November 20, 2009 | September 1, 2009 through September 30, 2009 | $131,783.50 | 3,039.11 | $105,426.80 |
| **Totals Twenty-Third Quarterly** | **July 1, 2009 through September 30, 2009** | **$361,641.00** | **$3,541.67** | **$289,312.80** |
| December 21, 2009 | October 1, 2009 through October 31, 2009 | $58,063.50 | $366.56 | $46,450.80 |
| February 10, 2010 | November 1, 2009 through November 30, 2009 | $47,473.50 | $215.14 | $37,978.80 |
| February 11, 2010 | December 1, 2009 through December 31, 2009 | $51,980.50 | $227.98 | $41,584.40 |
| **Totals Twenty-Fourth Quarterly** | **October 1, 2009 through December 31, 2009** | **$157,517.50** | **$809.68** | **$126,014.00** |
| April 19, 2010 | January 1, 2010 through January 31, 2010 | $86,544.50 | $107.10 | $69,235.60 |
| April 19, 2010 | February 1, 2010 through February 28, 2010 | $79,398.50 | $230.09 | $63,518.80 |
| May 7, 2010 | March 1, 2010 through March 31, 2010 | $110,459.00 | $200.56 | $88,367.20 |
| **Totals Twenty-Fifth Quarterly** | **January 1, 2010 through March 31, 2010** | **$276,402.00** | **$537.75** | **$221,121.60** |
| June 21, 2010 | April 1, 2010 Through April 30, 2010 | $96,408.00 | $361.54 | $77,126.40 |

**SEVENTY-FIFTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM APRIL 1, 2010 THROUGH APRIL 30, 2010)**

**ATTACHMENT B**

1.  Summary of Fees by Professional
2.  Summary of Fees by Task Code
3.  Detailed Task Descriptions
4.  Summary of Expenses

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Professional
## For the Period 4/1/2010 through 4/30/10

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $760 | 16.70 | $12,692.00 |
| S. Cunningham | Member | $760 | 13.00 | $9,880.00 |
| R. Frezza | Member | $670 | 38.50 | $25,795.00 |
| J. Dolan | Consultant | $445 | 106.00 | $47,170.00 |
| M. Desalvio | Research | $175 | 1.00 | $175.00 |
| N. Backer | Paraprofessional | $120 | 5.80 | $696.00 |
| For the Period 4/1/2010 through 4/30/10 | | | **181.00** | **$96,408.00** |

**W.R. Grace & Co.**
Capstone Advisory Group, LLC
Summary of Fees by Task Code
For the Period 4/1/2010 through 4/30/10

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims and interest calculations in relation to the POR and Disclosure Statement, analyzed revised proforma financial statements Issued by Debtor and reviewed various claim settlements. | 31.40 | $16,443.50 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions and counsel reports. | 6.10 | $2,809.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the January, February and March monthly fee statements. | 12.20 | $3,764.50 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding the monthly results and 1Q10 results including peer company analysis and prepared a report to the Committee thereon. In addition, the applicant reviewed and analyzed revised financial framework and adjusted financial info accordingly. | 80.3 | $42,690.50 |
| 09. Financial Analysis - Business Plan | During the Fee Application Period, the Applicant prepared a report to the Committee based on 2010 Business plan. | 44.00 | $27,855.50 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant analyzed proforma financial statements as revised. | 6.00 | $2,670.00 |
| 21. Research | During the Fee Application period, the Applicant researched peer value information to assist team in determining valuation multiple. | 1.00 | $175.00 |
| For the Period 4/1/2010 through 4/30/10 | | **181.00** | **$96,408.00** |

Capstone Advisory Group, LLC
Invoice for the April 2010 Fee Application

Page 1 of 1

**W.R. Grace & Co.**
**Capstone Advisory Group, LLC**
**Detailed Time Description by Task Code**
**For the Period 4/1/10 through 4/30/10**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 03. Claims Analysis & Valuation | | | |
| 4/9/2010 | J. Dolan | 1.70 | Updated claims analysis based on recently filed 8k and updated proforma amounts. |
| 4/15/2010 | S. Cunningham | 1.30 | Read and analyzed claims and recovery analysis. |
| 4/15/2010 | J. Dolan | 3.10 | Updated recovery analysis based on changes in assumptions of stock prices, interest, etc. and evaluated proforma financials received. |
| 4/15/2010 | R. Frezza | 2.70 | Commenced with detail earnings normalization analysis on Grace earnings. |
| 4/15/2010 | J. Dolan | 1.80 | Prepared analysis related valuation multiple based on review of Debtors and peer recent financial information. |
| 4/16/2010 | R. Frezza | 2.40 | Prepared detail earnings normalization analysis on Grace earnings. |
| 4/19/2010 | E. Ordway | 0.90 | Reviewed and updated recovery analysis. |
| 4/20/2010 | J. Dolan | 2.50 | Continued preparation of analysis related to distributable value, interest rates and claims. |
| 4/20/2010 | E. Ordway | 1.40 | Updated cumulative interest cost analysis. |
| 4/21/2010 | J. Dolan | 0.30 | Read and analyzed counsel's memo regarding claim settlements. |
| 4/21/2010 | E. Ordway | 0.60 | Read and analyzed various proposed claim settlements pursuant to asbestos claims procedures. |
| 4/26/2010 | J. Dolan | 0.90 | Read and analyzed counsel's memos regarding claim settlements and amended item to the Plan. |
| 4/29/2010 | J. Dolan | 5.70 | Prepared report to the Committee regarding peer group analysis. |
| 4/30/2010 | J. Dolan | 6.10 | Prepared report to the Committee regarding peer group analysis. |
| Subtotal | | 31.40 | |
| 04. Creditor Committee Matters | | | |
| 4/8/2010 | J. Dolan | 0.40 | Read and analyzed counsel's memo regarding insurance coverage and discussed internally. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/8/2010 | J. Dolan | 1.10 | Read and analyzed recent docket submissions. |
| 4/20/2010 | J. Dolan | 0.90 | Read and analyzed recent docket submissions. |
| 4/20/2010 | J. Dolan | 0.30 | Read and analyzed counsel's memo on confirmation status and discussion internally. |
| 4/20/2010 | E. Ordway | 0.30 | Read counsel's report re: Court dates conference. |
| 4/23/2010 | J. Dolan | 1.60 | Discussion of case status and work plan internally. |
| 4/26/2010 | J. Dolan | 0.40 | Discussed case status with counsel. |
| 4/26/2010 | J. Dolan | 1.10 | Read and analyzed recent docket submissions. |
| Subtotal | | 6.10 | |

07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/8/2010 | J. Dolan | 0.30 | Prepared fee applications. |
| 4/9/2010 | E. Ordway | 0.30 | Reviewed fee application. |
| 4/12/2010 | J. Dolan | 1.10 | Prepared January fee application. |
| 4/12/2010 | E. Ordway | 0.20 | Reviewed fee applications. |
| 4/13/2010 | J. Dolan | 1.10 | Prepared February fee application. |
| 4/15/2010 | N. Backer | 1.80 | Prepared the January fee statement. |
| 4/16/2010 | N. Backer | 1.90 | Prepared the February fee statement. |
| 4/19/2010 | J. Dolan | 1.00 | Prepared fee application. |
| 4/19/2010 | N. Backer | 1.00 | Prepared fee statement. |
| 4/20/2010 | E. Ordway | 0.20 | Reviewed fee application. |
| 4/20/2010 | J. Dolan | 0.90 | Finalized and filed February fee application. |
| 4/20/2010 | J. Dolan | 0.50 | Updated Grace receivable analysis. |
| 4/20/2010 | N. Backer | 1.10 | Prepared the March fee statement. |
| 4/20/2010 | J. Dolan | 0.80 | Finalized and filed January fee application. |
| Subtotal | | 12.20 | |

Capstone Advisory Group, LLC

Page 2 of 6

Invoice for the April 2010 Fee Application

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 08. Financial Analysis - Schedules & Statements | | | |
| 4/8/2010 | S. Cunningham | 1.00 | Read and analyzed monthly operating report. |
| 4/8/2010 | J. Dolan | 2.20 | Read and analyzed recent monthly operating reports. |
| 4/8/2010 | J. Dolan | 2.80 | Read and analyzed recently filed 8k regarding change in financial measures, discussed internally and reviewed latest analysis for impact on reporting. |
| 4/9/2010 | R. Frezza | 1.10 | Read and analyzed Company's filing of 8K regarding change in retroactive change in financial reporting. |
| 4/9/2010 | E. Ordway | 0.90 | Read and analyzed monthly operating report from debtor and summarized items for staff to follow-up. |
| 4/9/2010 | S. Cunningham | 1.60 | Read and analyzed monthly operating report. |
| 4/12/2010 | E. Ordway | 0.40 | Provided staff direction on addressing financial reporting format. |
| 4/12/2010 | J. Dolan | 2.70 | Prepared analysis reconciling old to new format for 1Q10 report to the Committee. |
| 4/12/2010 | J. Dolan | 0.60 | Reviewed solvency analysis. |
| 4/12/2010 | E. Ordway | 1.00 | Continued to analyze debtors' monthly operating report. |
| 4/12/2010 | J. Dolan | 2.60 | Analyzed changes in financial format and compared to current format.  Began process of prior year revisions. |
| 4/13/2010 | J. Dolan | 2.40 | Reviewed quarterly report format and proposed changes to team regarding new financial format. |
| 4/13/2010 | E. Ordway | 0.70 | Continued to review monthly operating report. |
| 4/14/2010 | J. Dolan | 3.00 | Revised quarterly analysis to reflect changes in financial presentation of EBIT, EBITDA, Cash flow. |
| 4/16/2010 | J. Dolan | 2.70 | Analysis of noncore items to reconciliation in 8k for previous five years and four quarters of 2009. |
| 4/16/2010 | S. Cunningham | 2.30 | Read and analyzed 8K data. |
| 4/19/2010 | J. Dolan | 1.40 | Review of website and recent press releases for impact on reporting. |
| 4/19/2010 | J. Dolan | 5.40 | Revised source data chart for all financial presentation going forward including 2009, 2008 and plan 2010 to the extent available. |
| 4/20/2010 | J. Dolan | 0.70 | Prepared request for Company regarding new financial reporting framework. |
| 4/20/2010 | J. Dolan | 1.60 | Review of analyst spreadsheet with new financial format and comparison to Capstone analysis. |
| 4/21/2010 | E. Ordway | 1.70 | Analyzed 8K and 1st Q financial results. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/21/2010 | J. Dolan | 1.30 | Analyzed the current foreign currency impact based on exchange rates of the euro and projections over the next few quarters. |
| 4/21/2010 | S. Cunningham | 2.30 | Read and analyzed financial statements and performance. |
| 4/22/2010 | J. Dolan | 2.70 | Read and analyzed press release regarding 1Q10 results and noted items for inclusion in report to the Committee. |
| 4/22/2010 | J. Dolan | 1.40 | Prepared 1Q10 snapshot of Sales, GP, EBITDA, actual compared to prior year. |
| 4/22/2010 | J. Dolan | 3.20 | Prepared report for the Committee on 1Q10 results including reconciliation of Core EBIT to Adjusted EBIT and Core EBITDA to Adjusted EBITDA and commentary surrounding changes. |
| 4/22/2010 | J. Dolan | 1.50 | Prepared commentary to the 1Q10 report to the Committee based on press releases and case changes during the quarter. |
| 4/22/2010 | E. Ordway | 0.40 | Prepared/edited 1Q report to the Committee. |
| 4/23/2010 | S. Cunningham | 2.30 | Read and analyzed Q1 data. |
| 4/23/2010 | J. Dolan | 1.50 | Prepared initial slide to present Return on Invested Capital for 1Q10 report to the Committee. |
| 4/26/2010 | J. Dolan | 1.20 | Read and analyzed recent analyst reports on chemical industry. |
| 4/26/2010 | E. Ordway | 1.70 | Prepared and edited 1Q report to the Committee. |
| 4/26/2010 | J. Dolan | 3.50 | Began preparing report to the Committee on 1Q10 results including tables and charts based on press release data. |
| 4/26/2010 | J. Dolan | 1.50 | Reviewed response from Blackstone regarding change in non-GAAP financial measures and prepared additional questions for discussion. |
| 4/27/2010 | J. Dolan | 3.50 | Continued reading and analyzing analyst reports on chemical industry. |
| 4/27/2010 | J. Dolan | 2.80 | Prepared quarterly trend analysis for natural gas and crude oil for report to the Committee. |
| 4/27/2010 | J. Dolan | 1.90 | Prepared analysis for the report to the Committee regarding quarterly comparison of sales to gross profit rates. |
| 4/27/2010 | E. Ordway | 1.10 | Read select analyst reports provided by staff. |
| 4/28/2010 | J. Dolan | 2.20 | Prepared trend analysis of Euro on a quarterly and monthly basis for report to the Committee. |
| 4/28/2010 | E. Ordway | 0.70 | Reviewed market projection data for construction activity by region. |
| 4/28/2010 | E. Ordway | 1.00 | Read and analyzed data regarding chemical industry outlook. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/29/2010 | S. Cunningham | 2.20 | Read and analyzed financial statements and performance. |
| 4/29/2010 | J. Dolan | 1.60 | Review of short term energy outlook and prices and evaluated the impact for report to the Committee. |
| Subtotal | | 80.30 | |

09. Financial Analysis - Business Plan

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/1/2010 | R. Frezza | 3.70 | Prepared Business Plan report draft and analyses including Plan sensitivities. |
| 4/2/2010 | E. Ordway | 0.70 | Prepared and edited business plan report. |
| 4/2/2010 | R. Frezza | 3.10 | Continued preparation of Business Plan report draft, analyses and Plan sensitivities; cash flow and cash balance analyses. |
| 4/5/2010 | R. Frezza | 3.60 | Continued cash flow analysis re: Plan. |
| 4/5/2010 | E. Ordway | 0.60 | Prepared and edited business plan report. |
| 4/6/2010 | E. Ordway | 1.60 | Analyzed peer group data and prepared sections of report pertaining to market conditions. |
| 4/6/2010 | R. Frezza | 3.50 | Reconsidered sensitivities regarding restructuring costs in plan; cash balance projection analysis. |
| 4/7/2010 | R. Frezza | 3.10 | Read and analyzed gross margin vs gross profit change in reporting and analysis thereon. |
| 4/7/2010 | J. Dolan | 2.40 | Reviewed and addressed comments on business plan report. |
| 4/7/2010 | E. Ordway | 0.30 | Call with creditor seeking case status report. |
| 4/8/2010 | R. Frezza | 3.80 | Read and analyzed entire report for accuracy and completeness prior to release to counsel. |
| 4/8/2010 | J. Dolan | 1.40 | Finalized business plan report and distributed to counsel for review. |
| 4/9/2010 | J. Dolan | 1.30 | Finalized and distributed business plan report to the Committee. |
| 4/9/2010 | R. Frezza | 3.10 | Read and analyzed report for accuracy and completeness prior to release to counsel; released to counsel for review; walked through with counsel. |
| 4/12/2010 | R. Frezza | 3.80 | Continued analysis on Business Plan; finalization of peer data analysis and cash projection assumption analyses. |
| 4/13/2010 | R. Frezza | 2.30 | Continued analysis on Business Plan; additional sensitivity considerations and related analyses. |
| 4/13/2010 | J. Dolan | 3.40 | Prepared analysis reconciling 2010 plan amounts to new format, developed additional request for information regarding plan info. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/14/2010 | R. Frezza | 2.30 | Continued analysis on Business Plan - finalization on P&L analyses. |
| Subtotal | | 44.00 | |

15. Plan & Disclosure Statement

| | | | |
|------|-------------|-------|--------------------------|
| 4/9/2010 | J. Dolan | 3.20 | Prepared analysis of 8k regarding change in proforma financial statements compared to originally filed financial statements noting significant changes. |
| 4/15/2010 | J. Dolan | 2.80 | Analyzed proforma financial statements issued by Debtors and prepared analysis related to prior version. |
| Subtotal | | 6.00 | |

21. Research

| | | | |
|------|-------------|-------|--------------------------|
| 4/9/2010 | M. Desalvio | 1.00 | Update to Peer analysis |
| Subtotal | | 1.00 | |
| **Total Hours** | | **181.00** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 4/1/10 through 4/30/10

| Date | Professional | Detail | Amount |
|---|---|---|---|
| **Research** | | | |
| 4/14/2010 | | Pacer - research tool | $6.96 |
| Subtotal - Research | | | $6.96 |
| **Telecom** | | | |
| 4/10/2010 | Capstone Expense | March telecom - Saddle Brook office | $354.58 |
| Subtotal - Telecom | | | $354.58 |
| For the Period 4/1/10 through 4/30/10 | | | $361.54 |