**Exhibit III**

**Fee Application for the period**

**May 1, 2010 – May 31, 2010**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | **Chapter 11** |
| | ) | |
| **W. R. Grace & Co. et al.[1];** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |
| | ) | |

**Objection Deadline: July 26, 2010 at 4:00 p.m.**
**Hearing date:  To be scheduled only if objections
are timely filed and served.**

### NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the
Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos
Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the
Debtors-in-Possession Lenders (8) the Fee Auditor:

Capstone Advisory Group, LLC ("Capstone"), financial advisors to the Official

Committee of Unsecured Creditors of the above captioned debtor and debtors in possession in

the above-captioned chapter 11 cases, filed and served its Seventy-Sixth Interim Application for

Allowance of Compensation and for Services Rendered and Reimbursement of Expenses

---

[1]     The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.
R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB
Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N
Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy
Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners
I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN
Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B
II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy
Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel
Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace
Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc.,
Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation,
Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation,
Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a
GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe
Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-
BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a
Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin
& Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country
Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Incurred for the period from May 1, 2010 through May 31, 2010 (the "Monthly Fee Application"). Capstone is seeking compensation in the amount of $65,022.80, representing 80% of $81,278.50, which is the total amount of fees incurred, and reimbursement for actual and actual and necessary expenses in the amount of $315.94.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **July 26, 2010 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, Theodore L. Freedman, Esquire, Kirkland & Ellis, Citigroup Center, 13 East 53rd Street, New York, New York 10022-4611 (fax number 212-446-4800), and James E. O'Neill, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801) (fax number 302-652-4400), and Janet S. Baer, Esquire, The Law Offices of Janet S. Baer, P.C., 70 West Madison Street, Suite 2100, Chicago, Illinois 60602 (Fax number 312-641-2165); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod LLP, Wachovia Building, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351,

Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755) and Mark Hurford, Esquire, Campbell & Levine, LLC, 800 N. King Street, Suite 300, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Neil B. Glassman, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (fax number 212-715-8000), and Teresa K.D. Currier, Esquire, Saul Ewing LLP, 222 Delaware Avenue, Wilmington, Delaware 19801 (Fax number 302-421-6813); (vii) the Office of the United States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); and (viii) the Fee Auditor, Stephen L. Bossay, Warren H. Smith and Associates, Republic Center, 325 N. St. Paul, Suite 1250, Dallas, TX 75201 (Fax number 214-722-0081).

**(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)**

Dated: July 6, 2010
      Wilmington, DE

**RESPECTFULLY SUBMITTED,**

*/s/ Michael R. Lastowski*
Michael R. Lastowski, Esq. (DE I.D. No. 3892)
Richard W. Riley (DE I.D. No. 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901
E-mail:    mlastowski@duanemorris.com
           rwriley@duanemorris.com

William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
Suite 1200
744 Broad Street
Newark, New Jersey 07102-3889
Telephone:   (973) 424-2000
Facsimile:   (973) 424-2001
E-mail:    wskatchen@duanemorris.com

and

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:   (212) 806-5400
Facsimile:   (212) 806-6006
E-mail:    lkruger@Stroock.com

Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al. | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

Objection Deadline: July 26, 2010 at 4:00 p.m.
Hearing date:  To be scheduled only if objections
are timely filed and served.

**SEVENTY-SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2010 THROUGH MAY 31, 2010)**

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC (formerly known as Capstone Corporate Recovery, LLC) |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | May 1, 2010 through May 31, 2010 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $81,278.50): | $    65,022.80 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | 315.94 |
| Total Amount Due: | $    65,338.74 |

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the Court on June 8, 2004.

The total time expended and included herein for the March and April 2010 monthly fee statements as well as the 25th Quarterly fee application is 13.1 hours, and corresponding compensation requested is $2,767.50.

This is the Seventy-Sixth Interim Application filed by Capstone.  Disclosure for the current period and prior periods is as follows:

**SEVENTY-SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2010 THROUGH MAY 31, 2010)**

### ATTACHMENT A
### TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

**SEVENTY-SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2010 THROUGH MAY 31, 2010)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $  494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174,00** |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $  435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |

**SEVENTY-SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2010 THROUGH MAY 31, 2010)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Sixth Quarterly** | **April 1, 2005 through June 30, 2005** | **$297,230.00** | **$2,252.85** | **$237,784.00** |
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |
| October 7, 2005 | August 1, 2005 through August 31, 2005 | $126,233.00 | $1,532.46 | $100,986.40 |
| October 31, 2005 | September 1, 2005 through September 30, 2005 | 75,983.50 | $482.03 | $60,786.80 |
| **Totals Seventh Quarterly** | **July 1, 2005 through September 30, 2005** | **$292,231.00** | **$2,635.52** | **$233,784.80** |
| December 16, 2005 | October 1, 2005 through October 31, 2005 | 95,742.50 | $750.36 | 76,594.00 |
| December 30, 2005 | November 1, 2005 through November 30, 2005 | $118,062.00 | $1,119.74 | $94,449.60 |
| February 9, 2006 | December 1, 2005 through December 31, 2005 | $122,018.50 | $938.82 | $97,614.80 |
| **Totals Eighth Quarterly** | **October 1, 2005 through December 31, 2005** | **$335,823.00** | **$2,808.92** | **$268,658.40** |
| March 21, 2006 | January 1, 2006 through January 31, 2006 | $85,745.00 | $631.01 | $68,596.00 |
| April 20, 2006 | February 1, 2006 through February 28, 2006 | $173,916.50 | $2,359.69 | $139,133.20 |

**SEVENTY-SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2010 THROUGH MAY 31, 2010)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| May 9, 2006 | March 1 through March 31, 2006 | $141,040.50 | $1,017.99 | $112,832.40 |
| **Totals Ninth Quarterly** | **January 1, 2006 through March 31, 2006** | **$400,702.00** | **$4,008.69** | **$320,561.60** |
| May 23, 2006 | April 1, 2006 through April 30, 2006 | $125,055.00 | $1,929.46 | $100,044.00 |
| June 21, 2006 | May 1, 2005 Through May 31, 2006 | $146,396.50 | $965.43 | $117,117.20 |
| July 20, 2006 | June 1, 2006 Through June 30, 2006 | $140,368.50 | $1,263.86 | $140,368.50 |
| **Totals Tenth Quarterly** | **April 1, 2006 through June 30, 2006** | **$411,820.00** | **$4,158.75** | **$329,456.00** |
| | Adjustment for July photocopies | | $(6.55) | |
| August 25, 2006 | July 1, 2006 through July 31, 2006 | $102,449.00 | $566.51 | $ 81,959.20 |
| October 2, 2006 | August 1, 2006 Through August 31, 2006 | $111,154.00 | $505.01 | $88,923.20 |
| November 13, 2006 | September 1, 2006 through September 30, 2006 | $75,103.50 | $633.57 | $ 60,082.80 |
| **Totals Eleventh Quarterly** | **July 1, 2006 through September 30, 2006** | **$288,706.50** | **$1,698.54** | **$230,965.20** |

**SEVENTY-SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM MAY 1, 2010 THROUGH MAY 31, 2010)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 20, 2006 | October 1, 2006 Through October 31, 2006 | $63,155.50 | $206.40 | $50,524.40 |
| January 22, 2007 | November 1, 2006 Through November 30, 2006 | $98,985.50 | $809.09 | $79,997.40 |
| March 20, 2007 | December 1, 2006 Through December 31, 2006 | $59,630.50 | $381.70 | $47, 704.40 |
| **Totals Twelfth Quarterly** | **October 1, 2006 through December 31, 2006** | **$221,771.50** | **$1,397.19** | **$177,417.20** |
| April 20, 2007 | January 1, 2007 through January 31, 2007 | $55,703.00 | $ 166.00 | $44,562.40 |
| April 20, 2007 | February 1, 2007 through February 28, 2007 | $87,120.50 | $ 344.89 | $69,696.40 |
| June 29, 2007 | March 1, 2007 through March 31, 2007 | $119,047.50 | $472.38 | $95,238.00 |
| **Totals Thirteenth Quarterly** | **January 1, 2007 through March 31, 2007** | **$261,871.00** | **$983.27** | **$209,496.80** |
| June 29, 2007 | April 1, 2007 through April 30, 2007 | $77,267.00 | $221.70 | $61,813.60 |
| July 3, 2007 | May 1, 2007 through May 31, 2007 | $101,181.00 | $838.49 | $80,944.80 |
| August 31, 2007 | June 1, 2007 through June 30, 2007 | $90,040.50 | $744.21 | $72,032.40 |
| **Totals Fourteenth Quarterly** | **April 1, 2007 Through June 30, 2007** | **$268,488.50** | **$1804.40** | **$214,790.80** |

**SEVENTY-SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2010 THROUGH MAY 31, 2010)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| October 23, 2007 | July 1, 2007 through July 31, 2007 | $78,971.00 | $636.29 | $63,176.80 |
| October 23, 2007 | August 1, 2007 through August 31, 2007 | $74,596.00 | $184.06 | $59,676.80 |
| November 7, 2007 | September 1, 2007 through September 30, 2007 | $78,887.50 | $396.82 | $63,110.00 |
| **Total Fifteenth Quarterly** | **July 1, 2007 through September 30, 2007** | **$232,454.50** | **$1217.17** | **$185,963.60** |
| January 23, 2008 | October 1, 2007 through October 31, 2007 | $51,391.50 | $293.56 | $41,113.20 |
| January 23, 2008 | November 1, 2007 through November 30, 2007 | $82,993.00 | $407.99 | $66,394.40 |
| February 7, 2008 | December 1, 2007 through December 31, 2007 | $53,730.50 | $308.15 | $42,984.40 |
| **Totals Sixteenth Quarterly** | **October 1, 2007 Through December 31, 2007** | **$188,115.00** | **$1009.70** | **$150,492.00** |
| March 4, 2008 | January 1, 2008 through January 31, 2008 | $62,899.50 | $174.14 | $50,319.60 |
| April 14, 2008 | February 1, 2008 through February 29, 2008 | $83,686.00 | $423.31 | $66,948.80 |
| May 23, 2008 | March 1, 2008 through March 31, 2008 | $88,842.50 | $442.15 | $64,674.00 |

**SEVENTY-SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**
<u>**(FOR THE PERIOD FROM MAY 1, 2010 THROUGH MAY 31, 2010)**</u>

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Seventeenth Quarterly** | **January 1, 2008 Through March 31, 2008** | **$227,428.00** | **$1,039.60** | **$181,942.40** |
| June 26, 2008 | April 1, 2008 through April 30, 2008 | $ 93,943.50 | $325.30 | $ 75,154.80 |
| July 10, 2008 | May 1, 2008 through May 31, 2008 | $ 56,076.00 | $167.26 | $ 44,860.80 |
| September 12, 2008 | June 1, 2008 through June 30, 2008 | $ 63,873.50 | $491.33 | $ 51,098.80 |
| **Totals Eighteenth Quarterly** | **April 1, 2008 Through June 30, 2008** | **$213,893.00** | **$983.89** | **$171,114.40** |
| September 25, 2008 | July 1, 2008 through July 31, 2008 | $ 57,490.50 | $210.86 | $ 45,992.40 |
| October 17, 2008 | August 1, 2008 through August 31, 2008 | $133,751.00 | $1,428.75 | $107,000.80 |
| November 20, 2008 | September 1, 2008 through September 30, 2008 | $113,184.00 | $969.07 | $90,547.20 |
| **Totals Nineteenth Quarterly** | **July 1, 2008 Through September 30, 2008** | **$304,425.50** | **$2,608.68** | **$243,540.40** |
| November 21, 2008 | October 1, 2008 through October 31, 2008 | $99,906.00 | $334.18 | $79,924.80 |
| February 2, 2009 | November 1, 2008 through November 30, 2008 | $71,533.50 | $310.00 | $57,226.80 |
| February 3, 2009 | December 1, 2008 through December 31, 2008 | $50,297.00 | $305.01 | $ 40,237.60 |

**SEVENTY-SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2010 THROUGH MAY 31, 2010)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Twentieth Quarterly** | **October 1, 2008 through December 31, 2008** | **$221,736.50** | **$949.19** | **$177,389.20** |
| April 2, 2009 | January 1, 2009 through January 31, 2009 | $51,710.50 | $167.65 | $41,368.40 |
| April 2, 2009 | February 1, 2009 through February 28, 2009 | $49,214.50 | $182.61 | $39,371.60 |
| April 23, 2009 | March 1, 2009 through March 31, 2009 | $80,353.50 | $338.04 | $64,282.80 |
| **Totals Twenty-First Quarterly** | **January 1, 2009 through March 31, 2009** | **$181,278.50** | **$688.30** | **$145,022.80** |
| June 3, 2009 | April 1, 2009 through April 30, 2009 | $57,014.50 | $215.56 | $45,611.60 |
| August 18, 2009 | May 1, 2009 through May 31, 2009 | $77,884.00 | $241.67 | $62,307.20 |
| August 18, 2009 | June 1, 2009 through June 30, 2009 | $60,801.50 | $136.35 | $48,641.20 |
| **Totals Twenty-Second Quarterly** | **April 1, 2009 Through June 30, 2009** | **$195,700.00** | **$593.58** | **$156,560.00** |
| October 15, 2009 | July 1, 2009 through July 31, 2009 | $107,158.50 | $407.68 | $85,726.80 |
| November 9, 2009 | August 1, 2009 through August 31, 2009 | $122,699.00 | $94.88 | $98,159.20 |

**SEVENTY-SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2010 THROUGH MAY 31, 2010)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| November 20, 2009 | September 1, 2009 through September 30, 2009 | $131,783.50 | 3,039.11 | $105,426.80 |
| **Totals Twenty-Third Quarterly** | **July 1, 2009 through September 30, 2009** | **$361,641.00** | **$3,541.67** | **$289,312.80** |
| December 21, 2009 | October 1, 2009 through October 31, 2009 | $58,063.50 | $366.56 | $46,450.80 |
| February 10, 2010 | November 1, 2009 through November 30, 2009 | $47,473.50 | $215.14 | $37,978.80 |
| February 11, 2010 | December 1, 2009 through December 31, 2009 | $51,980.50 | $227.98 | $41,584.40 |
| **Totals Twenty-Fourth Quarterly** | **October 1, 2009 through December 31, 2009** | **$157,517.50** | **$809.68** | **$126,014.00** |
| April 19, 2010 | January 1, 2010 through January 31, 2010 | $86,544.50 | $107.10 | $69,235.60 |
| April 19, 2010 | February 1, 2010 through February 28, 2010 | $79,398.50 | $230.09 | $63,518.80 |
| May 7, 2010 | March 1, 2010 through March 31, 2010 | $110,459.00 | $200.56 | $88,367.20 |
| **Totals Twenty-Fifth Quarterly** | **January 1, 2010 through March 31, 2010** | **$276,402.00** | **$537.75** | **$221,121.60** |
| June 18, 2010 | April 1, 2010 Through April 30, 2010 | $96,408.00 | $361.54 | $77,126.40 |

**SEVENTY-SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2010 THROUGH MAY 31, 2010)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| July 6, 2010 | May 1, 2010 through May 31, 2010 | $81,278.50 | $ 315.94 | $65,022.80 |

**SEVENTY-SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2010 THROUGH MAY 31, 2010)**

**ATTACHMENT B**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

**W.R. Grace & Co.**
Capstone Advisory Group, LLC
**Summary of Fees by Professional**
**For the Period 5/1/10 through 5/31/10**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $760 | 11.30 | $8,588.00 |
| S. Cunningham | Member | $760 | 12.00 | $9,120.00 |
| R. Frezza | Member | $670 | 26.40 | $17,688.00 |
| J. Dolan | Consultant | $445 | 99.40 | $44,233.00 |
| M. Desalvio | Research | $175 | 2.50 | $437.50 |
| N. Backer | Paraprofessional | $120 | 10.10 | $1,212.00 |
| **For the Period 5/1/10 through 5/31/10** | | | **161.70** | **$81,278.50** |

**W.R. Grace & Co.**
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Code**
**For the Period 5/1/10 through 5/31/10**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions/Divestitures | During the Fee Application period, the Applicant reviewed terms of recent acquisition and prepared a memo to the Committee thereon. | 12.30 | $6,688.50 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims and interest calculations in relation to the POR and Disclosure Statement, as well as insurance claim settlements. | 6.20 | $3,407.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions and responded to Lender inquiries. | 6.80 | $3,278.00 |
| 05. Employee Matters/KERP/Other | During the Fee Application period, the Applicant read and analyzed analyses related to pension funding and participated in calls with Counsel and the Debtors. | 7.50 | $4,030.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the March and April monthly fee statements as well as the 25th Quarterly Fee Application. | 13.10 | $2,767.50 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding the monthly results and 1Q10 results including peer company analysis and prepared a report to the Committee thereon. | 89.90 | $50,256.50 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant read and analyzed revised 5 year projections. | 5.00 | $2,225.00 |
| 20. Valuation | Prepared analyses of peer data including normalized ebit, etc. in establishing a value multiple. | 18.40 | $8,188.00 |
| 21. Research | During the Fee Application period, the Applicant researched peer value information to assist team in determining valuation multiple. | 2.50 | $437.50 |
| **For the Period 5/1/10 through 5/31/10** | | **161.70** | **$81,278.50** |

**Capstone Advisory Group, LLC**                                                              Page 1 of 1
**Invoice for the may 2010 Fee Application**

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Detailed Time Description by Task Code
## For the Period 5/1/10 through 5/31/10

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| **01. Acquisitions/Divestitures** | | | |
| 5/11/2010 | R. Frezza | 1.10 | Read and prepared questions related to proposed OLY acquisition. |
| 5/12/2010 | R. Frezza | 0.80 | Reviewed OLY presentation and prepared questions for management |
| 5/12/2010 | J. Dolan | 1.30 | Read and analyzed Project Oly information received from Blackstone and prepared request for additional information. |
| 5/14/2010 | J. Dolan | 0.30 | Reviewed responses from Blackstone re: Project Oly and discussed internally. |
| 5/14/2010 | R. Frezza | 0.50 | Reviewed responses from Blackstone re: OLY presentation. |
| 5/17/2010 | J. Dolan | 0.60 | Prepared memo to counsel regarding Project Oly. |
| 5/17/2010 | R. Frezza | 1.90 | Conference call with company re: OLY acquisition, write-up of summary to counsel. |
| 5/18/2010 | J. Dolan | 1.10 | Researched indemnification support for recent acquisition and responded to counsel. |
| 5/18/2010 | R. Frezza | 1.10 | Prepared more formal memo to counsel and discussed with same. |
| 5/18/2010 | J. Dolan | 2.90 | Prepared memo to the Committee regarding recent acquisition at the request of counsel. |
| 5/21/2010 | J. Dolan | 0.70 | Reviewed comments received from counsel on acquisition memo and distributed to Committee. |
| Subtotal | | 12.30 | |
| **03. Claims Analysis & Valuation** | | | |
| 5/11/2010 | E. Ordway | 0.70 | Read and analyzed counsel's memo - re: insurance company settlement. |
| 5/11/2010 | R. Frezza | 0.60 | Read and discussed counsel memo on latest insurance settlement. |
| 5/12/2010 | J. Dolan | 0.40 | Read and analyzed counsel's memo on insurance policy settlement. |
| 5/24/2010 | R. Frezza | 1.30 | Discussed and reviewed with counsel re: various environmental claim settlements. |
| 5/26/2010 | J. Dolan | 3.20 | Updated claim analysis and recovery analysis. |
| Subtotal | | 6.20 | |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| **04. Creditor Committee Matters** | | | |
| 5/3/2010 | J. Dolan | 0.80 | Read and analyzed recent docket submissions. |
| 5/10/2010 | J. Dolan | 1.00 | Read and analyzed recent docket submissions and recent 8K filings. |
| 5/12/2010 | J. Dolan | 0.30 | Responded to Lender inquiry. |
| 5/17/2010 | J. Dolan | 0.70 | Responded to Lender inquiry. |
| 5/17/2010 | J. Dolan | 0.80 | Read and analyzed recent docket submissions. |
| 5/26/2010 | E. Ordway | 0.80 | Participated in call with Committee member to discuss case status. |
| 5/28/2010 | J. Dolan | 2.40 | Prepared work plan and discussed case status and upcoming projects. |
| Subtotal | | 6.80 | |
| **05. Employee Matters/KERP/Other** | | | |
| 5/12/2010 | J. Dolan | 1.30 | Reviewed information and data sent from Blackstone regarding Grace's pension plan. |
| 5/12/2010 | J. Dolan | 1.10 | Read and analyzed 8k filed regarding Incentive Plan and discussed internally. |
| 5/13/2010 | E. Ordway | 1.10 | Analyzed data related to pension plan and noted items for staff to follow-up. |
| 5/14/2010 | E. Ordway | 0.50 | Read data - re: incentive plan. |
| 5/17/2010 | J. Dolan | 0.90 | Reviewed pension materials sent in anticipation of call. |
| 5/19/2010 | E. Ordway | 0.60 | Continued to read pension data. |
| 5/20/2010 | J. Dolan | 0.50 | Reviewed prior pension requests and compared to current pension information in anticipation of call. |
| 5/20/2010 | J. Dolan | 0.50 | Discussed pension call with counsel. |
| 5/20/2010 | J. Dolan | 1.00 | Prepared for and participated in call with Blackstone, the Company and other advisors regarding 2010 pension plan. |
| Subtotal | | 7.50 | |
| **07. Fee Applications & Invoices** | | | |
| 5/6/2010 | N. Backer | 1.90 | Prepared 25th Quarterly fee application. |
| 5/7/2010 | N. Backer | 1.00 | Prepared 25th Quarterly fee application. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/10/2010 | J. Dolan | 1.10 | Prepared and filed March fee application. |
| 5/10/2010 | J. Dolan | 1.20 | Prepared 25th quarterly fee application. |
| 5/10/2010 | N. Backer | 1.70 | Prepared March 2010 fee application. |
| 5/11/2010 | N. Backer | 1.90 | Prepared 25th Quarterly fee application. |
| 5/19/2010 | N. Backer | 2.30 | Prepared April 2010 fee statement. |
| 5/19/2010 | E. Ordway | 0.30 | Prepared fee application. |
| 5/28/2010 | E. Ordway | 0.40 | Read fee auditor's report. |
| 5/29/2010 | N. Backer | 1.30 | Prepared April fee statement. |
| Subtotal | | 13.10 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/3/2010 | J. Dolan | 1.70 | Reviewed World Chemical Outlook for determining validity of valuation multiple.  Included US, Asia, Canada, Europe, Middle East. |
| 5/3/2010 | E. Ordway | 1.00 | Read third party analysis reports and noted items for staff to review. |
| 5/3/2010 | J. Dolan | 1.10 | Read and analyzed analysts' reports on earnings release 1Q10. |
| 5/3/2010 | J. Dolan | 1.10 | Read and analyzed analyst reports on Grace's 2010 guidance and newly adjusted financials including CL King, Jeffries, etc. |
| 5/3/2010 | S. Cunningham | 2.10 | Read and analyzed 2010 projections. |
| 5/4/2010 | J. Dolan | 1.80 | Prepared list of request items for Company related to 1Q10 results and 5 year projections. |
| 5/4/2010 | E. Ordway | 0.90 | Directed staff in updating Peer Group analysis. |
| 5/5/2010 | S. Cunningham | 1.60 | Read and analyzed long term projections. |
| 5/6/2010 | R. Frezza | 2.20 | Read and analyzed newly issued Q1 2010 results in preparation for Q1 report to committee. |
| 5/7/2010 | E. Ordway | 0.60 | Analyzed data related to peer group companies. |
| 5/7/2010 | R. Frezza | 1.90 | Continued to read and analyze newly issued Q1 2010 results in preparation for Q1 report to committee. |
| 5/10/2010 | J. Dolan | 2.80 | Read and analyzed 1Q10 form 10Q for report to the Committee. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/11/2010 | J. Dolan | 2.10 | Prepared analysis excluding ART to be included in report to the Committee for proper comparability. |
| 5/11/2010 | R. Frezza | 1.80 | Read and analyzed Q1 2010 10Q; considered analyses for report to Committee. |
| 5/11/2010 | J. Dolan | 3.60 | Prepared commentary on 1Q10 report to the Committee. |
| 5/11/2010 | J. Dolan | 1.30 | Prepared request list for 1Q10 results for report to the Committee. |
| 5/12/2010 | R. Frezza | 1.80 | Reviewed 8k and latest Q1 financial data. |
| 5/13/2010 | R. Frezza | 2.90 | Continued review of 8k and latest Q1 financial data in preparation for report to Committee. |
| 5/14/2010 | E. Ordway | 0.50 | Continued to read and analyze peer group data. |
| 5/14/2010 | R. Frezza | 2.10 | Continued review of Q1 financial data for report drafting to Committee. |
| 5/14/2010 | J. Dolan | 2.40 | Read and analyzed financial briefing received from the Company and updated our analyses |
| 5/17/2010 | S. Cunningham | 1.80 | Reviewed 1Q10 results of operations versus prior year. |
| 5/17/2010 | E. Ordway | 0.70 | Continued to read and analyze pension data. |
| 5/18/2010 | E. Ordway | 0.80 | Prepared and edited 1Q report to the Committee. |
| 5/18/2010 | J. Dolan | 1.30 | Prepared request for information related to 1Q10 and discussed internally. |
| 5/18/2010 | R. Frezza | 1.50 | Continued review and analyses of 1Q data. |
| 5/18/2010 | J. Dolan | 2.00 | Prepared basis of presentation section of 1Q10 report to the Committee including 8k information. |
| 5/19/2010 | J. Dolan | 2.20 | Prepared revised presentation of 1Q10 results excluding ART for report to the Committee. |
| 5/19/2010 | R. Frezza | 1.50 | Continued review and analyses of Q1 data. |
| 5/19/2010 | J. Dolan | 1.90 | Revised source data and report tables to reflect new financial framework for 1Q10 report. |
| 5/20/2010 | J. Dolan | 1.70 | Prepared foreign exchange analysis and related commentary in 1Q10 report. |
| 5/20/2010 | J. Dolan | 1.60 | Read and analyzed peer information received for inclusion in 1Q10 report to the Committee. |
| 5/20/2010 | J. Dolan | 1.40 | Prepared GP analyses and related commentary in 1Q10 report. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/21/2010 | S. Cunningham | 2.20 | Read and analyzed projections. |
| 5/21/2010 | E. Ordway | 1.10 | Analyzed cash flow projections through 2010. |
| 5/24/2010 | S. Cunningham | 2.10 | Read and analyzed Q1 results. |
| 5/24/2010 | J. Dolan | 2.10 | Prepared cash flow and liquidity analysis and commentary in 1Q10 report. |
| 5/24/2010 | J. Dolan | 1.90 | Prepared adjusted ebit bridge compared to prior year and related commentary in 1Q10 report. |
| 5/24/2010 | J. Dolan | 3.10 | Prepared other section of report including hedging, environmental, dip facility, ch 11 expenses, etc. |
| 5/25/2010 | J. Dolan | 2.10 | Prepared ROIC analysis and related commentary in report to the Committee. |
| 5/25/2010 | J. Dolan | 1.00 | Prepared analysis and commentary on corporate expenses for 1Q10 report. |
| 5/25/2010 | J. Dolan | 1.60 | Prepared peer analysis to determine current valuation multiple and related commentary in report. |
| 5/25/2010 | E. Ordway | 1.30 | Continued to analyze the financial information pertaining to peer companies. |
| 5/25/2010 | J. Dolan | 2.80 | Prepared base business commentary to report including divisional and product group analysis. |
| 5/25/2010 | R. Frezza | 2.90 | Continued analysis on Q1 financials and report drafting. |
| 5/25/2010 | S. Cunningham | 2.20 | Read and analyzed Q1 results. |
| 5/26/2010 | R. Frezza | 0.50 | Continued analysis in connection with 1Q report to Committee. |
| 5/27/2010 | J. Dolan | 7.30 | Prepared peer analysis to determine current valuation multiple and other analyses. |
| Subtotal | | 89.90 | |

### 15. Plan & Disclosure Statement

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/3/2010 | J. Dolan | 3.50 | Began reviewing Company's 5 year projections prepared for exit lenders. |
| 5/17/2010 | J. Dolan | 1.50 | Prepared request for additional information regarding bank forecast and sent to Blackstone. |
| Subtotal | | 5.00 | |

### 20. Valuation

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/4/2010 | J. Dolan | 3.00 | Prepared analysis of peer data including normalized ebit, etc. for value multiple. |

**Capstone Advisory Group, LLC**
**Invoice for the May 2010 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/4/2010 | J. Dolan | 2.20 | Gathered financial information for Company peers for analysis. |
| 5/5/2010 | J. Dolan | 3.80 | Read and analyzed peer filings and prepared related value analysis. |
| 5/6/2010 | J. Dolan | 2.90 | Prepared various analyses of peer information to assist in evaluating Company 5 year plan. |
| 5/6/2010 | J. Dolan | 3.20 | Reviewed peer 10ks and 10qs and prepared analysis of normalized ebit and other indicators to assist in evaluating 5 year projections. |
| 5/7/2010 | J. Dolan | 3.30 | Continued to prepare peer analysis based on recent 10Ks and 10qs to assist in evaluating 5 year projections for Grace. |
| Subtotal | | 18.40 | |
| 21. Research | | | |
| 5/3/2010 | M. Desalvio | 0.50 | Searched for and retrieved updates to specific analysts reports. |
| 5/18/2010 | M. Desalvio | 2.00 | Updated Peer Group Analysis for 1Q10 results for team. |
| Subtotal | | 2.50 | |
| **Total Hours** | | **161.70** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 5/1/10 through 5/31/10

| Date | Professional | Detail | Amount |
|------|-------------|--------|--------|
| **Research** | | | |
| 5/9/2010 | Capstone Expense | Bloomberg | $136.00 |
| 5/9/2010 | Capstone Expense | Pacer | $10.48 |
| Subtotal - Research | | | $146.48 |
| **Telecom** | | | |
| 5/10/2010 | Capstone Expense | April Telephone - Saddle Brook Office | $169.46 |
| Subtotal - Telecom | | | $169.46 |
| **For the Period 5/1/10 through 5/31/10** | | | $315.94 |

Capstone Advisory Group, LLC
Invoice for the may 2010 Fee Application

Page 1 of 1