**Exhibit IV**

**Fee Application for the period**

**June 1, 2010 – June 30, 2010**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | **Chapter 11** |
| | ) | |
| **W. R. Grace & Co. et al.**[1]; | ) | **Case No. 01-01139 (JKF)** |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |
| | ) | |

**Objection Deadline: August 10, 2010 at 4:00 p.m.**
**Hearing date:  To be scheduled only if objections are timely filed and served.**

### NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Capstone Advisory Group, LLC ("Capstone"), financial advisors to the Official

Committee of Unsecured Creditors of the above captioned debtor and debtors in possession in

the above-captioned chapter 11 cases, filed and served its Seventy-Seventh Interim Application

for Allowance of Compensation and for Services Rendered and Reimbursement of Expenses

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Incurred for the period from June 1, 2010 through June 30, 2010 (the "Monthly Fee Application"). Capstone is seeking compensation in the amount of $50,580.80, representing 80% of $63,226.00, which is the total amount of fees incurred, and reimbursement for actual and actual and necessary expenses in the amount of $146.64.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **August 10, 2010 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, Theodore L. Freedman, Esquire, Kirkland & Ellis, Citigroup Center, 13 East 53rd Street, New York, New York 10022-4611 (fax number 212-446-4800), and James E. O'Neill, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801) (fax number 302-652-4400), and Janet S. Baer, Esquire, The Law Offices of Janet S. Baer, P.C., 70 West Madison Street, Suite 2100, Chicago, Illinois 60602 (Fax number 312-641-2165); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod LLP, Wachovia Building, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351,

Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755) and Mark Hurford, Esquire, Campbell & Levine, LLC, 800 N. King Street, Suite 300, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel  to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Neil B. Glassman, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (fax number 212-715-8000), and Teresa K.D. Currier, Esquire, Saul Ewing LLP, 222 Delaware Avenue, Wilmington, Delaware 19801 (Fax number 302-421-6813); (vii) the Office of the United States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); and (viii) the Fee Auditor, Stephen L. Bossay, Warren H. Smith and Associates, Republic Center, 325 N. St. Paul, Suite 1250, Dallas, TX 75201 (Fax number 214-722-0081).

**(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)**

Dated: July 21, 2010
         Wilmington, DE

**RESPECTFULLY SUBMITTED,**

*/s/ Michael R. Lastowski*
Michael R. Lastowski, Esq. (DE I.D. No. 3892)
Richard W. Riley (DE I.D. No. 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:     (302) 657-4901
E-mail:         mlastowski@duanemorris.com
                    rriley@duanemorris.com


William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
Suite 1200
744 Broad Street
Newark, New Jersey 07102-3889
Telephone:    (973) 424-2000
Facsimile:     (973) 424-2001
E-mail:         wskatchen@duanemorris.com


                              and

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:    (212) 806-5400
Facsimile:     (212) 806-6006
E-mail:         lkruger@Stroock.com


Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al. | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

Objection Deadline: August 10, 2010 at 4:00 p.m.
Hearing date:  To be scheduled only if objections
are timely filed and served.

**SEVENTY-SEVENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2010 THROUGH JUNE 30, 2010)**

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC (formerly known as Capstone Corporate Recovery, LLC) |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | June 1, 2010 through June 30, 2010 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $63,226.00): | $    50,580.80 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | 146.64 |
| Total Amount Due: | $    50,727.44 |

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the Court on June 8, 2004.

The total time expended and included herein for the April and May 2010 monthly fee statements is 9.3 hours, and corresponding compensation requested is $3,157.50.

This is the Seventy-Seventh Interim Application filed by Capstone.  Disclosure for the current period and prior periods is as follows:

**SEVENTY-SEVENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2010 THROUGH JUNE 30, 2010)**

**ATTACHMENT A
TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

**SEVENTY-SEVENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2010 THROUGH JUNE 30, 2010)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $ 494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174,00** |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $ 435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |

**SEVENTY-SEVENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2010 THROUGH JUNE 30, 2010)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Sixth Quarterly** | **April 1, 2005 through June 30, 2005** | **$297,230.00** | **$2,252.85** | **$237,784.00** |
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |
| October 7, 2005 | August 1, 2005 through August 31, 2005 | $126,233.00 | $1,532.46 | $100,986.40 |
| October 31, 2005 | September 1, 2005 through September 30, 2005 | 75,983.50 | $482.03 | $60,786.80 |
| **Totals Seventh Quarterly** | **July 1, 2005 through September 30, 2005** | **$292,231.00** | **$2,635.52** | **$233,784.80** |
| December 16, 2005 | October 1, 2005 through October 31, 2005 | 95,742.50 | $750.36 | 76,594.00 |
| December 30, 2005 | November 1, 2005 through November 30, 2005 | $118,062.00 | $1,119.74 | $94,449.60 |
| February 9, 2006 | December 1, 2005 through December 31, 2005 | $122,018.50 | $938.82 | $97,614.80 |
| **Totals Eighth Quarterly** | **October 1, 2005 through December 31, 2005** | **$335,823.00** | **$2,808.92** | **$268,658.40** |
| March 21, 2006 | January 1, 2006 through January 31, 2006 | $85,745.00 | $631.01 | $68,596.00 |
| April 20, 2006 | February 1, 2006 through February 28, 2006 | $173,916.50 | $2,359.69 | $139,133.20 |

**SEVENTY-SEVENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM JUNE 1, 2010 THROUGH JUNE 30, 2010)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| May 9, 2006 | March 1 through March 31, 2006 | $141,040.50 | $1,017.99 | $112,832.40 |
| **Totals Ninth Quarterly** | **January 1, 2006 through March 31, 2006** | **$400,702.00** | **$4,008.69** | **$320,561.60** |
| May 23, 2006 | April 1, 2006 through April 30, 2006 | $125,055.00 | $1,929.46 | $100,044.00 |
| June 21, 2006 | May 1, 2005 Through May 31, 2006 | $146,396.50 | $965.43 | $117,117.20 |
| July 20, 2006 | June 1, 2006 Through June 30, 2006 | $140,368.50 | $1,263.86 | $140,368.50 |
| **Totals Tenth Quarterly** | **April 1, 2006 through June 30, 2006** | **$411,820.00** | **$4,158.75** | **$329,456.00** |
| | Adjustment for July photocopies | | $(6.55) | |
| August 25, 2006 | July 1, 2006 through July 31, 2006 | $102,449.00 | $566.51 | $ 81,959.20 |
| October 2, 2006 | August 1, 2006 Through August 31, 2006 | $111,154.00 | $505.01 | $88,923.20 |
| November 13, 2006 | September 1, 2006 through September 30, 2006 | $75,103.50 | $633.57 | $ 60,082.80 |
| **Totals Eleventh Quarterly** | **July 1, 2006 through September 30, 2006** | **$288,706.50** | **$1,698.54** | **$230,965.20** |

**SEVENTY-SEVENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM JUNE 1, 2010 THROUGH JUNE 30, 2010)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 20, 2006 | October 1, 2006 Through October 31, 2006 | $63,155.50 | $206.40 | $50,524.40 |
| January 22, 2007 | November 1, 2006 Through November 30, 2006 | $98,985.50 | $809.09 | $79,997.40 |
| March 20, 2007 | December 1, 2006 Through December 31, 2006 | $59,630.50 | $381.70 | $47, 704.40 |
| **Totals Twelfth Quarterly** | **October 1, 2006 through December 31, 2006** | **$221,771.50** | **$1,397.19** | **$177,417.20** |
| April 20, 2007 | January 1, 2007 through January 31, 2007 | $55,703.00 | $ 166.00 | $44,562.40 |
| April 20, 2007 | February 1, 2007 through February 28, 2007 | $87,120.50 | $ 344.89 | $69,696.40 |
| June 29, 2007 | March 1, 2007 through March 31, 2007 | $119,047.50 | $472.38 | $95,238.00 |
| **Totals Thirteenth Quarterly** | **January 1, 2007 through March 31, 2007** | **$261,871.00** | **$983.27** | **$209,496.80** |
| June 29, 2007 | April 1, 2007 through April 30, 2007 | $77,267.00 | $221.70 | $61,813.60 |
| July 3, 2007 | May 1, 2007 through May 31, 2007 | $101,181.00 | $838.49 | $80,944.80 |
| August 31, 2007 | June 1, 2007 through June 30, 2007 | $90,040.50 | $744.21 | $72,032.40 |
| **Totals Fourteenth Quarterly** | **April 1, 2007 Through June 30, 2007** | **$268,488.50** | **$1804.40** | **$214,790.80** |

**SEVENTY-SEVENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM JUNE 1, 2010 THROUGH JUNE 30, 2010)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| October 23, 2007 | July 1, 2007 through July 31, 2007 | $78,971.00 | $636.29 | $63,176.80 |
| October 23, 2007 | August 1, 2007 through August 31, 2007 | $74,596.00 | $184.06 | $59,676.80 |
| November 7, 2007 | September 1, 2007 through September 30, 2007 | $78,887.50 | $396.82 | $63,110.00 |
| **Total Fifteenth Quarterly** | **July 1, 2007 through September 30, 2007** | **$232,454.50** | **$1217.17** | **$185,963.60** |
| January 23, 2008 | October 1, 2007 through October 31, 2007 | $51,391.50 | $293.56 | $41,113.20 |
| January 23, 2008 | November 1, 2007 through November 30, 2007 | $82,993.00 | $407.99 | $66,394.40 |
| February 7, 2008 | December 1, 2007 through December 31, 2007 | $53,730.50 | $308.15 | $42,984.40 |
| **Totals Sixteenth Quarterly** | **October 1, 2007 Through December 31, 2007** | **$188,115.00** | **$1009.70** | **$150,492.00** |
| March 4, 2008 | January 1, 2008 through January 31, 2008 | $62,899.50 | $174.14 | $50,319.60 |
| April 14, 2008 | February 1, 2008 through February 29, 2008 | $83,686.00 | $423.31 | $66,948.80 |
| May 23, 2008 | March 1, 2008 through March 31, 2008 | $88,842.50 | $442.15 | $64,674.00 |

**SEVENTY-SEVENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2010 THROUGH JUNE 30, 2010)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Seventeenth Quarterly** | **January 1, 2008 Through March 31, 2008** | **$227,428.00** | **$1,039.60** | **$181,942.40** |
| June 26, 2008 | April 1, 2008 through April 30, 2008 | $ 93,943.50 | $325.30 | $ 75,154.80 |
| July 10, 2008 | May 1, 2008 through May 31, 2008 | $ 56,076.00 | $167.26 | $ 44,860.80 |
| September 12, 2008 | June 1, 2008 through June 30, 2008 | $ 63,873.50 | $491.33 | $ 51,098.80 |
| **Totals Eighteenth Quarterly** | **April 1, 2008 Through June 30, 2008** | **$213,893.00** | **$983.89** | **$171,114.40** |
| September 25, 2008 | July 1, 2008 through July 31, 2008 | $ 57,490.50 | $210.86 | $ 45,992.40 |
| October 17, 2008 | August 1, 2008 through August 31, 2008 | $133,751.00 | $1,428.75 | $107,000.80 |
| November 20, 2008 | September 1, 2008 through September 30, 2008 | $113,184.00 | $969.07 | $90,547.20 |
| **Totals Nineteenth Quarterly** | **July 1, 2008 Through September 30, 2008** | **$304,425.50** | **$2,608.68** | **$243,540.40** |
| November 21, 2008 | October 1, 2008 through October 31, 2008 | $99,906.00 | $334.18 | $79,924.80 |
| February 2, 2009 | November 1, 2008 through November 30, 2008 | $71,533.50 | $310.00 | $57,226.80 |
| February 3, 2009 | December 1, 2008 through December 31, 2008 | $50,297.00 | $305.01 | $ 40,237.60 |

**SEVENTY-SEVENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2010 THROUGH JUNE 30, 2010)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Twentieth Quarterly** | **October 1, 2008 through December 31, 2008** | **$221,736.50** | **$949.19** | **$177,389.20** |
| April 2, 2009 | January 1, 2009 through January 31, 2009 | $51,710.50 | $167.65 | $41,368.40 |
| April 2, 2009 | February 1, 2009 through February 28, 2009 | $49,214.50 | $182.61 | $39,371.60 |
| April 23, 2009 | March 1, 2009 through March 31, 2009 | $80,353.50 | $338.04 | $64,282.80 |
| **Totals Twenty-First Quarterly** | **January 1, 2009 through March 31, 2009** | **$181,278.50** | **$688.30** | **$145,022.80** |
| June 3, 2009 | April 1, 2009 through April 30, 2009 | $57,014.50 | $215.56 | $45,611.60 |
| August 18, 2009 | May 1, 2009 through May 31, 2009 | $77,884.00 | $241.67 | $62,307.20 |
| August 18, 2009 | June 1, 2009 through June 30, 2009 | $60,801.50 | $136.35 | $48,641.20 |
| **Totals Twenty-Second Quarterly** | **April 1, 2009 Through June 30, 2009** | **$195,700.00** | **$593.58** | **$156,560.00** |
| October 15, 2009 | July 1, 2009 through July 31, 2009 | $107,158.50 | $407.68 | $85,726.80 |
| November 9, 2009 | August 1, 2009 through August 31, 2009 | $122,699.00 | $94.88 | $98,159.20 |

**SEVENTY-SEVENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**
**(FOR THE PERIOD FROM JUNE 1, 2010 THROUGH JUNE 30, 2010)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| November 20, 2009 | September 1, 2009 through September 30, 2009 | $131,783.50 | 3,039.11 | $105,426.80 |
| **Totals Twenty-Third Quarterly** | **July 1, 2009 through September 30, 2009** | **$361,641.00** | **$3,541.67** | **$289,312.80** |
| December 21, 2009 | October 1, 2009 through October 31, 2009 | $58,063.50 | $366.56 | $46,450.80 |
| February 10, 2010 | November 1, 2009 through November 30, 2009 | $47,473.50 | $215.14 | $37,978.80 |
| February 11, 2010 | December 1, 2009 through December 31, 2009 | $51,980.50 | $227.98 | $41,584.40 |
| **Totals Twenty-Fourth Quarterly** | **October 1, 2009 through December 31, 2009** | **$157,517.50** | **$809.68** | **$126,014.00** |
| April 19, 2010 | January 1, 2010 through January 31, 2010 | $86,544.50 | $107.10 | $69,235.60 |
| April 19, 2010 | February 1, 2010 through February 28, 2010 | $79,398.50 | $230.09 | $63,518.80 |
| May 7, 2010 | March 1, 2010 through March 31, 2010 | $110,459.00 | $200.56 | $88,367.20 |
| **Totals Twenty-Fifth Quarterly** | **January 1, 2010 through March 31, 2010** | **$276,402.00** | **$537.75** | **$221,121.60** |
| June 18, 2010 | April 1, 2010 Through April 30, 2010 | $96,408.00 | $361.54 | $77,126.40 |

**SEVENTY-SEVENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2010 THROUGH JUNE 30, 2010)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| July 2, 2010 | May 1, 2010 through May 31, 2010 | $81,278.50 | $ 315.94 | $65,022.80 |
| July 21, 2010 | June 1, 2010 through June 30, 2010 | $63,226.00 | $ 146.64 | $50,580.80 |

**SEVENTY-SEVENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM JUNE 1, 2010 THROUGH JUNE 30, 2010)**

**ATTACHMENT B**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

**W.R. Grace & Co.**
**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 6/1/10 through 6/30/10**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $760 | 10.70 | $8,132.00 |
| S. Cunningham | Member | $760 | 19.50 | $14,820.00 |
| R. Frezza | Member | $670 | 14.70 | $9,849.00 |
| J. Dolan | Consultant | $445 | 67.40 | $29,993.00 |
| N. Backer | Paraprofessional | $120 | 3.60 | $432.00 |
| **For the Period 6/1/10 through 6/30/10** | | | **115.90** | **$63,226.00** |

Capstone Advisory Group, LLC                                        Page 1 of 1
Invoice for the June 2010 Fee Application

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
### Summary of Fees by Task Code
### For the Period 6/1/10 through 6/30/10

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims and interest calculations in relation to the POR and Disclosure Statement, as well as insurance claim settlements. | 16.00 | $8,758.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions. | 4.40 | $2,084.00 |
| 05. Employee Matters/KERP/Other | During the Fee Application period, the Applicant read and analyzed motion related to pension funding and prepared report to the Committee thereon. In addition, the applicant reviewed the AON retirement plan study, participated in calls with Counsel and the Debtors, and prepared report to the Committee thereon. | 40.80 | $23,029.50 |
| 06. Environmental Mtrs/Regs/Litig. | During the Fee Application period, the Applicant read and analyzed motions and exhibits related to Blackburn site. | 8.80 | $4,199.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the April and May monthly fee statements. | 9.30 | $3,157.50 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding the monthly results and 1Q10 results, and 5 year plan and prepared a report to the Committee thereon. | 35.30 | $21,419.00 |
| 26. Meetings with Debtors/Advisors | During the Fee Application Period, the Applicant Participated in conference call with the Company and Blackstone regarding 1Q10 and 5 year plan. | 1.30 | $578.50 |
| **For the Period 6/1/10 through 6/30/10** | | **115.90** | **$63,226.00** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Detailed Time Description by Task Code
## For the Period 6/1/10 through 6/30/10

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| **03. Claims Analysis & Valuation** | | | |
| 6/3/2010 | E. Ordway | 1.10 | Read and analyzed counsel's report on Harper Insurance settlement. |
| 6/3/2010 | J. Dolan | 0.40 | Reviewed counsel's memo describing Harper insurance settlement. |
| 6/8/2010 | J. Dolan | 3.20 | Updated distributable value analysis based on current assumptions. |
| 6/10/2010 | J. Dolan | 1.40 | Updated interest scenarios and market cap through Sept 30, 2010. |
| 6/10/2010 | J. Dolan | 0.30 | Finalized distributable value analysis based on updated assumptions. |
| 6/11/2010 | E. Ordway | 1.10 | Read and directed staff in reviewing Blackburn settlement documents. |
| 6/15/2010 | J. Dolan | 2.70 | Prepared peer group analysis to assist in valuation of company. |
| 6/18/2010 | J. Dolan | 1.20 | Read and analyzed counsel's memo on EPA settlements. |
| 6/21/2010 | E. Ordway | 0.50 | Reviewed peer group data assembled by staff and noted items to follow-up. |
| 6/24/2010 | E. Ordway | 1.40 | Continued to read and analyze peer group data. |
| 6/30/2010 | E. Ordway | 0.70 | Continued review of peer group data. |
| 6/30/2010 | E. Ordway | 0.40 | Reviewed updated interest calculations prepared by staff. |
| 6/30/2010 | J. Dolan | 1.60 | Updated interest calculations and assumptions of claim analysis per lender request. |
| Subtotal | | 16.00 | |
| **04. Creditor Committee Matters** | | | |
| 6/3/2010 | J. Dolan | 0.50 | Read and analyzed recent docket submissions. |
| 6/7/2010 | E. Ordway | 0.40 | Read counsel's report re: Omnibus hearing issues. |
| 6/7/2010 | J. Dolan | 0.80 | Read and analyzed recent docket submissions. |
| 6/14/2010 | J. Dolan | 0.90 | Read and analyzed recent docket submissions. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/15/2010 | J. Dolan | 1.40 | Discussed case status internally and adjusted work plan. |
| 6/21/2010 | J. Dolan | 0.40 | Read and analyzed recent docket submissions. |
| Subtotal | | 4.40 | |

05. Employee Matters/KERP/Other

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/4/2010 | J. Dolan | 1.50 | Read and analyzed draft pension motion distributed by Blackstone. |
| 6/7/2010 | J. Dolan | 2.10 | Reviewed prior year pension funding motion and reports and began preparing current report to the Committee. |
| 6/7/2010 | S. Cunningham | 1.80 | Read and analyzed pension motion regarding funding request. |
| 6/8/2010 | J. Dolan | 1.40 | Prepared report to the Committee regarding pension funding. |
| 6/8/2010 | J. Dolan | 3.30 | Read and analyzed pension funding motion and prepared report to the Committee thereon. |
| 6/10/2010 | R. Frezza | 1.10 | Prepared for and participated in call with company and pension provider; debriefed with counsel. |
| 6/10/2010 | J. Dolan | 1.30 | Prepared for and participated in call with Debtors regarding pension motion and DC plan update. Follow up call with counsel. |
| 6/10/2010 | J. Dolan | 1.20 | Reviewed final pension motion and related exhibits and prepared report. |
| 6/11/2010 | R. Frezza | 0.90 | Finalized and issued Q1 report to counsel for review and pension motion report to counsel for review. |
| 6/11/2010 | J. Dolan | 1.30 | Revised pension funding memo to the Committee based on internal comments. |
| 6/15/2010 | E. Ordway | 0.90 | Prepared/edited pension report for Committee. |
| 6/15/2010 | J. Dolan | 1.30 | Finalized pension report based on counsel's comments and distributed to Committee. |
| 6/16/2010 | S. Cunningham | 1.50 | Read and analyzed pension information. |
| 6/22/2010 | E. Ordway | 0.90 | Read and analyzed retirement plan study. |
| 6/22/2010 | J. Dolan | 2.20 | Read and analyzed retirement plan study prepared by AON. |
| 6/23/2010 | R. Frezza | 2.80 | Read and analyzed AON report regarding retirement plan study. |
| 6/23/2010 | J. Dolan | 2.50 | Continued analysis of retirement study and prepared questions for the Company. |

**Capstone Advisory Group, LLC**
**Invoice for the June 2010 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|------|------------|-------|---------------------------|
| 6/23/2010 | J. Dolan | 1.10 | Prepared information request related to Retirement Study. |
| 6/25/2010 | R. Frezza | 2.10 | Continued to read and analyze AON Retirement report and prepared questions for company. |
| 6/28/2010 | J. Dolan | 2.20 | Prepared for and participated in call with counsel regarding Retirement Study. |
| 6/28/2010 | R. Frezza | 1.90 | Finalized review of AON Retirement Study and discussed with counsel. |
| 6/28/2010 | E. Ordway | 0.70 | Continued to read retirement plan study and listed items for staff to follow-up on. |
| 6/28/2010 | J. Dolan | 0.90 | Prepared consolidated request list for information related to the Retirement Study. |
| 6/29/2010 | S. Cunningham | 2.10 | Reviewed AON report. |
| 6/30/2010 | R. Frezza | 1.80 | Prepared questions to company regarding AON report and provided comments/questions to counsel. |
| Subtotal | | 40.80 | |

**06. Environmental Mtrs/Regs/Litig.**

| Date | Professional | Hours | Detailed Time Description |
|------|------------|-------|---------------------------|
| 6/10/2010 | J. Dolan | 2.80 | Read and analyzed motion and related exhibits related to Blackburn site and consent decree. |
| 6/11/2010 | J. Dolan | 2.20 | Continued reviewing settlement agreements and exhibits. |
| 6/11/2010 | J. Dolan | 1.40 | Read and analyzed Blackburn site motion and exhibits. |
| 6/14/2010 | J. Dolan | 1.50 | Read and analyzed motion related to Easthampton, MA Superfund site. |
| 6/18/2010 | E. Ordway | 0.90 | Read and analyzed counsel's report re: Counsel Decree for Blackburn Superfund site. |
| Subtotal | | 8.80 | |

**07. Fee Applications & Invoices**

| Date | Professional | Hours | Detailed Time Description |
|------|------------|-------|---------------------------|
| 6/1/2010 | E. Ordway | 0.20 | Read fee auditor's final report. |
| 6/3/2010 | J. Dolan | 0.90 | Prepared April fee application. |
| 6/17/2010 | E. Ordway | 0.40 | Prepared fee application. |
| 6/17/2010 | J. Dolan | 0.90 | Prepared fee application. |
| 6/18/2010 | J. Dolan | 0.50 | Prepared April fee application. |

Capstone Advisory Group, LLC
Invoice for the June 2010 Fee Application

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/19/2010 | N. Backer | 1.30 | Prepared April fee statement. |
| 6/21/2010 | J. Dolan | 0.40 | Reviewed and filed April fee application. |
| 6/23/2010 | N. Backer | 1.00 | Prepared May fee statement. |
| 6/28/2010 | J. Dolan | 1.20 | Prepared May fee application. |
| 6/30/2010 | N. Backer | 1.30 | Prepared monthly fee statement for May. |
| 6/30/2010 | J. Dolan | 1.20 | Prepared May fee application. |
| Subtotal | | 9.30 | |

**08. Financial Analysis - Schedules & Statements**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/1/2010 | E. Ordway | 0.40 | Prepared and edited 1Q report to the Committee. |
| 6/2/2010 | J. Dolan | 1.30 | Prepared for diligence call with Company and Blackstone. |
| 6/2/2010 | S. Cunningham | 2.20 | Read and analyzed Q1 report and 5 year plan. |
| 6/3/2010 | J. Dolan | 3.90 | Finalized 1Q10 report to the Committee based on discussion with the Company. |
| 6/3/2010 | S. Cunningham | 2.10 | Read and analyzed Q1 and 5 year plan. |
| 6/3/2010 | R. Frezza | 2.20 | Continued report drafting and review of Q1 results for committee. |
| 6/4/2010 | S. Cunningham | 1.80 | Reviewed Q1 results. |
| 6/4/2010 | J. Dolan | 2.20 | Review of 1Q10 report and made final revisions. |
| 6/7/2010 | J. Dolan | 4.40 | Revised analyses and commentary of 1Q10 report to the Committee and distributed for internal review. |
| 6/9/2010 | S. Cunningham | 2.20 | Reviewed Q1 results. |
| 6/9/2010 | J. Dolan | 1.10 | Reviewed internal comments on report and revised accordingly. |
| 6/10/2010 | S. Cunningham | 2.30 | Read and analyzed Q1 report on operations. |
| 6/10/2010 | R. Frezza | 1.90 | Finalized and issued Q1 report to counsel for review. |
| 6/10/2010 | J. Dolan | 0.40 | Reviewed 1Q10 report to the Committee and distributed to counsel for review. |
| 6/14/2010 | J. Dolan | 1.20 | Finalized 1Q10 report with counsel and distributed report to the Committee. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/16/2010 | J. Dolan | 1.50 | Prepared analysis to assist in determining validity of Company projections. |
| 6/18/2010 | E. Ordway | 0.70 | Outlined steps for staff in reviewing Debtor projections. |
| 6/21/2010 | S. Cunningham | 1.30 | Read and analyzed Q1 report on operations. |
| 6/24/2010 | S. Cunningham | 2.20 | Read and analyzed 5-year projections. |
| Subtotal | | 35.30 | |

26. Meetings with Debtors/Advisors

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/3/2010 | J. Dolan | 0.50 | Prepared for meeting with Company and Blackstone. |
| 6/3/2010 | J. Dolan | 0.80 | Participated in conference call with the Company and Blackstone regarding 1Q10 and 5 year plan. |
| Subtotal | | 1.30 | |
| **Total Hours** | | **115.90** | |

**Capstone Advisory Group, LLC**
**Invoice for the June 2010 Fee Application**

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 6/1/10 through 6/30/10

| Date | Professional | Detail | Amount |
|------|-------------|--------|--------|
| **Research** | | | |
| 6/10/2010 | Capstone Expense | Pacer - research tool | $6.40 |
| Subtotal - Research | | | $6.40 |
| **Telecom** | | | |
| 6/10/2010 | Capstone Expense | May Telephone - Saddle Brook Office | $140.24 |
| Subtotal - Telecom | | | $140.24 |
| **For the Period 6/1/10 through 6/30/10** | | | $146.64 |