# EXHIBIT A
**W.R. GRACE - CASE NO. 01-1139**
**Orrick Meal Charges - Jan-Mar 2010 (36th Interim Period)**

| Meal Date | Professional | Meal Charge | Type of Meal | Number of People Attending or Ordered | Fee Auditor's Guideline Amount | Difference Over Guideline Amount | Expense Reduction (previously taken) |
|---|---|---|---|---|---|---|---|
| **Washington, DC** | | | | | | | |
| | | | | | | | |
| 12/21/2009 | Richard Wyron | $ 99.36 | Lunch | 5 | $200 | $0.00 | N/A |
| | | | | | | | |
| 2/25/2010 | Roger Frankel | $ 233.00 | Dinner | 2 | $120 | $113.00 | Yes (Feb fee app) |
| | | | | | | | |
| 3/11/2010 | Roger Frankel | $ 249.61 | Dinner | 2 | $120 | $129.61 | Yes (Mar fee app) |
| | | | | | | | |
| **Pittsburgh, PA** | | | | | | | |
| | | | | | | | |
| 1/3/2010 | Debra Felder | $ 13.29 | Lunch | 1 | $35 | $0.00 | N/A |
| 1/3/2010 | | $ 33.99 | Dinner | 1 | $55 | $0.00 | N/A |
| 1/4/2010 | | $ 33.99 | Dinner | 1 | $55 | $0.00 | N/A |
| | | $ 81.27 | | | | | |
| | | | | | | | |
| 1/3/2010 | Richard Wyron | $ 3.50 | Breakfast | 1 | $25 | $0.00 | N/A |
| | | $ 11.62 | Lunch | 1 | $35 | $0.00 | N/A |
| | | $ 74.06 | Dinner | 3 | $55 | $0.00 | N/A |
| | | $ 89.18 | | | | | |
| | | | | | | | |
| 1/3/2010 | Roger Frankel | $ 58.63 | Dinner | 1 | $55 | $3.63 | Yes (Jan fee app) |
| 1/4/2010 | | $ 286.29 | Dinner | 5 | $275 | $11.29 | Yes (Jan fee app) |
| 1/4/201 | | $ 12.39 | Breakfast | 1 | $25 | $0.00 | N/A |
| 1/5/2010 | | $ 58.15 | Lunch | 1 | $35 | $23.15* | Yes (Jan fee app) |
| 1/5/2010 | | $ 236.38 | Dinner | 3 | $165 | $71.38 | Yes (Jan fee app) |
| | | $ 651.84 | | | | | |
| | | | | | | | |
| **Total Reduction** | | | | | | **$352.06** | |
| | | | | | | | |

*This amount was reduced in our January monthly fee application to the dinner meal rate, but should have been reduced to the lunch rate. Orrick will reduce its meal expense charges by an additional $20, in addition to the previous reductions made in the monthly fee applications of $332.06.