# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO. | § | |
| a Delaware corporation, <u>et</u> <u>al.</u>, | § | Case No. 01-01139 (JKF) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |
| | § | Re: Docket No. 25190 |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 25190

The undersigned hereby certifies that, as of the date hereof, he or she has received no answer, objection or other responsive pleading to the Notice of Monthly Fee and Expense Invoice (the "Invoice"), for July 1, 2010 through July 31, 2010 filed on August 6, 2010. The undersigned further certifies that he or she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Invoice appears thereon. Pursuant to the Invoice, objections to the Invoice were to be filed and served no later than August 26, 2010. Thus Debtors are authorized to pay the undersigned eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Invoice.

August 27, 2010                                   **WARREN H. SMITH & ASSOCIATES, P.C.**

By: _/s/ Warren H. Smith_
      Warren H. Smith
      State Bar No. 18757050

325 N. St. Paul Street, Suite 1250
Republic Center
Dallas, Texas 75201
(214) 698-3868
(214) 722-0081 (FAX)
**FEE AUDITOR**

WRGraceCN07.10