## EXHIBIT A

## VERIFICATION OF JARED GORDON

PHILADELPHIA

COMMONWEALTH OF PENNSYLVANIA:

Jared Gordon, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant firm of Deloitte Tax LLP.

b) I have personal knowledge of Deloitte Tax LLP's retention as tax service providers to the Debtors in these Chapter 11 cases.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have been informed of Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Jared Gordon
Principal

SWORN AND SUBSCRIBED
before me this 26th day of August, 2010

Nilda I. Rosado

Notary Public
My Commission Expires: December 11, 2011

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
NILDA I. ROSADO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires December 11, 2011

4

EXHIBIT B

**W. R. Grace**
**Hours Spent by Each Person**
**November 1 - 30, 2009 (Deloitte Tax LLP)**

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| ALEX, ANU T | 0.4 | $480 | $192 |
| **Bankruptcy Fee Application Fees for November 2009** | **0.4** | | **$192** |
| ALEX, ANU T | 4.7 | $480 | $2,256 |
| **Malaysia Coordination Fees for November 2009** | **4.7** | | **$2,256** |
| ALEX, ANU T | 5.3 | $480 | $2,520 |
| GORDON, JARED H | 0.5 | $680 | $340 |
| GOLDSTEIN, SETH B | 0.4 | $680 | $272 |
| WANEK, MARK RONALD | 2.0 | $570 | $1,140 |
| **General Consulting Fees for November 2009** | **8.2** | | **$4,272** |
| KAGAN, ANDREA | 3.0 | $510 | $1,530 |
| **Stock Option Fees for November 2009** | **3.0** | | **$1,530** |
| PRILLAMAN JR , G GARNER | 1.0 | $680 | $680 |
| STEINSALTZ, MICHAEL E | 0.5 | $680 | $340 |
| **Form 3115 Fees for November 2009** | **1.5** | | **$1,020** |
| **Total Deloitte Tax LLP Professional Fees for November 2009** | **17.8** | | **9,270** |
| **Out of Pocket Expenses Deloitte Tax LLP for November 2009** | | | **$7** |
| **Total Deloitte Tax LLP Fees for November 2009** | **17.8** | | **9,277** |

EXHIBIT C

**W. R. Grace**
**Hours Detail**
**November 1 - 30, 2009 (Deloitte Tax LLP)**

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 11/23/2009 | ALEX, ANU T | Bankruptcy Fee Application Preparation | Bankruptcy Prep | 0.4 | $ 480 | 192 |
| 11/16/2009 | ALEX, ANU T | General Consultig | WRGRACE - questions re FTC creditability of IRAP, Research IRAP guidance; follow up with Seth Goldstein and Mark Wanek | 2.0 | $ 480 | 960 |
| 11/17/2009 | ALEX, ANU T | General Consultig | WRGRACE - questions re FTC creditability of IRAP, Research IRAP guidance; follow up with Seth Goldstein and Mark Wanek | 1.3 | $ 480 | 600 |
| 11/18/2009 | ALEX, ANU T | General Consultig | Research related to the foreign tax credit transition rules contained in 1.904-7 (from pre 87 FTC categories to post 86 categories) | 2.0 | $ 480 | 960 |
| 11/25/2009 | ALEX, ANU T | Malaysia Coordinatio | meeting with MS follow up re coordination emails to Malaysia | 1.6 | $ 480 | 768 |
| 11/18/2009 | ALEX, ANU T | Malaysia Coordination | Call with Deloitte Malaysia regarding implications of the proposed change to the contract manufacturing arrangement from a Malaysian transfer pricing perspective | 0.6 | $ 480 | 288 |
| 11/5/2009 | ALEX, ANU T | Malaysian coordination | Call and prep regarding WR Grace Specialty Chemicals (Malaysia) Sdn Bhd manufacturing and export function. | 2.1 | $ 480 | 1,008 |
| 11/12/2009 | ALEX, ANU T | Malaysian coordination | follow up emails to R. Choo regarding WR Grace Specialty Chemicals (Malaysia) Sdn Bhd manufacturing and export function. | 0.4 | $ 480 | 192 |
| 11/16/2009 | GOLDSTEIN, SETH B | General Consulting | IRAP FTC QUESTIONS: questions re creditability of IRAP for A. Alex, Phila. Research IRAP guidance; follow up with A Alex | 0.4 | $ 680 | 272 |
| 11/16/2009 | GORDON, JARED H | General Consulting | voicemail from alan gibbons and discussions with mike steinsaltz (regarding allocation and apportionment of 861 expenses and impact on the FTC) | 0.50 | $ 680 | 340 |
| 11/6/2009 | KAGAN, ANDREA | Stock Option | Research and responding to client requests regarding China Circular 35 (pertaining to share plan registration requirements) | 1.0 | $ 510 | 510 |
| 11/9/2009 | KAGAN, ANDREA | Stock Option | Research and responding to client requests regarding China Circular 35 (pertaining to share plan registration requirements) | 0.5 | $ 510 | 255 |
| 11/10/2009 | KAGAN, ANDREA | Stock Option | Research and responding to client requests regarding China Circular 35 (pertaining to share plan registration requirements) | 1.0 | $ 510 | 510 |
| 11/11/2009 | KAGAN, ANDREA | Stock Option | Research and responding to client requests regarding China Circular 35 (pertaining to share plan registration requirements) | 0.5 | $ 510 | 255 |
| 11/24/2009 | PRILLAMAN JR , G GARNER | Form 3115 | Accounting Method Change  Conversations | 1.00 | $ 680 | 680 |
| 11/4/2009 | STEINSALTZ, MICHAEL E | Malayisan Coordination | Discussion of Malaysia Kuantan Project (re conversion of Malaysian manufacturing operation into a contract manufacturing operation) | 0.5 | $ 680 | 340 |
| 11/16/2009 | WANEK, MARK RONALD | General Consulting | WRGRACE - questions re creditability of IRAP for A. Alex, Phila. Research IRAP guidance; follow up with Seth Goldstein | 1.0 | $ 570 | 570 |
| 11/17/2009 | WANEK, MARK RONALD | General Consulting | WRGRACE - questions re creditability of IRAP for A. Alex, Phila. Research IRAP guidance; follow up with Seth Goldstein | 1.0 | $ 570 | 570 |
| | **Fees for November 2009** | | | **17.8** | | **9,270** |

EXHIBIT D

**W. R. Grace**
**Expenses Detail**
**November 1 - 30, 2009 (Deloitte Tax LLP)**

| Date | Name | Description | Related Expenses |
|---|---|---|---|
| 11/28/2009 | ALEX, ANU | Conference Call Charges: Verizon | 4 |
| 11/05/2009 | GORDON, JARED H | Conference Call Charges: Verizon | 3 |
| | **Expenses for November 2009** | | **7** |