## EXHIBIT A

## VERIFICATION OF JARED GORDON

PHILADELPHIA

COMMONWEALTH OF PENNSYLVANIA:

Jared Gordon, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant firm of Deloitte Tax LLP.

b) I have personal knowledge of Deloitte Tax LLP's retention as tax service providers to the Debtors in these Chapter 11 cases.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have been informed of Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_/s/ Jared Gordon_
Jared Gordon
Principal

SWORN AND SUBSCRIBED
Before me this 20th day of August, 2010

_/s/ Nilda D Rosado_

Notary Public
My Commission Expires: December 11, 2011

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
NILDA I. ROSADO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires December 11, 2011

4

**EXHIBIT B**

**W. R. Grace**
**Hours Spent by Each Person**
**December 1 - 31, 2009 (Deloitte Tax LLP)**

| Employee | Hours | Billing Rate | Professional Fees |
|---|---:|---:|---:|
| MOLISHUS, ANN D | 1.0 | $70 | $70 |
| COSELLA, KERRIE A | 4.7 | $70 | $329 |
| FRALEY, DIANE | 2.1 | $290 | $609 |
| **Bankruptcy Fee Application Fees For December 2009** | **7.8** | | **$1,008** |
| ALEX, ANU T | 2.1 | $480 | $1,008 |
| GORDON, JARED H | 2.3 | $680 | $1,564 |
| **General Consulting Fees for December 2009** | **4.4** | | **$2,572** |
| ALEX, ANU T | 4.6 | $480 | $2,208 |
| GORDON, JARED H | 1.1 | $680 | $748 |
| **Malaysia Coordination Fees for December 2009** | **5.7** | | **$2,956** |
| MESTER, JUDITH | 4.5 | $680 | $3,060 |
| KEENAN, JOHN R | 2.0 | $680 | $1,360 |
| TESTOFF, ROBERT A | 1.0 | $680 | $680 |
| WALKER, DEBORAH | 1.0 | $680 | $680 |
| HARMAN, HEATHER A | 1.5 | $480 | $720 |
| FISHER, GINGER LANE | 3.0 | $480 | $1,440 |
| DRIGOTAS, ELIZABETH | 0.5 | $680 | $340 |
| **Form 3115 Fees for December 2009** | **13.5** | | **$8,280** |
| **Total Deloitte Tax LLP Fees for December 2009** | **31.4** | | **$14,816** |

EXHIBIT C

**W. R. Grace**
**Hours Detail**
**December 1 - 31 2009**

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 12/9/2009 | ALEX, ANU T | General Consulting | discussion with alan gibbons re: interest netting and 1118 calcs and expense apportionment | 2.10 | $ 480 | 1,008 |
| 12/7/2009 | ALEX, ANU T | Malaysia Coordination | Drafting emails related to emailing DT Malaysia regarding WR Grace Specialty Chemicals (Malaysia) Sdn Bhd manufacturing and export function. | 0.40 | $ 480 | 192 |
| 12/8/2009 | ALEX, ANU T | Malaysia Coordination | Call with Deloitte Malaysia regarding implications of the proposed change to the contract manufacturing arrangement from a Malaysian transfer pricing perspective | 1.60 | $ 480 | 768 |
| 12/10/2009 | ALEX, ANU T | Malaysia Coordination | Work regarding expanding Malysia and contract Mfg and RA tax incentives | 1.00 | $ 480 | 480 |
| 12/15/2009 | ALEX, ANU T | Malaysia Coordination | Call re: expanding Malysia and contract Mfg and RA tax incentives | 1.60 | $ 480 | 768 |
| 12/2/2009 | COSELLA, KERRIE A | Bankruptcy Fee Application | bankruptcy app prep | 0.20 | $ 70 | 14 |
| 12/22/2009 | COSELLA, KERRIE A | Bankruptcy Fee Application | bankruptcy app prep | 1.50 | $ 70 | 105 |
| 12/22/2009 | COSELLA, KERRIE A | Bankruptcy Fee Application | bankruptcy app prep | 1.50 | $ 70 | 105 |
| 12/23/2009 | COSELLA, KERRIE A | Bankruptcy Fee Application | bankruptcy app prep | 0.50 | $ 70 | 35 |
| 12/23/2009 | COSELLA, KERRIE A | Bankruptcy Fee Application | bankruptcy app prep | 0.50 | $ 70 | 35 |
| 12/30/2009 | COSELLA, KERRIE A | Bankruptcy Fee Application | bankruptcy app prep | 0.50 | $ 70 | 35 |
| 12/30/2009 | DRIGOTAS, ELIZABETH | Form 3115 | Review of Form 3115, attachment and plan memos/documents; participated in telephone calls with Washington National Tax regarding Form 3115 and UNICAP change of accounting; research on change in accounting methods and revenue procedure 2009-39. | 0.50 | $ 680 | 340 |
| 12/30/2009 | FISHER, GINGER LANE | Form 3115 | Review of Form 3115, attachment and plan memos/documents; participated in telephone calls with Washington National Tax regarding Form 3115 and UNICAP change of accounting; research on change in accounting methods and revenue procedure 2009-39. | 3.00 | $ 480 | 1,440 |
| 12/9/2009 | FRALEY, DIANE L | Bankruptcy Fee Application | bankruptcy app prep | 0.60 | $ 290 | 174 |
| 12/9/2009 | FRALEY, DIANE L | Bankruptcy Fee Application | bankruptcy app prep | 0.70 | $ 290 | 203 |
| 12/9/2009 | FRALEY, DIANE L | Bankruptcy Fee Application | bankruptcy app prep | 0.70 | $ 290 | 203 |
| 12/17/2009 | FRALEY, DIANE L | Bankruptcy Fee Application | bankruptcy app prep | 0.10 | $ 290 | 29 |
| 12/8/2009 | GORDON, JARED H | General Consulting | discussion with alan gibbons re: interest netting and 1118 calcs and expense apportionment | 0.70 | $ 680 | 476 |
| 12/9/2009 | GORDON, JARED H | General Consulting | three phone conversations with alan gibons to disucss expense apportionment / 1118 calc and interest netting | 1.60 | $ 680 | 1,088 |
| 12/15/2009 | GORDON, JARED H | Malaysia Coordination | Call re: expanding Malysia and contract Mfg and RA tax incentives | 1.10 | $ 680 | 748 |
| 12/30/2009 | HARMAN, HEATHER A | Form 3115 | calls w/ judy mester and client re: unicap method change | 1.50 | $ 480 | 720 |
| 12/9/2009 | KEENAN, JOHN R | Form 3115 | For Mike Steinsaltz - question on ability to deduct interest on contested tax liabilities; research issue; discuss with Bob Testoff; draft email; etc. - see emails for Mike S. | 2.00 | $ 680 | 1,360 |
| 12/14/2009 | MESTER, JUDITH | Form 3115 | Review Revenue Ruling for bonuss payment and automatic change in accounting methods; participated in call with Jared Gordan and VP from company's tax dept. | 1.00 | $ 680 | 680 |
| 12/18/2009 | MESTER, JUDITH | Form 3115 | call with Allan Gibbons for fact findings re: bonus plan | 0.50 | $ 680 | 340 |
| 12/23/2009 | MESTER, JUDITH | Form 3115 | Discussion with Alan Gibbons and Jared Gordon | 0.70 | $ 680 | 476 |
| 12/30/2009 | MESTER, JUDITH | Form 3115 | Prepared for and participated in conference call with WNT (Heather Harman) and Allan Gibbons to discuss proposed changes to Form 3115. | 1.10 | $ 680 | 748 |
| 12/30/2009 | MESTER, JUDITH | Form 3115 | Review proposed Form 3115 and supporting Long-Term Incentive Program documentation; reviewed Form 3115 Instructions, Revenue Procedure 2008-52 and Revenue Procedure 2009-32 regarding timing for submission of Form 3115 upon audit exam; UNICAP changes | 1.20 | $ 680 | 816 |

EXHIBIT C

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 12/17/2009 | MOLISHUS, ANN D | Bankruptcy Fee Application | bankruptcy app prep | 0.50 | $ 70 | 35 |
| 12/22/2009 | MOLISHUS, ANN D | Bankruptcy Fee Application | bankruptcy app prep | 0.50 | $ 70 | 35 |
| 12/9/2009 | TESTOFF, ROBERT A | Form 3115 | Bonus plan, 3115 question. | 1.00 | $ 680 | 680 |
| 12/21/2009 | WALKER, DEBORAH | Form 3115 | Bonus plan, 3115 question. | 1.00 | $ 680 | 680 |
| | | Total | | 31.40 | | 14,816 |