## EXHIBIT A

## VERIFICATION OF JARED GORDON

PHILADELPHIA

COMMONWEALTH OF PENNSYLVANIA:

Jared Gordon, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant firm of Deloitte Tax LLP.

b) I have personal knowledge of Deloitte Tax LLP's retention as tax service providers to the Debtors in these Chapter 11 cases.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have been informed of Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Jared Gordon
Principal

SWORN AND SUBSCRIBED
before me this 26th day of August, 2010

Nilda J Rosado
Notary Public
My Commission Expires: December 11, 2011

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
NILDA I. ROSADO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires December 11, 2011

4

EXHIBIT B

**W. R. Grace**
**Hours Spent by Each Person**
**January 1 - 31, 2010 (Deloitte Tax LLP)**

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| ALEX, ANU T | 0.4 | $480 | $192 |
| FRALEY, DIANE L | 2.4 | $80 | $192 |
| **General Admin Fees** | **2.8** | | **$384** |
| KAGAN, ANDREA PAIGE | 1.8 | $ 510 | $918 |
| SHURIN, ALEXANDER SANDY | 1.3 | $ 360 | $450 |
| **Stock Options** | **3.1** | | **$1,368** |
| GORDON, JARED H | 0.5 | $680 | $340 |
| **UNICAP/ 3115** | **0.5** | | **$340** |
| **Total Deloitte Tax LLP Fees for December 2009** | **6.35** | | **$2,092** |

EXHIBIT C

**W. R. Grace**
**Hours Detail**
**January 1 - 31, 2010 (Deloitte Tax LLP)**

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 1/27/2010 | ALEX, ANU T | General Admin | Preparation of Bankruptcy Fee Application | 0.40 | $480 | $192 |
| 1/27/2010 | FRALEY, DIANE L | General Admin | Preparation of Bankruptcy Fee Application | 0.80 | $80 | $64 |
| 1/27/2010 | FRALEY, DIANE L | General Admin | Preparation of Bankruptcy Fee Application | 0.80 | $80 | $64 |
| 1/27/2010 | FRALEY, DIANE L | General Admin | Preparation of Bankruptcy Fee Application | 0.80 | $80 | $64 |
| 1/4/2010 | GORDON, JARED H | UNICAP/3115 | Review of Form 3115, attachment and plan memos/documents; participated in telephone calls with Washington National Tax regarding Form 3115 and UNICAP change of accounting; research on change in accounting methods and revenue procedure 2009-39. | 0.50 | $680 | $340 |
| 1/25/2010 | KAGAN, ANDREA PAIGE | Stock Option | Revise findings regarding Chinese tax filings | 0.80 | $510 | $408 |
| 1/26/2010 | KAGAN, ANDREA PAIGE | Stock Option | Revise findings regarding Chinese tax filings | 0.50 | $510 | $255 |
| 1/29/2010 | KAGAN, ANDREA PAIGE | Stock Option | Revise findings regarding Chinese tax filings | 0.50 | $510 | $255 |
| 1/26/2010 | SHURIN, ALEXANDER SANDY | Stock Option | Revise findings regarding Chinese tax filings | 0.75 | $360 | $270 |
| 1/27/2010 | SHURIN, ALEXANDER SANDY | Stock Option | Revise findings regarding Chinese tax filings | 0.50 | $360 | $180 |
| | | Total | | 6.35 | | $2,092 |