## EXHIBIT A

## VERIFICATION OF JARED GORDON

PHILADELPHIA

COMMONWEALTH OF PENNSYLVANIA:

Jared Gordon, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant firm of Deloitte Tax LLP.

b) I have personal knowledge of Deloitte Tax LLP's retention as tax service providers to the Debtors in these Chapter 11 cases.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have been informed of Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Jared Gordon
Principal

SWORN AND SUBSCRIBED
before me this 26th day of August, 2010

_____
Notary Public
My Commission Expires: December 11, 2011

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
NILDA I. ROSADO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires December 11, 2011

4

**EXHIBIT B**

**W. R. Grace**
**Hours Detail**
**February 1 - 28, 2010 (Deloitte Tax LLP)**

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| ALEX, ANU T | 0.9 | $480 | $432 |
| COSELLA, KERRIE A | 2.7 | $80 | $216 |
| FRALEY, DIANE L | 0.8 | $80 | $64 |
| **General Admin Fees** | **4.4** | | **$712** |
| | | | |
| KAGAN, ANDREA PAIGE | 7.1 | $510 | $3,621 |
| **Stock Option** | **7.1** | | **$3,621** |
| | | | |
| HEIKKINEN, DEBRA L | 10.9 | $610 | $6,649 |
| PEVARNIK, THOMAS R JR | 1.5 | $610 | $915 |
| SHAIKH, WAQAS UDDIN | 3.5 | $260 | $910 |
| **Payroll Tax** | **15.9** | | **$8,474** |
| | | | |
| **Total Deloitte Tax LLP Fees for February 2010** | **27.4** | | **$12,807** |

EXHIBIT C

**W. R. Grace**
**Hours Detail**
**February 1 - 28, 2010 (Deloitte Tax LLP)**

| Date | Name | Project Category | Description | Hours | Bill Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 2/18/2010 | ALEX, ANU T | General Admin | Bankruptcy Fee Application Preparation | 0.50 | 480 | $240 |
| 2/23/2010 | ALEX, ANU T | General Admin | Bankruptcy Fee Application Preparation | 0.40 | 480 | $192 |
| 2/22/2010 | COSELLA, KERRIE A | General Admin | Bankruptcy Fee Application Preparation | 1.50 | 80 | $120 |
| 2/22/2010 | COSELLA, KERRIE A | General Admin | Bankruptcy Fee Application Preparation | 0.50 | 80 | $40 |
| 2/23/2010 | COSELLA, KERRIE A | General Admin | Bankruptcy Fee Application Preparation | 0.20 | 80 | $16 |
| 2/24/2010 | COSELLA, KERRIE A | General Admin | Bankruptcy Fee Application Preparation | 0.50 | 80 | $40 |
| 2/17/2010 | FRALEY, DIANE L | General Admin | Bankruptcy Fee Application Preparation | 0.30 | 80 | $24 |
| 2/17/2010 | FRALEY, DIANE L | General Admin | Bankruptcy Fee Application Preparation | 0.30 | 80 | $24 |
| 2/17/2010 | FRALEY, DIANE L | General Admin | Bankruptcy Fee Application Preparation | 0.20 | 80 | $16 |
| 2/2/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Review email from C. Fink and attached AON schedules; review IRC 3121(v)(2); TC-Carol Fink re: SERP, FICA taxation, and AON's failure to withhold | 1.00 | 610 | $610 |
| 2/3/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Reviewed C. Finke email summarizing 02-02-2010 discussion; responded with minor correction; forwarded to D. Chang and M. Steinsaltz | 0.30 | 610 | $183 |
| 2/4/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Prepared for call with Carol Finke and John Forgace, including confirming AON HI calcs; prep open question list; TC-T. Pevarnik (WNT) re: rule of admin conv & lag method to calc liab(1); call with Carol & John .5;prepared Tax File memo & excel spreadsheet | 4.50 | 610 | $2,745 |
| 2/5/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Analyze project deliverables by year, revise work plan, draft data request; draft fee estimate | 1.50 | 610 | $915 |
| 2/22/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Prep for and call with John Forgach, Sr. Benefits Counsel, f/u with W. Shaikh, Deloitte Staff on to dos | 1.50 | 610 | $915 |
| 2/22/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Prep and TC-John Forgach, Sr. Benefits Counsel; follow-up with W. Shaikh, DT staff, on project to do list | 1.50 | 610 | $915 |
| 2/24/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Prepare for and hold conference call with John Forgach (Grace) and Jim Ritchie (AON). | 0.60 | 610 | $366 |
| 2/1/2010 | KAGAN, ANDREA PAIGE | Stock Option | Services related to the Circular 235 and "SAFE" project (Research and responding to client requests pertaining to share plan registration requirements) | 1.00 | 510 | $510 |
| 2/2/2010 | KAGAN, ANDREA PAIGE | Stock Option | Services related to the Circular 235 and "SAFE" project (Research and responding to client requests pertaining to share plan registration requirements) | 0.50 | 510 | $255 |
| 2/3/2010 | KAGAN, ANDREA PAIGE | Stock Option | Services related to the Circular 235 and "SAFE" project (Research and responding to client requests pertaining to share plan registration requirements) | 1.00 | 510 | $510 |
| 2/5/2010 | KAGAN, ANDREA PAIGE | Stock Option | Services related to the Circular 235 and "SAFE" project (Research and responding to client requests pertaining to share plan registration requirements) | 0.80 | 510 | $408 |
| 2/10/2010 | KAGAN, ANDREA PAIGE | Stock Option | Services related to the Circular 235 and "SAFE" project (Research and responding to client requests pertaining to share plan registration requirements) | 0.50 | 510 | $255 |
| 2/15/2010 | KAGAN, ANDREA PAIGE | Stock Option | Services related to the Circular 235 and "SAFE" project (Research and responding to client requests pertaining to share plan registration requirements) | 0.50 | 510 | $255 |
| 2/17/2010 | KAGAN, ANDREA PAIGE | Stock Option | Services related to the Circular 235 and "SAFE" project (Research and responding to client requests pertaining to share plan registration requirements) | 0.30 | 510 | $153 |
| 2/18/2010 | KAGAN, ANDREA PAIGE | Stock Option | Services related to the Circular 235 and "SAFE" project (Research and responding to client requests pertaining to share plan registration requirements) | 0.50 | 510 | $255 |
| 2/19/2010 | KAGAN, ANDREA PAIGE | Stock Option | Services related to the Circular 235 and "SAFE" project (Research and responding to client requests pertaining to share plan registration requirements) | 0.50 | 510 | $255 |
| 2/25/2010 | KAGAN, ANDREA PAIGE | Stock Option | Services related to the Circular 235 and "SAFE" project (Research and responding to client requests pertaining to share plan registration requirements) | 0.50 | 510 | $255 |
| 2/26/2010 | KAGAN, ANDREA PAIGE | Stock Option | Services related to the Circular 235 and "SAFE" project (Research and responding to client requests pertaining to share plan registration requirements) | 1.00 | 510 | $510 |
| 2/10/2010 | PEVARNIK, THOMAS R JR | Payroll Tax | Conference call with John from W.G. Grace. Went over SERP plans with Deb. Produced draft memo of conferene call | 1.50 | 610 | $915 |
| 2/22/2010 | SHAIKH, WAQAS UDDIN | Payroll Tax | Conference call with John from W.G. Grace. Went over SERP plans with Deb. Produced draft memo of conferene call | 3.50 | 260 | $910 |
| | | | | 27.40 | | $12,807 |