## EXHIBIT A

## VERIFICATION OF JARED GORDON

PHILADELPHIA

COMMONWEALTH OF PENNSYLVANIA:

Jared Gordon, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant firm of Deloitte Tax LLP.

b) I have personal knowledge of Deloitte Tax LLP's retention as tax service providers to the Debtors in these Chapter 11 cases.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have been informed of Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Jared Gordon
Principal

SWORN AND SUBSCRIBED
before me this 26th day of August, 2010

_____
Notary Public
My Commission Expires: December 11, 2011

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
NILDA I. ROSADO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires December 11, 2011

4

**EXHIBIT B**

**W. R. Grace**
**Hours Detail**
**March 1 - March 31, 2010**

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| KAGAN, ANDREA PAIGE | 1.7 | $510 | $867 |
| SHURIN, ALEXANDER SANDY | 0.3 | $360 | $90 |
| **Stock Options** | 2.0 | | $957 |
| GORDON, JARED H | 0.5 | $680 | $340 |
| HARMAN, HEATHER A | 1.5 | $480 | $720 |
| MESTER, JUDITH | 1.5 | $610 | $915 |
| **UNICAP/3115** | 3.5 | | $1,975 |
| MESTER, JUDITH | 1.0 | $610 | $610 |
| CHURI, PRIYA BHARAT | 1.8 | $430 | $753 |
| HEIKKINEN, DEBRA L | 1.9 | $610 | $1,159 |
| SHAIKH, WAQAS UDDIN | 13.9 | $260 | $3,604 |
| **Payroll Tax** | 17.5 | | $6,125 |
| **Total Deloitte Tax LLP Fees for March 2010** | 23.0 | | $9,057 |

EXHIBIT C

**W. R. Grace**
**Hours Detail**
**March 1 - March 31, 2010**

| Date | Name | Project Category | Description | Hours | Bill Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 3/26/2010 | CHURI, PRIYA BHARAT | Payroll Tax | Review of Waqas's research materials. | 1.3 | 430 | 538 |
| 3/29/2010 | CHURI, PRIYA BHARAT | Payroll Tax | 941-X, W-2c pricing to Deb | 0.5 | 430 | 215 |
| 3/11/2010 | GORDON, JARED H | UNICAP/3115 | Follow up regarding UNICAP project | 0.5 | 680 | 340 |
| 3/11/2010 | HARMAN, HEATHER A | UNICAP/3115 | calls regarding bonus & 263A method changes | 1.5 | 480 | 720 |
| 3/9/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Review Jim Ritchie (AON) email with follow-up information; f/u with staff re: planning | 0.2 | 610 | 122 |
| 3/10/2010 | HEIKKINEN, DEBRA L | Payroll Tax | TC-Christina MacLeod re: AON's role as a 3d party service provider and payroll tax filings; update work plan; TC-J. Ritchie (AON), review W-2 report, revise work plan | 1.5 | 610 | 915 |
| 3/16/2010 | HEIKKINEN, DEBRA L | Payroll Tax | TC-David Eft (DT) regarding SUTA taxation of SERP payments made to retirees and SUTA statute limitation | 0.2 | 610 | 122 |
| 3/1/2010 | KAGAN, ANDREA PAIGE | Stock Option | Update Statement of Work for the Circular 35 project | 0.5 | 510 | 255 |
| 3/2/2010 | KAGAN, ANDREA PAIGE | Stock Option | Update Statement of Work for the Circular 35 project | 0.2 | 510 | 102 |
| 3/3/2010 | KAGAN, ANDREA PAIGE | Stock Option | Services related to the Circular 235 and "SAFE" project | 0.3 | 510 | 153 |
| 3/16/2010 | KAGAN, ANDREA PAIGE | Stock Option | Services related to the Circular 235 and "SAFE" project | 0.2 | 510 | 102 |
| 3/23/2010 | KAGAN, ANDREA PAIGE | Stock Option | Services related to the Circular 235 and "SAFE" project | 0.5 | 510 | 255 |
| 3/9/2010 | MESTER, JUDITH | Payroll Tax | TC-Christina MacLeod re: AON's role as a 3d party service provider and payroll tax filings; update work plan; TC-J. Ritchie (AON), review W-2 report, revise work plan | 1.0 | 610 | 610 |
| 3/10/2010 | MESTER, JUDITH | UNICAP/3115 | Review of Form 3115, attachment and plan memos/documents; participated in telephone calls with Washington National Tax regarding Form 3115 and UNICAP change of accounting; research on change in accounting methods and revenue procedure 2009-39. | 0.5 | 610 | 305 |
| 3/16/2010 | MESTER, JUDITH | UNICAP/3115 | Review of Form 3115, attachment and plan memos/documents; participated in telephone calls with Washington National Tax regarding Form 3115 and UNICAP change of accounting; research on change in accounting methods and revenue procedure 2009-39. | 1.0 | 610 | 610 |
| 3/10/2010 | SHAIKH, WAQAS UDDIN | Payroll Tax | Researched California, Maryland, Florida SUTA Statute of limitation and if or not retiremen income is subject to SUTA. Went over memo with Deb for revision. Composed e-mail to Jim to obtain clarification on Norther Trust's role in filign W-2s and 941s. | 6.3 | 260 | 1,646 |
| 3/11/2010 | SHAIKH, WAQAS UDDIN | Payroll Tax | Additional research on CCH to find statute of limitations for UI collection by agencies. Research done for Maryland, Florida and California | 0.3 | 260 | 65 |
| 3/12/2010 | SHAIKH, WAQAS UDDIN | Payroll Tax | Additional research on CCH to find statute of limitations for UI collection by agencies. Research done for Maryland, Florida and California | 0.5 | 260 | 130 |
| 3/17/2010 | SHAIKH, WAQAS UDDIN | Payroll Tax | W.R.Grace. Updated the memo to reflect latest information | 0.3 | 260 | 73 |
| 3/23/2010 | SHAIKH, WAQAS UDDIN | Payroll Tax | Research for Maryland SUTA for Deferred Compensation and for Florida. | 3.6 | 260 | 931 |
| 3/25/2010 | SHAIKH, WAQAS UDDIN | Payroll Tax | Set up an e-mail to Priya Churi detailing my work on W.R.Grace | 0.9 | 260 | 239 |
| 3/29/2010 | SHAIKH, WAQAS UDDIN | Payroll Tax | Created Files | 1.0 | 260 | 260 |
| 3/30/2010 | SHAIKH, WAQAS UDDIN | Payroll Tax | Researched further into Florida and Maryland Defferred Compensation Distribution. Found the same results as before | 1.0 | 260 | 260 |
| 3/18/2010 | SHURIN, ALEXANDER SANDY | Stock Option | Update Statement of Work for the Circular 35 project | 0.3 | 360 | 90 |
| | | | | 24.0 | | 9,057 |