## EXHIBIT A

## VERIFICATION OF JARED GORDON

PHILADELPHIA

COMMONWEALTH OF PENNSYLVANIA:

Jared Gordon, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant firm of Deloitte Tax LLP.

b) I have personal knowledge of Deloitte Tax LLP's retention as tax service providers to the Debtors in these Chapter 11 cases.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have been informed of Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 330 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

*[signature]*
Jared Gordon
Principal

SWORN AND SUBSCRIBED
before me this 26th day of August, 2010

*[signature]*
Nilda D Rosado
Notary Public
My Commission Expires: December 11, 2011

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
NILDA I. ROSADO, Notary Public
City of Philadelphia, Phila County
My Commission Expires December 11, 2011

4

EXHIBIT B

**W. R. Grace**
**Hours Spent by Each Person**
**April 1 through April 30, 2010 (Deloitte Tax LLP)**

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| ALEX, ANU T | 1.3 | $480 | $600 |
| **Bankruptcy Application** | **1.3** | | **$600** |
| | | | |
| CHURI, PRIYA BHARAT | 10.8 | $430 | $4,623 |
| EFT, DAVID P | 0.9 | $610 | $549 |
| HEIKKINEN, DEBRA L | 14.5 | $610 | $8,845 |
| PEVARNIK, THOMAS R JR | 0.5 | $610 | $305 |
| SHAIKH, WAQAS UDDIN | 2.5 | $260 | $650 |
| WALKER, DEBORAH | 1.5 | $680 | $1,020 |
| **Payroll Tax** | **30.7** | | **$15,992** |
| | | | |
| KAGAN, ANDREA | 1.0 | $510 | $510 |
| **Stock Option** | **1.0** | | **$510** |
| | | | |
| KESHK, AHMAD G | 5.0 | $680 | $3,400 |
| **Transfer Pricing** | **5.0** | | **$3,400** |
| | | | |
| MILAN, EDUARDO O | 0.2 | $80 | $16 |
| OTERO, MARIA D | 1.7 | $335 | $570 |
| RODRIGUEZ, ZULMA | 0.4 | $255 | $102 |
| **PR property tax returns** | **2.3** | | **$688** |
| | | | |
| MONTANEZ, ANA DELIA | 10.1 | $190 | $1,919 |
| RODRIGUEZ, ALMA E | 0.5 | $80 | $40 |
| TORRES RODRIGUEZ, ARNALDO JOSE | 1.0 | $80 | $80 |
| **Closing Agreement** | **11.6** | | **$2,039** |
| | | | |
| **Total Deloitte Tax LLP Fees for April 2010** | **51.8** | | **23,228** |

EXHIBIT C

**W. R. Grace**
**Hours Detail**
**April 1 through April 30, 2010 (Deloitte Tax LLP)**

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 4/12/2010 | ALEX, ANU T | Bankruptcy Application | bankruptcy fee application preparation | 1.3 | $ 480 | 600 |
| 4/12/2010 | CHURI, PRIYA BHARAT | Payroll Tax | Call with Client and Northern Trust regarding 941Xs | 0.5 | $ 430 | 215 |
| 4/12/2010 | CHURI, PRIYA BHARAT | Payroll Tax | Multiple calls with Deb, John, Pam, and Jim. Separate calls with Deb. Analysis of new spreadsheet. | 2.0 | $ 430 | 860 |
| 4/13/2010 | CHURI, PRIYA BHARAT | Payroll Tax | Revisions to calculations. Calls with Deb. Revisions to 941-Xs. | 2.5 | $ 430 | 1,075 |
| 4/13/2010 | CHURI, PRIYA BHARAT | Payroll Tax | Calculations based off of two of Jim's spreadsheets. Prep of draft 941-Xs. Calls with John, Deb, Pam, Jim and Mina. | 3.0 | $ 430 | 1,290 |
| 4/14/2010 | CHURI, PRIYA BHARAT | Payroll Tax | Call with Pam and Mina to go through data. Call with Pam, Min, and Jim. Additional correpondence with John Forgach. | 1.0 | $ 430 | 430 |
| 4/14/2010 | CHURI, PRIYA BHARAT | Payroll Tax | Memo to file. Printing final data, deloitte calcs, emails and 941-Xs for file. | 0.8 | $ 430 | 323 |
| 4/14/2010 | CHURI, PRIYA BHARAT | Payroll Tax | 941-Xs to client for filing. Call with Deb. | 1.0 | $ 430 | 430 |
| 4/19/2010 | EFT, DAVID P | Payroll Tax | Multiple discussions with Deb Heikkinen regarding corrections of payroll tax filings to address retirement payments managed by TPA. | 0.9 | $ 610 | 549 |
| 4/6/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Finalize and send work plan to Carol Finke and John Forgach | 1.0 | $ 610 | 610 |
| 4/7/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Calculations, discussions with John Forgache. | 2.0 | $ 610 | 1,220 |
| 4/9/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Various calls with Jim Ritchie and John Forgach; f/u w/Priya Churi re: 2006 941Xs. | 2.5 | $ 610 | 1,525 |
| 4/12/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Conference call w/Northern Trust, Grace and AON re: 2006 Form 941-X; f/u calls with John Forgach, Pam Estes, Jim Ritchie & P Churi; TC-MMichelman Fed reserve & EFTPS process | 3.0 | $ 610 | 1,830 |
| 4/13/2010 | HEIKKINEN, DEBRA L | Payroll Tax | TC-Forgach, Estes, Paula S, Ritchie Y Churi re: 2006 941X | 2.0 | $ 610 | 1,220 |
| 4/14/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Reviewed 2006 AON calculations & DT 941-Xs, TC-P Churi re: #s and forms | 1.0 | $ 610 | 610 |

EXHIBIT C

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 4/22/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Prepare draft 2007-2010 SERP correction work plan | 1.0 | $ 610 | 610 |
| 4/23/2010 | HEIKKINEN, DEBRA L | Payroll Tax | TC-D. Walker (WNT) re: closing agreement; TC-John Forgach (Grace), Pam Estes (Grace) and Jim Ritchie (AON)re: plan and closing agreement; f/u w/D Walker | 1.0 | $ 610 | 610 |
| 4/26/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Prep for and call with D. Walker (WNT) re: IRS closing agreement; f/u w/D Walker and research bankruptcy | 1.0 | $ 610 | 610 |
| 4/5/2010 | KAGAN, ANDREA | Stock Option | Circular 35 | 1.0 | $ 510 | 510 |
| 4/26/2010 | KESHK, AHMAD G | Transfer Pricing | Conversations and research related to transfer pricing issues: Grace | 1.0 | $ 680 | 680 |
| 4/27/2010 | KESHK, AHMAD G | Transfer Pricing | Conversations and research related to transfer pricing issues: Grace | 1.0 | $ 680 | 680 |
| 4/28/2010 | KESHK, AHMAD G | Transfer Pricing | Conversations and research related to transfer pricing issues: Grace | 1.0 | $ 680 | 680 |
| 4/29/2010 | KESHK, AHMAD G | Transfer Pricing | Conversations and research related to transfer pricing issues: Grace | 1.0 | $ 680 | 680 |
| 4/30/2010 | KESHK, AHMAD G | Transfer Pricing | Conversations and research related to transfer pricing issues: Grace | 1.0 | $ 680 | 680 |
| 4/29/2010 | MILAN, EDUARDO O | Property Tax | PR Property Tax Return preparation | 0.2 | $ 80 | 16 |
| 4/8/2010 | MONTANEZ, ANA DELIA | Closing Agreement | Closing Agreement to reduce penalties on late filings of the property tax returns | 0.8 | $ 190 | 152 |
| 4/19/2010 | MONTANEZ, ANA DELIA | Closing Agreement | Closing Agreement to reduce penalties on late filings of the property tax returns | 1 | $ 190 | 190 |
| 4/20/2010 | MONTANEZ, ANA DELIA | Closing Agreement | Closing Agreement to reduce penalties on late filings of the property tax returns | 2.8 | $ 190 | 532 |
| 4/22/2010 | MONTANEZ, ANA DELIA | Closing Agreement | Closing Agreement to reduce penalties on late filings of the property tax returns | 2 | $ 190 | 380 |
| 4/23/2010 | MONTANEZ, ANA DELIA | Closing Agreement | Closing Agreement to reduce penalties on late filings of the property tax returns | 1.8 | $ 190 | 342 |
| 4/29/2010 | MONTANEZ, ANA DELIA | Closing Agreement | Closing Agreement to reduce penalties on late filings of the property tax returns | 1.7 | $ 190 | 323 |
| 4/22/2010 | OTERO, MARIA D | PR property tax returns | PR Property Tax Return preparation | 0.5 | $ 335 | 168 |
| 4/23/2010 | OTERO, MARIA D | PR property tax returns | Darex - conf call with Joe Bahorich | 0.5 | $ 335 | 168 |

EXHIBIT C

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 4/29/2010 | OTERO, MARIA D | PR property tax returns | E-MAIL TO JOE BAHORICH WITH SUMMARY OF PHONE CONVERSATION AND PROPOSED STEPS TO FOLLOW | 0.7 | $ 335 | 235 |
| 4/7/2010 | PEVARNIK, THOMAS R JR | Payroll Tax | Calculations, discussions with John Forgache. | 0.5 | $ 610 | 305 |
| 4/29/2010 | RODRIGUEZ, ALMA E | Closing Agreement | Closing Agreement to reduce penalties on late filings of the property tax returns | 0.5 | $ 80 | 40 |
| 4/20/2010 | RODRIGUEZ, ZULMA | PR property tax returns | Darex- follow up info for property return | 0.4 | $ 255 | 102 |
| 4/7/2010 | SHAIKH, WAQAS UDDIN | Payroll Tax | Worked with Deb on a Matrix for W.R.Grace showing all payments for FICA/FUTA. | 1.5 | $ 260 | 390 |
| 4/12/2010 | SHAIKH, WAQAS UDDIN | Payroll Tax | Sat on a call with John Forgach, Jim and Northern Trust | 0.5 | $ 260 | 130 |
| 4/21/2010 | SHAIKH, WAQAS UDDIN | Payroll Tax | Worked on editing and cutting out the CAD files for P.Churi and DH. | 0.5 | $ 260 | 130 |
| 4/22/2010 | TORRES RODRIGUEZ, ARNALDO JOSE | Closing Agreement | In my visit to the CRIM, I obtained the debt certificate for Darex PR Inc. Closing Agreement to reduce penalties on late filings of the property tax returns. | 1.0 | $ 80 | 80 |
| 4/23/2010 | WALKER, DEBORAH | Payroll Tax | re: closing agreement; TC-John Forgach (Grace), Pam Estes (Grace) and Jim Ritchie (AON)re: plan and closing agreement; f/u w/D Walker | 0.5 | $ 680 | 340 |
| 4/26/2010 | WALKER, DEBORAH | Payroll Tax | call re: IRS closing agreement; f/u w/D Heikkinen | 1.0 | $ 680 | 680 |
| | **Fees for April 2010** | | | **51.8** | | **23,228** |