## **EXHIBIT A**

## **VERIFICATION OF JARED GORDON**

PHILADELPHIA

COMMONWEALTH OF PENNSYLVANIA:

    Jared Gordon, after being duly sworn according to law, deposes and says:

    a)      I am a partner with the applicant firm of Deloitte Tax LLP.

    b)      I have personal knowledge of Deloitte Tax LLP's retention as tax service providers to the Debtors in these Chapter 11 cases.

    c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have been informed of Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 330 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Jared Gordon
Principal

SWORN AND SUBSCRIBED
before me this 26th day of August, 2010

Nilda D Rosado
Notary Public
My Commission Expires: December 11, 2011

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
NILDA I ROSADO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires December 11, 2011

4

EXHIBIT B

**W. R. Grace**
**Hours Spent by Each Person**
**May 1 through May 30, 2010 (Deloitte Tax LLP)**

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| BESSINGER, RANDALL J | 8.0 | $510 | 4,080 |
| DUNLAP, PAMELA J | 24.0 | $510 | 12,240 |
| FIELMAN, TRACEY A | 1.0 | $610 | 610 |
| KEENAN, JOHN R | 2.3 | $610 | 1,373 |
| RAYNARD, SANDRA L | 4.4 | $510 | 2,244 |
| **Interest Netting Review** | **39.65** | | **20,547** |
| CHURI, PRIYA BHARAT | 5.0 | $430 | 2,150 |
| WALKER, DEBORAH | 0.5 | $680 | 340 |
| **Payroll Tax** | **5.5** | | **2,490** |
| MILAN, EDUARDO O | 0.2 | $80 | 16 |
| MORALES, SONIA IRIS | 1.0 | $80 | 80 |
| OJEDA, ELDRA I | 0.25 | $80 | 20 |
| OTERO, MARIA D | 0.5 | $335 | 168 |
| RODRIGUEZ, ZULMA | 5.0 | $255 | 1,275 |
| ROSSY, ALBERTO JOSE | 0.6 | $190 | 114 |
| TRAVERSO, NELSON ORWIL | 8.5 | $190 | 1,615 |
| **PR Property Tax Returns** | **16.1** | | **3,288** |
| HERNANDEZ, ALVARO JOSE | 0.20 | 190 | 38 |
| MONTANEZ, ANA DELIA | 10.5 | $190 | 1,995 |
| OTERO, MARIA D | 2.5 | $335 | 838 |
| RODRIGUEZ, ALMA E | 1.0 | $80 | 80 |
| RODRIGUEZ, ZULMA | 1.0 | $255 | 255 |
| **Closing Agreement Tax Returns** | **15.2** | | **3,206** |
| **Subtotal Deloitte Tax LLP Fees for April 2010** | **76.40** | | **$29,530** |
| Discount for Fixed Fee for Property Tax Returns | | | ($176) |
| **Total Deloitte Tax LLP Fees for April 2010** | | | **$41,281** |

EXHIBIT C

| W. R. Grace Hours Detail May 1 through May 31, 2010 (Deloitte Tax LLP) |||||||
|---|---|---|---|---|---|---|

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 5/11/2010 | BESSINGER, RANDALL J | Interest Netting Review | review CTA file prepared by WRGrace, prepare incremental tax comps from Grace's file, | 1.00 | 510 | 510 |
| 5/12/2010 | BESSINGER, RANDALL J | Interest Netting Review | review CTA file prepared by WRGrace, prepare incremental tax comps from Grace's file, | 1.50 | 510 | 765 |
| 5/13/2010 | BESSINGER, RANDALL J | Interest Netting Review | review CTA file prepared by WRGrace, prepare incremental tax comps from Grace's file, e-mails requesting call with Andree on Wednesday | 1.00 | 510 | 510 |
| 5/27/2010 | BESSINGER, RANDALL J | Interest Netting Review | further review of documents with P Dunlap | 2.50 | 510 | 1275 |
| 5/28/2010 | BESSINGER, RANDALL J | Interest Netting Review | conference call with Jared and David Libow, call with Jared, call with P Dunlap on calls | 2.00 | 510 | 1020 |
| 5/12/2010 | CHURI, PRIYA BHARAT | Payroll Tax | payroll returns. | 5.00 | 430 | 2150 |
| 5/10/2010 | DUNLAP, PAMELA J | Interest Netting Review | Respond to initial requests for assistance with an interest review; conference call with client (Carol Finke and David Lebow) and S. Raynard; review of documentation provided by client, f/u call with S. Raynard | 4.00 | 510 | 2040 |
| 5/11/2010 | DUNLAP, PAMELA J | Interest Netting Review | multiple calls with R. Bessinger regarding prior WR Grace work, call with C. Willis regarding hours for possible CTA project needed | 3.50 | 510 | 1785 |
| 5/12/2010 | DUNLAP, PAMELA J | Interest Netting Review | Various e-mails with client and DT personnel regarding findings and next steps | 3.60 | 510 | 1836 |
| 5/13/2010 | DUNLAP, PAMELA J | Interest Netting Review | conference call with client including Keenan, Bessinger and Raynard; various e-mails regarding conflicting facts provided by client | 0.70 | 510 | 357 |
| 5/14/2010 | DUNLAP, PAMELA J | Interest Netting Review | discussion with S. Raynard regarding her discussion with Carol Finke, began reading of supporting documentation sent by Carol | 0.60 | 510 | 306 |
| 5/18/2010 | DUNLAP, PAMELA J | Interest Netting Review | review CTA file prepared by WRGrace, prepare incremental tax comps from Grace's file, e-mails requesting call with Andree on Wednesday | 4.60 | 510 | 2346 |
| 5/19/2010 | DUNLAP, PAMELA J | Interest Netting Review | Continued review of CTA file, finished preparing incremental tax computations and comparing to IRS version; call with Andree, e-mails with Andree, call with Randy to discuss CTA file issues and how to proceed, e-mail to Tracey Fielman regarding issues | 4.70 | 510 | 2397 |
| 5/20/2010 | DUNLAP, PAMELA J | Interest Netting Review | e-mails with Andree, and then Randy/Sandy | 0.20 | 510 | 102 |
| 5/24/2010 | DUNLAP, PAMELA J | Interest Netting Review | David Libow call; IM/call with S. Raynard, e-mails with T. Fielman to discuss issues | 0.50 | 510 | 255 |
| 5/26/2010 | DUNLAP, PAMELA J | Interest Netting Review | conference call with Jared, Tracey, Randy and Sandy regarding status update, engagement letter/sow concerns; prep call with Sandy regarding purpose of call | 0.90 | 510 | 459 |

EXHIBIT C

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 5/27/2010 | DUNLAP, PAMELA J | Interest Netting Review | conference call with Jared and David Libow, call with Jared, call with R. Bessinger update based on calls; e-mail from Andree, forward docs to Randy | 0.70 | 510 | 357 |
| 5/24/2010 | FIELMAN, TRACEY A | Interest Netting Review | t/c with pam re; findings/issues with bna comps/interest - how to proceed | 0.50 | 610 | 305 |
| 5/26/2010 | FIELMAN, TRACEY A | Interest Netting Review | BNA and int comps - t/c with pam, randy, sandy and jared re: questions on engmt; preliminary findings; issues; | 0.50 | 610 | 305 |
| 5/26/2010 | HERNANDEZ, ALVARO JOSE | Closing Agreement | Closing Agreement to reduce penalties on late filings of property tax returns | 0.20 | 190 | 38 |
| 5/11/2010 | KEENAN, JOHN R | Interest Netting Review | review CTA file prepared by WRGrace, prepare incremental tax comps from Grace's file, | 1.00 | 610 | 610 |
| 5/12/2010 | KEENAN, JOHN R | Interest Netting Review | Review emails from Pan Dunlap & Randy Bessinger; respon to emails. | 0.50 | 610 | 305 |
| 5/13/2010 | KEENAN, JOHN R | Interest Netting Review | Communication with Pam Dunlap on computation/ interest issues; call with client etc. | 0.75 | 610 | 457.5 |
| 5/10/2010 | MILAN, EDUARDO O | Property Tax | Preparation of PR Property Tax Returns | 0.20 | 80 | 16 |
| 5/3/2010 | MONTANEZ, ANA DELIA | Closing Agreement | Closing Agreement to reduce penalties on late filings of property tax returns | 1.40 | 190 | 266 |
| 5/4/2010 | MONTANEZ, ANA DELIA | Closing Agreement | Closing Agreement to reduce penalties on late filings of property tax returns | 1.00 | 190 | 190 |
| 5/5/2010 | MONTANEZ, ANA DELIA | Closing Agreement | Closing Agreement to reduce penalties on late filings of property tax returns | 0.40 | 190 | 76 |
| 5/12/2010 | MONTANEZ, ANA DELIA | Closing Agreement | Closing Agreement to reduce penalties on late filings of property tax returns | 1.40 | 190 | 266 |
| 5/13/2010 | MONTANEZ, ANA DELIA | Closing Agreement | Closing Agreement to reduce penalties on late filings of property tax returns | 1.80 | 190 | 342 |
| 5/17/2010 | MONTANEZ, ANA DELIA | Closing Agreement | Closing Agreement to reduce penalties on late filings of property tax returns | 0.40 | 190 | 76 |
| 5/18/2010 | MONTANEZ, ANA DELIA | Closing Agreement | Closing Agreement to reduce penalties on late filings of property tax returns | 1.50 | 190 | 285 |
| 5/19/2010 | MONTANEZ, ANA DELIA | Closing Agreement | Closing Agreement to reduce penalties on late filings of property tax returns | 0.80 | 190 | 152 |
| 5/24/2010 | MONTANEZ, ANA DELIA | Closing Agreement | Closing Agreement to reduce penalties on late filings of property tax returns | 0.80 | 190 | 152 |
| 5/26/2010 | MONTANEZ, ANA DELIA | Closing Agreement | Closing Agreement to reduce penalties on late filings of property tax returns | 1.00 | 190 | 190 |
| 5/11/2010 | MORALES, SONIA IRIS | Tax | Preparation of PR Property Tax Returns | 0.50 | 80 | 40 |
| 5/19/2010 | MORALES, SONIA IRIS | Tax | Preparation of PR Property Tax Returns | 0.50 | 80 | 40 |
| 5/27/2010 | OJEDA, ELDRA I | Tax | Preparation of PR Property Tax Returns | 0.25 | 80 | 20 |
| 5/3/2010 | OTERO, MARIA D | Property Tax | PR Property Tax Returns | 0.50 | 335 | 167.5 |
| 5/4/2010 | OTERO, MARIA D | Closing Agreement | Closing Agreement to reduce penalties on late filings of property tax returns | 0.70 | 335 | 234.5 |
| 5/12/2010 | OTERO, MARIA D | Closing Agreement | Closing Agreement to reduce penalties on late filings of property tax returns | 0.30 | 335 | 100.5 |
| 5/13/2010 | OTERO, MARIA D | Closing Agreement | Closing Agreement to reduce penalties on late filings of property tax returns | 1.50 | 335 | 502.5 |
| 5/10/2010 | RAYNARD, SANDRA L | Interest Netting Review | Respond to initial requests for assistance with an interest review; conference call with client (Carol Finke and David Lebow); review of documentation provided by client, f/u call with S. Raynard | 0.50 | 510 | 255 |
| 5/11/2010 | RAYNARD, SANDRA L | Interest Netting Review | Additional email traffic regarding initial requests for assistance with an interest review; conference call with client (Carol Finke and David Lebow); review of documentation provided by client, f/u call with S. Raynard | 0.50 | 510 | 255 |

EXHIBIT C

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 5/12/2010 | RAYNARD, SANDRA L | Interest Netting Review | review CTA file prepared by WRGrace, prepare incremental tax comps from Grace's file, | 0.50 | 510 | 255 |
| 5/13/2010 | RAYNARD, SANDRA L | Interest Netting Review | Emails & req for conf call @ 12:15 & I hosted & call went well & Carol Finke called late & shared addt'l entity info that 1988-4/1/96 all entities were the same corp under Foresenias. | 1.50 | 510 | 765 |
| 5/14/2010 | RAYNARD, SANDRA L | Interest Netting Review | Multiple attachments and updated items shared with PD, RB, & JK as Carol Finkd from W.R. Grace called me direct after our conference call. | 0.50 | 510 | 255 |
| 5/20/2010 | RAYNARD, SANDRA L | Interest Netting Review | Responing to emails regarding entity & Form 1120 consolidates issues. | 0.20 | 510 | 102 |
| 5/24/2010 | RAYNARD, SANDRA L | Interest Netting Review | Call to client to discuss problem with F2285 & discussion necessary with group ldr & affirm that we will let him know the outcome as soon as possible. | 0.20 | 510 | 102 |
| 5/26/2010 | RAYNARD, SANDRA L | Interest Netting Review | Conference call to discuss interest allocation project with Jared Gordon | 0.50 | 510 | 255 |
| 5/26/2010 | RODRIGUEZ, ALMA E | Closing Agreement | Closing Agreement to reduce penalties on late filings of property tax returns | 1.00 | 80 | 80 |
| 5/24/2010 | RODRIGUEZ, ZULMA | Closing Agreement | Closing Agreement to reduce penalties on late filings of property tax returns | 1 | 255 | 255 |
| 5/7/2010 | RODRIGUEZ, ZULMA | Property Tax | checking info and discussing with staff for property return | 0.50 | 255 | 127.5 |
| 5/10/2010 | RODRIGUEZ, ZULMA | Property Tax | discussing missing info and changes to email to request info | 1.00 | 255 | 255 |
| 5/12/2010 | RODRIGUEZ, ZULMA | Property Tax | working with staff, review email missing info and calling client to discuss | 0.50 | 255 | 127.5 |
| 5/13/2010 | RODRIGUEZ, ZULMA | Property | calling client to discuss missing info, review | 3.00 | 255 | 765 |
| 5/13/2010 | ROSSY, ALBERTO JOSE | Property Tax | Make Corrections to property tax extension | 0.50 | 190 | 95 |
| 5/24/2010 | ROSSY, ALBERTO JOSE | Property Tax | Evaluations discussions Marcos (0.5 Total) | 0.10 | 190 | 19 |
| 5/8/2010 | TRAVERSO, NELSON ORWIL | Property Tax | PPT EXTENSION - REVIEW PRIOR YEAR WORKPAPERS. BEGIN PREPARATION OF EXTENSION. REQUEST SENIOR TO FORWARD ME THE PPT DETAILS. SEGREGATE FIXED ASSETS INTO GROUPINGS. REVIEW CLIENT PREPARED MRV CALCULATION. | 2.60 | 190 | 494 |
| 5/10/2010 | TRAVERSO, NELSON ORWIL | Property Tax | DAREX PPT EXTENSION - PREPARE EXTENSION, VERIFY MRV PREPARED BY CLIENT. SEARCH FOR ADDITIONAL PERSONAL PROPERTY NOT INCLUDED IN DETAILS. INCLUDED ADDITIONAL PROP FROM TB NOT IN DETAILS. DISCUSS INVENTORY DETAIL SINCE IT INCLUDES RAW MATERIALS. INFO REQ. | 3.30 | 190 | 627 |
| 5/12/2010 | TRAVERSO, NELSON ORWIL | Property Tax | PPT EXTENSION - RECEIVE INVENTORY INFO. REVIEW AND DETERMINE THAT INFORMATION FOR RESERVE AND IN TRANSIT IS NEEDED FOR AVERAGE CALCULATION. EMAIL INFO REQUEST. CALL JOE BAHORICH (NO ANSWER) | 0.80 | 190 | 152 |
| 5/13/2010 | TRAVERSO, NELSON ORWIL | Property Tax | PPT EXTENSION - FOLLOW UP CALL TO JOE (NO ANSWER). PREPARE EXT WITH AVAILABLE INFO. RECEIVE EMAIL WITH INFO. REVIEW AND DETERMINE THAT INFO IS NOT WAHT WE NEEDED. DISCUSS AVERAGE INVENTORY CALCULATION. | 1.70 | 190 | 323 |

EXHIBIT C

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 5/24/2010 | TRAVERSO, NELSON ORWIL | Property Tax | YEAR END EVALUATION ALLOCATION | 0.10 | 190 | 19 |
| 5/21/2010 | WALKER, DEBORAH | Payroll Tax | Follow on work with PC regarding payroll tax project. | 0.50 | 680 | 340 |
| | **Fees for May 2010** | | | 76.40 | | 29,530 |