## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., *et al.*, | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

### FEE AUDITOR'S FINAL REPORT REGARDING FIFTH[1] QUARTERLY INTERIM VERIFIED APPLICATION OF THE LAW OFFICES OF JANET S. BAER, P.C., FOR THE INTERIM PERIOD FROM JANUARY 1, 2010, THROUGH MARCH 31, 2010

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Fifth Quarterly Interim Verified Application of The Law Offices of Janet S. Baer, P.C., for the Interim Period from January 1, 2010 through March 31, 2010 (the "Application").

### BACKGROUND

1. The Law Offices of Janet S. Baer, P.C. ("Baer P.C."), was retained as co-counsel to the Debtors and Debtors-in-Possession. In the Application, Baer P.C. seeks approval of fees totaling $474,577.50 and expenses totaling $8,019.81 for its services from January 1, 2010 through March 31, 2010 (the "Thirty-Sixth Interim Period" or the "Application Period").

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330,

---

[1]Although Baer P.C. has entitled this Application its "Fifth Quarterly," it covers the Thirty-Sixth Interim Period.

**FEE AUDITOR'S FINAL REPORT** - Page 1
wrg FR Baer 36Q 1-3.10.wpd

Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2010, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served an initial report on Baer P.C., and received a response from Baer P.C., portions of which response are quoted herein.

## DISCUSSION

3.    In our initial report, we noted several time entries in which there was a discrepancy between the total time billed and the time recorded in parentheses. See Exhibit "A." We asked Baer P.C. whether it agreed that fee adjustments were warranted for these time entries, and Baer P.C. responded:

> . . . We have reviewed these entries and gone back to the raw time and agree with all of the discrepancies and adjustments you suggest except for item (j) on Exhibit A. In item (j), the total time listed for JSB for the 2/10/10 entry is correct at 2.30 hours. However, there is a portion of the time description missing. The full correct entry is as follows:
>
>> "Review memo on CNA objections outstanding (.20); confer with L. Esayian and T. Freedman re One Beacon Stipulation issues (.40); review and revise Plan Objection Chart to reflect all recent Stipulations and matters resolved pending final documentation (1.50); prepare correspondence re same (.20)."
>
> As a result of the above, we believe a total reduction of $1,872.00 in fees is appropriate ($2,497.00 in overcharges for RJH time (less) the $625.00 undercharge for JSB time). We apologize for these errors. . . .  (W)e believe we have put procedures in place to avoid this problem in the future.

We appreciate Baer P.C.'s response and recommend a reduction of $1,872.00 in fees.

4.  We noted the following meal expense which appeared slightly excessive:

| 1/04/10 | $63.24 | Westin Convention Center Pittsburgh – Room service dinner during late night work for one person |

It appears to us that one person can dine satisfactorily at dinner for $55 in most locales. In response to our inquiry, Baer P.C. stated: "In paragraph 4 of the Initial Report, you suggest a dinner reimbursement should be slightly adjusted to fall within the target $55.00 dinner allowance. We have no objection to this suggested reduction of $8.24." We appreciate Baer P.C.'s response and recommend a reduction of $8.24 in expenses.

## CONCLUSION

5.  Thus, we recommend approval of $472,705.50 in fees ($474,577.50 minus $1,872.00) and $8,011.57 in expenses ($8,019.81 minus $8.24) for Baer P.C.'s services for the Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
Warren H. Smith
Texas State Bar No. 18757050

325 North St. Paul Street, Suite 1250
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 30th day of August, 2010.

_____
Warren H. Smith

## SERVICE LIST
Notice Parties

**The Applicant**
Janet S. Baer
The Law Offices of Janet S. Baer, P.C.
70 W. Madison St., Suite 2100
Chicago, IL 60602

**The Debtors**
Richard Finke
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
Deanna Boll
Holly Bull
Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022-4611

Laura Davis Jones, Esq.
James R. O'Neill
Pachulski, Stang, Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K. D. Currier
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801

## EXHIBIT "A"

a.   01/12/10   RJH   5.90   2,802.50   Legal research and revise motion re employee claims issues (.90); prepare for and participate in telephone conference with J. Forgach re Wright employment claim and other issues (1.30); review and analyze open claims issues (1.30); telephone conference with J. Baer re various claims and other issues (.60).

The time recorded in parentheses totals 4.10 hours for total fees of $1,873.00. Thus, it appears there is an overcharge of $929.50.

b.   01/15/10   RJH   4.60   2,185.00   Legal research and revise motion re employee claims issues (1.20); telephone conferences with various parties re same (.70); revise notice re same (1.60); prepare motion and notice for filing and file same (.90).

The time recorded in parentheses totals 4.40 hours for total fees of $2,090.00. Thus, it appears there is an overcharge of $95.00.

c.   01/28/10   RJH   2.10   997.50   Legal analysis re various claims issues (1.10); legal analysis re non-U.S. employee claims (.30); analysis re Rowe/Indmar claims (.50).

The time recorded in parentheses totals 1.90 hours for total fees of $902.50. Thus, it appears there is an overcharge of $95.00.

d.   01/12/10   RJH   5.20   2,470.00   Review and analyze L/C Facility documents and revise L/C motion re same (3.70); exchange correspondence with various parties re same (.60); telephone conferences with J. McFarland re same

                                                                        (.80).

        The time recorded in parentheses totals 5.10 hours for total fees of $2,422.50. Thus, it appears there is an overcharge of $47.50.

| | | | | | |
|---|---|---|---|---|---|
| e. | 2/15/10 | RJH | 5.50 | 2,612.50 | Analyze various claims issues (1.10); reconcile tax claim analyses (1.20); analyze and revise claims reports (2.20). |

        The time recorded in parentheses totals 4.50 hours for total fees of $2,137.50. Thus, it appears there is an overcharge of $475.00.

| | | | | | |
|---|---|---|---|---|---|
| f. | 2/25/10 | RJH | 7.30 | $3,467.50 | Prepare for and participate in telephone conference with J. O'Neill and M. Araki re employee claims omnibus objection (.90); revise same (5.50); prepare same for filing (.70). |

        The time recorded in parentheses totals 7.10 hours for total fees of $3,372.50. Thus, it appears there is an overcharge of $95.00.

| | | | | | |
|---|---|---|---|---|---|
| g. | 2/4/10 | RJH | 9.20 | $4,370.00 | Exchange correspondence with S. Tetro re L/C Facility Motion (.40); telephone conference with A. Krieger re same (.60); telephone conferences with J. McFarland re same (.80); telephone conferences with J. Baer re same (.30); revise form of Facility Order (1.30); revise form of Facility Agreement (1.50); telephone conference with J. Moran re same and other issues (.60); telephone conference with C. Greco re same (.50); draft certificate of counsel re LC Facility Motion (1.60); exchange correspondence with various parties re same (.60). |

        The time recorded in parentheses totals 8.2 hours for total fees of $3,895.00. Thus, it appears there is an overcharge of $475.00.

| | | | | | |
|---|---|---|---|---|---|
| h. | 2/16/10 | RJH | 3.5 | $1,662.50 | Prepare for and participate in February omnibus hearing re LC Facility matters (2.20); follow up and exchange correspondence with various parties re exhibits to LC Facility order (.70). |

The time recorded in parentheses totals 2.9 hours for total fees of $1,377.50. Thus, it appears there is an overcharge of $285.00.

| | | | | | |
|---|---|---|---|---|---|
| i. | 2/15/10 | JSB | 2.10 | $1,312.50 | Review and organize materials for 2/16 Omnibus hearing (.60); prepare for same (1.50); review summaries re Exit facility and LC Agreement and further review Exit facility letters (1.0). |

The time recorded in parentheses totals 3.10 hours for total fees of $1,937.50. Thus, it appears there is an undercharge of $625.00.

| | | | | | |
|---|---|---|---|---|---|
| j. | 2/10/10 | JSB | 2.30 | $1,437.50 | Review memo on CNA objections outstanding (.20); confer with L. Esayian and T. Freedman re One Beacon Stipulation issues and resolved pending final documentation (1.50); prepare correspondence re same (.20). |

The time recorded in parentheses totals 1.90 hours for total fees of $1,187.50. Thus, it appears there is an overcharge of $250.00.