<u>**EXHIBIT A**</u>

**July 2010 Fee Detail**

| Matter 3 | | Business Operations | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| JSB | 7/1/10 | Review and respond to inquiry re Ordinary Course contract issue (.30) | 0.30 | $625 | $ 187.50 |
| JSB | 7/6/10 | Review correspondence re Capgemini work issues re HRIS and review bankruptcy code re issues on same (.40) | 0.40 | $625 | $ 250.00 |
| JSB | 7/7/10 | Review correspondence re Capgemini and statement of work re same (.30); prepare suggestions re Capgemini language on OCP (.30) | 0.60 | $625 | $ 375.00 |
| JSB | 7/8/10 | Review further correspondence on Capgemini retention and work (.40) | 0.40 | $625 | $ 250.00 |
| JSB | 7/9/10 | Confer with J. McFarland and R. Higgins re B of A letter of credit issue (.30); review follow up correspondence re Capgemini matter and respond re same (.40) | 0.70 | $625 | $ 437.50 |
| JSB | 7/15/10 | Confer with M. Conron re potential public company or AllTech acquisition (.30); confer with J. O'Connell re same (.30) | 0.60 | $625 | $ 375.00 |
| RJH | 7/26/10 | Review and revise 10-Q submission re claims resolution and exchange correspondence with various parties re same (1.00). | 1.00 | $475 | $ 475.00 |
| RJH | 7/27/10 | Exchange correspondence with various parties re 10-Q submission re claims resolution and revise same (.70). | 0.70 | $475 | $ 332.50 |
| RJH | 7/29/10 | Telephone conference with R. Finke re 10-Q submission and follow up re same (.30). | 0.30 | $475 | $ 142.50 |
| Total | | | 5.00 | | $2,825.00 |

| | Matter 4 | | Case Administration | | |
|---|---|---|---|---|---|
| **Attorney** | **Date** | **Description** | **Time** | **Rate** | **Amount** |
| JSB | 7/6/10 | Confer re International Paper status/ claims (.30); review entered orders re 7/14 hearing and agenda and organize materials re same (.80); review and respond to inquiries re Canadian POC data (.40); prepare follow up correspondence re Canadian Substantial Contribution matter for 7/14 hearing and confer with Canadian Counsel re same (.30); confer with equity counsel re status of case (.30) | 2.10 | $625 | $1,312.50 |
| RJH | 7/6/10 | Attend to issues re various quarterly reports and exchange correspondence with various parties re same (1.30). | 1.30 | $475 | $ 617.50 |
| JSB | 7/7/10 | Review newly filed pleadings and attend to same (.40); review updated working list and further update same (.30) | 0.70 | $625 | $ 437.50 |
| RJH | 7/7/10 | Exchange correspondence with various parties re quarterly reports (.50). | 0.50 | $475 | $ 237.50 |
| JSB | 7/8/10 | Confer with R. Higgins re status of all issues, ongoing projects, and strategy re same (1.00) | 1.00 | $625 | $ 625.00 |
| RJH | 7/8/10 | Review and analyze report, prepare for filing and exchange correspondence with various parties re same (1.70). | 1.70 | $475 | $ 807.50 |
| RJH | 7/9/10 | Audit OCP report regarding amounts paid and other issues (2.90); telephone conferences with client and others re same (1.20); revise report to reflect updates to OCP roster (.90). | 5.00 | $475 | $2,375.00 |
| RJH | 7/12/10 | Revise OCP report and prepare for filing (.50). | 0.50 | $475 | $ 237.50 |
| RJH | 7/13/10 | Exchange correspondence with various parties re OCP issues (.20). | 0.20 | $475 | $ 95.00 |
| JSB | 7/14/10 | Review OCP report and prepare correspondence re same (.30) | 0.30 | $625 | $ 187.50 |
| RJH | 7/14/10 | Follow up re quarterly asset sale/settlement report (.30). | 0.30 | $475 | $ 142.50 |
| JSB | 7/20/10 | Review draft Canadian Quarterly Report and revise and update same (2.00); further revise Canadian Report with docket information and prepare transmittal re same (.40) | 2.40 | $625 | $1,500.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 7/21/10 | Review client comments on Canadian Status report and prepare further comments re same (.30); review and respond to numerous case inquiries (.40) | 0.70 | $625 | $ 437.50 |
| JSB | 7/22/10 | Review draft IOQ language on Claims and prepare correspondence re same (.30); review draft Quarterly Settlement and Sales reports and prepare comments re same (.40); review Grace inquiry re Arent Fox, review documents and respond re same (.40); confer with Grace vendor re electronic billing system (.50) | 1.60 | $625 | $1,000.00 |
| JSB | 7/23/10 | Further review and comment on revised Canadian report (.30); review and organize materials for outstanding projects (.50) | 0.80 | $625 | $ 500.00 |
| RJH | 7/23/10 | Exchange correspondence with various parties re quarterly asset and settlement reports (.50). | 0.50 | $475 | $ 237.50 |
| RJH | 7/26/10 | Revise and prepare quarterly settlement and asset reports for filing and exchange correspondence with various parties re same (.80). | 0.80 | $475 | $ 380.00 |
| JSB | 7/27/10 | Review correspondence and confer with R. Finke and J. Port re Fraudulent Conveyance fee matter (.30); confer with R. Higgins re status of various matters (.30); review NC claim stipulation and prepare comments re same (.30); confer with D. Boll re conflicts list for professionals and Fraudulent Conveyance fees (.40); review correspondence and documentation re claims status and respond re same (.30); review Canadian communication inquiry and respond re same (.30) | 1.90 | $625 | $1,187.50 |
| JSB | 7/28/10 | Review newly filed and received pleadings and attend to same (.80); review numerous case inquiries and respond re same (.40) | 1.20 | $625 | $ 750.00 |
| JSB | 7/29/10 | Review materials from Grace Vendor re electronic billing system (.30); confer with R. Higgins and Grace Vendor re same (.40); further confer with R. Higgins re same (.20) | 0.90 | $625 | $ 562.50 |
| RJH | 7/29/10 | Review and analyze critical dates list issues (.50). | 0.50 | $475 | $ 237.50 |
| Total | | | 24.90 | | $13,867.50 |

| Matter 6 | | Claims Analysis Objection and Resolution (Non-Asbestos) | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| JSB | 7/1/10 | Confer with J. Young re status of CNA claims discussions and way to proceed (.30); prepare follow up re same (.10) | 0.40 | $625 | $ 250.00 |
| RJH | 7/1/10 | Prepare for and participate in telephone conference with I. Slomka re Massachusetts Tax Settlement Agreement (.60); revise same (.90); draft and revise Fresenius side agreement (2.90); exchange correspondence re Massachusetts tax issues with various parties (.50); prepare for and participate in telephone conference with J. Hughes and counsel for Norfolk Southern re Norfolk Southern claim (.70); follow-on telephone conference with J. Hughes re same (.50); exchange correspondence with various parties re open claims issues (.40). | 6.50 | $475 | $3,087.50 |
| RJH | 7/2/10 | Revise Fresenius agreement re Massachusetts tax issues and exchange correspondence with various parties re same (1.40); review various claims issues (.80). | 2.20 | $475 | $1,045.00 |
| JSB | 7/6/10 | Review materials re other outstanding Samson claims and status of same (1.10); prepare follow up re same (.20); review and respond to correspondence re Samson issues (.30) | 1.60 | $625 | $1,000.00 |
| RJH | 7/6/10 | Analyze issues re Hanmar/Hankin claim and exchange correspondence with various parties re same (.90); review and analyze late-filed claim issues (.70). | 1.60 | $475 | $ 760.00 |
| RJH | 7/7/10 | Review and analyze North Carolina tax claim issues (.80); review and analyze Rowe/Indmar claim issues and exchange correspondence with various parties re same (.70); revise Fresenius agreement and exchange correspondence with various parties re same (1.10); review and analyze various open claims issues (2.40). | 5.00 | $475 | $2,375.00 |
| JSB | 7/8/10 | Confer with CNA's counsel re status of Insurance analysis (.20); prepare correspondence to clients re same (.20) | 0.40 | $625 | $ 250.00 |

4

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 7/8/10 | Prepare for and confer with J. Baer re various open claims issues and other matters (1.50); revise reports re outstanding claims and other projects (1.50); Prepare for and participate in telephone conference with C. Finke and G. Hurwitz re Massachusetts tax settlement issues (.60); revise documents re same (1.20); exchange correspondence with various parties re same (.70); review correspondence from J. McGuire and exchange correspondence with various parties re same (.60); review documents re Hamilton Township claim and exchange correspondence re same (.50). | 6.60 | $475 | $3,135.00 |
| RJH | 7/9/10 | Review and analyze letter from J. McGuire re his renewed objection to disallowance of his employee claim (.70); exchange correspondence with various parties re same (.30); confer with J. Baer re various claims issues and follow up re same (.60); legal research re NJDEP issues (1.30). | 2.90 | $475 | $1,377.50 |
| JSB | 7/12/10 | Confer with R. Higgins re status of MA tax claim resolution (.30) | 0.30 | $625 | $ 187.50 |
| RJH | 7/12/10 | Telephone conference with T. Borders re Massachusetts tax settlement agreement and follow up re same (.70); exchange correspondence with various parties re same (.40); telephone conference with C. Finke and I. Slomka and follow up re same (.40); confer with J. Baer re same (.30); exchange correspondence with various parties re open claims issues (.40). | 2.20 | $475 | $1,045.00 |
| RJH | 7/13/10 | Exchange correspondence with various parties re open claims issues (.40); telephone conference with C. Finke re various claims and business issues (.90); review S. Byers letter and exchange correspondence re same (.40); telephone conference with E. Lieb re same (.50). | 2.20 | $475 | $1,045.00 |
| JSB | 7/14/10 | Review correspondence re MA DEP claim and related MA DEP claims and respond re same (.30); review correspondence from Texas Attorney General re 2009 Franchise tax and prepare follow up to client re same (.30); prepare correspondence re R. Locke claim (.30); prepare correspondence to Texas re franchise claim (.20) | 1.10 | $625 | $ 687.50 |

5

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 7/14/10 | Exchange correspondence with T. Borders re Massachusetts tax settlement issues and exchange correspondence with I. Slomka and C. Finke re same (.90); telephone conference with C. Finke re same (.50); telephone conference with J. Carignan re Hanmar/Hankin and follow up re same (.70); exchange correspondence and telephone conference with V. Finkelstein re same (.30); legal research re NJDEP issues (.90). | 3.30 | $475 | $1,567.50 |
| RJH | 7/15/10 | Telephone conference with D. Lennon re North Carolina tax settlement and follow up re same (.50); revise agreement re same and circulate (.50); exchange correspondence with C. Finke re same (.30); confer with J. Baer re various issues and follow up re same (.60); legal research re NJDEP issues (.90); exchange correspondence with various parties re Norfolk Southern (.60); | 3.40 | $475 | $1,615.00 |
| RJH | 7/16/10 | Telephone conference with J. Carignan re Hanmar/Hankin claim and follow up re same (.30); exchange correspondence with various parties and telephone conference with J. Hughes re Norfolk Southern (.50). | 0.80 | $475 | $ 380.00 |
| RJH | 7/19/10 | Exchange correspondence with J. Carignan re Hanmar/Hankin (.20); exchange correspondence with various parties and draft settlement offer re Norfolk Southern (.50). | 0.70 | $475 | $ 332.50 |
| RJH | 7/20/10 | Exchange correspondence with various parties re open claims issues (.50). | 0.50 | $475 | $ 237.50 |
| RJH | 7/22/10 | Confer re MA DOR claims issues (.20). | 0.20 | $475 | $ 95.00 |
| JSB | 7/22/10 | Review correspondence re MA DOR claims and set-off (.30); confer re same (.20) | 0.50 | $625 | $ 312.50 |
| RJH | 7/23/10 | Exchange correspondence with various parties re Neutocrete matter (.40); telephone conference with E. Lieb re Byers and McGuire letters (.50). | 0.90 | $475 | $ 427.50 |
| RJH | 7/26/10 | Telephone conference with J. O'Neill re J. McGuire letter to chambers and other issues (.60); analyze and resolve issues re same (.40); exchange correspondence with various parties re open claims issues (.50). | 1.50 | $475 | $ 712.50 |
| JSB | 7/27/10 | Review McGuire letter and confer with R. Higgins re same (.30) | 0.30 | $625 | $ 187.50 |

6

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 7/27/10 | Telephone conference with J. Forgach and E. Lieb re McGuire and Byers employee claim issues and follow up re same (1.20); draft letter to J. McGuire and exchange correspondence with various parties re same (1.80); prepare NCDOR stipulation for execution and prepare notice re same for filing (1.80); prepare for and participate in telephone conference with C. Finke, L. Gardner and J. Baer re MA DOR issues and follow up re same (.40); confer with J. Baer re various claims and other issues and follow up re same (.40). | 5.60 | $475 | $2,660.00 |
| JSB | 7/27/10 | Participate in call re MA DOR claims issues (.40) | 0.40 | $625 | $ 250.00 |
| RJH | 7/28/10 | Draft correspondence to S. Byers and exchange correspondence with various parties re same (1.20); telephone conference with C. Finke re Massachusetts tax settlement issues and exchange correspondence with various parties re same (1.50); exchange correspondence with D. Lennon re North Carolina tax settlement (.50); prepare same for filing (.90); | 4.10 | $475 | $1,947.50 |
| JSB | 7/29/10 | Review revised McGuire letter on employee claim issue (.20) | 0.20 | $625 | $ 125.00 |
| RJH | 7/29/10 | revise McGuire letter and exchange correspondence with various parties re same (.50). | 0.50 | $475 | $ 237.50 |
| RJH | 7/30/10 | Revise and transmit letter to J. McGuire and exchange correspondence with various parties re same (.50); exchange correspondence with R. Finke re employee claims issues and follow up re same (.30); investigate same and exchange correspondence and confer with J. Baer re same (.20). | 1.00 | $475 | $ 475.00 |
| Total | | | 56.90 | | $27,807.50 |

7

| Matter 8 | | Employee Benefits/Pension | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| JSB | 7/8/10 | Review AON retirement study in preparation for call with Committees re same (.30); participate in call re same (.70) | 1.00 | $625 | $ 625.00 |
| Total | | | 1.00 | | $ 625.00 |

9

| Matter 10 | | Employment Applications, Others | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| JSB | 7/8/10 | Review OCP report and follow up re issues on same (.40); review and respond to numerous inquiries re same (.30) | 0.70 | $625 | $ 437.50 |
| JSB | 7/22/10 | Confer with E. Eller and A. Campbell re conflicts searches and updated OCP affidavit (.30); prepare correspondence re same (.20) | 0.50 | $625 | $ 312.50 |
| Total | | | 1.20 | | $ 750.00 |

**Matter 11**                      **Employment Applications, Applicant**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 7/2/10 | Prepare June fee detail (1.00). | 1.00 | $475 | $ 475.00 |
| RJH | 7/6/10 | Prepare Sixth Quarterly Fee Application (2.00). | 2.00 | $475 | $ 950.00 |
| JSB | 7/12/10 | Review and revise June fee detail (.50) | 0.50 | $625 | $ 312.50 |
| RJH | 7/14/10 | Prepare June fee detail (1.50). | 1.50 | $475 | $ 712.50 |
| JSB | 7/15/10 | Prepare June, 2010 expense application (.50) | 0.50 | $625 | $ 312.50 |
| JSB | 7/28/10 | Final review of June fee application and confer re finalizing same (.30) | 0.30 | $625 | $ 187.50 |
| RJH | 7/28/10 | Prepare June fee application for filing and exchange correspondence with various parties re same (.50); prepare sixth quarterly fee application (1.50). | 2.00 | $475 | $ 950.00 |
| JSB | 7/29/10 | Review Second Quarter 2010 fee application (.40) | 0.40 | $625 | $ 250.00 |
| RJH | 7/29/10 | Prepare quarterly fee application (.80). | 0.80 | $475 | $ 380.00 |
| RJH | 7/30/10 | Prepare sixth quarterly fee application for filing and exchange correspondence with various parties re same (.40). | 0.40 | $475 | $ 190.00 |
| Total | | | 9.40 | | $4,720.00 |

| Matter 12 | | Fee Applications, Others | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| JSB | 7/12/10 | Review Fee Auditor's report re Canadian application (.40) | 0.40 | $625 | $ 250.00 |
| Total | | | 0.40 | | $ 250.00 |

**Matter 14**  **Hearings**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 7/1/10 | Confer with J. O'Neill re procedural issues on Fraudulent Conveyance adversary proceeding fees and Easthampton Order issues (.30) review and respond to inquiry from Oldon counsel re need for participation at hearing on motion (.30); follow up on various hearing issues (.20) | 0.80 | $625 | $ 500.00 |
| JSB | 7/7/10 | Review final 7/14 agenda and prepare correspondence re same (.30) | 0.30 | $625 | $ 187.50 |
| JSB | 7/8/10 | Confer with D. Hogan re status of Fee Auditor report and hearing participation re Substantial Contribution application (.20); review and respond to correspondence re same (.30); prepare correspondence re 7/14 hearing (.30) | 0.80 | $625 | $ 500.00 |
| JSB | 7/12/10 | Review and respond to correspondence re 7/14 hearing (.30); confer with T. Freedman re same (.20) | 0.50 | $625 | $ 312.50 |
| JSB | 7/13/10 | Confer with D. Hogan, T. Freedman, R. Finke, and Court re Omnibus hearing issues (.50); prepare correspondence re same (.40); confer with T. Freedman re coordination for Omnibus hearing (.20) | 1.10 | $625 | $ 687.50 |
| JSB | 7/14/10 | Review materials in preparation for July omnibus hearing (1.00); participate in July omnibus hearing (.50) | 1.50 | $625 | $ 937.50 |
| JSB | 7/22/10 | Review 8/7 agenda and prepare comments re same (.30) | 0.30 | $625 | $ 187.50 |
| JSB | 7/23/10 | Review and revise 8/7 agenda to address updated Plum Creek status (.30) | 0.30 | $625 | $ 187.50 |
| JSB | 7/30/10 | Review and respond to correspondence re 8/9 hearing issues (.30) | 0.30 | $625 | $ 187.50 |
| Total | | | 5.90 | | $3,687.50 |

| Matter 15 | | Litigation and Litigation Consulting | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| JSB | 7/1/10 | Review final filed Easthampton Order and COC and prepare correspondence re correcting same (.50); prepare revised COC for Walpole and correspondence re filing same (.70) | 1.20 | $625 | $ 750.00 |
| JSB | 7/6/10 | Review order on Walpole and prepare transmittal re same (.50); preview order on Easthampton and prepare transmittal re same (.50); review order on Employee claims and transmittal re same (.30); review Plum Creek motion re late POC and prepare correspondence re same (.40) | 1.70 | $625 | $1,062.50 |
| JSB | 7/7/10 | Review R. Spence comments on Otis PPA and confer with T. Freedman re same (.30); review R. Finke comments re same and prepare responses re same (.30); confer with W. Cocoran re Hamilton Township issues (.30); confer further with R. Emmett re same (.20); review and respond to numerous inquiries re Otis PPA issues (.30) | 1.40 | $625 | $ 875.00 |
| JSB | 7/8/10 | Review correspondence re Hamilton Township issues (.40); prepare correspondence re same (.30); review correspondence re Neutocrete and confer re same (.20) | 0.90 | $625 | $ 562.50 |
| JSB | 7/9/10 | Review Plum Creek motion to file late POC and supporting materials re same (2.70); confer re issues on research for same (.30) | 3.00 | $625 | $1,875.00 |
| JSB | 7/9/10 | Confer with R. Higgins re Hamilton Township Stipulation and new correspondence (.30); review documents re same and further confer re same (1.20); review correspondence re Ambrosia Chocolate Factory claim (.30) | 1.80 | $625 | $1,125.00 |
| RJH | 7/9/10 | Review and analyze Plum Creek papers and legal research re particular issues arising from same (.70). | .70 | $475 | $ 332.50 |
| JSB | 7/12/10 | Review client materials re Plum Creek (1.00); prepare chronology re same (1.20); confer with R. Higgins re same (.30); review case law re Plum Creek issues (.50) | 3.00 | $625 | $1,875.00 |
| RJH | 7/12/10 | Legal research re Plum Creek issue and confer multiple times with J. Baer re same (4.50). | 4.50 | $475 | $2,137.50 |

13

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 7/13/10 | Confer with R. Finke re Plum Creek, Samson, Contracts, Locke, and other claims (1.00); further confer re Plum Creek and prepare follow up re same (.40); review correspondence re NJDEP issues (.80); confer with R. Higgins re same (.30); prepare comments re same (.40); confer with T. Marchetta re same (.30); review correspondence, case law, and other documents re Plum Creek (1.30); participate in conference call with client re Plum Creek (.70); review and follow up re additional Plum Creek articles (.30); confer with J. Donley re Plum Creek status and strategy (.30) | 5.80 | $625 | $3,625.00 |
| RJH | 7/13/10 | Legal research re Plum Creek issue (2.20); review and analyze draft letter to NJDEP and Day Pitney memorandum re same and exchange correspondence with various parties re same (2.10); prepare for and participate in telephone conference with company and others re Plum Creek issues (.60). | 4.90 | $475 | $2,327.50 |
| RJH | 7/13/10 | Legal research and fact development re Plum Creek motion and response (2.50). | 2.50 | $475 | $1,187.50 |
| JSB | 7/14/10 | Review materials to expand Plum Creek chronology (1.20); confer with A. Krieger re status on Plum Creek (.30); confer with D. Felder re same (.30); prepare revised and expanded Plum Creek Chronology (4.00); confer with R. Higgins re Plum Creek status (.20); prepare transmittal re updated chronology (.30). | 6.30 | $625 | $3,937.50 |
| JSB | 7/15/10 | Confer with R. Higgins re Plum Creek status/ strategy (.30); confer with R. Higgins re NJ DEP status/ strategy (.30); review articles and information from Grace and research re Plum Creek (.80); review and respond to inquiries re same (.50) | 1.90 | $625 | $1,187.50 |
| RJH | 7/15/10 | Legal research and fact development re Plum Creek motion and response (2.50); draft memorandum re same (2.90). | 5.40 | $475 | $2,565.00 |
| RJH | 7/16/10 | Legal research and fact development re Plum Creek motion and response (7.50); exchange correspondence with various parties re same (.90). | 8.40 | $475 | $3,990.00 |
| JSB | 7/17/10 | Review correspondence and documentation on Plum Creek (5.30); confer with R. Higgins re same (1.80); confer with R. Higgins re conclusions from further document review (.50) | 7.60 | $625 | $4,750.00 |

14

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 7/17/10 | Legal research and fact development re Plum Creek motion and response (5.60); exchange correspondence with various parties re same (.90); confer with J. Baer re same and follow up (1.80). | 8.30 | $475 | $3,942.50 |
| RJH | 7/18/10 | Revise Plum Creek motion fact development outline (5.40); exchange correspondence with various parties re same (.30); confer with J. Baer re same and follow up (.50). | 6.20 | $475 | $2,945.00 |
| JSB | 7/19/10 | Review updated Plum Creek chronology in preparation for strategy call (.50); confer with R. Higgins, R. Finke, and J. Donley re Plum Creek status/ strategy (1.20); further confer with R. Higgins re same (.30); review Locke motion to lift stay and confer with R. Finke re same (.30); confer with T. Marchetta re NJ DEP issues/ strategy (.30); prepare correspondence re same (.40); review draft National Union Stipulation re claim allowance and prepare correspondence re same (.40); begin preparation of response to Plum Creek Motion to file late POC (1.20); review client comments on National Union Stipulation (.20); confer with A. Rich re Plum Creek issues and strategy (.30); confer with ACC and FCR re same (.30); review correspondence re NuStar comments re Otis PPA (.30); confer with Plum Creek counsel re Tolling Agreement proposal (.20); begin preparation of same (.70) | 6.60 | $625 | $4,125.00 |
| RJH | 7/19/10 | Prepare for and participate in telephone conference with J. Donley, R. Finke and J. Baer re Plum Creek strategies (1.50); exchange correspondence and telephone conference with L. Gardner re various Plum Creek issues (.90); revise chronology and exhibit lists (2.50); prepare for and participate in telephone conference with L. Gardner and R. Marriam re same (2.00); prepare for and participate in telephone conference with D. Felder, P. Lockwood, J. Baer, J. Donley et al. re Plum Creek motion (.50). | 7.40 | $475 | $3,515.00 |

15

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 7/20/10 | Continue preparation of Plum Creek tolling agreement (1.50); correspondence with R. Higigns re Plum Creek factual investigation (.20); prepare correspondence re draft tolling agreement (.20); review client comments on Plum Creek tolling agreement, further revise same and prepare transmittal re same (.80); review and respond to correspondence re further Plum Creek issues (.30); review and respond to correspondence re continuing issues re Nustar settlement (.30); prepare request for entry of Plum Creek Tolling Agreement and Order re same (1.40) | 4.70 | $625 | $2,937.50 |
| RJH | 7/20/10 | Prepare for and participate in telephone conference with R. Medler, R. Marriam and L. Gardner re Plum Creek issue (1.50); revise chronology re same (2.90); outline Medler affidavit re same (.80); review and comment on draft tolling agreement re same (.50); analyze issues re M. Araki e-mail correspondence and exchange further correspondence with J. Baer and M. Araki re same (.80). | 6.50 | $475 | $3,087.50 |
| JSB | 7/21/10 | Review letter from EPA and draft revised Consent Decree re Otis Pipeline (1.70); review various comments on draft Plum Creek tolling agreement and prepare correspondence re same (.30); prepare revised Plum Creek tolling agreement and correspondence re same (.40); review and respond to correspondence re Otis PPA and EPA Consent Decree (.30); review and respond to correspondence re Plum Creek matters (.40); review materials re Otis PPA in preparation for call with NuStar (.40); participate in call with NuStar re Otis PPA (1.10); further confer with client re same (.30); confer with J. McFarland re NU Stipulation and prepare comments/ correspondence re same (.50) | 5.40 | $625 | $3,375.00 |
| JSB | 7/22/10 | Review revised Otis PPA comments and prepare comments thereon (.30); review comments to Plum Creek Tolling Agreement from Plum Creek and prepare transmittal re same (.40); further revise Plum Creek Tolling Agreement and prepare transmittals re same (1.00); confer re Plum Creek Tolling Agreement with co-counsel and review further comments re same (.40); follow up re CNA claims settlement status (.20); prepare final Plum Creek Tolling Agreement, request for approval, and order re same (1.50); prepare transmittal re same (.30) | 4.10 | $625 | $2,562.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 7/23/10 | Review Plum Creek comments to Request for Entry and make final revisions re same (.40); prepare transmittal and instructions re filing Plum Creek Tolling Agreement (.30); confer with J. Young re status of CNA general liability claims review and related issues (.30); review the EPA's new draft of the Otis Consent Decree as compared to our February draft (.50); prepare comments re same (.30); review draft MA DEP environmental settlement and confer briefly re same (.70); review R. Spence comments on EPA Otis Consent Agreement (.30); review and respond to correspondence re Otis status and related issues (.30) | 3.10 | $625 | $1,937.50 |
| RJH | 7/23/10 | Analyze additional client documents re Plum Creek matter (1.30). | 1.30 | $475 | $ 617.50 |
| RJH | 7/26/10 | review and analyze Neutocrete response to claim objection (3.50); telephone conference with J. Hughes re same (.90); | 4.40 | $475 | $2,090.00 |
| JSB | 7/27/10 | Review draft MA DEP Stipulation in preparation for client call re same (.40); confer with L. Gardner and E. Burke re MA DEP Stipulation and issues re same (.60); review R. Finke and R. Spence comments on Otis Consent Decree (.30); review and analyze Neutocrete Response and Affidavit (1.00) | 2.30 | $625 | $1,437.50 |
| RJH | 7/27/10 | Telephone conference with J. Hughes re Neutocrete filing and follow up re same (.50); | 0.50 | $475 | $ 237.50 |
| JSB | 7/28/10 | Further review Neutocrete response and documents and prepare comments re same (1.30); confer with R. Higgins re same (.80); follow up re Locke matter (.20); review Libby appeal on injunction (.50) | 2.80 | $625 | $1,750.00 |
| RJH | 7/28/10 | Review and analyze documents re Neutocrete filing and draft correspondence re same (1.50). | 1.50 | $475 | $ 712.50 |
| JSB | 7/29/10 | Participate in call with Grace representatives re Neutocrete response and issues (1.00); further confer with R. Higgins re same (.80); confer with R. Emmett and R. Finke re Otis Consent Decree issues (.70); review revised draft MA DEP Stipulation (.50); prepare revision to MA DEP Stipulation (.70) | 3.70 | $625 | $2,312.50 |
| RJH | 7/29/10 | Prepare for and lead telephone conference with E. Moeller and J. Hughes re Neutocrete filing (2.80); confer with J. Baer re same (.70); draft correspondence to J. Hughes re same (1.00). | 4.50 | $475 | $2,137.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 7/30/10 | Review S. Ct. Reply draft and prepare comments re same (re Montana appeal) (.40); review draft Neutocrete report outline and prepare comments re same (.40); review and respond to inquiries re various outstanding issues (.30) | 1.10 | $625 | $ 687.50 |
| RJH | 7/30/10 | Analyze client documents and Neutocrete filings (3.00); revise Plum Creek chronology and review client documents re same (.80). | 3.80 | $475 | $1,805.00 |
| Total | | | 139.20 | | $76,380.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| | | **Matter 16** — **Plan and Disclosure Statement** | | | |
| JSB | 7/1/10 | Review schedules re contracts and leases in light of Plan requirements (.50); prepare correspondence re same (.30) | 0.80 | $625 | $ 500.00 |
| JSB | 7/8/10 | Review correspondence re PD CMO and Exhibit 5 (.20); review correspondence re Plan and Exhibit amendments (.30); prepare follow up and comments re same (.20) | 0.70 | $625 | $ 437.50 |
| Total | | | 1.50 | | $ 937.50 |