## EXHIBIT B

## July 2010 Expense Detail

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Long Distance/Conference Telephone Charges/Internet | $745.14 |
| Travel Charge | $58.00 |
| Misc. Services (Pacer, Lexis) | $419.44 |
| **Total**: | **$1,222.58** |

## ITEMIZED EXPENSES

| Date | Amount | Service Description |
|---|---|---|
| 7/09/10 | $58.00 | Best Travel – Travel fee re cancelled July Omnibus hearing |
| 7/22/10 | $61.56 | Sprint – Broadband charge for Grace for July, 2010 |
| 7/23/10 | $63.65 | Long Distance Telephone – July Grace charges |
| 7/29/10 | $117.04 | Pacer charges for Grace for July, 2010 |
| 7/31/10 | $619.93 | InterCall- July Grace conference call charges |
| 7/30/10 | $302.40 | Lexis/Nexus – July charges for Grace |
| **Total** | **$1,222.58** | |

Total July 2010 Expenses: $1,222.58