# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**JULY 1, 2010 - JULY 31, 2010**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0013 | Business Operations | 0.6 | $   417.00 |
| 0014 | Case Administration | 7.4 | 1,456.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 5.4 | 3,789.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 11.6 | 8,242.00 |
| 0018 | Fee Application, Applicant | 4.2 | 1,404.00 |
| 0019 | Creditor Inquiries | 1.0 | 875.00 |
| 0020 | Fee Application, Others | 4.1 | 829.50 |
| 0021 | Employee Benefits, Pension | 3.2 | 2,224.00 |
| 0037 | Hearings | 1.4 | 1,003.00 |
|  |  |  |  |
|  | **Total** | **38.9** | **$ 20,240.00** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | August 12, 2010 |
| INVOICE NO. | 512147 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through July 31, 2010, including:

| | |
|---|---|
| RE | Business Operations |
| | 699843 0013 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/26/2010 | Attend to 7/22/10 earnings conference call. | Krieger, A. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.6 | $ 695 | $ 417.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 417.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 417.00 |

# STROOCK

| RE | Case Administration |
|----|---------------------|
|    | 699843  0014        |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/01/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.7 |
| 07/02/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |
| 07/06/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.9 |
| 07/08/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.2 |
| 07/09/2010 | Memorandum to MM, DM re arrangements for 07/14/10 hearing. | Krieger, A. | 0.1 |
| 07/12/2010 | Obtain and circulate recently docketed pleading in main case (.2); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.5 |
| 07/13/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.3 |
| 07/19/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.7 |
| 07/21/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.6 |
| 07/23/2010 | Obtain and circulate recently docketed pleadings in main case (.4); review case docket nos. 01-771, 09-644 and 09-807 (.3); obtain documents for attorney review (.5). | Mohamed, D. | 1.2 |
| 07/26/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.6 |
| 07/27/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.3 |
| 07/29/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/30/2010 | Obtain and circulate recently docketed pleading in main case (.2); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.1 | $ 695 | $ 69.50 |
| Mohamed, David | 7.3 | 190 | 1,387.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,456.50 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 1,456.50 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos)<br>699843  0015 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 07/12/2010 | Attend to Plum Creek Timberlands motion to allow late filed claims. | Krieger, A. | 2.7 |
| 07/13/2010 | Attend to Plum Creek Timberlands motion to file late claim. | Krieger, A. | 0.3 |
| 07/14/2010 | Telephone call J. Baer re Plum Creek Timberland motion to file a late claim and Debtors' position thereon. | Krieger, A. | 0.2 |
| 07/20/2010 | Telephone call J. Baer re agreement with Plum Creek to enter into a tolling agreement, with full reservation of rights, to put off further proceedings until after plan's effective date (.2); attend to J. Baer memorandum re proposed form of tolling agreement (.1); attend to draft agreement (.1). | Krieger, A. | 0.4 |
| 07/21/2010 | Attend to tolling agreement (.3); memoranda to J. Baer re comments to same (.2). Exchanged e-mails with KP re notices of docketing of appeal from 5/09 post-petition interest decision (.4); | Krieger, A. | 0.9 |
| 07/21/2010 | Attention to docketing of PPI appeals. | Pasquale, K. | 0.2 |
| 07/22/2010 | Attend to further email from J. Baer re revised tolling agreement and response with further comments. | Krieger, A. | 0.5 |
| 07/23/2010 | Attend to memoranda re docketing of appeal notices re May 2008 post-petition interest decision. | Krieger, A. | 0.2 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 5.2 | $ 695 | $ 3,614.00 |
| Pasquale, Kenneth | 0.2 | 875 | 175.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,789.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,789.00 |
|---|---|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/14/2010 | Attend to memorandum to the Committee re Plum Creek Timberlands' motion to file late claim. | Krieger, A. | 0.7 |
| 07/15/2010 | Memorandum to the Committee re 7/14/10 hearing (.7); memorandum to the Committee re Plum Creek Motion allowing late proofs of claim (5.8); memorandum to Committee member (.4). | Krieger, A. | 6.9 |
| 07/15/2010 | Review memo to Committee re 7/14/10 hearing (.2); review memo to Committee re Plum Creek (.4). | Kruger, L. | 0.6 |
| 07/16/2010 | Attend to Committee memorandum re Plum Creek motion and Debtors' position thereon. | Krieger, A. | 1.2 |
| 07/18/2010 | Attend to further revisions to Committee memorandum re Plum Creek motion. | Krieger, A. | 0.5 |
| 07/19/2010 | Memorandum to the Committee re Plum Creek's motion for approval of late filed claims. | Krieger, A. | 0.9 |
| 07/21/2010 | Telephone call Capstone re draft memorandum on Salaried Retirement Plan Design. | Krieger, A. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 11.0 | $ 695 | $ 7,645.00 |
| Kruger, Lewis | 0.6 | 995 | 597.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,242.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 8,242.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Fee Application, Applicant |
|---|---|
| | 699843  0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/19/2010 | Review and made changes to SSL's 111th monthly fee application. | Mohamed, D. | 0.6 |
| 07/26/2010 | Attend to June 2010 fee application. | Krieger, A. | 0.5 |
| 07/26/2010 | Review and made changes to SSL 111th monthly fee application. | Mohamed, D. | 0.3 |
| 07/27/2010 | Finalize Stroock's 111th monthly fee application for filing (.7); prepare certificate of service re same (.2). | Mohamed, D. | 0.9 |
| 07/28/2010 | Prepare and forward Stroock's 111th monthly fee application to local counsel for filing (.5); prepare and effectuate service re fee application (.7). | Mohamed, D. | 1.2 |
| 07/30/2010 | Attend to preparation of quarterly fee application. | Krieger, A. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.2 | $ 695 | $ 834.00 |
| Mohamed, David | 3.0 | 190 | 570.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,404.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,404.00 |
|---|---|

# STROOCK

| RE | Creditor Inquiries<br>699843  0019 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/02/2010 | Emails with creditor re: confirmation status. | Pasquale, K. | 0.2 |
| 07/06/2010 | Telephone conference creditor re plan status. | Pasquale, K. | 0.3 |
| 07/21/2010 | Telephone conference creditor re plan issues. | Pasquale, K. | 0.2 |
| 07/28/2010 | Telephone conference creditor re plan confirmation status. | Pasquale, K. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Pasquale, Kenneth | 1.0 | $ 875 | $ 875.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 875.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 875.00 |
|-----------------------|----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Fee Application, Others |
|---|---|
| | 699843  0020 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/06/2010 | Review Capstone's seventy-sixth monthly fee application in preparation for filing (.8); prepare notice and certificate of service re same and forward to local counsel for filing (.7); prepare and effectuate service re fee application (.6). | Mohamed, D. | 2.1 |
| 07/08/2010 | Attend to fee applications of other professionals. | Krieger, A. | 0.1 |
| 07/21/2010 | Finalize Capstone's 77th monthly fee application for filing (.7); prepare notice and certificate of service re same and forward to local counsel for filing (.6); prepare and effectuate service re fee application (.6). | Mohamed, D. | 1.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.1 | $ 695 | $ 69.50 |
| Mohamed, David | 4.0 | 190 | 760.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 829.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 829.50 |
|---|---|

# STROOCK

| RE | Employee Benefits, Pension |
|----|----------------------------|
|    | 699843  0021               |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/08/2010 | Preparation for call re pension issues (.5) and conference call parties re same (.8); follow-up telephone call J. Dolan re pension matter (.1). | Krieger, A. | 1.4 |
| 07/19/2010 | Attend to Capstone's memorandum re Salaried Retirement Plan Design Study. | Krieger, A. | 1.2 |
| 07/26/2010 | Attend to revised AON Salaried Retirement Design memorandum for the Committee and comments thereon. | Krieger, A. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 3.2 | $ 695 | $ 2,224.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,224.00 |
|-------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 2,224.00 |
|-----------------------|-----------|

# STROOCK

| RE | Expenses |
|----|----------|
|    | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|------------------------------------------|--------|

## MATTER DISBURSEMENT SUMMARY

| Outside Messenger Service | $ 90.18 |
|---------------------------|---------|
| Long Distance Telephone   | 36.68   |
| In House Messenger Service | 14.44  |

| TOTAL DISBURSEMENTS/CHARGES | $ 141.30 |
|-----------------------------|----------|

| TOTAL FOR THIS MATTER | $ 141.30 |
|-----------------------|----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Hearings<br>699843 0037 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/07/2010 | Attend to agenda notice for 7/14/10 hearing. | Krieger, A. | 0.1 |
| 07/07/2010 | Review 7/14/10 agenda. | Kruger, L. | 0.1 |
| 07/08/2010 | Attend to 7/14/10 agenda notice (.1); and J. Baer memorandum re hearing (.1). | Krieger, A. | 0.2 |
| 07/13/2010 | Attend to Fee Auditor's report on Canadian representatives First Amended Fee Application for 7/14/10 hearing and COC re same (.5); attend to J. Baer memorandum re 7/14/10 hearing (.1). | Krieger, A. | 0.6 |
| 07/14/2010 | Attend (telephonically) omnibus hearing re substantial contribution application by Canadian Representatives counsel (.3); attend to memorandum re today's hearing (.1). | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.3 | $ 695 | $ 903.50 |
| Kruger, Lewis | 0.1 | 995 | 99.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,003.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,003.00 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 20,240.00 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 141.30 |
| TOTAL BILL | $ 20,381.30 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM