# EXHIBIT B

## WR GRACE & CO
## SUMMARY OF FEES
### JULY 1, 2010 - JULY 31, 2010

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Kruger, Lewis | 0.7 | $ 995 | $ 696.50 |
| Pasquale, Kenneth | 1.2 | 875 | 1,050.00 |
|  |  |  |  |
| **Associates** |  |  |  |
| Krieger, Arlene G. | 22.7 | 695 | 15,776.50 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Mohamed, David | 14.3 | 190 | 2,717.00 |
|  |  |  |  |
| **Total** | **38.9** |  | **$ 20,240.00** |