# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**JULY 1, 2010 - JULY 31, 2010**

| | | |
|---|---|---:|
| Outside Messenger Service | $ | 90.18 |
| Long Distance Telephone | | 36.68 |
| In House Messenger Service | | 14.44 |
| | | |
| **Total** | **$** | **141.30** |

# STROOCK

## Disbursement Register

| DATE | August 12, 2010 |
|---|---|
| INVOICE NO. | 512147 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through July 31, 2010, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 07/06/2010 | VENDOR: UPS; INVOICE#: 0000010X827270; DATE: 07/03/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior VP & General Counsel, Columbia, MD 21044 Tracking #:1Z10X8270191600138 on 06/28/2010 | 6.89 |
| 07/06/2010 | VENDOR: UPS; INVOICE#: 0000010X827270; DATE: 07/03/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, Wilmington, DE 19801 Tracking #:1Z10X8270194611746 on 06/28/2010 | 6.89 |
| 07/06/2010 | VENDOR: UPS; INVOICE#: 0000010X827270; DATE: 07/03/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 King Street Suite 2311, Wilmington, DE 19801 Tracking #:1Z10X8270197338582 on 06/28/2010 | 6.89 |
| 07/06/2010 | VENDOR: UPS; INVOICE#: 0000010X827270; DATE: 07/03/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq. Warren H. Smith and Associates, Republic Center, Dallas, TX 75201 Tracking #:1Z10X8270197415373 on 06/28/2010 | 9.77 |
| 07/12/2010 | VENDOR: UPS; INVOICE#: 0000010X827280; DATE: 07/10/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, Wilmington, DE 19801 Tracking #:1Z10X8270190738608 on 07/06/2010 | 6.76 |
| 07/12/2010 | VENDOR: UPS; INVOICE#: 0000010X827280; DATE: 07/10/2010; | 6.76 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior VP & General Counsel, Columbia, MD 21044 Tracking #:1Z10X8270191053828 on 07/06/2010 | |
| 07/12/2010 | VENDOR: UPS; INVOICE#: 0000010X827280; DATE: 07/10/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder  Esq. Office of the United States Trustee, 844 King Street Suite 2311, Wilmington, DE 19801 Tracking #:1Z10X8270194762191 on 07/06/2010 | 6.76 |
| 07/12/2010 | VENDOR: UPS; INVOICE#: 0000010X827280; DATE: 07/10/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander  Esq. Warren H. Smith and Associates, Republic Center, Dallas, TX 75201 Tracking #:1Z10X8270194827817 on 07/06/2010 | 9.59 |
| 07/26/2010 | VENDOR: UPS; INVOICE#: 0000010X827300; DATE: 07/24/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior VP & General Counsel, Columbia, MD 21044 Tracking #:1Z10X8270191403404 on 07/21/2010 | 6.76 |
| 07/26/2010 | VENDOR: UPS; INVOICE#: 0000010X827300; DATE: 07/24/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder  Esq. Office of the United States Trustee, 844 King Street Suite 2311, Wilmington, DE 19801 Tracking #:1Z10X8270192806629 on 07/21/2010 | 6.76 |
| 07/26/2010 | VENDOR: UPS; INVOICE#: 0000010X827300; DATE: 07/24/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, Wilmington, DE 19801 Tracking #:1Z10X8270193676616 on 07/21/2010 | 6.76 |
| 07/26/2010 | VENDOR: UPS; INVOICE#: 0000010X827300; DATE: 07/24/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander  Esq. Warren H. Smith and Associates, Republic Center, Dallas, TX 75201 Tracking #:1Z10X8270195100859 on 07/21/2010 | 9.59 |

**Outside Messenger Service Total** — **90.18**

**Long Distance Telephone**

| 07/13/2010 | EXTN.795544, TEL.3126412162, S.T.11:21, DUR.00:00:32 | 0.56 |
| 07/14/2010 | EXTN.795544, TEL.3126412162, S.T.12:31, DUR.00:10:22 | 6.12 |

# STROOCK

PAGE: 3

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/20/2010 | VENDOR: Chase Card Services; INVOICE#: 070210; DATE: 7/2/2010 - visa charge 06/09/10 Court Call LLC | 30.00 |
| | **Long Distance Telephone Total** | **36.68** |
| | **In House Messenger Service** | |
| 07/22/2010 | VENDOR: Early Bird Messenger; INVOICE #: N/A; DATE: N/A; 7/16/2010 Bike Standard from RANDY S to ARLENE G KRIEGER, 10 EAST END AVE | 14.44 |
| | **In House Messenger Service Total** | **14.44** |

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 90.18 |
| Long Distance Telephone | 36.68 |
| In House Messenger Service | 14.44 |

| TOTAL DISBURSEMENTS/CHARGES | $ 141.30 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.