**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO.**, *et al.*, | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING THE QUARTERLY
FEE APPLICATION OF SCARFONE HAWKINS LLP FOR THE
PERIOD OF DECEMBER 21, 2009 THROUGH MARCH 31, 2010**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee

auditor in the above-captioned bankruptcy proceedings, regarding the <u>Quarterly Fee Application of</u>

<u>Scarfone Hawkins LLP for the Period of December 21, 2009 through March 31, 2010</u> (the

"Application").

**BACKGROUND**

1.      Scarfone Hawkins LLP ("Scarfone Hawkins") was retained as Canadian counsel to

the Canadian Zonolite Attic Insulation Claimants ("Canadian ZAI Claimants").  In the Application,

Scarfone Hawkins seeks approval of fees totaling $98,678.75 and expenses totaling $10,399.55 for

its services from December 21, 2009 through March 31, 2010 (the "Application Period" or the

"Thirty-Sixth Interim Period").  Scarfone Hawkins was retained by order of the Court dated March

19, 2010, *nunc pro tunc* to December 21, 2009.  This is Scarfone Hawkins' first fee application as

a retained professional in the case.

2.      In conducting this audit and reaching the conclusions and recommendations

contained herein, we reviewed in detail the Application in its entirety, including each of the time and

expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330,

Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2010, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.  We served an initial report on Scarfone Hawkins based on our review, and we received a response from Scarfone Hawkins, portions of which response are quoted herein.

**DISCUSSION**

3.      In our initial report, we noted the following professionals who billed only a *de minimis* amount of time on the case:

| 02/10/10 | Reviewed caselaw; | MS | $250.00 | 0.10 | $25.00 |
|---|---|---|---|---|---|
| 02/19/10 | Travel to and from Toronto | MS | $125.00 | 2.00 | $250.00 |
| 02/19/10 | attendance at Court of Appeal in Toronto with David Thompson and Matt Moloci; | MS | $250.00 | 4.75 | $1,187.50 |
| | | | | **6.85** | **$1,462.50** |

| 02/10/10 | Search for requested case law; | RD | $100.00 | 0.10 | $10.00 |
|---|---|---|---|---|---|
| 02/19/10 | Travel to and from Toronto | RD | $50.00 | 2.00 | $100.00 |
| 02/19/10 | attendance at court of appeal | RD | $100.00 | 4.50 | $450.00 |
| | | | | **6.60** | **$560.00** |

The foregoing professionals performed no other work on the case during the Application Period. We scrutinize more closely the work of professionals who appear to have only fleeting involvement

with the case.[1]  We asked Scarfone Hawkins to explain how this work benefitted the estate, and in

particular, why it was necessary for MS and RD to attend the hearing in Toronto on February 19,

2010.[2]  Scarfone Hawkins responded:

> "MS" is Michael Stanton, an associate lawyer who works with Matthew
> Moloci and David Thompson.  The involvement of Michael Stanton was necessary
> and helpful in respect of the attendance before the Court of Appeal on February 19,
> 2010.  This involved an appearance before Justice Winkler, Chief Justice of Ontario,
> and a three member panel of the Court of Appeal, the highest Court in Scarfone
> Hawkins' jurisdiction.  The issues before the Court of Appeal were of significance
> and were resolved in favor of the Canadian ZAI Claimants.  This resolution
> significantly benefited the Estate by disposing of the Crown's attempt to set-aside the
> Minutes of Settlement, to raise conflict issues and to undermine the work of
> Representative Counsel of behalf of the Estate.  It was appropriate to have a third
> lawyer attend at this hearing to assist in review of any caselaw relating to the issues
> before the Court of Appeal and to otherwise provide support and input if
> unanticipated issues were raised.  Michael Stanton was also utilized for any research
> or follow-up required during the course of the hearing.

> "RD" is Rano Daoud and was, in February 2010, an articling student with
> Scarfone Hawkins.  Rano Daoud is presently an associate attorney at Scarfone
> Hawkins.  We are in agreement with the reduction, regarding Mr. Daoud's time, in
> the amount of $560.00.

We accept Scarfone Hawkins' response and, thus recommend a reduction of $560.00 in fees.

---

[1]As stated by the court in *In re Jefsaba, Inc.,* 172 B.R. 786, 800 n. 9 (Bankr.E.D.Pa. 1994):

> Requests to compensate for services of professionals whose time is *de
> minimis* raises a red flag in our review.   Other than professionals with a
> special expertise, the fleeting involvement of bankruptcy attorneys in a
> case often results from a staffing inefficiency.   Given the itinerant
> attorney's lack of knowledge of the case, the attorney's time may be less
> productive than attorneys regularly assigned to the case.   When this
> occurs, we would expect an appropriate deduction be made to the time
> charged.

[2]We noted that Scarfone Hawkins attorneys DT and MGM also attended that hearing.

4.      We noted the following meal charge which appeared excessive:

01/24/10      $313.50      David Thompson Travel Expense for Grace US
                           Hearing – Harry's Seafood Grill, meal with Matt
                           Moloci and Orestes Pasparakis

It appears to us that one person can dine satisfactorily in most locales for $55 for dinner, $35 for

lunch, and $25 for breakfast.  In response to our inquiry, Scarfone Hawkins stated as follows:

This was a dinner charge for David Thompson, Matthew Moloci and Orestes
Pasparakis.  Scarfone Hawkins agrees to reducing the amount to $165.00; $55.00 per
person (a reduction of $148.50).

We appreciate Scarfone Hawkins' response and recommend a reduction of $148.50 in expenses.

## CONCLUSION

5.      Thus, we recommend approval of $98,118.75 in fees ($98,678.75 minus $560.00) and

$10,251.05 in expenses ($10,399.55 minus $148.50) for Scarfone Hawkins' services for the

Application Period.


Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**


By: _____
        Warren H. Smith
        Texas State Bar No. 18757050

Republic Center
325 N. St. Paul Street, Suite 1250
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 30th day of August, 2010.

_____
Warren H. Smith

## SERVICE LIST
Notice Parties

**Counsel for the Applicants**
Daniel K. Hogan
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, DE 19806

dan@dkhogan.com

**The Debtors**
Richard Finke
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
Deanna Boll
Holly Bull
Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022-4611

Laura Davis Jones, Esq.
James R. O'Neill
Pachulski, Stang, Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K. D. Currier
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801