# Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555      Fax:   (302) 575-1714

WR Grace PD Committee                             July 1, 2010 – July 31, 2010
                                                  Invoice No. 36011

**RE:**   WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 13.70 | 3,587.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.10 | 32.50 |
| B18 | Fee Applications, Others - | 1.80 | 342.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 4.90 | 1,592.50 |
| B25 | Fee Applications, Applicant - | 2.50 | 510.50 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 6.40 | 2,080.00 |
| B36 | *Plan and Disclosure Statement -* | 0.10 | 32.50 |
| B37 | Hearings - | 4.10 | 1,332.50 |
| | **Total** | **33.60** | **$9,510.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 270.00 | 2.00 | 540.00 |
| Regina Matozzo | 200.00 | 4.80 | 960.00 |
| Theodore J. Tacconelli | 325.00 | 22.80 | 7,410.00 |
| Legal Assistant - SEK | 150.00 | 0.40 | 60.00 |
| Legal Assistant - KC | 150.00 | 3.60 | 540.00 |
| **Total** | | **33.60** | **$9,510.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                          **$479.14**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Jul-01-10 | *Fee Applications, Others* - Review Bilzin's May 2010 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order approving | 0.10 | TJT |

Invoice No. 36011      Page 2 of 2      August 30, 2010

| Date | Description | Hours | Atty |
|---|---|---|---|
| | debtors' motion to approve settlement with Harper Ins. Co. | | |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review certificate of counsel re: debtors' motion for authority to enter into East Hampton Mass. consent order | 0.50 | TJT |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | KC |
| | *Fee Applications, Others* - Download, review and revise Bilzin's May 2010 fee application and related documents, prepare certificate of service re: same | 0.40 | KC |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's May 2010 fee application | 0.40 | KC |
| Jul-02-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review order re: Debtors Motion to Make Pension Contributions | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Debtors Motion to Approve Settlement with Wausau Insurance Co. with attachment | 0.90 | TJT |
| Jul-04-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Withdrawal of Certificate of Counsel re: Easthampton Consent Order | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review certificate of counsel re: Debtors Motion to Approve Consent Decree re: Blackburn Site with attachments | 0.90 | TJT |
| Jul-05-10 | *Case Administration* - Review Revised 2019 Statement by David Law Firm | 0.10 | TJT |
| | *Case Administration* - Review PI Committee and PIFCR Request to Take Judicial Notice re: Garlock Bankruptcy with attachments | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Debtors revised certificate of counsel re: Debtors Motion re: consent Decree re: Easthampton with attachments | 0.80 | TJT |
| Jul-06-10 | *Case Administration* - Review case management memo re: week ending 7-3-2010 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: stats for week ending 7/2/10; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review order approving Debtors Easthampton Consent Decree Motion | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 7/3 | 0.10 | TJT |
| | *Case Administration* - Determine allocation of 07-06-10 payment by debtor, update payments received chart, submit chart with respective invoices to T. Tacconelli and accounts receivable | 0.20 | KC |
| Jul-07-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review entry of Appearance for Plum Creek | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* -Review Motion of Plum Creek to allow late filed claims with attachments | 2.30 | TJT |
| Jul-08-10 | *Case Administration* - Review notice of agenda regarding 7-14-2010 hearing | 0.10 | LLC |
| | *Case Administration* - Review notice of appearance and confer with KC re; updating service lists re; same | 0.20 | LLC |
| | *Fee Applications, Others* - E-mail to L. Flores re; upcoming Bilzin fee apps | 0.10 | LLC |
| | *Fee Applications, Others* - E-mail from L. Flores re: upcoming Bilzin fee | 0.10 | LLC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | apps | | |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* Continue review of exhibits to Plum Creek motion to file late claim | 1.20 | TJT |
| | Hearings - Review agenda for 7/14 hearing | 0.20 | TJT |
| Jul-09-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - complete review of exhibits to Plum Creek motion to allow late filed claim | 0.80 | TJT |
| | *Case Administration* - Update service list per Notice of Entry of Appearance | 0.10 | KC |
| Jul-10-10 | *Case Administration* - Review debtors monthly operating report for May, 2010 | 0.50 | TJT |
| Jul-12-10 | *Case Administration* - Review case management memo re: week ending 07-09-10 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: stats for week ending 7/9/10; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review case status memo for week ending 7/9 | 0.10 | TJT |
| | Hearings - Review correspondence from N. Kurtz re: 7/14 hearing | 0.10 | TJT |
| Jul-13-10 | *Case Administration* - Review amended notice of agenda re: hearing scheduled for 7-14-2010 | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review fee auditors final report re: Canadian ZAI Claimants amended application for Allowance of Administrative expenses with attachments | 1.40 | TJT |
| | Hearings - Review matters of Agenda for 7/14 hearing | 2.20 | TJT |
| Jul-14-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | Hearings - Review Amended Agenda for 7/14 | 0.10 | TJT |
| | Hearings - Prepare for and attend Bankruptcy Court | 1.50 | TJT |
| | *Case Administration* - Send request for 7/14/10 hearing transcript | 0.20 | SEK |
| Jul-15-10 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review statement of amounts paid to OCP with attachments | 0.30 | TJT |
| Jul-16-10 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Withdraw of document by | 0.10 | TJT |

| | | | |
|---|---|---|---|
| Invoice No. 36011 | Page 4 of 4 | | August 30, 2010 |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | PDFCR | | |
| Jul-17-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
| Jul-19-10 | *Case Administration* - Review case management memo re: week ending 7-16-10 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: stats for week ending 7/16/10; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review case status memo for week ending 7/16 | 0.10 | TJT |
| | *Case Administration* - Conference with Para re: July hearing transcript, review correspondence re: same | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -- Review letter from J. McGuire to Judge Fitzgerald | 0.10 | TJT |
| | *Case Administration* - Distribute 7/14/10 transcript to working group | 0.20 | SEK |
| Jul-20-10 | *Case Administration* - Confer with KC re: service lists | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: May 2010 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review 3 miscellaneous CNO's filed by Debtors | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review docket, prepare for filing, e-file and service of certificate of no objection re: docket number 25084 | 0.40 | KC |
| Jul-21-10 | *Case Administration* - Prepare memo to R. Matozzo re: new appeal for daily memos | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Notice of Docketing Appeal in District Court re: Appeal no. 10-611, review Docket in Appeal 10-611 | 0.20 | TJT |
| | *Fee Applications, Applicant* - Review and revise FJ&P June prebill, conference with para | 0.50 | TJT |
| | *Fee Applications, Applicant* - Begin preparation and modification of June 2010 invoice, fee application, notice and cos; sent to LLC for review of same | 0.80 | KC |
| Jul-22-10 | *Case Administration* - Confer with KC re: general fee application issues | 0.10 | LLC |
| | *Fee Applications, Others* - Review CNO re: Bilzin May 2010 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review June 2010 monthly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review order re: CND ZAI Claimants Motion for Administrative Expenses Claim | 0.10 | TJT |
| | *Case Administration* - Confer with Para re: service of fee applications | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket, prepare for filing, e-file and service of certificate of No Objection re: Bilzin June 2010 107th fee application re: docket no. 25023 | 0.40 | KC |
| Jul-23-10 | *Case Administration* - Review daily memos | 0.20 | TJT |
| | *Case Administration* - Review 26th Supp Affidavit re: K&E with attachments | 0.30 | TJT |
| Jul-24-10 | *Case Administration* - Review daily memos | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* -Review Debtors Request for Approval of Tolling Agreement re: Plum Creek Motion to Allow Late Filed Claim with attachment | 0.40 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review Order re: Judicial Notice re: Garlock | 0.10 | TJT |
| Jul-26-10 | *Case Administration* - Review Debtors 36 Quarterly Report of Asset Sales | 0.10 | TJT |
| | *Case Administration* - Review Debtors 36 Quarterly Report of Settlements with attachments | 0.20 | TJT |
| Jul-27-10 | *Case Administration* - Review 4 miscellaneous CNO's filed by PI Committee | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Certificate of No Objection re: Debtor's Motion to Approve Settlement with Wausau | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review response by Neutrocrete in opposition to Claim Objection | 1.20 | TJT |
| Jul-28-10 | *Fee Applications, Applicant* - Confer with KC re: filing of June 2010 fee app | 0.10 | LLC |
| | *Fee Applications, Applicant* - E-mail from and to KC re: service of fee apps to fee auditor | 0.10 | LLC |
| | *Case Administration* - Review CNO filed by Debtors re: Motion to Reopen FT cases | 0.10 | TJT |
| | *Fee Applications, Applicant* - Prepare 110th fee application and related documents for efiling, efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - E-mail from fee auditor re: service of June 2010 fee app, e-mail to LLC re: same | 0.10 | KC |
| Jul-29-10 | *Case Administration* - Review case management memo re: week ending 7-23-10 | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 7/23 | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -Review correspondence from R. Ramphall re: committee meeting | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review exhibits to Neutrocrete response to claim objection | 0.50 | TJT |
| Jul-30-10 | *Fee Applications, Others* - Email from KC re: upcoming bills and fee app | 0.10 | LLC |
| | *Fee Applications, Others* - follow up email from KC re: filing of upcoming bills and fee apps | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review four miscellaneous CNO's filed by debtors | 0.10 | TJT |
| | *Case Administration* - Update payment received information chart | 0.20 | KC |
| | *Case Administration* - Emails to and from L. Flores re: upcoming quarterly fee app due in August and June monthly fee app | 0.10 | KC |
| | *Case Administration* - E-mail to LLC and forward L. Flores' email to same re: June monthly fee app | 0.10 | KC |
| Jul-31-10 | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Debtor's Motion to Approve Settlement with TIG Insurance Company with attachments | 1.30 | TJT |
| | Totals | 33.60 | |

Invoice No. 36011     Page 6 of 6     August 30, 2010

# DISBURSEMENTS

| Date | Description | Amount |
|---|---|---:|
| Jul-01-10 | Photocopy Cost | 3.00 |
|  | Photocopy Cost | 0.90 |
| Jul-06-10 | Photocopy Cost | 1.40 |
|  | Photocopy Cost | 6.50 |
|  | Photocopy Cost | 6.20 |
|  | Photocopy Cost | 6.10 |
|  | Photocopy Cost | 1.00 |
| Jul-09-10 | Cost Advance - Lexis Nexis - Account # 1402RF; Inv # 1006421957 | 2.11 |
|  | Cost Advance - First State Deliveries - hand delivery | 6.50 |
| Jul-13-10 | Photocopy Cost | 1.80 |
|  | Photocopy Cost | 3.60 |
| Jul-15-10 | Cost Advance - Blue Marble - hand deliveries | 57.00 |
| Jul-19-10 | Cost Advance - First State Deliveries - hand delivery | 6.50 |
| Jul-20-10 | Photocopy Cost | 1.00 |
|  | Cost Advance - postage 8 @ .44 | 3.52 |
| Jul-21-10 | Cost Advance - Blue Marble - cc 4.20; service 11.90 (Inv # 43679) | 16.10 |
| Jul-22-10 | Photocopy Cost | 5.60 |
|  | Cost Advance - J&J Court Transcribers | 97.00 |
|  | Cost Advance - postage 8 @ .44 | 3.52 |
| Jul-24-10 | Photocopy Cost | 0.50 |
| Jul-26-10 | Cost Advance - First State Deliveries - 6 hand deliveries on 7/22/10 | 39.00 |
|  | Cost Advance - Pacer Service Center - (RM) 4/1/10- 6/30/10 (Account # FJ0497) | 98.56 |
| Jul-27-10 | Photocopy Cost | 3.90 |
|  | Photocopy Cost | 0.80 |
|  | Photocopy Cost | 1.00 |
|  | Photocopy Cost | 0.90 |
|  | Photocopy Cost | 0.80 |
|  | Photocopy Cost | 0.70 |
|  | Cost Advance - Pacer Service Center - (TJT) 4/1/10- 6/30/10 (Account # FJ0093) | 34.78 |
| Jul-28-10 | Photocopy Cost | 3.40 |
|  | Cost Advance - First State Deliveries - hand delivery on 7/20/10 | 6.50 |
|  | Cost Advance - postage - 1@ $.95 | 0.95 |
| Jul-30-10 | Cost Advance - Court Call | 58.00 |

Totals     $479.14

**Total Fees & Disbursements**     **$9,989.14**