**EXHIBIT A**

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

August 20, 2010

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 550457
056772

---

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

### 056772-00002/CREDITOR COMMITTEE

| | |
|---|---:|
| FEES | $123.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $123.00 |

### 056772-00007/REORGANIZATION PLAN

| | |
|---|---:|
| FEES | $633.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $633.00 |

### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---:|
| FEES | $61.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $61.50 |

### 056772-00019/HEARINGS

| | |
|---|---:|
| FEES | $430.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $430.50 |

---

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| To: | Citibank, N.A. |
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 37613572 |
| By Order of: | Invoice No. 550457 |
| Citibank Contact: | Deborah Hosking (212) 559-8634 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2291422.1

**056772-00026/OTHER**

| | |
|---|---:|
| FEES | $430.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $430.50 |
| CLIENT GRAND TOTAL | $1,678.50 |

KL4 2291422.1

Kramer Levin Naftalis & Frankel LLP                                                                    Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE                                                          August 20, 2010
056772-00002                                                                                          Invoice No. 550457

## CREDITOR COMMITTEE

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/08/10 | BLABEY, DAVID E | Discuss plan status with equity holder. | 0.20 | 123.00 |
| **TOTAL HOURS AND FEES** | | | **0.20** | **$123.00** |

**TOTAL FOR THIS MATTER**                                                            $123.00

Kramer Levin Naftalis & Frankel LLP

Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00007

August 20, 2010
Invoice No. 550457

**REORGANIZATION PLAN**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/06/10 | BLABEY, DAVID E | Review Plum Creek motion to allow late proof of claim (.2) and exchange emails with T. Weschler re same (.2). | 0.40 | 246.00 |
| 07/07/10 | BLABEY, DAVID E | Review insurance settlement agreement. | 0.30 | 184.50 |
| 07/19/10 | BENTLEY, PHILIP | Review emails re recent developments | 0.10 | 79.50 |
| 07/22/10 | BLABEY, DAVID E | Review Plum Creek tolling agreement (.2). | 0.20 | 123.00 |

**TOTAL HOURS AND FEES**      **1.00**      **$633.00**

**TOTAL FOR THIS MATTER**      **$633.00**

KL4 2291422.1

Kramer Levin Naftalis & Frankel LLP  Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE  August 20, 2010
056772-00008  Invoice No. 550457

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/06/10 | BLABEY, DAVID E | Review bill for June fee application. | 0.10 | 61.50 |
| **TOTAL HOURS AND FEES** | | | **0.10** | **$61.50** |

**TOTAL FOR THIS MATTER**  $61.50

KL4 2291422.1

Kramer Levin Naftalis & Frankel LLP

Page No. 6

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00019

August 20, 2010
Invoice No. 550457

**HEARINGS**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/14/10 | BLABEY, DAVID E | Attend omnibus hearing (.5) and exchange emails with client re same (.2). | 0.70 | 430.50 |
| | **TOTAL HOURS AND FEES** | | **0.70** | **$430.50** |
| | **TOTAL FOR THIS MATTER** | | | **$430.50** |

KL4 2291422.1

W.R. GRACE & CO. EQUITY COMMITTEE

August 20, 2010

Kramer Levin Naftalis & Frankel LLP                                Page No. 7

W.R. GRACE & CO. EQUITY COMMITTEE                                  August 20, 2010
056772-00026                                                       Invoice No. 550457

## OTHER

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/08/10 | BLABEY, DAVID E | Call with Debtors professionals on retirement plan issues. | 0.70 | 430.50 |
| **TOTAL HOURS AND FEES** | | | **0.70** | **$430.50** |

**TOTAL FOR THIS MATTER**                              $430.50

KL4 2291422.1