# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,**[1] | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |
| | ) | **Re: Docket Nos. 24577-24578, 24580-** |
| | ) | **24584, 24670-24675, 24735, 25154** |

## DECLARATION OF SERVICE REGARDING:

| | |
|---|---|
| Docket No. 24577 | ORDER AUTHORIZING THE SETTLEMENT OF AN ASBESTOS PROPERTY DAMAGE CLAIM FILED BY MORGUARD INVESTMENTS LIMITED [Re: Docket Nos. 24382 & 24528] |
| Docket No. 24578 | ORDER AUTHORIZING THE SETTLEMENT OF AN ASBESTOS PROPERTY DAMAGE CLAIM FILED BY TORONTO DISTRICT SCHOOL BOARD [Re: Docket Nos. 24383 and 24529] |
| Docket No. 24580 | ORDER AUTHORIZING THE SETTLEMENT OF AN ASBESTOS PROPERTY DAMAGE CLAIM FILED BY MCMASTER UNIVERSITY [Re: Docket Nos. 24384 and 24530] |
| Docket No. 24581 | ORDER AUTHORIZING THE SETTLEMENT OF AN ASBESTOS PROPERTY DAMAGE CLAIM FILED BY HEALTH CARE CORPORATION OF ST. JOHN'S [RE: Docket Nos. 24385 and 24531] |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| Docket No. 24582 | ORDER AUTHORIZING THE SETTLEMENT OF ASBESTOS PROPERTY DAMAGE CLAIMS FILED BY HAMILTON WENTWORTH DISTRICT SCHOOL BOARD [Re: Docket Nos. 24386 and 24532] |
|---|---|
| Docket No. 24583 | ORDER APPROVING STIPULATION REGARDING CLASSIFICATION, ALLOWANCE AND PAYMENT OF CLAIM NO. 9553 OF LONGACRE MASTER FUND, LTD. AND LONGACRE CAPITAL PARTNERS (QP), L.P. AND WITHDRAWING PLAN OBJECTIONS [Re: Docket Nos. 24418 and 24533, April 19, 2010 Agenda Item No. 8] |
| Docket No. 24584 | ORDER APPROVING STIPULATION REGARDING CLASSIFICATION, ALLOWANCE AND PAYMENT OF CLAIM NO. 18508 OF NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA AND WITHDRAWING PLAN OBJECTIONS [Re: Docket Nos. 24419 and 24534 and April 19, 2010 Agenda Item No. 9] |
| Docket No. 24670 | ORDER AUTHORIZING THE SETTLEMENT OF AN ASBESTOS PROPERTY DAMAGE CLAIM FILED BY UNIVERSITY OF GUELPH [Re: Docket No. 24461 ] |
| Docket No. 24671 | ORDER AUTHORIZING THE SETTLEMENT OF AN ASBESTOS PROPERTY DAMAGE CLAIMS FILED BY AVALON EAST SCHOOL BOARD [Re: Docket No. 24462] |
| Docket No. 24672 | ORDER AUTHORIZING THE SETTLEMENT OF AN ASBESTOS PROPERTY DAMAGE CLAIMS FILED BY CIT OF VANCOUVER [Re: Docket No. 24463] |
| Docket No. 24673 | ORDER AUTHORIZING THE SETTLEMENT OF AN ASBESTOS PROPERTY DAMAGE CLAIMS FILED BY CONSEILLERS IMMOBILIERS GWL INC. [RE: Docket No. 24464] |
| Docket No. 24674 | ORDER AUTHORIZING THE SETTLEMENT OF AN ASBESTOS PROPERTY DAMAGE CLAIMS FILED BY FAIRMALL LEASEHOLDS, INC. [Re: Docket No. 24465] |
| Docket No. 24675 | ORDER AUTHORIZING THE SETTLEMENT OF AN ASBESTOS PROPERTY DAMAGE CLAIMS FILED BY ATLANTIC SHOPPING CENTRES LTD [Re: Docket No. 24466] |
| Docket No. 24735 | ORDER DISALLOWING AND EXPUNGING ASBESTOS PROPERTY DAMAGE CLAIM NUMBERS 01162 7 AND 012476 AS BARRED BY BRITISH COLUMBIA'S ULTIMATE LIMITATIONS PERIOD [Re: Docket Nos. 23724, 23866, 24249 and April 19, 2010 Agenda Item No. 15] |

Docket
No. 25154

**ORDER APPROVING TOLLING AGREEMENT REGARDING PLUM CREEK'S MOTION TO ALLOW LATE FILING OF PROOFS OF CLAIM**
[Re: Docket No. 25040 and August 9, 2010 Agenda Item No. 3]

I, Alex Cedeño, state as follows:

1.      I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge.  My business address is c/o BMC Group, Inc. (f/k/a Bankruptcy Management Corporation), 444 North Nash Street, El Segundo, California 90245.

2.      On August 26, 2010, at the direction of Pachulski, Stang, Ziehl & Jones, LLP., co-counsel to the debtors and debtors in possession in the above-captioned cases, the documents referenced above by docket number were served on the Affected Parties listed in Exhibits A through O via first-class mail and deposited with the United States Postal Service with postage thereon fully prepaid.

Exhibit A        Affected Parties Address List regarding Docket No. 24577

Exhibit B        Affected Parties Address List regarding Docket No. 24578

Exhibit C        Affected Parties Address List regarding Docket No. 24580

Exhibit D        Affected Parties Address List regarding Docket No. 24581

Exhibit E        Affected Parties Address List regarding Docket No. 24582

Exhibit F        Affected Parties Address List regarding Docket No. 24583

Exhibit G        Affected Party Address List regarding Docket No. 24584

Exhibit H        Affected Parties Address List regarding Docket No. 24670

Exhibit I        Affected Parties Address List regarding Docket No. 24671

Exhibit J        Affected Parties Address List regarding Docket No. 24672

Exhibit K        Affected Parties Address List regarding Docket No. 24673

Exhibit L        Affected Parties Address List regarding Docket No. 24674

Exhibit M       Affected Parties Address List regarding Docket No. 24675

Exhibit N       Affected Parties Address List regarding Docket No. 24735

Exhibit O       Affected Party Address List regarding Docket No. 25154


        I declare under penalty of perjury that the foregoing is true and correct.

DATED: August _27_, 2010
El Segundo, California

_Alex Cedeño_ (signature)
        Alex Cedeño


State of California         )
                            )
County of Los Angeles       )


        On August _27_, 2010 before me, James H. Myers, a Notary Public, personally appeared Alex Cedeño, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

        I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

        WITNESS my hand and official seal.

_James H. Myers_ (signature)


        JAMES H. MYERS
        Commission # 1855175
        Notary Public - California
        Los Angeles County
        My Comm. Expires Jul 19, 2013