# EXHIBIT A

# WR Grace & Co. et al

**Total number of parties: 41**

### Exhibit A - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 39607 | MORGUARD INVESTMENTS LIMITED, 55 CITY CENTRE DRIVE, MISSISSAUGA, ON, L5B1M3 CANADA | US Mail (1st Class) |
| 39607 | SPEIGHTS, DANIEL A, (RE: MORGUARD INVESTMENTS LIMITED), SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |

**Subtotal for this group: 2**

**EXHIBIT B**

**Exhibit B - WR Grace & Co. et al**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 39608 | SPEIGHTS, DANIEL A, (RE: TORONTO DISTRICT SCHOOL BOARD), SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |
| 39608 | TORONTO DISTRICT SCHOOL BOARD, 401 ALLIANCE AVENUE, TORONTO, ON, M6N2J1 CANADA | US Mail (1st Class) |
| 39608 | TORONTO DISTRICT SCHOOL BOARD, 23 FERNDALE AVENUE, TORONTO, ON, M4T2B4 | US Mail (1st Class) |

**Subtotal for this group:  3**

WR Grace & Co. et al

# EXHIBIT C

**Exhibit C - WR Grace & Co. et al**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 39609 | MC MASTER UNIVERSITY, 1280 MAIN STREET WEST, HAMILTON, ON, L8S4M3 CANADA | US Mail (1st Class) |
| 39609 | SPEIGHTS, DANIEL A, (RE: MC MASTER UNIVERSITY), SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |

**Subtotal for this group: 2**

# EXHIBIT D

**Exhibit D - WR Grace & Co. et al**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 39610 | HEALTH CARE CORPORATION OF ST JOHN`S, 154 LEMARCHANT ROAD, ST JOHN S, NL, A1B5B8 CANADA | US Mail (1st Class) |
| 39610 | HEALTH CARE CORPORATION OF ST JOHN`S, 300 PRINCE PHILIP DRIVE, ST JOHN S, NL, A1B3V6 CANADA | US Mail (1st Class) |
| 39610 | SPEIGHTS, DANIEL A, (RE: HEALTH CARE CORPORATION OF ST JOHN`S), SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |

**Subtotal for this group: 3**

# EXHIBIT E

**Exhibit E - WR Grace & Co. et al**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 39611 | HAMILTON DISTRICT SCHOOL BOARD, 25 HUMMINGBIRD LANE, HAMILTON, ON, L9A4B1 CANADA | US Mail (1st Class) |
| 39611 | HAMILTON DISTRICT SCHOOL BOARD, 105 HIGH STREET, HAMILTON, ON, L8T3Z4 CANADA | US Mail (1st Class) |
| 39611 | HAMILTON DISTRICT SCHOOL BOARD, 145 MAGNOLIA DRIVE, HAMILTON, ON, L9C5P4 CANADA | US Mail (1st Class) |
| 39611 | HAMILTON DISTRICT SCHOOL BOARD, 130 YORK BLVD, HAMILTON, ON, L8R1Y5 CANADA | US Mail (1st Class) |
| 39611 | HAMILTON DISTRICT SCHOOL BOARD, 60 ROLSTON DRIVE, HAMILTON, ON, L9C3X7 CANADA | US Mail (1st Class) |
| 39611 | HAMILTON DISTRICT SCHOOL BOARD, 25 HIGH STREET, HAMILTON, ON, L8T3Z4 CANADA | US Mail (1st Class) |
| 39611 | HAMILTON DISTRICT SCHOOL BOARD, 100 MAIN ST W, HAMILTON, ON, L8N3L1 CANADA | US Mail (1st Class) |
| 39611 | HAMILTON DISTRICT SCHOOL BOARD, 1055 KING STREET WEST, HAMILTON, ON, L8M1E2 | US Mail (1st Class) |
| 39611 | SPEIGHTS, DANIEL A, (RE: HAMILTON DISTRICT SCHOOL BOARD), SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |

**Subtotal for this group: 9**

**EXHIBIT F**

**Exhibit F - WR Grace & Co. et al**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 39612 | DAVID M. FOURNIER, JAMES C. CARIGNAN, HERCULES PLAZA, SUITE 5100, 1313 N. MARKET STREET, PO BOX 1709, WILMINGTON, DE, 19899-1709 | US Mail (1st Class) |
| 39612 | LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 33, NEW YORK, NY, 10019 | US Mail (1st Class) |
| 39612 | US BANK NATIONAL ASSOCIATES, (RE: LONGACRE MASTER FUND LTD), CORPORATE TRUST SERVICES, ATTN KYLE J LUNDE, 1420 FIFTH AVE 7TH FL, SEATTLE, WA, 98101 | US Mail (1st Class) |

**Subtotal for this group: 3**

**EXHIBIT G**

**Exhibit G - WR Grace & Co. et al**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 39613 | NATIONAL UNION FIRE INSURANCE CO OF PITTSBURGH PA, MICHAEL S DAVIS, ESQ, ZEICHNER ELLMAN & KRAUSE LLP, 575 LEXINGTON AVE, NEW YORK, NY, 10022 | US Mail (1st Class) |

**Subtotal for this group:  1**

**EXHIBIT H**

**Exhibit H - WR Grace & Co. et al**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 39599 | SPEIGHTS, DANIEL A, (RE: UNIVERSITY OF GUELPH), SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |
| 39599 | UNIVERSITY OF GUELPH, 488 GORDON STREET, GUELPH, ON, N1G2W1 CANADA | US Mail (1st Class) |

**Subtotal for this group:  2**

**EXHIBIT I**

**Exhibit I - WR Grace & Co. et al**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 39600 | AVALON EAST SCHOOL BOARD, 215 WATER STREET, SUITE 601, ST JOHN S, NL, A1C6C9 CANADA | US Mail (1st Class) |
| 39600 | AVALON EAST SCHOOL BOARD, 391 TOPSAIL ROAD, ST JOHN`S, NL, A1A 2B7 CANADA | US Mail (1st Class) |
| 39600 | SPEIGHTS, DANIEL A, (RE: AVALON EAST SCHOOL BOARD), SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |

**Subtotal for this group:  3**

# EXHIBIT J

**Exhibit J - WR Grace & Co. et al**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 39601 | CITY OF VANCOUVER, PARKADE, 700 GEORGIA STREET, VANCOUVER, BC, CANADA | US Mail (1st Class) |
| 39601 | SPEIGHTS, DANIEL A, (RE: CITY OF VANCOUVER), SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |

**Subtotal for this group: 2**

**EXHIBIT K**

**Exhibit K - WR Grace & Co. et al**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 39602 | CONSEILLERS IMMOBILIERS GWL INC, 2001 UNIVERSITY STREET, MONTREAL, QC, H3A2A6 CANADA | US Mail (1st Class) |
| 39602 | SPEIGHTS, DANIEL A, (RE: CONSEILLERS IMMOBILIERS GWL INC), SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |

**Subtotal for this group: 2**

# EXHIBIT L

**Exhibit L - WR Grace & Co. et al**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 39603 | FAIRMAIL LEASEHOLD INC, 1800 SHEPPARD AVE E, STE330 P.O BOX 330, WILLOWDALE, ON, M2J5A7 CANADA | US Mail (1st Class) |
| 39603 | SPEIGHTS, DANIEL A, (RE: FAIRMAIL LEASEHOLD INC), SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |

**Subtotal for this group: 2**

**EXHIBIT M**

**Exhibit M - WR Grace & Co. et al**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 39604 | ATLANTIC SHOPPING CENTRES LTD, 2000 BARRINGTON STREET, HALIFAX, NS, B3J3K1 CANADA | US Mail (1st Class) |
| 39604 | SPEIGHTS, DANIEL A, (RE: ATLANTIC SHOPPING CENTRES LTD), SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |

**Subtotal for this group:  2**

# EXHIBIT N

**Exhibit N - WR Grace & Co. et al**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 39605 | CITY OF VANCOUVER, QE AND PLAYHOUSE THEATRES, 649-695 CAMBIE ST, VANCOUVER, BC, V6B 2P1 CANADA | US Mail (1st Class) |
| 39605 | SCHOOL DISTRICT 68 NANAIMO LADYSMITH, NANAIMO SENIOR SECONDARY, 355 WAKESIAH AVENUE, NANAIMO, BC, V9R 3K5 CANADA | US Mail (1st Class) |
| 39605 | SPEIGHTS, DANIEL A, (RE: SCHOOL DISTRICT 68 NANAIMO LADYSMITH), SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |
| 39605 | SPEIGHTS, DANIEL A, (RE: CITY OF VANCOUVER), SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |

**Subtotal for this group: 4**

WR Grace & Co. et al

**EXHIBIT O**

**Exhibit O - WR Grace & Co. et al**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 39606 | PLUM CREEK TIMBER COMPANY INC, ROSEMARY DASKIEWICZ, ESQ., SENIOR DIRECTOR, LAW-PLUM CREEK TIMBER CO INC, 999 THIRD AVE, STE 4300, SEATTLE, WA, 98104 | US Mail (1st Class) |

**Subtotal for this group:  1**