REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                              Invoice Number    2035074
One Town Center Road                          Invoice Date      08/30/10
Boca Raton, FL   33486                        Client Number       172573

========================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                              83.00
    Expenses                           0.00

                  TOTAL BALANCE DUE UPON RECEIPT          $83.00
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    2035074
One Town Center Road                      Invoice Date      08/30/10
Boca Raton, FL   33486                    Client Number      172573
                                          Matter Number       60026


================================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2010

  Date   Name                                                    Hours
-------- -----------                                             -----

07/26/10 Ament          E-mails with P. Cuniff re: cno's          .20
                        and hearing binders for Judge
                        Fitzgerald.

07/27/10 Lord           Update 2002 service list.                 .20

                                                                 ------
                                            TOTAL HOURS           .40


TIME SUMMARY             Hours         Rate          Value
-----------------------  ---------------------       -------
John B. Lord             0.20  at  $  240.00  =       48.00
Sharon A. Ament          0.20  at  $  175.00  =       35.00

                         CURRENT FEES                              83.00


                                                            ------------
                         TOTAL BALANCE DUE UPON RECEIPT         $83.00
                                                            ============

```
                              REED SMITH LLP
                              PO Box 360074M
                         Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630
```

```
    W. R. Grace .                          Invoice Number    2035075
    5400 Broken Sound Blvd., N.W.          Invoice Date      08/30/10
    Boca Raton, FL 33487                   Client Number      172573
```

===============================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

```
      Fees                            1,459.00
      Expenses                            0.00

               TOTAL BALANCE DUE UPON RECEIPT        $1,459.00
                                                   =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 2035075 |
| Invoice Date | 08/30/10 |
| Client Number | 172573 |
| Matter Number | 60029 |

==============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2010

| Date | Name | | Hours |
|------|------|------|-------|
| 07/01/10 | Ament | Attention to billing matters relating to doeLegal (.20); e-mails re: same (.10). | .30 |
| 07/02/10 | Ament | E-mails re: doeLegal. | .20 |
| 07/08/10 | Ament | Attention to billing matters (.10); e-mails re: same (.10). | .20 |
| 07/21/10 | Cameron | Review materials regarding fee application. | .50 |
| 07/21/10 | Lord | Research docket and draft CNO to Reed Smith May monthly fee application. | .30 |
| 07/23/10 | Ament | E-mails with A. Muha re: June monthly fee application. | .10 |
| 07/23/10 | Lord | E-file and serve CNO to Reed Smith May monthly fee application (.2); e-mail to S. Ament re: June monthly status (.1). | .30 |
| 07/26/10 | Ament | Various e-mails re: June monthly fee application. | .20 |
| 07/27/10 | Ament | Various e-mails re: June monthly fee application. | .20 |

172573 W. R. Grace & Co.
60029  Fee Applications-Applicant
       August 30, 2010

Invoice Number  2035075
Page   2

| Date | Name | | Hours |
|------|------|---|-------|

07/27/10 Lord — Draft service for June monthly fee application (.1); prepare notice, service and exhibits for upcoming 37th interim fee application (.3). — .40

07/28/10 Ament — Review invoices and calculate fees and expenses for June monthly fee application (.50); prepare spreadsheets re: same (.40); draft June monthly fee application (.30); provide fee application to A. Muha for review (.10); finalize fee application (.10); e-mail same to J. Lord for DE filing (.10); e-mails with J. Lord re: same (.10). — 1.60

07/28/10 Lord — Revise, e-file and serve Reed Smith June monthly fee application — 1.10

07/28/10 Muha — Final revisions to monthly fee application. — .20

07/29/10 Ament — Attention to billing matters (.30); e-mails re: same (.10). — .40

TOTAL HOURS   6.00

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | 0.50 | at | $ 630.00 | = | 315.00 |
| Andrew J. Muha | 0.20 | at | $ 400.00 | = | 80.00 |
| John B. Lord | 2.10 | at | $ 240.00 | = | 504.00 |
| Sharon A. Ament | 3.20 | at | $ 175.00 | = | 560.00 |

CURRENT FEES                       1,459.00

TOTAL BALANCE DUE UPON RECEIPT     $1,459.00

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2035076
One Town Center Road                      Invoice Date      08/30/10
Boca Raton, FL   33486                    Client Number       172573


========================================================================

Re: W. R. Grace & Co.


(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

    Fees                              7,904.00
    Expenses                             0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $7,904.00
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630


| W.R. Grace & Co. | Invoice Number | 2035076 |
| One Town Center Road | Invoice Date | 08/30/10 |
| Boca Raton, FL 33486 | Client Number | 172573 |
| | Matter Number | 60033 |

===============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2010

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 07/02/10 | Cameron | Review materials regarding status of claims. | .80 |
| 07/08/10 | Ament | Provide D. Cameron with disclosure statement and plan per request. | .20 |
| 07/08/10 | Ament | Respond to various e-mails re: PD claims. | .20 |
| 07/08/10 | Cameron | Review DGS materials and e-mails regarding same. | .50 |
| 07/09/10 | Cameron | Review statute of limitations discovery materials and e-mails. | .80 |
| 07/10/10 | Cameron | Review prior work on statute of limitations for California. | 1.00 |
| 07/11/10 | Cameron | Review statute of limitations research file and materials. | 1.00 |
| 07/14/10 | Cameron | Prepare for and participate in call with R. Finke regarding DGS claim negotiations (0.9); follow-up review of SOL materials (0.5). | 1.40 |
| 07/14/10 | Flatley | Review emails (0.1); prepare for conference call (0.3); with D. Cameron and T. Rea to prepare for call (0.2); conference call with R. Finke, et al. and follow-up (1.0). | 1.60 |

172573 W. R. Grace & Co.                              Invoice Number  2035076
60033  Claim Analysis Objection Resolution & EstimationPage    2
       (Asbestos)
       August 30, 2010


| Date | Name | | Hours |
|------|------|---|-------|
| 07/14/10 | Rea | Prepare for/participate in and follow up from call with R. Finke re: settlement discussions. | 1.30 |
| 07/15/10 | Cameron | Follow-up from DGS call. | .70 |
| 07/16/10 | Rea | Reviewed DGS file memo (.3); e-mail to D. Speights re: settlement of Canadian claims (.1). | .40 |
| 07/17/10 | Flatley | Review K. Blake memo and email to T. Rea. | .30 |
| 07/19/10 | Cameron | Review statute of limitations materials. | .50 |
| 07/19/10 | Flatley | Messages to/from T. Rea about building specific information. | .30 |
| 07/20/10 | Flatley | Emails from/to T. Rea. | .10 |
| 07/25/10 | Cameron | Review statute of limitations issues. | .70 |
| 07/25/10 | Flatley | Review R. Finke email. | .10 |
| 07/29/10 | Cameron | Review DSG claim materials. | .70 |
| 07/29/10 | Restivo | Telephone conference with R. Finke and email follow-up. | .50 |
| 07/30/10 | Rea | E-mail to R. Finke re: settlement. | .20 |

                                              ------
                              TOTAL HOURS      13.30

172573  W. R. Grace & Co.                              Invoice Number   2035076
60033   Claim Analysis Objection Resolution & EstimationPage    3
        (Asbestos)
        August 30, 2010

| TIME SUMMARY | Hours | | | Rate | | Value |
|---|---|---|---|---|---|---|
| Lawrence E. Flatley | 2.40 | at | $ | 635.00 | = | 1,524.00 |
| Douglas E. Cameron | 8.10 | at | $ | 630.00 | = | 5,103.00 |
| James J. Restivo Jr. | 0.50 | at | $ | 685.00 | = | 342.50 |
| Traci Sands Rea | 1.90 | at | $ | 455.00 | = | 864.50 |
| Sharon A. Ament | 0.40 | at | $ | 175.00 | = | 70.00 |

CURRENT FEES                                               7,904.00

                                                        ------------

TOTAL BALANCE DUE UPON RECEIPT                            $7,904.00
                                                        ============