REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 2035080 |
| Invoice Date | 08/30/10 |
| Client Number | 172573 |

==============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

| | |
|---|---|
| Fees | 0.00 |
| Expenses | 72.72 |

TOTAL BALANCE DUE UPON RECEIPT          $72.72
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    2035080
One Town Center Road                      Invoice Date    08/30/10
Boca Raton, FL    33486                    Client Number      172573
                                          Matter Number       60026


================================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    PACER                                      3.36
    Duplicating/Printing/Scanning             21.90
    Postage Expense                            3.46
    Courier Service - Outside                 11.70
    Outside Duplicating                       32.30

                    CURRENT EXPENSES                       72.72
                                                    -------------

                    TOTAL BALANCE DUE UPON RECEIPT        $72.72
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                            Invoice Number      2035080
One Town Center Road                        Invoice Date        08/30/10
Boca Raton, FL    33486                     Client Number        172573
                                           Matter Number          60026


==============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 06/24/10 | Outside Duplicating Mailout - Bankruptcy<br>Mailouts/Mailout - Envelope s/ 06/24/2010 | 32.30 |
| 06/29/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 16 COPIES | 1.60 |
| 06/29/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 16 COPIES | 1.60 |
| 06/29/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 16 COPIES | 1.60 |
| 06/29/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 06/29/10 | Postage Expense- Letter to Warren Smith | 1.73 |
| 06/30/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/30/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/30/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/30/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/30/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/30/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
      August 30, 2010

Invoice Number  2035080
Page    2

| Date | Description | Amount |
|---|---|---|
| 06/30/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 16 COPIES | 1.60 |
| 06/30/10 | PACER | 3.36 |
| 07/01/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 07/01/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 07/02/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 16 COPIES | 1.60 |
| 07/02/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 16 COPIES | 1.60 |
| 07/02/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 16 COPIES | 1.60 |
| 07/09/10 | Courier Service - Outside -- VENDOR: JET<br>MESSENGER: Messenger Trip - US Bankruptcy Court<br>- 6/30/10 | 6.70 |
| 07/26/10 | Duplicating/Printing/Scanning<br>ATTY # 0718; 4 COPIES | .40 |
| 07/28/10 | Duplicating/Printing/Scanning<br>ATTY # 0718; 90 COPIES | 9.00 |
| 07/28/10 | Postage Expense-Pleading | 1.73 |
| 07/29/10 | Courier Service - Outside -- VENDOR: PARCELS,<br>INC.: Delivery | 5.00 |

                              CURRENT EXPENSES               72.72
                                                     ------------
                        TOTAL BALANCE DUE UPON RECEIPT     $72.72
                                                       ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    2035081
One Town Center Road                      Invoice Date      08/30/10
Boca Raton, FL   33486                    Client Number       172573

============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

   Fees                              0.00
   Expenses                         27.58

                  TOTAL BALANCE DUE UPON RECEIPT          $27.58
                                                    ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                         Invoice Number      2035081
One Town Center Road                     Invoice Date       08/30/10
Boca Raton, FL   33486                   Client Number        172573
                                         Matter Number         60033


===============================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    PACER                                     10.88
    Duplicating/Printing/Scanning            16.70

                    CURRENT EXPENSES                            27.58
                                                        -------------

                    TOTAL BALANCE DUE UPON RECEIPT            $27.58
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number     2035081
One Town Center Road                      Invoice Date      08/30/10
Boca Raton, FL   33486                    Client Number       172573
                                          Matter Number        60033


==============================================================================

Re: (60033)   Claim Analysis Objection Resolution & Estimation
               (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

06/28/10   Duplicating/Printing/Scanning                    .90
           ATTY # 000559: 9 COPIES

06/28/10   Duplicating/Printing/Scanning                    .10
           ATTY # 000559: 1 COPIES

06/28/10   Duplicating/Printing/Scanning                    .10
           ATTY # 000559: 1 COPIES

06/28/10   Duplicating/Printing/Scanning                    .10
           ATTY # 000559: 1 COPIES

06/28/10   Duplicating/Printing/Scanning                    .10
           ATTY # 000559: 1 COPIES

06/28/10   Duplicating/Printing/Scanning                    .90
           ATTY # 000559: 9 COPIES

06/28/10   Duplicating/Printing/Scanning                    .90
           ATTY # 000559: 9 COPIES

06/28/10   Duplicating/Printing/Scanning                    .90
           ATTY # 000559: 9 COPIES

06/28/10   Duplicating/Printing/Scanning                    .90
           ATTY # 000559: 9 COPIES

06/28/10   Duplicating/Printing/Scanning                   1.10
           ATTY # 000559: 11 COPIES

06/29/10   Duplicating/Printing/Scanning                    .90
           ATTY # 000559: 9 COPIES

172573 W. R. Grace & Co.                          Invoice Number   2035081
60033  Claim Analysis Objection Resolution & EstimationPage    2
       (Asbestos)
       August 30, 2010


06/29/10   Duplicating/Printing/Scanning                        .90
           ATTY # 000559: 9 COPIES

06/29/10   Duplicating/Printing/Scanning                      1.10
           ATTY # 000559: 11 COPIES

06/30/10   PACER                                             10.88

07/15/10   Duplicating/Printing/Scanning                      7.80
           ATTY # 1398; 78 COPIES

                          CURRENT EXPENSES                      27.58
                                                          -------------
                          TOTAL BALANCE DUE UPON RECEIPT       $27.58
                                                          =============