# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline**: September 20, 2010, at 4:00 p.m. |
| | | **Hearing Date:**     TBD only if necessary |

## FEE DETAIL FOR KIRKLAND & ELLIS LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JULY 1, 2010 THROUGH JULY 31, 2010

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

### Matter 19 - Claims Analysis Objection and Resolution (Non-Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/1/2010 | Deanna D Boll | .30 | Confer with M. Araki re Newark Electronics claims. |
| 7/1/2010 | Deborah L Bibbs | 6.80 | Review pleadings re notices of non-asbestos claim settlements (3.6); revise index and upload additional information to databases re same (3.2). |
| 7/6/2010 | Deborah L Bibbs | 6.80 | Review pleadings re non-asbestos claim settlements (2.8); revise index and upload additional information to databases re same (2.1); review pleadings re stipulations for claim settlements that were put out on notice (1.9). |
| 7/7/2010 | Deborah L Bibbs | 6.30 | Review pleadings and files for information re non-asbestos claim settlements (3.8); revise index and upload additional information to databases re same (2.5). |
| 7/16/2010 | Deborah L Bibbs | 6.80 | Review pleadings for information re bar date claims (3.6); prepare chronology and update database re same (3.2). |
| 7/23/2010 | Christopher T Greco | .40 | Correspond internally re environmental claim and follow up re same. |
| 7/26/2010 | Christopher T Greco | .50 | Correspond with B. Emmett and others re Edison, NJ site and contingency proof of claim. |
| 7/26/2010 | Nate Kritzer | .90 | Research 501(e)(1)(B) disallowance of environmental claim (.5); draft memo to C. Greco re same (.4). |
| 7/27/2010 | Christopher T Greco | .50 | Follow up with T. Freedman and client re 502(e) question and Edison, NJ claim and review/consider issues same. |
| 7/27/2010 | Nate Kritzer | .30 | Research possible disallowance of environmental claim. |
| 7/28/2010 | Christopher T Greco | .40 | Correspond internally re Edison, NJ claim and 502(e) issues. |
| | Total: | 30.00 | |

## Matter 20 - Case Administration - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/15/2010 | Mathias M Mondino | 3.80 | Review and disseminate docket update. |
| 7/19/2010 | Kimberly K Love | 1.50 | Prepare and organize materials for distribution to case files. |
| 7/23/2010 | Mathias M Mondino | 1.50 | Review and disseminate docket update. |
| 7/26/2010 | Mathias M Mondino | 1.50 | Review and disseminate docket update. |
| 7/29/2010 | Deborah L Bibbs | .90 | Review dockets, pleadings and correspondence to update and revise critical dates list. |
| | Total: | 9.20 | |

A-3

### Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/1/2010 | Kimberly K Love | 3.50 | Review and obtain information re Canadian claims settled with D. Speights as requested by L. Esayian. |
| 7/2/2010 | Lisa G Esayian | 1.50 | Review various PD claims settlement approval orders and update chart of PD settlements and remaining claims. |
| 7/5/2010 | Deanna D Boll | .30 | Confer with M. Moloci re Canadian claims data. |
| 7/8/2010 | Lisa G Esayian | 2.50 | Make additional updates to PD claims status chart (1.0); correspond with R. Finke re same (.4); correspond with J. Baer re Plum Creek claim (.4); review Plum Creek's motion to allow late claims (.7). |
| | Total: | 7.80 | |

## Matter 28 - Litigation and Litigation Consulting - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/21/2010 | John Donley | .50 | Review Libby plaintiffs' cert petition reply. |
| 7/21/2010 | Christopher Landau, P.C. | 2.00 | Review Libby claimants' brief in opposition to cert petition (.8); begin outlining reply brief (1.2). |
| 7/22/2010 | Christopher Landau, P.C. | 2.00 | Draft reply brief in support of cert petition re Montana appeal. |
| 7/23/2010 | Christopher Landau, P.C. | 6.00 | Draft reply brief in support of cert petition re Montana appeal. |
| 7/29/2010 | Theodore L Freedman | 1.30 | Review pleadings for petition for certiori re Montana appeal. |
| 7/29/2010 | Christopher Landau, P.C. | 3.00 | Edit reply brief in support of cert petition and circulate same to team. |
| 7/30/2010 | John Donley | .40 | Review Montana cert reply draft and prior briefs and prepare comments to C. Landau re 105 issue. |
| 7/30/2010 | Theodore L Freedman | 1.60 | Review petition for certiori re Montana appeal (1.2); prepare comments on same for C. Landau (.4) |
| | Total: | 16.80 | |

## Matter 30 - Hearings - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/8/2010 | Deanna D Boll | .10 | Confer with J. Baer re omnibus hearing. |
| 7/8/2010 | Deborah L Bibbs | .50 | Arrange court calls for 7/14 hearing. |
| 7/13/2010 | Theodore L Freedman | 2.00 | Prepare for hearing on Canadian matter. |
| 7/14/2010 | Deanna D Boll | 1.20 | Participate telephonically in hearing re CCAA rep motion and review issues re same. |
| 7/14/2010 | John Donley | 1.00 | Attend omnibus hearing (telephonically). |
| 7/14/2010 | Theodore L Freedman | 4.00 | Participate in hearing on Canadian matter (1.0); prepare for hearing (3.0). |
| 7/20/2010 | Kimberly K Love | 1.00 | Prepare and organize information requested by L. Esayian re upcoming hearings and deadlines. |
| 7/20/2010 | Matthew F Dexter | .30 | Review calendar and correspond with B. Friedman re hearing on motions to dismiss. |
| 7/22/2010 | Kimberly K Love | 1.00 | Prepare and organize information re confirmation hearing dates as requested by L. Esayian. |
| 7/22/2010 | Matthew F Dexter | 10.00 | Attend hearing on first wave of motions to dismiss adversary complaints (9.8); confer with C. Greco re same (.2). |
| 7/23/2010 | Matthew F Dexter | .60 | Confer with C. Greco and D. Abramowicz re hearing on motions to dismiss. |
| 7/28/2010 | Matthew F Dexter | .50 | Draft and revise correspondence to client re court hearing (.3); correspond with team re same (.2). |
| 7/29/2010 | Deborah L Bibbs | .50 | Arrange court calls for 8/9 hearing. |
| | Total: | 22.70 | |

## Matter 32 - Fee Applications, Applicant - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/1/2010 | Deanna D Boll | 1.20 | Edit May fee application. |
| 7/2/2010 | Deanna D Boll | .20 | Confer with M. McCarthy re May fee application. |
| 7/2/2010 | Holly Bull | 2.10 | Review fee auditor materials and revise related binder and charts (1.8); confer with M. McCarthy re May fee application (.3). |
| 7/2/2010 | Maureen McCarthy | 3.10 | Draft and finalize May fee application and confer with H. Bull re same. |
| 7/6/2010 | Holly Bull | 3.00 | Revise chart re biller and case status, including related correspondence and review of materials. |
| 7/7/2010 | Holly Bull | 3.30 | Review and edit first-round June time and expenses. |
| 7/8/2010 | Deanna D Boll | .80 | Confer with T. Freedman, T. Wallace and M. McCarthy re fees. |
| 7/8/2010 | Holly Bull | 3.10 | Review and edit first-round June invoices. |
| 7/8/2010 | Maureen McCarthy | .10 | Correspond with T. Wallace re payment related to adversary proceeding. |
| 7/9/2010 | Holly Bull | 2.60 | Confer with several billers on issues for June fee application and complete review and editing of first-round June entries (2.3); confer internally re fee payment (.3). |
| 7/9/2010 | Maureen McCarthy | .20 | Correspond with Billing Department and H. Bull re payment on March April and May fee applications. |
| 7/13/2010 | Holly Bull | 2.00 | Review fee auditor materials and revise related chart. |
| 7/14/2010 | Holly Bull | 2.20 | Review and edit second-round June invoices and prepare correspondence to billers re billing issues. |
| 7/15/2010 | Holly Bull | 2.90 | Review and edit second-round June invoices. |
| 7/16/2010 | Holly Bull | 3.10 | Review and edit second-round June fees and expenses and follow up with several billers and Billing Department on issues re same. |
| 7/19/2010 | Deanna D Boll | .10 | Confer with T. Wallace re fee application. |
| 7/21/2010 | Deanna D Boll | .50 | Confer with M. McCarthy and T. Freedman re fees. |
| 7/26/2010 | Deanna D Boll | .60 | Confer with T. Freedman re fees and adversary proceeding fee order (.3); confer with B. Harding re Huron invoice (.2); confer with Accounting re same (.1). |
| 7/26/2010 | Holly Bull | 1.50 | Prepare fee binder materials, including reviewing and incorporating correspondence and billing information. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/27/2010 | Deanna D Boll | .40 | Confer with T. Freedman and J. Baer re fraudulent conveyance fee order (.3); confer with T. Wallace re Huron invoice (.1). |
| 7/28/2010 | Holly Bull | 1.40 | Review queries from billers and prepare sample billing and answers to same (.6); update fee issues status chart (.8). |
| 7/30/2010 | Deanna D Boll | 1.50 | Edit June fee application. |
| 7/30/2010 | Holly Bull | 4.10 | Complete fee binder revisions and updates and organization of auditor materials (3.8); confer with M. McCarthy re June fee application and fee auditor matters (.3). |
| 7/30/2010 | Maureen McCarthy | .80 | Begin draft of June fee application and confer with H. Bull re same. |
|  | Total: | 40.80 |  |

A-8

## Matter 37 - Plan and Disclosure Statement - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/30/2010 | Ashley S Gregory | 2.50 | Review and revise exit financing documents. |
| 7/1/2010 | Deanna D Boll | 2.30 | Review issues re plan amendments and confirmation order edits (2.0); confer with L. Esayian re same (.3). |
| 7/1/2010 | John Donley | .20 | Correspond with R. Wyron re Garlock filing (.1); review FCR's pleading and correspond with T. Freedman re same (.1). |
| 7/1/2010 | Lisa G Esayian | 4.30 | Confer with D. Boll re insurance-related plan exhibit updates (.3); work on same (1.0); correspond with R. Finke re TIG settlement (.3); revise TIG approval motion (.4); correspond with J. O'Neill and K. Makowski re same (.3); correspond with M. Shelnitz re same (.3); correspond with R. Wyron re CNA issues (.2); review revised draft CNA agreement (1.5). |
| 7/2/2010 | Deanna D Boll | 1.80 | Review issues re modifications to confirmation order and plan. |
| 7/2/2010 | Lisa G Esayian | 3.50 | Correspond with P. Mahaley and J. Harding re TIG settlement (.4); draft motion for shortened notice for TIG settlement (.6); correspond with R. Wyron re insurance settlement approval issues (.4); review revised proposed CNA settlement agreement (1.5); correspond with M. Shelnitz and R. Finke re same (.6). |
| 7/6/2010 | Kimberly K Love | 1.50 | Prepare and organize various materials requested by L. Esayian re CNA and BNSF exhibits and exhibit lists. |
| 7/6/2010 | Deanna D Boll | 3.20 | Confer with M. Moloci, T. Freedman and J. Baer re Canadian claims data (.2); further confer with M. Moloci re same (.5); confer with R. Finke and O. Pasparakis re CCAA rep issues (.2); confer with J. Baer and D. Hogan re substantial contribution motion (.1); confer with Rust re CCAA rep claims access and review sampling of data (2.2). |
| 7/6/2010 | Lisa G Esayian | 3.00 | Review certain provisions in proposed CNA settlement (.8); confer with T. Freedman re same (.4); correspond with CNA's counsel re same (.2); correspond with Sealed Air and Fresenius counsel re same (.3); address issues re policies issued by CNA to BNSF (1.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/6/2010 | Theodore L Freedman | 4.50 | Confer with J. Baer, M. Moloci and D. Boll re Canadian claims (.2); review CNA settlement draft (1.6); confer with L. Esayian re CNA issues (.5); correspond with team members re settlement with Nustar and review Nustar materials (2.2). |
| 7/7/2010 | Deanna D Boll | 1.50 | Confer with K. Davis and M. Moloci re CCAA rep data and review same. |
| 7/7/2010 | Lisa G Esayian | 3.50 | Revise confidentiality agreement for certain insurance settlement negotiations (.4); work on Hartford issues (.8); correspond with B. Horkovich re certain potential insurance settlements (.3); work on CNA issues (1.5); correspond with R. Finke and J. Posner re same (.5). |
| 7/7/2010 | Theodore L Freedman | 3.00 | Review Nustar materials and confer with client and team re same (1.6); confer with client re CNA issues (1.4). |
| 7/8/2010 | Kimberly K Love | 1.50 | Prepare and organize materials re Plum Creek requested by L. Esayian. |
| 7/8/2010 | Deanna D Boll | 3.10 | Summarize plan modifications (2.5); confer with L. Esayian and T. Freedman re Nustar issues (.5); confer with M. Moloci re CCAA claims issues (.1). |
| 7/8/2010 | Lisa G Esayian | 3.00 | Work on Hartford issues (.5); work on CNA issues (1.0); review certain plan exhibits that may require updating (1.0); confer with T. Freedman and D. Boll re same (.5). |
| 7/8/2010 | Theodore L Freedman | 4.00 | Review and address Nustar issues (1.1); confer with client re same (.6); confer with D. Boll and L. Esayian re issues related to treatment of PD claims (.5); review and revise plan provisions and exhibits related to same (1.8). |
| 7/9/2010 | Kimberly K Love | 1.00 | Prepare and organize insurance materials requested by L. Esayian. |
| 7/9/2010 | Deanna D Boll | 2.50 | Confer with M. Moloci and Rust re CCAA data and consider issues re same. |
| 7/9/2010 | Lisa G Esayian | 3.00 | Correspond with R. Finke re plan exhibits that may require updates (.4); prepare updates to plan exhibits re PD claims (2.6). |
| 7/9/2010 | Theodore L Freedman | 3.50 | Review issues related to Canadian proceeding (1.2); review issues related to CNA settlement (1.2); confer and correspond with team members re potential plan amendments (1.1). |
| 7/12/2010 | Kimberly K Love | 1.00 | Prepare and organize various Canadian materials requested by L. Esayian. |

A-10

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/12/2010 | Deanna D Boll | 3.20 | Analyze issues re plan modifications (3.1); confer with L. Esayian re same (.2). |
| 7/12/2010 | Lisa G Esayian | 4.50 | Correspond with J. Posner re CNA issues (.5); correspond with T. Freedman re updates to certain plan exhibits (.3); work on updates to PD CMO (plan exhibit 25) (1.5); correspond with R. Finke re same (.4); work on updates to plan exhibit 21 (schedule of unresolved PD claims) (1.6); confer with D. Boll re same (.2). |
| 7/12/2010 | Theodore L Freedman | 3.00 | Review issues related to Canadian proceeding (.8); review issues related to CNA settlement (1.4); confer and correspond with various team members re potential plan amendments (.8). |
| 7/13/2010 | John Donley | 1.00 | Confer with J. Baer re Plum Creek motion and review contested matter authorities (.2); review materials and memos re relevant new chapter 11 filings (.8). |
| 7/13/2010 | Lisa G Esayian | 2.50 | Continue updating plan exhibit 21 (schedule of unresolved PD claims) (2.0); correspond with R. Finke re same (.5). |
| 7/13/2010 | Theodore L Freedman | 2.50 | Review issues related to Canadian proceeding (.5); review issues related to CNA settlement (.5); confer and correspond with team members re potential plan amendments (.7); review Canadian pleadings (.8). |
| 7/14/2010 | Theodore L Freedman | .50 | Review plan amendments from L. Esayian. |
| 7/15/2010 | Kimberly K Love | 2.00 | Prepare and organize materials for case databases, including pleadings and Canadian materials. |
| 7/15/2010 | Lisa G Esayian | 1.00 | Provide comments to R. Horkovich and R. Chung re settlement proposals to certain insurers (.5); review articles re CNA sale of asbestos liabilities to Berkshire Hathaway (.5). |
| 7/15/2010 | Theodore L Freedman | 2.00 | Review and address issues related to CNA agreement. |
| 7/16/2010 | Kimberly K Love | 2.00 | Prepare and organize insurance materials for inclusion into applicable case databases. |
| 7/16/2010 | Lisa G Esayian | 1.50 | Work on updates to plan's insurance exhibits (.5); work on CNA issues (1.0). |
| 7/16/2010 | Theodore L Freedman | 2.50 | Review and address issues re CNA agreement (.8); address matters related to insurance settlements (1.7). |

A-11

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/18/2010 | John Donley | 2.60 | Review Plum Creek filing, Plum Creek proof of claim, various plan documents and exhibits relevant to same (1.4); develop and outline possible responses to Plum Creek filing (1.2). |
| 7/19/2010 | Kimberly K Love | 5.50 | Review and obtain transcripts requested by B. Stansbury re Whitehouse, Frank, Molgaard, Weill and Moolgavkar (3.5); prepare and obtain recent versions of plan and materials as requested by J. Donley (2.0). |
| 7/19/2010 | John Donley | 3.10 | Review Plum Creek documents and chronology, analyze responsive filing options and refine outline of same (1.9); confer with R. Finke, J. Baer and R. Higgins re facts and motion strategy and further correspond with J. Baer re same (1.0); confer with J. Baer, P. Lockwood and FCR counsel re same (.2). |
| 7/19/2010 | Lisa G Esayian | 3.00 | Work on updates to plan's insurance exhibits (.5); review FCR's proposed revisions to insurance settlement (.9); analyze plan provisions relevant to same and propose additional revisions (1.0); correspond with T. Freedman re same (.6). |
| 7/19/2010 | Theodore L Freedman | 3.50 | Review and address issues related to plan treatment of PD claims (1.0); address issues re insurance agreements (1.4); correspond with L. Esayian and others re same (.7); confer with J. Donley re PD treatment (.4). |
| 7/20/2010 | Lisa G Esayian | 4.00 | Review and provide comments re two proposed insurance settlement agreements (2.0); work on CNA issues (1.0); update M. Shelnitz and R. Finke re same (.6); prepare chart of insurance settlements (.4). |
| 7/20/2010 | Theodore L Freedman | 2.50 | Review and analyze issues related to treatment of PD claims. |
| 7/21/2010 | Anthony Grossi | 3.80 | Conduct research re Extended Stay's litigation trust (2.9); draft memorandum re same (.9). |
| 7/21/2010 | Nate Kritzer | .30 | Correspond with D. Turetsky re CNA stipulation and 1997 settlement agreement with CNA. |
| 7/21/2010 | John Donley | .30 | Correspond internally re Plum Creek issues. |
| 7/21/2010 | Lisa G Esayian | 2.30 | Work on CNA issues (.8); work on several potential insurance settlements (1.5). |
| 7/21/2010 | Theodore L Freedman | 1.00 | Attend to various administrative matters on disclosure issues and CNA agreement (.7); prepare correspondence to L. Esayian re same (.3). |
| 7/22/2010 | Christopher T Greco | .50 | Review memo re extended stay litigation trust and correspond with T. Freedman and A. Grossi re same. |

A-12

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/22/2010 | Anthony Grossi | 3.90 | Draft research memorandum re Extended Stay's litigation trust. |
| 7/22/2010 | Kimberly K Love | 1.50 | Prepare and organize information re case numbers as requested by J. Brooks (.5); review and obtain information re plan and exhibits as requested by J. Donley (1.0). |
| 7/22/2010 | John Donley | 1.00 | Review and comment on various drafts of Plum Creek tolling agreement and pleadings (.6); confer and correspond with J. Baer, Plum Creek counsel, co-counsel and R. Finke re revisions (.4). |
| 7/22/2010 | Lisa G Esayian | 1.50 | Create chart of post-petition insurance settlements per request of J. Posner and F. Zaremby. |
| 7/22/2010 | Theodore L Freedman | 2.00 | Correspond internally and review documents re CNA settlement (1.1); review issues related to status of matter before Judge Fitzgerald (.9). |
| 7/23/2010 | Kimberly K Love | 1.00 | Prepare and organize information requested by R. Higgins re settlement notices and Munoz. |
| 7/23/2010 | John Donley | 3.00 | Review and analyze key jurisdictional authorities relevant to confirmation issues due to recent Jen-Weld decision. |
| 7/23/2010 | Lisa G Esayian | 4.30 | Review correspondence from Sealed Air re CNA issues (.3); follow up on issues re same (.7); correspond with T. Freedman and P. Mahaley re same (.4); review revised draft CNA agreement (1.0); update M. Shelnitz and R. Finke re CNA issues (.4); complete chart summarizing insurance settlements (1.5). |
| 7/23/2010 | Theodore L Freedman | 1.50 | Correspond internally and review documents re CNA settlement (.8); review issues related to status of matter before Judge Fitzgerald (.7). |
| 7/26/2010 | Deanna D Boll | 2.30 | Review and consider issues re confirmation order modifications and plan modifications. |
| 7/26/2010 | Lisa G Esayian | .50 | Confer with D. Turetsky and P. Mahaley re CNA issues (.3); correspond with CNA's counsel re same (.2). |
| 7/26/2010 | Theodore L Freedman | 2.50 | Correspond and review documents re CNA settlement (1.4); review and consider issues related to status of matter before Judge Fitzgerald (.7); confer internally re obtaining confirmation order (.4). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/27/2010 | Lisa G Esayian | 2.50 | Correspond with J. Baer re questions re certain insurer proofs of claim (.3); provide information re same (.7); review Gerling's proposed settlement agreement revisions (.5); correspond with R. Finke re same (.3); review motion for approval and proposed order re Gerling settlement (.4); correspond with T. Freedman re CNA issues (.3). |
| 7/27/2010 | Theodore L Freedman | 3.00 | Address matters related to obtaining confirmation order (.9); review issues re amending plan (1.1); correspond with L. Esayian re CNA (.3); review and consider issues re CNA contract (.7). |
| 7/28/2010 | Lisa G Esayian | 1.50 | Work on several potential insurance settlements. |
| 7/28/2010 | Theodore L Freedman | 3.50 | Address matters related to obtaining confirmation order (1.1); review issues re amending plan (1.5); review and consider issues re CNA contract (.9). |
| 7/29/2010 | Nate Kritzer | .50 | Confer with T. Freedman re review of recent Third Circuit appeal. |
| 7/29/2010 | John Donley | 2.00 | Review and analyze precedent and conduct research re 524g issues and plan affirmation/confirmation. |
| 7/29/2010 | Lisa G Esayian | 1.50 | Finalize TIG settlement approval motion for filing (.4); correspond with K. Makowski re same (.3); correspond with P. Mahaley re Hartford issues (.3); work on same (.5). |
| 7/29/2010 | Theodore L Freedman | 1.20 | Confer with R. Finke re Narco matter (.7); confer with N. Kritzer re Narco matter and issues affecting confirmation order (.5). |
| 7/30/2010 | Nate Kritzer | 3.80 | Analyze and summarize appeal in GIT bankruptcy. |
| 7/30/2010 | Lisa G Esayian | 3.50 | Review current status of various Speights' appeals and work on issues re same (1.0); review Hartford's revisions to proposed settlement agreement (.8); correspond with FCR's and ACC's counsel re key open issues (.4); draft motion for approval of Hartford settlement (1.0); update insurance settlement chart (.3). |
| 7/30/2010 | Theodore L Freedman | 1.40 | Review materials on obtaining confirmation order and confer with co-counsel re same. |
| | Total: | 167.40 | |

A-14

## Matter 41 - Tax Issues - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/13/2010 | Natalie H Keller | 3.00 | Confer with T. Maynes and C. Finke re Fresenius tax refund check (.5); review documentation re same (.8); research IRM provisions re same (1.0); draft letter to IRS re same (.7). |
| 7/13/2010 | Todd F Maynes, P.C. | .50 | Review letter re tax refund check (.2); confer with C. Finke and N. Keller re same (.3). |
| 7/14/2010 | Natalie H Keller | 2.80 | Confer with C. Finke re Fresenius refund check (.7); prepare correspondence to E. Del Hierro re same (.2); review documentation re same (.4); research issues re same (1.0); revise letter re request for replacement check (.5). |
| 7/16/2010 | Natalie H Keller | .30 | Follow-up re open issues re Fresenius tax refund check. |
| 7/19/2010 | Natalie H Keller | .30 | Confer with C. Finke re outstanding issues re refund check (.2); follow-up with E. Del Hierro re same (.1). |
| 7/21/2010 | Edwin S del Hierro, P.C. | 1.50 | Review Check 21 Act material and prepare correspondence re same. |
| 7/22/2010 | Edwin S del Hierro, P.C. | .50 | Confer with N. Keller re Check 21 Act and review related correspondence. |
| 7/22/2010 | Natalie H Keller | 3.30 | Confer with E. Del Hierro re Check 21 Act and related authorities (.5); review authorities and consider issues re same (1.1); correspond with C. Finke re same (.3); review new documentation from Bank of America re check (.3); revise letter to IRS (.6); compile exhibits for same (.3); further correspond with C. Finke re same (.2). |
| 7/22/2010 | Todd F Maynes, P.C. | .50 | Correspond with client re Fresenius tax refund issue. |
| 7/26/2010 | Natalie H Keller | .50 | Confer with C. Finke re replacement refund check (.2); consider procedural issues re same (.3). |
| 7/27/2010 | Todd F Maynes, P.C. | .50 | Review Fresenius agreement re check. |
| 7/28/2010 | Natalie H Keller | 3.50 | Review revised letter to IRS re replacement refund check (.3); review settlement agreement re notice provisions (.4); confer with T. Maynes re same (.3); review Form 3911 (.3); consider issues re same (.7); correspond and confer with C. Finke re same (.6); revise letter (.4); compile exhibits for same (.5). |
| 7/28/2010 | Todd F Maynes, P.C. | .50 | Review Fresenius agreement re check (.2); confer with N. Keller re same (.3). |
| | Total: | 17.70 | |

## Matter 54 - Employment Applications, Applicant - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/9/2010 | Deborah L Bibbs | 2.20 | Review pleadings for information re ordinary course professionals for preparation of supplemental affidavit. |
| 7/12/2010 | Deborah L Bibbs | 3.10 | Review pleadings re information on OCPs and Section 327(e) counsel for preparation of supplemental affidavit. |
| 7/19/2010 | Deanna D Boll | 6.70 | Confer with T. Freedman and J. Donley re supplemental affidavit of disinterestedness and review conflicts materials re same. |
| 7/21/2010 | Kimberly K Love | 7.00 | Prepare and organize information requested by J. Baer re various appeal cases for preparation of supplemental affidavit (1.5); prepare and organize information requested by D. Boll re disclosures of various companies (4.0); prepare and organize disclosure affidavits (1.5). |
| 7/21/2010 | Ellen J Kratofil | .60 | Review conflicts searches re update and additional debtholders (.3); respond to additional conflicts inquiries from D. Boll (.3). |
| 7/21/2010 | Deanna D Boll | 6.00 | Confer with K. Love, M. Araki and E. Kratofil re conflicts and claims/debtholder status (1.2); revise disclosure affidavit (4.8). |
| 7/22/2010 | Kimberly K Love | 1.00 | Prepare and organize information requested by J. Baer re ordinary course affidavits. |
| 7/22/2010 | Ellen J Kratofil | 1.60 | Review conflicts searches re update and additional debtholders (.3); respond to additional conflicts inquiries from D. Boll (.2); draft exhibits to twenty-sixth supplemental affidavit (1.1). |
| 7/22/2010 | Deanna D Boll | 4.50 | Finalize supplemental disclosure affidavit and confer with E. Kratofil, J. O'Neill and T. Freedman re same. |
| 7/26/2010 | Ellen J Kratofil | .30 | Confer with D. Boll re master conflicts list (.1); review current and former conflicts lists (.2). |
| 7/26/2010 | Deanna D Boll | 1.90 | Confer with J. Baer re conflicts chart and Arent Fox and confer with E. Kratofil re same (.6); confer with H. Bull re supplemental affidavit of disinterestedness (.3); review issues re master conflicts chart (1.0). |
| 7/26/2010 | Holly Bull | .30 | Confer with D. Boll re disclosure for supplemental disclosure. |
| 7/27/2010 | Deanna D Boll | 2.30 | Confer with J. Baer re master conflicts issues and review docket re updates relevant for same. |
| | Total: | 37.50 | |

A-16

## Matter 59 - Lyondell Reclamation Claims- Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/6/2010 | Christopher T Greco | .30 | Correspond with S. Ahern and others re Lyondell administrative claim checks and distribute same. |
| 7/19/2010 | Nate Kritzer | .30 | Review Lyondell check, compare with stipulation and proof of claim (.2); correspond C. Greco re same (.1). |
| 7/20/2010 | Christopher T Greco | .20 | Distribute Lyondell check to S. Ahern. |
| 7/28/2010 | Nate Kritzer | .10 | Confer with C. Greco re stipulation with Lyondell. |
| | Total: | .90 | |

A-17

## Matter 60 - Delphi Preference Defense - Fees

| Date | Name | Hours | Description |
|---|---|---|---|
| 7/7/2010 | Christopher T Greco | .60 | Draft correspondence to J. Hughes re update and as-filed motion to dismiss (.3); correspond with M. Dexter and K. Alexander re same and review same (.3). |
| 7/23/2010 | Christopher T Greco | .40 | Correspond with M. Dexter re Delphi status update and amended complaint timeframe (.2); confer with K. Alexander re same (.2). |
| 7/23/2010 | Kristina Alexander | .40 | Confer with C. Greco re Delphi matter and draft correspondence re same. |
| 7/30/2010 | Kristina Alexander | .90 | Research notice parties in Delphi case (.4); review filings on docket re executory contracts (.3); prepare correspondence to client re same (.2). |
| | Total: | 2.30 | |

# EXHIBIT B

## Matter 42 – Travel non-working – Expenses

| Service Description | Amount |
|---|---|
| Airfare | $496.35 |
| Transportation to/from airport | $92.60 |
| **Total:** | **$588.95** |

## Matter 42 – Travel non-working – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 4/28/2010 | 496.35 | John Donley, Airfare, Philadelphia, PA, 06/06/2010 to 06/07/2010, (Court Hearing) |
| 6/6/2010 | 92.60 | CROWN CARS & LIMOUSINES, Transportation to/from airport, Chicago, IL, 06/06/2010, JOHN DONLEY, From home to ORD |
| Total: | 588.95 | |

### Matter 52 – Expenses – Expenses

| Service Description | Amount |
| --- | ---: |
| Third Party Telephone Charges | $12.44 |
| Standard Copies or Prints | $645.30 |
| Binding | $7.00 |
| Tabs/Indexes/Dividers | $7.80 |
| Scanned Images | $31.30 |
| Outside Copy/Binding Services | $2,735.22 |
| Overnight Delivery | $132.75 |
| Outside Messenger Services | $220.95 |
| Appearance Fees | $241.00 |
| Computer Database Research | $3,209.58 |
| Overtime Transportation | $24.28 |
| Overtime Meals - Attorney | $21.81 |
| Electronic Data Storage | $1,753.74 |
| **Total:** | **$9,043.17** |

## Matter 52 – Expenses – Itemized Expenses

| Date | Amount | Description |
|------|-------:|-------------|
| 6/4/2010 | 123.14 | UPS Dlvry to: Jamie O'Neill, WILMINGTON, DE from: Kimberly K. Love |
| 6/4/2010 | 153.88 | WEST, Computer Database Research, DONLEY, JOHN W., JUNE 2010 |
| 6/4/2010 | 53.86 | WEST, Computer Database Research, LOVE, KIMBERLY, JUNE 2010 |
| 6/7/2010 | 113.26 | WEST, Computer Database Research, ESAYIAN, LISA G., JUNE 2010 |
| 6/15/2010 | 29.14 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LASALLE, Holly Bull, 6/15/2010 |
| 6/15/2010 | 113.75 | WEST, Computer Database Research, BIBBS, DEBORAH L., JUNE 2010 |
| 6/15/2010 | 4.38 | WEST, Computer Database Research, DEXTER, MATTHEW, JUNE 2010 |
| 6/16/2010 | 21.81 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, David Abramowicz, Overtime Meals - Attorney, 6/16/2010 |
| 6/17/2010 | 574.85 | WEST, Computer Database Research, BEY, TIANA, JUNE 2010 |
| 6/18/2010 | 29.14 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LASALLE, Holly Bull, 6/18/2010 |
| 6/21/2010 | 34.02 | LEXISNEXIS, Computer Database Research, ABRAMOWICZ, DAVID, 6/21/2010 |
| 6/25/2010 | 149.82 | WEST, Computer Database Research, ABRAMOWICZ, DAVID, JUNE 2010 |
| 6/28/2010 | 24.28 | VITAL TRANSPORTATION INC, Passenger: HONG, CECILIA, Overtime Transportation, Date: 6/21/2010 |
| 6/29/2010 | 420.93 | WEST, Computer Database Research, LANDAU, CHRISTOPHER, JUNE 2010 |
| 6/29/2010 | 2.19 | WEST, Computer Database Research, BOLL, DEANNA D., JUNE 2010 |
| 6/30/2010 | 8.43 | INTERCALL - Third Party Telephone Charges, Conference call, D. Boll |
| 6/30/2010 | 4.01 | INTERCALL - Third Party Telephone Charges, Conference call, A. Gregory |
| 6/30/2010 | 30.00 | COURTCALL, LLC - Appearance Fees - CCID 3549829, 6/07/2010, Hearing, Lisa Esayian, U.S. Bankruptcy Court-Delaware |
| 6/30/2010 | 30.00 | COURTCALL, LLC - Appearance Fees - CCID 3549819, 6/07/2010, Hearing, Deanna Boll, U.S. Bankruptcy Court-Delaware |
| 7/1/2010 | 5.00 | Standard Prints |
| 7/1/2010 | 1.40 | Standard Prints |

| Date | Amount | Description |
|------|-------:|-------------|
| 7/1/2010 | 0.30 | Scanned Images |
| 7/2/2010 | 0.60 | Standard Copies or Prints |
| 7/2/2010 | 0.20 | Standard Prints |
| 7/2/2010 | 4.20 | Standard Prints |
| 7/2/2010 | 2.50 | Standard Prints |
| 7/2/2010 | 20.00 | RESTRUCTURING CONCEPTS LLC - Computer Database Research, netDockets usage for June 2010, K. Alexander |
| 7/6/2010 | 1.20 | Standard Prints |
| 7/6/2010 | 29.14 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LASALLE, Holly Bull, 7/6/2010 |
| 7/7/2010 | 0.60 | Standard Copies or Prints |
| 7/7/2010 | 6.00 | Standard Prints |
| 7/7/2010 | 12.00 | Standard Prints |
| 7/7/2010 | 0.20 | Scanned Images |
| 7/7/2010 | 19.50 | Standard Prints |
| 7/7/2010 | 2,735.22 | WILSON EPES PRINTING CO INC - Outside Copy/Binding Services, 06/18/10, 55 PETITION AND APPENDIX (W.R. GRACE, V. CHAKARIAN) |
| 7/7/2010 | 1,568.64 | PACER SERVICE CENTER, Computer Database Research, 4/1/2010 through 6/30/2010 |
| 7/8/2010 | 17.80 | Standard Prints |
| 7/8/2010 | 0.10 | Standard Prints |
| 7/8/2010 | 0.60 | Standard Prints |
| 7/8/2010 | 1.20 | Standard Prints |
| 7/9/2010 | 0.10 | Standard Copies or Prints |
| 7/9/2010 | 8.40 | Standard Prints |
| 7/9/2010 | 0.90 | Standard Prints |
| 7/9/2010 | 1.10 | Standard Prints |
| 7/9/2010 | 2.10 | Standard Prints |
| 7/12/2010 | 1.40 | Standard Prints |
| 7/12/2010 | 1.00 | Standard Prints |
| 7/12/2010 | 29.14 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LASALLE, Holly Bull, 7/12/2010 |
| 7/13/2010 | 5.20 | Standard Prints |
| 7/13/2010 | 0.50 | Standard Prints |
| 7/13/2010 | 2.00 | Standard Prints |
| 7/13/2010 | 3.00 | Standard Prints |
| 7/13/2010 | 46.11 | COSMIC COURIER LLC - Outside Messenger Services, C. Landau, 06/18/10 |

B-6

| **Date** | **Amount** | **Description** |
|---|---|---|
| 7/14/2010 | 6.40 | Standard Prints |
| 7/14/2010 | 6.00 | Standard Prints |
| 7/14/2010 | 0.50 | Scanned Images |
| 7/14/2010 | 1.80 | Standard Prints |
| 7/15/2010 | 1.90 | Standard Prints |
| 7/15/2010 | 9.61 | Fed Exp to: Joan Sherman, DENVER, CO from: T. Mace |
| 7/15/2010 | 29.14 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LASALLE, Holly Bull, 7/15/2010 |
| 7/15/2010 | 58.00 | COURTCALL, LLC - Appearance Fees - CCID 3616378, 7/14/2010, Hearing, Janet Baer, U.S. Bankruptcy Court-Delaware |
| 7/15/2010 | 58.00 | COURTCALL, LLC - Appearance Fees - CCID 3616397, 7/14/2010, Hearing, John Donley, U.S. Bankruptcy Court-Delaware |
| 7/15/2010 | 65.00 | COURTCALL, LLC - Appearance Fees - CCID 3616371, 7/14/2010, Hearing, Theodore Freedman, U.S. Bankruptcy Court-Delaware |
| 7/16/2010 | 29.14 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LASALLE, Holly Bull, 7/16/2010 |
| 7/19/2010 | 0.20 | Standard Prints |
| 7/19/2010 | 0.60 | Standard Prints |
| 7/19/2010 | 1.30 | Standard Prints |
| 7/19/2010 | 15.20 | Standard Prints |
| 7/19/2010 | 7.00 | Binding |
| 7/19/2010 | 7.80 | Tabs/Indexes/Dividers |
| 7/19/2010 | 0.10 | Scanned Images |
| 7/19/2010 | 1.00 | Scanned Images |
| 7/19/2010 | 0.40 | Scanned Images |
| 7/19/2010 | 222.40 | Standard Copies or Prints |
| 7/19/2010 | 0.40 | Standard Copies or Prints |
| 7/19/2010 | 1.20 | Standard Prints |
| 7/19/2010 | 3.30 | Standard Prints |
| 7/20/2010 | 0.40 | Standard Copies or Prints |
| 7/20/2010 | 6.30 | Standard Prints |
| 7/20/2010 | 137.90 | Standard Prints |
| 7/20/2010 | 0.30 | Scanned Images |
| 7/20/2010 | 0.10 | Scanned Images |
| 7/20/2010 | 0.40 | Scanned Images |
| 7/20/2010 | 0.70 | Standard Prints |
| 7/20/2010 | 0.30 | Standard Prints |
| 7/21/2010 | 5.40 | Standard Prints |

| Date | Amount | Description |
|------|--------|-------------|
| 7/21/2010 | 2.80 | Standard Prints |
| 7/21/2010 | 3.30 | Scanned Images |
| 7/21/2010 | 1.70 | Scanned Images |
| 7/21/2010 | 1.10 | Scanned Images |
| 7/21/2010 | 4.90 | Scanned Images |
| 7/21/2010 | 1.10 | Scanned Images |
| 7/21/2010 | 0.60 | Scanned Images |
| 7/21/2010 | 0.60 | Scanned Images |
| 7/21/2010 | 0.50 | Scanned Images |
| 7/21/2010 | 0.50 | Scanned Images |
| 7/21/2010 | 0.80 | Scanned Images |
| 7/21/2010 | 0.80 | Scanned Images |
| 7/21/2010 | 2.20 | Scanned Images |
| 7/21/2010 | 0.40 | Scanned Images |
| 7/21/2010 | 0.40 | Scanned Images |
| 7/21/2010 | 0.40 | Scanned Images |
| 7/21/2010 | 0.50 | Scanned Images |
| 7/21/2010 | 0.10 | Scanned Images |
| 7/21/2010 | 0.40 | Standard Prints |
| 7/22/2010 | 0.20 | Standard Prints |
| 7/22/2010 | 20.90 | Standard Prints |
| 7/22/2010 | 0.30 | Scanned Images |
| 7/22/2010 | 1.20 | Scanned Images |
| 7/22/2010 | 2.20 | Scanned Images |
| 7/22/2010 | 3.10 | Scanned Images |
| 7/22/2010 | 1.60 | Standard Prints |
| 7/22/2010 | 1.80 | Standard Prints |
| 7/23/2010 | 0.80 | Standard Prints |
| 7/23/2010 | 9.20 | Standard Prints |
| 7/23/2010 | 13.00 | Standard Prints |
| 7/26/2010 | 8.20 | Standard Prints |
| 7/26/2010 | 0.40 | Standard Prints |
| 7/27/2010 | 0.10 | Standard Copies or Prints |
| 7/27/2010 | 0.10 | Standard Prints |
| 7/27/2010 | 0.30 | Standard Prints |
| 7/27/2010 | 0.50 | Standard Prints |
| 7/27/2010 | 2.60 | Standard Prints |

| Date | Amount | Description |
|------|-------|-------------|
| 7/28/2010 | 0.80 | Standard Prints |
| 7/28/2010 | 0.80 | Standard Prints |
| 7/28/2010 | 11.00 | Standard Prints |
| 7/28/2010 | 11.00 | Standard Prints |
| 7/29/2010 | 0.40 | Standard Prints |
| 7/29/2010 | 0.30 | Standard Prints |
| 7/29/2010 | 6.60 | Standard Prints |
| 7/29/2010 | 6.70 | Standard Prints |
| 7/29/2010 | 0.30 | Standard Prints |
| 7/29/2010 | 6.90 | Standard Prints |
| 7/29/2010 | 0.10 | Standard Prints |
| 7/29/2010 | 0.90 | Scanned Images |
| 7/29/2010 | 0.30 | Standard Prints |
| 7/29/2010 | 3.80 | Standard Prints |
| 7/29/2010 | 6.00 | Standard Prints |
| 7/30/2010 | 1.70 | Standard Prints |
| 7/30/2010 | 2.60 | Standard Prints |
| 7/30/2010 | 1.40 | Standard Prints |
| 7/30/2010 | 9.80 | Standard Prints |
| 7/30/2010 | 0.60 | Standard Prints |
| 7/30/2010 | 1.00 | Standard Prints |
| 7/30/2010 | 0.40 | Scanned Images |
| 7/31/2010 | 1,753.74 | Electronic Data Storage |
| Total: | 9,043.17 | |

B-9

## Matter 59 – Lyondell Reclamation Claims – Expenses

| Service Description | Amount |
| --- | --- |
| Overnight Delivery | $18.84 |
| **Total:** | **$18.84** |

## Matter 59 – Lyondell Reclamation Claims – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 7/6/2010 | 9.87 | Fed Exp to: Steve Ahern, CHICAGO, IL from: Christopher Greco |
| 7/19/2010 | 8.97 | Fed Exp to: Steve Ahern, CHICAGO, IL from: Christopher Greco |
| Total: | 18.84 | |