# EXHIBIT A

| | |
|---|---|
| De: | carole land-uniglobe [carole@uniglobe-carolann.com] |
| Envoyé: | 28 juin 2010 14:48 |
| À: | Diane Blanchette |
| Objet: | Expedia travel confirmation - Wilmington, DE - 13 juil./14 juil. 2010 - (Itin# 132855597996) - HANNOUCHE/CAREEN MRS |
| Importance: | Haute |



## Travel Confirmation

Thank you for booking your trip with Expedia.ca.

Si vous n'avez pas reçu les renseignements sur l'assurance voyage ou si vous avez des questions sur votre couverture, communiquez avec nous au 1888 EXPEDIA (1 888 397-3342) ou, ailleurs qu'en Amérique du Nord, au 1 (613) 780-1386. Veuillez noter que vous devez vous procurer l'assurance voyage dans les cinq jours suivant l'achat du voyage.

Remember that you can always view your itinerary online for the most up-to-date information.



**Hotel: Hotel du Pont**
Room reservation: Careen Hannouche - 1 adult

Hotel du Pont
11th And Market St
Wilmington, DE 19801
États-Unis d'Amérique
Phone: 1 (302) 594-3100

Check in: 13 juil. 2010   Check out: 14 juil. 2010   Nights: 1
Afficher les règlements de l'hôtel.

Total room cost: 429.00 USD (439.42 $C)
Taxes & fees: not available
Lodging total: 439,42 $C

VISA
MB

## Special requests

We will forward your requests to the travel vendor, but as these are subject to availability we can not guarantee that they will be honored. Some special requests (e.g., ski racks, rollaway beds) may incur additional charges from the vendor.

View your itinerary for complete and up-to-date trip details, or to make changes online.

## Customer Support

Itinerary number: CONFIRMATION : 132855597996

Pour toute question au sujet de votre réservation, veuillez remplir notre formulaire d'assistance. Nous vous répondrons dans les 24 heures : Pour obtenir une aide immédiate, vous pouvez appeler Expedia.ca au 1(888) EXPEDIA (1-888-397-3342) / (+1-613-780-1386) . Veuillez préciser votre numéro de voyage lors de votre appel.

1