# EXHIBIT B

# LAUZON BÉLANGER LESPÉRANCE
AVOCATS · ATTORNEYS

August 25, 2010

RE :   W.R. GRACE & CO., and al.
       U.S. FEE APPLICATION
       CDN ZAI CLASS ACTION
       Our file :  222

### CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION
### (July 1st 2010 to July 31st 2010)

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**Our fees :**

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2010-07-05 | CH | Email to a possible personal injury claimant | 0.17 | 285.00 | 48.45 |
| 2010-07-05 | CH | Email to a claimant re: decontamination of Zonolite and update on status of claims process | 0.25 | 285.00 | 71.25 |
| 2010-07-06 | CH | Email to Mr. Moloci and Mr. Thompson re: Alberta claimant's inquiry | 0.08 | 285.00 | 22.80 |
| 2010-07-06 | CH | Email to Mr. Moloci and Mr. Thompson re: late claims | 0.08 | 285.00 | 22.80 |
| 2010-07-06 | CH | Email to Mr. Moloci and Mr. Thompson re: case authorities for fee application | 0.08 | 285.00 | 22.80 |
| 2010-07-06 | CH | Meeting with assistant re: itemization of fees regarding Fee Auditor's Report and review of exhibits | 0.42 | 285.00 | 119.70 |
| 2010-07-06 | CH | Email to Karen Harvey re: chart and exhibits detailing fees in response to Fee Auditor's issues | 0.25 | 285.00 | 71.25 |
| 2010-07-07 | CH | Review of the Response to the Fee Auditor's Report prepared by The Hogan Firm as well as exhibits | 0.42 | 285.00 | 119.70 |
| 2010-07-07 | CH | Email to Karen Harvey re: detail chart,-lodging fees in response to Fee Auditor and question/note US fees and GST | 0.25 | 285.00 | 71.25 |
| 2010-07-08 | CH | Review and completion of the Vendor Information Form | 0.42 | 285.00 | 119.70 |

| 2010-07-08 | CH | Email to John Port (Grace) re: completed Vendor Information Form and inquiry as to additional necessary forms | 0.17 | 285.00 | 48.45 |
|---|---|---|---|---|---|
| 2010-07-09 | CH | Review of receipts in response to Fee Examiner's questions on fee application | 0.25 | 285.00 | 71.25 |
| 2010-07-09 | CH | Email to Dan Hogan and Karen Harvey re: response to Fee Examiner' questions and explanation of receipts and subtotals | 0.33 | 285.00 | 94.05 |
| 2010-07-09 | CH | Conference call with Mr. Moloci, Mr. Thompson, Mr. Bélanger, Ms. Boll, Ms. Davis (Rust Consulting) re: electronic transfer of claim forms | 0.17 | 285.00 | 48.45 |
| 2010-07-09 | CH | Conference call with Mr. Moloci, Mr. Thompson and technical expert re: electronic transfer of documents following discussion with Rust Consulting | 0.17 | 285.00 | 48.45 |
| 2010-07-09 | CH | Email to Kathy Davis re: coordinates for access to SFTP site for claim forms | 0.08 | 285.00 | 22.80 |
| 2010-07-13 | CH | Conférence téléphonique avec un membre | 0.33 | 285.00 | 94.05 |
| 2010-07-14 | CH | Email to Dan Hogan re: telephonic appearance for hearing | 0.08 | 285.00 | 22.80 |
| 2010-07-14 | CH | Conference call with Mr. Hogan, Mr. Moloci and Mr. Thompson re: preparation for telephonic appearance before Justice Fitzgerald regarding 2 million $ Substantial Contribution Application | 0.33 | 285.00 | 94.05 |
| 2010-07-14 | CH | Telephonic hearing before Justice Fitzgerald re: 2 M$ Substantial Contribution Application | 0.33 | 285.00 | 94.05 |
| 2010-07-16 | CH | Email to Karen Harvey re: wire transfer instructions for contribution applications deposits by Grace | 0.17 | 285.00 | 48.45 |
| 2010-07-16 | CH | Email to Mr. Thompson re: reconciliation regarding payment of Mr. Hogan's firms | 0.08 | 285.00 | 22.80 |
| 2010-07-19 | CH | Email to Karen Harvey re: question for refund of hotel fees due to last minute cancellation | 0.08 | 285.00 | 22.80 |
| 2010-07-19 | CH | Review of time summary and exhibits for monthly application June 2010 | 0.42 | 285.00 | 119.70 |

| | | | | | |
|---|---|---|---|---|---|
| 2010-07-19 | CH | Email to Karen Harvey re: time summary and exhibits monthly application June 2010 | 0.17 | 285.00 | 48.45 |
| 2010-07-19 | CH | Email to Karen Harvey re: lodging fees | 0.08 | 285.00 | 22.80 |
| 2010-07-19 | CH | Review of payments, reconciliation and Excel chart re: The Hogan Firm fees in response to Mr. Thompson's inquiry | 2.00 | 285.00 | 570.00 |
| 2010-07-19 | CH | Email to Mr. Thompson re: reconciliation past payments to The Hogan Firm | 0.17 | 285.00 | 48.45 |
| 2010-07-19 | CH | Email to a class member re: referring them to the law firm of Scarfone Hawkins | 0.08 | 285.00 | 22.80 |
| 2010-07-20 | CH | Telephone conversation with Mr. Thompson re.: reconciliation of payments The Hogan Firm fees | 0.25 | 285.00 | 71.25 |
| 2010-07-21 | CH | Review of reconciliation chart of past payments re: Hogan fees prepared by Mr. Thompson | 0.33 | 285.00 | 94.05 |
| 2010-07-21 | CH | Email to Mr. Thompson re: reconciliation chart of payments of Hogan fees | 0.25 | 285.00 | 71.25 |
| 2010-07-21 | CH | Email to Mr. Thompson re: request for share of payment of Hogan Firm fees for June 2010 | 0.25 | 285.00 | 71.25 |
| 2010-07-21 | CH | Telephone conversation with Mr. Thompson and Mr. Moloci re: reconciliation past payments to Hogan Firm | 0.25 | 285.00 | 71.25 |
| 2010-07-21 | CH | Meeting with assistant re: reconciliation of past payments to Hogan Firm and further Excel chart | 1.00 | 285.00 | 285.00 |
| 2010-07-21 | CH | Email to Mr. Thompson re: detail regarding past payments to Hogan Firm | 0.33 | 285.00 | 94.05 |
| 2010-07-22 | CH | Email to a class member in response to question re: status of their claim | 0.25 | 285.00 | 71.25 |
| 2010-07-23 | CH | Email to Mr. Thompson re: confirmation of receipt of payment in account | 0.08 | 285.00 | 22.80 |
| 2010-07-27 | CH | Email to Karen Harvey re: signed certification | 0.08 | 285.00 | 22.80 |

**OUR FEES :**     **10.98**     **3,129.30**

TIME SUMMARY BY LAWYER

CH        285.00     10.98          3,129.30

**TAXABLE DISBURSEMENTS**

| | |
|---|---:|
| Fax (1 x $1) | 1.00 |
| Photocopies (378 x .10¢) | 37.80 |
| Lodging | 439.42 |
| **TOTAL TAXABLE DISBURSEMENTS** | **478.22** |

**TOTAL FEES AND DISBURSEMENTS** — $3,607.52

| | |
|---|---:|
| Total G.S.T. | 180.38 |
| Total Q.S.T. | 284.09 |

**TOTAL :** — $4,071.99

# T.P.S.   814682340 RT 0001
# T.V.Q.  1211542736 TQ 0001