IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
|     *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 9/21/2010 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE TWENTY-FOURTH MONTHLY INTERIM PERIOD FROM AUGUST 1, 2010 THROUGH AUGUST 31, 2010**

Name of Applicant:                     Alan B. Rich, Esq.

Authorized to Provide Services To:     Hon. Alexander M. Sanders, Jr.,
                                       Legal Representative for Future Asbestos-
                                       Related Property Damage Claimants
                                       and Holders of Demands

Date of Retention:                     September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:           August 1, 2010 through August 31, 2010

Amount of Fees Sought as Actual
Reasonable and Necessary:              $4,272.00   [80% of $5,340.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:      $273.00

This is a(n):   ☒Monthly      ☐Interim      ☐Final Application

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

[1] At 80% of the total incurred.

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
| --- | --- | --- | --- | --- | --- |
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | CNO Filed | CNO Filed |
|  |  |  |  |  |  |

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 25 years, and his billing rate is $600 per hour. In this Application period Mr. Rich billed 8.9 hours,[2] for a total amount billed of $5,340.00 of which 80% is currently sought, in the amount of $4,272.00, plus 100% of the expenses incurred during this period, in the amount of $273.00, for a total currently sought of $4,545.00.

As stated above, this is the Twenty-Fourth application for monthly fees and expenses. The time for preparation of this Application is approximately 1.0 hours, for which $600.00 will be requested in a future application.

---

[2] Non-Productive travel time, if any, is included in this figure, but at 50% of the actual time.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 7.7 | $4,620.00 |
| Travel | 0 | 0 |
| Fee Application Matters (Monthly & Quarterly, incl. FCR's ) | 1.2 | $720.00 |
| TOTAL | 16.3 hours | $5,340.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel<br>Courtcall | $150.00<br>$123.00 |
| TOTAL | $273.00 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

                    Respectfully Submitted,

                    _____
                    Alan B. Rich, Esq.
                    Texas Bar No. 16842350
                    1201 Elm Street, Suite 4244
                    Dallas, Texas 75270
                    (214) 744-5100
                    (214) 744-5101 [fax]
                    arich@alanrichlaw.com

                    COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**CERTIFICATE OF SERVICE**

I certify that on the 1st day of September, 2010, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

                    _____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*

4244 Renaissance Tower
1401 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (August, 2010)

**Client**

Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|---|---|---|
| 8/2/2010 | Review Motion to Approve Settlement with TIG Insurance | 0.5 |
| 8/2/2010 | Prepare 23rd Monthly Fee Application, Notice and attention to filing | 1.0 |
| 8/3/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 8/4/2010 | Review Agenda for August Omnibus hearing and email from counsel re same | 0.2 |
| 8/4/2010 | Review Certificate of No Objection re Plum Creek Tolling Order, and signed Order by Court | 0.2 |
| 8/4/2010 | Emails to and from fee auditor re prior applications | 0.1 |
| 8/5/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 8/8/2010 | Review Miscellaneous ECF Notices | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 8/9/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 8/10/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 8/11/2010 | Review Withdrawal of Certification of Counsel re National Union claim | 0.1 |
| 8/11/2010 | Review Motion to enforce New Jersey DEQ settlement and amended notice of hearing of same | 1.5 |
| 8/12/2010 | Review Motion to Refer Adversary proceedings in Fraudulent Conveyance cases back to bankruptcy court for ruling on fee motions | 0.1 |
| 8/12/2010 | Review Monthly Operating Report for June 2010 | 0.4 |
| 8/12/2010 | Review Canadian ZAI counsels' quarterly fee applications | 0.5 |
| 8/12/2010 | Review Letter to Court from State of Montana regarding Jeld-Wen opinion | 0.3 |
| 8/12/2010 | Review Certification of Counsel regarding Stipulation amending Stipulation with National Union | 0.1 |
| 8/12/2010 | Review Settlement motion regarding HDI-Gerling Settlement | 0.5 |
| 8/13/2010 | Review Signed Order re stipulation amending stipulation with National Union | 0.1 |
| 8/16/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 8/17/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 8/18/2010 | Review Letter to Court from Debtor re State of Montana regarding Jeld-Wen opinion | 0.1 |
| 8/18/2010 | Review Objection to Motion to Reconsider disallowance of Employee claims | 0.3 |
| 8/19/2010 | Review Claim Settlement Notice re North Carolina POC | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 8/19/2010 | Review Letter from Canada re joinder in Montana letter re Jeld-Wen | 0.1 |
| 8/20/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 8/23/2010 | Draft, File and serve CNO for 23rd Monthly Fee Application | 0.2 |
| 8/24/2010 | RV Fee Auditor reports re Canadian ZAI counsel and PI FCR | 0.3 |
| 8/25/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 8/26/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 8/27/2010 | Review settlement motion with the Hartford parties | 0.5 |
| 8/30/2010 | Review Auditors Report re Canadian ZAI claimants' monthly fee application (Scarfone) | 0.1 |
| 8/30/2010 | Review CNO re TIG Settlement | 0.1 |
| 8/31/2010 | Review Canadian ZAI counsels' monthly fee applications (Scarfone, Lauzon, Hogan) | 0.5 |

Total: 16.3 hours @ $600.00/hour = $5,340.00

Expenses:   Detail on Exhibit 1– $273.00

**Total Fees and Expenses Due:  $5,613.00**

EXPENSES FOR AUGUST 2010                                                                                    EXHIBIT 1

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|---|---|---|
| 8/15/2010 | Airline Cancellation Fee (omnibus cancellation) | $150.00 |
|  | Courtcall (prior charges from 7/30/09 and 11/23/09 omitted from prior billing) | $123.00 |
|  | TOTAL EXPENSES | $273.00 |