# Exhibit A

B3786284.1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

# FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF JULY 1, 2010 THROUGH JULY 31, 2010

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

B3786284.1

## Matter 88 – Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $610.00 | 3.6 | $ 2,196.00 |
|  |  |  |  |  |  |
| TOTAL |  |  |  | 3.6 | $ 2,196.00 |

B3786284.1



**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

August 30, 2010
Invoice No.: 466870
Matter No.: 08743.00088

Re:   Acton Site OU3

For Professional Services rendered through July 31, 2010

|  |  |
|---|---|
| Fees | $2,196.00 |
| **Total Fees and Disbursements** | **$2,196.00** |

Matter No.: 08743.00088  
Re: Acton Site OU3

Invoice No.: 466870  
August 30, 2010  
Page 2

| **Date** | **Timekeeper** | **Narrative** | **Hours** |
|---|---|---|---|
| 07/22/10 | Jaffe | Review, revise draft Northeast Area groundwater cleanup implementation report (0.9). | 0.9 |
| 07/23/10 | Jaffe | Review, revise Northeast Groundwater remedy report and emails with team regarding same (1.4). | 1.4 |
| 07/29/10 | Jaffe | Review documents regarding sediment design (0.5). | 0.5 |
| 07/30/10 | Jaffe | Review sediment design approval and comments and emails with team regarding same (0.8). | 0.8 |
| | | **Total Hours** | **3.6** |

Matter No.: 08743.00088  
Re: Acton Site OU3

Invoice No.: 466870  
August 30, 2010  
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 3.6 | at | 610.00 | = | 2,196.00 |
| **Total Fees** | | | | | **$2,196.00** |

| | |
|---|---|
| **Total Fees** | $2,196.00 |
| **Total Fees and Disbursements** | $2,196.00 |



**FOLEY HOAG LLP**

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

August 30, 2010
Invoice No.: 466870
Matter No.: 08743.00088

Re:   Acton Site OU3

Total Fees and Disbursements         **$2,196.00**

Remittance Address:
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| Wire Instructions:<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference Information:   **Client/Matter #:** 08743.00088, **Invoice #:** 466870
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $610.00 | 4.1 | $ 2,501.00 |
| Jacob N. Polatin | Partner | Real Estate | $610.00 | 0.5 | $ 305.00 |
| TOTAL | | | | 4.6 | $ 2,806.00 |

B3786284.1



**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

August 30, 2010
Invoice No.: 466869
Matter No.: 08743.00102

Re: **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through July 31, 2010

                Fees           $2,806.00

      **Total Fees and Disbursements**    **$2,806.00**

Matter No.: 08743.00102  
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 466869  
August 30, 2010  
Page 2

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 07/06/10 | Jaffe | Review bankruptcy court order and emails with Ms. Duff and Mr. Sabath regarding same (0.8). | 0.8 |
| 07/07/10 | Jaffe | Emails with team regarding draft GERE and response to town (0.5). | 0.5 |
| 07/07/10 | Polatin | Review changes to GERE and revise cover letter (0.5). | 0.5 |
| 07/08/10 | Jaffe | Emails with Ms. Gardner and Ms. Duff regarding consent decree entry issues (0.4). | 0.4 |
| 07/09/10 | Jaffe | Emails with team regarding Town of Walpole and GERE (0.3). | 0.3 |
| 07/13/10 | Jaffe | Emails with team and telephone call with Mr. Bucens regarding timing of work under consent decree (0.4). | 0.4 |
| 07/14/10 | Jaffe | Review final draft GERE and emails with Ms. Zeigler regarding same (0.5). | 0.5 |
| 07/22/10 | Jaffe | Emails with team regarding consent decree lodging and meeting with EPA (0.4). | 0.4 |
| 07/28/10 | Jaffe | Emails with Mr. Sabath and team regarding lodging of consent decree; review DOJ filing (0.8). | 0.8 |
| | | **Total Hours** | **4.6** |

Matter No.: 08743.00102  
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 466869  
August 30, 2010  
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Jacob N. Polatin | 0.5 | at | 610.00 | = | 305.00 |
| Seth D. Jaffe | 4.1 | at | 610.00 | = | 2,501.00 |
| **Total Fees** | | | | | **$2,806.00** |

**Total Fees**     $2,806.00  
**Total Fees and Disbursements**     **$2,806.00**



**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

# **REMITTANCE PAGE**

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

August 30, 2010
Invoice No.: 466869
Matter No.: 08743.00102

Re:  Blackburn and Union Privileges Superfund Site, Walpole, Mass

**Total Fees and Disbursements**          **$2,806.00**

Remittance Address:
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** <br> Citizens Bank <br> 1 Citizens Drive <br> Providence, RI 02915 | ABA: 011500120 <br> Swift #: CTZIUS33 <br> Account # 1133945993 <br> Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 466869
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 103 – Wells G&H Superfund Site

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $610.00 | 7.5 | $ 4,575.00 |
| Douglas M. McGarrah | Partner | Environmental | $630.00 | 1.9 | $ 1,197.00 |
| | | | | | |
| TOTAL | | | | 9.4 | $ 5,772.00 |

### Expenses

| Description | Total | |
|---|---|---|
| Meals | $ | 86.70 |
| | | |
| TOTAL | $ | 86.70 |

B3786284.1



**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

August 30, 2010
Invoice No.: 466867
Matter No.: 08743.00103

Re:   **Wells G&H Superfund Site**

For Professional Services rendered through July 31, 2010

|  |  |
|---|---|
| Fees | $5,772.00 |
| Disbursements | 86.70 |
| **Total Fees and Disbursements** | **$5,858.70** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00103  
Re: Wells G&H Superfund Site

Invoice No.: 466867  
August 30, 2010  
Page 2

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 07/15/10 | McGarrah | Conference with S. Jaffe regarding Mass DOT permit (0.3); meeting with Chief Engineer regarding status of permit (0.6); follow-up with T. DiPaolo at DOT and e-mail S. Jaffe regarding same (0.4). | 1.3 |
| 07/15/10 | Jaffe | Team meeting and prepare for same (2.8); office conference with D. McGarrah and emails with D. McGarrah and team regarding road permit (0.3). | 3.1 |
| 07/16/10 | Jaffe | Emails with team regarding permitting for wells (0.4). | 0.4 |
| 07/16/10 | McGarrah | Follow-up with Mass DOT regarding issuance of licenses and follow-up with S. Jaffe (0.6). | 0.6 |
| 07/19/10 | Jaffe | Emails with Mr. Smith regarding sampling results (0.2); emails with Ms. Duff and Mr. Bibler regarding UniFirst/Grace discussions (0.4). | 0.6 |
| 07/20/10 | Jaffe | Emails with Mr. Smith regarding new well installation (0.3). | 0.3 |
| 07/23/10 | Jaffe | Preparation for and telephone call with Mr. Bibler regarding UniFirst/Grace cooperation and emails with Mr. Guswa and others regarding technical follow-up to issues raised in call (2.7). | 2.7 |
| 07/30/10 | Jaffe | Emails with team regarding Northeast quadrant report (0.4). | 0.4 |
| | | **Total Hours** | **9.4** |

Matter No.: 08743.00103  
Re: Wells G&H Superfund Site

Invoice No.: 466867  
August 30, 2010  
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Douglas M. McGarrah | 1.9 | at | 630.00 | = | 1,197.00 |
| Seth D. Jaffe | 7.5 | at | 610.00 | = | 4,575.00 |

**Total Fees** $5,772.00

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 07/15/10 | Meals - SODEXHO, INC (Lunch in Boston for 6 during team meeting on 7/15/10, which included Lydia Duff, Jack Guswa, Anne Sheehan, Clayton Smith, Jay Bridge, and Seth Jaffe.) | 86.70 |

**Total Disbursements** $86.70

**Total Fees** $5,772.00  
**Total Disbursements** 86.70  
**Total Fees and Disbursements** $5,858.70

To ensure proper credit to your account,  
please include remittance page with your payment.

 **FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

August 30, 2010
Invoice No.: 466867
Matter No.: 08743.00103

Re:   **Wells G&H Superfund Site**

**Total Fees and Disbursements**          **$5,858.70**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00103, **Invoice #:** 466867
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company