Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period July 1, 2010 through July 31, 2010

| Date | Staff | Description | Hours | 2010 Rate | Amount |
|---|---|---|---|---|---|
| **James Sinclair - Senior Managing Director** | | | | | |
| 07-Jul-10 | JS | Review pricing information and data for purpose of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 08-Jul-10 | JS | Conference call with Blackstone, Grace and AON to discuss AON's comparative pension plan report for purposes of future corporate planning. | 0.80 | $ 595.00 | $ 476.00 |
| 12-Jul-10 | JS | Review pricing information and data for purpose of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| 21-Jul-10 | JS | Review pricing information and data for purpose of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| 23-Jul-10 | JS | Review, analyze 2nd Quarter 2010 earnings report for purposes of advising ACC counsel. | 2.10 | $ 595.00 | $ 1,249.50 |
| 26-Jul-10 | JS | Review pricing information and data, write memorandum to ACC counsel regarding 2nd Quarter 2010 earnings report for purpose of advising ACC counsel. | 1.40 | $ 595.00 | $ 833.00 |
| | | Total James Sinclair | 5.90 | | $ 3,510.50 |
| **Robert Lindsay - Managing Director** | | | | | |
| 23-Jul-10 | RL | Review of June 2010 Invoice. | 0.20 | $ 550.00 | $ 110.00 |
| | | Total Robert Lindsay | 0.20 | | $ 110.00 |
| **Peter Cramp - Senior Analyst** | | | | | |
| 06-Jul-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $ 275.00 | $ 357.50 |
| 08-Jul-10 | PC | Further review of Salaried Retirement Plan Design Study in preparation for conference call with AON, Grace and financial advisors. | 1.10 | $ 275.00 | $ 302.50 |
| 08-Jul-10 | PC | Conference call with AON, Grace and financial advisors to discuss Salaried Retirement Plan Design Study. | 0.80 | $ 275.00 | $ 220.00 |
| 12-Jul-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $ 275.00 | $ 412.50 |
| 20-Jul-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 275.00 | $ 440.00 |
| 23-Jul-10 | PC | Review and analyze Q2 earnings report for monitoring. | 1.40 | $ 275.00 | $ 385.00 |
| 26-Jul-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $ 275.00 | $ 385.00 |
| | | Total Peter Cramp | 9.10 | | $ 2,502.50 |
| **Gibbons Sinclair - Senior Analyst** | | | | | |
| 22-Jul-10 | GS | Draft WR Grace June 2010 invoice. | 1.70 | $ 275.00 | $ 467.50 |
| | | Total Gibbons Sinclair | 1.70 | | $ 467.50 |
| | | **TOTAL** | 16.90 | | $ 6,590.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period July 1, 2010 through July 31, 2010

| Date | Staff | Description | Hours | 2010 Rate | Amount |
|---|---|---|---|---|---|
| Asset Analysis and Recovery | | | | | |
| 23-Jul-10 | JS | Review, analyze 2nd Quarter 2010 earnings report for purposes of advising ACC counsel. | 2.10 | $ 595.00 | $ 1,249.50 |
| 23-Jul-10 | PC | Review and analyze Q2 earnings report for monitoring. | 1.40 | $ 275.00 | $ 385.00 |
| | | Total Asset Analysis and Recovery | 3.50 | | $ 1,634.50 |
| Employee Benefits/Pension | | | | | |
| 08-Jul-10 | JS | Conference call with Blackstone, Grace and AON to discuss AON's comparative pension plan report for purposes of future corporate planning. | 0.80 | $ 595.00 | $ 476.00 |
| 08-Jul-10 | PC | Further review of Salaried Retirement Plan Design Study in preparation for conference call with AON, Grace and financial advisors. | 1.10 | $ 275.00 | $ 302.50 |
| 08-Jul-10 | PC | Conference call with AON, Grace and financial advisors to discuss Salaried Retirement Plan Design Study. | 0.80 | $ 275.00 | $ 220.00 |
| | | Total Employee Benefits/Pension | 2.70 | | $ 998.50 |
| Fee Applications (Applicant) | | | | | |
| 22-Jul-10 | GS | Draft WR Grace June 2010 invoice. | 1.70 | $ 275.00 | $ 467.50 |
| 23-Jul-10 | RL | Review of June 2010 Invoice. | 0.20 | $ 550.00 | $ 110.00 |
| | | Total Fee Applications (Applicant) | 1.90 | | $ 577.50 |
| Valuation | | | | | |
| 06-Jul-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $ 275.00 | $ 357.50 |
| 07-Jul-10 | JS | Review pricing information and data for purpose of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 12-Jul-10 | JS | Review pricing information and data for purpose of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| 12-Jul-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $ 275.00 | $ 412.50 |
| 20-Jul-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 275.00 | $ 440.00 |
| 21-Jul-10 | JS | Review pricing information and data for purpose of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| 26-Jul-10 | JS | Review pricing information and data, write memorandum to ACC counsel regarding 2nd Quarter 2010 earnings report for purpose of advising ACC counsel. | 1.40 | $ 595.00 | $ 833.00 |
| 26-Jul-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $ 275.00 | $ 385.00 |
| | | Total Valuation | 8.80 | | $ 3,380.00 |
| | | **TOTAL** | 16.90 | | $ 6,590.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period July 1, 2010 through July 31, 2010
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 0.00 | $ 595.00 | $      - |
| James Sinclair - Senior Managing Director | 5.90 | $ 595.00 | $ 3,510.50 |
| Robert Lindsay - Managing Director | 0.20 | $ 550.00 | $    110.00 |
| Peter Cramp - Senior Analyst | 9.10 | $ 275.00 | $ 2,502.50 |
| Gibbons Sinclair - Senior Analyst | 1.70 | $ 275.00 | $    467.50 |
| Total Professional Hours and Fees | 16.90 | | $ 6,590.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - July 1, 2010 through July 31, 2010

| Date | Description of Item | Amount |
|---|---|---|
|  | No Expenses During this Period. |  |
|  | Total Expenses July 1, 2010 through July 31, 2010 | $0.00 |