**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2010
ACCOUNT NO:      3000-01D
STATEMENT NO:              87

Asset Analysis and Recovery

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $140.00 |

| | | |
|---|---|---|
| 07/02/2010 | Payment - Thank you.  (October, 2009 - 20% Fees) | -14.00 |
| 07/02/2010 | Payment - Thank you.  (December, 2009 - 20% Fees) | -126.00 |
| | TOTAL PAYMENTS | -140.00 |
| | BALANCE DUE | $0.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2010
ACCOUNT NO:    3000-02D
STATEMENT NO:        110

Asset Disposition

PREVIOUS BALANCE                                                                      $146.00

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 07/27/2010 |  |  |  |  |
| MTH | Reviewing Debtors' 36th Report of asset sales | | 0.10 | 36.00 |
|  | FOR CURRENT SERVICES RENDERED | | 0.10 | 36.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.10 | $360.00 | $36.00 |

TOTAL CURRENT WORK                                                                        36.00

| 07/02/2010 | Payment - Thank you.  (October, 2009 - 20% Fees) | -56.00 |
|---|---|---|
| 07/02/2010 | Payment - Thank you.  (December, 2009 - 20% Fees) | -9.50 |
|  | TOTAL PAYMENTS | -65.50 |
|  | BALANCE DUE | $116.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                            07/31/2010
Wilmington  DE                                                 ACCOUNT NO:          3000-03D
                                                              STATEMENT NO:                97

Business Operations

PREVIOUS BALANCE                                                                       $35.60

07/02/2010      Payment - Thank you.  (October, 2009 - 20% Fees)                       -14.00

BALANCE DUE                                                                            $21.60

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 07/31/2010 |
| Wilmington  DE | ACCOUNT NO:     3000-04D |
|  | STATEMENT NO:     110 |

Case Administration

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $1,812.37 |
| 07/09/2010 | | | |
| PEM | Review May MOR. | 0.80 | 332.00 |
| 07/13/2010 | | | |
| MTH | Correspondence to JKF's chambers and S. Stiles re Request for Judicial Notice | 0.30 | 108.00 |
| | FOR CURRENT SERVICES RENDERED | 1.10 | 440.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.80 | $415.00 | $332.00 |
| Mark T. Hurford | 0.30 | 360.00 | 108.00 |

| | TOTAL CURRENT WORK | 440.00 |
|---|---|---|

| 07/02/2010 | Payment - Thank you.  (March, 2010 - 80% Fees) | -525.20 |
|---|---|---|
| 07/02/2010 | Payment - Thank you.  (October, 2009 - 20% Fees) | -72.10 |
| 07/02/2010 | Payment - Thank you.  (November, 2009 - 20% Fees) | -86.90 |
| | TOTAL PAYMENTS | -684.20 |
| | BALANCE DUE | $1,568.17 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2010
ACCOUNT NO:     3000-05D
STATEMENT NO:          110

Claims Analysis Objection & Resolution (Asbestos)

| | | | HOURS | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $5,099.60 |
| 07/22/2010 | | | | |
| MTH | Reviewing Notice of Docketing of Appeal | | 0.10 | 36.00 |
| | FOR CURRENT SERVICES RENDERED | | 0.10 | 36.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.10 | $360.00 | $36.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 36.00 |

| 07/02/2010 | Payment - Thank you.  (March, 2010 - 80% Fees) | -1,455.20 |
|---|---|---|
| 07/02/2010 | Payment - Thank you.  (October, 2009 - 20% Fees) | -98.00 |
| 07/02/2010 | Payment - Thank you.  (November, 2009 - 20% Fees) | -301.00 |
| 07/02/2010 | Payment - Thank you.  (December, 2009 - 20% Fees) | -56.00 |
| | TOTAL PAYMENTS | -1,910.20 |
| | BALANCE DUE | $3,225.40 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington DE

Page: 1
07/31/2010
ACCOUNT NO:     3000-06D
STATEMENT NO:          110

Claims Analysis Objection & Resol. (Non-Asbestos)

| | | | | HOURS | |
|---|---|---|---|---|---|
| PREVIOUS BALANCE | | | | | $3,717.90 |
| 07/06/2010 | | | | | |
| | MTH | Reviewing Motion of Plum Creek to allow late filing of proof of claim | | 1.00 | 360.00 |
| | MTH | Reviewing three orders entered | | 0.10 | 36.00 |
| 07/26/2010 | | | | | |
| | MTH | Reviewing Debtors' request for approval of tolling agreement re Plum Creek | | 0.30 | 108.00 |
| 07/27/2010 | | | | | |
| | MTH | Reviewing Debtors' 36th Report of Settlements | | 0.10 | 36.00 |
| | | FOR CURRENT SERVICES RENDERED | | 1.50 | 540.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.50 | $360.00 | $540.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 540.00 |

| | | |
|---|---|---|
| 07/02/2010 | Payment - Thank you.  (October, 2009 - 20% Fees) | -91.00 |
| 07/02/2010 | Payment - Thank you.  (November, 2009 - 20% Fees) | -35.00 |
| | TOTAL PAYMENTS | -126.00 |
| | BALANCE DUE | $4,131.90 |

W.R. Grace                                                                          07/31/2010
                                                              ACCOUNT NO:        3000-06D
                                                              STATEMENT NO:            110

Claims Analysis Objection & Resol. (Non-Asbestos)

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace                                                                          07/31/2010
Wilmington  DE                                              ACCOUNT NO:      3000-07D
                                                            STATEMENT NO:          110

Committee, Creditors, Noteholders, Equity Holders

|  | PREVIOUS BALANCE |  | $22,622.54 |
|---|---|---|---|
|  |  | **HOURS** |  |

**07/01/2010**

| | | HOURS | |
|---|---|---|---|
| KH | Review e-mail from EB re: C&D Retention Application and Address Change; Research and draft responsive email | 0.30 | 33.00 |
| KH | Review e-mail from MTH re: Request for Judicial Notice(.1); Prepare COS and service list(.3); Draft e-mail to MTH re: filing and service of Request(.1) | 0.50 | 55.00 |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare 2019 of the David Law Firm; address filing and e-mail confirmation of same | 0.30 | 30.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| MTH | Review correspondence from KLH to Committee re Committee expenses | 0.10 | 36.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| MTH | Reviewing two CNO's filed | 0.10 | 36.00 |

**07/02/2010**

| | | | |
|---|---|---|---|
| MK | Review committee events calendar and update attorney case calendar. | 0.10 | 13.50 |
| PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | 0.40 | 40.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| MTH | Prepare weekly recommendation memo | 0.60 | 216.00 |
| MTH | Review correspondence from SB to Committee re weekly recommendation memo | 0.10 | 36.00 |
| AC | Prepare letter to potential claimant C. Massey | 0.50 | 102.50 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 07/04/2010 |  |  |  |  |
| | DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| 07/06/2010 |  |  |  |  |
| | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| | PEM | Review memo from counsel to ACC re: insurance. | 0.20 | 83.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | MTH | Reviewing correspondence from EI re proposed settlement with TIG | 0.30 | 108.00 |
| 07/07/2010 |  |  |  |  |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| 07/08/2010 |  |  |  |  |
| | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| 07/09/2010 |  |  |  |  |
| | PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 41.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.60 | 60.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | MTH | Review correspondence from EI re TIG insurance settlement | 0.10 | 36.00 |
| | MTH | Prepare weekly recommendation memo | 0.70 | 252.00 |
| | MTH | Review correspondence from SB to Committee re weekly recommendation memo | 0.10 | 36.00 |
| 07/12/2010 |  |  |  |  |
| | DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| 07/13/2010 |  |  |  |  |
| | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and |  |  |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

| | | HOURS | |
|---|---|---|---|
| | distribute daily memo | 0.20 | 20.00 |
| SMB | Coordinate logistics for hearing on 7/14/10 at 10 a.m.; e-mail confirmation of same to MTH | 0.20 | 20.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| **07/14/2010** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| **07/15/2010** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| **07/16/2010** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | 0.60 | 60.00 |
| PEM | Review memo re: pending motions and matters. | 0.10 | 41.50 |
| MTH | Review daily memo | 0.10 | 36.00 |
| MTH | Prepare weekly recommendation memo | 0.50 | 180.00 |
| MTH | Review correspondence from SB to Committee re weekly recommendation memo | 0.10 | 36.00 |
| **07/18/2010** | | | |
| DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| **07/19/2010** | | | |
| MTH | Telephone conference with asbestos claimant re status of Plan confirmation | 0.10 | 36.00 |
| MTH | Drafting memo to Committee re July 14 hearing; correspondence to and from PVNL re same | 0.80 | 288.00 |
| DAC | Review 7/14/10 hearing memorandum | 0.10 | 47.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| MTH | Drafting memorandum re July hearing and correspondence to EI, PVNL re same | 1.00 | 360.00 |
| MTH | Review correspondence from PVNL re draft hearing memo | 0.10 | 36.00 |
| MTH | Review correspondence from SB to Committee re July hearing memo | 0.10 | 36.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |

Page: 4
W.R. Grace                                                                      07/31/2010
                                                            ACCOUNT NO:        3000-07D
                                                            STATEMENT NO:          110

Committee, Creditors, Noteholders, Equity Holders

|            |                                                                      | HOURS |        |
|------------|----------------------------------------------------------------------|-------|--------|
| **07/20/2010** |                                                                  |       |        |
| MK         | Review hearing memorandum.                                           | 0.10  | 13.50  |
| PEM        | Review memo re: pleadings filed.                                     | 0.10  | 41.50  |
| SMB        | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20  | 20.00  |
| MTH        | Review daily memo                                                    | 0.10  | 36.00  |
| KH         | Review daily memorandum re: fee issues                               | 0.10  | 11.00  |
| **07/21/2010** |                                                                  |       |        |
| SMB        | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20  | 20.00  |
| MTH        | Review daily memo                                                    | 0.10  | 36.00  |
| **07/22/2010** |                                                                  |       |        |
| PEM        | Review memo re: pleadings filed.                                     | 0.10  | 41.50  |
| MTH        | Review daily memo                                                    | 0.10  | 36.00  |
| SMB        | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20  | 20.00  |
| **07/23/2010** |                                                                  |       |        |
| MK         | Review committee events calendar.                                    | 0.10  | 13.50  |
| PEM        | Review weekly recommendation re: pending motions and matters.        | 0.10  | 41.50  |
| DAC        | Review counsel's weekly memo                                         | 0.20  | 95.00  |
| MTH        | Prepare weekly recommendation memo                                   | 0.70  | 252.00 |
| MTH        | Review correspondence from SB to Committee re weekly recommendation memo | 0.10  | 36.00  |
| MTH        | Review daily memo                                                    | 0.10  | 36.00  |
| SMB        | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20  | 20.00  |
| SMB        | Prepare weekly recommendation memoranda                              | 0.60  | 60.00  |
| **07/26/2010** |                                                                  |       |        |
| MTH        | Review daily memo                                                    | 0.10  | 36.00  |
| FKL        | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20  | 17.00  |
| **07/27/2010** |                                                                  |       |        |
| KCD        | Discussion with MTH re: matters scheduled for August omnibus hearing | 0.10  | 34.00  |
| PEM        | Review memo re: pleadings filed.                                     | 0.10  | 41.50  |
| MTH        | Review daily memo                                                    | 0.10  | 36.00  |
| FKL        | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20  | 17.00  |
| **07/28/2010** |                                                                  |       |        |
| PEM        | Meeting with MRE and BM re: status and developments.                 | 0.40  | 166.00 |
| MRE        | Meeting with PEM and BM re: status and developments                  | 0.40  | 166.00 |

Page: 5

W.R. Grace

07/31/2010

ACCOUNT NO:    3000-07D
STATEMENT NO:    110

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Correspondence to and from MRE re various questions re status of case, confirmation process | 0.30 | 108.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 17.00 |
| **07/29/2010** |  |  |  |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| KCD | Review preliminary agenda for August omnibus and e-mails with MTH re: same | 0.10 | 34.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 17.00 |
| **07/30/2010** |  |  |  |
| KCD | Review MTH e-mail re: appearances for August omnibus hearing | 0.10 | 34.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| MTH | Prepare weekly recommendation memo | 1.30 | 468.00 |
| SMB | Prepare weekly recommendation memorandum | 0.50 | 50.00 |
| DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 17.00 |
|  | FOR CURRENT SERVICES RENDERED | 22.90 | 5,982.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 1.10 | $475.00 | $522.50 |
| Philip E. Milch | 1.90 | 415.00 | 788.50 |
| Michele Kennedy | 0.30 | 135.00 | 40.50 |
| Santae M. Boyd | 6.40 | 100.00 | 640.00 |
| Mark T. Hurford | 9.30 | 360.00 | 3,348.00 |
| Marla R. Eskin | 0.40 | 415.00 | 166.00 |
| Kathleen Campbell Davis | 0.30 | 340.00 | 102.00 |
| Katherine Hemming | 1.70 | 110.00 | 187.00 |
| Ayesha Chacko | 0.50 | 205.00 | 102.50 |
| Freddie Koenig-Leuck | 1.00 | 85.00 | 85.00 |

TOTAL CURRENT WORK                                                                5,982.00

| 07/02/2010 | Payment - Thank you.  (March, 2010 - 80% Fees) | -3,239.60 |
|---|---|---|
| 07/02/2010 | Payment - Thank you.  (October, 2009 - 20% Fees) | -1,851.20 |
| 07/02/2010 | Payment - Thank you.  (November, 2009 - 20% Fees) | -970.20 |
| 07/02/2010 | Payment - Thank you.  (December, 2009 - 20% Fees) | -1,131.10 |

W.R. Grace

ACCOUNT NO:        3000-07D
STATEMENT NO:              110

Committee, Creditors, Noteholders, Equity Holders

|                  |            |
| ---------------- | ---------- |
| TOTAL PAYMENTS   | -7,192.10  |
| BALANCE DUE      | $21,412.44 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2010
ACCOUNT NO:        3000-08D
STATEMENT NO:              109

Employee Benefits/Pension

PREVIOUS BALANCE                                                                        $2,830.10

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 07/13/2010 |  |  |  |  |
| MTH | Reviewing response of Employee re benefits claim |  | 0.10 | 36.00 |
|  | FOR CURRENT SERVICES RENDERED |  | 0.10 | 36.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.10 | $360.00 | $36.00 |

TOTAL CURRENT WORK                                                                          36.00

07/02/2010        Payment - Thank you.  (March, 2010 - 80% Fees)                    -979.20

BALANCE DUE                                                                             $1,886.90

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2010
ACCOUNT NO:        3000-09D
STATEMENT NO:              49

Employee Applications, Applicant

PREVIOUS BALANCE                                                            $20.00

BALANCE DUE                                                                   $20.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 07/31/2010 |
| Wilmington  DE | ACCOUNT NO: | 3000-10D |
|  | STATEMENT NO: | 110 |

Employment Applications, Others

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $1,180.30 |

| | | |
|---|---|---|
| 07/02/2010 | Payment - Thank you.  (March, 2010 - 80% Fees) | -288.00 |
| 07/02/2010 | Payment - Thank you.  (October, 2009 - 20% Fees) | -28.00 |
| 07/02/2010 | Payment - Thank you.  (December, 2009 - 20% Fees) | -84.00 |
| | TOTAL PAYMENTS | -400.00 |
| | BALANCE DUE | $780.30 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace
07/31/2010
Wilmington  DE
ACCOUNT NO:      3000-11D
STATEMENT NO:            108

Expenses

PREVIOUS BALANCE                                                                              $7,587.68

| | | |
|---|---|---:|
| 07/01/2010 | Parcels - copy/service - Request for Judicial Notice | 425.85 |
| 07/01/2010 | Pacer charges for the month of June | 59.76 |
| 07/01/2010 | Parcels - E-Filing - Request for Judicial Notice | 40.00 |
| 07/06/2010 | Postage - Letter to C. Massey re: potential claimant | 0.44 |
| 07/21/2010 | Parcels - Copy/Service - Monthly Application Fee May - Campbell & Levine | 79.43 |
| 07/30/2010 | Printing - July 2010 | 230.80 |
| 07/30/2010 | Scanning - July 2010 | 30.50 |
| | TOTAL EXPENSES | 866.78 |
| | TOTAL CURRENT WORK | 866.78 |
| 07/02/2010 | Payment - Thank you.  (March, 2010 - 100% Expenses) | -1,678.90 |
| | BALANCE DUE | $6,775.56 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2010
ACCOUNT NO:      3000-12D
STATEMENT NO:           108

Fee Applications, Applicant

|  |  |  |  |
|---|---|---|---|
| PREVIOUS BALANCE |  |  | $5,883.90 |

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 07/13/2010 |  |  |  |  |
| MTH | Reviewing and revising pre-bill |  | 0.70 | 252.00 |
| 07/16/2010 |  |  |  |  |
| KCD | Review and sign CNO re: C&L application |  | 0.20 | 68.00 |
| 07/20/2010 |  |  |  |  |
| KH | Review case docket for objections to C&L May Fee Application(.1); Prepare Certificate of No Objection(.2) |  | 0.30 | 33.00 |
| 07/21/2010 |  |  |  |  |
| SMB | Review and file CNO re: Application of Campbell and Levine LLC for the Month of May 2010 |  | 0.20 | 20.00 |
|  | FOR CURRENT SERVICES RENDERED |  | 1.40 | 373.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 0.20 | $100.00 | $20.00 |
| Mark T. Hurford | 0.70 | 360.00 | 252.00 |
| Kathleen Campbell Davis | 0.20 | 340.00 | 68.00 |
| Katherine Hemming | 0.30 | 110.00 | 33.00 |

|  |  |  |
|---|---|---|
| TOTAL CURRENT WORK |  | 373.00 |

| 07/02/2010 | Payment - Thank you.  (March, 2010 - 80% Fees) | -990.40 |
|---|---|---|
| 07/02/2010 | Payment - Thank you.  (October, 2009 - 20% Fees) | -180.00 |
| 07/02/2010 | Payment - Thank you.  (November, 2009 - 20% Fees) | -251.00 |

W.R. Grace

Fee Applications, Applicant

| | | |
|---|---|---:|
| 07/02/2010 | Payment - Thank you.  (December, 2009 - 20% Fees) | -256.60 |
| | TOTAL PAYMENTS | -1,678.00 |
| | BALANCE DUE | $4,578.90 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2010
ACCOUNT NO:      3000-13D
STATEMENT NO:             95

Fee Applications, Others

PREVIOUS BALANCE                                                                      $18,418.90

|  |  | HOURS |  |
|---|---|---|---|
| 07/01/2010 | | | |
| KH | Draft e-mail to Committee re: April-June Expenses | 0.10 | 11.00 |
| KH | Review May fee application of Stroock(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review May fee application of Foley Hoag(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review May fee application of Duane Morris(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review May fee application of Blackstone(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review May fee application of Towers Watson(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review May fee application of Ferry Joseph(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review May fee application of Janet Baer(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review May fee application of Orrick Herrington(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review May fee application of Lincoln Partners(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April fee application of Lincoln Partners(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| MTH | Review correspondence from TB re Kramer fee application | 0.10 | 36.00 |
| MTH | Review correspondence from PB re Beveridge and Diamond fee applications | 0.10 | 36.00 |
| 07/02/2010 | | | |
| KH | Review May fee application of Day Pitney(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review May fee application of Lauzon Belanger(.1); Update Grace | | |

W.R. Grace

Fee Applications, Others

|   |   | HOURS |   |
|---|---|---|---|
|  | Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review May fee application of Scarfone Hawkins(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review May fee application of The Hogan Firm(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review May fee application of Reed Smith(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January fee application of Steptoe(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review February fee application of Steptoe(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review March fee application of Steptoe(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January-March Interim fee application of Day Pitney(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January-March Interim fee application of Orrick Herrington(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July-September Interim fee application of Holme Roberts(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| MTH | Reviewing correspondence from VP re K&E May fee application | 0.10 | 36.00 |
| 07/06/2010 |  |  |  |
| MTH | Review correspondence from D.M. re Capstone fee application | 0.10 | 36.00 |
| 07/07/2010 |  |  |  |
| MTH | Review correspondence from MS re Ogilvy fee application | 0.10 | 36.00 |
| 07/08/2010 |  |  |  |
| KH | Update Committee fee application tracking chart | 0.30 | 33.00 |
| MTH | Review correspondence from MS re PSZY fee application for March 2010 | 0.10 | 36.00 |
| 07/09/2010 |  |  |  |
| KH | Review May fee application of Kramer Levin(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review May fee application of Bilzin Sumberg(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review June fee application of Alan Rich(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April fee application of Beveridge & Diamond(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review May fee application of Beveridge & Diamond(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January-March Interim fee application of Beveridge & Diamond(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review May fee application of K&E(.1); Update Grace Weekly |  |  |

W.R. Grace

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| | Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review May fee application of Capstone Advisory(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review June fee application of Warren Smith(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review May fee application of Ogilvy Renault(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| MTH | Review correspondence from TB re Saul Ewing fee application | 0.10 | 36.00 |
| **07/13/2010** | | | |
| MTH | Reviewing Debtors' statement of amounts paid to ordinary course professionals | 0.20 | 72.00 |
| **07/14/2010** | | | |
| MTH | Review correspondence from PB re Woodcock fee application | 0.10 | 36.00 |
| MTH | Reviewing correspondence from PB (x2) re Nelson Mullins and Casner and Edwards fee applications | 0.20 | 72.00 |
| MTH | Review correspondence from PB re Woodcock fee application | 0.10 | 36.00 |
| **07/15/2010** | | | |
| MTH | Review correspondence from PB re Nelson fee application | 0.10 | 36.00 |
| MTH | Review correspondence from PB re Nelson April 2010 fee application | 0.10 | 36.00 |
| **07/16/2010** | | | |
| KCD | Review and sign CNO re: AKO application | 0.20 | 68.00 |
| KCD | Review and sign CNO re: Charter Oak | 0.20 | 68.00 |
| KCD | Review and sign CNO re: C&D | 0.20 | 68.00 |
| MTH | Review correspondence from YS re PWC CNO | 0.10 | 36.00 |
| SMB | Review March Fee Application of Pachulski Stang Ziehl & Jones LLP (.1); Update W.R. Grace Weekly Recommendation Memorandum (.1) | 0.20 | 20.00 |
| SMB | Review May Fee Application of Saul Ewing LLP (.1); Update W.R. Grace Weekly Recommendation Memorandum (.1) | 0.20 | 20.00 |
| SMB | Review May Fee Application of Nelson Mullins Riley & Scarborough LLP (.1); Update W.R. Grace Weekly Recommendation Memorandum (.1) | 0.20 | 20.00 |
| SMB | Review May Fee Application of Casner & Edwards LLP (.1); Update W.R. Grace Weekly Recommendation Memorandum (.1) | 0.20 | 20.00 |
| SMB | Review April Fee Application of Nelson Mullins Riley & Scarborough LLP (.1); Update W.R. Grace Weekly Recommendation Memorandum (.1) | 0.20 | 20.00 |
| SMB | Review Jan-March 2010 Fee Application of Pachulski Stang Ziehl & Jones LLP (.1); Update W.R. Grace Weekly Recommendation Memorandum (.1) | 0.20 | 20.00 |
| SMB | Review July-September 2009 Interim Fee Application of Nelson Mullins Riley & Scarborough LLP (.1); Update W.R. Grace Weekly Recommendation Memorandum (.1) | 0.20 | 20.00 |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **07/20/2010** | | | | |
| | KH | Review case docket for objections to C&D May Fee Application(.1); Prepare Certificate of No Objection(.2) | 0.30 | 33.00 |
| | KH | Review case docket for objections to Charter Oak May Fee Application(.1); Prepare Certificate of No Objection(.2) | 0.30 | 33.00 |
| | KH | Review case docket for objections to AKO May Fee Application(.1); Prepare Certificate of No Objection(.2) | 0.30 | 33.00 |
| | MTH | Review correspondence from DF re CNO's for four fee applications | 0.10 | 36.00 |
| **07/21/2010** | | | | |
| | MTH | Review correspondence from D.M. re fee application for Capstone | 0.10 | 36.00 |
| | SMB | Review and file CNO re: Application of Caplin & Drysdale, Chartered for the Month of May 2010 | 0.20 | 20.00 |
| | SMB | Review and file CNO re: Application of Charter Oak Financial for the Month of May 2010 | 0.20 | 20.00 |
| | SMB | Review and file CNO re: Application of Anderson Kill for the Month of May 2010 | 0.20 | 20.00 |
| **07/22/2010** | | | | |
| | MTH | Review correspondence from YS (x3) re fee applications | 0.20 | 72.00 |
| **07/23/2010** | | | | |
| | SMB | Review January through March 2010 Interim Application of Alan B. Rich, Esquire (.1): Update weekly recommendation memorandum (.1) | 0.20 | 20.00 |
| | SMB | Review  March 2010 Interim Application of Nelson Mullins Riley & Scarborough LLP (.1): Update weekly recommendation memorandum (.1) | 0.20 | 20.00 |
| | SMB | Review May 2010 Application of Pricewaterhousecoopers LLP (.1): Update weekly recommendation memorandum (.1) | 0.20 | 20.00 |
| | SMB | Review March 2010 Application of Pricewaterhousecoopers LLP (.1): Update weekly recommendation memorandum (.1) | 0.20 | 20.00 |
| | SMB | Review April through May 2010 Interim Application of Pricewaterhousecoopers LLP (.1): Update weekly recommendation memorandum (.1) | 0.20 | 20.00 |
| | SMB | Review June 2010 Application of Capstone Advisory Group LLC (.1): Update weekly recommendation memorandum (.1) | 0.20 | 20.00 |
| **07/27/2010** | | | | |
| | MTH | Review correspondence from KH re three monthly fee applications | 0.20 | 72.00 |
| | MTH | Review correspondence from TB re CNO on KL monthly fee application | 0.10 | 36.00 |
| **07/28/2010** | | | | |
| | MTH | Review correspondence from PB re Foley fee application | 0.10 | 36.00 |
| | MTH | Review correspondence from D.M. re SS&L June fee application | 0.10 | 36.00 |
| | MTH | Review correspondence from K. Harvey re three monthly fee applications | 0.20 | 72.00 |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---:|---:|
| **07/29/2010** | | | | |
| | MTH | Review correspondence from TB re Saul Ewing fee application | 0.10 | 36.00 |
| **07/30/2010** | | | | |
| | MTH | Review correspondence from DF re Orrick June fee application | 0.10 | 36.00 |
| | SMB | Review June 2010 Application of Saul Ewing LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 20.00 |
| | SMB | Review June 2010 Application of The Law Office f Janet S. Baer, P.C. (.1); Update weekly recommendation memorandum (.1) | 0.20 | 20.00 |
| | SMB | Review June 2010 Application of Foley Hoag LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 20.00 |
| | SMB | Review June 2010 Application of Reed Smith LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 20.00 |
| | SMB | Review June 2010 Application of Stroock & Stroock & Lavan LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 20.00 |
| | SMB | Review June 2010 Application of Ferry Joseph & Pearce P.A. (.1); Update weekly recommendation memorandum (.1) | 0.20 | 20.00 |
| | SMB | Review June 2010 Application of Lauzon Belanger (.1); Update weekly recommendation memorandum (.1) | 0.20 | 20.00 |
| | SMB | Review June 2010 Application of McCarter English LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 20.00 |
| | SMB | Review June 2010 Application of Scarfone Hawkins LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 20.00 |
| | SMB | Review June 2010 Application of The Hogan Firm (.1); Update weekly recommendation memorandum (.1) | 0.20 | 20.00 |
| | | FOR CURRENT SERVICES RENDERED | 16.20 | 2,593.00 |

### RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---:|---:|---:|
| Santae M. Boyd | 5.20 | $100.00 | $520.00 |
| Mark T. Hurford | 2.90 | 360.00 | 1,044.00 |
| Kathleen Campbell Davis | 0.60 | 340.00 | 204.00 |
| Katherine Hemming | 7.50 | 110.00 | 825.00 |

|  |  |
|---|---:|
| TOTAL CURRENT WORK | 2,593.00 |

| | | |
|---|---|---:|
| 07/02/2010 | Payment - Thank you.  (March, 2010 - 80% Fees) | -4,116.00 |
| 07/02/2010 | Payment - Thank you.  (October, 2009 - 20% Fees) | -419.50 |
| 07/02/2010 | Payment - Thank you.  (November, 2009 - 20% Fees) | -694.90 |
| 07/02/2010 | Payment - Thank you.  (December, 2009 - 20% Fees) | -790.40 |
| | TOTAL PAYMENTS | -6,020.80 |

Page: 6
07/31/2010
W.R. Grace

ACCOUNT NO:     3000-13D
STATEMENT NO:              95

Fee Applications, Others


BALANCE DUE                                                        $14,991.10


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2010
ACCOUNT NO:      3000-14D
STATEMENT NO:            72

Financing

PREVIOUS BALANCE                                                                        $280.80

BALANCE DUE                                                                             $280.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2010
ACCOUNT NO:    3000-15D
STATEMENT NO:    110

Hearings

|  |  |  | HOURS |  |
|---|---|---|---|---|
| PREVIOUS BALANCE |  |  |  | $12,318.85 |
| **07/06/2010** |  |  |  |  |
| | MTH | Review correspondence from DF and JON re July hearing | 0.10 | 36.00 |
| **07/08/2010** |  |  |  |  |
| | MTH | Correspondence re hearing preparations, logistics | 0.10 | 36.00 |
| | MTH | Review correspondence from JB re July hearing and response to same from PVNL | 0.10 | 36.00 |
| **07/09/2010** |  |  |  |  |
| | MTH | Correspondence and communications re hearing preparations | 0.20 | 72.00 |
| **07/13/2010** |  |  |  |  |
| | MTH | Review correspondence from JB re telephonic hearing | 0.10 | 36.00 |
| | MTH | Preparing for hearing and communications re same | 0.40 | 144.00 |
| | MTH | Correspondence to and from PVNL re July hearing | 0.10 | 36.00 |
| | MTH | Correspondence to counsel re Amended Agenda | 0.10 | 36.00 |
| | MTH | Reviewing Amended Agenda | 0.10 | 36.00 |
| **07/14/2010** |  |  |  |  |
| | MTH | Attending omnibus hearing and meeting with PVNL | 0.50 | 180.00 |
| **07/19/2010** |  |  |  |  |
| | MTH | Review correspondence from DF re July hearing, reviewing information re same and response to same | 0.30 | 108.00 |
| **07/29/2010** |  |  |  |  |
| | MTH | Reviewing correspondence from JON re preliminary agenda, reviewing same and correspondence to PVNL re same | 0.30 | 108.00 |
| | MTH | Correspondence to KCD re preliminary agenda and discussion re same | 0.20 | 72.00 |

Page: 2

W.R. Grace

07/31/2010

ACCOUNT NO:        3000-15D
STATEMENT NO:            110

Hearings

|  |  | HOURS |  |
|---|---|---|---|
| 07/30/2010 |  |  |  |
| MTH | Correspondence re preparations for August 9 hearing | 0.10 | 36.00 |
|  | FOR CURRENT SERVICES RENDERED | 2.70 | 972.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 2.70 | $360.00 | $972.00 |

| TOTAL CURRENT WORK |  | 972.00 |
|---|---|---|

| 07/02/2010 | Payment - Thank you.  (March, 2010 - 80% Fees) | -792.80 |
|---|---|---|
| 07/02/2010 | Payment - Thank you.  (October, 2009 - 20% Fees) | -1,589.00 |
| 07/02/2010 | Payment - Thank you.  (November, 2009 - 20% Fees) | -239.80 |
| 07/02/2010 | Payment - Thank you.  (December, 2009 - 20% Fees) | -267.80 |
|  | TOTAL PAYMENTS | -2,889.40 |
|  | BALANCE DUE | $10,401.45 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2010

ACCOUNT NO:      3000-16D
STATEMENT NO:      95

Litigation and Litigation Consulting

PREVIOUS BALANCE                                                                      -$2,291.40

|            |      |                                                                 | HOURS |        |
|------------|------|-----------------------------------------------------------------|-------|--------|
| 07/01/2010 |      |                                                                 |       |        |
|            | MTH  | Reviewing Order entered dismissing Debtor's Motion to re-open adversary | 0.10  | 36.00  |
| 07/06/2010 |      |                                                                 |       |        |
|            | MTH  | Reviewing Debtors' Motion to re-open adversary matters           | 0.10  | 36.00  |
|            |      | FOR CURRENT SERVICES RENDERED                                    | 0.20  | 72.00  |

RECAPITULATION

| TIMEKEEPER      | HOURS | HOURLY RATE | TOTAL   |
|-----------------|-------|-------------|---------|
| Mark T. Hurford | 0.20  | $360.00     | $72.00  |

TOTAL CURRENT WORK                                                                       72.00

07/02/2010      Payment - Thank you.  (March, 2010 - 80% Fees)                          -115.20

CREDIT BALANCE                                                                        -$2,334.60

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 07/31/2010 |
| Wilmington  DE | ACCOUNT NO:   3000-17D |
|  | STATEMENT NO:   95 |

Plan and Disclosure Statement

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $17,694.40 |
| **07/01/2010** | | | |
| MTH | Telephone conference with JON re judicial notice filing | 0.20 | 72.00 |
| MTH | Various correspondence re finalizing Request for Judicial Notice, reviewing final version of same and authority re signatures for same; correspondence re arrangements for filing and service of same | 1.40 | 504.00 |
| MTH | Reviewing Order entered re Harper Insurance | 0.10 | 36.00 |
| **07/06/2010** | | | |
| DAC | Review memorandum regarding TIG insurance settlement | 0.20 | 95.00 |
| **07/23/2010** | | | |
| MTH | Correspondence re Court's entry of Order approving request for judicial notice | 0.10 | 36.00 |
| **07/26/2010** | | | |
| MTH | Reviewing Order entered re Judicial Notice Request re Garlock | 0.10 | 36.00 |
| **07/30/2010** | | | |
| MTH | Reviewing Debtors' Motion re settlement with TIG | 0.80 | 288.00 |
| | FOR CURRENT SERVICES RENDERED | 2.90 | 1,067.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.20 | $475.00 | $95.00 |
| Mark T. Hurford | 2.70 | 360.00 | 972.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 1,067.00 |

Page: 2

W.R. Grace

07/31/2010

ACCOUNT NO:      3000-17D
STATEMENT NO:              95

Plan and Disclosure Statement

| | | |
|---|---|---:|
| 07/02/2010 | Payment - Thank you.  (March, 2010 - 80% Fees) | -1,555.20 |
| 07/02/2010 | Payment - Thank you.  (October, 2009 - 20% Fees) | -2,587.80 |
| 07/02/2010 | Payment - Thank you.  (November, 2009 - 20% Fees) | -3,760.30 |
| 07/02/2010 | Payment - Thank you.  (December, 2009 - 20% Fees) (Fee auditor reduced fee payment by $44.00; amount should have been $2,323.00) | -2,279.00 |
| | TOTAL PAYMENTS | -10,182.30 |
| | BALANCE DUE | $8,579.10 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 07/31/2010 |
| Wilmington  DE | ACCOUNT NO:      3000-18D |
|  | STATEMENT NO:            95 |

Relief from Stay Proceedings

| | | |
|---|---|---:|
| PREVIOUS BALANCE | | -$179.70 |
| 07/02/2010 | Payment - Thank you.  (October, 2009 - 20% Fees) | -28.00 |
| 07/02/2010 | Payment - Thank you.  (December, 2009 - 20% Fees) | -14.00 |
| | TOTAL PAYMENTS | -42.00 |
| | CREDIT BALANCE | -$221.70 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
07/31/2010

W.R. Grace
Wilmington  DE

ACCOUNT NO:      3000-20D
STATEMENT NO:              94

Tax Litigation

PREVIOUS BALANCE                                                                            $468.80

BALANCE DUE                                                                                   $468.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  | |
|---|---|
| | Page: 1 |
| W.R. Grace | 07/31/2010 |
| Wilmington  DE | ACCOUNT NO:        3000-21D |
| | STATEMENT NO:                86 |

Travel-Non-Working

| | PREVIOUS BALANCE | $635.40 |
|---|---|---|
| 07/02/2010 | Payment - Thank you.  (October, 2009 - 20% Fees) | -301.00 |
| | BALANCE DUE | $334.40 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2010
ACCOUNT NO:        3000-22D
STATEMENT NO:              99

Valuation

PREVIOUS BALANCE                                                                    $1,185.00

BALANCE DUE                                                                           $1,185.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 07/31/2010 |
| Wilmington  DE | ACCOUNT NO:      3000-23D |
|  | STATEMENT NO:            99 |

ZAI Science Trial

| | |
|---|---|
| PREVIOUS BALANCE | $1,203.30 |
| BALANCE DUE | $1,203.30 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2010
ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 140.00 | 0.00 | 0.00 | 0.00 | -140.00 | $0.00 |
| 3000-02 Asset Disposition | | | | | |
| 146.00 | 36.00 | 0.00 | 0.00 | -65.50 | $116.50 |
| 3000-03 Business Operations | | | | | |
| 35.60 | 0.00 | 0.00 | 0.00 | -14.00 | $21.60 |
| 3000-04 Case Administration | | | | | |
| 1,812.37 | 440.00 | 0.00 | 0.00 | -684.20 | $1,568.17 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 5,099.60 | 36.00 | 0.00 | 0.00 | -1,910.20 | $3,225.40 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 3,717.90 | 540.00 | 0.00 | 0.00 | -126.00 | $4,131.90 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 22,622.54 | 5,982.00 | 0.00 | 0.00 | -7,192.10 | $21,412.44 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 2,830.10 | 36.00 | 0.00 | 0.00 | -979.20 | $1,886.90 |
| 3000-09 Employee Applications, Applicant | | | | | |
| 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | $20.00 |
| 3000-10 Employment Applications, Others | | | | | |
| 1,180.30 | 0.00 | 0.00 | 0.00 | -400.00 | $780.30 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-11 Expenses | | | | | |
| 7,587.68 | 0.00 | 866.78 | 0.00 | -1,678.90 | $6,775.56 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 5,883.90 | 373.00 | 0.00 | 0.00 | -1,678.00 | $4,578.90 |
| 3000-13 Fee Applications, Others | | | | | |
| 18,418.90 | 2,593.00 | 0.00 | 0.00 | -6,020.80 | $14,991.10 |
| 3000-14 Financing | | | | | |
| 280.80 | 0.00 | 0.00 | 0.00 | 0.00 | $280.80 |
| 3000-15 Hearings | | | | | |
| 12,318.85 | 972.00 | 0.00 | 0.00 | -2,889.40 | $10,401.45 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -2,291.40 | 72.00 | 0.00 | 0.00 | -115.20 | -$2,334.60 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 17,694.40 | 1,067.00 | 0.00 | 0.00 | -10,182.30 | $8,579.10 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -179.70 | 0.00 | 0.00 | 0.00 | -42.00 | -$221.70 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 635.40 | 0.00 | 0.00 | 0.00 | -301.00 | $334.40 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 100,810.34 | 12,147.00 | 866.78 | 0.00 | -34,418.80 | $79,405.32 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.