## EXHIBIT A

**Case Administration (1.50 Hours; $ 880.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $860 | 172.00 |
| Rita C. Tobin | 1.30 | $545 | 708.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/01/10 | PVL | 860.00 | 0.10 | Review prelim. agenda. |
| 07/06/10 | PVL | 860.00 | 0.10 | Review 5 misc filings. |
| 07/06/10 | RCT | 545.00 | 0.20 | Review dockets and local counsel recommendations re EI update (0.2) |
| 07/15/10 | RCT | 545.00 | 0.50 | Review exhibits (0.5) |
| 07/16/10 | RCT | 545.00 | 0.20 | Review dockets and local counsel recommendations re EI update (0.2) |
| 07/23/10 | RCT | 545.00 | 0.20 | Review dockets and local counsel recommendations re EI update (0.2) |
| 07/30/10 | RCT | 545.00 | 0.20 | Review dockets and local counsel recommendations re EI update (0.2) |

**Total Task Code .04**     1.50

**Claim Analysis Objection & Resolution (Asbestos) (.50 Hours; $ 430.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .50 | $860 | 430.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/07/10 | PVL | 860.00 | 0.20 | Review Plum Creek motion to file late POC. |
| 07/20/10 | PVL | 860.00 | 0.10 | Review draft Plum Creek stip. |

{D0185685.1 }

| 07/22/10 | PVL | 860.00 | 0.20 | Review revised drafts of Plum Creek stip and email re same and reply. |

**Total Task Code .05      .50**

**Fee Applications, Applicant (4.70 Hours; $ 2,159.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 3.50 | $545 | 1,907.50 |
| Eugenia Benetos | 1.20 | $210 | 252.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/06/10 | RCT | 545.00 | 0.20 | Review July Fee App schedule (0.2) |
| 07/08/10 | RCT | 545.00 | 0.30 | Review pre-bills (0.3) |
| 07/16/10 | RCT | 545.00 | 0.30 | Address fee issues (0.3) |
| 07/22/10 | EB | 210.00 | 0.80 | Work on interim fee application. |
| 07/23/10 | EB | 210.00 | 0.40 | Work on interim fee application. Prepare materials for sending out to co-counsel. (.4) |
| 07/26/10 | RCT | 545.00 | 1.00 | Review Interim Fee App (1.0) |
| 07/26/10 | RCT | 545.00 | 1.00 | Address fee auditor issues (1.0) |
| 07/27/10 | RCT | 545.00 | 0.20 | Review August fee app schedules (0.2) |
| 07/29/10 | RCT | 545.00 | 0.50 | Address fee issue (0.5) |

**Total Task Code .12      4.70**

**Hearings (.20 Hours; $ 172.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|

{D0185685.1 }

| | | | | | |
|---|---|---|---|---|---|
| Peter Van N. Lockwood | | | .20 | $860 | 172.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/14/10 | PVL | 860.00 | 0.20 | Attend hearing. |

**Total Task Code .15        .20**

### Plan & Disclosure Statement (8.60 Hours; $ 6,079.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .60 | $950 | 570.00 |
| Peter Van N. Lockwood | 3.70 | $860 | 3,182.00 |
| Ann C. McMillan | 3.70 | $595 | 2,201.50 |
| Eugenia Benetos | .60 | $210 | 126.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/01/10 | PVL | 860.00 | 1.00 | Review revised draft CNA agmt and email Wyron re same. |
| 07/02/10 | ACM | 595.00 | 0.70 | Review TIG Settlement Agreement and send e-mail to B. Horkovich re same. |
| 07/06/10 | EI | 950.00 | 0.20 | TIG settlement and memo (.2). |
| 07/07/10 | PVL | 860.00 | 0.30 | Teleconference EI (.2); review revised draft Hartford approval order and reply (.1). |
| 07/07/10 | EI | 950.00 | 0.10 | T/c PVNL re: briefing issues (.1). |
| 07/07/10 | ACM | 595.00 | 0.30 | Teleconferences claimants re status of case. |
| 07/08/10 | EI | 950.00 | 0.10 | Claimant inquiry (.1). |
| 07/12/10 | ACM | 595.00 | 1.10 | Teleconference claimant (.1); teleconferences B. Horkovich re Hartford settlement agreement (.2); review same and mark suggested changes (.8). |
| 07/13/10 | PVL | 860.00 | 0.10 | Review email and reply. |

{D0185685.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 07/15/10 | PVL | 860.00 | 1.70 | Review email and reply (.2); review revised CNA agmt and email comments (1.3); review revised Hartford agmt (.2). |
| 07/15/10 | ACM | 595.00 | 0.50 | Review CNA Settlement Agreement and send e-mail to B. Horkovich re same. |
| 07/19/10 | PVL | 860.00 | 0.50 | Review email and reply (.1); review Grace revs to draft CNA agmt (.2); teleconference Baer, Donley and Felder (.2). |
| 07/19/10 | ACM | 595.00 | 0.20 | Teleconference J. Sinclair re Blackstone retention agreement. |
| 07/20/10 | PVL | 860.00 | 0.10 | Review Horkovich email and reply. |
| 07/26/10 | EI | 950.00 | 0.20 | Read Horkovich's insurance status memos (.2). |
| 07/27/10 | EB | 210.00 | 0.60 | Review of plan documents; update e-folder and organize filings in chronological order of all plan documents. |
| 07/29/10 | ACM | 595.00 | 0.90 | Review proposed Hartford Settlement Agreement and exchange e-mails with Bob Horkovich re same. |

**Total Task Code .17        8.60**

<u>Other Charges</u>:

| | |
|---|---:|
| Air Freight & Express Mail | 12.77 |
| Charge of Cell and/or Home Phone Useage | 28.08 |
| Long Distance-Equitrac In-House | 0.16 |
| Miscellaneous: Client Advances | 2,502.70 |
| Postage & Air Freight | 0.44 |
| Xeroxing | 15.20 |

**Total:    $ 2,559.35**