**EXHIBIT B**

**Case Administration (1.50 Hours; $ 880.50)**

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04        1.50**

**Claims Analysis Objections & Resolution (Asbestos) (.50 Hours; $ 430.00)**

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates/

**Total Task Code .05        .50**

**Fee Applications, Applicant (4.70 Hours; $ 2,159.50)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12        4.70**

**Hearings (.20 Hours; $ 172.00)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15        .20**

**Plan & Disclosure Statement (8.60 Hours; $ 6,079.50)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17        8.60**