## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 12.77 |
| Charge of Cell and/or Home Phone Useage | 28.08 |
| Long Distance-Equitrac In-House | 0.16 |
| Miscellaneous: Client Advances | 2,502.70 |
| Postage & Air Freight | 0.44 |
| Xeroxing | 15.20 |
| **Total:** | **$ 2,559.35** |

{D0185688.1 }