| | | |
|---|---|---|
| **Client Number:  4642** | **Grace Asbestos Personal Injury Claimants** | Page: 1 |
| **Matter       000** | **Disbursements** | 8/16/2010 |

Print Date/Time: 08/16/2010  4:34:20PM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:   1/1/1950  to: 7/31/2010

**Matter       000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 7/20/2010 | 13,655 |
|---|---|---|---|---|---|---|---|---|

$4,759.14

Client Retainers Available              Committed to Invoices:        $0.00        Remaining:        $4,759.14

$3,881,156.07
Total Expenses Billed To Date

| | | |
|---|---|---|
| Billing Empl: | 0120 | Elihu  Inselbuch |
| Responsible Empl: | 0120 | Elihu  Inselbuch |
| Alternate Empl: | 0120 | Elihu  Inselbuch |
| Originating Empl: | 0120 | Elihu  Inselbuch |

**Summary by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 42.89 | 0.00 | 42.89 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 4.80 | 0.00 | 4.80 |
| 0255 | DAT | Denise A Tolbert | 0.00 | 4.10 | 0.00 | 4.10 |
| 0337 | EGB | Erroll G Butts | 0.00 | 2,502.70 | 0.00 | 2,502.70 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 4.86 | 0.00 | 4.86 |
| **Total Fees** | | | **0.00** | **2,559.35** | **0.00** | **2,559.35** |

**Detail Time / Expense by Date**

| | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2560537 | NY Office -Copy Svc., 6/2010 (EI) | E | 07/04/2010 | 0120 EI | | 0.00 | $1.60 | | 0.00 | $1.60 | 1.60 |
| 2560424 | Equitrac - Long Distance to 13369269145 | E | 07/07/2010 | 0999 C&D | | 0.00 | $0.08 | | 0.00 | $0.08 | 1.68 |
| | | | | C&D | | | | | | | |

{D0185689.1 }

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter   000 | | Disbursements | | | | | | | | 8/16/2010 |

Print Date/Time: 08/16/2010  4:34:20PM

Attn:

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2560425 | Equitrac - Long Distance to 14142649461 | | E | 07/07/2010 | 0999 | | 0.00 | $0.08 | 0.00 | $0.08 | 1.76 |
| 2566163 | Photocopy | | E | 07/09/2010 | 0255 | DAT | 0.00 | $4.10 | 0.00 | $4.10 | 5.86 |
| 2560967 | Federal Express -Delivery to K.Hemming, 6/18/10 (EI) | | E | 07/12/2010 | 0120 | EI | 0.00 | $12.77 | 0.00 | $12.77 | 18.63 |
| 2566627 | Photocopy | | E | 07/15/2010 | 0220 | SKL | 0.00 | $4.10 | 0.00 | $4.10 | 22.73 |
| 2569929 | Photocopy | | E | 07/26/2010 | 0999 | C&D | 0.00 | $4.70 | 0.00 | $4.70 | 27.43 |
| 2570230 | Photocopy | | E | 07/28/2010 | 0220 | SKL | 0.00 | $0.70 | 0.00 | $0.70 | 28.13 |
| 2567989 | Pacer Service Center -Database Research, 4/1/10 - 6/30/10  (EI) | | E | 07/28/2010 | 0120 | EI | 0.00 | $28.08 | 0.00 | $28.08 | 56.21 |
| 2567995 | Tallen Technology Rentals -Equipment Rentals, 6/7/10  (EGB) | | E | 07/28/2010 | 0337 | EGB | 0.00 | $2,502.70 | 0.00 | $2,502.70 | 2,558.91 |
| 2570450 | NY Office -Postage, 7/2010  (EI) | | E | 07/30/2010 | 0120 | EI | 0.00 | $0.44 | 0.00 | $0.44 | 2,559.35 |

**Total Expenses**                                                                 $2,559.35

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   |   | 0.00 |   | 0.00 |   |
| Matter Total Fees |   |   | 0.00 |   | 0.00 |
| Matter Total Expenses |   |   | 2,559.35 |   | 2,559.35 |
| Matter Total |   | 0.00 | 2,559.35 | 0.00 | 2,559.35 |
|   |   |   |   |   |   |
| Prebill Total Fees |   |   |   |   |   |
| Prebill Total Expenses |   |   | $2,559.35 |   | $2,559.35 |
| Prebill Total |   | 0.00 | $2,559.35 | 0.00 | $2,559.35 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 73,026 | 02/26/2010 | 150,698.25 | 30,139.65 |
| 73,613 | 03/19/2010 | 43,300.50 | 8,660.10 |
| 74,007 | 04/22/2010 | 55,577.50 | 11,115.50 |

{D0185689.1 }

| Client Number: | 4642 | | Grace Asbestos Personal Injury Claimants | | Page: 1 |
|---|---|---|---|---|---|
| Matter | 000 | | Disbursements | | 8/16/2010 |

Print Date/Time: 08/16/2010  4:34:20PM

Attn:

Invoice #

| 74,690 | 05/21/2010 | 32,577.50 | 6,515.50 |
|---|---|---|---|
| 75,024 | 06/18/2010 | 30,260.00 | 6,052.00 |
| 75,954 | 07/20/2010 | 11,440.50 | 11,440.50 |
| | | 339,475.25 | 77,047.45 |

{D0185689.1 }