**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered |

**CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 24811**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Thirty-Sixth Quarterly Fee Application of Stroock & Stroock & Lavan LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from January 1, 2010 through March 31, 2010* (the "Application") [Docket No. 24811] filed on May 20, 2010.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than August 27, 2010 at 4:00 p.m.

Dated: September 2, 2010
      Wilmington, Delaware

                                        */s/ Michael R. Lastowski*
                                        Michael R. Lastowski (DE 3892)
                                        Richard W. Riley (DE 4052)
                                        DUANE MORRIS LLP
                                        1100 N. Market Street, Suite 1200
                                        Wilmington, DE 19801-1246
                                        Telephone:    (302)-657-4900
                                        Facsimile:     (302)-657-4901
                                        Email:         mlastowski@duanemorris.com
                                                                    rwriley@duanemorris.com

                                        *Co-Counsel for the Official
                                        Committee of Unsecured Creditors*

DM3\1473375.1