IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
JULY 1, 2010 THROUGH JULY 31,  2010

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

**(General Regulatory/Compliance Issues)**

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn                    August 25, 2010
Attn: Lydia B. Duff, Esq.                   Client/Matter #  01246-012100
7500 Grace Drive                            Invoice # 137115
Columbia, MD  21044                         Federal ID# 52-1247549

---

For Legal Services Rendered Through 07/31/10 in Connection With:

**PLEASE REMIT PAYMENT TO :**     **BEVERIDGE & DIAMOND, P.C.**
                                  **SUITE 700**
                                  **1350 I STREET, N.W.**
                                  **WASHINGTON, D.C. 20005-3311**

**General Regulatory/Compliance Issues**

| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 07/30/10 | P. Marks | 0.30 | Follow-up to document request to ARB. |
| 07/30/10 | D. Brian | 0.80 | Correspondence with P. Marks re public records request; telephone conference with A. Barron re same. |

                    **Total Hours :**          1.10

                    **Total Fees :**        $340.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  137115
August 25, 2010
PAGE  2

## Time Summary:

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.30 | $440.00 | $132.00 |
| D. Brian | 0.80 | $260.00 | $208.00 |

**Total Fees :**          **$340.00**

**TOTAL DUE :**          **$340.00**

# EXHIBIT B

## (Curtis Bay RCRA 2)

## LAW OFFICES
## BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

August 25, 2010
Client/Matter #  01246-013923
Invoice # 137116
Federal ID# 52-1247549

For Legal Services Rendered Through 07/31/10 in Connection With:

**PLEASE REMIT PAYMENT TO :**      BEVERIDGE & DIAMOND, P.C.
                                   SUITE 700
                                   1350 I STREET, N.W.
                                   WASHINGTON, D.C. 20005-3311

<u>Curtis Bay RCRA 2</u>

| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 07/01/10 | H. Knight | 3.50 | Prepare, organize, and highlight key documents for P. Marks' meeting with U.S. EPA. |
| 07/05/10 | P. Marks | 1.20 | Evaluate legal issues. |
| 07/07/10 | P. Marks | 5.40 | Prepare for and participate in conference with L. Duff and client team at Curtis Bay re preparation for internal and EPA meetings re OMC, Poly, and Tech Center issues. |
| 07/09/10 | P. Marks | 1.40 | Evaluate presentation of issues to EPA and related research. |
| 07/13/10 | P. Marks | 1.40 | Telephone conference with L. Duff re review of OMC schematic, preparation of diagram re same; address legal issues re same; meeting preparation. |
| 07/14/10 | P. Marks | 5.90 | Evaluate legal issues; prepare distilled summaries re same; legal research re same and evaluation of EPA guidance (re tanks, waste accumulation, and BB rules); prepare meeting handouts. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  137116
August 25, 2010
PAGE  2

| 07/16/10 | P. Marks | 5.40 | Prepare for and attend pre-meetings, meetings, and post-meeting evaluation and task implementation at client's Columbia office. |
| 07/18/10 | P. Marks | 1.80 | Prepare for conferences. |
| 07/19/10 | P. Marks | 3.20 | Prepare agenda and expanded agenda; review slides; prepare meeting materials and detailed meeting preparation. |
| 07/19/10 | P. Keller | 0.30 | Locate and download specific federal register notices for P. Marks. |
| 07/20/10 | P. Marks | 5.10 | Final preparation for meeting with EPA during and after client conference. |
| 07/21/10 | P. Marks | 9.00 | Pre-meeting, post-meeting, and conference with client team and EPA re show cause letter. |
| 07/23/10 | P. Marks | 0.70 | Review documents from B. Errera; coordinate with L. Duff re next steps. |

Total Hours :               44.30

Total Fees :         $18,773.50

BEVERIDGE & DIAMOND, P.C.

INVOICE #  137116
August 25, 2010
PAGE  3

## Disbursements:

Duplicating                                                  5.40

Total Disbursements :                    $5.40

## Time Summary:

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 40.50 | $440.00 | $17,820.00 |
| H. Knight | 3.50 | $260.00 | $910.00 |
| P. Keller | 0.30 | $145.00 | $43.50 |

Total Fees :            $18,773.50

Total Disbursements :            $5.40

TOTAL DUE :            $18,778.90

# EXHIBIT C

**(Investigation of VC Processing Facilities)**

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                          August 25, 2010
Attn: Richard Finke                        Client/Matter #  01246-014352
7500 Grace Drive                           Invoice # 137117
Columbia, MD  21044                        Federal ID# 52-1247549

For Legal Services Rendered Through 07/31/10 in Connection With:

**Investigation of VC Processing Facilities**

| | | | |
|---|---|---|---|
| 07/29/10 | K. Bourdeau | 1.00 | Review EPA report of assessment of risks at Traveler's Rest facility based on ABS sampling; prepare notes thereon. |
| 07/30/10 | K. Bourdeau | 0.20 | Conference with P. Marks re results of ABS testing at Travelers Rest facility and follow up with R. Finke re same. |
| 07/30/10 | P. Marks | 0.50 | Conference with K. Bourdeau re report and review same. |

Total Hours :            1.70

Total Fees :        $1,000.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 137117
August 25, 2010
PAGE  2

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 1.20 | $650.00 | $780.00 |
| P. Marks | 0.50 | $440.00 | $220.00 |
|  |  | **Total Fees :** | **$1,000.00** |
|  |  | **TOTAL DUE :** | **$1,000.00** |

# EXHIBIT D

## (Bankruptcy Fee Application)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn                    August 25, 2010
Attn: Lydia B. Duff, Esq.                   Client/Matter #  01246-012629
7500 Grace Drive                            Invoice # 137118
Columbia, MD  21044                         Federal ID# 52-1247549

---

For Legal Services Rendered Through 07/31/10 in Connection With:

**PLEASE REMIT PAYMENT TO :**      **BEVERIDGE & DIAMOND, P.C.**
                                   **SUITE 700**
                                   **1350 I STREET, N.W.**
                                   **WASHINGTON, D.C. 20005-3311**

**Bankruptcy Fee Application**

**Disbursements:**

| | |
|---|---|
| Postage | 12.08 |
| Duplicating | 0.80 |

                        **Total Disbursements :**          $12.88

                              **TOTAL DUE :**               $12.88