IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: 9/22/10 @ 4ᵒᵒ pm |

### SUMMARY APPLICATION OF KAYESCHOLER LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR INTELLECTUAL PROPERTY FOR W.R. GRACE & CO., ET AL., THROUGH THE MONTHLY PERIOD OF July 31, 2010

| | |
|---|---|
| Name *of Applicant*: | **Kaye Scholer LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention as Special Counsel for Intellectual Property | **Retention Order entered April 7, 2010** |
| Period for which compensation and reimbursement is sought | **July 1, 2010 - July 31, 2010** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$17,395.49** |
| Amount of Expense Reimbursement sought | **$ 5.60 (Amount included in total)** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville, Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc., (f/k/a Dearborn International Holdings, Inc.,), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation Gracoal, Inc., Gracoal II Inc., Guantica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc., (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc., (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Kaye Scholer LLP submits this application for fees and expenses for the month of July 2010. This is the third application for compensation for services that has been filed with the Bankruptcy Court by Kaye Scholer LLP.   Previously, Kaye Scholer was appointed Ordinary Course Professional. On April 7, 2010, based on a motion made by Debtor on February 11, 2010, the Bankruptcy Court entered an order authorizing Kaye Scholer LLP to provide further services to Debtor as Special Counsel for Intellectual Property.

The monthly applications previously filed by Kaye Scholer LLP are shown in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 01/01/2010-05/31/2010 | July 2, 2010 | $74,212.84 | $26.58 |
| 06/01/2010-06/30/2010 | July 28, 2010 | $6,707.61 | 0.00 |

During this fee period, Kaye Scholer LLP provided intellectual property services in connection with various matters, which are detailed in the attached fee schedules for the matters, and a procedural matter relating to preparation of petitions for submission to this court.

The Kaye Scholer professional who rendered the legal services during the fee period is:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| John P. Rynkiewicz | Counsel | 1981 | Intellectual Property | $567.00 | 30.67 | $17,395.49 |

Total Fees: $17,395.49

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above, for (i) 80% of the amount of $17,395.49, for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee period (July 1, 2010-July 31, 2010), and (b) that the fees are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated: August 10, 2010

John P. Rynkiewicz
Kaye Scholer LLP
901 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 682-3671
jrynkiewicz@kayescholer.com

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.

August 10, 2010

**RE:** I. GRACE Trademarks
**Our File Number:** 63812/0003

**Invoice#:** 641098
**PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2010

| Date | | Hours |
|---|---|---|
| 07/13/2010 | Rynkiewicz, John P | 1.58 |
| | Review issues in settlement; review prior communications issues and coexistence; revise outline of terms. | |
| 07/16/2010 | Rynkiewicz, John P | 1.67 |
| | Draft, edit and revise proposed settlement; review I GRACE applications and nature of the business. | |
| 07/22/2010 | Rynkiewicz, John P | 1.83 |
| | Work on review of I GRACE business, applications and settlement options. | |
| 07/26/2010 | Rynkiewicz, John P | 1.83 |
| | Work on I. GRACE settlement terms; review files/issues re same. | |
| 07/28/2010 | Rynkiewicz, John P | 1.67 |
| | Research and review USPTO records, I GRACE marks and uses, re settlement. | |

Total Hours................    8.58

Fees through 07/31/2010...................................    $5,405.40

\*---------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $630.00 | 8.58 | $5,405.40 |
| Fees through 07/31/2010............... | | 8.58 | $5,405.40 |

# KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                   August 10, 2010

**RE: I. GRACE Trademarks**                              Invoice#: 641098
**Our File Number:** 63812/0003                              PAGE:   2

---

*-----------------------COSTS ADVANCED THROUGH 07/31/2010----------------------*

| | |
|---|---|
| Duplicating | $0.60 |
| Total Costs through 07/31/2010......................... | $0.60 |

*--------------------------------OUTSTANDING BALANCE--------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 623146 | 01/28/2010 | $2,034.90 |
| 628638 | 03/31/2010 | 2,177.28 |
| 628639 | 03/31/2010 | 3,027.78 |
| 637194 | 06/30/2010 | 7,427.70 |
| 639771 | 07/28/2010 | 1,746.36 |
| Prior Balance Due........................................................... | | $16,414.02 |

| | | |
|---|---|---|
| Fees this Invoice................................. | $5,405.40 | |
| Less Discount of................................. | (540.54) | |
| Adjusted Fees..................................................... | | $4,864.86 |
| Costs this Invoice................................................. | | $0.60 |
| Total Due this Invoice.......................................... | | $4,865.46 |
| Prior Balance Due (from above).................................... | | 16,414.02 |
| **TOTAL DUE**........................................................... | | **$21,279.48** |

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                    August 10, 2010

    **RE: I. GRACE Trademarks**                                    **Invoice#:** 641098
    **Our File Number: 63812/0003**                              **PAGE:**    3

<u>Kaye Scholer LLP</u>

                                                   425 Park Avenue
                                                   New York, NY  10022-3598
                                                 212-836-8000
                                                 Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 641098
Total Amount Due: $21,279.48

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  W.R. Grace & Co.-Conn
     Legal Department
     7500 Grace Drive
     Columbia, Maryland 21044
     Attn: Robert A. Maggio, Esq.

August 10, 2010

RE: Special Counsel
**Our File Number:** 63812/0108

**Invoice#:** 641097
**PAGE:** 1

====================================================================

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2010

====================================================================

|  |  | Hours |
|---|---|---|
| 07/01/2010 | Rynkiewicz, John P | 0.83 |
|  | Review Court application for fee papers and related Special Counsel issues. | |
| 07/30/2010 | Rynkiewicz, John P | 0.75 |
|  | Conf calls with R. Woodruff and T. Hunter re Special Counsel matters and billing; review prior submission; revise and send documents to R. Woodruff re same. | |

Total Hours................. 1.58

Fees through 07/31/2010.................................... $995.40

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $630.00 | 1.58 | $995.40 |
| Fees through 07/31/2010............... | | 1.58 | $995.40 |

\*--------------------------OUTSTANDING BALANCE--------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 628642 | 03/31/2010 | $2,420.99 |
| 637196 | 06/30/2010 | 5,040.85 |
| Prior Balance Due.......................................................... | | $7,461.84 |

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                    August 10, 2010

       RE: Special Counsel                                      Invoice#: 641097
       **Our File Number:** 63812/0108                          **PAGE:**    2

Fees this Invoice..................................................    $995.40
Less Discount of..............................................      (99.54)
Adjusted Fees..................................................                  $895.86
Total Due this Invoice....................................                      $895.86
Prior Balance Due (from above)................................                 7,461.84
**TOTAL DUE**..................................................................  $8,357.70

# KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn

August 10, 2010

**RE: Special Counsel**
**Our File Number: 63812/0108**

**Invoice#:** 641097
**PAGE:**    3

Kaye Scholer LLP

425 Park Avenue
New York, NY  10022-3598
212-836-8000
Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 641097
Total Amount Due: $8,357.70

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn.                          August 10, 2010
       7500 Grace Drive
       Columbia, Maryland 21044
       Attn: Robert A. Maggio, Chief Patent Counsel

**RE:** Davison Silica                          **Invoice#:** 641096
**Our File Number:** 63812/3001                 **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2010

|  |  | Hours |
|---|---|---|
| 07/22/2010 | Rynkiewicz, John P | 0.83 |
| | Review DAVISON and GRACE DAVISON mark coverage and reg. protection in the USPTO. | |
| | Total Hours................ | 0.83 |
| | Fees through 07/31/2010.................................. | $522.90 |

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $630.00 | 0.83 | $522.90 |
| Fees through 07/31/2010............... | | 0.83 | $522.90 |

*--------------------------------OUTSTANDING BALANCE--------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 623151 | 01/28/2010 | $1,041.25 |
| 628646 | 03/31/2010 | 379.89 |
| 628647 | 03/31/2010 | 567.00 |
| 637201 | 06/30/2010 | 2,409.75 |
| 639773 | 07/28/2010 | 567.00 |
| Prior Balance Due............................................................... | | $4,964.89 |

**K**AYE SCHOLER LLP

TO:   W.R. Grace & Co.-Conn.                                        August 10, 2010

    **RE:** Davison Silica                                         Invoice#: 641096
    **Our File Number:** 63812/3001                                     **PAGE:   2**

| | | |
|---|---|---|
| Fees this Invoice................................................... | $522.90 | |
| Less Discount of................................................ | (52.29) | |
| Adjusted Fees............................................................................... | | $470.61 |
| Total Due this Invoice.................................................................. | | $470.61 |
| Prior Balance Due (from above)................................................... | | 4,964.89 |
| **TOTAL DUE**........................................................................... | | **$5,435.50** |

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).
NET DUE UPON RECEIPT

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn.                                    August 10, 2010

    **RE:** Davison Silica                                    **Invoice#:** 641096
    **Our File Number:** 63812/3001                            **PAGE:**    3

---

Kaye Scholer LLP

                                      425 Park Avenue
                                      New York, NY  10022-3598
                                      212-836-8000
                                      Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 641096
Total Amount Due: $5,435.50

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.

August 10, 2010

**RE:** Power Grace
**Our File Number:** 63812/0019

**Invoice#:** 641095
**PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2010

|            |                                                                                                                                               | **Hours** |
|------------|-----------------------------------------------------------------------------------------------------------------------------------------------|-----------|
| 07/09/2010 | Rynkiewicz, John P                                                                                                                             | 0.75      |
|            | Review Grace correspondence and issues and status from Agents in INDIA: Trade Mark: POWER GRACE - Application Nos. 1599787 and 1678357 in Classes 19 and 37. |           |

Total Hours................ 0.75

Fees through 07/31/2010.................................... $472.50

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|                     | Rate     | Hours | Fees     |
|---------------------|----------|-------|----------|
| Rynkiewicz, John P  | $630.00  | 0.75  | $472.50  |
| Fees through 07/31/2010............... |          | 0.75  | $472.50  |

\*-----------------------------OUTSTANDING BALANCE---------------------------------\*

| Invoice# | Date       | Amount      |
|----------|------------|-------------|
| 623147   | 01/28/2010 | $1,981.35   |
| 628641   | 03/31/2010 | 1,701.00    |
| 639774   | 07/28/2010 | 328.86      |
| Prior Balance Due...................................................... | | $4,011.21 |

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                August 10, 2010

**RE:** Power Grace                                         **Invoice#:** 641095
**Our File Number:** 63812/0019                             **PAGE:    2**

| | | |
|---|---|---|
| Fees this Invoice............................................... | $472.50 | |
| Less Discount of............................................... | (47.25) | |
| Adjusted Fees.................................................... | | $425.25 |
| Total Due this Invoice....................................... | | $425.25 |
| Prior Balance Due (from above)................................ | | 4,011.21 |
| **TOTAL DUE**............................................................ | | $4,436.46 |

**K**AYE SCHOLER LLP

| | |
|---|---|
| TO:    W.R. Grace & Co.-Conn | August 10, 2010 |

| | |
|---|---|
| **RE: Power Grace** | **Invoice#:** 641095 |
| **Our File Number:** 63812/0019 | **PAGE:**    3 |

<u>Kaye Scholer LLP</u>

425 Park Avenue
New York, NY  10022-3598
212-836-8000
Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 641095
Total Amount Due: $4,436.46

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn                                  August 10, 2010
       7500 Grace Drive
       Columbia, Maryland 21044
       Attn: Robert A. Maggio, Esq.

RE: GraceBio                                     Invoice#: 641094
Our File Number: 63812/0101                      PAGE:    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2010

|  |  | Hours |
|---|---|---|
| 07/19/2010 | Rynkiewicz, John P | 0.67 |
|  | Status update, search for potential new GraceBio marks; review prior communications re same. |  |
|  | Total Hours................ | 0.67 |
|  | Fees through 07/31/2010................................... | $422.10 |

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $630.00 | 0.67 | $422.10 |
| Fees through 07/31/2010............... |  | 0.67 | $422.10 |

| | |
|---|---|
| Fees this Invoice.................................................. | $422.10 |
| Less Discount of................................................. | (42.21) |
| Adjusted Fees....................................................................... | $379.89 |
| **Total Due this Invoice...............................................................** | **$379.89** |

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                        August 10, 2010

    **RE:** GraceBio                                              **Invoice#:** 641094
    **Our File Number:** 63812/0101                              **PAGE:**    2

---

<u>Kaye Scholer LLP</u>

                                                425 Park Avenue
                                                New York, NY  10022-3598
                                                  212-836-8000
                                                  Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 641094
Total Amount Due: $379.89

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  W.R. Grace & Co.-Conn                                   August 10, 2010
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.


**RE:** Tibotec                                        **Invoice#:** 641100
**Our File Number:** 63812/0110                            **PAGE:**   1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2010

| | | **Hours** |
|---|---|---|
| 07/21/2010 | Rynkiewicz, John P | 1.92 |
| | Review Grace email and two GRACE applications; review services, check GRACE regs; assess confusion, issues and options; draft comments and recommendations to Grace re possible Opposition and/or Extensions of Time to Oppose; additional research on Tibotec Pharmaceuticals. | |
| 07/27/2010 | Rynkiewicz, John P | 2.17 |
| | Conference call with R. Maggio regarding opposition, settlement and Letter of Protest Options; assess merits and success of each;  emails to/from T. Hunter and R. Maggio re multiple Exts of Time to Oppose; review USPTO TTAB documents; work on Letters of Protest against 77790819 GRACE  and 77790818  GRACE GENDER, RACE, AND CLINICAL EXPERIENCE. | |
| 07/28/2010 | Rynkiewicz, John P | 2.00 |
| | Work on two Letters of Protest, assembling Grace regs; review 16+ GRACE regs for pertinence; research Grace website for "scientific" and "research" evidence; assemble evidence/exhibit. | |
| 07/29/2010 | Rynkiewicz, John P | 3.00 |
| | Work on two letters of protest; research after Publication issues, cases; assemble evidence/documents; finalize and send two protests to the USPTO; update Grace re same. | |

Total Hours................. 9.09

Fees through 07/31/2010.................................... $5,726.70

**K**AYE SCHOLER LLP

TO:   W.R. Grace & Co.-Conn                                    August 10, 2010

   **RE: Tibotec**                                    **Invoice#:** 641100
   **Our File Number:** 63812/0110                    **PAGE:**   2

---

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $630.00 | 9.09 | $5,726.70 |
| Fees through 07/31/2010............... | | 9.09 | $5,726.70 |

| | | |
|---|---|---|
| Fees this Invoice................................................ | $5,726.70 | |
| Less Discount of................................................ | (572.67) | |
| Adjusted Fees.................................................................. | | $5,154.03 |
| **Total Due this Invoice................................................................** | | **$5,154.03** |

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                      August 10, 2010

    **RE: Tibotec**                                              **Invoice#: 641100**
    **Our File Number: 63812/0110**                              **PAGE:    3**

---

<u>Kaye Scholer LLP</u>

425 Park Avenue
New York, NY  10022-3598
212-836-8000
Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 641100
Total Amount Due: $5,154.03

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co-Conn.                             August 10, 2010
      7500 Grace Drive
      Columbia, Maryland 21004
      Attn: Robert A. Maggio, Chief Patent Counsel

**RE:** General                                    **Invoice#:** 641101
**Our File Number:** 63812/0001                      **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2010

| | | Hours |
|---|---|---|
| 07/01/2010 | Rynkiewicz, John P | 0.25 |
| | Review Corsearch July 1 GRACE report. | |
| 07/01/2010 | Rynkiewicz, John P | 0.58 |
| | Review Grace email, Corsearch report of June 15th; advise Grace. | |
| 07/07/2010 | Rynkiewicz, John P | 1.00 |
| | Review agent's correspondence and settlement/opposition issues in INDIA: Trade Mark: NICKAST GRACE - Application No. 1568847 in Class 1 (Our Ref.: PHA/SRA/OPP.BOM-737791) (Your Ref.: W4141-00/22). | |
| 07/07/2010 | Rynkiewicz, John P | 0.67 |
| | Search USPTO database, send Grace inquiry re GRACE logo in green and possible reg. | |
| 07/21/2010 | Rynkiewicz, John P | 0.50 |
| | Review Corsearch Fed report of GRACE marks; email from Grace; assess non-Tibotec marks for confusion; search PTO records. | |
| 07/21/2010 | Rynkiewicz, John P | 0.33 |
| | Review Grace email and Corsearch report dated July 19, 2010; review GRACE marks. | |
| 07/29/2010 | Rynkiewicz, John P | 1.00 |
| | Review multiple Grace emails re WITH GRACE LTD ad GRACE TRAINING; review issues, prior settlements; advise Grace re Grace Training, possible GCP use and prior US/ EC opposition. | |
| 07/29/2010 | Rynkiewicz, John P | 0.25 |
| | Review Grace email and Federal Watch Report; assess marks. | |
| 07/29/2010 | Rynkiewicz, John P | 1.17 |
| | Month-end review of GRACE matters, issues, status; review multiple correspondence to/from Grace re same. | |

**K**AYE SCHOLER LLP

| | |
|---|---|
| TO:    W.R. Grace & Co-Conn. | August 10, 2010 |

| | |
|---|---|
| **RE:** General | **Invoice#:** 641101 |
| **Our File Number:** 63812/0001 | **PAGE:**   2 |

| | | |
|---|---|---|
| 07/30/2010 | Rynkiewicz, John P | 2.00 |
| | Review multiple marks in Corsearch federal GRACE report; review GRAZIA EQUITY; research; assess doctrine of foreign equivalents; draft summary and outline possible confusion issues for Grace in assessment of any action to be taken. | |
| 07/31/2010 | Rynkiewicz, John P | 1.42 |
| | Additional review, research and searches of USPTO database for Grazia Gmbh marks, possible related regs and associated issues. | |

|  | |
|---|---|
| Total Hours................ | 9.17 |
| Fees through 07/31/2010.................................... | $5,777.10 |

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $630.00 | 9.17 | $5,777.10 |
| Fees through 07/31/2010.............. | | 9.17 | $5,777.10 |

\*--------------------COSTS ADVANCED THROUGH 07/31/2010--------------------\*

| | |
|---|---|
| Duplicating | $5.00 |
| Total Costs through 07/31/2010........................ | $5.00 |

\*-------------------------------OUTSTANDING BALANCE-------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 623145 | 01/28/2010 | $5,456.15 |
| 628636 | 03/31/2010 | 5,250.42 |
| 628637 | 03/31/2010 | 8,453.97 |
| 637193 | 06/30/2010 | 19,890.36 |
| 639770 | 07/28/2010 | 4,065.39 |
| Prior Balance Due........................................................ | | $43,116.29 |

# KAYE SCHOLER LLP

TO:    W.R. Grace & Co-Conn.                                     August 10, 2010

**RE:** General                                              **Invoice#:** 641101
**Our File Number:** 63812/0001                                    **PAGE:    3**

| | | |
|---|---|---|
| Fees this Invoice.................................................. | $5,777.10 | |
| Less Discount of.............................................. | (577.71) | |
| Adjusted Fees............................................................................. | | $5,199.39 |
| Costs this Invoice......................................................................... | | $5.00 |
| Total Due this Invoice.................................................................. | | $5,204.39 |
| Prior Balance Due (from above).................................................. | | 43,116.29 |
| **TOTAL DUE**............................................................................ | | **$48,320.68** |

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co-Conn.

August 10, 2010

**RE:** General
**Our File Number:** 63812/0001

**Invoice#:** 641101
**PAGE:**    4

Kaye Scholer LLP

425 Park Avenue
New York, NY  10022-3598
212-836-8000
Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 641101
Total Amount Due: $48,320.68