

August 17, 2010

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   177252

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH July 31, 2010

## CLIENT SUMMARY

**BALANCE AS OF- 07/31/10**

| MATTERS | TIME | COSTS | TOTAL |
|---|---:|---:|---:|
| 01- Case Administration - .15537 | $38.00 | $415.89 | $453.89 |
| 07 - Applicant's Fee Application - .15543 | $881.00 | $0.00 | $881.00 |
| 08 - Hearings - .15544 | $1,019.50 | $0.00 | $1,019.50 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) - .15545 | $445.50 | $0.00 | $445.50 |
| **Client Total** | **$2,384.00** | **$415.89** | **$2,799.89** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
200 S. Biscayne Boulevard, Suite 2500, Miami, FL 33131-5340  Tel 305.374.7580  Fax 305.374.7593                www.bilzin.com

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Kramer, Matthew I | 0.50 | $425.00 | $212.50 |
| Sakalo, Jay M | 2.40 | $495.00 | $1,188.00 |
| Snyder, Jeffrey I | 1.20 | $340.00 | $408.00 |
| Flores, Luisa M | 2.50 | $215.00 | $537.50 |
| Kurtz, Nicole | 0.20 | $190.00 | $38.00 |
| | | **TOTAL PROFESSIONAL FEES THIS PERIOD** | ***$2,384.00*** |

.

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Long Distance Telephone-Outside Services | $411.00 |
| Westlaw-Online Legal Research | $4.49 |
| Copies | $0.40 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | ***$415.89*** |

| | |
|---|---|
| **TOTAL BALANCE DUE THIS PERIOD** | $2,799.89 |

Atty – SLB
Client No.: 74817/15537

**RE: 01- Case Administration**

| | | | | |
|---|---|---|---|---|
| 07/01/10 | NK | 0.10 | 19.00 | Analyze docket and send email to J. Sakalo and M.Kramer thereon |
| 07/06/10 | NK | 0.10 | 19.00 | Analyze docket and email to J. Sakalo and M. Kramer thereon |

**PROFESSIONAL SERVICES** $38.00

### COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 04/29/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 04/26/10-05/26/10; DATE: 5/26/2010 - Acct. #5306-2200-2539-5504 | 51.00 |
| 04/29/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 04/26/10-05/26/10; DATE: 5/26/2010 - Acct. #5306-2200-2539-5504 | 72.00 |
| 04/29/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 04/26/10-05/26/10; DATE: 5/26/2010 - Acct. #5306-2200-2539-5504 | 72.00 |
| 04/29/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 04/26/10-05/26/10; DATE: 5/26/2010 - Acct. #5306-2200-2539-5504 | 79.00 |
| 04/29/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 04/26/10-05/26/10; DATE: 5/26/2010 - Acct. #5306-2200-2539-5504 | 79.00 |
| 04/30/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 04/26/10-05/26/10; DATE: 5/26/2010 - Acct. #5306-2200-2539-5504 | 58.00 |
| 06/08/10 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 820909990; DATE: 7/1/2010 - Account# 5306-2200-2539-5504 | 4.49 |
| 07/09/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 07/14/10 | Copies 3 pgs @ 0.10/pg | 0.30 |

**TOTAL COSTS ADVANCED** $415.89

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kurtz, Nicole | 0.20 | $190.00 | $38.00 |
| **TOTAL** | **0.20** | | **$38.00** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone-Outside Services | $411.00 |



| | |
|---|---:|
| Westlaw-Online Legal Research | $4.49 |
| Copies | $0.40 |
| **TOTAL** | ***$415.89*** |

**CURRENT BALANCE DUE THIS MATTER** $453.89

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**

Atty – SLB
Client No.: 74817/15543

**RE: 07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 07/08/10 | JIS | 1.20 | 408.00 | Review and revise June prebill. |
| 07/31/10 | LMF | 0.90 | 193.50 | Prepare notice and summary for June 2010 fees and costs and compile all statements in preparation for quarterly fee application. |
| 07/31/10 | LMF | 1.30 | 279.50 | Draft 37th interim fee application for Bilzin Sumberg. |

**PROFESSIONAL SERVICES** $881.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| Snyder, Jeffrey I | 1.20 | $340.00 | $408.00 |
| Flores, Luisa M | 2.20 | $215.00 | $473.00 |
| **TOTAL** | **3.40** | | **$881.00** |

**CURRENT BALANCE DUE THIS MATTER** $881.00

Case 01-01139-AMC   Doc 25331-2   Filed 09/03/10   Page 6 of 7

Page 6

Atty – SLB
Client No.: 74817/15544

**RE: 08 - Hearings**

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 07/02/10 | JMS | 0.80 | 396.00 | Review pending motions scheduled for July omnibus hearing (.8). |
| 07/08/10 | JMS | 0.20 | 99.00 | Review hearing agenda for 7/14 hearing (.2). |
| 07/13/10 | JMS | 0.30 | 148.50 | Emails from J. O'Neill regarding omnibus hearing (.2); email to M. Kramer thereon (.1). |
| 07/13/10 | MIK | 0.50 | 212.50 | Attend hearing. |
| 07/14/10 | LMF | 0.30 | 64.50 | Review and distribute agenda of matters set for hearing. |
| 07/14/10 | JMS | 0.20 | 99.00 | Email to L. Flores regarding omnibus agenda (.2). |

**PROFESSIONAL SERVICES** $1,019.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 0.50 | $425.00 | $212.50 |
| Sakalo, Jay M | 1.50 | $495.00 | $742.50 |
| Flores, Luisa M | 0.30 | $215.00 | $64.50 |
| **TOTAL** | **2.30** | | **$1,019.50** |

**CURRENT BALANCE DUE THIS MATTER** $1,019.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15545**

**RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| | | | | | |
|---|---|---|---|---|---|
| 07/20/10 | JMS | 0.40 | 198.00 | Review Plum Creek correspondence (.4). | |
| 07/22/10 | JMS | 0.50 | 247.50 | Review stipulation regarding Plum Creek and email exchange with Debtors' counsel and other professionals thereon (.5). | |

**PROFESSIONAL SERVICES** $445.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.90 | $495.00 | $445.50 |
| **TOTAL** | **0.90** | | **$445.50** |

**CURRENT BALANCE DUE THIS MATTER** $445.50