**EXHIBIT A**

## W.R. Grace (Bankruptcy)
## Towers Perrin Time Records

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| | | | | | |
| | | Jan-10 | | | |
| Jenni Biggs | 1/12/2010 | 0.30 | $690 | $207.00 | Discussion regarding Supplemental Declaration |
| Jenni Biggs | 1/29/2010 | 0.20 | $690 | $138.00 | Discussion regarding Supplemental Declaration |
| | | 0.50 | | $345.00 | |
| | | | | | |
| Julianne Callaway | 1/12/2010 | 0.50 | $340 | $170.00 | Data request regarding Canadian claims |
| Julianne Callaway | 1/13/2010 | 1.00 | $340 | $340.00 | Data request regarding Canadian claims |
| | | 1.50 | | $510.00 | |
| | | | | | |
| | | 2.00 | | $855.00 | |