## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO.,** *et al.*, | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| Debtors. | § | |
| | § | |

### FEE AUDITOR'S FINAL REPORT REGARDING THIRTY-SIXTH
### INTERIM FEE APPLICATION OF CAPLIN & DRYSDALE, CHARTERED

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Thirty-Sixth Interim Fee Application of Caplin & Drysdale, Chartered (the "Application").

### BACKGROUND

1.     Caplin & Drysdale, Chartered ("Caplin & Drysdale"), was retained as counsel to the Official Committee of Asbestos Personal Injury Claimants.  In the Application, Caplin & Drysdale seeks approval of fees totaling $249,576.25 and expenses totaling $14,941.33 for its services from January 1, 2010 through March 31, 2010 (the "Application Period").

2.     In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2010, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. §330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with

precedent established in the United States Bankruptcy Court for the District of Delaware, the United

States District Court for the District of Delaware, and the Third Circuit Court of Appeals.  We

served an initial report on Caplin & Drysdale based on our review, and we received a response from

Caplin & Drysdale, portions of which response are quoted herein.

## DISCUSSION

3.	In our initial report, we noted the following meal charge for which more information

was needed:

| 2481484 | Nathan D. Finch - Meals while preparing for confirmation hearing closing arguments, 12/18/09 & 12/30/09 | 01/12/2010 | 113.40 |
|---|---|---|---|

In response to our inquiry, Caplin & Drysdale provided the following information:

> The breakdown of meal expenses incurred by Caplin & Drysdale attorney Nathan D.
> Finch is as follows:
>
> Washington, D.C.    12/18/09    Working lunch for 3 people   $63.80
> Washington, D.C.    12/30/09    Dinner for 1 person          $49.60

In addition, Caplin & Drysdale advised us that the working lunch charge on December 18, 2009 was

for lunch that was brought in so that Mr. Finch and other Caplin & Drysdale attorneys could work

on closing arguments.[1]  Thus, we accept Caplin & Drysdale's response and have no objection to

these expenses.

4.	We noted the following meal expense which, without additional information,

appeared excessive:

---

[1]We further note that Mr. Finch billed well in excess of three hours on the case on December 30,
2009, the date on which he charged for a late night dinner.

| 2481474 | Peter Van N. Lockwood - Dinner w/ Hurford & NDF while on Travel to/from Pittsburgh, PA, 1/3/10 | 01/12/2010 | 302.53 |

It appears to us that one person can dine satisfactorily in most locales for $55 for dinner.  We asked Caplin & Drysdale to explain why reimbursement for this charge should not be reduced, and Caplin & Drysdale responded: ". . . Caplin & Drysdale will take a voluntary reduction in the amount of $137.53 regarding the dinner expense incurred on January 12, 2010 by Caplin & Drysdale attorney Peter Van N. Lockwood."  We appreciate Caplin & Drysdale's response and recommend a reduction of $137.53 in expenses.

## CONCLUSION

5.    Thus, we recommend approval of  $249,576.25 in fees and $14,803.80 in expenses ($14,941.33 minus $137.53) for Caplin & Drysdale's services for the Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____
Warren H. Smith
Texas State Bar No. 18757050

325 North St. Paul Street, Suite 1250
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 3rd day of September, 2010.

_____
Warren H. Smith

## SERVICE LIST
### Notice Parties

**The Applicant**
Elihu Inselbuch
Rita Tobin
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY 10152-3500

**The Debtors**
Richard Finke
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
Deanna Boll
Holly Bull
Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022-4611

Laura Davis Jones, Esq.
James R. O'Neill
Pachulski, Stang, Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Co-Counsel to the Official Committee of Personal Injury Claimants**
Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K. D. Currier
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801