# Exhibit A

# FRAGOMEN
SINGAPORE

## Tax Invoice
## Memorandum of Professional Fees

16-October-2007

JANISSA GARCIA

W R GRACE (S) PTE LTD

W. R. GRACE & CO.
7500 GRACE DRIVE
COLUMBIA MARYLAND 21044-4098
UNITED STATES OF AMERICA

Fragomen Singapore Pte. Ltd.
GST Number : 20-0201218-k

7 Temasek Boulevard
# 07-06 Suntec Tower One
Singapore
038987

Telephone: +65 6334 -0766
Facsimile: +65 6334 -8466

| Reference : | IN-SG00003325 |
|---|---|
| Manager : | MARK BUCHANAN |
| Case Number : | 66648 |

Client :   W R GRACE (S) PTE LTD
Assignee : JAMES ROBERT DANIEL NEE
Total Legal Fees :   1,481.00
Total Disbursements : 204.05
Total GST:   108.85
Invoice Total : ( SGD )   1,793.90

| | Net Fee | GST | Total Fee |
|---|---|---|---|
| | (Excluding GST) | (7%) | (GST Inclusive) |
| **PROFESSIONAL FEES** | | | |
| Assistance in obtaining Singapore Employment/ Dependant Passes on behalf of employee (US$900) & spouse (US$100) @1.481 | 1,481.00 | 103.67 | 1,584.67 |
| **DISBURSEMENTS** | | | |
| Government fees paid on your behalf | 130.00 | 0.00 | 130.00 |
| Miscellaneous Out of pocket expenses (including local courier charges, telephone charges and photocopying) | 74.05 | 5.18 | 79.23 |

**FRAGOMEN**
SINGAPORE

## Remittance Advice

JANISSA GARCIA

W R GRACE (S) PTE LTD

W. R. GRACE & CO.
7500 GRACE DRIVE
COLUMBIA MARYLAND 21044-4098
UNITED STATES OF AMERICA

Fragomen Singapore Pte. Ltd.
GST Number : 20-0201218-k

7 Temasek Boulevard
# 07-06 Suntec Tower One
Singapore
038987

Telephone: +65 6334 -0766
Facsimile: +65 6334 -8466

| | |
|---|---|
| Reference : | IN-SG00003325 |
| Manager : | MARK BUCHANAN |
| Case Number : | 66648 |
| Date : | 16-October-2007 |
| Total : (SGD) | 1,793.90 |

If making payment by direct deposit, details of the bank account are as follows:

Account Name : **Fragomen Singapore Pte. Ltd.**
Bank : **DBS Bank**
Branch : **6 Shenton Way**
          **DBS Building**
          **Singapore 068809**
Swift Address: **DBSSSGSG**
CHIPS UID Number : **34675**
or Telex No : **RS 24455**
Account Number : **033-900338-7**

When making payment by direct deposit, please either:

- Fax a copy of the remittance advice to Fragomen Singapore Accounts Receivable, or
- Email the details of payment (reference and amount) to alim@fragomen.com, or
- Telephone Fragomen Singapore Accounts Receivable.

*If you have any queries please contact Fragomen Singapore Pte. Ltd.  Payment is due on Presentation*

Please return with your payment:

Fragomen Singapore Pte. Ltd.
7 Temasek Boulevard, # 07-06 Suntec Tower One
Singapore 038987
Telephone: +65 6334 -0766

Invoice:  IN-SG00003325
Reference:  66648
Client:  W R GRACE (S) PTE LTD
Assignee:  JAMES ROBERT DANIEL NEE

If paying electronically within Singapore , please fax your remittance advice to +65 6334 -8466 and deposit funds as
detailed above.

IF YOU DO NOT FAX YOUR REMITTANCE, YOUR PAYMENT MAY NOT BE ALLOCATED.

FRAGOMEN
SINGAPORE

Client : W R GRACE (S) PTE LTD
Assignee : JAMES ROBERT DANIEL NEE

| | |
|---|---|
| Application Approval Date: | |
| Application File Date: | 26 Apr 2007 |
| Authorizing Manager: | |
| Case Initiation Date: | 22 Apr 2007 |
| Comments: | |
| Cost Center: | |
| Employee ID: | |
| Expiry Date: | 02 Aug 2009 |
| Number of Dependents: | 1 |
| PO #: | |
| Receiving Country: | SINGAPORE |
| Sending Country: | UNITED STATES OF AMERICA |

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906 1230
FAX: (732) 906 9190

BLANCA UTARID

W. R. GRACE CO.

C/O ERNST & YOUNG LLP
99 WOOD AVENUE SOUTH
ISELIN NEW JERSEY 08830
UNITED STATES OF AMERICA

23-October-2007

---

FOR PROFESSIONAL SERVICES RENDERED

Assignee:  PHILIP KRICHILSKY

Invoice Number: IN-US00051718

Manager: GRAHAM LEES

Case Number: 79518

Client:  W. R. GRACE CO.

Total Legal Fees:      0.00

Total Disbursements: 3,623.75

Invoice Total: (USD )   3,623.75

| | Fee/Disbursement |
|---|---|
| **DISBURSEMENTS** (work carried out by FRAGOMEN - SHANGHAI) | |
| Assistance provided in obtaining China Work Permit and Residence Licenses on behalf of employee and 3 dependents. As authorised by Blanca Utarid. | 2,475.00 |
| Third party vendor professional fees (PO-0000079518-00001) | 750.00 |
| Government fees paid by third party vendor on behalf of employee. | 215.00 |
| Third party vendor out of pocket expenses | 60.00 |
| Miscellaneous Out-of-Pocket Expenses for Legal Fees | 123.75 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client:  W. R. GRACE CO.
Assignee:  PHILIP KRICHILSKY

Application Approval Date:

Application File Date:  23 Aug 2007

Authorizing Manager:

Case Initiation Date:  18 Jul 2007

Comments:

Cost Center:

Employee ID:

Expiry Date:  23 Aug 2008

Number of Dependents:  3

PO #:

Receiving Country:  CHINA, THE PEOPLE'S REPUBLIC OF

Sending Country:  HONG KONG

LAW OFFICES
# Fragomen, Del Rey, Bernsen & Loewy LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906 1230
FAX: (732) 906 9190

BLANCA UTARID
W R GRACE (S) PTE LTD

4-December-2007

W.R. GRACE
C/O ERNST & YOUNG, 99 WOOD AVENUE SOUTH
ISELIN NEW JERSEY 08830
UNITED STATES OF AMERICA

---

FOR PROFESSIONAL SERVICES RENDERED

**Assignee:** JP SEXTON

**Invoice Number:** IN-US00054838

**Manager:** GRAHAM LEES

**Case Number:** 61871

**Client:** W R GRACE (S) PTE LTD

**Total Legal Fees:** 0.00

**Total Disbursements:** 1,957.90

**Invoice Total:** (USD) 1,957.90

| | Fee/Disbursement |
|---|---|
| DISBURSEMENTS (work carried out by FRAGOMEN - SHANGHAI) | |
| Assistance provided in obtaining China Work Permit and Residence License on behalf of employee. | 1,350.00 |
| Third party vendor professional fees (PO-0000061871-00001) | 300.00 |
| Government fees paid by third party vendor on behalf of employee. | 55.40 |
| Third party vendor out of pocket expenses | 185.00 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 67.50 |

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client:  W R GRACE (S) PTE LTD

Assignee:  JP SEXTON

Application Approval Date:

Application File Date:  26 Apr 2007

Authorizing Manager:

Case Initiation Date:  14 Mar 2007

Comments:

Cost Center:

Employee ID:

Number of Dependents:  0

PO #:

Receiving Country:  CHINA, THE PEOPLE'S REPUBLIC OF

Sending Country:  UNITED STATES OF AMERICA

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906 1230
FAX: (732) 906 9190

BLANCA UTARID                                          21-December-2007

W. R. GRACE CO.

C/O ERNST & YOUNG LLP
99 WOOD AVENUE SOUTH
ISELIN NEW JERSEY 08830
UNITED STATES OF AMERICA

---

FOR PROFESSIONAL SERVICES RENDERED

**Assignee:** LIP KIAN TAN

**Invoice Number:** IN-US00055949

**Manager:** GRAHAM LEES

**Case Number:** 88402

**Client:** W. R. GRACE CO.

**Total Legal Fees:**   0.00

**Total Disbursements:** 2,309.93

**Invoice Total:** (USD)  2,309.93

| | Fee/Disbursement |
|---|---|
| **DISBURSEMENTS**<br>(work carried out by FRAGOMEN - SHANGHAI) | |
| Assistance provided in obtaining China Work Permit and Residence License on behalf of employee. | 1,375.00 |
| Third party vendor professional fees (PO-0000088402-00001) | 375.00 |
| Government fees paid by third party vendor on behalf of employee. | 262.43 |
| Third party vendor out of pocket expenses | 160.00 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 68.75 |
| Miscellaneous Out-of-Pocket Expenses for Legal Fees | 68.75 |

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client:  W. R. GRACE CO.
Assignee:  LIP KIAN TAN

Application Approval Date:

Application File Date:   14 Sep 2007

Authorizing Manager:   Karen Ehrgott

Case Initiation Date:   07 Sep 2007

Comments:

Cost Center:

Employee ID:

Number of Dependents:   0

PO #:

Receiving Country:   CHINA, THE PEOPLE'S REPUBLIC OF

Sending Country:   MALAYSIA

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906 1230
FAX: (732) 906 9190

BLANCA UTARID                                              27-December-2007

W. R. GRACE CO.

C/O ERNST & YOUNG LLP
99 WOOD AVENUE SOUTH
ISELIN NEW JERSEY 08830
UNITED STATES OF AMERICA

FOR PROFESSIONAL SERVICES RENDERED

**Assignee:** JAMES HEALY

**Invoice Number:** IN-US00056210

**Manager:** GRAHAM LEES

**Case Number:** 61259

**Client:** W. R. GRACE CO.

**Total Legal Fees:**      0.00

**Total Disbursements:** 1,545.78

**Invoice Total:** (USD) 1,545.78

| | Fee/Disbursement |
|---|---|
| **DISBURSEMENTS** (work carried out by FRAGOMEN - SHANGHAI) | |
| Assistance provided in obtaining renewal of China Work Permit and Residence Licenses on behalf of employee and wife. As authorized by Daisy Lee. | 900.00 |
| Third party vendor professional fees (PO-0000061259-00001) | 300.00 |
| Government fees paid by third party vendor on behalf of assignee. (PO-0000061259-00002) | 220.78 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 60.00 |
| Third party vendor out of pocket expenses | 65.00 |

LAW OFFICES

## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W. R. GRACE CO.

Assignee: JAMES HEALY

Application Approval Date:

Application File Date: 02 Apr 2007

Authorizing Manager:

Case Initiation Date: 08 Mar 2007

Comments:

Cost Center:

Employee ID:

Expiry Date: 01 Jun 2008

Number of Dependents: 1

PO #:

Receiving Country: CHINA, THE PEOPLE'S REPUBLIC OF

Sending Country: CHINA, THE PEOPLE'S REPUBLIC OF

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906 1230
FAX: (732) 906 9190

BLANCA UTARID                                          11-January-2008
ERNST & YOUNG LLP
99 WOOD AVENUE SOUTH
ISELIN NEW JERSEY 08830
UNITED STATES OF AMERICA

---

FOR PROFESSIONAL SERVICES RENDERED

Assignee:  FRANCISCO RETONDO

Invoice Number: IN-US00056959

Manager:  GRAHAM LEES

Case Number:  83205

Client:  ERNST & YOUNG LLP

Total Legal Fees:      0.00

Total Disbursements: 4,005.00

Invoice Total: (USD)   4,005.00

| | Fee/Disbursement |
|---|---|
| DISBURSEMENTS<br>(work carried out by FRAGOMEN - COSTA RICA) | |
| Assistance provided in obtaining Work and Family Visa Authorization FM3 and RNE Registration on behalf of Francisco Retondo and 3 dependants Valentina, Josefina and Juana Retondo) | 2,550.00 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 185.00 |
| Third party vendor out of pocket expenses | 120.00 |
| Third party vendor professional fees- Work and Family Visa Authorization FM3 and RNE Registration | 1,150.00 |

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: ERNST & YOUNG LLP
Assignee: FRANCISCO RETONDO

| | |
|---|---|
| Application Approval Date: | 10 Oct 2007 |
| Application File Date: | 26 Sep 2007 |
| Authorizing Manager: | Karen Ehrgott |
| Case Initiation Date: | 20 Aug 2007 |
| Comments: | |
| Cost Center: | |
| Employee ID: | |
| Expiry Date: | 18 Nov 2008 |
| Number of Dependents: | 0 |
| PO #: | |
| Receiving Country: | MEXICO |
| Sending Country: | ARGENTINA |

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

January 31, 2008

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:  Regis SILVA
Invoice #:    08.40299112

Preparation of L-1B visa application for temporary nonimmigrant classification as a specialized knowledge intracompany transferee.  Review of beneficiary's qualifications and employment history abroad.  Preparation of Form I-129S and detailed letter in support of application that sets forth duties to be performed by beneficiary in the United States, including a description of the specialized knowledge possessed by the beneficiary based on employment abroad.  Transmittal of prepared documents to client, including firm covering letter to U.S. Embassy/Consulate and letter of instruction.

|  |  |
|---|---:|
| **Total Legal Fees** | $1,600.00 |

**Disbursements**

| | |
|---|---:|
| Federal Express (international) | $50.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $64.00 |
| **Total Disbursements** | $114.00 |
| **Please Remit** | **$1,714.00** |

PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT

*Payment . 320.00*

**Additional Comments:**    For billing inquiries, please call (305) 774-5800

*Balance : $1,394.00*

LAW OFFICES
# Fragomen, Del Rey, Bernsen & Loewy LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906 1230
FAX: (732) 906 9190

BLANCA UTARID
W. R. GRACE CO.
C/O ERNST & YOUNG LLP
99 WOOD AVENUE SOUTH
ISELIN NEW JERSEY 08830
UNITED STATES OF AMERICA

17-April-2008

FOR PROFESSIONAL SERVICES RENDERED

**Assignee:** BENOIT MAGRIN

**Invoice Number:** IN-US00063945

**Manager:** GRAHAM LEES

**Case Number:** 88460

**Client:** W. R. GRACE CO.

**Total Legal Fees:**      0.00

**Total Disbursements:** 3,365.00

**Invoice Total:** (USD)   3,365.00

|  | Fee/Disbursement |
|---|---|
| **DISBURSEMENTS** (work carried out by FRAGOMEN - LONDON) | |
| For professional services rendered with respect to the coordination of immigration requirements for Benoit Magrin's spouse residence permit | 1,000.00 |
| Third party vendor professional fees (PO-0000088460-00001) | 2,000.00 |
| Third party vendor out of pocket expenses (PO-0000088460-00001) | 165.00 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 150.00 |
| Miscellaneous Out-of-Pocket Expenses for Legal Fees | 50.00 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W. R. GRACE CO.

Assignee: BENOIT MAGRIN

Application Approval Date:

Application File Date: 31 Dec 2007

Authorizing Manager:

Case Initiation Date: 20 Sep 2007

Comments:

Cost Center:

Employee ID:

Number of Dependents: 1

PO #:

Receiving Country: FRANCE

Sending Country: UNITED STATES OF AMERICA

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906 1230
FAX: (732) 906 9190

BLANCA UTARID                                              26-April-2008
W. R. GRACE CO.
C/O ERNST & YOUNG LLP
99 WOOD AVENUE SOUTH
ISELIN NEW JERSEY 08830
UNITED STATES OF AMERICA

---

FOR PROFESSIONAL SERVICES RENDERED

Assignee:  CHRIS FORGEY

Invoice Number:  IN-US00064710

Manager:  GRAHAM LEES

Case Number:  120385

Client:  W. R. GRACE CO.

Total Legal Fees:      0.00

Total Disbursements:  2,139.58

Invoice Total: (USD)   2,139.58

| | Fee/Disbursement |
|---|---|
| **DISBURSEMENTS** <br> (work carried out by FRAGOMEN - BRUSSELS) | |
| Application to obtain Belgian work permit filed with immigration authorities on behalf of M. Forgey | 1,950.00 |
| Other-Disbursements: filing of the application by registered mail | 11.43 |
| Other-Disbursements: collection of the original work permit | 31.65 |
| FedEx Charges to send the work permit to the assignee | 49.00 |
| Miscellaneous Out-of-Pocket Expenses for Legal Fees | 97.50 |

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

**Client:** W. R. GRACE CO.

**Assignee:** CHRIS FORGEY

Application Approval Date:

Application File Date: 11 Apr 2008

Authorizing Manager:

Case Initiation Date: 03 Apr 2008

Comments:

Cost Center:

Employee ID:

Number of Dependents: 0

PO #:

Receiving Country: BELGIUM

Sending Country: UNITED STATES OF AMERICA

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906 1230
FAX: (732) 906 9190

BLANCA UTARID

W. R. GRACE CO.

C/O ERNST & YOUNG LLP
99 WOOD AVENUE SOUTH
ISELIN NEW JERSEY 08830
UNITED STATES OF AMERICA

7-May-2008

---

FOR PROFESSIONAL SERVICES RENDERED

Assignee: BENEDICK FRANCISCO

Invoice Number: IN-US00065835

Manager: GRAHAM LEES

Case Number: 108919

Client: W. R. GRACE CO.

Total Legal Fees:     0.00

Total Disbursements: 3,331.37

Invoice Total: (USD )  3,331.37

| | Fee/Disbursement |
|---|---|
| DISBURSEMENTS<br>(work carried out by FRAGOMEN - SHANGHAI) | |
| Assistance provided for obtaining renewal of China Work Permit and Residence License on behalf of employee and four dependents | 1,350.00 |
| Assistance provided for obtaining China Residence License on behalf of one dependen (new born baby) | 350.00 |
| Third party vendor professional fees for obtaining renewal of China Work Permit and Residence License on behalf of employee and four dependents (PO-0000108919-00001) | 600.00 |
| Third party vendor professional fees for obtaining renewal of China Residence License on behalf of one dependent (new born baby) | 150.00 |
| Government fees paid by third party vendor on behalf of employee and five dependents | 678.87 |
| Third party vendor out of pocket expenses | 80.00 |

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP**

Assignee:  BENEDICK FRANCISCO

Reference Number:  IN-US00065835

| | Fee/Disbursement |
|---|---|
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 122.50 |

LAW OFFICES
## Fragomen, Del Rey, Bernsen & Loewy LLP

Client:  W. R. GRACE CO.

Assignee: BENEDICK FRANCISCO

---

Application Approval Date:

Application File Date:  04 Mar 2008

Authorizing Manager:

Case Initiation Date:  30 Jan 2008

Comments:

Cost Center:

Employee ID:

Expiry Date:  25 Apr 2009

Number of Dependents:  5

PO #:

Receiving Country:  CHINA, THE PEOPLE'S REPUBLIC OF

Sending Country:  CHINA, THE PEOPLE'S REPUBLIC OF