# **Exhibit B**

| Codes | Description |
|---|---|
| 140 | preference petition |
| 539 | family member |
| AOS | adjustment of status |
| AOS/140 | adjustment of status & preference petition |
| AOS/FAM | adjustment of status for family member |
| AP | advanced parole |
| APP | appeal |
| AUD | audit |
| BF | Biometric fee |
| EAD/AP | employment card and advanced parole |
| EVAL | education evaluation |
| FF | Filing fee |
| G-BEL | entry visa Belgium |
| G-BEL-L | Belgian Limosa declaration |
| G-BEL-P | Belgian residence permit |
| G-BEL-C | Belgian residence card |
| G-BEL-E | Belgian Employment Authorization |
| G-CAN | entry visa Canada |
| G-CHN | entry visa China |
| G-CHN-P | Chinese residence permit |
| G-CHN-CAN | Chinese work/residence cancellation |
| G-CHN/NAM | entry visa China/Vietnam |
| G-GER-P | German residence permit |
| G-GEN-REC | General records processing |
| G-MEX-P | Mexico residence permit |
| G-MEX-FM3 | Mexican FM3 visa |
| G-MEX-FMX | Mexican FM3 extension |
| G-MEX-DEP | Mexican Permanent Departure |
| G-MEX-CAN | Mexican FM3 cancellation |
| G-SGP-EM | Singapore employment authorization |
| G-UK-RP | UK residence permit |
| H1-B | H1-B Visa |
| H1-B/EXT | H1-B Visa extension |
| L-1A | L-1A Visa |
| L-1A/EXT | L-1A Visa Extension |
| L-1B | L-1B Visa |
| L1-BL | L-1 Blanket |
| L1-BA | L-1B to L-1A Upgrade |
| PAPP | personal appearance |
| PERM | PERM filing with DOL |
| PP | premium processing |
| RFE | request for evidence |
| REP | Re-entry Permit |
| TD EXT | TD Visa extension |
| TN | TN Visa |
| TN EXT | TN Visa extension |
| TRL | Translation Services |
| WID | Withdrawal of filing |