# Exhibit A

# FRAGOMEN
### SINGAPORE

## Tax Invoice
## Memorandum of Professional Fees

28-November-2008

JANISSA GARCIA

W.R. GRACE & CO.

7500 GRACE DRIVE
COLUMBIA MARYLAND 21044
UNITED STATES OF AMERICA

Fragomen Singapore Pte. Ltd.
GST Number : 20-0201218-k

178 Clemenceau Ave
#07-00 Haw Par Glass Tower
Singapore 239926

Telephone: +65 6334-0766
Facsimile: +65 6334-8466

| Reference : | IN-SG00007392 |
| Manager : | MARK BUCHANAN |
| Case Number : | 132943 |

Client : W.R. GRACE & CO.
Assignee : CHUN-JEN WU
Total Legal Fees : 900.00
Total Disbursements : 112.66
Total GST: 66.15
Invoice Total : ( USD ) 1,078.81

| | Net Fee (Excluding GST) | GST (7%) | Total Fee (GST Inclusive) |
|---|---|---|---|
| PROFESSIONAL FEES | | | |
| Assistance provided in obtaining for Singapore Employment Pass on behalf of employee (USD900). | 900.00 | 63.00 | 963.00 |
| DISBURSEMENTS | | | |
| Government fees paid on your behalf | 67.66 | 0.00 | 67.66 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 45.00 | 3.15 | 48.15 |

# FRAGOMEN
SINGAPORE

## Remittance Advice

JANISSA GARCIA

W.R. GRACE & CO.

7500 GRACE DRIVE
COLUMBIA MARYLAND 21044
UNITED STATES OF AMERICA

| | |
|---|---|
| | Fragomen Singapore Pte. Ltd.<br>GST Number : 20-0201218-k |
| | 178 Clemenceau Ave<br>#07-00 Haw Par Glass Tower<br>Singapore 239926 |
| | Telephone: +65 6334 -0766<br>Facsimile: +65 6334 -8466 |

| Reference : | IN-SG00007392 |
|---|---|
| Manager : | MARK BUCHANAN |
| Case Number : | 132943 |
| Date : | 28-November-2008 |
| Total : (USD) | 1,078.81 |

If making payment by direct deposit, details of the bank account are as follows:

Account Name : **Fragomen Singapore Pte. Ltd.**
Bank : **DBS Bank**
Branch : **6 Shenton Way**
**DBS Building**
**Singapore 068809**
Swift Address: **DBSSSGSG**
CHIPS UID Number : **34675**
or Telex No : **RS 24455**
Account Number : **033-900338-7**

When making payment by direct deposit, please either:

- Fax a copy of the remittance advice to Fragomen Singapore Accounts Receivable, or
- Email the details of payment (reference and amount) to alim@fragomen.com, or
- Telephone Fragomen Singapore Accounts Receivable.

*If you have any queries please contact Fragomen Singapore Pte. Ltd. Payment is due on Presentation*

Please return with your payment:

Fragomen Singapore Pte. Ltd.
178 Clemenceau AVe, # 07-00 Haw Par Glass Tower
Singapore 239926
Telephone: +65 6334 -0766

Invoice:  IN-SG00007392
Reference:  132943
Client:  W.R. GRACE & CO.
Assignee:  CHUN-JEN WU

If paying electronically within Singapore , please fax your remittance advice to +65 6334 -8466 and deposit funds as
detailed above.

IF YOU DO NOT FAX YOUR REMITTANCE, YOUR PAYMENT MAY NOT BE ALLOCATED.

# FRAGOMEN
### SINGAPORE

Client : W.R. GRACE & CO.
Assignee : CHUN-JEN WU

| | |
|---|---|
| Comments: | |
| Application Approval Date: | |
| Application File Date: | 05 Jun 2008 |
| Authorizing Manager: | |
| Case Initiation Date: | 30 May 2008 |
| Cost Center: | |
| Employee ID: | |
| Expiry Date: | 08 Jul 2009 |
| Number of Dependents: | 0 |
| PO #: | |
| Receiving Country: | SINGAPORE |
| Sending Country: | SINGAPORE |



LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

November 30, 2008

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Sandy CARRERO VARGAS
Invoice #:     08.40446779

Preparation of L-1 petition to reclassify from L-1B, specialized knowledge, to L-1A, managerial, and extend nonimmigrant status as an intracompany transferee. Transmittal of prepared drafts and petition to client for review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

|  |  |
|---|---|
| **Total Legal Fees** | $1,600.00 |

**Disbursements**

| | |
|---|---|
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $64.00 |
| **Total Disbursements** | $100.00 |
| **Please Remit** | **$1,700.00** |

### PLEASE RETURN COPY OR INDICATE
### INVOICE # WITH PAYMENT

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

November 30, 2008

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Weijuan NI
Invoice #:    08.40446976

Preparation of Nonimmigrant Visa Petition requesting extension of H-1B Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

Preparation of Application to Extend Nonimmigrant Status of accompanying dependent family member(s) including Form I-539. Transmittal of prepared drafts and Application to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

Preparation of Labor Condition Application  and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

Preparation and submission of form I-907 for premium processing of nonimmigrant petition.

|  |  |
|---|---|
| **Total Legal Fees** | $1,475.00 |

**Disbursements**
| | |
|---|---|
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $59.00 |
| **Total Disbursements** | $95.00 |
| **Please Remit** | **$1,570.00** |

PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

November 30, 2008

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Sandy CARRERO VARGAS
Invoice #:    08.40453808

| | |
|---|---:|
| **Total Legal Fees** | $0.00 |
| **Disbursements** | |
| USCIS filing fees: I-539 | $300.00 |
| **Total Disbursements** | $300.00 |
| **Please Remit** | **$300.00** |

PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

November 30, 2008

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:   Weijuan NI
Invoice #:     08.40453809

|  |  |
|---|---|
| Total Legal Fees | $0.00 |

**Disbursements**
  USCIS filing fees I-539                                                    $300.00

| | |
|---|---|
| Total Disbursements | $300.00 |
| Please Remit | $300.00 |

PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT