# Exhibit A

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906 1230
FAX: (732) 906 9190

BLANCA UTARID                                          10-December-2008

W.R. GRACE & CO.

C/O ERNST & YOUNG,
99 WOOD AVENUE SOUTH
ISELIN NEW JERSEY 08830
UNITED STATES OF AMERICA

---

FOR PROFESSIONAL SERVICES RENDERED

Assignee:  LIP KIAN TAN

Invoice Number:  IN-US00085198

Manager:  GRAHAM LEES

Case Number:  134073

Client:  W.R. GRACE & CO.

Total Legal Fees:      0.00

Total Disbursements: 263.00

Invoice Total: (USD )   263.00

| | Fee/Disbursement |
|---|---|
| DISBURSEMENTS<br>(work carried out by FRAGOMEN - SHANGHAI) | |
| Fragomen service on obtaining immigration permits in Shanghai for W.R. Grace employees was cancelled. $250 | 200.00 |
| Third party vendor professional fees for genteral advice (PO-0000134073-00001) | 50.00 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 13.00 |

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

**Client:** W.R. GRACE & CO.

**Assignee:** LIP KIAN TAN

---

Comments:

Application Approval Date:

Application File Date:

Authorizing Manager:

Case Initiation Date: 11 Jun 2008

Cost Center:

Employee ID:

Number of Dependents: 0

PO #:

Receiving Country: CHINA, THE PEOPLE'S REPUBLIC OF

Sending Country: MALAYSIA

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906 1230
FAX: (732) 906 9190

BLANCA UTARID

W.R. GRACE & CO.

C/O ERNST & YOUNG LLP
99 WOOD AVENUE SOUTH
ISELIN NEW JERSEY 08830
UNITED STATES OF AMERICA

22-December-2008

FOR PROFESSIONAL SERVICES RENDERED

Assignee:  PAUL KEEFFE

Invoice Number:  IN-US00086281

Manager:  GRAHAM LEES

Case Number:  123558

Client:  W.R. GRACE & CO.

Total Legal Fees:     0.00

Total Disbursements: 2,138.50

Invoice Total: (USD)   2,138.50

| | Fee/Disbursement |
|---|---|
| DISBURSEMENTS<br>(work carried out by FRAGOMEN - BRUSSELS) | |
| Assistance with obtaining work authorization for assignee. Application filed with immigration authorities. | 1,950.00 |
| Other-Disbursements (including registered mail to send the application to the authorities, administrative fees, express courier to collect the work permit and to deliver it to the employee) | 91.00 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 97.50 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client:  W.R. GRACE & CO.

Assignee:  PAUL KEEFFE

| | |
|---|---|
| Comments: | |
| Application Approval Date: | |
| Application File Date: | 13 May 2008 |
| Authorizing Manager: | |
| Case Initiation Date: | 21 Apr 2008 |
| Cost Center: | |
| Employee ID: | |
| Expiry Date: | 31 Dec 2008 |
| Number of Dependents: | 0 |
| PO #: | |
| Receiving Country: | BELGIUM |
| Sending Country: | UNITED STATES OF AMERICA |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906 1230
FAX: (732) 906 9190

BLANCA UTARID                                          30-December-2008

W.R. GRACE & CO.

C/O ERNST & YOUNG,
99 WOOD AVENUE SOUTH
ISELIN NEW JERSEY 08830
UNITED STATES OF AMERICA

---

FOR PROFESSIONAL SERVICES RENDERED

Assignee:  FRANCISCO RETONDO

Invoice Number:  IN-US00087260

Manager:  GRAHAM LEES

Case Number:  160585

Client:  W.R. GRACE & CO.

Total Legal Fees:      0.00

Total Disbursements: 1,366.50

Invoice Total: (USD )   1,366.50

| | Fee/Disbursement |
|---|---|
| DISBURSEMENTS<br>(work carried out by FRAGOMEN - COSTA RICA) | |
| Assistance provided in obtaining FM3 Renewal on behalf of Francisco Retondo | 700.00 |
| Third party vendor out of pocket expenses (PO-0000160585-00001) | 175.00 |
| Government fees paid by third party vendor on behalf of Francisco Retondo (PO-0000160585-00001) | 194.00 |
| Third party vendor professional fees - Francisco Retondo (PO-0000160585-00001) Assistance provided in obtaining FM3 Renewal on behalf of Francisco Retondo | 250.00 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 47.50 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client:  W.R. GRACE & CO.

Assignee:  FRANCISCO RETONDO

| | |
|---:|:---|
| Comments: | |
| Application Approval Date: | 14 Nov 2008 |
| Application File Date: | |
| Authorizing Manager: | BLANCA UTARID |
| Case Initiation Date: | 14 Oct 2008 |
| Cost Center: | |
| Employee ID: | |
| Number of Dependents: | 0 |
| PO #: | |
| Receiving Country: | MEXICO |
| Sending Country: | ARGENTINA |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

December 31, 2008

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Eduardo ESTRADA
Invoice #:      08.40456686

Preparation of petition for immigrant preference classification as a member of the professions holding an advanced degree or as an individual of exceptional ability under Section 203(b)(2) of the Immigration Act of 1990, following the approval of the Application for Alien Employment Certification. Preparation of Form I-140, Immigrant Petition for Alien Worker. Collection, analysis and organization of supporting documentation of qualifying employment experience; documentation of education; and other evidence demonstrating eligibility for such classification. Transmittal of prepared drafts to client for final review. Final preparation and submission to the Regional Service Center of the U.S. Citizenship and Immigration Services.

Preparation of Application for Adjustment of Status to Lawful Permanent Resident of the United States for principal beneficiary of immigrant visa petition and eligible accompanying family members including preparation of Forms I-485, G-325A, I-134, IRS 9003 and supporting documentation. Preparation of final package and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation and submission of Application for Adjustment of Status to Lawful Permanent Resident of the United States for daughter, including preparation of Forms I-485, G-325A, I-134, IRS 9003 and supporting documentation.

Preparation of Form I-765 on behalf of foreign national(s) for permission to obtain employment authorization during pendency of application for adjustment of status for U.S. permanent residence. Submission of application to U.S. Citizenship and Immigration Services.

Discussions regarding criteria for travel abroad during the pendency of the Application for Adjustment of Status. Preparation of Form I-131, Application for Travel Document (advance parole), and supporting documentation, and submission to the United States Citizenship and Immigration Services.

Discussions regarding criteria for travel abroad for daughter during the pendency of the Application for Adjustment of Status. Preparation of Form I-131, Application for Travel Document (advance parole), and supporting documentation, and submission to the United States Citizenship and Immigration Services.

Preparation of Form I-765 on behalf of daughter for permission to obtain employment authorization during pendency of application for adjustment of status for U.S. permanent residence. Submission of application to United States Citizenship and Immigration Service.

**Total Legal Fees**                  $5,200.00

**Disbursements**
 Federal Express (domestic)                                            $36.00
 USCIS filing fees
 I-140 - $475.00
 I-485 - $930.00 (3)

I-765
I-131
Biometrics - $80.00 (3)
Miscellaneous expenses including photocopy, facsimile, telephone                    $208.00
calls, postage, etc.

                              Total Disbursements                    $244.00

                                     Please Remit                    $5,444.00

### PLEASE RETURN COPY OR INDICATE
### INVOICE # WITH PAYMENT

**Additional Comments:**          For billing inquiries, please call 305-774-5800

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

December 31, 2008

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Eduardo ESTRADA
Invoice #:      08.40460598

| | |
|---|---|
| **Total Legal Fees** | $0.00 |

**Disbursements**
Translation services on behalf of Mr. Estrada and his family for his        $300.00
Permanent Resident case.

| | |
|---|---|
| **Total Disbursements** | $300.00 |
| **Please Remit** | $300.00 |

PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT

**Additional Comments:**        For billing inquiries, please call 305-774-5800