# **Exhibit A**

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906 1230
FAX: (732) 906 9190

BLANCA UTARID  19-January-2009
W.R. GRACE & CO.
C/O ERNST & YOUNG,
99 WOOD AVENUE SOUTH
ISELIN NEW JERSEY 08830
UNITED STATES OF AMERICA

FOR PROFESSIONAL SERVICES RENDERED

Assignee: PAUL KEEFFE

Invoice Number: IN-US00088235

Manager: GRAHAM LEES

Case Number: 170782

Client: W.R. GRACE & CO.

Total Legal Fees:     0.00

Total Disbursements: 2,130.80

Invoice Total: (USD)   2,130.80

|  | Fee/Disbursement |
|---|---|
| DISBURSEMENTS (work carried out by FRAGOMEN - BRUSSELS) | |
| Application for principal worker filed with immigration authorities in Belgium. | 1,950.00 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 97.50 |
| Other-Disbursements (including registered mail to send the application to the authorities, administrative fees, express courier to collect the work permit and to deliver it to the employee) | 83.30 |

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.

Assignee: PAUL KEEFFE

Comments:

Application Approval Date:

Application File Date: 15 Dec 2008

Authorizing Manager:

Case Initiation Date: 01 Dec 2008

Cost Center:

Employee ID:

Expiry Date: 31 Dec 2009

Number of Dependents: 0

PO #:

Receiving Country: BELGIUM

Sending Country: BELGIUM

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906 1230
FAX: (732) 906 9190

BLANCA UTARID 29-January-2009
W.R. GRACE & CO.
C/O ERNST & YOUNG,
99 WOOD AVENUE SOUTH
ISELIN NEW JERSEY 08830
UNITED STATES OF AMERICA

FOR PROFESSIONAL SERVICES RENDERED

Assignee: ZEYNEP TOLUN

Invoice Number: IN-US00089523

Manager: GRAHAM LEES

Case Number: 154662

Client: W.R. GRACE & CO.

Total Legal Fees:    500.00

Total Disbursements: 136.05

Invoice Total: (USD)  636.05

|  | Fee/Disbursement |
|---|---|
| LEGAL FEES |  |
| For professional services renedered with respect to procurement and expedition of the assignee's FBI report. | 500.00 |
| DISBURSEMENTS |  |
| Apostillation fees paid on behalf of the assignee. | 19.05 |
| International and/or Domestic FedEx Charges. | 92.00 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 25.00 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.

Assignee: ZEYNEP TOLUN

|  |  |
|---|---|
| Comments: | |
| Application Approval Date: | |
| Application File Date: | |
| Authorizing Manager: | Cheryl Hanlon |
| Case Initiation Date: | 15 Sep 2008 |
| Cost Center: | |
| Employee ID: | |
| Number of Dependents: | 0 |
| PO #: | |
| Receiving Country: | BELGIUM |
| Sending Country: | UNITED STATES OF AMERICA |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

January 31, 2009

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

|  |  |
|---|---|
| RE: Eduardo ESTRADA | |
| Invoice #: 09.40466780 | |
| **Total Legal Fees** | $0.00 |

**Disbursements**
| | |
|---|---|
| USCIS filing fees for Biometrics for daughter | $80.00 |
| **Total Disbursements** | $80.00 |
| **Please Remit** | **$80.00** |

PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT

**Additional Comments:**   For billing inquiries, please call 305-774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

January 31, 2009

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Marc-Andre RENE
Invoice #:    09.40476092

Preparation of Application for Alien Employment Certification to be filed under PERM. Review of position description, minimum requirements, any alternate requirements, and alien's qualifications. Preparation and submission of prevailing wage determination request to the appropriate State Workforce Agency. Coordination of recruitment efforts with employer including placement of a job order with the appropriate state job bank, placement of the necessary advertisements, and other necessary recruitment tools. Preparation of recruitment report. Preparation of PERM audit file to include evidence of all attestations made on Form ETA-9089. Final preparation of Form ETA-9089 and electronic submission to the U.S. Department of Labor.

| | |
|---|---:|
| **Total Legal Fees** | $4,200.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $168.00 |
| **Total Disbursements** | $168.00 |
| **Please Remit** | **$4,368.00** |

PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT

**Additional Comments:**    For billing inquiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

January 31, 2009

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Karla VELEZ CEDENO
Invoice #:    09.40476093

Preparation of Application for Alien Employment Certification to be filed under PERM. Review of position description, minimum requirements, any alternate requirements, and alien's qualifications. Preparation and submission of prevailing wage determination request to the appropriate State Workforce Agency. Coordination of recruitment efforts with employer including placement of a job order with the appropriate state job bank, placement of the necessary advertisements, and other necessary recruitment tools. Preparation of recruitment report. Preparation of PERM audit file to include evidence of all attestations made on Form ETA-9089. Final preparation of Form ETA-9089 and electronic submission to the U.S. Department of Labor.

| | | |
|---|---|---|
| | Total Legal Fees | $4,200.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | | $168.00 |
| | Total Disbursements | $168.00 |
| | Please Remit | $4,368.00 |

PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT

Additional Comments:    For billing inquiries, please call (305) 774-5800