# **Exhibit A**

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906 1230
FAX: (732) 906 9190

BLANCA UTARID

W.R. GRACE & CO.

C/O ERNST & YOUNG,
99 WOOD AVENUE SOUTH
ISELIN NEW JERSEY 08830
UNITED STATES OF AMERICA

9-February-2009

---

FOR PROFESSIONAL SERVICES RENDERED

Assignee:  FRANCISCO RETONDO

Invoice Number:  IN-US00090638

Manager:  GRAHAM LEES

Case Number:  160585

Client:  W.R. GRACE & CO.

Total Legal Fees:     0.00

Total Disbursements: 1,693.50

Invoice Total: (USD )  1,693.50

| | Fee/Disbursement |
|---|---|
| DISBURSEMENTS<br>(work carried out by FRAGOMEN - COSTA RICA) | |
| Assistance provided in obtaining visa Renewal FM3 on behalf of Francisco Retondo's dependants Valentina, Juana and Josefina Retondo. | 800.00 |
| Third party vendor out of pocket expenses (PO-0000160585-00002) | 195.00 |
| Third party vendor professional fees - Francisco Retondo (PO-0000160585-00002)Assistance provided in obtaining visa Renewal FM3 on behalf of Francisco Retondo's dependants Valentina, Juana and Josefina Retondo. | 250.00 |
| Government fees paid by third party vendor on behalf of (PO-0000160585-00002) | 396.00 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 52.50 |

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client:  W.R. GRACE & CO.

Assignee:  FRANCISCO RETONDO

| | |
|---|---|
| Comments: | |
| Application Approval Date: | 14 Nov 2008 |
| Application File Date: | |
| Authorizing Manager: | BLANCA UTARID |
| Case Initiation Date: | 14 Oct 2008 |
| Cost Center: | |
| Employee ID: | |
| Number of Dependents: | 0 |
| PO #: | |
| Receiving Country: | MEXICO |
| Sending Country: | ARGENTINA |

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906 1230
FAX: (732) 906 9190

BLANCA UTARID                                              20-February-2009

W.R. GRACE & CO.

C/O ERNST & YOUNG,
99 WOOD AVENUE SOUTH
ISELIN NEW JERSEY 08830
UNITED STATES OF AMERICA

FOR PROFESSIONAL SERVICES RENDERED

Assignee:  BRIAN KENNY

Invoice Number:  IN-US00091294

Manager:  GRAHAM LEES

Case Number:  103179

Client:  W.R. GRACE & CO.

Total Legal Fees:      0.00

Total Disbursements: 292.50

Invoice Total: (USD)   292.50

| | Fee/Disbursement |
|---|---|
| **DISBURSEMENTS**<br>(work carried out by FRAGOMEN - SHANGHAI) | |
| Assistance provided for obtaining renewal of China Permits. Fragomen assitance was cancelled by Peggy due to frequent travel of assignee. $250 | 200.00 |
| Third party vendor professional fees (PO-0000103179-00001) | 50.00 |
| Third party vendor out of pocket expenses | 30.00 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 12.50 |

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client:  W.R. GRACE & CO.

Assignee:  BRIAN KENNY

| | |
|---:|:---|
| Comments: | |
| Application Approval Date: | |
| Application File Date: | |
| Authorizing Manager: | |
| Case Initiation Date: | 02 Jan 2008 |
| Cost Center: | |
| Employee ID: | |
| Number of Dependents: | 2 |
| PO #: | |
| Receiving Country: | CHINA, THE PEOPLE'S REPUBLIC OF |
| Sending Country: | CHINA, THE PEOPLE'S REPUBLIC OF |

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906 1230
FAX: (732) 906 9190

BLANCA UTARID

24-February-2009

W.R. GRACE & CO.

C/O ERNST & YOUNG,
99 WOOD AVENUE SOUTH
ISELIN NEW JERSEY 08830
UNITED STATES OF AMERICA

---

FOR PROFESSIONAL SERVICES RENDERED

Assignee:  CHRISTIAN LIBANATI

Invoice Number: IN-US00091908

Manager: GRAHAM LEES

Case Number:  177966

Client:  W.R. GRACE & CO.

Total Legal Fees:     0.00

Total Disbursements: 3,156.19

Invoice Total: (USD )  3,156.19

| | Fee/Disbursement |
|---|---|
| DISBURSEMENTS<br>(work carried out by FRAGOMEN - BRUSSELS) | |
| Application to extend the work authorization for principal (1850 USD)  worker and 4 dependents (250 USD each) filed with immigration authorities in Belgium. | 2,850.00 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 142.50 |
| Other-disbursements (Including registered mail to send the application to the authorities, administrative fees, express courier to collect thet work permit and to deliver it to the employee, express courier to send the medical certificate to employee) | 79.69 |
| Legalisation of information sheet at the commune of Lasne | 84.00 |

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.

Assignee: CHRISTIAN LIBANATI

| | |
|---:|:---|
| Comments: | |
| Application Approval Date: | |
| Application File Date: | 02 Feb 2009 |
| Authorizing Manager: | |
| Case Initiation Date: | 15 Jan 2009 |
| Cost Center: | |
| Employee ID: | |
| Expiry Date: | 09 Feb 2010 |
| Number of Dependents: | 0 |
| PO #: | |
| Receiving Country: | BELGIUM |
| Sending Country: | BELGIUM |

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

February 28, 2009

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Sandy CARRERO VARGAS
Invoice #:    09.40478432

Preparation of (straightforward) response to inquiry notice from the U.S. Citizenship and Immigration Services to provide additional documentation as requested. Transmittal of draft letter to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

|  |  |
|---|---|
| **Total Legal Fees** | $750.00 |

**Disbursements**

| | |
|---|---|
| Federal Express (domestic) | $18.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $30.00 |
| **Total Disbursements** | $48.00 |
| **Please Remit** | $798.00 |

### PLEASE RETURN COPY OR INDICATE
### INVOICE # WITH PAYMENT

**Additional Comments:**    For billing inquiries, please call (305) 774-5800.

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

February 28, 2009

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Adam LESNIOWSKI
Invoice #:    09.40482014

Preparation of Nonimmigrant Visa Petition requesting extension of L-1A Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and Petition for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

| | |
|---|---:|
| **Total Legal Fees** | $1,300.00 |

**Disbursements**

| | |
|---|---:|
| USCIS filing fees (I-129) | $320.00 |
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $52.00 |
| **Total Disbursements** | $408.00 |
| **Please Remit** | **$1,708.00** |

PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT

**Additional Comments:**    For billing inquiries, please call (305) 774-5800.

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

February 28, 2009

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Kevin MURNIN
Invoice #:      09.40482015

Preparation of Nonimmigrant Visa Petition requesting 9th year extension of H-1B Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Labor Condition Application  and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

|  |  |
|---|---|
| **Total Legal Fees** | $1,100.00 |

**Disbursements**

| | |
|---|---|
| USCIS filing fees (I-129) | $320.00 |
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $44.00 |
| **Total Disbursements** | $400.00 |
| **Please Remit** | $1,500.00 |

PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT

**Additional Comments:**        For billing inquiries, please call (305) 774-5800.

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

February 28, 2009

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Chun-jen WU
Invoice #:    09.40488973

Preparation of Application for Alien Employment Certification to be filed under PERM.  Review of position description, minimum requirements, any alternate requirements, and alien's qualifications.  Preparation and submission of prevailing wage determination request to the appropriate State Workforce Agency. Coordination of recruitment efforts with employer including placement of a job order with the appropriate state job bank, placement of the necessary advertisements, and other necessary recruitment tools.  Preparation of recruitment report. Preparation of PERM audit file to include evidence of all attestations made on Form ETA-9089.  Final preparation of Form ETA-9089 and electronic submission to the U.S. Department of Labor.

|  |  |
|---|---|
| Total Legal Fees | $4,200.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $168.00 |
| Total Disbursements | $168.00 |
| Please Remit | $4,368.00 |

PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT

Additional Comments:        For billing inquiries, please call (305)774-5800