# **Exhibit A**

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

March 31, 2009

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE: Miles MACDONALD
Invoice #: 09.40490106

Preparation of petition for temporary nonimmigrant classification as a professional in H-1B status with request for change of status including review and discussion of the beneficiary's qualifications and educational background, drafting of Forms I-129 with supplement and detailed letter in support of the petition setting forth a description of the professional level position to be performed by the foreign national, background of the U.S. employer entity and specific requirements for the position including a full description of the unique and professional credentials of the beneficiary in accordance with the Immigration Service's current regulations. Transmittal of drafts prepared and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

|  | Total Legal Fees | $1,850.00 |
|---|---|---|
| Federal Express (domestic) | | $54.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | | $74.00 |
| | Total Disbursements | $128.00 |
| | Please Remit | $1,978.00 |

PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT

Additional Comments:   For billing inquiries, please call (305) 774-5800.

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

March 31, 2009

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

RE:   Sadanand SUNDARESWAR
Invoice #:   09.40490107

Preparation of petition for temporary nonimmigrant classification as a professional in H-1B status with request for change of status including review and discussion of the beneficiary's qualifications and educational background, drafting of Forms I-129 with supplement and detailed letter in support of the petition setting forth a description of the professional level position to be performed by the foreign national, background of the U.S. employer entity and specific requirements for the position including a full description of the unique and professional credentials of the beneficiary in accordance with the Immigration Service's current regulations. Transmittal of drafts prepared and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

|  |  |
|---|---:|
| **Total Legal Fees** | $1,850.00 |
| Federal Express (domestic) | $54.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $74.00 |
| **Total Disbursements** | $128.00 |
| **Please Remit** | **$1,978.00** |

PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT

Additional Comments:     For billing inquiries, please call (305) 774-5800.

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

March 31, 2009

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE: Susnata SAMANTA
Invoice #: 09.40490108

Preparation of Priority Worker Petition requesting classification as an outstanding researcher or professor under Section 203(b)(1)(B) of the Immigration Act of 1990 providing for exemption from the requirement for obtaining individual labor certification from the U.S. Department of Labor. Preparation of Form I-140, Immigrant Petition for Alien Worker. Review of supporting documentation and preparation of a detailed draft letter of support including evidence: (1) that the foreign national is recognized internationally as outstanding in the specific academic field; (2) that the foreign national has at least three years of experience in teaching or research in the academic area; and (3) that the foreign national will be employed in a tenured, tenured track or research position within a university or comparable institution, or in a comparable research position with a private employer. Transmittal of prepared drafts to client for final review. Final preparation and submission to the Regional Service Center of the U.S. Citizenship and Immigration Services.

|  |  |
|---|---:|
| Total Legal Fees | $3,675.00 |

**Disbursements**
| | |
|---|---:|
| USCIS filing fees | $475.00 |
| Federal Express (domestic) | $18.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $147.00 |
| Total Disbursements | $640.00 |
| Please Remit | $4,315.00 |

PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT

Additional Comments:    For billing inquiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

March 31, 2009

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:   Kinnari MEHTA
Invoice #:   09.40490109

Preparation of petition for temporary nonimmigrant classification as a professional in H-1B status including review and discussion of the beneficiary's qualifications and educational background, drafting of Forms I-129 with supplement and detailed letter in support of the petition setting forth a description of the professional level position to be performed by the foreign national, background of the U.S. employer entity and specific requirements for the position including a full description of the unique and professional credentials of the beneficiary in accordance with the Immigration Service's current regulations. Transmittal of drafts prepared and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

|  |  |
|---|---:|
| Total Legal Fees | $1,850.00 |
| Federal Express / UPS (domestic) | $54.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $74.00 |
| Total Disbursements | $128.00 |
| **Please Remit** | **$1,978.00** |

PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT

Additional Comments:        For billing inquiries, please call (305) 774-5800.

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

March 31, 2009

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

            RE:    Clive PINTO
            Invoice #:    09.40490797

Preparation of Form I-131, Application for Travel Document (Reentry Permit) and draft letter of support documenting need for extended term of stay outside of the United States. Transmittal of the Application and supporting documents to client for final review and signature. Submission to the Regional Service Center of the U.S. Citizenship and Immigration Services.

|  |  |
|---|---|
| Total Legal Fees | $750.00 |
| Federal Express (domestic) | $18.00 |
| Federal Express (international) | $35.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $30.00 |
| Total Disbursements | $83.00 |
| Please Remit | $833.00 |

PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT

**Additional Comments:**    For billing inquiries, please call (305)774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

March 31, 2009

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Yong PAN
Invoice #:    09.40491331

Preparation of petition for immigrant preference classification as a member of the professions holding an advanced degree or as an individual of exceptional ability under Section 203(b)(2) of the Immigration Act of 1990, following the approval of the Application for Alien Employment Certification. Preparation of Form I-140, Immigrant Petition for Alien Worker. Collection, analysis and organization of supporting documentation of qualifying employment experience; documentation of education; and other evidence demonstrating eligibility for such classification. Transmittal of prepared drafts to client for final review. Final preparation and submission to the Regional Service Center of the U.S. Citizenship and Immigration Services.

|  |  |
|---|---|
| Total Legal Fees | $1,100.00 |

**Disbursements**

| | |
|---|---|
| Federal Express (domestic) | $18.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $44.00 |
| Total Disbursements | $62.00 |
| Please Remit | $1,162.00 |

PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT

Additional Comments:        For billing inquiries, please call (305)774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

March 31, 2009

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

RE:   Sadanand SUNDARESWAR
Invoice #:   09.40494451

Preparation of Application to Change Nonimmigrant Visa Classification of accompanying dependent family member(s) including Form I-539. Transmittal of prepared drafts and application to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

|  |  |
|---|---|
| **Total Legal Fees** | $375.00 |
| Please Remit | $375.00 |

PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT

**Additional Comments:**   For billing inquiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

March 31, 2009

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Subho GOSWAMI
Invoice #:    09.40502843

Preparation of petition for immigrant preference classification as a member of the professions holding an advanced degree or as an individual of exceptional ability under Section 203(b)(2) of the Immigration Act of 1990, following the approval of the Application for Alien Employment Certification. Preparation of Form I-140, Immigrant Petition for Alien Worker. Collection, analysis and organization of supporting documentation of qualifying employment experience; documentation of education; and other evidence demonstrating eligibility for such classification. Transmittal of prepared drafts to client for final review. Final preparation and submission to the Regional Service Center of the U.S. Citizenship and Immigration Services.

Preparation of Application for Adjustment of Status to Lawful Permanent Resident of the United States for principal beneficiary of immigrant visa petition and eligible accompanying family members including preparation of Forms I-485, G-325A, I-134, IRS 9003 and supporting documentation. Preparation of final package and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Form I-765 on behalf of foreign national(s) for permission to obtain employment authorization during pendency of application for adjustment of status for U.S. permanent residence. Submission of application to U.S. Citizenship and Immigration Services.

Preparation of Form I-765 on behalf of foreign national for continued permission to obtain employment authorization during pendency of application for Adjustment of Status for U.S. permanent residence. Submission of application to United States Citizenship and Immigration Service

Discussions regarding criteria for travel abroad during the pendency of the Application for Adjustment of Status. Preparation of Form I-131, Application for Travel Document (advance parole), and supporting documentation, and submission to the United States Citizenship and Immigration Services.

Discussions regarding criteria for travel abroad for family member(s) during the pendency of the Application for Adjustment of Status. Preparation of Form I-131, Application for Travel Document (advance parole), and supporting documentation, and submission to the United States Citizenship and Immigration Services.

| | |
|---|---:|
| Total Legal Fees | $3,725.00 |
| **Disbursements** | |
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $149.00 |
| Total Disbursements | $185.00 |
| Please Remit | $3,910.00 |

PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT

**Additional Comments:** For billing inquiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

March 31, 2009

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

RE:   Subho GOSWAMI
Invoice #:   09.40502844

Preparation of Nonimmigrant Visa Petition requesting extension of H-1B Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

|   |   |
|---|---|
| Total Legal Fees | $1,100.00 |

**Disbursements**
| | |
|---|---|
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $44.00 |
| Total Disbursements | $80.00 |
| **Please Remit** | **$1,180.00** |

PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT

Additional Comments:       For billing inqjuiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

March 31, 2009

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:     Eduardo ESTRADA
Invoice #:     09.40503937

Preparation of response to inquiry notice from the U.S. Citizenship and Immigration Services to provide additional documentation as requested in connection with pending I-140 petition. Transmittal of draft letter to client for final review and signature. Draft sample affidavit of employment. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

|  |  |
|---|---:|
| Total Legal Fees | $1,250.00 |
| **Disbursements** | |
| Federal Express (domestic) | $18.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $50.00 |
| Total Disbursements | $68.00 |
| Please Remit | $1,318.00 |

PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT

**Additional Comments:**    For billing inquiries, please call (305) 774-5800