# Exhibit A

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

April 17, 2009

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

      RE:    Kinnari MEHTA
      Invoice #:    09.40505956

| | |
|---|---|
| **Total Legal Fees** | $0.00 |
| **Disbursements** | |
| Education evaluation | $85.00 |
| **Total Disbursements** | $85.00 |
| **Please Remit** | **$85.00** |

PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT

**Additional Comments:**    For billing inquiries, please call 305-774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

April 17, 2009

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

RE:   Elio HERNANDEZ FERRER
Invoice #:   09.40505957

Preparation of Application for Alien Employment Certification to be filed under PERM. Review of position description, minimum requirements, any alternate requirements, and alien's qualifications. Preparation and submission of prevailing wage determination request to the appropriate State Workforce Agency. Coordination of recruitment efforts with employer including placement of a job order with the appropriate state job bank, placement of the necessary advertisements, and other necessary recruitment tools. Preparation of recruitment report. Preparation of PERM audit file to include evidence of all attestations made on Form ETA-9089. Final preparation of Form ETA-9089 and electronic submission to the U.S. Department of Labor.

|  |  |
|---|---:|
| Total Legal Fees | $4,200.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $168.00 |
| Total Disbursements | $168.00 |
| Please Remit | $4,368.00 |

PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT

Additional Comments:        For billing inquiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

April 17, 2009

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:   Hongbo MA
Invoice #:   09.40506104

Preparation of Application for Alien Employment Certification to be filed under PERM. Review of position description, minimum requirements, any alternate requirements, and alien's qualifications. Preparation and submission of prevailing wage determination request to the appropriate State Workforce Agency. Coordination of recruitment efforts with employer including placement of a job order with the appropriate state job bank, placement of the necessary advertisements, and other necessary recruitment tools. Preparation of recruitment report. Preparation of PERM audit file to include evidence of all attestations made on Form ETA-9089. Final preparation of Form ETA-9089 and electronic submission to the U.S. Department of Labor.

| | |
|---|---:|
| Total Legal Fees | $4,200.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $168.00 |
| Total Disbursements | $168.00 |
| Please Remit | $4,368.00 |

PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

April 30, 2009

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:     Julio RENTERIA SANDOVAL
Invoice #:     09.40510396

Preparation of Nonimmigrant Visa Petition requesting 8th year extension of H-1B Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

|  |  |
|---|---|
| **Total Legal Fees** | $1,100.00 |

**Disbursements**
| | |
|---|---|
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $44.00 |
| **Total Disbursements** | $80.00 |
| **Please Remit** | **$1,180.00** |

PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT

**Additional Comments:**     For billing inquiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

April 30, 2009

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

RE: Udayshankar SINGH
Invoice #: 09.40510397

Preparation of Priority Worker Petition requesting classification as an outstanding researcher or professor under Section 203(b)(1)(B) of the Immigration Act of 1990 providing for exemption from the requirement for obtaining individual labor certification from the U.S. Department of Labor. Preparation of Form I-140, Immigrant Petition for Alien Worker. Review of supporting documentation and preparation of a detailed draft letter of support including evidence: (1) that the foreign national is recognized internationally as outstanding in the specific academic field; (2) that the foreign national has at least three years of experience in teaching or research in the academic area; and (3) that the foreign national will be employed in a tenured, tenured track or research position within a university or comparable institution, or in a comparable research position with a private employer. Transmittal of prepared drafts to client for final review. Final preparation and submission to the Regional Service Center of the U.S. Citizenship and Immigration Services.

|  |  |
|---|---:|
| Total Legal Fees | $3,675.00 |

**Disbursements**

| | |
|---|---:|
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $147.00 |
| Total Disbursements | $183.00 |
| Please Remit | $3,858.00 |

PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT

Additional Comments:    For billing inquiries, please call (305) 774-5800