# Exhibit A

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

July 31, 2009

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Nalini BABOORAM**                              Invoice #: 09.40546205

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA). Preparation and filing of Labor Condition Application (LCA) with the Department of Labor.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Preparation of Application to Extend Nonimmigrant Status of accompanying dependent family member(s) including Form I-539. Transmittal of prepared drafts and Application to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the USCIS.

Preparation of Nonimmigrant Visa Petition requesting extension of H-1B Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

|  | **Total Legal Fees** | $1,450.00 |
|---|---|---|

**Disbursements**

| Federal Express courier packs to client and to USCIS |  | $36.00 |
|---|---|---|
| Miscellaneous expenses |  | $58.00 |
|  | **Total Disbursements** | $94.00 |
|  | **Please Remit** | **$1,544.00** |

| **Checks** | **Wire Transfers** |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

*** Please return invoice with check or include invoice number on wire transfer instructions ***

**Additional Comments:**
For billing inquiries, please call (305) 774-5800