# Exhibit A

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

VIRGINIA RODRIGUEZ
C/O ERNST & YOUNG
2323 VICTORY AVENUE
SUITE 2000
DALLAS TEXAS 75219
UNITED STATES OF AMERICA

14-August-2009

FOR PROFESSIONAL SERVICES RENDERED

Assignee: CRAIG MERRILL
Invoice Number: IN-US00109002
Manager: PHILIPPE TREMBLAY
Case Number: 203574
Client: W.R. GRACE & CO.
Total Legal Fees:    0.00
Total Disbursements: 576.98
Invoice Total: (USD)  576.98

|  | Fee/Disbursement |
|---|---|
| DISBURSEMENTS (work carried out by FRAGOMEN - CANADA) | |
| For professional services rendered with respect to the coordination of Legalization of an Education Degree Document on behalf of Craig Merrill. | 500.00 |
| Government fees paid on your behalf. $9.00 CAD | 8.30 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 25.00 |
| Courier charges paid | 43.68 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.

Assignee: CRAIG MERRILL

|  |  |
|---|---|
| Comments: |  |
| Application Approval Date: |  |
| Application File Date: | 26 May 2009 |
| Authorizing Manager: |  |
| Case Initiation Date: | 15 May 2009 |
| Cost Center: |  |
| Employee ID: |  |
| Number of Dependents: | 0 |
| PO #: |  |
| Receiving Country: | CANADA |
| Sending Country: | CANADA |

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044
USA

August 31, 2009

**FOR PROFESSIONAL SERVICES RENDERED**

RE: **Weijuan NI**                                                                 Invoice #: 09.40555396

Preparation of Application for Alien Employment Certification to be filed under PERM. Review of position description, minimum requirements, any alternate requirements, and alien's qualifications. Preparation and submission of prevailing wage determination request to the appropriate State Workforce Agency. Coordination of recruitment efforts with employer including placement of a job order with the appropriate state job bank, placement of the necessary advertisements, and other necessary recruitment tools. Preparation of recruitment report. Preparation of PERM audit file to include evidence of all attestations made on Form ETA-9089. Final preparation of Form ETA-9089 and electronic submission to the U.S. Department of Labor.

                                                                            **Total Legal Fees**         $4,200.00

**Disbursements**

Miscellaneous expenses                                                                                   $168.00

                                                                            **Total Disbursements**        $168.00

                                                                            **Please Remit**            $4,368.00

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| 75 Remittance Drive | The Northern Trust Company |
| Suite # 6072 | Account # 30147775 |
| Chicago, Illinois 60675-6072 | ABA Transit # 071000152 |
| | Swift Code: CNORUS44 |

\*\*\* **Please return invoice with check or include invoice number on wire transfer instructions** \*\*\*

**Additional Comments:**
For billing inquiries, please call (305) 774-5800

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia  
W. R. Grace & Co.  
7500 Grace Drive  
Columbia, MD 21044  
USA

August 31, 2009

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Siva POTHIREDDY**                                                    Invoice #: 09.40555500

Preparation of Nonimmigrant Visa Petition requesting extension of H-1B Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Application to Extend Nonimmigrant Status of accompanying dependent family member(s) including Form I-539. Transmittal of prepared drafts and Application to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the USCIS.

|  |  |
|---|---:|
| **Total Legal Fees** | $1,475.00 |

**Disbursements**

| | |
|---|---:|
| Overnight courier | $48.00 |
| Miscellaneous expenses | $59.00 |
| **Total Disbursements** | $107.00 |
| **Please Remit** | **$1,582.00** |

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

*** Please return invoice with check or include invoice number on wire transfer instructions ***

**Additional Comments:**
For billing inquiries, please call (305) 774-5800