# Exhibit A

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

September 3, 2009

---

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Subho GOSWAMI**                                    Invoice #: 09.40573076

Preparation of response to inquiry notice from the USCIS to provide additional documentation as requested. Transmittal of draft letter prepared to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the USCIS.

|  | |
|---|---|
| **Total Legal Fees** | $125.00 |

**Disbursements**

| | |
|---|---|
| Fedex (domestic) | $24.00 |
| **Total Disbursements** | $24.00 |
| **Please Remit** | **$149.00** |

---

| **Checks** | **Wire Transfers** |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

*** Please return invoice with check or include invoice number on wire transfer instructions ***

**Additional Comments:**
For billing inquiries, please call (305) 774-5800.

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

September 30, 2009

**FOR PROFESSIONAL SERVICES RENDERED**

RE: Gino D'ALELIO                                                              Invoice #: 09.40573077

Preparation of L-1 Blanket visa application for temporary nonimmigrant classification as an executive/managerial intracompany transferee. Review of beneficiary's qualifications and employment history abroad. Preparation of Form I-129S and detailed letter in support of application that sets forth duties to be performed by beneficiary in the United States, including a description of the executive/managerial duties and level of discretion to be exercised. Transmittal of prepared documents to client, including firm covering letter to U.S. Embassy/Consulate and letter of instruction.

|  | **Total Legal Fees** | **$1,600.00** |
|---|---|---|

**Disbursements**

| | | |
|---|---|---|
| Overnight courier | | $24.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | | $64.00 |
| Miscellaneous expenses | | $64.00 |
| | **Total Disbursements** | **$152.00** |
| | **Please Remit** | **$1,752.00** |

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| 75 Remittance Drive | The Northern Trust Company |
| Suite # 6072 | Account # 30147775 |
| Chicago, Illinois 60675-6072 | ABA Transit # 071000152 |
| | Swift Code: CNORUS44 |

*** Please return invoice with check or include invoice number on wire transfer instructions ***

**Additional Comments:**
For billing inquiries, please call (305) 774-5800

*** Please return invoice with check or include invoice number on wire transfer instructions ***

**Additional Comments:**

For billing inquiries, please call (305) 774-5800

Case 01-01139-AMC    Doc 25347-1    Filed 09/03/10    Page 5 of 8

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

September 30, 2009

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Yong PAN**

Invoice #: 09.40575967

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA). Preparation and filing of Labor Condition Application (LCA) with the Department of Labor.

Preparation of Nonimmigrant Visa Petition requesting extension of H-1B Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Preparation and submission of Form I-907 Request for Premium Processing Service of nonimmigrant petition.

|   |   |
|---|---:|
| **Total Legal Fees** | $1,100.00 |

**Disbursements**

|   |   |
|---|---:|
| USCIS Filing Fee for I-129 (H-1B case) | $320.00 |
| Overnight courier | $36.00 |
| USCIS Filing Fee for H-1B (Training and Education Fee) | $1,500.00 |
| USCIS Filing Fee for I-907 (Premium Processing Fee) | $1,000.00 |
| Miscellaneous expenses | $44.00 |
| **Total Disbursements** | $2,900.00 |
| **Please Remit** | $4,000.00 |

| **Checks** | **Wire Transfers** |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

VIRGINIA RODRIGUEZ
C/O ERNST & YOUNG
2323 VICTORY AVENUE
SUITE 2000
DALLAS TEXAS 75219
UNITED STATES OF AMERICA

30-September-2009

FOR PROFESSIONAL SERVICES RENDERED

Assignee: CRAIG MERRILL
Invoice Number: IN-US00114122
Manager: GRAHAM LEES
Case Number: 203711
Client: W.R. GRACE & CO.
Total Legal Fees:     1,100.00
Total Disbursements: 597.20
Invoice Total: (USD)  1,697.20

|  | Fee/Disbursement |
|---|---:|
| **LEGAL FEES** | |
| For professional services rendered with respect to the authentication and legalization of the company letter on behlaf of Mr. Craig Merrill. | 300.00 |
| For professional services rendered with respect to the procurement, authentication and legalization of the FBI report for Mr. Craig Merrill. | 800.00 |
| **DISBURSEMENTS** | |
| Legalization charges paid on behalf | 72.20 |
| Courier charges paid | 140.00 |
| FedEx/DHL/Other Charges | 330.00 |

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Assignee: CRAIG MERRILL

Reference Number: IN-US00114122

|  | Fee/Disbursement |
|---|---|
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 55.00 |

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.
Assignee: CRAIG MERRILL

| | |
|---|---|
| Comments: | |
| Application Approval Date: | |
| Application File Date: | |
| Authorizing Manager: | Blanca Utarid |
| Case Initiation Date: | |
| Cost Center: | |
| Employee ID: | |
| Number of Dependents: | 0 |
| PO #: | |
| Receiving Country: | BRAZIL |
| Sending Country: | UNITED STATES OF AMERICA |