# **Exhibit A**

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

October 31, 2009

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Sandy CARRERO VARGAS**                                          Invoice #: 09.40581176

Preparation of Priority Worker Petition requesting classification as a multinational manager/executive under Section 203(b)(1)(C) of The Immigration Act of 1990 providing for exemption from the requirement for obtaining individual labor certification from the U.S. Department of Labor. Preparation of Form I-140, Immigrant Petition for Alien Worker. Review of supporting documentation and preparation of a detailed draft letter of support setting forth the criteria to establish the Beneficiary's eligibility through analysis of the offered position and prior employment overseas with a qualifying organization within the petitioning entity. Transmittal of prepared drafts to client for final review. Final preparation and submission to the Regional Service Center of the USCIS.

|  | **Total Legal Fees** | $2,650.00 |
|---|---|---|

**Disbursements**

| | |
|---|---|
| Overnight courier | $29.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $132.50 |
| Miscellaneous expenses | $106.00 |
| **Total Disbursements** | $267.50 |
| **Please Remit** | **$2,917.50** |

| **Checks** | **Wire Transfers** |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\*

**Additional Comments:**
For billing inquiries, please call (305) 774-5800