# **Exhibit A**

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

November 30, 2009

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Udayshankar SINGH**  Invoice #: 09.40590754

Preparation of Form I-765 on behalf of family member(s) for permission to obtain employment authorization during pendency of application for adjustment of status for U.S. permanent residence. Submission of application to United States Citizenship and Immigration Service.

Application for Adjustment of Status to Lawful Permanent Resident of the United States for family member, including preparation of Forms I-485, G-325A and supporting documentation.

Preparation of Application for Adjustment of Status to Lawful Permanent Resident of the United States for principal beneficiary of immigrant visa petition based on the First Employment Based Category of Outstanding Professors and Researchers including preparation of Forms I-485, G-325A, and supporting documentation. Preparation of final package and submission to appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Form I-765 on behalf of foreign national for permission to obtain employment authorization during pendency of application for U.S. permanent residence.

Preparation Form I-131, Application for Travel Document (advance parole), with supporting documentation, to facilitate international travel for family member(s) during the pendency of an Application for Adjustment of Status. Submission to the United States Citizenship and Immigration Services.

Preparation Form I-131, Application for Travel Document (advance parole), with supporting documentation, to facilitate international travel during the pendency of an Application for Adjustment of Status. Submission to the United States Citizenship and Immigration Services.

|  |  |
|---|---:|
| **Total Legal Fees** | $2,625.00 |

**Disbursements**

| | |
|---|---:|
| Fedex (domestic) | $58.00 |
| Miscellaneous expenses | $131.25 |
| **Total Disbursements** | $189.25 |
| **Please Remit** | **$2,814.25** |

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to:<br>FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP<br>75 Remittance Drive<br>Suite # 6072<br>Chicago, Illinois 60675-6072 | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP<br>The Northern Trust Company<br>Account # 30147775<br>ABA Transit # 071000152<br>Swift Code: CNORUS44 |

*** **Please return invoice with check or include invoice number on wire transfer instructions** ***

**Additional Comments:**

For billing inquiries, please call 305-774-5800

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

VIRGINIA RODRIGUEZ  
C/O ERNST & YOUNG  
2323 VICTORY AVENUE  
SUITE 2000  
DALLAS TEXAS 75219  
UNITED STATES OF AMERICA

28-November-2009

FOR PROFESSIONAL SERVICES RENDERED

Assignee: YOUCEF BOUDEFFA

Invoice Number: IN-US00120284

Manager: GRAHAM LEES

Case Number: 204256

Client: W.R. GRACE & CO.

Total Legal Fees:     0.00

Total Disbursements: 2,133.50

Invoice Total: (USD)  2,133.50

|  | Fee/Disbursement |
|---|---|
| DISBURSEMENTS (work carried out by FRAGOMEN - BRUSSELS) | |
| Application filed with immigration authorities on behalf of Youcef Boudeffa. | 1,950.00 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 97.50 |
| Other-Disbursements (including registered mail to send the application to the authorities, express courier to collect the work permit and to deliver it to the employee) | 86.00 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.

Assignee: YOUCEF BOUDEFFA

---

Comments:

Application Approval Date:

Application File Date: 14 Oct 2009

Authorizing Manager: Karen Ehrgott

Case Initiation Date: 12 May 2009

Cost Center:

Employee ID:

Expiry Date: 05 May 2010

Number of Dependents: 0

PO #:

Receiving Country: BELGIUM

Sending Country: BELGIUM

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

VIRGINIA RODRIGUEZ  
C/O ERNST & YOUNG  
2323 VICTORY AVENUE  
SUITE 2000  
DALLAS TEXAS 75219  
UNITED STATES OF AMERICA  

28-November-2009

FOR PROFESSIONAL SERVICES RENDERED

Assignee: FRANCISCO RETONDO

Invoice Number: IN-US00120287

Manager: GRAHAM LEES

Case Number: 228734

Client: W.R. GRACE & CO.

Total Legal Fees:    0.00

Total Disbursements: 1,083.00

Invoice Total: (USD)  1,083.00

| | Fee/Disbursement |
|---|---:|
| DISBURSEMENTS (work carried out by FRAGOMEN - COSTA RICA) | |
| Assistance provided in Mexico for obtaining Work Visa renewal FM3 on behalf of Francisco Retondo.(Authorized by Janissa Garcia on 11/15/2009) | 450.00 |
| Government fees paid by third party vendor on behalf of Francisco Retondo (PO-0000228734-00001) | 168.00 |
| Third party vendor out of pocket expenses (PO-0000228734-00001)(copies, postage, couriers) | 180.00 |
| Third party vendor professional fees - Francisco Retondo (PO-0000228734-00001)Assistance provided in Mexico for obtaining Work Visa renewal FM3 on behalf of Francisco Retondo.(Authorized by Janissa Garcia on 11/15/2009) | 250.00 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 35.00 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.

Assignee: FRANCISCO RETONDO

---

Comments:

Application Approval Date: 17 Nov 2009

Application File Date: 27 Oct 2009

Authorizing Manager: VIRGINIA M. RODRIGUEZ

Case Initiation Date: 28 Sep 2009

Cost Center:

Employee ID:

Number of Dependents: 3

PO #:

Receiving Country: MEXICO

Sending Country: MEXICO