# **Exhibit A**

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

VIRGINIA RODRIGUEZ
C/O ERNST & YOUNG
2323 VICTORY AVENUE
SUITE 2000
DALLAS TEXAS 75219
UNITED STATES OF AMERICA

23-December-2009

FOR PROFESSIONAL SERVICES RENDERED

Assignee: - W.R. GRACE & CO

Invoice Number: IN-US00122884

Manager: GRAHAM LEES

Case Number: 234405

Client: W.R. GRACE & CO.

Total Legal Fees:    0.00

Total Disbursements: 930.00

Invoice Total: (USD)   930.00

| | Fee/Disbursement |
|---|---:|
| DISBURSEMENTS (work carried out by FRAGOMEN - COSTA RICA) | |
| Assistance provided in Mexico for obtaining Opening of basic File in Guadalajara. | 500.00 |
| Third party vendor out of pocket expenses (PO-0000234405-00001) | 90.00 |
| Third party vendor professional fees - W.R Grace (PO-0000234405-00001) Assistance provided in Mexico for obtaining Opening of basic File in Guadalajara. | 300.00 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 40.00 |

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

**Client:** W.R. GRACE & CO.

**Assignee:** - W.R. GRACE & CO

Comments:
Application Approval Date:
Application File Date:
Authorizing Manager: VIRGINIA RODRIGUEZ
Case Initiation Date: 23 Oct 2009
Cost Center:
Employee ID:
Number of Dependents: 0
PO #:
Receiving Country: MEXICO
Sending Country: MEXICO

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

VIRGINIA RODRIGUEZ                                              23-December-2009
C/O ERNST & YOUNG
2323 VICTORY AVENUE
SUITE 2000
DALLAS TEXAS 75219
UNITED STATES OF AMERICA

---

FOR PROFESSIONAL SERVICES RENDERED

Assignee: FRANCISCO RETONDO

Invoice Number: IN-US00122898

Manager: GRAHAM LEES

Case Number: 240158

Client: W.R. GRACE & CO.

Total Legal Fees:     0.00

Total Disbursements: 1,215.00

Invoice Total: (USD)  1,215.00

| | Fee/Disbursement |
|---|---:|
| DISBURSEMENTS (work carried out by FRAGOMEN - COSTA RICA) | |
| Assistance provided in Mexico for obtaining the Permanent Departure on behalf of Francisco Retondo's 3 dependants. | 735.00 |
| Third party vendor out of pocket expenses (PO-0000240158-00001) | 45.00 |
| Third party vendor professional fees - Francisco Retondo (PO-0000240158-00001) Assistance provided in Mexico for obtaining the Permanent Departure on behalf of Francisco Retondo's 3 dependants. | 165.00 |
| Government fees paid by third party vendor on behalf of Francisco Retondo (PO-0000240158-00001) | 225.00 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 45.00 |

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.
Assignee: FRANCISCO RETONDO

---

Comments:
Application Approval Date:
Application File Date: 30 Nov 2009
Authorizing Manager: JANISSA GARCIA
Case Initiation Date: 20 Nov 2009
Cost Center:
Employee ID:
Number of Dependents: 3
PO #:
Receiving Country: MEXICO
Sending Country: MEXICO