# Exhibit A

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

February 11, 2010

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Kevin MURNIN**                                                                        Invoice #: 10.40617175

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the Department of Labor (DOL). Preparation and filing of Labor Condition Application (LCA) with the Department of Labor.

Preparation of Nonimmigrant Visa Petition requesting extension of H-1B Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

|  |  |
|---|---:|
| **Total Legal Fees** | $1,100.00 |

**Disbursements**

| | |
|---|---:|
| USCIS Filing Fee for I-129 (H-1B case) | $320.00 |
| **Total Disbursements** | $320.00 |
| **Please Remit** | **$1,420.00** |

| Checks | Wire Transfers |
|:---:|:---:|
| Please send checks made payable to: | |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| 75 Remittance Drive | The Northern Trust Company |
| Suite # 6072 | Account # 30147775 |
| Chicago, Illinois 60675-6072 | ABA Transit # 071000152 |
|  | Swift Code: CNORUS44 |

*** Please return invoice with check or include invoice number on wire transfer instructions ***

**Additional Comments:**
For billing inquiries, please call (305) 774-5800.

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

February 23, 2010

**FOR PROFESSIONAL SERVICES RENDERED**

RE: Yee Young CHER

Invoice #: 10.40620980

Preparation of L-1B visa application for temporary nonimmigrant classification as a specialized knowledge intracompany transferee. Review of beneficiary's qualifications and employment history abroad. Preparation of Form I-129S and detailed letter in support of application that sets forth duties to be performed by beneficiary in the United States, including a description of the specialized knowledge possessed by the beneficiary based on employment abroad. Transmittal of prepared documents to client, including firm covering letter to U.S. Embassy/Consulate and letter of instruction.

|  | Total Legal Fees | $1,600.00 |
|---|---|---|

**Disbursements**

| Fedex (international) | | $35.00 |
|---|---|---|
| Miscellaneous expenses | | $64.00 |
| | Total Disbursements | $99.00 |
| | **Please Remit** | **$1,699.00** |

| **Checks** | **Wire Transfers** |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

JANISSA GARCIA 25-February-2010
W.R. GRACE & CO.
7500 GRACE DRIVE
COLUMBIA MARYLAND 21044
UNITED STATES OF AMERICA

FOR PROFESSIONAL SERVICES RENDERED

 Assignee: REGIS SILVA

 Invoice Number: IN-US00128594

 Manager: GRAHAM LEES

 Case Number: 251787

 Client: W.R. GRACE & CO.

 Total Legal Fees: 650.00

 Total Disbursements: 401.60

 Invoice Total: (USD) 1,051.60

|  | Fee/Disbursement |
|---|---|
| LEGAL FEES |  |
| For our assistance with obtaining a business visitor visa for Canada on bahalf of Regis Silva and a visitor visa for his spouse. | 650.00 |
| DISBURSEMENTS |  |
| FedEx/DHL/Other Charges | 18.00 |
| Courier charges paid | 70.00 |
| Government fees paid on your behalf | 281.10 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 32.50 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.

Assignee: REGIS SILVA

|  |  |
|---|---|
| Comments: |  |
| Application Approval Date: |  |
| Application File Date: |  |
| Authorizing Manager: |  |
| Case Initiation Date: | 09 Jan 2010 |
| Cost Center: |  |
| Employee ID: |  |
| Number of Dependents: | 0 |
| PO #: |  |
| Receiving Country: | CANADA |
| Sending Country: | UNITED STATES OF AMERICA |

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

February 25, 2010

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Udayshankar SINGH**                                         Invoice #: 10.40620981

Preparation of Nonimmigrant Visa Petition requesting extension of H-1B Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the Department of Labor (DOL). Preparation and filing of Labor Condition Application (LCA) with the Department of Labor.

| | |
|---|---:|
| **Total Legal Fees** | $1,100.00 |
| **Disbursements** | |
| Fedex (domestic) | $18.00 |
| Miscellaneous expenses | $44.00 |
| **Total Disbursements** | $62.00 |
| **Please Remit** | **$1,162.00** |

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

*** Please return invoice with check or include invoice number on wire transfer instructions ***