# **Exhibit C**



# W.R. GRACE & CO.
## Proposed Fee Schedule for 2007

| NONIMMIGRANT VISAS | Fees* |
|---|---|
| **B-1 Initial** | |
| -   Straightforward | $775.00 |
| -   Complex | $2,000.00 |
| **B-1 Extension** | |
| -   Straightforward | $775.00 |
| **E-3 Initial** | |
| -   Straightforward | $1,500.00 |
| -   Complex | $1,750.00 |
| **E-3 Extension** | |
| -   Straightforward | $1,000.00 |
| **H-1B Initial** | |
| -   Straightforward | $1,850.00 |
| -   Complex | $2,100.00 |
| **H-1B Extension** | |
| -   Straightforward | $1,100.00 |
| -   Complex or where firm did not prepare initial H-1B | $1,600.00 |
| **J-1 Initial** | |
| -   Straightforward | $1,100.00 |
| -   Complex | $1,600.00 |
| **J-1 Extension** | |
| -   Straightforward | N/A |
| -   Complex | N/A |
| **Blanket L-1 Initial** | |
| -   Straightforward | $1,600.00 |
| -   Complex | $1,850.00 |
| **Blanket L-1 Extension** | |
| -   Straightforward | $1,600.00 |
| -   Complex | $1,850.00 |
| **Individual L-1 Initial** | |
| -   Straightforward | $1,600.00 |
| -   Complex | $1,850.00 |
| **Individual L-1 Extension** | |
| -   Straightforward | $1,300.00 |
| -   Complex | $1,600.00 |
| **O-1 Initial** | |
| -   Straightforward | $2,625.00 |
| -   Complex | $3,675.00 |
| **O-1 Extension** | |
| -   Straightforward | $1,575.00 |
| **TN Initial** | |
| -   Straightforward | $900.00 |
| **TN Extension** | |
| -   Straightforward | $900.00 |



# W.R. GRACE & CO.
## Proposed Fee Schedule for 2007

| | |
|---|---|
| **Replacement of Departure Record (I-94) (I-102)** | |
| - Filed with extension or change of status | $375.00 |
| - Filed separately | $525.00 |
| **Renewal of Nonimmigrant Visa Stamps at U.S. Consulate** | |
| - Each applicant | $275.00 |
| - Coordination of visa issuance including discussions with Consulate, scheduling appointment and briefing applicant | $525.00 plus $275.00 per location |
| **Extension/Change of NIV status for Dependent (I-539)** | |
| - Filed with principal | $375.00 |
| - Filed separately | $800.00 |
| - Complex | $1,300.00 |
| **Employment Authorization (EAD) (I-765)** | |
| - Each applicant | $250.00 |
| **Premium Processing (I-907)** | |
| - Filed simultaneously with NIV petition | $250.00 |
| - Filed separately | $500.00 |
| **Request for Evidence (RFE)** "REMDOC" | |
| - Straightforward | $750.00 |
| - Complex | $1,500.00 |
| **IMMIGRANT VISAS** | **Fees*** |
| **Permanent Residence based upon PERM** | |
| - PERM | $4,200.00 |
| - Petition for alien worker (I-140) | $1,100.00 |
| - Application for permanent residence (I-485) | |
|    - Principal applicant and spouse | $1,575.00 |
|    - Each additional family member | $375.00 |
| **Permanent Residence exempt from PERM** | |
| - Petition for alien worker (I-140) Based on L-1 Multinational Transferee | $2,650.00 |
|   - If firm prepared original L-1A | $2,100.00 |
| - I-140 Petition Based on Outstanding Researcher / Extraordinary Ability | $3,675.00 - $4,725.00 |
| - Application for permanent residence (I-485) | |
|    - Principal applicant and spouse | $1,575.00 |
|    - Each additional family member | $375.00 |
| **Employment Authorization** | |
| - Principal applicant and spouse | $525.00 |
| - Each additional family member | $275.00 |
| **Advance Parole (Travel Document)** | |
| - Principal Applicant and Spouse | $525.00 |
| - Each additional family member | $275.00 |
| **Visa Processing** | |
| - Packet III and IV | |
|    - Principal Applicant and Spouse | $1,575.00 |
| **Each Additional Family Member** | $375.00 |

2



# W.R. GRACE & CO.
## Proposed Fee Schedule for 2007

| | |
|---|---|
| **Request for Evidence (RFEs) – (I-140) or (I-485)** | |
| - Straightforward | $250.00 |
| - Complex | $750.00 |
| **Attorney Appearances at I-485 Interview** | |
| - Local | $800.00 |
| - Out-of-town | Hourly |
| **ADDITIONAL SERVICES** | **Fees*** |
| **Application to renew Permanent Resident Card (I-90)** | |
| - Each applicant | $750.00 |
| **Naturalization Application** | |
| - Each Applicant | $1,000.00 |
| - Attorney appearance | $750.00 |
| **Reentry Permits: (I-131)** | |
| - Each applicant | $750.00 |
| **Visa Application for Corporations** | |
| - L-1 Blanket | $2,500.00 |
| **Special Projects** | |
| - Counseling i.e. I-9 Audit | Fee to be quoted prior |
| - Training | to project. |

Matters not covered by the fees set forth would be billed on an hourly basis at the following rates:

Partner $350
Associate $250

* - Disbursements -
    Domestic Federal Express $18.00
    Miscellaneous [Telephone calls, faxes, photocopies, regular mail services] 4%

**Important Notes:**
- o  The above fees are predicated upon the amount of effort and staffing normally required to obtain approval of such application. To the extent that a matter is complicated by extenuating circumstances requiring extensive telephone consultations, expeditious processing, difficulty conforming to eligibility requirements, or other special circumstances, a higher fee would be billed only after consultation with your organization. Out-of-pocket expenses including educational evaluations, translations, courier and messenger services will be itemized on each invoice.
- o  All filing fees payable by client to U.S.D.H.S.

3