# **Exhibit A**

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

March 31, 2010

---

**FOR PROFESSIONAL SERVICES RENDERED**

RE: Yufen LIN

Invoice #: 10.40635258

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Preparation of petition for temporary nonimmigrant classification as a professional in H-1B status with request for change of status including review and discussion of the beneficiary's qualifications and educational background, drafting of Forms I-129 with supplement and detailed letter in support of the petition setting forth a description of the professional level position to be performed by the foreign national, background of the U.S. employer entity and specific requirements for the position including a full description of the unique and professional credentials of the beneficiary in accordance with the Immigration Service's current regulations. Transmittal of drafts prepared and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the Department of Labor (DOL). Preparation and filing of Labor Condition Application (LCA) with the Department of Labor.

|   |   |
|---|---:|
| **Total Legal Fees** | $1,850.00 |

**Disbursements**

|   |   |
|---|---:|
| USCIS Filing Fee for I-129 | $320.00 |
| Fedex (domestic) | $58.00 |
| USCIS Filing Fee (Anti-Fraud Fee) | $500.00 |
| USCIS Filing Fee for H-1B (Training and Education Fee) | $1,500.00 |
| Miscellaneous expenses | $92.50 |
| **Total Disbursements** | $2,470.50 |
| **Please Remit** | **$4,320.50** |

---

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to:<br>FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP<br>75 Remittance Drive<br>Suite # 6072<br>Chicago, Illinois 60675-6072 | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP<br>The Northern Trust Company<br>Account # 30147775<br>ABA Transit # 071000152<br>Swift Code: CNORUS44 |

*** **Please return invoice with check or include invoice number on wire transfer instructions** ***

**Additional Comments:**

For billing inquiries, please call (305) 774-5800.

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

March 31, 2010

**FOR PROFESSIONAL SERVICES RENDERED**

RE: Marvin WILLIAMS

Invoice #: 10.40635259

Preparation of petition for temporary nonimmigrant classification as a professional in H-1B status with request for change of status including review and discussion of the beneficiary's qualifications and educational background, drafting of Forms I-129 with supplement and detailed letter in support of the petition setting forth a description of the professional level position to be performed by the foreign national, background of the U.S. employer entity and specific requirements for the position including a full description of the unique and professional credentials of the beneficiary in accordance with the Immigration Service's current regulations. Transmittal of drafts prepared and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the Department of Labor (DOL). Preparation and filing of Labor Condition Application (LCA) with the Department of Labor.

|  |  |
|---|---|
| **Total Legal Fees** | $1,850.00 |

**Disbursements**

| | |
|---|---|
| USCIS Filing Fee for I-129 | $320.00 |
| Fedex (domestic) | $58.00 |
| USCIS Filing Fee (Anti-Fraud Fee) | $500.00 |
| USCIS Filing Fee for H-1B (Training and Education Fee) | $1,500.00 |
| Miscellaneous expenses | $92.50 |
| **Total Disbursements** | $2,470.50 |
| **Please Remit** | **$4,320.50** |

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

*** Please return invoice with check or include invoice number on wire transfer instructions ***

**Additional Comments:**

For billing inquiries, please call (305) 774-5800.

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

March 31, 2010

**FOR PROFESSIONAL SERVICES RENDERED**

RE: James NEE

Invoice #: 10.40635260

Preparation of Form I-131, Application for Travel Document (Reentry Permit) and draft letter of support documenting need for extended term of stay outside of the United States. Transmittal of the Application and supporting documents to client for final review and signature. Submission to the Regional Service Center of the USCIS.

|  |  |
|---|---:|
| **Total Legal Fees** | $750.00 |

**Disbursements**

| | |
|---|---:|
| Fedex (domestic) | $58.00 |
| USCIS Filing Fee for I-131 | $305.00 |
| USCIS Biometric Fee | $80.00 |
| Miscellaneous expenses | $37.50 |
| **Total Disbursements** | **$480.50** |
| **Please Remit** | **$1,230.50** |

**Checks**

Please send checks made payable to:
FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite # 6072
Chicago, Illinois 60675-6072

**Wire Transfers**

FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
The Northern Trust Company
Account # 30147775
ABA Transit # 071000152
Swift Code: CNORUS44

\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\*

**Additional Comments:**
For billing inquiries, please call 305-774-5800

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia  
W. R. Grace & Co.  
7500 Grace Drive  
Columbia, MD 21044  
USA

March 31, 2010

**FOR PROFESSIONAL SERVICES RENDERED**
    **RE: Nalini BABOORAM**　　　　　　　　　　　　　　　　　　Invoice #: 10.40635261

|  |  |
|---|---:|
| **Total Legal Fees** | $0.00 |

**Disbursements**

| | |
|---|---:|
| USCIS Filing Fee for I-140 | $475.00 |
| **Total Disbursements** | $475.00 |
| **Please Remit** | **$475.00** |

| Checks | Wire Transfers |
|:---:|:---:|
| Please send checks made payable to: | |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| 75 Remittance Drive | The Northern Trust Company |
| Suite # 6072 | Account # 30147775 |
| Chicago, Illinois 60675-6072 | ABA Transit # 071000152 |
| | Swift Code: CNORUS44 |

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

**Additional Comments:**  
For billing inquiries, please call 305-774-5800

LAW OFFICES
### FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

March 31, 2010

**FOR PROFESSIONAL SERVICES RENDERED**

RE: Ricardo DUARTE PINTO                                                                    Invoice #: 10.40635263

Preparation of petition for temporary nonimmigrant classification as a professional in H-1B status including review and discussion of the beneficiary's qualifications and educational background, drafting of Forms I-129 with supplement and detailed letter in support of the petition setting forth a description of the professional level position to be performed by the foreign national, background of the U.S. employer entity and specific requirements for the position including a full description of the unique and professional credentials of the beneficiary in accordance with the Immigration Service's current regulations. Transmittal of drafts prepared and Petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the USCIS. Preparation, filing and receipt of certified Labor Condition Application (LCA).

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the Department of Labor (DOL). Preparation and filing of Labor Condition Application (LCA) with the Department of Labor.

|  | **Total Legal Fees** | $1,850.00 |
|---|---|---|

**Disbursements**

| | |
|---|---|
| USCIS Filing Fee for H-1B (Training and Education Fee) | $1,500.00 |
| Fedex (domestic) | $29.00 |
| Fedex (international) | $75.00 |
| USCIS Filing Fee for I-129 | $320.00 |
| USCIS Filing Fee (Anti-Fraud Fee) | $500.00 |
| Education evaluation fee | $85.00 |
| Miscellaneous expenses | $92.50 |
| **Total Disbursements** | **$2,601.50** |
| **Please Remit** | **$4,451.50** |

| **Checks** | **Wire Transfers** |
|---|---|
| Please send checks made payable to: | |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| 75 Remittance Drive | The Northern Trust Company |
| Suite # 6072 | Account # 30147775 |

Chicago, Illinois 60675-6072     ABA Transit # 071000152
                                 Swift Code: CNORUS44

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

**Additional Comments:**

For billing inquiries, please call (305) 774-5800.

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

VIRGINIA RODRIGUEZ
C/O ERNST & YOUNG
2323 VICTORY AVENUE
SUITE 2000
DALLAS TEXAS 75219
UNITED STATES OF AMERICA

31-March-2010

FOR PROFESSIONAL SERVICES RENDERED

Assignee: MICHAEL RAGAN

Invoice Number: IN-US00133069

Manager: GRAHAM LEES

Case Number: 256534

Client: W.R. GRACE & CO.

Total Legal Fees:    0.00

Total Disbursements: 2,336.22

Invoice Total: (USD)   2,336.22

| | Fee/Disbursement |
|---|---|
| DISBURSEMENTS (work carried out by FRAGOMEN - BRUSSELS) | |
| Application to obtain Belgian work permit for Mr Ragan filed with immigration authorities | 1,950.00 |
| Other-Legal Fees for completing the mandatory Limosa declaration for Mr Ragan (approved by Virginia Rodriguez) - Out of Scope | 200.00 |
| Miscellaneous : Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 107.50 |
| Other-Disbursements : transport costs and shipment fees. | 78.72 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.
Assignee: MICHAEL RAGAN

Comments:
Application Approval Date:
Application File Date: 03 Mar 2010
Authorizing Manager: Virginia Rodriguez
Case Initiation Date: 29 Jan 2010
Cost Center:
Employee ID:
Expiry Date: 11 Mar 2011
Number of Dependents: 0
PO #:
Receiving Country: BELGIUM
Sending Country: UNITED STATES OF AMERICA