# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP

# INVOICES FOR THE TIME PERIOD

# JULY 1-31, 2010



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

August 16, 2010
Client No. 17367
Invoice No. 1264819

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through July 31, 2010 in connection with the matters described on the attached pages: | $ | 102,061.00 |
| DISBURSEMENTS as per attached pages: | | 2,012.57 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount): | $ | **104,073.57** |

Matter(s): 17367/11, 13, 7, 8

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$474,706.29
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **ELECTRONIC FUNDS TRANSFERS:** |
|---|---|---|
| Orrick, Herrington & Sutcliffe LLP | ***Wire Transfers Only:*** | ***ACH Transfers Only:*** |
| 4253 Collections Center Drive | *ABA Number 0260-0959-3* | *ABA Number 121-000358* |
| Chicago, IL 60693 | *Bank of America* | *Bank of America* |
| Reference: 17367/ Invoice: 1264819 | *100 West 33rd Street, NY, NY 10001* | *San Francisco Main Branch* |
| E.I.N. 94-2952627 | *Account of* | *Account of* |
| Overnight deliveries: (312) 974-1642 | *Orrick, Herrington & Sutcliffe LLP* | *Orrick, Herrington & Sutcliffe LLP* |
| | *Account Number: 1499410382* | *Account Number: 1499410382* |
| | *Reference: 17367/ Invoice: 1264819* | *Reference: 17367/ Invoice: 1264819* |
| | *E.I.N. 94-2952627* | *E.I.N. 94-2952627* |


**ORRICK**

David Austern, Futures Claims Representative for  
W.R. Grace & Co.  
c/o Claims Resolution Management Corp.  
3110 Fairview Park Drive, Suite 200  
Falls Church, VA 22042

August 16, 2010  
Client No. 17367  
Invoice No. 1264819

Orrick Contact: Roger Frankel

For Legal Services Rendered Through July 31, 2010 in Connection With:

**Matter:  7 - Insurance Matters**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 07/06/10 | P. Mahaley | Finalize insurance settlement documents for filing (.5); draft analysis of insurer-proposed changes to settlement agreement (1.9); confer with R. Wyron re insurer-proposed changes to settlement agreement (1.0). | 3.40 |
| 07/07/10 | P. Mahaley | Review and analyze proposed changes to approval order re insurance settlement. | 0.20 |
| 07/08/10 | P. Mahaley | Confer with R. Wyron and R. Frankel re revisions to insurance settlement agreement. | 1.20 |
| 07/12/10 | P. Mahaley | Revise insurance settlement agreement. | 9.50 |
| 07/13/10 | P. Mahaley | Revise insurance settlement agreements and related documents. | 2.30 |
| 07/14/10 | P. Mahaley | Analyze settlement offer by insurer and confer with R. Horkovich re same (.5); review and revise brief challenging notices of determination by insolvent insurance company (2.0). | 2.50 |
| 07/15/10 | P. Mahaley | Prepare for conference with R. Wyron and confer with R. Wyron re proposed changes to insurance settlement agreement (2.1); draft revisions to insurance settlement agreement (2.1). | 4.20 |
| 07/16/10 | P. Mahaley | Draft insurance settlement agreement (2.2); draft communication to D. Austern re recommendation re settlement with insurer (.5). | 2.70 |
| 07/19/10 | P. Mahaley | Draft insurance settlement documents. | 3.10 |
| 07/20/10 | D. Felder | Review draft settlement agreement and e-mail correspondence with P. Mahaley regarding same. | 1.00 |
| 07/20/10 | P. Mahaley | Analyze proposed changes to insurance settlement agreement (1.2); communicate with counsel for Plan Proponents re responses to proposed changes to insurance settlement agreement (2.5). | 3.70 |
| 07/21/10 | P. Mahaley | Draft insurance settlement agreement. | 1.30 |
| 07/22/10 | P. Mahaley | Revise insurance settlement agreements and related motion papers. | 1.70 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 2

August 16, 2010  
Invoice No. 1264819

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/23/10 | P. Mahaley | Revise insurance settlement agreement. | 1.50 |
| 07/26/10 | P. Mahaley | Revise insurance settlement agreement (.8); communicate with counsel for Plan Proponents re proposed changes to insurance settlement agreement (.6). | 1.40 |
| 07/27/10 | D. Felder | Review docket and pleadings regarding insurance issues for P. Mahaley and e-mail correspondence regarding same. | 0.20 |
| 07/27/10 | P. Mahaley | Analyze proposed changes to insurance settlement agreement (1.1); revise insurance settlement agreements and related motion papers (2.6). | 3.70 |
| 07/29/10 | P. Mahaley | Communicate with counsel for insurers and other Plan Proponents re proposed changes to insurance settlement agreement and related documents. | 2.60 |
| 07/30/10 | D. Felder | Telephone conference with P. Mahaley regarding settlement agreement and review regarding same. | 0.80 |
| 07/30/10 | P. Mahaley | Analyze past Grace insurance settlement agreements to address proposed changes to draft insurance settlement agreement (1.1); exchange communications with counsel for Plan Proponents and counsel for insurers re proposed changes to insurance settlement agreements (5.4); prepare for and attend conference with R. Frankel and R. Wyron re preparing for settlement meeting with insurer (1.5). | 8.00 |

Total Hours 55.00  
Total For Services $35,740.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 2.00 | 645.00 | 1,290.00 |
| Peri N. Mahaley | 53.00 | 650.00 | 34,450.00 |
| Total All Timekeepers | 55.00 | $649.82 | $35,740.00 |

Disbursements  
    Document Reproduction    8.00  
    Telephone    7.12  
    Total Disbursements    $15.12

**Total For This Matter**    $35,755.12


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -  
17367  
page 3

August 16, 2010  
Invoice No. 1264819

For Legal Services Rendered Through July 31, 2010 in Connection With:

**Matter: 8 - Litigation**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 07/01/10 | R. Wyron | Follow-up on Garlock filing and e-mails re same (.2); review draft insurance agreement (1.1); confer with R. Frankel re strategy and follow-up (.3). | 1.60 |
| 07/01/10 | R. Frankel | Review revised insurer settlement agreement. | 1.80 |
| 07/02/10 | R. Wyron | Review latest draft insurance settlement agreement and follow-up (1.8); review open agenda items and orders entered (.3). | 2.10 |
| 07/02/10 | R. Frankel | Review, prepare notes re draft insurer settlement agreement. | 1.40 |
| 07/02/10 | R. Frankel | Review order authorizing consent decree with EPA re zonolite, attached settlement. | 0.70 |
| 07/06/10 | D. Felder | Review recently filed pleadings. | 0.50 |
| 07/06/10 | R. Wyron | Continue review of insurance settlement agreement and follow-up (.8); confer with P. Mahaley re settlement (.5); respond to e-mails re settlement agreement and call to insurer counsel re same (.6). | 1.90 |
| 07/07/10 | D. Felder | Review Plum Creek's motion for leave to file late proof of claim and related documents (2.0); prepare summary e-mail regarding same (.5); telephone conference with J. Radecki regarding pension issues (.1); follow-up regarding same (.6). | 3.20 |
| 07/07/10 | R. Wyron | Review draft insurance settlement agreement (.8); organize notes for meeting with R. Frankel (.3). | 1.10 |
| 07/08/10 | D. Felder | Telephone conference with J. Radecki regarding pension issues (.1); follow-up regarding same (.5); conference call with Grace and financial advisors regarding pension issues (.8); follow-up e-mail correspondence with J. Solganick and J. Baer regarding same (.2). | 1.60 |
| 07/08/10 | R. Wyron | Review comments on draft insurance settlement agreement (.6); confer with R. Frankel re strategy and open items, and follow-up (.7); review Plum Creek issue and follow-up (.5); review claimant analysis (.3). | 2.10 |
| 07/08/10 | R. Frankel | Review status, open issues with R. Wyron (.4); notes re same (.2). | 0.60 |
| 07/08/10 | R. Frankel | Confer with R. Wyron, P. Mahaley re insurer settlement agreement (1.0); notes re same (.1). | 1.10 |
| 07/08/10 | R. Frankel | Review e-mail memo from D. Felder re Plum Creek motion (.3), review motion and exhibits (.9). | 1.20 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 4

August 16, 2010  
Invoice No. 1264819

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/09/10 | R. Wyron | Review issues on Plum Creek (.3); work on draft insurance settlement agreement and follow-up (1.6); call regarding potential settlement and follow-up (.8). | 2.70 |
| 07/12/10 | D. Felder | E-mail correspondence with J. Baer regarding Plum Creek (.1); review claims information from J. Biggs (.3). | 0.40 |
| 07/12/10 | R. Wyron | Review issues re hearing and follow-up (.2); review revisions to insurance settlement agreement (1.8). | 2.00 |
| 07/13/10 | D. Felder | Review and organize e-mail correspondence regarding plan issues (2.0); review agenda for July omnibus hearing (.1); telephone conference with M. Hurford regarding update (.5). | 2.60 |
| 07/13/10 | R. Wyron | Review additional provisions in settlement agreement and follow-up (.6); call with insurance counsel (.3). | 0.90 |
| 07/14/10 | D. Felder | Telephonic participation in omnibus hearing (.3); telephone conference with J. Baer regarding Plum Creek (.2); follow-up regarding same and conference with R. Wyron (.4). | 0.90 |
| 07/14/10 | R. Wyron | Respond to inquiry re hearing (.2); follow-up on insurance settlement draft (.2); review comments and changes to draft settlement (.3); review e-mails re Plum Creek and follow-up (.4). | 1.10 |
| 07/15/10 | R. Wyron | Review draft insurance settlement agreement changes (.7); confer with P. Mahaley re issues and follow-up (.9); review agenda (.2); review reinsurance issue re objecting insurer (.3); follow-up with D. Austern re proposed insurance settlement (.2). | 2.30 |
| 07/16/10 | R. Wyron | Review insurance settlement draft and respond to e-mails re same (.9); review analysis of insurer's litigation re records access for settlement (.3). | 1.20 |
| 07/19/10 | D. Felder | Review status of appeals (.3); telephone conference with Debtors and ACC regarding Plum Creek (.3); follow-up regarding same (.1). | 0.70 |
| 07/19/10 | R. Wyron | Work on insurance settlement issues re reinsurance (.6); review draft settlement agreement and follow-up (1.8); review Plum Creek issue (.2). | 2.60 |
| 07/19/10 | R. Frankel | Series of e-mails re potential insurance deal (.3); review issues re same (.8). | 1.10 |
| 07/20/10 | D. Felder | Review draft tolling agreement regarding Plum Creek and correspondence regarding same. | 0.30 |
| 07/20/10 | R. Wyron | Review agenda items for August hearing (.3); review Plum Creek issue and e-mails re same (.2); work on insurance settlement issues (.8); follow-up with P. Mahaley (.2). | 1.50 |
| 07/20/10 | R. Frankel | Review fee auditor pleading re Canadian Representative Counsel fees (.7); review recent case (.6). | 1.30 |
| 07/20/10 | R. Frankel | Review recent opinion re various settlement structures. | 1.20 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 5

August 16, 2010
Invoice No. 1264819

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 07/20/10 | R. Frankel | Review Lincoln memo re status of pension plan issues (.6); notes re same (.2). | 0.80 |
| 07/20/10 | R. Frankel | Review revised versions of insurer settlement agreement. | 2.30 |
| 07/21/10 | R. Wyron | Review further revisions to draft insurance settlement agreement and follow-up. | 1.40 |
| 07/21/10 | R. Frankel | Review update from J. Biggs regarding 2019 filings (.6); review insurer status with R. Wyron (.2). | 0.80 |
| 07/22/10 | D. Fullem | Forward recent Grace 8K filing to R. Frankel and R. Wyron. | 0.20 |
| 07/22/10 | R. Wyron | Review revised settlement agreement and provide comments (1.3); follow-up with P. Mahaley and respond to e-mails (.3); call to insurance counsel re status (.2). | 1.80 |
| 07/22/10 | R. Frankel | Review dockets and related filings. | 1.20 |
| 07/23/10 | R. Wyron | Review e-mails re insurance settlement issues and respond. | 0.40 |
| 07/23/10 | R. Frankel | Review order re judicial notice (.1); review e-mails re insurer settlement (.2). | 0.30 |
| 07/23/10 | R. Frankel | Review revised drafts of insurance settlement agreement from P. Mahaley. | 2.20 |
| 07/26/10 | R. Wyron | Review e-mails re insurance settlement status and respond (.3); review draft agreement issues and call with insurer counsel re same (.6); review hearing agenda (.3). | 1.20 |
| 07/26/10 | R. Frankel | Review insurer settlement agreement as delivered to insurer party. | 1.60 |
| 07/26/10 | R. Frankel | Review Neurocrete's response to Grace objection to claim. | 0.90 |
| 07/27/10 | R. Wyron | Review insurance settlement issues (.3); confer with R. Frankel and P. Mahaley re same, and follow-up (.5); organize open issues list (.3); call with objector's counsel and follow-up (.4). | 1.50 |
| 07/27/10 | R. Frankel | Telephone conference with J. Radecki re debtor issues, quarterly earnings report; notes re same. | 0.30 |
| 07/28/10 | D. Fullem | Review docket updates. | 0.20 |
| 07/28/10 | D. Felder | Telephone conference with J. Solganick regarding financial information, update and follow-up regarding same. | 0.30 |
| 07/28/10 | R. Wyron | Work on insurance settlement agreement draft (.7); call with objector's counsel and follow-up (.3); confer with R. Frankel re strategy and follow-up (.3). | 1.30 |
| 07/28/10 | R. Frankel | Review Lincoln memo regarding second quarter financials. | 0.50 |
| 07/28/10 | R. Frankel | Confer with R. Wyron regarding conversation with J. Radecki (.3); notes regarding same (.1). | 0.40 |
| 07/28/10 | R. Frankel | Telephone conference with insurer's counsel regarding case, settlement issues. | 0.30 |
| 07/29/10 | R. Wyron | Review issues on latest draft settlement agreement and follow-up (.4); call with P. Mahaley re status, issues and follow-up (.5); review settlement proposal and call to objector's counsel re same (.4). | 1.30 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 6

August 16, 2010  
Invoice No. 1264819

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/30/10 | D. Felder | Review preliminary agenda and e-mail correspondence regarding same (.1); review memorandum regarding second quarter financial update (1.0). | 0.20 |
| 07/30/10 | R. Wyron | Review issues in insurance settlement and organize notes for 8/2 meeting (1.7); review settlement status with insurer and follow-up (.4); review issues with other objectors and follow-up call to counsel (.5). | 2.60 |
| 07/30/10 | R. Frankel | Review agenda for omnibus hearing (.2); telephone conference with T. Freedman re same, e-mails re same (.4). | 0.60 |
| 07/30/10 | R. Frankel | Confer with R. Wyron, P. Mahaley in preparation for meeting with insurer objector (1.4); notes re same (.3). | 1.70 |
| 07/30/10 | R. Frankel | Review draft settlement agreement in preparation for meeting with objectors. | 1.10 |
| 07/30/10 | R. Frankel | Review revised definitional language in settlement agreement from P. Mahaley (.3); notes re same (.1). | 0.40 |

Total Hours 71.50  
Total For Services $61,830.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 10.70 | 645.00 | 6,901.50 |
| Roger Frankel | 25.80 | 985.00 | 25,413.00 |
| Debra O. Fullem | 0.40 | 265.00 | 106.00 |
| Richard H. Wyron | 34.60 | 850.00 | 29,410.00 |
| Total All Timekeepers | 71.50 | $864.76 | $61,830.50 |

Disbursements
| | |
|---|---|
| Express Delivery | 10.69 |
| Local Taxi Expense | 29.76 |
| Other Business Meals | 125.20 |
| Outside Services | 877.08 |
| Telephone | 26.54 |
| Travel Expense, Out of Town | 15.00 |
| Westlaw Research | 778.22 |

Total Disbursements $1,862.49

**Total For This Matter** $63,692.99


ORRICK

| | |
|---|---|
| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367<br>page 7 | August 16, 2010<br>Invoice No. 1264819 |

For Legal Services Rendered Through July 31, 2010 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/12/10 | D. Fullem | Review e-mail and billings from D. Austern for the periods January and May, 2010. | 0.20 |
| 07/13/10 | D. Felder | Review fee auditor's final report regarding Canadian ZAI special counsel. | 0.20 |
| 07/20/10 | D. Fullem | Prepare CNOs for Towers May and Lincoln April and May fee applications; coordinate filing and serving of same. | 0.80 |

Total Hours  1.20
Total For Services  $394.00

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** | |
|---|---|---|---|---|
| Debra Felder | 0.20 | 645.00 | 129.00 | |
| Debra O. Fullem | 1.00 | 265.00 | 265.00 | |
| Total All Timekeepers | 1.20 | $328.33 | $394.00 | |

Disbursements
  Outside Services                              37.76
                     Total Disbursements                          $37.76

**Total For This Matter**                                        **$431.76**


**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 8

August 16, 2010  
Invoice No. 1264819

For Legal Services Rendered Through July 31, 2010 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 07/01/10 | D. Fullem | Review fee/expense summary. | 0.20 |
| 07/01/10 | D. Fullem | Review docket as to fee application status. | 0.10 |
| 07/02/10 | D. Fullem | E-mail to R. Wyron and D. Felder regarding June prebill status. | 0.10 |
| 07/02/10 | D. Fullem | Review June prebill. | 1.40 |
| 07/02/10 | R. Wyron | Review and respond to e-mails re fee applications, and follow-up. | 0.20 |
| 07/06/10 | D. Felder | Continue review of June prebill and follow-up. | 1.00 |
| 07/07/10 | D. Felder | E-mail correspondence with D. Fullem regarding June prebill. | 0.10 |
| 07/08/10 | D. Fullem | Review and respond to follow-up by D. Felder and P. Reyes on June prebill. | 0.20 |
| 07/08/10 | D. Fullem | Review and respond to e-mail from R. Wyron regarding question on June prebill. | 0.20 |
| 07/09/10 | D. Fullem | Review June prebill. | 1.40 |
| 07/14/10 | D. Fullem | Review e-mail from P. Reyes regarding June fees/expenses. | 0.20 |
| 07/15/10 | D. Fullem | Prepare update to fees/expenses chart and circulate to R. Frankel and R. Wyron. | 0.40 |
| 07/16/10 | D. Fullem | Review draft of June fee application from H. Quinn. | 0.50 |
| 07/19/10 | D. Fullem | Review and comment on draft June fee application. | 0.30 |
| 07/19/10 | D. Fullem | Follow-up on meal expense in June invoice. | 0.20 |
| 07/20/10 | D. Fullem | Prepare CNO for Orrick May fee application; coordinate filing and serving of same. | 0.40 |
| 07/23/10 | D. Fullem | Review docket for latest fee application filings/deadlines and objections/CNOs. | 0.20 |
| 07/26/10 | D. Fullem | Confer with R. Wyron regarding June monthly fee application; obtain copy of amended administrative order on compensation; search docket for any further amendments thereto; e-mail to R. Wyron regarding same. | 0.50 |
| 07/26/10 | R. Wyron | Review draft fee application and follow-up on expense items. | 0.60 |
| 07/26/10 | R. Frankel | Confer with R. Wyron re reimbursement issues. | 0.30 |
| 07/27/10 | D. Fullem | Continue work on monthly and quarterly fee applications. | 1.00 |
| 07/29/10 | D. Fullem | Review Westlaw/Lexis charges/reports from S. Sterling; confer with R. Wyron and S. Vucelick regarding same. | 0.80 |
| 07/30/10 | D. Fullem | Finalize June fee application (.7); coordinate filing/serving of same (.3). | 1.00 |


David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 9

August 16, 2010
Invoice No. 1264819

|  | Total Hours | 11.30 |  |
|---|---|---|---|
|  | Total For Services |  | $4,096.50 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Debra Felder | 1.10 | 645.00 | 709.50 |
| Roger Frankel | 0.30 | 985.00 | 295.50 |
| Debra O. Fullem | 9.10 | 265.00 | 2,411.50 |
| Richard H. Wyron | 0.80 | 850.00 | 680.00 |
| Total All Timekeepers | 11.30 | $362.52 | $4,096.50 |

Disbursements
    Document Reproduction     3.10
    Express Delivery     49.14
    Outside Services     44.96
    Total Disbursements     $97.20

**Total For This Matter**     **$4,193.70**

\* \* \* **COMBINED TOTALS** \* \* \*

| Total Hours | 139.00 |  |
|---|---|---|
| Total Fees, all Matters |  | $102,061.00 |
| Total Disbursements, all Matters |  | $2,012.57 |
| Total Amount Due |  | $104,073.57 |