**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### AFFIDAVIT

STATE OF NEW YORK    )
                      ) ss.:
COUNTY OF NEW YORK   )

Joseph J. Radecki, Jr. being duly sworn, deposes and says:

1.      I am a Managing Director of Lincoln Partners Advisors LLC ("Lincoln"),

Financial Advisor to David T. Austern, the Asbestos PI Future Claimants' Representative in the

above captioned case.

2.      During the period of June 1, 2010 through June 30, 2010, no agreement or

understanding in any form or guise existed between Lincoln and any other person for a division

of compensation for services rendered in or in connection with this proceeding, and that no such

division of compensation prohibited by §504 of the Bankruptcy Code will be made by Lincoln,

except with employees of Lincoln.

3.      I hereby state, in accordance with §504 of the Bankruptcy Code, that Lincoln has

not entered into any agreement, express or implied, with any other party in interest, including the

Debtors herein, any creditor or the representative of any of them, or with any attorney for such

party in interest in the proceeding, for the purpose of fixing the amount of any of the fees or

other compensation to be allowed out of or paid from the assets of the estate to any party in interest in the within proceeding for services rendered in connection herewith.

4.      I have reviewed the foregoing application of Lincoln Partners Advisors LLC for compensation and reimbursement of expenses ("Application") for the time period June 1, 2010 through June 30, 2010 and state that the information set forth therein is true and correct to the best of my knowledge, information and belief.


                                        */S/ JOSEPH J. RADECKI, JR.*
                                        Joseph J. Radecki, Jr.


Sworn to and subscribed before me
this 25th day of August, 2010


*/S/ MICHELLE L. ROTH*
Notary Public


My commission expires: April 27, 2013