# EXHIBIT A

**WR Grace**
**June 2010 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Tue 1 | I/C re bulding products markets w/Corum | 1.0 |
| | Review/analysis docket items | 0.7 |
| Wed 2 | Review/analysis docket items | 0.5 |
| thu 3 | Review/analysis docket items | 0.8 |
| Fri 4 | Pension motion analysis | 1.3 |
| | Review/analysis docket items | 0.4 |
| Mon 7 | Pension motion analysis | 2.0 |
| | Review/analysis docket items | 0.2 |
| | Comm w/OHS (Dfe) re omnibus | 0.2 |
| | Comm w/COFC (JS) re pension issues | 0.7 |
| Tue 8 | Pension motion analysis | 0.6 |
| | Review/analysis docket items | 0.5 |
| | Comm w/OHS (RW) re pension | 0.7 |
| Wed 9 | Review/analysis docket items | 0.7 |
| Thu 10 | Grace Pension analysis call | 1.0 |
| | Comm w/OHS (Dfe) re pension | 0.6 |
| | Comm w/COFC (JS) re pension issues | 0.9 |
| Fri 11 | Review/analysis docket items | 0.4 |
| Mon 14 | Comm w/OHS (Dfe) re pension response, hearings | 0.5 |
| | Review/analysis docket items | 0.9 |
| Tue 15 | Review/analysis docket items | 0.3 |
| Wed 16 | Comm w/OHS (Dfe) re pension response | 1.0 |
| | Draft pension response financial | 2.5 |
| | Review/analysis docket items | 0.6 |
| Thu 17 | I/C re pension response | 1.4 |
| | Review/analysis docket items | 0.6 |
| Fri 18 | Comm w/OHS (Dfe) re response letter | 2.0 |
| | Review/analysis docket items | 0.5 |
| Mon 21 | Review/analysis docket items | 0.9 |
| Tue 22 | Comm w/OHS (Dfe) re Aon plan | 0.4 |
| Wed 23 | Review/analysis docket items | 0.2 |
| Thu 24 | Review/analysis docket items | 0.4 |
| | Review/analysis docket items | 0.5 |
| Fri 25 | Review analyze AON briefing | 2.0 |
| | Review/analysis docket items | 0.2 |
| Mon 28 | Review analyze AON briefing | 1.5 |
| | Review/analysis docket items | 0.2 |
| | Comm w/COFC (JS) re pension issues | 0.7 |
| Tue 29 | Comm w/Blackstone (JOC) re pension | 0.3 |
| | Review/analysis docket items | 0.5 |
| Wed 30 | Review/analysis docket items | 0.3 |
| | Review Grace biz articles -June | 1.0 |
| | TOTAL TIME (HRS) | 32.6 |

**WR Grace**
**June 2010 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Tue 1 | Review/analysis docket items | 0.6 |
| Wed 2 | Review/analysis docket items | 0.3 |
| Thu 3 | Review/analysis docket items | 0.4 |
| Fri 4 | Review/analysis docket items | 0.7 |
|  | Review pension motion | 1.0 |
| Mon 7 | Telephonic court hearing | 0.5 |
|  | Review of monthly operating report | 1.0 |
|  | Review/analysis docket items | 0.5 |
| Tue 8 | Review/analysis docket items | 0.5 |
|  | Pension issue analysis | 1.0 |
| Wed 9 | Review/analysis docket items | 0.1 |
| Thu 10 | Conference call re: pension issues | 1.0 |
|  | Review/analysis docket items | 0.4 |
| Mon 14 | Review/analysis docket items | 0.8 |
| Wed 16 | Review/analysis docket items | 0.4 |
|  | Pension issue analysis | 1.2 |
| Fri 18 | Pension issue analysis | 1.0 |
|  | Review/analysis docket items | 0.4 |
| Mon 21 | Review/analysis docket items | 0.3 |
| Tue 22 | Review of retirement plan information | 1.5 |
| Wed 23 | Review/analysis docket items | 0.4 |
| Mon 28 | Review/analysis docket items | 0.7 |
| Wed 30 | Review/analysis docket items | 0.5 |
|  | TOTAL TIME (hrs) | 15.2 |

**WR Grace**
**June 2010 Time - George Coles, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Tue 1 | Review hearing agenda | 0.1 |
| Fri 4 | Review pension motion | 1.5 |
| Fri 4 | Review docket | 1.3 |
| Wed 9 | Review docket | 1.0 |
| Wed 9 | Review monthly operating report | 1.5 |
| Thu 10 | Prep for call | 0.5 |
| Thu 10 | Pension call | 0.5 |
| Mon 14 | Financial analysis | 2.0 |
| Mon 14 | Review docket | 1.0 |
| Tue 15 | Review docket | 1.0 |
| Fri 18 | Financial analysis | 2.0 |
| Wed 23 | Review of retirement plan information | 0.5 |
| Wed 23 | Review docket | 0.5 |
|  | TOTAL TIME (hrs) | 13.4 |

**WR Grace**
**June 2010 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Fri 4 | Review DB plan funding motion | 2.0 |
| Mon 7 | Review monthly report | 3.0 |
| Wed 9 | Review docket | 0.5 |
| Fri 11 | Review docket | 0.5 |
| Tue 15 | Review docket | 0.5 |
| Thu 17 | Review docket | 0.5 |
| Fri 18 | Review docket | 0.5 |
| Mon 21 | Review docket | 0.5 |
| Wed 23 | Review docket | 0.5 |
| Fri 25 | Review docket | 0.5 |
| Mon 28 | Review docket | 0.5 |
| Tue 29 | Review retirement plan design study | 4.0 |
| | TOTAL TIME (hrs) | 13.5 |