# EXHIBIT B

**W.R. Grace**
**Detail of expenses (June 1, 2010 – June 30, 2010)**

<u>Communication</u>
Telephone                                                   $234.20
Express Mail                                                $ 51.69
        **Total Communication:**                              **$ 285.89**

<u>Travel</u>
Airfare                                                    $1,453.20
Car Transportation                                          $818.92
        **Total Travel:**                                     **$2,272.12**


**TOTAL EXPENSES:**                                         **$2,558.01**