# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## FEE DETAIL FOR OGILVY RENAULT LLP'S FORTY-THIRD MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM JULY 1, 2010 THROUGH JULY 31, 2010

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



**OGILVY RENAULT**

| | | |
|---|---|---|
| Client: | W.R. GRACE & CO. | August 18, 2010 |
| RE: | Litigation and litigation consulting | INVOICE: 1012550 |
| Matter No.: | 01016442-0006 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:  Richard Finke
            Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending July 31, 2010

| | |
|---|---|
| FEES | $6,794.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 0.00 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $6,794.00 |

Canadian Funds



Payable upon receipt

Please remit by Bank Transfer to
RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, CANADA
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
IBAN # 003106030000002
including invoice number on transfer order.

OGILVY RENAULT LLP / S.E.N.C.R.L., s.r.l.

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street, P.O. Box 84
Toronto, Ontario  M5J 2Z4
CANADA

T: 416.216.4000
F: 416.216.3930
toronto@ogilvyrenault.com

ogilvyrenault.com



W.R. GRACE & CO.                                                          01016442-0006

RE:  Litigation and litigation consulting

## BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| O. Pasparakis | 2 | $1,520.00 |
| J. Stam | 0.5 | $290.00 |
| A. Glen | 17.8 | $4,984.00 |
| Total | 20.30 | $6,794.00 |

## FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 6/7/10 | Orestes Pasparakis | Following-up on status. | 0.30 | $228.00 |
| 9/7/10 | Adrienne Glen | Reviewing 33rd Report of Information Officer and Order dated February 10, 2010. | 0.50 | $140.00 |
| 12/7/10 | Orestes Pasparakis | Following-up on extension motion. | 0.20 | $152.00 |
| 12/7/10 | Adrienne Glen | Drafting motion materials (Notice of Motion, Order and 34th Report of Information Officer). | 2.50 | $700.00 |
| 13/7/10 | Adrienne Glen | Corresponding with Commercial List regarding booking of hearing time before Justice Morawetz on August 12, 2010 (0.20); corresponding with certain counsel on the service list (0.10); drafting Notice of Motion, order and 34th Report of Information Officer (2.00). | 2.30 | $644.00 |
| 13/7/10 | Orestes Pasparakis | Following-up with U.S. counsel. | 0.30 | $228.00 |
| 15/7/10 | Adrienne Glen | Revising 34th Report of Information Officer, Notice of Motion and draft Order. | 1.50 | $420.00 |
| 16/7/10 | Orestes Pasparakis | Following-up on costs award. | 0.30 | $228.00 |
| 19/7/10 | Orestes Pasparakis | Addressing issues relating to 34th Report of Information Officer (0.30); providing advice and directions (0.30). | 0.60 | $456.00 |
| 19/7/10 | Adrienne Glen | Participating in discussion with O. Pasparakis regarding status of proceedings in Canada and U.S. (0.20); revising report and Notice of Motion (2.30). | 2.50 | $700.00 |

INVOICE: 1012550



**W.R. GRACE & CO.**                                                    01016442-0006

RE:  **Litigation and litigation consulting**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 20/7/10 | Adrienne Glen | Participating in discussion with O. Pasparakis regarding 34th Report of Information Officer (0.30); revising report accordingly (1.80); forwarding report to J. Baer for comments (0.10); reviewing comments from J. Baer (0.50). | 2.70 | $756.00 |
| 21/7/10 | Adrienne Glen | Revising 34th Report of Information Officer based on comments from J. Baer and R. Finke. | 2.00 | $560.00 |
| 22/7/10 | Adrienne Glen | Revising 34th Report of Information Officer based on comments from O. Pasparakis and J. Stam. | 1.00 | $280.00 |
| 23/7/10 | Orestes Pasparakis | Following-up on 34th Report of Information Officer. | 0.30 | $228.00 |
| 23/7/10 | Adrienne Glen | Revising 34th Report of Information Officer (0.20); circulating same to J. Baer and R. Finke (0.10). | 0.30 | $84.00 |
| 23/7/10 | Jennifer Stam | Reviewing draft 34th Report of Information Officer. | 0.30 | $174.00 |
| 26/7/10 | Jennifer Stam | Reviewing stay extension documents. | 0.20 | $116.00 |
| 26/7/10 | Adrienne Glen | Revising 34th Report of Information Officer based on further comments received from J. Baer (0.90); preparing and sending report for execution (0.10); revising Notice of Motion (1.50). | 2.50 | $700.00 |
| | | **TOTAL FEES** | | **$6,794.00** |

INVOICE: 1012550



**OGILVY RENAULT**

| | | |
|---|---|---|
| Client: | W.R. GRACE & CO. | August 18, 2010 |
| RE: | Fee Applications, Applicant | INVOICE: 1012553 |
| Matter No.: | 01016442-0008 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:    Richard Finke
Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending July 31, 2010

| | |
|---|---|
| FEES | $465.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 30.67 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $495.67 |



Payable upon receipt

Please remit by Bank Transfer to
RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, CANADA
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
IBAN # 003106030000002
including invoice number on transfer order.

OGILVY RENAULT LLP / S.E.N.C.R.L., s.r.l.

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street, P.O. Box 84
Toronto, Ontario  M5J 2Z4
CANADA

T: 416.216.4000
F: 416.216.3930
toronto@ogilvyrenault.com

ogilvyrenault.com



**W.R. GRACE & CO.**                                                              01016442-0008

RE:  **Fee Applications, Applicant**

---

### BILLING SUMMARY

|              |       | Hours | Amount    |
|--------------|-------|-------|-----------|
| T. Walsh     |       | 0.2   | $115.00   |
| K. Legree    |       | 2     | $350.00   |
|              | Total | 2.20  | $465.00   |

### FEE DETAIL

| Date    | Timekeeper    | Description                                                                                                                          | Hours | Amount   |
|---------|---------------|-------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 5/7/10  | Katie Legree  | Preparing and revising 41st Monthly Fee Application (1.30); forwarding same to R. Finke for review (0.10).                           | 1.40  | $245.00  |
| 6/7/10  | Teresa Walsh  | Reviewing and swearing 41st Monthly Fee Application.                                                                                 | 0.20  | $115.00  |
| 7/7/10  | Katie Legree  | Finalizing 41st Monthly Fee Application (0.10); forwarding same to P. Cuniff for service and filing (0.10); forwarding same to fee auditor (0.10). | 0.30  | $52.50   |
| 16/7/10 | Katie Legree  | Reviewing June Proformas.                                                                                                            | 0.30  | $52.50   |
|         |               | **TOTAL FEES**                                                                                                                      |       | **$465.00** |

---

### DISBURSEMENTS - NON TAXABLE

| Courier service | 30.67 |
|-----------------|-------|
|                 | $30.67 |

INVOICE: 1012553



W.R. GRACE & CO.                                                                01016442-0008

RE:   Fee Applications, Applicant

**DISBURSEMENT DETAIL - NON TAXABLE**

| Date | Timekeeper | Description | Amount |
|------|-----------|-------------|--------|
| 9/7/10 | Derrick C. Tay | Courier service FedEx shipment #435904189698 FROM TORONTO, ON, CA. To: PATRICIA CUNIFF,PACHULSKI STANG ZIEHL & JONES, WILMINGTON, DE, US. ON 09-07-2010, GST: 0.00, QST: 0.00 | 30.67 |
| | | TOTAL | $30.67 |

INVOICE: 1012553