**Warren H. Smith & Associates, P.C.**

325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


September 03, 2010

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #10098


Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/2/2010 JAW | detailed review of Kirkland & Ellis March 2010 fee application (4.0); prepare summary of same (0.40) | | 4.40 | 671.00 |
| | AL | Update database with Morris' June fee application (hard copy) (.2); Ferry's June fee application (hard copy) (.2); Bilzin's June electronic detail (.1); Alan Rich's July fee application (electronic pdf only) (.1); K&E's June electronic detail (pdf only) (.1) | 0.70 | 31.50 |
| 8/3/2010 BSR | Draft initial report re Caplin & Drysdale for the 36th interim period | | 0.40 | 106.00 |
| | BSR | detailed review of Bilzin Sumberg's 36th interim fee application (including monthly fee applications) | 0.30 | 79.50 |
| | BSR | Draft initial report re Bilzin Sumberg's 36th interim fee application | 0.30 | 79.50 |
| | MW | Draft monthly invoice of WHSA for July 2010 (1.2); send same to J. Wehrmann for preliminary review (.1); revise per J. Wehrmann's comments (.3). | 1.60 | 224.00 |
| | BSR | telephone conference with Anthony Lopez re K&E Jan. 2010 monthly fee application (not yet received) | 0.10 | 26.50 |
| | BSR | detailed review of K&E's Feb. 2010 monthly fee application | 0.40 | 106.00 |
| | BSR | Draft initial report re Caplin & Drysdale for the 36th interim period | 0.20 | 53.00 |
| | BSR | detailed review of Caplin & Drysdale's 36th interim fee application, including monthly fee applications | 0.70 | 185.50 |
| | AL | Draft email to Kaye Scholer requesting editable electronic detail for the months of May and June (.1) | 0.10 | 4.50 |

W.R. Grace & Co. Page 2

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 8/3/2010 | AL | Telephone conference with B. Ruhlander re K&E's January fee application | 0.10 | 4.50 |
| | AL | Update database with Reed's June fee application (hard copy) (.2); Pachulski's April fee application (hard copy) (.2); Pitney's June fee application (hard copy) (.2); Baer's 6Q interim fee application (hard copy) (.2); Kay Scholer's May (.1) and June (.1) fee application (pdf version only); Orrick's June fee application (full electronic version) (.1) | 1.10 | 49.50 |
| 8/4/2010 | BSR | Draft e-mail to Anthony Lopez re applications which need to be printed (.3); draft emails to various applicants requesting missing applications for the 36th interim period (.5) | 0.80 | 212.00 |
| | BSR | research server and files for applications not yet received (36th int) | 1.20 | 318.00 |
| | BSR | Draft e-mails to Caplin & Drysdale and Bilzin Sumberg concerning their initial reports | 0.20 | 53.00 |
| | AL | Update database with Scholer's May (.2) and June (.2) fee applications (hard copies) | 0.40 | 18.00 |
| | AL | Receive, review and finalize the IR of Caplin's 36 Q (.3); draft email to B. Ruhlander re same (.1) | 0.40 | 18.00 |
| | DTW | Review and revise 36th interim initial reports for Caplin and Bilzin (.2). | 0.20 | 33.00 |
| 8/5/2010 | JAW | Proofread WHSA's July 2010 fee detail and notice (0.20); e-mail to M. White re: any revisions needed to same (0.10) | 0.30 | 45.75 |
| | AL | Assist M. White with WHSA's 37th Interim Fee Application | 0.50 | 22.50 |
| | AL | Update database with Steptoe's May fee application (hard copy) (.2); Bilzin's June fee application (hard copy) (.2) | 0.40 | 18.00 |
| | BSR | Conference with James Wehrmann re review of K&E Jan 2010 and Stroock fee applications (36th) | 0.10 | 26.50 |
| 8/6/2010 | JAW | detailed review of Kirkland & Ellis January 2010 fee applicaiton (3.20); prepare summary of same (2.20) | 5.40 | 823.50 |
| | JAW | detailed review of Stroock January 1, 2010 - March 31, 2010 interim fee applicaiton (3.10) | 3.10 | 472.75 |
| | AL | Update database with Kramer's June fee application (hard copy) (.2); Blackstone's June fee application (hard copy) (.2); Ogilvy's June electronic detail (.1); K&E's June fee application (hard copy) (.2) | 0.70 | 31.50 |
| | AL | Electronic filing with court of WHSA's July fee application | 0.50 | 22.50 |
| 8/9/2010 | AL | Update database with BMC's January (.1) February (.1) and March (.1) electronic pdf only; Pachulski's May electronic detail (pdf) (.1); K&E January summary (.1) Caplin's June fee application (hard copy) (.2); Austern's January through March interim fee application (hard copy) (.2); Austern's | 2.40 | 108.00 |

W.R. Grace & Co.       Page 3

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| | | April through June fee application (hard copy) (.2) Steptoe's January through march interim fee application (hard copy) (.2); Charter's June fee application (hard copy) (.2); AKO's June fee application (hard copy) (.2); Campbell's June fee application (hard copy) (.2) Tower's January through March interim fee application (hard copy) (.2)Ogilvy's June fee application (hard copy) (.1); Pitney's April through June fee application (hard copy) (.2) | | |
| 8/9/2010 | JAW | Draft summary of Stroock Janaury 1, 2010 - March 31, 2010 interim fee application (1.0) | 1.00 | 152.50 |
| 8/10/2010 | AL | Receive, review and finalize the IR of Morris' 3Q (.2); draft email to A. Parnell re same (.1); BKD's 3Q IR (.3); draft email to A. Parnell re same (.1) | 0.70 | 31.50 |
| | AL | Update database with Kramer's June electronic detail (.1); BMC's January (.2) February (.2) and March (.2) fee applications (hard copies); BMC's January through March Interim fee application (hard copy) (.2); BMC's 36Q electronic detail (.1); Ogilvy's 37Q electronic detail (.1) | 1.10 | 49.50 |
| | BSR | telephone conference with Jennifer Garner re files to be reviewed for 36th interim period (.1); designate files for Jennifer Garner to review (.2) | 0.30 | 79.50 |
| | BSR | Receive and review fee summaries for 36th interim period prepared by James Wehrmann | 0.10 | 26.50 |
| 8/11/2010 | BSR | Draft initial report re Orrick Herrington & Sutcliffe for the 36th interim period | 0.80 | 212.00 |
| | JPG | Detailed review of 36th interim fee application of Anderson Kill & Olick. | 0.80 | 144.00 |
| | JPG | Detailed review of 36th interim fee application of Beveridge & Diamond. | 0.40 | 72.00 |
| | JPG | Detailed review of 36th interim fee application of Campbell & Levine. | 0.70 | 126.00 |
| | JPG | Detailed review of 36th interim fee applicaiton of Casner & Edwards. | 0.60 | 108.00 |
| | JPG | Detailed review of 36th interim fee application of Charter Oak. | 0.30 | 54.00 |
| | JPG | Detailed review of 36th interim fee application of Ferry, Joseph & Pearce. | 0.80 | 144.00 |
| | JPG | Detailed review of 36th interim fee application of Foley Hoag. | 0.40 | 72.00 |
| | BSR | detailed review of Judge Sanders' 36th interim fee application and monthly fee applications | 0.30 | 79.50 |
| | BSR | detailed review of Orrick's 36th interim fee application and monthly fee applications (1.2); review and edit fee summaries for inclusion in initial report (.6) | 1.80 | 477.00 |
| | BSR | receive, review, and respond to email from Jennifer Garner re AKO 36th interim fee application | 0.10 | 26.50 |

W.R. Grace & Co.  Page 4

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 8/11/2010 | BSR | detailed review of Alan Rich's 36th interim application and monthly applications for same | 0.40 | 106.00 |
| | BSR | Conference with Jennifer Garner re files to be reviewed for 36th interim period | 0.30 | 79.50 |
| | AL | Update database with Casner's June fee application (electronic pdf only) (.1); Pachulski's full electronic detail for the months of March (.1) April (.1) and May (.1); Casner's June fee application (hard copy) (.2); Orrick's January (.1) and February (.1) summaries | 0.80 | 36.00 |
| | AL | Research PACER re Proviti's (.6) and Reed's (.5) 23Q docket numbers and compare against 23Q fee order | 1.10 | 49.50 |
| 8/12/2010 | JPG | Detailed review of 36th interim fee application of Kramer Levin Naftalis. | 0.60 | 108.00 |
| | JPG | Detailed review of 36th interim fee application of Venable LLP. | 0.90 | 162.00 |
| | JPG | Detailed review of 36th interim fee application of Saul Ewing. | 1.00 | 180.00 |
| | JPG | Detailed review of 36th interim fee application of Reed Smith. | 0.50 | 90.00 |
| | JPG | Detailed review of 36th interim fee application of Ogilvy Renault. | 0.60 | 108.00 |
| | JPG | Detailed review of 36th interim fee application of Legal Analysis Systems. | 0.10 | 18.00 |
| | JPG | Draft Omnibus Final Report. | 0.90 | 162.00 |
| | BSR | Draft e-mail to Foley Hoag re expense issue in 36th interim fee application | 0.10 | 26.50 |
| | AL | Receive, review and finalize the IR of Orrick's 36Q (.2); draft email to B. Ruhlander re same (.1) | 0.30 | 13.50 |
| | AL | Update database with Baer's January summary (.1); Hogan's 37Q electronic detail (.1); Scarefone 37Q electronic detail (.1); Lauzon's 37Q electronic detail (.1) | 0.40 | 18.00 |
| | AL | Update database with Foley's 37Q fee application (electronic copy) | 0.10 | 4.50 |
| | DTW | Review and revise 36th interim initial report for Orrick (.1). | 0.10 | 16.50 |
| | BSR | Draft e-mail to Orrick re initial report (36Q) | 0.10 | 26.50 |
| | BSR | receive, review, and respond to email from Jennifer Garner re Kramer Levin 36th interim | 0.20 | 53.00 |
| | BSR | detailed review of Pachulski's 36th interim fee application and monthly fee applications (.7); draft email to Jamie O'Neill re same (.1) | 0.80 | 212.00 |
| | BSR | detailed review of Janet Baer PC's Feb. 2010 monthly fee application | 0.80 | 212.00 |

W.R. Grace & Co. Page 5

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 8/12/2010 | BSR | telephone conference with Jennifer Garner re issues with Reed Smith's 36th interim fee application and review and respond to email from Jennifer Garner re same | 0.10 | 26.50 |
| | BSR | receive, review, and respond to email from Jennifer Garner re Saul Ewing 36th interim fee application | 0.10 | 26.50 |
| | BSR | detailed review of Janet Baer PC's Jan. 2010 monthly fee application (and fee summary re same), as well as March 2010 monthly fee application and 36th interim fee application | 1.10 | 291.50 |
| | BSR | Draft initial report re Janet Baer PC for the 36th interim period | 1.20 | 318.00 |
| | BSR | detailed review of Stroock's 36th interim fee application and monthly fee applications, along with fee summary re same | 0.60 | 159.00 |
| | BSR | detailed review of Blackstone's 36th interim fee application and monthly fee applications | 0.40 | 106.00 |
| 8/13/2010 | DTW | Review and revise Baer initial report for the 36th interim period (.1) | 0.10 | 16.50 |
| | AL | Research PACER re 34th interim filed final reports and 34th interim fee order. Begin draft of 34th interim summaries | 3.00 | 135.00 |
| | AL | Update database with PWC's January summary | 0.20 | 9.00 |
| | BSR | Draft initial report re K&E's 36th interim fee application | 1.70 | 450.50 |
| | BSR | detailed review of PwC's 36th interim fee application, as well as monthly fee applications and fee summaries re same | 1.40 | 371.00 |
| | BSR | detailed review of K&E's 36th interim fee application and January and March 2010 monthly fee applications, along with fee summaries re same (2.1); edit fee summaries for inclusion in initial report (1.2) | 3.30 | 874.50 |
| | BSR | Draft e-mail to Saul Ewing re initial report (36Q) | 0.10 | 26.50 |
| | BSR | Receive and review draft initial report re Saul Ewing for the 36th interim period | 0.40 | 106.00 |
| | AL | Update database with Charter's 37Q electronic detail (.1); LAS' 37Q electronic detail (.1); Caplin's 37Q electronic detail (.1); AKO's 37Q electronic detail (.1); Campbell's 37Q electronic detail (.1) | 0.50 | 22.50 |
| | AL | Receive, review and finalize IR of Ewing's 36Q (.3); draft email to B. Ruhlande re same (.1) | 0.40 | 18.00 |
| | AL | Update database with Reed's April through June Interim fee application (hard copy) | 0.20 | 9.00 |

W.R. Grace & Co.                                                                                                             Page    6

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/13/2010 | AL | Receive, review and finalize the IR of Baer's 36Q (.2); draft email to B. Ruhlander re same (.1) | 0.30 | 13.50 |
|  | JPG | Draft initial report of 36th interim fee application of Saul Ewing. | 0.60 | 108.00 |
| 8/14/2010 | AL | Receive, review and finalize IR of K&E's 36 Q (.3); draft email to B. Ruhlander re same (.1) | 0.40 | 18.00 |
|  | DTW | Review and revise 36th interim initial report for K&E (.1). | 0.10 | 16.50 |
| 8/15/2010 | MW | Conference with B. Ruhlander re initial report of Kirkland & Ellis (.2) | 0.20 | 28.00 |
| 8/16/2010 | JAW | detailed review of Kirkland & Ellis April 2010 fee application (3.50); draft summary of same (0.30) | 3.80 | 579.50 |
|  | BSR | detailed review of The Hogan Firm's monthly fee application for Dec. 2009 through March 2010 (.5); draft email to Dan Hogan re same (.2) | 0.70 | 185.50 |
|  | BSR | Draft final report re PwC for the 36th interim period | 1.00 | 265.00 |
|  | AL | Update database with Bilzin's 37th Q electronic detail (.2); PWC's June electronic pdf only (.1); PWC's 37th Q electronic detail (.1); Ewing's 37th Q pdf electronic detail (.1) | 0.50 | 22.50 |
| 8/17/2010 | BSR | Draft initial report re Lauzon Belanger for the 36th interim period | 0.50 | 132.50 |
|  | BSR | detailed review of Lauzon Belanger's monthly application for the period of Dec. 2009 through March 2010 (.2) and quarterly application for the 36th interim period (.2) | 0.40 | 106.00 |
|  | BSR | Draft initial report re Scarfone Hawkins for the 36th interim period | 1.00 | 265.00 |
|  | DTW | Review and revise 36th interim initial report for PwC (.1); same re Scarfone Hawkins (.1); | 0.20 | 33.00 |
|  | BSR | Draft e-mail to PwC's counsel re initial report for PwC's 36th interim fee application | 0.10 | 26.50 |
|  | BSR | detailed review of Scarfone Hawkins' quarterly application for the 36th interim period, as well as monthly application covering Dec. 2009 through March 2010 | 0.90 | 238.50 |
|  | BSR | Receive and review revised invoice for Dec. 2009 through March 2010 from The Hogan Firm (.1); draft email to The Hogan Firm re same (.1) | 0.20 | 53.00 |
|  | AL | Receive and Finalize IR to PWC for the 36th interim period (.2); email B. Ruhlander and D. Williams re same (.1); update database with same (.1) | 0.40 | 18.00 |
|  | AL | Receive and Finalize IR to Scarfone for the 36th interim period (.2); email B. Ruhlander and D. Williams re same (.1); update database with same (.1) | 0.40 | 18.00 |

W.R. Grace & Co. Page 7

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 8/17/2010 | AL | Update database with K&E's April Summary (.1); Beveridge's June electronic detail (pdf only) (.1); PWC's 37Q electronic detail (.1); Stroock's 37Q electronic detail (.1); Reed's 37Q fee application (hard copy) (.2); Foley's 37Q fee application (hard copy) (.2); Campbell's 37Q fee application (hard copy) (.2); Charter's 37Q fee application (hard copy) (.2); AKO's 37Q fee application (hard copy) (.2); Caplin's 37Q fee application (hard copy) (.2); Kramer's 37Q fee application (hard copy) (.2); Beveridge's June fee application (hard copy) (.2); Baer's 36Q IR response (.1) | 2.10 | 94.50 |
| 8/18/2010 | BSR | Draft e-mail to The Hogan Firm re Lauzon Belanger initial report (36Q) | 0.10 | 26.50 |
| | AL | Receive and Finalize IR to Lauzon's for the 36th interim period (.2); email B. Ruhlander and D. Williams re same (.1); update database with same (.1) | 0.40 | 18.00 |
| | AL | Update database with Stroock's April through June interim fee application (hard copy) (.2); Ewing's July electronic detail (.1) | 0.30 | 13.50 |
| 8/19/2010 | AL | Update database with Morris' July fee application (hard copy) (.1); E&Y's May - June fee application (hard copy) (.2); Morris' 37Q fee application (hard copy) (.2); Ewing's July fee application (hard copy) (.1); Bilzin's 37Q fee application (hard copy) (.2); PWC's fee application (hard copy) (.2); Ferry's 37Q fee application (hard copy) (.2) | 1.20 | 54.00 |
| 8/21/2010 | BSR | detailed review of Steptoe's 36th interim fee application and monthly fee applications | 0.20 | 53.00 |
| | BSR | detailed review of David Austern's 36th interim fee application and monthly fee application (.1); email to Debra Fullem inquiring as to David Austern's monthlies and quarterlies for the 35th interim period (.1) | 0.20 | 53.00 |
| | BSR | detailed review of Towers' 36th interim fee application and Jan. 2010 monthly fee application; email to Debra Fullem inquiring as to fee detail for same | 0.10 | 26.50 |
| | BSR | research quarterly applications for William Sullivan | 0.10 | 26.50 |
| | BSR | research quarterly applications (36Q) received. | 0.50 | 132.50 |
| | BSR | detailed review of PwC's Control Optimization Project (March 2010) fee application (.2); draft email to Kathleen Miller with questions re same (.2) | 0.40 | 106.00 |
| | BSR | detailed review of Lincoln Partners' 36th interim fee application and monthly fee application (.2); draft email to Debra Fullem re same (.1) | 0.30 | 79.50 |
| | BSR | detailed review of Holme Roberts & Owen's 36th interim fee application and monthly fee applications | 1.00 | 265.00 |
| | BSR | detailed review of Nelson Mullins' 34th interim fee application (.1); research 35th and 36th interim fee applications (.1) | 0.20 | 53.00 |

W.R. Grace & Co.                                                                                                                Page    8

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 8/21/2010 | BSR | detailed review of BMC's 36th interim fee application and monthly fee applications | 0.90 | 238.50 |
|  | BSR | research docket for case status and to compile docket information needed to prepare the fee and expense exhibit to the proposed fee order for the 36th interim period | 0.40 | 106.00 |
| 8/23/2010 | BSR | research files to determine if responses received to initial reports; draft follow-up emails to Bilzlin, Caplin, and Pachulski | 0.30 | 79.50 |
|  | BSR | Receive and review Saul Ewing's response to initial report for the 36th interim period and send email to Jennifer Garner re same | 0.10 | 26.50 |
|  | BSR | Draft final report re Saul Ewing for the 36th interim period | 0.80 | 212.00 |
|  | BSR | Receive and review Orrick's response to initial report (36Q) | 0.10 | 26.50 |
|  | BSR | Draft final report re Orrick Herrington & Sutcliffe for the 36th interim period | 1.00 | 265.00 |
|  | BSR | Draft final report re The Hogan Firm for the 36th interim period | 0.50 | 132.50 |
|  | BSR | Draft omnibus final report for the 36th interim period | 1.40 | 371.00 |
|  | JPG | detailed review of response of Saul Ewing to 36th interim initial report and email to B. Ruhlander regarding same. | 0.20 | 36.00 |
|  | AL | Electronic filing with the court of Orrick's 36Q FR (.3); email B. Ruhlander re same (.1); update database with same (.1) | 0.50 | 22.50 |
|  | AL | Update database with Austern's January (.1) May (.1) 36th interim (.1) and 37th interim (.2) electronic detail; Tower's 36th interim electronic detail (.2); Capstone's 37Q electronic detail (.1); Capstone's 37Q fee application (hard copy) (.2); Foley Hoag's 36Q IR response (.1); Ewing's 36Q FR (.1); Orrick's 36Q IR response (.1); PWC's April - June interim fee application (hard copy) (.2); Orrick's 36Q FR (.1) | 1.60 | 72.00 |
| 8/24/2010 | BSR | Receive and review response of Bilzin Sumberg to initial report (36Q) (.1) and add Bilzin Sumberg to the omnibus final report for the 36th interim period (.1) | 0.20 | 53.00 |
|  | BSR | Receive and review email from Jamie O'Neill re questioned expense on 36th interim fee application; add Pachulski to omnibus final report for the 36th interim period | 0.10 | 26.50 |
|  | BSR | Receive and review response of Lincoln Partners to an expense inquiry we raised concerning their 36th interim fee application (.1); revise omnibus final report so as to include Lincoln Partners (.1) | 0.20 | 53.00 |
|  | AL | Electronic filing with the court of Hogan's 36Q FR (.3); email B. Ruhlander re same (.1); update database with same (.1) | 0.50 | 22.50 |

W.R. Grace & Co.                                                                                                       Page    9

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 8/24/2010 | AL | Update database with Hogan's 36Q FR (.1); Omnibus' 36Q FR (.2); Lincon's 36Q IR response (.1); Bilzin's 36Q IR response (.1) | 0.50 | 22.50 |
| 8/26/2010 | MW | Draft CNO for July 2010 fee application of WHSA (.3). | 0.30 | 42.00 |
| | AL | Update database with Ewing's 37Q fee application (hard copy) (.2); K&E's 36Q IR Response (.1); Ewing's full 37Q electronic detail (.1) | 0.40 | 18.00 |
| | BSR | Draft final report re K&E for the 36th interim period | 1.50 | 397.50 |
| 8/27/2010 | AL | Update database with Deloitte (Tax) November(.2) December (.1) January (.1) February (.1) March (.2) April (.2) and May (.1) fee applications (pdf versions only) | 1.00 | 45.00 |
| | AL | Electronic filing with court of WHSA's July CNO | 0.40 | 18.00 |
| | BSR | Draft final report re Janet Baer P.C. for the 36th interim period | 0.50 | 132.50 |
| | BSR | Receive and review K&E response to initial report (36Q) (.2); draft email to Holly Bull requesting more information (.3) | 0.50 | 132.50 |
| | BSR | Draft fee chart for proposed fee order (36th interim) (1.0); draft email instructions to Melanie White and Anthony Lopez for completion of same (.3) | 1.30 | 344.50 |
| 8/30/2010 | BSR | receive, review, and respond to email from Anthony Lopez re Deloitte Tax monthlies for Dec. 2009 through March 2010 | 0.10 | 26.50 |
| | BSR | Receive and review response of Lauzon Belanger to initial report for the 36th linterim period (.1); add Lauzon Belanger to omnibus final report for the 36th interim period (.2) | 0.30 | 79.50 |
| | BSR | Draft e-mail to The Hogan Firm re Scarfone Hawkins final report (36Q) | 0.10 | 26.50 |
| | BSR | Draft final report re Scarfone Hawkins for the 36th interim period | 0.70 | 185.50 |
| | BSR | Receive and review response of Scarfone Hawkins to initial report (36Q) | 0.10 | 26.50 |
| | BSR | Draft e-mail to Janet Baer re final report for Janet Baer PC (36Q) | 0.10 | 26.50 |
| | MW | Draft 36th interim category spreadsheet for 9 applicants (1.5) | 1.50 | 210.00 |
| | AL | Telephone conference with B. Ruhlander Deloitte Tax 35th - 37th interim period | 0.10 | 4.50 |
| | AL | Draft email to B. Ruhlander re Deloitte Tax 35th - 37th interim period | 0.10 | 4.50 |
| | AL | Electronic filing with the court of Baer's 36Q FR (.3); email B. Ruhlander re same (.1); update database with same (.1); receive and finalize final report of Scarfone for 36th interim (.2); electronic filing with court re same (.3); update database with final version of same (.1) | 1.10 | 49.50 |

W.R. Grace & Co.                                                                                          Page     10

|            |     |                                                                                                                                                                                                                                                                                                              | Hours  | Amount      |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------|-------------|
| 8/30/2010  | AL  | Update database with Baer's 36Q FR (.1); Update database with Deloitte (Tax) November (.2) December (.1) January (.2) February (.2) March (.2) April (.1) and May (.2) fee applications (hard copies only); Scarfone;s 36Q IR response (.1); Lauzon's 36Q IR response (.1); Scarfone's 36Q FR (.1); Ferry's July electronic detail (.1); Kramer's July electronic detail (.1) | 1.80   | 81.00       |
| 8/31/2010  | AL  | Research all fee applications filed for January through March 2010 as well as all final reports and recommendations for use in proposed order exhibit                                                                                                                                                                          | 2.00   | 90.00       |
|            | AL  | Update database with PWC's 36Q IR response (.1); Reed's July electronic detail (.1); Baer's July fee application (hard copy) (.2); Stroock's July fee application (hard copy) (.2); Kramer's July fee application (hard copy) (.2); C&D's 36Q IR response (.1); C&D's 36Q FR (.2)                                                | 1.10   | 49.50       |
|            | BSR | Receive and review PwC's response to initial report (36Q)                                                                                                                                                                                                                                                                      | 0.10   | 26.50       |
|            | BSR | Draft omnibus final report for the 36th interim period                                                                                                                                                                                                                                                                         | 0.30   | 79.50       |
|            | BSR | Receive and review response of Caplin & Drysdale to initial report (36Q) and check against time entries in Dec. 2009 monthly fee application                                                                                                                                                                                    | 0.30   | 79.50       |
|            | BSR | Draft final report re Caplin & Drysdale for the 36th interim period                                                                                                                                                                                                                                                            | 0.50   | 132.50      |
|            | BSR | Receive and review revised draft of fee order exhibit with recommendations and make further revisions                                                                                                                                                                                                                          | 1.80   | 477.00      |
|            | AL  | Update database with Scarfone (.1) Hogan firm (.1) and Lauzone (.1) July electronic detail                                                                                                                                                                                                                                     | 0.30   | 13.50       |
|            | AL  | Research PACER for project category spreadsheets for BMC and Capstone                                                                                                                                                                                                                                                          | 0.50   | 22.50       |
|            | MW  | Draft Proposed Order for 36th interim applicants in preparation for 9/13 hearing including spreadsheet containing all docket numbers, recommended fees and expenses (3.6); confer with B. Ruhlander re revision to same (.1); revise per BSR comments (.2); finish drafting 36th interim category spreadsheet for all applicants (3.5). | 7.40   | 1,036.00    |
|            |     | **For professional services rendered**                                                                                                                                                                                                                                                                                         | **116.40** | **$19,097.00** |

Additional Charges :

| 8/30/2010 Copying cost                    | 48.10  |
|-------------------------------------------|--------|
| Third party copies & document prep/setup. | 212.54 |
| PACER Charges                             | 21.44  |
| PACER Charges                             | 19.92  |

W.R. Grace & Co. Page 11

|  | Amount |
|---|---|
| **Total additional charges** | **$302.00** |
| **Total amount of this bill** | **$19,399.00** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Anthony Lopez | 34.00 | 45.00 | $1,530.00 |
| Bobbi S. Ruhlander | 43.30 | 265.00 | $11,474.50 |
| Doreen Williams | 0.70 | 165.00 | $115.50 |
| James A. Wehrmann | 18.00 | 152.50 | $2,745.00 |
| Jennifer Garner | 9.40 | 180.00 | $1,692.00 |
| Melanie White | 11.00 | 140.00 | $1,540.00 |