IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 25219** |

**CERTIFICATION OF NO OBJECTION REGARDING
THE THIRTY-SEVENTH INTERIM APPLICATION OF LEGAL ANALYSIS
SYSTEMS, INC., FOR COMPENSATION OF SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS ASBESTOS-RELATED BODILY
INJURY CONSULTANT TO THE OFFICIAL COMMITTEE OF PERSONAL
INJURY CLAIMANTS OF W.R. GRACE & CO., *et al.* FOR THE PERIOD OF
APRIL 1, 2010 THROUGH JUNE 30, 2010 (DOCKET NO. 25219)**

I, Kathleen Campbell Davis, of Campbell & Levine, LLC, hereby certify the following:

1. Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"), Legal Analysis Systems, Inc., submitted on August 13, 2010 a Thirty-Seventh interim application ("Application") [Docket No. 25219] for services rendered and reimbursement of expenses incurred as asbestos-related bodily injury consultant to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

2. Objections to the Application were to be filed and served on or before September 2, 2010. No objections to the Application have been received by the

{D0185977.1 }

undersigned. Moreover, the Court's docket reflects that no objections to the Application were filed.

                          LEGAL ANALYSIS SYSTEMS, INC

                          Mark A. Peterson
970 Calle Arroyo
Thousand Oaks, CA  91360

Asbestos-Related Bodily Injury Consultant
for the Official Committee of Asbestos

- and -

CAMPBELL & LEVINE, LLC

*/s/Kathleen Campbell Davis*
Kathleen Campbell Davis (I.D. #4229)
800 North King Street
Suite 300
Wilmington, DE  19899
kdavis@camlev.com
(302) 426-1900

Counsel for the Official Committee
of Asbestos Personal Injury Claimants

Dated: September 8, 2010