IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br><br>Jointly Administered |

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION TO THE THIRTY-THIRD QUARTERLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2010 THROUGH JUNE 30, 2010 [RE: DOCKET NO. 25227]**

The undersigned hereby certifies that as of the date hereof, she has received no formal answer, objection or any other responsive pleading to the Thirty-Third Quarterly Fee Monthly Application (the "Application") for Compensation of Kramer Levin Naftalis & Frankel LLP, counsel to the Official Committee of Equity Holders, filed on August 16, 2010 [Docket No. 25227]. The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections were to be filed and served no later than 4:00 p.m. on September 7, 2010.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 31 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for

Krls/Wilm 57817v1

Professionals and Official Committee Members (the "Order") dated May 3, 2001, the Debtors are authorized to pay Kramer Levin Naftalis & Frankel LLP $11,263.20 which represents 80% of the fees ($14,079.00) and $650.36 which represents 100% of the expenses, requested in the Application for the period April 1, 2010 through June 30, 2010, upon the filing of this Certification and without the need for entry of a Court order approving the Application.

        **SAUL EWING LLP**

        By:   /s/ Teresa K.D. Currier
        Teresa K. D. Currier (No. 3080)
        222 Delaware Avenue
        P.O. Box 1266
        Wilmington, DE 19899
        (302) 421-6800

        -and-

        KRAMER LEVIN NAFTALIS & FRANKEL LLP
        Philip Bentley, Esquire
        Douglas H. Mannal, Esquire
        1177 Avenue of the Americas
        New York, New York 10036
        (212) 715-9100

        Counsel to the Official Committee
        of Equity Security Holders

Dated: September 9, 2010