# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-01139 (JKF) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) Re: Docket No. 24702 |

**CERTIFICATION OF COUNSEL REGARDING THE FIRST
QUARTERLY APPLICATION FOR COMPENSATION
OF THE HOGAN FIRM [DOCKET NO. 24702] FOR THE
COMPENSATION PERIOD DECEMBER 22, 2009 THROUGH MARCH 31, 2010**

I, Daniel K. Hogan, as counsel to Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP ("Representative Counsel") as Special Counsel for the Canadian ZAI Claimants by Appointment Order, dated March 19, 2010 [Docket No. 24508], hereby certify the following:

1. On April 30, 2010, The Hogan Firm filed its *First Quarterly Application for Compensation for Services Rendered and Reimbursement of Expenses for December 22, 2009, through March 31, 2010* [Docket No. 24702] (the "First Quarterly Application").

2. On August 16, 2010, the Fee Auditor informally questioned whether it was necessary to revise The Hogan Firm's Time and Expense Statement for the time period of December 22, 2009, through March 31, 2010, regarding minimum billing in tenths of an hour (six minutes) as required by Delaware Local Rule 2016-1(d)(iv). In light of the Fee Auditor's inquiry, it was determined that The Hogan Firm's billing system, Timeslips, was inadvertently set to bill in increments of 10 minutes for this time period, therefore, requiring a revised Time and Expense Statement for December 22, 2009, through March 31, 2010. A true and correct copy of the revised Time and Expense Summary is attached hereto as **Exhibit A**. ("Revised T&E Summary").

3. For the convenience of the Court, a redline version of the Revised T&E Summary showing changes from The Hogan Firm's original Time and Expense Summary is attached hereto as **Exhibit B**.

4. On August 24, 2010, the Fee Auditor filed the *Fee Auditor's Final Report Regarding the Quarterly Fee Application of The Hogan Firm for the Period of December 21, 2009 Through March 31, 2010*, Docket No. 25254 (the "Fee Auditor's Final Report").

5. The undersigned certifies that he has reviewed the Court's docket and, as of the date of this certification, no answer, responsive pleading or other objections to the First Quarterly Application appear thereon and non have been received.

6. Therefore, in accordance with the Fee Auditor's Final Report, The Hogan Firm requests payment in the aggregate amount of $57,631.92, comprised of professional fees in the amount of $55,575.00 for actual and necessary services and $2,056.92 for actual and necessary expenses.

7. The revised Proposed Order Granting the First Quarterly Application of The Hogan Firm for Compensation for Services Rendered and Reimbursement of Expenses for December 22, 2009, through March 31, 2010, (the "Revised Order") is attached hereto as **Exhibit C**. For the convenience of the court, a redline version of the Revised Order is attached hereto as **Exhibit D**.

8. The Hogan Firm respectfully requests that this Court enter the Revised Order attached hereto.

Dated: September 9, 2010  */s/Daniel K. Hogan*
Daniel K. Hogan (DE Bar No. 2814)
**THE HOGAN FIRM**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656.7540
Facsimile: (302) 656.7599
E-Mail: dkhogan@dkhogan.com