# EXHIBIT D

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et. al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket No. 24702 |
| _____ | ) | |

### *REVISED* ORDER GRANTING FIRST QUARTERLY APPLICATION
### OF THE HOGAN FIRM FOR COMPENSATION FOR SERVICES
### RENDERED AND REIMBURSEMENT OF EXPENSES
### FOR DECEMBER 22, 2009, THROUGH MARCH 31, 2010

The Hogan Firm ("Applicant"), counsel to Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP ("Representative Counsel"), filed its First Quarterly Application for Compensation for Services Rendered and Reimbursement of Expenses for the Interim Fee Period From December 22, 2009, through March 31, 2010 ("First Quarterly Application"). The Court has reviewed the First Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the First Quarterly Application, and any hearing on the First Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the First Quarterly Application. Accordingly, it is

ORDERED that the First Quarterly Application is GRANTED on an interim basis. Debtors shall pay to The Hogan Firm the sum of $55,575.00 $56,262.00 as compensation ($56,262.00 minus $687.00, Fee Auditor's recommended reduction in fees[1]) and $2,056.92 as reimbursement of expenses, for a total of $57,631.92 $58,318.92 for services rendered and

---

[1] The Fee Auditor noted that there were no time entries that were less than 10 minutes (0.17 hours). Local Rule 2016-2(d)(iv) requires that "[a]ctivities … be billed in tenths of an hour (six(6) minutes);…" A corrected invoice for The Hogan Firm was submitted to the Fee Auditor for the period 12/22/09 through 03/31/2010.

disbursements incurred by The Hogan Firm for the period December 22, 2009, through March 31, 2010, less any amounts previously paid in connection with the monthly fee applications.


Dated: _____            _____
                                    United States Bankruptcy Judge