**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| IN RE: | ) Chapter 11 ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-01139 (JKF) ) Jointly Administered |
| Debtors. | ) ) Re: Docket No. 24698 |

**CERTIFICATION OF COUNSEL REGARDING THE FIRST
QUARTERLY APPLICATION FOR COMPENSATION
OF SCARFONE HAWKINS [DOCKET NO. 24698] FOR THE
COMPENSATION PERIOD DECEMBER 21, 2009 THROUGH MARCH 31, 2010**

I, Daniel K. Hogan, as counsel to Scarfone Hawkins LLP ("Scarfone Hawkins") as Special Counsel for the Canadian ZAI Claimants by Appointment Order, dated March 19, 2010 [Docket No. 24508], hereby certify the following:

1. On April 30, 2010, Scarfone Hawkins filed its *First Quarterly Application for Compensation for Services Rendered and Reimbursement of Expenses for December 21, 2009, through March 31, 2010* [Docket No. 24698] (the "First Quarterly Application").

2. On August 18, 2010, the Fee Auditor issued the *Fee Auditor's Initial Report Regarding the Quarterly Fee Application of Scarfone Hawkins LLP for the Period of December 21, 2009, through March 31, 2010* (the "Initial Report").

3. The Fee Auditor's Initial Report raised the issues that: (1) there were professionals, "MS" and "RD", who billed only a *de minimis* amount of time on the case; and (2) on 01/24/10, a meal charge of $313.50 appears excessive.

4. In light of the Initial Report received from the Fee Auditor, Scarfone Hawkins explained in the Response to the Fee Auditor's Initial Report (the "Response"), provided on

August 30, 2010, that it was necessary and beneficial for the professional "MS", Michael Stanton, to attend the hearing in Toronto on February 19, 2010.   However, in the Response, Scarfone Hawkins agreed to a reduction of fees of "RD", Rano Daoud, an Articling student, in the amount of $560.00.

5. Additionally, in the Fee Auditor's Initial Report to Scarfone Hawkins it was noted, and Scarfone Hawkins agreed, that one person can dine satisfactorily in most locales for $55.00 per person for dinner.   Scarfone Hawkins meal charge for three (3) individuals, on January 24, 2010, in the amount of $313.50 was reduced to $165.00 for a total reduction of $148.50 in expenses.

6. On August 30, 2010, the Fee Auditor filed the *Fee Auditor's Final Report Regarding the Quarterly Fee Application of Scarfone Hawkins for the Period December 21, 2009, through March 31, 2010* (the "Fee Auditor's Final Report") [Docket No. 25289].

7. The undersigned certified that he has reviewed the Court's docket and, as of the date of this certification, no answer, responsive pleading or other objections to the First Quarterly Application appear thereon and none have been received.

8. Therefore, in accordance with the Fee Auditor's Final Report, Scarfone Hawkins requests payment in the aggregate amount of $108,369.80, comprised of professional fees in the amount of $98,118.75, for actual and necessary services, and $10,251.05 for actual and necessary expenses.

9. The revised Proposed Order Granting the First Quarterly Application of Scarfone Hawkins for Compensation for Services Rendered and Reimbursement of Expenses for December 21, 2009, through March 31, 2010, (the "Revised Order") is attached hereto as **Exhibit A**.   For the convenience of the court, a redline version of the Revised Order is attached hereto as **Exhibit B**.

10. Scarfone Hawkins respectfully requests that this Court enter the Revised Order attached hereto.

Dated: September 9, 2010 */s/Daniel K. Hogan*
Daniel K. Hogan (DE Bar No. 2814)
**THE HOGAN FIRM**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656.7540
Facsimile: (302) 656.7599
E-Mail: dkhogan@dkhogan.com