# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et. al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket No. 24698 |
| _____ | ) | |

### *REVISED* ORDER GRANTING FIRST QUARTERLY APPLICATION OF SCARFONE HAWKINS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR DECEMBER 21, 2009, THROUGH MARCH 31, 2010

Scarfone Hawkins ("Applicant"), as Special Counsel for the Canadian ZAI Claimants pursuant to appointment order, dated March 19, 2010 [Docket No. 24508], filed its First Quarterly Application for Compensation for Services Rendered and Reimbursement of Expenses for the Interim Fee Period From December 21, 2009, through March 31, 2010 ("First Quarterly Application"). The Court has reviewed the First Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the First Quarterly Application, and any hearing on the First Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the First Quarterly Application.   Accordingly, it is

ORDERED that the First Quarterly Application is GRANTED on an interim basis. Debtors shall pay to Scarfone Hawkins the sum of $98,118.75 $98,678.75 as compensation ($98,678.75 minus $560.00, Fee Auditor's recommended reduction in fees[1]) and $10,251.05 ($10,399.55 minus $148.50, Fee Auditor's recommended reduction in expenses[2]) $10,399.55 as reimbursement of expenses, for a total of $108,369.80 $109,078.30 for services rendered and

---

[1] The Fee Auditor noted professionals who billed only a *de minimis* amount of time. Scarfone Hawkins agreed to the reduction in the fees of "RD", Rano Daoud, in the amount of $560.00.

[2] The Fee Auditor recommended a reduction in meal charges for dinner on 01/24/10 to $55.00 per person. Scarfone Hawkins agreed to the reduction of $148.50 in expenses.

disbursements incurred by Scarfone Hawkins for the period December 21, 2009, through March 31, 2010, less any amounts previously paid in connection with the monthly fee applications.

Dated: _____  _____
United States Bankruptcy Judge