UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Deadline: 9/29/10 @ 4:00 pm |

NINETIETH APPLICATION OF BLACKSTONE ADVISORY PARTNERS L.P.
AS FINANCIAL ADVISOR TO W.R. GRACE & CO. AND AFFILIATES FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD OF JULY 1, 2010 THROUGH JULY 31, 2010

Name of Applicant:	Blackstone Advisory Partners L.P.

Authorized to Provide
Professional Services to:	Debtors

Date of Retention Order:	June 22, 2001, effective April 2, 2001

Period for which compensation and
reimbursement is sought:	July 1, 2010 through July 31, 2010

Amount of Compensation	Total	(Holdback @ 20%)
sought as actual, reasonable and necessary:	$50,000.00	($10,000.00)

Amount of Expense Reimbursement
sought as actual, reasonable and necessary:	$6,204.42

Amount of Cash Payment Sought:	$46,204.42

This is a  x  monthly  __ interim  ___ final application

2598962.DOC

Summary of Monthly Applications:

| Date Filed | Period(s) Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | Unapproved Holdback(s) | Unpaid Holdbacks |
|---|---|---|---|---|---|---|---|
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | -- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

2598962.DOC

| Date Filed | Period(s) Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | Unapproved Holdback(s) | Unpaid Holdbacks |
|---|---|---|---|---|---|---|---|
| 04/10/07 | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84 | 100,000.00 | 5,412.84 | -- | -- |
| 06/29/07 | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82 | 100,000.00 | 1,260.82 | -- | -- |
| 06/29/07 | 03/01/07 – 03/31/07 | 100,000.00 | 535.30 | 100,000.00 | 535.30 | -- | -- |
| 09/20/07 | 04/01/07 – 04/30/07 | 100,000.00 | 3,145.97 | 100,000.00 | 3,145.97 | -- | -- |
| 09/20/07 | 05/01/07 – 05/31/07 | 125,000.00 | 148.40 | 125,000.00 | 148.40 | -- | -- |
| 09/20/07 | 06/01/07 – 06/30/07 | 125,000.00 | 584.53 | 125,000.00 | 584.53 | -- | -- |
| 11/19/07 | 07/01/07 – 07/31/07 | 125,000.00 | 786.94 | 125,000.00 | 786.94 | -- | -- |
| 11/19/07 | 08/01/07 – 08/31/07 | -- | 997.55 | -- | 997.55 | -- | -- |
| 11/19/07 | 09/01/07 – 09/30/07 | 75,000.00 | 585.59 | 75,000.00 | 585.59 | -- | -- |
| 03/13/08 | 10/01/07 – 10/31/07 | 100,000.00 | 1,518.85 | 100,000.00 | 1,518.85 | -- | -- |
| 03/13/08 | 11/01/07 – 11/30/07 | 75,000.00 | 241.73 | 75,000.00 | 241.73 | -- | -- |
| 03/13/08 | 12/01/07 – 12/31/07 | 50,000.00 | 270.44 | 50,000.00 | 270.44 | -- | -- |
| 05/22/08 | 01/01/08 – 01/31/08 | 100,000.00 | 2,618.39 | 100,000.00 | 2,618.39 | -- | -- |
| 05/22/08 | 02/01/08 – 02/29/08 | 150,000.00 | 377.34 | 150,000.00 | 377.34 | -- | -- |
| 05/22/08 | 03/01/08 – 03/31/08 | 75,000.00 | 1,468.54 | 75,000.00 | 1,468.54 | -- | -- |
| 10/16/08 | 04/01/08 – 04/30/08 | 150,000.00 | 370.04 | 150,000.00 | 370.04 | -- | -- |
| 10/16/08 | 05/01/08 – 05/31/08 | 125,000.00 | 868.61 | 125,000.00 | 868.61 | -- | -- |
| 10/16/08 | 06/01/08 – 06/30/08 | 175,000.00 | 7,178.80 | 175,000.00 | 7,178.80 | -- | -- |
| 01/09/09 | 07/01/08 – 07/31/08 | 175,000.00 | 1,507.33 | 175,000.00 | 1,507.33 | -- | -- |
| 01/09/09 | 08/01/08 – 08/31/08 | 175,000.00 | 3,482.81 | 175,000.00 | 3,482.81 | -- | -- |
| 01/09/09 | 09/01/08 – 09/30/08 | 175,000.00 | 7,491.74 | 175,000.00 | 7,491.74 | -- | -- |
| 01/09/09 | 10/01/08 – 10/31/08 | 150,000.00 | 3,166.54 | 120,000.00 | 3,166.54 | -- | -- |
| 04/20/09 | 11/01/08 – 11/30/08 | 75,000.00 | 3,762.45 | 75,000.00 | 3,762.45 | -- | -- |
| 04/20/09 | 12/01/08 – 12/31/08 | 75,000.00 | 4,251.05 | 75,000.00 | 4,251.05 | -- | -- |
| 07/06/09 | 01/01/09 – 01/31/09 | 75,000.00 | 407.84 | 75,000.00 | 407.84 | -- | -- |
| 07/06/09 | 02/01/09 – 02/28/09 | 175,000.00 | 840.67 | 175,000.00 | 840.67 | -- | -- |
| 07/06/09 | 03/01/09 – 03/31/09 | 150,000.00 | 1,515.13 | 150,000.00 | 1,515.13 | -- | -- |
| 09/03/09 | 04/01/09 – 04/30/09 | 150,000.00 | 1,757.02 | 150,000.00 | 1,757.02 | -- | 30,000.00 |
| 09/03/09 | 05/01/09 – 05/31/09 | 175,000.00 | 4,503.06 | 175,000.00 | 1,515.13 | -- | -- |
| 09/03/09 | 06/01/09 – 06/30/09 | 175,000.00 | 4,246.49 | 140,000.00 | 4,246.49 | -- | -- |
| 12/14/09 | 07/01/09 – 07/31/09 | 175,000.00 | 10,766.12 | 140,000.00 | 10,766.12 | -- | -- |
| 12/14/09 | 08/01/09 – 08/31/09 | 175,000.00 | 2,367.44 | 140,000.00 | 2,367.44 | -- | -- |
| 12/14/09 | 09/01/09 – 09/30/09 | 100,000.00 | 3,953.33 | 80,000.00 | 3,953.33 | -- | -- |
| 12/15/09 | 10/01/09 – 10/31/09 | 100,000.00 | 1,354.62 | 80,000.00 | 1,354.62 | -- | 20,000.00 |
| -- | 11/01/09 – 11/30/09 | -- | -- | -- | -- | -- | -- |
| 02/12/10 | 12/01/09 – 12/31/09 | 100,000.00 | 1,839.20 | 80,000.00 | 1,839.20 | -- | 20,000.00 |
| 03/12/10 | 01/01/10 – 01/31/10 | 150,000.00 | 1,633.77 | 120,000.00 | 1,633.77 | 30,000.00 | -- |
| -- | 02/01/10 – 02/28/10 | -- | -- | -- | -- | -- | -- |
| 04/29/10 | 03/01/10 – 03/31/10 | 175,000.00 | 4,238.44 | 140,000.00 | 4,238.44 | 35,000.00 | -- |
| 05/28/10 | 04/01/10 – 04/30/10 | 175,000.00 | 4,575.58 | 140,000.00 | 4,575.58 | 35,000.00 | -- |
| 06/25/10 | 05/01/10 – 05/31/10 | 175,000.00 | 7,750.24 | 140,000.00 | 7,750.24 | 35,000.00 | -- |
| 08/05/10 | 06/01/10 – 06/30/10 | 175,000.00 | 5,202.91 | 140,000.00 | 5,202.91 | 35,000.00 | -- |

*2598962.DOC*

# Blackstone Advisory Partners L.P.

September 9, 2010

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | |
|---|---|---|---|
| Monthly advisory fee for the period of July 1, 2010 through July 31, 2010: | | $ | 50,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | | (10,000.00) |
| Out-of-pocket expenses processed for the period through July 31, 2010: [1] | | | |
| Ground Transportation | 3,234.95 | | |
| Communications | 61.78 | | |
| Meals | 1,528.28 | | |
| Research | 1,379.41 | | 6,204.42 |
| **Total Amount Due** | | $ | 46,204.42 |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

Invoice Number: 49456

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

Blackstone Advisory Partners L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

W.R. Grace & Co.
Summary of Expenses
Through July 31, 2010
Invoice No. 49456

|  | GL Detail Jul-10 | Total Expenses |
|---|---:|---:|
| Ground Transportation - Local Travel | $ 540.95 | $ 540.95 |
| Ground Transportation - Railroad | 2,694.00 | 2,694.00 |
| Communications - Teleconferencing | 61.78 | 61.78 |
| Employee Meals | 1,528.28 | 1,528.28 |
| Internal Research | 416.25 | 416.25 |
| External Research - Dow Jones | 639.78 | 639.78 |
| External Research - Reuters | 323.38 | 323.38 |
|  | $ 6,204.42 | $ 6,204.42 |
| **Ground Transportation** |  | $ 3,234.95 |
| **Communications** |  | 61.78 |
| **Meals** |  | 1,528.28 |
| **Research** |  | 1,379.41 |
| **Total Expenses** |  | $ 6,204.42 |

W.R. Grace & Co.  
Detail of Expenses Processed  
Through July 31, 2010  
Invoice No. 49456

| Ground Transportation - Local Travel | | |
|---|---|---:|
| Bradley (taxi to train station in New York, NY from home) | 06/03/10 | 10.30 |
| Bradley (taxi to train station in New York, NY from home) | 06/21/10 | 9.84 |
| Bradley (taxi to train station in New York, NY from home) | 06/29/10 | 10.70 |
| Cutler (weeknight taxi home from Blackstone after working late) | 06/18/10 | 7.00 |
| Pikula (weeknight taxi home from Blackstone after working late) | 04/19/10 | 9.30 |
| Pikula (weeknight taxi home from Blackstone after working late) | 04/20/10 | 8.70 |
| Pikula (weeknight taxi home from Blackstone after working late) | 04/21/10 | 9.30 |
| Pikula (weeknight taxi home from Blackstone after working late) | 04/22/10 | 8.70 |
| Pikula (taxi to train station in New York, NY from home) | 04/24/10 | 12.50 |
| Pikula (weekend taxi to Blackstone from home) | 04/25/10 | 10.10 |
| Pikula (weekend taxi home from Blackstone) | 04/25/10 | 8.25 |
| Pikula (weeknight taxi home from Blackstone after working late) | 04/26/10 | 9.70 |
| Pikula (weeknight taxi home from Blackstone after working late) | 04/27/10 | 9.30 |
| Pikula (weeknight taxi home from Blackstone after working late) | 04/29/10 | 9.30 |
| Pikula (weeknight taxi home from Blackstone after working late) | 04/30/10 | 8.90 |
| Pikula (weekend taxi home from Blackstone) | 05/01/10 | 10.80 |
| Pikula (weekend taxi to Blackstone from home) | 05/01/10 | 17.90 |
| Pikula (weekend taxi home from Blackstone) | 05/01/10 | 9.36 |
| Pikula (weekend taxi to Blackstone from home) | 05/02/10 | 10.75 |
| Pikula (weekend taxi home from Blackstone) | 05/02/10 | 9.20 |
| Pikula (weeknight taxi home from Blackstone after working late) | 05/03/10 | 15.10 |
| Pikula (weeknight taxi home from Blackstone after working late) | 05/04/10 | 15.00 |
| Pikula (weeknight taxi home from Blackstone after working late) | 05/05/10 | 10.87 |
| Pikula (weeknight taxi home from Blackstone after working late) | 05/17/10 | 11.30 |
| Pikula (weeknight taxi home from Blackstone after working late) | 05/20/10 | 10.70 |
| Pikula (weeknight taxi home from Blackstone after working late) | 05/25/10 | 10.30 |
| Pikula (weeknight taxi home from Blackstone after working late) | 05/26/10 | 10.10 |
| Pikula (weeknight taxi home from Blackstone after working late) | 06/02/10 | 8.52 |
| Pikula (weeknight taxi home from Blackstone after working late) | 06/03/10 | 8.15 |
| Pikula (weeknight taxi home from Blackstone after working late) | 06/06/10 | 7.75 |
| Pikula (weekend taxi home from Blackstone) | 06/08/10 | 8.70 |
| Pikula (weekend taxi home from Blackstone) | 06/09/10 | 8.70 |
| Pikula (weeknight taxi home from Blackstone after working late) | 06/10/10 | 7.87 |
| Pikula (weeknight taxi home from Blackstone after working late) | 06/11/10 | 7.70 |
| Pikula (weekend taxi to Blackstone from home) | 06/12/10 | 10.00 |
| Pikula (weekend taxi home from Blackstone) | 06/12/10 | 8.62 |
| Pikula (weekend taxi to Blackstone from home) | 06/13/10 | 10.92 |
| Pikula (weekend taxi home from Blackstone) | 06/13/10 | 9.50 |
| Pikula (weeknight taxi home from Blackstone after working late) | 06/17/10 | 6.96 |
| Wu (weeknight taxi home from Blackstone after working late) | 05/17/10 | 9.87 |
| Wu (weekend taxi home from Blackstone) | 05/23/10 | 12.40 |
| Wu (weeknight taxi home from Blackstone after working late) | 05/26/10 | 9.37 |
| Wu (weeknight taxi home from Blackstone after working late) | 05/27/10 | 10.90 |
| Wu (weeknight taxi home from Blackstone after working late) | 06/07/10 | 12.40 |
| Wu (weeknight taxi home from Blackstone after working late) | 06/08/10 | 10.50 |
| Wu (weeknight taxi home from Blackstone after working late) | 06/10/10 | 10.50 |
| Wu (weeknight taxi home from Blackstone after working late) | 06/14/10 | 9.87 |
| Yamamoto (weeknight taxi home from Blackstone after working late) | 05/27/10 | 10.70 |
| Yamamoto (weeknight taxi home from Blackstone after working late) | 06/02/10 | 10.90 |
| Yamamoto (weeknight taxi home from Blackstone after working late) | 06/03/10 | 7.10 |
| Yamamoto (taxi home from train station in New York, NY) | 06/04/10 | 13.68 |
| Yamamoto (weeknight taxi home from Blackstone after working late) | 06/11/10 | 11.90 |
| Yamamoto (taxi to train station in New York, NY from home) | 06/21/10 | 6.00 |
| Yamamoto (taxi home from train station in New York, NY) | 06/21/10 | 8.20 |
| Subtotal - Ground Transportation - Local Travel | | $ 540.95 |

| Ground Transportation - Railroad | | |
|---|---|---:|
| Bradley (round trip train travel to/from Baltimore, MD from/to New York, NY) | 06/03/10 | 230.00 |
| Bradley (round trip train travel to/from Baltimore, MD from/to New York, NY) | 06/21/10 | 323.00 |
| Bradley (round trip train travel to/from Washington, DC from/to New York, NY) | 06/29/10 | 293.00 |
| Schumacher (round trip train travel to/from Baltimore, MD from/to New York, NY) | 06/03/10 | 230.00 |
| Schumacher (round trip train travel to/from Baltimore, MD from/to New York, NY) | 06/21/10 | 323.00 |
| Schumacher (round trip train travel to/from Washington, DC from/to New York, NY) | 06/29/10 | 293.00 |
| Wu (travel agency fee for booking of round trip train travel to Baltimore, MD from/to New York, NY on 04/23/10) | 04/21/10 | 40.00 |
| Wu (round trip train travel to/from Baltimore, MD from/to New York, NY) | 04/23/10 | 346.00 |
| Yamamoto (round trip train travel to/from Baltimore, MD from/to New York, NY) | 06/21/10 | 323.00 |
| Yamamoto (round trip train travel to/from Washington, DC from/to New York, NY) | 06/29/10 | 293.00 |
| Subtotal - Ground Transportation - Railroad | | 2,694.00 |

| Communications - Teleconferencing | | |
|---|---|---:|
| Kaufman | 06/24/10 | 31.78 |
| O'Connell | 06/24/10 | 30.00 |
| Subtotal - Communications - Teleconferencing | | 61.78 |

**W.R. Grace & Co.**
**Detail of Expenses Processed**
**Through July 31, 2010**
**Invoice No. 49456**

### Employee Meals

| Description | Date | Amount |
|---|---|---|
| Bradley (working lunch meal @ Blackstone) | 04/23/10 | 8.04 |
| Bradley (working breakfast meal while traveling) | 06/03/10 | 14.87 |
| Bradley (working lunch meal while traveling) | 06/03/10 | 10.00 |
| Bradley (working breakfast meal while traveling) | 06/21/10 | 15.75 |
| Bradley (working lunch meal while traveling) | 06/21/10 | 41.07 |
| Bradley (working lunch meal while in traveling) | 06/29/10 | 13.50 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 04/19/10 | 25.00 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 04/20/10 | 24.33 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 04/21/10 | 25.00 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 04/22/10 | 7.24 |
| Pikula (working breakfast meal while traveling) | 04/23/10 | 4.75 |
| Pikula (working lunch meal while traveling) | 04/23/10 | 8.04 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 04/23/10 | 12.21 |
| Pikula (weekend working dinner meal @ Blackstone) | 04/24/10 | 12.00 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 04/26/10 | 11.38 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 04/27/10 | 25.00 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 04/28/10 | 20.59 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 04/29/10 | 25.00 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 04/30/10 | 25.00 |
| Pikula (weekend working lunch meal @ Blackstone) | 05/01/10 | 7.62 |
| Pikula (weekend working dinner meal @ Blackstone) | 05/01/10 | 18.29 |
| Pikula (weekend working dinner meal @ Blackstone) | 05/02/10 | 34.50 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 05/03/10 | 23.34 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 05/04/10 | 23.97 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 05/16/10 | 12.49 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 05/17/10 | 25.00 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 05/18/10 | 25.00 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 05/19/10 | 22.48 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 05/20/10 | 23.82 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 05/21/10 | 25.00 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 05/24/10 | 16.23 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 05/25/10 | 25.00 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 05/26/10 | 21.09 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 05/27/10 | 21.80 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 05/28/10 | 25.00 |
| Pikula (weekend working lunch meal @ Blackstone) | 05/29/10 | 8.97 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 05/31/10 | 24.86 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 06/01/10 | 25.00 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 06/02/10 | 25.00 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 06/03/10 | 25.00 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 06/04/10 | 15.89 |
| Pikula (weekend working dinner meal @ Blackstone) | 06/05/10 | 25.00 |
| Pikula (weekend working dinner meal @ Blackstone) | 06/06/10 | 25.00 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 06/07/10 | 25.00 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 06/08/10 | 22.52 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 06/09/10 | 14.25 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 06/10/10 | 20.44 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 06/11/10 | 11.86 |
| Pikula (weekend working dinner meal @ Blackstone) | 06/12/10 | 25.00 |
| Pikula (weekend working dinner meal @ Blackstone) | 06/13/10 | 25.00 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 06/14/10 | 16.50 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 06/15/10 | 23.66 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 06/16/10 | 25.00 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 06/17/10 | 20.75 |
| Schumacher (working lunch meal while traveling) | 04/23/10 | 8.04 |
| Schumacher (working breakfast meal while traveling) | 06/03/10 | 5.15 |
| Schumacher (working lunch meal while traveling) | 06/03/10 | 10.00 |
| Schumacher (working breakfast meal while traveling) | 06/21/10 | 4.90 |
| Wu (weeknight working dinner meal @ Blackstone while working late) | 04/21/10 | 24.24 |
| Wu (working breakfast meal while traveling) | 04/23/10 | 8.13 |
| Wu (working lunch meal while traveling) | 04/23/10 | 5.00 |
| Wu (weeknight working dinner meal @ Blackstone while working late) | 04/23/10 | 24.86 |
| Wu (weeknight working dinner meal @ Blackstone while working late) | 04/26/10 | 24.51 |
| Wu (weeknight working dinner meal @ Blackstone while working late) | 04/27/10 | 9.50 |
| Wu (weeknight working dinner meal @ Blackstone while working late) | 05/17/10 | 25.00 |
| Wu (weeknight working dinner meal @ Blackstone while working late) | 05/20/10 | 25.00 |
| Wu (weeknight working dinner meal @ Blackstone while working late) | 05/27/10 | 25.00 |
| Wu (weekend working dinner meal @ Blackstone while working late) | 05/29/10 | 25.00 |
| Wu (working dinner meal @ Blackstone on holiday) | 05/31/10 | 22.42 |
| Wu (weekend working dinner meal @ Blackstone while working late) | 06/05/10 | 19.53 |
| Wu (weeknight working dinner meal @ Blackstone while working late) | 06/07/10 | 25.00 |
| Wu (weeknight working dinner meal @ Blackstone while working late) | 06/08/10 | 23.72 |
| Wu (weeknight working dinner meal @ Blackstone while working late) | 06/09/10 | 24.76 |
| Wu (weeknight working dinner meal @ Blackstone while working late) | 06/10/10 | 21.07 |

W.R. Grace & Co.
Detail of Expenses Processed
Through July 31, 2010
Invoice No. 49456

| | | | |
|---|---|---|---|
| Yamamoto (weeknight working dinner meal @ Blackstone while working late) | 06/02/10 | 23.23 | |
| Yamamoto (working breakfast meal while traveling) | 06/22/10 | 5.55 | |
| Yamamoto (working breakfast meal while traveling) | 06/29/10 | 11.05 | |
| Yamamoto (working lunch meal while traveling) | 06/29/10 | 20.83 | |
| Yamamoto (weeknight working dinner meal @ Blackstone while working late) | 06/30/10 | 22.69 | |
| **Subtotal - Employee Meals** | | | 1,528.28 |
| | | | |
| **Internal Research** | | | |
| Lambert (online data research) | 07/12/10 | 86.25 | |
| Lambert (online data research) | 07/19/10 | 250.00 | |
| Yamamoto (online data research) | 06/28/10 | 80.00 | |
| **Subtotal - Internal Research** | | | 416.25 |
| | | | |
| **External Research - Dow Jones** | | | |
| Pikula (online data research) | 06/13/10 - 06/19/10 | 639.78 | |
| **Subtotal - External Research - Dow Jones** | | | 639.78 |
| | | | |
| **External Research - Reuters** | | | |
| Pikula (online data research) | 06/13/10 - 06/19/10 | 114.10 | |
| Yamamoto (online data research) | 06/13/10 - 06/19/10 | 57.05 | |
| Yamamoto (online data research) | 06/20/10 - 06/26/10 | 86.06 | |
| Yamamoto (online data research) | 06/27/10 - 07/03/10 | 66.17 | |
| **Subtotal - External Research - Reuters** | | | 323.38 |
| | | | |
| **Total Expenses** | | | $ 6,204.42 |

## BLACKSTONE ADVISORY PARTNERS L.P.
## SUMMARY OF HOURS FOR THE PERIOD OF
## JULY 1, 2010 THROUGH JULY 31, 2010

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 14.4 |
| Jonathan Kaufman | Associate | 26.5 |
| Alexander Lambert | Analyst | 34.0 |
| | **Total** | **74.8** |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
JULY 1, 2010 THROUGH JULY 31, 2010

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 07/07/10 | 0.3 | Business Analysis | Correspondence regarding business review |
| Jamie O'Connell | 07/14/10 | 0.3 | Business Analysis | Call with M. Shelnitz and M. Conron regarding new business development |
| Jamie O'Connell | 07/15/10 | 0.2 | Business Analysis | Call with J. Baer regarding new business development |
| Jamie O'Connell | 07/20/10 | 0.3 | Business Analysis | Call with M. Shelnitz regarding various matters |
| Jamie O'Connell | 07/21/10 | 0.2 | Business Analysis | Correspondence regarding new business development |
| Jamie O'Connell | 07/22/10 | 1.0 | Business Analysis | Listen to second quarter earnings call |
| | | 2.3 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2010 THROUGH JULY 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 07/07/10 | 0.1 | Committee | Call with J. Sinclair regarding committee information request |
| Jamie O'Connell | 07/20/10 | 0.1 | Committee | Correspondence to J. Forgach regarding committee information request |
| Jamie O'Connell | 07/22/10 | 0.2 | Committee | Correspondence with J. Sinclair regarding committee information request |
| | | 0.4 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
JULY 1, 2010 THROUGH JULY 31, 2010

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jonathan Kaufman | 07/02/10 | 2.0 | Corporate Finance | Capital structure analysis |
| | | **2.0** | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2010 THROUGH JULY 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jonathan Kaufman | 07/01/10 | 0.2 | Employee Benefits/Pension | Correspondence to J. Forgach regarding committee conf call |
| Jamie O'Connell | 07/08/10 | 0.7 | Employee Benefits/Pension | Conference call with management, AON and committee professionals |
| Jonathan Kaufman | 07/08/10 | 0.7 | Employee Benefits/Pension | Conference call with management, AON and committee professionals |
| | | 1.6 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
JULY 1, 2010 THROUGH JULY 31, 2010

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 07/19/10 | 0.3 | Fee Applications | Review June time records |
| | | 0.3 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
JULY 1, 2010 THROUGH JULY 31, 2010

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jonathan Kaufman | 07/01/10 | 0.3 | Financing | Call with Deutsche Bank on exit financing terms |
| Jonathan Kaufman | 07/01/10 | 0.3 | Financing | Conference call with management regarding exit financing |
| Jonathan Kaufman | 07/01/10 | 0.2 | Financing | Conference call with management regarding hedging policy |
| Alexander Lambert | 07/02/10 | 1.0 | Financing | Internal team meeting to review edits to rating agency presentation |
| Jonathan Kaufman | 07/02/10 | 1.0 | Financing | Internal team meeting to review edits to rating agency presentation |
| Jamie O'Connell | 07/06/10 | 0.9 | Financing | Draft ratings agency presentation |
| Jamie O'Connell | 07/06/10 | 0.2 | Financing | Correspondence regarding various workstreams |
| Alexander Lambert | 07/07/10 | 0.3 | Financing | Review draft ratings agency presentation with J. O'Connell |
| Alexander Lambert | 07/07/10 | 0.5 | Financing | Call with management regarding financial analysis |
| Alexander Lambert | 07/07/10 | 0.3 | Financing | Meeting with J. O'Connell regarding various workstreams |
| Alexander Lambert | 07/07/10 | 0.4 | Financing | Review of draft presentation with J. O'Connell |
| Alexander Lambert | 07/07/10 | 2.0 | Financing | Edits to draft presentation |
| Jamie O'Connell | 07/07/10 | 0.3 | Financing | Review draft ratings agency presentation with A. Lambert |
| Jamie O'Connell | 07/07/10 | 0.5 | Financing | Call with management regarding financial analysis |
| Jamie O'Connell | 07/07/10 | 0.3 | Financing | Meeting with A. Lambert regarding various workstreams |
| Jamie O'Connell | 07/07/10 | 0.4 | Financing | Review of draft presentation with A. Lambert |
| Alexander Lambert | 07/08/10 | 1.5 | Financing | Conference call with management and counsel regarding exit financing |
| Jamie O'Connell | 07/08/10 | 1.5 | Financing | Conference call with management and counsel regarding exit financing |
| Jonathan Kaufman | 07/08/10 | 1.5 | Financing | Conference call with management and counsel regarding exit financing |
| Alexander Lambert | 07/09/10 | 1.0 | Financing | Internal meeting on exit financing |
| Jonathan Kaufman | 07/09/10 | 1.0 | Financing | Internal meeting on exit financing |
| Jamie O'Connell | 07/12/10 | 1.5 | Financing | Conference call with management and counsel regarding exit financing |
| Jamie O'Connell | 07/12/10 | 1.0 | Financing | Conference call with management regarding ratings agency presentation |
| Jonathan Kaufman | 07/12/10 | 1.5 | Financing | Conference call with management and counsel regarding exit financing |
| Jonathan Kaufman | 07/12/10 | 1.0 | Financing | Conference call with management regarding ratings agency presentation |
| Alexander Lambert | 07/13/10 | 3.5 | Financing | Cash sources and uses and interest rate sensitivity analysis |
| Alexander Lambert | 07/14/10 | 3.0 | Financing | Interest rate sensitivity analysis |
| Alexander Lambert | 07/15/10 | 1.0 | Financing | Interest rate sensitivity analysis |
| Jonathan Kaufman | 07/15/10 | 1.0 | Financing | Interest rate sensitivity analysis |
| Alexander Lambert | 07/19/10 | 0.8 | Financing | Call with A. Arshad to review interest rate sensitivity analysis |
| Jamie O'Connell | 07/21/10 | 0.3 | Financing | Correspondence with E. Filon regarding exit financing |
| Alexander Lambert | 07/22/10 | 2.5 | Financing | Interest rate sensitivity analysis |
| Jamie O'Connell | 07/23/10 | 0.5 | Financing | Call with E. Filon regarding exit financing and other matters |
| Jonathan Kaufman | 07/26/10 | 0.5 | Financing | Conference call with management regarding interest rate analysis |
| Alexander Lambert | 07/27/10 | 2.0 | Financing | Conference call with management regarding interest rate hedging analysis |
| Alexander Lambert | 07/27/10 | 1.4 | Financing | Interest rate sensitivity analysis |
| Jamie O'Connell | 07/27/10 | 2.0 | Financing | Conference call with management regarding interest rate hedging analysis |
| Jonathan Kaufman | 07/27/10 | 2.0 | Financing | Conference call with management regarding interest rate hedging analysis |
| Jonathan Kaufman | 07/27/10 | 0.5 | Financing | Correspondence with E. Filon and A. Arshad regarding exit financing |
| Alexander Lambert | 07/28/10 | 0.3 | Financing | Call with Deutsche Bank and management on LC issues re: exit financing |
| Alexander Lambert | 07/28/10 | 1.0 | Financing | Call with management regarding interest rate analysis |
| Alexander Lambert | 07/28/10 | 0.5 | Financing | Interest rate sensitivity analysis |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
JULY 1, 2010 THROUGH JULY 31, 2010

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 07/28/10 | 0.3 | Financing | Call with Deutsche Bank and management on LC issues re: exit financing |
| Jamie O'Connell | 07/28/10 | 1.0 | Financing | Call with management regarding interest rate analysis |
| Jonathan Kaufman | 07/28/10 | 0.5 | Financing | Correspondence A. Arshad regarding exit financing |
| Jonathan Kaufman | 07/28/10 | 0.3 | Financing | Call with Deutsche Bank and management on LC issues re: exit financing |
| Jonathan Kaufman | 07/28/10 | 1.0 | Financing | Call with management regarding interest rate analysis |
| | | 46.2 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2010 THROUGH JULY 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Alexander Lambert | 07/14/10 | 3.0 | Non-Working Travel Time | Travel to Columbia, MD for Q2 strategy meeting |
| Jonathan Kaufman | 07/14/10 | 3.0 | Non-Working Travel Time | Travel to Columbia, MD for Q2 strategy meeting |
| Alexander Lambert | 07/15/10 | 3.0 | Non-Working Travel Time | Travel from Columbia, MD for Q2 strategy meeting |
| Jonathan Kaufman | 07/15/10 | 3.0 | Non-Working Travel Time | Travel from Columbia, MD for Q2 strategy meeting |
|  |  | 12.0 |  |  |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2010 THROUGH JULY 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Alexander Lambert | 07/15/10 | 5.0 | Other | Grace Q2 strategy meeting in Columbia |
| Jonathan Kaufman | 07/15/10 | 5.0 | Other | Grace Q2 strategy meeting in Columbia |
| | | 10.0 | | |