**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO., *et al.*,** | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| **Debtors.** | § | |
| | § | |

**FEE AUDITOR'S AMENDED COMBINED FINAL REPORT REGARDING THOSE FEE APPLICATIONS WITH *DE MINIMIS* OR NO FEE OR EXPENSE ISSUES FOR THE THIRTY-SIXTH INTERIM PERIOD**

This is the amended final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding all the Interim Fee Applications of those firms for which we have *de minimis*[1] or no fee or expense issues for the Thirty-Sixth Interim Period (collectively referred to hereafter as the "Applications").[2] This final report is being amended so as to delete Lauzon Bélanger from the list of applicants for which we recommend *de minimis* or no reductions.[3]

**BACKGROUND**

---

[1]For purposes of this report, applications with *de minimis* issues are those for which: (1) our recommended reductions total less than $100, *and* (2) the applicant has agreed to our recommended reductions.

[2]The Thirty-Sixth Interim Period encompasses January 1, 2010 through March 31, 2010 (the "Application Period").

[3]Subsequent to filing our original final report, we were advised that Lauzon Bélanger had filed a Certification of Counsel in which it reduced its expense request by CDN$61,492.84, as the Hogan Firm, to which Lauzon Bélanger had paid this CDN$61,492.84, had filed its own fee application for that amount. (We will deal with this application of the Hogan Firm in our reports for the next interim period). Accordingly, we have filed a separate final report to address this CDN$61,492.84 deduction from Lauzon Bélanger's Application.

1. Anderson Kill & Olick, P.C. ("AKO"), was retained as special insurance counsel to the Official Committee of Asbestos Personal Injury Claimants. AKO seeks approval of fees totaling $454,788.00 and expenses totaling $8,691.58 for its services during the Application Period.

2. David T. Austern ("Austern") was retained as the Legal Representative for Asbestos Personal Injury Future Claimants. Austern seeks approval of fees totaling $1,100.00 and no expenses for his services during the Application Period.

3. Beveridge & Diamond, P.C. ("Beveridge & Diamond"), was retained as special counsel to the Debtors. Beveridge & Diamond seeks approval of fees totaling $31,595.00 and expenses totaling $60.22 for its services during the Application Period.

4. Bilzin Sumberg Baena Price & Axelrod LLP ("Bilzin Sumberg") was retained as counsel to the Official Committee of Asbestos Property Damage Claimants. Bilzin Sumberg seeks approval of fees totaling $60,780.25 and expenses totaling $30,220.63 for its services during the Application Period.

5. Blackstone Advisory Services L.P. ("Blackstone") was retained as financial advisor to the Debtors. Blackstone seeks approval of a flat fee totaling $325,000.00[4] and expenses totaling $5,872.21 for its services during the Application Period.

6. BMC Group ("BMC") was retained as Claims Reconciliation and Solicitation Consultant to the Debtors. BMC seeks approval of fees totaling $49,321.00 and expenses totaling $7,968.45 for its services during the Application Period.

7. Campbell & Levine, LLC ("Campbell & Levine"), was retained as Delaware and

[4] For the Application Period, Blackstone lists 390.9 hours worked, which computes to an effective hourly rate of $831.41.

associated counsel to the Official Committee of Asbestos Personal Injury Claimants. Campbell & Levine seeks approval of fees totaling $61,680.50 and expenses totaling $6,976.62 for its services during the Application Period.

8. Capstone Advisory Group, LLC ("Capstone"), was retained as financial advisor to the Official Committee of Unsecured Creditors. Capstone seeks approval of fees totaling $276,402.00 and expenses totaling $537.75 for its services during the Application Period.

9. Casner & Edwards, LLP ("Casner"), was retained as special litigation counsel to the Debtors. Casner seeks approval of fees totaling $34,191.50 and expenses totaling $40,582.18 for its services during the Application Period.

10. Charter Oak Financial Consultants, LLC ("Charter Oak"), was retained as financial advisor to the Official Committee of Asbestos Personal Injury Claimants. Charter Oak seeks approval of fees totaling $80,530.00 and expenses totaling $39.96 for its services during the Application Period.

11. Day Pitney LLP ("Day Pitney") was retained as special counsel to the Debtors. Day Pitney seeks approval of fees totaling $14,028.00 and expenses totaling $221.20 for its services during the Application Period.

12. Duane Morris LLP ("Duane Morris"), was retained as counsel to the Official Committee of Unsecured Creditors. Duane Morris seeks approval of fees totaling $54,047.50 and expenses totaling $2,234.02 for its services during the Application Period.

13. Ferry, Joseph & Pearce, P.A. ("Ferry Joseph"), was retained as counsel to the Official Committee of Asbestos Property Damage Claimants. Ferry Joseph seeks approval of fees totaling $50,734.50 and expenses totaling $9,397.41 for its services during the Application Period.

14. Foley Hoag LLP ("Foley Hoag"), was retained as special environmental counsel to the Debtors. Foley Hoag seeks approval of fees totaling $81,048.50 and expenses totaling $276.40 for its services during the Application Period.

15. Holme Roberts & Owen, LLP ("Holme"), was retained as special environmental counsel to the Debtors. Holme seeks approval of fees totaling $918.50 and expenses totaling $806.28 for its services for the period of July 1, 2009 through September 30, 2009 (the "Thirty-Fourth Interim Period").

16. Kramer Levin Naftalis & Frankel LLP ("Kramer Levin") was retained as co-counsel to the Official Committee of Equity Holders. Kramer Levin seeks approval of fees totaling $47,226.50 and expenses totaling $2,139.19 for its services during the Application Period.

17. Legal Analysis Systems, Inc. ("LAS"), was retained as asbestos-related bodily injury consultant to the Official Committee of Asbestos Personal Injury Claimants. LAS seeks approval of fees totaling $4,940.00 and no expenses for its services during the Application Period.

18. Lincoln Partners Advisors LLC ("Lincoln") was retained as financial advisor to David T. Austern, the Asbestos Personal Injury Future Claimants' Representative. Lincoln seeks approval of fees totaling $200,000.00[5] and expenses totaling $2,769.33 for its services for the period of October 1, 2009 through December 31, 2009 (the "Thirty-Fifth Interim Period"), and fees totaling $225,000.00[6] and expenses totaling $571.89 for its services for the current Application Period.

19. Nelson Mullins Riley & Scarborough, LLP ("Nelson Mullins"), was retained as

[5]For the Thirty-Fifth Interim Period, Lincoln lists 323.8 hours worked, which computes to an effective hourly rate of $617.66.

[6]For the current Application Period, Lincoln lists 360.8 hours worked, which computes to an effective hourly rate of $623.61.

special litigation and environmental counsel for the Debtors. Nelson Mullins seeks approval of fees totaling $864.00 and expenses totaling $39.33 for its services for the Thirty-Fourth Interim Period.

20. Ogilvy Renault LLP ("Ogilvy Renault") was retained as special counsel to the Debtors and Debtors-in-Possession in Canada. Ogilvy Renault seeks approval of fees totaling CDN$187,329.00 and expenses totaling CDN$3,828.81 for its services during the Application Period.

21. Pachulski Stang Ziehl & Jones LLP ("Pachulski"), was retained as counsel to the Debtors. Pachulski seeks approval of fees totaling $133,864.50 and expenses totaling $99,163.68 for its services during the Application Period.

22. PricewaterhouseCoopers LLP ("PwC") was retained as auditors and tax consultants to the Debtors and Debtors-in-Possession. PwC seeks approval of fees totaling $1,029,871.17 and expenses totaling $20,753.76 for its services during the Application Period.

23. Reed Smith LLP ("Reed Smith") was retained as special asbestos products liability defense counsel to the Debtors. Reed Smith seeks approval of fees totaling $83,541.50 and expenses totaling $8,576.90 for its services during the Application Period.

24. Alan B. Rich ("Alan Rich") was retained as counsel to the Honorable Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants. Alan Rich seeks approval of $54,600.00 in fees and $2,752.84 in expenses for his services during the Application Period.

25. The Honorable Alexander M. Sanders, Jr. ("Judge Sanders"), was retained as the Legal Representative for Future Asbestos-Related Property Damage Claimants. Judge Sanders seeks approval of fees totaling $26,685.00 and expenses totaling $3,022.32 for his services during

the Application Period.

26. Steptoe & Johnson LLP ("Steptoe") was retained as special tax counsel to the Debtors. Steptoe seeks approval of fees totaling $5,238.50 and expenses totaling $50.09 for its services during the Application Period.

27. Stroock & Stroock & Lavan LLP ("Stroock") was retained as counsel to the Official Committee of Unsecured Creditors. Stroock seeks approval of fees totaling $290,697.25 and expenses totaling $5,468.29 for its services during the Application Period.

28. Towers Watson ("Towers Watson") was retained as actuarial consultant to David T. Austern, Future Claimants Representative. Towers Watson seeks approval of fees totaling $855.00 and no expenses for its services during the Application Period.[7]

29. Venable LLP ("Venable") was retained as special litigation counsel to the Debtors. Venable seeks approval of fees totaling $436,188.75 and expenses totaling $116,265.17 for its services during the Application Period.

30. Woodcock Washburn LLP ("Woodcock Washburn") was retained as special litigation counsel to the Debtors. Woodcock Washburn seeks approval of fees totaling $1,904.00 and expenses totaling $1,100.00 for its services during the Application Period.

31. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Applications in their entirety, including each of the time and expense entries included in the exhibits to the Applications, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District

[7]We noted that the fee detail was missing from Towers Watson's Application. Pursuant to our request, Towers Watson supplied the missing fee detail, which detail we have attached hereto as Response Exhibit "A."

of Delaware, Amended Effective February 1, 2010, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.

## DISCUSSION

32. We have no objections to or issues with, any of the Applications, with the exception of certain *de minimis* issues as explained in the following paragraph and corresponding footnotes.

## CONCLUSION

33. In summary, for the Application Period, we recommend approval of the following fees and expenses for these Applicants:

a. AKO - $454,788.00 in fees and $8,691.58 in expenses;

b. Austern - $1,100.00 in fees;

c. Beveridge & Diamond - $31,595.00 in fees and $60.22 in expenses;

d. Bilzin Sumberg - $60,780.25 in fees and $30,220.63 in expenses;

e. Blackstone - $325,000.00 in fees and $5,872.21 in expenses;

f. BMC - $49,321.00 in fees and $7,968.45 in expenses.

g. Campbell & Levine - $61,680.50 in fees and $6,976.62 in expenses;

h. Capstone - $276,402.00 in fees and $537.75 in expenses;

i. Casner - $34,191.50 in fees and $40,582.18 in expenses;

j. Charter Oak - $80,530.00 in fees and $39.96 in expenses;

k. Day Pitney - $14,028.00 in fees and $221.20 in expenses;

l. Duane Morris - $54,047.50 in fees and $2,234.02 in expenses;

m. Ferry Joseph - $50,734.50 in fees and $9,397.41 in expenses;

n. Foley Hoag - $81,048.50 in fees and $276.40 in expenses;

o. Holme - $918.50 in fees and $806.28 in expenses (for the Thirty-Fourth Interim Period);

p. Kramer Levin - $47,226.50 in fees and $2,139.19 in expenses;

q. LAS - $4,940.00 in fees;

r. Lincoln - $200,000.00 in fees and $2,769.33 in expenses for the Thirty-Fifth Interim Period, and $225,000.00 in fees and $571.89 in expenses for the current Application Period;

s. Nelson - $864.00 in fees and $39.33 in expenses for the Thirty-Fourth Interim Period;

t. Ogilvy Renault - CDN$187,329.00 in fees and CDN$3,828.81 in expenses;

u. Pachulski - $133,864.50 in fees and $99,163.68 in expenses;

v. PwC - $1,029,802.58 in fees ($1,029,871.17 minus $68.59)[8] and $20,753.76 in expenses;

w. Reed Smith - $83,541.50 in fees and $8,576.90 in expenses;

x. Rich - $54,600.00 in fees and $2,752.84 in expenses;

y. Sanders - $26,685.00 in fees and $3,022.32 in expenses;

[8]This reflects a recommended reduction of $68.59 for time entries which PwC agreed should have been billed at a clerical rate.

z. Steptoe - $5,238.50 in fees and $50.09 in expenses;

aa. Stroock - $290,697.25 in fees and $5,468.29 in expenses;

bb. Towers Watson - $855.00 in fees;

cc. Venable - $436,188.75 in fees and $116,265.17 in expenses; and

dd. Woodcock - $1,904.00 in fees and $1,100.00 in expenses.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:______________________________
Warren H. Smith
Texas State Bar No. 18757050

Republic Center
325 N. St. Paul Street, Suite 1250
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 9th day of September, 2010.

______________________________
Warren H. Smith

# SERVICE LIST

Notice Parties

**The Applicants**

Robert Y. Chung
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182

David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042-0683

Pamela D. Marks
Beveridge & Diamond, P.C.
201 N. Charles Street, Suite 2210
Baltimore, MD 21201

Scott L. Baena
Jay M. Sakalo
Matthew I. Kramer
Bilzin Sumberg Baena Price & Axelrod LLP
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2385

Pamela D. Zilly
Senior Managing Director
Blackstone Advisory Services L.P.
345 Park Avenue
New York, NY 10154

Myrtle H. John
BMC Group
600 1st Avenue, Suite 300
Seattle, Washington 98104

Kathleen Campbell Davis
Marla Eskin
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

Edwin N. Ordway, Jr.
Capstone Advisory Group, LLC
Park 80 West, Plaza I
Saddle Brook, NJ 07663

Robert A. Murphy
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210

Bradley Rapp
Charter Oak Financial Consultants, LLC
430 Center Avenue
Mamaroneck, NY 10543

Anthony J. Marchetta
Day Pitney LLP
P. O. Box 1945
Morristown, NJ 07962-1945

Michael R. Lastowski
Richard W. Riley
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

Michael B. Joseph
Theodore J. Tacconelli
Lisa L. Coggins
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 1000
P. O. Box 1351
Wilmington, DE 19899

Adam P. Kahn
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600

Eric E. Johnson
Holme Roberts & Owen, LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203

Philip Bentley
David E. Blabey, Jr.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10022

Daniel K. Hogan
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, DE 19806

Mark A. Peterson
Legal Analysis Systems, Inc.
970 Calle Arroyo
Thousand Oaks, CA 91360

Joseph J. Radecki, Jr.
Lincoln Partners Advisors LLC
400 Madison Avenue, #21
New York, NY 10017-8901

Bernard F. Hawkins, Jr.
Nelson Mullins Riley & Scarborough, LLP
1320 Main Street, 17th Floor
Columbia, SC 29201

Teresa J. Walsh
Ogilvy Renault LLP
200 Bay Street, Suite 3800
Royal Bank Plaza, South Tower
Toronto, ON M5J 2Z4

James E. O'Neill
Laura Davis Jones
Pachulski Stang Ziehl & Jones, LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Kurt F. Gwynne
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

James J. Restivo, Jr.
Lawrence E. Flatley
Douglas E. Cameron
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Alan B. Rich
4244 Renaissance Tower
1201 Elm Street
Dallas, TX 75270

Anne E. Moran
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036

Lewis Kruger
Kenneth Pasquale
Arlene Krieger
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038-4982

Jennifer L. Biggs
Towers Watson
101 S. Hanley Rd.
St. Louis, MO 63105

G. Stewart Webb, Jr.
Darek S. Bushnaq
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, MD 21202

Gary H. Levin
Woodcock Washburn LLP
Cira Centre – 12th Floor
2929 Arch Street
Philadelphia, PA 19104-2891

**The Debtors**
Richard Finke
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
Deanna Boll
Holly Bull
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

**Counsel to the Official Committee of Equity Holders**
Teresa K. D. Currier
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801