**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | ) <br> ) **Chapter 11** <br> ) |
| **W.R. GRACE & CO.**, *et al.*, | ) **Case No. 01-01139 (JKF)** <br> ) **Jointly Administered** |
| Debtors. | ) <br> ) **Re: Docket No. 24699** |

**CERTIFICATION OF COUNSEL (NO ORDER REQUIRED)
REGARDING THE FIRST MONTHLY APPLICATION FOR COMPENSATION
OF LAUZON BÉLANGER AS SPECIAL COUNSEL FOR
THE CANADIAN ZAI CLAIMANTS [DOCKET NO. 24699] FOR THE
COMPENSATION PERIOD DECEMBER 21, 2009 THROUGH MARCH 31, 2010**

I, Daniel K. Hogan, as counsel to Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP ("Representative Counsel") as Special Counsel for the Canadian ZAI Claimants by Appointment Order, dated March 19, 2010 [Docket No. 24508], hereby certify the following:

1. On April 30, 2010, Lauzon Bélanger filed its First Monthly Application for Compensation as Special Counsel for the Canadian ZAI Claimants for the Compensation Period December 21, 2009 through March 31, 2010 [Docket No. 24699] (the "First Monthly Application").

2. The United States Trustee for the District of Delaware (the "U.S. Trustee") has provided informal comments regarding an expense listed as "expert fees" and on the exclusion of the identification of Canadian dollars on Lauzon Bélanger's First Monthly Application.

3. Warren H. Smith & Associates (the "Fee Auditor") also provided informal comments regarding the expense listed as "expert fees" on Lauzon Bélanger's First Monthly Application.

4. In the First Monthly Application for the period December 21, 2009 to March 31, 2010, Lauzon Bélanger erroneously included an entry of "expert fees" in the amount of CDN$61,492.84 in the expense summary.

5. Subsequent to the filing of the First Monthly Application, Lauzon Bélanger identified the inclusion of "expert fees", in the amount of CDN$61,492.84 in its expense summary, as fees paid by Lauzon Bélanger to The Hogan Firm during the period December 21, 2009, to March 31, 2010.

6. The Hogan Firm filed its own monthly fee application on April 30, 2010 [Docket No. 24701]. Therefore, in light of this, and the comments received from the U.S. Trustee and the Fee Auditor, Lauzon Bélanger has revised its Time and Expense Summary for the period December 21, 2009, to March 31, 2010, omitting any reference to The Hogan Firm fees. A true and correct copy of the revised Time and Expense Summary is attached hereto as **"Exhibit 1"** ("Revised T&E Summary").

7. On or about May 7, 2010, Lauzon Bélanger provided the Revised T&E Summary to the Fee Auditor.

8. In accordance with the Revised T&E Summary, Special Counsel Lauzon Bélanger requests actual and necessary expenses in the amount of CDN$2,216.53. The invoiced amounts are now CDN$16,143.45 for actual and necessary services, CDN$2,216.53 for actual and necessary expenses, CDN$813.29 Goods & Services Tax and CDN$1,280.93 for Quebec Sales Tax, for a total invoiced amount of CDN$18,359.98. Accordingly, Lauzon Bélanger is requesting payment of CDN$17,225.51, representing 80% of fees and 100% of tax and expenses.

9. For the convenience of the Court, a blackline version showing changes from Lauzon Bélanger's original Time and Expense Summary, filed as Exhibit A to the First Monthly Application, is attached hereto as **"Exhibit 2"**.

10. As of the date of this certification, no other objections to the First Monthly Application have been received.

WHEREFORE, Lauzon Bélanger respectfully requests immediate payment from the Debtors of CDN$17,225.51.

Dated: May 26, 2010                              */s/Daniel K. Hogan*
                                                 Daniel K. Hogan (DE Bar No. 2814)
                                                 **THE HOGAN FIRM**
                                                 1311 Delaware Avenue
                                                 Wilmington, Delaware 19806
                                                 Telephone: (302) 656.7540
                                                 Facsimile: (302) 656.7599
                                                 E-Mail: dkhogan@dkhogan.com

# EXHIBIT 1

# EXHIBIT 1



RE :   W.R. GRACE & CO., and al.
      U.S. FEE APPLICATION
      CDN ZAI CLASS ACTION
      Our file :  222

## CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION
## (DECEMBER 21, 2009 to MARCH 31, 2010)

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**Our fees:**

| DATE | INIT | DESCRIPTION | HOURS |
|---|---|---|---|
| 2009-12-21 | CH | Receipt and study of the Affidavit of Michel Bélanger prepared by Mr. Hogan Re: fee application; | 0.33 |
| 2009-12-21 | CH | Email to Karen Harvey, Mr. Hogan's paralegal; | 0.25 |
| 2009-12-21 | CH | Review of emails from Mr. Moloci to Mr. Ferbers and to Mr. Hogan; | 0.25 |
| 2009-12-21 | CH | Email to Mr. Moloci and Hogan; | 0.25 |
| 2009-12-21 | CH | Email to Mr. Hogan; | 0.17 |
| 2009-12-21 | MB | Review of draft affidavit; | 1.00 |
| 2009-12-21 | MB | Letter to Mr. Moloci; | 0.25 |
| 2009-12-21 | MB | Review of emails to Mr. Ferbers and Mr. Hogan; | 0.75 |
| 2009-12-21 | MB | Meeting with Ms. Hannouche; | 0.75 |
| 2009-12-22 | MB | Review of motions presentable under Chapter 11 ; | 2.00 |
| 2009-12-22 | MB | Review of emails from Attorney General of Canada and Grace; | 0.75 |
| 2009-12-22 | MB | Review of emails from members; | 0.75 |
| 2010-01-05 | MB | Review of a letter from A.G. Canada; | 0.50 |
| 2010-01-05 | MB | Letter to Mr. Moloci; | 0.50 |
| 2010-01-05 | MB | Review of motions filed in the US; | 1.00 |
| 2010-01-05 | MB | Meeting with Mr. Lespérance re: letter from A.G. Canada - conflict; | 0.50 |
| 2010-01-05 | CH | Email to Kathy Davis (Rust Consulting); | 0.17 |
| 2010-01-05 | CH | Email to  Mr. Thompson and Mr. Moloci; | 0.17 |
| 2010-01-05 | CH | Email to  Mr. Thompson and Mr. Moloci Re : letter from | 0.25 |

| Date | Init. | Description | Hours |
|---|---|---|---|
| | | AG Canada; | |
| 2010-01-06 | MB | Review of email from Mr. Thompson; | 0.50 |
| 2010-01-06 | MB | Meeting with Ms. Hannouche Re: claims protocol; | 0.75 |
| 2010-01-06 | MB | Conference call with Mr. Moloci, Mr. Thompson and Ms. Hannouche; | 0.50 |
| 2010-01-06 | MB | Research of documents relating to conflict of interest and memo; | 5.00 |
| 2010-01-06 | CH | Conference call with Mr. Bélanger, Mr. Thompson and Mr. Moloci; | 0.33 |
| 2010-01-06 | CH | Email to Mr. Thompson and Mr. Moloci; | 0.17 |
| 2010-01-08 | MB | Review of a memo; | 1.00 |
| 2010-01-08 | CH | Review of a memo by Mr. Bélanger and translation Re: conflict of interest alleged by AG Canada; | 1.00 |
| 2010-01-11 | MB | Review of emails from Mr. Moloci and Mr. Thompson; | 0.33 |
| 2010-01-11 | MB | Drafting of a memo Re: Mr. Lespérance conflict; | 2.50 |
| 2010-01-11 | CH | Email to Mr. Thompson; | 0.17 |
| 2010-01-12 | MB | Drafting of an affidavit; | 2.00 |
| 2010-01-12 | CH | Meeting with Mr. Bélanger Re: claims protocol; | 2.00 |
| 2010-01-13 | MB | Review of emails from colleagues; | 0.50 |
| 2010-01-13 | CH | Receipt and review of a draft Notice of Motion and Affidavit from Mr. Thompson; | 0.42 |
| 2010-01-15 | MB | Drafting of an affidavit; | 2.00 |
| 2010-01-15 | MB | Meeting with Ms. Hannouche; | 0.50 |
| 2010-01-15 | MB | Review of emails from Mr. Thompson; | 0.50 |
| 2010-01-15 | CH | Email to Mr. Thompson; | 0.25 |
| 2010-01-20 | CH | Review of draft order prepared by Mr. Thompson; | 0.25 |
| 2010-01-21 | CH | Email to Mr. Thompson; | 0.33 |
| 2010-01-22 | CH | Telephone conversation with Ms. Drouin Re: wording of the draft order as to role of Lauzon Bélanger; | 0.25 |
| 2010-01-22 | CH | Email to Mr. Thompson and Mr. Moloci Re: conversation with Ms. Drouin; | 0.17 |
| 2010-01-22 | CH | Email to Ms. Drouin Re: conversation regarding wording of draft order; | 0.17 |
| 2010-01-25 | CH | Email to Mr. Thompson and Mr. Moloci Re: draft order; | 0.17 |
| 2010-01-25 | CH | Email to Mr. Thompson and Mr. Moloci Re: draft order; | 0.17 |
| 2010-01-26 | CH | Email to Mr. Thompson and Mr. Moloci Re: draft order; | 0.17 |
| 2010-01-26 | CH | Email to Ms. Drouin Re : wording of draft order; | 0.17 |
| 2010-01-28 | MB | Review of emails from Mr. Moloci and Mr. Thompson; | 0.50 |
| 2010-01-29 | CH | Email to Mr. Thompson and Mr. Moloci Re: draft order; | 0.25 |
| 2010-01-29 | CH | Email to Ms. Drouin Re: wording of draft order; | 0.17 |
| 2010-01-29 | CH | Email to Mr. Thompson and Mr. Moloci Re: draft order; | 0.17 |
| 2010-02-01 | CH | Email to Mr. Moloci Re : conference call; | 0.17 |
| 2010-02-01 | CH | Conference call with Mr. Thompson, Moloci and Bélanger Re: wording of draft order; | 1.00 |
| 2010-02-01 | CH | Email to Mr. Thompson; | 0.17 |
| 2010-02-01 | MB | Review of an email from Mr. Moloci; | 0.33 |
| 2010-02-01 | MB | Conference call with Mr. Thompson, Moloci and Hannouche; | 1.00 |
| 2010-02-02 | MB | Conference call with Mr. Moloci, Mr. Thompson and | 0.67 |

| | | | |
|---|---|---|---|
| | | Ms. Hannouche; | |
| 2010-02-02 | CH | Conference call with Mr. Moloci, Mr. Thompson and Mr. Bélanger; | 0.67 |
| 2010-02-02 | MB | Telephone conversation with Ms. Drouin; | 0.50 |
| 2010-02-02 | MB | Preparation of a draft order; | 0.75 |
| 2010-02-02 | MB | Review of Motion and response from Grace and A.G. Canada; | 1.00 |
| 2010-02-03 | CH | Conference call with Mr. Thompson. Mr. Moloci and Mr. Bélanger; | 0.17 |
| 2010-02-03 | CH | Conference call with Mr. Thompson, Moloci, Gagné and Bélanger, Ms. Dais-Visca and Drouin Re: wording of draft order; | 1.00 |
| 2010-02-03 | MB | Conference call with Ms. Drouin, and Mr. Moloci, and Thompson and Ms. Hannouche; | 1.00 |
| 2010-02-12 | CH | Email to Mr. Thompson and Mr. Moloci; | 0.17 |
| 2010-02-17 | CH | Email to Kathy Davis (Rust Consulting); | 0.17 |
| 2010-02-18 | CH | Telephone conversation with a class member; | 0.17 |
| 2010-02-19 | CH | Telephone conversation with a class member; | 0.25 |
| 2010-02-19 | MB | Review of an email from Mr. Thompson; | 0.25 |
| 2010-02-22 | CH | Email to a class member; | 0.33 |
| 2010-02-24 | CH | Email to Mr. Thompson and Mr. Moloci; | 0.17 |
| 2010-03-09 | CH | Email to a class member; | 0.17 |
| 2010-03-10 | CH | Email to a class member; | 0.25 |
| 2010-03-11 | CH | Email to Mr. Thompson; | 0.17 |
| 2010-03-16 | MB | Conference call with Mr. Thompson and Moloci and Ms. Hannouche; | 0.58 |
| 2010-03-16 | CH | Conference call with Mr. Moloci, Thompson and Bélanger; | 0.58 |
| 2010-03-18 | CH | Review of time summary from September 1, 2008 - December 20, 2009 and translation Re: fee application; | 3.00 |
| 2010-03-22 | CH | Review of the translation of our time summary Re: US substantial contribution application; | 0.50 |
| 2010-03-22 | CH | Email to Mr. Moloci and Mr. Thompson; | 0.17 |
| 2010-03-22 | CH | Email to Mr. Thompson and Mr. Moloci; | 0.17 |
| | | **OUR FEES :** | **44.90**    **16,143.45** |

TIME SUMMARY BY ATTORNEY :

| | | | |
|---|---|---|---|
| MB | 350.00 | 31.41 | 10,993.50 |
| CH | 285.00 | 18.07 | 5,149.95 |

**TAXABLE DISBURSEMENTS**

Fax (31 x $1.00)                                              31.00
Photocopies (331 x .10¢)                                      33.10

| | |
|---|---:|
| Messengers | 58.21 |
| **TOTAL TAXABLE DISBURSEMENTS** | **122.31** |
| **TOTAL DISBURSEMENTS** | **122.31** |
| **TOTAL FEES AND DISBURSEMENTS** | **16,265.76** |
| Total G.S.T. | 813.29 |
| Total Q.S.T. | 1,280.93 |
| **TOTAL** | **$ 18,359.98** |

# G.S.T.   814682340 RT 0001
# Q.S.T.   1211542736 TQ 0001

# EXHIBIT 2



RE :   W.R. GRACE & CO., and al.
       U.S. FEE APPLICATION
       CDN ZAI CLASS ACTION
       Our file :  222

**CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION**
**(DECEMBER 21, 2009 to MARCH 31, 2010)**

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**Our fees:**

| DATE | INIT | DESCRIPTION | HOURS |
|---|---|---|---|
| 2009-12-21 | CH | Receipt and study of the Affidavit of Michel Bélanger prepared by Mr. Hogan Re: fee application; | 0.33 |
| 2009-12-21 | CH | Email to Karen Harvey, Mr. Hogan's paralegal; | 0.25 |
| 2009-12-21 | CH | Review of emails from Mr. Moloci to Mr. Ferbers and to Mr. Hogan; | 0.25 |
| 2009-12-21 | CH | Email to Mr. Moloci and Hogan; | 0.25 |
| 2009-12-21 | CH | Email to Mr. Hogan; | 0.17 |
| 2009-12-21 | MB | Review of draft affidavit; | 1.00 |
| 2009-12-21 | MB | Letter to Mr. Moloci; | 0.25 |
| 2009-12-21 | MB | Review of emails to Mr. Ferbers and Mr. Hogan; | 0.75 |
| 2009-12-21 | MB | Meeting with Ms. Hannouche; | 0.75 |
| 2009-12-22 | MB | Review of  motions presentable under Chapter 11 ; | 2.00 |
| 2009-12-22 | MB | Review of emails from Attorney General of Canada and Grace; | 0.75 |
| 2009-12-22 | MB | Review of emails from members; | 0.75 |
| 2010-01-05 | MB | Review of a letter from A.G. Canada; | 0.50 |
| 2010-01-05 | MB | Letter to Mr. Moloci; | 0.50 |
| 2010-01-05 | MB | Review of motions filed in the US; | 1.00 |
| 2010-01-05 | MB | Meeting with Mr. Lespérance re: letter from A.G. Canada - conflict; | 0.50 |
| 2010-01-05 | CH | Email to Kathy Davis (Rust Consulting); | 0.17 |
| 2010-01-05 | CH | Email to  Mr. Thompson and Mr. Moloci; | 0.17 |
| 2010-01-05 | CH | Email to  Mr. Thompson and Mr. Moloci Re : letter from | 0.25 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| | | AG Canada; | |
| 2010-01-06 | MB | Review of email from Mr. Thompson; | 0.50 |
| 2010-01-06 | MB | Meeting with Ms. Hannouche Re: claims protocol; | 0.75 |
| 2010-01-06 | MB | Conference call with Mr. Moloci, Mr. Thompson and Ms. Hannouche; | 0.50 |
| 2010-01-06 | MB | Research of documents relating to conflict of interest and memo; | 5.00 |
| 2010-01-06 | CH | Conference call with Mr. Bélanger, Mr. Thompson and Mr. Moloci; | 0.33 |
| 2010-01-06 | CH | Email to Mr. Thompson and Mr. Moloci; | 0.17 |
| 2010-01-08 | MB | Review of a memo; | 1.00 |
| 2010-01-08 | CH | Review of a memo by Mr. Bélanger and translation Re: conflict of interest alleged by AG Canada; | 1.00 |
| 2010-01-11 | MB | Review of emails from Mr. Moloci and Mr. Thompson; | 0.33 |
| 2010-01-11 | MB | Drafting of a memo Re: Mr. Lespérance conflict; | 2.50 |
| 2010-01-11 | CH | Email to Mr. Thompson; | 0.17 |
| 2010-01-12 | MB | Drafting of an affidavit; | 2.00 |
| 2010-01-12 | CH | Meeting with Mr. Bélanger Re: claims protocol; | 2.00 |
| 2010-01-13 | MB | Review of emails from colleagues; | 0.50 |
| 2010-01-13 | CH | Receipt and review of a draft Notice of Motion and Affidavit from Mr. Thompson; | 0.42 |
| 2010-01-15 | MB | Drafting of an affidavit; | 2.00 |
| 2010-01-15 | MB | Meeting with Ms. Hannouche; | 0.50 |
| 2010-01-15 | MB | Review of emails from Mr. Thompson; | 0.50 |
| 2010-01-15 | CH | Email to Mr. Thompson; | 0.25 |
| 2010-01-20 | CH | Review of draft order prepared by Mr. Thompson; | 0.25 |
| 2010-01-21 | CH | Email to Mr. Thompson; | 0.33 |
| 2010-01-22 | CH | Telephone conversation with Ms. Drouin Re: wording of the draft order as to role of Lauzon Bélanger; | 0.25 |
| 2010-01-22 | CH | Email to Mr. Thompson and Mr. Moloci Re: conversation with Ms. Drouin; | 0.17 |
| 2010-01-22 | CH | Email to Ms. Drouin Re: conversation regarding wording of draft order; | 0.17 |
| 2010-01-25 | CH | Email to Mr. Thompson and Mr. Moloci Re: draft order; | 0.17 |
| 2010-01-25 | CH | Email to Mr. Thompson and Mr. Moloci Re: draft order; | 0.17 |
| 2010-01-26 | CH | Email to Mr. Thompson and Mr. Moloci Re: draft order; | 0.17 |
| 2010-01-26 | CH | Email to Ms. Drouin Re : wording of draft order; | 0.17 |
| 2010-01-28 | MB | Review of emails from Mr. Moloci and Mr. Thompson; | 0.50 |
| 2010-01-29 | CH | Email to Mr. Thompson and Mr. Moloci Re: draft order; | 0.25 |
| 2010-01-29 | CH | Email to Ms. Drouin Re: wording of draft order; | 0.17 |
| 2010-01-29 | CH | Email to Mr. Thompson and Mr. Moloci Re: draft order; | 0.17 |
| 2010-02-01 | CH | Email to Mr. Moloci Re : conference call; | 0.17 |
| 2010-02-01 | CH | Conference call with Mr. Thompson, Moloci and Bélanger Re: wording of draft order; | 1.00 |
| 2010-02-01 | CH | Email to Mr. Thompson; | 0.17 |
| 2010-02-01 | MB | Review of an email from Mr. Moloci; | 0.33 |
| 2010-02-01 | MB | Conference call with Mr. Thompson, Moloci and Hannouche; | 1.00 |
| 2010-02-02 | MB | Conference call with Mr. Moloci, Mr. Thompson and | 0.67 |

| | | | |
|---|---|---|---|
| | | Ms. Hannouche; | |
| 2010-02-02 | CH | Conference call with Mr. Moloci, Mr. Thompson and Mr. Bélanger; | 0.67 |
| 2010-02-02 | MB | Telephone conversation with Ms. Drouin; | 0.50 |
| 2010-02-02 | MB | Preparation of a draft order; | 0.75 |
| 2010-02-02 | MB | Review of Motion and response from Grace and A.G. Canada; | 1.00 |
| 2010-02-03 | CH | Conference call with Mr. Thompson. Mr. Moloci and Mr. Bélanger; | 0.17 |
| 2010-02-03 | CH | Conference call with Mr. Thompson, Moloci, Gagné and Bélanger, Ms. Dais-Visca and Drouin Re: wording of draft order; | 1.00 |
| 2010-02-03 | MB | Conference call with Ms. Drouin, and Mr. Moloci, and Thompson and Ms. Hannouche; | 1.00 |
| 2010-02-12 | CH | Email to Mr. Thompson and Mr. Moloci; | 0.17 |
| 2010-02-17 | CH | Email to Kathy Davis (Rust Consulting); | 0.17 |
| 2010-02-18 | CH | Telephone conversation with a class member; | 0.17 |
| 2010-02-19 | CH | Telephone conversation with a class member; | 0.25 |
| 2010-02-19 | MB | Review of an email from Mr. Thompson; | 0.25 |
| 2010-02-22 | CH | Email to a class member; | 0.33 |
| 2010-02-24 | CH | Email to Mr. Thompson and Mr. Moloci; | 0.17 |
| 2010-03-09 | CH | Email to a class member; | 0.17 |
| 2010-03-10 | CH | Email to a class member; | 0.25 |
| 2010-03-11 | CH | Email to Mr. Thompson; | 0.17 |
| 2010-03-16 | MB | Conference call with Mr. Thompson and Moloci and Ms. Hannouche; | 0.58 |
| 2010-03-16 | CH | Conference call with Mr. Moloci, Thompson and Bélanger; | 0.58 |
| 2010-03-18 | CH | Review of time summary from September 1, 2008 - December 20, 2009 and translation Re: fee application; | 3.00 |
| 2010-03-22 | CH | Review of the translation of our time summary Re: US substantial contribution application; | 0.50 |
| 2010-03-22 | CH | Email to Mr. Moloci and Mr. Thompson; | 0.17 |
| 2010-03-22 | CH | Email to Mr. Thompson and Mr. Moloci; | 0.17 |
| | | **OUR FEES :** | **49.48**    **16,143.45** |

TIME SUMMARY BY ATTORNEY :

| MB | 350.00 | 31.41 | 10,993.50 |
|---|---|---|---|
| CH | 285.00 | 18.07 | 5,149.95 |

**TAXABLE DISBURSEMENTS**

Fax (31 x $1.00)                                                                 31.00
Photocopies (331 x .10¢)                                                     33.10

| | |
|---|---:|
| Messengers | 58.21 |
| **TOTAL TAXABLE DISBURSEMENTS** | **122.31** |
| ~~**NON TAXABLE DISBURSEMENTS**~~ | |
| ~~Non taxable expert fees~~ | ~~61,492.84~~ |
| ~~**TOTAL NON TAXABLE DISBURSEMENTS**~~ | ~~**61,492.84**~~ |
| **TOTAL DISBURSEMENTS** | **122.31** ~~**61,615.15**~~ |
| **TOTAL FEES AND DISBURSEMENTS** | **16,265.76** ~~**77,758.60**~~ |
| Total G.S.T. | 813.29 |
| Total Q.S.T. | 1,280.93 |
| **TOTAL** | **$18,359.98** ~~**$ 79,852.82**~~ |

\# G.S.T.   814682340 RT 0001
\# Q.S.T.   1211542736 TQ 0001

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: May 21, 2010 @ 4:00 p.m. |
| | ) | Hearing Date: June 7, 2010 @ 10:30 a.m. |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Daniel K. Hogan, hereby certify that on the 26th day of May, 2010, I caused a true and correct copy of the following document to be served on the individuals on the attached service list in the manner indicated:

**CERTIFICATION OF COUNSEL (NO ORDER REQUIRED) REGARDING THE FIRST MONTHLY APPLICATION FOR COMPENSATION OF LAUZON BÉLANGER AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS [DOCKET NO. 24699] FOR THE COMPENSATION PERIOD DECEMBER 21, 2009 THROUGH MARCH 31, 2010**

                                              */s/Daniel K. Hogan*
                                              Daniel K. Hogan (DE Bar #2814)

Grace Certificate of No Objection (for Fee Apps) Service List
Case Number: 01-1139 (JKF)
Document Number: 155270
06 - Hand Delivery
11 - First Class Mail

(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Parcels)
Vito I. DiMaio
Parcels, Inc.
230 N. Market Street
Wilmington, DE 19899

*Hand Delivery*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street
#300
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, 10th Floor
P.O. Box 1351
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP 1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2207
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Jeffrey R. Waxman, Esquire
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

*First Class Mail*
(Debtors)
Richard C. Finke, Esquire
John Port, Esquire
W. R. Grace & Co.
5400 Broken Sound Boulevard NW
Boca Raton, FL 33487

*First Class Mail*
(Counsel to Debtor)
Theodore L. Freedman, Esquire
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611

*First Class Mail*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

*First Class Mail*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

*First Class Mail*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 S. Biscayne Boulevard, Suite 2500
Miami, FL 33131

*First Class Mail*
(Counsel to DIP Lender) J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

*First Class Mail*
(Counsel to Official Committee of Unsecured Creditors) William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ 07102-3889

*First Class Mail*
(Counsel to Official Committee of Equity Holders)
Thomas Moers Mayer
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*First Class Mail*
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, D.C. 20005-5802

*First Class Mail*
(Counsel for David T. Austern)
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Matthew W. Cheney, Esquire
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706

*First Class Mail*
(Counsel to Debtor)
Janet S. Baer, Esquire
The Law Offices of Janet S. Baer P. C.
70 W. Madison St., Suite 2100
Chicago, IL 60602