**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**July 2010**

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Month Ended July 31, 2010

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| George Baccash | Tax Partner | 30 | Integrated Audit | $ 592.80 | 15.0 | $ 8,892.00 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | $ 955.04 | 9.0 | $ 8,595.36 |
| Robert Edyt | Audit Partner | 20+ | Integrated Audit | $ 1,019.81 | 2.0 | $ 2,039.62 |
| Thomas Smith | Audit Partner | 20+ | Integrated Audit | $ 720.09 | 36.5 | $ 26,283.29 |
| Jennifer Mak | Director | 9 | Integrated Audit | $ 817.88 | 1.5 | $ 1,226.82 |
| David Sands | Director | 9 | Integrated Audit | $ 422.91 | 0.7 | $ 296.04 |
| Jerry Puzey | Director | 8 | Integrated Audit | $ 395.30 | 30.0 | $ 11,859.00 |
| Justin Bray | Audit Senior Manager | 8 | Integrated Audit | $ 422.91 | 75.7 | $ 32,014.29 |
| Alison Garleb | Audit Manager | 7 | Integrated Audit | $ 320.04 | 93.7 | $ 29,987.75 |
| Jacqueline Bravo | Tax Manager | 4 | Integrated Audit | $ 301.60 | 28.0 | $ 8,444.80 |
| Todd Chesla | Tax Manager | 4 | Integrated Audit | $ 301.60 | 29.5 | $ 8,897.20 |
| Pavel Katsiak | Audit Senior Associate | 4 | Integrated Audit | $ 233.68 | 136.6 | $ 31,920.69 |
| Elizabeth Sama | Tax Senior Associate | 3 | Integrated Audit | $ 228.80 | 28.0 | $ 6,406.40 |
| Phillip Crosby | Audit Senior Associate | 4 | Integrated Audit | $ 227.34 | 2.0 | $ 454.68 |
| Kristina Johnson | Audit Experienced Associate | 3 | Integrated Audit | $ 161.29 | 136.9 | $ 22,080.60 |
| Shawn McNeilly | Audit Experienced Associate | 3 | Integrated Audit | $ 161.29 | 184.2 | $ 29,709.62 |
| Madeleine Lederer | Audit Experienced Associate | 3 | Integrated Audit | $ 161.29 | 34.6 | $ 5,580.63 |
| Kathleen Bradley | Audit Experienced Associate | 2 | Integrated Audit | $ 161.29 | 126.3 | $ 20,370.93 |
| George Cavellus | Audit Intern | <1 | Integrated Audit | $ 63.50 | 67.7 | $ 4,298.95 |
| Corey Cines | Audit Intern | <1 | Integrated Audit | $ 63.50 | 127.7 | $ 8,108.95 |
| Monica Sokol | Project Specialist | 1 | Integrated Audit | $ 135.42 | 29.1 | $ 3,943.43 |
| Victoria Gibson | Project Specialist | 1 | Integrated Audit | $ 135.42 | 8.5 | $ 1,151.07 |
| Maria Rattaro | Project Specialist | 1 | Integrated Audit | $ 135.42 | 11.0 | $ 1,489.62 |
| Luz Barcia | Project Specialist | 1 | Integrated Audit | $ 135.42 | 1.0 | $ 135.42 |
| Maria Ciaglia | Project Specialist | 1 | Integrated Audit | $ 135.42 | 0.4 | $ 52.81 |
| Sebastian Calderone | Project Specialist | 3 | Integrated Audit | $ 135.42 | 16.2 | $ 2,191.10 |
| Daniela Annocaro | Project Specialist | 1 | Integrated Audit | $ 135.42 | 1.2 | $ 162.50 |
| Marcos Rasmussen | Project Specialist | 1 | Integrated Audit | $ 135.42 | 9.8 | $ 1,331.18 |
| Adriana Borri | Project Specialist | 3 | Integrated Audit | $ 135.42 | 2.0 | $ 270.84 |
| Mercedes Rodriguez Peyloubet | Project Specialist | 1 | Integrated Audit | $ 135.42 | 5.0 | $ 677.10 |
| Gustavo Finkelstein | Project Specialist | 1 | Integrated Audit | $ 135.42 | 4.0 | $ 544.39 |
| Totals | | | | | 1,253.8 | $ 279,417.07 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals    26.7    $ 4,287.14

## Summary of PwC's Fees By Project Category:
### July 2010

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 26.7 | $ 4,287.14 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |

| | | |
|---|---|---|
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial- Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 1,253.8 | $ 279,417.07 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 1,280.5 | $ 283,704.21 |

Expense Summary
July 2010

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 2,975.67 |
| Lodging | N/A | $ 266.03 |
| Sundry | N/A | $ 39.34 |
| Business Meals | N/A | $ 954.47 |
| TOTAL: | | $ 4,235.51 |