# EXHIBIT - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended July 31, 2010

| Personnel | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|
| George Baccash | 7/13/10 | $ 58.00 | | | | 116 miles to and from client = * .5 =58.00 |
| | 7/14/10 | $ 34.00 | | | | 68 miles to and from client =*.5 = 34.00 |
| | 7/15/10 | $ 41.00 | | | | 82 miles to and from client = *.5 = 41.00 |
| Thomas Smith | 6/25/10 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 7/6/10 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 7/9/10 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 7/12/10 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 7/20/10 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 7/21/10 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 7/27/10 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 7/28/10 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| Justin Bray | 7/1/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 7/12/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 7/13/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 7/14/10 | $ 5.50 | | | | Mileage to airport from PwC Baltimore Office (11 miles * $0.50) |
| | 7/14/10 | $ 554.40 | | | | Airfare - roundtrip coach flight from BWI to West Palm, for meetings at Grace - Boca Raton, FL office |
| | 7/14/10 | | | | $ 8.75 | Out of town dinner for 1 (myself) |
| | 7/15/10 | | | | $ 42.50 | Out of town dinner for 1 (myself) |
| | 7/16/10 | | | $ 9.99 | | Internet connection charge at hotel |
| | 7/16/10 | | $ 266.03 | | | Hotel in Boca Raton, FL ($238 room rate for 2 nights, $28.03 taxes) |
| | 7/16/10 | $ 5.50 | | | | Mileage to PwC Baltimore Office from airport (11 miles * $0.50) |
| | 7/16/10 | $ 97.26 | | | | Car rental - 7/14-7/16 from West Palm airport for meeting at Grace - Boca Raton, FL office |
| | 7/16/10 | $ 44.00 | | | | Parking - BWI airport for trip to Grace - Boca Raton, FL office |
| | 7/19/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 7/20/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 7/21/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 7/22/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 7/26/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 7/28/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 7/29/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| Alison Garleb | 7/1/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 7/6/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 7/7/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 7/7/10 | | | | $ 104.99 | Team lunch for 7 with A. Garleb, E. Califo, P. Katsiak, S. McNeilly, K. Bradley, C. Cines, and G. Cavelius (all PwC) |
| | 7/8/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 7/12/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 7/19/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 7/20/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 7/21/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 7/22/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 7/23/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 7/26/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 7/27/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 7/28/10 | $ 4.50 | | | | Mileage attributable to Grace from another site (9 miles * $.50 rate). |
| | 7/29/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 7/30/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |

| Name | Date | Amount | Description |
|---|---|---|---|
| Jacqueline Bravo | 7/12/10 | $ 53.00 | 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles x $0.50 |
| | 7/12/10 | $ 9.00 | 4.50 tolls each way x 2 -= 9.00 |
| | 7/13/10 | $ 53.00 | 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles x $0.50 |
| | 7/13/10 | $ 9.00 | 4.50 tolls each way x 2 -= 9.00 |
| | 7/14/10 | $ 53.00 | 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles x $0.50 |
| | 7/14/10 | $ 9.00 | 4.50 tolls each way x 2 -= 9.00 |
| Ellen Calfo | 6/22/10 | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | 7/6/10 | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | 7/7/10 | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| Pavel Katsiak | 7/1/10 | $ 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 7/7/10 | $ 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 7/8/10 | $ 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 7/9/10 | $ 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 7/12/10 | $ 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 7/13/10 | $ 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 7/14/10 | $ 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 7/15/10 | $ 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 7/16/10 | $ 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 7/19/10 | $ 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 7/20/10 | $ 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 7/21/10 | $ 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 7/22/10 | $ 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 7/23/10 | $ 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 7/26/10 | $ 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 7/27/10 | $ 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 7/28/10 | $ 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 7/29/10 | $ 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 7/30/10 | $ 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| Kristina Johnson | 7/12/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 7/13/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 7/14/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 7/15/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 7/16/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 7/19/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 7/20/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 7/21/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 7/22/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 7/23/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 7/26/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 7/27/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 7/28/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 7/29/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 7/30/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 7/27/10 | $ 22.25 | Dinner for 1 (myself) while working late at the client site. |
| | 7/19/10 | $ 209.25 | Dinner while working late at the client site for 10 people: PwC - K. Bradley, N. Johnson, P. Katsiak, A. Garleb, and S. McNeilly; Grace - T. Puglisi, G. Wang, S. Caslin, J. Day, and L. Reynolds |
| | 7/15/10 | $ 21.68 | Dinner for 1 (myself) while working late at the client site. |
| | 7/15/10 | $ 6.00 | Mileage to get dinner while working late. 12 miles x $0.50/mile = $6.00 |
| | 7/13/10 | $ 13.65 | Postage for bankruptcy submission |
| Madeleine Lederer | 7/26/10 | $ 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | 7/27/10 | $ 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | 7/28/10 | $ 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | 7/29/10 | $ 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | 7/30/10 | $ 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |

| Name | Date | Transportation | Lodging | Sundry | Business Meals | Description |
|---|---|---|---|---|---|---|
| Kathleen Bradley | 7/6/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 7/7/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 7/8/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 7/9/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 7/9/10 | | | $ 15.70 | | Postage to send bankruptcy documents to the lawyers |
| | 7/12/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 7/13/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 7/13/10 | | | | $ 90.00 | Onsite dinner for 5, S.McNeilly, P.Katsiak, K.Bradley, A.Garleb, N.Johnson (all PwC) |
| | 7/14/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 7/14/10 | | | | $ 90.00 | Onsite dinner for 5, S.McNeilly, P.Katsiak, K.Bradley, A.Garleb, N.Johnson (all PwC) |
| | 7/15/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 7/15/10 | | | | $ 165.96 | Onsite dinner for 11, K.Bradley, N.Johnson, C.Cines, A.Garleb, P.Katsiak, S.McNeilly (all PwC), T.Puglisi, S.Smith, B.Dockman, J.McElhenney, J.Day (all Grace) |
| | 7/16/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 7/19/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 7/20/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 7/21/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 7/22/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 7/23/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 7/26/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 7/27/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 7/28/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 7/29/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 7/30/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| Corey Cines | 7/20/10 | | | | $ 199.09 | Overtime dinner for K. Bradley (PwC), S. McNeilly (PwC), A. Garleb (PwC), P. Katsiak (PwC), C. Cines (PwC), S. Caslin (Grace), G. Wang (Grace), B. Dockman (Grace) |
| | 7/21/10 | $ 7.00 | | | | Round Trip driving expenses to deliver overtime dinner of 14 miles x $0.50/mile. |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| | $ 4,235.51 | $ 2,975.67 | $ 266.03 | $ 39.34 | $ 954.47 |

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended July 31, 2010

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| George Baccash | 7/13/10 | Tax Partner | $ 58.00 | 116 miles to and from client = * .5 = 58.00 |
| | 7/14/10 | Tax Partner | $ 34.00 | 68 miles to and from client = *.5 = 34.00 |
| | 7/15/10 | Tax Partner | $ 41.00 | 82 miles to and from client = *.5 = 41.00 |
| Thomas Smith | 6/25/10 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 7/6/10 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 7/9/10 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 7/12/10 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 7/20/10 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 7/21/10 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 7/27/10 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 7/28/10 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| Justin Bray | 7/1/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 7/12/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 7/13/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 7/14/10 | Audit Senior Manager | $ 5.50 | Mileage to airport from PwC Baltimore Office (11 miles * $0.50) |
| | 7/14/10 | Audit Senior Manager | $ 554.40 | Airfare - roundtrip coach flight from BWI to West Palm, for meetings at Grace - Boca Raton, FL office |
| | 7/14/10 | Audit Senior Manager | $ 8.75 | Out of town dinner for 1 (myself) |
| | 7/15/10 | Audit Senior Manager | $ 42.50 | Out of town dinner for 1 (myself) |
| | 7/16/10 | Audit Senior Manager | $ 9.99 | Internet connection charge at hotel |
| | 7/16/10 | Audit Senior Manager | $ 266.03 | Hotel in Boca Raton, FL ($238 room rate for 2 nights, $28.03 taxes) |
| | 7/16/10 | Audit Senior Manager | $ 5.50 | Mileage to PwC Baltimore Office from airport (11 miles * $0.50) |
| | 7/16/10 | Audit Senior Manager | $ 97.26 | Car rental - 7/14-7/16 from West Palm airport for meeting at Grace - Boca Raton, FL office |
| | 7/16/10 | Audit Senior Manager | $ 44.00 | Parking - BWI airport for trip to Grace - Boca Raton, FL office |
| | 7/19/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 7/20/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 7/21/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 7/22/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 7/26/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 7/28/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 7/29/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| Alison Garleb | 7/1/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 7/6/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 7/7/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 7/7/10 | Audit Manager | $ 104.99 | Team lunch for 7 with A. Garleb, E. Califo, P. Katsiak, S. McNeilly, K. Bradley, C. Cines, and G. Cavelius (all PwC) |
| | 7/8/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 7/12/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 7/19/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 7/20/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 7/21/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 7/22/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 7/23/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 7/26/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 7/27/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 7/28/10 | Audit Manager | $ 4.50 | Mileage attributable to Grace from another site (9 miles * $.50 rate). |
| | 7/29/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 7/30/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| Jacqueline Bravo | 7/12/10 | Tax Manager | $ 53.00 | 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles x $0.50 |
| | 7/12/10 | Tax Manager | $ 9.00 | 4.50 tolls each way x 2 = 9.00 |

| Name | Date | Title | | Amount | Description |
|---|---|---|---|---|---|
| Ellen Calfo | 7/13/10 | Tax Manager | $ | 53.00 | 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles x $0.50 |
| | 7/13/10 | Tax Manager | $ | 9.00 | 4.50 tolls each way x 2 = 9.00 |
| | 7/14/10 | Tax Manager | $ | 53.00 | 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles x $0.50 |
| | 7/14/10 | Tax Manager | $ | 9.00 | 4.50 tolls each way x 2 = 9.00 |
| | 6/22/10 | Audit Senior Associate | $ | 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | 7/6/10 | Audit Senior Associate | $ | 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | 7/7/10 | Audit Senior Associate | $ | 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| Pavel Katsiak | 7/1/10 | Audit Senior Associate | $ | 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 7/7/10 | Audit Senior Associate | $ | 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 7/8/10 | Audit Senior Associate | $ | 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 7/9/10 | Audit Senior Associate | $ | 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 7/12/10 | Audit Senior Associate | $ | 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 7/13/10 | Audit Senior Associate | $ | 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 7/14/10 | Audit Senior Associate | $ | 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 7/15/10 | Audit Senior Associate | $ | 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 7/16/10 | Audit Senior Associate | $ | 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 7/19/10 | Audit Senior Associate | $ | 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 7/20/10 | Audit Senior Associate | $ | 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 7/21/10 | Audit Senior Associate | $ | 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 7/22/10 | Audit Senior Associate | $ | 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 7/23/10 | Audit Senior Associate | $ | 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 7/26/10 | Audit Senior Associate | $ | 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 7/27/10 | Audit Senior Associate | $ | 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 7/28/10 | Audit Senior Associate | $ | 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 7/29/10 | Audit Senior Associate | $ | 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 7/30/10 | Audit Senior Associate | $ | 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| Kristina Johnson | 7/12/10 | Audit Experienced Associate | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 7/13/10 | Audit Experienced Associate | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 7/14/10 | Audit Experienced Associate | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 7/15/10 | Audit Experienced Associate | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 7/16/10 | Audit Experienced Associate | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 7/19/10 | Audit Experienced Associate | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 7/20/10 | Audit Experienced Associate | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 7/21/10 | Audit Experienced Associate | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 7/22/10 | Audit Experienced Associate | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 7/23/10 | Audit Experienced Associate | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 7/26/10 | Audit Experienced Associate | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 7/27/10 | Audit Experienced Associate | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 7/28/10 | Audit Experienced Associate | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 7/29/10 | Audit Experienced Associate | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 7/30/10 | Audit Experienced Associate | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 7/27/10 | Audit Experienced Associate | $ | 22.25 | Dinner for 1 (myself) while working late at the client site. |
| | 7/19/10 | Audit Experienced Associate | $ | 209.25 | Dinner while working late at the client site for 10 people: PwC - K. Bradley, N. Johnson, P. Katsiak, A. Garleb, and S. McNeilly; Grace - T. Puglisi, G. Wang, S. Caslin, J. Day, and L. Reynolds |
| | 7/15/10 | Audit Experienced Associate | $ | 21.68 | Dinner for 1 (myself) while working late at the client site. |
| | 7/15/10 | Audit Experienced Associate | $ | 6.00 | Mileage to get dinner while working late. 12 miles x $0.50/mile = $6.00 |
| | 7/13/10 | Audit Experienced Associate | $ | 13.65 | Postage for bankruptcy submission |
| Madeleine Lederer | 7/26/10 | Audit Experienced Associate | $ | 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | 7/27/10 | Audit Experienced Associate | $ | 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | 7/28/10 | Audit Experienced Associate | $ | 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | 7/29/10 | Audit Experienced Associate | $ | 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | 7/30/10 | Audit Experienced Associate | $ | 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| Kathleen Bradley | 7/6/10 | Audit Experienced Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 7/7/10 | Audit Experienced Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 7/8/10 | Audit Experienced Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |

| Date | Role | | Amount | Description |
|---|---|---|---|---|
| 7/9/10 | Audit Experienced Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 7/9/10 | Audit Experienced Associate | $ | 15.70 | Postage to send bankruptcy documents to the lawyers |
| 7/12/10 | Audit Experienced Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 7/13/10 | Audit Experienced Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 7/13/10 | Audit Experienced Associate | $ | 90.00 | Onsite dinner for 5, S.McNeilly, P.Katsiak, K.Bradley, A.Garleb, N.Johnson (all PwC) |
| 7/14/10 | Audit Experienced Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 7/14/10 | Audit Experienced Associate | $ | 90.00 | Onsite dinner for 5, S.McNeilly, P.Katsiak, K.Bradley, A.Garleb, N.Johnson (all PwC) |
| 7/15/10 | Audit Experienced Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 7/15/10 | Audit Experienced Associate | $ | 165.96 | Onsite dinner for 11, K.Bradley, N.Johnson, C.Cines, A.Garleb, P.Katsiak, S.McNeilly (all PwC), T.Puglisi, S.Smith, B.Dockman, J.McElhenney, J.Day (all Grace) |
| 7/16/10 | Audit Experienced Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 7/19/10 | Audit Experienced Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 7/20/10 | Audit Experienced Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 7/21/10 | Audit Experienced Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 7/22/10 | Audit Experienced Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 7/23/10 | Audit Experienced Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 7/26/10 | Audit Experienced Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 7/27/10 | Audit Experienced Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 7/28/10 | Audit Experienced Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 7/29/10 | Audit Experienced Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 7/30/10 | Audit Experienced Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| Corey Cines 7/20/10 | Audit Intern | $ | 199.09 | Overtime dinner for K. Bradley (PwC), S. McNeilly (PwC), A. Garleb (PwC), P. Katsiak (PwC), C. Cines (PwC), S. Castlin (Grace), G. Wang (Grace), B. Dockman (Grace) |
| 7/21/10 | Audit Intern | $ | 7.00 | Round Trip driving expenses to deliver overtime dinner of 14 miles x $0.50/mile. |

**Summary**

| | Total |
|---|---|
| $ | 4,235.51 |