IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: October 5, 2010 at 4:00 |
| | ) | p.m. |
| | ) | Hearing Date: TBD only if necessary |

**SUMMARY OF APPLICATION OF HOLME ROBERTS & OWEN, LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009**

Name of Applicant: Holme Roberts & Owen, LLP

Authorized to Provide Professional Services to: W.R. Grace & Co., et al., Debtors and Debtors-in Possession

Dated of Retention Order: July 18, 2001, *nunc pro tunc* April 2, 2001.

Period for Which Compensation and Reimbursement is Sought: October 1, 2009 through October 31, 2009

Amount of Compensation Sought as Actual, Reasonable and Necessary: $2,726.00 (80% of $3,407.50)

Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: $16.25

This is a __X__ monthly _____ quarterly __X__ interim _____ final application

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Prior Applications filed:

| | | **Requested** | | **Approved** | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 11/07/01 | 04/02/01-09/30/01 | $285,970.50 | $47,668.25 | Approved | Approved |
| 12/01/01 | 10/01/01 - 10/31/01 | $113,986.00 | $11,562.02 | Approved | Approved |
| 12/28/01 | 11/01/01 - 11/30/01 | $136,572.00 | $23,863.64 | Approved | Approved |
| 02/11/02 | 12/01/01 - 12/31/01 | $191,787.00 | $41,142.65 | Approved | Approved |
| 03/01/02 | 10/01/01 - 12/31/01 | $442,631.50 | $74,769.32 | Approved | Approved |
| 03/18/02 | 01/01/02 - 01/31/02 | $290,461.00 | $44,278.12 | Approved | Approved |
| 04/06/02 | 02/01/02 - 02/28/02 | $306,124.80 | $54,631.99 | Approved | Approved |
| 05/01/02 | 03/01/02 - 03/31/02 | $340,038.50 | $40,074.40 | Approved | Approved |
| 06/04/02 | 04/01/02 - 04/30/02 | $384,156.00 | $43,551.56 | Approved | Approved |
| 06/05/02 | 01/01/02 - 03/31/02 | $1,015,155.50 | $136,984.52 | Approved | Approved |
| 07/12/02 | 05/01/02 - 05/31/02 | $445,180.40 | $54,453.03 | Approved | Approved |
| 08/14/02 | 06/01/02 - 06/30/02 | $448,780.00 | $60,518.33 | Approved | Approved |
| 08/16/02 | 04/01/02 - 06/30/02 | $1,429,411.50 | $158,522.92 | Approved | Approved |
| 09/11/02 | 07/01/02 - 07/31/02 | $477,335.25 | $22,841.16 | Approved | Approved |
| 10/21/02 | 08/01/02 - 08/31/02 | $846,679.50 | $47,900.46 | Approved | Approved |
| 11/04/02 | 09/01/02 - 09/30/02 | $726,025.00 | $50,880.25 | Approved | Approved |
| 11/08/02 | 07/01/02 - 09/30/02 | $2,050,039.75 | $121,621.87 | Approved | Approved |
| 11/27/02 | 10/01/02 - 10/31/02 | $836,752.50 | $52,601.40 | Approved | Approved |
| 01/02/03 | 11/01/02 - 11/30/02 | $572,956.50 | $23,357.78 | Approved | Approved |

# v::ODMA/PCDOCS/HRODEN/1492695/1

| 02/04/03 | 12/01/02 - 12/31/02 | $592,179.50 | $79,263.22 | Approved | Approved |
|---|---|---|---|---|---|
| 02/12/03 | 10/01/02 - 12/31/02 | $2,002,888.50 | $155,222.40 | Approved | Approved |
| 03/04/03 | 01/01/03 - 01/31/03 | $249,506.00 | $40,504.47 | Approved | Approved |
| 03/27/03 | 02/01/03 - 02/28/03 | $146,673.50 | $5,201.50 | Approved | Approved |
| 04/22/03 | 03/01/03 - 03/31/03 | $123,016.50 | $7,708.61 | Approved | Approved |
| 05/07/03 | 01/01/03 - 03/31/03 | $519,196.00 | $53,414.58 | Approved | Approved |
| 05/30/03 | 04/01/03 - 04/30/03 | $172,134.00 | $18,283.69 | Approved | Approved |
| 06/18/03 | 05/01/03 - 05/31/03 | $22,061.50 | $2,200.41 | Approved | Approved |
| 08/11/03 | 06/01/03 - 06/30/03 | $8,277.50 | $3,147.12 | Approved | Approved |
| 08/11/03 | 04/01/03 - 06/30/03 | $202,473.00 | $23,631.22 | Approved | Approved |
| 09/05/03 | 07/01/03 - 07/31/03 | $36,800.50 | $486.72 | Approved | Approved |
| 10/03/03 | 08/01/03 - 08/31/03 | $30,753.50 | $1,505.46 | Approved | Approved |
| 10/27/03 | 09/01/03 - 09/30/03 | $44,138.00 | $3,187.45 | Approved | Approved |
| 11/17/03 | 07/01/03 - 09/30/03 | $111,692.00 | $5,179.63 | Approved | Approved |
| 12/03/03 | 10/01/03 - 10/31/03 | $5,455.50 | $737.89 | Approved | Approved |
| 01/05/04 | 11/01/03 - 11/30/03 | $3,936.00 | $2,733.39 | Approved | Approved |
| 02/05/04 | 12/01/03 - 12/31/03 | $5,325.60 | $1,707.66 | Approved | Approved |
| 02/11/04 | 10/01/03 - 12/31/03 | $16,048.50 | $5,167.16 | Approved | Approved |
| 03/16/04 | 01/01/04 - 01/31/04 | $40,083.20 | $1,742.96 | Approved | Approved |
| 03/30/04 | 02/01/04 - 02/28/04 | $26,469.00 | $2,945.54 | Approved | Approved |
| 06/08/04 | 03/01/04 - 03/31/04 | $42,028.50 | $3,675.12 | Approved | Approved |

| | | | | | |
|---|---|---|---|---|---|
| 06/11/04 | 01/01/04 - 03/31/04 | $118,601.50 | $8,363.62 | Approved | Approved |
| 07/02/04 | 04/01/04 - 04/30/04 | $25,963.00 | $252.69 | Approved | Approved |
| 07/23/04 | 05/01/04 - 05/31/04 | $2,392.00 | $1,843.79 | Approved | Approved |
| 09/08/04 | 06/01/04 - 06/30/04 | $7,330.00 | $441.77 | Approved | Approved |
| 10/05/04 | 04/01/04 - 06/30/04 | $35,685.00 | $2,548.25 | Approved | Approved |
| 09/28/04 | 07/01/04 - 07/31/04 | $7,600.50 | $479.86 | Approved | Approved |
| 11/10/04 | 08/01/04 - 08/31/04 | $13,269.50 | $1,294.24 | Approved | Approved |
| 11/18/04 | 09/01/04 - 09/30/04 | $14,180.50 | $240.69 | Approved | Approved |
| 12/07/04 | 07/01/04 - 09/30/04 | $35,050.50 | $2,014.79 | Approved | Approved |
| 01/06/05 | 10/01/04 - 10/31/04 | $6,923.50 | $1,267.04 | Approved | Approved |
| 02/03/05 | 11/01/04 - 11/30/04 | $11,489.50 | $987.17 | Approved | Approved |
| 02/03/05 | 12/01/04 - 12/31/04 | $17,218.50 | $2,064.26 | Approved | Approved |
| 02/17/05 | 10/01/04 - 12/31/04 | $35,631.50 | $4,318.47 | Approved | Approved |
| 03/09/05 | 01/01/05 - 01/31/05 | $26,288.50 | $510.88 | Approved | Approved |
| 04/14/05 | 02/01/05 - 02/28/05 | $11,977.50 | $10,111.49 | Approved | Approved |
| 05/11/05 | 03/01/05 - 03/31/05 | $635.50 | $1,834.12 | Approved | Approved |
| 06/28/05 | 01/01/05 - 03/31/05 | $38,901.50 | $12,456.69 | Approved | Approved |
| 06/28/05 | 04/01/05 - 04/30/05 | $17,442.80 | $542.56 | Approved | Approved |
| 07/21/05 | 05/01/05 - 05/31/05 | $6,842.50 | $670.78 | Approved | Approved |
| 08/02/05 | 06/01/05 - 06/30/05 | $12,805.00 | $2,335.21 | Approved | Approved |
| 08/30/05 | 04/01/05 - 06/30/05 | $41,451.00 | $3,548.55 | Approved | Approved |

| 08/02/05 | 07/01/05 - 07/31/05 | $12,805.00 | $2,335.21 | Approved | Approved |
|---|---|---|---|---|---|
| 09/29/05 | 08/01/05 - 08/31/05 | $9,746.00 | $1,947.84 | Approved | Approved |
| 10/28/05 | 09/01/05 - 09/30/05 | $32,727.50 | $1,089.60 | Approved | Approved |
| 01/03/06 | 07/01/05 - 09/30/05 | $43,662.50 | $3,562.12 | Approved | Approved |
| 11/11/05 | 10/01/05 - 10/31/05 | $186,392.00 | $1,934.14 | Approved | Approved |
| 01/04/06 | 11/01/05 - 11/30/05 | $5,389.50 | $1,741.37 | Approved | Approved |
| 01/30/06 | 12/01/05 - 12/31/05 | $4,543.00 | $1,143.52 | Approved | Approved |
| 03/29/06 | 10/01/05 - 12/31/05 | $196,099.50 | $4,819.03 | Approved | Approved |
| 03/24/06 | 01/01/06 - 01/31/06 | $1,634.00 | $453.32 | Approved | Approved |
| 05/01/06 | 02/01/06 - 02/28/06 | $546.00 | $2,939.85 | Approved | Approved |
| 06/26/06 | 03/01/06 - 03/31/06 | $2,270.00 | $259.96 | Approved | Approved |
| 08/28/06 | 01/01/06 - 03/31/06 | $4,450.00 | $3,653.13 | Approved | Approved |
| 08/30/06 | 04/01/06 - 04/30/06 | $4,339.00 | $3,339.31 | Approved | Approved |
| 10/09/06 | 06/01/06 - 06/30/06 | $6,854.50 | $917.40 | Approved | Approved |
| 10/27/06 | 04/01/06 - 06/30/06 | $11,193.50 | $4,256.71 | Approved | Approved |
| 11/17/06 | 07/01/06 - 07/31/06 | $271.60 | $783.50 | Approved | Approved |
| 03/07/07 | 08/01/06 - 08/31/06 | $6,532.40 | $1,411.98 | Approved | Approved |
| 03/08/07 | 09/01/06 - 09/30/06 | $1,549.00 | $629.76 | Approved | Approved |
| 03/12/07 | 07/01/06 - 09/30/06 | $9,986.50 | $2,825.24 | Approved | Approved |
| 05/03/07 | 10/01/06 - 10/31/06 | $1,472.00 | $1,783.27 | Approved | Approved |

| | | | | | |
|---|---|---|---|---|---|
| 05/04/07 | 11/01/06 - 11/30/06 | $2,433.00 | $1,121.66 | Approved | Approved |
| 05/08/07 | 12/01/06 - 12/31/06 | $195.00 | $219.35 | Approved | Approved |
| 05/22/07 | 10/01/06 - 12/31/06 | $4,100.00 | $3,124.28 | Approved | Approved |
| 07/25/07 | 01/01/07 - 01/31/07 | $1,627.50 | $2,818.68 | Approved | Approved |
| 08/03/07 | 02/01/07 - 02/28/07 | $586.00 | $172.44 | Approved | Approved |
| 08/27/07 | 03/01/07 - 03/31/07 | $1,064.00 | $694.68 | Approved | Approved |
| 08/28/07 | 01/01/07 - 03/31/07 | $3,277.50 | $3,685.80 | Approved | Approved |
| 10/29/07 | 04/01/07 - 04/30/07 | $103.80 | $212.54 | Approved | Approved |
| 10/30/07 | 05/01/07 - 05/31/07 | $936.00 | $1,572.99 | Approved | Approved |
| 11/02/07 | 06/01/07 - 06/30/07 | $0.00 | $2,637.82 | Approved | Approved |
| 11/12/07 | 04/01/07 - 06/30/07 | $$1,039.50 | $5,462.85 | Approved | Approved |
| 03/10/08 | 07/01/07 - 07/31/07 | $1,255.50 | $1,316.46 | Approved | Approved |
| 03/11/08 | 08/01/07 - 08/30/07 | $860.00 | $322.27 | Approved | Approved |
| 03/12/08 | 09/01/07 - 09/30/07 | $1,050.00 | $1,132.63 | Approved | Approved |
| 03/20/08 | 07/01/07 - 09/30/07 | $3,165.50 | $2,771.36 | Approved | Approved |
| 07/14/08 | 10/01/07 - 10/31/07 | $500.00 | $741.00 | Approved | Approved |
| 07/16/08 | 11/01/07 - 11/30/07 | $576.00 | $1,015.36 | Approved | Approved |
| 07/18/08 | 12/01/07 - 12/31/07 | $240.00 | $1,455.08 | Approved | Approved |
| 08/08/08 | 10/01/07 - 12/31/07 | $1,316.00 | $3,212.39 | Approved | Approved |
| 10/20/08 | 01/01/08 - 01/31/08 | $160.00 | $690.37 | Approved | Approved |

| | | | | | |
|---|---|---|---|---|---|
| 10/20/08 | 02/01/08 - 02/29/08 | $120.00 | $0.00 | Approved | Approved |
| 10/21/08 | 03/01/08 - 03/31/08 | $1,092.50 | $219.47 | Approved | Approved |
| 10/27/08 | 01/01/08 - 03/31/08 | $1,372.50 | $909.84 | Approved | Approved |
| 11/17/08 | 04/01/08 - 04/30/08 | $0.00 | $2,556.49 | Approved | Approved |
| 11/20/08 | 05/01/08 - 05/31/08 | $982.50 | $771.61 | Approved | Approved |
| 12/16/08 | 06/01/08 - 06/30/08 | $155.00 | $222.51 | Approved | Approved |
| 12/22/08 | 04/01/08 - 06/30/08 | $1,137.50 | $3,550.61 | Approved | Approved |
| 01/15/09 | 07/01/08 - 07/31/08 | $7,181.00 | $255.36 | Approved | Approved |
| 01/16/09 | 08/01/08 - 08/31/08 | $512.50 | $1,080.96 | Approved | Approved |
| 01/21/09 | 09/01/08 - 09/30/08 | $4,127.50 | $5,320.09 | Approved | Approved |
| 02/03/09 | 07/01/08 - 09/30/08 | $11,821.00 | $6,656.41 | Approved | Approved |
| 10/01/09 | 10/01/08 - 10/31/08 | $1,521.50 | $1,966.21 | Approved | Approved |
| 10/02/09 | 11/01/08 - 11/30/08 | $430.50 | $1,053.58 | Approved | Approved |
| 10/02/09 | 12/01/08 - 12/31/08 | $427.50 | $1,665.75 | Approved | Approved |
| 10/14/09 | 10/01/08 - 12/31/08 | $2,379.50 | $4,685.54 | Approved | Approved |
| 12/16/09 | 01/01/09 - 01/31/09 | $938.00 | $244.88 | Approved | Approved |
| 12/17/09 | 02/01/09 - 02/28/09 | $0.00 | $1,378.96 | Approved | Approved |
| 12/18/09 | 03/01/09 - 03/31/09 | $0.00 | $1,302.89 | Approved | Approved |
| 01/11/10 | 01/01/09 - 03/31/09 | $938.00 | $2,926.73 | Approved | Approved |
| 01/28/10 | 04/01/09 - 04/30/09 | $0.00 | $646.72 | Approved | Approved |

| | | | | | |
|---|---|---|---|---|---|
| 01/29/10 | 05/01/09 - 05/31/09 | $186.00 | $504.63 | Approved | Approved |
| 02/03/10 | 06/01/09 - 06/30/09 | $2,470.00 | $256.69 | Approved | Approved |
| 03/09/10 | 04/01/09 - 06/30/09 | $2,656.00 | $1,408.04 | Approved | Approved |
| 05/17/10 | 07/01/09 - 07/31/09 | $78.00 | $256.69 | Approved | Approved |
| 05/21/10 | 08/01/09 - 08/31/09 | $0.00 | $292.90 | Approved | Approved |
| 06/15/10 | 09/01/09 - 09/30-09 | $840.50 | $256.69 | Approved | Approved |
| 06/25/09 | 07/01/09 - 09/30/09 | $918.50 | $806.28 | Approved | Approved |

The HRO attorneys who rendered professionals services in these cases during the Fee Period are:

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Eric Johnson | Partner | Bankruptcy | $440.00 | 0.30 | $132.00 |
| Katheryn Coggon | Sp. Counsel | Environmental | $390.00 | 2.9 | $1,131.00 |
| **TOTAL** | | | | **3.20** | **$1,263.00** |

The HRO paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Susan Haag | Paralegal | Bankruptcy | $185.00 | 1.7 | $314.50 |
| Joan Sherman | Paralegal | Environmental | $195.00 | 6.8 | $1,326.00 |
| Loraine Street | Case Admin. | Environmental | $105.00 | 4.8 | $504.00 |
| **TOTAL** | | | | **13.3** | **$2,144.50** |

Summary of expenses incurred on behalf of the Debtors in these cases during the Fee Period:

| Description | October |
|---|---|
| Photocopies | $0.00 |
| Federal Express | $0.00 |
| Long Distance Telephone | $0.00 |
| Lexis | $0.00 |

# v::ODMA/PCDOCS/HRODEN/1492695/1

| | |
|---|---:|
| Consulting Fee | $0.00 |
| Other Expenses | $0.00 |
| Outside Courier | $16.25 |
| | |
| **TOTALS** | **$16.25** |

Dated: September 9, 2010.

HOLME ROBERTS & OWEN, LLP

By: [signature]
Eric E. Johnson, Esq. (Colo. #019364)
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
(303) 861-7000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: October 5, 2010 at 4:00 |
| | ) | p.m. Hearing Date: TBD only if necessary |
| | ) | |

**FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Matter 00000 - General**

| Name | Position | Hourly Rate | October | Total Comp |
|---|---|---|---|---|
| Coggon, Katheryn | Special Counsel | $ 390.00 | 2.00 | $ 780.00 |
| Sherman, Joan | Paralegal | $ 195.00 | 1.30 | $ 253.50 |
| | | | | |
| **Total** | | | **3.30** | **1,033.50** |

**Expenses**

**Matter 00000 - General**

| Description | TOTAL |
|---|---|
| Photocopies | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ 16.25 |
| Other Expense | $ - |
| Lexis | $ - |
| Federal Express | $ - |
| Consulting Fee | $ - |
| Document Production | $ - |
| Consulting Fee | $ - |
| **Total** | **$ 16.25** |

Holme Roberts & Owen LLP

11/05/09

W.R. Grace & Co.

Page 3
Invoice No 858598
Client No.: 04339
Matter No.: 00000

**Regarding:GENERAL**

**Itemized Services**

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 10/05/09 | KJC | Search for documents and information re Casmalia and Ft. Peck per client request. | 1.00 | $ | 390.00 |
| 10/05/09 | JLS | Research at client request re Casmalia. | 0.80 | | 156.00 |
| 10/09/09 | JLS | Research at client request re Casmalia and Fort Peck. | 0.50 | | 97.50 |
| 10/27/09 | KJC | Review Casmalia documents (0.6); telephone conference with R. Emmett re Casmalia documents and EPA protocols for investigation (0.2); telephone conference with LNBrown re EPA protocols. (0.2) | 1.00 | | 390.00 |
| | | **Total Fees Through October 31, 2009:** | **3.30** | **$** | **1,033.50** |

**Timekeeper Rate Summary**

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $390.00 | 2.00 | $ | 780.00 |
| JLS | Joan L. Sherman | Paralegal | 195.00 | 1.30 | | 253.50 |
| | | **Total Fees:** | | **3.30** | **$** | **1,033.50** |

**Itemized Disbursements**

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 10/12/09 | | Outside Courier: VENDOR: Colorado Cab; INVOICE#: 57790; DATE: 10/12/2009 - 100509: Yellow Cab Charges for delivery to 2500 Leyden St. | $ | 16.25 |
| | | **Total Disbursements:** | **$** | **16.25** |

**Disbursement Summary**

| Description | | Amount |
|---|---|---|
| Outside Courier | $ | 16.25 |
| **Total Disbursements:** | **$** | **16.25** |

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | October | Total Comp |
|---|---|---|---|---|
| Coggon, Katheryn | Special Counsel | $ 390.00 | 0.90 | $ 351.00 |
| Serman, Joan | Paralegal | $ 195.00 | 5.50 | $ 1,072.50 |
| Street, Loraine | Case Administrator | $ 105.00 | 4.80 | $ 504.00 |
| | | | | |
| **Total** | | | **11.20** | **1,927.50** |

Holme Roberts & Owen LLP

11/05/09

W.R. Grace & Co.

Page 5
Invoice No 858598
Client No.: 04339
Matter No.: 00300

**Regarding:Libby, Montana Asbestos**

**Itemized Services**

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 10/05/09 | JLS | Review document storage options per client request. | 1.60 | $ | 312.00 |
| 10/05/09 | LCS | review document storage options per client request | 2.00 | | 210.00 |
| 10/06/09 | LCS | Research at client request (Casmalia/Fort Peck) | 1.30 | | 136.50 |
| 10/13/09 | JLS | Review document storage options per client request. | 1.50 | | 292.50 |
| 10/13/09 | LCS | Review document storage options per client request | 1.50 | | 157.50 |
| 10/14/09 | JLS | Review document storage options per client request. | 2.10 | | 409.50 |
| 10/15/09 | KJC | Email exchange with M. Murphy re stored boxes (0.3); telephone conference with JLSherman re same (0.1). | 0.40 | | 156.00 |
| 10/15/09 | JLS | Review document storage options per client request. | 0.30 | | 58.50 |
| 10/20/09 | KJC | Review documents for response to M. Murphy re boxes in storage. | 0.50 | | 195.00 |
| | | **Total Fees Through October 31, 2009:** | **11.20** | **$** | **1,927.50** |

**Timekeeper Rate Summary**

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $390.00 | 0.90 | $ | 351.00 |
| JLS | Joan L. Sherman | Paralegal | 195.00 | 5.50 | | 1,072.50 |
| LCS | Loraine C. Street | Case Administrator | 105.00 | 4.80 | | 504.00 |
| | | **Total Fees:** | | **11.20** | **$** | **1,927.50** |

**Total Balance Due This Matter** **$ 1,927.50**

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | October | Total Comp |
|---|---|---|---|---|
| Johnson, Eric | Partner | $ 440.00 | 0.3 | $132.00 |
| Haag, Susan | Paralegal | $ 185.00 | 1.7 | $314.50 |
| | | | | |
| **Total** | | | **2.00** | **$ 446.50** |

Holme Roberts & Owen LLP

11/05/09

W.R. Grace & Co.

Page 6
Invoice No 858598
Client No.: 04339
Matter No.: 00390

**Regarding:Bankruptcy Matters**

**Itemized Services**

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 10/06/09 | EEJ | Review quarterly interim fee application, cover sheet, proposed order and related exhibits. | 0.30 | $ | 132.00 |
| 10/06/09 | SH | Calculate 31st interim fee application. | 1.20 | | 222.00 |
| 10/09/09 | SH | Finalize 31st interim fee application. | 0.50 | | 92.50 |
| | | **Total Fees Through October 31, 2009:** | **2.00** | **$** | **446.50** |

**Timekeeper Rate Summary**

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| EEJ | Eric E. Johnson | Partner | $440.00 | 0.30 | $ | 132.00 |
| SH | Susan Haag | Paralegal | 185.00 | 1.70 | | 314.50 |
| | | **Total Fees:** | | **2.00** | **$** | **446.50** |

**Total Balance Due This Matter** **$ 446.50**