IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |
| | | Related Docket No. 25367 |

**NOTICE OF <u>AMENDED</u>[2] AGENDA OF MATTERS SCHEDULED FOR <u>TELEPHONIC\*</u> HEARING ON SEPTEMBER 13, 2010, AT 10:00 A.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE**

**\* <u>PLEASE NOTE THIS HEARING IS TELEPHONIC.</u>
<u>ALL PARTICIPANTS MUST APPEAR TELEPHONICALLY.</u>**

**Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), <u>no later than 12:00 p.m., September 9, 2010</u>**

## CONTINUED MATTERS:

1. Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 3/28/07] (Docket No. 15013)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Updated items apperar in bold.

91100-001\DOCS_DE:163023.4

Related Documents:

a. [Signed] Order Continuing Debtors' Objection to Claim Filed by Massachusetts Department of Revenue [Filed: 8/24/09] (Docket No. 23119)

Response Deadline: April 13, 2007, at 4:00 p.m.

Responses Received:

a. Response in Opposition By Commissioner of Massachusetts Department of Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department of Revenue [Filed: 4/13/07] (Docket No. 15170)

Status: This matter is continued to October 18, 2010, at 10:00 a.m.

2. Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

Related Documents:

a. [Signed] Order Approving Stipulation to Continue Hearing Pending Mediation [Filed: 1/7/10] (Docket No. 24122)

Response Deadline: September 12, 2008, at 4:00 p.m. *(extended until September 26, 2008 for A/N)*

Responses Received:

a. Response By New York State Department of Taxation and Finance to Debtors' Twenty Fifth Omnibus Objection to Claims [Filed: 9/5/08] (Docket No. 19469)

b. Response of Commonwealth of Pennsylvania, Department of Revenue to Debtor's Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

c. Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

d. Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

Status: This matter is continued to October 18, 2010, at 10:00 a.m.

3. Debtors' Motion for an Order Enforcing the 2009 Stipulation and Order and Ordering the New Jersey Department of Environmental Protection to Cease and Desist From Further Violations Thereof [Filed: 8/9/10] (Docket No. 25203)

Related Documents:

a. [Proposed] Order Enforcing the 2009 Stipulation and Order and Directing The New Jersey Department of Environmental Protection Cease and Desist From Further Violations Thereof [Filed: 8/9/10] (Docket No. 25203, Exhibit A)

Responses Deadline: August 27, 2010, at 4:00 p.m. *(continued to October 1, 2010 at 4:00 p.m. for the New Jersey Department of Environmental Protection)*

Responses Received: None as of the date of this Notice of Agenda.

Status: This matter is continued to October 18, 2010, at 10:00 a.m.

## QUARTERLY FEE APPLICATIONS:

4. Thirty-Sixth Quarterly Interim Applications of Counsel to the Debtors, the Statutory Committees, and the Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the Period January 1, 2010 through March 30, 2010

   Related Documents:

   a. Certification of Counsel Regarding Thirty-Sixth Quarter Project Category Summary [Filed: 9/3/10] (Docket No. 25361)

   b. Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Thirty-Sixth Period [Filed: 9/3/10] (Docket No. 25360)

   c. **Revised Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Thirty-Sixth Period [Filed: 9/10/2010] (Docket No. 25393)**

   **Status: This matter will go forward. The Debtors have filed a revised certification with a proposed form of order which reflects the recommendations of the Fee Auditor.**

## UNCONTESTED MATTERS:

5. Debtors' Motion Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Amended and Restated Asbestos Bodily Injury Settlement Agreement Between W. R. Grace & Co. and TIG Insurance Company [Filed: 7/29/10] (Docket No. 25141)

   Related Documents:

   a. [Proposed] Order Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Amended and Restated Asbestos Bodily Injury Settlement Agreement Between W. R. Grace & Co. and TIG Insurance Company [Filed: 7/29/10] (Docket No. 25141)

   b. Certification of No Objection Regarding Debtors' Motion Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Amended and Restated Asbestos Bodily Injury Settlement Agreement Between W. R. Grace & Co. and TIG Insurance Company [Filed: 8/30/10] (Docket No. 25287)

      c.      [Signed] Order Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Amended and Restated Asbestos Bodily Injury Settlement Agreement Between W. R. Grace & Co. and TIG Insurance Company [Filed: 9/1/10] (Docket No. 25308)

Responses Deadline: August 27, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: The Court has entered an order on this matter.

6.    Debtors' Motion Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Amended and Restated Asbestos Settlement Agreement Between W. R. Grace & Co. and HDI-Gerling Industrie Versicherung [Filed: 8/6/10] (Docket No. 25189]

Related Documents:

      a.      [Proposed] Order Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Amended and Restated Asbestos Settlement Agreement Between W. R. Grace & Co. and HDI-Gerling Industrie Versicherung [Filed: 8/6/10] (Docket No. 25189)

      b.      Certification of No Objection Regarding Debtors' Motion Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Amended and Restated Asbestos Settlement Agreement Between W. R. Grace & Co. and HDI-Gerling Industrie Versicherung [Filed: 8/30/10] (Docket No. 25288]

      c.      [Signed] Order Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Amended and Restated Asbestos Settlement Agreement Between W. R. Grace & Co. and HDI-Gerling Industrie Versicherung [Filed: 9/1/10] (Docket No. 25307)

Responses Deadline: August 27, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: The Court has entered an order on this matter.

**CONTESTED MATTERS:**

7.    Letter Dated July 6, 2010 Regarding Claim No. 12926 Objecting to the Disallowance of Claim for Disability Income [Filed by James P. McGuire] [Filed: 7/6/10] (Docket No. 25057)

Related Documents:

a. Twenty-Eighth Omnibus Objection To Employee Claims (Substantive Objection) [Filed: 2/25/10] (Docket No. 24363)

b. [Signed] Order Disallowing Employee Claims (Substantive) [Filed: 7/3/10] (Docket No. 25044)

Response Deadline: August 27, 2010, at 4:00 p.m.

Responses Received:

a. Objection to Motion of James P. McGuire for Reconsideration of Disallowance of Employee Claim No. 12926 [Filed: 8/17/10] (Docket No. 25232)

**Status: Mr. McGuire's counsel has indicated that he intends to withdraw the motion for reconsideration.**

Dated: September 10, 2010

KIRKLAND & ELLIS LLP
Theodore L. Freedman
601 Lexington Avenue
New York, New York 10022
(212) 446-4800

and

THE LAW OFFICES OF JANET S. BAER, P.C.
Janet S. Baer, P.C.
Roger J. Higgins
70 W. Madison St., Suite 2100
Chicago, IL 60602-4253
(312) 641-2162

and

PACHULSKI STANG ZIEHL & JONES LLP

  /s/ James E. O'Neill
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:   (302) 652-4100
Facsimile:   (302) 652-4400

Co-Counsel for the Debtors and Debtors-in-Possession