# Exhibit A

91100-001\DOCS_DE:160355.1

# W.R. Grace – 36th Interim Period (January – March 2010)
## Fee and Expense Chart with Recommendations
### Exhibit A

| ANDERSON KILL & OLICK, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24768 | TOTAL: $454,788.00 | $8,691.58 | $454,788.00 | $8,691.58 |

| DAVID T. AUSTERN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25180 | TOTAL: $1,100.00 | $0.00 | $1,100.00 | $0.00 |

| JANET S. BAER, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25283 | TOTAL: $474,577.50 | $8,019.81 | $472,705.50 | $8,011.57 |

| BEVERIDGE & DIAMOND, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25026 | TOTAL: $31,595.00 | $60.22 | $31,595.00 | $60.22 |

| BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24770 | TOTAL: $60,780.25 | $30,220.63 | $60,780.25 | $30,220.63 |

| BLACKSTONE ADVISORY SERVICES L.P. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24812 | TOTAL: $325,000.00 | $5,872.21 | $325,000.00 | $5,872.21 |

1

| BMC GROUP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25196 | TOTAL: | $49,321.00 | $7,968.45 | $49,321.00 | $7,968.45 |

| CAMPBELL & LEVINE, LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24766 | TOTAL: | $61,680.50 | $6,976.62 | $61,680.50 | $6,976.62 |

| CAPLIN & DRYSDALE, CHARTERED | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24769 | TOTAL: | $249,576.25 | $14,941.33 | $249,576.25 | $14,803.80 |

| CAPSTONE ADVISORY GROUP, LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24757 | TOTAL: | $276,402.00 | $537.75 | $276,402.00 | $537.75 |

| CASNER & EDWARDS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24785 | TOTAL: | $34,191.50 | $40,582.18 | $34,191.50 | $40,582.18 |

| CHARTER OAK FINANCIAL CONSULTING LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24767 | TOTAL: | $80,530.00 | $39.96 | $80,530.00 | $39.96 |

| DAY PITNEY LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24771 | TOTAL: | $14,028.00 | $221.20 | $14,028.00 | $221.20 |

| DUANE MORRIS LLP |||||
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24861 | TOTAL: | $54,047.50 | $2,234.02 | $54,047.50 | $2,234.02 |

| FERRY JOSEPH & PEARCE, P.A. |||||
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24773 | TOTAL: | $50,734.50 | $9,397.41 | $50,734.50 | $9,397.41 |

| FOLEY HOAG LLP |||||
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24772 | TOTAL: | $81,048.50 | $276.40 | $81,048.50 | $276.40 |

| THE HOGAN FIRM |||||
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24702 | TOTAL: | $56,262.00 | $2,056.92 | $55,575.00 | $2,056.92 |

| HOLME ROBERTS & OWEN, LLP (34th)[1] |||||
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24989 | TOTAL: | $918.50 | $806.28 | $918.50 | $806.28 |

| KIRKLAND & ELLIS LLP |||||
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24972 | TOTAL: | $1,503,227.50 | $229,950.28 | $1,503,227.50 | $228,637.78 |

---

[1] The Thirty-Fourth Interim Period encompasses July through September, 2009.

| KRAMER LEVIN NAFTALIS & FRANKEL LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24786 | TOTAL: | $47,226.50 | $2,139.19 | $47,226.50 | $2,139.19 |

| LAUZON BÉLANGER | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24700 | TOTAL: | CDN$16,143.45 | CDN$63,709.37 | CDN$16,143.45 | CDN$2,216.53 |

| LEGAL ANALYSIS SYSTEMS, INC. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24765 | TOTAL: | $4,940.00 | $0.00 | $4,940.00 | $0.00 |

| LINCOLN PARTNERS ADVISORS LLC (35th [2] and 36th) | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24819 | 35th TOTAL: | $200,000.00 | $2,769.33 | $200,000.00 | $2,769.33 |
| 24820 | 36th TOTAL: | $225,000.00 | $571.89 | $225,000.00 | $571.89 |

| NELSON MULLINS RILEY & SCARBOROUGH, LLP (34th) | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25068 | TOTAL: | $864.00 | $39.33 | $864.00 | $39.33 |

| OGILVY RENAULT LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24719 | TOTAL: | CDN$187,329.00 | CDN$3,828.81 | CDN$187,329.00 | CDN$3,828.81 |

---

[2] The Thirty-Fifth Interim Period encompasses October through December 2009.

| ORRICK, HERRINGTON & SUTCLIFFE LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20904 | TOTAL: $949,778.00 | $30,135.35 | $948,928.00 | $29,968.35 |

| PACHULSKI STANG ZIEHL & JONES LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25069 | TOTAL: $133,864.50 | $99,163.68 | $133,864.50 | $99,163.68 |

| PRICEWATERHOUSECOOPERS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24781 | TOTAL: $1,029,871.17 | $20,753.76 | $1,029,802.58 | $20,753.76 |

| REED SMITH LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24756 | TOTAL: $83,541.50 | $8,576.90 | $83,541.50 | $8,576.90 |

| ALAN B. RICH | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25070 | TOTAL: $54,600.00 | $2,752.84 | $54,600.00 | $2,752.84 |

| HON. ALEXANDER M. SANDERS, JR. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25074 | TOTAL: $26,685.00 | $3,022.32 | $26,685.00 | $3,022.32 |

| SAUL EWING LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24822 | TOTAL: $49,947.00 | $1,658.77 | $49,397.00 | $1,658.77 |

| SCARFONE HAWKINS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24698 | TOTAL: | CDN$98,678.75 | CDN$10,399.55 | CDN$98,118.75 | CDN$10,251.05 |

| WARREN H. SMITH & ASSOCIATES, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24746 | TOTAL: | $48,643.25 | $2,073.27 | $48,643.25 | $2,073.27 |

| STEPTOE & JOHNSON LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25165 | TOTAL: | $5,238.50 | $50.09 | $5,238.50 | $50.09 |

| STROOCK & STROOCK & LAVAN LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24811 | TOTAL: | $290,697.25 | $5,468.29 | $290,697.25 | $5,468.29 |

| TOWERS WATSON | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25182 | TOTAL: | $855.00 | $0.00 | $855.00 | $0.00 |

| VENABLE LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24803 | TOTAL: | $436,188.75 | $116,265.17 | $436,188.75 | $116,265.17 |

| WOODCOCK WASHBURN LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24921 | TOTAL: | $1,904.00 | $1,100.00 | $1,904.00 | $1,100.00 |