# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., et al. | Case No. 01-01139 (JKF) <br> Jointly Administered |
| Debtors. | Re Docket No. 25236 |

## CERTIFICATE OF NO OBJECTION
## REGARDING DOCKET NO. 25236

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **One-Hundred Second Monthly Fee Application of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from July 1, 2010 through July 31, 2010** [Docket No. 25236] (the "Application") filed on August 18, 2010.

The undersigned further certifies that he has reviewed the Court's docket in this case and that no answer, objection or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served no later than September 7, 2010 at 4:00 p.m.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

DM3\1475292.1

Pursuant to the *Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals and Members of the Official Committees and Consideration of Fee Applications* signed November 20, 2001, the Debtors are hereby authorized to immediately pay $3,839.20, which represents eighty percent (80%) of the requested compensation of $4,799.00, and one hundred percent (100%) of expenses of $302.53 without further order from the court.

Dated: September 13, 2010        */s/ Michael R. Lastowski*
       Wilmington, Delaware        Michael R. Lastowski (DE 3892)
       DUANE MORRIS LLP
       1100 N. Market Street, Suite 1200
       Wilmington, DE 19801-1246
       Telephone: (302)-657-4942
       Facsimile: (302)-657-4901
       Email: mlastowski@duanemorris.com

*Co-Counsel for the Official
Committee of Unsecured Creditors*