# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## **NO ORDER REQUIRED** CERTIFICATION OF NO OBJECTION TO THIRTEENTH MONTHLY APPLICATION OF SAUL EWING LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 1, 2010 THROUGH JULY 31, 2010
## [RE: DOCKET NO. 25238]

On August 18, 2010, Saul Ewing LLP ("Saul Ewing"), co-counsel to the Official Committee of Equity Security Holders, filed its Thirteenth Monthly Application for Compensation and Reimbursement of Expenses [Docket No. 25238] (the "Application"). The Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on September 8, 2010. The undersigned hereby certifies that she has received no answer, objection or any responsive pleading with respect to the Application and that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

Pursuant to the Amended Administrative Order Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 19, 2002, the Debtors are authorized to pay Saul Ewing $8,489.20 which represents eighty percent (80%) of the total fees ($10,611.50), and $78.10, which represents 100% of the

expenses requested in the Application upon the filing of this Certification and without the need for entry of a Court order approving the Application.

        **SAUL EWING LLP**

By: /s Teresa K.D. Currier
    Teresa K. D. Currier (No. 3080)
    222 Delaware Avenue
    P.O. Box 1266
    Wilmington, DE 19899
    (302) 421-6800

    -and-

KRAMER LEVIN NAFTALIS &
FRANKEL LLP
Philip Bentley, Esquire
Douglas H. Mannal, Esquire
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Co-Counsel to the Official Committee of Equity Security Holders

Dated: September 13, 2010