<u>**Exhibit A**</u>

**Form of Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re docket no.** _____ |
| | ) | **Hearing Agenda item no.** _____ |
| | ) | |

## ORDER AUTHORIZING DEBTORS TO FILE UNREDACTED FORM OF SEALE ENGAGEMENT LETTER UNDER SEAL

Upon consideration of the motion (the "Motion") of the Debtors for an order pursuant to section 107 of the Bankruptcy Code and Local Bankruptcy Rule 9018-1 authorizing the Debtors to file the unredacted form of Engagement Letter under seal; adequate notice of the unredacted Engagement Letter having been given; and it appearing that the requirements of section 107(b) of the Bankruptcy Code having been met; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that the Motion is a core

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

proceeding pursuant to 28 U.S.C. § 157; and it appearing that the relief requested in the Application is in the best interest of the Debtors' estates and their creditors; after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED that: [2]

1. The Motion is granted in its entirety.

2. The Debtors are authorized to file the unredacted Engagement Letter under seal.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this Order and the Transaction Services and the retention of Seale pursuant to the terms of the Engagement Letter.

4. This Order is effective immediately upon its entry, notwithstanding Fed. R. Bankr. P. 6004 and Fed. R. Bankr. P. 9014.

Dated: October __, 2010

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

---

[2] Capitalized terms not defined in this Order shall have the meaning ascribed to them in, as the case may be, the in the Motion, the Seale Application, the Engagement Letter, the Whitney Affidavit (as each of those terms is defined in the Application) or *First Amended Joint Plan of Reorganization* in these Chapter 11 Cases, as amended, Docket nos. 19579, 20666, 20872, 20873, 21594 and 24657 (the "Plan")..

2