# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline:  October 4, 2010 at 4:00 p.m.
Hearing Date:  TBD only if necessary

**FEE DETAIL FOR CASNER & EDWARDS, LLP'S
ONE HUNDRED AND SIXTH MONTHLY FEE APPLICATION
FOR THE PERIOD FROM JULY 1, 2010 THROUGH JULY 31, 2010**

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a GraceSpecialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food-N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., GuanicaCaribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), HaydenGulch West Coal Company, H-G Coal Company.

# EXHIBIT A
**(Fee Detail)**

## FEES

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** | |
| • asbestos matters (52000.43) $10,122.00 | |
| • non-asbestos matters (2725.40) $416.00 | |
| **TOTAL LITIGATION AND LITIGATION CONSULTING** | $10,538.00 |
| **FEE APPLICATION – APPLICANT** | $402.00 |
| **TOTAL FEES** | $10,940.00 |

# CASNER & EDWARDS, LLP

### A T T O R N E Y S   A T   L A W

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

September 8, 2010
Bill Number  125359
File Number  02725.00040

W.R. Grace & Co. - Conn.
c/o Jay W. Hughes, Jr.
Senior Litigation Counsel
62 Whittemore Avenue
Cambridge, MA  02140

**FOR PROFESSIONAL SERVICES**

Re:   241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

**LEGAL SERVICES**

THROUGH JULY 31, 2010

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 07/14/10 | MLL | Correspondence between counsel re: Release (.2).  Review file and write counsel re: Release language (.2). | 0.40 Hrs | 104.00 |
| 07/14/10 | MLL | Review Release and advise of sufficiency. | 0.20 Hrs | 52.00 |
| 07/15/10 | MLL | Communicate re: Release. | 0.20 Hrs | 52.00 |
| 07/19/10 | MLL | Review new proposed Release from Banner; review file and approve (.3). | 0.30 Hrs | 78.00 |
| 07/26/10 | MLL | Write re: sufficiency on plaintiff's new proposed Release changes. | 0.20 Hrs | 52.00 |
| 07/28/10 | RAM | Read emails re: Release language. | 0.05 Hrs | No Charge |
| 07/28/10 | MLL | Add language to Release and convey to counsel. | 0.30 Hrs | 78.00 |

TOTAL LEGAL SERVICES          $416.00

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

W.R. Grace & Co. - Conn.
Re:    241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.


**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Matthew L. Lunenfeld | 1.60 | 260.00 | 416.00 |
| Robert A. Murphy | 0.05 | 335.00 | No Charge |
| | 1.65 | | $416.00 |

TOTAL THIS BILL                $416.00

# CASNER & EDWARDS, LLP

### A T T O R N E Y S   A T   L A W

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

September 8, 2010
Bill Number  125360
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:    Litigation and Litigation Consulting

**LEGAL SERVICES**

THROUGH JULY 31, 2010

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 07/01/10 | ARA | Document control. | 1.60 Hrs | 128.00 |
| 07/02/10 | ARA | Document control. | 4.40 Hrs | 352.00 |
| 07/03/10 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | 33.50 |
| 07/06/10 | ARA | Document control. | 5.30 Hrs | 424.00 |
| 07/07/10 | ARA | Document control. | 6.50 Hrs | 520.00 |
| 07/08/10 | MTM | Telephone call from in-house counsel re: abatement binders at Winthrop Square re: subpoena for Lake Charles documents (.1); conference with ARA re: same (.1). | 0.20 Hrs | 57.00 |
| 07/08/10 | ARA | Document control. | 1.50 Hrs | 120.00 |
| 07/08/10 | ARA | Per telephone call from MTM, review abatement binders for Davison Chemical information at Lake Charles. | 5.40 Hrs | 675.00 |
| 07/09/10 | MTM | Telephone call from in-house Grace counsel re: Lake Charles documents. | 0.10 Hrs | 28.50 |

Page 1

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

### THROUGH JULY 31, 2010

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 07/09/10 | ARA | Organize documents from review of abatement binders and prepare them for copying by copy service (2.1); oversee pick-up of these documents by copy service (.2); quality control remaining documents (1.6). | 3.90 Hrs | 487.50 |
| 07/09/10 | ARA | Document control. | 2.50 Hrs | 200.00 |
| 07/10/10 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | 33.50 |
| 07/12/10 | MTM | Receipt and review of Lake Charles documents requested by in-house counsel (.1); letter to in-house counsel (.1). | 0.20 Hrs | 57.00 |
| 07/12/10 | ARA | Document control. | 4.90 Hrs | 392.00 |
| 07/12/10 | ARA | Receipt of abatement binders from copy service; quality control same. | 0.80 Hrs | 100.00 |
| 07/13/10 | MTM | Receipt and review of documents re: Sacramento Stucco requested by in-house counsel (.1); telephone call to in-house counsel re: same (.1); telephone call from ARA re: same (.1). | 0.30 Hrs | 85.50 |
| 07/13/10 | ARA | Per telephone call from MTM, search for and locate attorney review document and produce it to MTM. | 3.20 Hrs | 400.00 |
| 07/13/10 | ARA | Document control. | 2.70 Hrs | 216.00 |
| 07/14/10 | ARA | Document control. | 6.00 Hrs | 480.00 |
| 07/15/10 | ARA | Document control. | 5.90 Hrs | 472.00 |
| 07/16/10 | ARA | Document control. | 5.80 Hrs | 464.00 |
| 07/18/10 | RAM | Read selected documents filed in bankruptcy court. | 0.20 Hrs | 67.00 |
| 07/19/10 | ARA | Document control. | 5.90 Hrs | 472.00 |
| 07/20/10 | RAM | Telephone call to R. Finke re: data base search project; leave message. | 0.05 Hrs | No Charge |
| 07/20/10 | ARA | Document control. | 6.40 Hrs | 512.00 |
| 07/21/10 | ARA | Document control. | 5.90 Hrs | 472.00 |
| 07/22/10 | ARA | Document control. | 5.40 Hrs | 432.00 |
| 07/23/10 | ARA | Document control. | 6.00 Hrs | 480.00 |

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting


THROUGH JULY 31, 2010

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 07/26/10 | RAM | Telephone conferences with R. Finke, J. Hughes and DMB re: data base searches. | 0.05 Hrs | No Charge |
| 07/26/10 | ARA | Document control. | 6.20 Hrs | 496.00 |
| 07/27/10 | RAM | Read updated bankruptcy court docket entries to select documents to read. Telephone call from R. Finke re: decision of Grace to look elsewhere for someone to do data base searches. | 0.10 Hrs | 33.50 |
| 07/27/10 | ARA | Document control. | 5.50 Hrs | 440.00 |
| 07/28/10 | ARA | Document control. | 5.50 Hrs | 440.00 |
| 07/29/10 | ARA | Document control. | 4.40 Hrs | 352.00 |
| 07/30/10 | ARA | Document control. | 2.50 Hrs | 200.00 |

TOTAL LEGAL SERVICES   $10,122.00


**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---------------|-----|------|--------|
| Robert A. Murphy | 0.50 | 335.00 | 167.50 |
| Matthew T. Murphy | 0.80 | 285.00 | 228.00 |
| Angela R. Anderson | 13.30 | 125.00 | 1,662.50 |
| Angela R. Anderson | 100.80 | 80.00 | 8,064.00 |
| Robert A. Murphy | 0.10 | 335.00 | No Charge |
| | 115.50 | | $10,122.00 |


TOTAL THIS BILL   $10,122.00


Page 3

# CASNER & EDWARDS, LLP

### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

September 8, 2010
Bill Number  125361
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:    Fee Applications, Applicant

**LEGAL SERVICES**

THROUGH JULY 31, 2010

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 07/10/10 | RAM | Work on May fee application. | 0.30 Hrs | 100.50 |
| 07/12/10 | RAM | Finalize May fee application and send it to Delaware counsel to file. | 0.10 Hrs | 33.50 |
| 07/18/10 | RAM | Send "as filed" May fee application to fee auditor. | 0.10 Hrs | 33.50 |
| 07/31/10 | RAM | Work on June fee application. | 0.70 Hrs | 234.50 |

TOTAL LEGAL SERVICES          $402.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---------------|-----|------|--------|
| Robert A. Murphy | 1.20 | 335.00 | 402.00 |
| | 1.20 | | $402.00 |

TOTAL THIS BILL          $402.00

**EXHIBIT B**
**(Expense Detail)**

## EXPENSES

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** | |
| •       asbestos matters (52000.43)     $12,555.18 | |
| •       non-asbestos matters (2725.40)     $125.00 | |
| **TOTAL LITIGATION AND LITIGATION CONSULTING** | $12,680.18 |
| **FEE APPLICATION – APPLICANT** | $34.36 |
| **TOTAL EXPENSES** | $12,714.54 |



# CASNER & EDWARDS, LLP

### A T T O R N E Y S   A T   L A W

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

September 9, 2010
Bill Number  125811
File Number  02725.00040

W.R. Grace & Co. - Conn.
c/o Jay W. Hughes, Jr.
Senior Litigation Counsel
62 Whittemore Avenue
Cambridge, MA  02140

**FOR PROFESSIONAL SERVICES**

Re:    241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

**LEGAL SERVICES**

**COSTS**

THROUGH JULY 31, 2010

MEDIATION FEE
07/12/10       COMMONWEALTH MEDIATION: Additional                125.00
               mediation time (6/3/10).

                                                                             $125.00

                                    TOTAL COSTS                $125.00

                                    TOTAL THIS BILL            $125.00

# CASNER & EDWARDS, LLP

E  A  T  T  O  R  N  E  Y  S    A  T    L  A  W

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

September 9, 2010
Bill Number  125812
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:    Litigation and Litigation Consulting

**LEGAL SERVICES**

**COSTS**

THROUGH JULY 31, 2010

EXCESS POSTAGE
| | | | |
|---|---|---|---|
| 07/31/10 | EXCESS POSTAGE | 7.28 | |
| | | | $7.28 |

PACER ONLINE SEARCH
| | | | |
|---|---|---|---|
| 07/30/10 | PACER ONLINE SEARCH - Delaware Bankruptcy Court, May 2010. | 31.84 | |
| 07/30/10 | PACER ONLINE SEARCH - Delaware Bankruptcy Court, June 2010. | 13.92 | |
| 07/30/10 | June 2010 Delaware Bankruptcy Court searches. | 11.68 | |
| | | | $57.44 |

PHOTOCOPYING
| | | | |
|---|---|---|---|
| 07/01/10 | 33 copies at $.10 per copy | 3.30 | |
| | | | $3.30 |

RENT REIMBURSEMENT
| | | |
|---|---|---|
| 07/01/10 | ONE WINTHROP SQUARE, LLC: Rent and utilities for document  repository at One Winthrop Square - JULY 2010. | 12,084.11 |

F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

|  |  |  | $12,084.11 |
| --- | --- | --- | --- |
| MISCELLANEOUS |  |  |  |
| 07/20/10 | RECORDKEEPER ARCHIVE CENTERS,: Storage from June 1 to June 30, 2010. | 403.05 |  |
|  |  |  | $403.05 |
|  | TOTAL COSTS |  | $12,555.18 |
|  | TOTAL THIS BILL |  | $12,555.18 |



# CASNER & EDWARDS, LLP

### A T T O R N E Y S   A T   L A W

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

September 9, 2010
Bill Number  125813
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:    Fee Applications, Applicant

**LEGAL SERVICES**

**COSTS**

THROUGH JULY 31, 2010

FEDERAL EXPRESS

| Date | Description | Amount |
|---|---|---|
| 07/07/10 | FEDERAL EXPRESS CORPORATION: To 919 North Market Street, Patricia Cuniff from Casner and Edwards on June 16, 2010 by R A Murphy. | 17.34 |
| 07/29/10 | FEDERAL EXPRESS CORPORATION: To 919 N Market Street, Patricia Cuniff from Casner and Edwards on July 13, 2010 by R A Murphy. | 17.02 |
|  |  | $34.36 |

|  | TOTAL COSTS | $34.36 |
|---|---|---|

|  | TOTAL THIS BILL | $34.36 |
|---|---|---|