IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: October 4, 2010 |
| | : | Hearing Date: TBD, if necessary |

## FEE DETAIL FOR DAY PITNEY LLP'S ONE-HUNDRED EIGHTH INTERIM FEE APPLICATION FOR THE PERIOD FROM JULY 1, 2010 THROUGH JULY 31, 2010

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

# EXHIBIT A

## FEES FOR THE FEE PERIOD
## JULY 1, 2010 THROUGH JULY 31, 2010[2]

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 07/06/10 | Review and print document entries in preparation for drafting June 2010 Fee Application documents | | | |
| 18 | | K. Begley | 0.4 | 110.00 |
| 07/16/10 | Draft and review e-mails with S. Rosenberger for June 2010 fee application | | | |
| 18 | | K. Begley | 0.2 | 55.00 |
| 07/29/10 | Review, revise and discuss with K. Begley draft DP fee application for June 2010 | | | |
| 14 | | S. Zuber | 0.3 | 153.00 |
| 07/29/10 | Draft June 2010 Fee Application documents; draft, review, and respond to e-mails with S. Zuber regarding same | | | |
| 18 | | K. Begley | 1.4 | 385.00 |
| 07/30/10 | Revise and finalize June 2010 Fee Application documents; e-mail to local counsel regarding same | | | |
| 18 | | K. Begley | 0.8 | 220.00 |

<u>Attorney Summary</u>

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| S. Zuber | 0.30 | 510.00 | 153.00 |
| K. Begley | 2.80 | 275.00 | 770.00 |
| TOTAL: | 3.10 | | 923.00 |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

2

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| K. Begley | 18 | 2.8 | 275.00 | 770.00 |
| S. Zuber | 14 | 0.3 | 510.00 | 153.00 |
| TOTAL: | | 3.1 | | 923.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 111099 TRENTON ENVIRONMENTAL ISSUES

| Date | Description | Hours | Amount |
|---|---|---|---|
| 07/01/10 | Review NJDEP response letter and draft memo from B. Moffitt on case issues and analysis of NJDEP position | | |
| 3 | W. Hatfield | 0.4 | 170.00 |
| 07/01/10 | Review letter from Deputy Attorney General and work with B. Moffitt and W. Hatfield regarding analysis for client and potential response | | |
| 3 | A. Marchetta | 1.6 | 1,040.00 |
| 07/01/10 | Review NJDEP response letter regarding asbestos issues and formulate proposed response to same | | |
| 3 | B. Moffitt | 2.2 | 924.00 |
| 07/02/10 | Conference with B. Moffitt and W. Hatfield regarding letter to client regarding Deputy Attorney General's letter | | |
| 3 | A. Marchetta | 0.7 | 455.00 |
| 07/02/10 | Review revised draft memo to client on NJDEP response and comments to same | | |
| 3 | W. Hatfield | 0.5 | 212.50 |
| 07/02/10 | Continue to formulate response to NJDEP letter regarding asbestos issues; work with A. Marchetta and W. Hatfield regarding same | | |
| 3 | B. Moffitt | 1.9 | 798.00 |
| 07/06/10 | E-mails, telephone calls and follow up regarding response to Deputy Attorney General; work with B. Moffitt and W. Hatfield regarding same | | |
| 3 | A. Marchetta | 0.7 | 455.00 |
| 07/06/10 | Address issues and strategy on response to NJDEP letter; review agreement from client with EPA; review and prepared memo on comments to draft memo to client on response strategy | | |
| 3 | W. Hatfield | 1.5 | 637.50 |
| 07/06/10 | Continue to formulate response to NJDEP letter regarding asbestos issues; work with A. Marchetta and W. Hatfield regarding same; telephone call from client regarding same and regarding Master Site Agreement; review W. Hatfield e-mail regarding same | | |
| 3 | B. Moffitt | 1.8 | 756.00 |
| 07/07/10 | Prepare for and telephone conference with clients and follow up with B. Moffitt and W. Hatfield regarding letter to Deputy Attorney General and strategy | | |

4

| | | | |
|---|---|---|---|
| 3 | A. Marchetta | 1.2 | 780.00 |
| 07/07/10 | Review NJDEP letter and cited case and prepare memo to case team on strategy to distinguish NJDEP position from Trenton site; prepare for and attend call with clients on strategy and proposed motion to enforce settlement; review letters from client on background with Amtrak | | |
| 3 | W. Hatfield | 1.7 | 722.50 |
| 07/07/10 | Prepare for, participate in, and follow up concerning conference call with client regarding response to NJDEP letter regarding asbestos issues | | |
| 3 | B. Moffitt | 1.4 | 588.00 |
| 07/08/10 | Review information and follow up regarding conference with client regarding draft response to Deputy Attorney General | | |
| 3 | A. Marchetta | 0.8 | 520.00 |
| 07/08/10 | Preparation of outline for responding to NJDEP letter regarding asbestos issues and for proposed motion to enforce settlement; review file material regarding same. | | |
| 3 | B. Moffitt | 6.2 | 2,604.00 |
| 07/09/10 | Review initial draft of letter to Attorney General's office and edit same | | |
| 3 | A. Marchetta | 0.6 | 390.00 |
| 07/09/10 | Review and comment on draft letter response to NJDEP and forward to case team with memo | | |
| 3 | W. Hatfield | 0.5 | 212.50 |
| 07/09/10 | Continued preparation of outline for responding to NJDEP letter regarding asbestos issues and for proposed motion to enforce settlement; preparation of draft letter to NJDEP regarding same; work with A. Marchetta and W. Hatfield regarding same. | | |
| 3 | B. Moffitt | 2.2 | 924.00 |
| 07/12/10 | Telephone calls with B. Moffitt and follow up regarding letter to Attorney General's office | | |
| 3 | A. Marchetta | 0.5 | 325.00 |
| 07/13/10 | Work with B. Moffitt; telephone conference with J. Baer regarding DEP response and follow up regarding motion to enforce | | |
| 3 | A. Marchetta | 1.3 | 845.00 |
| 07/13/10 | Review memos and draft letter and comment on same | | |
| 3 | W. Hatfield | 0.2 | 85.00 |
| 07/13/10 | Continued preparation of letter to DAG Dickinson and work with A. | | |

|   |   |   |   |
|---|---|---|---|
|   | Marchetta regarding same, and forward information to J. Baer regarding same |   |   |
| 3 | B. Moffitt | 1.1 | 462.00 |
| 07/13/10 | Conference call with A. Marchetta and J. Baer and follow up regarding same |   |   |
| 3 | B. Moffitt | 0.7 | 294.00 |
| 07/14/10 | Work with A. Marchetta regarding response to NJDEP |   |   |
| 3 | B. Moffitt | 0.2 | 84.00 |
| 07/15/10 | Review voicemail from and emails response to NJDEP |   |   |
| 3 | B. Moffitt | 0.2 | 84.00 |
| 07/19/10 | Work with Brian Moffitt and telephone conference with J. Baer regarding Motion to Enforce |   |   |
| 3 | A. Marchetta | 0.4 | 260.00 |
| 07/19/10 | Review and address question on NOD response time frames with NJDEP |   |   |
| 3 | W. Hatfield | 0.3 | 127.50 |
| 07/19/10 | Work with A. Marchetta regarding proposed motion in response to NJDEP and review e-mails from W. Hatfield and J. Baer regarding same. |   |   |
| 3 | B. Moffitt | 0.4 | 168.00 |
| 07/20/10 | Preparation of brief in support of motion to enforce settlement agreement; review file documents regarding same. |   |   |
| 3 | B. Moffitt | 6.7 | 2,814.00 |
| 07/21/10 | Follow up on briefing on Motion to Bankruptcy Court and conference with Brian Moffitt regarding same |   |   |
| 3 | A. Marchetta | 0.7 | 455.00 |
| 07/21/10 | Continued preparation of brief in support of motion to enforce settlement agreement; review file documents regarding same. |   |   |
| 3 | B. Moffitt | 2.1 | 882.00 |
| 07/22/10 | Work on Motion to enforce settlement agreement |   |   |
| 3 | A. Marchetta | 0.4 | 260.00 |
| 07/27/10 | Continued preparation of brief in support of motion to enforce settlement agreement; review file documents regarding same. |   |   |
| 3 | B. Moffitt | 1.5 | 630.00 |
| 07/28/10 | Review information for brief |   |   |
| 3 | A. Marchetta | 0.4 | 260.00 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 07/29/10<br>3 | Emails regarding response to DEP and Deputy Attorney General | A. Marchetta | 0.4 | 260.00 |
| 07/29/10<br><br>3 | Continued preparation of brief in support of motion to enforce settlement agreement; review file documents and confer with A. Marchetta regarding same. | B. Moffitt | 7.8 | 3,276.00 |
| 07/30/10<br>3 | Work on motion to enforce settlement | A. Marchetta | 0.7 | 455.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 5.10 | 425.00 | 2,167.50 |
| A. Marchetta | 10.40 | 650.00 | 6,760.00 |
| B. Moffitt | 36.40 | 420.00 | 15,288.00 |
| TOTAL: | 51.90 | | 24,215.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 3 | 10.4 | 650.00 | 6,760.00 |
| W. Hatfield | 3 | 5.1 | 425.00 | 2,167.50 |
| B. Moffitt | 3 | 36.4 | 420.00 | 15,288.00 |
| TOTAL: | | 51.9 | | 24,215.50 |

# EXHIBIT B

## EXHIBIT B

### EXPENSES FOR THE FEE PERIOD
### JULY 1, 2010 THROUGH JULY 31, 2010

**None.**

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-1139 (JKF) |
| W. R. GRACE & CO., *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: October 4, 2010 |
| | : | Hearing Date: TBD, if necessary |

## VERIFICATION

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Day Pitney LLP, and am a member in good standing of the bars of the State of New Jersey, the State of New York, the District of Columbia, the United States District Court for the District of New Jersey, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, the United States District Court for the Western District of New York, the United States

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

District Court for the District of Colorado, the United States District Court for the Eastern District of Texas, the United States District Court for the Western District of Wisconsin, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Federal Circuit, the United States Tax Court, and the United States Supreme Court.

2. I have personally performed certain of, and overseen, the legal services rendered by Day Pitney LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

Parsippany, New Jersey  
Dated: September 14, 2010

Respectfully submitted,  
DAY PITNEY LLP

_____  
Anthony J. Marchetta, Esq.  
One Jefferson Road  
Parsippany, New Jersey 07054  
Telephone: (973) 966-6300  
Facsimile: (973) 966-1015