**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 10/12/2010; 4:00 PM ET |
| | § | Hearing Date: 12/13/2010; 10:30 AM ET |

**SEVENTH QUARTERLY APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE 37th QUARTERLY
PERIOD FROM APRIL 1, 2010 THROUGH JUNE 30, 2010**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Alan B. Rich, Esq., pursuant to sections 327, 330 and 331 of title 11 of

the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), the Retention Order (as defined below), the Administrative

Order Under 11 U.S.C. §§105(a) and 331 Establishing Procedures for Interim Compensation and

Reimbursement of Professionals and Official Committee Members (the "Interim Compensation

Order"), the Amended Administrative Order under 11 U.S.C. §§105(a) and 331 Establishing

Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals

and Official Committee Members (the "Amended Interim Compensation Order") and Del. Bankr.

LR 2016-2, and hereby applies for an order allowing him (i) compensation in the

amount of $33,300.00 for the reasonable and necessary legal services he has rendered to

the Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property

Damage Claimants and Holders of Demands and (ii) reimbursement of actual and necessary expenses that he has incurred in the amount of $1,629.09, for a total of $34,929.09, or one hundred percent (100%) of all compensation and expense reimbursement requested, for the period April  1, 2010 through June 30, 2010 (the "Quarterly Fee Application"), and in support of this Quarterly Fee Application, would respectfully show as follows:

<u>SUMMARY</u>

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | April 1, 2010 through June 30 2010 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $33,300.00 |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $1,629.09 |

This is a(n):   ☐Monthly   ☒Quarterly   ☐Interim   ☐Final Application

<u>PRIOR APPLICATIONS</u>

| Date  Filed | Period  Covered | Requested  Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |

---

[1] At 80% of the total incurred.

| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
|---|---|---|---|---|---|
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |
| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |

| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/2/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Pending | Pending |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr.

Rich has practiced law for 25 years, and his billing rate is $600 per hour.  In this Quarterly

Application period Mr. Rich billed 55.5 hours,[2] for a total amount billed of $33,300.00, of which

80% ($26,640.00) has already been paid, leaving the amount not yet approved or paid of

$6,660.00.

The time for preparation of this fourth Quarterly Application is approximately 2.0 hours,

for which $1,200.00 will be requested in a future application.

<u>COMPENSATION BY PROJECT CATEGORY</u>

| Project Category | Hours | Amount |
|---|---|---|
| Disclosure Statement and Confirmation | 33.7 | $20,220.00 |
| Travel | 26.6  (at 100%) | $7,980.00  (at 50%) |
| Fee Applications | 8.5 | $5,100.00 |
| TOTAL | 68.8  (with travel at 100%) | $33,300.00 |

---

[2] Non-Productive travel time is included in this figure, but at 50% of the actual time.

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel<br>Court Call | $1,585.09<br>$44.00 |
| TOTAL | $1,629.09 |

APPLICATION

1.      On April 2, 2001 , (the "Petition Date") each of the Debtors filed a

voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code

(the "Chapter 11 Cases").  On April 2, 2001, the Court entered an order procedurally

consolidating the Chapter 11 Cases for administrative purposes only.  Since the Petition Date, the

Debtors are continuing to operate their businesses and manage their properties and assets as

debtors-in-possession pursuant to sections 1107(a) and 1108 of the United States Bankruptcy

Code.

2.      On May 3, 2001, the Court entered an Interim Compensation Order, as

amended by the Amended Interim Compensation Order, establishing procedures for monthly

compensation and reimbursement of expenses of professionals (each such application, a

"Monthly Fee Application"), and whereby any notice party listed in the Amended Interim

Compensation Order may object to such Monthly Fee Application.  If no notice party objects to

professional's Monthly Fee Application within twenty (20) days after the date of service of the

Monthly Fee Application, the applicable professional may submit to the Court a certification of

no objection authorizing the interim compensation and reimbursement of eighty percent (80%) of

the fees requested and one hundred percent (100%) of the expenses requested, subject to the

filing and approval of the interim and final fee applications of the professional.

3.        Furthermore, and also pursuant to the Amended Interim Compensation Order, within forty-five (45) days of the end of each quarter, professionals are required to file and serve, upon the notice parties, a quarterly request (a "Quarterly Fee Application") for interim Court approval and allowance of the Monthly Fee Applications filed during the quarter covered by that Quarterly Fee Application.  If the Court grants the relief requested by the Quarterly Fee Application, the Debtors are authorized and directed to pay the professional 100% of the fees and expenses requested in the Monthly Fee Applications covered by that Quarterly Fee Application, less any amounts previously paid in connection with the Monthly Fee Applications.  Any payment made pursuant to the Monthly Fee Applications or a Quarterly Fee Application is subject to final approval of all fees and expenses at a hearing on the professional's final fee application.

4.        By an order of this Court, the PD FCR was authorized to retain Alan B. Rich as his counsel, effective as of September 29, 2008 (the "Retention Order").  The Retention Order authorizes the Debtors to compensate Rich at his hourly rate charged for services of this type and to be reimbursed for actual and necessary out-of-pocket expenses that he incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, all applicable local rules and orders of this Court.

5.        This Quarterly Fee Application, which is submitted in accordance with the Amended Interim Compensation Order, is Rich's Seventh Quarterly Fee Application for compensation for services rendered in connection with the Chapter 11 Cases and covers the 37th Quarterly fee period of April 1, 2010 through June 30, 2010 (the "Fee Period").

6.      Rich has filed with the Court the following Monthly Fee Applications for interim compensation during the Fee Period:

(a)     Application of Alan B. Rich, Esq. For Compensation for Services and Reimbursement of Expenses as Counsel to the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Twentieth Monthly Interim Period from April 1, 2010 Through April 30, 2010, seeking $11,040.00 in fees (80% of $13,800.00) and $805.28 in expenses;

(b)     Application of Alan B. Rich, Esq. For Compensation for Services and Reimbursement of Expenses as Counsel to the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Twenty-First Monthly Interim Period from May 1, 2010 Through May 31, 2010, seeking $5,808.00 in fees (80% of $7,260.00) and $44.00 in expenses;

(c)     Application of Alan B. Rich, Esq. For Compensation for Services and Reimbursement of Expenses as Counsel to the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Twenty-Second Monthly Interim Period from June 1, 2010 Through June 30, 2010, seeking $9,792.00 in fees (80% of $12,240.00) and $779.81 in expenses.

7.      The monthly fee applications covered by this Quarterly Fee Application contain detailed daily time logs describing the actual and necessary services provided by Rich during the Fee Period, as well as other detailed information required to be included in fee applications.  The Twentieth, Twenty-First and Twenty-Second monthly fee applications (collectively, the "Applications") are attached hereto as Exhibits "1," "2" and "3" respectively.

8.      The periods for objecting to the fee and expense reimbursements relating to the Twentieth, Twenty-First and Twenty-Second monthly fee applications have each passed without any objections being filed, whereupon Rich filed Certificates of No Objection with the Court, and Rich has been paid interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested.

9.      Rich has filed six prior Quarterly Fee Applications.

10.    By this Seventh Quarterly Fee Application, Rich requests that the Court approve the interim allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by Rich from April 1, 2010 through June 30, 2010, less any amounts previously paid to Rich pursuant to the Monthly Fee Applications and the procedures set forth in the Amended Interim Compensation Order. As stated above, the full scope of the services provided and the related expenses incurred are fully described in the Monthly Fee Applications that already have been filed with the Court.

11.    Rich reserves his right to seek at a later date compensation for services rendered and expenses incurred during the applicable period that are not otherwise included in the relevant monthly fee application.

12.    At all relevant times, Rich has been a disinterested person as that term is defined in Section 101(14) of the United States Bankruptcy Code, as modified by section 1107(b) of the United States Bankruptcy Code and has not represented or held an interest adverse to the interest of the Debtors.

13.    All services for which compensation is requested by Rich were performed for or on behalf of the PD FCR and not on behalf of any committee, creditor, or other person.

14.    Rich believes that this Quarterly Fee Application complies with the requirements of Del. Bankr. LR 2016-2 and the Amended Interim Compensation Order.

15.    During the Interim Period, Rich has received no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with these Chapter 11 Cases, other than the interim compensation payments pursuant to the Amended Interim Compensation Order. There is no agreement or understanding between Rich and any

other person for the sharing of compensation to be received for services rendered in these cases.

16.     The professional services and related expenses for which Rich requests interim allowance of compensation and reimbursement of expenses were rendered and incurred in connection with these cases in the discharge of Rich's professional responsibilities as counsel for the PD FCR in the Chapter 11 Cases.  Rich's services have been necessary and beneficial to the PD FCR as well as the Debtors and their estates, creditors, and other parties in interest.

17.     Pursuant to Fed R. Bankr. P. 2016(b), Rich has not shared, nor has agreed to share: (a) any compensation it has received or may receive with another party or person, or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

WHEREFORE, Alan B. Rich, Esq. respectfully requests that the Court enter an order, providing that (a) for the period from April 1, 2010 through June 30, 2010, an administrative allowance be made to Rich in the sum of $33,300.00 as compensation for reasonable and necessary professional services rendered to the PD FCR and, in the sum of $1,629.09 for reimbursement of actual and necessary costs and expenses incurred, for a total of $34,929.09; (b) that the Debtors be authorized and directed to pay to Rich the outstanding amount of such sums, less any sums previously paid to Rich pursuant to the Monthly Fee Applications and the procedures set forth in the Amended Interim Compensation Order and (c) this Court grant such other and further relief to which Rich is justly entitled.

Respectfully Submitted,

_____
Alan B. Rich
Texas Bar No. 16842350
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

## DECLARATION

Alan B. Rich, declares as follows:

I am the counsel hired by the PD FCR with the approval of the Court, and am familiar
with the legal services which I rendered to the PD FCR.  I have reviewed the foregoing
Application and the facts set forth therein are true and correct to the best of my knowledge,
information and belief.  I believe that this Application substantially complies with Local
Bankruptcy Rules for the District of Delaware.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 20, 2010.

_____

## CERTIFICATE OF SERVICE

I certify that on the 20th day of September, 2010, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 5/24/2010 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND
HOLDERS OF DEMANDS FOR THE TWENTIETH MONTHLY INTERIM
PERIOD FROM APRIL 1, 2010 THROUGH APRIL 30, 2010**

Name of Applicant:                              Alan B. Rich, Esq.

Authorized to Provide Services To:              Hon. Alexander M. Sanders, Jr.,
                                                Legal Representative for Future Asbestos-
                                                Related Property Damage Claimants
                                                and Holders of Demands

Date of Retention:                              September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:                    April 1, 2010 through April 30, 2010

Amount of Fees Sought as Actual
Reasonable and Necessary:                       $11,040.00   [80% of $13,800.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:               $805.28

This is a(n):   ☒Monthly        ☐Interim        ☐Final Application

-1-

## PRIOR APPLICATIONS

| Date  Filed | Period  Covered | Requested  Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|---|---|---|---|---|---|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | CNO Filed | CNO Filed |
| | | | | | |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr.

Rich has practiced law for 25 years, and his billing rate is $600 per hour.  In this Application

period Mr. Rich billed 23.0 hours,[2] for a total amount billed of $13,800.00 of which 80% is

currently sought, in the amount of $11,040.00, plus 100% of the expenses incurred during this

period, in the amount of $805.28, for a total currently sought of $11,845.28.

As stated above, this is the Twentieth application for monthly fees and expenses.  The

time for preparation of this Application is approximately 1.5 hours, for which $900.00 will be

requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 13.2 | $7,920.00 |
| Travel | 13.2 (@ 100%) | $3,960.00   (@ 50%) |
| Fee Application Matters (Incl. Monthly and Quarterly Applications of  FCR & Local Counsel) | 3.2 | $1,920.00 |
| TOTAL | 29.6 hours | $13,800.00 |

---

[2] Non-Productive travel time, if any, is included in this figure, but at 50% of the actual time.

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel | $805.28 |
| TOTAL | $805.28 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

### **CERTIFICATE OF SERVICE**

    I certify that on the 3rd day of May, 2010,  this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# Alan B. Rich

*Attorney and Counselor*

4244 Renaissance Tower
1401 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (April, 2010)

### Client

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

### Matter

***In re W. R. Grace***, **No. 01-1139 (Bankr. D. Del)**

| Date | Services Performed | Time |
|------|--------------------|------|
| 4/1/2010 | Prepare 19th Monthly Fee Application | 1.5 |
| 4/1/2010 | Review Tansfer of BNSF claim | 0.1 |
| 4/2/2010 | Emails to and from Fee Auditor re 19th Application | 0.1 |
| 4/5/2010 | Attention to filing CNO for PD FCR's 13th fee application | 0.1 |
| 4/5/2010 | Review Revised Chart of Objections | 0.5 |
| 4/5/2010 | Email documents requested to Fee Auditor | 0.1 |
| 4/5/2010 | Review Monthly Operating Report (February, 2010) | 0.4 |
| 4/5/2010 | Review Agenda for April Omnibus hearing | 0.2 |
| 4/7/2010 | Review Order approving LTIP for 2010-2012 | 0.1 |

| 4/7/2010 | Review Order approving stipulation with National Union regarding classification and withdrawal of plan objections | 0.1 |
|---|---|---|
| 4/7/2010 | Review Orders Authorizing PD Settlements (McMaster University, Health Care Corp. of St. Johns, Hamilton Wentworth School District, Morguard Investments, and Toronto District School Board) | 0.4 |
| 4/7/2010 | Review Order approving stipulation with Longacre regarding classification and withdrawal of plan objections | 0.1 |
| 4/7/2010 | Review Settlement Notice re Munoz claim | 0.1 |
| 4/7/2010 | Review Settlement Notice re Standard Chain Co. claim | 0.1 |
| 4/7/2010 | Review Order approving retention of special counsel to Debtors | 0.1 |
| 4/9/2010 | Review Notice of Filing re MMO Settlement Signatures | 0.1 |
| 4/9/2010 | Review Debtors' Statement of Professionals' Compensation 1Q10 and email to R. Finke re same | 0.2 |
| 4/12/2010 | Email from R. Finke re OCP issue | 0.1 |
| 4/12/2010 | Emails to and from Fee Auditor re various applications and forward documents to fee auditor | 0.2 |
| 4/16/2010 | Email to client re status and omnibus | 0.1 |
| 4/18/2010 | Travel (non-productive) from Dallas to Wilmington for Omnibus hearing and PD Trials (5.2 hrs @ 50%) | 2.6 |
| 4/19/2010 | Attend April Omnibus hearing and PD Trials | 2.3 |
| 4/19/2010 | Travel (non-productive) from Wilmington to Dallas (8 hrs.@ 50%) | 4.0 |
| 4/20/2010 | Prepare and PD FCR's 14th Fee Application and Notice | 1.0 |
| 4/20/2010 | Review CNO's re PD Settlements with City of Vancouver, Avalon East School District, Fairmall Leaseholds, Atlantic Shopping Mall, Conseillers Immobiliers and University of Guelph | 0.4 |

| | | |
|---|---|---|
| 4/20/2010 | Review CNO for MMO Settlement | 0.1 |
| 4/20/2010 | Review CNO for final payment of fees from fraudulent transfer litigation | 0.1 |
| 4/21/2010 | Prepare and file CNO for 18th Fee application | 0.2 |
| 4/23/2010 | Review Orders Striking Fraudulent Conveyance case Fee Applications and CNOs | 0.2 |
| 4/25/2010 | Review COC re Objection Dates for MD Casualty Claim Objections | 0.1 |
| 4/25/2010 | Review Notice of Filing of List of Post-Confirmation Officers and Directors | 0.2 |
| 4/27/2010 | Review Northstar Insurance Settlement Motion | 0.4 |
| 4/27/2010 | Review Amended Settlement Notice for Claim 6080 | 0.2 |
| 4/27/2010 | Email from debtors' counsel re PD Trustees | 0.1 |
| 4/28/2010 | Several conferences with counsel for Debtors and ZAI claimants, client and potential trustees regarding PD Trustees | 1.0 |
| 4/28/2010 | Review May Omibus agenda and notice of cancellation | 0.1 |
| 4/28/2010 | Review Order granting remaining Holdbacks in Fraudulent Conveyance Litigation | 0.1 |
| 4/28/2010 | Review Order Approving MMO Settlement | 0.2 |
| 4/28/2010 | Review Orders Approving various PD Settlements (City of Vancouver, Avalon East School District, Fairmall Leaseholds, Atlantic Shopping Mall, Conseillers Immobiliers and University of Guelph) | 0.4 |
| 4/29/2010 | Review CNO on Claims Settlement Notice | 0.1 |
| 4/29/2010 | Review Notice of DiMinimus Asset Sales for 1Q10 | 0.1 |
| 4/29/2010 | Review Notice of DiMinimus Settlements for 1Q10 | 0.1 |

| | | |
|---|---|---|
| 4/29/2010 | Emails to and from PD Committee Counsel and ZAI Counsel re 7B Trustee and related issues | 0.2 |
| 4/29/2010 | Conference with 7A Trustee Nominee | 0.1 |
| 4/30/2010 | Review Modified Plan Documents as of April 22, 2010 | 3.0 |
| 4/30/2010 | Review Proposed Confirmation Order | 1.0 |

Total: 23.0 hours @ $600.00/hour = $13,800.00

Expenses:   Detail on Exhibit 1– $805.28

**Total Fees and Expenses Due:   $14,605.28**

EXPENSES FOR MARCH 2010                                                        EXHIBIT 1

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|------|----------------------|--------|
| 4/18/2010 | RT Coach Airfare (DFW-PHL) | $478.40 |
| 4/18/2010 | Dinner | $8.97 |
| 4/18/2010 | Hotel | $209.23 |
| 4/19/2010 | Lunch | $11.66 |
| 4/19/2010 | Hotel Parking | $10.00 |
| 4/19/2010 | Rental Car | $55.07 |
| 4/19/2010 | Internet Access | $12.95 |
| 4/19/2010 | DFW Airport Parking | $19.00 |
| | TOTAL EXPENSES | $805.28 |

# EXHIBIT 2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 6/21/2010 |
| | § | Hearing Date: TBD (if needed) |

### SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE TWENTY-FIRST MONTHLY INTERIM PERIOD FROM MAY 1, 2010 THROUGH MAY 31, 2010

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | May 1, 2010 through May 31, 2010 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $5,808.00   [80% of $7,260.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $44.00 |

This is a(n):   ⊠Monthly      ☐Interim      ☐Final Application

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

[1] At 80% of the total incurred.

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 25 years, and his billing rate is $600 per hour.  In this Application period Mr. Rich billed 12.1 hours,[2] for a total amount billed of $7,260.00 of which 80% is currently sought, in the amount of $5,808.00, plus 100% of the expenses incurred during this period, in the amount of $44.00, for a total currently sought of $5,852.00.

As stated above, this is the Twenty-First application for monthly fees and expenses.  The time for preparation of this Application is approximately 1.0 hours, for which $600.00 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
| --- | --- | --- |
| Confirmation | 8.9 | $5,340.00 |
| Fee Application Matters (Incl. Monthly Applications of FCR) | 3.2 | $1,920.00 |
| TOTAL | 12.1 hours | $7,260.00 |

---

[2] Non-Productive travel time, if any, is included in this figure, but at 50% of the actual time.

EXPENSE SUMMARY

| Description | Expense |
|------------|---------|
| Court Call | $44.00 |
| TOTAL | $44.00 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 1st day of June, 2010,  this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*

4244 Renaissance Tower
1401 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (May, 2010)

**Client**

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 5/1/2010 | Prepare 20th Monthly Fee Application | 1.5 |
| 5/3/2010 | Emails to and from ZAI counsel re PD Trustees | 0.1 |
| 5/3/2010 | Review Certification of Counsel re BC Canadian claims trial cases and signed Order | 0.2 |
| 5/4/2010 | Review Certification of Counsel re dismissal of Munoz claim as moot | 0.1 |
| 5/4/2010 | Review of 1st and 2nd Monthly and 1st Quarterly Fee Applications of Canadian ZAI Claimants (Hogan Firm, Lauzon, Scarfone) | 1.2 |
| 5/4/2010 | Review of 1st and 2nd Substantial Contribution Applications of the Canadian ZAI Claimants; email to D. Hogan re clarification of applications | 1.8 |
| 5/5/2010 | Email from D. Hogan | 0.1 |

| | | |
|---|---|---|
| 5/5/2010 | Prepare 15th Monthly Fee Application and Notice for Judge Sanders and attention to filing and service of same | 1.0 |
| 5/10/2010 | Emails to and from D. Hogan re Canadian ZAI fee issues and review of revised Lauzon bills to be submitted | 0.5 |
| 5/10/2010 | Prepare , file and service CNO for PD FCR's 14th Monthly Fee Application | 0.3 |
| 5/11/2010 | Emails to counsel re service of pleadings | 0.1 |
| 5/11/2010 | Review Certification of Counsel Regarding Corrected Order Pursuant To Sections 105, 363, 107 and 1108 of the Federal Rules of Bankruptcy Procedure Approving the Settlement Agreement Between W. R. Grace & Co. And Employers Mutual Casualty Company and the MMO Parties | 0.2 |
| 5/12/2010 | Review Claims Settlement Notice | 0.2 |
| 5/12/2010 | Review Corrected Order regarding Maryland Casualty Settlement | 0.1 |
| 5/13/2010 | Review Monthly Operating Statement (March 2010) | 0.4 |
| 5/14/2010 | Review Notice of Appeal from Canadian PD Trial | 0.1 |
| 5/17/2010 | Emails to and from client and debtors' counsel re substantial contribution application for Candian ZAI counsel | 0.2 |
| 5/19/2010 | Review Maryland Casualty brief regarding Libby participation in Debtors' claim objection and Libby's Reply | 0.6 |
| 5/20/2010 | Review ACC and PI FCR Response re Maryland Casualty Claim Objection | 0.2 |
| 5/20/2010 | Review Maryland Casualty's Reservation of Rights re ACC and PI FCR participation in claim objection | 0.1 |
| 5/20/2010 | Review Debtors' Reply in Support of Claims objection re Maryland Casualty | 0.3 |

| | | |
|---|---|---|
| 5/20/2010 | Review renotices of hearings on Scarfone, Hawkins, Hogan and Lauzon Quarterly fee applications and first Substantial Contibution application | 0.2 |
| 5/21/2010 | Review service request for R. Higgins from J. Baer's offices | 0.1 |
| 5/24/2010 | Review CNO re Settlement with Northstar Reinsurance | 0.1 |
| 5/24/2010 | Prepare and file CNO re 20th Monthly Fee Application | 0.2 |
| 5/26/2010 | Certification of Counsel regarding Lauzon first Monthly Fee Application for Canadian ZAI claimants | 0.2 |
| 5/27/2010 | Emails to and from client re status | 0.2 |
| 5/28/2010 | Review Fee Auditor's Report on 35th Quarterly Fee Applications and emails to and from client re same | 0.2 |
| 5/28/2010 | Review British Columbia PD appellants statement of issues on appeal and designation of record | 0.3 |
| 5/28/2010 | Review Fee Auditor's Reports on various Canadian ZAI claimants' fee applications | 0.4 |
| 5/28/2010 | Review draft charts and exhibits and Certification of Counsel received from Debtor re quarterly fee applications | 0.2 |
| 5/29/2010 | Review Agenda for June Omnibus hearing | 0.2 |
| 5/30/2010 | Review Motion to Approved Settlement Agreement with Harper Insurance Ltd. | 0.3 |
| 5/30/2010 | Drafting and filing of CNO for Judge Sanders' Fifteenth Monthly Fee Application | 0.2 |

Total: 12.1 hours @ $600.00/hour = $7,260.00

Expenses:  Detail on Exhibit 1– $44.00

**Total Fees and Expenses Due:  $7,304.00**

EXPENSES FOR MAY 2010                                                                    EXHIBIT 1

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|------|----------------------|--------|
| 4/27/2010 | Courtcall | $44.00 |
|  | TOTAL EXPENSES | $44.00 |

# EXHIBIT 3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 7/21/2010 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND
HOLDERS OF DEMANDS FOR THE TWENTY-SECOND MONTHLY
INTERIM PERIOD FROM JUNE 1, 2010 THROUGH JUNE 30, 2010**

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | June 1, 2010 through June 30, 2010 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $9,792.00   [80% of $12,240.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $779.81 |

This is a(n):   ☒Monthly        ☐Interim        ☐Final Application

PRIOR APPLICATIONS

| Date  Filed | Period  Covered | Requested  Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

-2-

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|----------|----------------------|------------|-----------|------|------|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 25 years, and his billing rate is $600 per hour.  In this Application period Mr. Rich billed 20.4 hours,[2] for a total amount billed of $12,240.00 of which 80% is currently sought, in the amount of $9,792.00, plus 100% of the expenses incurred during this period, in the amount of $779.81, for a total currently sought of $10,571.81.

As stated above, this is the Twenty-Second application for monthly fees and expenses. The time for preparation of this Application is approximately 1.0 hours, for which $600.00 will be requested in a future application.

<u>COMPENSATION BY PROJECT CATEGORY</u>

| Project Category | Hours | Amount |
|------------------|-------|--------|
| Confirmation | 11.6 | $6,960.00 |
| Travel | 13.4   (at 100%) | $4,020.00   (at 50%) |
| Fee Application Matters (Incl. Monthly Applications of FCR) | 2.1 | $1,260.00 |

---

[2] Non-Productive travel time, if any, is included in this figure, but at 50% of the actual time.

-3-

| TOTAL | 27.1 hours | $12,240.00 |
|-------|-----------|-----------|

### EXPENSE SUMMARY

| Description | Expense |
|-------------|---------|
| Travel | $779.81 |
| TOTAL | $779.81 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

### CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

## **CERTIFICATE OF SERVICE**

I certify that on the 1st day of July, 2010, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
4244 Renaissance Tower
1401 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (June, 2010)

**Client**

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 6/1/2010 | Review Motion to approve settlement agreement with Harper Insurance | 0.5 |
| 6/1/2010 | Emails to and from client re June Omnibus hearing | 0.1 |
| 6/1/2010 | Prepare 21st Monthly Fee Application, Notice and attention to filing | 1.0 |
| 6/3/2010 | Review London Market insurers withdrawal of plan objections | 0.1 |
| 6/3/2010 | Review Libby Claimants' Response to Maryland Casualty Objection to Joinder | 0.2 |
| 6/3/2010 | Review Canadian ZAI monthly fee applications | 0.5 |
| 6/3/2010 | Review Maryland Casualty Surreply re Debtors' claim objection | 0.2 |
| 6/3/2010 | Prepare PD FCR's 16th Monthly Fee Application, Notice and attention to filing and service of same | 0.7 |

| | | |
|---|---|---|
| 6/3/2010 | Review Allstate's withdrawal of plan objections | 0.1 |
| 6/4/2010 | Review Monthly Operating Report for April of 2010 | 0.4 |
| 6/4/2010 | Motion of Debtors for Entry of an Order Authorizing Entry into a Consent Decree with the United States Regarding the Blackburn and Union Privileges Superfund Site - Walpole, MA | 0.5 |
| 6/4/2010 | Review Amended Agenda for June Omnibus hearing | 0.1 |
| 6/4/2010 | Review Certificaton of Counsel re Second Application of Canadian ZAI Claimants Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and (b)(4) For Allowance of Administrative Expenses of Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP Incurred In Making Substantial Contribution for the Period September 1, 2008, Through December 21, 2009 | 0.2 |
| 6/4/2010 | Review Certificaton of Counsel re Second Application of Canadian ZAI Claimants Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and (b)(4) For Allowance of Administrative Expenses of the Hogan Firm Incurred In Making Substantial Contribution for the Period September 1, 2008, Through December 21, 2009 | 0.1 |
| 6/4/2010 | Review Certificaton of Counsel re Claims Settlement Notice (Claim No. 9687 and 9688) | 0.1 |
| 6/4/2010 | Review Debtors' Motion to make contributions to pension plans | 0.4 |
| 6/5/2010 | Reviev Certificaton of Counsel regarding 35th Quarter Project category summary | 0.2 |
| 6/5/2010 | Review Debtors' Reservation of Rights re participation of non-debtors in Grace's Md. Casualty Objection | 0.1 |
| 6/5/2010 | Review Debtors' Certification of Counsel re 35th Quarterly Fee Applications | 0.1 |
| 6/5/2010 | Review Debtors' designation of additional documents in the record for the BC PD claimants' appeal | 0.2 |

| | | |
|---|---|---|
| 6/6/2010 | Travel (non-productive) from Dallas to Wilmington (5 hrs.@ 50%) | 2.5 |
| 6/7/2010 | Attend June Omnibus hearing | 0.6 |
| 6/7/2010 | Review Order re Maryland Casualty claim objection | 0.1 |
| 6/7/2010 | Review Revised Order regarding 35th Quarterly Fee applications | 0.2 |
| 6/7/2010 | Review Order re substantial contribution application of local Canadian ZAI Counsel | 0.1 |
| 6/7/2010 | Review Grossmans case | 0.2 |
| 6/7/2010 | Travel (non-productive) from Wilmington to Dallas (8.4 hrs.@ 50%) | 4.2 |
| 6/8/2010 | Review Motion of Debtors for Entry of an Order Authorizing Their Entry into (i) Consent Order with the United States Regarding the Zonolite/W.R. Grace Easthampton, MA Superfund Site, (ii) Stipulation Resoving Claim 11301 of Oldon Limited Partnership, and (iii) Stipulation Resolving Claim 7121 of the City of Easthampton, and email to Debtors' counsel re PD FCR proposed changes to documentation | 1.0 |
| 6/8/2010 | Conference with counsel for PD Committee re status | 0.1 |
| 6/8/2010 | Review Travelers' withdrawal of plan objections | 0.1 |
| 6/9/2010 | Review revisions to the Easthampton Superfund site settlement approval order and emails to and from Debtors' counsel & client re same | 0.5 |
| 6/10/2010 | Email from client re Easthampton site | 0.1 |
| 6/10/2010 | Review notice of date change for July Omnibus | 0.1 |
| 6/10/2010 | Email notice from Debtor re litigation staff changes | 0.1 |
| 6/10/2010 | Conference call re pension motion | 0.2 |
| 6/14/2010 | Review Motion to enter settlement agreement with Munich Reinsurance | 0.5 |

| | | |
|---|---|---|
| 6/14/2010 | Review Notice of changes in 2010 omnibus hearing dates and times and deadlines | 0.2 |
| 6/15/2010 | Review Amended Application of Canadian ZAI Claimants for Allowance of Administrative Expenses of Lauzon Belanger and Scarfone Hawkins as CCAA Representative Counsel Incurred in Making Substantial Contribution for the Period October 1, 2004 to August 31, 2008 | 0.8 |
| 6/16/2010 | Review Order approving PI FCR financial advisor compensation | 0.1 |
| 6/22/2010 | Review AON presentation re pension plan options | 0.5 |
| 6/22/2010 | Review Revised Northampton Superfund Site settlement approval order | 0.3 |
| 6/23/2010 | Preparation, filing & service of CNO for 21st Monthly Fee Application | 0.2 |
| 6/23/2010 | Email to client re Northampton Superfund site settlement order | 0.1 |
| 6/23/2010 | Email from Debtors' counsel re changes in accounting department | 0.1 |
| 6/24/2010 | Review Revised Walpole Settlement Order | 0.2 |
| 6/24/2010 | Preparation, filing and service of CNO for PD FCR 16th Monthly Fee Application | 0.2 |
| 6/28/2010 | Review Certification of Counsel re Omnibus objection to employee claims | 0.5 |
| 6/28/2010 | Review Motion to approve settlement agreement with Nationwide/Wausau | 0.5 |
| 6/29/2010 | Review CNO for Debtors' Motion Pursuant to Section 105, 363 and 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Amended and Restated Settlement Agreement Between W R. Grace & Co. and Harper Insurance LTD | 0.1 |
| 6/29/2010 | Email re call with AON re Grace Pension Plan | 0.1 |

| | | |
|---|---|---|
| 6/29/2010 | Review Certification of Counsel Regarding Motion for Entry of Order Authorizing Debtors' Entry into (I) Consent Order with the United States Regarding the Zonolite/W.R. Grace Easthampton, MA Superfund Site, (II) Stipulation Resolving Claim 11301 of Oldon Limited Partnership, and (III) Stipulation Resolving Claim 7121 of the City of Easthampton | 0.3 |
| 6/29/2010 | Review Certificate of No Objection Regarding Motion to Re-Open Fraudulent Conveyance Adversary Proceedings to Permit the Filing of Remaining Quarterly Fee Applications and Allowance and Payment of Remaining Holdbacks | 0.1 |
| 6/30/2010 | Review Order approving Harper insurance settlement | 0.1 |
| 6/30/2010 | Review further revisions to Walpole settlement order | 0.1 |

Total: 20.4 hours @ $600.00/hour = $12,240.00

Expenses:   Detail on Exhibit 1– $779.81

**Total Fees and Expenses Due:  $13,019.81**

EXPENSES FOR JUNE 2010

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|------|------------------------|--------|
| 6/6/2010 | RT Coach Airfare (DFW-PHL) | $461.40 |
| 6/7/2010 | Hotel | $218.90 |
| 6/7/2010 | Breakfast | $1.59 |
| 6/7/2010 | Parking | $10.00 |
| 6/7/2010 | Lunch | $4.31 |
| 6/7/2010 | Rental Car | $59.79 |
| 6/7/2010 | Airport Parking | $23.82 |
| | TOTAL EXPENSES | $779.81 |