# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

IN RE:

| | |
|---|---|
| The Flintkote Company and Flintkote Mines Limited<br>    Debtor(s) | Bankruptcy No. 04-11300-JKF |
| W.R. Grace & Co., *et al.*<br>    Debtor(s) | Bankruptcy No. 01-1139 |
| Specialty Products Holdings, Corp., *et al.*<br>    Debtor(s) | Bankruptcy No. 10-11780 |
| Kaiser Aluminum Corporation, *et al.*<br>    Debtor(s) | Bankruptcy No. 10-11780 |
| Swan Transportation,<br>    Debtor(s) | Bankruptcy No. 01-11690 |
| Federal-Mogul Global, Inc., *et al.*<br>    Debtor(s) | Bankruptcy No. 01-10578 |
| United States Mineral Products Company, *et al.*<br>    Debtor(s) | Bankruptcy No. 01-2471 |
| US Office Products Company<br>    Debtor(s) | Bankruptcy No. 01-646 |
| Just For Feet<br>    Debtor(s) | Bankruptcy No. 99-4110 |
| Chama, Inc.<br>    Debtor(s) | Bankruptcy No. 98-2252 |
| William A. Stokesbury<br>    Debtor(s) | Bankruptcy No. 02-13792 |
| Samantha A. Stokesbury<br>    Debtor(s) | Bankruptcy No. 02-13793 |

### ORDER CANCELLING AND RESCHEDULING JUDGE FITZGERALD'S OMNIBUS HEARINGS FOR AUGUST, 2011

**AND NOW,** this **20th** day **September, 2010**, it is **ORDERED** that the omnibus hearings in the above-captioned cases scheduled for **August 22, 2011, are cancelled** and **RESCHEDULED for August 29, 2011**.

*Judith K. Fitzgerald*  SJS
_____
Judith K. Fitzgerald
United States Bankruptcy Judge