# Exhibit 1

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL  33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia                                                                                          April 12, 2010
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044
USA

FOR PROFESSIONAL SERVICES RENDERED
   RE: Sandy CARRERO VARGAS                                              Invoice #: 10.40644991

| | |
|---|---|
| **Total Legal Fees** | $0.00 |

**Disbursements**

| | |
|---|---|
| Translation services | $210.00 |
| **Total Disbursements** | $210.00 |
| **Please Remit** | $210.00 |

| **Checks** | **Wire Transfers** |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

**Additional Comments:**
For billing inquiries, please call 305-774-5800

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

April 20, 2010

---

FOR PROFESSIONAL SERVICES RENDERED

**RE: Mickey PRIEUR**

Invoice #: 10.40644992

Preparation of L-1B visa petition for temporary nonimmigrant classification as a specialized knowledge intracompany transferee, including review of beneficiary's qualifications and employment history abroad. Preparation of Form I-129 with supplement and detailed letter in support of petition which sets forth employment history, duties to be performed by beneficiary in the United States including a detailed description of the specialized knowledge possessed by the beneficiary based on employment abroad. Forwarding of forms and letter for signature. Transmittal to client of forms and supporting documentation and letter of instruction for presentation at port of entry from Canada.

|  |  |
|---|---|
| **Total Legal Fees** | $1,600.00 |

**Disbursements**

| | |
|---|---|
| Fedex (international) | $35.00 |
| Miscellaneous expenses | $64.00 |
| **Total Disbursements** | $99.00 |
| **Please Remit** | **$1,699.00** |

---

| **Checks** | **Wire Transfers** |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

April 23, 2010

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

---

**FOR PROFESSIONAL SERVICES RENDERED**

Invoice #: 10.40644993

### RE: Larisa CIOACA

Preparation of Nonimmigrant Visa Petition requesting extension of H-1B Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the Department of Labor (DOL). Preparation and filing of Labor Condition Application (LCA) with the Department of Labor.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

|  |  |
|---|---|
| **Total Legal Fees** | $1,100.00 |

**Disbursements**

| | |
|---|---|
| Fedex (domestic) | $36.00 |
| Miscellaneous expenses | $44.00 |
| **Total Disbursements** | $80.00 |
| **Please Remit** | $1,180.00 |

---

| **Checks** | **Wire Transfers** |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**

One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

April 23, 2010

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Xu ZHAO**

Invoice #: 10.40644994

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Preparation of Nonimmigrant Visa Petition requesting extension of H-1B Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the Department of Labor (DOL). Preparation and filing of Labor Condition Application (LCA) with the Department of Labor.

| | |
|---|---|
| **Total Legal Fees** | $1,100.00 |

**Disbursements**

| | |
|---|---|
| Fedex (domestic) | $36.00 |
| Miscellaneous expenses | $44.00 |
| **Total Disbursements** | $80.00 |
| **Please Remit** | **$1,180.00** |

| **Checks** | **Wire Transfers** |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

LAW OFFICES

## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

VIRGINIA RODRIGUEZ                                          29-April-2010
C/O ERNST & YOUNG
2323 VICTORY AVENUE
SUITE 2000
DALLAS TEXAS 75219
UNITED STATES OF AMERICA

---

FOR PROFESSIONAL SERVICES RENDERED

Employee: CHRISTIAN LIBANATI

Fragomen Invoice Number: IN-US00135783

Fragomen Manager: GRAHAM LEES

Fragomen Case Number: 254115

Client: W.R. GRACE & CO.

Total Legal Fees:     0.00

Total Disbursements: 3,081.67

Invoice Total: (USD)   3,081.67

| | Fee/Disbursement |
|---|---|
| **DISBURSEMENTS** <br> (work carried out by FRAGOMEN - BRUSSELS) | |
| Application to extend the work authorization for principal (1850 USD) worker and 4 dependents (250 USD each) filed with immigration authorities in Belgium. | 2,850.00 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 142.50 |
| Other-Disbursements (including registered mail to send the application and the information sheet to the authorities, express courier to collect the work permit and to deliver it to the employee) | 89.17 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client:  W.R. GRACE & CO.

Employee:  CHRISTIAN LIBANATI

|  |  |
|---|---|
| Comments: |  |
| Application Approval Date: |  |
| Application File Date: | 08 Feb 2010 |
| Authorizing Manager: |  |
| Case Initiation Date: | 19 Jan 2010 |
| Cost Center: |  |
| Employee ID: |  |
| Expiry Date: | 29 Nov 2010 |
| Number of Dependents: | 0 |
| PO #: |  |
| Receiving Country: | BELGIUM |
| Sending Country: | BELGIUM |