# **<u>Exhibit 1</u>**

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

May 11, 2010

**FOR PROFESSIONAL SERVICES RENDERED**

RE: James NEE

Invoice #: 10.40662005

Preparation of Form I-131, Application for Travel Document (Reentry Permit) and draft letter of support documenting need for extended term of stay outside of the United States, on behalf of wife (Kim Nee). Transmittal of the Application and supporting documents to client for final review and signature. Submission to the Regional Service Center of the USCIS.

| | |
|---|---:|
| **Total Legal Fees** | $750.00 |

**Disbursements**

| | |
|---|---:|
| Dependent USCIS Filing Fee for Form I-131 | $305.00 |
| Fedex (domestic) | $29.00 |
| Dependent USCIS Biometric Fee | $80.00 |
| Miscellaneous expenses | $37.50 |
| **Total Disbursements** | $451.50 |
| **Please Remit** | **$1,201.50** |

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

*** Please return invoice with check or include invoice number on wire transfer instructions ***

**Additional Comments:**
For billing inquiries, please call 305-774-5800

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

May 19, 2010

**FOR PROFESSIONAL SERVICES RENDERED**

RE: Karla VELEZ CEDENO

Invoice #: 10.40662006

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the Department of Labor (DOL). Preparation and filing of Labor Condition Application (LCA) with the Department of Labor.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Preparation of Nonimmigrant Visa Petition requesting extension of H-1B Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

|  | **Total Legal Fees** | $1,100.00 |
|---|---|---|

**Disbursements**

| Fedex (domestic) |  | $58.00 |
|---|---|---|
| Miscellaneous expenses |  | $44.00 |
|  | **Total Disbursements** | $102.00 |
|  | **Please Remit** | **$1,202.00** |

**Checks**

Please send checks made payable to:
FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite # 6072
Chicago, Illinois 60675-6072

**Wire Transfers**

FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
The Northern Trust Company
Account # 30147775
ABA Transit # 071000152
Swift Code: CNORUS44

\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\*

**Additional Comments:**
For billing inquiries, please call (305) 774-5800.

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

VIRGINIA RODRIGUEZ     28-May-2010
C/O ERNST & YOUNG
2323 VICTORY AVENUE
SUITE 2000
DALLAS TEXAS 75219
UNITED STATES OF AMERICA

FOR PROFESSIONAL SERVICES RENDERED

Employee: TODD DINOIA

Fragomen Invoice Number: IN-US00139249

Fragomen Manager: GRAHAM LEES

Fragomen Case Number: 217819

Client: W.R. GRACE & CO.

Total Legal Fees:    0.00

Total Disbursements: 2,020.14

Invoice Total: (USD)  2,020.14

| | Fee/Disbursement |
|---|---|
| DISBURSEMENTS (work carried out by FRAGOMEN - BRUSSELS) | |
| Application to extend the work authorisation for the principal worker filed with immigration authorities in Belgium (1850$). | 1,850.00 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 92.50 |
| Other-Disbursements (including registered mail to send the application to the authorities, express courier to collect the work permit and to deliver it to the employee) | 77.64 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.
Employee: TODD DINOIA

| | |
|---|---|
| Comments: | |
| Application Approval Date: | |
| Application File Date: | 13 Aug 2009 |
| Authorizing Manager: | |
| Case Initiation Date: | 28 Jul 2009 |
| Cost Center: | |
| Employee ID: | |
| Expiry Date: | 31 Aug 2010 |
| Number of Dependents: | 0 |
| PO #: | |
| Receiving Country: | BELGIUM |
| Sending Country: | UNITED STATES OF AMERICA |

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

May 31, 2010

**FOR PROFESSIONAL SERVICES RENDERED**

RE: Elio HERNANDEZ FERRER

Invoice #: 10.40669688

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the Department of Labor (DOL). Preparation and filing of Labor Condition Application (LCA) with the Department of Labor.

Preparation of Nonimmigrant Visa Petition requesting extension of H-1B Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

|  |  |
|---|---:|
| **Total Legal Fees** | $1,100.00 |

**Disbursements**

|  |  |
|---|---:|
| Fedex (domestic) | $58.00 |
| Miscellaneous expenses | $44.00 |
| **Total Disbursements** | $102.00 |
| **Please Remit** | **$1,202.00** |

| **Checks** | **Wire Transfers** |
|:---:|:---:|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

*** Please return invoice with check or include invoice number on wire transfer instructions ***