# **Exhibit 1**

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

VIRGINIA RODRIGUEZ  
C/O ERNST & YOUNG  
2323 VICTORY AVENUE  
SUITE 2000  
DALLAS TEXAS 75219  
UNITED STATES OF AMERICA

21-June-2010

FOR PROFESSIONAL SERVICES RENDERED

    Employee: TODD DINOIA

    Fragomen Invoice Number: IN-US00141151

    Fragomen Manager: GRAHAM LEES

    Fragomen Case Number: 241785

    Client: W.R. GRACE & CO.

    Total Legal Fees:    0.00

    Total Disbursements: 210.00

    Invoice Total: (USD) 210.00

|  | Fee/Disbursement |
|---|---|
| DISBURSEMENTS<br>(work carried out by FRAGOMEN - BRUSSELS) | |
| For our professional services rendered with respect to assistance with a Limosa Declaration on behalf of Dinoia Todd. | 200.00 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 10.00 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.
Employee: TODD DINOIA

|  |  |
|---:|:---|
| Comments: | |
| Application Approval Date: | |
| Application File Date: | |
| Authorizing Manager: | |
| Case Initiation Date: | 30 Nov 2009 |
| Cost Center: | |
| Employee ID: | |
| Number of Dependents: | 0 |
| PO #: | |
| Receiving Country: | BELGIUM |
| Sending Country: | BELGIUM |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

VIRGINIA RODRIGUEZ
C/O ERNST & YOUNG
2323 VICTORY AVENUE
SUITE 2000
DALLAS TEXAS 75219
UNITED STATES OF AMERICA

29-June-2010

FOR PROFESSIONAL SERVICES RENDERED

Employee: ALFRED JARDAN

Fragomen Invoice Number: IN-US00142666

Fragomen Manager: GRAHAM LEES

Fragomen Case Number: 253653

Client: W.R. GRACE & CO.

Total Legal Fees:     0.00

Total Disbursements: 1,370.96

Invoice Total: (USD)   1,370.96

| | Fee/Disbursement |
|---|---|
| DISBURSEMENTS (work carried out by FRAGOMEN - SINGAPORE) | |
| Assistance in obtaining Singapore Employment/ Dependant Passes on behalf of employee (US$900); spouse & daughter (US$100 x 2). | 1,100.00 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 55.00 |
| Government fees paid on your behalf | 135.11 |
| Foreign Tax | 80.85 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.
Employee: ALFRED JARDAN

|  |  |
|---|---|
| Comments: | |
| Application Approval Date: | |
| Application File Date: | 22 Jan 2010 |
| Authorizing Manager: | |
| Case Initiation Date: | 07 Jan 2010 |
| Cost Center: | |
| Employee ID: | |
| Expiry Date: | 18 Dec 2010 |
| Number of Dependents: | 0 |
| PO #: | |
| Receiving Country: | SINGAPORE |
| Sending Country: | UNITED STATES OF AMERICA |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

VIRGINIA RODRIGUEZ  
C/O ERNST & YOUNG  
2323 VICTORY AVENUE  
SUITE 2000  
DALLAS TEXAS 75219  
UNITED STATES OF AMERICA

29-June-2010

FOR PROFESSIONAL SERVICES RENDERED

    Employee: MICHAEL FEDERSPIEL

    Fragomen Invoice Number: IN-US00142667

    Fragomen Manager: GRAHAM LEES

    Fragomen Case Number: 263570

    Client: W.R. GRACE & CO.

    Total Legal Fees:    0.00

    Total Disbursements: 280.88

    Invoice Total: (USD) 280.88

|  | Fee/Disbursement |
|---|---:|
| DISBURSEMENTS<br>(work carried out by FRAGOMEN - SINGAPORE) | |
| Assistance rendered in updating the Ministry the new passport details of employee. (US$250) | 250.00 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 12.50 |
| Foreign Tax | 18.38 |

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.
Employee: MICHAEL FEDERSPIEL

|  |  |
|---:|:---|
| Comments: | |
| Application Approval Date: | |
| Application File Date: | |
| Authorizing Manager: | |
| Case Initiation Date: | 26 Feb 2010 |
| Cost Center: | |
| Employee ID: | |
| Number of Dependents: | 0 |
| PO #: | |
| Receiving Country: | SINGAPORE |
| Sending Country: | SINGAPORE |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

VIRGINIA RODRIGUEZ  
C/O ERNST & YOUNG  
2323 VICTORY AVENUE  
SUITE 2000  
DALLAS TEXAS 75219  
UNITED STATES OF AMERICA

29-June-2010

FOR PROFESSIONAL SERVICES RENDERED

Employee: MICHAEL FEDERSPIEL

Fragomen Invoice Number: IN-US00142668

Fragomen Manager: GRAHAM LEES

Fragomen Case Number: 254847

Client: W.R. GRACE & CO.

Total Legal Fees:     0.00

Total Disbursements: 1,548.29

Invoice Total: (USD)   1,548.29

| | Fee/Disbursement |
|---|---|
| DISBURSEMENTS<br>(work carried out by FRAGOMEN - SINGAPORE) | |
| Assistance provided in the renewal of Singapore Employment/Dependant Passes on behalf of employee (US$ 900), spouse & 2 children (US$100 x 3). | 1,200.00 |
| Government fees paid on your behalf | 200.09 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 60.00 |
| Foreign Tax | 88.20 |

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.
Employee: MICHAEL FEDERSPIEL

Comments:
Application Approval Date:
Application File Date: 29 Jan 2010
Authorizing Manager:
Case Initiation Date: 12 Jan 2010
Cost Center:
Employee ID:
Expiry Date: 02 Feb 2012
Number of Dependents: 0
PO #:
Receiving Country: SINGAPORE
Sending Country: UNITED STATES OF AMERICA

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

JANISSA GARCIA                                       28-June-2010
W.R. GRACE & CO.
7500 GRACE DRIVE
COLUMBIA MARYLAND 21044
UNITED STATES OF AMERICA

---

FOR PROFESSIONAL SERVICES RENDERED

    Employee: KATI HAZRATI

    Fragomen Invoice Number: IN-US00142545

    Fragomen Manager: NANCY SHARP

    Fragomen Case Number: 281424

    Client: W.R. GRACE & CO.

    Total Legal Fees:     500.00

    Total Disbursements: 144.10

    Invoice Total: (USD)    644.10

|  | Fee/Disbursement |
|---|---|
| **LEGAL FEES** |  |
| For professional services rendered with respect to the procurement of a US FBI report on behalf of Ms. Kati Hazrati. - Out of Scope | 500.00 |
| **DISBURSEMENTS** |  |
| Processing fees paid. | 19.10 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 25.00 |
| FedEx Domestic Priority Overnight and International Charges | 100.00 |

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.
Employee: KATI HAZRATI

| | |
|---:|:---|
| Comments: | Advised by Julie McHargue to invoice direct toe WR Grace and to copy her on invoice. |
| Application Approval Date: | |
| Application File Date: | 18 May 2010 |
| Authorizing Manager: | |
| Case Initiation Date: | 07 May 2010 |
| Cost Center: | |
| Employee ID: | |
| Number of Dependents: | 0 |
| PO #: | |
| Receiving Country: | BELGIUM |
| Sending Country: | UNITED STATES OF AMERICA |

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

June 30, 2010

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Pinar GUVENC**

Invoice #: 10.40675268

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the Department of Labor (DOL). Preparation and filing of Labor Condition Application (LCA) with the Department of Labor.

Preparation of petition for temporary nonimmigrant classification as a professional in H-1B status with request for change of status including review and discussion of the beneficiary's qualifications and educational background, drafting of Forms I-129 with supplement and detailed letter in support of the petition setting forth a description of the professional level position to be performed by the foreign national, background of the U.S. employer entity and specific requirements for the position including a full description of the unique and professional credentials of the beneficiary in accordance with the Immigration Service's current regulations. Transmittal of drafts prepared and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

|  |  |
|---|---|
| **Total Legal Fees** | $1,850.00 |

**Disbursements**

| | |
|---|---|
| Fedex (domestic) | $58.00 |
| Miscellaneous expenses | $92.50 |
| **Total Disbursements** | $150.50 |
| **Please Remit** | **$2,000.50** |

**Checks**

Please send checks made payable to:
FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite # 6072
Chicago, Illinois 60675-6072

**Wire Transfers**

FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
The Northern Trust Company
Account # 30147775
ABA Transit # 071000152
Swift Code: CNORUS44

*** Please return invoice with check or include invoice number on wire transfer instructions ***

**Additional Comments:**

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

June 30, 2010

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Alexander NIELSEN**

Invoice #: 10.40675269

Preparation of L-1 Blanket visa application for temporary nonimmigrant classification as an executive/managerial intracompany transferee. Review of beneficiary's qualifications and employment history abroad. Preparation of Form I-129S and detailed letter in support of application that sets forth duties to be performed by beneficiary in the United States, including a description of the executive/managerial duties and level of discretion to be exercised. Transmittal of prepared documents to client, including firm covering letter to U.S. Embassy/Consulate and letter of instruction.

**Total Legal Fees**      $1,600.00

**Disbursements**

| | |
|---|---|
| Fedex (domestic) | $29.00 |
| Fedex (international) | $54.00 |
| Miscellaneous expenses | $80.00 |

**Total Disbursements**      $163.00

**Please Remit**      $1,763.00

**Checks**
Please send checks made payable to:
FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite # 6072
Chicago, Illinois 60675-6072

**Wire Transfers**
FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
The Northern Trust Company
Account # 30147775
ABA Transit # 071000152
Swift Code: CNORUS44

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

**Additional Comments:**
For billing inquiries, please call (305) 774-5800.

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

June 30, 2010

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Hongbo MA**

Invoice #: 10.40675270

Preparation of Nonimmigrant Visa Petition requesting extension of H-1B Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the Department of Labor (DOL). Preparation and filing of Labor Condition Application (LCA) with the Department of Labor.

| | |
|---|---|
| **Total Legal Fees** | $1,100.00 |

**Disbursements**

| | |
|---|---|
| Fedex (domestic) | $58.00 |
| Miscellaneous expenses | $44.00 |
| **Total Disbursements** | $102.00 |
| **Please Remit** | **$1,202.00** |

**Checks**

Please send checks made payable to:
FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite # 6072
Chicago, Illinois 60675-6072

**Wire Transfers**

FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
The Northern Trust Company
Account # 30147775
ABA Transit # 071000152
Swift Code: CNORUS44

*** Please return invoice with check or include invoice number on wire transfer instructions ***

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

June 30, 2010

**FOR PROFESSIONAL SERVICES RENDERED**

RE: Zhi Jie DU

Invoice #: 10.40681414

Preparation of Nonimmigrant Visa Petition requesting extension of H-1B Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the Department of Labor (DOL). Preparation and filing of Labor Condition Application (LCA) with the Department of Labor.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Preparation of Application to Extend Nonimmigrant Status of accompanying dependent family member(s) including Form I-539. Transmittal of prepared drafts and Application to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the USCIS.

|  |  |
|---|---|
| **Total Legal Fees** | $1,475.00 |

**Disbursements**

|  |  |
|---|---|
| Fedex (domestic) | $58.00 |
| Miscellaneous expenses | $59.00 |
| **Total Disbursements** | $117.00 |
| **Please Remit** | **$1,592.00** |

| **Checks** | **Wire Transfers** |
|---|---|
| Please send checks made payable to:<br>FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP<br>75 Remittance Drive<br>Suite # 6072<br>Chicago, Illinois 60675-6072 | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP<br>The Northern Trust Company<br>Account # 30147775<br>ABA Transit # 071000152<br>Swift Code: CNORUS44 |

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

June 30, 2010

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Santiago REMON**

**Invoice #: 10.40681415**

Preparation of L-1 Blanket visa application for temporary nonimmigrant classification as an executive/managerial intracompany transferee. Review of beneficiary's qualifications and employment history abroad. Preparation of Form I-129S and detailed letter in support of application that sets forth duties to be performed by beneficiary in the United States, including a description of the executive/managerial duties and level of discretion to be exercised. Transmittal of prepared documents to client, including firm covering letter to U.S. Embassy/Consulate and letter of instruction.

| | |
|---|---:|
| **Total Legal Fees** | $1,600.00 |

**Disbursements**

| | |
|---|---:|
| Fedex (international) | $52.00 |
| Miscellaneous expenses | $80.00 |
| **Total Disbursements** | $132.00 |
| **Please Remit** | **$1,732.00** |

**Checks**

Please send checks made payable to:
FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite # 6072
Chicago, Illinois 60675-6072

**Wire Transfers**

FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
The Northern Trust Company
Account # 30147775
ABA Transit # 071000152
Swift Code: CNORUS44

*** Please return invoice with check or include invoice number on wire transfer instructions ***