# Exhibit 1

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

VIRGINIA RODRIGUEZ                                29-July-2010
C/O ERNST & YOUNG
2323 VICTORY AVENUE
SUITE 2000
DALLAS TEXAS 75219
UNITED STATES OF AMERICA

FOR PROFESSIONAL SERVICES RENDERED

Employee: MICHAEL RAGAN

Fragomen Invoice Number: IN-US00146087

Fragomen Manager: GRAHAM LEES

Fragomen Case Number: 276828

Client: W.R. GRACE & CO.

Total Legal Fees:     650.00

Total Disbursements: 345.60

Invoice Total: (USD)  995.60

| | Fee/Disbursement |
|---|---|
| LEGAL FEES | |
| For professional services rendered with respect to the procurement and apostillation of Mr. Ragan's US FBI report. - Out of Scope | 650.00 |
| DISBURSEMENTS | |
| Apostillation fees paid on behalf of client. | 27.10 |
| FedEx Priority (5 @ $20.each), First Overnight (1 @ $56.) & International (1 @ $60.) Charges | 216.00 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 32.50 |
| Courier charges paid for assistance with the in-person submission of application(s) and retrieval of document in order to expedite apostille process. | 70.00 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.
Employee: MICHAEL RAGAN

|  |  |
|--:|---|
| Comments: | |
| Application Approval Date: | |
| Application File Date: | |
| Authorizing Manager: | Valérie Parmentier |
| Case Initiation Date: | 20 Apr 2010 |
| Cost Center: | |
| Employee ID: | |
| Number of Dependents: | 0 |
| PO #: | |
| Receiving Country: | BELGIUM |
| Sending Country: | UNITED STATES OF AMERICA |

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

July 30, 2010

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Chelsea Freda D'SOUZA**                                    Invoice #: 10.40689541

Preparation of petition for temporary nonimmigrant classification as a professional in H-1B status with request for change of status including review and discussion of the beneficiary's qualifications and educational background, drafting of Forms I-129 with supplement and detailed letter in support of the petition setting forth a description of the professional level position to be performed by the foreign national, background of the U.S. employer entity and specific requirements for the position including a full description of the unique and professional credentials of the beneficiary in accordance with the Immigration Service's current regulations. Transmittal of drafts prepared and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the Department of Labor (DOL). Preparation and filing of Labor Condition Application (LCA) with the Department of Labor.

|  |  |
|---|---:|
| **Total Legal Fees** | $1,850.00 |

**Disbursements**

|  |  |
|---|---:|
| Fedex (domestic) | $58.00 |
| Miscellaneous expenses | $92.50 |
| **Total Disbursements** | $150.50 |
| **Please Remit** | **$2,000.50** |

| **Checks** | **Wire Transfers** |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

*** Please return invoice with check or include invoice number on wire transfer instructions ***

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

July 30, 2010

**FOR PROFESSIONAL SERVICES RENDERED**

RE: Anthea PEREIRA

Invoice #: 10.40689542

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the Department of Labor (DOL). Preparation and filing of Labor Condition Application (LCA) with the Department of Labor.

Preparation of petition for temporary nonimmigrant classification as a professional in H-1B status with request for change of status including review and discussion of the beneficiary's qualifications and educational background, drafting of Forms I-129 with supplement and detailed letter in support of the petition setting forth a description of the professional level position to be performed by the foreign national, background of the U.S. employer entity and specific requirements for the position including a full description of the unique and professional credentials of the beneficiary in accordance with the Immigration Service's current regulations. Transmittal of drafts prepared and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

| | |
|---|---:|
| **Total Legal Fees** | $1,850.00 |

**Disbursements**

| | |
|---|---:|
| Fedex (domestic) | $58.00 |
| Miscellaneous expenses | $92.50 |
| **Total Disbursements** | $150.50 |
| **Please Remit** | **$2,000.50** |

| **Checks** | **Wire Transfers** |
|---|---|
| Please send checks made payable to:<br>FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP<br>75 Remittance Drive<br>Suite # 6072<br>Chicago, Illinois 60675-6072 | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP<br>The Northern Trust Company<br>Account # 30147775<br>ABA Transit # 071000152<br>Swift Code: CNORUS44 |

*** Please return invoice with check or include invoice number on wire transfer instructions ***