# Exhibit 1

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

August 31, 2010

**FOR PROFESSIONAL SERVICES RENDERED**

RE: Pinar GUVENC

Invoice #: 10.40705362

Preparation and submission of Form I-907 Request for Premium Processing Service for a nonimmigrant petition and preparation and submission of letter to USCIS requesting that pending petition be converted to premium processing.

| | |
|---|---:|
| **Total Legal Fees** | $500.00 |

**Disbursements**

| | |
|---|---:|
| USCIS Filing Fee for I-907 (Premium Processing Fee) | $1,000.00 |
| Fedex (domestic) | $29.00 |
| Miscellaneous expenses | $20.00 |
| **Total Disbursements** | $1,049.00 |
| **Please Remit** | **$1,549.00** |

**Checks**

Please send checks made payable to:
FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite # 6072
Chicago, Illinois 60675-6072

**Wire Transfers**

FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
The Northern Trust Company
Account # 30147775
ABA Transit # 071000152
Swift Code: CNORUS44

*** Please return invoice with check or include invoice number on wire transfer instructions ***