IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: 10/12/10 @4:00 pm |

**SUMMARY APPLICATION OF KAYESCHOLER LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS SPECIAL COUNSEL FOR INTELLECTUAL PROPERTY FOR W.R. GRACE &
CO., ET AL.,
THROUGH THE MONTHLY PERIOD OF August 31, 2010**

| | |
|---|---|
| Name *of Applicant*: | **Kaye Scholer LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention as Special Counsel for Intellectual Property | **Retention Order entered April 7, 2010** |
| Period for which compensation and reimbursement is sought | **August 1, 2010 – August 31, 2010** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$15,779.61** |
| Amount of Expense Reimbursement sought | **$ 0.00** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville, Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc., (f/k/a Dearborn International Holdings, Inc.,), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation Gracoal, Inc., Gracoal II, Inc., Guantica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc., (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc., (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Kaye Scholer LLP submits this application for fees and expenses for the month of August 2010. This is the fourth application for compensation for services that has been filed with the Bankruptcy Court by Kaye Scholer LLP. Previously, Kaye Scholer was appointed Ordinary Course Professional. On April 7, 2010, based on a motion made by Debtor on February 11, 2010, the Bankruptcy Court entered an order authorizing Kaye Scholer LLP to provide further services to Debtor as Special Counsel for Intellectual Property.

The monthly applications previously filed by Kaye Scholer LLP are shown in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 01/01/2010-05/31/2010 | July 2, 2010 | $74,212.84 | $26.58 |
| 06/01/2010-06/30/2010 | July 28, 2010 | $6,707.61 | 0.00 |
| 07/01/2010-07/31/2010 | August 11, 2010 | $17,395.49 | $5.60 |

During this fee period, Kaye Scholer LLP provided intellectual property services in connection with various matters, which are detailed in the attached fee schedules for the matters, and a procedural matter relating to preparation of petitions for submission to this court.

The Kaye Scholer professional who rendered the legal services during the fee period is:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| John P. Rynkiewicz | Counsel | 1981 | Intellectual Property | $567.00 | 27.83 | $15,779.61 |

Total Fees: $15,779.61

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above, for (i) 80% of the amount of $15,779.61, for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee period (August 1, 2010-August 31, 2010), and (b) that the fees are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated: September 21, 2010

John P. Rynkiewicz
Kaye Scholer LLP
901 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 682-3671
jrynkiewicz@kayescholer.com

# **KA**YE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com   .
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co-Conn.                          September 9, 2010
       7500 Grace Drive
       Columbia, Maryland 21004
       Attn: Robert A. Maggio, Chief Patent Counsel


**RE: Davison FCC**                                   **Invoice#:** 643956
**Our File Number:** 63812/3002                        **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2010

| | | Hours |
|---|---|---|
| 08/05/2010 | Rynkiewicz, John P | 0.75 |
| | Review agents correspondence and issues in India: Trade Mark: MIDAS - Application No. 1228923 in Class 1. | |
| | Total Hours................. | 0.75 |
| | Fees through 08/31/2010.................................... | $425.25 |

*---------------------------------TIME AND FEE SUMMARY---------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 0.75 | $425.25 |
| Fees through 08/31/2010............... | | 0.75 | $425.25 |

| | |
|---|---|
| Fees this Invoice............................................................. | $425.25 |
| **Total Due this Invoice.............................................................** | **$425.25** |

KAYE SCHOLER LLP

TO:    W.R. Grace & Co-Conn.                           September 9, 2010

**RE:** Davison FCC                                        **Invoice#:** 643956
**Our File Number:** 63812/3002                              **PAGE:**   2

---

Kaye Scholer LLP

425 Park Avenue
New York, NY  10022-3598
212-836-8000
Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 9981494431
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 643956
Total Amount Due: $425.25

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  W.R. Grace & Co.-Conn                                        September 9, 2010
7500 Grace Drive
Columbia, Maryland 21044
Attn: Robert A. Maggio, Esq.

**RE:** Tibotec                                              **Invoice#:** 643958
**Our File Number:** 63812/0110                              **PAGE:** 1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2010

|  |  | **Hours** |
|---|---|---|
| 08/31/2010 | Rynkiewicz, John P | 1.50 |

Review commissioner decision in Letters of Protest against two Tibotec GRACE applics.; research and review USPTO internal papers to Examiner remanding jurisdiction; assemble sets of documents and decisions and prepare summary for Grace; review status of the applications and track for monitoring further USPTO action.

| | | |
|---|---|---|
| | Total Hours................ | 1.50 |
| | Fees through 08/31/2010.................................... | $850.50 |

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 1.50 | $850.50 |
| Fees through 08/31/2010.............. | | 1.50 | $850.50 |

*---------------------------OUTSTANDING BALANCE---------------------------*

| **Invoice#** | **Date** | **Amount** |
|---|---|---|
| 641100 | 08/10/2010 | $5,154.03 |
| Prior Balance Due........................................................ | | $5,154.03 |

| | |
|---|---|
| Fees this Invoice........................................................ | $850.50 |
| Total Due this Invoice................................................ | $850.50 |
| Prior Balance Due (from above)................................... | 5,154.03 |
| **TOTAL DUE**........................................................ | **$6,004.53** |

# KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                    September 9, 2010

**RE: Tibotec**                                                 **Invoice#: 643958**
**Our File Number: 63812/0110**                                **PAGE:    2**

---

Kaye Scholer LLP

425 Park Avenue
New York, NY  10022-3598
212-836-8000
Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 9981494431
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 643958
Total Amount Due: $6,004.53

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn                          September 9, 2010
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert Maggio. Esq.

RE: Orthopedic Textiles                          Invoice#: 643959
**Our File Number:** 63812/0103                   **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2010

|            |                                                                 | **Hours** |
|------------|-----------------------------------------------------------------|-----------|
| 08/25/2010 | Rynkiewicz, John P                                              | 1.25      |
|            | Emails to/from R. Maggio and T. Hunter; review agents' correspondence regarding settlement, Prior Rights Agreement and Undertaking; review documents and advise Grace; review historical correspondence and issues re ID of goods; raise issue with Grace. | |
| 08/26/2010 | Rynkiewicz, John P                                              | 0.75      |
|            | Review Grace and S. African agents' correspondence re settlement, undertaking and prior rights; raise issue re amendment of the ID of goods. | |

Total Hours.................   2.00

Fees through 08/31/2010....................................   $1,134.00

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                     | Rate     | Hours | Fees      |
|---------------------|----------|-------|-----------|
| Rynkiewicz, John P  | $567.00  | 2.00  | $1,134.00 |
| Fees through 08/31/2010.............. | | 2.00 | $1,134.00 |

\*------------------------------OUTSTANDING BALANCE------------------------------\*

| **Invoice#** | **Date**     | **Amount** |
|--------------|--------------|------------|
| 623149       | 01/28/2010   | $249.90    |
| 637195       | 06/30/2010   | 663.39     |
| Prior Balance Due........................................................ | | $913.29 |

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                     September 9, 2010

**RE:** Orthopedic Textiles                                    **Invoice#:** 643959
**Our File Number:** 63812/0103                                  **PAGE:**    2

Fees this Invoice.............................................................. $1,134.00
Total Due this Invoice.................................................... $1,134.00
Prior Balance Due (from above)................................... 913.29
**TOTAL DUE**.......................................................... **$2,047.29**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                    September 9, 2010

RE: Orthopedic Textiles                                    Invoice#: 643959
Our File Number: 63812/0103                                    PAGE:    3

====================================================================

<u>Kaye Scholer LLP</u>

                                                425 Park Avenue
                                                New York, NY  10022-3598
                                                212-836-8000
                                                Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 9981494431
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 643959
Total Amount Due: $2,047.29

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn                      September 9, 2010
      Legal Department
      7500 Grace Drive
      Columbia, Maryland  21044
      Attn: Robert A. Maggio, Esq.

**RE:** Special Counsel                          **Invoice#:** 643961
**Our File Number:** 63812/0108                  **PAGE:**   1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2010

|            |                                                                             | **Hours** |
|------------|-----------------------------------------------------------------------------|-----------|
| 08/04/2010 | Rynkiewicz, John P                                                          | 0.58      |
|            | Work on Grace fee applications for the court; review prior submissions.      |           |
| 08/12/2010 | Rynkiewicz, John P                                                          | 2.00      |
|            | Work on Grace Quarterly fee applications to the court; review samples and prior fee applications. | |

Total Hours................. 2.58

Fees through 08/31/2010.................................. $1,462.86

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|                     | Rate    | Hours | Fees       |
|---------------------|---------|-------|------------|
| Rynkiewicz, John P  | $567.00 | 2.58  | $1,462.86  |
| Fees through 08/31/2010.............. | | 2.58 | $1,462.86 |

*--------------------------------OUTSTANDING BALANCE--------------------------------*

| Invoice# | Date       | Amount      |
|----------|------------|-------------|
| 628642   | 03/31/2010 | $2,420.99   |
| 637196   | 06/30/2010 | 5,040.85    |
| 641097   | 08/10/2010 | 895.86      |
| Prior Balance Due................................................. | | $8,357.70 |

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                      September 9, 2010

**RE:** Special Counsel                                        **Invoice#:** 643961
**Our File Number:** 63812/0108                                  **PAGE:**   2

Fees this Invoice............................................................    $1,462.86
Total Due this Invoice..................................................    $1,462.86
Prior Balance Due (from above)...................................    8,357.70
**TOTAL DUE**.............................................................    **$9,820.56**

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).
NET DUE UPON RECEIPT

KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                    September 9, 2010

**RE:** Special Counsel                                         **Invoice#:** 643961
**Our File Number:** 63812/0108                                 **PAGE:**    3

---

Kaye Scholer LLP

425 Park Avenue
New York, NY  10022-3598
212-836-8000
Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 9981494431
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 643961
Total Amount Due: $9,820.56

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn
     7500 Grace Drive
     Columbia, Maryland 21044
     Attn: Robert A. Maggio, Esq.

September 9, 2010

**RE: I. GRACE Trademarks**
**Our File Number: 63812/0003**

**Invoice#: 643965**
**PAGE:   1**

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2010

|  |  | **Hours** |
|---|---|---:|
| 08/06/2010 | Rynkiewicz, John P | 0.92 |
|  | Review opposition files and work on core settlement issues; research I. GRACE business. | |
| 08/26/2010 | Rynkiewicz, John P | 1.33 |
|  | Review opposition files, settlement issues and research re same. | |
| 08/27/2010 | Rynkiewicz, John P | 1.75 |
|  | Work on settlement agreement and terms to resolve opposition. | |

Total Hours................. 4.00

Fees through 08/31/2010.................................... $2,268.00

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---:|---:|---:|
| Rynkiewicz, John P | $567.00 | 4.00 | $2,268.00 |
| Fees through 08/31/2010............... | | 4.00 | $2,268.00 |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---:|
| 623146 | 01/28/2010 | $2,034.90 |
| 628638 | 03/31/2010 | 2,177.28 |
| 628639 | 03/31/2010 | 3,027.78 |
| 637194 | 06/30/2010 | 7,427.70 |
| 639771 | 07/28/2010 | 1,746.36 |
| 641098 | 08/10/2010 | 4,865.46 |

# KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                    September 9, 2010

**RE:** I. GRACE Trademarks                                   **Invoice#:** 643965
**Our File Number:** 63812/0003                               **PAGE:**    2

---

Prior Balance Due.............................................................    $21,279.48


Fees this Invoice............................................................    $2,268.00
Total Due this Invoice....................................................    $2,268.00
Prior Balance Due (from above)...................................    21,279.48
**TOTAL DUE**.............................................................    **$23,547.48**

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).
NET DUE UPON RECEIPT

**KA**YE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                     September 9, 2010

**RE:** I. GRACE Trademarks                                   **Invoice#:** 643965
**Our File Number:** 63812/0003                                **PAGE:**    3

---

<u>Kaye Scholer LLP</u>

425 Park Avenue
New York, NY  10022-3598
212-836-8000
Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 9981494431
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 643965
Total Amount Due: $23,547.48

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co-Conn.                           September 9, 2010
      7500 Grace Drive
      Columbia, Maryland 21004
      Attn: Robert A. Maggio, Chief Patent Counsel

**RE: General**                              **Invoice#:** 643967
**Our File Number:** 63812/0001                **PAGE:**   1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2010

|  |  | **Hours** |
|---|---|---|
| 08/02/2010 | Rynkiewicz, John P | 0.58 |
| | Review Grace email and Remfry Watch Report - Multiple Grace applications; assess multiple marks for confusion and possible oppositions. *(TM WATCHES)* | |
| 08/02/2010 | Rynkiewicz, John P | 1.00 |
| | Beginning of the month trademark review of pending GRACE mark matters, Grace issues and correspondence. | |
| 08/03/2010 | Rynkiewicz, John P | 0.42 |
| | Review Grace and agents correspondence in GRACE ALL in India; review comments from r. MAGGIO. *(POT OPPOSITIONS)* | |
| 08/04/2010 | Rynkiewicz, John P | 0.42 |
| | Review status of NICKAST GRACE - Application No. 1568847 in Class 1 matter. | |
| 08/05/2010 | Rynkiewicz, John P | 0.75 |
| | Review Grace email, correspondence from agents and issues in India Trade Mark Application No. 993322 GRACE ALL. *(POT. OPPOSITIONS)* | |
| 08/09/2010 | Rynkiewicz, John P | 1.17 |
| | Review Grace email and Corsearch Watch Report comprising Ava & Grace, Bridge to Grace, etc.; assess possible confusion issues; additional USPTO research re same. *(TM WATCHES)* | |
| 08/23/2010 | Rynkiewicz, John P | 0.75 |
| | Review Grace email and prior communications and issues in India Trademark Application No. 993322 GRACE ALL; check status. *(POT OPPOSITION)* | |
| 08/23/2010 | Rynkiewicz, John P | 1.00 |
| | Review Grace email and Corsearch watch report dated August 17, 2010; assess GRACE marks; research and review select marks; send comments and recommendations to Grace re same. *(TM WATCHES)* | |

# KAYE SCHOLER LLP

TO:    W.R. Grace & Co-Conn.                                    September 9, 2010

**RE:** General                                                 **Invoice#:** 643967
**Our File Number:** 63812/0001                                 **PAGE:**   2

---

| | | | |
|---|---|---|---|
| 08/24/2010 | Rynkiewicz, John P *(TM WATCHES)* | | 0.50 |
| | Review T. Hunter email and Remfry Watch Report re: GRACIA, 1787896 in India; review C. Leon's comments re same; assess confusion. | | |
| 08/25/2010 | Rynkiewicz, John P | | 0.75 |
| | Review Grace and Indian agents correspondence re GRACE Unlimited Inc. - Application No. 1569842 in Class 39 (India) and counterstatement issues/status; review series of prior communications. | | |
| 08/26/2010 | Rynkiewicz, John P | | 1.00 |
| | Month-end review of GRACE name matters; status update and overview. | | |
| 08/30/2010 | Rynkiewicz, John P | | 0.33 |
| | Review Corsearch dated August 26, 2010 and Grace Cosmetics and Gracebook marks. *(TM WATCHES)* | | |
| 08/31/2010 | Rynkiewicz, John P | | 0.83 |
| | Review Grace email and agents' correspondence and recommendations in GRACE ALL, Application No. 993322, Cl. 3 in India; review issues and status; send comments and recommendations to Grace re same. *(POT OPPOSITION)* | | |
| 08/31/2010 | Rynkiewicz, John P | | 0.83 |
| | Review Grace email and Kemp report re GRACEWOOD Cl. 19 in India; assess issues and GCP products/services; send comments to Grace re same. *(TM WATCHES)* | | |

Total Hours.................   10.33

Fees through 08/31/2010....................................   $5,857.11

*-------------------------------TIME AND FEE SUMMARY------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 10.33 | $5,857.11 |
| Fees through 08/31/2010............... | | 10.33 | $5,857.11 |

*-------------------------------OUTSTANDING BALANCE------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 623145 | 01/28/2010 | $5,456.15 |
| 628636 | 03/31/2010 | 5,250.42 |
| 628637 | 03/31/2010 | 8,453.97 |
| 637193 | 06/30/2010 | 19,890.36 |

**KAYE SCHOLER LLP**

TO:    W.R. Grace & Co-Conn.                                    September 9, 2010

**RE:** General                                                **Invoice#:** 643967
**Our File Number:** 63812/0001                                **PAGE:**    3

| Invoice# | Date | Amount |
|---|---|---|
| 639770 | 07/28/2010 | 4,065.39 |
| 641101 | 08/10/2010 | 5,204.39 |
| Prior Balance Due................................................................... | | $48,320.68 |

| | |
|---|---|
| Fees this Invoice................................................................... | $5,857.11 |
| Total Due this Invoice............................................................ | $5,857.11 |
| Prior Balance Due (from above)................................................ | 48,320.68 |
| **TOTAL DUE**................................................................... | $54,177.79 |

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).
NET DUE UPON RECEIPT

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co-Conn.                                    September 9, 2010

RE: General                                                    **Invoice#:** 643967
**Our File Number:** 63812/0001                                    **PAGE:**    4

<u>Kaye Scholer LLP</u>

425 Park Avenue
New York, NY  10022-3598
212-836-8000
Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 9981494431
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 643967
Total Amount Due: $54,177.79

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn                          September 9, 2010
7500 Grace Drive
Columbia, Maryland 21044
Attn: Robert A. Maggio, Esq.

**RE:** Power Grace                                    **Invoice#:** 643963
**Our File Number:** 63812/0019                        **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2010

| | | Hours |
|---|---|---|
| 08/04/2010 | Rynkiewicz, John P | 0.42 |
| | Review Grace email and information from agents in  INDIA: Trade Mark: POWER GRACE - Application Nos. 1599787 and 1678357 in Classes 19 and 37 respectively; review goods inn applications at issue. | |
| 08/05/2010 | Rynkiewicz, John P | 0.75 |
| | Review Grace email and correspondence from agents in  INDIA: Trade Mark: POWER GRACE - Application Nos. 1599787 and 1678357 in Classes 19 and 37; review prior issues and status. | |
| 08/06/2010 | Rynkiewicz, John P | 0.75 |
| | Review Grace email and correspondence from agents in  INDIA: Trade Mark: POWER GRACE = Application No. 1678357 in Classes 19 and 37; review series of prior communications, issues and status. | |
| 08/16/2010 | Rynkiewicz, John P | 1.00 |
| | Review correspondence from Indian counsel sent to Grace re POWER GRACE - Application No. 1599787 in Class 19 and Trade Mark: POWER GRACE - Application No. 1678357 in Class 37; assess issues and needed evidence/affidavit; review deadline. | |
| 08/26/2010 | Rynkiewicz, John P | 1.00 |
| | Review series of applications in India, prior communications and issues. | |

Total Hours................    3.92

Fees through 08/31/2010....................................    $2,222.64

**KAYE SCHOLER LLP**

TO:    W.R. Grace & Co.-Conn                                          September 9, 2010

**RE:** Power Grace                                                           **Invoice#:** 643963
**Our File Number:** 63812/0019                                        **PAGE:   2**

---

\*--------------------------------TIME AND FEE SUMMARY---------------------------------\*

|                      | Rate     | Hours | Fees      |
|----------------------|----------|-------|-----------|
| Rynkiewicz, John P   | $567.00  | 3.92  | $2,222.64 |
| Fees through 08/31/2010.............. |  | 3.92  | $2,222.64 |

\*--------------------------------OUTSTANDING BALANCE---------------------------------\*

| Invoice# | Date        | Amount     |
|----------|-------------|------------|
| 623147   | 01/28/2010  | $1,981.35  |
| 628641   | 03/31/2010  | 1,701.00   |
| 639774   | 07/28/2010  | 328.86     |
| 641095   | 08/10/2010  | 425.25     |
| Prior Balance Due............................................................ | | $4,436.46 |

| | |
|---|---|
| Fees this Invoice......................................................... | $2,222.64 |
| Total Due this Invoice................................................ | $2,222.64 |
| Prior Balance Due (from above)................................. | 4,436.46 |
| **TOTAL DUE**......................................................... | **$6,659.10** |

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                          September 9, 2010

**RE:** Power Grace                                                      **Invoice#:** 643963
**Our File Number:** 63812/0019                                        **PAGE:**    3

---

Kaye Scholer LLP

425 Park Avenue
New York, NY  10022-3598
212-836-8000
Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 9981494431
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 643963
Total Amount Due: $6,659.10

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn.                                    September 9, 2010
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Chief Patent Counsel

**RE:** Davison Silica                                **Invoice#:** 643962
**Our File Number:** 63812/3001                        **PAGE:**   1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2010

|            |                                    | **Hours** |
|------------|------------------------------------|-----------|
| 08/02/2010 | Rynkiewicz, John P | 1.17 |
|            | Review email from B. Maggio and C. Cross re polishing products sale; review uspto for select trademarks; advise Grace re sale documents listing tms. | |
| 08/17/2010 | Rynkiewicz, John P | 0.75 |
|            | Review Grace email and R. Maggio comments re assignment of trademarks in Polishing Products sale; send comments and additional information re issues with retained or shared marks, house marks and common prefix marks. | |
| 08/19/2010 | Rynkiewicz, John P | 0.83 |
|            | Review series of emails from Grace (Goswami, Subho and others) re Polishing Compounds business and sale; review series of prior communications. | |

Total Hours................  2.75

Fees through 08/31/2010....................................  $1,559.25

*-------------------------------TIME AND FEE SUMMARY-------------------------------*

|                      | Rate     | Hours | Fees        |
|----------------------|----------|-------|-------------|
| Rynkiewicz, John P   | $567.00  | 2.75  | $1,559.25   |
| Fees through 08/31/2010............... | | 2.75 | $1,559.25 |

**K**AYE SCHOLER LLP

TO:   W.R. Grace & Co.-Conn.                                    September 9, 2010

RE: Davison Silica                                          Invoice#: 643962
**Our File Number: 63812/3001**                              PAGE:   2

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 623151 | 01/28/2010 | $1,041.25 |
| 628646 | 03/31/2010 | 379.89 |
| 628647 | 03/31/2010 | 567.00 |
| 637201 | 06/30/2010 | 2,409.75 |
| 639773 | 07/28/2010 | 567.00 |
| 641096 | 08/10/2010 | 470.61 |
| Prior Balance Due........................................................ | | $5,435.50 |

| | |
|---|---|
| Fees this Invoice........................................................ | $1,559.25 |
| Total Due this Invoice................................................ | $1,559.25 |
| Prior Balance Due (from above)................................... | 5,435.50 |
| **TOTAL DUE**........................................................ | **$6,994.75** |

# KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn.                                September 9, 2010

**RE:** Davison Silica                                       **Invoice#:** 643962
**Our File Number:** 63812/3001                                **PAGE:**   3

---

Kaye Scholer LLP

425 Park Avenue
New York, NY  10022-3598
212-836-8000
Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 9981494431
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 643962
Total Amount Due: $6,994.75

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  W.R. Grace & Co.-Conn                    AS OF:      September 9, 2010
     7500 Grace Drive
     Columbia, Maryland 21044
     Attn: Robert A. Maggio, Esq.

REGARDING: iBasis
OUR FILE#:   63812/0109                                   PAGE:      1

| | | Statement of Account | | | |
|---|---|---|---|---|---|
| Invoice Date | Invoice Number | Days Outstanding | | | |
| | | 0-30 | 31-60 | 61-90 | over 90 |
| 01/28/2010 | 623150 | | | | $1,487.50 |
| 03/31/2010 | 628643 | | | | 567.00 |
| 03/31/2010 | 628644 | | | | 1,417.50 |
| Totals: | | | | | $3,472.00 |

| Payments received after 09/08/2010 will be reflected on your next statement. | Current Amount: | |
|---|---|---|
| | Past-due Amount: | $3,472.00 |
| | **TOTAL DUE:** | **$3,472.00** |

<<< INVOICES ARE PAYABLE ON RECEIPT >>>

If you have paid these invoices or have questions about this statement, please contact Michael Wilson at (202)682-3532.

<u>Kaye Scholer LLP</u>

425 Park Avenue
New York, NY  10022-3598
212-836-8000
Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 9981494431
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 643953
Total Amount Due: $3,472.00

# **K**AYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  W.R. Grace & Co.-Conn           AS OF:        September 9, 2010
     7500 Grace Drive
     Columbia, Maryland  21044
     Attn: Robert A. Maggio, Esq.

REGARDING:  GraceBio
OUR FILE#:   63812/0101                          PAGE:    1

| Statement of Account | | | | | |
|---|---|---|---|---|---|
| Invoice Date | Invoice Number | Days Outstanding | | | |
| | | 0-30 | 31-60 | 61-90 | over 90 |
| 08/10/2010 | 641094 | $379.89 | | | |
| Totals | | $379.89 | | | |

| Payments received after 09/08/2010 will be reflected on your next statement. | Current Amount: | $379.89 |
|---|---|---|
| | Past-due Amount: | |
| | **TOTAL DUE:** | **$379.89** |

<<< INVOICES ARE PAYABLE ON RECEIPT >>>
If you have paid these invoices or have questions about this statement, please contact Michael Wilson at (202)682-3532.

<u>Kaye Scholer LLP</u>

425 Park Avenue
New York, NY  10022-3598
212-836-8000
Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 9981494431
SWIFT CODE CITIUS33

RE: W.R. Grace Trademarks
Invoice # 643951
Total Amount Due: $379.89