IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 25314** |

**NO ORDER REQUIRED
CERTIFICATION OF NO OBJECTION REGARDING
THE MONTHLY APPLICATION OF CHARTER OAK FINANCIAL
CONSULTANTS, LLC, FOR COMPENSATION OF SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR
TO THE OFFICIAL COMMITTEE OF PERSONAL INJURY CLAIMANTS
OF W.R. GRACE & CO., *et al.* FOR THE PERIOD OF
JULY 1, 2010 THROUGH JULY 31, 2010 (DOCKET NO. 25314)**

I, Kathleen Campbell Davis, of Campbell & Levine, LLC, hereby certify the following:

1. Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"), Charter Oak Financial Consultants, LLC, submitted on September 1, 2010 a monthly application ("Application") [Docket No. 25314] for services rendered and reimbursement of expenses incurred as Financial Advisor to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

2. Objections to the Application were to be filed and served on or before September 21, 2010. No objections to the Application have been received by the

{D0186871.1 }

undersigned. Moreover, the Court's docket reflects that no objections to the Application were filed. In accordance with the Amended Administrative Order, upon the filing of this Certificate of No Objection, the Debtors are authorized to pay Charter Oak Financial Consultants, LLC eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application.

Dated: September 23, 2010

                              CHARTER OAK FINANCIAL
                              CONSULTANTS, LLC

                              Bradley Rapp
                              430 Center Avenue
                              Mamaroneck, NY 10543

                              Financial Advisor for the Official
                              Committee of Asbestos Personal Injury
                              Claimants
                                      - and -

                              CAMPBELL & LEVINE, LLC

                              */s/Kathleen Campbell Davis*
                              Marla R. Eskin (I.D. #2989)
                              Kathleen Campbell Davis (I.D. #4229)
                              800 N. King Street, Suite 300
                              Wilmington, DE  19899
                              (302) 426-1900

                              *Counsel for the Official Committee*
                              *of Asbestos Personal Injury Claimants*