<u>EXHIBIT B</u>

**Comparison of Replacement Pages for <u>Exhibit A</u> to the Employee Claims Disallowance Order to Original Sheets**

In re: W.R. GRACE & CO., et al
OMNIBUS 28: EXHIBIT A-11 - EMPLOYEE CLAIMS

| | Creditor Name | Claim Number | Case Number | Case Name | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|---|
| 459 | SMITH JR, IVANHOE | 13166 | 01-01139 | W.R. GRACE & CO. | UNKNOWN<br>UNKNOWN | (P)<br>(U) |
| 460 | SMITH JR, IVANHOE | 13167 | 01-01139 | W.R. GRACE & CO. | UNKNOWN<br>UNKNOWN | (P)<br>(U) |
| 461 | SMITH JR, IVANHOE | 13168 | 01-01139 | W.R. GRACE & CO. | UNKNOWN<br>UNKNOWN | (P)<br>(U) |
| 462 | SMITH JR, IVANHOE | 13169 | 01-01139 | W.R. GRACE & CO. | UNKNOWN<br>UNKNOWN | (P)<br>(U) |
| 463 | SMITH SR, RONALD L | 5247 | 01-01140 | W.R. GRACE & CO.-CONN. | UNKNOWN | (P) |
| 464 | SMITH, AARON L | 8584 | 01-01139 | W.R. GRACE & CO. | UNKNOWN | (P) |
| 465 | SMITH, ALFRED E | 13066 | 01-01139 | W.R. GRACE & CO. | UNKNOWN<br>UNKNOWN | (P)<br>(U) |
| 466 | SMITH, BEVERLY L | 1497 | 01-01139 | W.R. GRACE & CO. | $7,035.00 | (P) |
| 467 | SMITH, BEVERLY M | 2639 | 01-01139 | W.R. GRACE & CO. | $45,799.00 | (P) |
| 468 | SMITH, BILLY G | 14703 | 01-01139 | W.R. GRACE & CO. | UNKNOWN | (U) |
| 469 | SMITH, BILLY M | 2640 | 01-01139 | W.R. GRACE & CO. | $32,090.00 | (P) |
| 470 | SMITH, BRIAN J | 3005 | 01-01139 | W.R. GRACE & CO. | UNKNOWN | (P) |
| 471 | SMITH, BRIAN J | 3007 | 01-01139 | W.R. GRACE & CO. | UNKNOWN | (P) |
| 472 | SMITH, BRIAN J | 3008 | 01-01139 | W.R. GRACE & CO. | $5,000.00 | (P) |
| 473 | SMITH, BRIAN J | 3009 | 01-01139 | W.R. GRACE & CO. | UNKNOWN | (P) |
| 474 | SMITH, BRIAN J | 4800 | 01-01139 | W.R. GRACE & CO. | UNKNOWN | (P) |
| 475 | SMITH, BRIAN J | 4801 | 01-01139 | W.R. GRACE & CO. | UNKNOWN | (P) |
| 476 | SMITH, BRIAN J | 4802 | 01-01139 | W.R. GRACE & CO. | UNKNOWN | (P) |
| 477 | SMITH, BRIAN J | 4803 | 01-01139 | W.R. GRACE & CO. | $5,000.00 | (P) |
| 478 | ~~SMITH, BRIAN J~~ | ~~4804~~ | ~~01-01139~~ | ~~W.R. GRACE & CO.~~ | ~~UNKNOWN~~<br>~~$8,795.94~~ | ~~(P)~~<br>~~(U)~~ |
| 479 | SMITH, BRIAN J | 4805 | 01-01140 | W.R. GRACE & CO.-CONN. | UNKNOWN | (P) |
| 480 | SMITH, BRIAN J | 4806 | 01-01140 | W.R. GRACE & CO.-CONN. | UNKNOWN | (P) |
| 481 | SMITH, BRIAN J | 4807 | 01-01140 | W.R. GRACE & CO.-CONN. | UNKNOWN | (P) |
| 482 | SMITH, BRIAN J | 4808 | 01-01140 | W.R. GRACE & CO.-CONN. | $5,000.00 | (P) |
| 483 | SMITH, DAVID B | 5121 | 01-01139 | W.R. GRACE & CO. | UNKNOWN | (U) |
| 484 | SMITH, DONALD W | 6442 | 01-01139 | W.R. GRACE & CO. | $3,000.00 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## OMNIBUS 28: EXHIBIT A-14 - EMPLOYEE CLAIMS

| | Creditor Name | Claim Number | Case Number | Case Name | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|---|
| 32 | WITHERSPOON, JOHNNY | 14165 | 01-01139 | W.R. GRACE & CO. | UNKNOWN | (U) |
| 33 | WITHERSPOON, JOHNNY | 14166 | 01-01139 | W.R. GRACE & CO. | UNKNOWN | (U) |
| 34 | WITLEKIND, WILLIAM R | 15146 | 01-01139 | W.R. GRACE & CO. | UNKNOWN | (P) |
| 35 | WITLEKIND, WILLIAM R | 15147 | 01-01139 | W.R. GRACE & CO. | UNKNOWN | (P) |
| 36 | WITTEKIND, WILLIAM R | 15144 | 01-01139 | W.R. GRACE & CO. | UNKNOWN | (U) |
| 37 | WITTEKIND, WILLIAM R | 15145 | 01-01139 | W.R. GRACE & CO. | UNKNOWN | (P) |
| 38 | WITTSCHEN III, CHARLES W | 3220 | 01-01139 | W.R. GRACE & CO. | $93,564.00 | (P) |
| 39 | WITZIG, KEVIN | 7240 | 01-01139 | W.R. GRACE & CO. | UNKNOWN | (U) |
| 40 | WOELPER, SANDRA E | 4965 | 01-01139 | W.R. GRACE & CO. | UNKNOWN | (P) |
| 41 | WOFFORD, JANICE S | 1780 | 01-01139 | W.R. GRACE & CO. | UNKNOWN | (P) |
| 42 | WOFFORD, WINTHROP W | 7547 | 01-01140 | W.R. GRACE & CO.-CONN. | UNKNOWN | (P) |
| | | | | | UNKNOWN | (U) |
| 43 | WOFFORD, WINTHROP W | 7548 | 01-01140 | W.R. GRACE & CO.-CONN. | UNKNOWN | (P) |
| | | | | | UNKNOWN | (U) |
| 44 | WOJDYLA, MARK L | 7279 | 01-01139 | W.R. GRACE & CO. | UNKNOWN | (P) |
| 45 | WOJOYLA, MARK L | 3947 | 01-01140 | W.R. GRACE & CO.-CONN. | UNKNOWN | (P) |
| 46 | WOLBERT, BETTY H | 7490 | 01-01139 | W.R. GRACE & CO. | UNKNOWN | (P) |
| 47 | WOLBERT, BETTY H | 7491 | 01-01139 | W.R. GRACE & CO. | UNKNOWN | (P) |
| 48 | WOLBERT, BETTY H | 7492 | 01-01139 | W.R. GRACE & CO. | UNKNOWN | (P) |
| 49 | WOLFE SR, JOSEPH E | 8430 | 01-01139 | W.R. GRACE & CO. | UNKNOWN | (P) |
| 50 | WOLTER, JACK W | 3855 | 01-01139 | W.R. GRACE & CO. | UNKNOWN | (P) |
| 51 | WOLTER, JACK W | 3856 | 01-01139 | W.R. GRACE & CO. | UNKNOWN | (P) |
| 52 | WOLTER, JACK W | 3857 | 01-01139 | W.R. GRACE & CO. | UNKNOWN | (P) |
| 53 | WOLTER, JACK W | 3858 | 01-01139 | W.R. GRACE & CO. | UNKNOWN | (P) |
| 54 | ~~WOLTER, JACK W~~ | ~~3859~~ | ~~01-01139~~ | ~~W.R. GRACE & CO.~~ | ~~$569,302.98~~ | ~~(U)~~ |
| 55 | WONG, SILAS | 13758 | 01-01140 | W.R. GRACE & CO.-CONN. | UNKNOWN | (P) |
| | | | | | UNKNOWN | (U) |
| 56 | WOOD, DAVID E | 5530 | 01-01139 | W.R. GRACE & CO. | UNKNOWN | (U) |
| 57 | WOOD, ELWOOD S | 6322 | 01-01139 | W.R. GRACE & CO. | UNKNOWN | (P) |
| 58 | WOOD, ELWOOD S | 6323 | 01-01139 | W.R. GRACE & CO. | UNKNOWN | (P) |
| 59 | WOOD, ELWOOD S | 6324 | 01-01139 | W.R. GRACE & CO. | UNKNOWN | (P) |
| 60 | WOOD, ELWOOD S | 6325 | 01-01139 | W.R. GRACE & CO. | UNKNOWN | (P) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.