September 18, 2010

The Honorable Judith K. Fitzgerald
U.S. Bankruptcy Court, W.D. PA
5490 US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

824 Market Street
3rd Floor
Wilmington, Delaware 19801

### RE:  W.R. GRACE CASE PLAN APPROVAL

Dear Judge Fitzgerald:

My name is Joel Cantor and I reside in Tampa, Florida.   I was one of the several "Property Damage" claimants in the Grace case.   I owned a large office building in downtown St. Petersburg, Florida that was closed and rendered unusable due to Grace's asbestos containing fire-proofing.  I settled my claim with Grace and am desperately hoping that their plan is confirmed so I can receive payment.   My family has suffered for over ten years and we are in need for these settlement dollars to recapture some of our lost life savings in this office property. I read numerous Grace press releases where they are earning healthy and growing profits and the executive leadership earning six figure salaries.   Where is the timely recompense for those damaged by Grace' products?

I simply ask that you keep in mind that as the legion of attorney's and company executives make money on this case every month, those who were damaged have waited ten years for our pay-out. Time is of the essence and I wonder if the company and its lawyers are waiting until everyone dies off as a cost reduction strategy.

I can only imagine that you too are exhausted over this case.

Sincerely and best of luck,

Joel Cantor
President

Gulf Atlantic Office Properties, Inc.
114 Baltic Circle
Tampa, FL. 33606

RECEIVED
SEP 2 4 2010
JUDITH K. FITZGERALD
BANKRUPTCY JUDGE