# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP

# INVOICES FOR THE TIME PERIOD

# AUGUST 1-31, 2010



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

*tel* +1-202-339-8400
*fax* +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

September 14, 2010
Client No. 17367
Invoice No. 1267830

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through August 31, 2010 in connection with the matters described on the attached pages: | $ | 103,977.50 |
| DISBURSEMENTS as per attached pages: | | 1,360.83 |
| **TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):** | $ | **105,338.33** |

Matter(s): 17367/11, 12, 13, 15, 7, 8, 9

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$583,438.52
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**
*Orrick, Herrington & Sutcliffe LLP*
*4253 Collections Center Drive*
*Chicago, IL 60693*
*Reference: 17367/ Invoice: 1267830*
*E.I.N. 94-2952627*
*Overnight deliveries: (312) 974-1642*

**ELECTRONIC FUNDS TRANSFERS:**
***Wire Transfers Only:***
***ABA Number 0260-0959-3***
*Bank of America*
*100 West 33rd Street, NY, NY 10001*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number: 1499410382*
*Reference: 17367/ Invoice: 1267830*
*E.I.N. 94-2952627*

**ELECTRONIC FUNDS TRANSFERS:**
***ACH Transfers Only:***
***ABA Number 121-000358***
*Bank of America*
*San Francisco Main Branch*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number: 1499410382*
*Reference: 17367/ Invoice: 1267830*
*E.I.N. 94-2952627*



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 2

September 14, 2010
Invoice No. 1267830

For Legal Services Rendered Through August 31, 2010 in Connection With:

**Matter: 7 - Insurance Matters**

| | | | |
|---|---|---|---|
| 08/02/10 | D. Felder | Review draft settlement agreement and prepare escrow agreement regarding same. | 3.00 |
| 08/02/10 | P. Mahaley | Draft insurance settlement agreement documents (1.2); prepare for and confer with R. Frankel and R. Wyron re proposed changes to insurance settlement agreement (1.7). | 2.90 |
| 08/02/10 | Wallace | Review escrow agreement for settlement with CNA and provide comments to same. | 0.30 |
| 08/03/10 | P. Mahaley | Draft insurance settlement agreements and related documents. | 4.80 |
| 08/04/10 | P. Mahaley | Draft motion and notice papers and review escrow agreement re insurance settlements. | 2.30 |
| 08/06/10 | P. Mahaley | Draft insurance settlement agreement and related motion papers. | 4.90 |
| 08/09/10 | P. Mahaley | Draft insurance settlement agreement. | 0.60 |
| 08/10/10 | P. Mahaley | Draft insurance settlement agreement and related motion papers. | 1.10 |
| 08/11/10 | P. Mahaley | Draft motion papers re insurance settlement approval. | 0.20 |
| 08/12/10 | P. Mahaley | Communicate with counsel for Plan Proponents and insurer re proposed changes to approval motion papers. | 1.80 |
| 08/13/10 | P. Mahaley | Draft motion papers re insurance settlement agreement. | 1.10 |
| 08/24/10 | P. Mahaley | Review and analyze proposed changes to insurance settlement agreement (2.6); revise summary of insurance settlement negotiations and agreements (.4). | 3.00 |
| 08/25/10 | P. Mahaley | Review and analyze proposed changes to insurance settlement agreement (1.0); confer with R. Frankel and R. Wyron re proposed changes to insurance settlement agreement (2.0). | 3.00 |
| 08/26/10 | P. Mahaley | Finalize insurance settlement agreement and motion papers for filing (.9); telephone conference with insurer counsel and R. Wyron re insurance settlement deal points (1.4); prepare for settlement negotiation with insurer on August 27 (2.5). | 4.80 |
| 08/27/10 | P. Mahaley | Conduct settlement meeting in NY with insurance company representatives, along with counsel for the ACC. | 2.00 |
| 08/30/10 | P. Mahaley | Telephone conference with R. Wyron re proposed changes to terms of insurance settlement agreement (.5); revise draft insurance settlement agreement (1.7). | 2.20 |
| 08/31/10 | P. Mahaley | Draft communication to D. Austern re new insurance settlement. | 0.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -      September 14, 2010
17367                                                                    Invoice No. 1267830
page 3

|                        |        | Total Hours | 38.50 |             |
|------------------------|--------|-------------|-------|-------------|
|                        |        | Total For Services |  | $25,017.50 |

| Timekeeper Summary     | Hours  | Rate   | Amount    |
|------------------------|--------|--------|-----------|
| Debra Felder           | 3.00   | 645.00 | 1,935.00  |
| Peri N. Mahaley        | 35.20  | 650.00 | 22,880.00 |
| Mary A. Wallace        | 0.30   | 675.00 | 202.50    |
| Total All Timekeepers  | 38.50  | $649.81| $25,017.50|

Disbursements
| Document Reproduction |          | 14.00 |         |
|------------------------|---------|-------|---------|
| Local Taxi Expense     |         | 74.00 |         |
| Parking Expense        |         | 20.00 |         |
| Telephone              |         | 3.87  |         |
|                        | Total Disbursements | | $111.87 |

**Total For This Matter**                                    **$25,129.37**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 4

September 14, 2010
Invoice No. 1267830

For Legal Services Rendered Through August 31, 2010 in Connection With:

## Matter: 8 - Litigation

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 08/02/10 | D. Felder | Conference with R. Wyron regarding update. | 0.10 |
| 08/02/10 | R. Wyron | Prepare for insurer meeting (.8); meet with insurer on settlement issues (1.6); follow-up discussion re settlement (1.2); review drafting issues for discussion with insurer counsel (.3). | 3.90 |
| 08/02/10 | R. Frankel | Review CNA draft in preparation for meeting with insurers' counsel. | 0.70 |
| 08/02/10 | R. Frankel | Confer with insurers' counsel and R. Wyron re settlement issues (2.0); prepare notes re same (.2). | 2.20 |
| 08/02/10 | R. Frankel | Confer with R. Wyron, P. Mahaley to discuss meeting, open issues. | 1.20 |
| 08/02/10 | R. Frankel | Review e-mails re docket entries, omnibus hearing. | 0.30 |
| 08/03/10 | D. Felder | E-mail correspondence with J. Baer regarding revised National Union stipulation and review same. | 0.50 |
| 08/03/10 | R. Wyron | Follow-up with insurer counsel on open issues (.4); review and respond to e-mails re insurer settlement (.3); call to objector's counsel and follow-up (.2). | 0.90 |
| 08/03/10 | R. Frankel | Review open issues regarding insurance settlement. | 0.70 |
| 08/04/10 | S. Cruzado | Review recently filed documents. | 1.50 |
| 08/04/10 | D. Felder | Review revised National Union stipulation and previously entered stipulation (.8); telephone conference with M. Hurford regarding same (.2). | 1.00 |
| 08/04/10 | R. Frankel | Review pleadings re cancellation of hearing, motion at district court to refer fee issues, order re settlement agreement. | 0.80 |
| 08/05/10 | R. Wyron | Review strategy and issues with D. Austern and follow-up. | 0.60 |
| 08/05/10 | R. Frankel | Review files in preparation for meeting with client. | 0.60 |
| 08/05/10 | R. Frankel | Confer with D. Austern re case issues, status. | 0.60 |
| 08/05/10 | R. Frankel | Series of e-mails with T. Freedman re confirmation (.4); review files re other orders (.4). | 0.80 |
| 08/06/10 | R. Wyron | Call with objectors' counsel re settlement and draft agreement, and follow up. | 0.50 |
| 08/06/10 | R. Frankel | Review 10-Q and investor power point attached to 8-K, related news story. | 0.80 |
| 08/06/10 | R. Frankel | Review motion to approve Gerling settlement, exhibits thereto. | 0.60 |

# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 5

September 14, 2010
Invoice No. 1267830

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 08/09/10 | D. Felder | Conference with R. Frankel regarding update (.1); telephone conference and e-mail correspondence to M. Hurford regarding same (.1); review National Union stipulation and e-mail correspondence with J. Baer and R. Wyron regarding same (.4); e-mail correspondence with J. Baer and R. Wyron regarding claimant letter (.1). | 0.70 |
| 08/09/10 | R. Frankel | Telephone conference with T. Freedman re case issues, status with objectors (.4); confer with D. Felder re same (.3). | 0.70 |
| 08/09/10 | R. Frankel | Review file, latest memo re Libby issues. | 0.70 |
| 08/09/10 | R. Frankel | Review insurer settlement agreement, open issues. | 0.90 |
| 08/10/10 | D. Felder | Review docket and recently filed pleadings (1.0); review letter from J. Baer regarding claimant (.2); review revised National Union stipulation (.2); review Debtors' motion to enforce 2009 NJDEP stipulation (1.0). | 2.40 |
| 08/10/10 | R. Frankel | Telephone conference with D. Austern re status, timing of confirmation. | 0.20 |
| 08/10/10 | R. Frankel | Review Debtors' motion adverse to NJ Dept. of Environmental Protection. | 0.90 |
| 08/11/10 | D. Felder | Review recently filed pleadings (.2); e-mail correspondence with M. Hurford regarding same (.2). | 0.40 |
| 08/12/10 | R. Frankel | Review issues re withdrawal of certification of counsel. | 0.30 |
| 08/12/10 | R. Frankel | Review letter from F. Monaco (.7); review Montana pending objections (.5). | 1.20 |
| 08/13/10 | D. Felder | Review F. Monaco's letter regarding Jeld-Wen decision. | 0.70 |
| 08/13/10 | R. Wyron | Review status of open items and calls re same (.3); review insurance settlement status and respond to e-mails re same (.4). | 0.70 |
| 08/13/10 | R. Frankel | Confer with R. Wyron re Montana, CNA, confirmation opinion (.6); review file re pending objections (.6). | 1.20 |
| 08/16/10 | D. Felder | Telephone conference with M. Hurford regarding update. | 0.30 |
| 08/16/10 | R. Wyron | Review draft response to Montana's letter brief (.3); review insurance settlement issue and respond to e-mail regarding same (.3). | 0.60 |
| 08/17/10 | D. Felder | Telephone conference with M. Hurford regarding update. | 0.20 |
| 08/17/10 | R. Wyron | Begin review of revised settlement agreement from insurer and follow up (1.6); review draft letter brief response and follow up (.5). | 2.10 |
| 08/17/10 | R. Frankel | Review draft letter from K&E responsive to Montana letter (.3); confer with R. Wyron re same (.2). | 0.50 |
| 08/17/10 | R. Frankel | Review status with R. Wyron re insurer settlement agreement. | 0.30 |
| 08/17/10 | R. Frankel | Review issues re draft of insurer settlement agreement. | 0.60 |

# O
## ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 6

September 14, 2010
Invoice No. 1267830

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 08/17/10 | R. Frankel | Review, consider e-mails re Jeld-Wen (.4); confer with R. Wyron re Jeld-Wen, confirmation issues (.4). | 0.80 |
| 08/18/10 | D. Fullem | Review docket update. | 0.10 |
| 08/18/10 | D. Felder | E-mail correspondence regarding confirmation issues and follow-up regarding same (.5); conference with R. Wyron regarding same (.2). | 0.70 |
| 08/18/10 | R. Wyron | Review draft insurance agreement and begin issues list (.9); call with L. Esayian regarding issues on settlement and follow up (.6); review issues regarding withdrawal of the reference and follow up with R. Frankel (.8); review best interest issue (.6). | 2.90 |
| 08/18/10 | R. Frankel | Review as-filed letter to Court responsive to Montana letter. | 0.20 |
| 08/18/10 | R. Frankel | Review revised draft of insurance settlement agreement (2.4); confer with R. Wyron regarding same (.4). | 2.80 |
| 08/18/10 | R. Frankel | Telephone conference with T. Freedman regarding confirmation issues (.4); review code re related issues (.4); review related pleadings (.4). | 1.20 |
| 08/18/10 | R. Frankel | Telephone conference with insurer's counsel regarding insurance settlement issues. | 0.30 |
| 08/18/10 | R. Frankel | Review motion to withdraw reference and related order. | 0.60 |
| 08/19/10 | R. Wyron | Review further revised insurance settlement agreement (.9); draft issues list (.8); review additional Libby information and confer with D. Austern re same (.5). | 2.20 |
| 08/19/10 | R. Frankel | Review Crown's joinder in Montana letter to Court. | 0.20 |
| 08/19/10 | R. Frankel | Review draft, proposed confirmation order submitted to Court. | 0.60 |
| 08/20/10 | D. Felder | E-mail correspondence with A. Thorp regarding confirmation hearing materials and related electronic files and review same (.2); review Libby complaints (.5). | 0.70 |
| 08/20/10 | R. Wyron | Review exposure issue raised by D. Austern and follow-up (.6); analyze insurance settlement agreement open issues and draft e-mail re same (1.3). | 1.90 |
| 08/23/10 | D. Felder | E-mail correspondence with J. Biggs and J. Kimble regarding claims update (.1); telephone conference with J. Biggs regarding same (.2); follow-up regarding same (.5); review proposed confirmation order and consider issues regarding same (1.2). | 2.00 |
| 08/23/10 | R. Wyron | Continue work on insurance settlement agreement draft and follow-up. | 0.90 |
| 08/23/10 | R. Frankel | Confer with R. Wyron re insurance settlement status, case issues (.4); review R. Wyron memo re open settlement issues with insurer (.5). | 0.90 |
| 08/24/10 | S. Cruzado | Review recently filed documents. | 2.00 |

# ⭕ ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 7

September 14, 2010
Invoice No. 1267830

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/24/10 | D. Felder | Review confirmation-related issues and e-mail correspondence with M. Hurford regarding same (1.0); review Debtors' notice of settlement (.2); telephone conference with R. Wyron regarding confirmation objections and review same (.3); review Debtors' response to Montana's letter regarding Jeld-Wen (.2). | 1.70 |
| 08/24/10 | R. Wyron | Review draft issues list and settlement agreement (.4); prepare for 8/25 meeting (.6); review e-mails re settlement status and respond (.2). | 1.20 |
| 08/24/10 | R. Frankel | Confer with R. Wyron re insurer settlement, case administration issues. | 0.50 |
| 08/24/10 | R. Frankel | Review updated insurance status spreadsheet from P. Mahaley. | 0.70 |
| 08/25/10 | R. Wyron | Confer with P. Mahaley and R. Frankel on insurance settlement agreement and follow-up (1.1); organize notes for call with insurer (.6). | 1.70 |
| 08/25/10 | R. Frankel | Review and revise draft settlement agreement and R. Wyron memo in preparation for meeting. | 0.80 |
| 08/25/10 | R. Frankel | Confer with P. Mahaley, R. Wyron to review draft insurer settlement agreement, identify open issues. | 1.60 |
| 08/25/10 | R. Frankel | Review status of various remaining objectors. | 0.80 |
| 08/26/10 | D. Felder | E-mail correspondence with R. Wyron and P. Mahaley regarding Gerard insurance issues. | 0.20 |
| 08/26/10 | R. Wyron | Organize issues list (.3); call with counsel and follow-up (1.2); review subrogation issue (.3). | 1.80 |
| 08/26/10 | R. Frankel | Telephone conference with R. Wyron re insurer settlement issues; review open issues list. | 0.50 |
| 08/27/10 | D. Felder | Review e-mail correspondence from J. Biggs and follow-up research regarding same. | 1.00 |
| 08/27/10 | R. Wyron | Telephone conference with insurer counsel on open items (.9); call with ACC counsel re insurance settlement issues and follow-up (1.1); call to Debtors' counsel and follow-up (.3); draft memo re open items (.6); respond to e-mails re same (.3); review data on claimants and follow-up (.4). | 3.60 |
| 08/27/10 | R. Frankel | Review R. Wyron memo re status with insurance settlement (.4); confer with R. Wyron re open issues (.5). | 0.90 |
| 08/27/10 | R. Frankel | Review as-filed motion to approve Hartford settlement and settlement agreement. | 0.80 |
| 08/27/10 | R. Frankel | Review series of e-mails, exhibits re Libby claims. | 0.70 |
| 08/30/10 | D. Felder | E-mail correspondence from J. Biggs and review e-mail correspondence regarding same. | 0.50 |
| 08/30/10 | R. Wyron | Organize notes on settlement agreement issues (.3); call with P. Mahaley re issues and follow-up (.7). | 1.00 |

# O
**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 8

September 14, 2010
Invoice No. 1267830

| Date | | Description | |
|---|---|---|---|
| 08/30/10 | R. Frankel | Review remaining objections chart, consider settlement strategy. | 0.90 |
| 08/30/10 | R. Frankel | Review issues re Libby healthcare recoveries (.3); confer with D. Felder re same (.2). | 0.50 |
| 08/30/10 | R. Frankel | E-mails re P. Mahaley NY meeting, settlement. | 0.30 |
| 08/31/10 | D. Felder | Review issues regarding Libby. | 0.50 |
| 08/31/10 | R. Frankel | Review memo re insurance settlement, briefly review agreement. | 0.80 |

|  |  |  |
|---|---|---|
| Total Hours | 77.90 |  |
| Total For Services |  | $65,850.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Stephen C. Cruzado | 3.50 | 240.00 | 840.00 |
| Debra Felder | 13.60 | 645.00 | 8,772.00 |
| Roger Frankel | 34.20 | 985.00 | 33,687.00 |
| Debra O. Fullem | 0.10 | 265.00 | 26.50 |
| Richard H. Wyron | 26.50 | 850.00 | 22,525.00 |
| Total All Timekeepers | 77.90 | $845.32 | $65,850.50 |

| Disbursements | |
|---|---|
| Document Reproduction | 3.80 |
| Express Delivery | 10.94 |
| Local Taxi Expense | 209.77 |
| Out of Town Business Meals | 20.17 |
| Parking Expense | 36.00 |
| Telephone | 6.75 |
| Travel Expense, Air Fare | 44.00 |
| Travel Expense, Out of Town | 287.86 |
| Total Disbursements | $619.29 |

**Total For This Matter**                    **$66,469.79**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 9

September 14, 2010
Invoice No. 1267830

For Legal Services Rendered Through August 31, 2010 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| | | | |
|---|---|---|---|
| 08/05/10 | D. Fullem | Prepare January and May 2010 monthly fee applications and related quarterly fee applications for D. Austern. | 2.00 |
| 08/06/10 | D. Felder | Review notices for D. Austern and Towers Watson and follow-up with D. Fullem regarding same. | 0.30 |
| 08/20/10 | D. Fullem | Coordinate finalizing, filing, and serving of Towers Watson's June fee application. | 0.50 |
| 08/20/10 | D. Fullem | Review docket for Towers fee application filing. | 0.10 |
| 08/23/10 | D. Fullem | Review and respond to e-mail from B. Ruhlander regarding fee detail for Towers January fee application. | 0.20 |
| 08/23/10 | D. Fullem | Review and respond to e-mail from B. Ruhlander regarding meal expense charged by Lincoln in January fee application. | 0.20 |
| 08/23/10 | D. Fullem | Prepare e-mail to J. Radecki and J. Solganick regarding detail on meal expense from January fee application as requested by fee auditor. | 0.10 |
| 08/23/10 | D. Fullem | Review and respond to fee auditor regarding quarterly for D. Austern for October 09 time period. | 0.20 |

Total Hours                  3.60
Total For Services                                   $1,068.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 0.30 | 645.00 | 193.50 |
| Debra O. Fullem | 3.30 | 265.00 | 874.50 |
| Total All Timekeepers | 3.60 | $296.67 | $1,068.00 |

Disbursements
    Document Reproduction                    202.20
    Express Delivery                          53.42
    Postage                                  367.25
                    Total  Disbursements                  $622.87

**Total For This Matter**                  **$1,690.87**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 10

September 14, 2010
Invoice No. 1267830

For Legal Services Rendered Through August 31, 2010 in Connection With:

**Matter: 12 - Retention of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 08/16/10 | D. Fullem | Review e-mails from R. Wyron and R. Frankel regarding disclosure question. | 0.20 |
| | | Total Hours | 0.20 |
| | | Total For Services | $53.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 0.20 | 265.00 | 53.00 |
| Total All Timekeepers | 0.20 | $265.00 | $53.00 |

**Total For This Matter**                    **$53.00**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 11

September 14, 2010
Invoice No. 1267830

For Legal Services Rendered Through August 31, 2010 in Connection With:

## Matter:  13 - Compensation of Professionals - Orrick

| | | | |
|---|---|---|---|
| 08/04/10 | D. Felder | Review July prebill. | 1.00 |
| 08/04/10 | R. Wyron | Review draft fee application and follow-up on open issues. | 0.30 |
| 08/05/10 | D. Fullem | Review and respond to e-mail from B. Ruhlander regarding expense detail for Jan-Mar 2010 time period. | 0.20 |
| 08/10/10 | D. Felder | E-mail correspondence regarding prebill. | 0.40 |
| 08/10/10 | R. Wyron | Review July prebill. | 0.50 |
| 08/13/10 | D. Felder | Review fee issues and conferences with H. Quinn and R. Wyron regarding same (2.6); review fee auditor's initial report (.1). | 2.70 |
| 08/16/10 | D. Fullem | Review fee auditor interim report for the Jan-Mar 2010 time period (.3); e-mail to and confer with D. Felder and R. Wyron (.3); review of expense backup to prepare chart in response to report (.5). | 1.10 |
| 08/16/10 | D. Fullem | Review certain expense detail and confer with D. Felder and R. Wyron regarding same. | 0.30 |
| 08/16/10 | D. Felder | Prepare insert to respond to fee auditor's initial report and review same (.8); conferences with R. Wyron and D. Fullem regarding same (.5). | 1.30 |
| 08/16/10 | R. Wyron | Review fee auditor's letter (.2); review draft response on item 2 (.2); research and prepare response on item 3 (.4); respond to e-mails regarding same (.2). | 1.00 |
| 08/17/10 | D. Fullem | Confer with R. Wyron and D. Felder regarding amendment to June fee application. | 0.20 |
| 08/17/10 | D. Fullem | Research and e-mail to R. Wyron regarding status of May payment and CNO for July fee application. | 0.20 |
| 08/17/10 | D. Fullem | Research and e-mail to R. Wyron regarding status of Jan-Mar 2010 quarterly fee application. | 0.20 |
| 08/17/10 | D. Fullem | Prepare revisions to Orrick's response letter to fee auditor's interim report; circulate new version for review. | 0.90 |
| 08/17/10 | R. Wyron | Review draft response to fee auditor and follow up (.4); confer with D. Felder and D. Fullem on fee application issues and follow up (.5). | 0.90 |
| 08/18/10 | D. Fullem | Review and respond to e-mail from D. Felder regarding draft response to fee auditor's interim report on our Jan-Mar quarterly fee application. | 0.20 |
| 08/18/10 | D. Fullem | Review e-mails from D. Felder and R. Wyron regarding charges to be adjusted in fee application. | 0.20 |
| 08/18/10 | D. Felder | Review and revise response to fee auditor's initial report. | 0.50 |



# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 12

September 14, 2010
Invoice No. 1267830

| | | | |
|---|---|---|---|
| 08/18/10 | R. Wyron | Work on fee auditor issue and follow up. | 0.60 |
| 08/19/10 | D. Fullem | Prepare amended June fee application (.6); confer with R. Wyron regarding same (.1); obtain amended invoice from accounting (.2). | 0.90 |
| 08/19/10 | D. Fullem | Prepare edits to response to fee auditor's interim report for Jan-Mar 2010 quarterly and related chart of expenses (1.0); confer with R. Wyron regarding same and insert regarding confirmation hearing (.2). | 1.20 |
| 08/20/10 | D. Fullem | Revise Orrick's letter in response to fee auditor's interim report (.6); revise attachments thereto (.2); finalize (.2); obtain R. Wyron's approval/signature (.1); prepare e-mail to B. Ruhlander and forward information (.2). | 1.30 |
| 08/20/10 | D. Fullem | Prepare amended June fee application (.8) obtain R. Wyron's approval/signature (.1); coordinate filing and serving of same (.2). | 1.10 |
| 08/20/10 | D. Felder | Review amended fee application for June (.2); review and revise response to fee auditor's initial report (.5). | 0.70 |
| 08/20/10 | R. Wyron | Finalize response to fee auditor (.4); finalize amended June fee application (.3). | 0.70 |
| 08/23/10 | D. Fullem | Confer with D. Felder and R. Wyron regarding research charges, proposed reductions and current status. | 0.50 |
| 08/23/10 | D. Fullem | Review fee auditor final report on our Jan-Mar fee application and e-mail from R. Wyron regarding same. | 0.20 |
| 08/23/10 | R. Wyron | Review fee auditor's final report and respond to e-mails re same (.3); review OHS bills (.3). | 0.60 |
| 08/24/10 | D. Fullem | Update fee/expense charts and circulate to group. | 0.30 |
| 08/24/10 | D. Felder | Review fee auditor's final report. | 0.10 |
| 08/24/10 | R. Wyron | Review fee auditor issues and follow-up. | 0.60 |
| 08/30/10 | D. Fullem | Confer with H. Quinn regarding status/timing of draft of July fee application. | 0.20 |
| 08/31/10 | D. Fullem | Review draft of July fee application. | 0.50 |
| 08/31/10 | D. Fullem | Confer with H. Quinn regarding draft of July fee application. | 0.10 |

Total Hours                    21.70

Total For Services                    $11,338.50



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 13

September 14, 2010
Invoice No. 1267830

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 6.70 | 645.00 | 4,321.50 |
| Debra O. Fullem | 9.80 | 265.00 | 2,597.00 |
| Richard H. Wyron | 5.20 | 850.00 | 4,420.00 |
| Total All Timekeepers | 21.70 | $522.51 | $11,338.50 |

Disbursements
    Document Reproduction               6.80
                Total Disbursements               $6.80


**Total For This Matter**         **$11,345.30**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 14

September 14, 2010
Invoice No. 1267830

For Legal Services Rendered Through August 31, 2010 in Connection With:

**Matter:  15 - Travel Time (Non-Working)**

| 08/27/10 | P. Mahaley | Return travel from NY re attending insurance settlement negotiations. | 2.00 |
|---|---|---|---|

| | Total Hours | 2.00 | |
| | Total For Services | | $650.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Peri N. Mahaley | 2.00 | 325.00 | 650.00 |
| Total All Timekeepers | 2.00 | $325.00 | $650.00 |

**Total For This Matter** **$650.00**

**\* \* \* COMBINED TOTALS \* \* \***

| Total Hours | 143.90 | |
|---|---|---|
| Total Fees, all Matters | | $103,977.50 |
| Total Disbursements, all Matters | | $1,360.83 |
| Total Amount Due | | $105,338.33 |