# CERTIFICATE OF SERVICE

I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on September 27, 2010, I caused the *Notice, Cover Sheet to Fifty-Fifth Monthly Interim Application of Orrick, Herrington & Sutcliffe LLP, Bankruptcy Counsel to David T. Austern, Asbestos PI Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the Time Period August 1, 2010 through August 31, 2010*, to be served upon those persons as shown below in the manner set forth therein.

*Email: ljones@pszjlaw.com*
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski Stang Ziehl & Jones LLP

*Email: vdimaio@parcelsinc.com*
Vito I. DiMaio
Parcels, Inc.

*Email: david.klauder@usdoj.gov*
David M. Klauder, Esquire
Office of the United States Trustee

*Email: feeaudit@whsmithlaw.com* and *bruhlander@whsmithlaw.com*
Bobbi Ruhlander
Warren H. Smith & Associates

*E-mail:richard.finke@grace.com*
David B. Siegel
W.R. Grace and Co.

*E-mail: nglassman@bayardfirm.com*
(Local Counsel to DIP Lender)
Neil B. Glassman, Esquire
The Bayard Firm

*E-mail: mhurford@camlev.com*
(Local Counsel to Asbestos Claimants)
Mark T. Hurford, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Local Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Local Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: tcurrier@saul.com*
(Local Counsel for Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Saul Ewing LLP

*E-mail: dboll@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
Deanna Boll, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Peter Van N. Lockwood, Esquire
Caplin & Drysdale, Chartered

*E-mail: lkruger@stroock.com*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Jay Sakalo, Esquire
Bilzin Sumberg Baena Price & Axelrod LLP

*E-mail: david.heller@lw.com and carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

                                                  */S/ DEBRA O. FULLEM*
                                                  Debra O. Fullem
                                                  Orrick, Herrington & Sutcliffe LLP