```
                          REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630



   W.R. Grace & Co.                         Invoice Number      2043891
   One Town Center Road                     Invoice Date        09/23/10
   Boca Raton, FL   33486                   Client Number        172573




==============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

      Fees                                         157.50
      Expenses                                       0.00

                       TOTAL BALANCE DUE UPON RECEIPT        $157.50
                                                          =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630



  W.R. Grace & Co.                         Invoice Number     2043891
  One Town Center Road                     Invoice Date       09/23/10
  Boca Raton, FL    33486                  Client Number       172573
                                           Matter Number        60026


==============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2010

   Date    Name                                                   Hours
 -------- -----------                                              -----


 08/03/10 Ament          E-mails re: cancellation of 8/9/10         .10
                         hearing.

 08/30/10 Ament          Various e-mails with P. Cuniff re:         .60
                         9/13/10 agenda and hearing binders
                         (.30); update hearing binders per
                         J. O'Neill request (.20); hand
                         deliver same to Judge Fitzgerald
                         (.10).

 08/31/10 Ament          E-mails with P. Cuniff re: final           .20
                         agenda for 9/13/10 hearing.

                                                                 ------
                                            TOTAL HOURS             .90


 TIME SUMMARY                   Hours        Rate         Value
 --------------------------   ----------------------     -------
 Sharon A. Ament               0.90  at  $  175.00  =    157.50

                              CURRENT FEES                              157.50


                                                                  ------------
                              TOTAL BALANCE DUE UPON RECEIPT          $157.50
                                                                  ============
```

```
                              REED SMITH LLP
                             PO Box 360074M
                          Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630



   W. R. Grace                              Invoice Number      2043892
   5400 Broken Sound Blvd., N.W.            Invoice Date        09/23/10
   Boca Raton, FL 33487                     Client Number         172573




==============================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

      Fees                                    2,022.50
      Expenses                                    0.00

                        TOTAL BALANCE DUE UPON RECEIPT         $2,022.50
                                                               =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630



  W. R. Grace                             Invoice Number       2043892
  5400 Broken Sound Blvd., N.W.           Invoice Date         09/23/10
  Boca Raton, FL 33487                    Client Number         172573
                                          Matter Number          60029



==============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2010

  Date     Name                                                   Hours
--------  -----------                                             -----


08/04/10 Ament          Begin calculating fees and                1.00
                        expenses for 37th quarterly fee
                        application (.50); begin drafting
                        narrative and summary re: same
                        (.50).

08/05/10 Ament          Continue calculating fees and              .80
                        expenses for 37th quarterly fee
                        application (.30); complete
                        spreadsheets for same (.50).

08/05/10 Muha           Final changes to quarterly fee             .20
                        application.

08/06/10 Ament          Finalize summary and narrative re:         .40
                        37th quarterly fee application
                        (.20); e-mail same to J. Lord for
                        DE filing (.10); e-mails with J.
                        Lord re: same (.10).

08/06/10 Lord           Revise and prepare Reed Smith 37th        1.20
                        quarterly fee application for
                        e-filing and service.

08/09/10 Lord           Revise, e-file and serve Reed              .80
                        Smith 37th quarterly fee
                        application.

08/10/10 Ament          Attend to billing matters.                 .10

08/11/10 Ament          E-mails re: July monthly fee               .10
                        application.
```

```
172573 W. R. Grace & Co.                              Invoice Number   2043892
60029  Fee Applications-Applicant                     Page     2
       September 23, 2010


  Date    Name                                                         Hours
  ------- -----------                                                  -----

  08/12/10 Ament           Attention to billing matters                  .20
                           (.10); e-mail to D. Cameron and A.
                           Muha re: same (.10).

  08/23/10 Ament           Review e-mail from July monthly               .10
                           fee application.

  08/23/10 Lord            Research docket and draft CNO to              .30
                           Reed Smith June monthly fee
                           application

  08/24/10 Lord            E-file and serve CNO to Reed                  .30
                           Smith's June monthly fee
                           application.

  08/25/10 Ament           Attention to billing matters.                 .10

  08/26/10 Ament           Attention to billing matters.                 .10

  08/30/10 Ament           E-mails re: July monthly fee                 1.20
                           application (.20); review
                           invoices, calculate fees and
                           expenses re: July monthly fee
                           application (.60); prepare
                           spreadsheet re: same (.40).

  08/30/10 Lord            Work on RS July monthly fee                   .40
                           application (.2); prepare service
                           for same (.1); communicate with S.
                           Ament re: same (.1).

  08/30/10 Muha            Final review of and revisions to              .40
                           July monthly fee application.

  08/31/10 Ament           Finalize July monthly fee                     .60
                           application (.40); e-mails to/from
                           J. Lord re: DE filing (.20).

  08/31/10 Lord            Revise, e-file and serve RS July             1.00
                           monthly fee application
                                                                       ------
                                            TOTAL HOURS                 9.30
```

```
172573 W. R. Grace & Co.                        Invoice Number   2043892
60029  Fee Applications-Applicant               Page    3
       September 23, 2010


TIME SUMMARY                   Hours        Rate        Value
------------------------       ----------------------   -------
Andrew J. Muha                 0.60  at  $  400.00  =    240.00
John B. Lord                   4.00  at  $  240.00  =    960.00
Sharon A. Ament                4.70  at  $  175.00  =    822.50


                               CURRENT FEES                          2,022.50


                                                              ------------
                               TOTAL BALANCE DUE UPON RECEIPT    $2,022.50
                                                              ============
```

```
                           REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630



    W.R. Grace & Co.                         Invoice Number      2043893
    One Town Center Road                     Invoice Date       09/23/10
    Boca Raton, FL    33486                  Client Number       172573




==============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

    Fees                                   1,455.50
    Expenses                                   0.00

                    TOTAL BALANCE DUE UPON RECEIPT         $1,455.50
                                                        =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630



   W.R. Grace & Co.                          Invoice Number      2043893
   One Town Center Road                      Invoice Date       09/23/10
   Boca Raton, FL   33486                    Client Number       172573
                                             Matter Number        60033



==============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2010

  Date    Name                                                   Hours
 -------- -----------                                            -----


 08/12/10 Flatley            Emails re: mediator.                 .10

 08/12/10 Rea                Email to R. Finke re:  settlement.   .10

 08/13/10 Cameron            E-mails regarding statute of         .50
                             limitations materials.

 08/13/10 Flatley            Emails re: settlement status,        .40
                             analysis of tactical issues and
                             replies to R. Finke.

 08/13/10 Rea                Multiple emails re:  DGS             .50
                             Settlement.

 08/14/10 Cameron            Review statute of limitations        .70
                             materials from California.

 08/16/10 Flatley            R. Finke email and T. Rea email.     .10

 08/16/10 Rea                Email to J. Welsh re:  settlement.   .10
                                                                 ------
                                             TOTAL HOURS          2.50
```

```
172573 W. R. Grace & Co.                           Invoice Number   2043893
 60033  Claim Analysis Objection Resolution & EstimationPage    2
        (Asbestos)
        September 23, 2010



        TIME SUMMARY               Hours        Rate          Value
        -------------------------  ----------------------     -------
        Lawrence E. Flatley        0.60  at  $  635.00  =     381.00
        Douglas E. Cameron         1.20  at  $  630.00  =     756.00
        Traci Sands Rea            0.70  at  $  455.00  =     318.50

                                   CURRENT FEES                              1,455.50


                                                              ------------
                                   TOTAL BALANCE DUE UPON RECEIPT   $1,455.50
                                                              ============
```