```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630



   W.R. Grace & Co.                           Invoice Number      2043894
   One Town Center Road                       Invoice Date        09/23/10
   Boca Raton, FL    33486                    Client Number        172573




===============================================================================

Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

      Fees                                         0.00
      Expenses                                   821.90

                      TOTAL BALANCE DUE UPON RECEIPT           $821.90
                                                               =============
```

```
                         REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630



  W.R. Grace & Co.                       Invoice Number      2043894
  One Town Center Road                   Invoice Date        09/23/10
  Boca Raton, FL    33486                Client Number        172573
                                         Matter Number         60026


==============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

     PACER                                        16.80
     Postage Expense                               1.73
     Courier Service - Outside                     5.00
     Outside Duplicating                         798.37

                     CURRENT EXPENSES                                821.90
                                                                -------------

                     TOTAL BALANCE DUE UPON RECEIPT                 $821.90
                                                                =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                         Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630



   W.R. Grace & Co.                          Invoice Number     2043894
   One Town Center Road                      Invoice Date      09/23/10
   Boca Raton, FL   33486                    Client Number      172573
                                             Matter Number       60026


============================================================================

Re: (60026)  Litigation and Litigation Consulting



FOR COSTS ADVANCED AND EXPENSES INCURRED:

07/26/10   Outside Duplicating                                  36.10
           Mailout - Bankruptcy Mailouts/Mailout - Envelope

07/31/10   PACER                                                 4.08

07/31/10   PACER                                                12.72

08/09/10   Outside Duplicating Mailout - Bankruptcy            313.35
           Mailouts/Mailout - Envelopes and postage for
           mail service of quarterly fee app. materials.

08/10/10   Outside Duplicating Mailout - Bankruptcy            448.92
           Mailouts/Mailout - Envelopes and postage for
           mail service of quarterly fee app. materials.

08/17/10   Courier Service - Outside -- VENDOR: PARCELS,         5.00
           INC.: Delivery

08/31/10   Postage Expense-PLEADING                              1.73

                        CURRENT EXPENSES                              821.90
                                                                ------------
                        TOTAL BALANCE DUE UPON RECEIPT              $821.90
                                                                ============
```