# Exhibit A

# Duane Morris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

September 8, 2010

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001   Invoice# 1598017                                IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 08/31/2010 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | |
|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 2.00 hrs. at $710.00 /hr. = | $1,420.00 |
| WS KATCHEN | OF COUNSEL | 3.70 hrs. at $795.00 /hr. = | $2,941.50 |
| BA GRUPPO | PARALEGAL | 0.70 hrs. at $305.00 /hr. = | $213.50 |
| S LENKIEWICZ | PARALEGAL | 6.50 hrs. at $165.00 /hr. = | $1,072.50 |
| DS MARRA | LEGAL ASSISTANT | 2.60 hrs. at $160.00 /hr. = | $416.00 |
| | | | | $6,063.50 |

| | | |
|---|---|---|
| DISBURSEMENTS | | |
| COURT SEARCH SERVICE | 54.18 | |
| OVERNIGHT MAIL | 19.45 | |
| PRINTING & DUPLICATING | 200.00 | |
| TRAVEL AWAY FROM HOME | 36.46 | |
| TOTAL DISBURSEMENTS | | $310.09 |
| | | |
| BALANCE DUE THIS INVOICE | | $6,373.59 |
| | | |
| PREVIOUS BALANCE | | $31,554.81 |
| | | |
| TOTAL BALANCE DUE | | $37,928.40 |

DUANE MORRIS LLP

Duane Morris
September 8, 2010
Page 2

Case 01-01139-AMC    Doc 25487-1    Filed 09/28/10    Page 3 of 14

File # K0248-00001
W.R. GRACE & CO.

INVOICE # 1598017

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/5/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JULY 20, 2010 THROUGH AUGUST 4, 2010 FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1) | 0.20 | $32.00 |
| 8/6/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 8/12/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 8/12/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED AUGUST 5, 2010 THROUGH AUGUST 11, 2010 FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1); CORRESPONDENCE FROM W. KATCHEN REGARDING RETRIEVAL OF ELECTRONICALLY FILED DOCUMENTS (.1); RETRIEVE ELECTRONICALLY FILED DOCUMENTS FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1) | 0.50 | $80.00 |
| 8/16/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 8/17/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED AUGUST 12, 2010 THROUGH AUGUST 16, 2010 FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1); RECEIVE AND REVIEW CORRESPONDENCE FROM W. KATCHEN REGARDING RETRIEVAL OF ELECTRONICALLY FILED DOCUMENTS (.1); RETRIEVE REQUESTED DOCUMENTS (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1) | 0.50 | $80.00 |

File # K0248-00001  INVOICE # 1598017
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/23/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 8/24/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM D. MOHAMED REGARDING CERTIFICATE OF NO OBJECTION TO CAPSTONE'S SEVENTY-SEVENTH INTERIM FEE APPLICATION (.1); DRAFT CERTIFICATE OF NO OBJECTION REGARDING SAME (.2); PREPARE CERTIFICATE OF NO OBJECTION FOR ELECTRONIC FILING (.1); ELECTRONICALLY FILE SAME (.1); CORRESPONDENCE TO D. MOHAMED REGARDING SAME (.1) | 0.60 | $96.00 |
| 8/24/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM D. MOHAMED REGARDING CERTIFICATE OF NO OBJECTION TO STROOCK'S ONE HUNDRED AND ELEVENTH FEE APPLICATION (.1); DRAFT CERTIFICATE OF NO OBJECTION REGARDING SAME (.2); PREPARE CERTIFICATE OF NO OBJECTION FOR ELECTRONIC FILING (.1); ELECTRONICALLY FILE SAME (.1); CORRESPONDENCE TO D. MOHAMED REGARDING SAME (.1) | 0.60 | $96.00 |
| 8/26/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 8/26/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED AUGUST 17, 2010 THROUGH AUGUST 25, 2010 FOR ATTORNEY (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1) | 0.20 | $32.00 |
| 8/27/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 8/30/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |

File # K0248-00001  
    W.R. GRACE & CO.

INVOICE # 1598017

| DATE | TASK TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| | | Code Total | 3.30 | $629.50 |

File # K0248-00001     INVOICE # 1598017
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/11/2010 | 005 | MR LASTOWSKI | REVIEW HDI GERLING SETTLEMENT | 0.40 | $284.00 |
| 8/11/2010 | 005 | MR LASTOWSKI | REVIEW DEBTORS' MOTION TO ENFORCE STIPULATION AND ORDER RELATING TO NJDEP AND FOR AN ORDER THAT NJDEP CEASE AND DESIST FROM VIOLATING THE STIPULATION AND ORDER | 1.10 | $781.00 |
| 8/27/2010 | 005 | MR LASTOWSKI | REVIEW HARTFORD SETTLEMENT | 0.30 | $213.00 |
| | | | Code Total | 1.80 | $1,278.00 |

File # K0248-00001  
    W.R. GRACE & CO.

INVOICE # 1598017

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/4/2010 | 007 | WS KATCHEN | REVIEW CAPSTONE REPORT RE: PROJECT OLY. | 0.20 | $159.00 |
| | | | Code Total | 0.20 | $159.00 |

File # K0248-00001
W.R. GRACE & CO.

INVOICE # 1598017

| DATE | TASK TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 8/17/2010 | 012 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING DUANE MORRIS' 101ST MONTHLY FEE APPLICATION FOR JULY 2010 | 0.20 | $33.00 |
| 8/17/2010 | 012 | S LENKIEWICZ | REVIEW DOCKET RE ORDER REGARDING 35TH INTERIM FEE APPLICATION HEARING (.3); PREPARATION OF DUANE MORRIS 37TH QUARTERLY FEE APPLICATION (1.1) | 1.40 | $231.00 |
| 8/17/2010 | 012 | S LENKIEWICZ | PREPARATION OF SPREADSHEETS REGARDING DUANE MORRIS 99TH, 100TH AND 101ST MONTHLY FEE APPLICATIONS RE TOTALS FOR QUARTERLY FEE APPLICATION | 1.00 | $165.00 |
| 8/17/2010 | 012 | S LENKIEWICZ | PREPARATION OF DUANE MORRIS' 102ND MONTHLY FEE APPLICATION (.7); PREPARATION OF CERTIFICATE OF SERVICE (.2) | 0.90 | $148.50 |
| 8/18/2010 | 012 | S LENKIEWICZ | FINALIZE AND EFILE DUANE MORRIS 37TH QUARTERLY FEE APPLICATION (.4); FINALIZE AND EFILE DUANE MORRIS 102ND MONTHLY FEE APPLICATION (.3); PREPARE SERVICE RE SAME (.2); CALENDAR DEADLINES (.1) | 1.00 | $165.00 |
| 8/24/2010 | 012 | MR LASTOWSKI | EXECUTE DUANE MORRIS 105TH MONTHLY FEE APPLICATION | 0.10 | $71.00 |
| | | | Code Total | 4.60 | $813.50 |

File # K0248-00001  
W.R. GRACE & CO.

INVOICE # 1598017

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/4/2010 | 013 | MR LASTOWSKI | REVIEW DEBTORS' MOTION TO REFER FRESENIUS LITIGATION BACK TO BANKRUPTCY COURT IN ORDER TO PERMIT THE COURT TO ALLOW CERTAIN FEES | 0.10 | $71.00 |
| 8/17/2010 | 013 | S LENKIEWICZ | PREPARE NOTICE OF STROOCK STROOCK & LAVAN 37TH QUARTERLY FEE APPLICATION (.1); PREPARE CERTIFICATE OF SERVICE RE NOTICE (.2); EFILE 37TH QUARTERLY FEE APPLICATION AND EXHIBITS (.3); PREPARE SERVICE OF NOTICE (.2); EMAIL AS-FILED COPY OF QUARTERLY APPLICATION TO D. MOHAMMAD (.1) | 0.90 | $148.50 |
| 8/20/2010 | 013 | S LENKIEWICZ | PREPARE NOTICE OF CAPSTONE 26TH QUARTERLY FEE APPLICATION FOR EFILING (.1); PREPARE CERTIFICATE OF SERVICE RE SAME (.1); FINALIZE 26TH QUARTERLY FEE APPLICATION AND EXHIBITS AND EFILE SAME (.3); FORWARD AS-FILED COPY OF SAME TO D. MOHAMMED (.1) | 0.60 | $99.00 |
| 8/30/2010 | 013 | S LENKIEWICZ | FINALIZE NOTICE OF SSL 112TH MONTHLY FEE APPLICATION (.1); FINALIZE EXHIBITS AND EFILE SSL'S 112TH MONTHLY FEE APPLICATION (.3); FORWARD AS-FILED COPY OF SAME TO D. MOHAMMAD (.1) | 0.50 | $82.50 |
| | | | Code Total | 2.10 | $401.00 |

File # K0248-00001            INVOICE # 1598017
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/4/2010 | 025 | WS KATCHEN | REVIEW DEBTORS' MOTION TO APPROVE AMENDED SETTLEMENT ASBESTOS PI CLAIMS AND TIG INSURANCE. | 0.30 | $238.50 |
| 8/4/2010 | 025 | WS KATCHEN | REVIEW AUGUST 9 AGENDA. | 0.10 | $79.50 |
| 8/9/2010 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION FOR TRANSFER ADVERSARY PROCEEDINGS. | 0.10 | $79.50 |
| 8/10/2010 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION TO APPROVE AMENDED SETTLEMENT AGREEMENT WITH HDI - GERLING INDUSTRIE. | 0.30 | $238.50 |
| 8/12/2010 | 025 | WS KATCHEN | REVIEW EXHIBITS TO DEBTORS' MOTION V. NJDEP (APPENDIX). | 0.70 | $556.50 |
| 8/16/2010 | 025 | WS KATCHEN | REVIEW CERTIFICATE OF COUNSEL RE: STIPULATION TO AMEND STIPULATION - CLAIM OF NATIONAL UNION FIRE INSURANCE COMPANY. | 0.10 | $79.50 |
| 8/16/2010 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $159.00 |
| 8/17/2010 | 025 | WS KATCHEN | REVIEW STATE OF MONTANA LETTER BRIEF AND AUTHORITIES CITED 607 F3D 114. | 1.00 | $795.00 |
| 8/23/2010 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.10 | $79.50 |
| | | | Code Total | 2.90 | $2,305.50 |

Duane Morris
September 8, 2010
Page 10

File # K0248-00001  
    W.R. GRACE & CO.

INVOICE # 1598017

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/23/2010 | 029 | WS KATCHEN | REVIEW DEBTORJ'S RESPONSE TO STATE OF MONTANA. | 0.20 | $159.00 |
| 8/23/2010 | 029 | WS KATCHEN | REVIEW OBJECTION BY DEBTOR TO MOTION OF MCGUIRE - CLAIM 12926. | 0.20 | $159.00 |
| 8/23/2010 | 029 | WS KATCHEN | REVIEW STIPULATION STATE OF N. CAROLINA CLAIM 512. | 0.20 | $159.00 |
| | | | Code Total | 0.60 | $477.00 |

File # K0248-00001                                    INVOICE #  1598017
    W.R. GRACE & CO.

|  | | |
|---|---|---|
| · TOTAL SERVICES | 15.50 | $6,063.50 |

File # K0248-00001                                                      INVOICE #  1598017
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---:|
| 8/31/2010 | TRAVEL AWAY FROM HOME | | 36.46 |
| | | Total: | $36.46 |
| | | | |
| 7/30/2010 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SIEGEL AT WR GRACE - COLUMBIA, MD FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #793778103623) | | 7.80 |
| 7/30/2010 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798901851620) | | 11.65 |
| | | Total: | $19.45 |
| | | | |
| 8/31/2010 | COURT SEARCH SERVICE | | 54.18 |
| | | Total: | $54.18 |
| | | | |
| 8/31/2010 | PRINTING & DUPLICATING | | 200.00 |
| | | Total: | $200.00 |
| | | | |
| | | TOTAL DISBURSEMENTS | $310.09 |

File # K0248-00001  
    W.R. GRACE & CO.

INVOICE # 1598017

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 2.00 | 710.00 | 1,420.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 3.70 | 795.00 | 2,941.50 |
| 02279 | BA GRUPPO | PARALEGAL | 0.70 | 305.00 | 213.50 |
| 03723 | S LENKIEWICZ | PARALEGAL | 6.50 | 165.00 | 1,072.50 |
| 03434 | DS MARRA | LEGAL ASSISTANT | 2.60 | 160.00 | 416.00 |
| | | | 15.50 | | $6,063.50 |