# EXHIBIT A

## WR GRACE & CO
## COMPENSATION BY PROJECT CATEGORY
## AUGUST 1, 2010 - AUGUST 31, 2010

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 5.7 | $ 3,961.50 |
| 0014 | Case Administration | 5.7 | 1,133.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 3.1 | 2,154.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 11.5 | 8,196.50 |
| 0018 | Fee Application, Applicant | 13.8 | 6,757.00 |
| 0019 | Creditor Inquiries | 0.3 | 262.50 |
| 0020 | Fee Application, Others | 2.3 | 538.00 |
| 0036 | Plan and Disclosure Statement | 0.8 | 592.00 |
| | TOTAL | 43.2 | $ 23,595.50 |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | September 17, 2010 |
| INVOICE NO. | 514611 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through August 31, 2010, including:

| | |
|---|---|
| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
| | 699843  0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/13/2010 | Attend to insurance settlement motions. | Krieger, A. | 1.6 |
| 08/24/2010 | Attend to Debtors motion approving amended and restated asbestos personal injury settlement with TIG Insurance Company. | Krieger, A. | 0.2 |
| 08/26/2010 | Attend to proposed settlement of TIG Insurance. | Krieger, A. | 0.4 |
| 08/30/2010 | Attend to Debtors' motion for approval of settlement with The Hartford parties. | Krieger, A. | 0.4 |
| 08/31/2010 | Attend to Debtors' motion for approval of settlement with the Hartford Parties and prepare draft memorandum to the committee re same. | Krieger, A. | 3.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 5.7 | $ 695 | $ 3,961.50 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 3,961.50 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 3,961.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | | |
|---|---|---|---|
| RE | Case Administration 699843 0014 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/02/2010 | Exchanged memoranda with J. Baer re Court's entry of Plum Creek's order allowing late filed claims. | Krieger, A. | 0.1 |
| 08/02/2010 | Obtain and circulate recently docketed pleading in main case (.2); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.5 |
| 08/03/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.6 |
| 08/04/2010 | Obtain and circulate recently docketed pleading to SSL team. | Mohamed, D. | 0.2 |
| 08/06/2010 | Obtain and circulate recently docketed pleadings in main case (.6); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.9 |
| 08/10/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.5 |
| 08/11/2010 | Obtain and circulate recently docketed pleadings in main case (.3); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.6 |
| 08/12/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.3 |
| 08/18/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |
| 08/19/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.3 |
| 08/24/2010 | Obtain and circulate recently docketed pleading in main case. | Mohamed, D. | 0.2 |
| 08/25/2010 | Obtain and circulate recently docketed pleadings in main case (.3); review case docket | Mohamed, D. | 0.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | nos. 01-771, 09-644 and 09-807 (.3). | | |
| 08/27/2010 | Obtain and circulate recently docketed pleading in main case (.2); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.1 | $ 695 | $ 69.50 |
| Mohamed, David | 5.6 | 190 | 1,064.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,133.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,133.50 |
|---|---|

# STROOCK

| | |
|---|---|
| RE | Claims Analysis/Objections/Administration (Non-Asbestos)<br>699843  0015 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/13/2010 | Attend to Debtors' motion to enforce settlement with New Jersey Dept. of Environmental Protection. | Krieger, A. | 1.8 |
| 08/19/2010 | Attend to COC re: National Union stipulation. | Krieger, A. | 0.1 |
| 08/24/2010 | Attend to claims settlement notice with state of North Carolina and memorandum to Debtors' counsel seeking further information regarding the stipulation (.5); attend to objection to McGuire motion for reconsideration of disallowance of his employee claims (.2). | Krieger, A. | 0.7 |
| 08/26/2010 | Exchanged memoranda with R. Higgins re: further information on North Carolina claims and proposed settlement. | Krieger, A. | 0.3 |
| 08/30/2010 | Exchanged memoranda with J. Baer re NJDEP response to Grace's motion to enforce the 2009 stipulation. | Krieger, A. | 0.1 |
| 08/31/2010 | Telephone call J. Baer re discussion with NJDEP and potential agreement. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 3.1 | $ 695 | $ 2,154.50 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 2,154.50 |
| TOTAL FOR THIS MATTER | | | $ 2,154.50 |

# STROOCK

| | | |
|---|---|---|
| RE | Committee, Creditors', Noteholders', or Equity Holders' | |
| | 699843  0017 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/04/2010 | Review recent court filings. | Pasquale, K. | 0.5 |
| 08/17/2010 | Review recent pleadings. | Pasquale, K. | 0.3 |
| 08/24/2010 | Attend to memorandum for the Committee re Debtors' motion enforcing 2009 stipulation and order enforcing prior agreement with NJDEP. | Krieger, A. | 2.7 |
| 08/25/2010 | Attend to memorandum to the Committee re North Carolina state tax settlement. | Krieger, A. | 0.7 |
| 08/26/2010 | Attend to revised memoranda for the Committee re: North Carolina tax claim settlement (.1); attend to Committee memoranda re: Debtors' motion to enforce 2009 Stipulation with NJDEP (2.4). | Krieger, A. | 2.5 |
| 08/26/2010 | Review memo re North Carolina tax claim settlement. | Kruger, L. | 0.2 |
| 08/30/2010 | Attend to revised memorandum for the committee re North Carolina tax claim settlement (1.2); attend to memorandum for the Committee re Debtors' motion enforcing stipulation with NJDEP (2.1). | Krieger, A. | 3.3 |
| 08/31/2010 | Attend to revised memorandum for the Committee re Debtors' motion to enforce 2009 stipulation with NJDEP (1.1); memorandum for the Committee re claims settlement (.2). | Krieger, A. | 1.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 10.5 | $ 695 | $ 7,297.50 |
| Kruger, Lewis | 0.2 | 995 | 199.00 |
| Pasquale, Kenneth | 0.8 | 875 | 700.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,196.50 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 8,196.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | |
|---|---|---|
| RE | Fee Application, Applicant | |
| | 699843 0018 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/02/2010 | Attend to preparation of fee application - 37th quarterly. | Krieger, A. | 5.3 |
| 08/03/2010 | Attend to draft 37th quarterly fee application. | Krieger, A. | 2.1 |
| 08/04/2010 | O/c D. Mohamed re: 37th quarterly fee application. | Krieger, A. | 0.1 |
| 08/04/2010 | Review and revise July Grace bill. | Magzamen, M. | 0.2 |
| 08/04/2010 | Revise draft of Stroock's thirty-seventh quarterly fee application. | Mohamed, D. | 0.6 |
| 08/16/2010 | Prepare draft of Stroock's one hundred and twelfth monthly fee application for attorney review. | Mohamed, D. | 0.7 |
| 08/16/2010 | Review quarterly fee application. | Pasquale, K. | 0.4 |
| 08/17/2010 | Review Stroock's thirty-seventh quarterly fee application for filing (.7); prepare certificate of service re same and forward to local counsel for filing (.5); prepare and effectuate service re fee application (.7). | Mohamed, D. | 1.9 |
| 08/19/2010 | Attend to July 2010 fee statement. | Krieger, A. | 0.1 |
| 08/24/2010 | Revise draft of Stroock's one-hundred and twelfth monthly fee application. | Mohamed, D. | 0.5 |
| 08/30/2010 | Review Stroock's one-hundred and twelfth monthly fee application for filing (.6); prepare certificate of service re same and forward to local counsel for filing (.5); prepare and effectuate service re fee application (.8). | Mohamed, D. | 1.9 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 7.6 | $ 695 | $ 5,282.00 |
| Magzamen, Michael | 0.2 | 305 | 61.00 |
| Mohamed, David | 5.6 | 190 | 1,064.00 |
| Pasquale, Kenneth | 0.4 | 875 | 350.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,757.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 6,757.00 |
|---|---|

# STROOCK

| RE | Creditor Inquiries 699843 0019 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/24/2010 | Telephone conference creditor re confirmation status. | Pasquale, K. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 0.3 | $ 875 | $ 262.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 262.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 262.50 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Fee Application, Others | |
| | 699843  0020 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/12/2010 | Attend to fee applications of other professionals. | Krieger, A. | 0.2 |
| 08/19/2010 | Review Capstone's twenty-sixth quarterly fee application for filing (.7); prepare notice and certificate of service re same (.6). | Mohamed, D. | 1.3 |
| 08/20/2010 | Review and forward Capstone's twenty-sixth quarterly fee application to local counsel for filing (.2); prepare and effectuate service re same (.6). | Mohamed, D. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.2 | $ 695 | $ 139.00 |
| Mohamed, David | 2.1 | 190 | 399.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 538.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 538.00 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Expenses<br>699843 0024 | |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |

| | |
|---|---|
| MATTER DISBURSEMENT SUMMARY | |
| Outside Messenger Service | $ 89.35 |
| Long Distance Telephone | 68.56 |
| TOTAL DISBURSEMENTS/CHARGES | $ 157.91 |
| TOTAL FOR THIS MATTER | $ 157.91 |

# STROOCK

| RE | Plan and Disclosure Statement 699843  0036 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/02/2010 | Office conference KP re T. Freedman discussion regarding plan. | Krieger, A. | 0.1 |
| 08/02/2010 | Telephone conference T. Freedman re district court issues. | Pasquale, K. | 0.2 |
| 08/19/2010 | Attend to letter brief to the Court by the State of Montana and the joinder by Her Majesty the Queen and Debtor's letter brief in response re: 3d Circuit's Grossman's Inc. decision. | Krieger, A. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.6 | $ 695 | $ 417.00 |
| Pasquale, Kenneth | 0.2 | 875 | 175.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 592.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 592.00 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 23,595.50 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 157.91 |
| TOTAL BILL | $ 23,753.41 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.