# EXHIBIT B

## WR GRACE & CO
## SUMMARY OF FEES
### AUGUST 1, 2010 - AUGUST 31, 2010

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 0.2 | $ 995 | $ 199.00 |
| Pasquale, Kenneth | 1.7 | 875 | 1,487.50 |
| | | | |
| **Associates** | | | |
| Krieger, Arlene G. | 27.8 | 695 | 19,321.00 |
| | | | |
| **Paraprofessionals** | | | |
| Magzamen, Michael | 0.2 | 305 | 61.00 |
| Mohamed, David | 13.3 | 190 | 2,527.00 |
| | | | |
| **TOTAL** | 43.2 | | $ 23,595.50 |