# EXHIBIT C

## WR GRACE & CO
## DISBURSEMENT SUMMARY
## AUGUST 1, 2010 - AUGUST 31, 2010

| | |
|---|---|
| Outside Messenger Service | $ 89.35 |
| Long Distance Telephone | 68.56 |
| | |
| TOTAL | $ 157.91 |

# STROOCK

## Disbursement Register

| DATE | September 14, 2010 |
|---|---|
| INVOICE NO. | 514611 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through August 31, 2010, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

**Outside Messenger Service**

| | | |
|---|---|---|
| 08/02/2010 | VENDOR: UPS; INVOICE#: 0000010X827310; DATE: 07/31/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder  Esq. Office of the United States Trustee, 844 King Street Suite 2311, Wilmington, DE 19801 Tracking #:1Z10X8270190037375 on 07/28/2010 | 6.76 |
| 08/02/2010 | VENDOR: UPS; INVOICE#: 0000010X827310; DATE: 07/31/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior VP & General Counsel, Columbia, MD 21044 Tracking #:1Z10X8270190283797 on 07/28/2010 | 6.76 |
| 08/02/2010 | VENDOR: UPS; INVOICE#: 0000010X827310; DATE: 07/31/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander  Esq Warren H. Smith and Associates, Republic Center, Dallas, TX 75201 Tracking #:1Z10X8270193028183 on 07/28/2010 | 9.59 |
| 08/02/2010 | VENDOR: UPS; INVOICE#: 0000010X827310; DATE: 07/31/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, Wilmington, DE 19801 Tracking #:1Z10X8270199682152 on 07/28/2010 | 6.76 |
| 08/02/2010 | VENDOR: UPS; INVOICE#: 0000010X827310; DATE: 07/31/2010; FROM ACCTS PAYABLE, , NEW YORK, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, Dallas, TX 75201 Tracking #:1Z10X8270193028183 on 07/28/2010 | 3.02 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| PAGE: 2 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| 08/11/2010 | VENDOR: UPS; INVOICE#: EA47055320-10X827320; DATE: 8/7/2010 tracking # 1Z10X8270193028183 on 7/31/10 | -3.02 |
| 08/25/2010 | VENDOR: UPS; INVOICE#: 0000010X827340; DATE: 08/21/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, Wilmington, DE 19801 Tracking #:1Z10X8270191214949 on 08/17/2010 | 6.73 |
| 08/25/2010 | VENDOR: UPS; INVOICE#: 0000010X827340; DATE: 08/21/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, Republic Center, Dallas, TX 75201 Tracking #:1Z10X8270194027333 on 08/17/2010 | 9.55 |
| 08/25/2010 | VENDOR: UPS; INVOICE#: 0000010X827340; DATE: 08/21/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior VP & General Counsel, Columbia, MD 21044 Tracking #:1Z10X8270195402998 on 08/17/2010 | 6.73 |
| 08/25/2010 | VENDOR: UPS; INVOICE#: 0000010X827340; DATE: 08/21/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 King Street Suite 2311, Wilmington, DE 19801 Tracking #:1Z10X8270199583401 on 08/17/2010 | 6.73 |
| 08/30/2010 | VENDOR: UPS; INVOICE#: 0000010X827350; DATE: 08/28/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, Republic Center, Dallas, TX 75201 Tracking #:1Z10X8270191525096 on 08/20/2010 | 9.55 |
| 08/30/2010 | VENDOR: UPS; INVOICE#: 0000010X827350; DATE: 08/28/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior VP & General Counsel, Columbia, MD 21044 Tracking #:1Z10X8270195887395 on 08/20/2010 | 6.73 |
| 08/30/2010 | VENDOR: UPS; INVOICE#: 0000010X827350; DATE: 08/28/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 King Street Suite 2311, Wilmington, DE 19801 Tracking #:1Z10X8270197088370 on 08/20/2010 | 6.73 |
| 08/30/2010 | VENDOR: UPS; INVOICE#: 0000010X827350; DATE: 08/28/2010; | 6.73 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

PAGE: 3

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, Wilmington, DE 19801 Tracking #:1Z10X8270197391587 on 08/20/2010 | |
| | **Outside Messenger Service Total** | **89.35** |
| | **Long Distance Telephone** | |
| 08/17/2010 | EXTN.795562, TEL.2156652147, S.T.11:47, DUR.00:09:22 | 5.56 |
| 08/17/2010 | EXTN.795475, TEL.3026574900, S.T.12:04, DUR.00:01:20 | 1.11 |
| 08/17/2010 | EXTN.795475, TEL.3026574900, S.T.15:52, DUR.00:06:08 | 3.89 |
| 08/23/2010 | VENDOR: Chase Card Services; INVOICE#: 080210; DATE: 8/2/2010 - visa charge 07/27/10 Court Call | 58.00 |
| | **Long Distance Telephone Total** | **68.56** |

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 89.35 |
| Long Distance Telephone | 68.56 |

| TOTAL DISBURSEMENTS/CHARGES | $ 157.91 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.