## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
|  | **Objection Deadline: October 19, 2010 at 4:00 p.m.** |

### FOURTEENTH MONTHLY APPLICATION OF
### SAUL EWING LLP CO-COUNSEL TO THE OFFICIAL
### COMMITTEE OF EQUITY SECURITY HOLDERS, FOR
### COMPENSATION AND REIMBURSEMENT OF EXPENSES
### FOR THE PERIOD AUGUST 1, 2010 THROUGH AUGUST 31, 2010

| | |
|---|---|
| Name of Applicant: | Saul Ewing LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Security Holders |
| Date of Retention: | May 18, 2009 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | August 1, 2010 through August 31, 2010 |
| Amount of fees to be approved as actual, reasonable and necessary: | $12,146.50 |
| Amount of expenses sought as actual, reasonable and necessary: | $158.56 |

This is a(n): ___ interim   ____ final application.   __x__ monthly application.

The total time expended for the preparation of this application will be included in the next interim fee application.

**Prior Monthly Applications:**

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 9/1/09 23059 | 5/18/09 through 7/31/09 | $108,445.50/ $1,156.09 | $86,756.40 $1,156.09 | 23322 |
| 9/29/09 23364 | 8/1/09 through 8/31/09 | $38,437.50/ $651.48 | $30,750.00/ $651.48 | 23547 |
| 10/29/09 23614 | 9/1/09 through 9/30/09 | $22,354.50 $86.25 | $17,883.60 $86.25 | 23812 |
| 11/30/09 23869 | 10/1/09 through 10/31/09 | $13,047.00 $39.44 | $10,437.60 $39.44 | 24047 |
| 12/29/09 24066 | 11/1/09 through 11/30/09 | $27,112.50 $64.77 | $21,690.00 $64.77 | 24167 |
| 1/29/10 24208 | 12/1/09 through 12/31/09 | $20,043.00 $842.45 | $16,034.40 $842.45 | 24333 |
| 3/1/10 24371 | 1/1/10 through 1/31/10 | $16,131.00 $44.90 | $12,904.48 $44.90 | 24498 |
| 3/29/10 24517 | 2/1/10 through 2/28/10 | $14,617.50 $12.49 | $11,694.00 $12.49 | 24645 |
| 4/29/10 24695 | 3/1/10 through 3/31/10 | $19,198.50 $1601.38 | $15,358.80 $1601.38 | 24823 |
| 5/28/10 24852 | 4/1/10 through 4/30/10 | $8,928.00 $23.88 | $7,142.40 $23.88 | 24962 |
| 7/9/2010 25056 | 5/1/10 through 5/31/10 | $8,061.00 $517.61 | $6,448.80 $517.61 | 25148 |
| 7/29/2010 25135 | 6/1/10 through 6/30/10 | $6,702.00 $930.06 | $5,361.60 $930.06 | 25256 |
| 8/18/10 25238 | 7/1/10 through 7/31/10 | $10,611.50 $78.10 | $8,489.20 $78.10 | 25400 |

### SUMMARY OF TIME FOR BILLING PERIOD
### AUGUST 1, 2010 THROUGH AUGUST 31, 2010

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|------|---------------------|--------------------|--------------------|
| Teresa K.D. Currier | $625 | 16.9 | $10,562.50 |
| Tracy B. Buck | $180 | 8.8 | $1,584.00 |
| **TOTAL** | | **25.7** | **$12,146.50** |

\*      The rate is Saul Ewing LLP's regular hourly rate for legal services. All hourly rates are adjusted by Saul Ewing LLP on a periodic basis (the last such adjustment occurred on July 1, 2010 for the Bankruptcy and Restructuring Department).

**SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD**
**AUGUST 1, 2010 THROUGH AUGUST 31, 2010**

| Project category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 2.2 | $1,375.00 |
| Case Administration | 8.8 | $5,500.00 |
| Claim Analysis Objections & Resolutions (Non-Asbestos) | 2.3 | $1,437.50 |
| Committee: Creditors', Noteholders' or Equity Holders' | 0.5 | $312.50 |
| Fee Applications, Applicant | 8.2 | $2,232.50 |
| Fee Applications, Others | 3 | $851.50 |
| Litigation and Litigation Counseling | 0.7 | $437.50 |
| **TOTAL** | **16.3** | **$12,146.50** |

## SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
## AUGUST 1, 2010 THROUGH AUGUST 31, 2010

| | |
|---|---|
| Photocopying | $30.60 |
| Federal Express | $127.96 |
| **TOTAL** | **$158.56** |

**SAUL EWING LLP**

By: _____
Teresa K.D. Currier (Del. I.D. No. 3080)
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

Co-Counsel to the Official Committee of
Equity Security Holders

Dated: September 29, 2010



Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA  22902

| | |
|---|---|
| Invoice Number | 2105978 |
| Invoice Date | 09/09/10 |
| Client Number | 359022 |
| Matter Number | 00001 |

Re:   Asset Disposition

FOR PROFESSIONAL SERVICES RENDERED THROUGH  08/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/09/10 | TKD | Reviewed Order Approving the Settlement Agreement Between W.R. Grace & Co. and Nationwide Indemnity Company | 0.1 | 62.50 |
| 08/09/10 | TKD | Reviewed Debtors' Motion for an Order Approving the Amended and Restated Asbestos Settlement Agreement Between W. R. Grace & Co. and HDI-Gerling Industrie Versicherung AG, as successor to Gerling Konzem Aligemeine Versicherungs-Aktiensgesellschaft | 0.6 | 375.00 |
| 08/10/10 | TKD | Reviewed Debtors' Motion for an Order Enforcing the 2009 Stipulation and Order and Ordering the New Jersey Department of Environmental Protection to Cease and Desist from Further Violations Thereof | 0.7 | 437.50 |
| 08/30/10 | TKD | Reviewed Debtors Motion Pursuant to Sections 105, 363, 1107, and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014, and 9019 of the Federal Rules Of Bankruptcy Procedure for an Order Approving the Settlement Agreement Between W. R. Grace & Co. and the Hartford Parties | 0.8 | 500.00 |
| | | TOTAL HOURS | 2.2 | |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE      MARYLAND      NEW JERSEY      NEW YORK      PENNSYLVANIA      WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022          WR Grace - Official Committee of Equity Security          Invoice Number  2105978
00001           Holders                                                    Page 2
                Asset Disposition

09/09/10

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 2.2 | at | $625.00 | = | 1,375.00 |

CURRENT FEES                                                               1,375.00


TOTAL AMOUNT OF THIS INVOICE                                               1,375.00


NET AMOUNT OF THIS INVOICE                                                 1,375.00



Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2105979 |
| Invoice Date | 09/09/10 |
| Client Number | 359022 |
| Matter Number | 00004 |

Re:  Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/02/10 | TKD | Reviewed all ecf filings and distributed to team | 0.6 | 375.00 |
| 08/02/10 | TKD | Reviewed docket to prepare and file cnos | 0.6 | 375.00 |
| 08/03/10 | TKD | Reviewed all ecf filings and distributed to team | 0.6 | 375.00 |
| 08/04/10 | TKD | Reviewed all filings in the case and distributed to team | 0.4 | 250.00 |
| 08/05/10 | TKD | Reviewed all filings in the case and distributed to team | 0.4 | 250.00 |
| 08/09/10 | TKD | Reviewed all ecf filings and distributed to team | 0.6 | 375.00 |
| 08/10/10 | TKD | Reviewed all filings in the case and distributed to team (0.5) | 0.5 | 312.50 |
| 08/11/10 | TKD | Reviewed all filings and distributed all to team | 0.5 | 312.50 |
| 08/13/10 | TKD | Reviewed all filings and distributed to team counsel | 0.7 | 437.50 |
| 08/16/10 | TKD | Reviewed all filings and distributed to team | 0.6 | 375.00 |
| 08/17/10 | TKD | Reviewed all filings and distributed to team | 0.4 | 250.00 |
| 08/18/10 | TKD | Reviewed all ecf filings and distributed to team | 0.4 | 250.00 |
| 08/24/10 | TKD | Reviewed all filings and distributed to team | 0.6 | 375.00 |
| 08/24/10 | TKD | Reviewed updated docket | 0.4 | 250.00 |
| 08/25/10 | TKD | Reviewed all filings and distributed to team counsel | 0.4 | 250.00 |
| 08/30/10 | TKD | Reviewed all filings and distributed to team | 0.6 | 375.00 |
| 08/31/10 | TKD | Reviewed all filings and shared with team | 0.5 | 312.50 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00004

09/09/10

TOTAL HOURS                    8.8

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 8.8 | at | $625.00 | = | 5,500.00 |

CURRENT FEES                                         5,500.00

**TOTAL AMOUNT OF THIS INVOICE**            5,500.00

**NET AMOUNT OF THIS INVOICE**              5,500.00

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

# Saul Ewing LLP

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | |
| c/o R. Ted. Wechsler, Chairman | |
| Peninsula Capital Advisors LLC | |
| 404B East Main Street | |
| Charlottesville, VA 22902 | |

| | |
|---|---|
| Invoice Number | 2105980 |
| Invoice Date | 09/09/10 |
| Client Number | 359022 |
| Matter Number | 00007 |

Re:   Claim Analysis Objestions & Resolutions (Non-Asbestos)

FOR PROFESSIONAL SERVICES RENDERED THROUGH  08/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/03/10 | TKD | Reviewed revised National Union Stipulation; revised same; communications with jan baer re same | 0.5 | 312.50 |
| 08/08/10 | TKD | Communications with jan baer and david blabey about stipulation that needs sign off | 0.4 | 250.00 |
| 08/10/10 | TKD | Reviewed Motion to Amend Debtors Motion for an Order Enforcing the 2009 Stipulation and Order and Ordering the New Jersey Department of Environmental Protection to Cease and Desist from Further Violations thereof Filed by W.R. GRACE & CO | 0.6 | 375.00 |
| 08/17/10 | TKD | Reviewed Letter in Response to State of Montana's Letter Brief filed on  August 12, 2010 | 0.3 | 187.50 |
| 08/17/10 | TKD | Reviewed Settlement of North carolina claim (unsecured and priority) | 0.5 | 312.50 |
| | | TOTAL HOURS | 2.3 | |

359022
00007

09/09/10

WR Grace - Official Committee of Equity Security
Holders
Claim Analysis Objestions & Resolutions (Non-Asbestos)

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 2.3 | at | $625.00 | = | 1,437.50 |

CURRENT FEES                                                          1,437.50

**TOTAL AMOUNT OF THIS  INVOICE**                      1,437.50

**NET AMOUNT OF THIS INVOICE**                          1,437.50

**Saul Ewing** LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | |
| c/o R. Ted. Wechsler, Chairman | |
| Peninsula Capital Advisors LLC | |
| 404B East Main Street | |
| Charlottesville, VA 22902 | |

| | |
|---|---|
| Invoice Number | 2105981 |
| Invoice Date | 09/09/10 |
| Client Number | 359022 |
| Matter Number | 00008 |

Re:   Committee: Creditors', Noteholders' Or Equity Holders'

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/04/10 | TKD | Reviewed equity committee materials for meeting | 0.5 | 312.50 |
| | | **TOTAL HOURS** | 0.5 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.5 | at | $625.00 | = | 312.50 |
| | | | **CURRENT FEES** | | 312.50 |

| | |
|---|---|
| **TOTAL AMOUNT OF THIS INVOICE** | 312.50 |
| **NET AMOUNT OF THIS INVOICE** | 312.50 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE      MARYLAND      NEW JERSEY      NEW YORK      PENNSYLVANIA      WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

**Saul Ewing** LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2105982 |
| Invoice Date | 09/09/10 |
| Client Number | 359022 |
| Matter Number | 00014 |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Photocopying | 30.60 |
| Federal Express | 127.96 |
| **CURRENT EXPENSES** | 158.56 |
| **TOTAL AMOUNT OF THIS INVOICE** | 158.56 |
| **NET AMOUNT OF THIS INVOICE** | 158.56 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE     MARYLAND     NEW JERSEY     NEW YORK     PENNSYLVANIA     WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number   2105983 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date   09/09/10 |
| Peninsula Capital Advisors LLC | Client Number   359022 |
| 404B East Main Street | Matter Number   00015 |
| Charlottesville, VA  22902 | |

Re:   Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH  08/31/10:

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/02/10 | TKD | Email service of fee cnos | 0.2 | 125.00 |
| 08/16/10 | TKD | Reviewed fee auditor's initial report directed to Saul Ewing (0.2); prepared a brief response thereto (0.2) | 0.4 | 250.00 |
| 08/17/10 | TBB | Prepare Saul Ewing's thirteenth Monthly Fee Application; draft Notice | 1.5 | 270.00 |
| 08/18/10 | TKD | Reviewed and revised saul ewing fee application | 0.6 | 375.00 |
| 08/18/10 | TBB | Revise bills for Saul Ewing's thirteenth monthly fee application | 0.2 | 36.00 |
| 08/18/10 | TBB | File and serve Saul Ewing's thirteenth monthly fee application | 1.0 | 180.00 |
| 08/20/10 | TBB | Draft CNO for Saul Ewing's Twelfth Monthly Fee Application | 0.5 | 90.00 |
| 08/24/10 | TBB | File and serve CNO for Saul's Twelfth Monthly Fee Application | 0.8 | 144.00 |
| 08/24/10 | TBB | Draft Saul Ewing's Fifth Quarterly Fee Application and Notice | 1.0 | 180.00 |
| 08/24/10 | TBB | Draft and File Affidavit of Service for CNO | 0.2 | 36.00 |
| 08/25/10 | TKD | Reviewed Quarterly Fee Application to verify accuracy | 0.5 | 312.50 |
| 08/25/10 | TBB | File and serve Saul's Fifth Quarterly Fee Application | 1.0 | 180.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE     MARYLAND     NEW JERSEY     NEW YORK     PENNSYLVANIA     WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00015

09/09/10

WR Grace - Official Committee of Equity Security
Holders
Fee Applications/Applicant

Invoice Number  2105983
Page 2

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/25/10 | TBB | Draft, file and serve affidavit of service for Saul's fifth quarterly fee application. | 0.3 | 54.00 |
| | | TOTAL HOURS | 8.2 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Tracy B. Buck | 6.5 | at | $180.00 | = | 1,170.00 |
| Teresa K.D. Currier | 1.7 | at | $625.00 | = | 1,062.50 |
| CURRENT FEES | | | | | 2,232.50 |

**TOTAL AMOUNT OF THIS  INVOICE**          2,232.50

**NET AMOUNT OF THIS INVOICE**          2,232.50

**Saul Ewing** LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | |
| c/o R. Ted. Wechsler, Chairman | |
| Peninsula Capital Advisors LLC | |
| 404B East Main Street | |
| Charlottesville, VA  22902 | |

| | |
|---|---|
| Invoice Number | 2105984 |
| Invoice Date | 09/09/10 |
| Client Number | 359022 |
| Matter Number | 00016 |

Re:   Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH  08/31/10:

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/04/10 | TKD | Prepared kramer levin fee application for filing | 0.4 | 250.00 |
| 08/15/10 | TKD | Briefly reviewed kramer levin quarterly fee application for filing | 0.3 | 187.50 |
| 08/16/10 | TBB | Draft notice and affidavit of service for Kramer Levin's thirty third quarterly fee application; file and serve same. | 1.0 | 180.00 |
| 08/30/10 | TBB | File and serve Kramer Levin's one hundred and seventh monthly fee application | 1.0 | 180.00 |
| 08/30/10 | TBB | Draft and file affidavit of service for Kramer Levin's one hundred and seventh monthly fee application | 0.3 | 54.00 |
| | | TOTAL HOURS | 3.0 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|----|------|---|-------|
| Tracy B. Buck | 2.3 | at | $180.00 | = | 414.00 |
| Teresa K.D. Currier | 0.7 | at | $625.00 | = | 437.50 |
| | | | CURRENT FEES | | 851.50 |

**TOTAL AMOUNT OF THIS  INVOICE**                                        851.50

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE     MARYLAND     NEW JERSEY     NEW YORK     PENNSYLVANIA     WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00016

09/09/10

**NET AMOUNT OF THIS INVOICE**                                   851.50

# Saul Ewing LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA  22902

| | |
|---|---|
| Invoice Number | 2105985 |
| Invoice Date | 09/09/10 |
| Client Number | 359022 |
| Matter Number | 00019 |

Re:  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES RENDERED THROUGH  08/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/04/10 | TKD | Reviewed Debtors' Motion Requesting The United States District Court for the District of Delaware Refer Jurisdiction of These Adversary Proceedings Back to the Bankruptcy Court | 0.3 | 187.50 |
| 08/13/10 | TKD | Letter Brief Regarding Jeld-Wen, Inc. Decision | 0.4 | 250.00 |
| | | TOTAL HOURS | 0.7 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.7 | at | $625.00 | = | 437.50 |

| | |
|---|---|
| CURRENT FEES | 437.50 |
| **TOTAL AMOUNT OF THIS  INVOICE** | 437.50 |
| **NET AMOUNT OF THIS INVOICE** | 437.50 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE      MARYLAND      NEW JERSEY      NEW YORK      PENNSYLVANIA      WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP