**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: October 22, 2010 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |

**SIXTH MONTHLY APPLICATION OF THE HOGAN FIRM AS COUNSEL
TO THE REPRESENTATIVE COUNSEL
AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS**

| | |
|---|---|
| Name of Applicant: | The Hogan Firm |
| Authorized to Provide Professional Services to: | Lauzon Bélanger and Scarfone Hawkins LLP ("Representative Counsel") as Special Counsel for the Canadian ZAI Claimants by Appointment Order, Dated March 19, 2010 [Docket No. 24508] |
| Date of Retention: | March 19, 2010 *nunc pro tunc* to December 21, 2009 |
| Period for which compensation and reimbursement is sought: | August 1, 2010, through August 31, 2010 |
| Amount of compensation sought as actual, reasonable and necessary: | $   19,978.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $    2,003.31 |

This is Applicant's Sixth Monthly Application.


[Remainder of Page Intentionally Left Blank]

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24701 | December 22, 2009 - March 31, 2010 | $ 56,262.00 | $ 2,056.92 | $ 45,009.60 | $ 2,056.92 |
| 06/01/2010 Dkt. #24873 | April 1, 2010 – April 30, 2010 | $ 37,248.00 | $ 562.10 | $ 29,798.40 | $ 562.10 |
| 06/30/2010 Dkt. #25014 | May 1, 2010 – May 31, 2010 | $ 31,588.00 | $ 2,237.65 | $ 25,270.40 | $ 2,237.65 |
| 07/28/2010 Dkt. #25126 | June 1, 2010 – June 30, 2010 | $ 28,580.00 | $ 1,860.20 | $ 22,864.00 | $ 1,860.20 |
| 08/31/2010 Dkt. #25296 | July 1, 2010 – July 31, 2010 | $21,993.00 | $ 203.15 | Pending | Pending |

**Fee Detail by Professional for the Period of August 1, 2010, through August 31, 2010:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Daniel K. Hogan | President. Member DE bar since 1990 | $350.00 | 26.30 | $9,205.00 |
| Karen E. Harvey | Paralegal - since 1996 | $190.00 | 54.30 | $ 10,317.00 |
| Gillian L. Andrews | Paralegal - since 2006 | $190.00 | 0.00 | 0.00 |
| Gabrielle Palagruto | Paralegal - since 2008 | $190.00 | 2.40 | $ 456.00 |
| **Grand Total** | | | **83.00** | **$ 19,978.00** |
| Blended Rate | | | | $ 240.70 |
| Blended Rate (excluding paralegal time): | | | | $ 350.00 |

Page | 2

**Monthly Compensation by Matter Description for the Period of August 1, 2010, through August 31, 2010**:

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| 04 - Case Administration | 6.10 | 2,087.00 |
| 11 - Fee Applications, Applicant | 25.90 | 5,737.00 |
| 12 - Fee Applications, Others | 48.90 | 11,755.00 |
| 14 - Hearings | | |
| 16 - Plan and Disclosure Statement | | |
| 20 - Travel (Non-Working) | | |
| 24 - Other | 2.10 | 399.00 |
| **TOTAL** | **83.00** | **$19,978.00** |

**Monthly Expense Summary for the Period August 1, 2010, through August 31, 2010**:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Photocopies (In House) | | 0.00 |
| CM/ECF | U.S. Bankruptcy Court | 0.00 |
| Court Telephonic Appearance | CourtCall | $ 174.00 |
| Postage | N/A | 0.00 |
| Courier Services | Parcels | $ 18.00 |
| Overnight Express Mail | Federal Express | $ 44.58 |
| Outside Copy & Serve | IKON Office Solutions | $ 1,766.73 |
| **TOTAL** | | **$ 2,003.31** |

PLEASE TAKE NOTICE that The Hogan Firm (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for August 1, 2010, through August 31, 2010, (this "Monthly Fee Statement")[1] pursuant to the terms of the Modified Order Granting Application Authorizing Retention of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants [Docket No. 24509] and the Amended Administrative Order Under 11

---

[1] Applicant's Invoice for August 1, 2010, through August 31, 2010, is attached hereto as **Exhibit A.**

U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before October 25, 2010, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period August 1, 2010, through August 31, 2010, an allowance be made to The Hogan Firm for compensation in the amount of $19,978.00 and actual and necessary expenses in the amount of

$2,003.31 for a total allowance of $21,981.31; Actual Interim Payment of $15,982.40 (80% of the allowed fees) and reimbursement of $2,003.31 (100% of the allowed expenses) be authorized for a total payment of $17,985.71; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee.  A true and correct copy of the Certification of Daniel K. Hogan is attached hereto as **Exhibit B**.

Dated: September 29, 2010               Respectfully submitted,

By:     */s/ Daniel K. Hogan*
        Daniel K. Hogan (DE Bar No. 2814)
        THE HOGAN FIRM
        1311 Delaware Avenue
        Wilmington, Delaware 19806
        Telephone: 302.656.7540
        Facsimile: 302.656.7599
        Email: dkhogan@dkhogan.com

        **Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants**