# EXHIBIT A

W.R. GRACE & CO., et al.

CDN ZAI CLASS ACTION

U.S. MONTHLY FEE APPLICATION
DATE:
August 31, 2010
OUR FILE NO: 05L121

# Scarfone Hawkins LLP
BARRISTERS AND SOLICITORS

ONE JAMES STREET SOUTH  
14TH FLOOR  
P.O. BOX 926, DEPOT #1  
HAMILTON, ONTARIO  
L8N 3P9

TELEPHONE  
905-523-1333

TELEFAX  
905-523-5878

H.S.T. REGISTRATION NO.   **873984314 RT – 0001**

**CANADIAN ZAI SPECIAL COUNSEL MONTHLY FEE APPLICATION**
**(August 1, 2010 to August 31, 2010)**

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08 /03/10 | receipt of and respond to various and multiple class member inquiries, etc., prepare standard update responses for inquiries received | DT | $475.00 | 0.50 | 237.50 |
| 08 /03/10 | receipt email from Ogilvy Renault re: motion to extend stay | DT | $475.00 | 0.10 | 47.50 |
| 08 /03/10 | receipt motion record, review same, memo to file, memo to Matt Moloci, memo to Bridget Scott, etc., re: Grace Motion to extend stay - August 12, 2010 | DT | $475.00 | 0.50 | 237.50 |
| 08 /03/10 | Email from Frances Nedinis of Ogilvy Renault with attached motion record including the 34th Information Officer's Report dated July 31, 2010, in respect of Grace Canada's motion seeking extension of the CCAA stay; review | MGM | $375.00 | 0.30 | 112.50 |
| 08 /04/10 | receipt of and respond to various and multiple class member inquiries re: claim forms, Canadian settlement administration process, etc. | DT | $475.00 | 0.35 | 166.25 |
| 08 /04/10 | letter to Dan Hogan re: Grace August 12th motion and timing of U.S. Plan Confirmation Order | DT | $475.00 | 0.35 | 166.25 |
| 08 /04/10 | follow-up on motion re: extend stay, letter to Grace's counsel, etc. | DT | $475.00 | 0.25 | 118.75 |
| 08 /04/10 | Email from David Thompson regarding Grace Canada motion seeking extension of CCAA stay and comments regarding 34th Report of Information Officer; email from Thompson to Hogan regarding Grace Canada motion and 34th Report of Information Officer | MGM | $375.00 | 0.30 | 112.50 |
| 08 /05/10 | receipt email from Ogilvy Renault re: stay extension motion | DT | $475.00 | 0.10 | 47.50 |
| 08 /05/10 | receipt of and respond to multiple and various class member inquiries | DT | $475.00 | 0.35 | 166.25 |

| 08/05/10 | emails to and from Karen Harvey with respect to payments to be received | DT | $475.00 | 0.10 | 47.50 |
|---|---|---|---|---|---|
| 08/05/10 | Email from Thompson to Ogilvy Renault regarding Grace Canada motion seeking extension of stay | MGM | $375.00 | 0.10 | 37.50 |
| 08/06/10 | receipt Karen Harvey email regarding receipt of payment from Grace | DT | $475.00 | 0.10 | 47.50 |
| 08/09/10 | receipt of and respond to multiple and various class member inquiries to Bridget Scott | DT | $475.00 | 0.25 | 118.75 |
| 08/09/10 | Review entirety of Grace Canada motion record seeking extension of stay | MGM | $375.00 | 0.30 | 112.50 |
| 08/09/10 | Email to Helen Martin regarding GST issues concerning Dan Hogan's fees and accounts as disbursements; conference with Helen Martin | MGM | $375.00 | 0.10 | 37.50 |
| 08/09/10 | Email from David Thompson to Grace Canada counsel regarding motion seeking extension of CCAA stay of proceedings | MGM | $375.00 | 0.10 | 37.50 |
| 08/10/10 | emails to and from Karen Harvey, etc., re: 2nd Quarterly Fee Application | DT | $475.00 | 0.25 | 118.75 |
| 08/10/10 | receipt Matt Moloci memo, follow-up memo to Matt Moloci re: 2nd Quarterly Fee Application | DT | $475.00 | 0.25 | 118.75 |
| 08/10/10 | receipt of and respond to class member inquiries | DT | $475.00 | 0.35 | 166.25 |
| 08/10/10 | Teleconference with possible CDN ZAI PI claimant Gary Carson; internet research regarding Dr. Neil Skjodt; telephone messages to Dr. Skjodt; emails to Carson and Dr. Skjodt; emails to and from David Thompson | MGM | $375.00 | 0.70 | 262.50 |
| 08/11/10 | receipt of and respond to various and multiple class member inquiries | DT | $475.00 | 0.35 | 166.25 |
| 08/11/10 | Email to David Thompson regarding GST issues relating to Dan Hogan's accounts and attaching Merchant Law Group legal decisions from Tax Court and Federal Court | MGM | $375.00 | 0.20 | 75.00 |
| 08/12/10 | receipt of and respond to various and multiple class member inquiries, updates to database, memos to and from BS, discuss with BS, memo to MGM re: status | DT | $475.00 | 0.50 | 237.50 |
| 08/12/10 | receipt and review Matt Moloci memo re: GST issues, etc., review 2 case decisions forwarded, etc., discuss with Matt Moloci, etc. | DT | $475.00 | 1.00 | 475.00 |
| 08/12/10 | receipt Karen Harvey email, review extensive quarterly fee application materials, etc., memo to Matt Moloci, email to Karen Harvey | DT | $475.00 | 1.00 | 475.00 |
| 08/12/10 | receipt and review multiple Karen Harvey emails, memo to and from Matt Moloci re: 2nd quarterly fee application, etc. | DT | $475.00 | 0.25 | 118.75 |
| 08/12/10 | Emails from Adrienne Glen attached order of Justice Morawetz extending stay of proceedings; review | MGM | $375.00 | 0.20 | 75.00 |
| 08/12/10 | Email from David Thompson forwarding draft Second Quarterly Fee Application; review and reply to Thompson and Karen Harvey; further emails from Harvey to Fee Audit and Counsel with attached 2nd quarterly fee applications | MGM | $375.00 | 0.40 | 150.00 |
| 08/12/10 | Emails to and from Helen Martin; conference with Martin concerning GST issues relating to U.S. fee applications, payments and The Hogan Law Firm's accounts; resolve GST issues; emails to and from David Thompson regarding resolution of GST issues | MGM | $375.00 | 0.50 | 187.50 |

| | | | | | |
|---|---|---|---|---|---|
| 08 /12/10 | *Email from possible CDN ZAI PI claimant Gary Carson in follow-up to meeting with doctor and doctor's report; reply to Carson* | MGM | $375.00 | 0.20 | 75.00 |
| 08 /12/10 | *Email report from David Thompson concerning frequent class member inquiries, standardized responses and unique inquiries and responses; reply to Thompson* | MGM | $375.00 | 0.10 | 37.50 |
| 08 /13/10 | *receipt Karen Harvey emails, receipt Cindy Yates memo, and Matt Moloci email, memo to Cindy Yates, re: copy of materials (2nd Quarter Fee Application)* | DT | $475.00 | 0.25 | 118.75 |
| 08 /13/10 | *receipt of and respond to various class member inquiries on status of claims submitted* | DT | $475.00 | 0.25 | 118.75 |
| 08 /13/10 | *Email from Cindy Yates forwarding email from Karen Harvey with attached documents concerning 4th Monthly and 2nd Quarterly fee applications; review* | MGM | $375.00 | 0.10 | 37.50 |
| 08 /16/10 | *receipt of and respond to multiple and various class member inquiries* | DT | $475.00 | 0.35 | 166.25 |
| 08 /16/10 | *review fee application summary chart with Cindy Yates, discuss and consider with Cindy Yates, memo to Matt Moloci re: expected funds to be received via holdbacks, unpaid amounts and future expected work* | DT | $475.00 | 0.40 | 190.00 |
| 08 /16/10 | *Emails from and to Helen Martin, Chris Greig and David Thompson scheduling meeting for review of Rust Consulting electronic database access concerning CDN ZAI PD claimants* | MGM | $375.00 | 0.10 | 37.50 |
| 08 /16/10 | *Facsimile letter from Dr. Neil Skjodt regarding Gary Carson's medical condition of asbestosis from ZAI; review and consider; email to Carson; email reply from Carson; further email to David Thompson* | MGM | $375.00 | 0.40 | 150.00 |
| 08 /17/10 | *emails to and from Dan Hogan, etc., memo to Dan Hogan re: fee auditor report, memo to Matt Moloci re: fee auditor report* | DT | $475.00 | 0.40 | 190.00 |
| 08 /17/10 | *Email from Cindy Yates with updated chart of fee applications submitted and paid; review* | MGM | $375.00 | 0.10 | 37.50 |
| 08 /17/10 | *Email from Dan Hogan with attached Fee Auditor's Initial Report for Dec 09 to Mar 2010; review; email from David Thompson to Hogan regarding anticipated response* | MGM | $375.00 | 0.20 | 75.00 |
| 08 /18/10 | *meeting with Chris Greig, review of status of capture of 14,000 claim forms from Rust Consulting, review samples from database; Chris Greig update on status and access, etc., memo to file* | DT | $475.00 | 0.75 | 356.25 |
| 08 /18/10 | *receipt of and respond to various and multiple email inquiries from class members, memos to and from Bridget Scott* | DT | $475.00 | 0.25 | 118.75 |
| 08 /18/10 | *receipt Matt Moloci memo and Careen Hannouche email enclosing Dan Hogan invoice* | DT | $475.00 | 0.25 | 118.75 |
| 08 /18/10 | *Meet with Helen Martin, Chris Greig and David Thompson regarding receipt of electronic documents and claims from Rust Consulting regarding CDN ZAI PD Claims; review and discuss management of data; further emails to and from Martin and Greig regarding data; email report to Michel Belanger and Careen Hannouche at Lauzon Belanger regarding data received from Rust; email reply from Hannouche* | MGM | $375.00 | 0.80 | 300.00 |

| | | | | | |
|---|---|---|---|---|---|
| 08/19/10 | Receive CD Rom with Rust Consulting CDN ZAI PD Claim Forms; conference with Chris Grieg regarding IT issues | MGM | $375.00 | 0.10 | 37.50 |
| 08/20/10 | Email from Larissa Butler of Pinchin Environmental with attached Certificate of Analysis regarding CDN ZAI PD claim of Gary Carson; email instructions to Lauren Millward with copies to David Thompson and staff concerning class member database and process for additional documents received in support of claims | MGM | $375.00 | 0.30 | 112.50 |
| 08/20/10 | Meeting with Matt Moloci re: possible ZAI claimants, Gary Carson | MS | $250.00 | 0.35 | $87.50 |
| 08/23/10 | amend and finalize letter to Dan Hogan re: response to fee auditor's report | DT | $475.00 | 0.25 | 118.75 |
| 08/23/10 | receipt Matt Moloci memo re: Gary Carson, possible injury claimants | DT | $475.00 | 0.25 | 118.75 |
| 08/23/10 | Emails from and to Helen Martin regarding electronic data received from Rust and possible transfer to Summation software format | MGM | $375.00 | 0.10 | 37.50 |
| 08/23/10 | Email from David Thompson with attached draft email to Dan Hogan with draft email responding to Fee Auditor's Initial Report; review and reply with comments; further email from Thompson in response to comments; receive email from Thompson to Hogan responding to Fee Auditor's report | MGM | $375.00 | 0.30 | 112.50 |
| 08/24/10 | emails to and from Karen Harvey, memo to Cindy Yates, discuss with Matt Moloci re: money from Grace and transfer payments, etc., | DT | $475.00 | 0.30 | 142.50 |
| 08/24/10 | Email from Karen Harvey regarding wire transfer in payment of Hogan's 3rd monthly fee application; email instructions from David Thompson to Cindy Yates; further emails from Yates and Harvey regarding payment and transfer | MGM | $375.00 | 0.20 | 75.00 |
| 08/24/10 | Email from David Thompson regarding use of Rust claims data in Summation format; email from Christine Burchert of Commonwealth Legal regarding conversion of data | MGM | $375.00 | 0.20 | 75.00 |
| 08/25/10 | receipt of and respond to various and multiple class member inquiries, letters to and from Karen Harvey re: money from Grace and transfer payments, etc., discuss and review with Cindy Yates and update payment summary chart | DT | $475.00 | 0.40 | 190.00 |
| 08/25/10 | receipt Dan Hogan email, review Crown filing/objection, emails to and from Dan Hogan, memos to and from Matt Moloci | DT | $475.00 | 1.00 | 475.00 |
| 08/25/10 | follow-up email to Dan Hogan re: fall court appearances | DT | $475.00 | 0.10 | 47.50 |
| 08/25/10 | Further emails from Karen Harvey and Cindy Yates regarding wire transfer of payment of Hogan's 3rd monthly fee application | MGM | $375.00 | 0.10 | 37.50 |
| 08/25/10 | Email from Dan Hogan regarding responses to Fee Auditor's Initial Report | MGM | $375.00 | 0.10 | 37.50 |
| 08/25/10 | Email from Dan Hogan regarding possible Crown objection to 2nd Quarterly Fee Application; email reply from David Thompson to Dan Hogan | MGM | $375.00 | 0.10 | 37.50 |
| 08/25/10 | Email from Dan Hogan with attached Crown letter to Court arguing plan not confirmable due to decision in Jeld-Wen; | MGM | $375.00 | 0.40 | 150.00 |

|          |                                                                                                                                                                                                                                                                                                                                       |      |          |      |          |
|----------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|------|----------|
|          | *review and consider submissions*                                                                                                                                                                                                                                                                                                     |      |          |      |          |
| 08 /26/10 | *receipt of and respond to various class member inquiries re: status of settlement and Canadian Claims Administration Process*                                                                                                                                                                                                        | DT   | $475.00  | 0.35 | 166.25   |
| 08 /26/10 | *emails to and from Dan Hogan re: fall appearances before the Court*                                                                                                                                                                                                                                                                  | DT   | $475.00  | 0.25 | 118.75   |
| 08 /26/10 | *discuss with Cindy Yates re: July monthly account, receipt Cindy Yates memo, review Matt Moloci dockets entries (July)*                                                                                                                                                                                                              | DT   | $475.00  | 0.25 | 118.75   |
| 08 /26/10 | *Emails from Cindy Yates, Sue McCormick and David Thompson confirming receipt and forwarding of wire transfer payments*                                                                                                                                                                                                               | MGM  | $375.00  | 0.10 | 37.50    |
| 08 /26/10 | *Conference with Cindy Yates regarding July monthly fee application; email from Yates to Karen Harvey with attached July monthly fee application of Scarfone Hawkins; review; email reply from Harvey*                                                                                                                                | MGM  | $375.00  | 0.20 | 75.00    |
| 08 /26/10 | *Email from David Thompson to Dan Hogan regarding upcoming hearings in Delaware; email reply from Hogan; review*                                                                                                                                                                                                                      | MGM  | $375.00  | 0.20 | 75.00    |
| 08 /26/10 | *Emails from and to CDN ZAI PD and PI Claimant, Gary Carson, regarding Pinchin environmental report and anticipated claims process*                                                                                                                                                                                                   | MGM  | $375.00  | 0.20 | 75.00    |
| 08 /26/10 | *review dockets for period July 1, 2010 to July 31, 2010, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson and Matt Moloci, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosed monthly fee application for the period July 1, 2010 to July 31, 2010* | LC   | $90.00   | 5.00 | $450.00  |
| 08 /27/10 | *receipt of and respond to various class member inquiries, etc., memos to and from Bridget Scott, receipt Matt Moloci memo re: Gary Carson*                                                                                                                                                                                           | DT   | $475.00  | 0.40 | 190.00   |
| 08 /27/10 | *Further follow-up by email with David Thompson, Cindy Yates and Sue McCormick regarding wire transfers and payments*                                                                                                                                                                                                                 | MGM  | $375.00  | 0.10 | 37.50    |
| 08 /28/10 | *Email from Dan Hogan forwarding email from Bobbi Ruhlander regarding response to fee auditors initial report*                                                                                                                                                                                                                        | MGM  | $375.00  | 0.10 | 37.50    |
| 08 /30/10 | *emails to and from Dan Hogan, memo to Cindy Yates, receipt email from Karen Harvey and from Dan Hogan, memo to and from Matt Moloci, etc.*                                                                                                                                                                                           | DT   | $475.00  | 0.40 | 190.00   |
| 08 /30/10 | *receipt of and respond to class member inquiries, memos to and from Bridget Scott*                                                                                                                                                                                                                                                   | DT   | $475.00  | 0.25 | 118.75   |
| 08 /30/10 | *Emails from and to Dan Hogan, Karen Harvey and David Thompson regarding fee auditor's initial report and our response; receive Harvey email to Ruhlander; email from Dan Hogan with attached final report from Fee Auditor; review*                                                                                                  | MGM  | $375.00  | 0.30 | 112.50   |
| 08 /30/10 | *Emails from and to Karen Harvey regarding draft July fee application; review and reply to Harvey*                                                                                                                                                                                                                                    | MGM  | $375.00  | 0.10 | 37.50    |
| 08 /31/10 | *receipt of and respond to class member inquiry*                                                                                                                                                                                                                                                                                      | DT   | $475.00  | 0.10 | 47.50    |
| 08 /31/10 | *discuss with Cindy Yates re: fee auditor's final report, emails to and from Karen Harvey, memo to Matt Moloci, review report*                                                                                                                                                                                                        | DT   | $475.00  | 0.35 | 166.25   |

| 08/31/10 | Email from Karen Harvey with attached 5th Fee Application of Scarfone Hawkins, Lauzon Belanger and The Hogan Firm; review and reply to Harvey with comments; further emails from Harvey attaching final versions as served and filed | MGM | $375.00 | 0.30 | 112.50 |
|---|---|---|---|---|---|
| | | | **SUB-TOTAL** | **28.5** | **$10,663.75** |

**TIMEKEEPER SUMMARY**

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON | DT | 14.45 | $475.00 | $6,863.75 | $892.29 |
| MATTHEW G. MOLOCI | MGM | 8.70 | $375.00 | $3,262.50 | $424.13 |
| MIKE STANTON | MS | 0.35 | $250.00 | $87.50 | $11.37 |
| LAW CLERK Cindy Yates 25 years | LC | 5 | $90.00 | $450.00 | $58.50 |
| **SUB-TOTAL:** | | **28.5** | | **$10,663.75** | **$1,386.29** |
| **TOTAL FEES AND TAXES:** | | | | | **$12,050.04** |

**DISBURSEMENTS SUMMARY**

| DATE | DISBURSEMENT | H.S.T EXEMPT | H.S.T NON-EXEMPT | PLUS 13% H.S.T | TOTAL |
|---|---|---|---|---|---|
| 08/01/10 08/31/10 | Postage | | $0.57 | | $0.57 |
| 08/01/10 08/31/10 | Long Distance Calls – Various calls from August 1, 2010 through to August 31, 2010 | | $15.06 | | $15.06 |
| **TOTAL DISBURSEMENTS:** | | | **$15.63** | **$2.03** | **$17.66** |
| **TOTAL FEES, DISBURSEMENTS AND APPLICABLE TAXES:** | | | | | **$12,067.70** |

THIS IS OUR FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.


*Del. Bankr. LR 2016-2(e)(iii) allows for $.10 per page for photocopies.

** HST of 13% came into effect July 1, 2010 replacing GST of 5%