# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
AVOCATS • ATTORNEYS

September 13, 2010

RE :  W.R. GRACE & CO., and al.
      U.S. FEE APPLICATION
      CDN ZAI CLASS ACTION
      Our file :  222

**CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION**
**(August 1st 2010 to August 31st 2010)**

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**Our fees :**

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2010-08-02 | CH | Telephone conversation with a class member re: claim | 0.25 | 285.00 | 71.25 |
| 2010-08-04 | CH | Review of the motion to extend the stay CCAA and 34th Information Officer Report | 0.50 | 285.00 | 142.50 |
| 2010-08-06 | CH | Email to Karen Harvey re: confirmation of receipt of payment from Grace | 0.08 | 285.00 | 22.80 |
| 2010-08-10 | CH | Email to Karen Harvey re: executed certification for 2nd quarterly application | 0.08 | 285.00 | 22.80 |
| 2010-08-12 | CH | Review of 2nd quarterly application for compensation sent by Karen Harvey | 0.33 | 285.00 | 94.05 |
| 2010-08-12 | CH | Email to Karen Harvey re: approval of 2nd quarterly application for compensation | 0.08 | 285.00 | 22.80 |
| 2010-08-12 | MB | Review of Justice Morawetz's order re: extension of stay | 0.25 | 350.00 | 87.50 |
| 2010-08-12 | MB | Review of billing and email to Karen Harvey; | 0.50 | 350.00 | 175.00 |
| 2010-08-16 | MB | Review of emails of the past weeks; | 0.50 | 350.00 | 175.00 |
| 2010-08-18 | CH | Email to Kathy Davis (Rust Consulting) re: DVD of claim files | 0.08 | 285.00 | 22.80 |
| 2010-08-18 | CH | Email to Mr. Thompson and Mr. Moloci re: DVD of claim files from Rust Consulting | 0.17 | 285.00 | 48.45 |
| 2010-08-19 | CH | Review of the Fee Auditor's Initial Report (Dec 2009 -March 2010) | 0.25 | 285.00 | 71.25 |
| 2010-08-19 | CH | Email to Mr. Hogan re: response to Fee Auditor's Initial Report (December 2009 - March 2010) | 0.08 | 285.00 | 22.80 |
| 2010-08-27 | MB | Review of Rust Consulting's database | 3.50 | 350.00 | 1,225.00 |
| **OUR FEES :** | | | **6.65** | | **2,204.00** |

LAUZON BÉLANGER LESPÉRANCE INC. | WWW.LBLAVOCATS.CA
286, RUE ST-PAUL OUEST | BUREAU 100 | MONTRÉAL | QUÉBEC | H2Y 2A3 | TÉLÉPHONE : 514.844.4646 | TÉLÉCOPIEUR : 514.844.7009

TIME SUMMARY BY LAWYER

| MB | 350.00 | 4.75 | 1 662.50 |
| CH | 285.00 | 1.90 | 541.50 |

**TAXABLE DISBURSEMENTS**

| Photocopies (43 X .10¢) | 4.30 |
| Long distance calls | 0.03 |

**TOTAL TAXABLE DISBURSEMENTS**   **4.33**

**TOTAL FEES AND DISBURSEMENTS**   **$ 2,208.33**

| Total G.S.T. | 110.42 |
| Total Q.S.T. | 173.91 |

**TOTAL**   **$ 2,492.66**

# G.S.T.   814682340 RT 0001
# Q.S.T.   1211542736 TQ 0001