# EXHIBIT A

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555    Fax:   (302) 575-1714

WR Grace PD Committee                                                          August 1, 2010   to   Aug 31 2010
                                                                                                     Inv #:      36673

**RE:**      WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 19.00 | 5,094.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.20 | 65.00 |
| B18 | Fee Applications, Others - | 3.30 | 675.00 |
| B2  | Claims Analysis Obj. & Res. (Asbestos) | 0.80 | 260.00 |
| B25 | Fee Applications, Applicant - | 4.70 | 852.50 |
| B3  | Claims Analysis Obj. & Res. (Non-Asb) - | 3.20 | 1,040.00 |
| B36 | Plan and Disclosure Statement - | 2.60 | 695.00 |
| B37 | Hearings - | 0.30 | 97.50 |
| | **Total** | **34.10** | **$8,779.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 270.00 | 3.10 | 837.00 |
| Regina Matozzo | 200.00 | 8.80 | 1,760.00 |
| Theodore J. Tacconelli | 325.00 | 16.30 | 5,297.50 |
| Legal Assistant - SEK | 150.00 | 0.20 | 30.00 |
| Legal Assistant - KC | 150.00 | 5.70 | 855.00 |
| **Total** | | **34.10** | **$8,779.50** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                                                            **$341.85**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Aug-02-10 | *Case Administration* - Review case management memo re: week ending 7-30-2010 | 0.10 | LLC |
| | *Fee Applications, Others* - E-mail from and to L. Flores re: Bilzin's June fee app | 0.10 | LLC |
| | *Fee Applications, Others* - Follow- up e-mail to and from L. Flores re: Bilzin June 2010 fee app | 0.10 | LLC |
| | *Fee Applications, Others* - Review and revise Bilzin June 2010 fee app and prepare certificate of service of service re: same | 0.30 | LLC |
| | *Fee Applications, Others* - Finalize, efile and serve Bilzin June 2010 fee app | 0.40 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review dockets re: status for week ending 7/30/10; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 7/30 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Certificate of No Objection re: Debtors Request for Tolling Agreement re: Plumb Creek | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review memo from R. Matozzo re: transfer of insurance rights to Trust | 0.10 | TJT |
| | *Hearings* - Confer with para re: prepare for 8/9 hearing | 0.10 | TJT |
| | *Case Administration* - Meeting with T. Tacconelli; teleconference with J. Bowen @ J&J Transcribers; request transcript for 8/9 hearing | 0.20 | SEK |
| Aug-03-10 | *Case Administration* - Review order reopening fraudulent conveyance adversary proceedings | 0.10 | LLC |
| | *Case Administration* - Review notice of agenda canceling hearing scheduled for 8-9-2010 | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Hearings* - Review correspondence from J. Sakalo re: 8/9 hearing | 0.10 | TJT |
| Aug-04-10 | *Case Administration* - Confer with TJT re: reopening of certain adversary actions and upcoming filings | 0.20 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review order opening adversary 02-2211 | 0.10 | TJT |
| | *Case Administration* - Confer with L. Coggins re: order opening adversary 02-2211 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review order granting motion by Plum Creek to file Late Proof of Claim | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review corrective entry withdrawing order granting motion by Plum Creek to file Late Proof of Claim | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review order approving Debtors Motion to Approve Settlement with Wausau | 0.10 | TJT |
| | *Hearings* - Review agenda for 8/9 hearing | 0.10 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| Aug-05-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review order opening adversary 02-2210 | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous CNO's filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Notice re: opening adversary 02-02211 | 0.10 | TJT |
| | *Case Administration* - Review debtors Monthly Operating Report for June 2010 | 0.50 | TJT |
| | *Committee, Creditors', Noteholders' or* -Review e-mail from R. Ramphall re: committee meeting | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review order approving tolling agreement between debtors and Plum Creek with attachment | 0.20 | TJT |
| Aug-06-10 | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review notice from Court opening adversary 02-2210 | 0.10 | TJT |
| | *Case Administration* - Review Debtors Motion to Remand FT cases to Bankruptcy Court | 0.20 | TJT |
| Aug-07-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review four declarations filed by PIFCR | 0.20 | TJT |
| Aug-09-10 | *Case Administration* - Review case management memo re: week ending 8-6-2010 | 0.10 | LLC |
| | *Fee Applications, Others* - Confer with KC re: status of Bilzin June fee app | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review dockets re: status for week ending 8/6/10; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review Case Status Memo for week ending 8/6 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Debtor's Motion to Approve Settlement with HDI Gerling with attachments | 1.60 | TJT |
| Aug-10-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Motion to Enforce 2009 Stipulation with NJDEP | 2.20 | TJT |
| Aug-11-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Appendix to Debtor's Motion to Enforce 2009 Stipulation with NJDEP | 1.80 | TJT |
| Aug-12-10 | *Fee Applications, Applicant* - Confer with KC re: preparation of quarterly fee app | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: | 0.30 | RM |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | same | | |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Amended Notice of Hearing re: Debtor's Motion to Enforce 2009 Stipulation with NJDEP | 0.10 | TJT |
| | *Case Administration* - Review Notice of Withdrawal of document filed by Debtors | 0.10 | TJT |
| | *Fee Applications, Applicant* - Discuss preparation of FJP quarterly fee application and related documents with LLC | 0.10 | KC |
| | *Fee Applications, Applicant* - Begin review and calculations for FJP 37th Quarterly fee app | 0.50 | KC |
| Aug-13-10 | *Case Administration* - Review docket re: most recent order setting hearing dates and review same | 0.20 | LLC |
| | *Fee Applications, Others* - Confer with KC re: preparation and finalizing Bilzin 37th quarterly fee app | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin's 37th Quarterly fee app and confer with KC re: finalizing and filing same | 0.30 | LLC |
| | *Fee Applications, Applicant* - Review 37th Quarterly fee app and confer with KC re: finalizing and filing same | 0.20 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Confer with R. Matozzo re: Debtor's Supreme Court appeal, review Supreme Court Rules | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Supreme Court docket re: appeal by debtors of Libby/Montana opinion | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review letter brief by State of Montana re: Grossman's opinion, review cites | 0.80 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to M. Kramer re: Montana Letter brief | 0.20 | TJT |
| | *Case Administration* - Review 2002 service list | 0.20 | KC |
| | *Fee Applications, Others* - E-mail from L. Flores re: Bilzin 37th Quarterly fee app with attachments | 0.10 | KC |
| | *Fee Applications, Others* - Review Bilzin's 37th Quarterly fee application, discuss same with LLC, begin preparation of notice, cos, and exhibit c | 0.80 | KC |
| | *Fee Applications, Applicant* - Preparation of FJP 37th Quarterly fee application and related documents | 1.30 | KC |
| Aug-14-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Order approving Stipulation to Amend Stipulation re: National Union | 0.10 | TJT |
| Aug-16-10 | *Case Administration* - Review case management memo re: week ending 8-13-10 | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* -  Review dockets re: stats for week ending 8/13/10; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.30 | RM |

|  |  |  |  |
|---|---|---|---|
|  | *Case Administration* - Conference with R. Matozzo re: Insurance Rights Transfer research | 0.10 | TJT |
|  | *Case Administration* - Review Case Status Memo for week ending 8/13 | 0.10 | TJT |
|  | *Fee Applications, Others* - Continue preparation of Bilzin's 37th Quarterly fee application and related documents, revision | 0.20 | KC |
|  | *Fee Applications, Others* - Efile Bilzin's 37th Quarterly fee application and related documents and service | 0.20 | KC |
|  | *Fee Applications, Others* - Coordinate service of Notice of Bilzin's 37th Quarterly fee application; Contact Blue Marble re: same | 0.10 | KC |
|  | *Fee Applications, Applicant* - Further draft and revisions of FJP 37th Quarterly fee application | 0.50 | KC |
|  | *Fee Applications, Applicant* - Efile FJP 37th Quarterly fee application | 0.20 | KC |
|  | *Fee Applications, Applicant* - Coordinate service of Notice of FJP's 37th Quarterly fee application, call to Blue Marble re: same | 0.10 | KC |
| Aug-17-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
| Aug-18-10 | *Fee Applications, Applicant* - Review Certificate of No Objection re: June 2010 fee app for filing | 0.10 | LLC |
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* Review Debtors Objection to Motion of J. McGuire for Reconsideration with attachments | 0.60 | TJT |
|  | *Plan and Disclosure Statement* - Review Debtors response to St of Montana Letter Brief | 0.20 | TJT |
|  | *Fee Applications, Applicant* - Review docket for objections and draft Certificate of No Objection, cos of Ferry, Joseph & Pearce's 110th monthly fee app | 0.20 | KC |
|  | *Fee Applications, Applicant* - Efile CNO and cos of 110th monthly fee app, service of same | 0.20 | KC |
| Aug-19-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review 2 miscellaneous CNO's filed by Debtors | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Joinder by Queen in State of Montana Letter Brief | 0.10 | TJT |
| Aug-20-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review supplemental affidavit of Arnet Fox | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Debtors Claim Settlement Notice re: Claim no. 512 with attachment | 0.20 | TJT |
| Aug-21-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review amended 2019 statement by Barron & Budd | 0.10 | TJT |
| Aug-23-10 | *Case Administration* - Review dockets re: stats for week ending 8/20/10; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |

|  |  |  |  |
|---|---|---|---|
|  | *Case Administration* - Review case status memo for week ending 8/20 | 0.10 | TJT |
|  | *Case Administration* - Review current claim information re: value of unsecured claims | 0.10 | TJT |
| Aug-24-10 | *Case Administration* - Review case management memo re: week ending 8-20-2010 | 0.10 | LLC |
|  | *Fee Applications, Others* - Review CNO re: Bilzin's June 2010 fee app | 0.10 | LLC |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review Affidavit of L. Riese | 0.10 | TJT |
|  | *Fee Applications, Others* - Review docket, draft CNO re: Bilzin fee app for June 2010; efile and service of same | 0.40 | KC |
| Aug-25-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review five miscellaneous CNO's filed by Debtors | 0.10 | TJT |
|  | *Case Administration* - Review Fee Auditor's Final Report re: Orrick 25th Interim Period | 0.10 | TJT |
| Aug-26-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review four miscellaneous CNO's filed by PI Committee | 0.10 | TJT |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* -Review correspondence from M. Kramer re: committee meeting | 0.10 | TJT |
| Aug-27-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review Fee Auditors Final Report re: Hogan Firm 12/09 -3/10 Fee App. with attachment | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Review and revise FJ&P July pre-bill, confer with para | 0.50 | TJT |
|  | *Fee Applications, Applicant* - Review and revise statement for FJP's July 2010 fee application | 0.20 | KC |
|  | *Fee Applications, Applicant* - Draft FJP's 111th monthly fee app, notice, cos for month of July 2010 | 0.20 | KC |
|  | *Fee Applications, Applicant* - Efile and serve Ferry, Joseph & Pearce's 111th monthly fee app for July 2010 | 0.20 | KC |
| Aug-28-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Debtor's Motion to Approve Settlement with Hartford with attachment | 0.60 | TJT |
| Aug-30-10 | *Case Administration* - Review case management memo re: week ending 8-27-10 | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Review July 2010 fee app for filing | 0.10 | LLC |
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review dockets re: stats for week ending 8/27/10; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
|  | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.30 | RM |
|  | *Case Administration* - Review Case Status Memo for week ending 8/27 | 0.10 | TJT |

|  |  |  |  |
|---|---|---:|---|
|  | *Case Administration* - Review Fee Auditors Final Report re: J. Baer 26th Interim Period Quarterly Fee App | 0.10 | TJT |
| Aug-31-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review Notice of Withdrawal of document filed by Debtors | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* -Review CNO re: Debtor's Motion to Approve Settlement with TIG Insurance Co. | 0.10 | TJT |
|  | Totals | 34.10 |  |

### DISBURSEMENTS

| | | |
|---|---|---:|
| Aug-09-10 | Cost Advance -  Lexis Nexis - Account # 1402RF; Inv # 1007389572 | 14.23 |
| Aug-10-10 | Photocopy Cost | 0.80 |
|  | Photocopy Cost | 0.70 |
|  | Photocopy Cost | 0.70 |
|  | Photocopy Cost | 0.60 |
| Aug-12-10 | Cost Advance - First State Deliveries - hand delivery 7/28/10 | 6.50 |
| Aug-13-10 | Photocopy Cost | 0.60 |
| Aug-16-10 | Photocopy Cost | 10.80 |
|  | Photocopy Cost | 8.40 |
|  | Cost Advance -  postage | 2.41 |
|  | Cost Advance -  postage | 2.07 |
| Aug-18-10 | Photocopy Cost | 1.80 |
|  | Cost Advance - First State Deliveries - hand deliveries on 8/16/10 | 13.00 |
| Aug-24-10 | Photocopy Cost | 4.20 |
|  | Cost Advance - Blue Marble copies 7.00; service 11.90 (Inv # 43150) | 18.90 |
|  | Cost Advance - Postage - 8 @ $.44 | 3.52 |
| Aug-27-10 | Cost Advance -  First State Deliveries - hand delivery on 8/18/10 | 6.50 |
| Aug-30-10 | Photocopy Cost | 0.60 |
|  | Photocopy Cost | 2.80 |
|  | Cost Advance -  First State Deliveries - hand deliveries on 8/24/10 | 32.50 |
|  | Cost Advance - postage - 1@1.22 | 1.22 |
| Aug-31-10 | Cost Advance - Blue Marble - hand deliveries (Inv # 14097) | 209.00 |
|  | Totals | $341.85 |
|  | **Total Fees & Disbursements** | **$9,121.35** |