

September 13, 2010

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   178645

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH August 31, 2010

.

**CLIENT SUMMARY**

**BALANCE AS OF- 08/31/10**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| 01- Case Administration - .15537 | $0.00 | $666.88 | $666.88 |
| 07 - Applicant's Fee Application - .15543 | $1,465.00 | $0.00 | $1,465.00 |
| 08 - Hearings - .15544 | $99.00 | $0.00 | $99.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) - .15545 | $110.50 | $0.00 | $110.50 |
| 18 - Plan & Disclosure Statement - .15554 | $1,200.50 | $0.00 | $1,200.50 |
| ***Client Total*** | ***$2,875.00*** | ***$666.88*** | ***$3,541.88*** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
200 S. Biscayne Boulevard, Suite 2500, Miami, FL 33131-5340  Tel 305.374.7580  Fax 305.374.7593                    www.bilzin.com

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---:|---:|---:|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Baena, Scott L | 0.30 | $675.00 | $202.50 |
| Kramer, Matthew I | 1.40 | $425.00 | $595.00 |
| Sakalo, Jay M | 1.40 | $495.00 | $693.00 |
| Snyder, Jeffrey I | 1.10 | $340.00 | $374.00 |
| Flores, Luisa M | 4.70 | $215.00 | $1,010.50 |
| | | **TOTAL PROFESSIONAL FEES THIS PERIOD** | ***$2,875.00*** |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---:|
| Fares, Mileage, Parking | $109.50 |
| Long Distance Telephone | $48.65 |
| Lodging | $237.45 |
| Meals | $15.34 |
| Pacer - Online Services | $220.64 |
| Parking | $15.00 |
| Copies | $20.30 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | ***$666.88*** |
| **TOTAL BALANCE DUE THIS PERIOD** | **$3,541.88** |

Atty – SLB
Client No.: 74817/15537

**RE: 01- Case Administration**

**PROFESSIONAL SERVICES** $0.00

**COSTS ADVANCED**

| | | |
|---|---|---|
| 05/28/10 | Long Distance Telephone 1(214)532-4437; 1 Mins. | 1.39 |
| 05/28/10 | Long Distance Telephone 1(312)641-2162; 3 Mins. | 5.56 |
| 05/28/10 | Long Distance Telephone 1(803)943-4444; 15 Mins. | 22.24 |
| 06/08/10 | Long Distance Telephone 1(214)532-4437; 1 Mins. | 1.39 |
| 06/30/10 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: RB0120-Q220106/30/10; DATE: 6/30/2010 - Account#RB0120 | 38.64 |
| 06/30/10 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: RB0120-Q220106/30/10; DATE: 6/30/2010 - Account#RB0120 | 144.00 |
| 06/30/10 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: RB0120-Q220106/30/10; DATE: 6/30/2010 - Account#RB0120 | 38.00 |
| 07/08/10 | Long Distance Telephone 1(302)252-2900; 2 Mins. | 2.78 |
| 07/08/10 | Long Distance Telephone 1(302)252-2900; 2 Mins. | 2.78 |
| 07/08/10 | Long Distance Telephone 1(302)252-2900; 1 Mins. | 2.78 |
| 07/13/10 | Lodging Travel to Delaware - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-07/13/10; DATE: 7/13/2010 - Client - 21938 | 237.45 |
| 07/13/10 | Meals Travel to Delaware - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-07/13/10; DATE: 7/13/2010 - Client - 21938 | 15.34 |
| 07/13/10 | Parking Airport parking - Travel to Delaware - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-07/13/10; DATE: 7/13/2010 - Client - 21938 | 15.00 |
| 07/14/10 | Fares, Mileage, Parking VENDOR: KING LIMOUSINE AND TRANSPORTATION SERVIC; INVOICE#: 121335; DATE: 7/18/2010 - Clients-21938 | 109.50 |
| 08/26/10 | Long Distance Telephone 1(906)337-5745; 7 Mins. | 9.73 |
| 07/31/10 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 07/31/10 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 08/02/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/02/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/02/10 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 08/02/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/02/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/02/10 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 08/02/10 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 08/04/10 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 08/04/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/04/10 | Copies 80 pgs @ 0.10/pg | 8.00 |
| 08/04/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/04/10 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 08/26/10 | Copies 2 pgs @ 0.10/pg | 0.20 |


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | |
|---|---:|
| **TOTAL COSTS ADVANCED** | **$666.88** |

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| **TOTAL** | **0** | | **$0.00** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---:|
| Fares, Mileage, Parking | $109.50 |
| Long Distance Telephone | $48.65 |
| Lodging | $237.45 |
| Meals | $15.34 |
| Pacer - Online Services | $220.64 |
| Parking | $15.00 |
| Copies | $20.30 |
| ***TOTAL*** | ***$666.88*** |

| | |
|---|---:|
| **CURRENT BALANCE DUE THIS MATTER** | **$666.88** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15543

**RE: 07 - Applicant's Fee Application**

| Date | Tkpr | Hours | Amount | Description |
|---|---|---|---|---|
| 08/02/10 | LMF | 1.20 | 258.00 | Prepare quarterly application for Bilzin Sumberg. |
| 08/04/10 | LMF | 0.40 | 86.00 | Review fee auditor's report and meet with accounting regarding same. |
| 08/09/10 | JIS | 0.50 | 170.00 | Review and revise July prebill. |
| 08/10/10 | JIS | 0.40 | 136.00 | Review and revise 37th quarterly interim fee application. |
| 08/12/10 | LMF | 0.90 | 193.50 | Revise and finalize quarterly application and send to local counsel for filing. |
| 08/20/10 | LMF | 1.40 | 301.00 | Meet with accounting and prepare draft of response to fee auditor's interim report for 36th fee period. |
| 08/24/10 | LMF | 0.80 | 172.00 | Attend to emails with attorneys, finalize response to fee auditor report and submit to fee auditor. |
| 08/24/10 | JMS | 0.30 | 148.50 | Review and revise response to 36th fee auditor's report (.3). |

**PROFESSIONAL SERVICES** $1,465.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.30 | $495.00 | $148.50 |
| Snyder, Jeffrey I | 0.90 | $340.00 | $306.00 |
| Flores, Luisa M | 4.70 | $215.00 | $1,010.50 |
| **TOTAL** | **5.90** | | **$1,465.00** |

**CURRENT BALANCE DUE THIS MATTER** $1,465.00

**Atty – SLB**
**Client No.: 74817/15544**

**RE:  08 - Hearings**

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 08/03/10 | JMS | 0.20 | 99.00 | Review hearing agenda and email to committee thereon (.2). |

**PROFESSIONAL SERVICES**   $99.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.20 | $495.00 | $99.00 |
| **TOTAL** | **0.20** | | **$99.00** |

**CURRENT BALANCE DUE THIS MATTER**   $99.00

Atty – SLB
Client No.: 74817/15545

**RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| 08/26/10 | JIS | 0.20 | 68.00 | Call from ZAI claimant and conference with M. Kramer thereon. |
| 08/26/10 | MIK | 0.10 | 42.50 | Telephone conference with ZAI claimant regarding status of case. |

**PROFESSIONAL SERVICES** $110.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- |
| Kramer, Matthew I | 0.10 | $425.00 | $42.50 |
| Snyder, Jeffrey I | 0.20 | $340.00 | $68.00 |
| **TOTAL** | **0.30** | | **$110.50** |

**CURRENT BALANCE DUE THIS MATTER** $110.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15554**

**RE: 18 - Plan & Disclosure Statement**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 08/05/10 | SLB | 0.30 | 202.50 | Email from and to T. Brandi regarding status (.3). |
| 08/12/10 | MIK | 0.90 | 382.50 | Review State of Montana letter brief (.3); review amended stipulation regarding classification (.1); review Debtors' motion to enforce stipulation against NJEPA (.5). |
| 08/16/10 | JMS | 0.50 | 247.50 | Review letter brief by State of Montana regarding Jeld-Wen decision (.5). |
| 08/18/10 | JMS | 0.40 | 198.00 | Review Grace's letter response to State of Montana letter regarding JELD-WEN (.4). |
| 08/27/10 | MIK | 0.40 | 170.00 | Review insurer settlement motion. |

**PROFESSIONAL SERVICES** $1,200.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.30 | $675.00 | $202.50 |
| Kramer, Matthew I | 1.30 | $425.00 | $552.50 |
| Sakalo, Jay M | 0.90 | $495.00 | $445.50 |
| **TOTAL** | **2.50** | | **$1,200.50** |

**CURRENT BALANCE DUE THIS MATTER** $1,200.50

.