## EXHIBIT A

## August 2010 Fee Detail

**Matter 3**                                     **Business Operations**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 8/17/10 | Confer with J. McFarland and R. Higgins re Hedging Contact issues (.30). | 0.30 | $625 | $ 187.50 |
| JSB | 8/18/10 | Confer with R. Higgins re DIP/ Hedging agreement issues (.30); confer with R. Higgins re IRS refund issue (.20); review correspondence re same (.40). | 0.90 | $625 | $ 562.50 |
| Total | | | 1.20 | | $ 750.00 |

| Matter 4 | | Case Administration | | | |
|---|---|---|---|---|---|
| **Attorney** | **Date** | **Description** | **Time** | **Rate** | **Amount** |
| JSB | 8/3/10 | Participate in Company Call re status of all matters (.60); confer with D. Boll re legal assistant projects and related issues (.30); review critical dates list (.20). | 1.10 | $625 | $ 687.50 |
| JSB | 8/9/10 | Review new claimant letter and follow up re same (.30); review recently filed pleadings and attend to same (.30). | 0.60 | $625 | $ 375.00 |
| JSB | 8/10/10 | Review and attend to newly filed pleadings (.40); respond to several inquiries re case status and related issues (.40); confer with R. Finke re stay/ bar date questions (.30). | 1.10 | $625 | $ 687.50 |
| JSB | 8/11/10 | Review additional materials from Grace billing vendor and confer with vendor re same (.50). | 0.50 | $625 | $ 312.50 |
| JSB | 8/16/10 | Review newly filed pleadings and case inquiries, respond and attend to same (.70). | 0.70 | $625 | $ 437.50 |
| JSB | 8/25/10 | Confer with D. Boll re DOE billing and code issues (.30); prepare correspondence re same (.30); confer with B. Stansbury re case status and BNSF status (.30). | 0.90 | $625 | $ 562.50 |
| JSB | 8/26/10 | Prepare follow up correspondence re Kazan discovery inquiry (.30); review and respond to several case inquiries (.30). | 0.60 | $625 | $ 375.00 |
| JSB | 8/31/10 | Review newly filed pleadings and correspondence and attend to same (.80). | 0.80 | $625 | $ 500.00 |
| Total | | | 6.30 | | $3,937.50 |

| | Matter 6 | | Claims Analysis Objection and Resolution (Non-Asbestos). | | | |
|---|---|---|---|---|---|---|
| **Attorney** | **Date** | | **Description** | **Time** | **Rate** | **Amount** |
| JSB | 8/2/10 | | Confer with R. Higgins re remaining Employee claims and related issues (.40). | 0.40 | $625 | $ 250.00 |
| RJH | 8/2/10 | | Exchange correspondence with C. Finke and I. Slomka re Massachusetts tax settlement issue (.50); exchange correspondence with E. Lieb re Byers and McGuire employee claims issues (.50); exchange correspondence with J. Carignan re Hanmar/Hankin issue (.40); confer with J. Baer re reclassified employee claims issue (.40); develop report re same (1.40). | 3.20 | $475 | $1,520.00 |
| RJH | 8/4/10 | | Prepare letter to S. Byers for transmittal (.80). | 0.80 | $475 | $ 380.00 |
| RJH | 8/5/10 | | Exchange correspondence with client and others re Massachusetts settlement issues (.50). | 0.50 | $475 | $ 237.50 |
| RJH | 8/6/10 | | Exchange correspondence with C. Finke and I. Slomka and telephone conference with same re Massachusetts tax settlement agreement (.80). | 0.80 | $475 | $ 380.00 |
| RJH | 8/10/10 | | Draft objection to McGuire motion (2.20); revise Massachusetts tax settlement agreement and circulate same for comment (2.50). | 4.70 | $475 | $2,232.50 |
| JSB | 8/11/10 | | Confer with R. Higgins re J. McGuire employee claim issue and other matters (.50). | 0.50 | $625 | $ 312.50 |
| RJH | 8/11/10 | | Draft objection to McGuire motion (2.20); confer with J. Baer re same and other matters (.50); review and analyze counsel comments to Rowe/Indmar stipulation and exchange correspondence with various parties re same (.80). | 3.50 | $475 | $1,662.50 |
| JSB | 8/12/10 | | Review/ revise McGuire objection (.40); review revisions to Rowe/ Indmar Stipulation (.20). | 0.60 | $625 | $ 375.00 |
| RJH | 8/12/10 | | Draft and revise objection to McGuire motion (2.50); exchange correspondence with various parties re same (.50); draft affidavit in support of same (1.70). | 4.70 | $475 | $2,232.50 |
| RJH | 8/13/10 | | Draft and revise report on status of claims formerly classified as employee claims (6.50); exchange correspondence with various parties re Norfolk Southern (.80); telephone conference with J. Hughes re same and other issues (.30); telephone conference with E. Wolfe et al. re same (.80). | 8.40 | $475 | $3,990.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 8/16/10 | Review materials from BMC re claims formerly classified as employee claims and confer with R. Higgins re same (.40); confer with R. Higgins re MA DOR settlement agreement status and strategy (.30); review further comments re MA DOR matters (.10); review revised "employee" claims list and transmittal (.30). | 1.10 | $625 | $ 687.50 |
| RJH | 8/16/10 | Draft and revise reports on status of claims formerly classified as employee claims and exchange correspondence re same (3.10); exchange correspondence with C. Finke and I. Slomka re Massachusetts tax settlement (.60); telephone conference with C. Finke and I. Slomka re same (.40); legal research and consider issues re same (1.80); confer with J. Baer re various claims issues (.40); telephone conference with E. Lieb re employee claim issues and exchange correspondence with various parties re same (.50); exchange correspondence with various parties re objection to McGuire motion to reconsider (.40). | 7.20 | $475 | $3,420.00 |
| JSB | 8/17/10 | Review revised McGuire objection and further revise and confer re same (.40); review correspondence re MA DOR matter (.30); review Norfolk Southern status and confer with R. Higgins re follow up re same (.30). | 1.00 | $625 | $ 625.00 |
| RJH | 8/17/10 | Telephone conferences with J. Forgach and E. Lieb re employee claims issues and exchange correspondence re same (.90); revise objection to McGuire motion to reconsider and prepare same for filing (3.20); review and revise Massachusetts tax settlement agreement and exchange correspondence with various parties re same (1.40). | 5.50 | $475 | $2,612.50 |
| RJH | 8/18/10 | Attend to various claims issues and exchange correspondence with various parties re same (1.00); draft notice for North Carolina stipulation and prepare same for filing (1.50); prepare Rowe-Indmar stipulation for execution and circulate same (.50); exchange correspondence with various parties re Standard Chain (.40); telephone conference with C. Finke re various tax claim issues (.60); telephone conference with J. Hughes re Norfolk Southern (.50). | 4.50 | $475 | $2,137.50 |
| JSB | 8/19/10 | Review further correspondence re Tax refund issue (.20); review "Employee Claim" charts for client call (.30); confer with J. McFarland re Walters Claim and prepare transmittal re same (.30); participate in conference with Grace and R. Higgins re "Employee claims" and related issues (.70); confer re Walters and other claim issues (.30). | 1.80 | $625 | $1,125.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 8/19/10 | Exchange correspondence and telephone conference with B. Smith re employee claim (.90); consider issues and exchange correspondence with various parties re same (.60); prepare notice of settlement for Rowe-Indmar (1.00); exchange correspondence with J. Carignan re Hanmar/Hankin proof of claim (.40); exchange correspondence and consider issues re Massachusetts tax settlement (.80); prepare for and participate in telephone conference with R. Finke et al. re reclassified claims report and follow up re same (.80). | 4.50 | $475 | $2,137.50 |
| JSB | 8/23/10 | Review correspondence re Aon Consulting and follow up re same (.30); review correspondence re Wolter claim (.30). | 0.60 | $625 | $ 375.00 |
| RJH | 8/23/10 | Analyze client documents and legal research re Nebraska tax issue (1.70); telephone conference with C. Finke re same (.50); exchange correspondence with various parties re open settlement issues (.90); attend to issues re reclassified claims (.50); analyze Wolter claim and exchange correspondence with J. McFarland re same (.50). | 4.10 | $475 | $1,947.50 |
| RJH | 8/24/10 | Analyze issues re Wolter and Owens claims and exchange correspondence with various parties re same (1.30); telephone conference with M. Araki re same (.40); telephone conference with C. Finke re Nebraska tax issue (.50); research and analysis and exchange correspondence with various parties re issue (1.00); Review and analyze issues re North Carolina tax settlement (.30); exchange correspondence with A. Krieger re same (.30). | 3.80 | $475 | $1,805.00 |
| RJH | 8/25/10 | Legal research and analysis re Nebraska tax claim issue (.90); confer with J. Baer re same (.50); draft and exchange correspondence with various parties re same (.90). | 2.30 | $475 | $1,092.50 |
| JSB | 8/26/10 | Confer with R. Emmett re Seaboard claim issues (.30); review and respond to correspondence re North Carolina claim issues (.30); confer with R. Higgins re NJDEP order (.20); confer with R. Higgins re Nebraska tax claim and review correspondence re same (.40); review Seaboard POC and prepare correspondence and suggested offer re same (.80); review and respond to further Seaboard correspondence (.30). | 2.30 | $625 | $1,437.50 |
| RJH | 8/26/10 | Analyze issues re Nebraska tax matter and exchange correspondence with client and others re same (.60); analysis of creditors committee inquiry re North Carolina tax settlement issues and draft correspondence with committee counsel re same (.90). | 1.50 | $475 | $ 712.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 8/27/10 | Consider issues re employee claims and exchange correspondence with various parties re same (.50); exchange correspondence with various parties re Massachusetts tax settlement agreement (.30). | 0.80 | $475 | $ 380.00 |
| RJH | 8/30/10 | Exchange correspondence with E. Lieb re J. McGuire (.30); exchange correspondence with S. Tetro re Rowe/Indmar (.30); telephone conference with C. Finke re Nebraska and other open tax issues (.50). | 1.10 | $475 | $ 522.50 |
| Total | | | 70.20 | | $34,590.00 |

| | | Matter 10 | Employment Applications, Others | | | |
|---|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| JSB | 8/2/10 | Confer with Kaye Scholer counsel re monthly and quarterly fee application issues (.40); prepare correspondence re same (.30). | 0.70 | $625 | $ 437.50 |
| JSB | 8/6/10 | Confer with D. Boll re conflict affidavits and issues re Arent Fox (.30); review and respond to correspondence re same (.30). | 0.60 | $625 | $ 375.00 |
| JSB | 8/18/10 | Confer with counsel at Arent Fox firm re revised OCP affidavit (.20). | 0.20 | $625 | $ 125.00 |
| Total | | | 1.50 | | $ 937.50 |

**Matter 11**                                    **Fee Applications, Applicant**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 8/2/10 | Prepare July fee application documents (.50). | 0.50 | $475 | $ 237.50 |
| JSB | 8/16/10 | Review and revise July fee detail (.40); review fee auditor report for first quarter 2010 and confer with R. Higgins re same (.30). | 0.70 | $625 | $ 437.50 |
| JSB | 8/17/10 | Prepare response to Fee Auditor Report on 2010 1st Quarterly Application and confer re same (1.00); prepare July expense application (.50). | 1.50 | $625 | $ 937.50 |
| JSB | 8/24/10 | Final review of July fee statement and prepare transmittal re same (.40); confer with billing consultant re issues on new Grace electronic billing system and preparation of court fee applications (1.00). | 1.40 | $625 | $ 875.00 |
| RJH | 8/24/10 | Prepare for and attend meeting re implementation of Grace billing system (1.00). | 1.00 | $475 | $ 475.00 |
| JSB | 8/25/10 | Review Final July Fee Application (.40). | 0.40 | $625 | $ 250.00 |
| RJH | 8/25/10 | Prepare July fee application (2.50). | 2.50 | $475 | $1,187.50 |
| JSB | 8/26/10 | Confer with R. Higgins and review materials re July 2010 fee application (.30). | 0.30 | $625 | $ 187.50 |
| RJH | 8/26/10 | Prepare and revise July fee application (.50). | 0.50 | $475 | $ 237.50 |
| Total | | | 8.80 | | $4,825.00 |

| | Matter 12 | | Fee Applications, Others | | | |
|---|---|---|---|---|---|---|
| **Attorney** | **Date** | | **Description** | **Time** | **Rate** | **Amount** |
| JSB | 8/3/10 | | Review and revise draft motion to reinstate reference on Fraudulent Conveyance proceeding in order to enter outstanding fee orders (.70); prepare same for filing (.30); review and respond to correspondence re same (.20). | 1.20 | $625 | $ 750.00 |
| JSB | 8/12/10 | | Confer with Kaye Scholer re Quarterly fee application questions (.30). | 0.30 | $625 | $ 187.50 |
| JSB | 8/16/10 | | Review Canadian Counsel's fee applications for April and the second quarter of 2010 (1.00); prepare comments and analysis re same (1.50). | 2.50 | $625 | $1,562.50 |
| JSB | 8/17/10 | | Review and respond to further correspondence re Canadian fee application issues (.70); review correspondence from the Canadian Crown re same and respond (.40). | 1.10 | $625 | $ 687.50 |
| JSB | 8/18/10 | | Confer with Grace and Canadian Counsel re Special Counsel retention and fee issues (.50). | 0.50 | $625 | $ 312.50 |
| JSB | 8/19/10 | | Review Canadian applications re Crown issues (.30); review correspondence re same and prepare response (.30). | 0.60 | $625 | $ 375.00 |
| JSB | 8/24/10 | | Confer with D. Hogan re fee application issues and related matters and prepare correspondence re same (.30). | 0.30 | $625 | $ 187.50 |
| Total | | | | 6.50 | | $4,062.50 |

9

**Matter 13**                                                         **Financing**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 8/17/10 | Telephone conference with J. McFarland re financing arrangements (.50). | 0.50 | $475 | $ 237.50 |
| RJH | 8/18/10 | Analyze L/C Facility documents re client issue (1.00); telephone conference with J. McFarland re same (.50). | 1.50 | $475 | $ 712.50 |
| Total |  |  | 2.00 |  | $ 950.00 |

| Matter 14 | | | Hearings | | | |
|---|---|---|---|---|---|---|
| **Attorney** | **Date** | **Description** | **Time** | **Rate** | **Amount** |
| JSB | 8/2/10 | Review and respond to correspondence re Plum Creek matter and hearing agenda and confer re same (.40). | 0.40 | $625 | $ 250.00 |
| RJH | 8/27/10 | Review and revise agenda (.40); confer with J. Baer re same (.30); exchange correspondence with J. O'Neill et al. re same (.30). | 1.00 | $475 | $ 475.00 |
| RJH | 8/30/10 | Review agenda and related correspondence and consider issues re same (.30). | 0.30 | $475 | $ 142.50 |
| Total | | | 1.70 | | $ 867.50 |

| | Matter 15 | | Litigation and Litigation Consulting | | | |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 8/2/10 | Confer with R. Higgins, J. Hughes, and E. Moeller, re contested claim issues (1.10); review materials re same (.30); further confer with R. Higgins re same (.40); confer re Plum Creek order (.30); review revised National Union Stipulation (.30). | 2.40 | $625 | $1,500.00 |
| RJH | 8/2/10 | Analyze client documents and claimant filings re contested claim issue (3.50); telephone conference with client re same (1.30); confer with J. Baer re same (.40); exchange correspondence with J. Baer and others re NJDEP issues (.30). | 5.50 | $475 | $2,612.50 |
| JSB | 8/3/10 | Review and respond to several inquiries re contested claim (.40); prepare correspondence re revised National Union Stipulation (.40); prepare correspondence re status of NJDEP motion and follow up re same (.40); participate in call with Grace and co-counsel re Otis Consent Decree (.80); review comments from NuStar re Otis PPA and respond re same (.30); review correspondence to Samson re Consent Decree on Otis (.20); review files for Kinsella Bar Date Plan re Plum Creek issues (.30). | 2.80 | $625 | $1,750.00 |
| RJH | 8/3/10 | Telephone conferences with client re contested claim issues (.90); analyze issues and documents re same (3.20); exchange correspondence with J. Baer re same (.30). | 4.40 | $475 | $2,090.00 |
| JSB | 8/4/10 | Review and substantially revise motion re NJDEP Hamilton matter (3.80); confer with R. Higgins several times re same (.50); review and revise letter to NJDEP re issues (.80); confer re same (.30); review and respond to correspondence re NJDEP issues (.30). | 5.70 | $625 | $3,562.50 |
| RJH | 8/4/10 | Confer with J. Baer re NJDEP matters (.50); analyze contested claim issues (2.50); draft and revise NJDEP motion (8.60); revise NJDEP letter and circulate same (1.00). | 12.60 | $475 | $5,985.00 |
| JSB | 8/5/10 | Review and further revise NJDEP motion (1.50); confer with R. Higgins several times re same (.50); review correspondence re NJDEP letter and respond re same (.70); review revised NJDEP letter (.30); review further revised NJDEP motion (1.00); confer with R. Higgins re same (.40). | 4.40 | $625 | $2,750.00 |
| RJH | 8/5/10 | Draft and revise NJDEP motion (6.80); legal research and analyze issues re same (4.40). | 11.20 | $475 | $5,320.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 8/6/10 | Participate in call with client re NJDEP issues (.50); further confer with R. Higgins re same (.30); review revised NJDEP motion and comments from co-counsel and revise same (2.00). | 2.80 | $625 | $1,750.00 |
| RJH | 8/6/10 | Prepare for and participate in telephone conference with client and others re NJDEP letter (.70); revise draft letter (.30); telephone conference with B. Moffitt re same (.60); confer with J. Baer re NJDEP issues (.50); revise motion and prepare exhibit list re same (6.50). | 8.60 | $475 | $4,085.00 |
| JSB | 8/7/10 | Further revise Motion re NJDEP matter (4.10); prepare correspondence re same (.40). | 4.50 | $625 | $2,812.50 |
| RJH | 8/7/10 | Review and exchange correspondence with various parties re NJDEP (.50); draft and revise motion and exhibits (1.50); confer with J. Baer re same (.30). | 2.30 | $475 | $1,092.50 |
| RJH | 8/7/10 | Draft and revise NJDEP motion (1.30). | 1.30 | $475 | $ 617.50 |
| JSB | 8/9/10 | Review and further revise NJDEP motion (.80); review correspondence and respond to same (.40); confer with R. Higgins re same (.30); review Marchetta affidavit and comments from J. Donley on NJDEP Motion (.30); confer with T. Freedman and J. Donley re NJDEP motion (.50); confer further with R. Higgins re same (.40); prepare COC re National Union Amended Stipulation (.80); prepare correspondence re same (.30); review further revised NJDEP Motion and confer re same (1.50); final review and revisions to NJDEP motion introduction and confer re same (.50). | 5.80 | $625 | $3,625.00 |
| RJH | 8/9/10 | Revise and draft NJDEP motion and prepare exhibits re same (9.50); exchange correspondence with various parties re same (.60); prepare same for filing (.80); engage in planning re NJDEP matter (.60); telephone conferences with B. Moffitt re same (.90); prepare for and participate in telephone conference with J. Donley, T. Freedman and J. Baer re same (.50). | 12.90 | $475 | $6,127.50 |
| JSB | 8/10/10 | Review final NJDEP motion and prepare correspondence re follow up and reply issues (.50); confer with K. Kinsella re Plum Creek related notice issues (.30); confer with counsel for Samson re Consent Decree comments re Otis Pipeline (1.30). | 2.10 | $625 | $1,312.50 |
| RJH | 8/10/10 | Exchange correspondence with various parties re NJDEP motion issues (1.80); engage in planning re NJDEP matter (.80); analyze client documents and claimant filings re contested claim issue and exchange correspondence with J. Hughes re same (.70). | 3.30 | $475 | $1,567.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 8/11/10 | Confer with R. Higgins re NJDEP status (.30); review most recent comments to Otis Consent Decree and respond re same (.30); review correspondence re potential NJDEP reply issues (.20); review 2002 Bar Date Publication Plan re Plum Creek Libby issue (.50); prepare follow up summary and correspondence re same (.50); confer with R. Higgins re Plum Creek issues (.30); confer with R. Higgins and J. Hughes re contested claim (.70); prepare NJDEP complaint (1.60). | 4.40 | $625 | $2,750.00 |
| RJH | 8/11/10 | Analyze client documents and claimant filings re contested claim issue (1.80); telephone conference with client re same (.60); exchange correspondence with S. Stamoulis and others re same (.30); review and analyze Plum Creek papers and legal research re particular issues arising from same (.70). | 3.40 | $475 | $1,615.00 |
| JSB | 8/12/10 | Continue preparation of NJDEP Complaint (4.70); review Otis Consent Decree revisions and comments re same (.30); review correspondence re Nebraska tax matter and prepare correspondence re same (.30); confer with R. Higgins re NJDEP matters (.30); review further revised Otis Consent Decree and comments to PPA from Samson (.40). | 6.00 | $625 | $3,750.00 |
| RJH | 8/12/10 | Analyze client documents and claimant filings re contested claim issue (1.00). | 1.00 | $475 | $ 475.00 |
| RJH | 8/13/10 | Telephone conference with S. Stamoulis re contested claim (.50). | 0.50 | $475 | $ 237.50 |
| JSB | 8/16/10 | Review correspondence on Norfolk Southern and confer with R. Higgins re same (.30). | 0.30 | $625 | $ 187.50 |
| RJH | 8/16/10 | Analyze contested claim documents and filings (2.50); exchange correspondence with various parties re same (.20). | 2.70 | $475 | $1,282.50 |
| JSB | 8/17/10 | Review draft Seaboard Group Stipulation and provide revisions re same (.40); review correspondence on NJDEP report and prepare comments re same (.30). | 0.70 | $625 | $ 437.50 |
| RJH | 8/17/10 | Review and analyze issues re NJDEP matter and exchange correspondence with various parties re same (1.00). | 1.00 | $475 | $ 475.00 |
| JSB | 8/18/10 | Review revisions from Samson re PPA and Otis and respond re same (.30). | 0.30 | $625 | $ 187.50 |
| JSB | 8/19/10 | Review most recent PPA re Otis forwarded to NuStar and Samson (.30); follow up re MA DEP settlement (.20); review materials and docket for preparation of MA DEP settlement motion (.50). | 1.00 | $625 | $ 625.00 |
| JSB | 8/20/10 | Review correspondence re NJDEP status and respond re same (.30). | 0.30 | $625 | $ 187.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 8/20/10 | Exchange correspondence with J. Baer and others re NJDEP matter and consider issues re same (.60); analyze client documents re contested claim (.80). | 1.40 | $475 | $ 665.00 |
| JSB | 8/23/10 | Follow up re NJDEP status (.30); review and respond to correspondence re same (.40). | 0.70 | $625 | $ 437.50 |
| RJH | 8/23/10 | Exchange correspondence with various parties re NJDEP matter (.60); analyze client documents and consider issues re same (1.50); analyze client documents and filings re contested claim matter (.50). | 2.60 | $475 | $1,235.00 |
| JSB | 8/24/10 | Review APU, Amtrak and Multi Site Agreement re NJDEP issues (.50); Confer with R. Higgins re same (.50); Confer with Grace and New Jersey counsel re NJDEP issues (.50); review and respond to correspondence re Seaboard group settlement (.60). | 2.10 | $625 | $1,312.50 |
| RJH | 8/24/10 | Confer with J. Baer re NJDEP matter (.70); legal research re same (.90); prepare for and participate in call with client and others re same (.60). | 2.20 | $475 | $1,045.00 |
| JSB | 8/25/10 | Review correspondence re Seaboard (.20); confer with R. Emmett re same (.20); prepare response re same (.20); review correspondence re NJDEP and confer with R. Higgins re same (.30); review correspondence from URS re Hamilton Non-Asbestos matters (.20); review further correspondence from Seaboard counsel (.40). | 1.50 | $625 | $ 937.50 |
| JSB | 8/26/10 | Review draft NJDEP letter and confer with R. Higgins re same (.30); prepare revisions to same and draft order (.40); review Western Minerals letter and information request (.20); further revise NJDEP letter and prepare transmittal re same (.30). | 1.20 | $625 | $ 750.00 |
| RJH | 8/26/10 | Consider issues re NJDEP and confer with J. Baer re same and other issues (.50); review and revise draft letter agreement and draft form of order re same (1.20). | 1.70 | $475 | $ 807.50 |
| RJH | 8/27/10 | Review draft NJDEP letter agreement and related correspondence and consider issues re same (.40). | 0.40 | $475 | $ 190.00 |
| RJH | 8/30/10 | Exchange correspondence with various parties and telephone conference with M. Araki re contested claim (.50). | 0.50 | $475 | $ 237.50 |
| JSB | 8/31/10 | Confer with A. Krieger re status of NJDEP matter (.30); confer with R. Higgins ( several conferences). re issue on claims information and contested claim demands (.40); prepare Motion to approve MADEP Stipulation on Claims (3.50); confer with R. Emmett re Seaboard claim and issues re same (.30); revise MADEP Motion and Order (.80); confer with R. Higgins re Seaboard issues (.30). | 5.60 | $625 | $3,500.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 8/31/10 | Telephone conference with F. Zaremby re contested claim issue (.50); confer with J. Baer re same (.50); exchange correspondence with various parties re same (.30); telephone conference with F. Zaremby and M. Araki re same (.60). | 1.90 | $475 | $ 902.50 |
| Total | | | 136.00 | | $72,790.00 |

| | | Matter 16 | | Plan and Disclosure Statement | |
|---|---|---|---|---|---|

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 8/2/10 | Confer with T. Freedman re case Strategy/ Status and upcoming hearings (.30). | 0.30 | $625 | $ 187.50 |
| JSB | 8/12/10 | Review State of Montana letter brief re Grossman's decision (.30); prepare correspondence re same (.20). | 0.50 | $625 | $ 312.50 |
| JSB | 8/16/10 | Review draft letter re Montana issues, respond to inquiries and comments re same (.50). | 0.50 | $625 | $ 312.50 |
| JSB | 8/18/10 | Confer with R. Higgins re appeal issues (.40); confer with T. Freedman re same (.30); confer further with J. O'Neill and T. Freedman re same (.30); confer with R. Higgins further and review correspondence from D. Boll re same (.30). | 1.30 | $625 | $ 812.50 |
| RJH | 8/18/10 | Consider issues and legal research re confirmation issues (.80). | 0.80 | $475 | $ 380.00 |
| JSB | 8/19/10 | Review Crown Joinder (.20); review correspondence re section 524(g) procedure/appeal issues (.30); confer with counsel for PI claimants re questions on document issues on claims (.20); prepare correspondence re same (.20). | 0.90 | $625 | $ 562.50 |
| JSB | 8/20/10 | Review Plan and chart dates and deadlines for effective date and related time frames (3.00); review correspondence re District Court confirmation of Plans (.30). | 3.30 | $625 | $2,062.50 |
| JSB | 8/23/10 | Review and respond to correspondence on Plan objection status (.30); continue review of Plan to chart due dates and deliverables (1.50); prepare chart re Plan deliverables (1.50); confer with M. Shelnitz re Plan issues (.50). | 3.80 | $625 | $2,375.00 |
| JSB | 8/24/10 | Review and respond to various correspondence re Plan confirmation questions and confer with J. O'Neill re same (.40); review draft chart re Plan due dates and revise same (.70); prepare transmittal re same (.20). | 1.30 | $625 | $ 812.50 |
| RJH | 8/24/10 | Analyze issues and exchange correspondence with various parties re Canadian settlement issue (.80). | 0.80 | $475 | $ 380.00 |
| JSB | 8/25/10 | Confer with R. Higgins re Plan checklist (.20); review and further revise same (.30). | 0.50 | $625 | $ 312.50 |
| JSB | 8/25/10 | Confer with R. Higgins re Nebraska tax issues (.60); review correspondence re same (.20). | 0.80 | $625 | $ 500.00 |
| RJH | 8/25/10 | Review and revise draft effective date checklist (2.50). | 2.50 | $475 | $1,187.50 |
| JSB | 8/26/10 | Review further revised Plan checklist (.40). | 0.40 | $625 | $ 250.00 |
| Total | | | 17.70 | | $10,447.50 |

| Matter 18 | | | Tax Issues | | | |
|---|---|---|---|---|---|---|
| **Attorney** | **Date** | **Description** | **Time** | **Rate** | **Amount** |
| RJH | 8/18/10 | Analysis re tax refund matter (.70); telephone conference with N. Keller re same (.50); telephone conference with C. Finke re same (.50). | 1.70 | $475 | $ 807.50 |
| RJH | 8/30/10 | Exchange correspondence with various parties re tax refund matter (.20). | 0.20 | $475 | $ 95.00 |
| Total | | | 1.90 | | $ 902.50 |