# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline**: October 19, 2010, at 4:00 p.m. |
| | ) | **Hearing Date:**     TBD only if necessary |

## FEE DETAIL FOR KIRKLAND & ELLIS LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM AUGUST 1, 2010 THROUGH AUGUST 31, 2010

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

### Matter 16 - Asset Analysis and Recovery - Fees

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 8/19/2010 | Lisa G Esayian | 1.00 | Revise ACC's draft submission to Integrity liquidator re Grace asbestos claims and coverage. |
| | Total: | 1.00 | |

**<u>Matter 19 - Claims Analysis Objection and Resolution (Non-Asbestos) - Fees</u>**

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Narrative</u> |
|---|---|---|---|
| 8/6/2010 | Deanna D Boll | .50 | Confer with M. Araki re non-asbestos claims issues and review same. |
| 8/9/2010 | Deanna D Boll | .50 | Analyze non-asbestos claims issues and confer with M. Araki re same. |
| 8/30/2010 | Deanna D Boll | .50 | Confer with J. Baer, R. Higgins, F. Zaremby and M. Araki re claims issues involving Neucrete. |
| 8/31/2010 | Christopher T Greco | .20 | Correspond with R. Higgins re claims trader. |
| | Total: | 1.70 | |

## Matter 20 - Case Administration - Fees

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 8/2/2010 | Mathias M Mondino | 1.00 | Review and distribute docket update. |
| 8/3/2010 | Deanna D Boll | .50 | Confer with J. Baer, R. Higgins and L. Esayian re legal assistant assignments. |
| 8/4/2010 | Deanna D Boll | 1.30 | Confer with J. Baer re Arent Fox and update master conflicts list. |
| 8/5/2010 | Mathias M Mondino | 1.00 | Review and distribute docket update. |
| 8/17/2010 | Sofia Sheth | 2.50 | Update conflicts list and distribute to D. Boll for review. |
| 8/17/2010 | Deanna D Boll | .50 | Confer with S. Sheth re updates to master conflicts list and review and edit same. |
| 8/17/2010 | Beth Friedman | .50 | Review schedules re conflicts. |
| 8/23/2010 | Mathias M Mondino | 1.50 | Review and distribute docket update. |
| | Total: | 8.80 | |

## **Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees**

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 8/13/2010 | Lisa G Esayian | .30 | Correspond with R. Finke re PD claims issues. |
| 8/16/2010 | Lisa G Esayian | 2.00 | Continue working on summary of pending PD claims appeals. |
| 8/17/2010 | Lisa G Esayian | 3.00 | Work on issues re Anderson Memorial PD class claims. |
| 8/20/2010 | Lisa G Esayian | 3.00 | Work on issues re Anderson Memorial class claims. |
| 8/30/2010 | Lisa G Esayian | 3.50 | Review status of Anderson Memorial class appeals (.3); work on issues re Anderson class claims (3.2). |
| | Total: | 11.80 | |

A-5

## **Matter 28 - Litigation and Litigation Consulting - Fees**

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 8/2/2010 | Christopher Landau, P.C. | 1.00 | Finalize and file Supreme Court reply brief re Montana litigation. |
| | Total: | 1.00 | |

**Matter 30 - Hearings - Fees**

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 8/18/2010 | Kimberly K Love | 1.00 | Prepare and obtain information requested by L. Esayian re upcoming omnibus hearings. |
| 8/30/2010 | Lisa G Esayian | .20 | Correspond with J. O'Neill re agenda for 9/13 hearing. |
| | Total: | 1.20 | |

## Matter 32 - Fee Applications, Applicant - Fees

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 8/2/2010 | Deanna D Boll | 1.00 | Edit and revise June fee application and confer with M. McCarthy re same. |
| 8/2/2010 | Maureen McCarthy | 2.80 | Revise and finalize June fee application for filing and service. |
| 8/5/2010 | Holly Bull | 2.80 | Review and edit first-round invoices. |
| 8/6/2010 | Holly Bull | 2.00 | Review and edit first-round July invoices. |
| 8/7/2010 | Holly Bull | 3.20 | Complete review and editing of first-round July time and review relevant hearing agendas for additional information for same. |
| 8/12/2010 | Deanna D Boll | .20 | Confer with H. Bull re fee auditor response. |
| 8/12/2010 | Holly Bull | 3.30 | Review and edit second-round July time and expenses (3.1); confer with D. Boll re fee auditor reply (.2). |
| 8/13/2010 | Holly Bull | 3.60 | Complete review and editing of second-round July time and respond to several expense-related inquiries. |
| 8/14/2010 | Holly Bull | 6.00 | Review fee auditor initial report and correspond with B. Ruhlander re same (.9); prepare task list for reply (.7); prepare correspondence to T. Wallace and M. McCarthy re information/documentation needed (.4); begin outline of reply (1.7); prepare correspondence to billers re questioned time (1.8); review fee issues chart for past issues (.5). |
| 8/15/2010 | Holly Bull | 6.60 | For fee auditor reply, review hearing agendas and transcripts, prepare correspondence to billers re questioned time, and outline fee reply. |
| 8/15/2010 | Maureen McCarthy | .40 | Search and distribute hearing agendas and transcript re response to fee auditor. |
| 8/16/2010 | Deanna D Boll | .10 | Confer with B. Ruhlander re fee response. |
| 8/16/2010 | Holly Bull | 5.30 | Continue to prepare fee reply and follow up on needed exhibit information (4.5); confer with several billers on issues for same (.8). |
| 8/17/2010 | Holly Bull | 4.50 | Revise fee reply and exhibits (3.3); follow up with billers on hearing issues for same and review related materials (1.2). |
| 8/18/2010 | Holly Bull | 3.90 | Incorporate newly-received information into fee reply and further correspond with applicable billers for same. |
| 8/19/2010 | Holly Bull | 6.80 | Confer with case billers on additional information needed, review hearing transcripts and other materials, and draft and revise fee reply. |

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 8/20/2010 | Deanna D Boll | .20 | Confer with H. Bull re fee auditor letter. |
| 8/20/2010 | Holly Bull | 6.10 | Draft and revise fee reply and confer/correspond with various billers re information needed for same (5.9); confer with D. Boll re status (.2). |
| 8/20/2010 | Maureen McCarthy | .60 | Review back-up documentation re catering expenses airfare expense, hotel charges and car service transportation re response to fee auditor (.5); confer with Best Travel re airfare expense re same (.1). |
| 8/21/2010 | Holly Bull | 8.40 | Draft and revise fee reply and prepare exhibits to same (6.6); correspond with various billers re same (1.8). |
| 8/21/2010 | Maureen McCarthy | 4.00 | Draft summaries re catering expenses, airfare expense, hotel charges and car service transportation re response to fee auditor (3.8); correspond with H. Bull re outstanding issues re same (.2). |
| 8/22/2010 | Holly Bull | 5.60 | Finalize fee reply draft and exhibits and prepare correspondence to D. Boll re same. |
| 8/23/2010 | Deanna D Boll | 1.50 | Review and edit response to fee auditor. |
| 8/23/2010 | Holly Bull | 2.70 | Follow up with several billers on information still needed for fee reply and incorporate into draft (1.2); review additional backup re questioned expenses and revise exhibits and reply sections re same (1.5). |
| 8/24/2010 | Deanna D Boll | .80 | Review and edit response to fee auditor. |
| 8/24/2010 | Holly Bull | 2.10 | Review additional information and backup for fee reply and revise draft reply accordingly (1.9); confer with M. McCarthy re same (.2). |
| 8/24/2010 | Maureen McCarthy | .10 | Confer with K. Love re trial matters re response to fee auditor. |
| 8/25/2010 | Deanna D Boll | 1.10 | Confer with T. Wallace re June fee application (.2); confer with B. Harding and B. Stansbury re fee issues (.6); confer with J. Baer re e-billing and review issues re same (.3). |
| 8/26/2010 | Deanna D Boll | 3.00 | Edit and finalize response to fee auditor (.8); edit June fee application (1.2); confer with B. Friedman, H. Bull and B. Ruhlander re fee auditor response (.3); confer with T. Wallace re June fee application (.2); confer with K. Davis re June invoices and review same (.5). |
| 8/27/2010 | Beth Friedman | .50 | Review and serve fee auditor letter. |
| 8/30/2010 | Deanna D Boll | .50 | Confer with M. McCarthy and T. Freedman re June fee application and coordinate filing of same with M. McCarthy and J. O'Neill. |

A-9

| Date | Name | Hours | Narrative |
|------|------|------:|-----------|
| 8/30/2010 | Maureen McCarthy | 2.80 | Draft and finalize July fee application (2.6); confer with D. Boll re same (.1); correspond with J. O'Neill re filing matters (.1). |
| 8/31/2010 | Holly Bull | .90 | Correspond with B. Ruhlander and follow up on additional issues/questions on fee reply. |
| | Total: | 93.40 | |

**Matter 37 - Plan and Disclosure Statement - Fees**

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Narrative</u> |
|---|---|---|---|
| 8/1/2010 | Nate Kritzer | 2.90 | Analyze and summarize appeal in GIT bankruptcy. |
| 8/2/2010 | Nate Kritzer | 2.70 | Analyze and summarize appeal in GIT bankruptcy (2.4); confer with T. Freedman re same (.3). |
| 8/2/2010 | Deanna D Boll | 2.50 | Confer with T. Freedman re confirmation issues and analyze issues re plan amendments and revisions to proposed confirmation order. |
| 8/2/2010 | Lisa G Esayian | 2.00 | Review current draft Hartford settlement agreement (1.0); correspond with R. Finke re key points re same (.5); confer with CNA's counsel re issues re pre-petition settlement agreements (.5). |
| 8/2/2010 | Theodore L Freedman | 3.50 | Review and address various insurance issues (1.0); confer with client and with various team members re insurance settlements (1.9); confer with R. Frankel re status (.6). |
| 8/3/2010 | Kimberly K Love | 1.00 | Prepare and organize vaious insurance materials requested by L. Esayian. |
| 8/3/2010 | Deanna D Boll | 2.50 | Confer with J. Baer and T. Freedman re confirmation issues and analyze issues re same. |
| 8/3/2010 | John Donley | .30 | Review Plum Creek claim pleadings and order (.1); confer with J. Baer re same (.1); review TIG pleadings (.1). |
| 8/3/2010 | Lisa G Esayian | 4.00 | Work on Hartford issues (1.5); confer with J. Posner and P. Mahaley re same (2.0); correspond with Hartford's counsel re same (.5). |
| 8/3/2010 | Theodore L Freedman | 4.00 | Review and address various insurance issues (1.3); confer with D. Boll and others re various confirmation matters and follow up on issues re same (2.2); confer with client re status (.5). |
| 8/4/2010 | Deanna D Boll | 2.70 | Review and analyze RAND report re trust issues. |
| 8/4/2010 | Lisa G Esayian | 3.00 | Revise Gerling settlement approval motion and order (.4); correspond with Hartford's counsel re settlement issues (.5); review proposed revisions to Hartford settlement approval motion (.4); correspond with ACC's and FCR's counsel re CNA issues (.4); work on same (1.3). |
| 8/4/2010 | Theodore L Freedman | 2.50 | Review and address various insurance issues (.9); confer with client and internally re insurance settlements (1.1); confer with client re confirmation status (.5). |

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 8/5/2010 | Lisa G Esayian | 1.50 | Work on Hartford issues (1.0); correspond with ACC's and FCR's counsel re various potential insurance settlements (.5). |
| 8/5/2010 | Theodore L Freedman | 3.50 | Confer and correspond on insurance settlements and analyze issues re same (2.3); review Hartford settlement (1.2). |
| 8/6/2010 | Kimberly K Love | 1.00 | Prepare and organize information requested by R. Higgins for use with motion. |
| 8/6/2010 | Deanna D Boll | 4.50 | Review RAND report, Grace trust documents and draft of confirmation order re trust issues. |
| 8/6/2010 | Lisa G Esayian | 5.00 | Finalize motion for approval of Gerling settlement (.4); correspond with J. O'Neill re same (.3); confer with T. Freedman re Hartford issues (.4); review status of remaining objecting insurers and potential settlements (1.0); review revised version of Hartford settlement (1.0); provide comments re same (.3); correspond with R. Finke and J. Posner re same (.4); work on CNA issues (1.2). |
| 8/6/2010 | Theodore L Freedman | 3.00 | Review and provide comments on Hartford settlement (2.6); confer with L. Esayian re same (.4). |
| 8/9/2010 | Deanna D Boll | 2.50 | Analyze issues re confirmation and upcoming plan modifications. |
| 8/9/2010 | John Donley | 1.80 | Review draft brief re NJDEP and authorities and edit same (1.5); confer with J. Baer, R. Higgins and T. Freedman re same (.3). |
| 8/9/2010 | Lisa G Esayian | 2.70 | Work on Hartford issues (.8); confer with P. Mahaley re Hartford issues (.3); review final version of Hartford settlement and correspond with Hartford's counsel and R. Finke re same (.9); draft motion for leave from scheduling order and for shortened notice re Hartford settlement (.7). |
| 8/9/2010 | Theodore L Freedman | 4.50 | Revise and edit brief re NJDEP (3.7); confer with J. Donley, J. Baer and R. Higgins on same (.3); confer with R. Frankel (.5). |
| 8/10/2010 | Lisa G Esayian | 2.00 | Review revised draft motion for approval of Hartford settlement (.4); correspond with J. O'Neill re same (.3); correspond with R. Finke re final version of Hartford settlement (.3); work on CNA issues (1.0). |
| 8/10/2010 | Theodore L Freedman | 1.00 | Consider and address various issues in connection with state of Montana and confer with team members re same. |
| 8/11/2010 | Theodore L Freedman | 1.00 | Analyze various issues in connection with state of Montana and confer with team members re same. |

A-12

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 8/12/2010 | Kimberly K Love | 1.00 | Prepare and organize settlement materials requested by A. Rich. |
| 8/12/2010 | Deanna D Boll | 2.20 | Confer with T. Freedman and J. Baer re Montana letter brief and analyze issues re same. |
| 8/12/2010 | Lisa G Esayian | 3.00 | Confer with FCR's counsel re Hartford issues (.4); review revised motion for approval re Hartford settlement (.4); correspond with J. Ruggieri re same (.4); work on CNA issues (1.8). |
| 8/12/2010 | Theodore L Freedman | 1.00 | Review and analyze various issues in connection with state of Montana issues. |
| 8/13/2010 | Deanna D Boll | .50 | Confer with T. Freedman and J. Baer re Montana letter brief. |
| 8/13/2010 | Lisa G Esayian | 1.70 | Revise motion to shorten notice re Hartford settlement (.4); work on CNA issues (1.3). |
| 8/16/2010 | Kimberly K Love | 1.50 | Prepare and organize information requested by L. Esayian re Canadian claims. |
| 8/16/2010 | Deanna D Boll | .30 | Confer with T. Freedman and J. Baer re Canadian fee application issues. |
| 8/16/2010 | Deanna D Boll | 4.50 | Review issues re Montana letter brief and draft response to same. |
| 8/16/2010 | Lisa G Esayian | 1.80 | Review and provide comments re two revised draft insurance settlement agreements. |
| 8/16/2010 | Theodore L Freedman | 6.00 | Review letter brief by Montana (1.4); draft response (2.6); review Canadian counsel pleadings/issues related to appeal (1.3); correspond re letter response to Montana (.7). |
| 8/17/2010 | Deanna D Boll | 5.70 | Finalize response to Montana letter brief and analyze Libby issues related to same (4.1); confer with co-proponents re same (1.2); confer with T. Freedman and J. Baer re same (.4). |
| 8/17/2010 | Lisa G Esayian | .50 | Work on Hartford issues. |
| 8/17/2010 | Theodore L Freedman | 4.00 | Draft and revise response to motion letter by Montana (1.8); review Canadian counsel pleading/issues related to appeal (.9); confer with D. Boll re various confirmation issues (.4); consider same (.9). |
| 8/18/2010 | Kristina Alexander | .40 | Confer with T. Freedman re research request. |
| 8/18/2010 | Deanna D Boll | 4.50 | Confer with R. Wyron re Libby issues and review same (1.2); confer with T. Freedman re confirmation issues and review precedent and correspondence re same (3.3). |

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 8/18/2010 | Lisa G Esayian | 5.50 | Review CNA's proposed revisions to settlement agreement (1.5); review other documents relevant to same and portions of pre-petition Grace/CNA settlements (2.5); confer with R. Wyron re CNA issues (1.0); correspond with M. Shelnitz and R. Finke re CNA issues (.5). |
| 8/18/2010 | Theodore L Freedman | 5.00 | Conduct various conferences with co-counsel and counsel for co-proponents on mechanisms for effecting and review/analyze matters re same (4.2); confer with client and with team members on Canadian issues (.8). |
| 8/19/2010 | Kimberly K Love | 2.00 | Prepare and organize information and various materials requested by L. Esayian re Montana Vermiculite Co. |
| 8/19/2010 | Deanna D Boll | 1.30 | Review Crown joinder related to Montana and confer with T. Freedman and J. Baer re same (1.1); confer with L. Esayian re Montana Vermiculite Co. (.2). |
| 8/19/2010 | Lisa G Esayian | 4.50 | Confer with T. Freedman re CNA issues (.5); review key documents and prior briefing re same (3.3); further confer with T. Freedman re same (.7). |
| 8/19/2010 | Theodore L Freedman | 3.00 | Confer with J. Baer and D. Boll re Montana issues and analyze same (1.7); confer with L. Esayian on CNA issues (.5); review CNA briefing (.8). |
| 8/20/2010 | Deanna D Boll | 2.50 | Analyze issues re confirmation and proposed findings. |
| 8/20/2010 | Lisa G Esayian | 2.00 | Correspond with J. Posner re CNA issues (.5); correspond with ACC's and FCR's counsel re Hartford issues (.3); analyze additional documents relevant to CNA issues (1.2). |
| 8/23/2010 | Kimberly K Love | 1.00 | Prepare and organize various materials requested by R. Higgins and L. Esayian. |
| 8/23/2010 | Lisa G Esayian | 4.00 | Correspond with J. Posner re CNA issues (.5); confer with T. Freedman re same (.5); revise draft CNA settlement agreement (1.5); correspond with FCR's counsel re same (.3); correspond with ACC's and FCR's counsel re settlement issues re several insurers (.8); confer with certain insurers' counsel re their questions re status of plan confirmation (.4). |
| 8/23/2010 | Theodore L Freedman | 2.00 | Review CNA insurance agreement (.7); confer with L. Esayian re same (.5); review appeal materials from co-counsel (.8). |
| 8/24/2010 | Kimberly K Love | 1.00 | Prepare and organize information requested by L. Esayian and M. McCarthy. |

A-14

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 8/24/2010 | Deanna D Boll | 2.50 | Confer with J. Baer and T. Freedman re confirmation issues related to District Court involvement and review precedent re same. |
| 8/24/2010 | Theodore L Freedman | 1.00 | Review appeal issues and confer with J. Baer and D. Boll re same. |
| 8/25/2010 | Kimberly K Love | 4.00 | Review and obtain Information re tax orders requested by R. Higgins. |
| 8/25/2010 | Lisa G Esayian | 1.00 | Work on CNA agreement issues. |
| 8/26/2010 | Kimberly K Love | 2.00 | Review and obtain Information re tax orders requested by R. Higgins. |
| 8/26/2010 | Deanna D Boll | .20 | Confer with L. Esayian re publication notice issues involving Hartford settlement. |
| 8/26/2010 | Lisa G Esayian | 1.00 | Correspond with K. Makowski re filing motion for approval of Hartford settlement (.3); correspond with D. Boll and Hartford's counsel re publication notice re Hartford settlement (.4); correspond with Atlantic Mutual's counsel re settlement issues (.3). |
| 8/26/2010 | Theodore L Freedman | 1.00 | Review issues re insurance agreement. |
| 8/27/2010 | Lisa G Esayian | 1.00 | Confer with R. Wyron re CNA issues (.5); correspond with M. Shelnitz re Hartford settlement (.3); update chart re insurance settlements (.2). |
| 8/28/2010 | Kristina Alexander | 3.40 | Conduct research re District Court order affirming confirmation of plan and prepare detailed correspondence to T. Freedman re same. |
| 8/30/2010 | Lisa G Esayian | 1.10 | Correspond with B. Horkovich and Federal's counsel re possible settlement (.4); correspond with J. O'Neill re certificates of no objection for Gerling and TIG settlements (.2); review revised draft Associated International settlement (.5). |
| 8/31/2010 | Deanna D Boll | .50 | Confer with L. Esayian and B. Friedman re publication issues related to Hartford settlement. |
| 8/31/2010 | Beth Friedman | .70 | Confer with A. Levin and review proof of notice of sale for publication. |
| 8/31/2010 | Lisa G Esayian | 3.30 | Correspond with D. Boll re publication notice for Hartford settlement (.3); review same (.3); correspond with B. Horkovich re Federal settlement (.4); correspond with R. Finke re same (.4); correspond with P. Mahaley re CNA issues (.4); work on CNA issues (1.5). |
| | Total: | 162.70 | |

**Matter 41 - Tax Issues - Fees**

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 8/2/2010 | Natalie H Keller | .50 | Compile exhibits for IRS letter re replacement Fresenius tax refund check (.2); finalize changes to letter (.3). |
| 8/2/2010 | Todd F Maynes, P.C. | .50 | Correspond with client and internally re Fresenius. |
| 8/16/2010 | Natalie H Keller | .30 | Confer with C. Finke re follow-up issues re replacement Fresenius tax refund check (.2); confer with T. Maynes re same (.1). |
| 8/17/2010 | Natalie H Keller | .50 | Review provisions re timing for response to filing of Form 3911 (.2); consider procedural issues re bankruptcy filing (.1); correspond with C. Finke re same (.2). |
| 8/18/2010 | Natalie H Keller | .80 | Confer with R. Higgins re replacement Fresenius tax refund check and bankruptcy matters re same (.5); correspond with C. Finke re same (.3). |
| | Total: | 2.60 | |

**Matter 59 - Lyondell Reclamation Claims- Fees**

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 8/2/2010 | Christopher T Greco | .30 | Correspond with CWT re assumption of Edison lease and potential rejected contract. |
| 8/4/2010 | Christopher T Greco | .50 | Confer with S. Ahern re Lyondell update, stipulation and next steps and attention to same. |
| | Total: | .80 | |

## Matter 60 - Delphi Preference Defense - Fees

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 8/2/2010 | Christopher T Greco | .20 | Correspond with M. Dexter re Delphi scheduling and attention to same. |
| 8/2/2010 | Matthew F Dexter | .30 | Confer with Delphi counsel re motion to dismiss and correspond with C. Greco re same. |
| 8/27/2010 | Christopher T Greco | .40 | Prepare correspondence to client re status update on Delphi preference defense and pleadings re same. |
| 8/27/2010 | Matthew F Dexter | .10 | Review filings with court re Delphi adversary proceedings. |
| 8/28/2010 | Christopher T Greco | .20 | Correspond with M. Dexter re Delphi pleading. |
|  | Total: | 1.20 |  |

# EXHIBIT B

**<u>Matter 52 – Expenses – Expenses</u>**

| <u>Service Description</u> | <u>Amount</u> |
|---|---|
| Standard Copies or Prints | $287.60 |
| Color Copies or Prints | $3.00 |
| Scanned Images | $26.50 |
| Postage | $1.32 |
| Overnight Delivery | $31.46 |
| Outside Messenger Services | $232.61 |
| Local Transportation | $223.27 |
| Appearance Fees | $60.00 |
| Professional Fees | $480.00 |
| Outside Computer Services | $2,323.00 |
| Outside Copy/Binding Services | $556.50 |
| Computer Database Research | $3,001.08 |
| Overtime Meals - Attorney | $35.61 |
| Electronic Data Storage | $1,731.43 |
| **Total:** | **$8,993.38** |

## Matter 52 – Expenses – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 6/30/2010 | 1,161.50 | C2 LEGAL - Outside Computer Services, Monthly Hosting Services; June, 2010 |
| 7/13/2010 | 54.92 | WEST, Computer Database Research, ESAYIAN, LISA G., JULY 2010 |
| 7/15/2010 | 30.00 | COURTCALL, LLC - Appearance Fees - CCID 3657062, 8/9/2010, Hearing, Deanna Boll, U.S. Bankruptcy Court-Delaware |
| 7/15/2010 | 30.00 | COURTCALL, LLC - Appearance Fees - CCID 3657077, 8/9/2010, Hearing, Janet Baer, U.S. Bankruptcy Court-Delaware |
| 7/20/2010 | 2,647.12 | LEXISNEXIS, Computer Database Research, FREEDMAN, THEODORE L., 7/20/2010 |
| 7/20/2010 | 62.69 | WEST, Computer Database Research, FREEDMAN, THEODORE L, JULY 2010 |
| 7/21/2010 | 35.61 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Anthony Grossi, Overtime Meals - Attorney, 7/21/2010 |
| 7/22/2010 | 21.00 | Matthew Dexter, Taxi, New York, NY, (Court Hearing) Attend hearing on first wave of motions to dismiss adversary complaints |
| 7/23/2010 | 480.00 | ETRIAL COMMUNICATIONS - Professional Fees, Hard Drive Containing Materials used at Confirmation Hearings, 7/8/10 |
| 7/27/2010 | 5.15 | WEST, Computer Database Research, KRITZER, NATHANIEL, JULY 2010 |
| 7/27/2010 | 202.27 | VITAL TRANSPORTATION INC, Passenger: DEXTER, MATTHEW, Local Transportation, Date: 7/22/2010 (Travel to White Plains, NY for Delphi hearing) |
| 7/29/2010 | 190.79 | WEST, Computer Database Research, LANDAU, CHRISTOPHER, JULY 2010 |
| 7/30/2010 | 40.41 | WEST, Computer Database Research, STANSBURY, BRIAN, 7/30/2010 |
| 7/31/2010 | 1,161.50 | C2 LEGAL - Outside Computer Services, Monthly Hosting Services; July 2010 |
| 8/2/2010 | 0.50 | Standard Copies or Prints |
| 8/2/2010 | 2.70 | Standard Prints |
| 8/2/2010 | 0.10 | Scanned Images |
| 8/2/2010 | 39.30 | Standard Prints |
| 8/2/2010 | 2.50 | Standard Prints |
| 8/2/2010 | 6.99 | Fed Exp to: Francis A. Monaco, Jr., Esq. WILMINGTON, DE from: Christopher Landau |
| 8/2/2010 | 8.47 | Fed Exp to: Daniel C. Cohn, Esq., BOSTON, MA from: Christopher Landau |

| Date | Amount | Description |
|------|-------:|-------------|
| 8/2/2010 | 6.99 | Fed Exp to: Adam G. Landis, Esq., WILMINGTON, DE from: Christopher Landau |
| 8/3/2010 | 1.40 | Standard Prints |
| 8/3/2010 | 4.10 | Standard Prints |
| 8/3/2010 | 8.30 | Standard Prints |
| 8/4/2010 | 1.40 | Standard Prints |
| 8/4/2010 | 1.10 | Standard Prints |
| 8/4/2010 | 4.70 | Scanned Images |
| 8/4/2010 | 3.20 | Scanned Images |
| 8/4/2010 | 0.30 | Standard Prints |
| 8/4/2010 | 23.80 | Standard Prints |
| 8/5/2010 | 0.60 | Standard Prints |
| 8/5/2010 | 0.40 | Scanned Images |
| 8/5/2010 | 0.20 | Standard Prints |
| 8/5/2010 | 29.14 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LA SALLE, Holly Bull, 8/5/2010 |
| 8/6/2010 | 4.60 | Standard Copies or Prints |
| 8/6/2010 | 23.40 | Standard Prints |
| 8/6/2010 | 0.70 | Scanned Images |
| 8/6/2010 | 1.00 | Scanned Images |
| 8/6/2010 | 0.80 | Scanned Images |
| 8/9/2010 | 4.10 | Standard Prints |
| 8/9/2010 | 2.90 | Standard Prints |
| 8/9/2010 | 0.10 | Scanned Images |
| 8/9/2010 | 3.80 | Standard Prints |
| 8/9/2010 | 58.28 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LA SALLE, Holly Bull, 8/9/2010 |
| 8/10/2010 | 2.10 | Standard Prints |
| 8/10/2010 | 1.70 | Standard Prints |
| 8/10/2010 | 22.20 | Standard Prints |
| 8/11/2010 | 8.60 | Standard Prints |
| 8/12/2010 | 5.20 | Standard Prints |
| 8/12/2010 | 0.40 | Scanned Images |
| 8/13/2010 | 0.40 | Standard Copies or Prints |
| 8/13/2010 | 8.00 | Standard Prints |
| 8/13/2010 | 556.50 | WILSON EPES PRINTING CO INC - Outside Copy/Binding Services- 08/02/10 55 REPLY TO BRIEF IN OPPOSITION #09-1546 |
| 8/16/2010 | 3.50 | Standard Prints |

B-4

| Date | Amount | Description |
|------|-------:|-------------|
| 8/16/2010 | 5.70 | Standard Prints |
| 8/16/2010 | 3.00 | Color Prints |
| 8/16/2010 | 16.00 | Standard Prints |
| 8/16/2010 | 0.30 | Standard Prints |
| 8/16/2010 | 43.70 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LA SALLE, Holly Bull, 8/16/2010 |
| 8/17/2010 | 1.20 | Scanned Images |
| 8/17/2010 | 0.30 | Scanned Images |
| 8/17/2010 | 1.20 | Standard Copies or Prints |
| 8/17/2010 | 0.80 | Standard Prints |
| 8/17/2010 | 0.30 | Standard Prints |
| 8/18/2010 | 12.70 | Standard Prints |
| 8/18/2010 | 0.90 | Standard Prints |
| 8/19/2010 | 0.40 | Standard Copies or Prints |
| 8/19/2010 | 15.10 | Standard Prints |
| 8/19/2010 | 1.90 | Scanned Images |
| 8/19/2010 | 0.10 | Scanned Images |
| 8/19/2010 | 5.30 | Standard Prints |
| 8/20/2010 | 3.00 | Standard Prints |
| 8/20/2010 | 10.20 | Standard Prints |
| 8/20/2010 | 29.14 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LA SALLE, Holly Bull, 8/20/2010 |
| 8/23/2010 | 7.30 | Standard Prints |
| 8/24/2010 | 0.10 | Scanned Images |
| 8/24/2010 | 0.20 | Scanned Images |
| 8/25/2010 | 0.50 | Standard Prints |
| 8/25/2010 | 0.10 | Scanned Images |
| 8/25/2010 | 0.10 | Standard Copies or Prints |
| 8/25/2010 | 4.30 | Standard Prints |
| 8/26/2010 | 0.50 | Standard Copies or Prints |
| 8/26/2010 | 0.10 | Standard Prints |
| 8/26/2010 | 4.30 | Standard Prints |
| 8/26/2010 | 9.01 | Fed Exp to: Warren H. Smith, DALLAS,TX from: Deanna D. Boll |
| 8/26/2010 | 1.32 | Postage |
| 8/27/2010 | 0.80 | Scanned Images |
| 8/27/2010 | 1.90 | Scanned Images |
| 8/30/2010 | 6.20 | Standard Prints |
| 8/30/2010 | 4.10 | Standard Prints |

| Date | Amount | Description |
|------|-------:|-------------|
| 8/30/2010 | 5.00 | Standard Prints |
| 8/30/2010 | 4.10 | Scanned Images |
| 8/31/2010 | 6.60 | Standard Prints |
| 8/31/2010 | 4.40 | Scanned Images |
| 8/31/2010 | 72.35 | COSMIC COURIER LLC - Outside Messenger Services, Supreme Court of the United States, Washington, DC, C. Landau, 8/2/2010 (Filing) |
| 8/31/2010 | 1,731.43 | Electronic Data Storage |
| Total: | 8,993.38 | |