## EXHIBIT A

**Case Administration (.10 Hours; $ 86.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $860 | 86.00 |

| Date | Trans Init | Empl Rate | Bill Hours | Billing Full Narrative |
|---|---|---|---|---|
| 08/07/10 | PVL | 860.00 | 0.10 | Review 8 misc filings. |

**Total Task Code .04    .10**


**Fee Applications - Self (2.10 Hours; $ 608.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | .50 | $545 | 272.50 |
| Eugenia Benetos | 1.60 | $210 | 336.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/02/10 | EB | 210.00 | 0.50 | Work on fee application schedule re: check breakdown. |
| 08/03/10 | RCT | 545.00 | 0.20 | Emails with Fee Auditor re fee issue (0.2) |
| 08/09/10 | RCT | 545.00 | 0.30 | Review prebills (0.3) |
| 08/16/10 | EB | 210.00 | 1.10 | Work on monthly fee application. |

**Total Task Code .07    2.10**


**Litigation (73.20 Hours; $ 47,931.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Ronald E. Reinsel | 73.10 | $655 | 47,880.50 |
| Kevin C. Maclay | .10 | $510 | 51.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/02/10 | RER | 655.00 | 1.10 | Coordination re depositions. |
| 08/03/10 | RER | 655.00 | 1.50 | Coordination re depositions. |
| 08/04/10 | RER | 655.00 | 0.80 | Coordination re depositions. |
| 08/05/10 | RER | 655.00 | 0.80 | Coordination re depositions. |
| 08/06/10 | RER | 655.00 | 2.50 | Prep re depositions. |
| 08/10/10 | RER | 655.00 | 10.50 | Attend depositions of Jeff Forestier. |
| 08/11/10 | RER | 655.00 | 9.00 | Attend deposition of Dave Gordon. |
| 08/12/10 | RER | 655.00 | 5.50 | Attend deposition of Don Oliver. |
| 08/13/10 | RER | 655.00 | 4.50 | Attend deposition of Gary Sbona. |
| 08/16/10 | RER | 655.00 | 2.40 | Follow up re: depositions. |
| 08/17/10 | RER | 655.00 | 1.70 | Coordination and follow up re: deposition issues. |
| 08/18/10 | RER | 655.00 | 1.70 | Work re: deposition prep and transcripts, review business plan re: same. |
| 08/19/10 | RER | 655.00 | 1.50 | Prep. for and participate in litigation conf. call and follow up. |
| 08/19/10 | RER | 655.00 | 2.40 | Review deposition transcripts and prep. |
| 08/19/10 | KCM | 510.00 | 0.10 | Review memo to ACC |
| 08/20/10 | RER | 655.00 | 2.50 | Review deposition transcripts and prep. |
| 08/22/10 | RER | 655.00 | 1.20 | Review ITCAN motion re: claim and standing. |
| 08/23/10 | RER | 655.00 | 9.00 | Attend Bower deposition. |

| 08/24/10 | RER | 655.00 | 7.00 | Attend Young deposition. |
| 08/24/10 | RER | 655.00 | 0.70 | Correspondence and review pleading re: ITCAN motion. |
| 08/27/10 | RER | 655.00 | 3.00 | Attend McMonigle deposition. |
| 08/30/10 | RER | 655.00 | 1.40 | Follow up re: depositions. |
| 08/31/10 | RER | 655.00 | 2.40 | Follow up re: depositions. |

**Total Task Code .10    73.20**


**Plan & Disclosure Statement (26.90 Hours; $ 19,313.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .50 | $950 | 475.00 |
| Peter Van N. Lockwood | 7.60 | $860 | 6,536.00 |
| Ronald E. Reinsel | 18.60 | $655 | 12,183.00 |
| Ann C. McMillan | .20 | $595 | 119.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/02/10 | RER | 655.00 | 5.60 | Multiple teleconfs and correspondence and document review re business plan, POR and trust services issues. |
| 08/03/10 | RER | 655.00 | 5.50 | Multiple teleconfs and correspondence re plan issues, trustees and trust services. |
| 08/04/10 | EI | 950.00 | 0.20 | Insurance settlement recommendation from J. Frank (.2). |
| 08/04/10 | RER | 655.00 | 3.50 | Multiple teleconfs and correspondence re trust services and plan issues. |
| 08/05/10 | EI | 950.00 | 0.10 | Wilson inquiry (.1). |
| 08/05/10 | ACM | 595.00 | 0.20 | Exchange e-mails with T. Wilson re TAC designees. |

{D0187298.1 }3

| Date | | Rate | Hours | Description |
|---|---|---|---|---|
| 08/05/10 | RER | 655.00 | 1.50 | Teleconfs and follow-up re trust services agreement issues. |
| 08/06/10 | RER | 655.00 | 1.20 | Review redline of amended plan. |
| 08/07/10 | PVL | 860.00 | 0.20 | Review revised POR. |
| 08/08/10 | PVL | 860.00 | 0.40 | Review revised TSA (.1).; review revised alter ego brief (.3). |
| 08/11/10 | PVL | 860.00 | 1.10 | Teleconference Lantry (.6); review email and reply (.1); teleconference Snyder (.4). |
| 08/13/10 | EI | 950.00 | 0.10 | Aviva funds received (.1). |
| 08/17/10 | RER | 655.00 | 1.30 | Correspondence and follow up re: open plan issues. |
| 08/18/10 | PVL | 860.00 | 0.30 | Review email and reply and Palmer voice mail (.1); teleconference Bjork and Bay (.2). |
| 08/19/10 | PVL | 860.00 | 0.90 | Teleconference Gordon, Lantry, Bjork, Snyder, Miller, Pedlar, Wooster, Harron, Jackson, RER et al. |
| 08/19/10 | EI | 950.00 | 0.10 | Aviva money status. |
| 08/25/10 | PVL | 860.00 | 2.90 | Review ITCAN motion to file am. claim (.5); email Pedlar et al re same (.2); review 8/11/10 Gordon depo (1.7); review 8/12/10 Oliver depo (.5). |
| 08/26/10 | PVL | 860.00 | 0.30 | Review Pedlar memo re ITCAN motion (.2); review email and reply (.1). |
| 08/27/10 | PVL | 860.00 | 1.40 | Teleconference Lantry, Miller, Jackson, Harron et al. |
| 08/31/10 | PVL | 860.00 | 0.10 | Teleconference Lantry. |

**Total Task Code .11        26.90**

**Committee Meetings/Conferences (.60 Hours; $ 304.00)**

Professionals                Number of Hours            Billing Rate                Value

| | | | | |
|---|---|---|---|---|
| Ronald E. Reinsel | | .40 | $655 | 262.00 |
| Eugenia Benetos | | .20 | $210 | 42.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/04/10 | RER | 655.00 | 0.40 | Review committee memo. |
| 08/26/10 | EB | 210.00 | 0.20 | As per EI's edits, update attendance sheet for all future use for the committee meetings. |

**Total Task Code .15        .60**

**Travel (51.60 Hours; $ 16,899.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Ronald E. Reinsel | 51.60 | $327.50 | 16,899.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/09/10 | RER | 327.50 | 9.50 | Travel to San Francisco re depositions. |
| 08/14/10 | RER | 327.50 | 8.50 | Return travel from depositions. |
| 08/22/10 | RER | 327.50 | 8.50 | Travel to San Francisco re: depositions. |
| 08/25/10 | RER | 327.50 | 8.70 | Return travel from depositions. |
| 08/26/10 | RER | 327.50 | 7.60 | Travel to Cleveland re: McMonigle deposition. |
| 08/27/10 | RER | 327.50 | 8.80 | Return travel from deposition. |

**Total Task Code .16        51.60**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 1,030.80 |
| Air Freight & Express Mail | 25.02 |
| Charge of Cell and/or Home Phone Useage | 66.80 |
| Long Distance-Equitrac In-House | 0.40 |
| Meals Related to Travel | 460.88 |
| Travel Expenses - Ground Transportation | 238.00 |
| Travel Expenses - Hotel Charges | 1,740.38 |
| Travel Expenses - LD Calls on Hotel Bill | 39.80 |
| Xeroxing | 59.60 |
| **Total:** | **$ 3,661.68** |