**EXHIBIT B**

**Case Administration (.10 Hours; $ 86.00)**

　　Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**　　　　　.10


**Fee Applications-Self (2.10 Hours; $ 608.50)**

　　Services rendered in this category pertain to the preparation and review of the fee applications of professionals and experts employed by C&D to these bankruptcy proceedings.

**Total Task Code .07**　　　　　2.10


**Litigation (73.20 Hours; $ 47,931.50)**

　　Services rendered in this category pertain to the review, analysis and litigation of adversary actions and other litigation in these bankruptcy proceedings.

**Total Task Code .10**　　　　　73.20


**Plan & Disclosure Statement (26.90 Hours; $ 19,313.50)**

　　Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .11**　　　　　26.90


**Committee Meetings/Conferences (.60 Hours; $ 304.00)**

　　Services rendered in this category include preparation for and participation in committee meetings and conference calls; general memoranda to Committee and local counsel; and response to inquiries from Committee members and/or their counsel.

**Total Task Code .15**　　　　　.60


**Travel (51.60 Hours; $ 16,899.00)**

{D0187299.1 }

    Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half and attorney's usual hourly rate.

**Total Task Code .16**　　　　**51.60**