## EXHIBIT C

Other Charges:

| | |
|---|---|
| Air & Train Transportation | 1,030.80 |
| Air Freight & Express Mail | 25.02 |
| Charge of Cell and/or Home Phone Useage | 66.80 |
| Long Distance-Equitrac In-House | 0.40 |
| Meals Related to Travel | 460.88 |
| Travel Expenses - Ground Transportation | 238.00 |
| Travel Expenses - Hotel Charges | 1,740.38 |
| Travel Expenses - LD Calls on Hotel Bill | 39.80 |
| Xeroxing | 59.60 |

**Total:**    **$ 3,661.68**