| Client Number: 5334 | **Flintkote Committee** | Page: 1 |
|---|---|---|
| **Matter      000** | **Disbursements** | 9/21/2010 |

Print Date/Time: 09/21/2010 10:11:20AM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 8/31/2010

**Matter      000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 6/15/2004 | Last Billed : | 8/13/2010 | 16,700 |

$78,783.94
Total Expenses Billed To Date

| Billing Empl: | 0120 | Elihu  Inselbuch |
| Responsible Empl: | 0120 | Elihu  Inselbuch |
| Alternate Empl: | 0120 | Elihu  Inselbuch |
| Originating Empl: | 0120 | Elihu  Inselbuch |

**Summary  by Employee**

|  |  |  | ---------- A C T U A L ---------- || ---------- B I L L I N G--------- ||
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
|---|---|---|---|---|---|---|
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 233.00 | 0.00 | 233.00 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 25.02 | 0.00 | 25.02 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 25.80 | 0.00 | 25.80 |
| 0255 | DAT | Denise A Tolbert | 0.00 | 22.70 | 0.00 | 22.70 |
| 0302 | RER | Ronald E Reinsel | 0.00 | 3,945.66 | 0.00 | 3,276.86 |
| 0337 | EGB | Erroll G Butts | 0.00 | 66.80 | 0.00 | 66.80 |
| 0380 | EB | Eugenia  Benetos | 0.00 | 0.20 | 0.00 | 0.20 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 11.30 | 0.00 | 11.30 |
| **Total Fees** | | | **0.00** | **4,330.48** | **0.00** | **3,661.68** |

**Detail Time / Expense  by  Date**

|  |  |  |  |  | ---------- A C T U A L ---------- ||| ---------- B I L L I N G--------- |||
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | PVL | | | | | | | |
| 2570464 | Executive Travel Associates -Train Fare for travel to/from Wilmington, DE, 7/14/10   (PVNL) | E | 08/02/2010 | 0020 | | 0.00 | $193.00 | | 0.00 | $193.00 | 193.00 |

{D0187301.1 }

**Client Number:  5334**        **Flintkote Committee**                                            Page: 1
**Matter      000**              **Disbursements**                                                  9/21/2010

Print Date/Time: 09/21/2010 10:11:20AM
Attn:

Invoice #

| ID | Description | | Date | Code | Init | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2570465 | Executive Travel Associates -Agent Fee, re: Ticket Exchange for Train Fare travel to/from Wilmington, DE, 7/14/10  (PVNL) | E | 08/02/2010 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 233.00 |
| 2585378 | Photocopy | E | 08/02/2010 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 233.60 |
| 2575366 | Equitrac - Long Distance to 12128809475 | E | 08/04/2010 | 0999 | C&D | 0.00 | $0.24 | 0.00 | $0.24 | 233.84 |
| 2575367 | Equitrac - Long Distance to 12128809475 | E | 08/04/2010 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 233.88 |
| 2575810 | Pacer Service Center -Database Research Svc., 4/1/10 - 6/30/10  (EGB) | E | 08/10/2010 | 0337 | EGB | 0.00 | $66.80 | 0.00 | $66.80 | 300.68 |
| 2576554 | Federal Express -Delivery to K.Hemming, 7/21/10 (EI) | E | 08/16/2010 | 0120 | EI | 0.00 | $12.54 | 0.00 | $12.54 | 313.22 |
| 2586185 | Photocopy | E | 08/16/2010 | 0999 | C&D | 0.00 | $0.50 | 0.00 | $0.50 | 313.72 |
| 2586189 | Photocopy | E | 08/16/2010 | 0999 | C&D | 0.00 | $2.20 | 0.00 | $2.20 | 315.92 |
| 2586400 | Photocopy | E | 08/18/2010 | 0237 | SRB | 0.00 | $0.80 | 0.00 | $0.80 | 316.72 |
| 2586481 | Photocopy | E | 08/19/2010 | 0237 | SRB | 0.00 | $18.80 | 0.00 | $18.80 | 335.52 |
| 2586499 | Photocopy | E | 08/19/2010 | 0255 | DAT | 0.00 | $13.20 | 0.00 | $13.20 | 348.72 |
| 2586505 | Photocopy | E | 08/19/2010 | 0237 | SRB | 0.00 | $6.20 | 0.00 | $6.20 | 354.92 |
| 2579096 | Equitrac - Long Distance to 13025716703 | E | 08/19/2010 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 355.04 |
| 2586559 | Photocopy | E | 08/20/2010 | 0255 | DAT | 0.00 | $5.70 | 0.00 | $5.70 | 360.74 |
| 2586772 | Photocopy | E | 08/24/2010 | 0255 | DAT | 0.00 | $3.80 | 0.00 | $3.80 | 364.54 |
| 2579654 | Ronald E. Reinsel -Breakfast at the Hyatt Regency while on Travel to/from San Francisco, CA, re: Depositions, 8/13/10 | E | 08/26/2010 | 0302 | RER | 0.00 | $28.19 | 0.00 | $28.19 | 392.73 |

{D0187301.1 }

| Client Number: 5334 | Flintkote Committee | | | | | | | | Page: 1 |
| Matter 000 | Disbursements | | | | | | | | 9/21/2010 |

Print Date/Time: 09/21/2010 10:11:20AM

Attn:

Invoice #

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2579655 | Ronald E. Reinsel -Dinner while on Travel to/from San Francisco, CA, re: Depositions, 8/9/10 | E | 08/26/2010 | 0302 | RER | 0.00 | $67.06 | 0.00 | $67.06 | 459.79 |
| 2579656 | Ronald E. Reinsel -Dinner while on Travel to/from San Francisco, CA, re: Depositions, 8/10/10 | E | 08/26/2010 | 0302 | RER | 0.00 | $69.48 | 0.00 | $69.48 | 529.27 |
| 2579657 | Ronald E. Reinsel -Dinner while on Travel to/from San Francisco, CA, re: Depositions, 8/11/10 | E | 08/26/2010 | 0302 | RER | 0.00 | $72.72 | 0.00 | $72.72 | 601.99 |
| 2579658 | Ronald E. Reinsel -Dinner while on Travel to/from San Francisco, CA, re: Depositions, 8/12/10 | E | 08/26/2010 | 0302 | RER | 0.00 | $22.50 | 0.00 | $22.50 | 624.49 |
| 2579659 | Ronald E. Reinsel -Dinner while on Travel to/from San Francisco, CA, re: Depositions, 8/13/10 | E | 08/26/2010 | 0302 | RER | 0.00 | $81.93 | 0.00 | $81.93 | 706.42 |
| 2579660 | Ronald E. Reinsel -Breakfast while on Travel to/from San Francisco, CA, re: Depositions, 8/14/10 | E | 08/26/2010 | 0302 | RER | 0.00 | $15.00 | 0.00 | $15.00 | 721.42 |
| 2579661 | Ronald E. Reinsel -Breakfast while on Travel to/from San Francisco, CA, re: Depositions, 8/12/10 | E | 08/26/2010 | 0302 | RER | 0.00 | $12.25 | 0.00 | $12.25 | 733.67 |
| 2579662 | Ronald E. Reinsel -Breakfast while on Travel to/from San Francisco, CA, re: Depositions, 8/11/10 | E | 08/26/2010 | 0302 | RER | 0.00 | $10.50 | 0.00 | $10.50 | 744.17 |
| 2579663 | Ronald E. Reinsel -Breakfast while on Travel to/from San Francisco, CA, re: Depositions, 8/10/10 | E | 08/26/2010 | 0302 | RER | 0.00 | $10.75 | 0.00 | $10.75 | 754.92 |
| 2579664 | Ronald E. Reinsel -Lunch while on Travel to/from San Francisco, CA, re: Depositions, 8/10/10 | E | 08/26/2010 | 0302 | RER | 0.00 | $20.00 | 0.00 | $20.00 | 774.92 |
| 2579665 | Ronald E. Reinsel -Lunch while on Travel to/from San Francisco, CA, re: Depositions, 8/11/10 | E | 08/26/2010 | 0302 | RER | 0.00 | $12.50 | 0.00 | $12.50 | 787.42 |
| 2579666 | Ronald E. Reinsel -Lunch while on Travel to/from San Francisco, CA, re: Depositions, 8/12/10 | E | 08/26/2010 | 0302 | RER | 0.00 | $15.00 | 0.00 | $15.00 | 802.42 |
| 2579667 | Ronald E. Reinsel -Lunch while on Travel to/from San Francisco, CA, re: Depositions, 8/13/10 | E | 08/26/2010 | 0302 | RER | 0.00 | $16.00 | 0.00 | $16.00 | 818.42 |

{D0187301.1 }

| Client Number: 5334 | Flintkote Committee | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| Matter 000 | Disbursements | | | | | | | | 9/21/2010 |

Print Date/Time: 09/21/2010 10:11:20AM

Attn:

| | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|
| 2579668 | Ronald E. Reinsel -Lunch while on Travel to/from San Francisco, CA, re: Depositions, 8/14/10 | E | 08/26/2010 | 0302 | RER | 0.00 | $7.00 | 0.00 | $7.00 | 825.42 |
| 2579669 | Ronald E. Reinsel -First Class Airfare for Travel to/from San Francisco, CA, re: Depositions, 8/9/10 - 8/14/10  (Coach $337.00) | E | 08/26/2010 | 0302 | RER | 0.00 | $1,005.80 | 0.00 | $337.00 | 1,162.42 |
| 2579670 | Ronald E. Reinsel -Hyatt Regency Hotel 4-Night Lodging Expense for Travel to/from San Francisco, CA, re: Depositions, 8/9/10 - 8/14/10 | E | 08/26/2010 | 0302 | RER | 0.00 | $1,740.38 | 0.00 | $1,740.38 | 2,902.80 |
| 2579671 | Ronald E. Reinsel -Hotel Internet Svc. for Travel to/from San Francisco, CA, re: Depositions, 8/9/10 - 8/14/10 | E | 08/26/2010 | 0302 | RER | 0.00 | $39.80 | 0.00 | $39.80 | 2,942.60 |
| 2579672 | Ronald E. Reinsel -Cab Fares & Parking at DCA Airport while on Travel to/from San Francisco, CA, re: Depositions, 8/9/10 - 8/14/10 | E | 08/26/2010 | 0302 | RER | 0.00 | $238.00 | 0.00 | $238.00 | 3,180.60 |
| 2579684 | ADA Travel, Inc. -Coach Airfare for travel to/from Cleveland, OH, 8/26/10 - 8/27/10  (RER) | E | 08/27/2010 | 0302 | RER | 0.00 | $420.80 | 0.00 | $420.80 | 3,601.40 |
| 2579685 | ADA Travel, Inc. -Agent Fee, re: Coach Airfare for travel to/from Cleveland, OH, 8/26/10 - 8/27/10  (RER) | E | 08/27/2010 | 0302 | RER | 0.00 | $40.00 | 0.00 | $40.00 | 3,641.40 |
| 2587033 | Photocopy | E | 08/27/2010 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 3,641.60 |
| 2587035 | Photocopy | E | 08/27/2010 | 0380 | EB | 0.00 | $0.20 | 0.00 | $0.20 | 3,641.80 |
| 2580443 | Federal Express -Delivery to K.Hemming, 8/16/10  (EI) | E | 08/30/2010 | 0120 | EI | 0.00 | $12.48 | 0.00 | $12.48 | 3,654.28 |
| 2587186 | Photocopy | E | 08/31/2010 | 0999 | C&D | 0.00 | $7.40 | 0.00 | $7.40 | 3,661.68 |

**Total Expenses**
$4,330.48
$3,661.68
0.00                                   0.00

| | Matter Total Fees | | | 0.00 | 0.00 |
|---|---|---|---|---|---|
| | Matter Total Expenses | | | 4,330.48 | 3,661.68 |
| | Matter Total | | 0.00 | 4,330.48 | 0.00 | 3,661.68 |

| | Prebill Total Fees | | | | |
|---|---|---|---|---|---|
| | Prebill Total Expenses | | | $4,330.48 | $3,661.68 |
| | Prebill Total | | 0.00 | $4,330.48 | 0.00 | $3,661.68 |

{D0187301.1 }

| Client Number: 5334 | Flintkote Committee | Page: 1 |
|---|---|---|
| Matter      000 | Disbursements | 9/21/2010 |

Print Date/Time: 09/21/2010 10:11:20AM

Attn:

Invoice #

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 71,299 | 11/30/2009 | 49,818.00 | 57.00 |
| 72,156 | 12/28/2009 | 23,258.50 | 4,651.70 |
| 72,593 | 01/21/2010 | 58,184.00 | 11,636.80 |
| 73,031 | 02/26/2010 | 148,466.00 | 29,693.20 |
| 73,608 | 03/19/2010 | 69,731.50 | 13,946.30 |
| 74,002 | 04/21/2010 | 101,644.25 | 20,328.85 |
| 74,684 | 05/18/2010 | 92,948.00 | 18,589.60 |
| 75,017 | 06/09/2010 | 38,210.50 | 7,642.10 |
| 75,953 | 07/15/2010 | 19,941.50 | 3,988.30 |
| 76,396 | 08/13/2010 | 40,912.07 | 40,912.07 |
|  |  | 643,114.32 | 151,445.92 |

{D0187301.1 }