**EXHIBIT D**

**CUMULATIVE SUMMARY OF INTERIM APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
THE FLINTKOTE COMPANY
FOR THE PERIOD AUGUST 1, 2010 THROUGH AUGUST 31, 2010**

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Total Hours For The Period 8/1/10- 8/31/10 | Total Hours From The Petition Date | Total Fees For The Period 8/1/10-8/31/10 | Total Fees From The Petition Date |
|---|---|---|---|---|
| Asset Analysis and Recovery | .0 | 68.1 | $ .00 | $ 38,599.00 |
| Asset Disposition | .0 | 39.7 | $ .00 | $ 22,153.00 |
| Business Operations | .0 | 22.5 | $ .00 | $ 14,634.50 |
| Case Administration | .1 | 235.7 | $ 86.00 | $ 93,064.50 |
| Claims Administration & Objections | .0 | 20.7 | $ .00 | $ 10,560.50 |
| Docket Review & Control | .0 | 99.4 | $ .00 | $ 19,793.00 |
| Employee Benefits/Pensions | .0 | 34.0 | $ .00 | $ 18,956.00 |
| Fee Applications-Self | 2.1 | 316.3 | $ 608.50 | $ 103,657.00 |
| Financing | .0 | .2 | $ .00 | $ 159.00 |
| Litigation | 73.2 | 1,245.5 | $ 47,931.50 | $ 685,203.50 |
| Plan & Disclosure Statement | 26.9 | 1,389.3 | $ 19,313.00 | $ 891,680.50 |
| Relief from Stay Proceedings | .0 | .9 | $ .00 | $ 610.00 |
| Tax Issues | .0 | 8.3 | $ .00 | $ 3,682.50 |
| Valuation | .0 | .0 | $ .00 | $ .00 |
| Committee Meetings Conferences | .6 | 160.6 | $ 304.00 | $ 98,030.00 |
| Travel | 51.6 | 328.7 | $ 16,899.00 | $ 109,674.75 |
| Fee Applications- Others | .0 | 3.7 | $ .00 | $ 2,216.00 |
| Retention Application- Others | .0 | 10.9 | $ .00 | $ 4,806.00 |
| Retention Application Self | .0 | 3.3 | $ .00 | $ 1,884.50 |
| Fee Auditor Matters-Self | .0 | 24.1 | $ .00 | $ 11,497.50 |
| **TOTAL** | **154.5** | **4,011.9** | **$ 85,142.00** | **$2,130,861.75** |

{D0187302.1 }

## CUMULATIVE EXPENSE SUMMARY

| Expense Category (Examples) | Total Expenses For The Period 8/1/10 – 8/31/10 | Total Expense From The Petition Date |
|---|---|---|
| Computer Assisted Research | $ .00 | $ 9,595.10 |
| Research Materials | $ .00 | $ 216.99 |
| Air Freight & Express Mail | $ 25.02 | $ 1,630.13 |
| Outside Local Deliveries | $ .00 | $ 4,834.44 |
| Filing Fees | $ .00 | $ .00 |
| Charge of Cell Phone and or Home Phone | $ 66.80 | $ 112.47 |
| Outside Fax Service | $ .00 | $ .00 |
| Conference Meals | $ .00 | $ 1,910.63 |
| Outside Photocopy Service | $ .00 | $ 4,322.69 |
| Court Reporting/Transcript Service | $ .00 | $ 4,690.25 |
| Professional Fees + Expert Witness | $ .00 | $ .00 |
| Miscellaneous Client Advances | $ .00 | $ .00 |
| Air & Train Transportation | $ 1,030.80 | $ 26,708.08 |
| Meals Related to Travel | $ 460.88 | $ 3,888.29 |
| Travel Expenses – Hotel Charges | $ 1,740.38 | $ 12,423.48 |
| Travel Expenses – Ground Transportation | $ 238.00 | $ 4,015.77 |
| Travel Expenses – Miscellaneous | $ .00 | $ 64.86 |
| Travel Expenses – LD Calls on Hotel Bill | $ 39.80 | $ 226.33 |
| Local Transportation – DC | $ .00 | $ 306.84 |
| Local Transportation – NY | $ .00 | $ 369.61 |
| Xeroxing | $ 59.60 | $ 2,105.05 |
| Postage | $ .00 | $ 30.82 |
| Overtime Expenses | $ .00 | $ .00 |
| Overtime Meals | $ .00 | $ .00 |
| Telecopier | $ .00 | $ 174.60 |
| Long Distance –Credit Card | $ .00 | $ 1.80 |
| Long Distance Telephone - DC | $ .40 | $ 92.61 |
| NYO Long Distance Telephone | $ .00 | $ 4,724.78 |
| **TOTAL** | **$ 3,661.68** | **$ 82,445.62** |