IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE FLINTKOTE COMPANY, | ) | Case No.:  04-11300 (JKF) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Kathleen Campbell Davis, of Campbell & Levine, LLC, hereby certify that on September 30, 2010 I caused a copy of the foregoing to be served upon: (i) the Notice Parties via electronic mail; and (ii) The Fee Auditor, the Office of the United States Trustee, and the Debtor (attn: Eric Bower) via first class U. S. Mail.

                                        */s/Kathleen Campbell Davis*
                                        Kathleen Campbell Davis (No. 4229)

Dated: September 30, 2010

{D0114748.1 }