**FLINTKOTE NOTICE PARTIES LIST**
**04-11300**

James L. Patton, Jr., Esq.
Edwin J. Harron, Esq.
Young, Conaway, Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE  19801

Warren H. Smith
Warren H. Smith & Associates, P.C.
Republic Center
305 N St. Paul, Suite 1250
Dallas, TX 75201

John Winship Read, Esquire
Vorys, Sater, Seymour & Pease, LLP
2100 One Cleveland Center
1375 E. 9th Street
Cleveland, OH 44114

**VIA HAND DELIVERY**
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub PC
919 N. Market Street, 16th Floor
Wilmington, DE  19899-8705

Mr. Eric Bower
The Flintkote Company
Two Embarcadero Center, suite 410
San Francisco, CA 94111-3823

**VIA HAND DELIVERY**
David Klauder
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207
Wilmington, DE  19801

Kevin T. Lantry, Esq.
Sally S. Neely, Esq.
Jeffrey E. Bjork, Esq.
Sidley, Austin, Brown & Wood LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013-6000

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152