IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF THE MONTHLY APPLICATION FOR
COMPENSATION OF CAPLIN & DRYSDALE, CHARTERED FOR THE PERIOD OF
AUGUST 1, 2010 THROUGH AUGUST 31, 2010 (D.I. 25530)**

**PLEASE TAKE NOTICE,** that Caplin & Drysdale, Chartered, hereby gives notice of the withdrawal of the filing of Docket No. 25530, the Monthly Fee Application for Compensation of Caplin & Drysdale, Chartered for the Period of August 1, 2010 through August 31, 2010 due to filing error.

Date: September 30, 2010

Respectfully submitted,

CAMPBELL & LEVINE, LLC

*/s/Kathleen Campbell Davis*
Marla R. Eskin  (No. 2989)
Kathleen Campbell Davis(No. 4229)
800 N. King Street, Suite 300
Wilmington, DE 19801
(302) 426-1900

{D0187334.1 }