IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al., ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | Objection Deadline: September 27, 2010 at 4:00 p.m. |
| ) | Ref. No. 25363 |

**CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 25363
<u>(NO ORDER REQUIRED)</u>**

  The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Tenth Monthly Interim Application (the "Application") of Lincoln Partners Advisors LLC ("Lincoln"), Financial Advisor to David T. Austern, Asbestos PI Future Claimants' Representative for the period from June 1, 2010 through June 30, 2010 (the "Period"), filed with the Court on September 7, 2010, and entered on the Court's docket as Docket No. 25363.  The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Application, objections to the Application were to be filed no later than September 27, 2010.

  Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Official Committee Members entered April 17, 2002, amending the Court's Administrative Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for

Allowance and Payment of Monthly Interim Compensation and Reimbursement of Expenses of Professionals entered May 3, 2001, the Debtors are authorized to pay Lincoln $40,000.00 (80% of $50,000.00) and expenses in the amount of $2,558.01 for a total of $42,558.01 requested in the Application for the Period upon the filing of this Certification and without the need for entry of a Court order approving the Application.

                          ORRICK, HERRINGTON & SUTCLIFFE LLP

                          By:<u>*/S/ DEBRA L. FELDER*</u>
                             Roger Frankel, admitted *pro hac vice*
                             Richard H. Wyron, admitted *pro hac vice*
                             Debra L. Felder, admitted *pro hac vice*
                             Columbia Center
                             1152 15th Street, NW
                             Washington, DC  20005
                             (202) 339-8400
                             (202) 339-8500 (fax)

                  —and—

                             PHILLIPS, GOLDMAN & SPENCE, P.A.
                             John C. Phillips, Jr. (#110)
                             1200 North Broom Street
                             Wilmington, DE 19806
                             (302) 655-4200
                             (302) 655-4210 (fax)

                             *Co-Counsel to David T. Austern,*
                             *Asbestos PI Future Claimants' Representative*

Dated: September 30, 2010