## EXHIBIT A
### Jul-10

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Jenni Biggs | 7/8/2010 | 0.20 | $690 | $138.00 | Review Libby claims information |
| Jenni Biggs | 7/14/2010 | 0.80 | $690 | $552.00 | Review Libby claims information |
| | | 1.00 | | $690.00 | |
| Rhamonda Riggins | 7/2/2010 | 1.00 | $325 | $325.00 | Libby claim summaries |
| Rhamonda Riggins | 7/8/2010 | 0.50 | $325 | $162.50 | Libby claim summaries |
| Rhamonda Riggins | 7/12/2010 | 1.50 | $325 | $487.50 | Libby claim summaries |
| Rhamonda Riggins | 7/14/2010 | 1.50 | $325 | $487.50 | Libby claim summaries |
| | | 4.50 | | $1,462.50 | |
| | | 5.50 | | $2,152.50 | |