## EXHIBIT A
### Aug-10

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Jenni Biggs | 8/23/2010 | 0.70 | $690 | $483.00 | Research on Libby claims |
| Jenni Biggs | 8/26/2010 | <u>1.50</u> | $690 | <u>$1,035.00</u> | Research on Libby claims |
|  |  | 2.20 |  | $1,518.00 |  |