**EXHIBIT A**

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

September 29, 2010

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 552461
056772

---

### CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

**056772-00002/CREDITOR COMMITTEE**

| | |
|---|---:|
| FEES | $79.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $79.50 |

**056772-00007/REORGANIZATION PLAN**

| | |
|---|---:|
| FEES | $922.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $922.50 |

**056772-00008/FEE APPLICATIONS, APPLICANT**

| | |
|---|---:|
| FEES | $2,091.00 |
| DISBURSEMENTS | 36.96 |
| MATTER TOTAL | $2,127.96 |

**056772-00019/HEARINGS**

| | |
|---|---:|
| FEES | $0.00 |
| DISBURSEMENTS | 37.00 |
| MATTER TOTAL | $37.00 |
| CLIENT GRAND TOTAL | $3,166.96 |

---

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| To: | Citibank, N.A. |
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 37613572 |
| By Order of: | Invoice No. 552461 |
| Citibank Contact: | Deborah Hosking (212) 559-8634 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2293890.1

Kramer Levin Naftalis & Frankel LLP                                Page No. 2

W.R. GRACE & CO. EQUITY COMMITTEE                                  September 29, 2010
056772-00002                                                       Invoice No. 552461

**CREDITOR COMMITTEE**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/03/10 | BENTLEY, PHILIP | Trade emails re committee call | 0.10 | 79.50 |
| TOTAL HOURS AND FEES | | | **0.10** | **$79.50** |

TOTAL FOR THIS MATTER                                              $79.50

KL4 2293890.1

Kramer Levin Naftalis & Frankel LLP                                              Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE                                                September 29, 2010
056772-00007                                                                     Invoice No. 552461

## REORGANIZATION PLAN

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/08/10 | BLABEY, DAVID E | Review proposed revised stipulation with National Union. | 0.20 | 123.00 |
| 08/25/10 | BLABEY, DAVID E | Review Gerling asbestos settlement agreement (.5); review Debtors motion to enforce 2009 stipulation with NJDEP (.8). | 1.30 | 799.50 |
| **TOTAL HOURS AND FEES** | | | **1.50** | **$922.50** |

**TOTAL FOR THIS MATTER**                                                 **$922.50**

KL4 2293890.1

Kramer Levin Naftalis & Frankel LLP                                    Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                                      September 29, 2010
056772-00008                                                           Invoice No. 552461

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/01/10 | BLABEY, DAVID E | Prepare June fee application. | 0.50 | 307.50 |
| 08/02/10 | BLABEY, DAVID E | Prepare June fee application. | 0.50 | 307.50 |
| 08/15/10 | BLABEY, DAVID E | Prepare quarterly fee application. | 1.80 | 1,107.00 |
| 08/23/10 | BLABEY, DAVID E | Prepare July fee application. | 0.30 | 184.50 |
| 08/30/10 | BLABEY, DAVID E | Prepare July fee application. | 0.30 | 184.50 |

**TOTAL HOURS AND FEES**                                               **3.40**    **$2,091.00**

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| MESSENGER/COURIER | 36.96 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                              **$36.96**


**TOTAL FOR THIS MATTER**                                              **$2,127.96**

KL4 2293890.1

Kramer Levin Naftalis & Frankel LLP                                         Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE                                  September 29, 2010
056772-00019                                                        Invoice No. 552461

**HEARINGS**

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| OTHER FEES | 37.00 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$37.00** |
| **TOTAL FOR THIS MATTER** | **$37.00** |

KL4 2293890.1