**EXHIBIT B**

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    1
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/30/2010 10:50:01

Matter No: 056772-00008                                   Orig Prtnr : CRED. RGTS      - 06975                    Proforma Number:    3066878
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP  - 02495                    Bill Frequency: M
Matter Name ; FEE APPLICATIONS, APPLICANT                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                        Status        : ACTIVE

Special Billing Instructions:

                                                PRE-BILLING SUMMARY REPORT

               UNBILLED TIME FROM:                            TO:
               UNBILLED DISB FROM:  08/02/2010                TO:    08/30/2010

                                         FEES                COSTS

    GROSS BILLABLE AMOUNT:               0.00                36.96
    AMOUNT WRITTEN DOWN:
              PREMIUM:
        ON ACCOUNT BILLED:
 DEDUCTED FROM PAID RETAINER:
          AMOUNT BILLED:
              THRU DATE:                                            08/30/2010
 CLOSE MATTER/FINAL BILLING?     YES  OR  NO
 EXPECTED DATE OF COLLECTION:

 BILLING PARTNER APPROVAL:       BENTLEY PHILIP  - 02495            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

 BILLING COMMENTS:


                                 ACCOUNTS RECEIVABLE TOTALS                                       UNAPPLIED CASH

                                 FEES:              0.00
                       DISBURSEMENTS:               36.96       UNIDENTIFIED RECEIPTS:             0.00
                         FEE RETAINER:               0.00          PAID FEE RETAINER:              0.00
                        DISB RETAINER:               0.00         PAID DISB RETAINER:              0.00
                    TOTAL OUTSTANDING:              36.96      TOTAL AVAILABLE FUNDS:              0.00
                                                                      TRUST BALANCE:
                                                                  BILLING HISTORY

    DATE OF LAST BILL:       08/20/10           LAST PAYMENT DATE:       09/21/10
    LAST BILL NUMBER:        550457   ACTUAL FEES BILLED TO DATE:        215,657.50
                                      ON ACCOUNT FEES BILLED TO DATE:          0.00
                                        TOTAL FEES BILLED TO DATE:       215,657.50
    LAST BILL THRU DATE:     07/31/10         FEES WRITTEN OFF TO DATE:   19,208.00
                                             COSTS WRITTEN OFF TO DATE:      669.39

FOR ACCTG USE ONLY:             Write Down/Up Reason Codes:

                                (1) Exceeded Fixed Fee            (4) Excessive Legal Time         (7) Fixed Fee
                                (2) Late Time & Costs Posted      (5) Business Development         (8) Premium
                                (3) Pre-arranged Discount         (6) Summer Associate             (9) Rounding           (10) Client Arrangement

BILL NUMBER:_____     DATE OF BILL:_____   Processed by:_____         FRC:_____            CRC:_____
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE     2
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/30/2010 10:50:01

Matter No: 056772-00008                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    3066878
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                          Status        : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y  ---------- Total Unbilled ----------
                                       Oldest       Latest        Total
Code Description                       Entry        Entry         Amount
---- -----------                       ------       ------        ------
0930 MESSENGER/COURIER                 08/02/10     08/30/10      36.96

     Total                                                        36.96


U N B I L L E D   C O S T S   D E T A I L
Description/Code                       Employee        Date       Amount       Index#     Batch No   Batch Date
----------------                       --------        ----       ------       ------     --------   ----------
MESSENGER/COURIER 0930
  FEDERAL EXPRESS CORPORAT             BLABEY, D E     08/02/10   12.32        9127428    945399     08/12/10
    Saul Ewing LLP
  FEDERAL EXPRESS CORPORAT             BLABEY, D E     08/16/10   12.32        9134207    949678     08/24/10
    Saul Ewing LLP
  FEDERAL EXPRESS CORPORAT             BLABEY, D E     08/30/10   12.32        9149975    957126     09/08/10
    Saul Ewing LLP

                                       0930 MESSENGER/COURIER Total :  36.96


         Costs Total :                                             36.96
```

```
alp_132r: Matter Detail                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    3
                                                           *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/30/2010 10:50:01

Matter No: 056772-00008                                               Orig Prtnr : CRED. RGTS - 06975                Proforma Number:    3066878
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                       Bill Prtnr : BENTLEY PHILIP - 02495            Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                           Status        : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                 Amount         Bill        W/o / W/u        Transfer To    Clnt/Mtr    Carry Forward
-----------------                ------         ----        ---------        -----------    --------    -------------

0930 MESSENGER/COURIER            36.96

          Costs Total :           36.96
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    4
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/30/2010 10:50:01

Matter No: 056772-00019                             Orig Prtnr : CRED. RGTS    - 06975         Proforma Number:   3066878
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : HEARINGS                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                     Status       : ACTIVE

Special Billing Instructions:

======================================================================================================================
                                            PRE-BILLING SUMMARY REPORT

        UNBILLED TIME FROM:
        UNBILLED DISB FROM:         08/23/2010                        TO:
                                                                      TO:  08/23/2010

                                    FEES                              COSTS
                                    ----                              -----
    GROSS BILLABLE AMOUNT:          0.00                              37.00
    AMOUNT WRITTEN DOWN:
               PREMIUM:
     ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
         AMOUNT BILLED:
              THRU DATE:                                                       08/23/2010
CLOSE MATTER/FINAL BILLING?   YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495                WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


======================================================================================================================
                        ACCOUNTS RECIVABLE TOTALS                              UNAPPLIED CASH

         FEES:                   0.00     UNIDENTIFIED RECEIPTS:        0.00
 DISBURSEMENTS:                 37.00         PAID FEE RETAINER:        0.00
 FEE RETAINER:                   0.00        PAID DISB RETAINER:        0.00
 DISB RETAINER:                  0.00      TOTAL AVAILABLE FUNDS:       0.00
TOTAL OUTSTANDING:              37.00              TRUST BALANCE:
                                              BILLING HISTORY
                                              ---------------
DATE OF LAST BILL:        08/20/10              LAST PAYMENT DATE:        09/21/10
LAST BILL NUMBER:         550457    ACTUAL FEES BILLED TO DATE:         451,635.50
                                     ON ACCOUNT FEES BILLED TO DATE:          0.00
                                        TOTAL FEES BILLED TO DATE:     451,635.50
LAST BILL THRU DATE:      07/31/10    FEES WRITTEN OFF TO DATE:         11,993.18
                                     COSTS WRITTEN OFF TO DATE:          1,772.20

FOR ACCTG USE ONLY:             Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee           (4) Excessive Legal Time        (7) Fixed Fee
    (2) Late Time & Costs Posted     (5) Business Development        (8) Premium
    (3) Pre-arranged Discount        (6) Summer Associate            (9) Rounding         (10) Client Arrangement


BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

```
alp_132r: Matter Detail                            KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                  PAGE     5
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/30/2010 10:50:01

Matter No: 056772-00019                                              Orig Prtnr : CRED. RGTS - 06975            Proforma Number:  3066878
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : HEARINGS                                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                      Status      : ACTIVE

UNBILLED COSTS SUMMARY ----------- Total Unbilled -------------
Code Description                      Oldest      Latest       Total
                                      Entry       Entry        Amount
                                      -------     -------      ---------
0990 OTHER FEES                       08/23/10    08/23/10         37.00
                                                                ---------
                    Total                                          37.00


UNBILLED COSTS DETAIL
Description/Code                           Employee            Date         Amount       Index#      Batch No    Batch Date
                                           --------            ----         ------       ------      --------    ----------

OTHER FEES 0990
  PLATINUM PLUS FOR BUSINE                 BLABEY, D E         08/23/10      37.00       9133134     949479      08/24/10
  PLATINUM PLUS FOR BUSINESS 07/08/10 - COURT CALL
                                  0990 OTHER FEES Total :      37.00


                 Costs Total :                                               37.00
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    6
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/30/2010 10:50:01

Matter No: 056772-00019                              Orig Prtnr : CRED. RGTS     - 06975       Proforma Number:    3066878
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                     Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description            Amount                Bill        W/o / W/u     Transfer To   Clnt/Mtr   Carry Forward
-------------------         --------              ------      ---------     -----------   --------   -------------

0990 OTHER FEES              37.00

        Costs Total :        37.00
```