## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 10/22/2010 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND
HOLDERS OF DEMANDS FOR THE TWENTY-FIFTH MONTHLY INTERIM
PERIOD FROM SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010**

Name of Applicant: Alan B. Rich, Esq.

Authorized to Provide Services To: Hon. Alexander M. Sanders, Jr.,
Legal Representative for Future Asbestos-
Related Property Damage Claimants
and Holders of Demands

Date of Retention: September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought: September 1, 2010 through September 30, 2010

Amount of Fees Sought as Actual
Reasonable and Necessary: $6,672.00   [80% of $8,340.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary: $30.00

This is a(n): ☒Monthly   ☐Interim   ☐Final Application

-1-

## PRIOR APPLICATIONS

| Date  Filed | Period  Covered | Requested  Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|---|---|---|---|---|---|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | CNO Filed | CNO Filed |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 25 years, and his billing rate is $600 per hour.  In this Application period Mr. Rich billed 13.9 hours,[2] for a total amount billed of $8,340.00 of which 80% is currently sought, in the amount of $6,672.00, plus 100% of the expenses incurred during this period, in the amount of $30.00, for a total currently sought of $6,702.00.

As stated above, this is the Twenty-Fifth application for monthly fees and expenses.  The time for preparation of this Application is approximately 1.0 hour, for which $600.00 will be requested in a future application.

---

[2] Non-Productive travel time, if any, is included in this figure, but at 50% of the actual time.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 9.2 | $5,520.00 |
| Travel | 0 | 0 |
| Fee Application Matters (Monthly & Quarterly, incl. FCR's ) | 4.7 | $2,820.00 |
| TOTAL | 16.3 hours | $8,340.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Courtcall | $30.00 |
| TOTAL | $30.00 |

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)</u>

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on the 1st day of October, 2010,  this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*

4244 Renaissance Tower
1401 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (September, 2010)

### Client

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

### Matter

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 9/1/2010 | Preparation and filing of 24th Monthly Fee Appication | 1.0 |
| 9/2/2010 | Review CNOs re Canadian ZAI counsel fees | 0.1 |
| 9/2/2010 | Conference with client re status | 0.1 |
| 9/3/2010 | Review Order approving TIG settlement | 0.1 |
| 9/3/2010 | Review Fee Auditors' Report re 36th Quarterly Fee Applications | 0.2 |
| 9/3/2010 | Review Monthly Operating Report (July 2010) | 0.4 |
| 9/3/2010 | Review HDI Settlement Approval Order | 0.1 |
| 9/3/2010 | Review Debtors' 36th Interim Fee and Expense Chart with Recommendations | 0.1 |
| 9/6/2010 | Review Certification of Counsel re 36th Quarterly Project Categories | 0.1 |

| | | |
|---|---|---|
| 9/6/2010 | Review Certification of Counsel re 36th Quarterly Fee Applications | 0.1 |
| 9/7/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 9/8/2010 | Review Agenda for the September Omnibus hearing | 0.1 |
| 9/8/2010 | Review Opinion re denial of confirmation in Quigley case | 1.3 |
| 9/9/2010 | Email from Debtors' counsel re conference call | 0.1 |
| 9/9/2010 | Conference with client re omnibus hearing | 0.1 |
| 9/10/2010 | Review Project Mallard documentation; Conference call with Debtor and others re Project Mallard | 1.0 |
| 9/10/2010 | Review Fee Auditors' Amended Report re 36th Quarterly Fee Applications | 0.1 |
| 9/10/2010 | Review Canadian ZAI counsel Certifications of Counsel re quarterly fee applications | 0.2 |
| 9/10/2010 | Review Fee Auditors' Report re Lauzon Quarterly fee application | 0.1 |
| 9/11/2010 | Review Amended Agenda for September Omnibus | 0.1 |
| 9/13/2010 | Attend telephonic September Omnibus hearing | 0.2 |
| 9/13/2010 | Review Revised Certification of Counsel re 36th Quarterly Fee Applications | 0.1 |
| 9/14/2010 | Review Motion to Approve Synthatec transaction | 1.0 |
| 9/14/2010 | Review Searle Engagement motion and motion to file Engagement letter under Seal | 0.4 |
| 9/14/2010 | Review Order Approving 36th Quarterly Fee Applications | 0.1 |
| 9/14/2010 | Review Certification of Counsel re McGuire Motion to reconsider Employee Claims disallowance | 0.1 |

| | | |
|---|---|---|
| 9/15/2010 | Review Withdrawal of motions related to Searle retention | 0.1 |
| 9/15/2010 | Review Agreed Order re McGuire Motion for Reconsideration | 0.1 |
| 9/16/2010 | Reivew Miscellaneous ECF Notices | 0.1 |
| 9/17/2010 | Preparation and filing of FCR's June Fee Appication | 0.5 |
| 9/20/2010 | Preparation and filing of 37th Quarterly Fee Application and Notice | 2.0 |
| 9/20/2010 | Preparation and filing of 37th Quarterly Fee Application and Notice of Judge Sanders | 1.0 |
| 9/20/2010 | Review Order rescheduling August, 2011 Omnibus hearing | 0.1 |
| 9/20/2010 | Review Claims Settlement Notice (Claim No. 1926) | 0.2 |
| 9/21/2010 | Prepare and file CNO for 24th Monthly Fee Application and email to debtor re same | 0.2 |
| 9/22/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 9/23/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 9/24/2010 | Review Certification of Counsel re inadvertently disallowed employee claims | 0.1 |
| 9/27/2010 | Letter from PD Claimant re plan confirmation status | 0.1 |
| 9/27/2010 | Review CNOs re July Canadian ZAI counsel fees | 0.1 |
| 9/28/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 9/29/2010 | Review Canadian ZAI counsel August fee applications | 0.2 |
| 9/29/2010 | Review of Federal Insurance Settlement Motion | 0.5 |
| 9/29/2010 | Review Certification of Counsel re Motion to Enforce Stipulation with NJ Dept of Enviroment | 0.2 |

| Date | Description | Hours |
|---|---|---|
| 9/29/2010 | Review Notice of Withdrawal of Certificate of Counsel Regarding Order Granting Relief Sought By the Debtors' Twenty-Eighth Omnibus Objection to Employee Claims (Substantive) and Report Containing Written Responses to Same and Resolutions Thereof (Docket No. 24991) | 0.1 |
| 9/29/2010 | Review Certification of Counsel re Inadvertently disallowed employee claims in Order Disallowing Employee Claims (Substantive) (docket no. 25044) and corrected Order | 0.5 |
| 9/30/2010 | Review Miscellaneous ECF Notices | 0.1 |

Total: 13.9 hours @ $600.00/hour = $8,340.00

<u>Expenses</u>:   Courtcall (September Omnibus – $30.00

**<u>Total Fees and Expenses Due</u>:  $8,370.00**