**SEVENTY-EIGHTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM JULY 1, 2010 THROUGH JULY 31, 2010)**

ATTACHMENT B

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.
Capstone Advisory Group, LLC
**Summary of Fees by Professional**
For the Period 7/1/10 through 7/31/10

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $760 | 8.20 | $6,232.00 |
| S. Cunningham | Member | $760 | 16.30 | $12,388.00 |
| R. Frezza | Member | $670 | 6.30 | $4,221.00 |
| J. Dolan | Consultant | $445 | 54.30 | $24,163.50 |
| N. Backer | Paraprofessional | $120 | 7.10 | $852.00 |
| **For the Period 7/1/10 through 7/31/10** | | | **92.20** | **$47,856.50** |

Capstone Advisory Group, LLC
Invoice for the July 2010 Fee Application

Page 1 of 1

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Task Code
## For the Period 7/1/10 through 7/31/10

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims and interest calculations in relation to the POR and Disclosure Statement. | 2.80 | $2,128.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions and counsel reports and participated in Committee calls. | 6.50 | $3,837.50 |
| 05. Employee Matters/KERP/Other | During the Fee Application period, the Applicant read and analyzed motion related to pension funding and prepared report to the Committee thereon. | 49.30 | $27,199.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the October, November and December monthly fee statements. | 15.20 | $4,551.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding the monthly results and 4Q09 results including peer compnay analysis and prepared a report to the Committee thereon. | 18.40 | $10,141.00 |
| For the Period 7/1/10 through 7/31/10 | | 92.20 | $47,856.50 |

Capstone Advisory Group, LLC
Invoice for the July 2010 Fee Application

Page 1 of 1

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Detailed Time Description by Task Code**
**For the Period 7/1/10 through 7/31/10**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **03. Claims Analysis & Valuation** | | | |
| 7/20/2010 | E. Ordway | 0.70 | Read and analyzed counsel's report regarding proof of claims from Plum Creek Timberlands, LLC |
| 7/29/2010 | S. Cunningham | 2.10 | Reviewed latest claims analysis. |
| Subtotal | | 2.80 | |
| **04. Creditor Committee Matters** | | | |
| 7/6/2010 | J. Dolan | 1.10 | Read and analyzed recent docket submissions. |
| 7/12/2010 | J. Dolan | 0.30 | Read and analyzed recent docket submissions. |
| 7/14/2010 | E. Ordway | 0.50 | Call with holder of bank debt regarding case status. |
| 7/15/2010 | E. Ordway | 0.40 | Read counsel's report on the July 14th court hearing. |
| 7/19/2010 | J. Dolan | 0.50 | Read and analyzed counsel's memo regarding late proofs of claims. |
| 7/19/2010 | J. Dolan | 0.40 | Read and analyzed recent docket submissions. |
| 7/21/2010 | S. Cunningham | 2.10 | Read and analyzed Counsel's recent memos. |
| 7/26/2010 | J. Dolan | 1.20 | Read and analyzed recent docket submissions. |
| Subtotal | | 6.50 | |
| **05. Employee Matters/KERP/Other** | | | |
| 7/1/2010 | J. Dolan | 1.00 | Finalized request for information regarding Retirement Study internally and with counsel; distributed to Blackstone. |
| 7/7/2010 | S. Cunningham | 1.80 | Read and analyzed retirement plan data and report. |
| 7/8/2010 | J. Dolan | 0.40 | Follow up discussion with counsel regarding Retirement Study call and next steps. |
| 7/8/2010 | J. Dolan | 1.20 | Prepared for and participated in call with Company and AON regarding Retirement Study. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/8/2010 | R. Frezza | 2.40 | Prepared for and participated in call with AON and company re: retirement plan; prepared report for Committee. |
| 7/8/2010 | S. Cunningham | 2.00 | Read and analyzed retirement plan data and report. |
| 7/8/2010 | J. Dolan | 2.00 | Prepared report to the Committee regarding Retirement Study and go forward plan. |
| 7/12/2010 | E. Ordway | 1.00 | Read and analyzed material related to retirement study issues. |
| 7/12/2010 | J. Dolan | 2.70 | Prepared report to the Committee regarding Aon Retirement Study. |
| 7/12/2010 | J. Dolan | 2.10 | Prepared charts for report to the Committee on Retirement Study. |
| 7/13/2010 | J. Dolan | 2.70 | Prepared commentary and related charts for Retirement Study report to the Committee. |
| 7/14/2010 | J. Dolan | 3.50 | Prepared report and analysis to the Committee regarding Retirement Plan Study. |
| 7/15/2010 | R. Frezza | 1.40 | Reviewed AON report; provided comments to team |
| 7/15/2010 | E. Ordway | 0.90 | Read and analyzed retirement study data and noted items for staff to investigate/include in report. |
| 7/15/2010 | S. Cunningham | 2.10 | Read and analyzed retirement plan data and report. |
| 7/15/2010 | J. Dolan | 1.60 | Prepared various analyses for report to the Committee regarding Retirement Plan Study. |
| 7/15/2010 | J. Dolan | 4.20 | Prepared report to the Committee regarding Retirement Plan Study. |
| 7/16/2010 | R. Frezza | 0.70 | Final review of Retirement Report; provided comments/issued to counsel for final review. |
| 7/16/2010 | J. Dolan | 2.30 | Prepared Retirement Plan Study Report and addressed internal comments. |
| 7/19/2010 | R. Frezza | 0.50 | Discussed AON Retirement Plan report with counsel. |
| 7/19/2010 | S. Cunningham | 2.20 | Read and analyzed retirement plan report and provided comments to team. |
| 7/19/2010 | J. Dolan | 0.50 | Reviewed Retirement Plan Study Report to Committee and distributed to counsel for review. |
| 7/20/2010 | E. Ordway | 0.50 | Prepared/edited report on retirement study for the Committee. |
| 7/20/2010 | J. Dolan | 2.00 | Prepared Retirement Design Study report to the Committee. |
| 7/22/2010 | J. Dolan | 1.30 | Discussion with counsel regarding Retirement Plan Study report. Revised report accordingly. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/23/2010 | J. Dolan | 1.10 | Revised Retirement Study Report based on counsel's comments. |
| 7/26/2010 | R. Frezza | 1.30 | Discussions with counsel re: retirement report to Committee. |
| 7/26/2010 | J. Dolan | 1.30 | Final review of Retirement Study Report to the Committee and distributed to counsel for review. |
| 7/27/2010 | J. Dolan | 0.90 | Finalized report on Retirement Study and distributed to Committee. |
| 7/27/2010 | E. Ordway | 1.70 | Continued to prepare/edit retirement report for the Committee. |
| Subtotal | | 49.30 | |

07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/1/2010 | J. Dolan | 1.20 | Prepared May fee application. |
| 7/6/2010 | J. Dolan | 0.90 | Final review and filed May fee application. |
| 7/12/2010 | N. Backer | 1.00 | Prepared June fee statement. |
| 7/13/2010 | J. Dolan | 0.80 | Prepared June fee application. |
| 7/13/2010 | N. Backer | 0.40 | Prepared June 2010 fee statement. |
| 7/14/2010 | N. Backer | 1.20 | Prepared monthly statement. |
| 7/14/2010 | E. Ordway | 0.30 | Prepared fee application. |
| 7/15/2010 | N. Backer | 1.10 | Prepared monthly statement. |
| 7/16/2010 | J. Dolan | 0.90 | Prepared June fee application. |
| 7/19/2010 | J. Dolan | 1.10 | Prepared June fee application. |
| 7/19/2010 | N. Backer | 2.40 | Prepared 26th Quarterly Fee Application for the period April 1, 2010 - June 30, 2010. |
| 7/20/2010 | J. Dolan | 0.80 | Prepared quarterly fee application. |
| 7/21/2010 | N. Backer | 1.00 | Prepared 26th Quarterly Fee Application for the period April 1, 2010 - June 30, 2010. |
| 7/22/2010 | J. Dolan | 1.10 | Prepared quarterly fee application. |
| 7/23/2010 | J. Dolan | 1.00 | Prepared quarterly fee application and filed with counsel. |
| Subtotal | | 15.20 | |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **08. Financial Analysis - Schedules & Statements** | | | |
| 7/6/2010 | J. Dolan | 2.50 | Began preparing tables and report outline for 2Q10 results report to the Committee. |
| 7/8/2010 | J. Dolan | 1.70 | Read and analyzed April monthly operating reports and related financial review. |
| 7/9/2010 | J. Dolan | 0.90 | Read and analyzed May monthly operating statements. |
| 7/12/2010 | S. Cunningham | 2.20 | Reviewed recent monthly operating reports and discussed case update with team. |
| 7/28/2010 | E. Ordway | 1.30 | Read and analyzed April operating report and noted items for staff to investigate. |
| 7/29/2010 | J. Dolan | 2.60 | Prepared schedules and analyses for 2Q10 report to the Committee. |
| 7/29/2010 | J. Dolan | 1.30 | Listened to recorded Grace's investor call on 2Q10 results. |
| 7/29/2010 | E. Ordway | 0.90 | Compared and analyzed April results to 2010 business plan. |
| 7/29/2010 | J. Dolan | 1.70 | Read and analyzed investor presentation in anticipation of call. |
| 7/30/2010 | S. Cunningham | 1.80 | Read and analyzed 2nd Quarter press release and discussed with team. |
| 7/30/2010 | J. Dolan | 1.50 | Prepared analyses for 2Q10 report to the Committee. |
| Subtotal | | 18.40 | |
| **Total Hours** | | **92.20** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 7/1/10 through 7/31/10

| Date | Professional | Detail | Amount |
|---|---|---|---|
| Research | | | |
| 7/12/2010 | Capstone Expense | Pacer - Research tool | $28.08 |
| Subtotal - Research | | | $28.08 |
| Telecom | | | |
| 7/13/2010 | Capstone Expense | June Telecom - Saddle Brook office | $132.01 |
| Subtotal - Telecom | | | $132.01 |
| **For the Period 7/1/10 through 7/31/10** | | | $160.09 |