**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related to Docket No. 25528** |
| | ) | |
| Debtors. | ) | **Objection Deadline**: October 19, 2010, at |
| | ) | 4:00 p.m. (prevailing eastern time) |

## AMENDMENT TO KIRKLAND & ELLIS LLP'S AUGUST 2010 FEE APPLICATION AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL.

On September 29, 2010, Kirkland & Ellis LLP ("K&E") filed its Summary Application for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel to W. R. Grace & Co., et al., for the Monthly Interim Period from August 1, 2010 through August 31, 2010 (Dkt. No. 25528) (the "August 2010 Fee Application"). Pursuant to an agreement with W. R. Grace, K&E has agreed to a voluntary reduction of fees in the amount of $20,000.00.[2]

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] The reduction relates to fees billed to matter 32 for the August 2010 Fee Application.

WHEREFORE, K&E respectfully requests (a) that an allowance be made to it, as fully described above and in the August 2010 Fee Application for the (i) 80% of the amount of **$171,565.00** (previously $191,565.00) for reasonable and necessary professional services K&E has rendered to the Debtors during the Fee Period **($137,252.00)** (previously $153,252.00) and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by K&E during the Fee Period **($8,993.38)**; (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) that this Court grant such further relief as is equitable and just.

Dated: October 1, 2010                          Respectfully submitted,

                                                KIRKLAND & ELLIS LLP


                                                /s/ Deanna D. Boll
                                                Theodore L. Freedman
                                                Deanna D. Boll
                                                601 Lexington Avenue
                                                New York, New York 10022-4611
                                                Telephone: (212) 446-4800