# EXHIBIT A

**WR Grace**
**July 2010 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Thu 1 | Review/analysis docket items | 0.5 |
| Fri 2 | Review/analysis docket items | 0.3 |
| Tue 6 | Review/analysis docket items | 0.4 |
| Wed 7 | Prep pension issue call | 2.0 |
| | Review/analysis docket items | 0.2 |
| Thu 8 | AON/Grace pension call | 1.2 |
| | Comm w/OHS (Dfe) re pension call | 0.7 |
| | Review/analysis docket items | 0.4 |
| Fri 9 | Review analsis of pension options | 0.7 |
| | Review/edit pension memo | 2.2 |
| | Review/analysis docket items | 0.8 |
| Mon 12 | review news re earnings announcement | 0.4 |
| | Comm w/OHS (RF) re earnings | 0.4 |
| | Review/analysis docket items | 1.0 |
| Tue 13 | Review/analysis docket items | 0.2 |
| Wed 14 | Prep and hearing attendence | 1.4 |
| | Comm w/OHS (Dfe) re hearing | 0.3 |
| | Review/analysis docket items | 0.4 |
| Thu 15 | Review/analysis docket items | 0.3 |
| Fri 16 | Review/analysis docket items | 0.5 |
| Mon 19 | Review/analysis docket items | 0.3 |
| | Compile/review Grace time sheets | 1.5 |
| Tue 20 | Review/analysis docket items | 0.5 |
| Wed 21 | Review/analysis docket items | 0.3 |
| Thu 22 | Comm w/Blackstone re pension funding schedule | 0.2 |
| | Review Grace earning announce and news | 1.4 |
| | Review/analysis docket items | 0.5 |
| Fri 23 | Audio replay Grace earnings | 1.0 |
| | Review/process fee app | 1.2 |
| | Review/analysis docket items | 0.7 |
| Mon 26 | Comm w/OHS (RF) re asbestos case sceanrios | 1.0 |
| | Review/analysis docket items | 0.2 |
| Tue 27 | Review/analysis docket items | 0.3 |
| Wed 28 | Comm w/OHS (Dfe) re confirmation order | 0.5 |
| | Review/edit fincl results memo | 2.3 |
| | Review/analysis docket items | 0.7 |
| Thu 29 | Review/analysis docket items | 0.2 |
| Fri 30 | Review/analysis docket items | 0.4 |

| | TOTAL TIME (hrs) | 27.5 |

**WR Grace**
**July 2010 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Thu 1 | Review/analysis docket items | 0.4 |
| Fri 2 | Review/analysis docket items | 0.3 |
| Mon 5 | Review/analysis docket items | 0.4 |
| Tue 6 | Review/analysis docket items | 0.7 |
| | Review MOR | 1.0 |
| Wed 7 | Review retirement plan information | 1.0 |
| | Review/analysis docket items | 0.5 |
| Thu 8 | Review/analysis docket items | 0.5 |
| | Review retirement plan information | 0.7 |
| | Conference call re:  retirement plan issues | 0.8 |
| | Preparation of memo re:  retirement plan issues | 1.5 |
| Fri 9 | Review/analysis docket items | 0.1 |
| Mon 12 | Review/analysis docket items | 0.2 |
| Tue 13 | Review/analysis docket items | 0.4 |
| Wed 14 | Review/analysis docket items | 0.8 |
| | Court hearing | 1.5 |
| Thu 15 | Review/analysis docket items | 0.4 |
| Fri 16 | Review/analysis docket items | 0.5 |
| Mon 19 | Review/analysis docket items | 0.8 |
| Tue 20 | Review/analysis docket items | 0.4 |
| Wed 21 | Review/analysis docket items | 0.3 |
| Thu 22 | Review/analysis docket items | 0.7 |
| | Analysis of financial results | 1.0 |
| Fri 23 | Review/analysis docket items | 0.5 |
| Mon 26 | Review/analysis docket items | 0.4 |
| Tue 27 | Review/analysis docket items | 0.7 |
| | Preparation of memo re:  financial results | 1.5 |
| Wed 28 | Review/analysis docket items | 0.5 |
| | Preparation of memo re:  financial results | 1.0 |
| Thu 29 | Review/analysis docket items | 0.4 |
| Fri 30 | Review/analysis docket items | 0.7 |
| | TOTAL TIME (hrs) | 20.6 |

**WR Grace**
**July 2010 Time - George Coles, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Tue 7 | Review docket | 1.5 |
| Thu 8 | Prep for Pension Call | 1.0 |
| Thu 8 | Grace Pension Call | 0.8 |
| Thu 8 | Memo to FCR | 1.3 |
| Thu 15 | Review docket | 1.0 |
| Fri 23 | Review Q2 Financial Results | 2.5 |
| Mon 26 | Review Q2 Financial Results | 3.5 |
| Mon 26 | Financial analysis | 3.0 |
| Mon 26 | Memo to FCR | 1.0 |
| Tue 27 | Memo to FCR | 2.0 |
| Wed 28 | Review docket | 1.5 |
| Thu 30 | Review docket | 1.0 |
| | TOTAL TIME (hrs) | 20.0 |

**WR Grace**
**July 2010 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|----------|--------|------|
| Wed 7 | Review docket | 1.5 |
| Thu 8 | Prep for Pension Call | 2.0 |
| Thu 8 | Grace Pension Call | 0.8 |
| Mon 12 | Review docket | 0.5 |
| Wed 14 | Review docket | 0.5 |
| Fri 16 | Review docket | 1.0 |
| Thu 22 | Grace Earnings Webcast | 0.5 |
| Fri 23 | Review Q2 Financial Results | 3.0 |
| Mon 26 | Review Q2 Financial Results | 3.0 |
| Mon 26 | Financial analysis | 3.0 |
| Tue 27 | Review docket | 0.5 |
| Thu 29 | Review docket | 0.5 |
| | TOTAL TIME (hrs) | 16.8 |