# EXHIBIT B

**W.R. Grace**
**Detail of expenses (July 1, 2010 – July 31, 2010)**

Communication
Telephone $251.30
           **Total Communication:** **$ 251.30**

**TOTAL EXPENSES:** **$ 251.30**