# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                  EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:   100055.WRG01 |
| September 14, 2010 | INVOICE:   239401 |
| MATTER: CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |
| c/o Peter Van N. Lockwood, Esq.<br>Caplin & Drysdale<br>One Thomas Circle<br>Washington, DC 20005 | DATE:   September 14, 2010<br>MATTER:   100055.WRG01<br>INVOICE:   239401 |

### PROFESSIONAL SERVICES through 08/31/10

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/01/10 | Research and revise potential strategies for post-bankruptcy insurance recoveries. | W001 | RYC | 3.50 |
| 08/02/10 | Draft and revise insurance policy data spreadsheets (.70); analysis of selected umbrella and excess insurance policies re: limits, exclusions, follow form and other coverage issues (2.20). | W001 | GFF | 2.90 |
| 08/02/10 | Reviewed new settlement agreements re: available coverage. | W001 | IF | 2.10 |
| 08/02/10 | Settlement agreement analysis. | W001 | RMH | 1.10 |
| 08/02/10 | Work on analysis in connection with liquidators and insolvency matters. | W001 | RYC | 4.50 |
| 08/03/10 | Review, identify, and prepare specific policy provisions in insurance company's insurance portfolio in connection with analysis of provisions potentially maximizing coverage. | W001 | CKN | 1.20 |
| 08/03/10 | Analysis of selected recently received insurance settlement and reimbursement agreements re: release issues, payment issues, and other terms (2.90); analysis of selected insurance policies re: limits, terms, exclusions, follow form and other coverage issues (1.60); draft and revise insurance policy data spreadsheets (.70). | W001 | GFF | 5.20 |
| 08/03/10 | Continued to review new settlement agreements and revise spreadsheet. | W001 | IF | 1.30 |
| 08/03/10 | Reviewed information re: Minster and confirmed settlement agreement. | W001 | IF | 0.90 |
| 08/03/10 | Analyze and comment on proposed settlement agreement. | W001 | RMH | 0.40 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                             EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| September 14, 2010 | | INVOICE: | | 239401 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH | | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/03/10 | Review and analysis of post-bankruptcy issues in connection with Trust recovery from insurance carriers. | W001 | RYC | 3.70 |
| 08/04/10 | Begin reviewing and revising time and expense entries. | W011 | AHP | 1.20 |
| 08/04/10 | Draft and revise insurance policy data spreadsheets. | W001 | GFF | 1.10 |
| 08/04/10 | Reviewed settlement and reimbursement agreements re: exhaustion of policies. | W001 | IF | 1.60 |
| 08/04/10 | Follow-up regarding historical pursuit of claims against insolvent insurance carriers and prepare analysis in connection therewith. | W001 | RYC | 2.80 |
| 08/05/10 | Finish reviewing and revising first draft. | W011 | AHP | 1.40 |
| 08/05/10 | Analysis of selected umbrella excess insurance policies re: limits, exclusions, follow form, payment of loss issues and other coverage issues. | W001 | GFF | 3.60 |
| 08/05/10 | Reviewed new settlement agreements re: available coverage and exhaustion information. | W001 | IF | 1.80 |
| 08/05/10 | Attention to settlement negotiations. | W001 | RMH | 0.70 |
| 08/05/10 | Research regarding NY law in connection with liquidation and insolvency. | W001 | RYC | 2.60 |
| 08/06/10 | Assist R. Chung with research, communications and preparation of proposed proof of claim submissions. | W001 | HEG | 6.30 |
| 08/06/10 | Reviewed new settlement agreements to update reimbursement agreement binder. | W001 | IF | 0.90 |
| 08/06/10 | Work on insolvent claims. | W001 | MG | 2.00 |
| 08/06/10 | Research and prepare response in connection with liquidator's notice of determination denying coverage (3.80). Research and prepare potential proofs of claim post-cut-off date for insurance company in liquidation (2.50). | W001 | RYC | 6.30 |
| 08/07/10 | Research and analysis in connection with impediments to recovery against insolvent insurance companies. | W001 | RYC | 2.20 |
| 08/09/10 | Review changes and make additional revisions. | W011 | AHP | 1.80 |

{D0187433.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                         EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 3

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| September 14, 2010 | | INVOICE: | | 239401 |
| MATTER: CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/09/10 | Review, identify, and prepare specific policy provisions in insurance company's insurance portfolio in connection with analysis of provisions potentially maximizing coverage. | W001 | CKN | 0.60 |
| 08/09/10 | Analysis of selected coverage in place agreements, with comparisons to earlier versions (1.80); draft and revise insurance policy data spreadsheets (.80); analysis of selected umbrella insurance policies re: limits, follow form, exclusions and other coverage issues (1.30). | W001 | GFF | 3.90 |
| 08/09/10 | Assisted with proposed proof of claim submission details for insolvent companies. | W001 | HEG | 1.60 |
| 08/09/10 | Reviewed new reimbursement agreements re: "submission of claims" and "trigger." | W001 | IF | 1.10 |
| 08/09/10 | Review correspondence from liquidator re: objection to claims (.30); email R. Chung re: same (.10). | W001 | KES | 0.40 |
| 08/09/10 | Attention to settlement negotiations with specific insurance company. | W001 | RMH | 0.80 |
| 08/09/10 | Research and draft response to potential defenses by insolvent insurance companies (3.80). Review and prepare strategy against Integrity opposition to determination objection (2.70). | W001 | RYC | 6.50 |
| 08/10/10 | Analysis of selected insurance policies re: follow form, limits, exclusions and other coverage issues (1.90); draft and revise insurance policy data spreadsheets (1.20). | W001 | GFF | 3.10 |
| 08/10/10 | Research re: insolvent Highlands (UK) claim valuation response. | W001 | HEG | 1.80 |
| 08/10/10 | Reviewed insurance policies re: updating availability of coverage information. | W001 | IF | 1.20 |
| 08/10/10 | Reviewed Highlands UK final determination information. | W001 | IF | 0.70 |
| 08/10/10 | Read and review Opposition filed by Liquidator in anticipation of preparing reply brief (1.50); email to R. Chung re: same (.20). | W001 | KES | 1.70 |

{D0187433.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                         EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 4

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| September 14, 2010 | | INVOICE: | | 239401 |
| MATTER:  CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/10/10 | Research regarding issues in reply to Integrity Liquidator's opposition brief (3.70). Review and analysis in connection with Highlands Insurance Company (U.K.) Ltd. Scheme of Arrangement and Final Claim Notification (1.50). | W001 | RYC | 5.20 |
| 08/11/10 | Analysis of selected umbrella and excess policies re: limits, payment of loss issues, exclusions and other coverage issues (1.80); draft and revise insurance policy data spreadsheets (.80); analysis of selected settlement and reimbursement agreements re: timing of payments issues (1.30). | W001 | GFF | 3.90 |
| 08/11/10 | Continued research re: proposed insolvent insurer proof-of-claim submission (2.20); continued research re: potential objections to Highlands (UK) claim valuation (2.20). | W001 | HEG | 4.40 |
| 08/11/10 | Reviewed and updated reimbursement agreement binder and table. | W001 | IF | 1.20 |
| 08/11/10 | Reviewed Integrity's arguments re: Claim. | W001 | IF | 0.60 |
| 08/11/10 | Review system for forms related to objections (.40); search liquidation and rehabilitation dockets (.50). | W001 | MC | 0.90 |
| 08/11/10 | Attention to settlement with major insurance company (2.10). Update insurance recovery chart (1.10). | W001 | RMH | 3.20 |
| 08/11/10 | Research issues raised in Integrity's opposition motion regarding claim determination. | W001 | RYC | 2.90 |
| 08/11/10 | Review and comment upon fee application. | W011 | RYC | 0.50 |
| 08/12/10 | Review attorney changes and resubmit. | W011 | AHP | 0.60 |
| 08/12/10 | Draft and revise insurance policy data spreadsheets (.80); analysis of selected insurance policies re: limits, follow form, exclusions, payment of loss issues and other coverage issues (2.40). | W001 | GFF | 3.20 |
| 08/12/10 | Reviewed settlement agreements and updated chart re: current status of each. | W001 | IF | 2.30 |
| 08/12/10 | Attention to case strategy (1.00); prepare outline of legal arguments in preparation of preparing reply brief (1.30); begin preparation of reply brief (.60). | W001 | KES | 2.90 |

{D0187433.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 5

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| September 14, 2010 | | INVOICE: | | 239401 |
| MATTER:  CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/12/10 | Westlaw research re: liquidations and recoveries. | W001 | MC | 1.60 |
| 08/12/10 | Work on London insolvent NPV calculations. | W001 | MG | 2.80 |
| 08/12/10 | Draft analysis and recommendation to the Committee regarding the potential settlement with the Hartford (2.90).  Meeting with Chairman of the Committee Mr. Elihu Inselbuch regarding insurance recovery effort (2.00). Preparation for same (1.90). | W001 | RMH | 6.80 |
| 08/12/10 | Research and prepare analysis in connection with various state liquidation proceedings for insolvent insurance recoveries (2.80). Review and update of post-trust insurance recovery issues (2.80). | W001 | RYC | 5.60 |
| 08/13/10 | Analysis of selected insurance policies re: follow form, limits, exclusions, payment of "ultimate loss" issues and other coverage issues (2.90); draft and revise insurance policy data spreadsheets (.90). | W001 | GFF | 3.80 |
| 08/13/10 | Continued research re: Ideal Mutual proof of claim submission. | W001 | HEG | 0.60 |
| 08/13/10 | Reviewed settlement agreements re:  "remaining available coverage." | W001 | IF | 1.90 |
| 08/13/10 | Perform legal research re: 524(g) in anticipation of preparing reply to Integrity liquidators' opposition brief (1.00); federal preemption research (.70). | W001 | KES | 1.70 |
| 08/13/10 | Work on specific insolvent carrier's NPV calculations. | W001 | MG | 0.80 |
| 08/13/10 | Answer questions from Committee members regarding the proposed settlement with specific insurance company (1.90).  Direct further insurance asset analysis per Mr. Inselbuch (.90). | W001 | RMH | 2.80 |
| 08/13/10 | Research and analysis of issues raised by Integrity in its opposition brief (4.80). Prepare documents in connection with post-trust insurance recovery (1.90). | W001 | RYC | 6.70 |
| 08/15/10 | Continue preparation of reply brief. | W001 | KES | 3.90 |
| 08/15/10 | Review and revise pleadings in connection with post-trust insurance recovery (1.80).  Prepare submissions in connection with pursuing insolvency insurance recoveries (1.30). | W001 | RYC | 3.10 |

{D0187433.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                             EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 6

W.R. GRACE/CLAIMANTS COMMITTEE                      MATTER:          100055.WRG01

September 14, 2010                                                         INVOICE:            239401

MATTER:  CLAIMANTS COMMITTEE                                    ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/16/10 | Proof changes, finalize and release. | W011 | AHP | 1.30 |
| 08/16/10 | Draft and revise insurance policy data spreadsheets (1.20); Analysis of selected insurance policies re: follow form, limits, exclusions and other coverage issues (2.40). | W001 | GFF | 3.60 |
| 08/16/10 | Reviewed insurance policies for insolvent insurance companies re: "limits" and "loss payable" language. | W001 | IF | 0.70 |
| 08/16/10 | 524g research in connection with state insurance company insolvency laws (2.20); prepare reply brief re: Integrity (2.40). | W001 | KES | 4.60 |
| 08/16/10 | Email to insolvent liquidator re: database issues for claim. | W001 | MG | 0.80 |
| 08/16/10 | Attention to revisions of settlement agreement by insurance company. | W001 | RMH | 1.80 |
| 08/16/10 | Review draft of reply Memo of Law in Support of Claimant's Objection to Integrity determination (1.00). Work on pleadings in connection with post-trust insurance recovery (2.20). Research regarding submissions in connection with pursuing insolvency insurance recoveries (2.50). | W001 | RYC | 5.70 |
| 08/17/10 | Review newly received documents and update monitoring chart. | W011 | AHP | 0.90 |
| 08/17/10 | Analysis of selected insurance policies re: limits, follow form issues, payment of loss issues, and other coverage issues (2.80); draft and revise insurance policy data spreadsheets (.90). | W001 | GFF | 3.70 |
| 08/17/10 | Updated limit information re: insurance policies. | W001 | IF | 1.40 |
| 08/17/10 | Continue preparation of Reply Brief in further support of objection to the Liquidator's notices of determination. | W001 | KES | 3.80 |
| 08/17/10 | Research and revise Claimant's Reply to the Integrity Liquidator's Opposition brief (5.10). Attention to impediments to potential insurance recoveries from insolvent insurance companies (1.60). | W001 | RYC | 6.70 |

{D0187433.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 7

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| September 14, 2010 | | INVOICE: | | 239401 |
| MATTER:  CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/18/10 | Analysis of selected insurance policies re: follow form, limits, payment of loss issues, and other coverage issues (1.10); draft and revise insurance policy data spreadsheets (.60). | W001 | GFF | 2.70 |
| 08/18/10 | Reviewed insurance policies re: "products aggregate limits" and "combined general aggregate limit updates." | W001 | IF | 2.20 |
| 08/18/10 | Finalize draft for Plan Proponent review of Claimant's Reply to the Integrity Liquidator's Opposition brief. | W001 | RYC | 6.80 |
| 08/19/10 | Draft and revise insurance policy data spreadsheets (1.20); Analysis of selected insurance policies re: limits, aggregates, payment of loss issues and other coverage issues (1.20). | W001 | GFF | 2.40 |
| 08/19/10 | Reviewed settlement agreements and insurance policies re:  "policy erosion information" and "remaining coverage information." | W001 | IF | 3.40 |
| 08/19/10 | Review and revise Reply Brief re: objection to Liquidator's determination. | W001 | KES | 1.40 |
| 08/19/10 | Edit brief to be submitted to Integrity referee. | W001 | RMH | 2.20 |
| 08/19/10 | Complete revised draft of Claimant's Reply to the Integrity Liquidator's Opposition brief for Plan Proponent review (5.30).  Research regarding post bar date recoveries from insolvent insurance companies (1.20). | W001 | RYC | 6.50 |
| 08/20/10 | Analysis of selected insurance policies re: limits, aggregates, payment of loss issues, and relevancy to selected settlement agreements (2.90); draft and revise insurance policy data spreadsheets (.80). | W001 | GFF | 3.70 |
| 08/20/10 | Reviewed insurance policies re: "insolvent insurance company limits" and "follow form." | W001 | IF | 3.40 |
| 08/20/10 | Revise and finalize reply brief (5.90); prepare reply brief for filing and serve on all parties (.80). | W001 | KES | 6.70 |
| 08/20/10 | Finalize Reply Memo of Law in Support of Claimant's Objection to Notice of Determination. | W001 | RYC | 4.40 |

{D0187433.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                         EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 8

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| September 14, 2010 | | INVOICE: | | 239401 |
| MATTER: CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/21/10 | Continue research re: post bar date recoveries from insolvent insurance companies (.80); Attention to status of settlement discussions with insurance companies (.80); review follow-up matters in connection with Integrity briefing and oral argument re: objection to notice of determination (.80). | W001 | RYC | 2.40 |
| 08/23/10 | Draft and revise insurance policy data spreadsheets (1.80); Analysis of selected insurance policies re: follow form, "loss payment" issues, limits, and other coverage issues (3.40). | W001 | GFF | 5.20 |
| 08/23/10 | Reviewed insurance policies re: "loss payable" provisions and "follow form" endorsements. | W001 | IF | 2.80 |
| 08/23/10 | Review and digest materials re: post bar date recoveries from insolvent insurance companies (2.90); Revise potential pleadings in connection with post-bankruptcy insurance recovery (2.60). | W001 | RYC | 5.50 |
| 08/24/10 | Draft and revise insurance policy data spreadsheets (2.20); Analysis of selected insurance policies re: limits, follow form, "loss payable" issues and other coverage issues (1.20). | W001 | GFF | 3.40 |
| 08/24/10 | Reviewed insurance policies re: updated "loss payable" and follow form information. | W001 | IF | 3.10 |
| 08/24/10 | Organization of case files. | W001 | NJB | 2.00 |
| 08/24/10 | Revise support for post bar date recoveries from insolvent insurance companies (1.80); Work on potential pleadings in connection with post-bankruptcy insurance recovery (1.50). | W001 | RYC | 3.30 |
| 08/25/10 | Analysis of selected insurance policies re: follow form, limits, loss payable issues and other coverage issues (2.40); draft and revise insurance policy data spreadsheets (1.30). | W001 | GFF | 3.70 |
| 08/25/10 | Reviewed insurance policies re: "loss payable" provision updates and "follow form" for "loss payable." | W001 | IF | 3.10 |
| 08/25/10 | Attention to providing information to insurance companies in settlement negotiations. | W001 | RMH | 2.70 |

{D0187433.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 9

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| September 14, 2010 | | INVOICE: | | 239401 |
| MATTER: CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/25/10 | Attention to issues raised by ongoing settlement discussions with specific insurance company. | W001 | RYC | 1.80 |
| 08/26/10 | Draft and revise insurance policy data spreadsheets (1.30); Analysis of selected insurance policies re: follow form, "loss payable" issues, limits, and other coverage issues (3.60). | W001 | GFF | 4.90 |
| 08/26/10 | Reviewed insurance policies re: "loss payable" language and "follow form" updates. | W001 | IF | 3.60 |
| 08/26/10 | Prepare for settlement meeting with a major insurance company (1.80); Draft letter to insurance company seeking information (.50). | W001 | RMH | 2.30 |
| 08/26/10 | Follow-up re: ongoing settlement discussions between specific insurance company and the ACC. | W001 | RYC | 0.30 |
| 08/27/10 | Analysis of selected insurance policies re: follow form, limits, and "loss payable" issues (2.70); draft and revise insurance policy data spreadsheets (.90) | W001 | GFF | 3.60 |
| 08/27/10 | Reviewed insurance policies re: updated information on "loss payable" Language and "follow form." | W001 | IF | 3.10 |
| 08/27/10 | Meet with principal of major insurance company and achieve settlement in principle (2.00). Prepare for same (2.90). Follow-up (.90). | W001 | RMH | 5.80 |
| 08/27/10 | Research and respond to inquiries in connection with settlement discussion meeting with specific insurance company (.80); attention to correspondence from insolvent insurance carrier re: proof of claims (1.50). | W001 | RYC | 2.30 |
| 08/30/10 | Analysis of selected insurance policies re: follow form, "loss payable" issues and other coverage issues (2.90); draft and revise insurance policy data spreadsheets (1.20). | W001 | GFF | 4.10 |
| 08/30/10 | Reviewed and updated insurance policy information re: "loss payable" language and "follow form" information. | W001 | IF | 3.30 |
| 08/30/10 | Work on response to insolvent information request. | W001 | MG | 1.00 |
| 08/30/10 | Review and organization of case pleadings and related materials. | W001 | NJB | 1.50 |

{D0187433.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 10

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| September 14, 2010 | | INVOICE: | | 239401 |
| MATTER: CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/30/10 | Attention to settlement with major insurance company (1.20); Set out terms (1.30); Review and analyze settlement with another major insurance company (2.20). | W001 | RMH | 4.70 |
| 08/31/10 | Analysis of selected insurance policies re: follow form, "loss payable" issues and other coverage issues (1.30); draft and revise insurance policy data spreadsheets (.60). | W001 | GFF | 1.90 |
| 08/31/10 | Reviewed and updated insurance policy information re: "loss payable" provisions and "follow form". | W001 | IF | 3.20 |
| 08/31/10 | Searched files and in-house resources re: settlement agreement information. (.40); searched files and in-house resources re: insolvent insurance company status information. (.60). | W001 | IF | 1.00 |
| 08/31/10 | Work on response to insolvent information request. | W001 | MG | 1.20 |
| 08/31/10 | Attention to settlement with a major insurance company (1.20); Draft and submit report to W.R. counsel (.80); Obtain approval from Debtor (.80). | W001 | RMH | 2.80 |

**TOTAL FEES:**                                                                                              **$157,780.50**

{D0187433.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 11

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| September 14, 2010 | INVOICE: | 239401 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

## FEE SUMMARY

| | RATE | HOURS | TOTALS |
|---|---:|---:|---:|
| Arline H Pelton | 240.00 | 7.20 | 1,728.00 |
| Corina K Nastu | 220.00 | 1.80 | 396.00 |
| Glenn F Fields | 330.00 | 73.60 | 24,288.00 |
| Harris E Gershman | 265.00 | 14.70 | 3,895.50 |
| Izak Feldgreber | 285.00 | 51.90 | 14,791.50 |
| Kenneth E. Sharperson | 495.00 | 27.10 | 13,414.50 |
| Mark Garbowski | 565.00 | 8.60 | 4,859.00 |
| Michael Chung | 320.00 | 2.50 | 800.00 |
| Nicholas J Balsdon | 205.00 | 3.50 | 717.50 |
| Robert M Horkovich | 875.00 | 38.10 | 33,337.50 |
| Robert Y Chung | 585.00 | 101.80 | 59,553.00 |
| **TOTAL FEES:** | | | **$157,780.50** |

{D0187433.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                                  **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 12

W.R. GRACE/CLAIMANTS COMMITTEE                          MATTER:        100055.WRG01

September 14, 2010                                                  INVOICE:             239401

MATTER:  CLAIMANTS COMMITTEE                                   ROBERT M. HORKOVICH

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001     Asset Analysis and Recovery

|  | HOURS | TOTALS |
|---|---:|---:|
| Corina K Nastu | 1.80 | 396.00 |
| Glenn F Fields | 73.60 | 24,288.00 |
| Harris E Gershman | 14.70 | 3,895.50 |
| Izak Feldgreber | 51.90 | 14,791.50 |
| Kenneth E. Sharperson | 27.10 | 13,414.50 |
| Michael Chung | 2.50 | 800.00 |
| Mark Garbowski | 8.60 | 4,859.00 |
| Nicholas J Balsdon | 3.50 | 717.50 |
| Robert M Horkovich | 38.10 | 33,337.50 |
| Robert Y Chung | 101.30 | 59,260.50 |
| **TOTAL:** | **323.10** | **$155,760.00** |

ACTIVITY CODE: W011     Fee Applications (Applicant)

|  | HOURS | TOTALS |
|---|---:|---:|
| Arline H Pelton | 7.20 | 1,728.00 |
| Robert Y Chung | 0.50 | 292.50 |
| **TOTAL:** | **7.70** | **$2,020.50** |

{D0187433.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                         EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 13

| | | |
|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| September 14, 2010 | INVOICE: | 239401 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

## COSTS through 08/31/10

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---:|
| 08/01/10 | LIBRARY & LEGAL RESEARCH Westlaw Usage Charges July 1, 2010 through July 31, 2010 | E106 | 170.85 |
| 08/01/10 | LIBRARY & LEGAL RESEARCH Westlaw Usage Charges July 1, 2010 through July 31, 2010 | E106 | 3.97 |
| 08/03/10 | DI - PHOTOCOPYING | E101 | 23.90 |
| 08/04/10 | DI - POSTAGE | E108 | 0.88 |
| 08/04/10 | DI - POSTAGE | E108 | 0.44 |
| 08/06/10 | DI - PHOTOCOPYING | E101 | 0.50 |
| 08/06/10 | DI - PHOTOCOPYING | E101 | 0.40 |
| 08/09/10 | DI - PHOTOCOPYING | E101 | 1.00 |
| 08/09/10 | DI - PHOTOCOPYING | E101 | 36.30 |
| 08/09/10 | DI - PHOTOCOPYING | E101 | 16.00 |
| 08/10/10 | DI - PHOTOCOPYING | E101 | 20.40 |
| 08/11/10 | LEGAL RESEARCH - LEXIS/NEXIS - MEALEYS - VENDOR: LEXISNEXIS   ACCT # 118FDM 7/10 Online services | E125 | 6,647.91 |
| 08/11/10 | DI - PHOTOCOPYING | E101 | 3.00 |
| 08/16/10 | DI - PHOTOCOPYING | E101 | 7.20 |
| 08/17/10 | DI - PHOTOCOPYING | E101 | 33.90 |
| 08/18/10 | DI - PHOTOCOPYING | E101 | 0.80 |
| 08/19/10 | DI - PHOTOCOPYING | E101 | 0.40 |
| 08/19/10 | DI - PHOTOCOPYING | E101 | 1.20 |
| 08/20/10 | DI - PHOTOCOPYING | E101 | 0.10 |
| 08/20/10 | DI - PHOTOCOPYING | E101 | 6.90 |
| 08/23/10 | AIRFREIGHT FedEx#: 1540-4201-6 Invoice: 720497916 Tracking Number: 790231220606 Reference: 100055 WRG01 05 134 Billing Note: From: Kenneth E Sharperson, Anderson Kill & Olick, P C, One Gateway Center, NEWARK, NJ, 07102, US To: DAVID P WOOLSEY, NJ DEPT OF BANKING AND INSURA, 20 W STATE STREET, TRENTON, NJ, 08625, US | E107 | 14.23 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 14

| | | | |
|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
| September 14, 2010 | | INVOICE: | 239401 |
| MATTER: CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 08/23/10 | DI - PHOTOCOPYING | E101 | 14.00 |
| 08/24/10 | CLIENT - ON-LINE COMP SVC - VENDOR: TD CARD SERVICES ACCT# 4246-9800-0027-8282 Pacer - docket service | E125 | 32.48 |
| 08/25/10 | DI - PHOTOCOPYING | E101 | 1.00 |
| 08/25/10 | DI - PHOTOCOPYING | E101 | 0.30 |
| 08/27/10 | DI - PHOTOCOPYING | E101 | 0.90 |
| 08/27/10 | DI - PHOTOCOPYING | E101 | 3.40 |
| 08/27/10 | DI - PHOTOCOPYING | E101 | 1.70 |
| 08/27/10 | DI - PHOTOCOPYING | E101 | 1.70 |
| 08/27/10 | DI - PHOTOCOPYING | E101 | 8.60 |
| 08/27/10 | DI - PHOTOCOPYING | E101 | 5.20 |
| 08/27/10 | DI - PHOTOCOPYING | E101 | 3.20 |
| 08/30/10 | DI - PHOTOCOPYING | E101 | 2.70 |
| 08/30/10 | DI - PHOTOCOPYING | E101 | 3.30 |
| 08/30/10 | DI - PHOTOCOPYING | E101 | 0.60 |
| 08/30/10 | DI - PHOTOCOPYING | E101 | 0.40 |
| 08/30/10 | DI - PHOTOCOPYING | E101 | 9.00 |
| 08/30/10 | DI - PHOTOCOPYING | E101 | 1.10 |
| 08/30/10 | DI - PHOTOCOPYING | E101 | 1.10 |
| 08/31/10 | LOCAL TRAVEL - VENDOR: PETTY CASH NY OFFICE 08/09/10 - CARFARE - ORDER A FILE IN NY SUPREME COURT FOR R. HORKOVICH | E109 | 4.50 |
| 08/31/10 | LOCAL TRAVEL - VENDOR: PETTY CASH NY OFFICE CARFARE - COPY DOCUMENTS IN NY SUPREME COURT FOR R. HORKOVICH | E109 | 4.50 |
| 08/31/10 | DI - PHOTOCOPYING | E101 | 12.80 |
| 08/31/10 | DI - PHOTOCOPYING | E101 | 0.40 |
| 08/31/10 | DI - PHOTOCOPYING | E101 | 2.10 |
| 08/31/10 | AP - PHOTOCOPYING - VENDOR: PETTY CASH NY OFFICE COPIES FOR R. HORKOVICH | E101 | 25.20 |

**TOTAL COSTS:**                                                                                        **$7,130.46**

{D0187433.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 15

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

September 14, 2010                                 INVOICE:         239401

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

| WORK | DESCRIPTION | AMOUNT |
|---|---|---:|
| AF | AIRFREIGHT | 14.23 |
| CM | CLIENT - ON-LINE COMP SVC | 32.48 |
| LB | LIBRARY & LEGAL RESEARCH | 174.82 |
| LT | LOCAL TRAVEL | 9.00 |
| MY | LEGAL RESEARCH - LEXIS/NEXIS - MEALEYS | 6,647.91 |
| PG | DI - POSTAGE - | 1.32 |
| XE | DI - PHOTOCOPYING - | 225.50 |
| XX | AP - PHOTOCOPYING - | 25.20 |
| | **TOTAL COSTS:** | **$7,130.46** |
| | **TOTAL DUE:** | **$164,910.96** |

{D0187433.1 }