## EXHIBIT A

### Case Administration (1.50 Hours; $ 1,069.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .80 | $860 | 688.00 |
| Rita C. Tobin | .70 | $545 | 381.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/07/10 | PVL | 860.00 | 0.30 | Review 22 misc. filings. |
| 08/09/10 | PVL | 860.00 | 0.10 | Review 5 misc filings. |
| 08/10/10 | PVL | 860.00 | 0.10 | Review 6 misc filings. |
| 08/11/10 | RCT | 545.00 | 0.70 | Search files re claimant issue/response (0.5); draft letter to Grace trust re claimant relocation (to another prison in GA) (0.2) |
| 08/13/10 | PVL | 860.00 | 0.10 | Review 6 misc filings. |
| 08/31/10 | PVL | 860.00 | 0.20 | Review 17 misc filings. |

**Total Task Code .04        1.50**


### Fee Applications, Applicant (3.50 Hours; $ 835.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | .30 | $545 | 163.50 |
| Eugenia Benetos | 3.20 | $210 | 672.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/02/10 | EB | 210.00 | 0.50 | Work on fee application schedule re: check breakdown. |
| 08/09/10 | RCT | 545.00 | 0.30 | Review pre-bills (0.3) |
| 08/11/10 | EB | 210.00 | 1.30 | Work on interim fee application. Review Exhibit D and make edits. |

{D0187436.1 }

| 08/13/10 | EB | 210.00 | 0.20 | Work on interim re: PDF and send to APB re: record keeping. |
| 08/18/10 | EB | 210.00 | 1.20 | Work on monthly fee application. |

**Total Task Code .12     3.50**


**Plan & Disclosure Statement (8.50 Hours; $ 6,797.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 3.20 | $950 | 3,040.00 |
| Peter Van N. Lockwood | 2.60 | $860 | 2,236.00 |
| Ann C. McMillan | 1.70 | $595 | 1,011.50 |
| Jeffrey A. Liesemer | 1.00 | $510 | 510.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/02/10 | EI | 950.00 | 0.50 | Gerling insurance settlement matters (.5). |
| 08/07/10 | PVL | 860.00 | 0.10 | Review Horkovich memo re ins status. |
| 08/08/10 | ACM | 595.00 | 0.60 | Exchange e-mails with B. Horkovich re Hartford Agreement (.1); review Agreement (.5). |
| 08/09/10 | PVL | 860.00 | 0.30 | Review amended Nat'l Union stip and email comments (.1); review ltr re Gerard claim and email Baer re same (.2). |
| 08/12/10 | PVL | 860.00 | 0.30 | Review Horkovich ins memo (.1); review Horkovich email and revised Hartford agmt (.1); review Monaco ltr to Judge Fitzgerald (.1). |
| 08/12/10 | EI | 950.00 | 1.50 | Conf. Horkovich re: insurance situation (1.5). |
| 08/13/10 | PVL | 860.00 | 0.10 | Review email. |
| 08/13/10 | EI | 950.00 | 0.70 | Hartford settlement matters (.5); memo to Kazan re: same (.2). |
| 08/13/10 | JAL | 510.00 | 0.20 | Reviewed email exchanges regarding proposed insurance settlement. |
| 08/13/10 | JAL | 510.00 | 0.50 | Review and analysis of Montana's letter submission re confirmation. |

{D0187436.1 }

| 08/14/10 | EI | 950.00 | 0.50 | Read Montana letter brief and considered issues raised (.5). |
|---|---|---|---|---|
| 08/16/10 | PVL | 860.00 | 0.20 | Teleconference EI (.1); review email (.1). |
| 08/16/10 | ACM | 595.00 | 0.50 | Teleconference B. Horkovich re insurance issues (.4); teleconference claimant re case status (.1). |
| 08/17/10 | PVL | 860.00 | 1.00 | Review Libby PT brief and email Boll re Jeld Wen (.2); review revised draft CNA agmt (.8). |
| 08/17/10 | JAL | 510.00 | 0.20 | E-mail exchanges w/ D. Boll re: draft response to State of Montana's submission. |
| 08/17/10 | JAL | 510.00 | 0.10 | Drafted e-mail to PVNL re: draft response to State of Montana's submission. |
| 08/26/10 | ACM | 595.00 | 0.30 | Teleconference P. Milch re B. Horkovich's request for claim filing data rates. |
| 08/27/10 | PVL | 860.00 | 0.60 | Teleconference Wyron. |
| 08/31/10 | ACM | 595.00 | 0.30 | Exchange e-mails with B. Horkovich re coverage-in-place insurance agreements. |

**Total Task Code .17        8.50**

**Fee Auditor Matters (1.10 Hours; $ 599.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 1.10 | $545 | 599.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/04/10 | RCT | 545.00 | 0.10 | Review Fee Auditor's Initial Report (0.1) |
| 08/31/10 | RCT | 545.00 | 1.00 | Reply to Fee Auditor (1.0) |

**Total Task Code .32        1.10**

{D0187436.1 }

{D0187436.1 }

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 33.32 |
| Charge of Cell and/or Home Phone Useage | 1.24 |
| Long Distance-Equitrac In-House | 0.68 |
| Outside Photocopying/Duplication Service | 343.86 |
| Xeroxing | 7.10 |
| **Total:** | **$ 386.20** |

{D0187436.1}