**EXHIBIT B**

**Case Administration (1.50 Hours; $ 1,069.50)**

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04        1.50**

**Fee Applications, Applicant (3.50 Hours; $ 835.50)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12        3.50**

**Plan & Disclosure Statement (8.50 Hours; $ 6,797.50)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17        8.50**

**Fee Auditor Matters (1.10 Hours; $ 599.50)**

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32        1.10**

{D0187437.1 }