## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 33.32 |
| Charge of Cell and/or Home Phone Useage | 1.24 |
| Long Distance-Equitrac In-House | 0.68 |
| Outside Photocopying/Duplication Service | 343.86 |
| Xeroxing | 7.10 |
| **Total:** | **$ 386.20** |

{D0187439.1 }