Client Number:  4642                    Grace Asbestos Personal Injury Claimants                                            Page: 1
Matter      000                         Disbursements                                                                       9/24/2010

                                                                                                      Print Date/Time: 09/24/2010  9:02:09AM

Attn:                                                                                                                       Invoice #

                                        PREBILL / CONTROL  REPORT


                                                                  Trans Date Range:  1/1/1950  to: 8/31/2010

Matter      000
Disbursements

Bill Cycle:       Monthly          Style:       i1          Start:    4/16/2001    Last Billed :    8/17/2010              13,655
                             $4,759.14
Client Retainers Available              Committed to Invoices:          $0.00          Remaining:       $4,759.14

                                                      $3,883,715.42
                          Total Expenses Billed To Date          Billing Empl:        0120     Elihu  Inselbuch
                                                                 Responsible Empl:     0120     Elihu  Inselbuch
                                                                 Alternate Empl:       0120     Elihu  Inselbuch
                                                                 Originating Empl:      0120     Elihu  Inselbuch


Summary  by Employee

                                        ---------- A C T U A L ----------        ---------- B I L L I N G---------
    Empl     Initials    Name               Hours         Amount                   Hours            Amount

    0120     EI          Elihu  Inselbuch     0.00          33.32                    0.00             33.32
    0222     BH          Barbara  Holtz       0.00           4.80                    0.00              4.80
    0307     NAE         Niles A Elber        0.00           1.24                    0.00              1.24
    0390     SJD         Sara Joy  DelSavio   0.00         343.86                    0.00            343.86
    0999     C&D         Caplin & Drysdale    0.00           2.98                    0.00              2.98

    Total Fees                               0.00         386.20                    0.00            386.20


Detail Time / Expense  by  Date

                                                                      ---------- A C T U A L ----------      ---------- B I L L I N G---------
TransNo.        Description              TransType  Trans Date   Work Empl     Rate    Hours      Amount       Rate    Hours     Amount    Cumulative

                                                                   BH
2585395    Photocopy                       E    08/02/2010      0222                   0.00       $4.40               0.00      $4.40        4.40

                                                                   BH
2585880    Photocopy                       E    08/09/2010      0222                   0.00       $0.40               0.00      $0.40        4.80

                                                                   C&D

{D0187440.1 }

Attn:

Print Date/Time: 09/24/2010  9:02:09AM

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2586013 | Photocopy | E | 08/11/2010 | 0999 | | 0.00 | $0.30 | 0.00 | $0.30 | 5.10 |
| 2576557 | Federal Express -Delivery to K.Hemming, 7/26/10 (EI) | E | 08/16/2010 | 0120 | EI | 0.00 | $12.54 | 0.00 | $12.54 | 17.64 |
| 2576601 | Capture Discovery -Outside Copy Svc., 12/24/09 (SJD) | E | 08/16/2010 | 0390 | SJD | 0.00 | $343.86 | 0.00 | $343.86 | 361.50 |
| 2576668 | Equitrac - Long Distance to 14142649461 | E | 08/16/2010 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 361.58 |
| 2576670 | Equitrac - Long Distance to 12122781322 | E | 08/16/2010 | 0999 | C&D | 0.00 | $0.56 | 0.00 | $0.56 | 362.14 |
| 2586355 | Photocopy | E | 08/18/2010 | 0999 | C&D | 0.00 | $2.00 | 0.00 | $2.00 | 364.14 |
| 2579241 | Premiere Global Services -Conference Calls, 6/2010   (NAE) | E | 08/24/2010 | 0307 | NAE | 0.00 | $1.24 | 0.00 | $1.24 | 365.38 |
| 2579961 | Equitrac - Long Distance to 14122610310 | E | 08/29/2010 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 365.42 |
| 2580439 | Federal Express -Delivery to K.Hemming, 8/18/10 (EI) | E | 08/30/2010 | 0120 | EI | 0.00 | $12.48 | 0.00 | $12.48 | 377.90 |
| 2580440 | Federal Express -Delivery to K.Hemming, 8/13/10 (EI; Split b/w clients 4642 & 5632) | E | 08/30/2010 | 0120 | EI | 0.00 | $8.30 | 0.00 | $8.30 | 386.20 |

**Total Expenses**

$386.20

| | | | | |
|---|---|---|---|---|
| | 0.00 | | 0.00 | $386.20 |
| Matter Total Fees | | | 0.00 | 0.00 |
| Matter Total Expenses | | | 386.20 | 386.20 |
| Matter Total | 0.00 | 386.20 | 0.00 | 386.20 |
| | | | | |
| Prebill Total Fees | | | | |
| Prebill Total Expenses | | | $386.20 | $386.20 |
| Prebill Total | | 0.00 | $386.20 | 0.00 | $386.20 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 74,690 | 05/21/2010 | 32,577.50 | 6,515.50 |

{D0187440.1 }

Client Number:  4642          Grace Asbestos Personal Injury Claimants

Matter      000               Disbursements                                    9/24/2010

                                                      Print Date/Time: 09/24/2010  9:02:09AM

Attn:                                                                          Invoice #

 75,024      06/18/2010           30,260.00        6,052.00
 75,954      07/20/2010            9,500.50        1,900.10
 76,402      08/17/2010           12,280.85       12,280.85

                                 155,817.35       30,010.18

{D0187440.1 }