Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period August 1, 2010 through August 31, 2010

| Date | Staff | Description | Hours | 2010 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| **Bradley Rapp - Senior Managing Director** | | | | | |
| 03-Aug-10 | BR | Review of weekly update report on Grace. | 0.10 | $ 595.00 | $ 59.50 |
| 04-Aug-10 | BR | Review of update report on Grace. | 0.10 | $ 595.00 | $ 59.50 |
| 09-Aug-10 | BR | Review of update report on Grace. | 0.10 | $ 595.00 | $ 59.50 |
| 16-Aug-10 | BR | Review of update report on Grace. | 0.10 | $ 595.00 | $ 59.50 |
| | | Total Bradley Rapp | 0.40 | | $ 238.00 |
| **James Sinclair - Senior Managing Director** | | | | | |
| 03-Aug-10 | JS | Review pricing materials and data for purposes of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| 09-Aug-10 | JS | Review pricing materials and data for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 16-Aug-10 | JS | Review pricing materials and data for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 17-Aug-10 | JS | Commence review and analysis of 2nd quarter 2010 10-Q for monitoring and for purposes of advising ACC counsel. | 2.80 | $ 595.00 | $ 1,666.00 |
| 18-Aug-10 | JS | Further review and analysis of 2nd quarter 2010 10-Q for monitoring and for purposes of advising ACC counsel. | 1.50 | $ 595.00 | $ 892.50 |
| 24-Aug-10 | JS | Review pricing materials and data for purposes of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| | | Total James Sinclair | 6.50 | | $ 3,867.50 |
| **Robert Lindsay - Managing Director** | | | | | |
| 24-Aug-10 | RL | Reviewed Grace July 2010 invoice. | 0.20 | $ 550.00 | $ 110.00 |
| | | Total Robert Lindsay | 0.20 | | $ 110.00 |
| **Peter Cramp - Senior Analyst** | | | | | |
| 02-Aug-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 275.00 | $ 440.00 |
| 09-Aug-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $ 275.00 | $ 412.50 |
| 16-Aug-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $ 275.00 | $ 357.50 |
| 23-Aug-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $ 275.00 | $ 357.50 |
| 24-Aug-10 | PC | Review July Fee Application. | 0.40 | $ 275.00 | $ 110.00 |
| 30-Aug-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 275.00 | $ 440.00 |
| | | Total Peter Cramp | 7.70 | | $ 2,117.50 |
| **Gibbons Sinclair - Senior Analyst** | | | | | |
| 24-Aug-10 | GS | Draft WR Grace July 2010 invoice. | 1.30 | $ 275.00 | $ 357.50 |
| | | Total Gibbons Sinclair | 1.30 | | $ 357.50 |
| | | **TOTAL** | 16.10 | | $ 6,690.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period August 1, 2010 through August 31, 2010

| Date | Staff | Description | Hours | 2010 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| **Asset Analysis and Recovery** | | | | | |
| 02-Aug-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 275.00 | $ 440.00 |
| 03-Aug-10 | BR | Review of weekly update report on Grace. | 0.10 | $ 595.00 | $ 59.50 |
| 03-Aug-10 | JS | Review pricing materials and data for purposes of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| 04-Aug-10 | BR | Review of update report on Grace. | 0.10 | $ 595.00 | $ 59.50 |
| 09-Aug-10 | BR | Review of update report on Grace. | 0.10 | $ 595.00 | $ 59.50 |
| 09-Aug-10 | JS | Review pricing materials and data for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 09-Aug-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $ 275.00 | $ 412.50 |
| 16-Aug-10 | BR | Review of update report on Grace. | 0.10 | $ 595.00 | $ 59.50 |
| 16-Aug-10 | JS | Review pricing materials and data for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 16-Aug-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $ 275.00 | $ 357.50 |
| 23-Aug-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $ 275.00 | $ 357.50 |
| 24-Aug-10 | JS | Review pricing materials and data for purposes of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| 30-Aug-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 275.00 | $ 440.00 |
| | | Total Asset Analysis and Recovery | 9.90 | | $ 3,554.50 |
| **Fee Applications (Applicant)** | | | | | |
| 24-Aug-10 | RL | Reviewed Grace July 2010 invoice. | 0.20 | $ 550.00 | $ 110.00 |
| 24-Aug-10 | PC | Review July Fee Application. | 0.40 | $ 275.00 | $ 110.00 |
| 24-Aug-10 | GS | Draft WR Grace July 2010 invoice. | 1.30 | $ 275.00 | $ 357.50 |
| | | Total Fee Applications (Applicant) | 1.90 | | $ 577.50 |
| **Valuation** | | | | | |
| 17-Aug-10 | JS | Commence review and analysis of 2nd quarter 2010 10-Q for monitoring and for purposes of advising ACC counsel. | 2.80 | $ 595.00 | $ 1,666.00 |
| 18-Aug-10 | JS | Further review and analysis of 2nd quarter 2010 10-Q for monitoring and for purposes of advising ACC counsel. | 1.50 | $ 595.00 | $ 892.50 |
| | | Total Valuation | 4.30 | | $ 2,558.50 |
| | | **TOTAL** | 16.10 | | $ 6,690.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period August 1, 2010 through August 31, 2010
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 0.40 | $   595.00 | $      238.00 |
| James Sinclair - Senior Managing Director | 6.50 | $   595.00 | $   3,867.50 |
| Robert Lindsay - Managing Director | 0.20 | $   550.00 | $      110.00 |
| Peter Cramp - Senior Analyst | 7.70 | $   275.00 | $   2,117.50 |
| Gibbons Sinclair - Senior Analyst | 1.30 | $   275.00 | $      357.50 |
| Total Professional Hours and Fees | 16.10 | | $   6,690.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - August 1, 2010 through August 31, 2010

| Date | Description of Item | Amount |
|------|--------------------|--------|
| 12-Aug-10 | FedEx | $11.69 |
| | Total Expenses August 1, 2010 through August 31, 2010 | $11.69 |