IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: October 25, 2010 at 4:00 p.m.
Hearing Date: TBD only if necessary

# FEE DETAIL FOR CASNER & EDWARDS, LLP'S
# ONE HUNDRED AND SEVENTH MONTHLY FEE APPLICATION
# FOR THE PERIOD FROM AUGUST 1, 2010 THROUGH AUGUST 31, 2010

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., GuanicaCaribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises,Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/493870

# EXHIBIT A
**(Fee Detail)**

## **FEES**

| LITIGATION AND LITIGATION CONSULTING | |
|---|---|
| • asbestos matters (52000.43)  $8,890.50<br>• non-asbestos matters (2725.40)  $207.00 | |
| **TOTAL LITIGATION AND LITIGATION CONSULTING** | $9,097.50 |
| **FEE APPLICATION – APPLICANT** | $828.00 |
| **TOTAL FEES** | $9,925.50 |



**Casner & Edwards, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

October 1, 2010
Bill Number 126832
File Number 02725.00040

W.R. Grace & Co. - Conn.
c/o Jay W. Hughes, Jr.
Senior Litigation Counsel
62 Whittemore Avenue
Cambridge, MA  02140

**FOR PROFESSIONAL SERVICES**

Re:   241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

**LEGAL SERVICES**

THROUGH AUGUST 31, 2010

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 08/02/10 | RAM | Read final version of Release. | 0.10 Hrs | 34.50 |
| 08/11/10 | RAM | Read letter from Attorney Machanic with Release; forward same to in-house counsel. | 0.20 Hrs | 69.00 |
| 08/12/10 | RAM | Email from in-house counsel re: required paperwork to obtain settlement check; send forms to Attorney Machanic with note. | 0.10 Hrs | 34.50 |
| 08/18/10 | RAM | Receive signed Release from in-house counsel; forward it to other parties with Stipulation of Dismissal. | 0.20 Hrs | 69.00 |

TOTAL LEGAL SERVICES        $207.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 0.60 | 345.00 | 207.00 |
|  | 0.60 |  | $207.00 |

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

W.R. Grace & Co. - Conn.
Re: 241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

                                      TOTAL THIS BILL              $207.00

Case 01-01139-AMC Doc 25596 Filed 10/05/10 Page 5 of 16
CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Page 2

# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

October 1, 2010
Bill Number 126833
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

THROUGH AUGUST 31, 2010

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 08/02/10 | ARA | Document control. | 5.00 Hrs | 425.00 |
| 08/03/10 | RAM | Telephone conference with J. Hughes re: responding to subpoena for job site invoices in western NY. | 0.10 Hrs | 34.50 |
| 08/03/10 | ARA | Document control. | 6.50 Hrs | 552.50 |
| 08/04/10 | ARA | Document control. | 5.50 Hrs | 467.50 |
| 08/05/10 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | 34.50 |
| 08/05/10 | ARA | Document control. | 5.50 Hrs | 467.50 |
| 08/06/10 | RAM | Read selected documents filed in bankruptcy court. | 0.50 Hrs | 172.50 |
| 08/06/10 | ARA | Document control. | 2.20 Hrs | 187.00 |
| 08/09/10 | RAM | Read selected documents filed in bankruptcy court. | 0.20 Hrs | 69.00 |
| 08/09/10 | MTM | Telephone call from in-house counsel with question re: Omaha plant (.1); review briefing books and conference with DMB re: same (.1). | 0.20 Hrs | 59.00 |

Page 1

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH AUGUST 31, 2010

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 08/09/10 | ARA | Document control. | 6.00 Hrs | 510.00 |
| 08/10/10 | ARA | Document control. | 6.00 Hrs | 510.00 |
| 08/11/10 | ARA | Document control. | 5.70 Hrs | 484.50 |
| 08/12/10 | ARA | Document control. | 6.30 Hrs | 535.50 |
| 08/18/10 | MTM | Receipt and review of documents from in-house counsel re: EPA investigation of Omaha facility (.4); locate ore shipment binders re: same (.7). | 1.10 Hrs | 324.50 |
| 08/19/10 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.5). | 0.60 Hrs | 207.00 |
| 08/20/10 | MTM | Email to in-house counsel re: request from Westbrook paralegal to review documents at Winthrop Square (.1); telephone call to paralegal re: same (.1). | 0.20 Hrs | 59.00 |
| 08/23/10 | ARA | Document control. | 2.70 Hrs | 229.50 |
| 08/24/10 | MTM | Review Cambridge inventory re: call from in-house counsel for TEC Systems documents (.2); telephone call to ARA re: same (.2); telephone call from in-house counsel re: abatement documents for TEC Systems (.2); email abatement documents to in-house counsel (.1); review inventories re: non-CPD boxes in Cambridge (.3). | 1.00 Hrs | 295.00 |
| 08/24/10 | ARA | Document control. | 0.80 Hrs | 68.00 |
| 08/24/10 | ARA | Per MTM's request, search for and locate TEC Systems information (1.9); organize information/documents and produce them to MTM (2.4); quality control abatement binder documents (2.5). | 6.80 Hrs | 884.00 |
| 08/25/10 | MTM | Telephone call to in-house counsel re: non-CPD documents; telephone call to ARA re: product binder for TEC System products. | 0.10 Hrs | 29.50 |
| 08/25/10 | ARA | Document control. | 5.70 Hrs | 484.50 |
| 08/25/10 | ARA | Per MTM's request, search for and locate TEC Systems binder, per in-house counsel's request. | 0.30 Hrs | 39.00 |

Page 2

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:  Litigation and Litigation Consulting

THROUGH AUGUST 31, 2010

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 08/26/10 | MTM | Receipt and review of TEC Systems documents; letter to in-house counsel re: same. | 0.10 Hrs | 29.50 |
| 08/26/10 | ARA | Document control. | 1.70 Hrs | 144.50 |
| 08/26/10 | ARA | Quality control inventories and TEC Systems documents and produce them to MTM (1.0); arrange with copy service to copy these documents (.3); receipt of documents from copy service (.2). | 1.50 Hrs | 195.00 |
| 08/27/10 | RAM | Read certification from Goldberg & Cohn that former did not work on Grace bankruptcy. | 0.10 Hrs | No Charge |
| 08/27/10 | MTM | Telephone call to in-house Grace counsel re: TEC Systems documents. | 0.10 Hrs | 29.50 |
| 08/27/10 | ARA | Document control. | 2.60 Hrs | 221.00 |
| 08/27/10 | ARA | Retrieve TEC Systems inventory binder from MTM and return it to the repository. | 0.50 Hrs | 65.00 |
| 08/30/10 | MTM | Conference with ARA re: attorney review box of documents. | 0.10 Hrs | 29.50 |
| 08/30/10 | ARA | Retrieve attorney review documents from MTM and return them to the repository. | 0.80 Hrs | 104.00 |
| 08/30/10 | ARA | Document control. | 5.00 Hrs | 425.00 |
| 08/31/10 | ARA | Document control. | 6.10 Hrs | 518.50 |

TOTAL LEGAL SERVICES  $8,890.50

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 1.50 | 345.00 | 517.50 |
| Matthew T. Murphy | 2.90 | 295.00 | 855.50 |
| Angela R. Anderson | 9.90 | 130.00 | 1,287.00 |
| Angela R. Anderson | 73.30 | 85.00 | 6,230.50 |
| Robert A. Murphy | 0.10 | 345.00 | No Charge |
|  | 87.70 |  | $8,890.50 |

Page 3

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

                                            TOTAL THIS BILL        $8,890.50

# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

October 1, 2010
Bill Number 126834
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

## LEGAL SERVICES

THROUGH AUGUST 31, 2010

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 08/02/10 | RAM | Work on June fee application. | 0.10 Hrs | 34.50 |
| 08/03/10 | RAM | Work on June fee application and send it to in-house counsels to review. | 0.10 Hrs | 34.50 |
| 08/04/10 | RAM | Emails from/to in-house counsel that fee application may be filed. | 0.10 Hrs | No Charge |
| 08/07/10 | RAM | Work on June fee application. | 0.40 Hrs | 138.00 |
| 08/09/10 | RAM | Finalize June fee application and send it to Delaware counsel to file. | 0.10 Hrs | 34.50 |
| 08/11/10 | RAM | Work on Quarterly Fee Application. | 0.30 Hrs | 103.50 |
| 08/13/10 | RAM | Send Quarterly Fee Application to Delaware counsel to file. | 0.10 Hrs | No Charge |
| 08/19/10 | RAM | Work on July fee application. | 0.80 Hrs | 276.00 |
| 08/21/10 | RAM | Work on July fee application. | 0.40 Hrs | 138.00 |
| 08/30/10 | RAM | Work on July fee application and send it to in-house counsels to review. | 0.20 Hrs | 69.00 |

Mark A. Shelnitz
Re:   Fee Applications, Applicant

|  | TOTAL LEGAL SERVICES | $828.00 |

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 2.40 | 345.00 | 828.00 |
| Robert A. Murphy | 0.20 | 345.00 | No Charge |
|  | 2.60 |  | $828.00 |

|  | TOTAL THIS BILL | $828.00 |

**EXHIBIT B**
(Expense Detail)

## EXPENSES

| | |
|---|---:|
| **LITIGATION AND LITIGATION CONSULTING** | $12,455.61 |
| **FEE APPLICATION – APPLICANT** | $16.94 |
| **TOTAL EXPENSES** | $12,472.55 |

# CASNER & EDWARDS, LLP
### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

October 1, 2010
Bill Number 126835
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re:   Litigation and Litigation Consulting

**LEGAL SERVICES**

**COSTS**

THROUGH AUGUST 31, 2010

**EXCESS POSTAGE**

| | | | |
|---|---|---|---|
| 08/31/10 | EXCESS POSTAGE | 2.41 | |
| | | | $2.41 |

**OUTSIDE PHOTOCOPYING**

| | | | |
|---|---|---|---|
| 08/09/10 | MERRILL COMMUNICATIONS, LLC: 7/09/10 - Copies of abatement binder documents re: Davidson Chemical Facility in Lake Charles, LA for in-house counsel. | 59.93 | |
| | | | $59.93 |

**PHOTOCOPYING**

| | | | |
|---|---|---|---|
| 08/02/10 | 25 copies at $.10 per copy | 2.50 | |
| | | | $2.50 |

**RENT REIMBURSEMENT**

| | | | |
|---|---|---|---|
| 08/01/10 | ONE WINTHROP SQUARE, LLC: Rent and utilities for document repository at One Winthrop Square August 2010. | 11,987.72 | |
| | | | $11,987.72 |

**MISCELLANEOUS**

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re: Litigation and Litigation Consulting

**COSTS**

THROUGH AUGUST 31, 2010

| | | | |
|---|---|---|---|
| 08/10/10 | RECORDKEEPER ARCHIVE CENTERS,: Storage 08/01/2010 through 08/31/10. | 403.05 | |
| | | | $403.05 |
| | TOTAL COSTS | | $12,455.61 |
| | TOTAL THIS BILL | | $12,455.61 |



**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

October 1, 2010
Bill Number  126836
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:   Fee Applications, Applicant

**LEGAL SERVICES**

**COSTS**

THROUGH AUGUST 31, 2010

FEDERAL EXPRESS

| | | |
|---|---|---|
| 08/19/10 | FEDERAL EXPRESS CORPORATION: To 919 North Market Street, Pachulski Stang Ziehl & Jones, Patricia Cuniff from Casner and Edwards on August 9, 2010 by R A Murphy. | 16.94 |
| | | $16.94 |
| | TOTAL COSTS | $16.94 |
| | TOTAL THIS BILL | $16.94 |