**Warren H. Smith & Associates, P.C.**

325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

---

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


October 06, 2010

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #10066


Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 9/1/2010 | MW | Telephone call and exchange multiple emails with B. Ruhlander re 36th interim applicants and revisions to category spreadsheet (.3); begin revisions to spreadsheet and send draft to B. Ruhlander (.5) | 0.80 | 112.00 |
|  | BSR | Receive and review latest draft of project category spreadsheet (36Q) (1.3); draft email to Melanie White re corrections (1.0) | 2.30 | 609.50 |
|  | BSR | Receive and review additional information provided by K&E in response to initial report (36Q) and include in final report | 0.20 | 53.00 |
|  | BSR | Draft revision to final report for Saul Ewing (36Q) | 0.30 | 79.50 |
|  | BSR | research regarding status of filing of final reports (36Q) | 0.30 | 79.50 |
|  | BSR | Receive and review email from Lynzy Oberholzer re hearing exhibits and respond to same; telephone conference with Melanie White re exhibits | 0.10 | 26.50 |
|  | JPG | detailed review of 36th interim fee application of Saul Ewing. | 0.20 | 36.00 |
|  | AL | Update database with K&E's July fee application (hard copy) (.2); Ewing's 36Q FR version 2 (.1); Alan Rich's August electronic detail (pdf version only)(.1) | 0.40 | 18.00 |
|  | AL | Draft email to Alan Rich requesting editable electronic detail for the month of August (.1) | 0.10 | 4.50 |
| 9/2/2010 | MW | Receive and review multiple emails from B. Ruhlander regarding revisions to be made to the 36th interim category spreadsheet (.2); draft revisions to all applicants that submitted category breakdowns (3.1); send same to B. Ruhlander and finalize for distribution to applicants (.1) | 3.40 | 476.00 |

W.R. Grace & Co.                                                                                                         Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/2/2010 | BSR | Receive and review project category spreadsheet (36Q) (.7); request from Melanie White, and review, pdf version of spreadsheet (.1); draft email to Jamie O'Neill re same (.1) | 0.90 | 238.50 |
|  | BSR | Draft omnibus final report for the 36th interim period | 0.40 | 106.00 |
|  | BSR | receive, review, and respond to email from Melanie White re project category spreadsheet (36Q); draft additional email to Melanie White re same | 0.10 | 26.50 |
|  | BSR | Continued drafting of fee and expense chart for the 36th interim period | 0.40 | 106.00 |
|  | BSR | Receive and review additional expense information from K&E and include in final report (36) and finalize same | 1.00 | 265.00 |
|  | BSR | Draft e-mail to Kathleen Miller re PwC's control optimization application | 0.10 | 26.50 |
|  | AL | Update database with Alan Rich's full August electronic detail (.2); Campbell's July electronic detail (.1); Caplin's July electronic detail (.1); Charter's July electronic detail (.2); AKO's July electronic detail (.1); Foley's July electronic detail (pdf version only) (.2); Hogan's July fee application (hard copy) (.2); Scarfone's July fee application (hard copy) (.2); Lauzon's July fee application (hard copy) (.2); Foley's July fee application (hard copy) (.2); K&E's 36Q FR (.1); Omnibus 36Q FR (.1); Ferry's July fee application (hard copy) (.2) | 2.10 | 94.50 |
| 9/3/2010 | BSR | telephone conference with Anthony Lopez re filing of applications received for Fragomen | 0.10 | 26.50 |
|  | BSR | Draft e-mails to various applicants regarding final reports for the 36th interim period | 0.60 | 159.00 |
|  | BSR | Finalize fee and expense chart (.6); email to Jamie O'Neill re same (.1); email to Rick Wyron at Orrick inquiring as to any objections (.1) | 0.80 | 212.00 |
|  | BSR | telephone conferences with Warren Smith and with Anthony Lopez re final reports | 0.10 | 26.50 |
|  | BSR | Receive and review email from Warren Smith re revisions to Saul Ewing final report and revise same | 0.20 | 53.00 |
|  | AL | Telephone conference with B. Ruhlander re 36th interim FR's | 0.10 | 4.50 |
|  | AL | Update database with Kay Scholer's July fee application (hard copy) (.2); Beveridge's July fee application (hard copy) (.2); Bilzin's July electronic detail (.1) | 0.50 | 22.50 |
|  | AL | Electronic filing with the court of K&E's 36Q FR (.3); draft email to B Ruhlander re same (.1); update database with same (.2); Electronic filing with the court of Omnibus' 36Q FR (.4); draft email to B Ruhlander re same (.1); update database with same (.2); Electronic filing with the court of C&D's 36Q FR (.4); draft email to B Ruhlander re same (.1); update database with | 2.70 | 121.50 |

W.R. Grace & Co. Page 3

| | | | Hours | Amount |
|---|---|---|---:|---:|
| | | same (.2); Electronic filing with the court of Ewing's 36Q FR (.4); draft email to B Ruhlander re same (.1); update database with same (.2) | | |
| 9/3/2010 | AL | Update database with Reed's July fee application (hard copy) | 0.20 | 9.00 |
| | AL | Draft email to Pachulski requesting Fragoman's October 2008 - March 2010 electronic detail | 0.10 | 4.50 |
| 9/5/2010 | BSR | research applications received to date and calendar deadlines | 0.50 | 132.50 |
| 9/6/2010 | BSR | Draft e-mail to Lynzy Oberholzer re PwC Control Optimization application | 0.10 | 26.50 |
| 9/7/2010 | AL | Draft email to Fragomen requesting editable electronic detail for the months of October 2008- March 2010 fee applications (.1) | 0.10 | 4.50 |
| | JAW | proofread W.H. Smith's August 2010 fee statement and Notice of Filing (0.4); email to M. White regarding any revisions needed to same (0.1) | 0.50 | 76.25 |
| | WHS | detailed review of omnibus final report 36Q 01-03.10 | 0.20 | 59.00 |
| | BSR | research docket for proposed fee order (36Q); email to Warren Smith re same | 0.20 | 53.00 |
| | BSR | receive, review, and respond to email from Warren Smith re hearing agenda; email to Anthony Lopez and to Lynzy Oberholzer re same | 0.20 | 53.00 |
| | AL | Update database with Ogilvy's July electronic detail (.1); C&L's July fee application (hard copy) (.2); C&D's July fee application (hard copy) (.2); Charter Oaks' July fee application (hard copy) (.1); Bilzin July fee application (hard copy) (.2); Reed's July fee application (hard copy) (.2); Beveridge's July fee application (hard copy) (.2); Scholer's July fee application (hard copy) (.2); Ferry's July fee application (hard copy) (.2); Fragoman's October 2008 - March 2010 fee applications (hard copies) (.5); AKO's July fee application (hard copy) (.2) | 2.30 | 103.50 |
| | AL | Telephone conference with B. Ruhlander re Fragoman's October 2008 - March 2010 fee applications (.1) | 0.10 | 4.50 |
| | MW | draft monthly application for compensation of WHSA for August 2010 (1.4); preliminary review of same (.3); send same to J. Wehrmann for review (.1); finalize for court filing (.1) | 1.90 | 266.00 |
| | AL | Electronic filing with the court of WHSA's July fee application | 0.40 | 18.00 |
| 9/8/2010 | AL | Update database with 9.13 hearing proposed fee order (.1); Ogivly's July fee application (hard copy) (.2); Pachuski's June fee application (hard copy) (.2) | 0.50 | 22.50 |
| 9/9/2010 | AL | Update database with Lauzon's 36Q FR | 0.10 | 4.50 |
| | AL | Telephone conference with B. Ruhlander re Lauzon's 36Q FR | 0.10 | 4.50 |

W.R. Grace & Co.                      Page 4

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 9/9/2010 | AL | Research PACER for Certification of Counsel (.5); draft email to B. Ruhlander re same (.1); telephone conference with B. Ruhlander re same (.1) | 0.70 | 31.50 |
|  | BSR | Receive and review certification of counsel for Lauzon Belanger 36th interim fee application as well as accompanying emails re same (.3); revise omnibus final report (.3); draft final report re Lauzon Belanger to reflect reduction in expenses (.4); download certification of counsel (.2); telephone call to Anthony Lopez re making certification into exhibit for final report (.1); telephone call to Warren Smith re final report for Lauzon Belanger, as well as amended omnibus final report (.1); telephone call to Jamie O'Neill re filing final report re Lauzon Belanger, amending omnibus final report, and revising exhibit for fee chart (.1) | 1.50 | 397.50 |
|  | MW | Confer with B. Ruhlander re additional entries for 36th interim category spreadsheet (.2); revise spreadsheet with updated totals (1.5); finalize same for distribution to applicants (.1). | 1.80 | 252.00 |
| 9/10/2010 | WHS | detailed review of FR Lauzon 36Q 12.09-3.10 | 0.20 | 59.00 |
|  | WHS | detailed review of omnibus final report amended 36Q 01-03.10. | 0.20 | 59.00 |
|  | AL | Prepare hearing binder and boxes for 9.13.10 hearing (1.7); draft email to B. Ruhlander, W. Smith and M. White re same (.1); draft index re same (.3) | 2.10 | 94.50 |
|  | AL | Update database with PWC's July electronic detail (.1); Fragomans 31Q (.2), 32Q (.2), 33Q (.2), 34Q (.1), 35Q (.2), 36Q (.2), and 37Q (.2) fee applications hard copies; update database with HRO's October 2009 electronic fee application (.2) | 1.60 | 72.00 |
|  | AL | Electronic filing with the court of Omnibus Amended 36Q FR (.3); email B. Ruhlander re same (.1); update database with same (.2); Electronic filing with the court of Lauzon's 36Q FR (.3); email B. Ruhlander re same (.1); update database with same (.2) | 1.20 | 54.00 |
|  | BSR | telephone conferences (2) with Warren Smith re issues with final report for Lauzon Belanger (.2); respond to emails from Warren Smith re revised final reports (combined and Lauzon Belanger) and review his revisions re same (.3) | 0.50 | 132.50 |
|  | BSR | Draft e-mail to debtor's cousel and the Hogan firm re revised omnibus final report, final report re Lauzon Belanger, and revised fee and expense chart | 0.20 | 53.00 |
|  | MW | Research PACER for objections in preparation of hearing on 9/13 (.9); confer with B. Ruhlander re proposed order (.1); review all amounts on proposed order against our final reports (1.4); confer with B. Ruhlander re revisions needing made (.1); assist A. Lopez with preparing files for hearing (.9) | 3.40 | 476.00 |

W.R. Grace & Co.                                                                                                              Page     5

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 9/11/2010 | AL | Research PACER for Amended agenda for 9/13/10 hearing and signed order (.8); revise hearing binder (.5); telephone conference with M. White re same (.1) | 1.40 | 63.00 |
|  | BSR | research docket for recently filed documents pertaining to Sept. 13 fee hearing; forward same to Anthony Lopez for inclusion in hearing binder | 0.20 | 53.00 |
| 9/12/2010 | BSR | research docket for signed fee order; email to Warren Smith that hearing still going forward | 0.10 | 26.50 |
| 9/13/2010 | BSR | receive and review final fee order (36Q); telephone conference with Warren Smith re same | 0.10 | 26.50 |
|  | AL | Update database with C&E's full June electronic detail | 0.10 | 4.50 |
|  | AL | Research PACER for Amended Hearing Agenda for 9/13 and order approving 36th interim fee applications (.4); draft email to B. Ruhlander re same (.1); update database with same (.2) | 0.70 | 31.50 |
|  | MW | Confer with A. Lopez and W. Smith re status of hearing (.1) | 0.10 | 14.00 |
| 9/14/2010 | AL | Update database with HRO's October fee application (hard copy) (.2); Woodcock's 37Q fee application (hard copy) (.2) | 0.40 | 18.00 |
|  | AL | Update database with Woodcock's July fee application (hard copy) (.2); Pachulski's 37th Interim fee application (hard copy) (.2) | 0.40 | 18.00 |
| 9/15/2010 | AL | Update database with Casner's July fee application (hard copy) (.2); Pitney's July fee application (hard copy) (.2); PWC's July fee application (hard copy) (.2); HRO's December electronic detail (.1) | 0.70 | 31.50 |
| 9/16/2010 | AL | Update database with Casner's July electronic detail (pdf only) (.1); draft email to Casner requesting editable July electronic detail (.1); FTI's April through june interim fee application (hard copy) (.2) | 0.40 | 18.00 |
| 9/17/2010 | BSR | telephone conference with Melanie White re review of 37th interim fee applications | 0.30 | 79.50 |
|  | AL | Update database with HRO's November fee application (hard copy) | 0.20 | 9.00 |
| 9/18/2010 | AL | Assist M. White with summaries for 37th interim fee amounts in comparison to monthly fees applied for by each applicant (2.2); telephone call with M. White re same (.1). | 2.30 | 103.50 |
|  | MW | detailed review of Bilzin's April fee application (1.4), May (1.0) and June fee application (1.2); draft summaries re same (1.1); telephone conference with Anthony Lopez re assistance needed with 37th interim summaries for all applicants (.1) | 4.80 | 672.00 |
| 9/20/2010 | MW | detailed review of Casner & Edwards' April fee application (.9), May fee app (.8) and June fee app (.7); compare interim fees to monthly totals (.2). | 2.60 | 364.00 |

W.R. Grace & Co.     Page 6

| Date | Init. | Description | Hours | Amount |
|---|---|---|---:|---:|
| 9/20/2010 | BSR | Receive and review fee summary re Bilzin Sumberg (37Q) prepared by Melanie White and respond to Melanie White re same | 0.10 | 26.50 |
| | AL | Research PACER for filed FR's for the the 25th interim period and corresponding order approving fees and expenses for BMC, Buchanon, C&L, Capstone and Casner (1.6); begin draft of prior period paragraphs re same (1.0) | 2.60 | 117.00 |
| | AL | Update database with Alexander Sanders' June electronic detail (.1); Alan Rich's April through June electronic detail (.2); Judge Sander's April through June electronic detail (.2) | 0.50 | 22.50 |
| | MW | detailed review of Bilzin's 37th interim fee application (.9); detailed review of Caplin's April (2.0), May (1.1) and June fee applications (1.2); compare monthly totals to interim amounts applied for (.3); confer with B. Ruhlander re issues with same (.1); draft summaries re same (1.8) | 7.40 | 1,036.00 |
| 9/21/2010 | AL | Update database re C&D's April, (.2) May (.1) and June expenses (.2) | 0.50 | 22.50 |
| | MW | Draft detailed summaries for Casner's April, May & June fee applications (1.4); detailed review of Charter Oak's April fee application (1.1), May fee app (.9) and June fee application (1.0); compare monthly totals to interim amounts (.1); draft summaries for Charter's April - June fee apps (.8); detailed review of David T. Austern's 37th interim applications (.9); draft summaries re same (.9); send same to B. Ruhlander for drafting initial reports (.1) | 7.20 | 1,008.00 |
| | BSR | Receive and review fee summary from Melanie White re Caplin & Drysdale's 37th interim fee application (.1); research airfare from DC to Pittsburgh and draft email to Melanie White re same (.2) | 0.30 | 79.50 |
| 9/22/2010 | AL | Research PACER for filed FR's for the the 25th interim period and corresponding order approving fees and expenses for AKO, Austern, and Beveridge (1.2); begin draft of prior period paragraphs re same (.8); telephone conference with B. Ruhlander re 24th interim period paragraphs (.1) | 2.10 | 94.50 |
| | BSR | telephone conference with Melanie White re rent charges on Casner & Edwards' application (37Q) | 0.10 | 26.50 |
| | AL | Update database with Fragomen's April (.1) May (.2) June (.1) July (.2) August (.1) electronic pdf only; Fragomen's April (.2) May (.2) June (.2) July (.1) August (.2) fee applications (hard copies); Scholer's August fee application (hard copy) (.2) | 1.80 | 81.00 |
| | MW | detailed review of Day Pitney's April fee application (1.0), May fee application (.9) and June fee application (.9); compare interim amounts to monthly totals applied for (.2); draft summaries for April - June fee applications for Day Pitney (1.0); detailed review of Kramer's April fee application (.9), May fee application (.7) and June fee application (.9); compare monthly totals to interim fees (.3); draft summaries re same (.9) | 7.70 | 1,078.00 |

W.R. Grace & Co. Page 7

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 9/23/2010 | AL | Update database with Blackstone's 37Q fee application (hard copy) | 0.20 | 9.00 |
| 9/24/2010 | AL | Research PACER for all filed final reports for the 25th interim, orders approving fees re same as well as corresponding docket numbers and amounts (2.6); draft spreadsheet with all information in preparation for drafting prior period paragraphs (2.0); office conference with B. Ruhlander and M. White re same (.4). | 5.00 | 225.00 |
| | AL | Draft detailed spreadsheet for M. White re Kramer's 37th interim flagged fee and expense issues | 0.90 | 40.50 |
| 9/26/2010 | AL | Draft detailed spreadsheet for M. White re K&L's expense issues for the entire 37th interim period (.6); same re Orrick's 37th interim (.8); same re Pachulski's 37th Interim Period (1.0) | 2.40 | 108.00 |
| | MW | detailed review of Legal Analysis' April fee application (.9), May fee application (.8) and June fee application (.8); draft summaries re same (.6); compare monthlies to total interim fees applied for (.1). | 3.20 | 448.00 |
| 9/27/2010 | MW | detailed review of Anderson Kill's April fee application (3.4). | 3.40 | 476.00 |
| | AL | Research PACER for filed FR's for the the 25th interim period and corresponding order approving fees and expenses for Day Pitney, Duane Morris, Ferry Joseph, Foley Hoag, HRO, Kramer Leving, and Latham & Watkins (1.8); begin draft of prior period paragraphs re same (1.3) | 3.10 | 139.50 |
| | AL | Draft assist M. White with summaries for Stroock's 37th interim fee applications (1.3); same re Reed's 37th Interim fee applications (.6) | 1.90 | 85.50 |
| | JAW | detailed review of PwC July 2010 fee application (3.10); draft summary of same (1.70) | 4.80 | 732.00 |
| | AL | Update database with Reed's August electronic detail (.1); Stroock's August electronic detail (.2) | 0.30 | 13.50 |
| | AL | Draft email to Pachulski requesting June electronic detail | 0.10 | 4.50 |
| | AL | Research PACER for 37th interim category spreadsheets for Pachulski, Ewing, Ferry, Morris and AKO (1.4); update database with same (.3). | 1.70 | 76.50 |
| 9/28/2010 | AL | Research PACER for objections to our August fee application (.3); Draft CNO for WHSA's August Fee Application (.3); electronic filing with the court re same (.3); prepare same for service (.2) | 1.10 | 49.50 |
| | MW | detailed review of Anderson Kill's May fee application (3.0) and June fee application (2.7); draft summaries for April - June incorporating spreadsheets from A. Lopez (1.6); detailed review of Janet Baer's April fee application (.4), May fee application (.4) and June fee application (.3); draft summaries re same (.5); detailed review of Beveridge Diamond's April fee application (.3), May fee application (.4) and June fee application (.3); | 10.50 | 1,470.00 |

W.R. Grace & Co. Page 8

| | | | Hours | Amount |
|---|---|---|---:|---:|
| | | compare amounts applied for in interim fee application to monthly totals (.2); draft summaries re same (.3); send same to B. Ruhlander (.1). | | |
| 9/28/2010 | AL | Update database with Fragoman's 37Q Fee Application (hard copy) | 0.20 | 9.00 |
| 9/29/2010 | AL | Draft email to Saul Ewing requesting editable August electronic detail | 0.10 | 4.50 |
| | AL | Update database with Stroock's August fee application (hard copy) (.2); Lauzon's August electronic detail (.2); Scarfone's August electronic detail (.1); Hogan's August electronic detail (.2); Ferry's August electronic detail (.1) | 0.80 | 36.00 |
| | MW | detailed review of Ogilvy's April fee application (.8), May fee application (.7) and June fee application (.9); draft summaries re same (.8); send same to B. Ruhlander (.1); detailed review of Orrick Herrington's April fee application (1.7), May fee application (2.0) and June fee application (1.9); draft summaries re same (1.1). | 10.00 | 1,400.00 |
| | AL | Continue researching PACER for docket numbers, amounts applied for and final reports for drafting prior period paragraphs for the 25th interim period re: LAS, Lexicon, Nelson, Ogilvy, Pachulski, Phillips, PWC, Steptoe, Stroock, Towers and Woodcock (4.0) | 4.00 | 180.00 |
| 9/30/2010 | AL | Draft email to Pachulski re contact for Baker's December through May electronic detail | 0.10 | 4.50 |
| | AL | Update database with Baer's August fee application (hard copy) (.2); Baker's December (.2) January (.2) February (.2) March (.2) April (.2) May (.2) June (.2) July (.2) and August (.2) monthlies; telephone conference with B. Ruhlander re Baker's December through August (.1); Ewing's August fee application (hard copy) (.2); Foley's August fee application (hard copy) (.2); Update database with Duff's Final Q FR (.1); E&Y's Final Q FR (.1); draft email to W. Smith re same (.1); Update database with Ewing's August electronic detail (.1) | 2.90 | 130.50 |
| | MW | detailed review of Pachulski's April fee application (1.0), May fee application (1.1) and June fee application (.8); draft summaries re same (.9); send same to B. Ruhlander for drafting initial report (.1); detailed review of Stroock's 37th interim applications for April (.5), May (.6) and June (.5); draft summary re same (.5); detailed review of Ferry Joseph's April (.4), May (.4) and June (.5); draft summary re same (.2); detailed review of Duane Morris' 37th interim fee applications for April (.5), May (.4) and June (.4); draft summary re same (.3); detailed review of Saul Ewing's April fee application (.5), May fee application (.4) and June fee application (.5); draft summary re same (.5). | 11.00 | 1,540.00 |
| | | **For professional services rendered** | **151.90** | **$17,812.25** |

W.R. Grace & Co. Page 9

Additional Charges :

| | Amount |
|---|---:|
| 9/30/2010 Third party copies & document prep/setup. | 485.59 |
| Court Call for Telephonic Hearing | 30.00 |
| Copying cost | 17.90 |
| **Total additional charges** | **$533.49** |
| **Total amount of this bill** | **$18,345.74** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Anthony Lopez | 54.30 | 45.00 | $2,443.50 |
| Bobbi S. Ruhlander | 12.30 | 265.00 | $3,259.50 |
| James A. Wehrmann | 5.30 | 152.50 | $808.25 |
| Jennifer Garner | 0.20 | 180.00 | $36.00 |
| Melanie White | 79.20 | 140.00 | $11,088.00 |
| Warren H Smith | 0.60 | 295.00 | $177.00 |