# EXHIBIT A

### General - 00000

| Name | Position | Hourly Rate | TOTAL HOURS BILLED ||| Total Comp. |
|---|---|---|---|---|---|---|
| | | | October | November | December | |
| Coggon, Katheryn | Special Counsel | $ 390.00 | 2 | 0.6 | | $ 1,014.00 |
| Sherman, Joan | Paralegal | $ 195.00 | 1.3 | 12.4 | | $ 2,671.50 |
| | | | | | | |
| TOTAL | | | 2 | 0.6 | 0.0 | $ 3,685.50 |

**General - 00000**

| Description | October | November | December | Total |
|---|---|---|---|---|
| Photocopies | $ - | $ - | $ - | $ - |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ 16.25 | $ - | $ - | $ 16.25 |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Lexis | $ - | $ - | $ - | $ - |
| Westlaw | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Temporary Staffing | $ - | $ - | $ - | $ - |
| Other Expense | $ - | $ - | $ - | $ - |
| Consulting Fees | $ - | | $ - | $ - |
| Velo Binding | $ - | $ - | $ - | $ - |
| TOTAL | $ 16.25 | $ - | $ - | $ 16.25 |

Holme Roberts & Owen LLP

11/05/09

W.R. Grace & Co.

| | |
|---|---|
| Page | 3 |
| Invoice No | 858598 |
| Client No.: | 04339 |
| Matter No.: | 00000 |

**Regarding: GENERAL**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/05/09 | KJC | Search for documents and information re Casmalia and Ft. Peck per client request. | 1.00 | $ 390.00 |
| 10/05/09 | JLS | Research at client request re Casmalia. | 0.80 | 156.00 |
| 10/09/09 | JLS | Research at client request re Casmalia and Fort Peck. | 0.50 | 97.50 |
| 10/27/09 | KJC | Review Casmalia documents (0.6); telephone conference with R. Emmett re Casmalia documents and EPA protocols for investigation (0.2); telephone conference with LNBrown re EPA protocols. (0.2) | 1.00 | 390.00 |
| | | **Total Fees Through October 31, 2009:** | **3.30** | **$ 1,033.50** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $390.00 | 2.00 | $ 780.00 |
| JLS | Joan L. Sherman | Paralegal | 195.00 | 1.30 | 253.50 |
| | | **Total Fees:** | | **3.30** | **$ 1,033.50** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/12/09 | | Outside Courier: VENDOR: Colorado Cab; INVOICE#: 57790; DATE: 10/12/2009 - 100509: Yellow Cab Charges for delivery to 2500 Leyden St. | $ 16.25 |
| | | **Total Disbursements:** | **$ 16.25** |

### Disbursement Summary

| | | |
|---|---|---|
| Outside Courier | $ | 16.25 |
| **Total Disbursements:** | **$** | **16.25** |

Holme Roberts & Owen LLP

12/15/09

W.R. Grace & Co.

| | |
|---|---|
| Page | 3 |
| Invoice No | 862157 |
| Client No.: | 04339 |
| Matter No.: | 00000 |

**Regarding: GENERAL**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/01/09 | JLS | Research at client request re Casmalia. | 0.50 | $ 97.50 |
| 11/02/09 | KJC | Review requested Casmalia documents (.20); conference with JLSherman re same (.10). | 0.30 | 117.00 |
| 11/02/09 | JLS | Research at client request re Casmalia. | 2.10 | 409.50 |
| 11/03/09 | KJC | Conference with JLSherman re additional files from Casmalia requested by client. | 0.20 | 78.00 |
| 11/04/09 | JLS | Research at client request re Casmalia. | 1.30 | 253.50 |
| 11/05/09 | KJC | Review documents for Casmalia request. | 0.10 | 39.00 |
| 11/05/09 | JLS | Research at client request re Casmalia. | 2.10 | 409.50 |
| 11/16/09 | JLS | Research at client request re Casmalia. | 2.10 | 409.50 |
| 11/17/09 | JLS | Research at client request re Casmalia. | 2.60 | 507.00 |
| 11/23/09 | JLS | Research at client request re Casmalia. | 1.70 | 331.50 |
| | | **Total Fees Through November 30, 2009:** | **13.00** | **$ 2,652.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $390.00 | 0.60 | $ 234.00 |
| JLS | Joan L. Sherman | Paralegal | 195.00 | 12.40 | 2,418.00 |
| | | **Total Fees:** | | **13.00** | **$ 2,652.00** |

**Total Balance Due This Matter**         $   2,652.00

**Libby, Montana Assbetos Litigation - 00300**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED ||| Total Comp. |
| --- | --- | --- | --- | --- | --- | --- |
| | | | October | November | December | |
| Coggon, Katheryn | Special Counsel | $ 390.00 | 0.9 | 0.5 | 0 | $ 546.00 |
| Sherman, Joan | Paralegal | $ 195.00 | 5.5 | 0 | 0 | $ 1,072.50 |
| Street, Loraine | Case Admin. | $105.00 | 4.8 | 0 | 0 | $ 504.00 |
| | | | | | | |
| TOTAL | | | 11.2 | 0.5 | 0 | $ 2,122.50 |

### Libby, Montana Asbestos Litigation - 00300

| Description | October | November | December | Total |
|---|---|---|---|---|
| Parking | $ - | $ - | $ - | $ - |
| Photocopies | $ - | $ - | $ - | $ - |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ - | $ - | $ - | $ - |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Overtime | $ - | $ - | $ - | $ - |
| Other Expenses | $ - | $ - | $ 516.59 | $ 516.59 |
| Lexis | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Westlaw | $ - | $ - | $ - | $ - |
| Velo Binding | $ - | $ - | $ - | $ - |
| Color Copies | $ - | $ - | $ - | $ - |
| Outside Reproduction | $ - | $ 70.68 | $ - | $ 70.68 |
| Document Production | $ - | $ - | $ - | $ - |
| Tab Stock | $ - | $ - | $ - | $ - |
| | | | | $ - |
| **TOTAL** | $ - | $ 70.68 | $ 516.59 | $ 587.27 |

|  |  |
|---|---|
| W.R. Grace & Co. | Holme Roberts & Owen LLP |

11/05/09

| | |
|---|---|
| Page | 5 |
| Invoice No | 858598 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/05/09 | JLS | Review document storage options per client request. | 1.60 | $ 312.00 |
| 10/05/09 | LCS | review document storage options per client request | 2.00 | 210.00 |
| 10/06/09 | LCS | Research at client request (Casmalia/Fort Peck) | 1.30 | 136.50 |
| 10/13/09 | JLS | Review document storage options per client request. | 1.50 | 292.50 |
| 10/13/09 | LCS | Review document storage options per client request | 1.50 | 157.50 |
| 10/14/09 | JLS | Review document storage options per client request. | 2.10 | 409.50 |
| 10/15/09 | KJC | Email exchange with M. Murphy re stored boxes (0.3); telephone conference with JLSherman re same (0.1). | 0.40 | 156.00 |
| 10/15/09 | JLS | Review document storage options per client request. | 0.30 | 58.50 |
| 10/20/09 | KJC | Review documents for response to M. Murphy re boxes in storage. | 0.50 | 195.00 |
| | | Total Fees Through October 31, 2009: | 11.20 | $ 1,927.50 |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $390.00 | 0.90 | $ 351.00 |
| JLS | Joan L. Sherman | Paralegal | 195.00 | 5.50 | 1,072.50 |
| LCS | Loraine C. Street | Case Administrator | 105.00 | 4.80 | 504.00 |
| | | Total Fees: | | 11.20 | $ 1,927.50 |

| | |
|---|---|
| **Total Balance Due This Matter** | $ 1,927.50 |

Holme Roberts & Owen LLP

December 15, 2009

W.R. Grace & Co.

Page            6
Invoice No.:    862157
Client  No.:    04339
Matter  No.:    00300

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/05/09 | KJC | Follow-up re boxes in storage. | 0.20 | $ 78.00 |
| 11/20/09 | KJC | Conference with JLSherman re response to M. Murphy questions on documents. | 0.30 | 117.00 |
| | | **Total Fees Through November 30, 2009:** | **0.50** | **$ 195.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $390.00 | 0.50 | $ 195.00 |
| | | **Total Fees:** | | **0.50** | **$ 195.00** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 11/04/09 | | Outside Reproduction: VENDOR: Document Technologies; INVOICE#: 496367; DATE: 11/4/2009 - Outside Reproduction | $ 70.68 |
| | | **Total Disbursements:** | **$ 70.68** |

### Disbursement Summary

| | | |
|---|---|---|
| Outside Reproduction | $ | 70.68 |
| **Total Disbursements:** | **$** | **70.68** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |

Holme Roberts & Owen LLP

01/06/10

W.R. Grace & Co.

| | |
|---|---|
| Page | 3 |
| Invoice No | 863310 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/31/09 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: AZD4259; DATE: 10/31/2009 - Monthly Storage Fee | $ 259.90 |
| 11/30/09 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: BDX5611; DATE: 11/30/2009 - Document Storage for the period of November 2009 | 256.69 |
| | | **Total Disbursements:** | **$ 516.59** |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 516.59 |
| **Total Disbursements:** | **$** | **516.59** |

**Total Balance Due This Matter**      $    516.59

**Bankruptcy Matters - 00390**

| Name | Position | Hourly Rate | October | November | December | Total Comp. |
|---|---|---|---|---|---|---|
| | | | \multicolumn{3}{c}{TOTAL HOURS BILLED} | |
| Eric E. Johnson | Partner | $ 440.00 | 0.3 | 0 | 0.3 | $ 264.00 |
| Haag, Susan | Paralegal | $ 185.00 | 1.7 | 0 | 1.8 | $ 647.50 |
| | | | | | | |
| **TOTAL** | | | 2 | 0 | 2.1 | $ 911.50 |

**Bankruptcy Matters - 00390**

| Description | October | November | December | Total |
|---|---|---|---|---|
| Photocopies | $ - | $ - | $ - | $ - |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ | $ | $ |
| Outside Courier | $ - | $ - | $ | $ |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Lexis | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Research Services | $ - | $ - | $ - | $ - |
| Professional Services | $ - | $ - | $ 890.39 | $ 890.39 |
| Postage | $ - | $ - | $ - | $ - |
| Consulting Fee | $ - | $ - | $ - | $ - |
| TOTAL | $ - | $ - | $ 890.39 | $ 890.39 |

Holme Roberts & Owen LLP

11/05/09

W.R. Grace & Co.

| | |
|---|---|
| Page | 6 |
| Invoice No | 858598 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/06/09 | EEJ | Review quarterly interim fee application, cover sheet, proposed order and related exhibits. | 0.30 | $ 132.00 |
| 10/06/09 | SH | Calculate 31st interim fee application. | 1.20 | 222.00 |
| 10/09/09 | SH | Finalize 31st interim fee application. | 0.50 | 92.50 |
| | | **Total Fees Through October 31, 2009:** | **2.00** | **$ 446.50** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EEJ | Eric E. Johnson | Partner | $440.00 | 0.30 | $ 132.00 |
| SH | Susan Haag | Paralegal | 185.00 | 1.70 | 314.50 |
| | | **Total Fees:** | | **2.00** | **$ 446.50** |

**Total Balance Due This Matter**     $ 446.50

Holme Roberts & Owen LLP

01/06/10

W.R. Grace & Co.

| | |
|---|---|
| Page | 4 |
| Invoice No | 863310 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/15/09 | EEJ | Revise and edit interim fee applications for January, February and March 2009. | 0.30 | $ 132.00 |
| 12/15/09 | SH | Revise and finalize January, 2009 monthly fee application. | 0.60 | 111.00 |
| 12/15/09 | SH | Revise and finalize February 2009 monthly fee application. | 0.60 | 111.00 |
| 12/15/09 | SH | Revise and finalize March 2009 monthly fee application. | 0.60 | 111.00 |
| | | **Total Fees Through December 31, 2009:** | **2.10** | **$ 465.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EEJ | Eric E. Johnson | Partner | $440.00 | 0.30 | $ 132.00 |
| SH | Susan Haag | Paralegal | 185.00 | 1.80 | 333.00 |
| | | **Total Fees:** | | **2.10** | **$ 465.00** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/28/09 | | Consulting Fee: VENDOR: Morris James LLP; INVOICE#: 332833; DATE: 10/28/2009 - Professional Services through September 30, 2009 | $ 16.50 |
| 11/13/09 | | Consulting Fee: VENDOR: Morris James LLP; INVOICE#: 333669; DATE: 11/13/2009 - Professional Services through October 31, 2009 | 873.89 |
| | | **Total Disbursements:** | **$ 890.39** |

**EPA Request for Information re: California Plants - 00450**

| Name | Position | Hourly Rate | October | November | December | Total Comp. |
|---|---|---|---|---|---|---|
| | | | | TOTAL HOURS BILLED | | |
| Coggon, Katheryn | Special Counsel | $ 390.00 | 0 | 0 | 33.9 | $ 13,221.00 |
| Cloclasure, Christopher | Associate | $ 280.00 | 0 | 0 | 2.5 | $ 700.00 |
| Sherman, Joan | Paralegal | $ 195.00 | 0 | 0 | 25.7 | $ 5,011.50 |
| Floyd, Mary Beth | Info. Specialist | $ 165.00 | 0 | 0 | 6.7 | $ 1,105.50 |
| TOTAL | | | 0 | 0 | 68.8 | $ 20,038.00 |

Holme Roberts & Owen LLP

01/06/10

W.R. Grace & Co.

| | |
|---|---|
| Page | 6 |
| Invoice No | 863310 |
| Client No.: | 04339 |
| Matter No.: | 00450 |

**Regarding: EPA Request for Information re California Plants**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/01/09 | KJC | Telephone conference with S. Hughes and B. O'Connell re document queries for California 104(e) (0.3); telephone conference with JLSherman re indices for same (0.2). | 0.50 | $ 195.00 |
| 12/01/09 | JLS | Research at the request of WPO'Connell, Jr. | 2.80 | 546.00 |
| 12/02/09 | KJC | Review spreadsheets re client request for California documents. | 0.30 | 117.00 |
| 12/02/09 | JLS | Research at the request of client. | 2.90 | 565.50 |
| 12/03/09 | KJC | Review and email spreadsheets re client request for California documents. | 0.30 | 117.00 |
| 12/03/09 | JLS | Research at the request of client. | 2.30 | 448.50 |
| 12/08/09 | KJC | Telephone conference with B. O'Connell re database queries for California plants. | 0.50 | 195.00 |
| 12/14/09 | KJC | Telephone conference with R. Emmett re California EPA request. | 0.50 | 195.00 |
| 12/15/09 | KJC | Telephone conference with JLSherman re availability to assist on California EPA request. | 0.20 | 78.00 |
| 12/15/09 | JLS | Review EPA request and email exchange re scope (0.1); review potentially responsive documents (0.4). | 0.50 | 97.50 |
| 12/17/09 | KJC | Review EPA request and email exchange re scope (0.1); review potentially responsive documents (1.9). | 2.00 | 780.00 |
| 12/18/09 | KJC | Telephone conference with R. Emmett re options for document review (0.4); email exchange re same (0.1). | 0.50 | 195.00 |
| 12/21/09 | KJC | Review Supplemental Box log for response to EPA information request. | 3.50 | 1,365.00 |
| 12/21/09 | JLS | Review EPA request and email exchange re scope (0.2); review potentially responsive documents (4.0). | 4.20 | 819.00 |
| 12/22/09 | KJC | Review box tracking log (0.5); email exchange with B. O'Connell re products and revised log results (0.5). | 1.00 | 390.00 |
| 12/22/09 | JLS | Review EPA request and email exchange re scope (0.3); review potentially responsive documents (3.1). | 3.40 | 663.00 |

Holme Roberts & Owen LLP

01/06/10

W.R. Grace & Co.

| | |
|---|---|
| Page | 7 |
| Invoice No | 863310 |
| Client No.: | 04339 |
| Matter No.: | 00450 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/23/09 | KJC | Review documents in Historical database. | 5.20 | 2,028.00 |
| 12/23/09 | JLS | Review EPA request and email exchange re scope (0.1); review potentially responsive documents (0.9). | 1.00 | 195.00 |
| 12/27/09 | JLS | Review EPA request and email exchange re scope (0.3); review potentially responsive documents (2.0). | 2.30 | 448.50 |
| 12/28/09 | KJC | Review documents. | 4.50 | 1,755.00 |
| 12/28/09 | JLS | Review EPA request and email exchange re scope (0.5); review potentially responsive documents (2.4). | 2.90 | 565.50 |
| 12/29/09 | KJC | Document review. | 5.00 | 1,950.00 |
| 12/29/09 | CLC | Conference with KJCoggon and MBFloyd re the process HRO will use to locate documents that are responsive to EPA's information request (0.5); review documents for responsiveness to the EPA's request under CERCLA section 104(e) for documents relevant to the Yosemite Creek superfund site (2.0). | 2.50 | 700.00 |
| 12/29/09 | JLS | Review EPA request and email exchange re scope (0.5); review potentially responsive documents (1.3). | 1.80 | 351.00 |
| 12/29/09 | MBF | Document review. | 2.50 | 412.50 |
| 12/30/09 | KJC | Document review. | 5.90 | 2,301.00 |
| 12/30/09 | MBF | Document review. | 2.60 | 429.00 |
| 12/31/09 | KJC | Document review. | 4.00 | 1,560.00 |
| 12/31/09 | JLS | Review EPA request and email exchange re scope (0.5); review potentially responsive documents (1.1). | 1.60 | 312.00 |
| 12/31/09 | MBF | Review documents. | 1.60 | 264.00 |
| | | **Total Fees Through December 31, 2009:** | **68.80** | **$ 20,038.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $390.00 | 33.90 | $ 13,221.00 |
| CLC | Christopher L. Colclasure | Associate | 280.00 | 2.50 | 700.00 |
| JLS | Joan L. Sherman | Paralegal | 195.00 | 25.70 | 5,011.50 |

Holme Roberts & Owen LLP

01/06/10

W.R. Grace & Co.

| | |
|---|---|
| Page | 8 |
| Invoice No | 863310 |
| Client No.: | 04339 |
| Matter No.: | 00450 |

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| MBF | Mary Beth Floyd | Information Specialist | 165.00 | 6.70 | 1,105.50 |
| | | Total Fees: | | 68.80  $ | 20,038.00 |

**Total Balance Due This Matter** $ 20,038.00