# EXHIBIT B

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Eric E. Johnson | Partner | Bankruptcy | $440.00 | 0.6 | $264.00 |
| Katheryn J. Coggon | Sp. Counsel | Environmental | $390.00 | 37.9 | $14,781.00 |
| Christopher Cloclasure | Associate | Environmental | $280.00 | 2.5 | $700.00 |
| Susan Haag | Paralegal | Bankruptcy | $185.00 | 3.5 | $647.50 |
| Joan Sherman | Paralegal | Environmental | $195.00 | 44.9 | $8,755.50 |
| Mary Beth Floyd | Info. Spec. | Environmental | $165.00 | 6.7 | $1,105.50 |
| Loraine Street | Case Admin. | Environmental | $105.00 | 4.8 | $504.00 |
| **TOTAL** | | | | 100.9 | $26,757.50 |