# EXHIBIT C

| DESCRIPTION | TOTAL |
|---|---:|
| Photocopies | $0.00 |
| Facsimiles | $0.00 |
| Long Distance Telephone | $0.00 |
| Other Expenses | $516.59 |
| Outside Courier | $16.25 |
| Lexis | $0.00 |
| Federal Express | $0.00 |
| Color Copies | $0.00 |
| Professional Billable Services | $890.39 |
| Outside Reproduction | $70.68 |
| TOTALS | $1,493.91 |