)ACA 2010L, LP
565 Hotel Circle South, Suite 310
)an Diego, CA 92108
?h. 619-220-8900/ Fax 619-220-8112

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

n re:                                      ) Chapter 11
                                           )
                                           ) Case No. 01-1139 (JKF)
/VR GRACE AND CO., et al.,                 )
                                           ) NOTICE OF TRANSFER OF CLAIM
            Debtors.                       ) OTHER THAN FOR SECURITY AND
                                           ) WAIVER OF NOTICE
                                           ) Bankruptcy Rule 3001(e)(2)

PLEASE TAKE NOTICE that the filed claim of FOAM ZONE ("Transferor") against the Debtor in the mount of **$21,132.80** (Claim No. 1543), as listed within the Claims Register, and all other claims of Transferor ave been transferred and assigned other than for security to DACA 2010L, LP ("DACA"). The signature of the ransferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby grees to waive notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all ights there under to DACA upon terms as set forth herein and in the offer letter received. I represent and warrant 1at the claim is not less than $21,132.80 and has not been previously objected to, sold, or satisfied. Upon otification by DACA, I agree to reimburse DACA a portion of the purchase price if the claim is reduced, objected ), or disallowed in whole or in part by the Debtor. Such reimbursement would be calculated as follows: dollar mount of claim reduction multiplied by the purchase rate. Interpretation of this agreement that results in legal roceedings shall be initiated and adjudicated in the County of San Diego, State of California. Other than as stated 3ove, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to DACA 1y correspondence or payments received subsequent to the date of this agreement and authorize DACA to take the eps necessary to transfer this claim and all claims we hold against the above debtor into their name. The clerk of ⁱ e court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed l ›low.

: RANSFEROR:
l OAM ZONE
! IS E CALIFORNIA STREET  ONTARIO CA 91761

l int Name_____*GARY ARNETT*_____ Title__*PRESIDENT*_____

§ gnature____*Gary Arnett*_____ Date __10/1/10____

l pdated Address (if needed) _____

l ione _*909-984-0902*__ Fax _*909-984-9945*_ E-Mail _____

: RANSFEREE:
l ACA 2010L, LP
1 65 Hotel Circle South, Suite 310, San Diego, CA 92108

S gnature:  _____*Whatnall*_____
            Andrew Whatnall

M il Ref# 11-19020
2 1009