# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: October 27, 2010 |
| | : | Hearing Date: TBD, if necessary |

## FEE DETAIL FOR DAY PITNEY LLP'S
## ONE-HUNDRED NINTH INTERIM FEE APPLICATION FOR THE PERIOD
## FROM AUGUST 1, 2010 THROUGH AUGUST 31, 2010

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

# EXHIBIT A

## FEES FOR THE FEE PERIOD
## AUGUST 1, 2010 THROUGH AUGUST 31, 2010[2]

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 07/15/10 | | Address client message on DEP issues and memo on strategy issues to case team | | |
| | 3 | W. Hatfield | 0.2 | 85.00 |
| 08/01/10 | | Continued preparation of brief in support of motion to enforce settlement agreement; review file documents re same | | |
| | 3 | B. Moffitt | 6.8 | 2,856.00 |
| 08/02/10 | 3 | Work on Brief regarding Motion to Enforce A. Marchetta | 1.3 | 845.00 |
| 08/02/10 | | Continued preparation of brief in support of motion to enforce settlement agreement; review file documents and work with A. Marchetta re same | | |
| | 3 | B. Moffitt | 8.4 | 3,528.00 |
| 08/03/10 | 3 | Brief revisions; follow-up regarding letter A. Marchetta | 1.5 | 975.00 |
| 08/03/10 | 3 | Review draft motion papers W. Hatfield | 0.4 | 170.00 |
| 08/03/10 | | Continued preparation of brief in support of motion to enforce settlement agreement; review file documents and work with A. Marchetta re same | | |
| | 3 | B. Moffitt | 8.1 | 3,402.00 |
| 08/04/10 | | Work with B. Moffitt regarding letter to Deputy Attorney General; follow-up regarding Brief issues | | |
| | 3 | A. Marchetta | 1.3 | 845.00 |
| 08/04/10 | | Continued preparation of brief in support of motion to enforce settlement agreement and letter regarding same and assemble exhibits for appendix; review file documents and work with A. Marchetta re same | | |
| | 3 | B. Moffitt | 4.5 | 1,890.00 |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

2

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 08/04/10 | Review of Third Circuit dockets in order to retrieve Orders of Dismissal, and work with B. Moffitt regarding same | S. Parker | 0.3 | 48.00 |
| 08/05/10 | Telephone conferences, emails and follow-up regarding strategy and Motion to Enforce; letter to Deputy Attorney General Dickinson | A. Marchetta | 1.3 | 845.00 |
| 08/05/10 | Address memos and strategy on NJDEP letter timing and motion issues | W. Hatfield | 0.5 | 212.50 |
| 08/05/10 | Work with co-counsel regarding continued preparation of brief in support of motion to enforce settlement agreement and letter regarding same and assemble exhibits for appendix; review file documents and work with A. Marchetta re same | B. Moffitt | 4.9 | 2,058.00 |
| 08/06/10 | Work with attorneys and conference with client regarding Motion strategy | A. Marchetta | 1.3 | 845.00 |
| 08/06/10 | Address multiple correspondence on strategy with NJDEP | W. Hatfield | 0.3 | 127.50 |
| 08/06/10 | Work with co-counsel regarding continued preparation of brief and affidavits in support of motion to enforce settlement agreement and letter regarding same and assemble exhibits for appendix; review file documents and work with A. Marchetta re same | B. Moffitt | 5.8 | 2,436.00 |
| 08/09/10 | Work on Motion and Affidavit with B. Moffitt | A. Marchetta | 1.3 | 845.00 |
| 08/09/10 | Review multiple correspondence on draft motion comments | W. Hatfield | 0.2 | 85.00 |
| 08/09/10 | Work with co-counsel regarding continued preparation of brief and affidavits in support of motion to enforce settlement agreement and letter regarding same; review file documents and work with A. Marchetta re same | B. Moffitt | 4.5 | 1,890.00 |
| 08/09/10 | Conduct searches and review file documents in order to identify additional documents needed by B. Moffitt for motion to enforce settlement agreement | S. Parker | 0.7 | 112.00 |
| 08/10/10 | Follow-up on emails regarding Motion and revise | A. Marchetta | 0.4 | 260.00 |

(Each entry prefixed with task code "3".)

| Date | Description | Hours | Amount |
|---|---|---|---|
| 08/10/10 3 | Review finalized brief in support of motion to enforce settlement agreement<br>B. Moffitt | 0.5 | 210.00 |
| 08/11/10 3 | E-mails and follow up regarding Deputy Attorney General response and reply<br>A. Marchetta | 0.4 | 260.00 |
| 08/12/10 3 | E-mails and follow up regarding Deputy Attorney General response<br>A. Marchetta | 0.4 | 260.00 |
| 08/13/10 3 | E-mails and follow up regarding e-mail on non-asbestos remediation and follow up regarding same<br>A. Marchetta | 0.7 | 455.00 |
| 08/13/10 3 | Review memo on status with NJDEP submission by URS<br>W. Hatfield | 0.1 | 42.50 |
| 08/16/10 3 | Follow up regarding letter from Nickerson and arrange conference regarding same<br>A. Marchetta | 0.7 | 455.00 |
| 08/16/10 3 | Review and analyze NJDEP memo; meeting with A. Marchetta on matter; review correspondence with URS and case team<br>W. Hatfield | 0.8 | 340.00 |
| 08/16/10 3 | Review R. Medler e-mail regarding NJDEP comments and various follow up e-mails regarding same; work with A. Marchetta regarding same<br>B. Moffitt | 0.5 | 210.00 |
| 08/17/10 3 | Telephone conference with clients and experts regarding DEP response; work with B. Moffitt on same<br>A. Marchetta | 1.4 | 910.00 |
| 08/17/10 3 | Prepare for and attend call with clients, URS and case team on response to DEP letter; review correspondence and comments on draft language<br>W. Hatfield | 0.6 | 255.00 |
| 08/17/10 3 | Prepare for and attend conference call regarding NJDEP's latest comments and work with A. Marchetta, W. Hatfield and co-counsel to prepare proposed language for letter regarding same<br>B. Moffitt | 1.8 | 756.00 |
| 08/18/10 3 | Follow up regarding URS response<br>A. Marchetta | 0.3 | 195.00 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 08/20/10 3 | E-mails and follow up regarding response to settlement offer of DEP and response to technical comments | A. Marchetta | 1.0 | 650.00 |
| 08/20/10 3 | Address language on NJDEP offer to withdraw ISRA claim and memos on same with case team | W. Hatfield | 0.4 | 170.00 |
| 08/20/10 3 | Telephone calls with DAGs Dickinson and Engel and follow up e-mails to client and co-counsel regarding same; work with A. Marchetta and W. Hatfield regarding same | B. Moffitt | 0.8 | 336.00 |
| 08/21/10 3 | Follow up e-mails regarding response to DEP | A. Marchetta | 0.4 | 260.00 |
| 08/23/10 3 | Telephone call with Attorney General's office and follow up with client and attorneys regarding settlement issues | A. Marchetta | 1.5 | 975.00 |
| 08/23/10 3 | Telephone calls and e-mails and follow up regarding issues concerning settlement with State | A. Marchetta | 0.7 | 455.00 |
| 08/23/10 3 | Review correspondence on Amtrak/APU issue; review prior settlement and stipulation; address strategy on potential contribution claim; review prior correspondence from Amtrak to Grace | W. Hatfield | 1.1 | 467.50 |
| 08/23/10 3 | Telephone calls with DAGs Dickinson and Engel and e-mails to and from client regarding same; work with A. Marchetta regarding same | B. Moffitt | 1.5 | 630.00 |
| 08/23/10 3 | Review Amtrak and APU settlement stipulations and work with A. Marchetta regarding same | B. Moffitt | 0.6 | 252.00 |
| 08/23/10 3 | Review Multi-Site Agreement and confer with A. Marchetta and W. Hatfield re same. | B. Moffitt | 0.9 | 378.00 |
| 08/23/10 3 | Set up conference call and review e-mails from client and co-counsel regarding same | B. Moffitt | 0.2 | 84.00 |
| 08/23/10 | Review proposed URS Corp. response to latest NJDEP comments | | | |

5

| | | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.2 | 84.00 |
| 08/24/10 | Telephone calls and conference with clients and attorneys regarding settlement with DEP and follow up regarding issues on same and remediation issues | | |
| 3 | A. Marchetta | 1.7 | 1,105.00 |
| 08/24/10 | Participate in group call on strategy with Amtrak | | |
| 3 | W. Hatfield | 0.4 | 170.00 |
| 08/24/10 | Review prior releases and Multi-Site Agreement and research regarding Section 502(e) of bankruptcy code; confer with A. Marchetta, S. Sheldon, client and co-counsel regarding same. | | |
| 3 | B. Moffitt | 3.9 | 1,638.00 |
| 08/25/10 | Telephone calls with Deputy Attorneys General and follow up with B. Moffitt regarding settlement and drafting of agreement; e-mails and follow up regarding same | | |
| 3 | A. Marchetta | 1.3 | 845.00 |
| 08/25/10 | Review correspondence on response and draft URS documents; prepare response to same; review draft letter to NJDEP | | |
| 3 | W. Hatfield | 0.8 | 340.00 |
| 08/25/10 | Telephone call with A. Marchetta regarding call with Deputy Attorneys General and draft letter agreement regarding same and circulate to team | | |
| 3 | B. Moffitt | 2.5 | 1,050.00 |
| 08/26/10 | Work with B. Moffitt regarding letter to DEP and follow up e-mails regarding same and adjournment of motion | | |
| 3 | A. Marchetta | 1.0 | 650.00 |
| 08/26/10 | Review draft letter agreement with NJDEP; comments and correspondence on same | | |
| 3 | W. Hatfield | 0.3 | 127.50 |
| 08/27/10 | Telephone call with Attorney General's office and follow up regarding for of letter and next steps | | |
| 3 | A. Marchetta | 0.4 | 260.00 |
| 08/27/10 | Input various revisions to proposed letter agreement and revise proposed order and prepare e-mail to Deputy Attorney General's office, client and co-counsel regarding same | | |
| 3 | B. Moffitt | 0.9 | 378.00 |

| 08/31/10 3 | Follow up regarding Deputy Attorney General's response A. Marchetta | 0.3 | 195.00 |
|---|---|---|---|

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 6.10 | 425.00 | 2,592.50 |
| A. Marchetta | 20.60 | 650.00 | 13,390.00 |
| B. Moffitt | 57.30 | 420.00 | 24,066.00 |
| S. Parker | 1.00 | 160.00 | 160.00 |
| TOTALS: | 85.00 | | 40,208.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 22 | 20.6 | 650.00 | 13,390.00 |
| W. Hatfield | 22 | 6.1 | 425.00 | 2,592.50 |
| B. Moffitt | 22 | 57.3 | 420.00 | 24,066.00 |
| S. Parker | 22 | 1.0 | 160.00 | 160.00 |
| TOTALS: | | 85.0 | | 40,208.50 |

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 08/02/10 | | Draft 37th Quarterly Fee Application documents | | |
| 18 | | K. Begley | 1.2 | 330.00 |
| 08/04/10 | | Draft 37th Quarterly Fee Application documents; draft, review, and respond to e-mails regarding same | | |
| 18 | | K. Begley | 2.2 | 605.00 |
| 08/05/10 | | Review, revise and discuss with K Begley DP's 37th Quarterly Fee Application | | |
| 14 | | S. Zuber | 0.4 | 204.00 |
| 08/05/10 | | Revise and finalize 37th Quarterly Fee Application documents; e-mails regarding filing of same | | |
| 18 | | K. Begley | 0.9 | 247.50 |
| 08/24/10 | | Review various issues related to future claims for indemnification asserted by Amtrak and other PRP's. | | |
| 14 | | S. Sheldon | 1.3 | 520.00 |
| 08/30/10 | | Draft, review, and respond to e-mails regarding filing of July Fee Application documents; organize and compile docket entries for July Fee Application | | |
| 18 | | K. Begley | 0.4 | 110.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| S. Zuber | 0.40 | 510.00 | 204.00 |
| S. Sheldon | 1.30 | 400.00 | 520.00 |
| K. Begley | 4.70 | 275.00 | 1,292.50 |
| TOTALS: | 6.40 | | 2,016.50 |

8

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| K. Begley | 18 | 4.7 | 275.00 | 1,292.50 |
| S. Zuber | 14 | 0.4 | 510.00 | 204.00 |
| S. Sheldon | 14 | 1.3 | 400.00 | 520.00 |
| TOTALS: | | 6.4 | | 2,016.50 |

# EXHIBIT B

## EXHIBIT B

### EXPENSES FOR THE FEE PERIOD
### AUGUST 1, 2010 THROUGH AUGUST 31, 2010

**None.**

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| | Case No. 01-1139 (JKF) |
| W. R. GRACE & CO., *et al.*,[1] | (Jointly Administered) |
| Debtors. | |
| | Objection Deadline: October 27, 2010 |
| | Hearing Date: TBD, if necessary |

## VERIFICATION

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Day Pitney LLP, and am a member in good standing of the bars of the State of New Jersey, the State of New York, the District of Columbia, the United States District Court for the District of New Jersey, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, the United States District Court for the Western District of New York, the United States

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

District Court for the District of Colorado, the United States District Court for the Eastern District of Texas, the United States District Court for the Western District of Wisconsin, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Federal Circuit, the United States Tax Court, and the United States Supreme Court.

2. I have personally performed certain of, and overseen, the legal services rendered by Day Pitney LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

Parsippany, New Jersey
Dated: October 7, 2010

Respectfully submitted,
DAY PITNEY LLP

_____
Anthony J. Marchetta, Esq.
One Jefferson Road
Parsippany, New Jersey 07054
Telephone: (973) 966-6300
Facsimile: (973) 966-1015