# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.[1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Re docket no. 23783 & 25203 and 25527 |
| | ) |

## ORDER DISMISSING THE DEBTORS' MOTION FOR AN ORDER ENFORCING THE 2009 STIPULATION AND ORDER AND ORDERING THE NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION TO CEASE AND DESIST FROM FURTHER VIOLATIONS THEREOF

Upon consideration of the *Debtors' Certificate of Counsel Submitting a Form of Order Dismissing the Debtors' Motion for Entry of an Order Enforcing the 2009 Stipulation and Order and Ordering the New Jersey Department of Environmental Protection to Cease and Desist from Further Violations Thereof* (the "Certificate of Counsel"), it is hereby ORDERED that:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1. The *Debtors' Motion for Entry of an Order Enforcing the 2009 Stipulation and Order and Ordering the New Jersey Department of Environmental Protection to Cease and Desist from Further Violations Thereof* including the request for sanctions, is dismissed by agreement of the parties as set forth in that certain letter dated September 27, 2010, of Anthony J. Marchetta to Richard F. Engel et al. attached hereto as Exhibit A (the "Letter Agreement").

2. NJDEP and the Debtors shall be bound by the terms and conditions of the Letter Agreement

3. The Debtors are authorized to take all actions that may be necessary to undertake the relief set forth in this Order.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation and enforcement of this Order and the enforcement of the 2009 Stipulation and Order.

5. This Order is effective immediately upon its entry, notwithstanding Fed.R.Civ.P. 7054 and Fed.R.Bankr.P. 9014.

Dated: October 13, 2010

                                        *Judith K. Fitzgerald*
                                        Honorable Judith K. Fitzgerald
                                        United States Bankruptcy Judge

<u>EXHIBIT A</u>

*Letter Agreement Resolving NJDEP's Reassertion of Settled Asbestos Issues*, dated
**September 27, 2010**

# ⓡ DAY PITNEY LLP

BOSTON   CONNECTICUT   NEW JERSEY   NEW YORK   WASHINGTON, D.C.

ANTHONY J. MARCHETTA
Attorney At Law

One Jefferson Road
Parsippany, NJ 07054-2891
T: 973-966-8032 F: (973) 206 6659
amarchetta@daypitney.com

September 27, 2010

<u>VIA E-MAIL AND FIRST CLASS MAIL</u>

Richard F. Engel, Esq.
John F. Dickinson, Esq.
Deputy Attorneys General
State of New Jersey Office of the Attorney General
Division of Law
25 Market Street, P.O. Box 093
Trenton, NJ 08625-0093

      Re:    Former W.R. Grace Hamilton Township Site,
                  Letter Agreement Resolving Asbestos Issues

Dear Rick and John:

        This letter confirms the parties' agreement to resolve the outstanding issues arising out of and relating to the recent demands of the New Jersey Department of Environmental Protection ("NJDEP") on W.R. Grace & Co. ("Grace"), and/or its affiliates[1], for asbestos sampling,

---

[1]     The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil,

83402406.4

DAY PITNEY LLP
Richard F. Engel, Esq.
John F. Dickinson, Esq.
September 27, 2010
Page 2

investigation and/or remediation at the former vermiculite expansion plant located at 15 Industrial Drive, Hamilton Township, New Jersey (the "Hamilton Township Site" or the "Site"). Such demands were outlined in: (i) the April 30, 2010 e-mail of technical comments from NJDEP Case Manager Jay Nickerson; (ii) Mr. Nickerson's e-mails dated June 22, 2010 and August 13, 2010; and (iii) the letter from Deputy Attorney General John Dickinson dated July 1, 2010 (collectively, the "NJDEP Demands").

The parties have agreed as follows:

1. Grace has asserted and NJDEP disputes that the NJDEP Demands constitute "Hamilton Township Site Claims" as that term is defined in the Stipulation Settling Claims Against the Debtors Asserted by the State of New Jersey, Department of Environmental Protection ("2009 Stipulation") that was approved by order of the United States Bankruptcy Court for the District of Delaware dated November 18, 2009, and the NJDEP Demands were previously settled and released under the terms of the 2009 Stipulation. However, the parties have determined to settle these disputes as follows:

   a. NJDEP and the other "Claimant Release Parties" as that term is defined in the 2009 Stipulation and Order hereby agree that any and all claims, liabilities, causes of action, remedies, and liabilities of any nature whatsoever pertaining to asbestos at or related to the Hamilton Township Site, whether known or unknown, foreseen or unforeseen, matured or unmatured, existing or hereafter arising, in law, equity or otherwise are settled and released; and

   b. NJDEP and the other Claimant Release Parties agree that they will make no further demands on Grace or its affiliates, or their officers, employees, or agents, relating to the any asbestos-related matter at, or otherwise related to the Hamilton Township Site, including, but not limited to, any such demands by NJDEP or the Claimant Release Parties pursuant to any statutory authority or rule promulgated by any governmental entity (whether before or after the date of this letter agreement) or upon any other basis whatsoever; and

   c. Upon receipt of a fully-executed copy of this letter agreement, Grace will file a certificate of counsel with the United States Bankruptcy Court with an order to be entered by the Court dismissing the pending Debtors' Motion for an Order Enforcing the 2009 Stipulation and Order and Ordering the New Jersey Department of Environmental Protection to Cease and Desist From Further Violations Thereof, including the request for sanctions contained therein.

---

Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

83402406.4

DAY PITNEY LLP
Richard F. Engel, Esq.
John F. Dickinson, Esq.
September 27, 2010
Page 3

    2.    Nothing herein shall have any effect on Grace's remaining obligations, if any, to complete the remediation of certain non-asbestos issues at the Hamilton Township Site under ISRA Case #E94651.

    Please sign this letter below to confirm the agreement to these terms on the part of the NJDEP and the other Claimant Release Parties. Grace will do the same.

Very truly yours,

Anthony J. Marchetta

Executed on behalf of the New Jersey
Department of Environmental Protection,
the Commissioner of the New Jersey Department
of Environmental Protection, the New Jersey Spill
Compensation Fund, and the Administrator of the
New Jersey Spill Compensation Fund

Paula T. Dow
Attorney General of New Jersey

By:_____
    Richard F. Engel,
    Deputy Attorney General

Dated:


Executed on behalf of Grace

By:_____
    William M. Corcoran
    Vice President
    Public and Regulatory Affairs

Dated: 9/28/10

83402406.4

DAY PITNEY LLP
Richard F. Engel, Esq.
John F. Dickinson, Esq.
September 27, 2010
Page 3

      2.      Nothing herein shall have any effect on Grace's remaining obligations, if any, to complete the remediation of certain non-asbestos issues at the Hamilton Township Site under ISRA Case #E94651.

      Please sign this letter below to confirm the agreement to these terms on the part of the NJDEP and the other Claimant Release Parties. Grace will do the same.

      Very truly yours,

      Anthony J. Marchetta

Executed on behalf of the New Jersey
Department of Environmental Protection,
the Commissioner of the New Jersey Department
of Environmental Protection, the New Jersey Spill
Compensation Fund, and the Administrator of the
New Jersey Spill Compensation Fund

Paula T. Dow
Attorney General of New Jersey

By: _____
    Richard F. Engel,
    Deputy Attorney General

Dated: September 27, 2010


Executed on behalf of Grace


By: _____
    William M. Corcoran
    Vice President
    Public and Regulatory Affairs

Dated:

83402406.4

DAY PITNEY LLP
Richard F. Engel, Esq.
John F. Dickinson, Esq.

Page 4

cc:  Rachel Lehr, Esq.
     Deputy Attorney General (via e-mail and First Class Mail)

     Mr. Jay Nickerson
     ISRA Case Manager, Site Remediation Program
     New Jersey Department of Environmental Protection (via e-mail and First Class Mail)

83402406.4