# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Objection Date: November 2, 2010** |
| | | **Hearing Deadline: to be scheduled, if necessary** |

## FEE DETAIL FOR OGILVY RENAULT LLP'S FORTY-FOURTH MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM AUGUST 1, 2010 THROUGH AUGUST 31, 2010

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DOCSTOR: 2032169\1



**OGILVY RENAULT**

Client: **W.R. GRACE & CO.**
RE: Litigation and litigation consulting
Matter No.: 01016442-0006

September 20, 2010
INVOICE: 1020462

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:   Richard Finke
             Senior Litigation Counsel

      For professional services rendered and disbursements incurred
      for the period ending August 31, 2010

| | |
|---|---:|
| FEES | $3,052.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 188.80 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $3,240.80 |

Canadian Funds

Payable upon receipt

Please remit by Bank Transfer to
RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, CANADA
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
IBAN # 003105030000002
including invoice number on transfer order.

OGILVY RENAULT LLP / S.E.N.C.R.L., s.r.l.

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street, P.O. Box 84
Toronto, Ontario  M5J 2Z4
CANADA

T: 416.216.4000
F: 416.216.3930
toronto@ogilvyrenault.com

ogilvyrenault.com



**W.R. GRACE & CO.**                                                                           01016442-0006

<u>RE:  Litigation and litigation consulting</u>

BILLING SUMMARY

|  | | Hours | Amount |
|---|---|---|---|
| O. Pasparakis | | 1.3 | $988.00 |
| J. Stam | | 1 | $580.00 |
| A. Glen | | 5.3 | $1,484.00 |
| | Total | 7.60 | $3,052.00 |

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 3/8/10 | Adrienne Glen | Finalizing and serving motion record. | 0.70 | $196.00 |
| 10/8/10 | Adrienne Glen | Preparing for hearing on August 12. | 0.50 | $140.00 |
| 11/8/10 | Adrienne Glen | Preparing for hearing on August 12. | 1.50 | $420.00 |
| 12/8/10 | Adrienne Glen | Attending at court for stay extension hearing. | 1.70 | $476.00 |
| 12/8/10 | Jennifer Stam | Attending Court for stay extension motion. | 0.70 | $406.00 |
| 17/8/10 | Orestes Pasparakis | Following-up with U.S. counsel (0.40); following-up with Crown counsel (0.40). | 0.80 | $608.00 |
| 18/8/10 | Adrienne Glen | Participating in conference call to discuss Crown issues regarding Representative Counsel fees (0.40); exchanging emails with O. Pasparakis regarding same (0.20). | 0.60 | $168.00 |
| 18/8/10 | Jennifer Stam | Participating in conference call regarding Crown inquiry. | 0.30 | $174.00 |
| 18/8/10 | Orestes Pasparakis | Following-up on strategy. | 0.30 | $228.00 |
| 19/8/10 | Adrienne Glen | Reviewing correspondence regarding Crown issue with respect to Representative Counsel fees. | 0.30 | $84.00 |
| 19/8/10 | Orestes Pasparakis | Following-up on issues. | 0.20 | $152.00 |
| | | **TOTAL FEES** | | **$3,052.00** |

INVOICE: 1020462



OGILVY RENAULT

W.R. GRACE & CO.                                          01016442-0006

RE:   Litigation and litigation consulting

#### DISBURSEMENTS - NON TAXABLE

| | |
|---|---:|
| Copies | 21.80 |
| Process server fee | 40.00 |
| Filing notice of motion | 127.00 |
| | **$188.80** |

#### DISBURSEMENT DETAIL - NON TAXABLE

| Date | Timekeeper | Description | Amount |
|---|---|---|---:|
| 3/8/10 | Adrienne Glen | Copies | 0.10 |
| 3/8/10 | Adrienne Glen | Copies | 1.60 |
| 4/8/10 | Adrienne Glen | Filing notice of motion - MINISTER OF FINANCE (ONTARIO) | 127.00 |
| 5/8/10 | Adrienne Glen | Process server fee - KAP LITIGATION SERVICES- Rush filing of Aug. 12 Motion Record and 34th Report INformation Officer | 40.00 |
| 5/8/10 | Adrienne Glen | Copies | 4.20 |
| 11/8/10 | Adrienne Glen | Copies | 4.80 |
| 11/8/10 | Adrienne Glen | Copies | 11.10 |
| | | **TOTAL** | **$188.80** |

INVOICE: 1020462



OGILVY RENAULT

| | | |
|---|---|---|
| Client: | W.R. GRACE & CO. | September 20, 2010 |
| RE: | Fee Applications, Applicant | INVOICE: 1020463 |
| Matter No.: | 01016442-0008 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:    Richard Finke
              Senior Litigation Counsel

      For professional services rendered and disbursements incurred
      for the period ending August 31, 2010

| | |
|---|---|
| FEES | $1,267.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 30.53 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $1,298.03 |



Payable upon receipt

Please remit by Bank Transfer to
RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, CANADA
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
IBAN # 003106030000002
including invoice number on transfer order.

OGILVY RENAULT LLP / S.E.N.C.R.L., s.r.l.

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street, P.O. Box 84
Toronto, Ontario M5J 2Z4
CANADA

T: 416.216.4000
F: 416.216.3930
toronto@ogilvyrenault.com

ogilvyrenault.com



**W.R. GRACE & CO.**                                                                                   01016442-0008

**RE: Fee Applications, Applicant**

## BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| T. Walsh | 0.5 | $287.50 |
| K. Legree | 5.6 | $980.00 |
| Total | 6.10 | $1,267.50 |

## FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 3/8/10 | Katie Legree | Drafting 42nd Monthly Fee Application (1.10); corresponding with D. Bibbs regarding Certificate of No Objection for 41st Monthly Fee Application (0.10). | 1.20 | $210.00 |
| 4/8/10 | Katie Legree | Revising 42nd Monthly Fee Application (0.20); forwarding same to R. Finke for review and comment (0.10). | 0.30 | $52.50 |
| 5/8/10 | Katie Legree | Finalizing 42nd Monthly Fee Application (0.30); forwarding same to T. Walsh for review and signature (0.10); drafting letter to L. Oberholzer enclosing original for filing (0.10); drafting and revising 14th Quarterly Interim Fee Application (2.10); forwarding same to R. Finke for review and comment (0.10). | 2.70 | $472.50 |
| 5/8/10 | Teresa Walsh | Reviewing and swearing 42nd Monthly Fee Application. | 0.20 | $115.00 |
| 6/8/10 | Katie Legree | Finalizing 14th Quarterly Interim Fee Application (0.30); forwarding same to T. Walsh for review and signature (0.10); forwarding 42nd Monthly Fee Application to L. Oberholzer for service and filing (0.10); forwarding 42nd Monthly Fee Application to fee auditor (0.10). | 0.60 | $105.00 |
| 10/8/10 | Teresa Walsh | Reviewing and swearing 14th Quarterly Interim Fee Application. | 0.30 | $172.50 |
| 10/8/10 | Katie Legree | Finalizing 14th Quarterly Interim Fee Application (0.10); emailing same to P. Cuniff for service and filing (0.10); forwarding same to fee auditor (0.10); reporting to T. Walsh (0.10). | 0.40 | $70.00 |

INVOICE: 1020463



**W.R. GRACE & CO.**                                                                01016442-0008

**RE:   Fee Applications, Applicant**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 16/8/10 | Katie Legree | Reviewing July proformas (0.30); participating in internal discussions regarding same (0.10). | 0.40 | $70.00 |
| | | **TOTAL FEES** | | **$1,267.50** |

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---|
| Courier service | 30.53 |
| | $30.53 |

**DISBURSEMENT DETAIL - NON TAXABLE**

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 10/8/10 | Derrick C. Tay | Courier service FedEx shipment #435904190853 FROM TORONTO, ON, CA. To: PATTY CUNIFF,PCHULSKI STANG ZIEHL & JONES, WILMINGTON, DE, US. ON 10-08-2010, GST: 0.00, QST: 0.00 | 30.53 |
| | | TOTAL | $30.53 |

INVOICE: 1020463