IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| ---------------------------------------------------x | | |

### AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE      :
                                         : SS
NEW CASTLE COUNTY  :

I, William Weller, certify that I am, and at all times during the service have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on October 14, 2010, I caused to be served:

### Certificate of No Objection Regarding Fee Application (Docket No. 25403)

Service was completed upon the parties on the attached list in the manner indicated.

Date: October 14, 2010

_____
William Weller

SWORN AND SUBSCRIBED before me this 14th day of October, 2010.

_____
NOTARY

My commission expires: 8/19/11

ROBERT WILLIAM LAIRD
Notary Public - State of Delaware
My Comm. Expires Aug. 19, 2011

**VIA HAND DELIVERY**
Laura Davis Jones, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Neil B. Glassman, Esquire
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Mark Hurford, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

Theodore Tacconelli, Esquire
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246

David Klauder, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2313
Lockbox #35
Wilmington, DE 19801

Teresa K.D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

**VIA HAND DELIVERY**
Vito I. Dimaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, Delaware 19899

**VIA FIRST CLASS MAIL**
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201
whsmith@whsmithlaw.com

Mark Shelnitz
Senior Vice President and General Counsel
W.R. Grace and Co.
7500 Grace Drive
Columbia, Maryland 21044
[Debtor]

Hamid R. Rafatjoo, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

James H.M. Sprayregen, P.C.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038-4982

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
200 S. Biscayne Boulevard, Suite 2500
Miami, FL 33131

**VIA FIRST CLASS MAIL**
J. Douglas Bacon, Esquire
Latham & Watkins LLP
Sears Tower
233 South Wacker Drive
Suite 5800
Chicago, IL 60606

William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ 07102-3889

Philip Bentley, Esquire
Thomas Moers Mayer, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York , NY 10036

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC. 20005