IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>    W.R. GRACE & CO., *et al*.<br><br>                    Debtors. | Chapter 11<br><br>Civil Action No. 01-01139 (JKF)<br><br>Jointly Administered |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the following dates, Claimants Neutocrete Products, Inc. ("Neutocrete Products"), Neutocrete Systems, Inc. ("NSI") and FTF Crawlspace Specialists, Inc. ("FTF," and collectively with Neutocrete and NSI, "Neutocrete" or "Claimants"), by and through their counsel, caused a copy of the below described documents to be served upon counsel for Debtors:

- October 14, 2010    Claimants Neutocrete, NSI and FTF's First Set of Interrogatories, Requests For Production of Documents And Requests For Admission Directed To Debtors

Service was made by email on the following counsel for Debtors:

The Law Offices of Janet S. Baer P.C.,
Janet S. Baer, P.C.
70 W. Madison St., Suite 2100,
Chicago, IL 60602.
Phone: 312-641-2162.
Fax: 312-641-2165

PACHULSKI STANG ZIEHL & JONES LLP
Laura Davis Jones (Bar. No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market St, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)

Dated:   October 14, 2010              /s/ Stamatios Stamoulis
                                       Stamatios Stamoulis  #4606
                                            stamoulis@swdelaw.com
                                       Stamoulis & Weinblatt LLC
                                       Two Fox Point Centre
                                       6 Denny Road, Suite 307
                                       Wilmington, DE 19809
                                       (302) 999-1540

                                       *Attorneys for Claimants*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>    W.R. GRACE & CO., *et al.*<br><br>                    Debtors. | Chapter 11<br><br>Civil Action No. 01-01139 (JKF)<br><br>Jointly Administered |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2010, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel. In addition, the following counsel also were served by email:

    The Law Offices of Janet S. Baer P.C.,
    Janet S. Baer, P.C.
    70 W. Madison St., Suite 2100,
    Chicago, IL 60602.
    Phone: 312-641-2162.
    Fax: 312-641-2165

    PACHULSKI STANG ZIEHL & JONES LLP
    Laura Davis Jones (Bar. No. 2436)
    James E. O'Neill (Bar No. 4042)
    Kathleen P. Makowski (Bar No. 3648)
    Timothy P. Cairns (Bar No. 4228)
    919 North Market St, 16th Floor
    P.O. Box 8705
    Wilmington, DE 19899-8705 (Courier 19801)

                                                      /s/ Stamatios Stamoulis
                                                        Stamatios Stamoulis