IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: November 8, 2010 at 4:00 |
| | ) | p.m. |
| | ) | Hearing Date: TBD only if necessary |

**SUMMARY OF APPLICATION OF HOLME ROBERTS & OWEN LLP
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS
SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR
THE INTERIM PERIOD FROM JANUARY 1, 2010 THROUGH JANUARY 31, 2010**

Name of Applicant:    Holme Roberts & Owen LLP

Authorized to Provide Professional Services to:    W.R. Grace & Co., et al., Debtors and
                                                    Debtors-in Possession

Dated of Retention Order:    July 18, 2001, *nunc pro tunc* April 2, 2001.

Period for Which Compensation and Reimbursement is Sought:    January 1, 2010 through January 31, 2010

Amount of Compensation Sought as Actual, Reasonable and Necessary:    $25,436.40 (80% of $31,795.50)

Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: $0.00

This is a __X__ monthly _____ quarterly __X__ interim _____ final application

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Prior Applications filed:

|  |  | Requested |  | Approved |  |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 11/07/01 | 04/02/01-09/30/01 | $285,970.50 | $47,668.25 | Approved | Approved |
| 12/01/01 | 10/01/01 - 10/31/01 | $113,986.00 | $11,562.02 | Approved | Approved |
| 12/28/01 | 11/01/01 - 11/30/01 | $136,572.00 | $23,863.64 | Approved | Approved |
| 02/11/02 | 12/01/01 - 12/31/01 | $191,787.00 | $41,142.65 | Approved | Approved |
| 03/01/02 | 10/01/01 - 12/31/01 | $442,631.50 | $74,769.32 | Approved | Approved |
| 03/18/02 | 01/01/02 - 01/31/02 | $290,461.00 | $44,278.12 | Approved | Approved |
| 04/06/02 | 02/01/02 - 02/28/02 | $306,124.80 | $54,631.99 | Approved | Approved |
| 05/01/02 | 03/01/02 - 03/31/02 | $340,038.50 | $40,074.40 | Approved | Approved |
| 06/04/02 | 04/01/02 - 04/30/02 | $384,156.00 | $43,551.56 | Approved | Approved |
| 06/05/02 | 01/01/02 - 03/31/02 | $1,015,155.50 | $136,984.52 | Approved | Approved |
| 07/12/02 | 05/01/02 - 05/31/02 | $445,180.40 | $54,453.03 | Approved | Approved |
| 08/14/02 | 06/01/02 - 06/30/02 | $448,780.00 | $60,518.33 | Approved | Approved |
| 08/16/02 | 04/01/02 - 06/30/02 | $1,429,411.50 | $158,522.92 | Approved | Approved |
| 09/11/02 | 07/01/02 - 07/31/02 | $477,335.25 | $22,841.16 | Approved | Approved |
| 10/21/02 | 08/01/02 - 08/31/02 | $846,679.50 | $47,900.46 | Approved | Approved |
| 11/04/02 | 09/01/02 - 09/30/02 | $726,025.00 | $50,880.25 | Approved | Approved |
| 11/08/02 | 07/01/02 - 09/30/02 | $2,050,039.75 | $121,621.87 | Approved | Approved |
| 11/27/02 | 10/01/02 - 10/31/02 | $836,752.50 | $52,601.40 | Approved | Approved |
| 01/02/03 | 11/01/02 - 11/30/02 | $572,956.50 | $23,357.78 | Approved | Approved |

| 02/04/03 | 12/01/02 - 12/31/02 | $592,179.50 | $79,263.22 | Approved | Approved |
|---|---|---|---|---|---|
| 02/12/03 | 10/01/02 - 12/31/02 | $2,002,888.50 | $155,222.40 | Approved | Approved |
| 03/04/03 | 01/01/03 - 01/31/03 | $249,506.00 | $40,504.47 | Approved | Approved |
| 03/27/03 | 02/01/03 - 02/28/03 | $146,673.50 | $5,201.50 | Approved | Approved |
| 04/22/03 | 03/01/03 - 03/31/03 | $123,016.50 | $7,708.61 | Approved | Approved |
| 05/07/03 | 01/01/03 - 03/31/03 | $519,196.00 | $53,414.58 | Approved | Approved |
| 05/30/03 | 04/01/03 - 04/30/03 | $172,134.00 | $18,283.69 | Approved | Approved |
| 06/18/03 | 05/01/03 - 05/31/03 | $22,061.50 | $2,200.41 | Approved | Approved |
| 08/11/03 | 06/01/03 - 06/30/03 | $8,277.50 | $3,147.12 | Approved | Approved |
| 08/11/03 | 04/01/03 - 06/30/03 | $202,473.00 | $23,631.22 | Approved | Approved |
| 09/05/03 | 07/01/03 - 07/31/03 | $36,800.50 | $486.72 | Approved | Approved |
| 10/03/03 | 08/01/03 - 08/31/03 | $30,753.50 | $1,505.46 | Approved | Approved |
| 10/27/03 | 09/01/03 - 09/30/03 | $44,138.00 | $3,187.45 | Approved | Approved |
| 11/17/03 | 07/01/03 - 09/30/03 | $111,692.00 | $5,179.63 | Approved | Approved |
| 12/03/03 | 10/01/03 - 10/31/03 | $5,455.50 | $737.89 | Approved | Approved |
| 01/05/04 | 11/01/03 - 11/30/03 | $3,936.00 | $2,733.39 | Approved | Approved |
| 02/05/04 | 12/01/03 - 12/31/03 | $5,325.60 | $1,707.66 | Approved | Approved |
| 02/11/04 | 10/01/03 - 12/31/03 | $16,048.50 | $5,167.16 | Approved | Approved |
| 03/16/04 | 01/01/04 - 01/31/04 | $40,083.20 | $1,742.96 | Approved | Approved |
| 03/30/04 | 02/01/04 - 02/28/04 | $26,469.00 | $2,945.54 | Approved | Approved |
| 06/08/04 | 03/01/04 - 03/31/04 | $42,028.50 | $3,675.12 | Approved | Approved |

| | | | | | |
|---|---|---|---|---|---|
| 06/11/04 | 01/01/04 - 03/31/04 | $118,601.50 | $8,363.62 | Approved | Approved |
| 07/02/04 | 04/01/04 - 04/30/04 | $25,963.00 | $252.69 | Approved | Approved |
| 07/23/04 | 05/01/04 - 05/31/04 | $2,392.00 | $1,843.79 | Approved | Approved |
| 09/08/04 | 06/01/04 - 06/30/04 | $7,330.00 | $441.77 | Approved | Approved |
| 10/05/04 | 04/01/04 - 06/30/04 | $35,685.00 | $2,548.25 | Approved | Approved |
| 09/28/04 | 07/01/04 - 07/31/04 | $7,600.50 | $479.86 | Approved | Approved |
| 11/10/04 | 08/01/04 - 08/31/04 | $13,269.50 | $1,294.24 | Approved | Approved |
| 11/18/04 | 09/01/04 - 09/30/04 | $14,180.50 | $240.69 | Approved | Approved |
| 12/07/04 | 07/01/04 - 09/30/04 | $35,050.50 | $2,014.79 | Approved | Approved |
| 01/06/05 | 10/01/04 - 10/31/04 | $6,923.50 | $1,267.04 | Approved | Approved |
| 02/03/05 | 11/01/04 - 11/30/04 | $11,489.50 | $987.17 | Approved | Approved |
| 02/03/05 | 12/01/04 - 12/31/04 | $17,218.50 | $2,064.26 | Approved | Approved |
| 02/17/05 | 10/01/04 - 12/31/04 | $35,631.50 | $4,318.47 | Approved | Approved |
| 03/09/05 | 01/01/05 - 01/31/05 | $26,288.50 | $510.88 | Approved | Approved |
| 04/14/05 | 02/01/05 - 02/28/05 | $11,977.50 | $10,111.49 | Approved | Approved |
| 05/11/05 | 03/01/05 - 03/31/05 | $635.50 | $1,834.12 | Approved | Approved |
| 06/28/05 | 01/01/05 - 03/31/05 | $38,901.50 | $12,456.69 | Approved | Approved |
| 06/28/05 | 04/01/05 - 04/30/05 | $17,442.80 | $542.56 | Approved | Approved |
| 07/21/05 | 05/01/05 - 05/31/05 | $6,842.50 | $670.78 | Approved | Approved |
| 08/02/05 | 06/01/05 - 06/30/05 | $12,805.00 | $2,335.21 | Approved | Approved |
| 08/30/05 | 04/01/05 - 06/30/05 | $41,451.00 | $3,548.55 | Approved | Approved |

| 08/02/05 | 07/01/05 - 07/31/05 | $12,805.00 | $2,335.21 | Approved | Approved |
|---|---|---|---|---|---|
| 09/29/05 | 08/01/05 - 08/31/05 | $9,746.00 | $1,947.84 | Approved | Approved |
| 10/28/05 | 09/01/05 - 09/30/05 | $32,727.50 | $1,089.60 | Approved | Approved |
| 01/03/06 | 07/01/05 - 09/30/05 | $43,662.50 | $3,562.12 | Approved | Approved |
| 11/11/05 | 10/01/05 - 10/31/05 | $186,392.00 | $1,934.14 | Approved | Approved |
| 01/04/06 | 11/01/05 - 11/30/05 | $5,389.50 | $1,741.37 | Approved | Approved |
| 01/30/06 | 12/01/05 - 12/31/05 | $4,543.00 | $1,143.52 | Approved | Approved |
| 03/29/06 | 10/01/05 - 12/31/05 | $196,099.50 | $4,819.03 | Approved | Approved |
| 03/24/06 | 01/01/06 - 01/31/06 | $1,634.00 | $453.32 | Approved | Approved |
| 05/01/06 | 02/01/06 - 02/28/06 | $546.00 | $2,939.85 | Approved | Approved |
| 06/26/06 | 03/01/06 - 03/31/06 | $2,270.00 | $259.96 | Approved | Approved |
| 08/28/06 | 01/01/06 - 03/31/06 | $4,450.00 | $3,653.13 | Approved | Approved |
| 08/30/06 | 04/01/06 - 04/30/06 | $4,339.00 | $3,339.31 | Approved | Approved |
| 10/09/06 | 06/01/06 - 06/30/06 | $6,854.50 | $917.40 | Approved | Approved |
| 10/27/06 | 04/01/06 - 06/30/06 | $11,193.50 | $4,256.71 | Approved | Approved |
| 11/17/06 | 07/01/06 - 07/31/06 | $271.60 | $783.50 | Approved | Approved |
| 03/07/07 | 08/01/06 - 08/31/06 | $6,532.40 | $1,411.98 | Approved | Approved |
| 03/08/07 | 09/01/06 - 09/30/06 | $1,549.00 | $629.76 | Approved | Approved |
| 03/12/07 | 07/01/06 - 09/30/06 | $9,986.50 | $2,825.24 | Approved | Approved |
| 05/03/07 | 10/01/06 - 10/31/06 | $1,472.00 | $1,783.27 | Approved | Approved |

| | | | | | |
|---|---|---|---|---|---|
| 05/04/07 | 11/01/06 - 11/30/06 | $2,433.00 | $1,121.66 | Approved | Approved |
| 05/08/07 | 12/01/06 - 12/31/06 | $195.00 | $219.35 | Approved | Approved |
| 05/22/07 | 10/01/06 - 12/31/06 | $4,100.00 | $3,124.28 | Approved | Approved |
| 07/25/07 | 01/01/07 - 01/31/07 | $1,627.50 | $2,818.68 | Approved | Approved |
| 08/03/07 | 02/01/07 - 02/28/07 | $586.00 | $172.44 | Approved | Approved |
| 08/27/07 | 03/01/07 - 03/31/07 | $1,064.00 | $694.68 | Approved | Approved |
| 08/28/07 | 01/01/07 - 03/31/07 | $3,277.50 | $3,685.80 | Approved | Approved |
| 10/29/07 | 04/01/07 - 04/30/07 | $103.80 | $212.54 | Approved | Approved |
| 10/30/07 | 05/01/07 - 05/31/07 | $936.00 | $1,572.99 | Approved | Approved |
| 11/02/07 | 06/01/07 - 06/30/07 | $0.00 | $2,637.82 | Approved | Approved |
| 11/12/07 | 04/01/07 - 06/30/07 | $$1,039.50 | $5,462.85 | Approved | Approved |
| 03/10/08 | 07/01/07 - 07/31/07 | $1,255.50 | $1,316.46 | Approved | Approved |
| 03/11/08 | 08/01/07 - 08/31/07 | $860.00 | $322.27 | Approved | Approved |
| 03/12/08 | 09/01/07 - 09/30/07 | $1,050.00 | $1,132.63 | Approved | Approved |
| 03/20/08 | 07/01/07 - 09/30/07 | $3,165.50 | $2,771.36 | Approved | Approved |
| 07/14/08 | 10/01/07 - 10/31/07 | $500.00 | $741.00 | Approved | Approved |
| 07/16/08 | 11/01/07 - 11/30/07 | $576.00 | $1,015.36 | Approved | Approved |
| 07/18/08 | 12/01/07 - 12/31/07 | $240.00 | $1,455.08 | Approved | Approved |
| 08/08/08 | 10/01/07 - 12/31/07 | $1,316.00 | $3,212.39 | Approved | Approved |
| 10/20/08 | 01/01/08 - 01/31/08 | $160.00 | $690.37 | Approved | Approved |

| | | | | | |
|---|---|---|---|---|---|
| 10/20/08 | 02/01/08 - 02/29/08 | $120.00 | $0.00 | Approved | Approved |
| 10/21/08 | 03/01/08 - 03/31/08 | $1,092.50 | $219.47 | Approved | Approved |
| 10/27/08 | 01/01/08 - 03/31/08 | $1,372.50 | $909.84 | Approved | Approved |
| 11/17/08 | 04/01/08 - 04/30/08 | $0.00 | $2,556.49 | Approved | Approved |
| 11/20/08 | 05/01/08 - 05/31/08 | $982.50 | $771.61 | Approved | Approved |
| 12/16/08 | 06/01/08 - 06/30/08 | $155.00 | $222.51 | Approved | Approved |
| 12/22/08 | 04/01/08 - 06/30/08 | $1,137.50 | $3,550.61 | Approved | Approved |
| 01/15/09 | 07/01/08 - 07/31/08 | $7,181.00 | $255.36 | Approved | Approved |
| 01/16/09 | 08/01/08 - 08/31/08 | $512.50 | $1,080.96 | Approved | Approved |
| 01/21/09 | 09/01/08 - 09/30/08 | $4,127.50 | $5,320.09 | Approved | Approved |
| 02/03/09 | 07/01/08 - 09/30/08 | $11,821.00 | $6,656.41 | Approved | Approved |
| 10/01/09 | 10/01/08 - 10/31/08 | $1,521.50 | $1,966.21 | Approved | Approved |
| 10/02/09 | 11/01/08 - 11/30/08 | $430.50 | $1,053.58 | Approved | Approved |
| 10/02/09 | 12/01/08 - 12/31/08 | $427.50 | $1,665.75 | Approved | Approved |
| 10/14/09 | 10/01/08 - 12/31/08 | $2,379.50 | $4,685.54 | Approved | Approved |
| 12/16/09 | 01/01/09 - 01/31/09 | $938.00 | $244.88 | Approved | Approved |
| 12/17/09 | 02/01/09 - 02/28/09 | $0.00 | $1,378.96 | Approved | Approved |
| 12/18/09 | 03/01/09 - 03/31/09 | $0.00 | $1,302.89 | Approved | Approved |
| 01/11/10 | 01/01/09 - 03/31/09 | $938.00 | $2,926.73 | Approved | Approved |
| 01/28/10 | 04/01/09 - 04/30/09 | $0.00 | $646.72 | Approved | Approved |

| 01/29/10 | 05/01/09 - 05/31/09 | $186.00 | $504.63 | Approved | Approved |
|---|---|---|---|---|---|
| 02/03/10 | 06/01/09 - 06/30/09 | $2,470.00 | $256.69 | Approved | Approved |
| 03/09/10 | 04/01/09 - 06/30/09 | $2,656.00 | $1,408.04 | Approved | Approved |
| 05/17/10 | 07/01/09 - 07/31/09 | $78.00 | $256.69 | Approved | Approved |
| 05/21/10 | 08/01/09 - 08/31/09 | $0.00 | $292.90 | Approved | Approved |
| 06/15/10 | 09/01/09 - 09/30/09 | $840.50 | $256.69 | Approved | Approved |
| 06/25/09 | 07/01/09 - 09/30/09 | $918.50 | $806.28 | Approved | Approved |
| 09/10/10 | 10/01/09 - 10/31/09 | $3,407.50 | $16.25 | Pending | Pending |
| 09/13/10 | 11/01/09 - 11/30/09 | $2,847.00 | $70.68 | Pending | Pending |
| 09/15/10 | 12/01/09 - 12/31/09 | $20,503.00 | $1,406.98 | Pending | Pending |
| 10/06/10 | 10/01/09 - 12/31/09 | $26,757.50 | $1,493.91 | Pending | Pending |

The HRO attorneys who rendered professionals services in these cases during the Fee Period are:

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Katheryn Coggon | Sp. Counsel | Environmental | $390.00 | 39.1 | $15,249.00 |
| Christopher Cloclasure | Associate | Environmental | $280.00 | 12.6 | $3,528.00 |
| **TOTAL** | | | | 51.70 | $18,777.00 |

The HRO paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Joan Sherman | Paralegal | Environmental | $195.00 | 26.4 | $5,148.00 |
| Mary Beth Floyd | Info. Spec. | Environmental | $165.00 | 47.7 | $7,870.50 |
| **TOTAL** | | | | 74.1 | $13,018.50 |

Summary of expenses incurred on behalf of the Debtors in these cases during the Fee Period:

| Description | January |
|---|---:|
| Photocopies | $0.00 |
| Federal Express | $0.00 |
| Outside Reproduction | $0.00 |
| Lexis | $0.00 |
| Consulting Fee | $0.00 |
| Other Expenses | $0.00 |
| Outside Courier | $0.00 |
|  |  |
| **TOTALS** | **$0.00** |

Dated: October 14, 2010.

HOLME ROBERTS & OWEN LLP

By: _____
Eric E. Johnson, Esq. (Colo. #019364)
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
(303) 861-7000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: November 8, 2010 at 4:00 |
| | ) | p.m. Hearing Date: TBD only if necessary |
| | ) | |

**FEE DETAIL FOR HOLME ROBERTS & OWEN LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF JANUARY 1, 2010 THROUGH JANUARY 31, 2010**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# v::ODMA/PCDOCS/HRODEN/1498254/1

### Matter 00450 - EPA Request for Information re: California Plants

| Name | Position | Hourly Rate | January | Total Comp |
|---|---|---|---|---|
| Coggon, Katheryn | Special Counsel | $ 390.00 | 39.1 | $ 15,249.00 |
| Cloclasure, Christopher | Associate | $ 280.00 | 12.6 | $ 3,528.00 |
| Sherman, Joan | Paralegal | $ 195.00 | 26.4 | $ 5,148.00 |
| Floyd, Mary Beth | Info. Specialist | $ 165.00 | 47.7 | $ 7,870.50 |
| | | | | |
| Total | | | 125.80 | $ 31,795.50 |

Holme Roberts & Owen LLP

February 4, 2010

W.R. Grace & Co.

Page 5
Invoice No.: 865911
Client No.: 04339
Matter No.: 00450

**Regarding: EPA Request for Information re California Plants**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/01/10 | CLC | Review documents for responsiveness to the EPA's request for information under CERCLA Section 104(e). | 2.00 | $ 560.00 |
| 01/04/10 | KJC | Document review (7.0); email exchange and telephone conference with W. O'Connell re formulas, boxes, and requests (.5). | 7.50 | 2,925.00 |
| 01/04/10 | JLS | Review EPA request and email exchange re scope (.5); review potentially responsive documents (1.4). | 1.90 | 370.50 |
| 01/04/10 | MBF | Document review. | 3.40 | 561.00 |
| 01/05/10 | KJC | Review documents (4.6); email W. O'Connell re particular documents (.4). | 5.00 | 1,950.00 |
| 01/05/10 | JLS | Review EPA request and email exchange re scope (.2); review potentially responsive documents (1.0). | 1.20 | 234.00 |
| 01/05/10 | MBF | Review documents. | 3.90 | 643.50 |
| 01/06/10 | KJC | Review documents. | 6.60 | 2,574.00 |
| 01/06/10 | JLS | Review potentially responsive documents. | 1.20 | 234.00 |
| 01/06/10 | MBF | Document review. | 3.00 | 495.00 |
| 01/07/10 | KJC | Review documents (4.0); telephone conference with R. Emmett re response (.3). | 4.30 | 1,677.00 |
| 01/07/10 | CLC | Review documents for responsiveness to the EPA's request for information under CERCLA section 104(e). | 1.40 | 392.00 |
| 01/07/10 | MBF | Document review. | 4.20 | 693.00 |
| 01/08/10 | KJC | Document review (2.5); email exchange with E. Burke re information for San Leandro (.5); telephone conference with EPA re scope of response (.7); work on 104(e) response (.3). | 4.00 | 1,560.00 |
| 01/08/10 | JLS | Review potentially responsive documents. | 0.60 | 117.00 |
| 01/08/10 | MBF | Document review. | 7.00 | 1,155.00 |
| 01/10/10 | CLC | Review documents for responsiveness to the EPA's request for information under CERCLA section 104(e). | 2.80 | 784.00 |
| 01/11/10 | KJC | Email exchange with W. O'Connell re documents (.4); email re limits to document review and follow-up to | 1.20 | 468.00 |

Holme Roberts & Owen LLP

February 4, 2010

W.R. Grace & Co.

Page 6
Invoice No.: 865911
Client No.: 04339
Matter No.: 00450

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| | | EPA call (.6); conference with CLColclasure re options to submit attorney client communications confidential (.2). | | |
| 01/11/10 | CLC | Read email traffic re the EPA's request for documents under CERCLA section 104(e) (.1); conference with KJCoggon re how to protect confidential business information (.2). | 0.30 | 84.00 |
| 01/11/10 | MBF | Review documents (1.4); draft answers to 104(e) request for San Leandro facility at request of KJCoggon (4.0). | 5.40 | 891.00 |
| 01/12/10 | KJC | Email exchange with W. O'Connell re additional inquiries for responsive documents. | 0.80 | 312.00 |
| 01/12/10 | MBF | Review documents and draft answers to CERCLA 104(e) requests at request of KJCoggon. | 4.50 | 742.50 |
| 01/13/10 | JLS | Review potentially responsive documents. | 1.20 | 234.00 |
| 01/13/10 | MBF | Draft responses to CERCLA 104(e) request for KJCoggon. | 0.80 | 132.00 |
| 01/14/10 | MBF | Draft responses to 104(e) request at direction of KJCoggon. | 1.00 | 165.00 |
| 01/15/10 | JLS | Review potentially responsive documents. | 1.90 | 370.50 |
| 01/18/10 | CLC | Research confidential business information issues. | 3.10 | 868.00 |
| 01/19/10 | KJC | Telephone conference with MBFloyd re San Leandro draft response. | 0.10 | 39.00 |
| 01/19/10 | CLC | Research confidential business information issues. | 1.00 | 280.00 |
| 01/19/10 | JLS | Review potentially responsive documents to EPA request. | 0.90 | 175.50 |
| 01/19/10 | MBF | Draft responses to EPA 104(e) request for San Leandro plant. | 2.80 | 462.00 |
| 01/20/10 | KJC | Draft summary for audit response (.2); telephone conference with JLSherman re document review (.1). | 0.30 | 117.00 |
| 01/20/10 | CLC | Research confidentiality issues. | 2.00 | 560.00 |
| 01/20/10 | JLS | Review potentially responsive documents to EPA request. | 2.10 | 409.50 |

Holme Roberts & Owen LLP

February 4, 2010

W.R. Grace & Co.

Page            7
Invoice No.:    865911
Client  No.:    04339
Matter  No.:    00450

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/20/10 | MBF | Draft answers to EPA 104(e) response for San Leandro facility. | 2.20 | 363.00 |
| 01/21/10 | JLS | Review potentially responsive documents to EPA request. | 1.10 | 214.50 |
| 01/22/10 | KJC | Email exchange with W. O'Connell re document review (.2); review box lists for additional information (.3); revise case evaluation for audit response (.3); review and revise draft 104(e) response (1.2); email and voicemail exchange with JLSherman re search for San Leandro boxes (.3). | 2.30 | 897.00 |
| 01/22/10 | JLS | Review potentially responsive documents to EPA request. | 2.40 | 468.00 |
| 01/22/10 | MBF | Draft responses to EPA 104(e) request re San Leandro facility at request of KJCoggon. | 1.00 | 165.00 |
| 01/25/10 | KJC | Telephone conference with JLSherman re document and box review (.2); review draft response to EPA (.2). | 0.40 | 156.00 |
| 01/25/10 | JLS | Review potentially responsive documents to EPA request. | 2.30 | 448.50 |
| 01/25/10 | MBF | Draft responses to EPA 104(e) request. | 2.50 | 412.50 |
| 01/26/10 | KJC | Email W. O'Connell re questions on San Leandro (.5); review list of responsive boxes and email to W. O'Connell for further review (.7). | 1.20 | 468.00 |
| 01/26/10 | JLS | Review potentially responsive documents to EPA request. | 3.30 | 643.50 |
| 01/26/10 | MBF | Draft responses to EPA 104(e) request for San Leandro facility at request of KJCoggon. | 3.30 | 544.50 |
| 01/27/10 | KJC | Review email from W. O'Connell re Phase I investigation (.2); review draft answers to EPA request (.9); review plant closure report (.3). | 1.40 | 546.00 |
| 01/28/10 | KJC | Email exchange with W. O'Connell re Oakland and other boxes (.3); review documents for information re 104(e) request (1.2); revise response to 104(e) (.3). | 1.80 | 702.00 |
| 01/28/10 | JLS | Review potentially responsive documents to EPA request. | 2.10 | 409.50 |

Holme Roberts & Owen LLP

February 4, 2010

W.R. Grace & Co.

Page 8
Invoice No.: 865911
Client No.: 04339
Matter No.: 00450

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/28/10 | MBF | Draft answers to 104(e) requests. | 0.50 | 82.50 |
| 01/29/10 | KJC | Work on response to 104(e) request for information. | 2.20 | 858.00 |
| 01/29/10 | JLS | Review potentially responsive documents to EPA request. | 4.20 | 819.00 |
| 01/29/10 | MBF | Revise responses to EPA 104(e) request re San Leandro. | 0.70 | 115.50 |
| 01/31/10 | MBF | Revise responses to 104(e) request for San Leandro. | 1.50 | 247.50 |
| | | **Total Fees Through January 31, 2010:** | **125.80** | **$ 31,795.50** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $390.00 | 39.10 | $ 15,249.00 |
| CLC | Christopher L. Colclasure | Associate | 280.00 | 12.60 | 3,528.00 |
| JLS | Joan L. Sherman | Paralegal | 195.00 | 26.40 | 5,148.00 |
| MBF | Mary Beth Floyd | Information Specialist | 165.00 | 47.70 | 7,870.50 |
| | | **Total Fees:** | | **125.80** | **$ 31,795.50** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 863310 | 01/06/10 | Bill | 20,038.00 |
| | | *Outstanding Balance on Invoice 863310:* | *$ 20,038.00* |
| | | **Total Outstanding Invoices:** | **$ 20,038.00** |

| | | |
|---|---|---|
| **Trust Applied to Matter** | $ | 0.00 |
| **Current Fees and Disbursements** | $ | 31,795.50 |
| **Total Balance Due This Matter** | $ | 51,833.50 |