**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**August 2010**

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Month Ended August 31, 2010

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| George Baccash | Tax Partner | 30 | Integrated Audit | $ 592.80 | 3.5 | $ 2,074.80 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | $ 955.40 | 3.0 | $ 2,866.20 |
| Robert F Eydt | Audit Partner | 20+ | Integrated Audit | $ 1,019.81 | 1.0 | $ 1,019.81 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 720.09 | 24.3 | $ 17,498.19 |
| John Edward Newstead | Audit Partner | 10+ | Integrated Audit | $ 666.75 | 1.0 | $ 666.75 |
| Karen Lynn Cronin | Managing Director | 10+ | Integrated Audit | $ 539.75 | 2.0 | $ 1,079.50 |
| Christopher J Rhodes | Director | 9 | Integrated Audit | $ 646.44 | 3.1 | $ 2,003.96 |
| Jennifer Hoiyee Mak | Director | 9 | Integrated Audit | $ 817.88 | 2.8 | $ 2,290.06 |
| David C Sands | Director | 9 | Integrated Audit | $ 422.91 | 3.6 | $ 1,522.48 |
| Justin Bray | Audit Senior Manager | 8 | Integrated Audit | $ 422.91 | 46.7 | $ 19,749.90 |
| Alison Nicole Garleb | Audit Manager | 7 | Integrated Audit | $ 320.04 | 98.7 | $ 31,587.95 |
| Brett Czajkowski | Audit Manager | 6 | Integrated Audit | $ 306.07 | 10.8 | $ 3,305.56 |
| Jacqueline Bravo | Tax Manager | 4 | Integrated Audit | $ 301.60 | 3.0 | $ 904.80 |
| Pavel Katsiak | Audit Senior Associate | 4 | Integrated Audit | $ 233.68 | 112.5 | $ 26,289.00 |
| Phillip Crosby | Audit Senior Associate | 4 | Integrated Audit | $ 227.33 | 16.0 | $ 3,637.28 |
| Kathleen Elizabeth Bradley | Audit Experienced Associate | 2 | Integrated Audit | $ 161.29 | 123.2 | $ 19,870.93 |
| Kristina N Johnson | Audit Experienced Associate | 3 | Integrated Audit | $ 161.29 | 68.4 | $ 11,032.24 |
| Shawn C Mcneilly | Audit Experienced Associate | 3 | Integrated Audit | $ 161.29 | 134.5 | $ 21,693.51 |
| Ryan P Boyle | Audit Experienced Associate | 3 | Integrated Audit | $ 180.34 | 24.0 | $ 4,328.16 |
| Madeleine Lederer | Audit Experienced Associate | 3 | Integrated Audit | $ 161.29 | 126.4 | $ 20,387.06 |
| Zachary Robert Schmitt | Audit Associate | <1 | Integrated Audit | $ 158.75 | 56.1 | $ 8,905.88 |
| Corey A Cines | Audit Intern | <1 | Integrated Audit | $ 63.50 | 60.1 | $ 3,816.35 |
| Totals | | | | | 924.7 | $ 206,530.34 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals          48.2                                                                                $ 7,917.31

## Summary of PwC's Fees By Project Category: August 2010

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 48.2 | $ 7,917.31 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial- | | |

| Expenses | | |
|---|---|---|
| 24-Other | | |
| 25-Accounting/Auditing | 924.7 | $ 206,530.34 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 972.9 | $ 214,447.65 |

Expense Summary
August 2010

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 3,987.32 |
| Lodging | N/A | $ 861.32 |
| Sundry | N/A | $ 25.30 |
| Business Meals | N/A | $ 231.47 |
| TOTAL: | | $ 5,105.41 |