# EXHIBIT - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended August 31, 2010

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| George Baccash | Integrated Audit | 8/18/10 | | | | $ 75.21 | Lunch for 5 - G. Baccash, (PwC), D. Libow (Grace), A Clark (Grace), J. Bravo (PwC) and J. Puzey (Grace) to discuss Q2-Q3 and tax projects in Germany |
| Tom Smith | Integrated Audit | 7/30/10 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 8/2/10 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 8/4/10 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| Dave Sands | Integrated Audit | 8/26/10 | $ 35.00 | | | | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess *.50 = $35 |
| Justin Bray | Integrated Audit | 8/2/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 8/3/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 8/5/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 8/11/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 8/12/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 8/16/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 8/18/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 8/19/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 8/25/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 8/26/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| Phillip Crosby | Integrated Audit | 8/20/10 | $ 42.00 | | | | 104 miles to and from client - 20 miles normal commute to the office = 84 miles every day excess * .5= 42 |
| | Integrated Audit | 8/23/10 | $ 42.00 | | | | 104 miles to and from client - 20 miles normal commute to the office = 84 miles every day excess * .5= 42 |
| | Integrated Audit | 8/26/10 | $ 42.00 | | | | 104 miles to and from client - 20 miles normal commute to the office = 84 miles every day excess * .5= 42 |
| Alison Garleb | Integrated Audit | 8/2/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 8/3/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 8/4/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 8/5/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 8/9/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 8/9/10 | | | | $ 29.38 | Lunch for 2 with A. Garleb and K. Bradley (both PwC) regarding audit matters. |
| | Integrated Audit | 8/10/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 8/11/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 8/12/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 8/16/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 8/18/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 8/19/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 8/20/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 8/23/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 8/24/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 8/30/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 8/31/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| Pavel Katsiak | Integrated Audit | 8/2/10 | $ 26.40 | | | | Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 8/3/10 | $ 26.40 | | | | Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 8/4/10 | $ 26.40 | | | | Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 8/5/10 | $ 26.40 | | | | Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 8/6/10 | $ 26.40 | | | | Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 8/10/10 | $ 26.40 | | | | Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 8/11/10 | $ 26.40 | | | | Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 8/12/10 | $ 26.40 | | | | Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 8/13/10 | $ 26.40 | | | | Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 8/23/10 | $ 26.40 | | | | Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 8/24/10 | $ 26.40 | | | | Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 8/25/10 | $ 26.40 | | | | Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD |

| Name | Category | Date | Amount | Description |
|---|---|---|---|---|
| | Integrated Audit | 8/26/10 | $ 26.40 | Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 8/23/10 | $ 26.40 | Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 8/31/10 | $ 26.40 | Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD |
| Brett Czajkowski | Integrated Audit | 8/20/10 | $ 20.00 | Mileage (76 miles - 36 miles normal commute = 40 miles *$0.50/mile) in addition to standard commute to PwC office in McLean VA. |
| | Integrated Audit | 8/26/10 | $ 20.00 | Mileage (76 miles - 36 miles normal commute = 40 miles *$0.50/mile) in addition to standard commute to PwC office in McLean VA. |
| Kristina Johnson | Integrated Audit | 8/2/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 8/3/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 8/4/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 8/5/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 8/16/10 | $ 33.50 | 85 miles to and from client and Tysons office - 18 miles normal commute to the office = 67 miles every day excess * .50= $33.50 |
| | Integrated Audit | 8/17/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 8/18/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 8/19/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 8/23/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 8/24/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 8/25/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 8/26/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 8/31/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 8/17/10 | $ 12.00 | 12 miles each way to the post office to mail bankruptcy submissions (12 x 2 x$0.50) |
| | Integrated Audit | 8/17/10 | $ 18.30 | Postage for overnight delivery of bankruptcy submissions |
| Madeleine Lederer | Integrated Audit | 8/2/10 | $ 56.00 | 114 miles to and from client (Columbia and Curtis Bay plant) - 2 miles normal commute to the office = 112 miles every day excess * .50 = 56.00 |
| | Integrated Audit | 8/3/10 | $ 54.00 | 110 miles to and from client (Curtis Bay) - 2 miles normal commute to the office = 108 miles every day excess * .50= 54.00 |
| | Integrated Audit | 8/4/10 | $ 54.00 | 110 miles to and from client (Curtis Bay) - 2 miles normal commute to the office = 108 miles every day excess * .50= 54.00 |
| | Integrated Audit | 8/5/10 | $ 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | Integrated Audit | 8/9/10 | $ 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | Integrated Audit | 8/10/10 | $ 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | Integrated Audit | 8/11/10 | $ 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | Integrated Audit | 8/12/10 | $ 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | Integrated Audit | 8/16/10 | $ 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | Integrated Audit | 8/19/10 | $ 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | Integrated Audit | 8/20/10 | $ 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | Integrated Audit | 8/22/10 | $ 494.40 | Washington Dulles to Chicago Midway Airport, Economy class, Roundtrip on Southwest |
| | Integrated Audit | 8/22/10 | $ 16.00 | 33 miles to and from IAD airport - 1 mile normal commute to the office = 32 miles in excess * .50 = 16.00 |
| | Integrated Audit | 8/22/10 | $ 10.45 | Dinner for 1 (myself) while on business travel to Chicago plants |
| | Integrated Audit | 8/26/10 | $ 230.65 | Car rental to commute between plant sites in Chicago |
| | Integrated Audit | 8/26/10 | $ 52.00 | Parking at hotel |
| | Integrated Audit | 8/26/10 | $ 88.12 | Hotel taxes at Hilton Garden Inn |
| | Integrated Audit | 8/26/10 | $ 540.00 | Hilton Garden Inn, Bedford Park IL, 4 nights (8/22 - 8/26/10) |
| | Integrated Audit | 8/26/10 | $ 15.98 | Breakfast for 1 (myself) while on business travel from Chicago plants to Washington Dulles |
| | Integrated Audit | 8/26/10 | $ 16.00 | 33 miles to and from IAD airport - 1 mile normal commute to the office = 32 miles in excess * .50 = 16.00 |
| Ryan Boyle | Integrated Audit | 8/4/2010 | $ 30.00 | Mileage in excess of daily commute (39 miles - 9 normal commute miles * $0.50 * 2 for round trip) |
| | Integrated Audit | 8/19/2010 | $ 30.00 | Mileage in excess of daily commute (39 miles - 9 normal commute miles * $0.50 * 2 for round trip) |
| | Integrated Audit | 8/23/2010 | $ 30.00 | Mileage in excess of daily commute (39 miles - 9 normal commute miles * $0.50 * 2 for round trip) |
| | Integrated Audit | 8/24/2010 | $ 30.00 | Mileage in excess of daily commute (39 miles - 9 normal commute miles * $0.50 * 2 for round trip) |
| | Integrated Audit | 8/25/2010 | $ 30.00 | Mileage in excess of daily commute (39 miles - 9 normal commute miles * $0.50 * 2 for round trip) |
| | Integrated Audit | 8/26/2010 | $ 30.00 | Mileage in excess of daily commute (39 miles - 9 normal commute miles * $0.50 * 2 for round trip) |
| | Integrated Audit | 8/27/2010 | $ 30.00 | Mileage in excess of daily commute (39 miles - 9 normal commute miles * $0.50 * 2 for round trip) |
| | Integrated Audit | 8/30/2010 | $ 30.00 | Mileage in excess of daily commute (39 miles - 9 normal commute miles * $0.50 * 2 for round trip) |
| | Integrated Audit | 8/31/2010 | $ 30.00 | Mileage in excess of daily commute (39 miles - 9 normal commute miles * $0.50 * 2 for round trip) |
| Kathleen Bradley | Integrated Audit | 8/2/10 | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 8/3/10 | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |

| | | Total | Transportation | Lodging | Sundry | Business Meals | |
|---|---|---|---|---|---|---|---|
| Integrated Audit | 8/4/10 | | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| Integrated Audit | 8/5/10 | | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| Integrated Audit | 8/6/10 | | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| Integrated Audit | 8/11/10 | | $ 13.00 | | | | 40 miles to the airport for flight to client site in Mt. Pleasant, TN - 14 miles normal commute to office = 26 miles excess * .5 = 13. |
| Integrated Audit | 8/11/10 | | $ 451.40 | | | | Roundtrip coach flight to Nashville, TN from Baltimore, MD for travel to client site in Mt.Pleasant, TN |
| Integrated Audit | 8/11/10 | | | | | $ 7.00 | Travel booking service fee for booking travel to client site in Mt. Pleasant, TN |
| Integrated Audit | 8/11/10 | | | | | | 49.69 Dinner for 1 (K.Bradley - PwC) due to travel to client site in Mt. Pleasant, TN |
| Integrated Audit | 8/11/10 | | | | | | 7.76 Breakfast for 1 (K.Bradley-PwC) during travel to client site in Mt. Pleasant, TN |
| Integrated Audit | 8/12/10 | | | | | | 43.00 Dinner for 1 (K.Bradley - PwC) due to travel to client site in Mt. Pleasant, TN |
| Integrated Audit | 8/13/10 | | $ 161.33 | | | | Avis rental car charge for 3 days in Mt. Pleasant, TN |
| Integrated Audit | 8/13/10 | | $ 36.00 | | | | Parking at BWI Airport for Flight to Mt. Pleasant, TN |
| Integrated Audit | 8/13/10 | | | $ 198.00 | | | Hyatt hotel for 2 nights in Brentwood, TN (rate of $99 per night) |
| Integrated Audit | 8/13/10 | | | $ 35.20 | | | Taxes on Hyatt hotel room for 2 nights in Brentwood, TN. |
| Integrated Audit | 8/13/10 | | | | | | 40 miles home from the airport from trip to client site in Mt. Pleasant, TN - 14 miles normal commute to office = 26 miles excess *.5 = 13. |
| Integrated Audit | 8/16/10 | | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| Integrated Audit | 8/17/10 | | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| Integrated Audit | 8/18/10 | | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| Integrated Audit | 8/19/10 | | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| Integrated Audit | 8/20/10 | | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| Integrated Audit | 8/23/10 | | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| Integrated Audit | 8/24/10 | | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| Integrated Audit | 8/25/10 | | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| Integrated Audit | 8/26/10 | | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| **Elizabeth Sama** | | | | | | | |
| Integrated Audit | 7/13/10 | | $ 52.00 | | | | Roundtrip (104 miles) From Miami to Client (66miles less 12 miles regular office commute= 50 Miles) |
| Integrated Audit | 7/14/10 | | $ 52.00 | | | | Roundtrip (104 miles) From Miami to Client (66miles less 12 miles regular office commute= 50 Miles) |
| Integrated Audit | 7/15/10 | | $ 52.00 | | | | Roundtrip (104 miles) From Miami to Client (66miles less 12 miles regular office commute= 50 Miles) |
| **Zachary Schmitt** | | | | | | | |
| Integrated Audit | 8/23/10 | | $ 66.00 | | | | Mileage in excess of daily commute (104 miles - 38 normal commute miles * $0.50) |
| Integrated Audit | 8/24/10 | | $ 66.00 | | | | Mileage in excess of daily commute (104 miles - 38 normal commute miles * $0.50) |
| **Summary** | | $ 5,105.41 | $ 3,987.32 | $ 861.32 | $ 25.30 | $ 231.47 | |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
For the Month Ended August 31, 2010

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| George Baccash | 8/18/10 | Tax Partner | $ 75.21 | Lunch for 5 - G. Baccash, (PwC), D. Libow (Grace), A Clark (Grace), J. Bravo (PwC) and J. Puzey (PwC) to discuss Q2-Q3 and tax projects in Germany |
| Tom Smith | 7/30/10 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
|  | 8/2/10 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
|  | 8/4/10 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| Dave Sands | 8/26/10 | Director | $ 35.00 | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess * .50 = $35 |
| Justin Bray | 8/2/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
|  | 8/3/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
|  | 8/5/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
|  | 8/11/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
|  | 8/12/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
|  | 8/16/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
|  | 8/18/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
|  | 8/19/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
|  | 8/25/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
|  | 8/26/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| Phillip Crosby | 8/20/10 | Audit Senior Associate | $ 42.00 | 104 miles to and from client - 20 miles normal commute to the office = 84 miles every day excess * .5= 42 |
|  | 8/23/10 | Audit Senior Associate | $ 42.00 | 104 miles to and from client - 20 miles normal commute to the office = 84 miles every day excess * .5= 42 |
|  | 8/26/10 | Audit Senior Associate | $ 42.00 | 104 miles to and from client - 20 miles normal commute to the office = 84 miles every day excess * .5= 42 |
| Alison Garleb | 8/2/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
|  | 8/3/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
|  | 8/4/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
|  | 8/5/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
|  | 8/9/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
|  | 8/9/10 | Audit Manager | $ 29.38 | Lunch for 2 with A. Garleb and K. Bradley (both PwC) regarding audit matters. |
|  | 8/10/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
|  | 8/11/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
|  | 8/12/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
|  | 8/16/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
|  | 8/18/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
|  | 8/19/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
|  | 8/20/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
|  | 8/23/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
|  | 8/24/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
|  | 8/30/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
|  | 8/31/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| Pavel Katsiak | 8/2/10 | Audit Senior Associate | $ 26.40 | Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD |
|  | 8/3/10 | Audit Senior Associate | $ 26.40 | Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD |
|  | 8/4/10 | Audit Senior Associate | $ 26.40 | Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD |
|  | 8/5/10 | Audit Senior Associate | $ 26.40 | Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD |
|  | 8/6/10 | Audit Senior Associate | $ 26.40 | Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD |
|  | 8/10/10 | Audit Senior Associate | $ 26.40 | Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD |
|  | 8/11/10 | Audit Senior Associate | $ 26.40 | Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD |
|  | 8/12/10 | Audit Senior Associate | $ 26.40 | Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD |
|  | 8/13/10 | Audit Senior Associate | $ 26.40 | Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD |
|  | 8/23/10 | Audit Senior Associate | $ 26.40 | Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD |

| Name | Date | Title | | Amount | Description |
|---|---|---|---|---|---|
| Brett Czajkowski | 8/24/10 | Audit Senior Associate | $ | 26.40 | Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 8/25/10 | Audit Senior Associate | $ | 26.40 | Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 8/26/10 | Audit Senior Associate | $ | 26.40 | Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 8/23/10 | Audit Senior Associate | $ | 26.40 | Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 8/31/10 | Audit Senior Associate | $ | 26.40 | Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 8/20/10 | Audit Manager | $ | 20.00 | Mileage (76 miles - 36 miles normal commute = 40 miles *$0.50/mile) in addition to standard commute to PwC office in McLean, VA. |
| | 8/26/10 | Audit Manager | $ | 20.00 | Mileage (76 miles - 36 miles normal commute = 40 miles *$0.50/mile) in addition to standard commute to PwC office in McLean, VA. |
| Kristina Johnson | 8/2/10 | Audit Experienced Associate | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 8/3/10 | Audit Experienced Associate | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 8/4/10 | Audit Experienced Associate | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 8/5/10 | Audit Experienced Associate | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 8/16/10 | Audit Experienced Associate | $ | 33.50 | 85 miles to and from client and Tysons office - 18 miles normal commute to the office = 67 miles every day excess * .50= $33.50 |
| | 8/17/10 | Audit Experienced Associate | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 8/18/10 | Audit Experienced Associate | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 8/19/10 | Audit Experienced Associate | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 8/23/10 | Audit Experienced Associate | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 8/24/10 | Audit Experienced Associate | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 8/25/10 | Audit Experienced Associate | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 8/26/10 | Audit Experienced Associate | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 8/31/10 | Audit Experienced Associate | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 8/17/10 | Audit Experienced Associate | $ | 12.00 | 12 miles round trip to the post office to mail bankruptcy submissions |
| | 8/17/10 | Audit Experienced Associate | $ | 18.30 | Postage for overnight delivery of bankruptcy submissions |
| Madeleine Lederer | 8/2/10 | Audit Experienced Associate | $ | 56.00 | 114 miles to and from client (Columbia and Curtis Bay plant) - 2 miles normal commute to the office = 112 miles every day excess * .50 = 56.00 |
| | 8/3/10 | Audit Experienced Associate | $ | 54.00 | 110 miles to and from client (Curtis Bay) - 2 miles normal commute to the office = 108 miles every day excess * .50= 54.00 |
| | 8/4/10 | Audit Experienced Associate | $ | 54.00 | 110 miles to and from client (Curtis Bay) - 2 miles normal commute to the office = 108 miles every day excess * .50= 54.00 |
| | 8/5/10 | Audit Experienced Associate | $ | 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | 8/9/10 | Audit Experienced Associate | $ | 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | 8/10/10 | Audit Experienced Associate | $ | 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | 8/11/10 | Audit Experienced Associate | $ | 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | 8/12/10 | Audit Experienced Associate | $ | 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | 8/16/10 | Audit Experienced Associate | $ | 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | 8/19/10 | Audit Experienced Associate | $ | 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | 8/20/10 | Audit Experienced Associate | $ | 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | 8/22/10 | Audit Experienced Associate | $ | 494.40 | Washington Dulles to Chicago Midway Airport, Economy class, Roundtrip on Southwest |
| | 8/22/10 | Audit Experienced Associate | $ | 16.00 | 33 miles to and from IAD airport - 1 mile normal commute to the office = 32 miles in excess * .50 = 16.00 |
| | 8/22/10 | Audit Experienced Associate | $ | 10.45 | Dinner for 1 (myself) while on business travel to Chicago plants |
| | 8/26/10 | Audit Experienced Associate | $ | 230.65 | Car rental to commute between plant sites in Chicago |
| | 8/26/10 | Audit Experienced Associate | $ | 52.00 | Parking at hotel |
| | 8/26/10 | Audit Experienced Associate | $ | 88.12 | Hotel taxes at Hilton Garden Inn |
| | 8/26/10 | Audit Experienced Associate | $ | 540.00 | Hilton Garden Inn, Bedford Park IL, 4 nights (8/22 - 8/26/10) |
| | 8/26/10 | Audit Experienced Associate | $ | 15.98 | Breakfast for 1 (myself) while on business travel from Chicago plants to Washington Dulles |
| | 8/26/10 | Audit Experienced Associate | $ | 16.00 | 33 miles to and from IAD airport - 1 mile normal commute to the office = 32 miles in excess * .50 = 16.00 |
| Ryan Boyle | 8/4/2010 | Audit Experienced Associate | $ | 30.00 | Mileage in excess of daily commute (39 miles - 9 normal commute miles * $0.50 * 2 for round trip) |
| | 8/19/2010 | Audit Experienced Associate | $ | 30.00 | Mileage in excess of daily commute (39 miles - 9 normal commute miles * $0.50 * 2 for round trip) |
| | 8/23/2010 | Audit Experienced Associate | $ | 30.00 | Mileage in excess of daily commute (39 miles - 9 normal commute miles * $0.50 * 2 for round trip) |
| | 8/24/2010 | Audit Experienced Associate | $ | 30.00 | Mileage in excess of daily commute (39 miles - 9 normal commute miles * $0.50 * 2 for round trip) |
| | 8/25/2010 | Audit Experienced Associate | $ | 30.00 | Mileage in excess of daily commute (39 miles - 9 normal commute miles * $0.50 * 2 for round trip) |
| | 8/26/2010 | Audit Experienced Associate | $ | 30.00 | Mileage in excess of daily commute (39 miles - 9 normal commute miles * $0.50 * 2 for round trip) |
| | 8/27/2010 | Audit Experienced Associate | $ | 30.00 | Mileage in excess of daily commute (39 miles - 9 normal commute miles * $0.50 * 2 for round trip) |
| | 8/30/2010 | Audit Experienced Associate | $ | 30.00 | Mileage in excess of daily commute (39 miles - 9 normal commute miles * $0.50 * 2 for round trip) |
| | 8/31/2010 | Audit Experienced Associate | $ | 30.00 | Mileage in excess of daily commute (39 miles - 9 normal commute miles * $0.50 * 2 for round trip) |
| Kathleen Bradley | 8/2/10 | Audit Experienced Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 8/3/10 | Audit Experienced Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 8/4/10 | Audit Experienced Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |

| Date | Role | Amount | Description |
|---|---|---|---|
| 8/5/10 | Audit Experienced Associate | $8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 8/6/10 | Audit Experienced Associate | $8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 8/11/10 | Audit Experienced Associate | $13.00 | 40 miles to the airport for flight to client site in Mt. Pleasant, TN - 14 miles normal commute to office = 26 miles excess * .5 = 13. |
| 8/11/10 | Audit Experienced Associate | $451.40 | Roundtrip coach flight to Nashville, TN from Baltimore, MD for travel to client site in Mt.Pleasant, TN |
| 8/11/10 | Audit Experienced Associate | $7.00 | Travel booking service fee for booking travel to client site in Mt. Pleasant, TN |
| 8/11/10 | Audit Experienced Associate | $49.69 | Dinner for 1 (K.Bradley - PwC) due to travel to client site in Mt. Pleasant, TN |
| 8/11/10 | Audit Experienced Associate | $7.76 | Breakfast for 1 (K.Bradley-PwC) during travel to client site in Mt. Pleasant, TN |
| 8/12/10 | Audit Experienced Associate | $43.00 | Dinner for 1 (K.Bradley - PwC) due to travel to client site in Mt. Pleasant, TN |
| 8/13/10 | Audit Experienced Associate | $161.33 | Avis rental car charge for 3 days in Mt. Pleasant, TN |
| 8/13/10 | Audit Experienced Associate | $36.00 | Parking at BWI Airport for Flight to Mt. Pleasant, TN |
| 8/13/10 | Audit Experienced Associate | $198.00 | Hyatt hotel for 2 nights in Brentwood, TN (rate of $99 per night) |
| 8/13/10 | Audit Experienced Associate | $35.20 | Taxes on Hyatt hotel room for 2 nights in Brentwood, TN. |
| 8/13/10 | Audit Experienced Associate | $13.00 | 40 miles home from the airport from trip to client site in Mt. Pleasant, TN - 14 miles normal commute to office = 26 miles excess * .5 = 13. |
| 8/16/10 | Audit Experienced Associate | $8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 8/17/10 | Audit Experienced Associate | $8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 8/18/10 | Audit Experienced Associate | $8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 8/19/10 | Audit Experienced Associate | $8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 8/20/10 | Audit Experienced Associate | $8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 8/23/10 | Audit Experienced Associate | $8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 8/24/10 | Audit Experienced Associate | $8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 8/25/10 | Audit Experienced Associate | $8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 8/26/10 | Audit Experienced Associate | $8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |

Elizabeth Sama
| Date | Role | Amount | Description |
|---|---|---|---|
| 7/13/10 | Tax Senior Associate | $52.00 | Roundtrip (104 miles) From Miami to Client (66miles less 12 miles regular office commute= 50 Miles) |
| 7/14/10 | Tax Senior Associate | $52.00 | Roundtrip (104 miles) From Miami to Client (66miles less 12 miles regular office commute= 50 Miles) |
| 7/15/10 | Tax Senior Associate | $52.00 | Roundtrip (104 miles) From Miami to Client (66miles less 12 miles regular office commute= 50 Miles) |

Zachary Schmitt
| Date | Role | Amount | Description |
|---|---|---|---|
| 8/23/10 | Audit Associate | $66.00 | Mileage in excess of daily commute (104 miles - 38 normal commute miles * $0.50) |
| 8/24/10 | Audit Associate | $66.00 | Mileage in excess of daily commute (104 miles - 38 normal commute miles * $0.50) |

Summary

| | Total |
|---|---|
| | $ 5,105.41 |