IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD AUGUST 1, 2010, THROUGH AUGUST 31, 2010**

## WRG-0068
## MULTI-ADDITIVE AND CATALYST LOADING SYSTEM

| 08/17/2010 | NAG | Receipt and review of Notice of Allowance and Fee Due from the U.S. Patent and Trademark Office, preliminary review of application in connection with Action to identify any informalities which need to be addressed by the attorney; memorandum to responsible attorney regarding preliminary review, advising of fee due and various formalities needed for finalization of application. | 1.00 |

|  |  | SERVICES | $ | 195.00 |

| | NAG | NOREEN GARONSKI | 1.00 | hours @ | $195.00 |

**DISBURSEMENTS:**

| PATENT OFFICE FEES – ONE MONTH EXTENSION OF TIME | 130.00 |

| DISBURSEMENT TOTAL | $ | 130.00 |
| SERVICE TOTAL | $ | 195.00 |

| **INVOICE TOTAL** | $ | **325.00** |

## WRG-0081
## HIGH YIELD SPRAY APPLICATION
## FOR CEMENTITIOUS FIRE PROOFING MATERIALS

| 08/27/2010 | NG | Receipt and review of communication from client regarding status of application; check Patent and Trademark Office records pertaining to status of application and attendance to advising client of when Office Action may be expected. | 0.60 |
|---|---|---|---|

|   | SERVICES | $ | 117.00 |

| | NG | NOREEN GARONSKI | 0.6 | hours @ | $195.00 |
|---|---|---|---|---|---|

| | **INVOICE TOTAL** | $ | **117.00** |

## WRG-0088
### STUDY OF THIRD-PARTY PATENT RELATING TO POLYMERIZING PROCESS AND SECTION 271(f) ISSUE RELATING TO CATALYST

| 08/13/2010 | ABR | Attendance to updating 271(f) caselaw per instructions from Mr. Levin. | 1.30 |
|---|---|---|---|
| 08/13/2010 | GHL | Review of request from Mr. Maggio for further opinion relating to possible applicability of third party patent and 35 U.S.C. §271(f) to proposed Grace manufacture and export of catalyst precursor materials, including previously rendered written opinions on applicability of 271(f) to chemical compositions and compounds, review of the patent and claims, of descript of propose Grace process as received from Mr. Maggio, consideration of applicability of 271(f). | 2.00 |
| 08/16/2010 | GHL | Further analysis of Grace proposed process for making catalyst intermediate, and telephone conference with Mr. Maggio regarding 271(f) analysis in view of same. | 1.20 |

SERVICES $ 2,333.00

| | GHL | GARY H.LEVIN | 3.20 | hours @ | $595.00 |
|---|---|---|---|---|---|
| | ABR | AARON B. RABINOWITZ | 1.30 | hours @ | $330.00 |

**DISBURSEMENTS:**

| COMPUTER SEARCH | 368.39 |
|---|---|

DISBURSEMENT TOTAL $ 368.39

SERVICE TOTAL $ 2,333.00

**INVOICE TOTAL** $ **2,701.39**