IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: 11/9/10 @4:00 pm. |

## SUMMARY APPLICATION OF KAYESCHOLER LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR INTELLECTUAL PROPERTY FOR W.R. GRACE & CO., ET AL., THROUGH THE MONTHLY PERIOD OF September 30, 2010

| | |
|---|---|
| Name *of Applicant*: | **Kaye Scholer LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention as Special Counsel for Intellectual Property | **Retention Order entered April 7, 2010** |
| Period for which compensation and reimbursement is sought | **September 1, 2010 - September 30, 2010** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$17,440.92** |
| Amount of Expense Reimbursement sought | **$ 0.40** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville, Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc., (f/k/a Dearborn International Holdings, Inc.,), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation Gracoal, Inc., Gracoal II, Inc., Guantica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc., (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc., (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Kaye Scholer LLP submits this application for fees and expenses for the month of September 2010.  This is the fifth application for compensation for services that has been filed with the Bankruptcy Court by Kaye Scholer LLP.   Previously, Kaye Scholer was appointed Ordinary Course Professional. On April 7, 2010, based on a motion made by Debtor on February 11, 2010, the Bankruptcy Court entered an order authorizing Kaye Scholer LLP to provide further services to Debtor as Special Counsel for Intellectual Property.

The monthly applications previously filed by Kaye Scholer LLP are shown in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 01/01/2010-05/31/2010 | July 2, 2010 | $74,212.84 | $26.58 |
| 06/01/2010-06/30/2010 | July 28, 2010 | $6,707.61 | 0.00 |
| 07/01/2010-07/31/2010 | August 11, 2010 | $17,395.49 | $5.60 |
| 08/01/2010-08/31/2010 | September 21, 2010 | $15,779.61 | 0.00 |

During this fee period, Kaye Scholer LLP provided intellectual property services in connection with various matters, which are detailed in the attached fee schedules for the matters, and a procedural matter relating to preparation of petitions for submission to this court.

The Kaye Scholer professional who rendered the legal services during the fee period is:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| John P. Rynkiewicz | Counsel | 1981 | Intellectual Property | $567.00 | 30.76 | $17,441.32 |

Total Fees: $17,441.32

**WHEREFORE,** Applicant respectfully requests (a) that an allowance be made to it, as fully described above, for (i) 80% of the amount of $17,441.32, for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee period (September 1, 2010-September 30, 2010), and (b) that the fees are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated: October 19, 2010

John P. Rynkiewicz
Kaye Scholer LLP
901 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 682-3671
jrynkiewicz@kayescholer.com

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co-Conn.                                    October 18, 2010
       7500 Grace Drive
       Columbia, Maryland 21004
       Attn: Robert A. Maggio, Chief Patent Counsel

RE: General                                            **Invoice#: 647685**
**Our File Number:** 63812/0001
**Client Reference:** 100062                           **PAGE:    1**

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2010

|            |                                                                                          | **Hours** |
|------------|------------------------------------------------------------------------------------------|-----------|
| 09/01/2010 | Rynkiewicz, John P                                                                        | 1.00      |
|            | Beginning of the month review of pending Grace Trademark matters.                        |           |
| 09/20/2010 | Rynkiewicz, John P                                                                        | 2.00      |
|            | Review multiple GRACE disputes in India; review series of prior communications to/from Indian agents. |           |
| 09/30/2010 | Rynkiewicz, John P                                                                        | 1.17      |
|            | End of the month review of pending GRACE mark matters in US and abroad; review files and emails. |           |

Total Hours................    4.17

Fees through 09/30/2010....................................    $2,364.39

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|                    | Rate    | Hours | Fees       |
|--------------------|---------|-------|------------|
| Rynkiewicz, John P | $567.00 | 4.17  | $2,364.39  |
| Fees through 09/30/2010.............. |  | 4.17  | $2,364.39  |

\*--------------------COSTS ADVANCED THROUGH 09/30/2010--------------------\*

| Duplicating |  | $0.40 |
|-------------|--|-------|

Total Costs through 09/30/2010.........................    $0.40

# KAYE SCHOLER LLP

TO:    W.R. Grace & Co-Conn.                                                      October 18, 2010

RE: General                                                                           Invoice#: 647685
**Our File Number:** 63812/0001
**Client Reference:** 100062                                                      PAGE:    2

---

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 623145 | 01/28/2010 | $5,456.15 |
| 628636 | 03/31/2010 | 5,250.42 |
| 628637 | 03/31/2010 | 8,453.97 |
| 637193 | 06/30/2010 | 19,890.36 |
| 639770 | 07/28/2010 | 813.08 |
| 641101 | 08/10/2010 | 5,204.39 |
| 643967 | 09/09/2010 | 5,857.11 |
| Prior Balance Due......................................................... | | $50,925.48 |

| | |
|---|---|
| Fees this Invoice........................................................... | $2,364.39 |
| Costs this Invoice.......................................................... | $0.40 |
| Total Due this Invoice................................................... | $2,364.79 |
| Prior Balance Due (from above)..................................... | 50,925.48 |
| **TOTAL DUE**............................................................... | **$53,290.27** |

---

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

# **K**AYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## **WIRE TRANSFER INSTRUCTIONS**

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0001
Invoice Number: 647685
Total Amount Due: $53,290.27

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.

October 18, 2010

**RE: I. GRACE Trademarks**
**Our File Number: 63812/0003**
**Client Reference: 100063**

**Invoice#: 647687**

**PAGE:   1**

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2010

| Date | | Hours |
|---|---|---:|
| 09/09/2010 | Rynkiewicz, John P | 0.92 |
| | Trademark settlement review and drafting of terms. | |
| 09/14/2010 | Rynkiewicz, John P | 1.58 |
| | Revise draft settlement proposal. | |
| 09/21/2010 | Rynkiewicz, John P | 1.75 |
| | Work on settlement of opposition. | |
| | Total Hours.................. | 4.25 |

Fees through 09/30/2010.................................... $2,409.75

*-------------------------------TIME AND FEE SUMMARY-------------------------------*

| | Rate | Hours | Fees |
|---|---:|---:|---:|
| Rynkiewicz, John P | $567.00 | 4.25 | $2,409.75 |
| Fees through 09/30/2010............... | | 4.25 | $2,409.75 |

*-------------------------------OUTSTANDING BALANCE-------------------------------*

| Invoice# | Date | Amount |
|---|---|---:|
| 623146 | 01/28/2010 | $2,034.90 |
| 628638 | 03/31/2010 | 2,177.28 |
| 628639 | 03/31/2010 | 3,027.78 |
| 637194 | 06/30/2010 | 7,427.70 |
| 639771 | 07/28/2010 | 349.27 |
| 641098 | 08/10/2010 | 4,865.46 |

# KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                        October 18, 2010

**RE: I. GRACE Trademarks**                                    **Invoice#: 647687**
**Our File Number:** 63812/0003
**Client Reference:** 100063                                      **PAGE:**    2

| Invoice# | Date | Amount |
|---|---|---|
| 643965 | 09/09/2010 | 2,268.00 |
| Prior Balance Due........................................................................... | | $22,150.39 |

| | |
|---|---|
| Fees this Invoice........................................................................... | $2,409.75 |
| Total Due this Invoice................................................................. | $2,409.75 |
| Prior Balance Due (from above)................................................. | 22,150.39 |
| **TOTAL DUE**........................................................................... | **$24,560.14** |

# **K**AYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0003
Invoice Number: 647687
Total Amount Due: $24,560.14

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.

October 18, 2010

**RE: Power Grace**
**Our File Number:** 63812/0019
**Client Reference:** 100067

**Invoice#: 647688**

**PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2010

|  |  | **Hours** |
|---|---|---|
| 09/10/2010 | Rynkiewicz, John P | 0.92 |
| | Review Indian agents' and Grace communication re India:  OPP - POWER GRACE , Appln. Nos. 1599787 and 1678357 in Classes 19 and 37; review issues, status. | |
| 09/14/2010 | Rynkiewicz, John P | 0.83 |
| | Review Indian agents' correspondence re INDIA: Trade Mark: POWER GRACE - Application No. 1599787 in Class 19 and Application No. 1678357 in Class 37; review reply letter from Grace re same; review series of prior communications and issues. | |
| 09/17/2010 | Rynkiewicz, John P | 1.25 |
| | Review series of marks, issues, correspondence and status of all. | |

Total Hours................ 3.00

Fees through 09/30/2010.................................... $1,701.00

*---------------------------------TIME AND FEE SUMMARY---------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 3.00 | $1,701.00 |
| Fees through 09/30/2010............... | | 3.00 | $1,701.00 |

# KAYE SCHOLER LLP

TO:   W.R. Grace & Co.-Conn

October 18, 2010

**RE:** Power Grace
**Our File Number:** 63812/0019
**Client Reference:** 100067

**Invoice#:** 647688

**PAGE:**   2

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|----------|------|--------|
| 623147 | 01/28/2010 | $1,981.35 |
| 628641 | 03/31/2010 | 1,701.00 |
| 639774 | 07/28/2010 | 65.77 |
| 641095 | 08/10/2010 | 425.25 |
| 643963 | 09/09/2010 | 2,222.64 |
| Prior Balance Due.......................................................... | | $6,396.01 |

| | |
|---|---|
| Fees this Invoice........................................................... | $1,701.00 |
| Total Due this Invoice................................................... | $1,701.00 |
| Prior Balance Due (from above).................................... | 6,396.01 |
| **TOTAL DUE**........................................................... | **$8,097.01** |

# **K**AYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0019
Invoice Number: 647688
Total Amount Due: $8,097.01

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn                                    October 18, 2010
       Legal Department
       7500 Grace Drive
       Columbia, Maryland 21044
       Attn: Robert A. Maggio, Esq.

RE: Special Counsel                                    **Invoice#: 647689**
**Our File Number: 63812/0108**
**Client Reference: 100071**                           **PAGE:    1**

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2010

|            |                                                                                      | **Hours** |
|------------|--------------------------------------------------------------------------------------|-----------|
| 09/02/2010 | Rynkiewicz, John P                                                                    | 1.17      |
|            | Work on fee Applications and Quarterly Application; emnails to/from J. Baer.          |           |
| 09/21/2010 | Rynkiewicz, John P                                                                    | 0.75      |
|            | Prepare Grace fee application and send to Delaware counsel; multiple emails re same.  |           |

Total Hours.................  1.92

Fees through 09/30/2010...................................  $1,088.64

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                      | Rate       | Hours  | Fees       |
|----------------------|------------|--------|------------|
| Rynkiewicz, John P   | $567.00    | 1.92   | $1,088.64  |
| Fees through 09/30/2010............... | | 1.92   | $1,088.64  |

**K**AYE SCHOLER LLP

TO:   W.R. Grace & Co.-Conn                                    October 18, 2010

**RE:** Special Counsel                                  **Invoice#:** 647689
**Our File Number:** 63812/0108
**Client Reference:** 100071                             **PAGE:**   2

\*-------------------------------OUTSTANDING BALANCE-------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 628642 | 03/31/2010 | $2,420.99 |
| 637196 | 06/30/2010 | 5,040.85 |
| 641097 | 08/10/2010 | 895.86 |
| 643961 | 09/09/2010 | 1,462.86 |
| Prior Balance Due........................................................ | | $9,820.56 |

| | |
|---|---|
| Fees this Invoice.......................................................... | $1,088.64 |
| Total Due this Invoice................................................. | $1,088.64 |
| Prior Balance Due (from above)................................... | 9,820.56 |
| **TOTAL DUE**........................................................... | **$10,909.20** |

# **K**AYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0108
Invoice Number: 647689
Total Amount Due: $10,909.20

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.

October 18, 2010

RE: Trademark Watches
**Our File Number:** 63812/0111

**Invoice#:** 647691
**PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2010

| | Hours |
|---|---|
| 09/01/2010   Rynkiewicz, John P | 0.50 |
| Review Grace email and Corsearch watch dated September 1, 2010; advise Grace re same. | |
| 09/02/2010   Rynkiewicz, John P | 0.75 |
| Review Remfry Watch Report re: GRACIA, 1787896; assess confusion and send comments; review for particular GCP issues. | |
| 09/02/2010   Rynkiewicz, John P | 1.00 |
| Review Corsearch Watch: GC GRACE COSMETICS and GRACEBOOK; advise Grace re GC GRACE COSMETICS; review Davison dentifrice use of GRACE; assess confusion. | |
| 09/08/2010   Rynkiewicz, John P | 0.50 |
| Review client email and watch report dated September 7, 2010 received from Corsearch; assess marks and advise the client. | |
| 09/08/2010   Rynkiewicz, John P | 0.50 |
| Review Grace email request and watch notice dated September 7, 2010 from J.A. Kemp & Co. for GRACE COSMETICS, Appln. No. 1251678; assess confusion. | |
| 09/08/2010   Rynkiewicz, John P | 0.75 |
| Review Grace email and Pot Opp Against GRACE 009252255 in the CTM, for class 3 personal care items; assess confusion issues. | |
| 09/08/2010   Rynkiewicz, John P | 0.42 |
| Review Grace email and review watch reports; assess confusion. | |
| 09/15/2010   Rynkiewicz, John P | 1.83 |
| Overview of a series of Watch notices from Corsearch and Kemp; review prior assessments and status updates re select marks. | |

KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                    October 18, 2010

    **RE: Trademark Watches**                              **Invoice#: 647691**
    **Our File Number: 63812/0111**                        **PAGE:    2**

---

| | | |
|---|---|---|
| 09/17/2010  Rynkiewicz, John P | | 0.83 |

          Review Grace email and watch report from Corsearch dated September 15,
          2010; review six marks, assess confusion and advise Grace re same.

                                Total Hours.................  7.08

             Fees through 09/30/2010...................................  $4,014.36

\*------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 7.08 | $4,014.36 |
| Fees through 09/30/2010............... | | 7.08 | $4,014.36 |

      Fees this Invoice...........................................................................  $4,014.36
      **Total Due this Invoice................................................................  $4,014.36**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0111
Invoice Number: 647691
Total Amount Due: $4,014.36

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  W.R. Grace & Co.-Conn                                    October 18, 2010
     7500 Grace Drive
     Columbia, Maryland 21044
     Attn: Robert A. Maggio, Esq.

**RE:** Potential Trademark Oppositions                **Invoice#:** 647693
**Our File Number:** 63812/0112                         **PAGE:**    1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2010

|            |                                                                                                                                                                      | Hours |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 09/01/2010 | Rynkiewicz, John P                                                                                                                                                    | 0.58  |
|            | Review correspondence from agents in INDIA: Trade Mark: MIDAS - Application No. 1228923 in Class 1 ; review matter.                                                    |       |
| 09/02/2010 | Rynkiewicz, John P                                                                                                                                                    | 0.50  |
|            | Review Grace email and agents' re GRACE Unlimited Inc. - Application No. 1569842 in Class 39 (India).                                                                  |       |
| 09/02/2010 | Rynkiewicz, John P                                                                                                                                                    | 1.42  |
|            | Review Grace correspondence and issues in INDIA: Trade Mark: MIDAS - Application No. 1228923 in Class 1; review agents' correspondence and prior communications/issues. |       |
| 09/07/2010 | Rynkiewicz, John P                                                                                                                                                    | 1.42  |
|            | Overview of oppositions and potential oppositions involving the GRACE mark in the US and abroad.                                                                       |       |
| 09/08/2010 | Rynkiewicz, John P                                                                                                                                                    | 0.58  |
|            | Review issues in Kemp Watch Report: GRACEWOOD in India; review S. Williams comments re possible prior rights agreement.                                                |       |
| 09/10/2010 | Rynkiewicz, John P                                                                                                                                                    | 1.75  |
|            | Review Grace emails and correspondence from the agents in India Trade Mark Application No. 993322 GRACE ALL in Class 1 in the name of Grace All Enterprise; assess options and send recommendations to Grace. |       |
| 09/15/2010 | Rynkiewicz, John P                                                                                                                                                    | 1.25  |
|            | Review series of potential oppositions and Grace matters in various countries; review correspondence from agents.                                                     |       |
| 09/17/2010 | Rynkiewicz, John P                                                                                                                                                    | 1.00  |
|            | Review Grace email, Kemp correspondence and documents and issues in Pot Opp Against GRACE 009252255 in the CTM; assess confusion, review goods and advise Grace re same. |       |

# KAYE SCHOLER LLP

TO:   W.R. Grace & Co.-Conn                                  October 18, 2010

**RE:** Potential Trademark Oppositions                          **Invoice#:** 647693
**Our File Number:** 63812/0112                                    **PAGE:**   2

---

|  |  |
|---|---|
| Total Hours................ | 8.50 |

Fees through 09/30/2010.................................... $4,819.50

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 8.50 | $4,819.50 |
| Fees through 09/30/2010............... | | 8.50 | $4,819.50 |

Fees this Invoice.......................................................... $4,819.50

**Total Due this Invoice..................................................** **$4,819.50**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0112
Invoice Number: 647693
Total Amount Due: $4,819.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn.                          October 18, 2010
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Chief Patent Counsel

**RE:** Davison Silica                              **Invoice#:** 647696
**Our File Number:** 63812/3001
**Client Reference:** 100074                        **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2010

|            |                   | **Hours** |
|------------|-------------------|-----------|
| 09/21/2010 | Rynkiewicz, John P | 1.42 |

Review DAVISON and GRACE DAVISON applics./regs. in Canada; review series of prior communications re DAVISON non-distinctive issues.

| | Total Hours................. | 1.42 |
|---|---|---|
| | Fees through 09/30/2010.................................... | $805.14 |

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|                    | Rate    | Hours | Fees    |
|--------------------|---------|-------|---------|
| Rynkiewicz, John P | $567.00 | 1.42  | $805.14 |
| Fees through 09/30/2010............... | | 1.42 | $805.14 |

*-----------------------------OUTSTANDING BALANCE-----------------------------*

| Invoice# | Date       | Amount     |
|----------|------------|------------|
| 623151   | 01/28/2010 | $1,041.25  |
| 628646   | 03/31/2010 | 379.89     |
| 628647   | 03/31/2010 | 567.00     |
| 637201   | 06/30/2010 | 2,409.75   |
| 639773   | 07/28/2010 | 113.40     |
| 641096   | 08/10/2010 | 470.61     |
| 643962   | 09/09/2010 | 1,559.25   |

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn.                                    October 18, 2010

**RE: Davison Silica**                                           **Invoice#:** 647696
**Our File Number:** 63812/3001
**Client Reference:** 100074                                     **PAGE:**   2

---

Prior Balance Due.........................................................................    $6,541.15


Fees this Invoice...........................................................................    $805.14
Total Due this Invoice...................................................................    $805.14
Prior Balance Due (from above).....................................................    6,541.15
**TOTAL DUE**..........................................................................    **$7,346.29**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/3001
Invoice Number: 647696
Total Amount Due: $7,346.29

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  W.R. Grace & Co.-Conn.                                October 18, 2010
     7500 Grace Drive
     Columbia, Maryland 21044
     Attn: Robert A. Maggio, Chief Patent Counsel

**RE:** Davison Polyolefins                        **Invoice#:** 647697
**Our File Number:** 63812/3003
**Client Reference:** 100076                        **PAGE:**   1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2010

|  |  | Hours |
|---|---|---|
| 09/10/2010  Rynkiewicz, John P |  | 0.42 |
| Review Grace email and issues in POLYOLEFIN.ORG being available. |  |  |
| Total Hours................. | | 0.42 |
| Fees through 09/30/2010.................................... | | $238.14 |

*----------------------------TIME AND FEE SUMMARY-----------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 0.42 | $238.14 |
| Fees through 09/30/2010............... | | 0.42 | $238.14 |

| | |
|---|---|
| Fees this Invoice......................................................................... | $238.14 |
| **Total Due this Invoice...............................................................** | **$238.14** |

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
   666 5th Avenue
   New York, New York 10103
   Attention: Yoannis Cepeda
   Telephone: 212.559.1980

   ABA Routing Number: 021000089
   Bank Identification Code/SWIFT Code: CITIUS33
   Account Name: Kaye Scholer LLP
   Account Number: 9981494431

   RE: W.R. Grace Trademarks
   Our File Number: 63812/3003
   Invoice Number: 647697
   Total Amount Due: $238.14

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.