**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of October, 2010, I electronically filed the foregoing Notice of Appearance and Request for Notices and Service of Papers ("Notice") with the Clerk of the Court using the CM/ECF system, which will send notification of the Notice to those attorneys registered to receive notices electronically. I have also sent copies of the Notice by first-class mail, postage prepaid, to those parties shown on the attached Service List.

*/S/ Debra O. Fullem*
Debra O. Fullem
Orrick, Herrington & Sutcliffe LLP

| | | |
|---|---|---|
| **Ryerson, Inc.**<br>Attn: Renee Stonitsch<br>3915 Walden Ave.<br>Lancaster, NY | **Jackson Welding Supply**<br>Attn: Darla Lacey<br>535 Buffalo Road<br>Rochester, NY 14614 | **Dexter Foundry, Inc.**<br>Attn: Gus Miller<br>2211 West Grimes Ave.<br>Fairfield, Iowa 52556 |
| **Associated Spring**<br>Business of Barnes Group<br>Attn: Joel Rafaniello<br>80 Scott Swamp Rd.<br>Farmington, CT 06032 | **William Ames Warren**<br>C/o Robert W. Phillips<br>Simmons Browder, et al<br>707 Berkshire Blvd.<br>PO Box 521<br>East Alton, IL 62024 | **Deborah Papaneri**<br>C/o Robert E. Paul<br>Paul Reich & Myers, PC<br>1608 Walnut St., Ste. 500<br>Philadelphia, PA 19103 |
| **John & Diane Allen**<br>C/o Steven Kazan<br>Kazan McClain Lyons Greenwood & Harley<br>171 12th St., 3rd Fl.<br>Oakland, CA 94607 | **Thomas Carroll**<br>C/o Lisa Nathanson Busch Weitz & Luxenberg<br>700 Broadway<br>New York, NY 10003 | **Dorothy Burns**<br>C/o Brian T. Fitzpatrick<br>Belluck & Fox, LLP<br>564 Fifth Avenue, 4th Fl.<br>New York, NY 10036 |
| **Ruth Sossamon**<br>C/o John A. Badan, IV<br>Motley Rice, LLC<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464 | **Madonna Guzzo**<br>C/o John Lipsitz<br>Lipsitz & Ponterio, LLC<br>135 Delaware Ave., 5th Fl.<br>Buffalo, NY 14202 | **Robert Wirwicz**<br>C/o Garrett Bradley Thornton & Naumes<br>100 Summer St.<br>Boston, MA 02110 |
| **John Koeberle**<br>C/o Peter Kraus<br>Waters & Kraus, LLP<br>3219 McKinney Avenue<br>Dallas, TX 75204 | **Gary Terry**<br>C/o Cooney & Conway<br>120 N. LaSalle St., Ste. 3000<br>Chicago, IL 60602 | **Charles & Loretta Willis**<br>C/o David Greenstone<br>Simon Eddins & Greenstone, LLP<br>3232 McKinney Ave., Ste. 610<br>Dallas, TX 75204 |
| **Securities & Exchange Commission**<br>3475 Lennox Road, NE, Ste. 1000<br>Atlanta, GA 30326 | **Internal Revenue Service**<br>PO Box 21126<br>Philadelphia, PA 19114 | **NC Dept. of Revenue**<br>PO Box 1168<br>Raleigh, NC 27602 |
| **NY State Dept. of Taxation & Finance**<br>PO Box 5300<br>Albany, NY 12205-0300 | **Rayburn Cooper & Durham**<br>Attn: John R. Miller, Jr.<br>227 West Trade St., Ste. 1200<br>Charlotte, NC 28202 | **Robinson Bradshaw & Hinson, PA**<br>Attn: Jonathan C. Krisko<br>101 N. Tryon St., Ste. 1900<br>Charlotte, NC 28246 |
| **Donald G. Pomeroy, II**<br>Garlock Sealing Technologies<br>5605 Carnegie Blvd., Ste. 500<br>Charlotte, NC 28209 | **Paul Grant**<br>Garrison Litigation Management Group<br>120 East Ave., Ste. 101<br>Rochester, NY 14604 | **Bank of America, NA**<br>C/o Parker Hudson Rainer & Dobbs<br>Attn: C. Edward Dobbs<br>285 Peachtree Center Ave. #1500<br>Atlanta, GA 30303-1285 |
| **Travis W. Moon**<br>Richard S. Wright<br>Hamilton Moon Stephens Steele & Martin<br>201 S. College St., Ste. 2020<br>Charlotte, NC 28244 | **Trevor W. Swett, Jeanna Richards Koski, Jeffrey A. Liesemer, Kevin C. Maclay**<br>Caplin & Drysdale, Chartered<br>One Thomas Cir., NW, Ste. 1100<br>Washington, DC 20005 | **Elihu Inselbuch**<br>Rita C. Tobin<br>Caplin & Drysdale, Chartered<br>375 Park Ave., 35th Fl.<br>New York, NY 10152-3500 |
| **Deborah L. Fletcher**<br>Katten Muchin Rosenman, LLP<br>550 South Tryon St., Ste. 2900<br>Charlotte, NC 28202-4213 | **Mark R. Snyder**<br>Pension Benefit Guaranty Corp.<br>Office of the Chief of Counsel<br>1200 K. St., NW, Ste. 340<br>Washington, DC 20005-4026 | **Joseph F. Rice**<br>Motley Rice, LLC<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464 |

| | | |
|---|---|---|
| U.S. Attorney Office<br>Attn. Civil Division<br>227 W. Trade St., Ste. 1650<br>Charlotte, NC  28202 | Julie Deary<br>Union Representative<br>1666 Division St.<br>Palmyra, NY  14522 | John A. Baden, IV<br>Motley Rice, LLC<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464 |
| Perry Weitz<br>Weitz & Luxenberg<br>700 Broadway<br>New York , NY  10003 | The Maritime Asbestosis Legal Clinic<br>The Jaques Admiralty Law Firm, PC<br>Alen Kellman, Est.<br>645 Griswold, Ste. 1370<br>Detroit, MI 48226 | Robert W. Phillips<br>Simmons Browder Gianaris<br>Angelides & Bernerd<br>707 Berkshire Blvd.<br>East Alton, IL 62024 |
| Brayton Purcell, LLP<br>Alan R. Brayton, Esq.<br>Christina C. Skubic, Esq.<br>222 Rush Landing Ro.<br>Novato, CA 94948 | Jeanette M. Gilbert<br>Motley Rice, LLC<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC  29464 | Ann Harper<br>Baron & Budd, PC<br>3102 Oak Lawn Ave., Ste. 1100<br>Dallas, TX 75219-4283 |
| Lauren M. Webb<br>Simmons Browder Gianaris Angelides<br>  & Bernerd<br>707 Berkshire Blvd.<br>PO Box 521<br>East Alton, IL 62024 | Lisa Nathanson Busch<br>Weitz & Luxenberg<br>700 Broadway<br>New York, NY  10003 | US Bankruptcy Administrator<br>Attn:  Linda W. Simpson<br>402 W. Trade St., Ste. 200<br>Charlotte, NC  28202 |
| Heather M. Forrest<br>Jackson Walker, LLP<br>901 Main St., Ste. 6000<br>Dallas, TX 75202 | John D. Hurst<br>Motley Rice, LLC<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464 | Bruce J. Ruzinsky<br>D. Elaine Conway<br>Jackson Walker, LLP<br>1401 McKinney St., Ste. 1900<br>Houston, TX 77010 |
| Leonard P. Goldberger<br>Stevens & Lee, PC<br>1818 Market St., 29th Fl.<br>Philadelphia, PA   19103 | John D. Demmy<br>Stevens & Lee, PC<br>1105 North Market St., 7th Fl.<br>Wilmington, DE  19801 | Garrett J. Bradley<br>Thornton & Naumes, LLP<br>100 Summer St.<br>Boston, MA 02110 |
| Linda Boyle<br>TW Telecom, Inc.<br>10475 Park Meadows Dr., #400<br>Littleton, CO 80124 | Bruce J. Ruzinsky<br>D. Elaine Conway<br>Jackson Walker, LLP<br>1401 McKinney St., Ste.  1900<br>Houston, TX 77010 | Dierdre Woulfe Pacheco Wilentz<br>Goldlman & Spitzer, PC<br>90 Woodbridge Ctr. Drive<br>Woodbridge, NJ 07095 |
| Nancy L. Manzer, Esq.<br>Wilmer Cutler Pickering Hale & Dorr<br>1875 Pennsylvania Ave., NW<br>Washington, DC  20006 | Thomas Parker Griffin, Esq.<br>Bradley Arant Boult Cummings, LLP<br>1819 Fifth Ave. North<br>Birmingham, Alabama 35203 | Heather M. Forrest<br>Jackson Walker, LLP<br>901 Main St., Ste. 6000<br>Dallas, TX  75202 |
| Daniel L. Keller<br>Keller Fishback & Jackson, LLP<br>18425 Burbank Blvd., Ste. 610<br>Tarzana, CA 91356 | Rachael L. Stringer<br>Stutzman Bromberg Esserman & Plifka<br>2323 Bryan St., Ste. 2200<br>Dallas, TX 75201 | Mike Bazley<br>CSP Solano<br>PO Box 4000<br>Vacaville, CAQ 95696 |
| Shawn M. Christianson, Esq.<br>Buchalter Nemer<br>333 Market St., 25th Fl.<br>San Francisco, CA 94105-2126 | Iron Mountain Info. Mgmt. Inc.<br>C/o Frank F. McGinn<br>Bartlett Hackett Feinberg, PC<br>155 Federal St., 9th Fl.<br>Boston, MA  02110 | Michael S. David<br>Jantra Ven Roy<br>Zeichner Ellman & Krause, LLP<br>575 Lexington Ave.<br>New York, NY  10022 |

Carson Portwall, LP
C/o Julie Barker Pape
Womble Carlyle Sandridge & Rice
One West Fourth St.
Winston-Salem, BNC 27101

Lee J. Rohn
Law Offices of Rohn & Carpenter, LLC
1101 King St.
Christiansted, St. Croix
US Virgin Islands  00820
Atty. for Est of Joseph Henry

Joseph D. Boyer
C/o Alan Kellman
The Jaques Admiralty Law Firm
645 Griswold, Ste. 1370
Detroit, MI 48226

Garlock Sealing Technologies, LLC
Attn:  Donald G. Pomeroy, II
1666 Division St.
Palmyra, NY 14522

Lee J. Rohn
Law Offices of Rohn & Carpenter, LLC
1101 King St.
Christiansted, St. Croix
US Virgin Islands  00820
Atty. for Alexis & Florence Denis