IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Objection Deadline: October 20, 2010 at 4:00 p.m. |
| | ) | Ref. No. 25537 |

### CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 25537
### (NO ORDER REQUIRED)

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Fifty-Sixth Monthly Application (the "Application") of Towers Watson[1] ("Towers"), Actuarial Consultants to David T. Austern, Asbestos PI Future Claimants' Representative, for the period from August 1, 2010 through August 31, 2010 (the "Period"), filed with the Court on September 30, 2010, and entered on the Court's docket as Docket No. 25537. The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed no later than October 20, 2010.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Official Committee Members signed April 17, 2002, amending the Court's Administrative Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for

---

[1] Towers Watson was formed effective January 1, 2010 as a result of the merger of Towers Perrin Tillinghast and Watson Wyatt.

Allowance and Payment of Monthly Interim Compensation and Reimbursement of Expenses of Professionals, entered May 3, 2001, the Debtors are authorized to pay Towers $1,214.40 (80% of $1,518.00) and no expenses for a total of $1,214.40 requested in the Application for the Period upon the filing of this Certification and without the need for entry of a Court order approving the Application.

                              ORRICK, HERRINGTON & SUTCLIFFE LLP

                              By:*/S/ DEBRA L. FELDER*
                                  Roger Frankel, admitted *pro hac vice*
                                  Richard H. Wyron, admitted *pro hac vice*
                                  Debra L. Felder, admitted *pro hac vice*
                                  Columbia Center
                                  1152 15th Street, NW
                                  Washington, DC  20005
                                  (202) 339-8400
                                  (202) 339-8500 (fax)

                        —and—

                              PHILLIPS, GOLDMAN & SPENCE, P.A.
                              John C. Phillips, Jr. (#110)
                              1200 North Broom Street
                              Wilmington, DE 19806
                              (302) 655-4200
                              (302) 655-4210 (fax)

                              *Counsel to David T. Austern, Asbestos PI*
                              *Future Claimants' Representative*

Dated: October 21, 2010