## Exhibit A

CUMULATIVE SUMMARY OF INTERIM APPPLICATIONS OF STEPTOE & JOHNSON LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2010 THROUGH JUNE 30, 2010 FOR W.R. GRACE & CO., et al.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 08/04/10 | 5/1/10 – 5/31/10 | $3,160.50 | $18.42 | $2,528.40 | $18.42 | $ 632.10 |
| 08/04/10 | 6/1/10 - 6/30/10 | $7,270.00 | $21.00 | $5,816.00 | $21.00 | $1,454.00 |

## CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 32 | Fee Application, Applicant | 3.90 | $1,950.00 |
| 35 | Other Fee Applications | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 41 | Tax Issues | 0 | 0 |
| 46 | Tax Litigation | 19.00 | $8,480.00 |
| 42 | Travel (1/2 total hours billed) | 0 | $ 0 |
| | Total | 22.90 | $10,430.00 |

## CUMULATIVE EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Telephone – Conference Calls | $0 |
| Copies – Matter 32 (Fee Applications) | $19.70 |
| Copies – Matter 46 (Tax Litigation) | $10.50 |
| Computer Database Research | $0 |
| Postage | $0 |
| Federal Express/Overnight Messenger | $9.22 |
| Facsimile | $0 |
| Meals | $0 |
| Hotel | $0 |
| Local Transportation | $0 |
| Parking | $0 |
| Total | $39.42 |