**<u>Exhibit D</u>**
[RESERVED]

No fees for April 2010.

Doc. # DC-2391412 v.1 10/20/10 02:46 PM