IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., <u>et al.</u>,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Re: Docket No.** <u>25631</u> |

**MODIFIED**    **ORDER SCHEDULING OMNIBUS HEARING DATES FOR 2011**

(as to the November 2011 hearing date)

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled omnibus hearing dates

and has established certain deadlines in the above-captioned chapter 11 cases consistent with the

Court's Order Establishing Case Management Procedures and Hearing Schedule (Docket No.

1948). The omnibus hearing dates and certain deadlines for 2011 are set forth on the schedule

attached hereto as <u>Exhibit "A"</u>.

Dated:    <u>October 25</u>   , 2010

*Judith K. Fitzgerald*
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# Exhibit A

# Exhibit A
## Omnibus Hearing Dates and Filing and Objection Deadlines

All hearings are in Wilmington, Delaware, unless otherwise noted below.

| Omnibus Hearing Dates | Filing Deadlines (35 days) | Objection Deadlines (17 days) | Preliminary Agenda Due (2 weeks) | Final Agenda Due (7 days) |
|---|---|---|---|---|
| January 10, 2011 at 10:00 a.m. | December 6, 2010 | December 23, 2010[1] | December 27, 2010 | January 3, 2011 |
| February 14, 2011 at 10:00 a.m. | January 10, 2011 | January 28, 2011 | January 31, 2011 | February 7, 2011 |
| March 28, 2011 at 10:00 a.m. (38th Quarterly Fee Hearing) | February 18, 2011[2] | March 11, 2011 | March 14, 2011 | March 21, 2011 |
| April 18, 2011 at 10:00 a.m. | March 14, 2011 | April 1, 2011 | April 4, 2011 | April 11, 2011 |
| May 23, 2011 at 10:00 a.m. | April 18, 2011 | May 6, 2011 | May 9, 2011 | May 16, 2011 |
| June 20, 2011 at 10:00 a.m. (39th Quarterly Fee Hearing) | May 16, 2011 | June 3, 2011 | June 6, 2011 | June 13, 2011 |
| July 25, 2011 at 10:00 a.m. | June 20, 2011 | July 8, 2011 | July 11, 2011 | July 18, 2011 |
| August 29, 2011 at 10:00 a.m. | July 25, 2011 | August 12, 2011 | August 15, 2011 | August 22, 2011 |
| September 26, 2011 at 10:00 a.m. (40th Quarterly Fee Hearing) | August 22, 2011 | September 9, 2011 | September 12, 2011 | September 19, 2011 |
| October 24, 2011 at 10:00 a.m. | September 19, 2011 | October 7, 2011 | October 7, 2011[3] | October 17, 2011 |
| November 28, 2011 at 10:00 a.m. | October 17, 2011 | November 4, 2011 | November 7, 2011 | November 14, 2011 |
| December 19, 2011 at 10:00 a.m. (41st Quarterly Fee Hearing) | November 14, 2011 | December 2, 2011 | December 5, 2011 | December 12, 2011 |

---

[1] December 24, 2010 is a holiday (Christmas); therefore, the 17-day objection deadline is December 23, 2010.

[2] February 21, 2011 is a holiday (Presidents' Day); therefore, the 35 day filing deadline is February 18, 2011.

[3] October 10, 2011 is a holiday (Columbus Day); therefore, the two-week filing deadline is October 7, 2011.