# ATTACHMENT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FIFTY-FOURTH MONTHLY APPLICATION OF
BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM APRIL 1, 2010 THROUGH APRIL 30, 2010

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | April 1, 2010 through April 30, 2010 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $10,250.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $82.97 |

This is a:    ___XX___ monthly    _____ interim    _____ final application.

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[2] | $ 57.62 | $46,587.50[3] | $ 57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 -- 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 – 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 -- 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 -- 7/31/06 | $ 4,307.50 | $ 14.21 | $ 4,307.50 | $ 14.21 |
| 9/25/06 | 8/1/06 -- 8/31/06 | $4,812.50 | $ 131.31 | $4,812.50 | $ 131.31 |
| 10/30/06 | 9/1/06 -- 9/30/06 | $16,988.75 | $ 287.83 | $16,988.75 | $ 287.83 |
| 12/1/06 | 10/1/06 -- 10/31/06 | $19,348.25 | $ 210.02 | $19,348.25 | $ 210.02 |
| 1/11/07 | 11/1/06 - 11/30/06 | $34,281.25 | $ 425.47 | $34,281.25 | $ 425.47 |
| 3/7/07 | 12/1/06 - 12/31/06 | $43,924.00 | $ 338.42 | $43,924.00 | $ 338.42 |
| 3/7/07 | 1/1/07 - 1/31/07 | $51,760.00 | $ 211.32 | $51,760.00 | $ 211.32 |
| 6/4/07 | 2/1/07 - 2/28/07 | $36,245.00 | $ 94.79 | $36,245.00 | $ 94.79 |
| 6/4/07 | 3/1/07 - 3/31/07 | $33,840.00 | $ 480.06 | $33,840.00 | $ 480.06 |
| 6/18/07 | 4/1/07-4/30/07 | $35,377.50 | $ 514.32 | $35,377.50 | $ 514.32 |
| 6/18/07 | 5/1/07 - 5/31/07 | $17,681.25 | $ 389.29 | $17,681.25 | $ 389.29 |
| 8/23/07 | 6/1/07 - 6/30/07 | $22,225.00 | $ 133.35 | $22,225.00 | $ 133.35 |
| 10/11/07 | 7/1/07-7/31/07 | $31,450.00 | $ 248.66 | $31,100.00 | $ 248.66 |
| 10/11/07 | 8/1/07 - 8/31/07 | $30,497.50 | $ 567.93 | $29,875.50 | $ 567.93 |
| 10/19/07 | 9/1/07 - 9/30/07 | $18,575.00 | $ 311.53 | $18,575.00 | $ 311.53 |
| 1/2/08 | 10/1/07 – 10/31/07 | $7,217.50 | $ 791.76 | $7,217.50 | $ 791.76 |
| 1/2/08 | 11/1/07-11/30/07 | $5,200.00 | $ 111.41 | $5,200.00 | $ 111.41 |
| 4/29/08 | 12/1/07-12/31/07 | $8,670.00 | $ 142.43 | $8,670.00 | $ 142.43 |
| 4/29/08 | 1/1/08 – 2/28/08 | $19,480.00 | $ 74.16 | $19,480.00 | $ 74.16 |
| 5/5/08 | 3/1/08-3/31/08 | $6,320.00 | $ 81.38 | $6,320.00 | $ 81.38 |
| 6/23/08 | 4/1/08-4/30/08 | $5,358.00 | $ 54.14 | $5,358.00 | $ 54.14 |
| 7/21/08 | 5/1/08-5/31/08 | $32,068.00 | $ 19.86 | $32,068.00 | $ 19.86 |
| 9/3/08 | 6/1/08 – 6/30/08 | $39,793.00 | $ 1,384.81 | $39,793.00 | $ 1,384.81 |

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 9/15/08 | 7/1/08-7/31/08 | $89,644 | $273.65 | $89,644 | $273.65 |
| 11/14/08 | 8/1/08-8/31/08 | $50,539.50 | $224.70 | $50,539.50 | $224.70 |
| 11/14/08 | 9/1/08 - 9/30/08 | 3,905.50 | $986.54 | 3,905.50 | $986.54 |
| 2/6/09 | 10/1/08 - 10/31/08 | 1,360.00 | $365.78 | 1,360.00 | $365.78 |
| 2/6/09 | 11/1/08 - 11/30/08 | $920.00 | $524.75 | $920.00 | $524.75 |
| 3/24/09 | 12/1/08 - 12/31/08 | $2,702.50 | $11.37 | $2,702.50 | $11.37 |
| 3/30/09 | 1/1/09 - 1/31/09 | $25,585.00 | $1.40 | $25,585.00 | $1.40 |
| 4/21/09 | 2/1/09 - 2/28/09 | $39,237.00 | $516.80 | $39,237.00 | $516.80 |
| 4/30/09 | 3/1/09 - 3/31/09 | $ 8,128.00 | $ 46.35 | $ 8,128.00 | $ 46.35 |
| 7/7/09 | 4/1/09 - 4/30/09 | $ 80,837.00 | $1,411.58 | $ 80,837.00 | $1,411.58 |
| 7/20/09 | 5/1/09 - 5/31/09 | $ 80,837.00 | $ 1,411.58 | $ 80,837.00 | $ 1,411.58 |
| 9/2/09 | 6/1/09 - 6/30/09 | $38,481.50 | $ 888.98 | $38,481.50 | $ 888.98 |
| 9/15/09 | 7/1/089 - 7/31/09 | $6,972.00 | $ 534.11 | $6,972.00 | $ 534.11 |
| 10/1/09 | 8/1/09 - 8/31/09 | $1,991.50 | $ 5.80 | $1,991.50 | $ 5.80 |
| 11/2/09 | 9/1/09 - 9/30/09 | $ 6,836.00 | $ 53.92 | $ 6,836.00 | $ 53.92 |
| 12/9/09 | 10/1/09 - 10/31/09 | $ 15,246.00 | $ 75.86 | Pending | Pending |
| 1/4/10 | 11/1/09 - 11/30/09 | $ 14,828.50 | $ 56.80 | Pending | Pending |
| 2/3/10 | 12/1/09 - 12/31/09 | $   7,224.00 | $ 84.20 | Pending | Pending |
| 3/31/10 | 1/1/10 - 1/31/10 | $ 2,778.00 | $ 36.85 | Pending | Pending |
| 3/31/10 | 2/1/10 - 2/28/10 | $ 4,449.50 | $12.27 | Pending | Pending |
| 5/17/10 | 3/1/10 – 3/31,2010 | $ 24,367.50 | $11.00 | Pending | Pending |

## B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Pamela D. Marks | Principal; Joined Firm 1997; Member of MD Bar since 1986 | $440.00 | 15.70 | $6,908.00 |
| Karl S. Bourdeau | Principal; Joined Firm 1980; Member of DC Bar since 1978 | $650.00 | 2.20 | $1,430.00 |
| Daniel Brian | Associate; Joined Firm 2008; Member of CA Bar since 2008 | $260.00 | 3.10 | $806.00 |
| Cynthia A. Lewis | Principal; Joined Firm 1978; Member of DC Bar since 1978 | $575.00 | 1.20 | $690.00 |
| Graham St. Michel | Associate; Joined Firm 2008; Member of CA Bar since 2008 | $260.00 | 1.60 | $416.00 |

Total Fees:        $10,250.00
Total Hours:            23.80
Blended Rate:        $431.00

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 23.80 | $10,250.00 |

## EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense |
|---|---|---|
| Duplicating | | $44.40 |
| Postage | | $9.41 |
| Long Distance Telephone | | $6.50 |
| Express Delivery | | $22.66 |

---

[6] These amounts are the sum total from all of the invoices attached hereto.

[7] These amounts are the sum total of the disbursements as shown on all of the invoices attached hereto.

[8] B&D may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period April 1, 2010 through April 30, 2010, an interim allowance be made to Beveridge & Diamond, P.C. for compensation in the amount of $10,250.00 and actual and necessary expenses in the amount of $82.97 for a total allowance of $10,332.97 and payment of $8,200.00 (80% of the allowed fees) and reimbursement of $82.97 (100% of the allowed expenses) be authorized for a total payment of $8,282.97 and for such other and further relief as this Court may deem just and proper.

Dated: June _____22_____, 2010        BEVERIDGE & DIAMOND, P.C.

Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone:  410-230-1315
Facsimile:  410-230-1389
Counsel for Debtors and Debtors in Possession

## VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a)  I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b)  I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c)  I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

_____

Pamela D. Marks

SWORN AND SUBSCRIBED
before me this ____ day of June, 2010.

_____

Notary Public:  Debora R. Melnyk
My Commission Expires:  May 27, 2013

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |
| | ) | |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
APRIL 1, 2010 THROUGH APRIL 30,  2010

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (General Regulatory/Compliance Issues)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

May 27, 2010
Client/Matter #  01246-012100
Invoice # 135593
Federal ID# 52-1247549

---

For Legal Services Rendered Through 04/30/10 in Connection With:

PLEASE REMIT PAYMENT TO :    BEVERIDGE & DIAMOND, P.C.
                             SUITE 700
                             1350 I STREET, N.W.
                             WASHINGTON, D.C. 20005-3311

**General Regulatory/Compliance Issues**

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/02/10 | P. Marks | 0.30 | Records research update. |
| 04/02/10 | D. Brian | 1.30 | Review documents from BAAQMD Public Records Request, correspondence with P. Marks re same. |
| 04/05/10 | P. Marks | 1.10 | Evaluate documents (re Chevron 1997 study) obtained and telephone conference with D. Brian re same; email client re same. |
| 04/05/10 | D. Brian | 1.50 | Prepare correspondence to K. Bryden re BAAQMD public records response; prepare public records request for ARB. |
| 04/06/10 | P. Marks | 0.30 | Email with client and D. Brian re status and approach. |
| 04/06/10 | D. Brian | 0.30 | Correspondence with P. Marks re ARB records request. |

Total Hours :                4.80

Total Fees :              $1,554.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 135593
May 27, 2010
PAGE  2

### Disbursements:

| | |
|---|---|
| Long Distance Telephone | 1.90 |
| Express Delivery | 22.66 |

**Total Disbursements :**                    **$24.56**

### Time Summary:

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 1.70 | $440.00 | $748.00 |
| D. Brian | 3.10 | $260.00 | $806.00 |

**Total Fees :**                    **$1,554.00**

**Total Disbursements :**                    **$24.56**

**TOTAL DUE :**                    **$1,578.56**

# EXHIBIT B

## (Curtis Bay RCRA 2)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn                    May 27, 2010
Attn: Lydia B. Duff, Esq.                   Client/Matter #  01246-013923
7500 Grace Drive                            Invoice # 135595
Columbia, MD  21044                         Federal ID# 52-1247549

---

For Legal Services Rendered Through 04/30/10 in Connection With:

PLEASE REMIT PAYMENT TO :        BEVERIDGE & DIAMOND, P.C.
                                 SUITE 700
                                 1350 I STREET, N.W.
                                 WASHINGTON, D.C. 20005-3311

**Curtis Bay RCRA 2**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 04/05/10 | P. Marks | 1.30 | Evaluate landfill investigation approach and structure of addressing issues with MDE; telephone conference with L. Duff and P. Bucens re same. |
| 04/09/10 | P. Marks | 0.70 | Landfill tasks, including reviewing client emails re MDE and coordinating with B. Errera re NPDES groundwater permit letter. |
| 04/12/10 | P. Marks | 0.50 | Coordinate with client re MDE correspondence completion (NPDES) and MDE meeting planning. |
| 04/14/10 | P. Marks | 0.20 | Address scheduling and evaluation for MDE meeting. |
| 04/26/10 | P. Marks | 0.40 | Review information re NPDES permit and related landfill coverage request, and coordinate re scheduling. |
| 04/27/10 | P. Marks | 1.90 | Prepare for and participate in strategy telephone conference re MDE meeting, and follow-up evaluation. |

| 04/28/10 | P. Marks | 0.80 | Telephone conference with P. Bucens re MDE's science advisory group and preparation for meeting with MDE; emails and evaluation re same. |
| 04/28/10 | P. Marks | 0.80 | Review NPDES draft permit and current NPDES groundwater permit and telephone conference with R. Errera re same. |
| 04/29/10 | P. Marks | 4.20 | Pre-meeting, meeting, and post-meeting evaluation at MDE re landfill-related groundwater impacts investigation. |
| 04/30/10 | P. Marks | 0.30 | Telephone conference with L. Duff and R. Errera re outfall 003 (landfill) and draft NPDES permit. |

Total Hours :              11.10

Total Fees :         $4,884.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  135595
May 27, 2010
PAGE  3

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 11.10 | $440.00 | $4,884.00 |

| | | | |
|---|---|---|---|
| | | **Total Fees :** | $4,884.00 |
| | | **TOTAL DUE :** | $4,884.00 |

# EXHIBIT C

## (Investigation of VC Processing Facilities)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                    May 27, 2010
Attn: Richard Finke                  Client/Matter #  01246-014352
7500 Grace Drive                     Invoice # 135596
Columbia, MD  21044                  Federal ID# 52-1247549

For Legal Services Rendered Through 04/30/10 in Connection With:

**Investigation of VC Processing Facilities**

| | | | |
|---|---|---|---|
| 04/04/10 | K. Bourdeau | 0.20 | Begin review of materials sent by R. Finke re results of Travelers Rest sampling. |
| 04/05/10 | K. Bourdeau | 1.50 | Finalize review of materials from R. Finke re EPA sampling of Travelers Rest facility and risk assessment of results; prepare list of issues to discuss with R. Finke; conference with P. Marks re same. |
| 04/05/10 | P. Marks | 0.70 | Review Traveler's Rest data; coordinate with K. Bourdeau. |
| 04/06/10 | K. Bourdeau | 0.50 | Conference with R. Finke and P. Marks re comments on results of Travelers Rest facility sampling. |
| 04/06/10 | P. Marks | 1.20 | Review and evaluate information; telephone conference with R. Finke and K. Bourdeau re same. |

Total Hours :          4.10

Total Fees :        $2,266.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 135596
May 27, 2010
PAGE  2

**Disbursements:**

Long Distance Telephone                          4.60

                              Total Disbursements :            $4.60

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 2.20 | $650.00 | $1,430.00 |
| P. Marks | 1.90 | $440.00 | $836.00 |

|  |  |
|---|---|
| Total Fees : | $2,266.00 |
| Total Disbursements : | $4.60 |
| TOTAL DUE : | $2,270.60 |

# EXHIBIT D

## (Bankruptcy Fee Application)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

May 27, 2010
Client/Matter #  01246-012629
Invoice # 135594
Federal ID# 52-1247549

---

For Legal Services Rendered Through 04/30/10 in Connection With:

PLEASE REMIT PAYMENT TO :        BEVERIDGE & DIAMOND, P.C.
                                 SUITE 700
                                 1350 I STREET, N.W.
                                 WASHINGTON, D.C. 20005-3311

<u>Bankruptcy Fee Application</u>

| 04/20/10 | P. Marks | 1.00 | Address billing and fee petition issues. |
| --- | --- | --- | --- |

| Total Hours : | 1.00 |
| --- | --- |
| Total Fees : | $440.00 |

BEVERIDGE & DIAMOND, P.C.

**Disbursements:**

| | | |
|---|---|---|
| Postage | 9.41 | |
| Duplicating | 44.40 | |

Total Disbursements :          $53.81

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 1.00 | $440.00 | $440.00 |

Total Fees :          $440.00

Total Disbursements :          $53.81

TOTAL DUE :          $493.81

# EXHIBIT E

## (Arch-1)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co.                                    May 27, 2010
Attn: Lydia Duff, Esq.                               Client/Matter #  01246-014420
Division Counsel                                     Invoice # 135597
7500 Grace Drive                                     Federal ID# 52-1247549
Columbia, MD  21044

---

For Legal Services Rendered Through 04/30/10 in Connection With:

**PLEASE REMIT PAYMENT TO :**        BEVERIDGE & DIAMOND, P.C.
                                     SUITE 700
                                     1350 I STREET, N.W.
                                     WASHINGTON, D.C. 20005-3311

<u>Arch-1</u>

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 04/02/10 | C. Lewis | 0.20 | Correspondence with L. Duff and G. St. Michel re status of EPA review of ARCH-1 inert. |
| 04/02/10 | G. St. Michel | 0.30 | Review notes from last telephone conversation with EPA's K. Grinstead; draft informal emails to C. Lewis updating on status of client's inert approval request. |
| 04/06/10 | C. Lewis | 0.70 | Review file; conference and correspondence with G. St. Michel re status of EPA approval request; correspondence with L. Duff re same. |
| 04/06/10 | G. St. Michel | 1.00 | Review WR Grace's request for approval of nonfood use inert; search for and review email history of communication with EPA and client; conference with C. Lewis re current status and next steps; telephone conversation with PV Shah (IIAB branch chief) and relay conversation to C. Lewis. |
| 04/08/10 | C. Lewis | 0.30 | Conference call with L. Duff, D. Curreri, and G. St. Michel re EPA petition. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  135597
May 27, 2010
PAGE  2


04/08/10      G. St. Michel          0.30      Conference call with client (L. Duff and D.
                                               Curreri) and C. Lewis re status and next steps
                                               of Arch-1 approval project.



                                        Total Hours :              2.80

                                        Total Fees :           $1,106.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  135597
May 27, 2010
PAGE  3

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| C. Lewis | 1.20 | $575.00 | $690.00 |
| G. St. Michel | 1.60 | $260.00 | $416.00 |

**Total Fees :**          $1,106.00

**TOTAL DUE :**          $1,106.00