IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: November 19, 2010 at 4:00 |
| | ) | p.m. |
| | ) | Hearing Date: TBD only if necessary |

**SUMMARY OF APPLICATION OF HOLME ROBERTS & OWEN LLP
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS
SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR
THE INTERIM PERIOD FROM FEBRUARY 1, 2010 THROUGH FEBRUARY 28, 2010**

Name of Applicant:     Holme Roberts & Owen LLP

Authorized to Provide Professional Services to:     W.R. Grace & Co., et al., Debtors and
Debtors-in Possession

Dated of Retention Order:     July 18, 2001, *nunc pro tunc* April 2, 2001.

Period for Which Compensation and Reimbursement is Sought:     February 1, 2010 through February 28, 2010

Amount of Compensation Sought as Actual, Reasonable and Necessary:     $15,848.000 (80% of $19,810.00)

Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: $2,894.47

This is a ___X___ monthly  _____ quarterly  ___X___ interim  _____ final application

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Prior Applications filed:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 11/07/01 | 04/02/01-09/30/01 | $285,970.50 | $47,668.25 | Approved | Approved |
| 12/01/01 | 10/01/01 - 10/31/01 | $113,986.00 | $11,562.02 | Approved | Approved |
| 12/28/01 | 11/01/01 - 11/30/01 | $136,572.00 | $23,863.64 | Approved | Approved |
| 02/11/02 | 12/01/01 - 12/31/01 | $191,787.00 | $41,142.65 | Approved | Approved |
| 03/01/02 | 10/01/01 - 12/31/01 | $442,631.50 | $74,769.32 | Approved | Approved |
| 03/18/02 | 01/01/02 - 01/31/02 | $290,461.00 | $44,278.12 | Approved | Approved |
| 04/06/02 | 02/01/02 - 02/28/02 | $306,124.80 | $54,631.99 | Approved | Approved |
| 05/01/02 | 03/01/02 - 03/31/02 | $340,038.50 | $40,074.40 | Approved | Approved |
| 06/04/02 | 04/01/02 - 04/30/02 | $384,156.00 | $43,551.56 | Approved | Approved |
| 06/05/02 | 01/01/02 - 03/31/02 | $1,015,155.50 | $136,984.52 | Approved | Approved |
| 07/12/02 | 05/01/02 - 05/31/02 | $445,180.40 | $54,453.03 | Approved | Approved |
| 08/14/02 | 06/01/02 - 06/30/02 | $448,780.00 | $60,518.33 | Approved | Approved |
| 08/16/02 | 04/01/02 - 06/30/02 | $1,429,411.50 | $158,522.92 | Approved | Approved |
| 09/11/02 | 07/01/02 - 07/31/02 | $477,335.25 | $22,841.16 | Approved | Approved |
| 10/21/02 | 08/01/02 - 08/31/02 | $846,679.50 | $47,900.46 | Approved | Approved |
| 11/04/02 | 09/01/02 - 09/30/02 | $726,025.00 | $50,880.25 | Approved | Approved |
| 11/08/02 | 07/01/02 - 09/30/02 | $2,050,039.75 | $121,621.87 | Approved | Approved |
| 11/27/02 | 10/01/02 - 10/31/02 | $836,752.50 | $52,601.40 | Approved | Approved |
| 01/02/03 | 11/01/02 - 11/30/02 | $572,956.50 | $23,357.78 | Approved | Approved |

| 02/04/03 | 12/01/02 - 12/31/02 | $592,179.50 | $79,263.22 | Approved | Approved |
|---|---|---|---|---|---|
| 02/12/03 | 10/01/02 - 12/31/02 | $2,002,888.50 | $155,222.40 | Approved | Approved |
| 03/04/03 | 01/01/03 - 01/31/03 | $249,506.00 | $40,504.47 | Approved | Approved |
| 03/27/03 | 02/01/03 - 02/28/03 | $146,673.50 | $5,201.50 | Approved | Approved |
| 04/22/03 | 03/01/03 - 03/31/03 | $123,016.50 | $7,708.61 | Approved | Approved |
| 05/07/03 | 01/01/03 - 03/31/03 | $519,196.00 | $53,414.58 | Approved | Approved |
| 05/30/03 | 04/01/03 - 04/30/03 | $172,134.00 | $18,283.69 | Approved | Approved |
| 06/18/03 | 05/01/03 - 05/31/03 | $22,061.50 | $2,200.41 | Approved | Approved |
| 08/11/03 | 06/01/03 - 06/30/03 | $8,277.50 | $3,147.12 | Approved | Approved |
| 08/11/03 | 04/01/03 - 06/30/03 | $202,473.00 | $23,631.22 | Approved | Approved |
| 09/05/03 | 07/01/03 - 07/31/03 | $36,800.50 | $486.72 | Approved | Approved |
| 10/03/03 | 08/01/03 - 08/31/03 | $30,753.50 | $1,505.46 | Approved | Approved |
| 10/27/03 | 09/01/03 - 09/30/03 | $44,138.00 | $3,187.45 | Approved | Approved |
| 11/17/03 | 07/01/03 - 09/30/03 | $111,692.00 | $5,179.63 | Approved | Approved |
| 12/03/03 | 10/01/03 - 10/31/03 | $5,455.50 | $737.89 | Approved | Approved |
| 01/05/04 | 11/01/03 - 11/30/03 | $3,936.00 | $2,733.39 | Approved | Approved |
| 02/05/04 | 12/01/03 - 12/31/03 | $5,325.60 | $1,707.66 | Approved | Approved |
| 02/11/04 | 10/01/03 - 12/31/03 | $16,048.50 | $5,167.16 | Approved | Approved |
| 03/16/04 | 01/01/04 - 01/31/04 | $40,083.20 | $1,742.96 | Approved | Approved |
| 03/30/04 | 02/01/04 - 02/28/04 | $26,469.00 | $2,945.54 | Approved | Approved |
| 06/08/04 | 03/01/04 - 03/31/04 | $42,028.50 | $3,675.12 | Approved | Approved |

| 06/11/04 | 01/01/04 - 03/31/04 | $118,601.50 | $8,363.62 | Approved | Approved |
|---|---|---|---|---|---|
| 07/02/04 | 04/01/04 - 04/30/04 | $25,963.00 | $252.69 | Approved | Approved |
| 07/23/04 | 05/01/04 - 05/31/04 | $2,392.00 | $1,843.79 | Approved | Approved |
| 09/08/04 | 06/01/04 - 06/30/04 | $7,330.00 | $441.77 | Approved | Approved |
| 10/05/04 | 04/01/04 - 06/30/04 | $35,685.00 | $2,548.25 | Approved | Approved |
| 09/28/04 | 07/01/04 - 07/31/04 | $7,600.50 | $479.86 | Approved | Approved |
| 11/10/04 | 08/01/04 - 08/31/04 | $13,269.50 | $1,294.24 | Approved | Approved |
| 11/18/04 | 09/01/04 - 09/30/04 | $14,180.50 | $240.69 | Approved | Approved |
| 12/07/04 | 07/01/04 - 09/30/04 | $35,050.50 | $2,014.79 | Approved | Approved |
| 01/06/05 | 10/01/04 - 10/31/04 | $6,923.50 | $1,267.04 | Approved | Approved |
| 02/03/05 | 11/01/04 - 11/30/04 | $11,489.50 | $987.17 | Approved | Approved |
| 02/03/05 | 12/01/04 - 12/31/04 | $17,218.50 | $2,064.26 | Approved | Approved |
| 02/17/05 | 10/01/04 - 12/31/04 | $35,631.50 | $4,318.47 | Approved | Approved |
| 03/09/05 | 01/01/05 - 01/31/05 | $26,288.50 | $510.88 | Approved | Approved |
| 04/14/05 | 02/01/05 - 02/28/05 | $11,977.50 | $10,111.49 | Approved | Approved |
| 05/11/05 | 03/01/05 - 03/31/05 | $635.50 | $1,834.12 | Approved | Approved |
| 06/28/05 | 01/01/05 - 03/31/05 | $38,901.50 | $12,456.69 | Approved | Approved |
| 06/28/05 | 04/01/05 - 04/30/05 | $17,442.80 | $542.56 | Approved | Approved |
| 07/21/05 | 05/01/05 - 05/31/05 | $6,842.50 | $670.78 | Approved | Approved |
| 08/02/05 | 06/01/05 - 06/30/05 | $12,805.00 | $2,335.21 | Approved | Approved |
| 08/30/05 | 04/01/05 - 06/30/05 | $41,451.00 | $3,548.55 | Approved | Approved |

| 08/02/05 | 07/01/05 - 07/31/05 | $12,805.00 | $2,335.21 | Approved | Approved |
|----------|---------------------|------------|-----------|----------|----------|
| 09/29/05 | 08/01/05 - 08/31/05 | $9,746.00 | $1,947.84 | Approved | Approved |
| 10/28/05 | 09/01/05 - 09/30/05 | $32,727.50 | $1,089.60 | Approved | Approved |
| 01/03/06 | 07/01/05 - 09/30/05 | $43,662.50 | $3,562.12 | Approved | Approved |
| 11/11/05 | 10/01/05 - 10/31/05 | $186,392.00 | $1,934.14 | Approved | Approved |
| 01/04/06 | 11/01/05 - 11/30/05 | $5,389.50 | $1,741.37 | Approved | Approved |
| 01/30/06 | 12/01/05 - 12/31/05 | $4,543.00 | $1,143.52 | Approved | Approved |
| 03/29/06 | 10/01/05 - 12/31/05 | $196,099.50 | $4,819.03 | Approved | Approved |
| 03/24/06 | 01/01/06 - 01/31/06 | $1,634.00 | $453.32 | Approved | Approved |
| 05/01/06 | 02/01/06 - 02/28/06 | $546.00 | $2,939.85 | Approved | Approved |
| 06/26/06 | 03/01/06 - 03/31/06 | $2,270.00 | $259.96 | Approved | Approved |
| 08/28/06 | 01/01/06 - 03/31/06 | $4,450.00 | $3,653.13 | Approved | Approved |
| 08/30/06 | 04/01/06 - 04/30/06 | $4,339.00 | $3,339.31 | Approved | Approved |
| 10/09/06 | 06/01/06 - 06/30/06 | $6,854.50 | $917.40 | Approved | Approved |
| 10/27/06 | 04/01/06 - 06/30/06 | $11,193.50 | $4,256.71 | Approved | Approved |
| 11/17/06 | 07/01/06 - 07/31/06 | $271.60 | $783.50 | Approved | Approved |
| 03/07/07 | 08/01/06 - 08/31/06 | $6,532.40 | $1,411.98 | Approved | Approved |
| 03/08/07 | 09/01/06 - 09/30/06 | $1,549.00 | $629.76 | Approved | Approved |
| 03/12/07 | 07/01/06 - 09/30/06 | $9,986.50 | $2,825.24 | Approved | Approved |
| 05/03/07 | 10/01/06 - 10/31/06 | $1,472.00 | $1,783.27 | Approved | Approved |

| | | | | | |
|---|---|---|---|---|---|
| 05/04/07 | 11/01/06 - 11/30/06 | $2,433.00 | $1,121.66 | Approved | Approved |
| 05/08/07 | 12/01/06 - 12/31/06 | $195.00 | $219.35 | Approved | Approved |
| 05/22/07 | 10/01/06 - 12/31/06 | $4,100.00 | $3,124.28 | Approved | Approved |
| 07/25/07 | 01/01/07 - 01/31/07 | $1,627.50 | $2,818.68 | Approved | Approved |
| 08/03/07 | 02/01/07 - 02/28/07 | $586.00 | $172.44 | Approved | Approved |
| 08/27/07 | 03/01/07 - 03/31/07 | $1,064.00 | $694.68 | Approved | Approved |
| 08/28/07 | 01/01/07 - 03/31/07 | $3,277.50 | $3,685.80 | Approved | Approved |
| 10/29/07 | 04/01/07 - 04/30/07 | $103.80 | $212.54 | Approved | Approved |
| 10/30/07 | 05/01/07 - 05/31/07 | $936.00 | $1,572.99 | Approved | Approved |
| 11/02/07 | 06/01/07 - 06/30/07 | $0.00 | $2,637.82 | Approved | Approved |
| 11/12/07 | 04/01/07 - 06/30/07 | $1,039.50 | $5,462.85 | Approved | Approved |
| 03/10/08 | 07/01/07 - 07/31/07 | $1,255.50 | $1,316.46 | Approved | Approved |
| 03/11/08 | 08/01/07 - 08/31/07 | $860.00 | $322.27 | Approved | Approved |
| 03/12/08 | 09/01/07 - 09/30/07 | $1,050.00 | $1,132.63 | Approved | Approved |
| 03/20/08 | 07/01/07 - 09/30/07 | $3,165.50 | $2,771.36 | Approved | Approved |
| 07/14/08 | 10/01/07 - 10/31/07 | $500.00 | $741.00 | Approved | Approved |
| 07/16/08 | 11/01/07 - 11/30/07 | $576.00 | $1,015.36 | Approved | Approved |
| 07/18/08 | 12/01/07 - 12/31/07 | $240.00 | $1,455.08 | Approved | Approved |
| 08/08/08 | 10/01/07 - 12/31/07 | $1,316.00 | $3,212.39 | Approved | Approved |
| 10/20/08 | 01/01/08 - 01/31/08 | $160.00 | $690.37 | Approved | Approved |

| 10/20/08 | 02/01/08 - 02/29/08 | $120.00 | $0.00 | Approved | Approved |
|---|---|---|---|---|---|
| 10/21/08 | 03/01/08 - 03/31/08 | $1,092.50 | $219.47 | Approved | Approved |
| 10/27/08 | 01/01/08 - 03/31/08 | $1,372.50 | $909.84 | Approved | Approved |
| 11/17/08 | 04/01/08 - 04/30/08 | $0.00 | $2,556.49 | Approved | Approved |
| 11/20/08 | 05/01/08 - 05/31/08 | $982.50 | $771.61 | Approved | Approved |
| 12/16/08 | 06/01/08 - 06/30/08 | $155.00 | $222.51 | Approved | Approved |
| 12/22/08 | 04/01/08 - 06/30/08 | $1,137.50 | $3,550.61 | Approved | Approved |
| 01/15/09 | 07/01/08 - 07/31/08 | $7,181.00 | $255.36 | Approved | Approved |
| 01/16/09 | 08/01/08 - 08/31/08 | $512.50 | $1,080.96 | Approved | Approved |
| 01/21/09 | 09/01/08 - 09/30/08 | $4,127.50 | $5,320.09 | Approved | Approved |
| 02/03/09 | 07/01/08 - 09/30/08 | $11,821.00 | $6,656.41 | Approved | Approved |
| 10/01/09 | 10/01/08 - 10/31/08 | $1,521.50 | $1,966.21 | Approved | Approved |
| 10/02/09 | 11/01/08 - 11/30/08 | $430.50 | $1,053.58 | Approved | Approved |
| 10/02/09 | 12/01/08 - 12/31/08 | $427.50 | $1,665.75 | Approved | Approved |
| 10/14/09 | 10/01/08 - 12/31/08 | $2,379.50 | $4,685.54 | Approved | Approved |
| 12/16/09 | 01/01/09 - 01/31/09 | $938.00 | $244.88 | Approved | Approved |
| 12/17/09 | 02/01/09 - 02/28/09 | $0.00 | $1,378.96 | Approved | Approved |
| 12/18/09 | 03/01/09 - 03/31/09 | $0.00 | $1,302.89 | Approved | Approved |
| 01/11/10 | 01/01/09 - 03/31/09 | $938.00 | $2,926.73 | Approved | Approved |
| 01/28/10 | 04/01/09 - 04/30/09 | $0.00 | $646.72 | Approved | Approved |

| 01/29/10 | 05/01/09 - 05/31/09 | $186.00 | $504.63 | Approved | Approved |
|---|---|---|---|---|---|
| 02/03/10 | 06/01/09 - 06/30/09 | $2,470.00 | $256.69 | Approved | Approved |
| 03/09/10 | 04/01/09 - 06/30/09 | $2,656.00 | $1,408.04 | Approved | Approved |
| 05/17/10 | 07/01/09 - 07/31/09 | $78.00 | $256.69 | Approved | Approved |
| 05/21/10 | 08/01/09 - 08/31/09 | $0.00 | $292.90 | Approved | Approved |
| 06/15/10 | 09/01/09 - 09/30/09 | $840.50 | $256.69 | Approved | Approved |
| 06/25/09 | 07/01/09 - 09/30/09 | $918.50 | $806.28 | Approved | Approved |
| 09/10/10 | 10/01/09 - 10/31/09 | $3,407.50 | $16.25 | Pending | Pending |
| 09/13/10 | 11/01/09 - 11/30/09 | $2,847.00 | $70.68 | Pending | Pending |
| 09/15/10 | 12/01/09 - 12/31/09 | $20,503.00 | $1,406.98 | Pending | Pending |
| 10/06/10 | 10/01/09 - 12/31/09 | $26,757.50 | $1,493.91 | Pending | Pending |
| 10/15/10 | 01/01/10 - 01/31/10 | $31,795.50 | $0.00 | Pending | Pending |

The HRO attorneys who rendered professionals services in these cases during the Fee Period are:

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Eric E. Johnson | Partner | Bankruptcy | $440.00 | 0.6 | $264.00 |
| Katheryn Coggon | Sp. Counsel | Environmental | $390.00 | 29.1 | $11,349.00 |
| Christopher Cloclasure | Associate | Environmental | $280.00 | 13.3 | $3,724.00 |
| TOTAL | | | | 43.00 | $15,337.00 |

The HRO paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Joan Sherman | Paralegal | Environmental | $195.00 | 4.7 | $916.50 |
| Susan Haag | Paralegal | Bankruptcy | $185.00 | 4.4 | $814.00 |
| Mary Beth Floyd | Info. Spec. | Environmental | $165.00 | 11.8 | $1,947.00 |
| William Payne | Prac. Support | Environmental | $185.00 | 4.3 | $795.50 |
| **TOTAL** | | | | **25.2** | **$4,473.00** |

Summary of expenses incurred on behalf of the Debtors in these cases during the Fee Period:

| Description | February |
|---|---|
| Photocopies | $0.00 |
| Federal Express | $63.92 |
| Outside Reproduction | $0.00 |
| Lexis | $0.00 |
| Consulting Fee | $0.00 |
| Professional Services | $2,057.27 |
| Other Expenses | $773.28 |
| Outside Courier | $0.00 |
| | |
| **TOTALS** | **$2,894.47** |

Dated: October 22, 2010.

HOLME ROBERTS & OWEN LLP

By: _____
Eric E. Johnson, Esq. (Colo. #019364)
1700 Lincoln Street, Suite 4100

Denver, Colorado 80203
(303) 861-7000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: November 19, 2010 at 4:00 |
| | ) | p.m.  Hearing Date: TBD only if necessary |
| | ) | |

**FEE DETAIL FOR HOLME ROBERTS & OWEN LLP'S MONTHLY FEE
APPLICATION FOR THE PERIOD OF FEBRUARY 1, 2010 THROUGH
FEBRUARY 28, 2010**

---

[1] The Debtors consist of the following 62 entities:  W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Expenses

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Lexis | $ - |
| Travel Expense | $ - |
| Document Production | $ - |
| Federal Express | $ - |
| Research Service | $ - |
| Tab Stock | $ - |
| Other Expenses | $ 773.28 |
| Outside Reproduction | $ - |
| **Total** | $ 773.28 |

Holme Roberts & Owen LLP

March 8, 2010

W.R. Grace & Co.

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 868412 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 01/31/10 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: BJS3257; DATE: 1/31/2010 - Monthly Storage Fees | $ | 256.69 |
| | | **Total Disbursements:** | $ | **256.69** |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 256.69 |
| **Total Disbursements:** | $ | **256.69** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |
| | | *Outstanding Balance on Invoice 661254:* | *$ 219.96* |
| 684108 | 11/01/04 | Bill | 12,357.10 |
| | 01/04/05 | Cash Receipt | -9,653.46 |
| | 04/22/05 | Cash Receipt | -2,432.16 |
| | | *Outstanding Balance on Invoice 684108:* | *$ 271.48* |
| 846965 | 06/23/09 | Bill | 504.63 |
| | | *Outstanding Balance on Invoice 846965:* | *$ 504.63* |
| 848245 | 07/14/09 | Bill | 1,719.19 |

Holme Roberts & Owen LLP

February 22, 2010

W.R. Grace & Co.

| | |
|---|---|
| Page | 4 |
| Invoice No.: | 867546 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 12/31/09 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: BEY9476; DATE: 12/31/2009  -  Monthly Storage | $ | 256.69 |
| 01/07/10 | | Other Expense: VENDOR: IRON MOUNTAIN; INVOICE#: ATF9592; Monthly Storage | | 259.90 |
| | | **Total Disbursements:** | $ | **516.59** |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 516.59 |
| **Total Disbursements:** | $ | **516.59** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |
| | *Outstanding Balance on Invoice 661254:* | | *$   219.96* |
| 684108 | 11/01/04 | Bill | 12,357.10 |
| | 01/04/05 | Cash Receipt | -9,653.46 |
| | 04/22/05 | Cash Receipt | -2,432.16 |
| | *Outstanding Balance on Invoice 684108:* | | *$   271.48* |
| 833767 | 02/12/09 | Bill | 244.88 |
| | 02/05/10 | Cash Receipt | -244.88 |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | February | Total Comp |
|------|----------|-------------|----------|------------|
| Johnson, Eric | Partner | $ 440.00 | 0.6 | $264.00 |
| Haag, Susan | Paralegal | $ 185.00 | 4.4 | $814.00 |
| | | | | |
| Total | | | 5.00 | $ 1,078.00 |

Expenses

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL | |
|---|---|---|
| Photocopies | $ | - |
| Facsimiles | $ | - |
| Long Distance Telephone | $ | - |
| Federal Express | $ | - |
| Outside Courier | $ | - |
| Lexis | $ | - |
| Consulting Fee | $ | - |
| Postage | $ | - |
| Research Services | $ | - |
| Professional Services | $ | 2,057.27 |
| **Total** | **$** | **2,057.27** |

Holme Roberts & Owen LLP

March 8, 2010

W.R. Grace & Co.

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 868412 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 01/20/10 | | Consulting Fee: VENDOR: Morris James LLP; INVOICE#: 335952; DATE: 1/20/2010  -  Professional Services through December 31, 2009 | $ | 691.08 |
| 02/15/10 | | Consulting Fee: VENDOR: Morris James LLP; INVOICE#: 336930; DATE: 2/15/2010  -  Professional Services | | 1,366.19 |
| | | **Total Disbursements:** | $ | **2,057.27** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 2,057.27 |
| **Total Disbursements:** | $ | **2,057.27** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | 10/19/04 | Cash Receipt | -92.89 |
| | *Outstanding Balance on Invoice 658429:* | | *$    16.41* |
| 661254 | 03/15/04 | Bill | 2,580.71 |
| | 05/24/04 | Cash Receipt | -2,131.18 |
| | 10/19/04 | Cash Receipt | -382.44 |
| | *Outstanding Balance on Invoice 661254:* | | *$    67.09* |
| 679369 | 09/24/04 | Bill | 1,618.52 |
| | 01/04/05 | Cash Receipt | -1,526.52 |
| | 04/22/05 | Cash Receipt | -89.34 |

Holme Roberts & Owen LLP

February 22, 2010

W.R. Grace & Co.

| | |
|---|---|
| Page | 8 |
| Invoice No.: | 867546 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 01/07/10 | SH | Finalize 32nd interim fee application. | 1.70 | $ 314.50 |
| 01/08/10 | EEJ | Review, revise and edit quarterly fee application and conference with SHaag re same. | 0.30 | 132.00 |
| 01/08/10 | SH | Revise 32nd interim fee application and send to local counsel for filing. | 0.50 | 92.50 |
| 01/27/10 | EEJ | Review, revise and sign three monthly fee statements for filing in bankruptcy case. | 0.30 | 132.00 |
| 01/27/10 | SH | Draft monthly fee applications for April (0.6), May (0.6) and June (0.6), 2009. | 1.80 | 333.00 |
| 01/28/10 | SH | Revise June, 2009 fee application. | 0.40 | 74.00 |

**Total Fees Through January 31, 2010:** 5.00 $ 1,078.00

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|----------|------|------|------|-------|-------|
| EEJ | Eric E. Johnson | Partner | $440.00 | 0.60 | $ 264.00 |
| SH | Susan Haag | Paralegal | 185.00 | 4.40 | 814.00 |

**Total Fees:** 5.00 $ 1,078.00

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---------|------|-------------|--------|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | 10/19/04 | Cash Receipt | -92.89 |

**Matter 00450 - EPA Request for Information re: California Plants**

| Name | Position | Hourly Rate | | February | Total Comp | |
|------|----------|------|------|------|------|------|
| Coggon, Katheryn | Special Counsel | $ | 390.00 | 29.1 | $ | 11,349.00 |
| Cloclasure, Christopher | Associate | $ | 280.00 | 13.3 | $ | 3,724.00 |
| Sherman, Joan | Paralegal | $ | 195.00 | 4.7 | $ | 916.50 |
| Floyd, Mary Beth | Info. Specialist | $ | 165.00 | 11.8 | $ | 1,947.00 |
| Payne, William | Practice Support | $ | 185.00 | 4.3 | $ | 795.50 |
| | | | | | | |
| Total | | | | 63.20 | $ | 18,732.00 |

Expenses

**Matter 00450 - EPA Request for Information re: California Plants**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ - |
| Facsimile | $ - |
| Long Distance Telephone | $ - |
| Federal Express | $ 63.92 |
| Outside Courier | $ - |
| Lexis | $ - |
| Travel Expense | $ - |
| Meal Expenses | $ - |
| Color Photocopies | $ - |
| Tab Stock | $ - |
| Velo Binding | $ - |
| **Total** | **$ 63.92** |

Holme Roberts & Owen LLP

March 8, 2010

W.R. Grace & Co.

| | |
|---|---|
| Page | 14 |
| Invoice No.: | 868412 |
| Client No.: | 04339 |
| Matter No.: | 00450 |

**Regarding: EPA Request for Information re California Plants**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/01/10 | KJC | Review and revise answer to 104(e). | 2.20 | $      858.00 |
| 02/01/10 | JLS | Review potentially responsive documents to EPA request. | 0.50 | 97.50 |
| 02/01/10 | MBF | Draft responses to 104(e) request re Los Angeles, Gage Avenue. | 3.50 | 577.50 |
| 02/02/10 | KJC | Telephone conference with B. O'Connell re 104(e) response (.30); review and revise 104(e) response (1.50). | 1.80 | 702.00 |
| 02/02/10 | CLC | Research re FOIA and CERCLA 104(e). | 3.20 | 896.00 |
| 02/02/10 | MBF | Draft responses to 104(e) requests for San Leandro and Los Angeles Gage Avenue. | 3.20 | 528.00 |
| 02/03/10 | KJC | Draft and revise response to 104(e). | 1.50 | 585.00 |
| 02/03/10 | CLC | Review documents for 104(e). | 1.50 | 420.00 |
| 02/03/10 | JLS | Review potentially responsive documents to EPA request. | 2.10 | 409.50 |
| 02/04/10 | KJC | Review documents and incorporate into response to 104(e). | 3.20 | 1,248.00 |
| 02/04/10 | MBF | Review documents related to answering 104(e) request for Los Angeles Gage site. | 1.00 | 165.00 |
| 02/05/10 | KJC | Review and revise response to 104(e). | 5.50 | 2,145.00 |
| 02/05/10 | MBF | Revise and update responses to 104(e) requests for San Leandro and Los Angeles Gage Avenue. | 1.50 | 247.50 |
| 02/08/10 | KJC | Review and revise 104(e) response. | 2.00 | 780.00 |
| 02/08/10 | CLC | Review documents for 104(e). | 5.50 | 1,540.00 |
| 02/09/10 | KJC | Revise 104(e) responses. | 2.70 | 1,053.00 |
| 02/09/10 | CLC | Review documents for 104(e). | 1.80 | 504.00 |
| 02/09/10 | MBF | Review documents for responses to 104(e) requests. | 1.00 | 165.00 |
| 02/10/10 | KJC | Review and revise 104(e) response. | 2.70 | 1,053.00 |
| 02/11/10 | KJC | Finalize 104(e) response including documents to produce. | 3.50 | 1,365.00 |

Holme Roberts & Owen LLP

March 8, 2010

W.R. Grace & Co.

Page          15
Invoice No.:  868412
Client  No.:  04339
Matter  No.:  00450

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/11/10 | CLC | Review documents for 104(e). | 1.30 | 364.00 |
| 02/11/10 | JLS | Prepare documents responsive to EPA request for production. | 2.10 | 409.50 |
| 02/11/10 | WEP | Export documents for production and burn to disk. | 3.50 | 647.50 |
| 02/11/10 | MBF | Ready documents for production in response to 104(e) request. | 1.10 | 181.50 |
| 02/12/10 | KJC | Finalize and send response to 104(e). | 4.00 | 1,560.00 |
| 02/12/10 | WEP | Export documents for production and burn to disk. | 0.80 | 148.00 |
| 02/12/10 | MBF | Review documents to be sent to EPA in response to 104(e) request to ensure document set is complete. | 0.50 | 82.50 |

**Total Fees Through February 28, 2010:**   63.20   $   18,732.00

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|----------|------|------|------|-------|-------|
| KJC | Katheryn J. Coggon | Special Counsel | $390.00 | 29.10 $ | 11,349.00 |
| CLC | Christopher L. Colclasure | Associate | 280.00 | 13.30 | 3,724.00 |
| JLS | Joan L. Sherman | Paralegal | 195.00 | 4.70 | 916.50 |
| WEP | William E. Payne | Practice Support | 185.00 | 4.30 | 795.50 |
| MBF | Mary Beth Floyd | Information Specialist | 165.00 | 11.80 | 1,947.00 |

**Total Fees:**   63.20   $   18,732.00

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 02/05/10 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 949714640 DATE: 2/10/2010 |Tracking #: 792818460191 Shipment Date: 20100205 Ship to: Brian E  O Connell, W R  Grace & Co    Conn, 62 Whittemore Ave, CAMBRIDGE, MA 02140 | $ | 39.22 |

Holme Roberts & Owen LLP

March 8, 2010

W.R. Grace & Co.

| | |
|---|---|
| Page | 16 |
| Invoice No.: | 868412 |
| Client No.: | 04339 |
| Matter No.: | 00450 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 02/12/10 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 950504604 DATE: 2/17/2010 \|Tracking #: 791256537779 Shipment Date: 20100212 Ship to: Craig Whitenack, U S  Environmental Protection, 600 Wilshire Blvd Ste 1420, LOS ANGELES, CA 90017 | 11.92 |
| 02/12/10 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 950504604 DATE: 2/17/2010 \|Tracking #: 799510181381 Shipment Date: 20100212 Ship to: Brian O Connell, W R  Grace & Company, 62 Whittemore Ave, CAMBRIDGE, MA 02140 | 12.78 |
| | | **Total Disbursements:** $ | **63.92** |

### Disbursement Summary

| | | |
|---|---|---|
| Federal Express | $ | 63.92 |
| **Total Disbursements:** | $ | **63.92** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---------|------|-------------|--------|
| 863310 | 01/06/10 | Bill | 20,038.00 |
| | *Outstanding Balance on Invoice 863310:* | | *$ 20,038.00* |
| 865911 | 02/04/10 | Bill | 31,795.50 |
| | *Outstanding Balance on Invoice 865911:* | | *$ 31,795.50* |
| | **Total Outstanding Invoices:** | | **$ 51,833.50** |

| | | |
|---|---|---|
| **Trust Applied to Matter** | $ | **0.00** |
| **Current Fees and Disbursements** | $ | **18,795.92** |
| **Total Balance Due This Matter** | $ | **70,629.42** |