# **<u>EXHIBIT A</u>**

# EXHIBIT A

## W. R. Grace & Co., et al.,
District of Delaware, Bankruptcy Case No. 01-1139
Report on Settlements of Certain Claims and Causes of Action
July 1, 2010, through September 30, 2010

### Settlements Greater than $50,000, But Less Than $1,000,000

| Date | Dkt | Notice of Settlement |
|---|---|---|
| 08/18/2010 | 25241 | Notice of Settlement /Claims Settlement Notice (Claims No. 512) Filed by W.R. Grace & Co., et al. |
| 9/20/2010 | 25432 | Notice of Settlement (Claim No. 1926) Filed by W.R. Grace & Co., et al. |

### Settlements Less Than $50,000

| Date | Claim | Settlement |
|---|---|---|
| -- | -- | [none] |

DOCS_DE:164798.1