# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP

# INVOICES FOR THE TIME PERIOD

# SEPTEMBER 1-30, 2010



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

October 11, 2010
Client No. 17367
Invoice No. 1272274

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through September 30, 2010 in connection with the matters described on the attached pages: | $ | 114,988.00 |
| DISBURSEMENTS as per attached pages: | | 1,017.07 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount): | $ | 116,005.07 |

Matter(s): 17367/11, 12, 13, 2, 7, 8

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$497,902.77
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| REMITTANCE ADDRESS: | ELECTRONIC FUNDS TRANSFERS: | ELECTRONIC FUNDS TRANSFERS: |
|---|---|---|
| Orrick, Herrington & Sutcliffe LLP
4253 Collections Center Drive
Chicago, IL 60693
Reference: 17367/ Invoice: 1272274
E.I.N. 94-2952627
Overnight deliveries: (312) 974-1642 | *Wire Transfers Only:*
ABA Number 0260-0959-3
Bank of America
100 West 33rd Street, NY, NY 10001
Account of
Orrick, Herrington & Sutcliffe LLP
Account Number: 1499410382
Reference: 17367/ Invoice: 1272274
E.I.N. 94-2952627 | *ACH Transfers Only:*
ABA Number 121-000358
Bank of America
San Francisco Main Branch
Account of
Orrick, Herrington & Sutcliffe LLP
Account Number: 1499410382
Reference: 17367/ Invoice: 1272274
E.I.N. 94-2952627 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 2

October 11, 2010  
Invoice No. 1272274

For Legal Services Rendered Through September 30, 2010 in Connection With:

**Matter: 7 - Insurance Matters**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 09/01/10 | P. Mahaley | Draft insurance settlement agreements. | 2.30 |
| 09/02/10 | P. Mahaley | Draft insurance settlement agreements. | 6.60 |
| 09/03/10 | P. Mahaley | Draft insurance settlement agreements. | 2.50 |
| 09/07/10 | P. Mahaley | Confer with R. Wyron, R. Frankel and counsel for insurer re settlement terms (3.1); draft revisions to insurance settlement agreement (2.0). | 5.10 |
| 09/08/10 | P. Mahaley | Revise documentation related to insurance settlement agreement. | 0.40 |
| 09/09/10 | P. Mahaley | Draft insurance settlement agreement. | 2.70 |
| 09/15/10 | P. Mahaley | Confer with R. Wyron re proposed changes to insurance settlement agreement. | 0.60 |
| 09/16/10 | P. Mahaley | Analyze proposed changes to insurance settlement agreements. | 2.40 |
| 09/17/10 | P. Mahaley | Telephone conference with counsel for insurer and R. Horkovich re settlement terms (.5); conference with R. Wyron re proposed changes to insurance settlement terms (.7); draft insurance settlement agreements (3.8). | 5.00 |
| 09/21/10 | P. Mahaley | Draft insurance settlement agreements. | 6.70 |
| 09/22/10 | P. Mahaley | Confer with counsel for other Plan Proponents re proposed changes to insurance settlement agreement. | 0.40 |
| 09/23/10 | P. Mahaley | Finalize insurance settlement agreement. | 1.00 |
| 09/27/10 | P. Mahaley | Draft insurance settlement agreements and related documents. | 3.20 |
| 09/28/10 | P. Mahaley | Analyze proposed changes to insurance settlement agreements and related papers. | 2.40 |
| 09/29/10 | P. Mahaley | Office conferences with R. Wyron re proposed changes to insurance settlement agreement (2.8); draft insurance settlement agreements (6.2). | 9.00 |
| 09/30/10 | P. Mahaley | Draft insurance settlement agreements and related motion papers. | 2.80 |

|  |  |
|---|---|
| Total Hours | 53.10 |
| Total For Services | $34,515.00 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 3

October 11, 2010
Invoice No. 1272274

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Peri N. Mahaley | 53.10 | 650.00 | 34,515.00 |
| Total All Timekeepers | 53.10 | $650.00 | $34,515.00 |

Disbursements
    Document Reproduction     3.60
    Telephone     3.24
    Travel Expense, Air Fare     641.40
    Total Disbursements     $648.24

**Total For This Matter**     **$35,163.24**


# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 4

October 11, 2010
Invoice No. 1272274

For Legal Services Rendered Through September 30, 2010 in Connection With:

**Matter: 8 - Litigation**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 09/01/10 | R. Frankel | Review orders approving insurance settlements. | 0.40 |
| 09/01/10 | R. Frankel | Review with P. Mahaley issues re insurance settlements (.3); review draft settlement agreement (.4). | 0.70 |
| 09/03/10 | R. Frankel | Review agenda for omnibus hearing on September 13. | 0.30 |
| 09/06/10 | R. Wyron | Review draft settlement agreement with insurer and organize negotiation topic list for 9/7 meeting. | 1.10 |
| 09/06/10 | R. Frankel | Review revised draft settlement agreement from P. Mahaley, open issues. | 1.10 |
| 09/07/10 | R. Wyron | Work on insurance settlement issues (.8); confer with P. Mahaley re issues and follow-up (.9); meet with insurer counsel and follow-up (1.3); review revised draft with P. Mahaley (.6); draft issues memo to ACC and follow-up (.7); review additional insurance settlements (.9); call with T. Freedman (.3). | 5.50 |
| 09/07/10 | R. Frankel | Review memo of open issues in preparation for meeting with insurer's counsel. | 0.80 |
| 09/07/10 | R. Frankel | Confer with insurer's counsel, P. Mahaley and R. Wyron re settlement issues. | 1.60 |
| 09/07/10 | R. Frankel | Review, edit e-mail to ACC counsel re open insurance settlement issues; review series of e-mails. | 0.60 |
| 09/08/10 | D. Fullem | Review Quigley decision. | 0.20 |
| 09/09/10 | D. Fullem | Follow-up on Pfizer bankruptcy decision with R. Frankel. | 0.20 |
| 09/09/10 | D. Fullem | Review CourtCall confirmation reports for September 13 hearing and circulate e-mail regarding corrected time of hearing. | 0.20 |
| 09/09/10 | R. Frankel | Review draft settlement agreement from P. Mahaley. | 0.80 |
| 09/09/10 | R. Frankel | Series of e-mails with T. Freedman re omnibus hearing. | 0.40 |
| 09/09/10 | R. Frankel | Review series of e-mails from R. Wyron, R. Horkovich re open issues, ACC position re insurance settlement. | 0.70 |
| 09/10/10 | D. Felder | Review materials regarding Synthetech (1.0); telephone conference with Debtors regarding same (.5); follow-up correspondence with J. Radecki (.2); review docket regarding recently filed pleadings (1.5). | 3.20 |
| 09/10/10 | R. Wyron | Review e-mails re draft insurance settlement agreement and respond (.4); organize notes for open issues discussion (.3); confer with R. Frankel re strategy and open issues, and follow-up (.4). | 1.10 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 5

October 11, 2010
Invoice No. 1272274

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/10/10 | R. Frankel | Confer with R. Wyron re open insurance settlement issues. | 0.30 |
| 09/10/10 | R. Frankel | Review draft settlement agreement sent to insurer counsel (.9); consider open deal issues (.4). | 1.30 |
| 09/10/10 | R. Frankel | Telephone conference with D. Austern re status (.2); notes re same (.1). | 0.30 |
| 09/12/10 | R. Wyron | Review comments to insurance settlement and organize notes re same. | 1.10 |
| 09/13/10 | S. Cruzado | Review recently filed documents. | 1.00 |
| 09/13/10 | D. Felder | Review amended agenda (.1); telephonic participation in omnibus hearing (.2). | 0.30 |
| 09/13/10 | R. Wyron | Attend telephonic omnibus hearing (.2); review comments and revisions to insurance settlement agreement (.9). | 1.10 |
| 09/13/10 | R. Frankel | Read Quigley decision by Judge Bernstein. | 1.20 |
| 09/14/10 | D. Felder | E-mail correspondence regarding Synthetech. | 0.10 |
| 09/14/10 | R. Wyron | Review e-mails on proposed transaction and follow-up. | 0.60 |
| 09/14/10 | R. Frankel | Review pleadings, acquisition agreement with Synthetech (2.2); telephone conference with J. Radecki re same (.3). | 2.50 |
| 09/15/10 | D. Felder | Review Debtors' application to employ Seale and related documents (.5); e-mail correspondence with R. Wyron and J. Baer regarding same (.2). | 0.70 |
| 09/15/10 | R. Wyron | Review Synthetech acquisition motion and related analyses (.9); follow-up with D. Felder and e-mails re same (.3); confer with P. Mahaley re pending insurance settlements and follow-up (.6); draft settlement agreement language on major open issues (1.7). | 3.50 |
| 09/15/10 | R. Frankel | Telephone conference with J. Radecki re Grace acquisition (.3); series of e-mails re same (.2); consider response to motion (.3). | 0.80 |
| 09/15/10 | R. Frankel | Confer with R. Wyron re insurance settlement open issues (.5); review e-mails re issues (.3). | 0.80 |
| 09/16/10 | R. Wyron | Continue work on key open business issues on insurance settlement agreement (1.6); confer with R. Frankel re status (.2); confer with P. Mahaley and follow-up (.5); review e-mail from M. Shelnitz re Libby study, and follow-up (.3). | 2.60 |
| 09/16/10 | R. Frankel | Confer with R. Wyron re status (.3); teleconference with insurer's counsel re open issues (.4); teleconference with R. Wyron re same (.2). | 0.90 |
| 09/16/10 | R. Frankel | Review series of inserts from R. Wyron and P. Mahaley re open issues in settlement agreement. | 0.90 |
| 09/16/10 | R. Frankel | Review e-mail and attachment from M. Shelnitz re Libby medical article (.4); series of e-mails re same (.3). | 0.70 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -  October 11, 2010
17367                                                                  Invoice No. 1272274
page 6

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 09/17/10 | D. Felder | Telephone conference with J. Radecki regarding Synthetech acquisition (.1); follow-up regarding same (.3). | 0.40 |
| 09/17/10 | R. Wyron | Continue work on insurance settlement agreement (1.6); confer with P. Mahaley on second settlement agreement and follow-up (.5); call to insurer counsel (.2). | 2.30 |
| 09/20/10 | R. Wyron | Continue work on insurance settlement draft (1.9); call to insurer counsel re open issues and follow-up (.6); confer with R. Frankel on strategy and follow-up (.4); review open settlement issues (.4). | 3.30 |
| 09/20/10 | R. Frankel | Review open issues re insurance settlement (.5); confer with R. Wyron re status of same (.2). | 0.70 |
| 09/20/10 | R. Frankel | Review preliminary draft of settlement agreement from R. Wyron. | 0.70 |
| 09/21/10 | R. Wyron | Continue work on revisions to settlement agreement (.4); confer with P. Mahaley several times regarding changes to agreement and follow-up (.6); review revised draft and provide comments (.9). | 1.90 |
| 09/21/10 | R. Frankel | Preliminary review of revised insurance settlement agreement and e-mails re same. | 0.60 |
| 09/22/10 | R. Wyron | Review issues on insurance settlement (.2); call with insurance counsel re issues and follow-up (1.1); analyze potential settlement issues and solutions (.6); review Thorpe decision for relevant issues (.4). | 2.30 |
| 09/22/10 | R. Frankel | Confer with R. Wyron re insurance settlement issues, teleconference with insurer's counsel (.5); prepare notes re same (.2). | 0.70 |
| 09/22/10 | R. Frankel | Review revised draft settlement agreement sent to counsel for insurer. | 1.40 |
| 09/23/10 | D. Felder | Telephone conference with J. Radecki regarding Synthetech acquisition (.1); e-mail correspondence with R. Frankel and R. Wyron regarding same (.1); follow-up regarding same (.4); review memorandum from J. Radecki regarding same (.4). | 1.00 |
| 09/23/10 | R. Wyron | Review analysis of proposed acquisition and e-mails re same (.8); work on insurance settlement issues (.8); review information from M. Shelnitz and follow-up (.3). | 1.90 |
| 09/23/10 | R. Frankel | Review Thorpe opinion from USDC-CA (.5); notes re same (.1). | 0.60 |
| 09/23/10 | R. Frankel | Review spreadsheets of insurance deal from R. Wyron (.4); confer with R. Wyron re same (.3). | 0.70 |
| 09/23/10 | R. Frankel | Review e-mails re Libby. | 0.40 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 7

October 11, 2010  
Invoice No. 1272274

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 09/23/10 | R. Frankel | Review memo from Lincoln re Project Synthetech (.5); teleconference with J. Radecki re same (.3); series of e-mails re FCR position (.4). | 1.20 |
| 09/23/10 | R. Frankel | Confer with R. Wyron re insurance settlement motion and order. | 0.30 |
| 09/24/10 | R. Wyron | Follow-up on questions re proposed acquisition, and e-mails re same. | 0.20 |
| 09/24/10 | R. Frankel | Confer with R. Wyron re response to sale motion. | 0.40 |
| 09/27/10 | D. Felder | Review issues regarding Synthetech acquisition (.5); telephone conference with R. Higgins regarding same (.2). | 0.70 |
| 09/27/10 | R. Wyron | Confer with P. Mahaley re insurance status and follow-up (.3); respond to e-mails re same (.2); confer with D. Felder and R. Frankel re acquisition motion (.3); review Grace comments on insurance agreement and follow-up (.4). | 1.20 |
| 09/27/10 | R. Frankel | Confer with R. Wyron re sale objection, insurer settlement status, October 18 hearing (.3); telephone conference with D. Austern re sale issues (.2). | 0.50 |
| 09/27/10 | R. Frankel | Review L. Esayian e-mail, attachments re insurance settlement agreement. | 0.80 |
| 09/28/10 | R. Wyron | Call with T. Freedman re acquisition issue and follow-up e-mail re same (.6); review comments on latest mark up of insurance settlement agreement and follow-up e-mail re issues (2.3); revise section for draft approval motion (.6). | 3.50 |
| 09/28/10 | R. Frankel | Review, edit language for motion to approve insurance settlement (.8); confer with R. Wyron re same (.3). | 1.10 |
| 09/28/10 | R. Frankel | Consider issues re response to Synthetech motion (.7); series of e-mails re same (.3). | 1.00 |
| 09/29/10 | D. Felder | Review issues regarding Synthetech acquisition and prepare limited objection regarding same. | 1.30 |
| 09/29/10 | R. Wyron | Work on resolving issues with acquisition motion (.3); review revised insurance settlement agreement and organize issues list (1.8); confer with P. Mahaley re issues and follow-up (.9); call with insurer counsel and e-mails re same (.5). | 3.50 |
| 09/29/10 | R. Frankel | Review revised draft of insurance settlement from insurer counsel. | 1.20 |
| 09/29/10 | R. Frankel | Review Sealed Air comments to insurer settlement agreement. | 0.90 |
| 09/29/10 | R. Frankel | Telephone conference with R. Wyron, P. Mahaley re open issues in insurance settlement agreement (.5); prepare notes re same (.2). | 0.70 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 8

October 11, 2010  
Invoice No. 1272274

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/30/10 | D. Felder | Review issues regarding Synthetech acquisition (.4); telephone conference and e-mail correspondence with J. Baer regarding same (.3); follow-up e-mail correspondence with R. Frankel and R. Wyron regarding same (.3). | 1.00 |
| 09/30/10 | R. Wyron | Work on response to acquisition motion (.4); work on insurance settlement open issues (.8); review revised draft and follow-up (1.7); call with insurance counsel (.3). | 3.20 |
| 09/30/10 | R. Frankel | Review revised insurance settlement chart from P. Mahaley. | 0.60 |
| 09/30/10 | R. Frankel | Review, consider draft response to Synthetech acquisition, series of e-mails re same. | 0.90 |
| 09/30/10 | R. Frankel | Review further revised insurance settlement agreement from P. Mahaley. | 1.30 |
| 09/30/10 | R. Frankel | Review series of issues re Synthetech acquisition, e-mails re same (.2); confer with R. Wyron re same (.5). | 0.70 |

Total Hours 84.70  
Total For Services $73,908.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Stephen C. Cruzado | 1.00 | 240.00 | 240.00 |
| Debra Felder | 8.70 | 645.00 | 5,611.50 |
| Roger Frankel | 34.50 | 985.00 | 33,982.50 |
| Debra O. Fullem | 0.60 | 265.00 | 159.00 |
| Richard H. Wyron | 39.90 | 850.00 | 33,915.00 |
| Total All Timekeepers | 84.70 | $872.59 | $73,908.00 |

Disbursements  
    Other Business Meals    11.25  
    Outside Services    120.00  
    Postage    231.28  
    Telephone    6.30  
    Total Disbursements    $368.83

**Total For This Matter**    **$74,276.83**


# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 9

October 11, 2010
Invoice No. 1272274

For Legal Services Rendered Through September 30, 2010 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/07/10 | D. Fullem | Coordinate finalizing, filing and serving of Lincoln's June fee application. | 0.50 |
| 09/07/10 | D. Fullem | E-mail to G. Coles at Lincoln regarding back-up for expenses in June fee application. | 0.20 |
| 09/10/10 | D. Fullem | Review Towers August fee application and respond to e-mail from K. Boeger. | 0.20 |
| 09/13/10 | D. Fullem | Review Order for FCR and professionals quarterlies for Jan-Mar time period; prepare e-mail to D. Felder regarding same. | 0.30 |
| 09/16/10 | D. Fullem | Review status of FCR and other professionals' fee applications. | 0.20 |
| 09/27/10 | D. Fullem | Review and respond to e-mail from D. Felder regarding other professionals' CNOs due. | 0.20 |
| 09/30/10 | D. Fullem | Prepare CNOs for Tower Watson and Lincoln June fee apps (.6); confer with D. Felder (.1); e-mail to C. Hartman for filing (.1); service on parties (.2). | 1.00 |
| 09/30/10 | D. Fullem | Prepare Towers Watson July and August fee applications (.8); coordinate filing and serving of same (.2). | 1.00 |
| 09/30/10 | D. Felder | Review CNOs for Towers and Lincoln (.1); review Towers' July and August fee application (.3). | 0.40 |

Total Hours 4.00
Total For Services $1,212.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 0.40 | 645.00 | 258.00 |
| Debra O. Fullem | 3.60 | 265.00 | 954.00 |
| Total All Timekeepers | 4.00 | $303.00 | $1,212.00 |

**Total For This Matter** $1,212.00


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 10

October 11, 2010
Invoice No. 1272274

For Legal Services Rendered Through September 30, 2010 in Connection With:

**Matter: 12 - Retention of Professionals - Orrick**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/13/10 | D. Fullem | Review information from R. Wyron regarding Fragomen DelRay firm as to insurance matters at Orrick; update R. Frankel's disclosure; forward draft of same to R. Frankel and R. Wyron for review. | 0.70 |
| 09/20/10 | D. Fullem | Confer with R. Wyron re updating disclosure in Grace (.2); prepare draft of R. Frankel supplemental disclosure (.7). | 0.90 |
| 09/20/10 | D. Felder | Review updated Orrick disclosure. | 0.10 |
| 09/20/10 | R. Wyron | Review draft supplemental disclosure and provide comments. | 0.60 |
| 09/21/10 | D. Fullem | Revise and finalize R. Frankel's twelfth supplemental disclosure (.8); coordinate filing and serving of same (.2). | 1.00 |
| 09/22/10 | R. Wyron | Review ethical wall issue and resolve. | 0.40 |

Total Hours 3.70
Total For Services $1,603.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 0.10 | 645.00 | 64.50 |
| Debra O. Fullem | 2.60 | 265.00 | 689.00 |
| Richard H. Wyron | 1.00 | 850.00 | 850.00 |
| Total All Timekeepers | 3.70 | $433.38 | $1,603.50 |

**Total For This Matter** $1,603.50


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 11

October 11, 2010
Invoice No. 1272274

For Legal Services Rendered Through September 30, 2010 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 09/03/10 | D. Fullem | Review July prebill; e-mail to D. Felder regarding same. | 0.80 |
| 09/03/10 | D. Fullem | Confer with P. Reyes regarding July prebill. | 0.10 |
| 09/03/10 | D. Fullem | Review and respond to e-mail from B. Ruhlander regarding agreement with fee auditor's interim report for Jan-Mar 2010 time period. | 0.20 |
| 09/06/10 | D. Felder | Review August prebill. | 0.90 |
| 09/07/10 | D. Fullem | Coordinate finalizing, filing and serving Orrick's July fee application. | 0.50 |
| 09/07/10 | D. Fullem | Follow-up with D. Felder and R. Wyron regarding finalizing of July fee application. | 0.20 |
| 09/07/10 | D. Fullem | Prepare edits to July fee application. | 0.30 |
| 09/07/10 | D. Fullem | Review August prebill. | 0.80 |
| 09/07/10 | R. Wyron | Review monthly fee application and follow-up. | 0.40 |
| 09/12/10 | R. Wyron | Review August prebill. | 0.40 |
| 09/16/10 | D. Fullem | Confer with P. Reyes and H. Quinn regarding August invoice. | 0.20 |
| 09/20/10 | D. Fullem | Confer with H. Quinn regarding August fee application. | 0.20 |
| 09/23/10 | D. Fullem | Review and comment on draft of August fee application. | 0.50 |
| 09/23/10 | D. Felder | Review August fee application. | 0.30 |
| 09/24/10 | D. Fullem | Review recent payment from Grace; update internal fee/expense spreadsheets; circulate to R. Frankel and R. Wyron. | 0.50 |
| 09/27/10 | D. Fullem | Finalize and coordinate with C. Hartman to file and serve Orrick's August fee application. | 0.80 |
| 09/27/10 | D. Fullem | Prepare CNOs for Orrick's June and July fee applications; coordinate review/signature by D. Felder; coordinate with C. Hartman to file. | 0.80 |
| 09/27/10 | R. Wyron | Review August monthly fee app and sign (.2); review status (.1). | 0.30 |
| 09/30/10 | D. Fullem | Prepare Orrick's eighteenth quarterly fee application. | 1.80 |

Total Hours    10.00
Total For Services    $3,749.50



# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 12

October 11, 2010
Invoice No. 1272274

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 1.20 | 645.00 | 774.00 |
| Debra O. Fullem | 7.70 | 265.00 | 2,040.50 |
| Richard H. Wyron | 1.10 | 850.00 | 935.00 |
| Total All Timekeepers | 10.00 | $374.95 | $3,749.50 |

**Total For This Matter**       $3,749.50

\* \* \* **COMBINED TOTALS** \* \* \*

| | | |
|---|---|---|
| Total Hours | 155.50 | |
| Total Fees, all Matters | | $114,988.00 |
| Total Disbursements, all Matters | | $1,017.07 |
| Total Amount Due | | $116,005.07 |