## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| In re:<br><br>**W.R. GRACE & CO., et al.,**<br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 01-01139<br>Jointly Administered<br><br><br>Scheduled Record: s114374<br><br>Claim Amount: $5,538.06 |
|---|---|

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, **VonWin Capital Management, LP**, creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
VonWin Capital Management, LP
60 Madison Avenue, 2nd Floor
New York, NY 10010

**New Address**
VonWin Capital Management, LP
261 Fifth Avenue, 22nd Floor
New York, NY 10016

Dated: October 27, 2010

Respectfully submitted

Signature: *Charmaine Wilson*
Print Name: Charmaine Wilson
Title: Operations Manager