**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 09/30/2010 |
| Wilmington  DE | ACCOUNT NO:    3000-02D |
|  | STATEMENT NO:    112 |

Asset Disposition

| | | |
|---|---|---|
| | PREVIOUS BALANCE | $87.70 |
| 09/24/2010 | Payment - Thank you.  (January, 2010 - 20% Fees) | -7.20 |
| | BALANCE DUE | $80.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
09/30/2010
ACCOUNT NO:    3000-03D
STATEMENT NO:    99

Business Operations

PREVIOUS BALANCE $21.60

| | | | HOURS | |
|---|---|---|---|---|
| 09/09/2010 | | | | |
| | MTH | Brief review of correspondence from JB re project mallard | 0.30 | 108.00 |
| 09/10/2010 | | | | |
| | MTH | Conference call on possible business acquisition | 0.50 | 180.00 |
| | MTH | Reviewing materials from J. Baer re preparation for conference call on possible acquisition | 0.70 | 252.00 |
| 09/13/2010 | | | | |
| | MTH | Reviewing Debtors' Synthetech Motion | 1.00 | 360.00 |
| 09/14/2010 | | | | |
| | MTH | Review correspondence from B. Rapp re review of Synthetech motion | 0.10 | 36.00 |
| | MTH | Correspondence to PVNL, B. Rapp and J. Sinclair re Debtors' Motion to purchase | 0.20 | 72.00 |
| 09/24/2010 | | | | |
| | MTH | Review correspondence from JS re Synthetech motion | 0.10 | 36.00 |
| 09/27/2010 | | | | |
| | MTH | Reviewing memo from JS re Synthetech motion and reviewing motion re same; correspondence to JS re same | 0.80 | 288.00 |
| | | FOR CURRENT SERVICES RENDERED | 3.70 | 1,332.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 3.70 | $360.00 | $1,332.00 |

Page: 2
09/30/2010

W.R. Grace

ACCOUNT NO:    3000-03D
STATEMENT NO:    99

Business Operations

TOTAL CURRENT WORK    1,332.00

09/24/2010    Payment - Thank you.  (January, 2010 - 20% Fees)    -21.60

BALANCE DUE    $1,332.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
09/30/2010
ACCOUNT NO:      3000-04D
STATEMENT NO:           112

Case Administration

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $1,698.27 |
| | | |
| 09/24/2010 | Payment - Thank you.  (January, 2010 - 20% Fees) | -58.10 |
| 09/24/2010 | Payment - Thank you.  (March, 2010 - 20% Fees) | -131.30 |
| | TOTAL PAYMENTS | -189.40 |
| | BALANCE DUE | $1,508.87 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                          09/30/2010
Wilmington  DE                          ACCOUNT NO:      3000-05D
                                        STATEMENT NO:          112

Claims Analysis Objection & Resolution (Asbestos)

PREVIOUS BALANCE                                                    $3,023.80

09/14/2010    Payment - Thank you.  (June, 2010 - 80% Fees)            -57.60
09/24/2010    Payment - Thank you.  (January, 2010 - 20% Fees)         -86.40
09/24/2010    Payment - Thank you.  (February, 2010 - 20% Fees)        -93.60
09/24/2010    Payment - Thank you.  (March, 2010 - 20% Fees)          -363.80
              TOTAL PAYMENTS                                          -601.40

              BALANCE DUE                                           $2,422.40

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  | Page: | 1 |
| W.R. Grace | 09/30/2010 | |
| Wilmington  DE | ACCOUNT NO: | 3000-06D |
|  | STATEMENT NO: | 112 |

Claims Analysis Objection & Resol. (Non-Asbestos)

| | | | HOURS | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $2,309.50 |
| 09/16/2010 | | | | |
| MTH | Reviewing Order entered re employee claim | | 0.10 | 36.00 |
| 09/24/2010 | | | | |
| MTH | Reviewing Debtors' Notice of Claims settlement | | 0.20 | 72.00 |
| 09/27/2010 | | | | |
| MTH | Reviewing COC re certain employee claims | | 0.20 | 72.00 |
| 09/30/2010 | | | | |
| MTH | Reviewing Debtors' COC re withdrawal of NJDEP Motion | | 0.20 | 72.00 |
| | FOR CURRENT SERVICES RENDERED | | 0.70 | 252.00 |

| RECAPITULATION | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
| Mark T. Hurford | 0.70 | $360.00 | $252.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 252.00 |

| | | |
|---|---|---|
| 09/14/2010 | Payment - Thank you.  (June, 2010 - 80% Fees) | -1,244.80 |
| 09/24/2010 | Payment - Thank you.  (January, 2010 - 20% Fees) | -50.40 |
| 09/24/2010 | Payment - Thank you.  (February, 2010 - 20% Fees) | -28.80 |
| | TOTAL PAYMENTS | -1,324.00 |
| | BALANCE DUE | $1,237.50 |

W.R. Grace

Claims Analysis Objection & Resol. (Non-Asbestos)

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                           09/30/2010
Wilmington DE                                              ACCOUNT NO:        3000-07D
                                                          STATEMENT NO:           112

Committee, Creditors, Noteholders, Equity Holders

              PREVIOUS BALANCE                                              $18,011.74

                                                               HOURS
09/01/2010
       SMB    Review recently filed pleadings and electronic filing notices; draft and
              distribute daily memo                                 0.20          20.00
       SMB    Prepare and file 2019 of Cooney & Conway; e-mail confirmation of same   0.30   30.00
       KH     Review daily memorandum re: fee issues                0.10          11.00
       MTH    Review daily memo                                     0.10          36.00

09/02/2010
       PEM    Review memo re: pleadings filed.                      0.10          41.50
       SMB    Review recently filed pleadings and electronic filing notices; draft and
              distribute daily memo                                 0.20          20.00
       KH     Review daily memorandum re: fee issues                0.10          11.00
       MTH    Reviewing two orders entered                          0.10          36.00

09/03/2010
       PEM    Review weekly recommendation memo re: pending matters.   0.10       41.50
       DAC    Review counsel's weekly memorandum                    0.10          47.50
       SMB    Review recently filed pleadings and electronic filing notices; draft and
              distribute daily memo                                 0.20          20.00
       SMB    Prepare weekly recommendation memorandum              0.40          40.00
       MTH    Prepare weekly recommendation memos                   0.90         324.00
       MTH    Review correspondence from SC to Committee re weekly
              recommendation memo                                   0.10          36.00
       MTH    Review daily memo                                     0.10          36.00
       KH     Review daily memorandum re: fee issues                0.10          11.00

09/07/2010
       PEM    Review memo re: pleadings filed.                      0.10          41.50
       SMB    Review recently filed pleadings and electronic filing notices; draft and
              distribute daily memo                                 0.20          20.00

Page: 2
W.R. Grace
09/30/2010
ACCOUNT NO:     3000-07D
STATEMENT NO:     112

Committee, Creditors, Noteholders, Equity Holders

| | | HOURS | |
|---|---|---|---|
| MTH | Review daily memo | 0.10 | 36.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| AC | Address correspondence from potential claimant Massey | 0.20 | 41.00 |
| **09/08/2010** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| **09/09/2010** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare 2019 of Edward O'Moody PA; address filing and e-mail confirmation of same | 0.40 | 40.00 |
| SMB | Prepare weekly recommendation memorandum | 0.50 | 50.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| **09/10/2010** | | | |
| KH | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.30 | 33.00 |
| KH | Finalize and distribute Weekly Recommendation Memos to Committee | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| MTH | Prepare weekly recommendation memos | 0.70 | 252.00 |
| MTH | Review correspondence from KLH to Committee re weekly recommendation memo | 0.10 | 36.00 |
| **09/11/2010** | | | |
| PEM | Review  weekly recommendation memo re: pending motions and matters. | 0.10 | 41.50 |
| **09/13/2010** | | | |
| MK | Review committee events calendar. | 0.10 | 13.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| **09/14/2010** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |

Page: 3
09/30/2010

W.R. Grace

ACCOUNT NO:        3000-07D
STATEMENT NO:        112

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **09/15/2010** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| **09/16/2010** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| **09/17/2010** | | | | |
| | PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 41.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.40 | 40.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | MTH | Prepare weekly recommendation memo | 0.80 | 288.00 |
| | MTH | Review correspondence from SC to Committee re weekly recommendation memo | 0.10 | 36.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| **09/20/2010** | | | | |
| | MK | Review committee events calendar. | 0.10 | 13.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| | DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| **09/21/2010** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| **09/22/2010** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| **09/23/2010** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| MTH | Reviewing documents re request from counsel to Committee member and response to same | 0.50 | 180.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| **09/24/2010** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | 0.30 | 30.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| MTH | Prepare weekly recommendation memo | 1.30 | 468.00 |
| MTH | Review correspondence from SB to Committee re weekly recommendation memo | 0.10 | 36.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| **09/26/2010** | | | |
| PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 41.50 |
| **09/27/2010** | | | |
| MK | Review committee events calendar and update attorney case calendar. | 0.10 | 13.50 |
| MTH | Review daily memo | 0.10 | 36.00 |
| MTH | Review correspondence from EI re Synthetech Motion | 0.10 | 36.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| **09/28/2010** | | | |
| MTH | Review daily memo | 0.10 | 36.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| **09/29/2010** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| **09/30/2010** | | | |
| MTH | Review daily memo | 0.10 | 36.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Review correspondence from claimant counsel re 2019 Order and response to same | 0.10 | 36.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
|  | FOR CURRENT SERVICES RENDERED | 17.70 | 4,083.00 |

### RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.70 | $475.00 | $332.50 |
| Philip E. Milch | 0.80 | 415.00 | 332.00 |
| Michele Kennedy | 0.30 | 135.00 | 40.50 |
| Santae M. Boyd | 6.50 | 100.00 | 650.00 |
| Mark T. Hurford | 6.70 | 360.00 | 2,412.00 |
| Katherine Hemming | 2.50 | 110.00 | 275.00 |
| Ayesha Chacko | 0.20 | 205.00 | 41.00 |
|  |  |  |  |
| TOTAL CURRENT WORK |  |  | 4,083.00 |

| 09/14/2010 | Payment - Thank you.  (June, 2010 - 80% Fees) | -3,566.80 |
|---|---|---|
| 09/24/2010 | Payment - Thank you.  (January, 2010 - 20% Fees) | -1,164.00 |
| 09/24/2010 | Payment - Thank you.  (February, 2010 - 20% Fees) | -840.40 |
| 09/24/2010 | Payment - Thank you.  (March, 2010 - 20% Fees) | -809.90 |
|  | TOTAL PAYMENTS | -6,381.10 |
|  | BALANCE DUE | $15,713.64 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                        |                    |
|------------------------|--------------------|
|                        | Page: 1            |
| W.R. Grace             | 09/30/2010         |
| Wilmington  DE         | ACCOUNT NO:     3000-08D |
|                        | STATEMENT NO:          111 |

Employee Benefits/Pension

PREVIOUS BALANCE                                                        $1,886.90

| 09/14/2010 | Payment - Thank you.  (June, 2010 - 80% Fees)     | -1,785.60 |
| 09/24/2010 | Payment - Thank you.  (January, 2010 - 20% Fees)  |    -57.60 |
| 09/24/2010 | Payment - Thank you.  (February, 2010 - 20% Fees) |   -252.00 |
| 09/24/2010 | Payment - Thank you.  (March, 2010 - 20% Fees)    |   -244.80 |
|            | TOTAL PAYMENTS                                    | -2,340.00 |
|            |                                                   |           |
|            | CREDIT BALANCE                                    |  -$453.10 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 09/30/2010 |
| Wilmington  DE | ACCOUNT NO:  3000-09D |
|  | STATEMENT NO:  51 |

Employee Applications, Applicant

|  |  |  |
|---|---|---|
| | PREVIOUS BALANCE | $20.00 |
| 09/14/2010 | Payment - Thank you.  (June, 2010 - 80% Fees) | -16.00 |
| | BALANCE DUE | $4.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
09/30/2010

ACCOUNT NO:    3000-10D
STATEMENT NO:    112

Employment Applications, Others

PREVIOUS BALANCE                                                                                         $924.30

|            |     |                                                                      | HOURS |        |
|------------|-----|----------------------------------------------------------------------|-------|--------|
| 09/15/2010 |     |                                                                      |       |        |
|            | MTH | Reviewing correspondence re Debtors' withdrawal of retention application | 0.10 | 36.00 |
| 09/16/2010 |     |                                                                      |       |        |
|            | MTH | Reviewing Debtor's Notice of Withdrawal of Seale motion              | 0.10  | 36.00  |
|            |     | FOR CURRENT SERVICES RENDERED                                        | 0.20  | 72.00  |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|------------|-------|-------------|-------|
| Mark T. Hurford | 0.20 | $360.00 | $72.00 |

TOTAL CURRENT WORK                                                                                        72.00

| 09/24/2010 | Payment - Thank you.  (January, 2010 - 20% Fees) | -21.60 |
| 09/24/2010 | Payment - Thank you.  (March, 2010 - 20% Fees)   | -72.00 |
|            | TOTAL PAYMENTS                                    | -93.60 |
|            | BALANCE DUE                                       | $902.70 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
09/30/2010
ACCOUNT NO:      3000-11D
STATEMENT NO:            110

Expenses

PREVIOUS BALANCE                                                              $5,999.68

| | | |
|---|---|---|
| 09/01/2010 | Pacer charges for the month of August | 142.64 |
| 09/02/2010 | Parcels - copy/service - Monthly Fee Applications - July | 353.11 |
| 09/02/2010 | Parcels - 8 hand delivery - Monthly Fee Applications - July | 53.00 |
| 09/08/2010 | Parcels - copy/service - Certificate of No Objections re: Interim Application | 85.37 |
| 09/08/2010 | Parcels - 8 hand delivery - Certificate of No Objections re: Interim Application | 40.00 |
| 09/23/2010 | Parcels - copy/service - Certificate of No Objections re: monthly application - July | 71.69 |
| 09/23/2010 | Parcels - hand delivery - Certificate of No Objections re: monthly application - July | 40.00 |
| | TOTAL EXPENSES | 785.81 |
| | TOTAL CURRENT WORK | 785.81 |
| 09/14/2010 | Payment - Thank you.  (June, 2010 - 100% Expenses) | -1,664.70 |
| | BALANCE DUE | $5,120.79 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 09/30/2010 |
| Wilmington  DE | ACCOUNT NO:    3000-12D |
|  | STATEMENT NO:          110 |

Fee Applications, Applicant

|  |  |  |
|---|---|---|
| PREVIOUS BALANCE |  | $4,412.90 |

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **09/01/2010** |  |  |  |  |
| KCD | Review C&L application |  | 0.30 | 102.00 |
| KH | Finalize and e-file C&L July Fee Application |  | 0.30 | 33.00 |
| **09/02/2010** |  |  |  |  |
| PEM | Revise and revise August prebill. |  | 0.20 | 83.00 |
| **09/08/2010** |  |  |  |  |
| KCD | Review and sign CNO re: C&L interim |  | 0.20 | 68.00 |
| KH | Review case docket for objections to C&L April-June Interim Fee Application(.1); Prepare CNO(.2); Finalize and e-file CNO(.2) |  | 0.50 | 55.00 |
| **09/23/2010** |  |  |  |  |
| KCD | Review and sign CNO re: C&L application |  | 0.20 | 68.00 |
| KH | Review case docket for objections to C&L July application(.1); Prepare CNO(.2); Finalize and e-file CNO(.2) |  | 0.50 | 55.00 |
|  | FOR CURRENT SERVICES RENDERED |  | 2.20 | 464.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.20 | $415.00 | $83.00 |
| Kathleen Campbell Davis | 0.70 | 340.00 | 238.00 |
| Katherine Hemming | 1.30 | 110.00 | 143.00 |

|  |  |  |
|---|---|---|
| TOTAL CURRENT WORK |  | 464.00 |

|  |  |  |
|---|---|---|
| 09/14/2010 | Payment - Thank you.  (June, 2010 - 80% Fees) | -880.80 |

Page: 2

W.R. Grace                                                                09/30/2010

                                                    ACCOUNT NO:        3000-12D
                                                    STATEMENT NO:           110

Fee Applications, Applicant

| 09/24/2010 | Payment - Thank you.  (January, 2010 - 20% Fees) | -251.60 |
| 09/24/2010 | Payment - Thank you.  (February, 2010 - 20% Fees) | -168.30 |
| 09/24/2010 | Payment - Thank you.  (March, 2010 - 20% Fees) | -247.60 |
| | TOTAL PAYMENTS | -1,548.30 |
| | BALANCE DUE | $3,328.60 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                      09/30/2010
Wilmington  DE                                       ACCOUNT NO:        3000-13D
                                                     STATEMENT NO:              97

Fee Applications, Others

PREVIOUS BALANCE                                                        $13,879.10

|  |  | HOURS |  |
|---|---|---|---|
| 09/01/2010 |  |  |  |
| KCD | Review AKO application | 0.30 | 102.00 |
| KCD | Review C&D application | 0.30 | 102.00 |
| KCD | Review Charter Oak application | 0.30 | 102.00 |
| KH | Review e-mail from E. Benetos re: July fee application(.1); Update C&D July Fee Application(.3); Finalize and e-file application(.3) | 0.70 | 77.00 |
| KH | Review e-mail from A. Pelton re: July bill(.1); Prepare AKO July Fee Application(.6); Finalize and e-file application(.3) | 1.00 | 110.00 |
| KH | Review e-mail from B. Lindsay re: July bill(.1); Prepare Charter Oak July Fee Application(.6); Finalize and e-file application(.3) | 1.00 | 110.00 |
| KH | Draft e-mail to R. Finke re: as filed July Fee Applications | 0.10 | 11.00 |
| MTH | Review correspondence from KH (x3) re fee applications | 0.10 | 36.00 |
| MTH | Review correspondence from PB re K&E fee application | 0.10 | 36.00 |
| MTH | Review correspondence from PB re Foley fee application | 0.10 | 36.00 |
| 09/02/2010 |  |  |  |
| KH | Review April-June Interim Fee Application of Casner & Edwards(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July Fee Application of Reed Smith(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July Fee Application of Lauzon Belanger(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July Fee Application of Scarfone Hawkins(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July Fee Application of The Hogan Firm(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| MTH | Review correspondence from PB re KS fee application, Beveridge fee application | 0.10 | 36.00 |

Page: 2
09/30/2010
ACCOUNT NO:       3000-13D
STATEMENT NO:             97

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 09/03/2010 | | | | |
| | KH | Review November Fee Application of Deloitte Tax(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review December Fee Application of Deloitte Tax(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review January Fee Application of Deloitte Tax(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review February Fee Application of Deloitte Tax(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review March Fee Application of Deloitte Tax(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review April Fee Application of Deloitte Tax(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review May Fee Application of Deloitte Tax(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review July Fee Application of K&E(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review July Fee Application of Janet Baer(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review July Fee Application of Stroock(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review July Fee Application of Ferry Joseph(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review July Fee Application of Kramer Levin(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review July Fee Application of Foley Hoag(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review August Fee Application of Alan Rich(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review July Fee Application of Beveridge(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review July Fee Application of Kaye Scholer(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | MTH | Review correspondence from LE re 9 fee applications for Fragomen | 0.20 | 72.00 |
| | MTH | Review correspondence from JOB re 36th fee and expense chart with recommendations and correspondence to KLH re same | 0.20 | 72.00 |
| 09/07/2010 | | | | |
| | MTH | Review correspondence from DW re PS fee application | 0.10 | 36.00 |
| | MTH | Review correspondence from DF re Lincoln and Orrick fee applications | 0.10 | 36.00 |
| 09/08/2010 | | | | |
| | KCD | Review and sign CNO re: LAS interim | 0.20 | 68.00 |
| | KCD | Review and sign CNO re: AKO interim | 0.20 | 68.00 |
| | KCD | Review and sign CNO re: Charter Oak interim | 0.20 | 68.00 |
| | KCD | Review and sign CNO re: C&D interim | 0.20 | 68.00 |

Page: 3
09/30/2010
ACCOUNT NO:        3000-13D
STATEMENT NO:              97

W.R. Grace

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| KH | Review case docket for objections to C&D April-June Interim Fee Application(.1); Prepare CNO(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KH | Review case docket for objections to LAS April-June Interim Fee Application(.1); Prepare CNO(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KH | Review case docket for objections to Charter Oak April-June Interim Fee Application(.1); Prepare CNO(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KH | Review case docket for objections to AKO April-June Interim Fee Application(.1); Prepare CNO(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KH | Review October 08 Fee Application of Fragoman, Del Ray(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review November 08 Fee Application of Fragoman, Del Ray(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review December 08 Fee Application of Fragoman, Del Ray(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January 09 Fee Application of Fragoman, Del Ray(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review February 09 Fee Application of Fragoman, Del Ray(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review March 09 Fee Application of Fragoman, Del Ray(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April 09 Fee Application of Fragoman, Del Ray(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review June 09 Fee Application of Fragoman, Del Ray(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July 09 Fee Application of Fragoman, Del Ray(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review August 09 Fee Application of Fragoman, Del Ray(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review September 09 Fee Application of Fragoman, Del Ray(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October 09 Fee Application of Fragoman, Del Ray(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review November 09 Fee Application of Fragoman, Del Ray(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review December 09 Fee Application of Fragoman, Del Ray(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January 10 Fee Application of Fragoman, Del Ray(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review February 10 Fee Application of Fragoman, Del Ray(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review March 10 Fee Application of Fragoman, Del Ray(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |

09/09/2010
| | | | |
|---|---|---|---|
| KH | Review October-December 08 Interim Fee Application of Fragomen, Del Rey(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| KH | Review January-March 09 Interim Fee Application of Fragomen, Del Rey(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April-June 09 Interim Fee Application of Fragomen, Del Rey(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July-September 09 Interim Fee Application of Fragomen, Del Rey(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October-December Interim Fee Application of Fragomen, Del Rey(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January-March Interim Fee Application of Fragomen, Del Rey(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| MTH | Review correspondence from PVNL re September hearing; follow up correspondence re same and discussion with JON re same | 0.30 | 108.00 |
| MTH | Review correspondence from TB re CNO on SE fee application | 0.10 | 36.00 |
| MTH | Review correspondence from DW re Blackstone fee application | 0.10 | 36.00 |
| MTH | Review correspondence from KH re SH fee application | 0.10 | 36.00 |
| MTH | Review correspondence from KH re Hogan fee application | 0.10 | 36.00 |

09/10/2010

|  |  |  |  |
|---|---|---|---|
| KH | Review July Fee Application of Bilzin(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review August Fee Application of Warren Smith(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July Fee Application of Ogilvy Renault(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review June Fee Application of Pachulski(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review June Fee Application of Lincoln Partners(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July Fee Application of Orrick Herrington(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July Fee Application of Blackstone Advisory(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| MTH | Review correspondence from WWW re HRO October 2009 fee application | 0.10 | 36.00 |
| MTH | Review correspondence from YS re PWC fee application | 0.10 | 36.00 |
| MTH | Reviewing correspondence from YS re PWC June 2010 fee application | 0.10 | 36.00 |

09/13/2010

|  |  |  |  |
|---|---|---|---|
| KH | Review Order Approving 36th Interim Application and draft e-mail to MTH re: the same | 0.30 | 33.00 |
| MTH | Review correspondence from WWW re HRO fee application | 0.10 | 36.00 |
| MTH | Review correspondence from TB re SE 13th Monthly | 0.10 | 36.00 |
| MTH | Reviewing Revised COC re Quarterly fee applications | 0.10 | 36.00 |
| MTH | Correspondence to and from KLH re revised Order re fee applications | 0.20 | 72.00 |

Page: 5

W.R. Grace

09/30/2010

ACCOUNT NO:       3000-13D
STATEMENT NO:            97

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 09/15/2010 |  |  |  |  |
| | MTH | Review correspondence from WWW re Holme fee application | 0.10 | 36.00 |
| 09/17/2010 |  |  |  |  |
| | KH | Review July Fee Application of PwC(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review April-June Interim Fee Application of Woodcock Washburn(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review July Fee Application of Woodcock Washburn(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review April-June Interim Fee Application of Pachulski(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review October Fee Application of Holme Roberts(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review November Fee Application of Holme Roberts(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review December Fee Application of Holme Roberts(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| 09/20/2010 |  |  |  |  |
| | MTH | Review correspondence from TB re SE fee application | 0.10 | 36.00 |
| 09/21/2010 |  |  |  |  |
| | MTH | Review correspondence from DW re KS fee application | 0.10 | 36.00 |
| | MTH | Review correspondence from MS re Fragomen fee application | 0.10 | 36.00 |
| 09/23/2010 |  |  |  |  |
| | KCD | Review and sign CNO re: C&D application | 0.20 | 68.00 |
| | KCD | Review and sign CNO re: AKO application | 0.20 | 68.00 |
| | KCD | Review and sign CNO re: Charter Oak application | 0.20 | 68.00 |
| | KH | Review case docket for objections to C&D July application(.1); Prepare CNO(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| | KH | Review case docket for objections to AKO July application(.1); Prepare CNO(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| | KH | Review case docket for objections to Charter Oak July application(.1); Prepare CNO(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| 09/24/2010 |  |  |  |  |
| | KH | Review April-June Interim fee application of Blackstone(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review April-June Interim fee application of Fragomen Del Rey(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review April-June Interim fee application of Alan B. Rich(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review April-June Interim fee application of Alexander Sanders(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |

W.R. Grace

ACCOUNT NO:     3000-13D
STATEMENT NO:           97

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| KH | Review June fee application of Alexander Sanders(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Review August fee application of Kaye Scholer(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Review April fee application of Fragomen(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Review May fee application of Fragomen(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Review June fee application of Fragomen(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Review July fee application of Fragomen(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Review August fee application of Fragomen(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Update Committee Fee Application Tracking Chart | | 0.20 | 22.00 |
| **09/27/2010** | | | | |
| MTH | Review correspondence from DF re Orrick and Lincoln fee applications | | 0.10 | 36.00 |
| **09/28/2010** | | | | |
| MTH | Review correspondence from DF re Orrick June and July fee applications | | 0.10 | 36.00 |
| MTH | Review correspondence from D.M. re SSL August fee application | | 0.10 | 36.00 |
| **09/29/2010** | | | | |
| MTH | Review correspondence from DP re K&E fee application | | 0.10 | 36.00 |
| **09/30/2010** | | | | |
| MTH | Review correspondence from DW re Baker Donelson fee application | | 0.10 | 36.00 |
| MTH | Review correspondence from DW re J. Baer fee application | | 0.10 | 36.00 |
| MTH | Review correspondence from TB re Saul Ewing fee application | | 0.10 | 36.00 |
| MTH | Review correspondence from KH (x3) re three fee applications for Canadian counsel | | 0.10 | 36.00 |
| MTH | Review correspondence from LE re Foley fee application | | 0.10 | 36.00 |
| KH | Review December fee application of Baker Donelson(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Review January fee application of Baker Donelson(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Review February fee application of Baker Donelson(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Review March fee application of Baker Donelson(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.30 | 33.00 |
| KH | Review April fee application of Baker Donelson(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Review May fee application of Baker Donelson(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |

Page: 7
09/30/2010
ACCOUNT NO:        3000-13D
STATEMENT NO:                97

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| KH | Review June fee application of Baker Donelson(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July fee application of Baker Donelson(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review August fee application of Baker Donelson(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| MTH | Review correspondence from DF re Towers Watson fee application | 0.10 | 36.00 |
| MTH | Review correspondence from DF re two CNO's for fee applications | 0.10 | 36.00 |
|  | FOR CURRENT SERVICES RENDERED | 28.80 | 4,697.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 4.00 | $360.00 | $1,440.00 |
| Kathleen Campbell Davis | 2.30 | 340.00 | 782.00 |
| Katherine Hemming | 22.50 | 110.00 | 2,475.00 |
| | | TOTAL CURRENT WORK | 4,697.00 |

| 09/14/2010 | Payment - Thank you.  (June, 2010 - 80% Fees) | -3,360.80 |
|---|---|---|
| 09/24/2010 | Payment - Thank you.  (January, 2010 - 20% Fees) | -380.80 |
| 09/24/2010 | Payment - Thank you.  (February, 2010 - 20% Fees) | -585.40 |
| 09/24/2010 | Payment - Thank you.  (March, 2010 - 20% Fees) | -1,029.00 |
|  | TOTAL PAYMENTS | -5,356.00 |
|  | BALANCE DUE | $13,220.10 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                    09/30/2010
Wilmington  DE                                         ACCOUNT NO:       3000-14D
                                                       STATEMENT NO:            74

Financing

PREVIOUS BALANCE                                                       $280.80

09/24/2010       Payment - Thank you.  (January, 2010 - 20% Fees)       -172.80
09/24/2010       Payment - Thank you.  (February, 2010 - 20% Fees)      -108.00
                 TOTAL PAYMENTS                                         -280.80

                 BALANCE DUE                                             $0.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                          09/30/2010
Wilmington  DE                          ACCOUNT NO:      3000-15D
                                        STATEMENT NO:         112

Hearings

PREVIOUS BALANCE                                              $9,043.05

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 09/03/2010 |  |  |  |  |
|  | MTH | Correspondence to and from JON re preliminary agenda | 0.10 | 36.00 |
|  | MTH | Reviewing preliminary agenda and correspondence to counsel re same | 0.20 | 72.00 |
| 09/07/2010 |  |  |  |  |
|  | MTH | Multiple correspondence re September hearing | 0.20 | 72.00 |
| 09/08/2010 |  |  |  |  |
|  | MTH | Various correspondence re hearing preparations | 0.20 | 72.00 |
|  | MTH | Review correspondence from SC re Agenda for hearing | 0.10 | 36.00 |
|  | MTH | Reviewing Agenda for hearing | 0.10 | 36.00 |
|  | SMB | Coordinate logistics for hearing on 9/13/10 at 10 a.m.; e-mail confirmation of same | 0.20 | 20.00 |
| 09/09/2010 |  |  |  |  |
|  | MTH | Correspondence re hearing preparations | 0.10 | 36.00 |
| 09/13/2010 |  |  |  |  |
|  | MTH | Preparing for and attending hearing | 0.50 | 180.00 |
|  | KH | Prepare attorney binder for 9/13 hearing | 0.30 | 33.00 |
|  | KH | Prepare memorandum for 9/13 hearing | 0.30 | 33.00 |
|  | MTH | Correspondence to and from MK re hearing; discussion re same | 0.20 | 72.00 |
|  | MTH | Multiple correspondence to and from PVNL and R. Horkovich re hearing | 0.20 | 72.00 |
|  | MTH | Correspondence to PVNL re Amended Agenda | 0.10 | 36.00 |
|  | MTH | Reviewing Amended Agenda | 0.10 | 36.00 |
| 09/15/2010 |  |  |  |  |
|  | MTH | Correspondence to and from PVNL re hearing | 0.10 | 36.00 |

Page: 2

W.R. Grace

09/30/2010

ACCOUNT NO:   3000-15D
STATEMENT NO:   112

Hearings

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 09/20/2010 |  |  |  |  |
| MTH | Review correspondence from DF, JON re 2011 hearing dates, order entered re same |  | 0.10 | 36.00 |
|  | FOR CURRENT SERVICES RENDERED |  | 3.10 | 914.00 |

### RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 0.20 | $100.00 | $20.00 |
| Mark T. Hurford | 2.30 | 360.00 | 828.00 |
| Katherine Hemming | 0.60 | 110.00 | 66.00 |

TOTAL CURRENT WORK    914.00

| 09/14/2010 | Payment - Thank you.  (June, 2010 - 80% Fees) | -768.00 |
|---|---|---|
| 09/24/2010 | Payment - Thank you.  (January, 2010 - 20% Fees) | -2,786.40 |
| 09/24/2010 | Payment - Thank you.  (February, 2010 - 20% Fees) | -180.00 |
| 09/24/2010 | Payment - Thank you.  (March, 2010 - 20% Fees) | -198.20 |
|  | TOTAL PAYMENTS | -3,932.60 |
|  | BALANCE DUE | $6,024.45 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                   09/30/2010
Wilmington  DE                                   ACCOUNT NO:        3000-16D
                                                 STATEMENT NO:              97

Litigation and Litigation Consulting

PREVIOUS BALANCE                                                    -$2,334.60

| | | |
|---|---|---|
| 09/14/2010 | Payment - Thank you.  (June, 2010 - 80% Fees) | -86.40 |
| 09/24/2010 | Payment - Thank you.  (January, 2010 - 20% Fees) | -79.20 |
| 09/24/2010 | Payment - Thank you.  (February, 2010 - 20% Fees) | -14.40 |
| 09/24/2010 | Payment - Thank you.  (March, 2010 - 20% Fees) | -28.80 |
| | TOTAL PAYMENTS | -208.80 |
| | CREDIT BALANCE | -$2,543.40 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 09/30/2010 |
| Wilmington  DE | ACCOUNT NO: 3000-17D |
|  | STATEMENT NO: 97 |

Plan and Disclosure Statement

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $7,188.30 |
| | | HOURS | |
| 09/27/2010 | | | |
| MTH | Correspondence to and from DF re COC on database information | 0.30 | 108.00 |
| KH | Review multiple emails from MTH re: Rust database(.3); Research and review various pleadings re: the same(1.1); Multiple meetings with MTH re: database(.3) | 1.70 | 187.00 |
| 09/30/2010 | | | |
| MTH | Review correspondence from J. Cantor re Plan confirmation | 0.10 | 36.00 |
| | FOR CURRENT SERVICES RENDERED | 2.10 | 331.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.40 | $360.00 | $144.00 |
| Katherine Hemming | 1.70 | 110.00 | 187.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 331.00 |

| | | |
|---|---|---|
| 09/14/2010 | Payment - Thank you.  (June, 2010 - 80% Fees) | -1,699.20 |
| 09/24/2010 | Payment - Thank you.  (January, 2010 - 20% Fees) | -674.00 |
| 09/24/2010 | Payment - Thank you.  (February, 2010 - 20% Fees) | -400.90 |
| 09/24/2010 | Payment - Thank you.  (March, 2010 - 20% Fees) | -388.80 |
| | TOTAL PAYMENTS | -3,162.90 |
| | BALANCE DUE | $4,356.40 |

W.R. Grace

Plan and Disclosure Statement

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 09/30/2010 |
| Wilmington  DE | ACCOUNT NO:    3000-18D |
| | STATEMENT NO:    97 |

Relief from Stay Proceedings

PREVIOUS BALANCE                                                                    -$250.50

CREDIT BALANCE                                                                    -$250.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                    09/30/2010
Wilmington  DE                                                    ACCOUNT NO:        3000-20D
                                                                       STATEMENT NO:              96

Tax Litigation

PREVIOUS BALANCE                                                                       $468.80

BALANCE DUE                                                                               $468.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 09/30/2010 |
| Wilmington  DE | ACCOUNT NO:      3000-21D |
|  | STATEMENT NO:              88 |

Travel-Non-Working

| | | |
|---|---|---|
| | PREVIOUS BALANCE | $334.40 |
| 09/24/2010 | Payment - Thank you.  (January, 2010 - 20% Fees) | -338.40 |
| | CREDIT BALANCE | -$4.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|                           |                    |            |
|---------------------------|--------------------|------------|
|                           |                    | Page: 1    |
| W.R. Grace                |                    | 09/30/2010 |
| Wilmington  DE            | ACCOUNT NO:        | 3000-22D   |
|                           | STATEMENT NO:      | 101        |

Valuation


|                      |            |
|----------------------|------------|
| PREVIOUS BALANCE     | $1,185.00  |
|                      |            |
| BALANCE DUE          | $1,185.00  |


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                        09/30/2010
Wilmington  DE                          ACCOUNT NO:        3000-23D
                                        STATEMENT NO:            101

ZAI Science Trial

PREVIOUS BALANCE                                          $1,203.30

BALANCE DUE                                               $1,203.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
09/30/2010
ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-02 Asset Disposition | | | | | |
| 87.70 | 0.00 | 0.00 | 0.00 | -7.20 | $80.50 |
| 3000-03 Business Operations | | | | | |
| 21.60 | 1,332.00 | 0.00 | 0.00 | -21.60 | $1,332.00 |
| 3000-04 Case Administration | | | | | |
| 1,698.27 | 0.00 | 0.00 | 0.00 | -189.40 | $1,508.87 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 3,023.80 | 0.00 | 0.00 | 0.00 | -601.40 | $2,422.40 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 2,309.50 | 252.00 | 0.00 | 0.00 | -1,324.00 | $1,237.50 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 18,011.74 | 4,083.00 | 0.00 | 0.00 | -6,381.10 | $15,713.64 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 1,886.90 | 0.00 | 0.00 | 0.00 | -2,340.00 | -$453.10 |
| 3000-09 Employee Applications, Applicant | | | | | |
| 20.00 | 0.00 | 0.00 | 0.00 | -16.00 | $4.00 |
| 3000-10 Employment Applications, Others | | | | | |
| 924.30 | 72.00 | 0.00 | 0.00 | -93.60 | $902.70 |
| 3000-11 Expenses | | | | | |
| 5,999.68 | 0.00 | 785.81 | 0.00 | -1,664.70 | $5,120.79 |

W.R. Grace

Page: 2
09/30/2010
ACCOUNT NO:          3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-12 Fee Applications, Applicant | | | | | |
| 4,412.90 | 464.00 | 0.00 | 0.00 | -1,548.30 | $3,328.60 |
| 3000-13 Fee Applications, Others | | | | | |
| 13,879.10 | 4,697.00 | 0.00 | 0.00 | -5,356.00 | $13,220.10 |
| 3000-14 Financing | | | | | |
| 280.80 | 0.00 | 0.00 | 0.00 | -280.80 | $0.00 |
| 3000-15 Hearings | | | | | |
| 9,043.05 | 914.00 | 0.00 | 0.00 | -3,932.60 | $6,024.45 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -2,334.60 | 0.00 | 0.00 | 0.00 | -208.80 | -$2,543.40 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 7,188.30 | 331.00 | 0.00 | 0.00 | -3,162.90 | $4,356.40 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -250.50 | 0.00 | 0.00 | 0.00 | 0.00 | -$250.50 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 334.40 | 0.00 | 0.00 | 0.00 | -338.40 | -$4.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 69,394.04 | 12,145.00 | 785.81 | 0.00 | -27,466.80 | $54,858.05 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.