Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2010 through September 30, 2010

| Date | Staff | Description | Hours | 2010 Rate | Amount |
|---|---|---|---|---|---|
| Bradley Rapp - Senior Managing Director | | | | | |
| 23-Sep-10 | BR | Review of documents related to motion of Debtor to acquire Synthetech. | 3.20 | $ 595.00 | $ 1,904.00 |
| 27-Sep-10 | BR | Review of Sinclair memorandum to ACC with regard to proposed purchase of Synthetech. | 0.10 | $ 595.00 | $ 59.50 |
| 28-Sep-10 | BR | Review of weekly update report on Grace. | 0.20 | $ 595.00 | $ 119.00 |
| | | Total Bradley Rapp | 3.50 | | $ 2,082.50 |
| James Sinclair - Senior Managing Director | | | | | |
| 01-Sep-10 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 07-Sep-10 | JS | Review, analyze Grace 2nd Quarter 2010 Financial Briefing for monitoring and for purposes of advising ACC counsel. | 2.30 | $ 595.00 | $ 1,368.50 |
| 07-Sep-10 | JS | Review, analyze 2nd Quarter 2010 10-Q for monitoring and for purposes of advising ACC counsel. | 2.60 | $ 595.00 | $ 1,547.00 |
| 09-Sep-10 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| 09-Sep-10 | JS | Review, analyze information memorandum from Grace regarding the acquisition of Project Mallard in preparation for conference call on 9/10/10 with Grace and Blackstone. | 2.20 | $ 595.00 | $ 1,309.00 |
| 10-Sep-10 | JS | Further review and analysis of information memorandum on Project Mallard acquisition, draft questions in preparation for conference call with Grace and Blackstone on 9/10/10. | 0.70 | $ 595.00 | $ 416.50 |
| 10-Sep-10 | JS | Conference call with Grace and Blackstone regarding Project Mallard acquisition. | 0.40 | $ 595.00 | $ 238.00 |
| 14-Sep-10 | JS | Review, analyze updated pension funding contributions as projected by AON for the years 2011 through 2015 for monitoring and for purposes of advising ACC counsel. | 1.60 | $ 595.00 | $ 952.00 |
| 15-Sep-10 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 22-Sep-10 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| 24-Sep-10 | JS | Write memorandum to ACC counsel regarding Motion to purchase Synthetech ("Project Mallard") for purposes of advising ACC counsel. | 2.60 | $ 595.00 | $ 1,547.00 |
| 27-Sep-10 | JS | Review "Chemical Week" report on Polyethylene and forecasts of markets and operating rates for monitoring. | 0.90 | $ 595.00 | $ 535.50 |
| 28-Sep-10 | JS | Revise valuation of Plan package to Asbestos Personal Injury constituency for purposes of advising ACC counsel. | 3.30 | $ 595.00 | $ 1,963.50 |
| | | Total James Sinclair | 18.80 | | $ 11,186.00 |
| Robert Lindsay - Managing Director | | | | | |
| 24-Sep-10 | RL | Reviewed August fee application. | 0.20 | $ 550.00 | $ 110.00 |
| | | Total Robert Lindsay | 0.20 | | $ 110.00 |
| Peter Cramp - Senior Analyst | | | | | |
| 07-Sep-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $ 275.00 | $ 385.00 |
| 07-Sep-10 | PC | Review and analyze Q2 Financial Briefing for due diligence. | 1.20 | $ 275.00 | $ 330.00 |
| 09-Sep-10 | PC | Review and analyze Project Mallard materials in preparation for conference call. | 1.10 | $ 275.00 | $ 302.50 |
| 10-Sep-10 | PC | Conference call with Grace management and financial advisor group to discuss possible acquisition. | 0.40 | $ 275.00 | $ 110.00 |
| 13-Sep-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $ 275.00 | $ 412.50 |
| 20-Sep-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 275.00 | $ 440.00 |
| | | Total Peter Cramp | 7.20 | | $ 1,980.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2010 through September 30, 2010

| Date | Staff | Description | Hours | 2010 Rate | Amount |
|---|---|---|---|---|---|
| Gibbons Sinclair - Senior Analyst | | | | | |
| 22-Sep-10 | GS | Review corporate bond spreads for revisions to the valuation of the Plan package. | 0.30 | $ 275.00 | $ 82.50 |
| 24-Sep-10 | GS | Draft WR Grace August 2010 invoice. | 1.20 | $ 275.00 | $ 330.00 |
| 28-Sep-10 | GS | Assist J. Sinclair with revisions to the valuation of the Plan package. | 0.50 | $ 275.00 | $ 137.50 |
| | | Total Gibbons Sinclair | 2.00 | | $ 550.00 |
| | | **TOTAL** | 31.70 | | $ 15,908.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2010 through September 30, 2010

| Date | Staff | Description | Hours | 2010 Rate | Amount |
|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | |
| 01-Sep-10 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 07-Sep-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $ 275.00 | $ 385.00 |
| 09-Sep-10 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| 13-Sep-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $ 275.00 | $ 412.50 |
| 15-Sep-10 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 20-Sep-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 275.00 | $ 440.00 |
| 22-Sep-10 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| 22-Sep-10 | GS | Review corporate bond spreads for revisions to the valuation of the Plan package. | 0.30 | $ 275.00 | $ 82.50 |
| 28-Sep-10 | BR | Review of weekly update report on Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 28-Sep-10 | JS | Revise valuation of Plan package to Asbestos Personal Injury constituency for purposes of advising ACC counsel. | 3.30 | $ 595.00 | $ 1,963.50 |
| 28-Sep-10 | GS | Assist J. Sinclair with revisions to the valuation of the Plan package. | 0.50 | $ 275.00 | $ 137.50 |
| | | Total Asset Analysis and Recovery | 11.00 | | $ 4,849.00 |
| **Business Operations** | | | | | |
| 07-Sep-10 | PC | Review and analyze Q2 Financial Briefing for due diligence. | 1.20 | $ 275.00 | $ 330.00 |
| 09-Sep-10 | JS | Review, analyze information memorandum from Grace regarding the acquisition of Project Mallard in preparation for conference call on 9/10/10 with Grace and Blackstone. | 2.20 | $ 595.00 | $ 1,309.00 |
| 09-Sep-10 | PC | Review and analyze Project Mallard materials in preparation for conference call. | 1.10 | $ 275.00 | $ 302.50 |
| 10-Sep-10 | JS | Further review and analysis of information memorandum on Project Mallard acquisition, draft questions in preparation for conference call with Grace and Blackstone on 9/10/10. | 0.70 | $ 595.00 | $ 416.50 |
| 10-Sep-10 | JS | Conference call with Grace and Blackstone regarding Project Mallard acquisition. | 0.40 | $ 595.00 | $ 238.00 |
| 10-Sep-10 | PC | Conference call with Grace management and financial advisor group to discuss possible acquisition. | 0.40 | $ 275.00 | $ 110.00 |
| 23-Sep-10 | BR | Review of documents related to motion of Debtor to acquire Synthetech. | 3.20 | $ 595.00 | $ 1,904.00 |
| 24-Sep-10 | JS | Write memorandum to ACC counsel regarding Motion to purchase Synthetech ("Project Mallard") for purposes of advising ACC counsel. | 2.60 | $ 595.00 | $ 1,547.00 |
| 27-Sep-10 | BR | Review of Sinclair memorandum to ACC with regard to proposed purchase of Synthetech. | 0.10 | $ 595.00 | $ 59.50 |
| | | Total Business Operations | 11.90 | | $ 6,216.50 |
| **Employee Benefits/Pensions** | | | | | |
| 14-Sep-10 | JS | Review, analyze updated pension funding contributions as projected by AON for the years 2011 through 2015 for monitoring and for purposes of advising ACC counsel. | 1.60 | $ 595.00 | $ 952.00 |
| | | Total Employee Benefits/Pension | 1.60 | | $ 952.00 |
| **Fee Applications (Applicant)** | | | | | |
| 24-Sep-10 | RL | Reviewed August fee application. | 0.20 | $ 550.00 | $ 110.00 |
| 24-Sep-10 | GS | Draft WR Grace August 2010 invoice. | 1.20 | $ 275.00 | $ 330.00 |
| | | Total Fee Applications (Applicant) | 1.40 | | $ 440.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2010 through September 30, 2010

| Date | Staff | Description | Hours | 2010 Rate | Amount |
|---|---|---|---|---|---|
| Valuation | | | | | |
| 07-Sep-10 | JS | Review, analyze Grace 2nd Quarter 2010 Financial Briefing for monitoring and for purposes of advising ACC counsel. | 2.30 | $ 595.00 | $ 1,368.50 |
| 07-Sep-10 | JS | Review, analyze 2nd Quarter 2010 10-Q for monitoring and for purposes of advising ACC counsel. | 2.60 | $ 595.00 | $ 1,547.00 |
| 27-Sep-10 | JS | Review "Chemical Week" report on Polyethylene and forecasts of markets and operating rates for monitoring. | 0.90 | $ 595.00 | $ 535.50 |
| | | Total Valuation | 5.80 | | $ 3,451.00 |
| | | **TOTAL** | 31.70 | | $ 15,908.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2010 through September 30, 2010
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 3.50 | $ 595.00 | $ 2,082.50 |
| James Sinclair - Senior Managing Director | 18.80 | $ 595.00 | $ 11,186.00 |
| Robert Lindsay - Managing Director | 0.20 | $ 550.00 | $ 110.00 |
| Peter Cramp - Senior Analyst | 7.20 | $ 275.00 | $ 1,980.00 |
| Gibbons Sinclair - Senior Analyst | 2.00 | $ 275.00 | $ 550.00 |
| Total Professional Hours and Fees | 31.70 | | $ 15,908.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - September 1, 2010 through September 30, 2010

| Date | Description of Item | Amount |
|---|---|---|
| 22-Sep-10 | Online Research - Bonds Online | $35.00 |
| | Total Expenses September 1, 2010 through September 30, 2010 | $35.00 |