# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:    100055.WRG01 |
| October 18, 2010 | INVOICE:    239755 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

**PROFESSIONAL SERVICES through 09/30/10**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/01/10 | Draft and revise insurance policy data spreadsheets (.60); analysis of selected insurance policies re: limits, "loss payable" issues, exclusions and other coverage issues (1.80); analysis of recently received settlement agreements re: timing of payment and other issues (2.40). | W001 | GFF | 4.80 |
| 09/01/10 | Reviewed new settlement agreements re: payments due by insurance companies from settlements. | W001 | IF | 2.20 |
| 09/01/10 | Reviewed insurance policies re: updated "loss payable" language and "follow form" information. | W001 | IF | 1.40 |
| 09/01/10 | Review file and handle issues re: preparation for hearing re: Liquidator's disallowance of claims (.40); email to R. Chung re: same (.20). | W001 | KES | 0.60 |
| 09/01/10 | Work on response to insolvent information request. | W001 | MG | 1.40 |
| 09/01/10 | Review and analysis of support for additional proof of claims. | W001 | RYC | 1.20 |
| 09/02/10 | Begin reviewing time and expense entries. | W011 | AHP | 0.40 |
| 09/02/10 | Analysis of selected insurance policies re: limits, exclusions, "loss payable" issues and other coverage issues. | W001 | GFF | 1.40 |
| 09/02/10 | Assist with response to Highlands (UK) claim valuation. | W001 | HEG | 1.00 |
| 09/02/10 | Reviewed insurance policies re: updated "loss payable" provisions and "follow form language." | W001 | IF | 3.60 |
| 09/02/10 | Review correspondence re: hearing dates (.20); email R. Chung re: same and preparation of documents for hearing (.20). | W001 | KES | 0.40 |
| 09/02/10 | Work on recommendation for response to insolvent company determination of claim. | W001 | MG | 2.90 |

{D0188825.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                             EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

W.R. GRACE/CLAIMANTS COMMITTEE                     MATTER:        100055.WRG01

October 18, 2010                                                   INVOICE:        239755

MATTER:  CLAIMANTS COMMITTEE                                ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/02/10 | Attention to Highlands UK Scheme Administrator's claim approval (.10); Analyze contesting approval amount (.30). | W001 | RMH | 0.40 |
| 09/02/10 | Evaluate potential disagreement with Highlands UK regarding final proof of claim decision. | W001 | RYC | 0.70 |
| 09/03/10 | Draft and revise insurance policy data spreadsheets (.60); Analysis of selected insurance policies re: follow form, limits, exclusions, "loss payable" issues and other coverage issues (1.60). | W001 | GFF | 2.20 |
| 09/03/10 | Assist with new responses to insolvent insurance company information requests. | W001 | HEG | 2.20 |
| 09/03/10 | Reviewed settlement agreements and insurance policies re: update to insolvent insurance company to provide information about confidential and new agreements. | W001 | IF | 1.60 |
| 09/03/10 | Conference with Dr. Mark Peterson and Ann McMillan regarding projected rate of Trust's handling of a decade's amount of pending claims (1.00); work on response to insolvent company's requests for information (2.60). | W001 | MG | 3.60 |
| 09/03/10 | Conference with Dr. Mark Peterson and Ann McMillan regarding projected rate of Trust's handling of a decade's amount of pending claims (1.20). Review draft settlement agreement with major insurance company (.80). Review revised settlement agreement with another insurance company (1.00). Confer with counsel for insurance company regarding same (.40). | W001 | RMH | 3.40 |
| 09/03/10 | Evaluate potential disagreement with Highlands UK regarding final proof of claim decision (1.30). Participate in strategy meetings regarding evaluation of post-bankruptcy trust liabilities and follow-up analysis (1.20). | W001 | RYC | 2.50 |
| 09/03/10 | Attention to fee application and status. | W011 | RYC | 0.20 |
| 09/06/10 | Review and analysis regarding insolvent UK scheme alternatives. | W001 | RYC | 1.00 |
| 09/07/10 | Continue and finish reviewing and revising first draft of time and expense entries. | W011 | AHP | 1.30 |

{D0188825.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                           EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 3

| | | | |
|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
| October 18, 2010 | | INVOICE: | 239755 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/07/10 | Continued assistance with information response for insolvent insurance company Insurance Liquidators. | W001 | HEG | 3.90 |
| 09/07/10 | Reviewed new information to be provided to insolvent insurance company re: public settlement agreements. | W001 | IF | 1.70 |
| 09/07/10 | Attention to case status and introduction to court (.30); leave telephone message for office clerk re: case status (.10). | W001 | KES | 0.40 |
| 09/07/10 | Work on insolvent claim issues. | W001 | MG | 2.60 |
| 09/07/10 | Contact Highlands UK regarding potentially accepting determination and follow-up (1.20). Review and analysis of coverage in place agreements and follow-up in connection with Scheme Administrator inquiries (1.70). | W001 | RYC | 2.90 |
| 09/08/10 | Proof changes and submit new draft. | W011 | AHP | 1.10 |
| 09/08/10 | Continued review and reproduction of insolvent insurance company Insurance information response. | W001 | HEG | 2.20 |
| 09/08/10 | Began to review London Market reimbursement agreement information for breakdown of each company's participation. | W001 | IF | 1.10 |
| 09/08/10 | Reviewed settlement agreements re: insolvent insurance company information request information. | W001 | IF | 1.20 |
| 09/08/10 | Work on insolvent claim issues. | W001 | MG | 2.80 |
| 09/08/10 | Attention to settlement with major insurance company. | W001 | RMH | 2.80 |
| 09/09/10 | Analysis of selected insurance policies re: limits, exclusions, follow form and other coverage issues (3.60); review Attachment A (and related policies) to insurance company settlement for accuracy (1.10). | W001 | GFF | 4.70 |
| 09/09/10 | Work on insolvent claim issues. | W001 | MG | 3.40 |
| 09/09/10 | Organization of recent case materials and forward to records department. | W001 | NJB | 1.80 |
| 09/09/10 | Analysis of settlement agreement with major insurance company (3.40); Provide comments and analysis (2.20). | W001 | RMH | 5.60 |

{D0188825.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 4

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:       100055.WRG01

October 18, 2010                                   INVOICE:         239755

MATTER:  CLAIMANTS COMMITTEE                            ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/09/10 | Analysis in connection with potential settlement with insurance carrier (1.20). Review exhaustion information in connection with post-bankruptcy Trust issues (1.30). | W001 | RYC | 2.50 |
| 09/10/10 | Analysis of selected settlement agreements re: amounts, timing of payments and other issues (1.80); Analysis of selected insurance policies re: limits, exclusions, applicability to settlement agreements and other coverage issues (1.30). | W001 | GFF | 3.10 |
| 09/10/10 | Reviewed information re: insurance company settlement agreement and earlier settlement agreement with another insurance company (.90); review information for insolvent insurance company response letter (.40). | W001 | IF | 1.30 |
| 09/10/10 | Work on insolvent claim issues. | W001 | MG | 2.70 |
| 09/10/10 | Attention to Scheme Administrator for Highlands UK's request to submit a Final Claim Form reducing the Scheme Creditor's claim. | W001 | RYC | 0.80 |
| 09/10/10 | Review and comment upon fee application. | W011 | RYC | 0.60 |
| 09/12/10 | Continue to review and comment upon fee application. | W011 | RYC | 0.50 |
| 09/13/10 | Review newly received documents and update monitoring chart. | W011 | AHP | 0.80 |
| 09/13/10 | Analysis of selected insurance policies re: follow form, limits "loss payable" issues, and other coverage issues (2.60); draft and revise insurance policy data spreadsheets (1.60). | W001 | GFF | 4.20 |
| 09/13/10 | Reviewed insurance policies re: "follow form" and "loss payable" provisions. | W001 | IF | 2.80 |
| 09/13/10 | Work on insolvent claim issues and correspondence. | W001 | MG | 2.20 |
| 09/13/10 | Hearing before Judge Fitzgerald. | W001 | RMH | 0.10 |
| 09/13/10 | Review and analysis in connection with impediments to obtaining coverage from certain insolvent insurance carriers. | W001 | RYC | 3.20 |
| 09/14/10 | Review changes, finalize and release. | W011 | AHP | 1.30 |

{D0188825.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 5

| | | | |
|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
| October 18, 2010 | | INVOICE: | 239755 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/14/10 | Draft and revise insurance policy data spreadsheets (.90); analysis of selected insurance policies re: follow form, limits, "loss payable" issues, and other coverage issues (2.80). | W001 | GFF | 3.70 |
| 09/14/10 | Reviewed insurance policies re: updated "loss payable" provisions and "follow form." | W001 | IF | 1.80 |
| 09/14/10 | Work on insolvent claim issues and correspondence. | W001 | MG | 1.60 |
| 09/14/10 | Attention to insurance company settlement negotiations. | W001 | RMH | 1.40 |
| 09/14/10 | Follow-up research regarding impediments to obtaining coverage from certain insolvent insurance carriers. | W001 | RYC | 2.60 |
| 09/15/10 | Analysis of selected insurance policies re: follow form, "loss payable" issues and other coverage issues (2.40); draft and revise insurance policy data spreadsheets (.70). | W001 | GFF | 3.10 |
| 09/15/10 | Assisted with preparation of information pursuant to insolvent insurance company's request for certain documentation. | W001 | HEG | 2.20 |
| 09/15/10 | Reviewed insurance policies re: "loss payable" and "follow form" provisions. | W001 | IF | 1.60 |
| 09/15/10 | Work on insolvent claim issues and correspondence | W001 | MG | 2.80 |
| 09/15/10 | Attention to settlement discussions with an insurance company. | W001 | RMH | 1.20 |
| 09/15/10 | Attention to issues remaining for unsettled insurance companies with ongoing settlement discussions. | W001 | RYC | 1.80 |
| 09/16/10 | Analysis of selected insurance settlement agreements re: amounts, scope of release, and other issues (2.30); draft and revise insurance policy data spreadsheets (.80). | W001 | GFF | 3.10 |
| 09/16/10 | Reviewed insurance policies re: "loss payable" and "follow form" language. | W001 | IF | 1.10 |
| 09/16/10 | Reviewed new settlement agreements re: "stream of payments" and "availability of premises coverage." | W001 | IF | 2.90 |

{D0188825.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                          EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 6

W.R. GRACE/CLAIMANTS COMMITTEE                     MATTER:      100055.WRG01

October 18, 2010                                   INVOICE:         239755

MATTER: CLAIMANTS COMMITTEE                                 ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/16/10 | Attention to correspondence with negotiating insurance company (0.80). Attention to proposed revisions of settlement agreement language (2.00). | W001 | RMH | 2.80 |
| 09/16/10 | Prepare settlement discussion response to insurance company (2.20). Review settlement discussions regarding another insurance company (1.30). | W001 | RYC | 3.50 |
| 09/17/10 | Analysis of selected insurance policies re: follow form, "loss payable" issues, aggregates and other coverage issues (2.70); draft and revise insurance policy data spreadsheets (.70). | W001 | GFF | 3.40 |
| 09/17/10 | Reviewed insurance policies re: "follow form" and "loss payable" provisions. | W001 | IF | 2.30 |
| 09/17/10 | Work on insolvent claim issues and correspondence. | W001 | MG | 2.20 |
| 09/17/10 | Case document organization. | W001 | NJB | 1.20 |
| 09/17/10 | Negotiation with one insurance company regarding text of settlement agreement (0.50). Review settlement proposal by another insurance company (0.80). Review changes proposed in settlement agreement being negotiated with another insurance company (2.00). | W001 | RMH | 3.30 |
| 09/17/10 | Revise proposed letter regarding settlement issues raised by carrier. | W001 | RYC | 1.60 |
| 09/19/10 | Review and analysis of pending liquidation and rehabilitation matters. | W001 | RYC | 1.40 |
| 09/20/10 | Analysis of selected insurance policies re: follow form, "loss payable" issues, and other coverage issues (1.90); draft and revise insurance policy data spreadsheets (.60); analysis of Federal Insurance settlement agreement re: policies included (.70). | W001 | GFF | 3.20 |
| 09/20/10 | Reviewed insurance policies re: "loss payable" and follow form" provisions. | W001 | IF | 2.70 |
| 09/20/10 | Work on response to insolvent information request. | W001 | MG | 1.40 |
| 09/20/10 | Review status of plan and exhibits in connection with pending settlement discussions. | W001 | RYC | 0.50 |
| 09/21/10 | Analysis of selected insurance policies re: limits, exclusions, "loss payable" issues and other coverage issues. | W001 | GFF | 2.60 |

{D0188825.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 7

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| October 18, 2010 | | INVOICE: | | 239755 |
| MATTER:  CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/21/10 | Reviewed and updated information re: "loss payable" and "follow form." | W001 | IF | 2.70 |
| 09/21/10 | Work on response to insolvent insurance company information request. | W001 | MG | 1.80 |
| 09/21/10 | Review and comment upon response to settlement discussion correspondence (0.60).  Attention to insolvent insurance recovery matters (1.20). | W001 | RYC | 1.80 |
| 09/22/10 | Analysis of selected settlement and reimbursement agreements re: confidentiality issues (5.40); draft and revise settlement agreement data spreadsheets (1.30). | W001 | GFF | 6.70 |
| 09/22/10 | Assist M. Garbowski with documentation needed for insolvent insurance company information request response. | W001 | HEG | 2.20 |
| 09/22/10 | Reviewed settlement agreements re: confidentiality requirements and disclosure to insolvent insurance company. | W001 | IF | 4.40 |
| 09/22/10 | Work on response to insolvent insurance company information request. | W001 | MG | 0.70 |
| 09/22/10 | Work on allocation for separate participating insurance company demands. | W001 | MG | 1.80 |
| 09/22/10 | Attention to settlement negotiations with major insurance company. | W001 | RMH | 2.80 |
| 09/22/10 | Attention to remaining discussions regarding potential settlement. | W001 | RYC | 0.90 |
| 09/23/10 | Review and analyze recent insolvent insurance company established claim information. | W001 | HEG | 1.80 |
| 09/23/10 | Reviewed order of rehabilitation for Atlantic Mutual and Centennial insurance companies. | W001 | IF | 0.70 |
| 09/23/10 | Reviewed settlement offers to insurance companies involved in specific "reimbursement agreement." | W001 | IF | 0.70 |
| 09/23/10 | Reviewed settlement agreements re: confidentiality provisions and disclosure to insolvent insurance company. | W001 | IF | 1.40 |
| 09/23/10 | Work on allocation for separate participating insurance company demands. | W001 | MG | 3.30 |
| 09/23/10 | Organization of case materials to send to records department. | W001 | NJB | 1.50 |

{D0188825.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                      EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 8

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| October 18, 2010 | INVOICE: | 239755 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/23/10 | Achieve settlement with major insurance company. | W001 | RMH | 2.20 |
| 09/23/10 | Research in connection with order of rehabilitation dated September 14, 2010 in the matter of Atlantic Mutual Insurance Company. | W001 | RYC | 1.30 |
| 09/24/10 | Assisted with review and analysis of settlement agreements for confidentiality limitations as part of proposed insolvent insurance company information request response. | W001 | HEG | 2.60 |
| 09/24/10 | Reviewed insurance policies re: updated "loss payable" information and applicable "follow form." | W001 | IF | 0.80 |
| 09/24/10 | Reviewed settlement agreements re: "confidentiality" provisions and disclosure to insolvent insurance company. | W001 | IF | 1.90 |
| 09/24/10 | Work on response to insolvent insurance company information request. | W001 | MG | 0.70 |
| 09/24/10 | Work on allocation for separate participating insurance company demands. | W001 | MG | 3.80 |
| 09/24/10 | Attention to finalizing the settlement agreement with major insurance company (1.90). Develop settlement proposal at request of insurance companies (.90). | W001 | RMH | 2.80 |
| 09/24/10 | Preparation for hearing with Special Mater regarding Integrity (1.50). Follow-up regarding potential of settling with insurance companies in rehabilitation and liquidation (1.60). | W001 | RYC | 3.10 |
| 09/26/10 | Review and analysis of sur-reply brief in Integrity Liquidation matter (1.30). Follow-up regarding potential recoveries with insurance companies in rehabilitation and liquidation (1.40). | W001 | RYC | 2.70 |
| 09/27/10 | Research case law re: insolvent insurance company letter brief. | W001 | EQ | 0.20 |
| 09/27/10 | Analysis of selected insurance settlement and reimbursement agreements re: confidentiality issues (4.40); draft and revise settlement agreement data spreadsheets (1.30). | W001 | GFF | 5.70 |

{D0188825.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                                EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 9

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| October 18, 2010 | | INVOICE: | | 239755 |
| MATTER:  CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/27/10 | Continued review and analysis of certain confidentiality orders as part of insolvent insurance company information request response (2.10); additional information request responses processed for distribution (1.60). | W001 | HEG | 3.70 |
| 09/27/10 | Reviewed settlement agreements re: confidentiality and release to insolvent insurance company and New York Liquidation Bureau. | W001 | IF | 4.90 |
| 09/27/10 | Review sur-reply from Liquidator's counsel (.80); research and review case law cited by Liquidator (1.70); research case law re: McCarren Ferguson Act and liquidation (2.00); prepare letter brief response to Liquidators sur-reply (4.60). | W001 | KES | 9.10 |
| 09/27/10 | Work on allocation for 14 new insurance company demands. | W001 | MG | 4.40 |
| 09/27/10 | Correspondence with insolvent carrier. | W001 | MG | 0.80 |
| 09/27/10 | Attention to settlement agreement with Federal (Chubb) and motion to approve same (1.90). Attention to presentation to Integrity referee (1.80). | W001 | RMH | 3.70 |
| 09/27/10 | Research and revise response to Integrity Liquidator's sur-reply brief (1.70).  Attention to issues relating to post-bankruptcy Trust related issues (1.00). | W001 | RYC | 2.70 |
| 09/28/10 | Analysis of selected insurance policies re: follow form, loss payable issues and other coverage issues (.90); analysis of selected insurance settlement and reimbursement agreements re: confidentiality issues (4.90); draft and revise settlement agreement data spreadsheets (1.60). | W001 | GFF | 7.40 |
| 09/28/10 | Reviewed information re: settlement offer and information for specific insurance company reimbursement agreement participants. | W001 | IF | 1.10 |
| 09/28/10 | Reviewed settlement agreements re: confidentiality provisions. | W001 | IF | 3.70 |
| 09/28/10 | Finalize letter brief responding to sur-reply (.80); prepare for service (.20); prepare for oral argument (1.70); return telephone call to J. Pawlak (.10). | W001 | KES | 2.80 |
| 09/28/10 | Work on allocation for 14 new insurance company demands. | W001 | MG | 5.40 |

{D0188825.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                               EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 10

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| October 18, 2010 | | INVOICE: | | 239755 |
| MATTER:  CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/28/10 | Attention to motion papers regarding major insurance company settlement (2.10); Attention to settlement negotiation with another insurance company (1.30). | W001 | RMH | 3.40 |
| 09/28/10 | Prepare for oral argument before Special Master in connection with objection to insolvent insurance company Liquidator's disallowance (2.70). Research response to outstanding issues pertaining to post-bankruptcy Trust related issues (1.90). | W001 | RYC | 4.60 |
| 09/29/10 | Analysis of selected settlement and reimbursement agreements re: confidentiality issues (2.70); draft and revise settlement data spreadsheets (1.60). | W001 | GFF | 4.30 |
| 09/29/10 | Continued assistance on confidentiality issues in settlement agreements as part of insolvent insurance company information request response. | W001 | HEG | 2.40 |
| 09/29/10 | Reviewed settlement agreements re: confidentiality and disclosure of information to insolvent insurance company. | W001 | IF | 4.30 |
| 09/29/10 | Attend and argue objection to Liquidator's disallowance (4.00); Prepare memorandum to R. Chung debriefing the issues from the hearing (1.40). | W001 | KES | 5.40 |
| 09/29/10 | Correspondence with insolvent carrier. | W001 | MG | 2.20 |
| 09/29/10 | Work on allocation for 14 new insurance company demands. | W001 | MG | 2.80 |
| 09/29/10 | Prepare for, participate, and follow-up regarding oral argument before Special Master in connection with objection to Liquidator's disallowance (2.70). Half-time travel to and from Hackensack court house regarding oral argument (80). Research and prepare summary of oral argument and potential strategy going forward with proof of claim against Integrity Liquidator (2.50). | W001 | RYC | 6.00 |
| 09/30/10 | Continued assistance with settlement agreement review and analysis as part of insolvent insurance company information request response. | W001 | HEG | 2.70 |
| 09/30/10 | Reviewed settlement agreements re: settlement payment amounts and disclosure of information to insolvent insurance company. | W001 | IF | 4.90 |

{D0188825.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 11

W.R. GRACE/CLAIMANTS COMMITTEE                     MATTER:      100055.WRG01

October 18, 2010                                   INVOICE:          239755

MATTER:  CLAIMANTS COMMITTEE                            ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/30/10 | Correspondence with insolvent carrier. | W001 | MG | 2.40 |
| 09/30/10 | Review and analysis of new draft of settlement agreements proposed by major insurance company and responsive draft. (2.10); Attention to insurance company insolvency payments for the benefit of the Trust (.80). | W001 | RMH | 2.90 |

**TOTAL FEES:**                                                  **$154,103.00**

{D0188825.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 12

W.R. GRACE/CLAIMANTS COMMITTEE          MATTER:    100055.WRG01

October 18, 2010          INVOICE:    239755

MATTER:  CLAIMANTS COMMITTEE          ROBERT M. HORKOVICH

## FEE SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---:|---:|---:|
| Arline H Pelton | 240.00 | 4.90 | 1,176.00 |
| Esther Quiles | 110.00 | 0.20 | 22.00 |
| Glenn F Fields | 330.00 | 63.60 | 20,988.00 |
| Harris E Gershman | 265.00 | 26.90 | 7,128.50 |
| Izak Feldgreber | 285.00 | 60.80 | 17,328.00 |
| Kenneth E. Sharperson | 495.00 | 18.70 | 9,256.50 |
| Mark Garbowski | 565.00 | 59.70 | 33,730.50 |
| Nicholas J Balsdon | 205.00 | 4.50 | 922.50 |
| Robert M Horkovich | 875.00 | 38.80 | 33,950.00 |
| Robert Y Chung | 585.00 | 50.60 | 29,601.00 |
| **TOTAL FEES:** | | | **$154,103.00** |

{D0188825.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                          EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 13

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:         100055.WRG01

October 18, 2010                                                 INVOICE:            239755

MATTER:  CLAIMANTS COMMITTEE                                ROBERT M. HORKOVICH

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001      Asset Analysis and Recovery

|  | HOURS | TOTALS |
|---|---:|---:|
| Esther Quiles | 0.20 | 22.00 |
| Glenn F Fields | 63.60 | 20,988.00 |
| Harris E Gershman | 26.90 | 7,128.50 |
| Izak Feldgreber | 60.80 | 17,328.00 |
| Kenneth E. Sharperson | 18.70 | 9,256.50 |
| Mark Garbowski | 59.70 | 33,730.50 |
| Nicholas J Balsdon | 4.50 | 922.50 |
| Robert M Horkovich | 38.80 | 33,950.00 |
| Robert Y Chung | 49.30 | 28,840.50 |
| **TOTAL:** | **322.50** | **$152,166.50** |

ACTIVITY CODE: W011      Fee Applications (Applicant)

|  | HOURS | TOTALS |
|---|---:|---:|
| Arline H Pelton | 4.90 | 1,176.00 |
| Robert Y Chung | 1.30 | 760.50 |
| **TOTAL:** | **6.20** | **$1,936.50** |

{D0188825.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                           EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 14

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:    100055.WRG01

October 18, 2010                              INVOICE:        239755

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

**COSTS through 09/30/10**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 09/01/10 | LIBRARY & LEGAL RESEARCH Westlaw Usage Charges August 1, 2010 through August 31, 2010 | E106 | 84.03 |
| 09/01/10 | DI - PHOTOCOPYING | E101 | 1.70 |
| 09/03/10 | DI - PHOTOCOPYING | E101 | 2.60 |
| 09/03/10 | DI - PHOTOCOPYING | E101 | 0.80 |
| 09/07/10 | DI - PHOTOCOPYING | E101 | 83.90 |
| 09/07/10 | DI - PHOTOCOPYING | E101 | 0.10 |
| 09/07/10 | DI - PHOTOCOPYING | E101 | 58.80 |
| 09/07/10 | DI - PHOTOCOPYING | E101 | 166.00 |
| 09/07/10 | DI - PHOTOCOPYING | E101 | 0.60 |
| 09/07/10 | DI - PHOTOCOPYING | E101 | 187.50 |
| 09/07/10 | DI - PHOTOCOPYING | E101 | 25.30 |
| 09/07/10 | DI - PHOTOCOPYING | E101 | 30.10 |
| 09/07/10 | DI - PHOTOCOPYING | E101 | 8.30 |
| 09/07/10 | DI - PHOTOCOPYING | E101 | 8.30 |
| 09/08/10 | DI - PHOTOCOPYING | E101 | 0.10 |
| 09/08/10 | DI - PHOTOCOPYING | E101 | 58.20 |
| 09/08/10 | DI - PHOTOCOPYING | E101 | 3.40 |
| 09/08/10 | DI - PHOTOCOPYING | E101 | 2.00 |
| 09/09/10 | DI - PHOTOCOPYING | E101 | 0.20 |
| 09/09/10 | DI - PHOTOCOPYING | E101 | 3.00 |
| 09/10/10 | DI - PHOTOCOPYING | E101 | 19.00 |
| 09/14/10 | AP - TELEPHONE | E105 | (30.00) |
| 09/14/10 | DI - PHOTOCOPYING | E101 | 18.50 |
| 09/14/10 | DI - PHOTOCOPYING | E101 | 13.00 |
| 09/14/10 | DI - PHOTOCOPYING | E101 | 12.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                             **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 15

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

October 18, 2010                                   INVOICE:           239755

MATTER: CLAIMANTS COMMITTEE                                  ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 09/15/10 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 723626423 Tracking Number: 790725775800 Reference: 100055 WRG01 02 216 Billing Note: From: Mark Garbowski, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Richard Maniurski, New York Liquidation Bureau, 123 William Street, NEW YORK CITY, NY, 10038, US | E107 | 19.99 |
| 09/15/10 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 723626423 Tracking Number: 790725775946 Reference: 100055 WRG01 02 216 Billing Note: From: Mark Garbowski, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Richard Maniurski, New York Liquidation Bureau, 123 William Street, NEW YORK CITY, NY, 10038, US | E107 | 19.99 |
| 09/15/10 | DI - PHOTOCOPYING | E101 | 0.80 |
| 09/20/10 | DI - PHOTOCOPYING | E101 | 0.30 |
| 09/20/10 | DI - PHOTOCOPYING | E101 | 1.90 |
| 09/20/10 | DI - PHOTOCOPYING | E101 | 0.40 |
| 09/20/10 | DI - PHOTOCOPYING | E101 | 3.50 |
| 09/20/10 | DI - PHOTOCOPYING | E101 | 1.00 |
| 09/20/10 | DI - PHOTOCOPYING | E101 | 32.10 |
| 09/20/10 | DI - PHOTOCOPYING | E101 | 0.20 |
| 09/20/10 | DI - PHOTOCOPYING | E101 | 0.80 |
| 09/20/10 | DI - PHOTOCOPYING | E101 | 0.10 |
| 09/20/10 | DI - PHOTOCOPYING | E101 | 0.40 |
| 09/21/10 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 723626423 Tracking Number: 790234606900 Reference: 100055 WRG01 02 216 Billing Note: From: Mark Garbowski, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Richard Maniurski, New York Liquidation Bureau, 123 William St Fl 6, NEW YORK CITY, NY, 10038, US | E107 | 10.79 |
| 09/21/10 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 723626423 Tracking Number: 791276854999 Reference: 100055 WRG01 02 216  Billing Note: From: Mark Garbowski, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Richard L Maniurski, Eastpoint Consulting Group, LL, 2 142 Seaver Ln, HOFFMAN ESTATES, IL, 60169, US | E107 | 16.75 |

{D0188825.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                         **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 16

W.R. GRACE/CLAIMANTS COMMITTEE                        MATTER:       100055.WRG01

October 18, 2010                                      INVOICE:          239755

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 09/21/10 | DI - PHOTOCOPYING | E101 | 1.20 |
| 09/21/10 | DI - PHOTOCOPYING | E101 | 0.10 |
| 09/21/10 | DI - PHOTOCOPYING | E101 | 1.00 |
| 09/21/10 | DI - PHOTOCOPYING | E101 | 3.60 |
| 09/22/10 | DI - PHOTOCOPYING | E101 | 0.20 |
| 09/22/10 | DI - PHOTOCOPYING | E101 | 1.10 |
| 09/23/10 | DI - PHOTOCOPYING | E101 | 12.50 |
| 09/27/10 | DI - PHOTOCOPYING | E101 | 127.70 |
| 09/27/10 | DI - PHOTOCOPYING | E101 | 0.10 |
| 09/28/10 | DI - FAX CHARGES | E104 | 7.50 |
| 09/28/10 | DI - PHOTOCOPYING | E101 | 4.40 |
| 09/29/10 | DI - PHOTOCOPYING | E101 | 2.50 |
| 09/29/10 | DI - PHOTOCOPYING | E101 | 0.20 |
| 09/30/10 | DI - PHOTOCOPYING | E101 | 0.30 |
| **TOTAL COSTS:** | | | **$1,029.05** |

{D0188825.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                                 **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 17

W.R. GRACE/CLAIMANTS COMMITTEE                                     MATTER:       100055.WRG01

October 18, 2010                                                                    INVOICE:            239755

MATTER:  CLAIMANTS COMMITTEE                                            ROBERT M. HORKOVICH

| WORK | DESCRIPTION | AMOUNT |
|---|---|---:|
| AF | AIRFREIGHT | 67.52 |
| FX | DI - FAX CHARGES - | 7.50 |
| LB | LIBRARY & LEGAL RESEARCH | 84.03 |
| TE | AP - TELEPHONE - | (30.00) |
| XE | DI - PHOTOCOPYING - | 900.00 |
| | **TOTAL COSTS:** | **$1,029.05** |
| | **TOTAL DUE:** | **$155,132.05** |

{D0188825.1 }