## EXHIBIT A

### Asset Analysis & Recovery (.30 Hours; $ 276.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $950 | 190.00 |
| Peter Van N. Lockwood | .10 | $860 | 86.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/22/10 | EI | 950.00 | 0.20 | T/c J. Sinclair re: weekly status sheet. |
| 09/27/10 | PVL | 860.00 | 0.10 | Review Sinclair memo re Synthetec acq. |

**Total Task Code .01         .30**

### Case Administration (3.20 Hours; $ 2,122.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.20 | $860 | 1,032.00 |
| Rita C. Tobin | 2.00 | $545 | 1,090.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/07/10 | PVL | 860.00 | 0.10 | Review 7 misc filings. |
| 09/07/10 | RCT | 545.00 | 0.20 | Review local counsel records and dockets re EI update (0.2) |
| 09/08/10 | PVL | 860.00 | 0.20 | Review 13 misc. filings (.1); review e-mail and reply (.1). |
| 09/10/10 | RCT | 545.00 | 0.20 | Review local counsel records and dockets re EI update (0.2) |
| 09/13/10 | PVL | 860.00 | 0.40 | Review docs for filing. |
| 09/16/10 | PVL | 860.00 | 0.20 | Review 15 misc filings. |
| 09/17/10 | PVL | 860.00 | 0.10 | Review 4 misc. filings. |
| 09/21/10 | PVL | 860.00 | 0.10 | Review 8 misc filings. |

| 09/21/10 | RCT | 545.00 | 0.20 | Review local counsel records and dockets re EI update (0.2) |
| 09/23/10 | RCT | 545.00 | 1.20 | Review exhibits (1.2) |
| 09/28/10 | PVL | 860.00 | 0.10 | Review 19 misc filings. |
| 09/30/10 | RCT | 545.00 | 0.20 | Review local counsel records and dockets re EI update (0.2) |

**Total Task Code .04        3.20**

## Fee Applications, Applicant (8.70 Hours; $ 3,770.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 5.80 | $545 | 3,161.00 |
| Eugenia Benetos | 2.90 | $210 | 609.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/01/10 | RCT | 545.00 | 0.20 | Review fee app schedule for September |
| 09/01/10 | RCT | 545.00 | 1.10 | Address fee issues (1.1) |
| 09/07/10 | RCT | 545.00 | 0.10 | Emails PVNL and EB re Grace Fee Order (0.1) |
| 09/07/10 | EB | 210.00 | 0.60 | Perform review of Exhibit A in fee application re: fees and expenses.  (.5); and email RCT and PVNL re: fee auditor's recommendation (.1). |
| 09/13/10 | EB | 210.00 | 0.50 | Prepare fee and expense report for fee application exhibit. |
| 09/21/10 | RCT | 545.00 | 1.00 | Address fee issues (1.0) |
| 09/21/10 | EB | 210.00 | 0.70 | Prepare fee and expense report for fee application exhibit (.5); and review FA's Report re: C&D fee reduction and update fee application schedule (.2). |
| 09/22/10 | RCT | 545.00 | 0.90 | Review prebills (0.9) |
| 09/24/10 | RCT | 545.00 | 0.80 | Review monthly fee apps (0.8) |

| 09/24/10 | EB | 210.00 | 1.10 | Work on monthly fee application. |
| 09/28/10 | RCT | 545.00 | 0.20 | Review fee application schedules for October (0.2) |
| 09/28/10 | RCT | 545.00 | 0.50 | Address payment issue (0.5) |
| 09/30/10 | RCT | 545.00 | 1.00 | Address fee issues with EB (1.0) |

**Total Task Code .12        8.70**


### Fee Applications, Others (.10 Hours; $ 21.00)

| Professionals | | Number of Hours | | Billing Rate | Value |
|---|---|---|---|---|---|
| Eugenia Benetos | | .10 | | $210 | 21.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/07/10 | EB | 210.00 | 0.10 | Review LAS's fee application re: 36th interim and respond to fee auditor. |

**Total Task Code .13        .10**


### Plan & Disclosure Statement (8.40 Hours; $ 6,712.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $950 | 190.00 |
| Peter Van N. Lockwood | 6.20 | $860 | 5,332.00 |
| Ann C. McMillan | 2.00 | $595 | 1,190.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/01/10 | ACM | 595.00 | 0.40 | Teleconference M. Peterson re valuing coverage-in-place agreements. |
| 09/02/10 | ACM | 595.00 | 0.20 | Exchange e-mails with M. Peterson and B. Horkovich re insurance call. |

| Date | | | | |
|------|------|--------|------|---|
| 09/03/10 | ACM | 595.00 | 0.70 | Teleconference M. Peterson, B. Horkovich re present value of CIP Agreement payments. |
| 09/07/10 | PVL | 860.00 | 0.60 | Review e-mail and reply (.2); review revised CNA agmt (.4). |
| 09/08/10 | PVL | 860.00 | 0.10 | Review e-mail and reply. |
| 09/08/10 | EI | 950.00 | 0.10 | T/c PVNL re: Quigley decision (.1). |
| 09/09/10 | PVL | 860.00 | 1.10 | Review e-mail (.3); teleconference Freedman (.8). |
| 09/10/10 | PVL | 860.00 | 0.90 | Review email (.1); review revised CNA agmt (.6); teleconference EI (.2). |
| 09/13/10 | PVL | 860.00 | 0.30 | Review email and reply (.1); teleconference Freedman (.2). |
| 09/13/10 | EI | 950.00 | 0.10 | Read Project Mallard material (.1). |
| 09/16/10 | PVL | 860.00 | 0.20 | Review email . |
| 09/17/10 | ACM | 595.00 | 0.10 | Exchange e-mails with B. Horkovich re insurance valuation issue. |
| 09/20/10 | PVL | 860.00 | 0.10 | Teleconference Wyron. |
| 09/21/10 | PVL | 860.00 | 1.20 | Review Swan Transportation ins hearing tr. (.6); teleconference EI (.2); review revised CNA agmt and email comments (.4). |
| 09/21/10 | ACM | 595.00 | 0.10 | Teleconference claimant. |
| 09/22/10 | PVL | 860.00 | 0.30 | Review email and reply. |
| 09/22/10 | ACM | 595.00 | 0.20 | Teleconference EI re coverage in place insurance valuation (.1); send e-mail to B. Horkovich re TDP payment limitations (.1). |
| 09/23/10 | PVL | 860.00 | 0.10 | Reviw email and reply. |
| 09/27/10 | PVL | 860.00 | 0.10 | Review Esayian comments on CNA agmt. |
| 09/27/10 | ACM | 595.00 | 0.30 | Conference EI, M. Peterson re valuation of insurance proceeds. |
| 09/28/10 | PVL | 860.00 | 0.90 | Review Sinclair memo (.1); revised draft CNA agmt and email comments (.8). |

| | | | | |
|---|---|---|---|---|
| 09/29/10 | PVL | 860.00 | 0.20 | Email review. |
| 09/30/10 | PVL | 860.00 | 0.10 | Review revised draft CNA agmt. |

**Total Task Code .17**      **8.40**

<u>Other Charges</u>:

| | |
|---|---:|
| Air Freight & Express Mail | 21.58 |
| Long Distance-Equitrac In-House | 3.28 |
| Xeroxing | 17.80 |
| **Total:** | **$ 42.66** |