**EXHIBIT B**

**Asset Analysis & Recovery (.30 Hours; $ 276.00)**

Services rendered in this category pertain to effort to analyze and recover the Debtor's assets for the benefit of the estate.

**Total Task Code .01         .30**

**Case Administration (3.20 Hours; $ 2,122.00)**

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04         3.20**

**Fee Applications, Applicant (8.70 Hours; $ 3,770.00)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12         8.70**

**Fee Applications, Others (.10 Hours; $ 21.00)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13         .10**

**Plan & Disclosure Statement (8.40 Hours; $ 6,712.00)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17         8.40**

{D0188828.1 }