## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 21.58 |
| Long Distance-Equitrac In-House | 3.28 |
| Xeroxing | 17.80 |
| **Total:** | **$ 42.66** |

{D0188829.1 }