| | | | | |
|---|---|---|---|---|
| **Client Number:   4642** | **Grace Asbestos Personal Injury Claimants** | | | Page: 1 |
| **Matter       000** | **Disbursements** | | | 10/25/2010 |

Print Date/Time: 10/25/2010 10:46:46AM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:   1/1/1950  to: 9/30/2010

**Matter       000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 9/24/2010 | 13,655 |
|---|---|---|---|---|---|---|---|---|

$4,759.14
Client Retainers Available            Committed to Invoices:            $0.00        Remaining:            $4,759.14

$3,884,101.62
Total Expenses Billed To Date         Billing Empl:       0120     Elihu  Inselbuch
                                      Responsible Empl:   0120     Elihu  Inselbuch
                                      Alternate Empl:     0120     Elihu  Inselbuch
                                      Originating Empl:   0120     Elihu  Inselbuch

**Summary  by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G--------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 30.28 | 0.00 | 30.28 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 0.80 | 0.00 | 0.80 |
| 0252 | JMT | Jeanine M Thomas | 0.00 | 2.80 | 0.00 | 2.80 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 8.78 | 0.00 | 8.78 |
| **Total Fees** | | | **0.00** | **42.66** | **0.00** | **42.66** |

**Detail Time / Expense  by  Date**

| | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G--------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2592342 | Photocopy | E | 09/08/2010 | 0252 JMT | | 0.00 | $2.80 | | 0.00 | $2.80 | 2.80 |
| 2588543 | Equitrac - Long Distance to 12124464934 | E | 09/12/2010 | 0999 C&D | | 0.00 | $2.68 | | 0.00 | $2.68 | 5.48 |
| 2588134 | Federal Express -Delivery to W.Smith, 8/31/10 | E | 09/13/2010 | 0120 EI | | 0.00 | $21.58 | | 0.00 | $21.58 | 27.06 |

{D0188830.1 }

| Client Number: | 4642 | | | | Grace Asbestos Personal Injury Claimants | | | | | Page: 1 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Matter | 000 | | | | Disbursements | | | | | 10/25/2010 |

Print Date/Time: 10/25/2010 10:46:46AM

Attn:

(EI)

Invoice #

| | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2591097 | Equitrac - Long Distance to 12124464934 | | E | 09/19/2010 | 0999 | C&D | 0.00 | $0.48 | 0.00 | $0.48 | 27.54 |
| 2596368 | Photocopy | | E | 09/20/2010 | 0999 | C&D | 0.00 | $0.50 | 0.00 | $0.50 | 28.04 |
| 2596742 | Photocopy | | E | 09/24/2010 | 0999 | C&D | 0.00 | $5.00 | 0.00 | $5.00 | 33.04 |
| 2596873 | Photocopy | | E | 09/27/2010 | 0232 | LK | 0.00 | $0.80 | 0.00 | $0.80 | 33.84 |
| 2595315 | Equitrac - Long Distance to 13369269145 | | E | 09/30/2010 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 33.88 |
| 2595563 | Equitrac - Long Distance to 14142649461 | | E | 09/30/2010 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 33.96 |
| 2596276 | NY Office Copy Charges, 9/2010 (EI) | | E | 09/30/2010 | 0120 | EI | 0.00 | $8.70 | 0.00 | $8.70 | 42.66 |

**Total Expenses**                                                                $42.66
                                                          0.00                                $42.66
                Matter Total Fees                                         0.00                 0.00
                Matter Total Expenses                                    42.66                42.66
                Matter Total                              0.00          42.66     0.00       42.66

                Prebill Total Fees
                Prebill Total Expenses                                  $42.66                $42.66
                Prebill Total                             0.00          $42.66    0.00       $42.66

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
| --- | --- | --- | --- |
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 74,690 | 05/21/2010 | 32,577.50 | 6,515.50 |
| 75,024 | 06/18/2010 | 30,260.00 | 6,052.00 |
| 75,954 | 07/20/2010 | 9,500.50 | 1,900.10 |
| 76,402 | 08/17/2010 | 12,280.85 | 12,280.85 |
| 77,013 | 09/24/2010 | 9,688.20 | 9,688.20 |
| | | 165,505.55 | 39,698.38 |

{D0188830.1 }