## EXHIBIT A

**September 2010 Fee Detail**

| | Matter 3 | | Business Operations | | | |
|---|---|---|---|---|---|---|
| Attorney | Date | Description | | Time | Rate | Amount |
| JSB | 9/7/2010 | Review draft documents re Mallard transaction (.50); prepare correspondence re same (.20); review slides re Mallard and participate in call re same (.80); confer with R. Higgins ( several tiimes) re same (.40); confer with J. O'Connell futher re Mallard (.30). | | 2.20 | $625 | $1,375.00 |
| RJH | 9/7/2010 | Review and analyze client documents re Project Mallard and exchange correspondence with various parties re same (.90); prepare for and participate in conference call with Blackstone and Company re same (1.10); research issues re motion to approve (.50). | | 2.50 | $475 | $1,187.50 |
| JSB | 9/8/2010 | Review and respond to inquiries re Seale and Mallard transactions (.30); confer with R . Higgins re same (.30); review correspondence re further issues on tax refund matters and investigation re same (.30). | | .90 | $625 | $562.50 |
| RJH | 9/8/2010 | Analyze and resolve issues re Project Mallard (.40); draft motion for approval re same (.80); legal research re same (.90); exchange correspondence with various parties re same (.70). | | 2.80 | $475 | $1,330.00 |
| RJH | 9/9/2010 | Prepare for and participate in telephone conference with M. Conron re Project Mallard (.70); confer with J. Baer re same (.30); review and revise Project Mallard constituent documents and circulate same for comment (3.50); draft motion to authorize Project Mallard and circulate same (4.30). | | 8.80 | $475 | $4,180.00 |
| JSB | 9/10/2010 | Participate in call with Creditor Committees and advisors re potential Mallard transaction (.50); review correspondence re same (.30); review draft Mallard motion and client comments re same (.60); provide comments re same (.30). | | 1.70 | $625 | $1,062.50 |
| RJH | 9/10/2010 | Draft proposed order for Project Mallard (.40); revise motion re same (.50); exchange correspondence with various parties re same (.80). | | 1.70 | $475 | $807.50 |
| RJH | 9/11/2010 | Revise Project Mallard motion and circulate same (2.20); draft and revise order re same (1.60); confer with J. Baer re same and other issues (.50); exchange correspondence with various parties re same (.50). | | 4.80 | $475 | $2,280.00 |
| JSB | 9/13/2010 | Review correspondence re status of Mallard transaction (.30); confer with R. Higgins re same (.30). | | .60 | $625 | $375.00 |
| RJH | 9/13/2010 | Revise Project Mallard motion (.50); prepare same for filing (.90); exchange correspondence with various parties re same (1.30). | | 2.70 | $475 | $1,282.50 |
| JSB | 9/16/2010 | Review correspondence re Mallard, NJDEP and MADEP and respond re same (.40); confer with R. Higgins re Mallard issues (.30). | | .70 | $625 | $437.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 9/21/2010 | Telephone conferences with M. Conron re Project Mallard (.60); telephone conferences with K. Makowski re same (.40); legal research re same (.80); exchange correspondence with various parties re same (.60). | 2.40 | $475 | $1,140.00 |
| RJH | 9/22/2010 | Exchange correspondence with various parties re motion to create foreign subsidary structure (.50); review and analyze draft motion and issues raised thereby (1.10). | 1.60 | $475 | $760.00 |
| RJH | 9/22/2010 | Exchange correspondence with various parties re committee inquiries regarding Project Mallard (.30); analyze and resolve issues re same (.80). | 1.10 | $475 | $522.50 |
| RJH | 9/23/2010 | Exchange correspondence with various parties re Project Mallard and consider issues re same (1.10); review and analyze various client and acquisition related documents (1.20). | 2.30 | $475 | $1,092.50 |
| RJH | 9/24/2010 | Prepare for and participate in telephone conference with A. Krieger and others re Project Mallard (1.40); exchange correspondence with various parties re same (.90); prepare for and participate in telephone conference with J. O'Connell re foreign subsidiary reorganization matter (.60); revise draft motion re same (2.50); participate in follow-on telephone conference with J. O'Connell re same (.50). | 5.90 | $475 | $2,802.50 |
| RJH | 9/27/2010 | Telephone conference with D. Felder re Project Mallard (.50); consider issues raised by same (.30); exchange correspondence with client and others re same (.40); telephone conference with E. Filon, M. Conron and J. O'Connell re same (.40); prepare for and participate in telephone conference with client and advisors re foreign subisidary reorganization matter (1.00); revise draft motion re same (.50). | 3.10 | $475 | $1,472.50 |
| RJH | 9/28/2010 | Revise foreign holding company motion and circulate same for additional comment (2.50); telephone conference with C. Finke and D. Poole re same and other issues (.70); follow-on telephone conference re same (.80); exchange correspondence re same and consider issues raised therein (.50); telephone conference with A. Krieger re Project Mallard (.50); revise form of order re same (.90). | 5.90 | $475 | $2,802.50 |
| JSB | 9/29/2010 | Confer with R. Higgins re Mallard issues with FCR and GUC Committee(.60); confer with R. Higgins re foreign subsidiary issues (.30): confer with R. Higgins re status of tax refund check matter (.20); confer with T. Freedman re Mallard issues (.30); review draft motion/correspondence re foreign subsidiary holding company matters (.40). | 1.80 | $625 | $1,125.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 9/29/2010 | Telephone conference with J. Baer and T. Freedman re Project Mallard and follow up re same (.30); analyze and resolve issues re same (.60); telephone conference with E. Filon re same (.50); follow-on telephone conference with E. Filon re same (.40); telephone conference with M. Conron re same (.50); telephone conference with A. Krieger re same (.60); exchange correspondence with various parties re same (.70); revise form of order re same (.80). | 4.40 | $475 | $2,090.00 |
| JSB | 9/30/2010 | Confer with D. Felder re status of issues on Mallard transaction (.30); prepare correspondence to A. Krieger re same (.20); confer with R. Higgins further re potential for foreign subsidiary holding company (.30); review correspondence from Grace re Mallard issue and prepare correspondence to FCR re same (.40). | 1.20 | $625 | $750.00 |
| Total | | | 59.10 | | $29,437.50 |

| | Matter 4 | | Case Administration | | | |
|---|---|---|---|---|---|---|
| Attorney | Date | Description | | Time | Rate | Amount |
| RJH | 9/7/2010 | Confer with J. Baer re various matters (.50). | | .50 | $475 | $237.50 |
| JSB | 9/10/2010 | Review newly filed pleadings and attend to same (.30). | | .30 | $625 | $187.50 |
| JSB | 9/14/2010 | Review and assemble materials for informal discovery request and prepare cover letter re same (.40); prepare CNA materials for Grace review (.30); prepare correspondence re Seaboard negative notice and Stipulation (.30). | | 1.00 | $625 | $625.00 |
| JSB | 9/15/2010 | Confer with M. Shelnitz re Seale issues (.20); review and attend to newly filed pleadings (.30); respond to inquiries re Seale (.20). | | .70 | $625 | $437.50 |
| JSB | 9/16/2010 | Review and respond to correspondence re case issues and review pleadings re same (.40). | | .40 | $625 | $250.00 |
| JSB | 9/20/2010 | Review correspondence from various parties and follow up to attend to same (.70). | | .70 | $625 | $437.50 |
| JSB | 9/23/2010 | Review correspondence re various matters and follow up re same (.50). | | .50 | $625 | $312.50 |
| JSB | 9/27/2010 | Review correspondence and materials on various matters and follow up re same (.40). | | .40 | $625 | $250.00 |
| RJH | 9/27/2010 | Prepare OCP exhibit for third quarter and transmit same to G. Wang (.70). | | .70 | $475 | $332.50 |
| RJH | 9/29/2010 | Confer with J. Baer re case status and follow up re same (1.20). | | 1.20 | $475 | $570.00 |
| JSB | 9/30/2010 | Follow up and prepare correspondence re retention of original signed agreements on settlements (.20); follow up re notice information issue prompted by recent claims matters (.20). | | .40 | $625 | $250.00 |
| | Total | | | 6.80 | | $3,890.00 |

4

**Matter 5**            **Claim Analysis Objection & Resolution (Asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 9/29/2010 | Review correspondence re Libby Amphibole matter (.20). | .20 | $625 | $125.00 |
| Total | | | .20 | | $125.00 |

| Matter 6 | | Claim Analysis Objection & Resolution (Non-asbestos) | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 9/1/2010 | Exchange correspondence with N. Kucirek and others re Nebraska tax issue and consider issues re same (.70); exchange correspondence with V. Knox re claims status and consider issues re same (.60). | 1.30 | $475 | $617.50 |
| RJH | 9/2/2010 | Exchange correspondence with various parties re open claims matters (1.00). | 1.00 | $475 | $475.00 |
| JSB | 9/7/2010 | Review correspondence and data from S. Scarlis re claims interest rate issues (.20); review correspondence re Fresenius tax refund issue (.20); prepare comments/status re interest rate issues on claims (.60). | 1.00 | $625 | $625.00 |
| RJH | 9/7/2010 | Exchange correspondence with various parties re open claims matters (.40). | .40 | $475 | $190.00 |
| RJH | 9/8/2010 | Exchange correspondence and attend to matters re North Carolina tax settlement and exchange correspondence with various parties re same (.90). | .90 | $475 | $427.50 |
| RJH | 9/11/2010 | Exchange correspondence with I. Slomka re Massachusetts tax settlement (.40). | .40 | $475 | $190.00 |
| JSB | 9/13/2010 | Prepare negative notice on Seaboard settlement (.50). | .50 | $625 | $312.50 |
| JSB | 9/14/2010 | Review client comments on MADEP Motion for Settlement (.30); revise same and supplement with further information (1.20); prepare transmittal re same (.30). | 1.80 | $625 | $1,125.00 |
| JSB | 9/15/2010 | Review Blackstone/BMC open issues on claims chart, review open claims and prepare information re same (2.50); prepare follow-up inquiries re same (.30); review correspondence on Ambrosia Site issues with NJDEP (.20); review further documents re claims and prepare further comments re same (.40). | 3.40 | $625 | $2,125.00 |
| RJH | 9/17/2010 | Telephone conference with N. Gutierrez and R. Vidal re Columbian employee claim issue (.80); follow up and draft correspondence re same (.50); telephone conference with J. McFarland re same (.40); exchange correspondence with N. Nguyen re Munoz (.40). | 2.10 | $475 | $997.50 |
| RJH | 9/20/2010 | Attend to matters regarding revised exhibit to employee claims disallowance order and exchange correspondence with various parties re same (1.00); exchange correspondence with J. Baer re Colombian ex-employees claim matter (.30); prepare Seaboard II settlement notice and stipulation for docketing and service and exchange correspondence with various parties re same (1.20); prepare for and participate in telephone conference with J. Carignan re Hanmar/Hankin claim (.60); draft correspondence to client re same (.40). | 3.50 | $475 | $1,662.50 |

6

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 9/21/2010 | Analyze issues re Massachusetts tax settlement and exchange correspondence re same (1.10); consider issues re employee claims disallowance order exhibit amendment and draft certificate of counsel re same (1.30); telephone conference with N. Gutierrez re Colombian ex-employee issue and exchange correspondence with various parties re same (.60). | 3.00 | $475 | $1,425.00 |
| RJH | 9/22/2010 | Exchange correspondence with various parties re open claims matters (.50); analyze and resolve issues re Nebraska tax claims (.90); revise certificate of counsel re employee claims disallowance order exhibit (.60). | 2.00 | $475 | $950.00 |
| RJH | 9/23/2010 | Telephone conference with counsel for Colombian ex-employees (.50). | .50 | $475 | $237.50 |
| RJH | 9/24/2010 | Telephone conference with N. Guttierez and R. Vidal re Colombian ex-employees claim (.80); draft correspondence to R. Ayerbe re same (.70); exchange correspondence with R. Vidal and N. Gutierrez and review and analyze issues raised by same (.80). | 2.30 | $475 | $1,092.50 |
| RJH | 9/27/2010 | Exchange correspondence with various parties re open claims matters (1.10). | 1.10 | $475 | $522.50 |
| RJH | 9/28/2010 | Analyze open claims issues and exchange correspondence with various parties re same (.50). | .50 | $475 | $237.50 |
| JSB | 9/29/2010 | Confer with R. Higgins re employee claim amendments and Columbia employee issues (.30). | .30 | $625 | $187.50 |
| JSB | 9/30/2010 | Review correspondence re status of Hanmar claim (.30); follow up re Locke claim (.20); review response and further follow up re several claims (.20). | .70 | $625 | $437.50 |
| Total | | | 26.70 | | $13,837.50 |

| | Matter 10 | Employment Applications, Others | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 9/3/2010 | Telephone conference with J. McFarland re retention of Seale & Associates and follow up re same (1.00). | 1.00 | $475 | $475.00 |
| JSB | 9/7/2010 | Review draft Application to retain Seale & Associates re Business Transactions and confer with R Higgins (several times) re same (.50). | .50 | $625 | $312.50 |
| RJH | 9/7/2010 | Review and revise Seale & Associates retention motion (1.50); legal research re issues arising from same (.60); exchange correspondence with various parties re same (.50); telephone conference with J. McFarland re same (.60). | 3.20 | $475 | $1,520.00 |
| RJH | 9/8/2010 | Review and comment on draft Seale engagement letter and exchange correspondence re same (1.30); draft and revise Seale retention application (4.60) | 5.90 | $475 | $2,802.50 |
| JSB | 9/10/2010 | Review draft Seale Motion, Affidavit and Retention Agreement (.50); provide comments re same (.30). | .80 | $625 | $500.00 |
| RJH | 9/10/2010 | Draft Whitney affidavit (2.50); draft and revise Seale retention application (1.30). | 3.80 | $475 | $1,805.00 |
| RJH | 9/11/2010 | Consider and resolve issues re Seale retention (.60); revise application re same (.50); exchange correspondence with various parties re same (.30). | 1.40 | $475 | $665.00 |
| RJH | 9/13/2010 | Revise Whitney Affidavit (.50); exchange correspondence and attend to execution of same (.60); telephone conference with J. McFarland re Seale retention application (.40); revise same (1.50); prepare same for filing (.60); draft motion to file engagement letter under seal (2.50); prepare same for filing (.30). | 6.40 | $475 | $3,040.00 |
| RJH | 9/15/2010 | Telephone conference with J. McFarland re retention of Seale & Associates and analyze and resolve issues re same (.50); telephone conference with K. Makowski and others re same (.40). | .90 | $475 | $427.50 |
| Total | | | 23.90 | | $11,547.50 |

8

| | Matter 11 | | | Fee Applications, Applicant | | |
|---|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| JSB | 9/1/2010 | Confer with DOE re Grace billing system issues and setup (.50). | .50 | $625 | $312.50 |
| JSB | 9/2/2010 | Review draft August fee statement (.50). | .50 | $625 | $312.50 |
| RJH | 9/13/2010 | Confer with H. Humphreys re timekeeping conversion issues (.30); analyze and resolve issues with timekeeping conversion issues (.60). | .90 | $475 | $427.50 |
| JSB | 9/14/2010 | Complete August Fee Statement and Expense Application (.60). | .60 | $625 | $375.00 |
| JSB | 9/15/2010 | Prepare portion of September time in new client requested DOE format (.50). | .50 | $625 | $312.50 |
| RJH | 9/27/2010 | Prepare August fee detail (2.40). | 2.40 | $475 | $1,140.00 |
| RJH | 9/28/2010 | Prepare August fee application (1.50). | 1.50 | $475 | $712.50 |
| JSB | 9/29/2010 | Review August fee application and full fee detail for filing (.40). | .40 | $625 | $250.00 |
| RJH | 9/29/2010 | Revise August fee application (.90); prepare same for filing (.40); exchange correspondence with various parties re same (.30). | 1.60 | $475 | $760.00 |
| Total | | | 8.90 | | $4,602.50 |

**Matter 12**                                                   **Fee Applications, Others**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 9/3/2010 | Follow up re Fraudulent Conveyance fee matter (.20). | .20 | $625 | $125.00 |
| | Total | | .20 | | $125.00 |

**Matter 14**  **Hearings**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 9/7/2010 | Confer with R. Baker re 9/13 hearing and related matters (.20); confer with M. Shelnitz re same (.20); confer with T. Freedman re same (.20). | .60 | $625 | $375.00 |
| RJH | 9/7/2010 | Draft and send letter to J. McGuire re telephonic procedures (.80); exchange correspondence with various parties re same (.70); draft hearing outline re same (.30). | 1.80 | $475 | $855.00 |
| JSB | 9/10/2010 | Confer re 9/13 Agenda and McGuire matter (.30); assemble materials for 9/13 hearing (.30). | .60 | $625 | $375.00 |
| RJH | 9/10/2010 | Telephone conference with R. Snyder re McGuire motion to reconsider (.40); exchange correspondence with various parties re same (.70). | 1.10 | $475 | $522.50 |
| JSB | 9/13/2010 | Review revised agenda and materials re outstanding issues for 9/13 hearing (.30); attend and conduct 9/13 hearing (telephonically) (.30); confer with clients and T. Freedman (several times) re follow up on same (.80); review draft COC and Order re McGuire matter and provide comments re same (.30). | 1.70 | $625 | $1,062.50 |
| RJH | 9/13/2010 | Draft certificate of counsel re McGuire motion withdrawal order (1.20); exchange correspondence with various parties re same (.50); prepare same for filing (.30). | 2.00 | $475 | $950.00 |
| RJH | 9/14/2010 | Follow up re October 18 filings and exchange correspondence with various parties re same (.70). | .70 | $475 | $332.50 |
| RJH | 9/29/2010 | Revise employee claims disallowance order certificate of counsel (.70); prepare for filing (.30); exchange correspondence with various parties re same (.30); telephone conference with K. Makowski re same (.10). | 1.40 | $475 | $665.00 |
| JSB | 9/30/2010 | Review 10/18 preliminary agenda and prepare comments re same (.30). | .30 | $625 | $187.50 |
| Total | | | 10.20 | | $5,325.00 |

**Matter 15**                                    Litigation and Litigation Consulting

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 9/1/2010 | Review and further draft MADEP motion and prepare transmittal re same (2.0); review correspondence re claims information and Neutocrete (.20). | 2.20 | $625 | $1,375.00 |
| RJH | 9/1/2010 | Revise Plum Creek chronology and review client documents re same (.80); exchange correspondence and telephone conference with J. Hughes re claim litigation matter (.70); telephone conference with M. Araki and follow up re same (.60). | 2.10 | $475 | $997.50 |
| JSB | 9/2/2010 | Review materials and notes on Seaboard claim in preparation for call re same (.40); participate in call with Seaboard counsel re interest issue (.80). | 1.20 | $625 | $750.00 |
| JSB | 9/7/2010 | Review NuStar comments to Otis Consent Decree (.30); prepare correspondence and respond re same (.20). | .50 | $625 | $312.50 |
| JSB | 9/8/2010 | Participate in call with Samson and NuStar re status of Consent Decree and PPA re Otis Pipeline (.80); review further correspondence re same (.30). | 1.10 | $625 | $687.50 |
| JSB | 9/13/2010 | Confer with R. Higgins (several times) re NJDEP response to our proposed order (.40); review same (.40); participate in call re same with Grace's NJ counsel (.30); review NJ counsel's mark-up of NJDEP letter and further revise same (.50); review materials re CNA matter on non-asbestos coverage and coordinate re same (.30); review materials re informal discovery from J. Hughes and attend to same (.30). | 2.20 | $625 | $1,375.00 |
| RJH | 9/13/2010 | Review and comment on proposed NJDEP settlement language (.60); confer with J. Baer re same (.40); prepare for and participate in telephone conference with client and others re same (.40). | 1.40 | $475 | $665.00 |
| JSB | 9/14/2010 | Review revised NJDEP letter and correspondence re same (.30). | .30 | $625 | $187.50 |
| RJH | 9/15/2010 | Review and analyze client documents re claim litigation matter (.50); telephone conference with J. Hughes re same (.30). | .80 | $475 | $380.00 |
| JSB | 9/23/2010 | Review NJDEP correspondence and follow up re same (.30); review Mallard correspondence and follow up re same (.30). | .60 | $625 | $375.00 |
| RJH | 9/23/2010 | Review and analyze client documents re claim litigation (.50). | .50 | $475 | $237.50 |
| JSB | 9/27/2010 | Review correspondence on Mallard issues and follow up re same (.30). | .30 | $625 | $187.50 |
| RJH | 9/28/2010 | Prepare certificate of counsel and form of order withdrawing NJDEP motion and circulate same for comment (2.00). | 2.00 | $475 | $950.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 9/29/2010 | Review COC and draft order re NJDEP letter agreement and prepare comments re same (.40). | .40 | $625 | $250.00 |
| RJH | 9/29/2010 | Revise form of certificate of counsel re withdrawal of NJDEP motion (.50); exchange correspondence with various parties re same (.30). | .80 | $475 | $380.00 |
| JSB | 9/30/2010 | Review correspondence re CNA and issues re asbestos settlement draft vs. casualty settlement (.50); review recent correspondence re Neutocrete and confer with R. Higgins re same (.20); prepare memo to clients re CNA settlement and setoff issues (.80). | 1.50 | $625 | $937.50 |
| Total | | | 17.90 | | $10,047.50 |

**Matter 16**                                                          **Plan and Disclosure Statement**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 9/1/2010 | Review Plan exhibits re Plan due dates chart (1.20); prepare correspondence re Confirmaiton Order timing and 9/13 hearing and review responses re same (.30). | 1.50 | $625 | $937.50 |
| JSB | 9/2/2010 | Reivew Plan Exhibits and supplement Plan delivery chart (3.50). | 3.50 | $625 | $2,187.50 |
| JSB | 9/3/2010 | Revise Plan deliverables list with Plan Exhibit references and review futher documents re same (4.00). | 4.00 | $625 | $2,500.00 |
| JSB | 9/7/2010 | Further revise Plan timing checklist (.50). | .50 | $625 | $312.50 |
| JSB | 9/8/2010 | Confer with T. Freedman, M. Shelnitz and R. Finke re Plan timing issues and related matters (.50); review further correspondence re same (.30). | .80 | $625 | $500.00 |
| JSB | 9/13/2010 | Review Quigley opinion and discussion re same and implications re Grace (.80); review client inquiries re PD Trust issues (.20); confer with R. Finke and T. Freedman re same (1.00); revise Plan Confirmation/Effective Date checklist (1.20). | 3.20 | $625 | $2,000.00 |
| JSB | 9/14/2010 | Further review Plan check-list (.30); review chart re Quigley and Grace Plan comparison and prepare comments re same (.40). | .70 | $625 | $437.50 |
| RJH | 9/14/2010 | Review and revise effective date checklist (.80); analyze various confirmation issues (.90). | 1.70 | $475 | $807.50 |
| JSB | 9/15/2010 | Confer with M. Shelnitz re case status (.20); confer with T. Freedman re same (.20); review further notes for edits to Plan check-list and prepare transmittal re same (1.00). | 1.40 | $625 | $875.00 |
| JSB | 9/29/2010 | Review correspondence and documents re equity committee inquiry and respond re same (.30). | .30 | $625 | $187.50 |
| Total | | | 17.60 | | $10,745.00 |

14

**Matter 18**             **Tax Issues**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 9/8/2010 | Consider issues and exchange correspondence with various parties re tax refund issue (.60). | .60 | $475 | $285.00 |
| RJH | 9/9/2010 | Telephone conference with C. Finke re refund issue and follow up re same (.70). | .70 | $475 | $332.50 |
| JSB | 9/10/2010 | Confer with C.Finke, R. Higgins and N. Keller re Tax refund check issues (.40); confer further re same (.30). | .70 | $625 | $437.50 |
| RJH | 9/10/2010 | Prepare for and participate in telephone conference with client and others re tax refund issue (.70); telephone conference with N. Keller re same (.40). | 1.10 | $475 | $522.50 |
| JSB | 9/14/2010 | Confer with R. Higgins re tax refund check matter (.20); review draft Motion re same (.20); further confer re same (.30). | .70 | $625 | $437.50 |
| RJH | 9/14/2010 | Legal research re tax refund issue (3.30); confer with J. Baer re same (.20); draft motion re same (2.50); telephone conferences with C. Finke re same (.90); telephone conference with W. Earl re same (.60); analyze and resolve issues re same (.90). | 8.40 | $475 | $3,990.00 |
| RJH | 9/15/2010 | Telephone conference with C. Finke and others re tax refund issue (.70); draft letters to W. Earl and L. Hawkins and revise same (3.50); legal research and analyze client documents re same (.80); exchange correspondence with various parties re same (.70). | 5.70 | $475 | $2,707.50 |
| RJH | 9/16/2010 | Telephone conference with C. Finke re tax refund issue (.50); revise letters to W. Earl and L. Hawkins and consider issues re same (2.10); legal research re various issues (.60); prepare for and participate in telephone conference with C. Finke, M. Lerner and N. Keller re tax refund issue (.60). | 3.80 | $475 | $1,805.00 |
| RJH | 9/17/2010 | Exchange correspondence and attend to matters re tax refund issue (.80). | .80 | $475 | $380.00 |
| RJH | 9/20/2010 | Prepare letter to W. Earl re tax refund issue for transmittal (1.90); exchange correspondence with various parties re same (.30). | 2.20 | $475 | $1,045.00 |
| RJH | 9/21/2010 | Exchange correspondence with various parties re tax refund issue (.60). | .60 | $475 | $285.00 |
| RJH | 9/28/2010 | Consider issues re L. Hawkins letter of 9/27/10 (.30). | .30 | $475 | $142.50 |
| Total | | | 25.60 | | $12,370.00 |