## Exhibit B

**September 2010 Expense Detail**

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Telephone, conference, Lexis charges | $668.62 |
| Delivery services/messengers | $434.81 |
| **Total:** | **$1,103.43** |

## ITEMIZED EXPENSES

### Non-Travel

| Date | Amount | Service Description |
|---|---|---|
| 9/7/2010 | $30.91 | FedEx to Claimant |
| 9/14/2010 | $222.65 | FedEx/Kinkos - production costs for CD's re CNA documents and mailing costs re same |
| 9/17/2010 | $49.27 | FedEx charges for mailings on claims documents |
| 9/20/2010 | $14.77 | FedEx to US re Tax issue |
| 9/20/2010 | $96.56 | FedEx charges for mailings on settlement documents |
| 9/22/2010 | $61.56 | Sprint- Broadband charges for Grace for September, 2010 |
| 9/22/2010 | $20.65 | FedEx to C.Finke re tax documents |
| 9/23/2010 | $61.90 | Long Distance Telephone - September Grace charges |
| 9/30/2010 | $242.83 | InterCall - September Grace conference call charges |
| 9/30/2010 | $302.33 | Lexis/Nexis - September charges for Grace |
| **Total** | **$1,103.43** | |

Total September 2010 Expenses:  !The Formula Not In Table