```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


  W.R. Grace & Co.                         Invoice Number      2056039
  Richard C. Finke                         Invoice Date        10/26/10
  Assistant General Counsel - Litigation   Client Number        172573
  7500 Grace Drive
  Columbia, MD  21044


==============================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

    Fees                              1,351.00
    Expenses                              0.00

                     TOTAL BALANCE DUE UPON RECEIPT            $1,351.00
                                                               =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R. Grace & Co.                              Invoice Number      2056039
Richard C. Finke                              Invoice Date        10/26/10
Assistant General Counsel - Litigation        Client Number        172573
7500 Grace Drive                              Matter Number         60029
Columbia, MD  21044
```

==============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2010

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 09/09/10 | Ament | Attention to billing matters (.10); e-mail to D. Cameron and A. Muha re: same (.10).August monthly fee application (.10). | .20 |
| 09/13/10 | Muha | Revisions to August 2010 fee and expense detail for fee application. | .30 |
| 09/14/10 | Ament | Review e-mail re: August monthly fee application. | .10 |
| 09/14/10 | Cameron | Review fee application materials. | .30 |
| 09/16/10 | Ament | Attention to billing matters relating to 36th quarterly fee application (.10); e-mail to D. Cameron and A. Muha re: same (.10). | .20 |
| 09/20/10 | Ament | E-mails re: August monthly fee application (.10); begin drafting August monthly fee application and spreadsheets (.50). | .60 |
| 09/20/10 | Lord | Communicate with S. Ament re: Reed Smith August monthly fee application. | .10 |
| 09/20/10 | Lord | Research docket and draft CNO for RS July monthly fee application. | .30 |

2

```
172573 W. R. Grace & Co.                              Invoice Number   2056039
60029  Fee Applications-Applicant                     Page     2
       October 26, 2010
```

| Date | Name | | Hours |
|---|---|---|---|
| 09/22/10 | Ament | Calculate fees and expenses re: August monthly fee application (.50); prepare spreadsheets re: same (.30); continue drafting fee application (.20); provide same to A. Muha for review (.10). | 1.10 |
| 09/22/10 | Lord | Work on Reed Smith August monthly fee application. | .50 |
| 09/24/10 | Ament | Meet with A. Muha re: August monthly fee application (.10); finalize same (.10); e-mail same to J. Lord for DE filing (.10); attention to billing matters (.10); e-mail to D. Cameron and A. Muha re: same (.10); e-mails with J. Lord re: CNO (.10). | .60 |
| 09/24/10 | Lord | Review and revise Reed Smith August 2010 monthly fee application (.7); e-mail to/from A. Muha re: same (.2) | .90 |
| 09/28/10 | Lord | E-file and serve RS 110th monthly fee application. | .50 |
|  |  | TOTAL HOURS | 5.70 |

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Douglas E. Cameron | 0.30 at $ 630.00 = | | 189.00 |
| Andrew J. Muha | 0.30 at $ 400.00 = | | 120.00 |
| John B. Lord | 2.30 at $ 240.00 = | | 552.00 |
| Sharon A. Ament | 2.80 at $ 175.00 = | | 490.00 |
| CURRENT FEES | | | 1,351.00 |
| TOTAL BALANCE DUE UPON RECEIPT | | | $1,351.00 |

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630


  W.R. Grace & Co.                          Invoice Number      2056040
  Richard C. Finke                          Invoice Date        10/26/10
  Assistant General Counsel - Litigation    Client Number        172573
  7500 Grace Drive
  Columbia, MD   21044


===============================================================================

Re: W. R. Grace & Co.


  (60033)   Claim Analysis Objection Resolution & Estimation
            (Asbestos)

     Fees                                    4,224.50
     Expenses                                    0.00

                        TOTAL BALANCE DUE UPON RECEIPT        $4,224.50
                                                             =============
```

4

```
                    REED SMITH LLP
                    PO Box 360074M
                 Pittsburgh, PA  15251-6074
                   Tax ID# 25-0749630
```

```
W.R. Grace & Co.                            Invoice Number      2056040
Richard C. Finke                            Invoice Date       10/26/10
Assistant General Counsel - Litigation      Client Number       172573
7500 Grace Drive                            Matter Number        60033
Columbia, MD  21044
```

===============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2010

| Date | Name | | Hours |
|---|---|---|---|
| 09/03/10 | Rea | E-mail re: DGS claim. | .10 |
| 09/06/10 | Flatley | Emails from/to R. Finke and T. Rea. | .20 |
| 09/08/10 | Rea | Reviewed removal material. | .20 |
| 09/09/10 | Flatley | Messages to/from T. Rea. | .10 |
| 09/10/10 | Cameron | Review materials relating to asbestos removal in DGS buildings. | .80 |
| 09/10/10 | Flatley | With T. Rea to prepare for call (0.4); conference call with R. Finke, D. Biderman and T. Rea and short follow-up (0.7). | 1.10 |
| 09/10/10 | Rea | Reviewed DGS abatement material (1.0); met with L. Flatley re: abatement material (.3); conference calls with R. Finke, D. Biddeman and L. Flatley re: abatement material. (.9); e-mail re: status of negotiations (.3). | 2.50 |
| 09/13/10 | Rea | E-mail re: Bankruptcy orders. | .10 |
| 09/20/10 | Cameron | Review materials relating to statutes of limitations issue regarding DSG claims. | .90 |

5

```
172573  W. R. Grace & Co.                              Invoice Number   2056040
60033   Claim Analysis Objection Resolution & Estimation Page    2
        (Asbestos)
        October 26, 2010


   Date    Name                                                        Hours
 --------  -----------                                                  -----

 09/24/10  Cameron          Review materials relating to                 .70
                            California claims and statute of
                            limitations.

 09/30/10  Cameron          Review statute of limitations                .80
                            materials.
                                                                       ------
                                                    TOTAL HOURS          7.50


 TIME SUMMARY                     Hours         Rate           Value
 -----------------------------    ----------------------       -------
 Lawrence E. Flatley               1.40   at  $ 635.00  =       889.00
 Douglas E. Cameron                3.20   at  $ 630.00  =     2,016.00
 Traci Sands Rea                   2.90   at  $ 455.00  =     1,319.50

                                  CURRENT FEES                                  4,224.50

                                                                            ------------
                                  TOTAL BALANCE DUE UPON RECEIPT               $4,224.50
                                                                            ============
```