```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2056092
Richard C. Finke                          Invoice Date        10/26/10
Assistant General Counsel - Litigation    Client Number        172573
7500 Grace Drive
Columbia, MD  21044


===============================================================================
Re: W. R. Grace & Co.


(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

   Fees                                    0.00
   Expenses                               49.74

                 TOTAL BALANCE DUE UPON RECEIPT              $49.74
                                                          =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


    W.R. Grace & Co.                          Invoice Number      2056092
    Richard C. Finke                          Invoice Date        10/26/10
    Assistant General Counsel - Litigation    Client Number        172573
    7500 Grace Drive                          Matter Number         60033
    Columbia, MD  21044

    ==============================================================================

    Re: Claim Analysis Objection Resolution & Estimation
        (Asbestos)

    FOR COSTS ADVANCED AND EXPENSES INCURRED:

         PACER                                       4.64
         Duplicating/Printing/Scanning               7.20
         Courier Service - Outside                  10.70
         Outside Duplicating                        27.20

                    CURRENT EXPENSES                                   49.74
                                                                 -------------

                    TOTAL BALANCE DUE UPON RECEIPT                    $49.74
                                                                 =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630


W.R. Grace & Co.                              Invoice Number      2056092
Richard C. Finke                              Invoice Date        10/26/10
Assistant General Counsel - Litigation        Client Number        172573
7500 Grace Drive                              Matter Number         60033
Columbia, MD  21044


==============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)



FOR COSTS ADVANCED AND EXPENSES INCURRED:

08/26/10    Outside Duplicating                              27.20
            Mailout - Bankruptcy Mailouts/Mailout - Envelope

08/31/10    PACER                                             2.16

08/31/10    PACER                                             2.48

09/15/10    Courier Service - Outside -- VENDOR: JET          5.70
            MESSENGER: Messenger Trip - US Bankruptcy Court
            -Judge Fitzgerald - 8/30/10

09/24/10    Courier Service - Outside -- VENDOR: PARCELS,     5.00
            INC.: Delivery

09/28/10    Duplicating/Printing/Scanning                     7.20
            ATTY # 0718; 72 COPIES

                        CURRENT EXPENSES                     49.74
                                                         ------------
                        TOTAL BALANCE DUE UPON RECEIPT      $49.74
                                                         ============
```

3