**EXHIBIT A**

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

October 27, 2010

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 554418
056772

---

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

### 056772-00002/CREDITOR COMMITTEE

| | |
|---|---|
| FEES. | $79.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $79.50 |

### 056772-00007/REORGANIZATION PLAN

| | |
|---|---|
| FEES | $315.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $315.00 |

### 056772-00019/HEARINGS

| | |
|---|---|
| FEES | $63.00 |
| DISBURSEMENTS | 58.00 |
| MATTER TOTAL | $121.00 |

| | |
|---|---|
| CLIENT GRAND TOTAL | $515.50 |

---

Amounts due may be remitted by wire transfer.

To:          Citibank, N.A.
              Citicorp Center 153 E. 53rd Street NY, N.Y. 10043
              ABA #021000089
Account:   Kramer Levin Naftalis & Frankel LLP Money Market A\C 37613572
By Order of:  Invoice No. 554418
Citibank Contact:  Deborah Hosking (212) 559-8634

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2295932.1

Kramer Levin Naftalis & Frankel LLP                                             Page No. 2

W.R. GRACE & CO. EQUITY COMMITTEE                                October 27, 2010
056772-00002                                                                 Invoice No. 554418

## CREDITOR COMMITTEE

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/17/10 | BENTLEY, PHILIP | Trade emails re next committee call | 0.10 | 79.50 |
| **TOTAL HOURS AND FEES** | | | **0.10** | **$79.50** |

**TOTAL FOR THIS MATTER**                                                     $79.50

KL4 2295932.1

Kramer Levin Naftalis & Frankel LLP                                           Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE                                             October 27, 2010
056772-00007                                                                  Invoice No. 554418

## REORGANIZATION PLAN

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/16/10 | BLABEY, DAVID E | Review Synthetech motion. | 0.50 | 315.00 |
| | **TOTAL HOURS AND FEES** | | **0.50** | **$315.00** |

**TOTAL FOR THIS MATTER**                                           $315.00

Kramer Levin Naftalis & Frankel LLP                                                                 Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                                                     October 27, 2010
056772-00019                                                                                     Invoice No. 554418

## HEARINGS

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/13/10 | BLABEY, DAVID E | Attend omnibus hearing. | 0.10 | 63.00 |
| **TOTAL HOURS AND FEES** | | | **0.10** | **$63.00** |

## SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| OTHER FEES | 58.00 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$58.00** |
| **TOTAL FOR THIS MATTER** | **$121.00** |