**EXHIBIT B**

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    1
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/27/2010 11:41:14

Matter No: 056772-00019                                 Orig Prtnr : CRED. RGTS    - 06975           Proforma Number:    3075532
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : HEARINGS                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                           Status        : ACTIVE

Special Billing Instructions:

                                                 PRE-BILLING SUMMARY REPORT

            UNBILLED TIME FROM:                                         TO:
            UNBILLED DISB FROM: 08/17/2010                              TO: 08/17/2010

                                    FEES                      COSTS
                                    ----                      -----
     GROSS BILLABLE AMOUNT:         0.00                      58.00
     AMOUNT WRITTEN DOWN:
              PREMIUM:
     ON ACCOUNT BILLED:
     DEDUCTED FROM PAID RETAINER:
     AMOUNT BILLED:
              THRU DATE:                                      08/17/2010
     CLOSE MATTER/FINAL BILLING?   YES OR NO
     EXPECTED DATE OF COLLECTION:

     BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

     BILLING COMMENTS:


                              ACCOUNTS RECEIVABLE TOTALS                                        UNAPPLIED CASH

            FEES:                       0.00
            DISBURSEMENTS:             58.00     UNIDENTIFIED RECEIPTS:          0.00
            FEE RETAINER:               0.00         PAID FEE RETAINER:          0.00
            DISB RETAINER:              0.00        PAID DISB RETAINER:          0.00
            TOTAL OUTSTANDING:         58.00     TOTAL AVAILABLE FUNDS:          0.00
                                                         TRUST BALANCE:
                                                        BILLING HISTORY
                                                        ---------------
            DATE OF LAST BILL:      09/29/10            LAST PAYMENT DATE:    09/21/10
            LAST BILL NUMBER:         552461 ACTUAL FEES BILLED TO DATE:    451,635.50
                                                 ON ACCOUNT FEES BILLED TO DATE:      0.00
                                                   TOTAL FEES BILLED TO DATE:    451,635.50
            LAST BILL THRU DATE:    08/31/10      FEES WRITTEN OFF TO DATE:     11,993.18
                                                 COSTS WRITTEN OFF TO DATE:      1,772.20
FOR ACCTG USE ONLY:               Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee          (4) Excessive Legal Time          (7) Fixed Fee
     (2) Late Time & Costs Posted    (5) Business Development          (8) Premium
     (3) Pre-arranged Discount       (6) Summer Associate              (9) Rounding                (10) Client Arrangement

BILL NUMBER:_____     DATE OF BILL:_____     Processed by:_____     FRC:_____     CRC:_____
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                     PAGE    2
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/27/2010 11:41:14


Matter No: 056772-00019                                    Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:   3075532
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : HEARINGS                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                          Status      : ACTIVE

U N B I L L E D   C O S T S    S U M M A R Y  ------- Total Unbilled -------
    Code Description                             Oldest       Latest          Total
                                                 Entry        Entry           Amount
    ---  -----------                             ------       ------          ------
    0990 OTHER FEES                              08/17/10     08/17/10         58.00

                       Total                                                   58.00


U N B I L L E D   C O S T S    D E T A I L
Description/Code                              Employee              Date          Amount    Index#    Batch No  Batch Date
----------------                              --------              ----          ------    ------    --------  ----------

OTHER FEES 0990
    PLATINUM PLUS FOR BUSINE                  BLABEY, D E           08/17/10       58.00    9185275   975617    10/21/10
    PLATINUM PLUS FOR BUSINESS 8/16/10 - COURT CALL


                    Costs Total :                                                58.00
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    3
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/27/2010 11:41:14

Matter No: 056772-00019                               Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    3075532
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE       Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : HEARINGS                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                     Status      : ACTIVE

BILLING   INSTRUCTIONS   FOR   UNBILLED   COSTS   SUMMARY
Code Description           Amount         Bill         W/o / W/u        Transfer To    Clnt/Mtr     Carry Forward

0990 OTHER FEES              58.00

         Costs Total :      58.00
```