# Exhibit A

DM3\1512699.1

# DuaneMorris

FIRM and AFFILIATE OFFICES
NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

October 6, 2010

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001       Invoice# 1605078       IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 09/30/2010 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 4.20 hrs. at | $710.00 /hr. = | $2,982.00 | |
| WS KATCHEN | OF COUNSEL | 7.20 hrs. at | $795.00 /hr. = | $5,724.00 | |
| BA GRUPPO | PARALEGAL | 0.60 hrs. at | $305.00 /hr. = | $183.00 | |
| S LENKIEWICZ | PARALEGAL | 3.30 hrs. at | $165.00 /hr. = | $544.50 | |
| DS MARRA | LEGAL ASSISTANT | 1.40 hrs. at | $160.00 /hr. = | $224.00 | |
| | | | | | $9,657.50 |

DISBURSEMENTS
COURT SEARCH SERVICE                              18.92
MESSENGER SERVICE                                 20.00
OVERNIGHT MAIL                                    28.94
POSTAGE                                          502.40
TOTAL DISBURSEMENTS                                              $570.26

BALANCE DUE THIS INVOICE                                      $10,227.76

PREVIOUS BALANCE                                              $13,460.52

TOTAL BALANCE DUE                                             $23,688.28

DUANE MORRIS LLP

Duane Morris
October 6, 2010
Page 2

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1605078

| DATE | TASK TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 9/3/2010 | 003 | MR LASTOWSKI | REVIEW MONTHLY OPERATING REPORT | 0.20 | $142.00 |
| 9/17/2010 | 003 | MR LASTOWSKI | REVIEW MOTION FOR AUTHORITY TO PURCHASE SYNTHETECH | 0.50 | $355.00 |
| | | | Code Total | 0.70 | $497.00 |

Case 01-01139-AMC   Doc 25659-1   Filed 10/28/10   Page 4 of 19

Duane Morris
October 6, 2010
Page 3

File # K0248-00001                                            INVOICE # 1605078
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/7/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED AUGUST 26, 2010 THROUGH SEPTEMBER 6, 2010 FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1) | 0.20 | $32.00 |
| 9/9/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 9/9/2010 | 004 | BA GRUPPO | RETRIEVAL, DOWNLOAD AND FORWARDING TO W.S.KATCHEN OF OPINION IN RE QUIGLEY COMPANY CASE RE ASBESTOS DEBTOR | 0.10 | $30.50 |
| 9/10/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 9/13/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 9/15/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS SEPTEMBER 7, 2010 THROUGH SEPTEMBER 14, 2010 FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1) | 0.20 | $32.00 |
| 9/16/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 9/24/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED SEPTEMBER 19, 2010 THROUGH SEPTEMBER 24, 2010 FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1) | 0.20 | $32.00 |
| 9/28/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED SEPTEMBER 24, 2010 THROUGH SEPTEMBER 26, 2010 FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1) | 0.20 | $32.00 |

Duane Morris
October 6, 2010
Page 4

File # K0248-00001            INVOICE # 1605078
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/30/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| | | | Code Total | 1.40 | $311.00 |

Duane Morris
October 6, 2010
Page 5

File # K0248-00001                                           INVOICE #  1605078
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/30/2010 | 005 | MR LASTOWSKI | REVIEW PROPOSED FEDERAL INSURANCE COMPANY SETTLEMENT | 0.50 | $355.00 |
| | | | Code Total | 0.50 | $355.00 |

Duane Morris
October 6, 2010
Page 6

File # K0248-00001 INVOICE # 1605078
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/30/2010 | 006 | MR LASTOWSKI | REVIEW CERTIFICATE OF COUNSEL RE: REINSTATEMENT OF CLAIMS | 0.30 | $213.00 |
| | | | Code Total | 0.30 | $213.00 |

File # K0248-00001　　　　　　　　　　　　　　　　　　　　　　　　INVOICE #  1605078
　　　W.R. GRACE & CO.

| DATE | TASK TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 8/31/2010 | 007 | WS KATCHEN | REVIEW COMMITTEE MEMO FROM STROOCK. | 0.10 | $79.50 |
| 9/7/2010 | 007 | WS KATCHEN | REVIEW STROOCK MEMO TO COMMITTEE RE: NJDEP. | 0.20 | $159.00 |
| 9/13/2010 | 007 | WS KATCHEN | PREPARE FOR MEETING WITH COMMITTEE MEMBER REVIEW LATEST 524(G)(4), AND (2)(B)(I)(II) OPINION - SDNY BANKRUPTCY CT. (IN RE: QUIQULEY COMPANY). | 1.40 | $1,113.00 |
| 9/13/2010 | 007 | WS KATCHEN | EMAIL COMMITTEE MEMBER. | 0.10 | $79.50 |
| 9/15/2010 | 007 | WS KATCHEN | MEMO TO STROOCK. | 0.20 | $159.00 |
| 9/16/2010 | 007 | WS KATCHEN | RESEARCH MEMO TO COMMITTEE MEMBER/PLAN ISSUE. | 0.30 | $238.50 |
| 9/23/2010 | 007 | MR LASTOWSKI | REVIEW DOCKET RE: CASE STATUS | 0.40 | $284.00 |
| 9/28/2010 | 007 | MR LASTOWSKI | TELEPHONE CALL FROM KEVIN COHART (CREDITOR/BMW CONSTRUCTORS) | 0.20 | $142.00 |
| | | | Code Total | 2.90 | $2,254.50 |

Duane Morris
October 6, 2010
Page 8

File # K0248-00001                                              INVOICE # 1605078
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/3/2010 | 009 | MR LASTOWSKI | REVIEW COMBINED FINAL FEE REPORT | 0.20 | $142.00 |
| | | | Code Total | 0.20 | $142.00 |

File # K0248-00001                                          INVOICE # 1605078
   W.R. GRACE & CO.

| DATE | TASK TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 9/14/2010 | 010 | MR LASTOWSKI — REVIEW DEBTOR'S APPLICATION TO ENTER INTO FINANCIAL ENGAGEMENT | 0.20 | $142.00 |
| 9/23/2010 | 010 | DS MARRA — DRAFT CERTIFICATION OF NO OBJECTION REGARDING ONE HUNDRED AND TWELFTH FEE APPLICATION OF STROOCK, STROOCK AND LAVAN (.3); REVIEW ELECTRONIC DOCKET OF PLEADINGS FILED FOR OBJECTIONS TO FEE APPLICATION (.1); PREPARE CERTIFICATION OF NO OBJECTION FOR ELECTRONIC FILING (.1); ELECTRONICALLY FILE SAME (.1) | 0.60 | $96.00 |
| | | Code Total | 0.80 | $238.00 |

Duane Morris
October 6, 2010
Page 10

File # K0248-00001                                          INVOICE #  1605078
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/7/2010 | 012 | S LENKIEWICZ | REVIEW FEE AUDITOR'S REPORT FOR 36TH INTERIM PERIOD AND 36TH INTERIM FEE APPLICATION (.2); EMAIL TO M. LASTOWSKI RE SAME (.1) | 0.30 | $49.50 |
| 9/7/2010 | 012 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO DUANE MORRIS 102ND MONTHLY FEE APPLICATION (.1); PREPARE CERTIFICATE OF NO OBJECTION RE SAME (.2) | 0.30 | $49.50 |
| 9/10/2010 | 012 | S LENKIEWICZ | RECEIPT AND REVIEW OF JULY INVOICE FROM J. PALO | 0.10 | $16.50 |
| 9/13/2010 | 012 | S LENKIEWICZ | REVISE CNO REGARDING DUANE MORRIS 102ND MONTHLY FEE APPLICATION (.1); EFILE SAME (.2) | 0.30 | $49.50 |
| 9/14/2010 | 012 | MR LASTOWSKI | REVIEW FEE AUDITOR'S FINAL REPORT | 0.10 | $71.00 |
| 9/28/2010 | 012 | S LENKIEWICZ | PREPARE DUANE MORRIS 103RD MONTHLY FEE APPLICATION (.7); EFILE AND COORDINATE SERVICE OF SAME (.3) | 1.00 | $165.00 |
| | | | Code Total | 2.10 | $401.00 |

DUANE MORRIS LLP

File # K0248-00001                                                          INVOICE # 1605078
   W.R. GRACE & CO.

| DATE | TASK TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 9/2/2010 | 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING SSL 36TH QUARTERLY FEE APPLICATION (.2); PREPARE CERTIFICATE OF NO OBJECTION REGARDING CAPSTONE 25TH QUARTERLY FEE APPLICATION (.2); EFILE SAME (.2); FORWARD AS FILED COPIES TO D. MOHAMMAD (.1) | 0.70 | $115.50 |
| 9/28/2010 | 013 | S LENKIEWICZ | PREPARE SSL 113TH MONTHLY FEE APPLICATION FOR FILING (.2); EFILE SAME (.3); FORWARD AS-FILED COPY AND CONFIRMATION TO D. MOHAMMED (.1) | 0.60 | $99.00 |
| | | | Code Total | 1.30 | $214.50 |

DUANE MORRIS LLP

Duane Morris
October 6, 2010
Page 12

File # K0248-00001            INVOICE # 1605078
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/10/2010 | 015 | MR LASTOWSKI | REVIEW AGENDA FOR SEPTEMBER OMNIBUS AND ITEMS IDENTIFIED THEREIN | 1.30 | $923.00 |
| | | | Code Total | 1.30 | $923.00 |

Duane Morris
October 6, 2010
Page 13

File # K0248-00001                                                      INVOICE # 1605078
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/29/2010 | 016 | MR LASTOWSKI | REVIEW CERTIFICATION OF COUNSEL RE: WITHDRAWAL OF MOTION (NJDEP) | 0.30 | $213.00 |
| | | | Code Total | 0.30 | $213.00 |

Duane Morris
October 6, 2010
Page 14

File # K0248-00001  
    W.R. GRACE & CO.

INVOICE # 1605078

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/31/2010 | 025 | WS KATCHEN | RESEARCH ON COVERAGE ISSUE. | 0.40 | $318.00 |
| 9/7/2010 | 025 | WS KATCHEN | REVIEW LATEST NY SUPREME CT. OPINION - USF&G V. AM. RE. | 0.30 | $238.50 |
| 9/7/2010 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION TO APPROVE SETTLEMENT WITH THE HARTFORD PARTIES/REVIEW SETTLEMENT AGREEMENT. | 0.40 | $318.00 |
| 9/7/2010 | 025 | WS KATCHEN | REVIEW CERTIFICATION OF NO OBJECTION RE: SETTLEMENT (I) TIG INSURANCE. | 0.10 | $79.50 |
| 9/7/2010 | 025 | WS KATCHEN | REVIEW CERTIFICATION OF NO OBJECTION RE: SETTLEMENT (I) HDI - GERLING. | 0.10 | $79.50 |
| 9/13/2010 | 025 | WS KATCHEN | REVIEW CERTIFICATION RE: ZAI. | 0.10 | $79.50 |
| 9/13/2010 | 025 | WS KATCHEN | REVIEW ORDER AUTHORIZING SETTLEMENT (I) MORGUARD INVESTMENTS. | 0.10 | $79.50 |
| 9/13/2010 | 025 | WS KATCHEN | REVIEW ORDER AUTHORIZING SETTLEMENT (II) UNIV. OF GUELPH. | 0.10 | $79.50 |
| 9/13/2010 | 025 | WS KATCHEN | REVIEW ORDER AUTHORIZING SETTLEMENT (III) NATIONAL UNION FIRE INS. CO. | 0.10 | $79.50 |
| 9/13/2010 | 025 | WS KATCHEN | REVIEW ORDER DISALLOWING PD DAMAGE CLAIM UNDER B.C. LIMITATIONS PERIOD. | 0.10 | $79.50 |
| 9/13/2010 | 025 | WS KATCHEN | REVIEW ORDER AUTHORIZING SETTLEMENT (I) MCMASTER UNIV. CLAIM. | 0.10 | $79.50 |
| 9/13/2010 | 025 | WS KATCHEN | REVIEW ORDER AUTHORIZING SETTLEMENT (II) TORONTO DISTRICT SCHOOL BOARD. | 0.10 | $79.50 |
| 9/13/2010 | 025 | WS KATCHEN | REVIEW ORDER AUTHORIZING SETTLEMENT (III) ATLANTIC SHOPPING CENTERS. | 0.10 | $79.50 |
| 9/15/2010 | 025 | WS KATCHEN | RESEARCH LATEST INTEREST RATE ISSUE (ASARCO). | 0.50 | $397.50 |
| 9/15/2010 | 025 | WS KATCHEN | REVIEW CITED AUTHORITY IN CLAIM OBJECTION. | 0.40 | $318.00 |
| 9/16/2010 | 025 | WS KATCHEN | REVIEW DEBTORS' APPLICATION RE: ENGAGEMENT OF FINANCIAL ADVISOR (SEALE ASSOC.) MOTION TO FILE UNDER SEAL. | 0.30 | $238.50 |
| 9/19/2010 | 025 | WS KATCHEN | REVIEW MOTION BY DEBTORS' TO AUTHORIZE PURCHASE OF SYNTHETECH INC., AND MERGER TRANSACTION. | 0.40 | $318.00 |

DUANE MORRIS LLP

Duane Morris
October 6, 2010
Page 15

File # K0248-00001                                                  INVOICE # 1605078
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/27/2010 | 025 | WS KATCHEN | REVIEW CLAIMS SETTLEMENT NOTICE & STIPULATION (SEABOAR GROUP II). | 0.20 | $159.00 |
| 9/27/2010 | 025 | WS KATCHEN | REVIEW CERTIFICATE OF COUNSEL RE: REINSTATEMENT OF CLAIMS. | 0.10 | $79.50 |
| 9/27/2010 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $159.00 |
| 9/27/2010 | 025 | WS KATCHEN | REVIEW STROOCK MEMO RE: HARTFORD INS. | 0.20 | $159.00 |
| 9/27/2010 | 025 | WS KATCHEN | REVIEW CAPSTONE MEMO RE: PROJECT "MALLARD". | 0.20 | $159.00 |
| 9/29/2010 | 025 | WS KATCHEN | REVIEW CAPSTONE REPORT. | 0.30 | $238.50 |
| | | | Code Total | 4.90 | $3,895.50 |

File # K0248-00001                                                           INVOICE #  1605078
    W.R. GRACE & CO.

|  |  |  |
|---|---|---|
| TOTAL SERVICES | 16.70 | $9,657.50 |

File # K0248-00001         INVOICE # 1605078
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---:|
| 9/30/2010 | POSTAGE | | 502.40 |
| | | Total: | $502.40 |
| | | | |
| 8/18/2010 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #793834442004) | | 19.95 |
| 8/18/2010 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGEL AT WR GRACE - COLUMBIA, MD FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #793834430158) | | 8.99 |
| | | Total: | $28.94 |
| | | | |
| 9/30/2010 | MESSENGER SERVICE | | 20.00 |
| | | Total: | $20.00 |
| | | | |
| 9/30/2010 | COURT SEARCH SERVICE | | 18.92 |
| | | Total: | $18.92 |
| | | | |
| | | TOTAL DISBURSEMENTS | $570.26 |

Duane Morris
October 6, 2010
Page 18

File # K0248-00001                      INVOICE # 1605078
     W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---:|---:|---:|
| 02394 | MR LASTOWSKI | PARTNER | 4.20 | 710.00 | 2,982.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 7.20 | 795.00 | 5,724.00 |
| 02279 | BA GRUPPO | PARALEGAL | 0.60 | 305.00 | 183.00 |
| 03723 | S LENKIEWICZ | PARALEGAL | 3.30 | 165.00 | 544.50 |
| 03434 | DS MARRA | LEGAL ASSISTANT | 1.40 | 160.00 | 224.00 |
| | | | 16.70 | | $9,657.50 |