# EXHIBIT A

# WR GRACE & CO
## COMPENSATION BY PROJECT CATEGORY
### SEPTEMBER 1, 2010 - SEPTEMBER 30, 2010

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0009 | Asset Dispositions, Sales, Uses and Leases (Section 363) | 17.4 | $ 12,093.00 |
| 0013 | Business Operations | 1.8 | 1,251.00 |
| 0014 | Case Administration | 9.3 | 1,767.00 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 0.2 | 139.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 9.8 | 7,099.00 |
| 0018 | Fee Application, Applicant | 3.0 | 666.50 |
| 0019 | Creditor Inquiries | 1.2 | 978.00 |
| 0020 | Fee Application, Others | 0.8 | 556.00 |
| 0024 | Expenses | - | - |
| 0036 | Plan and Disclosure Statement | 0.8 | 556.00 |
| 0037 | Hearings | 0.2 | 139.00 |
| | | | |
| | TOTAL | 44.5 | $ 25,244.50 |

# STROOCK

## INVOICE

| DATE | October 7, 2010 |
|---|---|
| INVOICE NO. | 517012 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through September 30, 2010, including:

| RE | Asset Dispositions, Sales, Uses and Leases (Section 363) |
|---|---|
| | 699843  0009 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/09/2010 | Exchanged email with Capstone re Project Mallard conference call. | Krieger, A. | 0.1 |
| 09/14/2010 | Memorandum of Capstone re Proposed Mallard transaction (.1); attend to motions for acquisition of Synthetech (3.1). | Krieger, A. | 3.2 |
| 09/15/2010 | Attend to motion/merger agreement re proposed acquisition of Synthetech. | Krieger, A. | 3.9 |
| 09/16/2010 | Preparation for and conference call with Capstone re Project Mallard. | Krieger, A. | 0.7 |
| 09/21/2010 | Attend to preparation of information request re Project Mallard and exchanged memorandum with Capstone re same (1.6); memorandum to Debtors' counsel re information request (.1); attend to presentation materials (.1). | Krieger, A. | 1.8 |
| 09/22/2010 | Attend to Capstone memorandum re Project Mallard and exchange multiple memoranda regarding the transaction. | Krieger, A. | 1.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/23/2010 | T/cs Capstone re Synthetech acquisition and Committee memorandum discussing same (.8); and review further revised memorandum (.6); exchanged memoranda with R. Higgins re information request and conference call to discuss proposed acquisition (.1); memorandum to Capstone re conference call (.1). | Krieger, A. | 1.6 |
| 09/24/2010 | Review materials forwarded by Debtors' counsel and agreement in preparation for conference call re Project Mallard (Synthetech Acquisition) and t/c J. Dolan re same (1.8); conf call with Debtors' counsel and representatives re acquisition (1.0); follow-up t/c Capstone re acquisition information and revised Committee memorandum re same (.1); memorandum to LK and KP re information (.2); attend to revised memorandum for the Committee (.2). | Krieger, A. | 3.3 |
| 09/28/2010 | Review proposed form of order and t/c R. Higgins re modifications to order approving Synthetech acquisition. | Krieger, A. | 0.2 |
| 09/29/2010 | T/c and email with Debtors' counsel re requested modifications to order and proposed statement on the record. | Krieger, A. | 0.3 |
| 09/30/2010 | Exchange memoranda with Debtors' counsel re proposed acquisition of Synthetech, and Capstone memoranda LK, KP re same. | Krieger, A. | 0.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 17.4 | $ 695 | $ 12,093.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 12,093.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 12,093.00 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Business Operations  699843  0013 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/29/2010 | Attend to Capstone's draft report re second quarter performance (1.5); memorandum to Capstone re comments on report (.3). | Krieger, A. | 1.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.8 | $ 695 | $ 1,251.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,251.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,251.00 |
|---|---|

# STROOCK

| RE | Case Administration |
|---|---|
|    | 699843 0014 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/01/2010 | Obtain and circulate recently docketed pleadings to SSL team. | Mohamed, D. | 0.5 |
| 09/02/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.6 |
| 09/07/2010 | Obtain and circulate recently docketed pleadings in main case (.3); review fee auditor's project compensation category chart for the 36th interim period (.3). | Mohamed, D. | 0.6 |
| 09/08/2010 | Obtain and circulate recently docketed pleadings in main case (.2); schedule A. Krieger to appear telephonically at 9/13/10 hearing (.2). | Mohamed, D. | 0.4 |
| 09/10/2010 | Obtain and circulate recently docketed pleading in main case. | Mohamed, D. | 0.2 |
| 09/13/2010 | Obtain and circulate recently docketed pleading in main case. | Mohamed, D. | 0.2 |
| 09/14/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.6 |
| 09/15/2010 | Obtain and circulate recently docketed pleadings in main case (.7); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 1.0 |
| 09/16/2010 | Research case docket re certain pleadings. | Mohamed, D. | 0.4 |
| 09/20/2010 | Obtain and circulate recently docketed pleadings in main case (.3); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.6 |
| 09/21/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/23/2010 | Obtain and circulate recently docketed pleading in main case. | Mohamed, D. | 0.2 |
| 09/24/2010 | Obtain and circulate recently docketed pleading in main case (.2); review case file documents (1.3); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 1.8 |
| 09/27/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.3 |
| 09/28/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.5 |
| 09/29/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |
| 09/30/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Mohamed, David | 9.3 | $ 190 | $ 1,767.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,767.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,767.00 |
|---|---|

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos)<br>699843  0015 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/30/2010 | Attend to certificates of counsel (1) withdrawing Debtors' motion re NJDEP and letter agreement resolving same and (2) modifying employee disallowance order. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.2 | $ 695 | $ 139.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 139.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 139.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/01/2010 | Memorandum for the Committee re Debtors' motion to enforce NJDEP stipulation. | Krieger, A. | 1.5 |
| 09/02/2010 | Memorandum to the Committee re NJDEP related matters (.3); exchanged memoranda with Committee members re revised contact information (.1). | Krieger, A. | 0.4 |
| 09/07/2010 | Attend to Committee memorandum re Hartford Insurance settlement. | Krieger, A. | 1.6 |
| 09/07/2010 | Review recent filings and insurance settlements. | Pasquale, K. | 0.6 |
| 09/21/2010 | Attend to Committee memorandum re settlement with Hartford Insurance Parties. | Krieger, A. | 2.9 |
| 09/21/2010 | Review memo to Committee re Hartford Insurance settlement. | Kruger, L. | 0.4 |
| 09/22/2010 | Complete draft memorandum re Hartford Parties settlement. | Krieger, A. | 2.1 |
| 09/24/2010 | Review AK memo re Project Mallard. | Kruger, L. | 0.2 |
| 09/27/2010 | Memorandum to Committee members re plan confirmation inquiry. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 8.6 | $ 695 | $ 5,977.00 |
| Kruger, Lewis | 0.6 | 995 | 597.00 |
| Pasquale, Kenneth | 0.6 | 875 | 525.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 7,099.00 |

| TOTAL FOR THIS MATTER | $ 7,099.00 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Fee Application, Applicant | |
| | 699843  0018 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/13/2010 | Review and revise Grace August bill. | Magzamen, M. | 0.4 |
| 09/14/2010 | Prepare draft of Stroock's one-hundred and thirteenth monthly fee application for attorney review. | Mohamed, D. | 0.7 |
| 09/17/2010 | Attend to August 2010 fee statement. | Krieger, A. | 0.1 |
| 09/28/2010 | Review SSL one-hundred and thirteenth monthly fee application for filing (.7); prepare certificate of service re same and forward to local counsel for filing (.5); prepare and effectuate service re fee application (.6). | Mohamed, D. | 1.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.1 | $ 695 | $ 69.50 |
| Magzamen, Michael | 0.4 | 305 | 122.00 |
| Mohamed, David | 2.5 | 190 | 475.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 666.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 666.50 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Creditor Inquiries | |
| | 699843 0019 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/08/2010 | T/c bank debt holder re confirmation issues and status. | Krieger, A. | 0.4 |
| 09/27/2010 | Telephone conference creditor re confirmation status | Pasquale, K. | 0.3 |
| 09/30/2010 | Capstone emails re exit financing, results. | Pasquale, K. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.4 | $ 695 | $ 278.00 |
| Pasquale, Kenneth | 0.8 | 875 | 700.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 978.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 978.00 |

# STROOCK

| | | |
|---|---|---|
| RE | Fee Application, Others | |
| | 699843 0020 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/13/2010 | Attend to fee applications, certifications. | Krieger, A. | 0.4 |
| 09/20/2010 | Attend to other professionals' fee applications, certifications. | Krieger, A. | 0.2 |
| 09/28/2010 | Attend to other professionals' fee applications, certifications. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.8 | $ 695 | $ 556.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 556.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 556.00 |
|---|---|

# STROOCK

| RE | Expenses<br>699843 0024 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

| MATTER DISBURSEMENT SUMMARY | |
|---|---|

| Outside Messenger Service | $ 29.74 |
| Long Distance Telephone | 4.45 |
| O/S Information Services | 294.56 |

| TOTAL DISBURSEMENTS/CHARGES | $ 328.75 |
|---|---|

| TOTAL FOR THIS MATTER | $ 328.75 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Plan and Disclosure Statement | |
| | 699843 0036 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/27/2010 | Attend to recent court decision for application to Grace proceedings. | Krieger, A. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.8 | $ 695 | $ 556.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 556.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 556.00 |

# STROOCK

| RE | Hearings |
|---|---|
|  | 699843 0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/13/2010 | Attend omnibus hearing. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.2 | $ 695 | $ 139.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 139.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 139.00 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 25,244.50 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 328.75 |
| TOTAL BILL | $ 25,573.25 |
| PREVIOUS BALANCE | $ 56,015.23 |
| BALANCE DUE | $ 81,588.48 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.