# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**SEPTEMBER 1, 2010 - SEPTEMBER 30, 2010**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 0.6 | $ 995 | $ 597.00 |
| Pasquale, Kenneth | 1.4 | 875 | 1,225.00 |
| | | | |
| **Associates** | | | |
| Krieger, Arlene G. | 30.3 | 695 | 21,058.50 |
| | | | |
| **Paraprofessionals** | | | |
| Magzamen, Michael | 0.4 | 305 | 122.00 |
| Mohamed, David | 11.8 | 190 | 2,242.00 |
| | | | |
| **TOTAL** | **44.5** | | **$ 25,244.50** |