# EXHIBIT C

## WR GRACE & CO
## DISBURSEMENT SUMMARY
## SEPTEMBER 1, 2010 - SEPTEMBER 30, 2010

| | |
|---|---:|
| Outside Messenger Service | $ 29.74 |
| Long Distance Telephone | 4.45 |
| O/S Information Services | 294.56 |
| | |
| TOTAL | $ 328.75 |

# STROOCK

## DISBURSEMENT REGISTER

| DATE | October 7, 2010 |
|---|---|
| INVOICE NO. | 517012 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through September 30, 2010, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 09/07/2010 | VENDOR: UPS; INVOICE#: 0000010X827360; DATE: 09/04/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, Republic Center, Dallas, TX 75201 Tracking #:1Z10X8270190365494 on 08/30/2010 | 9.55 |
| 09/07/2010 | VENDOR: UPS; INVOICE#: 0000010X827360; DATE: 09/04/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 King Street Suite 2311, Wilmington, DE 19801 Tracking #:1Z10X8270195842898 on 08/30/2010 | 6.73 |
| 09/07/2010 | VENDOR: UPS; INVOICE#: 0000010X827360; DATE: 09/04/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, Wilmington, DE 19801 Tracking #:1Z10X8270196817084 on 08/30/2010 | 6.73 |
| 09/07/2010 | VENDOR: UPS; INVOICE#: 0000010X827360; DATE: 09/04/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior VP & General Counsel, Columbia, MD 21044 Tracking #:1Z10X8270199783874 on 08/30/2010 | 6.73 |
| **Outside Messenger Service Total** | | **29.74** |
| **Long Distance Telephone** | | |
| 09/09/2010 | EXTN.795006, TEL.3109969646, S.T.09:21, DUR.00:01:40 | 1.11 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| PAGE: 2 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |

| | | |
|---|---|---|
| 09/28/2010 | EXTN.795544, TEL.3126660431, S.T.15:49, DUR.00:05:24 | 3.34 |
| | **Long Distance Telephone Total** | **4.45** |

**O/S Information Services**

| | | |
|---|---|---|
| 09/14/2010 | Pacer Search Service on 6/8/2010 | 1.92 |
| 09/17/2010 | Pacer Search Service on 4/19/2010 | 0.40 |
| 09/17/2010 | Pacer Search Service on 6/8/2010 | 2.56 |
| 09/17/2010 | Pacer Search Service on 6/14/2010 | 0.88 |
| 09/17/2010 | Pacer Search Service on 4/2/2010 | 5.92 |
| 09/17/2010 | Pacer Search Service on 4/6/2010 | 3.12 |
| 09/17/2010 | Pacer Search Service on 4/7/2010 | 10.80 |
| 09/17/2010 | Pacer Search Service on 4/9/2010 | 1.04 |
| 09/17/2010 | Pacer Search Service on 4/13/2010 | 3.28 |
| 09/17/2010 | Pacer Search Service on 4/16/2010 | 1.36 |
| 09/17/2010 | Pacer Search Service on 4/19/2010 | 0.40 |
| 09/17/2010 | Pacer Search Service on 4/21/2010 | 4.56 |
| 09/17/2010 | Pacer Search Service on 4/22/2010 | 65.44 |
| 09/17/2010 | Pacer Search Service on 4/23/2010 | 0.32 |
| 09/17/2010 | Pacer Search Service on 4/26/2010 | 1.12 |
| 09/17/2010 | Pacer Search Service on 4/27/2010 | 15.68 |
| 09/17/2010 | Pacer Search Service on 4/27/2010 | 6.64 |
| 09/17/2010 | Pacer Search Service on 4/28/2010 | 5.04 |

# STROOCK

PAGE: 3

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/17/2010 | Pacer Search Service on 4/29/2010 | 0.64 |
| 09/17/2010 | Pacer Search Service on 4/30/2010 | 0.08 |
| 09/17/2010 | Pacer Search Service on 5/3/2010 | 8.56 |
| 09/17/2010 | Pacer Search Service on 5/4/2010 | 0.96 |
| 09/17/2010 | Pacer Search Service on 5/6/2010 | 1.28 |
| 09/17/2010 | Pacer Search Service on 5/11/2010 | 2.64 |
| 09/17/2010 | Pacer Search Service on 5/12/2010 | 6.00 |
| 09/17/2010 | Pacer Search Service on 5/13/2010 | 7.44 |
| 09/17/2010 | Pacer Search Service on 5/14/2010 | 1.04 |
| 09/17/2010 | Pacer Search Service on 5/17/2010 | 0.96 |
| 09/17/2010 | Pacer Search Service on 5/20/2010 | 10.56 |
| 09/17/2010 | Pacer Search Service on 5/21/2010 | 0.16 |
| 09/17/2010 | Pacer Search Service on 5/24/2010 | 2.40 |
| 09/17/2010 | Pacer Search Service on 5/26/2010 | 3.76 |
| 09/17/2010 | Pacer Search Service on 5/28/2010 | 4.08 |
| 09/17/2010 | Pacer Search Service on 6/2/2010 | 5.28 |
| 09/17/2010 | Pacer Search Service on 6/4/2010 | 16.32 |
| 09/17/2010 | Pacer Search Service on 6/7/2010 | 10.08 |
| 09/17/2010 | Pacer Search Service on 6/8/2010 | 6.64 |
| 09/17/2010 | Pacer Search Service on 6/9/2010 | 3.92 |
| 09/17/2010 | Pacer Search Service on 6/9/2010 | 2.40 |
| 09/17/2010 | Pacer Search Service on 6/10/2010 | 1.92 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

PAGE: 4

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/17/2010 | Pacer Search Service on 6/11/2010 | 0.16 |
| 09/17/2010 | Pacer Search Service on 6/12/2010 | 0.32 |
| 09/17/2010 | Pacer Search Service on 6/14/2010 | 0.16 |
| 09/17/2010 | Pacer Search Service on 6/15/2010 | 22.48 |
| 09/17/2010 | Pacer Search Service on 6/16/2010 | 0.16 |
| 09/17/2010 | Pacer Search Service on 6/21/2010 | 0.56 |
| 09/17/2010 | Pacer Search Service on 6/28/2010 | 26.72 |
| 09/17/2010 | Pacer Search Service on 6/29/2010 | 2.64 |
| 09/17/2010 | Pacer Search Service on 6/30/2010 | 0.08 |
| 09/17/2010 | Pacer Search Service on 4/19/2010 | 0.24 |
| 09/17/2010 | Pacer Search Service on 5/6/2010 | 0.24 |
| 09/17/2010 | Pacer Search Service on 5/20/2010 | 0.24 |
| 09/17/2010 | Pacer Search Service on 5/28/2010 | 0.24 |
| 09/17/2010 | Pacer Search Service on 6/8/2010 | 0.24 |
| 09/17/2010 | Pacer Search Service on 6/21/2010 | 0.24 |
| 09/17/2010 | Pacer Search Service on 4/13/2010 | 0.16 |
| 09/17/2010 | Pacer Search Service on 6/11/2010 | 0.32 |
| 09/17/2010 | Pacer Search Service on 6/8/2010 | 2.40 |
| 09/17/2010 | Pacer Search Service on 6/14/2010 | 2.40 |
| 09/17/2010 | Pacer Search Service on 4/13/2010 | 2.96 |
| 09/17/2010 | Pacer Search Service on 6/2/2010 | 0.72 |
| 09/17/2010 | Pacer Search Service on 6/8/2010 | 0.72 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

PAGE: 5

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/17/2010 | Pacer Search Service on 6/14/2010 | 0.56 |
| 09/17/2010 | Pacer Search Service on 5/12/2010 | 2.00 |
| | **O/S Information Services Total** | **294.56** |

### BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 29.74 |
| Long Distance Telephone | 4.45 |
| O/S Information Services | 294.56 |

| | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 328.75 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM