# EXHIBIT A

Invoice # 36967 Sept. 1, 2010 through Sept. 30, 2010

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555     Fax:   (302) 575-1714

WR Grace PD Committee

**RE:**     WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 19.80 | 5,048.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.20 | 65.00 |
| B18 | Fee Applications, Others - | 2.80 | 504.00 |
| B25 | Fee Applications, Applicant - | 2.80 | 579.50 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 0.90 | 292.50 |
| B36 | Plan and Disclosure Statement - | 2.70 | 827.50 |
| B37 | Hearings - | 1.40 | 455.00 |
| B45 | Professional Retention Issues - | 1.20 | 390.00 |
| | **Total** | **31.80** | **$8,161.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 270.00 | 2.20 | 594.00 |
| Regina Matozzo | 200.00 | 7.60 | 1,520.00 |
| Theodore J. Tacconelli | 325.00 | 15.70 | 5,102.50 |
| Legal Assistant - SEK | 150.00 | 0.20 | 30.00 |
| Legal Assistant - KC | 150.00 | 6.10 | 915.00 |
| **Total** | | **31.80** | **$8,161.50** |

## DISBURSEMENT SUMMARY

**Total Disbursements**     $892.25

Invoice # 36967                                                                                              Sept. 1, 2010 through Sept. 30, 2010

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Sep-01-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re: Scarfone Hawkins 1st Quarterly Fee App | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Certificate of No Objection re: Debtor's Motion to Approve Settlement with HDI Gerling | 0.10 | TJT |
| | *Case Administration* - Update payments received information with check received 9-1-10 for May 2010, copy to TT and T. Markey | 0.20 | KC |
| Sep-02-10 | *Fee Applications, Others* - E-mail from KC re: Bilzin July 2010 fee app and review same | 0.20 | LLC |
| | *Fee Applications, Others* - E-mail to KC re: revisions to Bilzin fee app and filing same | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review six miscellaneous CNO's filed by Debtors | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -Review correspondence from R. Ramphall re: committee meeting | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Order re: Debtor's Motion to Approve Settlement with HDI Gerling | 0.10 | TJT |
| | *Fee Applications, Others* - E-mail from L. Flores re: Bilzin July 2010 fee app, download attachments | 0.10 | KC |
| | *Fee Applications, Others* - Draft COS, review Bilzin July 2010 fee app for filing and e-mail to LLC re: same | 0.20 | KC |
| | *Fee Applications, Applicant* - Begin draft Certificate of No Objection/COS for 37th Quarterly fee app | 0.20 | KC |
| Sep-03-10 | *Fee Applications, Applicant* - E-mail from B. Rulander re: fee auditor's final report | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Confer with para re: 36 IP Quarterly fee charts | 0.10 | TJT |
| | *Case Administration* - Review Debtors Monthly Operating Report for July 2010 | 0.50 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review e-mail from J. O'Neill re: 36 IP Quarterly fee charts and review | 0.20 | TJT |
| | *Case Administration* - E-mail from TT re: 36th Quarterly fee/ cost amounts | 0.10 | KC |
| | *Case Administration* - Discussion with TT re: spreadsheets recieved re: 36th Quarterly fee's | 0.10 | KC |
| | *Fee Applications, Others* - E-mail from LLC re: Bilzin's July 2010 fee app, revisions and prepare documents for filing | 0.20 | KC |
| | *Fee Applications, Others* - Efile and service of Bilzin's July 2010 fee app | 0.20 | KC |
| Sep-04-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review correspondence from B. Ruhlander re: 36 IP Quarterly Fees | 0.10 | TJT |

Invoice # 36967                                                                                           Sept. 1, 2010 through Sept. 30, 2010

| Date | Description | Hours | Staff |
|---|---|---|---|
| | *Case Administration* - Review Fee Auditor Final Report re: Combined No Objections for 36th IP | 0.20 | TJT |
| | *Case Administration* - Review Fee Auditor Final Report re: Caplin Drysdale 36 IP | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor Final Report re: Saul Ewing 36 IP | 0.10 | TJT |
| Sep-05-10 | *Case Administration* - Review Certificate of Counsel re: Proposed Order for 36 IP Quarterly Fees | 0.10 | TJT |
| | *Case Administration* - Review certificate of counsel re: charts for 36 IP Quarterly Fees and review same | 0.20 | TJT |
| | *Case Administration* - Review Order approving settlement with TIG Insurance Co. | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor Final Report re: K&E 36 IP with attachment | 0.20 | TJT |
| Sep-07-10 | *Case Administration* - Review case management memo re: week ending 9-3-2010 | 0.10 | LLC |
| | *Fee Applications, Others* - E-mail from KC re; status of CNO's re: certain quarterly fee apps | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status for week ending 9/3/10; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Prepare memo to Para re: 36 IP Quarterly Fees and Expenses | 0.10 | TJT |
| | *Case Administration* - Review Case Status Memo for week ending 9/3 | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous CNO's filed by CND ZAI Claimants | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Correspondence with Committee Member re: status of plan confirmation proceedings | 0.10 | TJT |
| | *Hearings* - Review Agenda for 9/13 hearing | 0.10 | TJT |
| | *Case Administration* - Review information on spreadsheets for accuracy re: 36th Quarterly fees | 0.20 | KC |
| | *Fee Applications, Others* - Review docket for objections to Bilzin's 37th Quarterly fee application | 0.10 | KC |
| | *Fee Applications, Others* - E-mail to LLC re: Bilzin's Certificate of No Objection of 37th Quarterly fee application | 0.10 | KC |
| | *Fee Applications, Applicant* - Review docket for objections re: FJP's 37th Quarterly Fee application | 0.10 | KC |
| | *Fee Applications, Applicant* - E-mail to LLC re: Certificate of No Objection for FJP's 37th Quarterly fee app for review | 0.10 | KC |
| Sep-08-10 | *Case Administration* - Review agenda for Sept. 13, 2010 hearing | 0.10 | LLC |
| | *Case Administration* - Confer with TJT re: status of case and related issues | 0.20 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re: Bilzin 37th Quarterly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Confer with KC re: checking accuracy of fee auditor numbers for 36th quarterly report | 0.20 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: 37th Quarterly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, | 0.30 | RM |

|  |  |  |  |
|---|---|---|---|
|  | district court and adversary proceedings, memos to T. Tacconelli re: same |  |  |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review two miscellaneous CNO's filed by Debtors | 0.10 | TJT |
|  | *Case Administration* - Confer with para re: 36 IP Quarterly fee chart | 0.10 | TJT |
|  | *Case Administration* - Discussion with LLC re: prior quarterly fee applications and total amounts of fees and expenses | 0.20 | KC |
|  | *Case Administration* - Review of docket, spreadsheet and filings, calculations for total amounts of fees and expenses | 1.50 | KC |
|  | *Fee Applications, Others* - Efile and service of Certificate of No Objection of Bilzin's 37th Quarterly fee app | 0.20 | KC |
|  | *Fee Applications, Applicant* - Efile and service of Certificate of No Objection of FJP's 37th Quarterly fee app | 0.20 | KC |
| Sep-09-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - re: Certificate of Counsel re: Hogan Firm 1st Quarterly Fee App | 0.10 | TJT |
|  | *Hearings* - Prepare for 9/13 hearing | 0.20 | TJT |
| Sep-10-10 | *Case Administration* - Review amended fee auditor report re: fee applications with no issues | 0.10 | LLC |
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review Fee Auditor's Final Report re: Lauzon Belanger Dec. 09- Mar. 10 Fee App | 0.10 | TJT |
| Sep-11-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review 5 miscellaneous CNO's filed by PI Committee | 0.10 | TJT |
|  | *Case Administration* - Briefly review nine miscellaneous Orders recently served by Debtors | 0.20 | TJT |
|  | *Case Administration* - Review Certificate of Counsel re: Scarfone Hawkins 1st Quarterly Fee App | 0.10 | TJT |
|  | *Hearings* - Review matters of agenda for 9/13 hearing | 0.60 | TJT |
| Sep-13-10 | *Case Administration* - Review amended notice of agenda re: hearing scheduled for 9-13-2010 | 0.10 | LLC |
|  | *Case Administration* - Review case management memo re: week ending 9-10-2010 | 0.10 | LLC |
|  | *Case Administration* - Review dockets re: status for week ending 9/10/10; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
|  | *Case Administration* - Review case status memo for week ending 9/10 | 0.10 | TJT |
|  | *Case Administration* - Confer with Para re: 9/13 hearing transcript | 0.10 | TJT |
|  | *Case Administration* - Review revised Certificate of Counsel re: proposed order re: 36 Interim Period Quarterly Fee apps with attachment | 0.20 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Review Affidavit of J. Helpert | 0.10 | TJT |
| | *Hearings* - Review amended agenda for 9/13 hearing | 0.10 | TJT |
| | *Hearings* - prepare for and attend Bankruptcy Court | 0.40 | TJT |
| | *Fee Applications, Others* - Email from L. Flores with attachments; respond to e-mail, attachments inaccessible | 0.10 | KC |
| | *Fee Applications, Others* - Download attachments re: Bilzin's 110th monthly fee app (Aug 2010) in preparation for review and filing | 0.10 | KC |
| Sep-14-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review order approving 36th Interim Period Quarterly Fee Apps | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel re: proposed order re: McGuire Motion for Reconsideration | 0.10 | TJT |
| | *Professional Retention Issues* - Review Debtor's Motion to File Seale Engagement Letter under seal | 0.20 | TJT |
| | *Professional Retention Issues* - Review Debtor's Motion to Employ Seale & Associates with attachments | 0.80 | TJT |
| Sep-15-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Motion to Approve Merger with Synthetech with attachments | 2.20 | TJT |
| | *Professional Retention Issues* - Review Notice of Withdraw of Document by Debtors re: Debtor's Motion to File Seale Engagement Letter under seal | 0.10 | TJT |
| Sep-16-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Professional Retention Issues* - Review Notice of Withdraw of Document by Debtors re: Debtor's Motion to Employ Seale & Associates. | 0.10 | TJT |
| Sep-17-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| Sep-18-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review seven miscellaneous CNO's filed by Debtors | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Order resolving motion by J. McGuire | 0.10 | TJT |
| Sep-20-10 | *Case Administration* - Review case management memo re: week ending 9-17-2010 | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review dockets re: status for week ending 9/17/10; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Review case status memo for week ending 9/17 | 0.10 | TJT |
| | *Case Administration* - Review order re: August 2011 omnibus hearing date change | 0.10 | TJT |
| Sep-21-10 | *Fee Applications, Applicant* - Review Certificate of No Objection re: July 2010 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Conference with para re: archiving hearing transcripts | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Debtors Claim Settlement Notice re: Claim no. 1926 with attachments | 0.30 | TJT |
| | *Case Administration* - Receive, distribute to working group 9-13-10 hearing transcript; meeting with TJT | 0.20 | SEK |
| | *Fee Applications, Applicant* - Review docket re: objections to FJP's July 2010 fee app; draft Certificate of No Objection and COS re: same | 0.20 | KC |
| | *Fee Applications, Applicant* - Prepare Certificate of No Objection/ COS re: FJP's 111th fee app for July 2010 documents for filing, efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Begin preparation of FJP's August 2010 fee app; review invoice re: August 2010 fees/ costs; to TJT for review of same | 0.10 | KC |
| Sep-22-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| Sep-23-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review two miscellaneous CNO's filed by Debtors | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -Review correspondence from R. Ramphall re; committee meeting | 0.10 | TJT |
| | *Fee Applications, Others* - Begin draft of CNO and COS to Bilzin's July 2010 fee app | 0.10 | KC |
| Sep-24-10 | *Fee Applications, Others* - Review CNO re: Bilzin's July 2010 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry Joseph & Pearce August prebill | 0.50 | TJT |
| | *Fee Applications, Others* - Review docket for objections re: Bilzin's July 2010 fee app | 0.10 | KC |
| | *Fee Applications, Others* - Efile and service of Certificate of No Objection and COS for Bilzin's July 2010 fee app | 0.20 | KC |
| Sep-25-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review two miscellaneous CNO's filed by debtors | 0.10 | TJT |

Invoice # 36967                                                                                   Sept. 1, 2010 through Sept. 30, 2010

| Date | Description | Hours | Atty |
|---|---|---|---|
| Sep-27-10 | *Case Administration* - Review case management memo re: week ending 9-24-10 | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review dockets re: stats for week ending 9/24/10; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review 25th Supplemental Declaration by Orrick | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 9/24 | 0.10 | TJT |
| | *Case Administration* - Review four miscellaneous CNO's filed by Debtors | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review letter from J. Canter to J. Fitzgerald | 0.10 | TJT |
| Sep-28-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review four miscellaneous CNO's filed by Debtors | 0.10 | TJT |
| | *Fee Applications, Others* - Review Bilzin's August 2010 fee app, revisions to same, prepare COS for filing | 0.20 | KC |
| | *Fee Applications, Applicant* - Finalize FJP's invoice, draft August 2010 fee app and related documents | 0.30 | KC |
| Sep-29-10 | *Fee Applications, Others* - Review Bilzin August 2010 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review August 2010 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Case management memos | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review five miscellaneous CNO's filed by Debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with R. Matozzo re: Transfer of Insurance Rights | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Research re: Transfer of Insurance Rights | 1.30 | TJT |
| | *Fee Applications, Others* - Efile and service of Bilzin's monthly fee app for August 2010 | 0.20 | KC |
| | *Fee Applications, Applicant* - Efile and service of FJP's 112th monthly fee app for August 2010 | 0.20 | KC |
| Sep-30-10 | *Case Administration* - Case management memos | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous CNO's filed by CND ZAI Claimants | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Continue Research re: transfer of Insurance Rights | 0.80 | TJT |
| | Totals | 31.80 | |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| Sep-01-10 | Photocopy Cost | 0.80 |
| Sep-03-10 | Photocopy Cost | 2.60 |
| | Photocopy Cost | 0.70 |

|            |                                                                                         |          |
|------------|-----------------------------------------------------------------------------------------|----------|
|            | Cost Advance - postage (1@1.22)                                                         | 1.22     |
| Sep-08-10  | Photocopy Cost                                                                          | 7.00     |
|            | Cost Advance - postage - 8 @$.44                                                        | 3.52     |
| Sep-10-10  | Cost Advance - Lexis Nexis - Legal research August (Account # 1402RF; Inv # 1008386350) | 11.83    |
|            | Cost Advance - First State Deliveries - hand delivery                                   | 6.50     |
| Sep-20-10  | Cost Advance - First State Deliveries - hand delivery                                   | 6.50     |
| Sep-21-10  | Photocopy Cost                                                                          | 0.60     |
|            | Cost Advance - postage (1 @ $.44)                                                       | 0.44     |
| Sep-24-10  | Photocopy Cost                                                                          | 4.20     |
|            | Cost Advance - First State Deliveries - hand deliveries 9/8/10                          | 39.00    |
| Sep-28-10  | Cost Advance - Blue Marble - cc 209.30;service 461.94; Inv # 45032                      | 671.24   |
| Sep-29-10  | Photocopy Cost                                                                          | 5.70     |
|            | Photocopy Cost                                                                          | 8.90     |
|            | Cost Advance - J&J Court Transcribers                                                   | 82.50    |
| Sep-30-10  | Cost Advance - First State Deliveries - hand deliveries 9/24/10                         | 39.00    |
|            | Totals                                                                                  | $892.25  |

**Total Fees & Disbursements**                                                                      **$9,053.75**