# EXHIBIT A



# THE HOGAN FIRM

Attorneys at Law
1311 Delaware Avenue
Wilmington, DE  19806
EIN 51-0352711

302-656-7540

Invoice submitted to:

*Lauzon Belanger, inc.*
*c/o Yves Lauzon*
*Lauzon Belanger inc.*
*286, rue St-Paul Quest, bureau 100*
*Montreal, QUEBEC H2Y 2A3*
*Canada*

October 01, 2010
In Reference To: *Canadian Zonolite Claimants*
      *WRGrace Chapter 11 Bankruptcy*
      *Our File No. 060124-01*

Invoice #  17313

**Professional Services**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/1/2010 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Order Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Fed.R.Bankr.P. Approving the Amended and Restated Asbestos Settlement Agreement Between W.R. Grace & Co. and HDI-Gerling Industrie Versicherung AG. | 0.30<br>350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 AND 9019 of the Federal Rules of Bankruptcy Procedure Approving the Amended and Restated Asbestos Bodily Injury Settlement Agreement Between W. R. Grace & Co. And TIG Insurance Company Related Doc # [25141], [25287]) Order Signed on 9/1/2010. | 0.30<br>350.00/hr | 105.00 |
| 9/2/2010 | KEH | Review Docket for objections to The Hogan Firm's 4th Monthly Fee Application. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | Review Docket for objections to Scarfone Hawkins' 4th Monthly Fee Application. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | Review Docket for objections to Lauzon Belanger's 4th Monthly Fee Application. | 0.10<br>190.00/hr | 19.00 |

Lauzon Belanger, inc.  10/1/2010  17313  Page  2

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/2/2010 | KEH | Prepare Certificate of No Objection and Certificate of Service Regarding The Hogan Firm's 4th Monthly Fee Application; electronically file same. | 0.50<br>190.00/hr | 95.00 |
| | KEH | Prepare Certificate of No Objection and Certificate of Service Regarding Scarfone Hawkins 4th Monthly Fee Application; electronically file same. | 0.50<br>190.00/hr | 95.00 |
| | KEH | Prepare Certificate of No Objection and Certificate of Service Regarding Lauzon Belanger's 4th Monthly Fee Application; electronically file same. | 0.50<br>190.00/hr | 95.00 |
| | KEH | E-mail correspondence with 'jluckey@ikon.com';'DL-Wilmington Fax' transmitting Certificate of No Objection (CNOfor The Hogan Firms Fourth Monthly Application for service. | 0.10<br>190.00/hr | 19.00 |
| | KEH | E-mail correspondence with 'jluckey@ikon.com';'DL-Wilmington Fax' transmitting Certificate of No Objection (CNOfor Scarfone Hawkins' Fourth Monthly Application for service. | 0.10<br>190.00/hr | 19.00 |
| | KEH | E-mail correspondence with 'jluckey@ikon.com';'DL-Wilmington Fax' transmitting Certificate of No Objection (CNOfor Lauzon Belangers Fourth Monthly Application for service. | 0.10<br>190.00/hr | 19.00 |
| | KEH | E-mail correspondence from James Luckey at IKON Office Solutions with confirmation of receipt of three CNOs for service. | 0.10<br>190.00/hr | 19.00 |
| | DKH | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Fourth Monthly Application for Compensation of The Hogan Firm as Counsel to The Representative Counsel as Special Counsel for The Canadian ZAI Claimants for the period June 1, 2010 to June 30, 2010. | 0.40<br>350.00/hr | 140.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Fourth Monthly Application for Compensation of The Hogan Firm as Counsel to The Representative Counsel as Special Counsel for The Canadian ZAI Claimants for the period June 1, 2010 to June 30, 2010. | 0.30<br>350.00/hr | 105.00 |
| | DKH | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Fourth Monthly Application for Compensation of of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period June 1, 2010 to June 30, 2010. | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Fourth Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for the | 0.30<br>350.00/hr | 105.00 |

| Lauzon Belanger, inc. | | | 10/1/2010 | 17313 | Page 3 |
|---|---|---|---|---|---|

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | Canadian ZAI Claimants for the period June 1, 2010 to June 30, 2010. | | |
| 9/2/2010 | DKH | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Fourth Monthly Application for Compensation of Lauzon Belanger as Special Counsel for the Canadian ZAI Claimants for the period June 1, 2010 to June 30, 2010. | 0.30 350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Fourth Monthly Application for Compensation of Lauzon Belanger as Special Counsel for the Canadian ZAI Claimants for the period June 1, 2010 to June 30, 2010. | 0.30 350.00/hr | 105.00 |
| 9/3/2010 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Fee Auditor's Report Fee Auditor's Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirty-Sixth Interim Period Filed by Warren H. Smith & Associates, P.C. | 0.40 350.00/hr | 140.00 |
| | DKH | E-mail correspondence with Bobbi Ruhlander transmitting the fee auditors combined final report for the 36th interim period regarding those fee applications to which we had de minimis or no objections. | 0.10 350.00/hr | 35.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Certification of Counsel Regarding Order Approving Quarterly Fee Application for the Thirty-Sixth Period Filed by W.R. Grace & Co., et al. | 0.40 350.00/hr | 140.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Certification of Counsel Regarding Thirty-Sixth Quarter Project Category Summary Filed by W.R. Grace & Co., et al. | 0.40 350.00/hr | 140.00 |
| 9/7/2010 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 9/13/2010 at 10:00 AM. | 0.30 350.00/hr | 105.00 |
| 9/8/2010 | KEH | Receive and review Notice of Agenda of Matters Scheduled for Telephonic Hearing on September 13, 2010. | 0.20 190.00/hr | 38.00 |
| | KEH | Meeting with DKHogan, re: agenda and quarterly fee applications. | 0.40 190.00/hr | 76.00 |
| | KEH | Review Fee Auditor's Certification of Counsel Regarding 36th Quarter Project Category Summary and Exhibit A. | 0.50 190.00/hr | 95.00 |

| Lauzon Belanger, inc. | | | 10/1/2010 | 17313 | Page 4 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/8/2010 | KEH | Review 'The Hogan Firm's' Project Category Report along with First Quarterly Application and The Fee Auditor's reports in preparation for revised order; prepare certification of counsel, re: revised order. | 1.60 190.00/hr | 304.00 |
| | KEH | Review "Scarfone Hawkins'" Project Category Report along with First Quarterly Application and The Fee Auditor's reports in preparation for revised order; prepare certification of counsel, re: revised order. | 1.30 190.00/hr | 247.00 |
| | KEH | Review "Lauzon Belanger's" Project Category Report along with First Quarterly Application along with Fee Auditor's report - No reduction to Lauzon Belanger's First Quarterly Application. | 0.40 190.00/hr | 76.00 |
| | KEH | Review the "Canadian ZAI Claimants'" Project Category Report along with the Application and Order Granting the Application for the Period from June 22, 2006, through August 31, 2008. | 0.30 190.00/hr | 57.00 |
| 9/9/2010 | KEH | Meeting with DKHogan; revise Certification of Counsel for The Hogan Firm's First Quarterly Application, exhibits, etc. | 0.30 190.00/hr | 57.00 |
| | KEH | Meeting with DKHogan; revise Certification of Counsel Regarding First Quarterly Application of Scarfone Hawkins. | 0.30 190.00/hr | 57.00 |
| | KEH | Prepare for filing Certification of filing of First Quarterly Application of The Hogan Firm; electronically file same. | 1.10 190.00/hr | 209.00 |
| | KEH | Prepare for filing Certification of filing of First Quarterly Application of Scarfone Hawkins; electronically file same. | 0.60 190.00/hr | 114.00 |
| | KEH | E-mail correspondence for service of the Certification of Counsel Regarding The First Quarterly Application of The Hogan Firm for the Period December 22, 2009, through March 31, 2010, filed today, September 9, 2010, Docket No. 25379. | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence for service of the Certification of Counsel Regarding The First Quarterly Application of Scarfone Hawkins for the Period December 21, 2009, through March 31, 2010, filed today, September 9, 2010, Docket No. 25380. | 0.20 190.00/hr | 38.00 |
| | KEH | Meet with DKHogan; E-mail correspondence with 'joneill@pszjlaw.com', re: Certifications of Counsel for The Hogan Firm and Scarfone Hawkins regarding First Quarterly Applications; No COC for Lauzon Belanger, however, CNO filed on 6/18/10. | 0.30 190.00/hr | 57.00 |
| | KEH | E-mail correspondence with James O'Neill, re: fee order and does COC change what was in the fee order-cc'd the fee auditor | 0.10 190.00/hr | 19.00 |
| | KEH | E-mail correspondence with 'James O'Neill' re: COCs revise the orders pursuant to the Fee Auditors report. | 0.10 190.00/hr | 19.00 |

Lauzon Belanger, inc.                                                    10/1/2010    17313           Page    5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/9/2010 | KEH | E-mail correspondence with James O'Neill, re: possible error in the order for Lauzon , i.e., on Fee Auditor's combined Final Report: item 17, and recommendation 34.q. show Lauzon Belanger Fees of CDN $16,143.45 and Expenses of CDN $63,709.37 - may lead to an overpayment of CDN $61,492.84. Certification of Counsel (doc 24848 filed 5/26/10) - Item 5 on the Certification states "Subsequent to the filing of the First Monthly Application, Lauzon Belanger identified the inclusion of "expert fees", in the amount of CDN $61,492.84 in its expense summary, as fees paid by Lauzon Belanger to the Hogan Firm during the period December 21,2009, to March 31, 2010. | 0.20 190.00/hr | 38.00 |
|  | KEH | Meeting with DKHogan, re: Jamie O'Neill's email regarding Lauzon Belanger.  Review file and filing of COC | 0.70 190.00/hr | 133.00 |
|  | KEH | E-mail correspondence with 'James O'Neill' and Bobbie Ruhlander, re: amended Fee Auditor report to correct the error - Fee Auditor does not typically review the certifications of counsel. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with James O'Neill, re: circulation of the revised Fee Auditor's Report for review. | 0.10 190.00/hr | 19.00 |
|  | KEH | Meeting with DKHogan and review of payments from Grace; E-mail correspondence with Bobbi Ruhlander and Jamie O'Neill transmitting WRGrace spreadsheet showing Grace paid the correct amount of $2,216.53 in expenses to Lauzon Belanger. | 0.80 190.00/hr | 152.00 |
|  | KEH | E-mail correspondence with Bobbi Ruhlander, re: Lauzon Belanger amended fee application to correct the error; No amended application - only certification of counsel. | 0.10 190.00/hr | 19.00 |
|  | KEH | Prepare Certificate of No Objection Regarding Second Quarterly Application of Scarfone Hawkins for Period April 1, 2010 through June 30, 2010. | 0.30 190.00/hr | 57.00 |
|  | KEH | Prepare Certificate of No Objection Regarding Second Quarterly Application of Lauzon Belanger Period April 1, 2010 through June 30, 2010. | 0.30 190.00/hr | 57.00 |
|  | KEH | Prepare Certificate of No Objection Regarding Second Quarterly Application of The Hogan Firm for Period April 1, 2010 through June 30, 2010. | 0.30 190.00/hr | 57.00 |
|  | DKH | E-mail correspondence with Karen E. Harvey.  Reviewed service of Certification of Counsel Regarding The First Quarterly Application of The Hogan Firm for the Period December 22, 2009, through March 31, 2010. | 0.20 350.00/hr | 70.00 |

| Lauzon Belanger, inc. | | | 10/1/2010 | 17313 | Page 6 |
|---|---|---|---|---|---|

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/9/2010 DKH | Reviewed and revised Certification of Counsel Regarding The First Quarterly Application For Compensation of The Hogan Firm For The Period December 22, 2009, Through March 31, 2010. | | 0.40 350.00/hr | 140.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certification of Counsel Regarding The First Quarterly Application For Compensation of The Hogan Firm For The Period December 22, 2009, Through March 31, 2010. | | 0.30 350.00/hr | 105.00 |
| DKH | Reviewed and revised Certification of Counsel Regarding The First Quarterly Application For Compensation of Scarfone Hawkins for the Period December 21, 2009, Through March 31, 2010. | | 0.30 350.00/hr | 105.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certification of Counsel Regarding The First Quarterly Application For Compensation of Scarfone Hawkins for the Period December 21, 2009, Through March 31, 2010. | | 0.30 350.00/hr | 105.00 |
| DKH | E-mail correspondence with James O'Neill concerning the fee order. | | 0.10 350.00/hr | 35.00 |
| DKH | E-mail correspondence with James O'Neill concerning possible error in the order he filed for Lauzon Belanger; reviewed attached exhibits. | | 0.50 350.00/hr | 175.00 |
| DKH | E-mail correspondence with Bobbi Ruhlander concerning fact that she will prepare an amended report to correct the error. | | 0.20 350.00/hr | 70.00 |
| DKH | E-mail correspondence with James O'Neill requesting that Bobbie Ruhlander circulate the revised docs related to the Lauzon error. | | 0.20 350.00/hr | 70.00 |
| DKH | Reviewed our payment records to determine that even though the order shows the $63,709.37, Grace paid the correct amount of $2,216.53 in expenses to Lauzon Belanger. | | 0.40 350.00/hr | 140.00 |
| 9/10/2010 KEH | E-mail correspondence with Jamie O'Neill and Bobbi Ruhlander, re: In light of the Fee Auditor's Amended Combined Final Report, is there anything that we need to do as to Lauzon Belanger? The payment received from Grace was in the correct amount of $12,914.76 fees and $2,216.53 expenses. | | 0.10 190.00/hr | 19.00 |
| KEH | Electronically file Certificate of No Objection Regarding Second Quarterly Application of The Hogan Firm for Period April 1, 2010 through June 30, 2010. | | 0.20 190.00/hr | 38.00 |
| KEH | Electronically file Certificate of No Objection Regarding Second Quarterly Application of Scarfone Hawkins for Period April 1, 2010 through June 30, 2010. | | 0.20 190.00/hr | 38.00 |

| | | | *Hrs/Rate* | *Amount* |
|---|---|---|---:|---:|
| Lauzon Belanger, inc. | | 10/1/2010  17313 | | Page  7 |
| 9/10/2010 KEH | Electronically file Certificate of No Objection Regarding Second Quarterly Application of Lauzon Belanger for Period April 1, 2010 through June 30, 2010. | | 0.20<br>190.00/hr | 38.00 |
| KEH | E-mail correspondence from Bobbi Ruhlander transmitting final report which we filed for Lauzon Belanger's interim fee application for the 36th interim period which was filed today, along with the revised combined final report (deleting Lauzon Belanger), which was also filed today.  Additionally, a revised fee and expense chart to reflect the change in Lauzon Belanger's expenses. No need to revise the project category spreadsheet, as it is my understanding that Lauzon Belanger did not amend its application to reflect these changes.  Therefore, technically the requested amounts would remain the same.  Awaiting response from Debtors' counsel, Jamie O'Neill. | | 0.20<br>190.00/hr | 38.00 |
| KEH | Meeting with DKHogan, re: action needed regarding Lauzon Belanger. | | 0.20<br>190.00/hr | 38.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Fee Auditor's Report Fee Auditor's Final Report Regarding the Quarterly Fee Application of Lauzon Belanger for the Period of December 21,2009 through March 31, 2010 Filed by Warren H. Smith & Associates, P.C. | | 0.30<br>350.00/hr | 105.00 |
| DKH | E-mail correspondence with Bobbi Ruhlander transmitting the revised combined final report (deleting Lauzon Belanger) and a revised fee and expense chart to reflect the change in Lauzon Belanger's expenses.  Reviewed same. | | 0.40<br>350.00/hr | 140.00 |
| DKH | E-mail correspondence with Karen E. Harvey regarding the telephonic appearance in the WRGrace matter for Monday. | | 0.10<br>350.00/hr | 35.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Certification of Counsel [Revised] Regarding Order Approving Quarterly Fee Applications for the Thirty-Sixth Period (related document(s)[25360]) Filed by W.R. Grace & Co., et al. | | 0.40<br>350.00/hr | 140.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing (related document(s) [25367]) Filed by W.R. Grace & Co., et al.. Hearing scheduled for 9/13/2010 at 10:00 AM. | | 0.30<br>350.00/hr | 105.00 |
| DKH | E-mail correspondence from Karen E. Harvey to Bobbie Ruhlander explaining that the application was not amended, but rather a Certification of Counsel was filed. | | 0.20<br>350.00/hr | 70.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Fee Auditor's Report Fee Auditor's Amended Combined Final Report For Those Applications with No | | 0.40<br>350.00/hr | 140.00 |

| Lauzon Belanger, inc. | | | 10/1/2010 17313 | Page 8 |
|---|---|---|---|---|
| | | | **Hrs/Rate** | **Amount** |
| | | Fee Or Expense Issues for the Thirty-Sixth Interim Period Filed by Warren H. Smith & Associates, P.C. | | |
| 9/10/2010 | DKH | Reviewed docket for objections to Second Quarterly Application of The Hogan Firm For Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Representative Counsel for the Canadian ZAI Claimants for the Interim Period From April 1, 2010, through June 30, 2010. | 0.30 350.00/hr | 105.00 |
| | DKH | Reviewed and revised Certificate of No Objection Regarding Docket No. 25212 (Second Quarterly Application of The Hogan Firm For Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Representative Counsel for the Canadian ZAI Claimants for the Interim Period From April 1, 2010, through June 30, 2010. | 0.30 350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding Docket No. 25212 (Second Quarterly Application of The Hogan Firm For Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Representative Counsel for the Canadian ZAI Claimants for the Interim Period From April 1, 2010, through June 30, 2010. | 0.30 350.00/hr | 105.00 |
| | DKH | Reviewed docket for objections to Second Quarterly Application of Scarfone Hawkins For Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel for the Canadian ZAI Claimants for the Interim Period From April 1, 2010, through June 30, 2010. | 0.20 350.00/hr | 70.00 |
| | DKH | Reviewed and revised Certificate of No Objection Regarding Docket No. 25213 (Second Quarterly Application of Scarfone Hawkins For Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel for the Canadian ZAI Claimants for the Interim Period From April 1, 2010, through June 30, 2010. | 0.30 350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding Docket No. 25213 (Second Quarterly Application of Scarfone Hawkins For Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel for the Canadian ZAI Claimants for the Interim Period From April 1, 2010, through June 30, 2010. | 0.30 350.00/hr | 105.00 |
| | DKH | Reviewed docket for objections to Second Quarterly Application of Lauzon Belanger For Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel for the Canadian ZAI Claimants for the Interim Period From April 1, 2010, through June 30, 2010. | 0.20 350.00/hr | 70.00 |

Lauzon Belanger, inc.  10/1/2010  17313  Page 9

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/10/2010 | DKH | Reviewed and revised Certificate of No Objection Regarding Docket No. 25214 (Second Quarterly Application of Lauzon Belanger For Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel for the Canadian ZAI Claimants for the Interim Period From April 1, 2010, through June 30, 2010. | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding Docket No. 25214 (Second Quarterly Application of Lauzon Belanger For Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel for the Canadian ZAI Claimants for the Interim Period From April 1, 2010, through June 30, 2010. | 0.30<br>350.00/hr | 105.00 |
| 9/13/2010 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Motion to Approve /Motion for Entry of an Order Authorizing the Debtors to Enter Into Agreements to Purchase Synthetech, Inc., Consummating the Transactions Contemplated Thereby and Merging the Acquiring Entity Into W.R. Grace & Co.-Conn Filed by W.R. Grace & Co., et al. | 0.40<br>350.00/hr | 140.00 |
| | DKH | Telephone conversation with Sherry Johnson in Judge Fitzgerald's chambers concerning appearance at today's hearing. | 0.20<br>350.00/hr | 70.00 |
| | DKH | E-mail correspondence with response@courtcall.com. Reviewed reservation for today's court appearance (telephonic). | 0.20<br>350.00/hr | 70.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Order Approving Quarterly Fee Applications for the Thirty-Sixth Period. Signed on 9/13/2010. | 0.30<br>350.00/hr | 105.00 |
| | DKH | Prepared for and attended Omnibus hearing (telephonic). | 0.40<br>350.00/hr | 140.00 |
| | DKH | E-mail correspondence with Careen Hannouche. Received and reviewed Lauzon Belanger's fee application for the month of August 2010. | 0.40<br>350.00/hr | 140.00 |
| | DKH | E-mail correspondence with David Thompson and Matt Moloci transmitting the signed order approving the first quarterly fee applications that we filed. | 0.20<br>350.00/hr | 70.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Application to Employ/Retain Seale & Associates, Inc. as Financial Advisor to the Debtors and Authorizing the Debtors to (A) Enter Into Financial Advisor Engagement Letter; and (B) Pay Certain Fees and Expenses In Connection Therewith Filed by W.R. Grace & Co., et al. | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Motion to File Under Seal/Motion Pursuant to Section 107 Authorizing the Debtors to File Unredacted Form of | 0.30<br>350.00/hr | 105.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| Lauzon Belanger, inc. | | 10/1/2010  17313 | | Page  10 |

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | Seale Engagement Letter Under Seal (related document(s)[25405]) Filed by W.R. Grace & Co., et al. | | |
| 9/16/2010 | KEH | E-mail correspondence with Grace Accounts Payable, re: funds deposited into account. | 0.10 190.00/hr | 19.00 |
| | DKH | Reviewed remittance advice received from Grace for June 2010. | 0.20 350.00/hr | 70.00 |
| | DKH | Telephone conversation with John Miller regarding WR Grace. | 0.20 350.00/hr | 70.00 |
| 9/17/2010 | KEH | Go online to Christiana Bank to view and confirm account information regarding deposit of funds into Trust Account by W.R.Grace. | 0.20 190.00/hr | 38.00 |
| | KEH | Telephone call to Christiana Bank Wire Department to initiate wire to Scarfone Hawkins in the amount of $24,724.20 for payment of The Hogan Firm's 4th Monthly Fee Application - June 1, 2010 through June 30, 2010 (80% fees, 100% costs) | 0.30 190.00/hr | 57.00 |
| | KEH | E-mail correspondence with Scarfone Hawkins and Lauzon Belanger, re: wire to Scarfone Hawkins in the amount of $24,724.20 for payment of The Hogan Firm's 4th Monthly Fee Application - June 1, 2010 through June 30, 2010 (80% fees, 100% costs) | 0.10 190.00/hr | 19.00 |
| | KEH | Telephone call from Christiana Bank Wire Department to confirm wire to Scarfone Hawkins in the amount of $24,724.20. | 0.10 190.00/hr | 19.00 |
| | KEH | E-mail correspondence from Port, John, at W.R. Grace, re: payment of CDN $19,027.25 to Scarfone Hawkins - forwarded to Scarfone Hawkins. | 0.20 190.00/hr | 38.00 |
| | DKH | E-mail correspondence with John Port at Grace concerning payments to Scarfone Hawkins. | 0.20 350.00/hr | 70.00 |
| 9/20/2010 | KEH | E-mail correspondence with Careen Hannouche, re: need confirmation of payment of $4,829.21 from Grace on September 17th - review and confirm. | 0.30 190.00/hr | 57.00 |
| | KEH | E-mail correspondence with Cindy Yates, re: availability of Scarfone Hawkins' August 1 through August 31, 2010, Time & Expense Summary | 0.10 190.00/hr | 19.00 |
| | DKH | E-mail correspondence with Careen Hannouche concerning payments received by Lauzon Belanger. | 0.10 350.00/hr | 35.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Canceling and Rescheduling Judge Fitzgerald's Omnibus Hearings for August, 201. | 0.30 350.00/hr | 105.00 |

| Lauzon Belanger, inc. | | | 10/1/2010   17313 | Page 11 |
|---|---|---|---|---|
| | | | *Hrs/Rate* | *Amount* |
| 9/20/2010 DKH | E-mail correspondence with David Thompson concerning update on matters relating to Plan confirmation arising out of last week's hearing. | | 0.20 350.00/hr | 70.00 |
| DKH | E-mail correspondence with David Thompson updating him on hearing last week. | | 0.20 350.00/hr | 70.00 |
| DKH | E-mail correspondence with David Thompson concerning September omnibus hearing and issues related to confirmation. | | 0.20 350.00/hr | 70.00 |
| 9/21/2010 KEH | Meeting with DKHogan, re: hearing dates in WRGrace matter - E-mail correspondence with DKHogan transmitting hearing schedule. | | 0.30 190.00/hr | 57.00 |
| KEH | E-mail correspondence with Cindy Yates, re: pending payment from WRGrace to Scarfone Hawkins in the amount of $10,565.40. | | 0.20 190.00/hr | 38.00 |
| DKH | Reviewed omnibus hearing dates for the remainder of the year. | | 0.10 350.00/hr | 35.00 |
| DKH | E-mail correspondence with Cindy Yates concerning fact that Scarfone Hawkins has not received the holdback; reviewed holdback provisions. | | 0.30 350.00/hr | 105.00 |
| 9/22/2010 DKH | E-mail correspondence with David Thompson and Matt Moloci transmitting the hearing schedule in Grace for the balance of this year. | | 0.20 350.00/hr | 70.00 |
| 9/23/2010 KEH | E-mail correspondence with Cindy Yates, re: clarification of payments received from WRGrace, i.e., $21,800.15 CAD on Sept. 17, and $19,027.25 CAD on Sept. 22. | | 0.30 190.00/hr | 57.00 |
| KEH | E-mail correspondence with John Ports at WRGrace, re: email from Cindy Yates for clarification of payment. | | 0.20 190.00/hr | 38.00 |
| KEH | E-mail correspondence with Cindy Yates, re: 19,027.25 is holdback for 12/21/09 through 3/31/10; $19,735.75 minus $708.50 reduction | | 0.10 190.00/hr | 19.00 |
| KEH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly Time/Expense Statement for August 1, 2010 - August 31, 2010 for preparation of monthly fee application - save to file and print for review. | | 0.20 190.00/hr | 38.00 |
| KEH | Forward email (found in "junk mailbox") to Careen Hannouche re: pending payment from WRGrace in the amount of $3,228.69 CDN. | | 0.10 190.00/hr | 19.00 |
| DKH | E-mail correspondence with Cindy Yates concerning payment received from Grace and what it relates to; reviewed prior applications to determine origin of payment amount. | | 0.40 350.00/hr | 140.00 |

| Lauzon Belanger, inc. | | | 10/1/2010   17313 | Page   12 |
|---|---|---|---|---|
| | | | *Hrs/Rate* | *Amount* |
| 9/23/2010 DKH | E-mail correspondence with Karen E. Harvey.  Reviewed and revised email to Mr. Port concerning payment from Grace by Scarfone Hawkins. | | 0.20<br>350.00/hr | 70.00 |
| DKH | E-mail correspondence with Karen E. Harvey. Reviewed payment request received from Grace for 1st Quarter 2010 for Lauzon Belanger. | | 0.20<br>350.00/hr | 70.00 |
| 9/24/2010 KEH | Prepare/Update payment ledgers regarding all payment from WRGrace to The Hogan Firm, Scarfone Hawkins & Lauzon Belanger. | | 3.50<br>190.00/hr | 665.00 |
| KEH | Begin preparation of The Hogan Firm's Monthly fee application for August 1, 2010, through August 31, 2010. | | 0.80<br>190.00/hr | 152.00 |
| 9/27/2010 KEH | Calculations for breakdown of fees for project categories for The Hogan Firm's August fee application. | | 1.50<br>190.00/hr | 285.00 |
| KEH | Further preparation of The Hogan Firm's August fee application. | | 0.40<br>190.00/hr | 76.00 |
| KEH | Review file for objection deadlines for monthly applications | | 0.10<br>190.00/hr | 19.00 |
| KEH | Prepare CNO for the Fifth Monthly Application of The Hogan Firm for the Period July 1, 2010, through July 31, 2010. | | 0.30<br>190.00/hr | 57.00 |
| KEH | Prepare CNO for the Fifth Monthly Application of Scarfone Hawkins for the Period July 1, 2010, through July 31, 2010. | | 0.30<br>190.00/hr | 57.00 |
| KEH | Prepare CNO for the Fifth Monthly Application of Lauzon Belanger for the Period July 1, 2010, through July 31, 2010. | | 0.30<br>190.00/hr | 57.00 |
| KEH | Electronically file CNO for the Fifth Monthly Application of The Hogan Firm for the Period July 1, 2010, through July 31, 2010. | | 0.20<br>190.00/hr | 38.00 |
| KEH | Electronically file CNO for the Fifth Monthly Application of Scarfone Hawkins for the Period July 1, 2010, through July 31, 2010. | | 0.20<br>190.00/hr | 38.00 |
| KEH | Electronically file CNO for the Fifth Monthly Application of Lauzon Belanger for the Period July 1, 2010, through July 31, 2010. | | 0.20<br>190.00/hr | 38.00 |
| KEH | Begin preparation of Scarfone Hawkins' August fee application. | | 0.30<br>190.00/hr | 57.00 |
| KEH | E-mail correspondence with Careen Hannouche, re: payment of $3,228.69 to LBL - review and respond. | | 0.20<br>190.00/hr | 38.00 |
| KEH | E-mail correspondence with James Luckey at IKON Office Solutions transmitting Certificate of No Objection re: The Hogan Firm's 5th Monthly application. | | 0.10<br>190.00/hr | 19.00 |

| Lauzon Belanger, inc. | | | 10/1/2010 | 17313 | Page 13 |

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/27/2010 | KEH | E-mail correspondence with James Luckey at IKON Office Solutions transmitting Certificate of No Objection re: Scarfone Hawkin's 5th Monthly application for service. | 0.10<br>190.00/hr | 19.00 |
| | KEH | E-mail correspondence with James Luckey at IKON Office Solutions transmitting Certificate of No Objection re: Lauzon Belanger's 5th Monthly application for service. | 0.10<br>190.00/hr | 19.00 |
| | KEH | E-mail correspondence from Luckey, James, of IKON confirming receipt of applications. | 0.10<br>190.00/hr | 19.00 |
| | DKH | Reviewed docket for objections to July 2010 fee applications of The Hogan Firm, Scarfone Hawkins, and Lauzon Belanger. | 0.40<br>350.00/hr | 140.00 |
| | DKH | Reviewed and revised Certificate of No Objection (No Order Required) to the Fifth Monthly Application for Compensation of The Hogan Firm As Counsel to The Representative Counsel as Special Counsel for the Canadian ZAI Claimants for the period July 1, 2010 to July 31, 2010. | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) to the Fifth Monthly Application for Compensation of The Hogan Firm As Counsel to The Representative Counsel as Special Counsel for the Canadian ZAI Claimants for the period July 1, 2010 to July 31, 2010 (related document(s)[25296]) Filed by Canadian ZAI Claimants. | 0.30<br>350.00/hr | 105.00 |
| | DKH | Reviewed and revised Certificate of No Objection to the Fifth Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period July 1, 2010 to July 31, 2010. | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection to the Fifth Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period July 1, 2010 to July 31, 2010, file by Canadian ZAI claimants. | 0.30<br>350.00/hr | 105.00 |
| | DKH | Reviewed and revised Certificate of No Objection (No Order Required) to the Fifth Monthly Application for Compensation of Lauzon Belanger as Special Counsel for the Canadian ZAI Claimants for the period July 1, 2010, to July 31, 2010. | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) to the Fifth Monthly Application for Compensation of Lauzon Belanger as Special Counsel for the Canadian ZAI Claimants for the period July 1, 2010, to July 31, 2010 (related document(s)[25299]) Filed by Canadian ZAI Claimants. | 0.30<br>350.00/hr | 105.00 |

| Lauzon Belanger, inc. | | | 10/1/2010   17313 | Page 14 |
|---|---|---|---|---|
| | | | *Hrs/Rate* | *Amount* |
| 9/28/2010 KEH | Preparation of 6th Monthly Fee Application of Scarfone Hawkins for August 2010. | | 0.80<br>190.00/hr | 152.00 |
| KEH | Calculations for breakdown of fees for project categories for Scarfone Hawkins' August fee application. | | 1.10<br>190.00/hr | 209.00 |
| KEH | Preparation of 6th Monthly Fee Application of Lauzon Belanger for August 2010. | | 0.70<br>190.00/hr | 133.00 |
| KEH | Calculations for breakdown of fees for project categories for Lauzon Belanger's August fee application. | | 0.10<br>190.00/hr | 19.00 |
| KEH | Email from Careen Hannouche requesting that application, etc., show name change for firm - discuss same with DKHogan; email to Careen Hannouche requesting details regarding when name changed. | | 0.30<br>190.00/hr | 57.00 |
| KEH | Review Lauzon's website for information on name change; email from Careen Hannouche with date of change - add footnote to application and email Careen Hannouche for approval. | | 0.40<br>190.00/hr | 76.00 |
| KEH | Reviewed Scarfone's website for information on Mike Stanton for addition to fee application; made addition to application. | | 0.20<br>190.00/hr | 38.00 |
| KEH | Make changes to name throughout LBL documents. | | 0.40<br>190.00/hr | 76.00 |
| KEH | E-mail correspondence with Cindy Yates at Scarfone Hawkins, re: information for Mike Stanton - "Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice" | | 0.10<br>190.00/hr | 19.00 |
| KEH | E-mail correspondence with David Thompson transmitting certification regarding the 6th monthly fee application of Scarfone Hawkins. | | 0.10<br>190.00/hr | 19.00 |
| KEH | E-mail correspondence with Careen Hannouche transmitting certification regarding the 6th monthly fee application of Lauzon Belanger. | | 0.10<br>190.00/hr | 19.00 |
| KEH | E-mail correspondence with Daniel Hogan, re: 6th monthly fee applications for The Hogan Firm, Scarfone Hawkins and Lauzon Belanger. | | 0.10<br>190.00/hr | 19.00 |
| KEH | E-mail correspondence with Careen Hannouche, re: name change | | 0.10<br>190.00/hr | 19.00 |
| KEH | E-mail correspondence with Careen Hannouche, re: date of name change to Lauzon Belanger Lesperance. | | 0.10<br>190.00/hr | 19.00 |

| Lauzon Belanger, inc. | | | 10/1/2010 | 17313 | Page 15 |
|---|---|---|---|---|---|

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 9/28/2010 | KEH | E-mail correspondence with Careen Hannouche, re: approval of footnote for the name change - "On January 18, 2010, Lauzon Bélanger named André Lespérance as a partner and changed its name to Lauzon Bélanger Lespérance." | 0.10<br>190.00/hr | 19.00 |
| | KEH | E-mail correspondence with Cindy Yates, re: information for Mike Stanton found on Scarfone Hawkins' website. | 0.10<br>190.00/hr | 19.00 |
| | KEH | E-mail correspondence with Careen Hannouche transmitting revised certification for approval and execution | 0.10<br>190.00/hr | 19.00 |
| | KEH | Meeting with DKHogan - make revisions to The Hogan Firm's 6th monthly application per instruction. | 0.30<br>190.00/hr | 57.00 |
| | KEH | Make revisions to Scarfone Hawkins' 6th monthly application per DKHogan's instructions. | 0.20<br>190.00/hr | 38.00 |
| | KEH | Make revisions to LBL's 6th monthly application per DKHogan's instructions. | 0.20<br>190.00/hr | 38.00 |
| | DKH | Reviewed certification regarding the 6th monthly fee application of Scarfone Hawkins. | 0.30<br>350.00/hr | 105.00 |
| | DKH | Reviewed certification regarding the 6th monthly fee application of Lauzon Belanger. | 0.20<br>350.00/hr | 70.00 |
| | DKH | Reviewed and revised 6th monthly applications for The Hogan Firm. | 0.90<br>350.00/hr | 315.00 |
| | DKH | Reviewed and revised 6th monthly application for Scarfone Hawkins. | 0.90<br>350.00/hr | 315.00 |
| | DKH | Reviewed and revised 6th monthly application for Lauzon Belanger. | 0.80<br>350.00/hr | 280.00 |
| | DKH | E-mail correspondence with Careen Hannouche concerning their new law firm name in the Certification. | 0.20<br>350.00/hr | 70.00 |
| | DKH | E-mail correspondence with Careen Hannouche concerning date of name change for their law firm. | 0.10<br>350.00/hr | 35.00 |
| | DKH | Reviewed footnote change to Lauzon Belanger's monthly fee application. | 0.20<br>350.00/hr | 70.00 |
| 9/29/2010 | KEH | Meeting with DKHogan, re: revisions to SH & LBL's applications - add "CDN $". | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence with Cindy Yates transmitting executed certification of David Thompson - save to file and prepare as Exhibit B to application. | 0.20<br>190.00/hr | 38.00 |

| Lauzon Belanger, inc. | | | 10/1/2010  17313 | Page  16 |
|---|---|---|---|---|

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---:|---:|
| 9/29/2010 | KEH | E-mail correspondence with Careen Hannouche transmitting certification, re: 6th LBL application - save to file and prepare as exhibit B to same; make change to footnote as instructed. | 0.30<br>190.00/hr | 57.00 |
|  | KEH | E-mail correspondence with Careen Hannouche and Michel Belanger transmitting 6th LBL application for review and approval. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with David Thompson and Matt Moloci transmitting 6th SH application for review and approval. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | Prepare Sixth Monthly Application of The Hogan Firm for filing and electronically file same. | 0.30<br>190.00/hr | 57.00 |
|  | KEH | E-mail correspondence with David Thompson & Matt Moloci approving 6th application. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | Prepare Sixth Monthly Application of Scarfone Hawkins for filing and electronically file same. | 0.30<br>190.00/hr | 57.00 |
|  | KEH | E-mail correspondence with Careen Hannouche approving 6th application of LBL. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | Prepare Sixth Monthly Application of Lauzon Belanger Lesperance for filing and electronically file same. | 0.30<br>190.00/hr | 57.00 |
|  | KEH | E-mail correspondence with service parties transmitting, for service, the Sixth Monthly Application of The Hogan Firm, filed September 29, 2010, Docket No. 25496. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with service parties transmitting, for service, the Sixth Monthly Application of Scarfone Hawkins, filed September 29, 2010, Docket No. 25497. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with service parties transmitting, for service, the Sixth Monthly Application of Lauzon Belanger Lesperance, filed September 29, 2010, Docket No. 25498. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with Fee Auditor transmitting, in Word format, the Sixth Monthly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants, Docket No. 25496. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with Fee Auditor transmitting, in Word format, the Sixth Monthly Application of Scarfone Hawkins as Special Counsel for the Canadian ZAI Claimants -  Docket No. 25497. | 0.10<br>190.00/hr | 19.00 |

| Lauzon Belanger, inc. | | | 10/1/2010 | 17313 | Page 17 |
|---|---|---|---|---|---|

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/29/2010 | KEH | E-mail correspondence with Fee Auditor transmitting, in Word format, the Sixth Monthly Application of Lauzon Bélanger Lespérance as Special Counsel for the Canadian ZAI Claimants - Docket No. 25498. | 0.10 190.00/hr | 19.00 |
| | KEH | E-mail correspondence with IKON Office Solutions transmitting the Sixth Monthly Application of The Hogan Firm for copying and hand deliver to: Office of the United States Trustee, David Klauder, Esquire, 844 King Street, Suite 2311, Wilmington, DE 19801 | 0.10 190.00/hr | 19.00 |
| | KEH | E-mail correspondence with IKON Office Solutions transmitting the Sixth Monthly Application of Scarfone Hawkins for copying and hand deliver to: Office of the United States Trustee, David Klauder, Esquire, 844 King Street, Suite 2311, Wilmington, DE 19801 | 0.10 190.00/hr | 19.00 |
| | KEH | E-mail correspondence with IKON Office Solutions transmitting the Sixth Monthly Application of Lauzon Belanger Lesperance for copying and hand deliver to: Office of the United States Trustee, David Klauder, Esquire, 844 King Street, Suite 2311, Wilmington, DE 19801 | 0.10 190.00/hr | 19.00 |
| | KEH | E-mail correspondence with Luckey, James, confirming receipt of applications for hand delivery to the Trustee. | 0.10 190.00/hr | 19.00 |
| | DKH | E-mail correspondence with Careen Hannouche concerning changes to LB fee application. | 0.10 350.00/hr | 35.00 |
| | DKH | E-mail correspondence with Matt Moloci concerning Scarfone Hawkins fee application. | 0.10 350.00/hr | 35.00 |
| | DKH | E-mail correspondence with Careen Hannouche confirming change to application. | 0.10 350.00/hr | 35.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants (Sixth) for the period August 1, 2010 to August 31, 2010 Filed by Canadian ZAI Claimants. | 0.30 350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants (Sixth) for the period August 1, 2010, to August 31, 2010 Filed by Canadian ZAI Claimants. | 0.30 350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for the | 0.30 350.00/hr | 105.00 |

| Lauzon Belanger, inc. | | 10/1/2010  17313 | Page  18 |
|---|---|---|---|

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
|  |  | Canadian ZAI Claimants (Sixth) for the period August 1, 2010, to August 31, 2010. Filed by Canadian ZAI Claimants. |  |  |
| 9/29/2010 | DKH | E-mail correspondence with Karen E. Harvey. Reviewed service of three monthly fee applications. | 0.30<br>350.00/hr | 105.00 |
|  |  | **For professional services rendered** | 58.80 | **$15,108.00** |
|  |  | **Additional Charges :** |  |  |
| 9/7/2010 |  | IKON Office Solutions - CNOs for LB, SH & THF |  | 199.02 |
|  |  | IKON Office Solutions - 5th Monthly Applications |  | 21.75 |
| 9/28/2010 |  | Photocopies - (In-House) 305 @ .10 |  | 30.50 |
|  |  | CM/ECF - Court costs |  | 10.00 |
| 9/30/2010 |  | IKON Office Solutions- 6th Mo and CNO 5th |  | 208.31 |
|  |  | **Total additional charges** |  | **$469.58** |
|  |  | **Total amount of this bill** |  | **$15,577.58** |
|  |  | **Previous balance** |  | **$21,981.31** |
|  |  | **Accounts receivable transactions** |  |  |
| 9/27/2010 |  | Payment - Thank You. Check No. 978 9968 |  | ($21,981.31) |
|  |  | **Total payments and adjustments** |  | **($21,981.31)** |
|  |  | **Balance due** |  | **$15,577.58** |

*****TERMS: PAYMENT DUE UPON RECEIPT****

INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH

Lauzon Belanger, inc.  *10/1/2010   17313*   Page   19

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Daniel K. Hogan | 24.60 | 350.00 | $8,610.00 |
| Karen E. Harvey | 34.20 | 190.00 | $6,498.00 |