# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
### AVOCATS · ATTORNEYS

October 15, 2010

RE :   W.R. GRACE & CO., and al.
       U.S. FEE APPLICATION
       CDN ZAI CLASS ACTION
       Our file : 222

**CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION**
(September 1st 2010 to September 30th 2010)

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**Our fees :**

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2010-09-07 | CH | Review of emails from Karen Harvey re: Third Monthly Application and Fee Auditor Report | 0.42 | 285.00 | 119.70 |
| 2010-09-07 | CH | Email to Karen Harvey re: wire transfer from WR Grace | 0.08 | 285.00 | 22.80 |
| 2010-09-07 | CH | Email to David Thompson re: wire transfer | 0.08 | 285.00 | 22.80 |
| 2010-09-09 | CH | Review of billing for the month of August | 0.33 | 285.00 | 94.05 |
| 2010-09-10 | CH | Review of Canadian Zonolite Payment Chart re: fees and expenses | 0.33 | 285.00 | 94.05 |
| 2010-09-10 | CH | Email to Karen Harvey re: short payment for 3rd Monthly Application | 0.08 | 285.00 | 22.80 |
| 2010-09-10 | MB | Review of email exchange with Karen Harvey re: billing | 0.50 | 350.00 | 175.00 |
| 2010-09-13 | CH | Review of August monthly application for fees | 0.25 | 285.00 | 71.25 |
| 2010-09-13 | CH | Email to Karen Harvey re: monthly application for fees August 2010 | 0.08 | 285.00 | 22.80 |
| 2010-09-20 | CH | Email to Karen Harvey re: wire transfer from Grace | 0.08 | 285.00 | 22.80 |
| 2010-09-20 | CH | Telephone conversation with a class member re: Rust consulting claim and coordinates for database | 0.25 | 285.00 | 71.25 |
| 2010-09-20 | CH | Email to Mr. Thompson re: payment of portion of The Hogan Firm's fees | 0.25 | 285.00 | 71.25 |

| | | | | | |
|---|---|---|---|---|---|
| 2010-09-20 | MB | Review of emails from Karen Harvey re: billing | 0.33 | 350.00 | 115.50 |
| 2010-09-22 | MB | Discussion with a class member re: class action | 0.50 | 350.00 | 175.00 |
| 2010-09-28 | CH | Review of payments (re: tax amounts) received from Grace for monthly and quarterly application over time period Sept. 1 2008 to May 31, 2010 | 1.50 | 285.00 | 427.50 |
| 2010-09-29 | CH | Email to David Thompson and Matt Moloci re: certification monthly application | 0.08 | 285.00 | 22.80 |
| 2010-09-29 | CH | Email to Karen Harvey re: modified and executed certification | 0.17 | 285.00 | 48.45 |
| 2010-09-29 | CH | Review of August Monthly Certification | 0.42 | 285.00 | 119.70 |
| 2010-09-29 | CH | Email to Karen Harvey re: August Monthly Certification | 0.08 | 285.00 | 22.80 |
| | | **OUR FEES :** | **5.81** | | **1,742.30** |

TIME SUMMARY BY LAWYER

| | | | |
|---|---|---|---|
| MB | 350.00 | 1.33 | 465.50 |
| CH | 285.00 | 4.48 | 1,276.80 |

**DISBURSEMENTS**

| | |
|---|---|
| Photocopies | 0.40 |
| **TOTAL DISBURSEMENTS** | **0.40** |
| **TOTAL FEES ANS DISBURSEMENTS** | **1,742.70** |
| Total G.S.T. | 87.14 |
| Total Q.S.T. | 137.24 |
| **TOTAL** | **$ 1,967.08** |

# G.S.T.   814682340 RT 0001
# P.S.T.   1211542736 TQ 0001