# EXHIBIT A

Rolling Thunder
772 King Street West
Hamilton, ON L8S 1K1
Canada
905-522-2194



| Bill To: | | | | Date | Invoice |
|---|---|---|---|---|---|
| VHSTT Management Inc c/o Scarfone Hawkins LLP<br>Attn: Stephanie Farrell<br>1 James Street South, 16th Floor<br>Hamilton, ON L8P 4R5 | | | | 08/18/2010 | 104389 |
| | | | | Account | |
| | | | | VHSSTT | |

| Terms | Due Date | PO Number | Reference | | |
|---|---|---|---|---|---|
| COD | 08/18/2010 | | | | |

What's your Diaster Recovery Plan?  The simple solution is Rolling Thunder's Backup & Disaster Recovery products.
www.thunder.ca

| Service Request Number | 9804 |
|---|---|
| Billing Method | Actual Rates |
| Detail | Mon 8/16/2010/12:28 pm/ CGreig- |
| Company Name | VHSTT Management Inc c/o Scarfone Hawkins LLP |
| Contact Name | Stephanie Farrell |
| Ship To Address | 1 James Street South, 16th Floor<br>Hamilton, ON L8P 4R5 |

| Services | Work Type | Staff | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Billable Time & Materials Services | | | | | |
| Corporate Technician | Service - Onsite Regular | Chris Greig | 1.00 | 130.00 | C$130.00 |
| | | | | Total Services: | C$130.00 |

Business Number:    896686656RT0001

Make checks payable to Rolling Thunder

| | |
|---|---|
| Invoice Subtotal: | C$130.00 |
| Harmonized Sales Tax: | C$16.90 |
| Invoice Total: | C$146.90 |

We pride ourselves on providing the best quality products and service. Thank you for your business!

*[Handwritten notes: "DT/Moloci/Helen meeting re Zonolite claim file form retrieval", "OK HM", "Yes Matter", "Software Support GL5045", "05L121"]*

| Invoice Time Detail | | | | | |
|---|---|---|---|---|---|

**Invoice Number:** 104389
**Company:** VHSTT Management Inc c/o Scarfone Hawkins LLP

**Member: Greig, C   Date: 8/18/2010**

| Date | Staff | Notes | Bill | Hours | Ext Amt |
|---|---|---|---|---|---|
| 8/18/2010<br>9:30 AM - 10:30 AM | Greig, C | **Service Ticket:** 9804<br>A meeting with David Thomson, Matt Moloci and Helen Martin to discuss Zonolite claims forms downloaded from Rust SFTP site, location of data and what to do with data next. | Y | 1.00 | 130.00 |

Subtotal: C$130.00

**Invoice Time Total:**          **Billable Hours:**          1.00

**Stephannie Farrell**

From: peter@thunder.ca
Sent: September 9, 2010 3:10 PM
To: Stephannie Farrell
Subject: Ticket #9804 / Meeting to Discuss Zonolite Claims forms retrieved from SFTP and action plan for review.

--Please enter your response above this line--
Stephanie:

Ticket #9804/Meeting to Discuss Zonolite Claims forms retrieved from SFTP and action plan for review. status has been changed to Closed and is considered closed now. Please reply to this email if this service ticket was closed in error.

Resolution
Wednesday 18/08/2010 9:30am/ Chris Greig-
A meeting with David Thomson, Matt Moloci and Helen Martin to discuss Zonolite claims forms downloaded from Rust SFTP site, location of data and what to do with data next.

Service Ticket Description
Monday 16/08/2010 12:28pm/ Chris Greig-

View Ticket

09/09/2010

**Rolling Thunder**
772 King Street West
Hamilton, ON L8S 1K1
Canada
905-522-2194



| Bill To: | | | | Date | Invoice |
|---|---|---|---|---|---|
| VHSTT Management Inc c/o Scarfone Hawkins LLP | | | | 07/09/2010 | 104048 |
| Attn: Stephanie Farrell | | | | Account | |
| 1 James Street South, 16th Floor | | | | VHSSTT | |
| Hamilton, ON L8P 4R5 | | | | | |

| Terms | Due Date | PO Number | Reference | | |
|---|---|---|---|---|---|
| COD | 07/09/2010 | | | | |

What's your Diaster Recovery Plan? The simple solution is Rolling Thunder's Backup & Disaster Recovery products. www.thunder.ca

| Service Request Number | 9147 |
|---|---|
| Billing Method | Actual Rates |
| Detail | Mon 7/12/2010/11:22 am/ CGreig- |
| Company Name | VHSTT Management Inc c/o Scarfone Hawkins LLP |
| Contact Name | Stephanie Farrell |
| Ship To Address | 1 James Street South, 16th Floor Hamilton, ON L8P 4R5 |

| Services | Work Type | Staff | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Billable Time & Materials Services | | | | | |
| Corporate Technician | Service - Onsite Regular | Chris Greig | 0.50 | 130.00 | C$65.00 |
| | | | | Total Services: | C$65.00 |

Business Number: 896686656RT0001

Make checks payable to Rolling Thunder

| | |
|---|---|
| Invoice Subtotal: | C$65.00 |
| Harmonized Sales Tax: | C$8.45 |
| Invoice Total: | C$73.45 |

We pride ourselves on providing the best quality products and service. Thank you for your business!

*[Handwritten annotations:]*
Conference Call
David T, Matt M, et al.
r/ Classaction lawsuit data

NB.
pay using
this GL a/c

Software Support
$65.45 Re Zonolite Class Action Law Suit

DAC'd to this matter # (by Sue) Sep 9/10

Matter # 05L121

**Stephannie Farrell**

*Matter # 05L121.*

**From:** jacqueline@thunder.ca
**Sent:** July 22, 2010 12:36 PM
**To:** Stephannie Farrell
**Subject:** Ticket #9147 / Conference call with David Thompson, Matt Moloci and others.

*Zonolite*

--Please enter your response above this line--
Stephanie:

*Re Rust Consulting Class Action Law Suit*

Ticket #9147/Conference call with David Thompson, Matt Moloci and others. status has been changed to Closed and is considered closed now. Please reply to this email if this service ticket was closed in error.

Resolution
Friday 07/09/2010 11:30am/ Chris Greig-
Conference call to determine best way to obtain data for use in classaction lawsuit.
Determine type of data, and how we will transport.

Service Ticket Description
Monday 07/12/2010 11:22am/ Chris Greig-

View Ticket

22/07/2010

**Rolling Thunder**
772 King Street West
Hamilton, ON L8S 1K1
Canada
905-522-2194



| Bill To: | | | | Date | Invoice |
|---|---|---|---|---|---|
| VHSTT Management Inc c/o Scarfone Hawkins LLP | | | | 08/02/2010 | 104276 |
| Attn: Stephanie Farrell | | | | Account | |
| 1 James Street South, 16th Floor | | | | VHSSTT | |
| Hamilton, ON L8P 4R5 | | | | | |

| Terms | Due Date | PO Number | Reference | |
|---|---|---|---|---|
| COD | 08/02/2010 | | | |

What's your Diaster Recovery Plan? The simple solution is Rolling Thunder's Backup & Disaster Recovery products. www.thunder.ca

| Service Request Number | 9499 |
|---|---|
| Billing Method | Actual Rates |
| Detail | Fri 7/30/2010/8:47 am/ CGreig- |

| Company Name | VHSTT Management Inc c/o Scarfone Hawkins LLP |
|---|---|
| Contact Name | Stephanie Farrell |
| Ship To Address | 1 James Street South, 16th Floor Hamilton, ON L8P 4R5 |

| Services | Work Type | Staff | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Billable Time & Materials Services | | | | | |
| Corporate Technician | Service - Onsite Regular | Chris Greig | 8.00 | 130.00 | C$1,040.00 |
| | | | | Total Services: | C$1,040.00 |

Business Number: 896686656RT0001

Make checks payable to Rolling Thunder

| | |
|---|---|
| Invoice Subtotal: | C$1,040.00 |
| Harmonized Sales Tax: | C$135.20 |
| Invoice Total: | C$1,175.20 |

We pride ourselves on providing the best quality products and service. Thank you for your business!

*[Handwritten notes: "Transf. files from Rust consultants", "Charge to a matter 20ND LITE 054121", signature]*

| Invoice Time Detail | | | | | |
|---|---|---|---|---|---|

Invoice Number: 104276
Company: VHSTT Management Inc c/o Scarfone Hawkins LLP

**Member: Greig, C   Date: 7/30/2010**

| Date | Staff | Notes | Bill | Hours | Ext Amt |
|---|---|---|---|---|---|
| 7/30/2010<br>12:00 PM - 8:00 PM | Greig, C | **Service Ticket:** 9499<br>- Log into Rust Consulting's Secure FTP site and download 14,000 files.<br>- Files to be downloaded in sections, 1,000 files at a time as to not cause any timeouts or any connection issues. | Y | 8.00 | 1040.00 |

Subtotal: C$1,040.00

Invoice Time Total:                            Billable Hours:    8.00

**Stephannie Farrell**

From: peter@thunder.ca
Sent: August 31, 2010 4:25 PM
To: Stephannie Farrell
Subject: Ticket #9499 / Transfer files from Rust Consultants SFTP server

--Please enter your response above this line--
Stephanie:

Ticket #9499/Transfer files from Rust Consultants SFTP server status has been changed to Closed and is considered closed now. Please reply to this email if this service ticket was closed in error.

Resolution
Friday 30/07/2010 12:00pm/ Chris Greig-
- Log into Rust Consulting's Secure FTP site and download 14,000 files.
- Files to be downloaded in sections, 1,000 files at a time as to not cause any timeouts or any connection issues.

Service Ticket Description
Friday 30/07/2010 8:47am/ Chris Greig-

View Ticket

08/09/2010

Helen Martin

**From:** Matt Moloci
**Sent:** Wednesday, August 18, 2010 3:24 PM
**To:** 'Chris Greig'
**Cc:** Helen Martin; David Thompson; Christine Hutton
**Subject:** RE: Rust Consulting Claim Forms

Chris,

Please forward the extra DVD to me and I will courier it to our co-counsel, Lauzon Belanger.

Thanks,

Matt

**From:** Chris Greig [mailto:cgreig@thunder.ca]
**Sent:** August 18, 2010 3:29 PM
**To:** David Thompson
**Cc:** Matt Moloci; Helen Martin
**Subject:** re: Rust Consulting Claim Forms

The claim forms have been placed in the requested folder in Dave's Class Action folder hierarchy under the Zonolite folder.

I reviewed the last of them and there are no 2010 forms. I still have access to the RUST SFTP site and nothing has changed, so perhaps they have intentionally left them out?

The forms get a little mixed up towards the end, it gets to December 2009 then it starts to mix them up a little, but 99% f the files are accurately dated according to the number sequence.

Either way, the files are there for your review.

I have a DVD copy for each of you for your records, who wants the extra copy to be sent out?

Regards,

**Chris Greig** MCP,MCDST
*Corporate Technician/*
*Technical Services Manager*
chris@thunder.ca

**ROLLING THUNDER**
772 King Street W.
Hamilton, ON L8S 1K1
Phone: 905.522.2194 x115
Fax: 905.522.2384
www.thunder.ca

1