# EXHIBIT B

1

W.R. GRACE & CO., et al.
CDN ZAI CLASS ACTION

U.S. FEE APPLICATION
DATE:
September 30, 2010
OUR FILE NO: 05L121

# Scarfone Hawkins LLP
B A R R I S T E R S   A N D   S O L I C I T O R S

| ONE JAMES STREET SOUTH | TELEPHONE |
|---|---|
| 14TH FLOOR | 905-523-1333 |
| P.O. BOX 926, DEPOT #1 | |
| HAMILTON, ONTARIO | TELEFAX |
| L8N 3P9 | 905-523-5878 |

H.S.T. REGISTRATION NO.  **873984314 RT – 0001**

## CANADIAN ZAI MONTHLY FEE APPLICATION
### (September 1, 2010 – September 30, 2010)

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09 /02/10 | *Emails from Karen Harvey to James Luckey to serve and file Certificates of No Objection to the fourth monthly fee applications of The Hogan Firm, Lauzon Belanger and Scarfone Hawkins* | MGM | $375.00 | 0.10 | $37.50 |
| 09 /02/10 | *Email from Glenn Smith advising of intended service of FMC's motion seeking appointment of interim receiver; reply to Smith* | MGM | $375.00 | 0.10 | $37.50 |
| 09 /03/10 | *receipt various emails from Karen Harvey, etc., follow-ups re: fee application and receipt of notice of objections* | DT | $475.00 | 0.35 | $166.25 |
| 09 /03/10 | *receipt of and respond to various and multiple class member inquiries* | DT | $475.00 | 0.25 | $118.75 |
| 09 /07/10 | *receipt of and respond to multiple and various class member inquiries* | DT | $475.00 | 0.35 | $166.25 |
| 09 /07/10 | *receipt Careen Hannouche email, memo to Cindy Yates re: transfer of funds and U.S. exchange rate* | DT | $475.00 | 0.25 | $118.75 |
| 09 /07/10 | *various emails to and from Careen Hannouche re: wire transfer of Dan Hogan money and reconciliation of same* | DT | $475.00 | 0.25 | $118.75 |
| 09 /08/10 | *receipt of and respond to class member inquiries* | DT | $475.00 | 0.10 | $47.50 |
| 09 /09/10 | *receipt of and respond to class member inquiries* | DT | $475.00 | 0.35 | $166.25 |
| 09 /09/10 | *Email from Karen Harvey with attached Certificate of Counsel regarding first quarterly fee applications of The Hogan Firm and Scarfone Hawkins and summary regarding payments to Lauzon Belanger; review* | MGM | $375.00 | 0.20 | $75.00 |
| 09 /10/10 | *Email from Karen Harvey to James O'Neill and Bobbi Ruhlander regarding Fee Auditor's Amended Combined Final Report inquiring whether anything further is required* | MGM | $375.00 | 0.10 | $37.50 |

| 09 /12/10 | Email from possible ZAI PI claimant Gary Carson regarding his medical files for Lorna Carson | MGM | $375.00 | 0.10 | $37.50 |
|---|---|---|---|---|---|
| 09 /13/10 | receipt of and respond to class member inquiries | DT | $475.00 | 0.25 | $118.75 |
| 09 /13/10 | receipt Careen Hannouche email, etc., receipt Dan Hogan email, review fee approval order, discuss with Cindy Yates | DT | $475.00 | 0.35 | $166.25 |
| 09 /13/10 | review disk with Rust Consulting forms to gain preliminary understanding of type of information available for claims administration process structuring | DT | $475.00 | 1.00 | $475.00 |
| 09 /13/10 | Email to possible CDN ZAI PI claimant Gary Carson regarding medical files of Lorna Carson | MGM | $375.00 | 0.10 | $37.50 |
| 09 /13/10 | Email from Careen Hannouche to Karen Harvey with attached Lauzon Belanger fee application for August, 2010; review | MGM | $375.00 | 0.10 | $37.50 |
| 09 /13/10 | Email from Dan Hogan with attached first quarterly fee applications filed and confirming  telephonic attendance on today's hearing | MGM | $375.00 | 0.10 | $37.50 |
| 09 /15/10 | receipt of and respond to various and multiple inquiries from claimants, memos to and from BS | DT | $475.00 | 0.25 | $118.75 |
| 09 /16/10 | receipt of and respond to claimant inquiry | DT | $475.00 | 0.10 | $47.50 |
| 09 /17/10 | receipt of and respond to various class member inquiries | DT | $475.00 | 0.25 | $118.75 |
| 09 /17/10 | receipt 2 Karen Harvey emails, memos to and from Cindy Yates | DT | $475.00 | 0.35 | $166.25 |
| 09 /17/10 | Email from Karen Harvey addressing payment of The Hogan Firm's Fourth Monthly Fee Application | MGM | $375.00 | 0.10 | $37.50 |
| 09 /17/10 | Emails from Karen Harvey attaching Grace payment requests for First Quarter holdbacks to Scarfone Hawkins and The Hogan Firm | MGM | $375.00 | 0.10 | $37.50 |
| 09 /20/10 | Email from David Thompson with attached article concerning recent Dolmage case, addressing discoverability, limitations issues and proceedings against the Crown; review and reply to Thompson; further email to Thompson with attached case of Cloud v. Canada addressing similar issues; further emails from and to Thompson | MGM | $375.00 | 0.40 | $150.00 |
| 09 /20/10 | Emails from David Thompson and Dan Hogan in follow-up to hearing on September 13th and request for update regarding U.S. Plan confirmation | MGM | $375.00 | 0.10 | $37.50 |
| 09 /20/10 | Email from Cindy Yates regarding wire transfer in part payment of outstanding fee applications; email from Yates regarding August fee application | MGM | $375.00 | 0.10 | $37.50 |
| 09 /21/10 | emails to and from Dan Hogan re: plan confirmation update | DT | $475.00 | 0.10 | $47.50 |
| 09 /21/10 | receipt of and respond to class member inquiries, memo to BS, follow-up with Michel Belanger and Careen Hannouche to arrange telephone conference call, etc., follow-up to arrange telephone conference call with Dan Hogan | DT | $475.00 | 0.50 | $237.50 |
| 09 /21/10 | receipt wire transfer of money, receipt Careen Hannouche email, letter to Lauzon Belanger, etc., email to Matt Moloci | DT | $475.00 | 0.35 | $166.25 |
| 09 /21/10 | email to Michel Belanger and Careen Hannouche to arrange telephone conference call re: next steps | DT | $475.00 | 0.10 | $47.50 |

| 09 /21/10 | receipt of and respond to class member inquiries, etc. | DT | $475.00 | 0.25 | $118.75 |
|---|---|---|---|---|---|
| 09 /21/10 | Email from Cindy Yates to Sue McCormick regarding payment to Lauzon Belanger share of payment received from Grace for 4th Monthly Fee Application of The Hogan Firm; review; email from McCormick confirming wire payment to Lauzon Belanger | MGM | $375.00 | 0.10 | $37.50 |
| 09 /22/10 | receipt Dan Hogan email re: hearing dates, memo to file to diarize all dates and deadlines, etc., email to Dan Hogan, receipt Careen Hannouche email and memo to Cindy Yates | DT | $475.00 | 0.35 | $166.25 |
| 09 /22/10 | emails to and from Keith Ferbers re: plan confirmation update | DT | $475.00 | 0.10 | $47.50 |
| 09 /22/10 | Email from Dan Hogan with attached Grace hearing dates for balance of year and report regarding anticipated plan approval; review; email reply from David Thompson to Hogan | MGM | $375.00 | 0.20 | $75.00 |
| 09 /22/10 | Email report to David Thompson with attached copies of documents received from possible CDN ZAI PI claimants Gary Carson and Lorna Carson; email reply from Thompson | MGM | $375.00 | 0.20 | $75.00 |
| 09 /22/10 | Emails from and to Keith Ferbers and David Thompson regarding status of U.S. proceedings | MGM | $375.00 | 0.20 | $75.00 |
| 09 /23/10 | receipt of and respond to claimant inquiries, receipt and review Matt Moloci and Carson documentation | DT | $475.00 | 0.40 | $190.00 |
| 09 /23/10 | receipt Cindy Yates and Sue McCormick memos re: wire transfer, discuss with Cindy Yates, follow-up with Dan Hogan's office | DT | $475.00 | 0.25 | $118.75 |
| 09 /23/10 | Emails from Cindy Yates and Sue McCormick reconciling recent payments received from Grace and follow-up with Karen Harvey | MGM | $375.00 | 0.10 | $37.50 |
| 09 /23/10 | Email report to Cindy Yates regarding August time summary and preparation of fee application; email from Cindy Yates with attached Scarfone Hawkins Fee Application for August, 2010; review | MGM | $375.00 | 0.10 | $37.50 |
| 09 /24/10 | receipt and review Cindy Yates memo and payment chart, etc., memo to Cindy Yates | DT | $475.00 | 0.25 | $118.75 |
| 09 /27/10 | receipt of and respond to class member inquiries | DT | $475.00 | 0.10 | $47.50 |
| 09 /27/10 | receipt Karen Harvey emails and 3 certification of no objections, receipt James Luckey email regarding service | DT | $475.00 | 0.25 | $118.75 |
| 09 /27/10 | receipt of and respond to further and various class member inquiries | DT | $475.00 | 0.25 | $118.75 |
| 09 /27/10 | Email from David Thompson regarding draft fee application payment chart and reconciliation and proposed meeting for review; | MGM | $375.00 | 0.10 | $37.50 |
| 09 /27/10 | Email from Karen Harvey with attached The Hogan Firm 5th Monthly Fee Application and Certification of No Objection; review | MGM | $375.00 | 0.10 | $37.50 |
| 09 /27/10 | Email from Karen Harvey with attached Lauzon Belanger 5th Monthly Fee Application and Certification of No Objection; review | MGM | $375.00 | 0.10 | $37.50 |
| 09 /27/10 | Email from Karen Harvey with attached Scarfone Hawkins 5th Monthly Fee Application and Certification of No Objection; review | MGM | $375.00 | 0.10 | $37.50 |

4

| 09 /28/10 | emails to and from Karen Harvey re: certification | DT | $475.00 | 0.10 | $47.50 |
|---|---|---|---|---|---|
| 09 /28/10 | receipt of and respond to various and multiple claimant inquiries | DT | $475.00 | 0.25 | $118.75 |
| 09 /28/10 | Email to David Thompson regarding draft fee application payment chart,  reconciliation, proposed meeting  and comments; | MGM | $375.00 | 0.10 | $37.50 |
| 09 /28/10 | Email from Karen Harvey to David Thompson regarding certification of 6th monthly fee application of Scarfone Hawkins | MGM | $375.00 | 0.10 | $37.50 |
| 09 /29/10 | receipt Karen Harvey email re: Grace payment, receipt Cindy Yates memo, emails to and from Careen Hannouche | DT | $475.00 | 0.25 | $118.75 |
| 09 /29/10 | receipt Karen Harvey emails, review application for compensation, approve same, sign Certification, etc., email to Karen Harvey | DT | $475.00 | 0.35 | $166.25 |
| 09 /29/10 | Email from Careen Hannouche regarding change of name of Lauzon Belanger firm on fee application certifications; reply to Hannouche; reply from David Thompson to Careen Hannouche; further emails from and to Karen Harvey regarding certifications of 6th Monthly Fee Applications and confirmation of filing with Grace for The Hogan Firm, Lauzon Belanger and Scarfone Hawkins; review | MGM | $375.00 | 0.20 | $75.00 |
| 09/30/10 | review dockets for period September 1, 2010 to September 30, 2010, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson and Matt Moloci, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosed monthly fee application for the period September 1, 2010 to September 30, 2010 | LC | $90.00 | 5.00 | $450.00 |
| | | | **SUB-TOTAL** | **17.05** | **$5,833.75** |

## TIMEKEEPER SUMMARY

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON | DT | 8.65 | $475.00 | $4,108.75 | $534.14 |
| MATTHEW G.  MOLOCI | MGM | 3.40 | $375.00 | $1,275.00 | $165.75 |
| LAW CLERK Cindy Yates 25 years | CY | 5.00 | $90.00 | $450.00 | $58.50 |
| **SUB-TOTAL:** | | **17.05** | | **$5,833.75** | **$758.39** |
| **TOTAL FEES AND TAXES:** | | | | | **$6,592.14** |

**DISBURSEMENTS SUMMARY**

| DATE | DISBURSEMENT | H.S.T EXEMPT | H.S.T NON-EXEMPT | PLUS 13% H.S.T | TOTAL |
|---|---|---|---|---|---|
| 09/09/10 | PAY INVOICE # 104048 TO ROLLING THUNDER, CONFERENCE CALL, CONSULTATION RE: DATA TRANSFER FROM RUST CONSULTING | | $65.00 | | $65.00 |
| 09/09/10 | PAY INVOICE # 104276 TO ROLLING THUNDER RE: FILE TRANSFER FROM RUST CONSULTING | | $1,040.00 | | $1,040.00 |
| 09/21/10 | PAY INVOICE # 104389 TO ROLLING THUNDER, DISCUSS FORMS DOWNLOADED FROM RUST COSULTING | | $130.00 | | $130.00 |
| **TOTAL DISBURSEMENTS:** | | | **$1,235.00** | **$160.55** | **$1,395.55** |
| **TOTAL FEES, DISBURSEMENTS AND APPLICABLE TAXES:** | | | | | **$7,987.69** |

THIS IS OUR FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.


**\*Del. Bankr. LR 2016-2(e)(iii) allows for**
**$.10 per page for photocopies.**

\*\* HST of 13% came into effect July 1, 2010
replacing GST of 5%