# EXHIBIT A

**WR Grace**
**August 2010 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 2 | Review/analysis docket items | 0.4 |
| Tue 3 | Comm w/OHS (RW) re schedule, case issues | 1.0 |
| | Comm w/OHS (Dfe) re omnibus cxl | 0.2 |
| Thu 12 | Comm w/OHS (RF) re case issues | 1.0 |
| Mon 16 | Review/analysis docket items | 0.3 |
| Tue 17 | Comm w/OHS (RF) re FCR comm | 0.5 |
| Wed 18 | Review/analysis docket items | 0.4 |
| Thu 19 | Review/analysis docket items | 0.7 |
| Fri 20 | Compile hrs | 1.0 |
| | Review/analysis docket items | 0.2 |
| Mon 23 | Comm w/OHS (Dfu) re fee apps/auditor | 0.8 |
| | Review/analysis docket items | 0.6 |
| Tue 24 | Comm w/OHS (Dfu) re fee apps/auditor | 1.4 |
| | Review/analysis docket items | 0.6 |
| Wed 25 | Review/analysis docket items | 0.5 |
| Thu 26 | Review/analysis docket items | 0.7 |
| | Review approve fee apps | 1.2 |
| Fri 27 | Review/analysis docket items | 0.2 |
| Mon 30 | Review/analysis docket items | 0.4 |
| Tue 31 | Review/analysis docket items | 0.3 |
| | TOTAL TIME (hrs) | 12.4 |

**WR Grace**
**August 2010 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 2 | Review/analysis docket items | 0.4 |
| Tue 3 | Review/analysis docket items | 0.9 |
| | Comm w/ OHS re: case issues | 1.0 |
| Wed 4 | Review/analysis docket items | 0.2 |
| Thu 5 | Review/analysis docket items | 0.3 |
| Fri 6 | Review/analysis docket items | 0.5 |
| Mon 9 | Review of SEC filings | 1.5 |
| | Review/analysis docket items | 0.6 |
| Tue 10 | Review/analysis docket items | 0.4 |
| Wed 11 | Review/analysis docket items | 0.2 |
| Thu 12 | Review/analysis docket items | 0.3 |
| | Comm w/ OHS re: case issues | 1.0 |
| Fri 13 | Review/analysis docket items | 0.4 |
| Mon 16 | Review/analysis docket items | 0.3 |
| Tue 17 | Review/analysis docket items | 0.4 |
| Wed 18 | Review/analysis docket items | 0.2 |
| Thu 19 | Review/analysis docket items | 0.3 |
| Fri 20 | Review/analysis docket items | 0.4 |
| | Fee application preparation | 1.0 |
| Mon 23 | Comm w/OHS re:  fee auditor | 0.8 |
| | Review/analysis docket items | 0.4 |
| Tue 24 | Comm w/ fee auditor | 1.5 |
| | Review/analysis docket items | 0.4 |
| Wed 25 | Review/analysis docket items | 0.2 |
| | Review fee apps | 0.5 |
| Thu 26 | Review/analysis docket items | 0.4 |
| Fri 27 | Review/analysis docket items | 0.3 |
| Mon 30 | Review/analysis docket items | 0.2 |
| Tue 31 | Review/analysis docket items | 0.3 |
| | TOTAL TIME (hrs) | 15.3 |

**WR Grace**
**August 2010 Time - George Coles, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Tue 3 | Review/analysis docket items | 1.0 |
| Tue 10 | Review SEC filing | 1.0 |
| Tue 10 | Financial review | 2.0 |
| Mon 16 | Review/analysis docket items | 1.0 |
| Mon 30 | Review/analysis docket items | 1.0 |
| | TOTAL TIME (hrs) | 6.0 |

**WR Grace**
**August 2010 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Mon 2 | Review docket | 1.0 |
| Thu 5 | Review docket | 1.0 |
| Mon 9 | Review of SEC filings | 2.0 |
| Thu 19 | Fee application preparation | 0.5 |
| Wed 25 | Review docket | 1.0 |
| Tue 31 | Review docket | 1.0 |
| | TOTAL TIME (hrs) | 6.5 |