# EXHIBIT B

**W.R. Grace**
**Detail of expenses (August 1, 2010 – August 31, 2010)**

Communication
Telephone                                                    $49.21
                    **Total Communication:**                **$   49.21**

**TOTAL EXPENSES:**                                          **$  49.21**