# EXHIBIT A

**WR Grace**
**September 2010 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Wed 1 | Review/analysis docket items | 0.3 |
| Thu 2 | Review/analysis docket items | 0.2 |
| Fri 3 | Review/analysis docket items | 0.4 |
| Tue 7 | Review/analysis docket items | 0.5 |
| Wed 8 | Comm w/Blackstone (JOC) re Synthetech transaction | 0.5 |
| | Review/analysis docket items | 0.4 |
| Thu 9 | Comm w/Blackstone (JOC) re Synthetech transaction | 0.4 |
| | Comm w/OHS (Dfu) re omnibus hearing | 0.3 |
| | Review/analyze Synthtech presentation materials | 2.0 |
| | Review/analysis docket items | 0.4 |
| Fri 10 | C/C re Synthetech acquisition | 2.0 |
| | Comm w/OHS (Dfu) re omnibus | 0.3 |
| | Comm w/OHS (Dfe) re acquisition | 0.5 |
| | Review/analysis docket items | 0.2 |
| Mon 13 | Prep/attend omnibus | 1.5 |
| | Acquisition analysis | 2.5 |
| | Review/analysis docket items | 0.4 |
| Tue 14 | Mult comm w/OHS (RF) re acquisition | 0.8 |
| | Acquisition analysis | 2.0 |
| | Workup Grace timesheet | 1.8 |
| | Review/analysis docket items | 0.3 |
| Wed 15 | Review Syn motion/pa | 3.0 |
| | Acquisition analysis | 2.1 |
| | Comm w/Blackstone (JOC) re Taurus contract | 0.4 |
| | Review/analysis docket items | 1.1 |
| Thu 16 | Review/analyze Taurus contract | 2.2 |
| | Review /submit Grace timesheet | 1.0 |
| | Review/analysis docket items | .1.2 |
| Fri 17 | Review/analyze Taurus contract | 1.0 |
| | Review/analysis docket items | 0.2 |
| | Comm w/OHS (Dfe) re acquisition | 0.9 |
| Mon 20 | Review/analyze Taurus contract | 1.0 |
| | Review/analysis docket items | 0.3 |
| Tue 21 | Acquisition analysis | 2.0 |
| | Review/analysis docket items | 0.2 |
| Wed 22 | Review/analysis docket items | 0.4 |
| Thu 23 | Final review memo re acquisition | 2.2 |
| | Review/analysis docket items | ,3 |
| Fri 24 | Review/analysis docket items | 0.2 |
| Mon 27 | Comm w/OHS (Dfe) re acquisition followup | 1.0 |
| | Review/analysis docket items | 0.3 |
| Tue 28 | Review/analysis docket items | 0.3 |
| Wed 29 | Review/analysis docket items | 1.4 |
| Thu 30 | Review/analysis docket items | 0.4 |
| | TOTAL TIME (hrs) | 39.3 |

**WR Grace**
**September 2010 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Wed 1 | Review/analysis docket items | 0.7 |
| Thu 2 | Review/analysis docket items | 0.5 |
| Fri 3 | Review/analysis docket items | 0.2 |
| Tue 7 | Review/analysis docket items | 0.3 |
|  | Review MOR | 1.0 |
| Wed 8 | Review/analysis docket items | 0.5 |
| Thu 9 | Review/analysis docket items | 0.5 |
|  | Review Project Mallard diligence info | 1.5 |
| Fri 10 | Review/analysis docket items | 0.3 |
|  | CC re: Project Mallard and prep | 2.0 |
|  | Comm w/ OHS re: Proj Mallard | 0.5 |
| Mon 13 | Review/analysis docket items | 0.3 |
|  | Hearing/prep | 1.0 |
|  | Proj Mallard analysis/memo | 1.5 |
| Tue 14 | Review/analysis docket items | 0.7 |
|  | Proj Mallard analysis/memo | 2.0 |
| Wed 15 | Review/analysis docket items | 0.2 |
|  | Proj Mallard analysis/memo | 1.5 |
| Thu 16 | Review/analysis docket items | 0.4 |
| Fri 17 | Review/analysis docket items | 0.5 |
| Mon 20 | Proj Mallard analysis/memo | 1.5 |
|  | Review/analysis docket items | 0.4 |
| Tue 21 | Review/analysis docket items | 0.3 |
| Wed 22 | Review/analysis docket items | 0.4 |
| Thu 23 | Review/analysis docket items | 0.2 |
|  | Proj Mallard analysis/memo | 2.0 |
| Fri 24 | Review/analysis docket items | 0.3 |
| Mon 27 | Review/analysis docket items | 0.4 |
|  | Proj Mallard analysis/memo | 1.0 |
| Tue 28 | Review/analysis docket items | 0.3 |
| Wed 29 | Review/analysis docket items | 0.7 |
| Thu 30 | Review/analysis docket items | 0.4 |
|  | Prep fee app | 1.0 |
|  | TOTAL TIME (hrs) | 25.0 |

**WR Grace**
**September 2010 Time - George Coles, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Fri 3 | Review/analysis docket items | 1.0 |
| Thu 9 | Prep for call / review Synthetech transaction | 2.0 |
| Fri 10 | Comm w/Blackstone (JOC) re Synthetech transaction | 0.5 |
| Mon 13 | Prep/attend omnibus | 1.5 |
| Mon 13 | Grace memo re acquisition | 2.5 |
| Tue 14 | Grace memo re acquisition | 1.5 |
| Wed 15 | Review/analysis docket items | 1.0 |
| Tue 21 | Review/analysis docket items | 1.5 |
| Tue 21 | Financial analysis | 1.5 |
| Wed 22 | Grace memo | 0.8 |
| Thu 30 | Review/analysis docket items | 1.0 |
|  | TOTAL TIME (hrs) | 14.8 |

**WR Grace**
**September 2010 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Fri 3 | Review docket | 1.0 |
| Thu 9 | Prep for call / review Synthetech transaction | 2.0 |
| Fri 10 | Comm w/Blackstone (JOC) re Synthetech transaction | 0.5 |
| Wed 15 | Review docket | 1.0 |
| Thu 16 | Review docket | 1.0 |
| Fri 16 | Financial analysis | 1.0 |
| Tue 21 | Review docket | 1.5 |
| Wed 22 | Financial analysis | 2.0 |
| Thu 23 | Review docket | 1.0 |
| Fri 24 | Review docket | 1.0 |
|  | TOTAL TIME (hrs) | 12.0 |