# EXHIBIT B

**W.R. Grace**
**Detail of expenses (September 1, 2010 – September 30, 2010)**

Communication
Telephone                                                              $151.30
                    **Total Communication:**                           **$ 151.30**

**TOTAL EXPENSES:**                                                    **$ 151.30**