IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 11/22/2010 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE TWENTY-SIXTH MONTHLY INTERIM <u>PERIOD FROM OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010</u>**

Name of Applicant:                          Alan B. Rich, Esq.

Authorized to Provide Services To:          Hon. Alexander M. Sanders, Jr.,
                                            Legal Representative for Future Asbestos-
                                            Related Property Damage Claimants
                                            and Holders of Demands

Date of Retention:                          September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:                October 1, 2010 through October 31, 2010

Amount of Fees Sought as Actual
Reasonable and Necessary:                   $3,408.00   [80% of $4,260.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:           $44.00

This is a(n):   ☒Monthly      ☐Interim     ☐Final Application

-1-

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

| | | | | | |
|---|---|---|---|---|---|
| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | CNO Filed | CNO Filed |
| | | | | | |
| | | | | | |

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 26 years, and his billing rate is $600 per hour. In this Application period Mr. Rich billed 7.1 hours,[2] for a total amount billed of $4,260.00 of which 80% is currently sought, in the amount of $3,408.00, plus 100% of the expenses incurred during this period, in the amount of $44.00, for a total currently sought of $3,452.00.

As stated above, this is the Twenty-Sixth application for monthly fees and expenses. The time for preparation of this Application is approximately 1.0 hour, for which $600.00 will be requested in a future application.

---

[2] Non-Productive travel time, if any, is included in this figure, but at 50% of the actual time.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 5.2 | $3,120.00 |
| Travel | 0 | 0 |
| Fee Application Matters (Monthly & Quarterly, incl. FCR's ) | 1.9 | $1,140.00 |
| TOTAL | 7.1 hours | $4,260.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Courtcall | $44.00 |
| TOTAL | $44.00 |

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

    I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

    Respectfully Submitted,

    _____
    Alan B. Rich, Esq.
    Texas Bar No. 16842350
    1201 Elm Street, Suite 4244
    Dallas, Texas 75270
    (214) 744-5100
    (214) 744-5101 [fax]
    arich@alanrichlaw.com

    COUNSEL TO HON. ALEXANDER
    M. SANDERS, JR., LEGAL
    REPRESENTATIVE FOR FUTURE
    ASBESTOS-RELATED PROPERTY
    DAMAGE CLAIMANTS AND HOLDERS
    OF DEMANDS

**CERTIFICATE OF SERVICE**

    I certify that on the 1st day of November, 2010, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*

4244 Renaissance Tower
1401 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (September, 2010)

**Client**

Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|---|---|---|
| 10/1/2010 | Preparation and filing and service of 25th Monthly Fee Application | 1.0 |
| 10/1/2010 | Review Debtors' August, 2010 Monthly Operating Report | 0.4 |
| 10/4/2010 | Review revised order re Project Mallard | 0.2 |
| 10/5/2010 | Review CNO re Hartford settlement | 0.1 |
| 10/6/2010 | Emails to and from debtor re local counsel | 0.1 |
| 10/6/2010 | Review Statement of Ordinary Course Professionals' payments | 0.2 |
| 10/7/2010 | Draft, file and serve CNO for Judge Sanders' June fee application | 0.2 |
| 10/8/2010 | Review Miscellaneous ECF Notices | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 10/11/2010 | Review Debtors' Motion Requesting The United States District Court to Refer Jurisdiction Of Sealed Air and Fresenious Adversary Proceedings Back To The Bankruptcy Court | 0.2 |
| 10/12/2010 | Review Agenda for October Omnibus hearing | 0.2 |
| 10/13/2010 | Review Order approving Hartford settlement | 0.1\ |
| 10/13/2010 | Review Order dismissing motion re New Jersey department of environment stipulation enforcement | 0.1 |
| 10/13/2010 | Email to client re Omnibus hearing | 0.1 |
| 10/14/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 10/15/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 10/16/2010 | Email to K. Hill re status | 0.1 |
| 10/18/2010 | Email from J. Baer re Mallard order | 0.1 |
| 10/18/2010 | Attend telephonic October omnibus hearing | 1.0 |
| 10/19/2010 | Review Corrected Order Overruling Employee Claims (Substantive) | 0.1 |
| 10/19/2010 | Review Order approving Synthatech transaction | 0.2 |
| 10/20/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 10/21/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 10/22/2010 | Preparation and filing and service of CNO for 25th Monthly Fee Application | 0.2 |
| 10/22/2010 | Review CNO's for Claim Settlement Notices 512 and 1926 | 0.1 |
| 10/25/2010 | Review CNO re 2011 Omnibus Hearings | 0.2 |
| 10/25/2010 | Review Modified Order setting 2011 Omnibus Hearing Dates | 0.1 |

| | | |
|---|---|---|
| 10/25/2010 | Review 37th Quarterly Settlement Report | 0.1 |
| 10/26/2010 | Preparation, filing and service of the PD FCR's 18th Monthly Fee Application | 0.5 |
| 10/27/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 10/28/2010 | Review Claim Settlement Notice re Rowe environmental property damage settlement | 0.5 |
| 10/29/2010 | Review Canadian ZAI counsels' fee 7th Fee applications | 0.3 |
| 10/30/2010 | Review CNO's re ZAI counsels' 6th Monthly Fee Applications | 0.1 |

Total: 7.1 hours @ $600.00/hour = $4,260.00

Expenses:  Courtcall (October Omnibus) – $44.00

**Total Fees and Expenses Due:** $4,304.00