IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### REVISED NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that due to personnel changes at the law firm of Kirkland & Ellis LLP ("Kirkland"), Kirkland hereby revises its notice of appearance in these chapter 11 cases pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, and demands that all notices given or required to be given and all papers served in these cases be delivered to and be served upon them at the following addresses and further request that they be added to the master service list:

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Attn:    John Donley/Adam Paul
john.donley@kirkland.com
adam.paul@kirkland.com

- and -

KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York, 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Attn:    Deanna D. Boll
deanna.boll@kirkland.com

K&E 17951924.1

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints and demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

November 1, 2010

> KIRKLAND & ELLIS LLP
> John Donley
> Adam Paul
> 300 North LaSalle
> Chicago, Illinois 60654
> Telephone: (312) 861-2200
> Facsimile: (312) 861-2000
>
> - and-
>
> /s/ Deanna D. Boll
> Deanna D. Boll
> 601 Lexington Avenue
> New York, New York 10022
> Telephone: (212) 446-4800
> Facsimile: (212) 446-4900
>
> Co-Counsel for the Debtors and Debtors in Possession