# EXHIBIT A

## Forty-Third Monthly

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #25368 under case no. 01-01139. Also available upon request from Ogilvy Renault LLP.

DOCSTOR: 2049428\1