# EXHIBIT C

**Forty-Fifth Monthly**

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #25680 under case no. 01-01139. Also available upon request from Ogilvy Renault LLP.

DOCSTOR: 2049428\1