UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

```
IN RE:                    . Case No.  01-1139 (JKF)
                          .
W.R. GRACE & CO.,         .
et al.,                   .
                          . 824 Market Street
                          . Wilmington, DE 19801
                          .
            Debtors.      .
                          . October 18, 2010
. . . . . . . . . . . . . . 10:48 a.m.
```

TRANSCRIPT OF TELEPHONIC HEARING
BEFORE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

| | |
|---|---|
| For the Debtors: | Pachulski, Stang, Ziehl &Jones<br>By:  JAMES O'NEILL, ESQ.<br>919 North Market Street, 17th Floor<br>Wilmington, DE  19899-8705 |
| For the U.S. Trustee: | Office of the U.S. Trustee<br>By:  DAVID KLAUDER, ESQ.<br>844 King Street, Suite 2313<br>Wilmington, DE  19801 |
| For Committee of<br>Asbestos Personal<br>Injury Claimants: | Campbell & Levine<br>By:  MARK T. HURFORD, ESQ.<br>800 North King Street<br>Suite 300<br>Wilmington, DE  19701 |
| For Official Committee of<br>Asbestos Personal<br>Injury Claimants: | Caplin & Drysdale<br>By: PETER LOCKWOOD, ESQ.<br>One Thomas Circle, N.W., Suite 1100<br>Washington, DC  20005 |
| Audio Operator: | Brandon McCarthy |

Proceedings recorded by electronic sound recording, transcript
produced by transcription service.

---

**J&J COURT TRANSCRIBERS, INC.**
**268 Evergreen Avenue**
**Hamilton, New Jersey 08619**
**E-mail:  jjcourt@jjcourt.com**
**Website:  www.jjcourt.com**

**(609)586-2311     Fax No. (609) 587-3599**

```
TELEPHONIC APPEARANCES:
For the Debtors:              Law Offices of Janet S. Baer, P.C.
                              By:  JANET BAER, ESQ.
                              70 West Madison Street, Suite 2100
                              Chicago, IL  60602

                              Kirkland & Ellis, LLP
                              By:  THEODORE FREEDMAN, ESQ.
                                   DEANNA BOLL, ESQ.
                                   ROGER HIGGINS, ESQ.
                                   JOHN DONLEY, ESQ.
                              Citigroup Center, 153 East 53rd St.
                              New York, NY  10022

                              W.R. Grace & Co.
                              By:  RICHARD FINKE
                                   MARK SHELNITZ

For the Future               Orrick, Herrington & Sutcliffe, LLP
Claimants                    By:  ROGER FRANKEL, ESQ.
Representatives:                  RICHARD WYRON, ESQ.
                              Washington Harbour
                              3050 K Street, N.W.
                              Washington, D.C.  20007

For Royal Indemnity:          Wilson, Elser, Moskowitz, Edelman,
                               & Dicker, LLP
                              By:  CARL J. PERNICONE, ESQ.
                              150 East 42nd Street
                              New York, NY 10017

For BNSF Railway:             Pepper Hamilton, LLP
                              By:  LINDA CASEY, ESQ.
                              3000 Two Logan Square
                              Philadelphia, PA  19103

For CNA:                      Goodwin Procter, LLP
                              By:  MICHAEL GIANNOTTO, ESQ.
                              Exchange Place
                              Boston, MA  02109-2881

For Maryland Casualty:        Connelly Bove Lodge & Hutz, LLP
                              By:  JEFFREY WISLER, ESQ.
                              The Nemours Building
                              1007 North Orange Street
                              Wilmington, DE  19899
```

```
TELEPHONIC APPEARANCES (CONT'D):
For AIG:                        Zeichner Ellman & Krause, LLP
                                By:  MICHAEL DAVIS, ESQ.
                                575 Lexington Avenue
                                New York, NY  10022

For MCC & Zurich:               Eckert, Seamans, Cherin & Mellott,
                                 LLC
                                By:  EDWARD D. LONGOSZ, ESQ.
                                     GABRIELLA CELLAROSI, ESQ.
                                1747 Pennsylvania Avenue, NW
                                Suite 1200
                                Washington, DC 20006

For Ford, Marrin,               Ford, Marrin, Esposito, Witmeyer &
Esposito, Witmeyer              Gleser, LLP
& Gleser, LLP:                  By: SHAYNE SPENCER, ESQ.
                                    ELIZABETH M. DeCRISTOFARO, ESQ.
                                Wall Street Plaza, 23rd Floor
                                New York, NY  10005-1875

For the Unsecured               Strook & Strook & Lavan
Creditors' Committee:           By:  ARLENE KRIEGER, ESQ.
                                180 Maiden Lane
                                New York, NY 10038

For Everest Reinsurance         Crowell & Moring LLP
Company, et al.:                By:  LESLIE A. DAVIS, ESQ.
                                     MARK PLEVIN, ESQ.
                                1001 Pennsylvania Avenue, N.W.
                                Washington, DC  20004

                                Marks, O'Neill, O'Brien & Courtney
                                 LLP
                                By:  MICHAEL F. DUGGAN, ESQ.
                                913 North Market Street
                                Suite 800
                                Wilmington, DE  19801

For Bank Debit Holders:         Landis, Rath & Cobb, LLP
                                By:  RICHARD COBB, ESQ.
                                919 Market Street, Suite 1800
                                Wilmington, DE  19899

For the Equity                  Kramer Levin Naftalis & Frankel
Committee:                      By:  DAVID E. BLABEY, JR., ESQ.
                                919 Third Avenue
                                New York, NY  10022
```

```
TELEPHONIC APPEARANCES (CONT'D):
For the Bank Lender Group:  Paul Weiss Rifkind Wharton &
                              Garrison, LLP
                            By:  MARGARET PHILLIPS, ESQ.
                                 REBECCA ZUBATY, ESQ.
                                 ANDREW N. ROSENBERG, ESQ.
                                 KELLIE CAIRNS, ESQ.
                                 SARAH HARNETT, ESQ.
                                 STEPHEN SHIMSHAK, ESQ.
                            1285 Avenue of the Americas
                            New York, NY  10019

                            Landis, Rath & Cobb, LLP
                            By: JAMES S. GREEN, JR., ESQ.
                            919 Market Street, Suite 1800
                            Wilmington, DE  19899

For ZAI Claimants           Hogan Firm Attorneys at Law
& various law firms:        By:  DANIEL K. HOGAN, ESQ.
                            1311 Delaware Avenue
                            Wilmington, DE  19801

For the Asbestos            Ferry Joseph & Pearce, P.A.
Creditors Committee:        By:  THEODORE TACCONELLI, ESQ.
                            824 Market Street, Suite 19899
                            Wilmington, DE  19899

For State of Montana        Womble Carlyle Sandridge & Rice
Dept. of Environmental      By:  FRANCIS MONACO, ESQ.
Quality:                         KEVIN J. MANGAN, ESQ.
                            222 Delaware Avenue, Suite 1501
                            Wilmington, DE 19801

For Various Claimant        Stutzman, Bromberg, Esserman &
Firms:                       Plifka
                            By:  DAVID J. PARSONS, ESQ.
                            2323 Bryan Street, Suite 2200
                            Dallas, TX  75201

For Scott Company:          Vorys, Sater, Seymour & Pease, LLP
                            By:  TIFFANY COBB, ESQ.
                            52 East Gay Street
                            Columbus, OH  43216

For National Union Fire     Zeichner Ellman & Krause, LLP
Insurance Co.:              By:  ROBERT GUTTMANN, ESQ.
                            575 Lexington Avenue
                            New York, NY  10022
```

TELEPHONIC APPEARANCES (CONT'D):

| | |
|---|---|
| For Official Committee of Asbestos Property Damage Claimants: | Dies & Hile, LLP<br>By: MARTIN DIES, ESQ.<br>1601 Rio Grande, Suite 330<br>Austin, TX 78701 |
| | Riker, Danzig, Scherer, Hyland & Perretti, LLP<br>By: TARA MONDELLI, ESQ.<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, NJ 07962 |
| | Scott Law Group, P.C.<br>By: DARREL SCOTT, ESQ.<br>926 W. Sprague Avenue, Number 680<br>Spokane, WA 99201 |
| | Hamilton, Rabinovitz & Alshuler, Inc.<br>By: FRANCINE RABINOVTZ |
| For the Property Damage Committee: | Bilzin Sumberg Baena Price & Axelrod LLP<br>By: MATTHEW KRAMER, ESQ.<br>     SCOTT BAENA, ESQ.<br>     JAY SAKALO, ESQ.<br>200 South Biscayne Boulevard<br>Suite 2500<br>Miami, FL 33131 |
| For the Future Claimants Representatives: | Orrick, Herrington & Sutcliffe, LLP<br>By: DEBRA FELDER, ESQ.<br>Washington Harbour<br>3050 K Street, N.W.<br>Washington, D.C. 20007 |
| For Official Committee of Asbestos Personal Injury Claimants: | Anderson Kill & Olick<br>By: ROBERT M. HORKOVICH, ESQ.<br>1251 Avenue of the Americas<br>New York, NY 10020-1186 |
| | Campbell & Levine<br>By: KATHLEEN C. DAVIS, ESQ.<br>800 North King Street<br>Suite 300<br>Wilmington, DE 19701 |

```
For David T. Austern,        Phillips, Goldman & Spence, P.A.
the Future Claimants'        By:  JOHN C. PHILLIPS, ESQ.
Representative:              1200 North Broom Street
                             Wilmington, DE  19806

                             Lincoln International, LLC
                             By: GEORGE COLES
                                 JOSEPH RADECKI
                                 CLAIRE BURKE
                                 JASON SOLGANICK

For Allstate Insurance:      Cuyler Burk, LLP
                             By:  ANDREW K. CRAIG, ESQ.
                             Parsippany Corporate Center
                             Four Century Drive
                             Parsippany, NJ  07054

For Official Committee       Brandi Law Firm
of Asbestos Property         By:  THOMAS J. BRANDI, ESQ.
Damage Claimants:                 TERENCE D. EDWARDS, ESQ.
                             44 Montgomery St., Suite 1050
                             San Francisco, CA  94104

                             Lieff, Cabraser, Heimann &
                             Bernstein
                             By:  ELIZABETH J. CABRASER, ESQ.
                             Embarcadero Center West
                             275 Battery Street, Suite 3000
                             San Francisco, CA  94111

For the PD Committee:        Speights & Runyan
                             By:  DANIEL SPEIGHTS, ESQ.
                                  MARION FAIREY, ESQ.
                                  ALAN RUNYAN, ESQ.
                             200 Jackson Avenue, East
                             Hampton, SC  29924

For Everest Reinsurance      Marks, O'Neill, O'Brien & Courtney
Company, et al.:              LLP
                             By:  BRIAN L. KASPRZAK, ESQ.
                             913 North Market Street
                             Suite 800
                             Wilmington, DE  19801

For Official Committee       Richardson Patrick Westbrook &
of Asbestos Property          Brickman, P.C.
Claimants:                   By:  EDWARD J. WESTBROOK, ESQ.
                             174 East Bay Street
                             Charleston, SC  29401
```

```
TELEPHONIC APPEARANCES (CONT'D):
For Hartford Financial        Wilmer Wilmer Cutler Pickering Hale
Service Group:                 & Dorr, LLP
                              By:  MELANIE R. DRITZ, ESQ.
                              399 Park Avenue
                              New York, NY  10022

For National Union Fire       Zeichner Ellman & Krause, LLP
Insurance Co.:                By:  ROBERT GUTTMANN, ESQ.
                              575 Lexington Avenue
                              New York, NY  10022

For Sealed Air Corporation:   Law Offices of Douglas Herrmann
                              By:  DOUGLAS HERRMANN, ESQ.
                              920 N. King Street, Number 7
                              Wilmington, DE 19801

For Property Damage FCR:      Law Office of Alan B. Rich
                              By:  ALAN B. RICH, ESQ.
                              4244 Renaissance Plaza
                              1201 Elm Street
                              Dallas, TX 75270

For Jennifer Whitener:        Dewey & LeBoeuf, LLP
                              By:  JENNIFER WHITENER, ESQ.
                              1301 Avenue of the Americas
                              New York, NY 10019

For Farallon Capital:         Farallon Capital Management
                              By:  MICHAEL LINN

For York Capital              York Capital Management
Management:                   By:  MATTHEW BONANNO
```

                              - - -

1          THE COURT:  Are the parties on for W.R. Grace?

2          OPERATOR:  Yes, Your Honor.

3          THE COURT:  Okay.  This is the matter of W.R. Grace

4   01-1139.  The participants I have listed by phone are Scott

5   Baena, Janet Baer, David Blabey, Deanna Boll, Matthew Bonanno,

6   Thomas Brandi, Claire Burke, Elizabeth Cabraser, Kellie Cairns,

7   Linda Casey, Gabriella Cellarosi, Richard Cobb, Tiffany Cobb,

8   George Coles, Andrew Craig, Leslie Davis, Michael Davis,

9   Elizabeth DeCristofaro, Martin Dies, John Donley, Melanie

10  Dritz, Michael Duggan, Terrance Edwards, Marion Fairey, Debra

11  Felder, Richard Finke, Roger Frankel, Theodore Freedman,

12  Michael Giannotto, James Green, Robert Guttmann, Sarah Harnett,

13  Douglas Herrmann, Roger Higgins, Daniel Hogan, Robert

14  Horkovich, Mark Hurford, Brian Kasprzak, Matthew Kramer, Arlene

15  Krieger, Michael Linn, Peter Lockwood, but he's here in court,

16  Edward Longosz, Kevin Mangan, Francis Monaco, Tara Mondelli,

17  James O'Neill, but he's here in court, David Parsons, Adam

18  Paul, Carl Pernicone, Margaret Phillips, John Phillips, Mark

19  Plevin, Francine Rabinovitz, Joseph Radecki, Alan Rich, Andrew

20  Rosenberg, Alan Runyan, Jay Sakalo, Darrel Scott, Mark

21  Shelnitz, Stephen Shimshak, Jason Solganick, Daniel Speights,

22  Shayne Spencer, Theodore Tacconelli, Edward Westbrook, Jennifer

23  Whitener, Jeffrey Wisler, Richard Wyron, Rebecca Zubaty, and

24  Kathleen Davis.  I'll take entries in court please.

25          MR. O'NEILL:  Good morning, Your Honor.  James

1 O'Neill, Pachulski, Stang, Ziehl & Jones, co-counsel for the

2 debtors.

3 MR. HURFORD: Good morning, Your Honor. Mark

4 Hurford, Campbell Levine, for the ACC.

5 MR. LOCKWOOD: Good morning, Your Honor. Peter

6 Lockwood for the ACC.

7 MR. KLAUDER: Good morning, Your Honor. David

8 Klauder of the United States Trustee.

9 THE COURT: Mr. O'Neill.

10 MR. O'NEILL: Your Honor, I believe Ms. Baer is on

11 the phone today and I'll just state for purposes of the agenda

12 that the Court -- first several matters are continued and the

13 Court has already entered orders on Number 3 and on Number 4

14 which will take us to Item Number 5 and I believe Ms. Baer is

15 going to address the Court on that matter.

16 MS. BAER: That's correct, Mr. O'Neill. Thank you.

17 Good morning, Your Honor. Janet Baer on behalf of the debtors.

18 THE COURT: Good morning.

19 MS. BAER: The only contested matter and it's

20 actually not contested, the only matter left on the agenda is

21 Matter Number 5 which is the debtors' motion for entry of an

22 order approving the purchase and merger of a transaction in

23 which the debtor will be buying a business known as Synthetech,

24 Inc. Your Honor, after filing the motion and the draft order

25 we received two inquiries that we have resolved. I understand

1  that this morning Mr. O'Neill delivered to you a revised draft

2  order and blackline which shows you the resolution.  Your

3  Honor, do you have that?

4          THE COURT:  I have it, but I haven't had a chance to

5  see it.  I got it just as I was walking into court this

6  morning.

7          MS. BAER:  Okay.  I'm happy to walk you through it.

8  It's actually very simple, and if you can look at the blackline

9  I'll explain the change that we've made at the request of the

10  personal injury committee and the personal injury Future

11  claimants representative.

12          THE COURT:  Okay, the blackline of the order or the

13  agreement?

14          MS. BAER:  Of the order, Your Honor.  The agreement

15  has not changed.

16          THE COURT:  Oh, all right.  Well, I have the order

17  here, I'm sorry, I thought there had been some change to the

18  agreement.

19          MS. BAER:  No, Your Honor.  The agreement is

20  identical.  There really are just one little change to the way

21  in which the transaction will be done and one slight

22  clarification.  Your Honor, if you look at the draft order

23  Paragraph 4 has been revised.  The ACC and the PIFCR were

24  concerned that if the new entity which is identified as Mallard

25  Acquisition Company after the purchase will be merged into

1  Grace Conn.  They wanted some advance notice, so, that they

2  could kind of go through and verify with respect to due

3  diligence so there wouldn't be any unknown or potential

4  liabilities that would result to Grace Conn.

5          As a result, your Honor, in Paragraph 4 we've revised

6  it to indicate that upon 30 days prior written notice to all of

7  the official committees and the future claimants

8  representatives, and so long as there are no objections filed,

9  then the debtors are authorized, but not required to do the

10 merger of Mallard Acquisition into Grace Conn.

11          Your Honor, that is essentially negative notice, we

12 give them advance notice and then they have questions or

13 issues, we can resolve those, and if there are no issues then

14 after that 30 days passes we'll have the authority to go ahead

15 and do that merger.

16          THE COURT:  All right, that's fine.

17          MS. BAER:  Your Honor, the second thing I just wanted

18 to clarify is the unsecured creditors committee was a little

19 concerned about some provisions in the agreement that discussed

20 the possibility that before the board of Synthetech approves

21 the transaction with Grace and it goes final if they got some

22 sort of additional bids then in their fiduciary duty they

23 needed to consider those and potentially deal with those.  The

24 unsecured creditors committee wanted us to clarify the

25 avoidance of doubt, the debtors would have to obtain a further

1  Court order for any amendment to the merger agreement that

2  results in the total merger consideration exceeding the

3  19,176,573 that's approved in the current agreement document.

4  We thought that was pretty obvious, obviously the debtors are

5  getting authority to do this transaction at these price points

6  and if there would become some sort of a bidding war because of

7  copying bids and the like, of course, we would have to come

8  back to court, Your Honor.

9          THE COURT:  All right.

10          MS. BAER:  With that clarification, Your Honor, I

11  believe that the order I know has been circulated to all of the

12  committees and the FCRs and they are in agreement with this

13  form, and we would ask that the Court enter the order approving

14  the transaction.

15          THE COURT:  Mr. Klauder, I didn't see any comments

16  from the U.S. Trustee, but --

17          MR. KLAUDER:  No.

18          THE COURT:  -- since you're here I wanted to be sure

19  you didn't have --

20          MR. KLAUDER:  Although I haven't seen the revised

21  order, if I can --

22          THE COURT:  I can hand you up my blackline version.

23          MR. KLAUDER:  Thanks.

24          THE COURT:  I'm just going to give Mr. Klauder a few

25  minutes to take a look at the changes.

1        MS. BAER:  Thank you, Your Honor.  I apologize to Mr.

2   Klauder for not having sent him a copy of it.

3        THE COURT:  Does anybody else while Mr. Klauder is

4   looking have any comments on this order?

5              (No audible response)

6        THE COURT:  Okay, then I'll just wait a few minutes

7   to hear from him.

8        MR. LOCKWOOD:  Your Honor, while we're waiting as

9   sort of a housekeeping matter.

10        THE COURT:  Yes.

11        MR. LOCKWOOD:  I apologize for even asking this, but

12   I have interested constituents, could -- does Your Honor have

13   any kind of estimate as to how --

14        THE COURT:  It's not going to be by the end of the

15   month, Mr. Lockwood.  I'm still, you know, we're working

16   through this on an objection by objection basis and it's taking

17   a very long time to document the places in the record where X

18   happened and the legal issues that are involved.  So, I do have

19   a draft that's circulating back and forth of this opinion, but

20   -- an order, but it's not going to be done by the end of

21   October.  I apologize for that, but we have been working

22   diligently and it's just not going to be done.

23        MR. LOCKWOOD:  Nobody's trying to put untoward

24   pressure or anything, but, you know, we're all trying to figure

25   out whether we're talking about hopefully by year end or --

1          THE COURT:  Oh, I'm hoping by year end, in fact, I

2    may have to pull all my hair out one strand at a time if it's

3    not done by year end.  So, yes, I hope to have it finished by

4    the year end, but it won't by the end of this month.

5          MR. LOCKWOOD:  Thank you very much, Your Honor.

6          MR. KLAUDER:  Your Honor, I've -- no objection to the

7    newer --

8          THE COURT:  All right.  Thank you, Mr. Klauder.

9          MR. KLAUDER:  Thank you.

10          THE COURT:  All right.  The United States Trustee has

11    no objection, so, when I find the non blackline version, which

12    I had a second ago and put down -- I haven't moved from where

13    I'm sitting, how could I have lost the order.  I'm sorry I have

14    two blacklines and I thought I had the original.  Oh, on this,

15    okay, there we go, thank you.  All right.  I've signed the

16    order at Item Number 5.

17          MS. BAER:  Thank you, Your Honor.  We appreciate

18    that.  That concludes the agenda unless anybody else has

19    anything, the debtors have nothing else to raise.

20          THE COURT:  Anyone have any additional matters?

21                    (No audible response)

22          THE COURT:  All right.  We're adjourned.  Thank you.

23          MR. O'NEILL:  Thank you, Your Honor.

24          MS. BAER:  Thank you, Your Honor.

25                    * * * * *

## C E R T I F I C A T I O N

        I, COLETTE MEHESKI, court approved transcriber, certify that the foregoing is a correct transcript to the best of my ability from the official electronic sound recording of the proceedings in the above-entitled matter, and to the best of my ability.


/s/ Colette Meheski

COLETTE MEHESKI

J&J COURT TRANSCRIBERS, INC.    DATE:   November 2, 2010