# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Al | Date Created: 11/4/2010 |
| Case: 01−01139−JKF | Form ID: ntcBK | Total: 16 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Daniel K. Hogan | dkhogan@dkhogan.com, keharvey@dkhogan.com |
| aty | Kathleen P. Makowski | kmakowski@pszjlaw.com |
| aty | Paul W. Turner | pturner@carlilelawfirm.com |

                                                          TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | W.R. Grace &Co., et al.   7500 Grace Drive   Columbia, MD 21044 |
| aty | Curtis A. Hehn   Pachulski Stang Ziehl Young Jones &Wein   919 N. Market Street   17th Floor   Wilmington, DE 19801 |
| aty | David W. Carickhoff   Blank Rome LLP   1201 Market Street, Suite 800   Wilmington, DE 19801 |
| aty | David W. Carickhoff   Blank Rome LLP   1201 Market Street, Suite 800   Wilmington, DE 19801 |
| aty | James E. O'Neill   Pachulski Stang Ziehl &Jones LLP   919 North Market Street, 17th Floor   PO Box 8705   Wilmington, DE 19899−8705 |
| aty | James E. O'Neill   Pachulski Stang Ziehl &Jones LLP   919 North Market Street, 17th Floor   P.O. Box 8705   Wilmington, DE 19899−8705 |
| aty | Kathleen P. Makowski   Pachulski Stang Ziehl &Jones LLP   919 North Market Street, 17th Floor   P.O. Box 8705   Wilmington, DE 19899 |
| aty | Kathleen P. Makowski   Pachulski Stang Ziehl &Jones LLP   919 North Market Street, 17th Floor   P.O. Box 8705   Wilmington, DE 19899 |
| aty | Laura Davis Jones   Pachulski Stang Ziehl &Jones LLP   919 N. Market Street   17th Floor   Wilmington, DE 19899−8705 |
| aty | Mark M. Billion   Pachulski Stang Ziehl &Jones LLP   919 N. Market Street   17th Floor   Wilmington, DE 19702 |
| aty | Timothy P. Cairns   Pachulski Stang Young &Jones LLP   919 N. Market Street   17th Floor   Wilmington, DE 19801 |
| aty | Timothy P. Cairns   Pachulski Stang Ziehl &Jones LLP   919 N. Market St., 17th Floor   Wilmington, DE 19801 |

                                                          TOTAL: 12