# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:** November 24, 2010, at 4:00 p.m. |
| | ) | **Hearing Date:**   TBD only if necessary |

## FEE DETAIL FOR KIRKLAND & ELLIS LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## Matter 19 - Claims Analysis Objection and Resolution (Non-Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/20/2010 | Lisa G Esayian | 1.80 | Review material from J. Baer re CNA proof of claim for post-1985 retrospective premiums for non-asbestos claims (.5); review Plan provisions relevant to same (.5); reply to J. Baer correspondence re same (.8). |
| 9/21/2010 | Lisa G Esayian | .50 | Correspond with J. Baer re CNA's claim for non-asbestos retro premiums. |
| | Total: | 2.30 | |

## Matter 20 - Case Administration - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/1/2010 | Kimberly K Love | 1.00 | Prepare and organize recently received materials for inclusion into applicable case databases. |
| | Total: | 1.00 | |

## Matter 23 - Business Operations - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/7/2010 | Deborah L Bibbs | .60 | Review motions and orders to approve acquisition of assets per R. Higgins. |
| | Total: | .60 | |

## Matter 30 - Hearings - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/13/2010 | Deanna D Boll | .50 | Participate in omnibus hearing for updates on plan confirmation and confer with L. Esayian and R. Higgins re same. |
| 9/22/2010 | Kimberly K Love | 1.50 | Obtain requested information re upcoming omnibus hearings. |
| | Total: | 2.00 | |

## Matter 32 - Fee Applications, Applicant - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/1/2010 | Deanna D Boll | .50 | Confer with B. Ruhlander and H. Bull re fee auditor follow-up questions and prepare response to same. |
| 9/1/2010 | Holly Bull | 1.00 | Review final fee reply and confer with D. Boll re issues on same (.8); review August fee review schedule and correspond re same (.2). |
| 9/1/2010 | Holly Bull | 1.90 | Follow up further on requested detail for fee auditor, including conferring on questioned travel time and expenses and reviewing documentation re same (.8); correspond with D. Boll re additional time and expense detail (.2); correspond with M. McCarthy and with T. Wallace re questioned expense (.4); correspond with fee auditor re requested additional information (.5). |
| 9/1/2010 | Maureen McCarthy | 2.00 | Correspond with E. Kosakowski and H. Bull re additional information needed re response to fee auditor. |
| 9/2/2010 | Deanna D Boll | .20 | Confer with H. Bull and B. Ruhlander re fee auditor follow up issues. |
| 9/2/2010 | Holly Bull | 1.50 | Further correspond with fee auditor re requested additional information and follow up on answers for same (.9); confer with eTrial re travel issue (.2); prepare response to fee auditor on additional issues (.4). |
| 9/3/2010 | Deanna D Boll | .80 | Confer with J. O'Connell re fee expense chart and review same (.3); confer with B. Ruhlander and review final fee auditor report (.4); confer with T. Freedman and R. Oslan re same (.1). |
| 9/3/2010 | Holly Bull | 1.40 | Review final changes to fee reply and incorporate (1.1); correspond internally and with B. Ruhlander re same (.3). |
| 9/6/2010 | Holly Bull | 2.80 | Review and edit first-round time and expenses. |
| 9/13/2010 | Holly Bull | 2.00 | Review and edit second round time and expenses. |
| 9/14/2010 | Holly Bull | 2.40 | Review and edit second-round time and expenses. |
| 9/20/2010 | Deanna D Boll | .20 | Confer with T. Wallace re August fee application. |
| 9/26/2010 | Maureen McCarthy | 2.20 | Prepare attorney, paraprofessionals, matter category and expense totals for thirty-seventh quarterly fee application. |
| 9/28/2010 | Deanna D Boll | 1.20 | Edit August fee application and confer with T. Wallace re same. |
| 9/28/2010 | Maureen McCarthy | 2.60 | Begin draft of 37th quarterly fee application. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/29/2010 | Deanna D Boll | 2.30 | Edit interim fee application and August fee application and confer with M. McCarthy re same. |
| 9/29/2010 | Maureen McCarthy | 5.40 | Draft and finalize August fee application (2.6); review, revise and cross check 37th quarterly fee application (2.8). |
| 9/30/2010 | Deanna D Boll | .70 | Confer with M. McCarthy re interim fee application and revise same (.5); confer with M. McCarthy and J. Donley re amendment to August fee application and edit same (.2). |
| 9/30/2010 | Maureen McCarthy | 1.90 | Review and finalize 37th quarterly fee application (1.2); draft amendment re August fee application (.7). |
|  | Total: | 33.00 | |

A-7

**Matter 37 - Plan and Disclosure Statement - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/1/2010 | Kimberly K Love | 1.00 | Prepare and organize Anderson materials requested by L. Esayian. |
| 9/1/2010 | Deanna D Boll | 1.00 | Edit notice re Federal settlement, review motion re same, and confer with A. Levine and B. Friedman re same. |
| 9/1/2010 | Beth Friedman | .50 | Review proof re publication re Federal settlement and confer with A. Levine and D. Boll re same. |
| 9/1/2010 | Lisa G Esayian | 2.00 | Review orders approving TIG and Gerling settlements (.2); correspond with TIG's and Gerling's counsel re same (.3); draft and revise CNA approval motion (1.0); correspond with B. Horkovich re various potential insurance settlements (.5). |
| 9/2/2010 | Deanna D Boll | 1.60 | Confer with L. Esayian, A. Levine, and B. Friedman re Federal settlement and review proofs re same (.4); confer with K. Davis re Rust invoices and review May, June, and July invoices for all project matters (1.2). |
| 9/2/2010 | Beth Friedman | .40 | Confer with A. Levine, L. Esayian and D. Boll re Federal settlement. |
| 9/2/2010 | Lisa G Esayian | 4.80 | Review draft Federal settlement (1.0); confer with A. Levine, B. Friedman and D. Boll re same (.4); correspond with P. Mahaley re revisions to same (.3); revise certain provisions in draft CNA agreement (1.7); review publication notice proof from notice agent re Hartford settlement (.3); correspond with Hartford's counsel re same (.2); review drafts of two additional potential insurance settlements (.9). |
| 9/3/2010 | Deanna D Boll | 2.30 | Confer with K. Davis re PI database and IVR for PD claims (.5); review issues re insurance settlements for plan confirmation and plan exhibit list (1.8). |
| 9/3/2010 | Lisa G Esayian | 5.00 | Work on issues re CNA settlement agreement language (3.4); confer with P. Mahaley re same (.8); review portions of previous CNA settlements (.8). |
| 9/7/2010 | Lisa G Esayian | 3.30 | Confer with E. DeCristofaro re multiple issues re CNA agreement (1.3); summarize key points re same for FCR's counsel (.6); revise CNA settlement agreement to account for same (.6); review portions of other recent settlements for language re certain issues (.8). |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 9/7/2010 | Theodore L Freedman | 2.00 | Consider and address issues related to confirmation order and strategic issues re obtaining confirmation order (1.2); correspond and confer with J. Baer and client re same (.8). |
| 9/8/2010 | Nate Kritzer | 2.10 | Review Quigley opinion (1.9); confer with T. Freedman re same as related to confirmation order (.2). |
| 9/8/2010 | Deanna D Boll | 3.60 | Confer with A. Levine and L. Esayian re Federal settlement (.3); analyze issues re Quigley confirmation and potential impact on Grace confirmation (3.2); confer with T. Freedman re same (.1). |
| 9/8/2010 | Lisa G Esayian | 2.30 | Review revised draft CNA agreement (.9); further revisions to same (.8); review published version of publication notice re Hartford settlement (.3); confer with A. Levine and D. Boll re Federal settlement (.3). |
| 9/8/2010 | Theodore L Freedman | 6.00 | Confer and correspond with R. Wyron, R. Frankel and client re confirmation order (2.0); review and analyze Quigley matter (3.2); correspond with client re same (.6); confer with N. Kritzer and D. Boll re confirmation order (.2). |
| 9/9/2010 | Nate Kritzer | .40 | Confer with T. Freedman re Quigley (.2); review D. Boll memorandum re same (.2). |
| 9/9/2010 | Deanna D Boll | 1.10 | Confer with R. Finke re Rust invoices and Barkin claims (.2); confer with M. Araki re Barkin claims (.3); confer with client and T. Freedman and client re Lockwood correspondence (.6). |
| 9/9/2010 | Lisa G Esayian | 4.50 | Review and revise CNA agreement (2.0); correspond with FCR's counsel re same (.7); correspond with M. Shelnitz and R. Finke re CNA agreement issues (.8); work on CNA approval motion (1.0). |
| 9/9/2010 | Theodore L Freedman | 5.00 | Confer with P. Lockwood (.6); review and forward memorandum to client on impact of Quigley on certain plan objections (1.9); confer internally re same (1.7); confer with client and D. Boll re Lockwood issues (.6); confer with N. Kritzer re confirmation order (.2). |
| 9/10/2010 | Deanna D Boll | 1.00 | Confer with R. Finke re Barkin claim and issues re interest on class 9 unsecured claims under the plan (.2); review plan re same and confer with J. Baer re settled and resolved class 9 claims (.8). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/10/2010 | Lisa G Esayian | 3.50 | Revise CNA settlement (.5); work on CNA approval motion and order (2.0); correspond with J. Posner and F. Zaremby re Midland insurance information request (.3); correspond with M. Garbowski re same (.2); work on updates to plan exhibit 5 re settled insurers (.5). |
| 9/13/2010 | Nate Kritzer | 2.90 | Draft chart re Quigley issues for T. Freedman. |
| 9/13/2010 | Deanna D Boll | 6.00 | Confer with A. Levine re tearsheets and affidavits re Federal settlement and review same (.3); confer with L. Esayian re same (.1); confer with T. Freedman, J. Baer, and R. Finke re outstanding PD issues (.8); review plan documents related to same (1.3); review correspondence with E. Westbrook and A. Rich re PD trustees (.3); review data re R. Schiro and dockets involving R. Schiro for Lummus and Thorpe cases (3.2). |
| 9/13/2010 | Lisa G Esayian | 1.50 | Revise CNA motion and approval order (.9); correspond with P. Mahaley re same (.3); correspond with B. Horkovich re Hartford settlement (.2); confer with D. Boll re Federal settlement (.1). |
| 9/14/2010 | Nate Kritzer | 1.20 | Revise chart re Quigley issues (.8); confer with T. Freedman, D. Boll and J. Baer re same (.4). |
| 9/14/2010 | Deanna D Boll | 5.50 | Review and revise chart re Quigley impact on plan (2.0); confer with N. Kritzer, T. Freedman, and J. Baer re same (.3); review post-trial briefs and trial transcripts re best interest and feasibility issues (3.2). |
| 9/14/2010 | Lisa G Esayian | 2.00 | Confer with N. Coco re certain insurance settlements (.3); review portions of Grace/Sealed Air 1998 transaction documents (1.7). |
| 9/15/2010 | Nate Kritzer | .60 | Revise and finalize chart re Quigley. |
| 9/15/2010 | Deanna D Boll | 2.30 | Confer with T. Freedman re officer and director disclosures and requirements for PD trustee disclosures and review plan documents and code requirements re same (1.6); review revised Quigley chart and confer with M. Shelnitz re same (.4); confer with R. Finke re status on certain asbestos claims (.2); confer with M. Araki re same (.1). |
| 9/15/2010 | Lisa G Esayian | 3.50 | Review revised draft Federal settlement (1.0); provide comments re same (.5); review settlement correspondence with various insurers (.8); correspond with R. Finke re same (.2); work on responses to certain insurers re settlement issues (1.0). |

A-10

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/16/2010 | Deanna D Boll | 5.00 | Review plan documents re confirmation issues (2.3); review plan due date chart and consider issues re confirmation and effective date timeline (1.2); review M. Shelnitz correspondence and review Quigley docket re timing considerations (.8); confer with T. Freedman re best interest test and Quigley issues related to same (.2); confer with M. Araki re asbestos claims status (.3); confer with D. Turetsky re confirmation issues (.2). |
| 9/16/2010 | Lisa G Esayian | 3.50 | Confer with N. Coco re insurance settlement agreement issues (.7); correspond with M. Shelnitz, R. Finke and T. Freedman re same (.8); work on issues re same (1.0); review proposed terms for additional potential insurance settlements (1.0). |
| 9/17/2010 | Deanna D Boll | 7.30 | Confer with D. Turetsky re confirmation (.2); confer with L. Esayian re Federal and Allianz language re confirmation (.5); draft plan modification motion (3.8); analyze issues re confirmation and effective date exit (2.8). |
| 9/17/2010 | Lisa G Esayian | 6.00 | Confer with T. Freedman and D. Boll re plan document updates (.5); work on Fresenius and Sealed Air issues (3.0); correspond with P. Mahaley re Federal settlement (.5); review additional revisions to Federal settlement (1.0); correspond with various insurers re settlement issues (1.0). |
| 9/20/2010 | Kimberly K Love | 4.50 | Review and obtain information re default interest requested by J. Donley (3.0); prepare and organize materials re Fresenius requested by L. Esayian (1.5). |
| 9/20/2010 | Deanna D Boll | 4.20 | Confer with R. Finke re asbestos claimant status (.1); confer with M. Araki re same (.3); analyze issues re confirmation and effective date exit and review plan documents re same (3.8). |
| 9/20/2010 | Lisa G Esayian | 4.50 | Work on Fresenius and Sealed Air issues (2.5); confer with T. Freedman re same (.5); review additional documents relevant to same (1.5). |
| 9/21/2010 | Kimberly K Love | 4.50 | Review and obtain information re closing arguments and default interest (3.0); review materials for information requested by L. Esayian re Sealed Air and Fresenius exhibit lists (1.5). |
| 9/21/2010 | Deanna D Boll | 7.20 | Draft plan modification motion and review issues re plan amendments (4.2); review issues re exit timeline (3.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/21/2010 | Lisa G Esayian | 3.50 | Correspond with P. Mahaley re CNA settlement issues (.5); work on chart re steps required to be taken by debtors for each insurance settlement, after confirmation (2.0); work on CNA approval order (1.0). |
| 9/22/2010 | Kimberly K Love | 2.00 | Review and obtain information re exhibits re Fresenius and Sealed Air. |
| 9/22/2010 | Deanna D Boll | 5.10 | Confer with R. Finke re plan (.1); analyze confirmation and effective date issues (1.8); review plan documents for issues re same (1.4); confer with A. McMillan re TDP modifications and review same (1.2); correspond with A. Paul and T. Freedman re Quigley issues (.6). |
| 9/22/2010 | Adam C Paul | .60 | Correspond with T. Freedman and D. Boll re FCR and Quigley opinion. |
| 9/22/2010 | John Donley | 2.80 | Review materials re plan confirmation and appeals, and various pending objections and developments in other 524(g) cases and confer with T. Freedman re same. |
| 9/22/2010 | Lisa G Esayian | 5.50 | Review revised draft CNA settlement agreement (1.5); correspond with P. Mahaley re same (.5); correspond with M. Shelnitz, R. Finke and J. Posner re same (.5); correspond with R. Chung re responses to issues raised by various insurers in settlement negotiations (1.0); correspond with M. Giannotto re settlement issues (.5); correspond with Sealed Air and Fresenius' counsel re same (.5); work on Federal approval motion (1.0). |
| 9/23/2010 | Kimberly K Love | 4.00 | Prepare and organize graphics, cases and exhibits used during closings for default interest argument. |
| 9/23/2010 | Lisa G Esayian | 4.00 | Confer with E. DeCristofaro re CNA settlement issues (1.2); confer with R. Finke and J. Posner re same (1.5); provide follow-up information to J. Posner re same (.3); correspond with T. Freedman re Plan's treatment of CNA's claims (1.0). |
| 9/24/2010 | Nate Kritzer | .20 | Confer with K. Love re memorandum on outstanding objections. |
| 9/24/2010 | Kimberly K Love | 2.00 | Review and obtain information re plan proponents' chart re objections to plan (1.8); confer with N. Kritzer re same (.2). |
| 9/24/2010 | Adam C Paul | .70 | Confer with T. Freedman re retirement plan issues (.3); analyze issues re same (.4). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/24/2010 | Lisa G Esayian | 2.70 | Review final revisions to Federal settlement (.5); correspond with R. Finke and J. Posner re key terms for and approval of Federal settlement (.5); work on approval motion and order for Federal settlement (.5); confer with E. DeCristofaro re settlement issues (1.2). |
| 9/27/2010 | Kimberly K Love | 1.00 | Review and organize various plan objection materials requested by J. Donley. |
| 9/27/2010 | Adam C Paul | .30 | Confer with J. Mazza re pensions. |
| 9/27/2010 | Lisa G Esayian | 4.00 | Mark up CNA settlement per conference with R. Finke and J. Posner (1.0); correspond with CNA's counsel re same (.5); review Sealed Air's proposed revisions to same (.5); review Plan's treatment of CNA's claims (1.0); correspond with T. Freedman re same (.5); revise CNA approval motion and order (.5). |
| 9/28/2010 | Kimberly K Love | 1.50 | Review files and obtain information requested by client re equity committee. |
| 9/28/2010 | Deanna D Boll | 5.10 | Review plan documents re modifications and exit issues (3.2); review docket re equity committee per M. Shelnitz (1.7); confer with J. Baer re same (.2). |
| 9/28/2010 | Adam C Paul | .30 | Confer with T. Freedman re potential acquisition and pension. |
| 9/28/2010 | Lisa G Esayian | 4.00 | Review Fresenius correspondence re Hartford settlement (.5); correspond with T. Freedman re same (.3); review documents relevant to same (1.0); review CNA's revisions to draft settlement agreement (1.2); correspond with R. Finke and P. Mahaley re final version of and signatures for Federal settlement (.3); review portions of pre-petition CNA settlements relevant to revisions to proposed settlement agreement (.7). |
| 9/29/2010 | Deanna D Boll | 4.20 | Confer with J. Baer and M. Shelnitz re equity committee (.3); review plan document re same (.2); confer with K. Love re same (.1); confer with M. Araki re voting share issue and review balloting information re same (1.2); review plan confirmation issues (2.4). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/29/2010 | Lisa G Esayian | 5.00 | Correspond with K. Makowski re filing of Federal settlement approval motion (.3); confer with D. Turetsky re CNA issues (.5); correspond with M. Giannotto re same (.7); correspond with R. Finke re same (.4); confer with D. Boll re updates to Plan documents (.3); review FCR's counsel's additional revisions to CNA settlement (1.); draft detailed correspondence to R. Finke and J. Posner re remaining issues re CNA settlement (1.8). |
| 9/30/2010 | Deanna D Boll | 6.50 | Analyze issues re plan amendments and confirmation appeal issues. |
| 9/30/2010 | Lisa G Esayian | 5.50 | Review initial comments re current draft of CNA settlement (.4); correspond with FCR's counsel re same (.6); correspond with R. Horkovich and J. McElherney re insolvent insurer dividend payments (.4); provide comments re approval motion and order for Associated International settlement (.6); confer with T. Freedman re same (.5); draft detailed explanation re plan's treatment of insurer indemnity claims (3.0). |
|  | Total: | 196.10 | |

## Matter 38 - Employment Applications, Others - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/7/2010 | Deborah L Bibbs | .50 | Review retention application for Seale and Associates. |
| 9/8/2010 | Kimberly K Love | 2.00 | Review and organize materials requested by R. Higgins re Seale and Associates. |
| | Total: | 2.50 | |

## Matter 41 - Tax Issues - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/7/2010 | Todd F Maynes, P.C. | .30 | Correspond with client re tax refund check issue. |
| 9/10/2010 | Natalie H Keller | 1.00 | Prepare for and attend conference with C. Finke and others re replacement tax refund check (.7); confer with R. Higgins re same (.3). |
| 9/14/2010 | Natalie H Keller | .50 | Review and revise correspondence to IRS re replacement refund check (.3); confer with client re same (.2). |
| 9/15/2010 | Natalie H Keller | .50 | Confer with C. Finke re replacement tax refund check (.3); follow-up re same (.2). |
| 9/15/2010 | Todd F Maynes, P.C. | .50 | Correspond with client re tax opinion. |
| 9/16/2010 | Natalie H Keller | .80 | Review draft correspondence re replacement tax refund check (.3); prepare for and attend conference with C. Finke, R. Higgins and M. Learner re strategic issues re same (.5). |
| 9/16/2010 | Todd F Maynes, P.C. | .50 | Correspond with client re tax refund check issues. |
| 9/30/2010 | Ashley S Gregory | 1.50 | Review E. Filon mark up of accounting definitions. |
| | Total: | 5.60 | |

## Matter 60 - Delphi Preference Defense - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/10/2010 | Christopher T Greco | .30 | Correspond with team members re Delphi preference update and filing. |
| 9/29/2010 | Christopher T Greco | .30 | Prepare correspondence to M. Dexter re next steps in Delphi matter. |
| 9/30/2010 | Christopher T Greco | .50 | Confer with M. Dexter and M. Klugman re Delphi next steps and strategy (.3); confer with J. Hughes re same (.2). |
| 9/30/2010 | Matthew F Dexter | .70 | Confer with M. Klugman and C. Greco re strategy for responding to motion for leave to amend in Delphi matter (.4); confer with client re same (.3). |
| 9/30/2010 | Maura Klugman | 1.30 | Confer with M. Dexter and C. Greco re opposition to Delphi preference claim (.4); confer with client and team re same (.4); review Delphi materials (.5). |
| | Total: | 3.10 | |

# EXHIBIT B

## Matter 52 – Expenses – Expenses

| Service Description | Amount |
| --- | --- |
| Third Party Telephone Charges | $3.09 |
| Standard Copies or Prints | $679.40 |
| Tabs/Indexes/Dividers | $7.20 |
| Color Copies or Prints | $189.50 |
| Scanned Images | $26.30 |
| Postage | $0.44 |
| Outside Messenger Services | $131.12 |
| Outside Computer Services | $1,161.50 |
| Library Document Retrieval | $25.00 |
| Computer Database Research | $47.60 |
| Electronic Data Storage | $2,367.24 |
| **Total:** | **$4,638.39** |

## Matter 52 – Expenses – Itemized Expenses

| Date | Amount | Description |
|------|-------:|-------------|
| 8/2/2010 | 3.03 | WEST, Computer Database Research, LANDAU, CHRISTOPHER, AUGUST 2010 |
| 8/4/2010 | 2.45 | WEST, Computer Database Research, BOLL, DEANNA D., AUGUST 2010 |
| 8/9/2010 | 42.12 | WEST, Computer Database Research, ESAYIAN, LISA G., AUGUST 2010 |
| 8/31/2010 | 3.09 | INTERCALL - Third Party Telephone Charges, Conference Calls, 08/01/10 - 08/31/10, T.Freedman |
| 8/31/2010 | 1,161.50 | C2 LEGAL - Outside Computer Services, User License Fee; Professional Legal Services rendered |
| 9/1/2010 | 18.60 | Standard Prints |
| 9/2/2010 | 3.00 | Standard Prints |
| 9/2/2010 | 2.60 | Standard Prints |
| 9/2/2010 | 0.40 | Scanned Images |
| 9/3/2010 | 1.70 | Standard Prints |
| 9/3/2010 | 2.90 | Standard Prints |
| 9/3/2010 | 0.50 | Scanned Images |
| 9/3/2010 | 43.70 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LA SALLE, Holly Bull, 9/3/2010 |
| 9/7/2010 | 7.10 | Standard Prints |
| 9/7/2010 | 1.10 | Standard Copies or Prints |
| 9/7/2010 | 3.00 | Scanned Images |
| 9/8/2010 | 5.40 | Standard Prints |
| 9/8/2010 | 0.30 | Scanned Images |
| 9/8/2010 | 29.14 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LA SALLE, Holly Bull, 9/8/2010 |
| 9/9/2010 | 9.50 | Standard Copies or Prints |
| 9/9/2010 | 13.10 | Standard Prints |
| 9/9/2010 | 0.70 | Scanned Images |
| 9/9/2010 | 1.50 | Scanned Images |
| 9/9/2010 | 1.70 | Scanned Images |
| 9/10/2010 | 3.30 | Standard Prints |
| 9/10/2010 | 0.10 | Standard Prints |
| 9/10/2010 | 2.80 | Standard Prints |
| 9/13/2010 | 2.80 | Standard Copies or Prints |
| 9/13/2010 | 0.20 | Standard Prints |
| 9/13/2010 | 1.40 | Standard Prints |

B-3

| Date | Amount | Description |
|------|-------:|-------------|
| 9/13/2010 | 6.90 | Standard Prints |
| 9/14/2010 | 0.30 | Standard Prints |
| 9/14/2010 | 1.00 | Standard Prints |
| 9/14/2010 | 0.40 | Scanned Images |
| 9/14/2010 | 29.14 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LA SALLE, Holly Bull, 9/14/2010 |
| 9/15/2010 | 16.80 | Standard Prints |
| 9/15/2010 | 0.20 | Standard Copies or Prints |
| 9/16/2010 | 6.00 | Standard Prints |
| 9/16/2010 | 2.30 | Standard Copies or Prints |
| 9/16/2010 | 3.20 | Standard Prints |
| 9/16/2010 | 29.14 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LA SALLE, Holly Bull, 9/16/2010 |
| 9/17/2010 | 6.60 | Standard Prints |
| 9/17/2010 | 3.20 | Standard Prints |
| 9/17/2010 | 0.70 | Standard Prints |
| 9/17/2010 | 0.30 | Scanned Images |
| 9/20/2010 | 12.30 | Standard Prints |
| 9/20/2010 | 155.90 | Standard Copies or Prints |
| 9/20/2010 | 4.90 | Standard Prints |
| 9/20/2010 | 3.60 | Tabs/Indexes/Dividers |
| 9/21/2010 | 7.80 | Standard Copies or Prints |
| 9/21/2010 | 183.00 | Standard Copies or Prints |
| 9/21/2010 | 0.60 | Standard Prints |
| 9/21/2010 | 3.60 | Tabs/Indexes/Dividers |
| 9/22/2010 | 11.00 | Standard Prints |
| 9/22/2010 | 43.40 | Standard Prints |
| 9/22/2010 | 0.70 | Standard Copies or Prints |
| 9/22/2010 | 4.50 | Standard Copies or Prints |
| 9/22/2010 | 98.00 | Color Prints |
| 9/22/2010 | 0.20 | Scanned Images |
| 9/22/2010 | 0.30 | Scanned Images |
| 9/22/2010 | 0.60 | Scanned Images |
| 9/22/2010 | 0.44 | Postage |
| 9/23/2010 | 2.20 | Standard Copies or Prints |
| 9/23/2010 | 52.60 | Standard Prints |
| 9/23/2010 | 2.40 | Scanned Images |
| 9/23/2010 | 25.00 | Library Document Retrieval |

| Date | Amount | Description |
|------|--------|-------------|
| 9/24/2010 | 3.60 | Standard Prints |
| 9/24/2010 | 91.50 | Color Prints |
| 9/27/2010 | 4.90 | Standard Copies or Prints |
| 9/27/2010 | 7.00 | Standard Prints |
| 9/27/2010 | 2.40 | Standard Prints |
| 9/27/2010 | 0.80 | Scanned Images |
| 9/27/2010 | 11.60 | Scanned Images |
| 9/28/2010 | 6.70 | Standard Prints |
| 9/28/2010 | 6.00 | Standard Prints |
| 9/28/2010 | 0.20 | Standard Prints |
| 9/28/2010 | 2.10 | Standard Prints |
| 9/29/2010 | 2.60 | Standard Prints |
| 9/29/2010 | 0.80 | Standard Prints |
| 9/29/2010 | 0.10 | Standard Prints |
| 9/29/2010 | 3.70 | Standard Prints |
| 9/29/2010 | 9.40 | Standard Prints |
| 9/29/2010 | 0.90 | Scanned Images |
| 9/29/2010 | 0.20 | Scanned Images |
| 9/30/2010 | 4.00 | Standard Prints |
| 9/30/2010 | 13.80 | Standard Prints |
| 9/30/2010 | 0.20 | Standard Prints |
| 9/30/2010 | 10.20 | Standard Prints |
| 9/30/2010 | 0.10 | Scanned Images |
| 9/30/2010 | 0.20 | Scanned Images |
| 9/30/2010 | 0.20 | Scanned Images |
| 9/30/2010 | 2,367.24 | Electronic Data Storage |
| Total: | 4,638.39 | |