IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**SUMMARIZED INTERIM FEE APPLICATION OF STEPTOE & JOHNSON LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS SPECIAL TAX COUNSEL TO W. R. GRACE & CO., ET AL., FOR
THE MONTHLY INTERIM PERIOD
FROM  SEPTEMBER 1, 2010-SEPTEMBER 30, 2010
THE QUARTER OF JULY -SEPTEMBER 2010**

---

Name of Applicant: **Steptoe & Johnson LLP**

Authorized to Provide Professional Services to: **W.R. Grace & Co. et al. Debtors and Debtors in Possession**

Date of Retention: **Order entered January 28, 2002 effective as of July 1, 2001**

Period for Which Compensation and Reimbursement is Sought: **September 1, 2010-September 30, 2010**

Objection Deadline: **December 3, 2010**

Total Amount of Fees Sought as Actual, Reasonable and Necessary for Applicable Period: **$7,693.00**

Total Expense Reimbursement Sought as Actual, Reasonable and Necessary for Applicable Period: **$.10**

80% of Fees Sought as Actual, Reasonable and Necessary for Applicable Period: **$6,154.40**

Total Amount of Holdback Fees Sought for Applicable Period: **$1,538.60**

---

This is a **X** monthly **X** interim __ final application.

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

The total time expended for the preparation of this application is approximately 1 hour, and the corresponding estimated compensation that will be requested in a future application is approximately $500.00.

The history of the prior applications by Steptoe & Johnson is as follows:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 03/29/02 | 07/01/01 – 07/31/01 | $57,542.50 | $3,135.22 | $46,034.00 | $3,032.12 | $10,574.62 |
| 03/29/02 | 09/01/01 – 09/30/01 | $75,710.50 | $4,130.52 | $60,568.40 | $4,077.17 | $15,142.10 |
| 03/29/02 | 11/01/01 – 11/30/01 | $28,941.00 | $  638.26 | $23,152.80 | $  627.16 | $ 5,788.20 |
| 03/29/02 | 12/01/01 – 12/31/01 | $ 3,275.00 | $   9.77 | $ 2,620.00 | $   8.72 | $  655.80 |
| 05/09/02 | 10/01/01 – 10/31/01 | $36,497.00 | $  330.84 | $29,197.60 | $  330.84 | $ 7,299.40 |
| 05/09/02 | 01/01/02 – 01/31/02 | $29,944.00 | $3,162.92 | $18,102.70 | $3,162.92 | $ 5,988.80 |
| 05/09/02 | 02/01/02 – 02/28/02 | $38,747.50 | $4,709.66 | $14,830.50 | $2,849.66 | $ 7,749.50 |
| 05/09/02 | 03/01/02 – 03/31/02 | $25,718.50 | $  401.90 | $20,574.50 | $  401.90 | $ 5,143.70 |
| 08/26/02 | 04/01/02 – 04/30/02 | $19,519.40 | $  198.24 | $15,615.20 | $  198.24 | $ 3,903.80 |
| 08/26/02 | 05/01/02 – 05/31/02 | $57,288.00 | $4,600.88 | $45,840.40 | $4,600.88 | $11,457.60 |
| 08/23/02 | 06/01/02 – 06/30/02 | $32,015.00 | $2,634.28 | $25,612.00 | $2,634.28 | $ 6,403.00 |
| 11/21/02 | 07/01/02 – 07/31/02 | $15,366.00 | $5,138.86 | $12,292.80 | $5,138.86 | $ 3,073.20 |
| 11/21/02 | 08/01/02 – 08/31/02 | $14,951.00 | $  135.85 | $11,960.80 | $  135.85 | $ 2,990.20 |
| 11/21/02 | 09/01/02 – 09/30/02 | $22,133.00 | $  141.59 | $17,706.40 | $  141.96 | $ 4,426.60 |
| 03/04/03 | 10/01/02 – 10/31/02 | $19,208.00 | $  207.40 | $15,366.40 | $  207.40 | $ 3,841.60 |
| 03/04/03 | 11/01/02 – 11/30/02 | $30,075.00 | $  895.26 | $24,060.00 | $  895.26 | $ 6,015.00 |
| 03/04/03 | 12/01/02 – 12/31/02 | $18,304.50 | $  279.68 | $14,643.60 | $  279.68 | $ 3,660.90 |
| 08/09/03 | 01/01/03 – 01/31/03 | $ 3,566.50 | $   78.40 | $ 2,853.20 | $   78.40 | $ 2,853.20 |
| 08/09/03 | 02/01/03 – 02/28/03 | $25,685.00 | $   62.59 | $20,548.00 | $   62.59 | $ 5,137.00 |
| 08/09/03 | 03/01/03 – 03/31/03 | $49,493.00 | $2,681.28 | $39,594.40 | $2,681.28 | $ 9,898.60 |
| 10/06/03 | 04/01/03 – 04/30/03 | $55,499.50 | $3,369.95 | $43,339.60 | $3,369.95 | $11,099.90 |
| 10/06/03 | 05/01/03 – 05/31/03 | $ 6,046.50 | $  120.80 | $ 4,837.20 | $  120.80 | $ 1,209.30 |
| 10/06/03 | 06/01/03 – 06/31/03 | $ 4,619.50 | $   15.14 | $ 3,695.60 | $   15.14 | $  923.90 |
| 1/23/04 | 07/01/03 – 07/07/03 | $ 2,781.50 | $   66.32 | $ 2,225.20 | $   66.32 | $  556.30 |
| 1/23/04 | 08/01/03 – 08/31/03 | $ 2,773.50 | $   11.58 | $ 2,218.80 | $   11.58 | $  554.70 |
| 1/23/04 | 09/01/03 – 09/30/03 | $14,415.00 | $  169.29 | $11,532.00 | $  169.29 | $ 2,883.00 |
| 2/25/04 | 10/01/03 – 10/31/03 | $ 1,827.50 | $   32.28 | $ 1,462.00 | $   32.28 | $  365.50 |
| 2/25/04 | 11/01/03 – 11/30/03 | $ 3,002.00 | $   28.33 | $ 2,401.60 | $   28.33 | $  600.40 |
| 2/25/04 | 12/01/03 – 12/31/03 | $11,850.00 | $   32.70 | $ 9,480.00 | $   32.70 | $ 2,370.00 |
| 6/14/04 | 01/01/04 – 01/31/04 | $ 1,827.00 | $   29.33 | $ 1,461.60 | $   29.33 | $  365.40 |
| 6/14/04 | 02/01/04 – 02/29/04 | $ 5,774.50 | $   70.80 | $ 4,619.60 | $   70.80 | $ 1,154.90 |
| 6/14/04 | 03/01/04 – 03/31/04 | $ 3,697.58 | $   35.08 | $ 2,938.06 | $   35.08 | $  739.52 |
| 9/17/04 | 04/01/04 – 04/30/04 | $ 2,433.50 | $    9.59 | $ 1,946.80 | $    9.59 | $  486.70 |
| 9/17/04 | 05/01/04 – 05/31/04 | $ 8,038.00 | $   23.30 | $ 6,430.40 | $   23.30 | $ 1,607.60 |
| 9/17/04 | 06/01/04 – 06/30/04 | $32,636.000 | $2,581.55 | $26,108.80 | $2,581.55 | $ 6,527.20 |
| 11/19/04 | 07/01/04 – 07/31/04 | $14,710.50 | $1,557.11 | $11,768.40 | $1,557.11 | $ 2,942.10 |
| 11/19/04 | 09/01/04 – 09/30/04 | $ 2,973.50 | $   81.64 | $ 2,378.80 | $   81.64 | $  594.70 |
| 2/25/05 | 10/01/04 – 10/31/04 | $ 5,498.00 | $   67.21 | $ 4,398.40 | $   67.21 | $ 1,099.60 |
| 2/25/05 | 11/01/04 – 11/30/04 | $54,782.00 | $  455.69 | $43,825.60 | $  455.69 | $10,956.40 |
| 2/25/05 | 12/01/04 – 12/31/04 | $  798.00 | $1,420.25 | $  638.40 | $1,420.25 | $  159.60 |
| 6/07/05 | 02/01/05 – 02/28/05 | $ 3,277.50 | $   46.91 | $ 2,622.00 | $   46.91 | $  655.50 |
| 11/05/05 | 05/01/05 – 05/31/05 | $ 1,472.50 | $   17.85 | $ 1,178.50 | $   17.85 | $  294.50 |
| 11/14/05 | 08/01/05 – 08/31/05 | $ 4,567.00 | $   38.27 | $ 3,653.60 | $   38.27 | $  913.40 |
| 11/14/05 | 09/01/05 – 09/31/05 | $18,503.00 | $  175.04 | $14,802.40 | $  175.04 | $ 3,700.60 |
| 3/31/06 | 10/01/05 – 10/31/05 | $ 1,306.50 | $    4.02 | $ 1,045.20 | $    4.02 | $  261.30 |
| 3/31/06 | 11/01/05 – 11/30/05 | $ 3,378.00 | $   24.45 | $ 2,702.40 | $   24.45 | $  675.60 |
| 3/31/06 | 12/01/05 – 12/31/05 | $ 8,456.50 | $   73.62 | $ 6,765.20 | $   73.62 | $ 1,691.30 |

| 5/23/06 | 01/01/06 – 01/31/06 | $ 39,042.00 | $9,134.32 | $31,233.00 | $9,134.32 | $ 7,808.40 |
|---|---|---|---|---|---|---|
| 5/23/06 | 02/01/06 – 02/28/06 | $62,377.00 | $ 142.09 | $49,901.60 | $ 142.09 | $12,475.40 |
| 5/23/06 | 03/01/06 – 03/31/06 | $20,321.00 | $ 85.95 | $16,256.00 | $ 85.95 | $ 4,064.20 |
| 9/12/06 | 04/01/06 - 04/30/06 | $67,143.00 | $ 751.36 | $53,714.40 | $ 751.36 | $13,428.60 |
| 9/12/06 | 05/01/06 – 05/31/06 | $79,523.50 | $ 366.70 | $63,618.80 | $ 366.70 | $15,904.70 |
| 9/12/06 | 06/01/06 – 06/30/06 | $11,149.50 | $ 24.17 | $ 8,919.60 | $ 24.17 | $ 2,229.90 |
| 12/04/06 | 07/01/06 – 07/31/06 | $15,602.50 | $ 88.56 | $12,482.00 | $ 88.56 | $ 3,120.50 |
| 12/04/06 | 08/01/06 – 08/31/06 | $20,218.00 | $ 66.58 | $16,174.40 | $ 66.58 | $ 4,043.60 |
| 12/04/06 | 09/01/06 – 09/30/06 | $31,624.00 | $ 16.50 | $25,299.20 | $ 16.50 | $ 6,324.80 |
| 03/02/07 | 10/01/06 – 10/31/06 | $17,852.00 | $ 45.97 | $14.281.60 | $ 45.97 | $ 3,570.40 |
| 03/02/07 | 11/01/06 - 11/30/06 | $ 891.00 | $ 26.70 | $ 712.80 | $ 26.70 | $ 178.20 |
| 03/02/07 | 12/01/06 – 12/31/06 | $32,354.50 | $ 42.09 | $25,883.60 | $ 42.09 | $ 6,470.90 |
| 05/31/07 | 01/01/07 - 01/31/07 | $45,021.50 | $ 28.09 | $36,017.20 | $ 28.09 | $ 9004.30 |
| 05/31/07 | 02/01/07 - 02/28/07 | $71,630.00 | $ 783.33 | $57,304.00 | $ 783.33 | $14,326.00 |
| 05/31/07 | 03/01/07 – 03/31/07 | $43,373.00 | $ 48.07 | $34,698.40 | $ 48.07 | $ 8,674.60 |
| 08/07/07 | 04/01/07 – 04/31/07 | $36,927.50 | $ 102.40 | $29,542.00 | $ 102.40 | $ 7,385.50 |
| 08/07/07 | 05/01/07 – 05/31/07 | $41,712.00 | $ 127.45 | $33,369.60 | $ 127.45 | $ 8,342.40 |
| 08/07/07 | 06/01/07 – 06/30/07 | $54,204.00 | $ 209.69 | $43,363.20 | $ 209.69 | $10,840.80 |
| 12/03/07 | 07/01/07 – 07/31/07 | $ 6,358.00 | $ 44.35 | $ 5,086.40 | $ 44.35 | $ 1,271.60 |
| 12/03/07 | 08/01/07 – 08/31/07 | $ 5,074.50 | $ 30.40 | $ 4,059.60 | $ 30.40 | $ 1,014.90 |
| 12/03/07 | 09/01/07 – 09/30/07 | $ 3,861.00 | $ 27.80 | $ 3,088.80 | $ 27.80 | $ 772.20 |
| 03/04/08 | 10/01/07 – 10/31/07 | $20,994.00 | $ 205.76 | $16,795.20 | $ 205.76 | $ 4,198.80 |
| 03/04/08 | 11/01/07 – 11/30/07 | $ 4,971.00 | $ 24.45 | $ 3,876.80 | $ 24.45 | $ 994.20 |
| 03/04/08 | 12/01/07 – 12/31/07 | $ 4,333.50 | $ 46.35 | $ 3,466.80 | $ 46.35 | $ 866.70 |
| 05/28/08 | 01/01/08 – 01/31/08 | $ 6,972.50 | $ 88.98 | $ 5,578.00 | $ 88.98 | $ 1,394.50 |
| 05/28/08 | 02/01/08 – 02/29/08 | $ 1,324.00 | $ 16.35 | $ 1,059.20 | $ 16.35 | $ 264.80 |
| 05/28/08 | 03/01/08 – 03/31/08 | $ 3,490.00 | $ 37.11 | $ 2,792.00 | $ 37.11 | $ 698.00 |
| 9/10/08 | 04/01/08-04/30/08 | $23,838.00 | $ 2.30 | $19,070.49 | $ 2.30 | $ 4,767.60 |
| 9/10/08 | 05/01/08-05/31/08 | $56,329.50 | $ 418.98 | $45,063.60 | $ 418.98 | $11,265.90 |
| 9/10/08 | 06/01/08-06/30/08 | $208,188.00 | $ 1,844.51 | $166,550.40 | $1,844.51 | $41,637.60 |
| 10/16/08 | 07/01/08 – 07/31/08 | $ 79,866.00 | $ 276.81 | $63,892.80 | $ 276.81 | $15,973.20 |
| 10/16/08 | 08/01/08 – 08/31/08 | $ 88,329.50 | $ 2,104.68 | $70,663.60 | $2,104.68 | $17,665.90 |
| 11/11/08 | 09/01/08 – 09/30/08 | $ 37,033.50 | $ 1,370.62 | $29,626.80 | $1,370.62 | $ 7,406.70 |
| 2/13/09 | 10/01/08 – 10/31/08 | $ 75,580.00 | $ 73.92 | $60,464.00 | $ 73.92 | $15,116.00 |
| 2/24/09 | 11/01/08 – 11/30/08 | $70,104.00 | $ 201.91 | $56,083.00 | $ 201.91 | $14,020.80 |
| 2/24/09 | 12/01/08 – 12/31/08 | $31,029.00 | $ 147.01 | $24,823.20 | $ 147.01 | $24,823.20 |
| 3/23/09 | 01/01/09 – 01/31/09 | $43,753.50 | $ 52.39 | $35,010.80 | $ 52.39 | $ 8,752.70 |
| 3/24/09 | 02/01/09 – 02/28/09 | $48,790.00 | $ 357.02 | $39,032.00 | $ 357.02 | $ 9,758.00 |
| 6/02/09 | 03/01/09 – 03/31/09 | $22,661.50 | $ 302.83 | $18,129.20 | $ 302.83 | $ 4,532.30 |
| 6/02/09 | 04/01/09 – 04/30/09 | $10,786.00 | $ 55.90 | $ 8,628.80 | $ 55.90 | $ 2,157.20 |
| 9/17/09 | 05/01/09 – 05/31/09 | $ 1,357.00 | $ 13.10 | $ 1,085.60 | $ 13.10 | $ 271.40 |
| 9/17/09 | 06/01/09 – 06/30/09 | $ 223.50 | $ 0 | $ 178.80 | $ 0 | $ 44.70 |
| 9/17/09 | 07/01/09 – 07/31/09 | $ 2,556.50 | $ 33.80 | $ 2,045.20 | $ 33.80 | $ 511.30 |
| 10/16/09 | 08/01/09 – 08/31/09 | $17,405.50 | $ 63.56 | $13,924.40 | $ 63.56 | $3,481.10 |
| NONE | 09/01/09 – 09/30/09 | - | - | - | - | - |
| 3/16/10 | 10/01/09 – 10/31/09 | $ 1,478.00 | $ 17.72 | $ 1,182.40 | $ 17.72 | $ 295.60 |
| 3/16/10 | 11/01/09 – 11/30/09 | $ 550.00 | $ 11.00 | $ 440.00 | $ 11.00 | $ 110.00 |
| 3/16/10 | 12/01/09 – 12/31/09 | $ 3,980.50 | $0 | $ 3,184.40 | $0 | $ 796.10 |
| 6/30/10 | 1/1/10 – 1/31/10 | $ 832.00 | $ 15.44 | $ 665.60 | $ 15.44 | $ 166.40 |
| 6/30/10 | 2/1/10 – 2/28/10 | $ 2,978.50 | $ 12.40 | $ 2,382.80 | $ 12.40 | $ 595.70 |
| 6/30/10 | 3/1/10 – 3/31/10 | $ 1,428.00 | $ 22.25 | $ 1,142.40 | $ 22.25 | $ 285.60 |
| NONE | 4/1/10 – 4/30/10 | - | - | - | - | - |
| 8/4/10 | 5/1/10 – 5/31/10 | $3,160.50 | $ 18.42 | $ 2,528.40 | $ 18.42 | $ 632.10 |
| 8/4/10 | 6/01/10 – 6/30/10 | $7,270.00 | $ 21.00 | $ 5,816.00 | $ 21.00 | $1,454.00 |
| CURRENT | 7/1/10 – 7/31/10 | $2,662.00 | $ 5.10 | $ 2,129.60 | $ 5.10 | $ 532.40 |
| CURRENT | 8/1/10 – 8/31/10 | $1,485.50 | $ 10.10 | $ 1,188.40 | $ 10.10 | $ 297.10 |
| CURRENT | 9/1/10 – 9/30/10 | $7,693.00 | $ .10 | $ 6,145.40 | $ .10 | $1,538.60 |

3

The S&J attorneys who rendered professional services in September 2010 are:

| Name of Professional Person & Matter | Position with the Applicant | Number of Years As an Attorney | Department | Hourly 2010 Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| M. J. Silverman | Partner | Over 20 | Tax | $1,010.00 | 2.50 | $2,525.00 |
| M.D. Lerner | Partner | Over 20 | Tax | $785.00 | 4.10 | $3,140.00 |
| G. N. Kidder | Associate | Over 8 | Tax | $520.00 | 3.90 | $2,028.00 |

**Compensation by Matter**

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 29 | File, Docket, Calendar Maintenance | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 32 | S&J Fee Application, Preparation of | 0 | 0 |
| 35 | Other Fee Applications | 0 | 0 |
| 38 | Retention of Professionals/Fees | 0 | 0 |
| 41 | Tax Matters | 0 | 0 |
| 42 | Travel (1/2 total hours billed) | 0 | 0 |
| 46 | IRS Tax Litigation | 10.50 | $7,693.00 |
| | Total | 10.50 | $7,693.00 |

**Expense Summary – All attributable to subject matter 46 unless otherwise indicated.**

| Description | Amount |
|---|---|
| Online Research | 0 |
| Copies – Matter 32 | .10 |
| Copies – Matter 46 | 0 |
| Hotel | 0 |
| Train Fare | 0 |
| Federal Express/Overnight Messenger | 0 |
| Facsimile | 0 |
| Conference Calls – Long Distance | 0 |
| Working Meals | 0 |
| Local Transportation/Messenger | 0 |
| Airfare | 0 |
| Total | .10 |

A detailed description of fees and expenses can be found at Exhibits A and B.

*Nov. 3, 2010*

---
Date:

Respectfully submitted,
STEPTOE & JOHNSON LLP

*Anne E. Moran*

---
Anne E. Moran
1330 Connecticut Avenue, NW
Washington, DC 20036 (202) 429-6449

4

**EXHIBIT A**

Professional services rendered through: September 30, 2010

Matter No. 012046.00003 - TAX LITIGATION AUDIT ISSUE

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/10/10 | M.D. Lerner | Call re replacement check for IRS refund. | 0.50 |
| 09/10/10 | M.D. Lerner | Draft letter IRS procedures | 0.80 |
| 09/15/10 | M.D. Lerner | Call re IRS service center efforts. | 0.60 |
| 09/16/10 | M.D. Lerner | Edit letter to Treasury and Form 1133. | 1.50 |
| 09/16/10 | M.D. Lerner | Call with C. Finke re Forms; call with client and bankruptcy counsel. | 0.60 |
| 09/24/10 | G.N. Kidder | Phone call with Carol Finke to discuss consolidated return question; research question re application of section 382 in consolidated returns and potential acquisition and liquidation of target company. | 2.30 |
| 09/25/10 | G.N. Kidder | Research question re application of section 382 in consolidated returns and potential acquisition and liquidation of target company; phone call with Mark Silverman to discuss analysis. | 0.80 |
| 09/25/10 | M.J. Silverman | Analyze acquisition and application of 382, 172 and step transaction; talk to Mr. Kidder re same. | 1.50 |
| 09/27/10 | G.N. Kidder | Phone call with Carol Finke to discuss consolidated net operating loss analysis; discuss follow-up question with Mark Silverman by e-mail. | 0.80 |
| 09/27/10 | M.J. Silverman | Section 382 – talk with Mr. Kidder re client issues. | 1.00 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.J. Silverman | 2.50 | 1,010.00 | 2,525.00 |
| M.D. Lerner | 4.10 | 785.00 | 3,140.00 |
| G.N. Kidder | 3.90 | 520.00 | 2,028.00 |
| Total | 10.50 | | 7,693.00 |

Total Fees    $7,693.00

Disbursements:

Duplicating    .10

Total Disbursements    $.10

Total Fees:    $7,693.00

Total Statement:    $7,693.10

5

**EXHIBIT B**

```
STEPTOE & JOHNSON LLP
Detail Cost Report

012046.00003 TAX LITIGATION AUDIT ISSUE

Cost        Date             Timekeeper
Code        Date     Num.    Name Description                Quantity  Rate     Amount
=======================================================================================

LASR        08/17/10 07530   Wieczoreck, JoAnn               1.00      0.10     0.10
PC/Network Printing

LASR        06/29/10 Total:                                   .10

Total: 012046.00003 TAX LITIGATION AUDIT ISSUE                .10
```

6