

October 22, 2010

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   180696

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH September 30, 2010

### CLIENT SUMMARY

**BALANCE AS OF- 09/30/10**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $64.50 | $1,128.34 | $1,192.84 |
| **.15543 -** 07 - Applicant's Fee Application | $759.50 | $0.00 | $759.50 |
| **.15544 -** 08 - Hearings | $405.50 | $0.00 | $405.50 |
| **.15545 -** 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | $99.00 | $0.00 | $99.00 |
| **.15546 -** 10 - Travel | $0.00 | $0.00 | $0.00 |
| **.15554 -** 18 - Plan & Disclosure Statement | $351.00 | $0.00 | $351.00 |
| **Client Total** | **$1,679.50** | **$1,128.34** | **$2,807.84** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456    Tel 305.374.7580    Fax 305.374.7593                    www.bilzin.com

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Baena, Scott L | 0.30 | $675.00 | $202.50 |
| Kramer, Matthew I | 0.20 | $425.00 | $85.00 |
| Sakalo, Jay M | 0.80 | $495.00 | $396.00 |
| Snyder, Jeffrey I | 0.40 | $340.00 | $136.00 |
| Flores, Luisa M | 4.00 | $215.00 | $860.00 |
| **TOTAL PROFESSIONAL FEES THIS PERIOD** | | | ***$1,679.50*** |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Airfare | $746.25 |
| Long Distance Telephone | $19.46 |
| Long Distance Telephone-Outside Services | $359.00 |
| Westlaw-Online Legal Research | $3.03 |
| Copies | $0.60 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | ***$1,128.34*** |
| **TOTAL BALANCE DUE THIS PERIOD** | **$2,807.84** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

**RE: 01- Case Administration**

---

09/13/10    LMF    0.30    64.50    Attend to court calls for all omnibus hearings for balance of year.

**PROFESSIONAL SERVICES** $64.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**COSTS ADVANCED**

| | | |
|---|---|---:|
| 06/09/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 05/26/10-06/24/10; DATE: 6/24/2010  -  Acct. #5306220025395504 | 30.00 |
| 06/09/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 05/26/10-06/24/10; DATE: 6/24/2010  -  Acct. #5306220025395504 | 30.00 |
| 06/09/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 05/26/10-06/24/10; DATE: 6/24/2010  -  Acct. #5306220025395504 | 30.00 |
| 06/09/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 05/26/10-06/24/10; DATE: 6/24/2010  -  Acct. #5306220025395504 | 30.00 |
| 07/13/10 | Airfare Travel to Philadelphia - VENDOR: DINERS CLUB; INVOICE#: 06/24/10-07/26/10; DATE: 7/26/2010  -   Acct. #5306-2200-2539-5504 | 490.40 |
| 07/13/10 | Airfare Travel to Philadelphia - VENDOR: DINERS CLUB; INVOICE#: 06/24/10-07/26/10; DATE: 7/26/2010  -   Acct. #5306-2200-2539-5504 | 255.85 |
| 07/27/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 07/23/10-08/24/10; DATE: 8/24/2010  -  Acct. #5306220025395504 | 51.00 |
| 07/27/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 07/23/10-08/24/10; DATE: 8/24/2010  -  Acct. #5306220025395504 | 65.00 |
| 07/27/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 07/23/10-08/24/10; DATE: 8/24/2010  -  Acct. #5306220025395504 | 58.00 |
| 07/27/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 07/23/10-08/24/10; DATE: 8/24/2010  -  Acct. #5306220025395504 | 65.00 |
| 08/12/10 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 821283242; DATE: 9/1/2010  -  Account#5306-2200-2539-5504 | 3.03 |
| 09/10/10 | Long Distance Telephone 1(509)455-3966; 6 Mins. | 8.34 |
| 09/13/10 | Long Distance Telephone 1(302)778-8436; 5 Mins. | 8.34 |
| 09/21/10 | Long Distance Telephone 1(843)216-9140; 1 Mins. | 2.78 |
| 09/03/10 | Copies 6 pgs @ 0.10/pg | 0.60 |

**TOTAL COSTS ADVANCED**                                                                                           **$1,128.34**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Flores, Luisa M | 0.30 | $215.00 | $64.50 |
| **TOTAL** | **0.30** | | **$64.50** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $746.25 |
| Long Distance Telephone | $19.46 |
| Long Distance Telephone-Outside Services | $359.00 |
| Westlaw-Online Legal Research | $3.03 |
| Copies | $0.60 |
| **TOTAL** | **$1,128.34** |

**CURRENT BALANCE DUE THIS MATTER**     **$1,192.84**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15543

**RE:  07 - Applicant's Fee Application**

| 09/01/10 | LMF | 0.90 | 193.50 | Prepare summary and notice of July fee and submit for filing. |
| 09/03/10 | LMF | 0.30 | 64.50 | Review fee auditor exhibit for accuracy and advise attorneys of same. |
| 09/03/10 | JIS | 0.40 | 136.00 | Review and revise August prebill. |
| 09/07/10 | LMF | 0.20 | 43.00 | Confirm edits to statement of fees for August. |
| 09/13/10 | LMF | 0.60 | 129.00 | Prepare notice and summary for Bilzin Sumberg's August fees and submit to local counsel for filing. |
| 09/20/10 | LMF | 0.90 | 193.50 | Meet with accounting regarding discrepancy with previous quarterly fee application and research same. |

**PROFESSIONAL SERVICES** $759.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- |
| Snyder, Jeffrey I | 0.40 | $340.00 | $136.00 |
| Flores, Luisa M | 2.90 | $215.00 | $623.50 |
| **TOTAL** | **3.30** | | **$759.50** |

**CURRENT BALANCE DUE THIS MATTER** $759.50

Atty – SLB
Client No.: 74817/15544

**RE: 08 - Hearings**

| | | | | |
|---|---|---|---|---|
| 09/10/10 | LMF | 0.80 | 172.00 | Attend to several emails and calls regarding agenda and scheduled appearances. |
| 09/10/10 | JMS | 0.30 | 148.50 | Review amended agenda and discuss same with L. Flores (.3). |
| 09/13/10 | MIK | 0.20 | 85.00 | Attend hearing telephonically. |

**PROFESSIONAL SERVICES** $405.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| Kramer, Matthew I | 0.20 | $425.00 | $85.00 |
| Sakalo, Jay M | 0.30 | $495.00 | $148.50 |
| Flores, Luisa M | 0.80 | $215.00 | $172.00 |
| ***TOTAL*** | ***1.30*** | | ***$405.50*** |

**CURRENT BALANCE DUE THIS MATTER** $405.50

Atty – SLB  
Client No.: 74817/15545

**RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| | | | | | |
|---|---|---|---|---|---|
| 09/11/10 | JMS | 0.20 | 99.00 | Review hearing agenda and email to committee thereon (.2). | |

**PROFESSIONAL SERVICES** $99.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.20 | $495.00 | $99.00 |
| **TOTAL** | **0.20** | | **$99.00** |

**CURRENT BALANCE DUE THIS MATTER** $99.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15546

**RE: 10 - Travel**

**PROFESSIONAL SERVICES** $0.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| *TOTAL* | *0* | | *$0.00* |

**CURRENT BALANCE DUE THIS MATTER** $0.00

Atty – SLB
Client No.: 74817/15554

**RE: 18 - Plan & Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| 09/20/10 | SLB | 0.30 | 202.50 | Email from Anne Kearse and email to and from J. Sakalo and M. Kramer regarding status of confirmation (.3). |
| 09/20/10 | JMS | 0.30 | 148.50 | Email exchange with A. Kearse regarding status of plan confirmation and email exchange with S. Baena thereon (.3). |

**PROFESSIONAL SERVICES** $351.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.30 | $675.00 | $202.50 |
| Sakalo, Jay M | 0.30 | $495.00 | $148.50 |
| **TOTAL** | **0.60** | | **$351.00** |

**CURRENT BALANCE DUE THIS MATTER** $351.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP