# Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

November 05, 2010

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #10096

Professional Services

|  |  | | Hours | Amount |
|---|---|---|---|---|
| 10/1/2010 | JAW | detailed review of Kirkland & Ellis'  June 2010 fee application (2.20) | 2.20 | 335.50 |
|  | AL | Draft email to Towers Watson requesting editable electronic copies for their July and August fee applications (.1); receive, review and respond to email from Towers' re same (.1) | 0.20 | 9.00 |
|  | AL | Update database with Alan Rich's September e-detail (.1), Kramer's August fee detail (.2); K&E's August fee application (hard copy) (.2) | 0.50 | 22.50 |
|  | JAW | detailed review of Kirkland & Ellis' May 2010 fee application (2.10); prepare summary of same (0.20) | 2.30 | 350.75 |
|  | JAW | detailed review of PwC April 2010 fee application (3.00); prepare summary of same (1.50) | 4.50 | 686.25 |
| 10/4/2010 | JAW | detailed review of Kirkland & Ellis' July 2010 fee application (2.00) | 2.00 | 305.00 |
|  | JAW | detailed review of Janet S. Baer July 2010 fee application (1.40); prepare summary of same (0.10) | 1.50 | 228.75 |
|  | JAW | Draft summary of Kirkland & Ellis'  June 2010 fee application (0.40) | 0.40 | 61.00 |
|  | AL | Update database with Toer's July (.1) and August (.1) electronic detail; Kramer's August fee application (hard copy) (.2); Capstone's July fee application (hard copy) (.2);  Baker's January - March Interim fee application (hard copy) (.2);  Baker's April - June fee application (hard copy) (.2); Baker's October through December fee application (hard copy) (.2); Bilzin's August fee application (hard copy) (.2); Ferry's August fee application (hard copy) (.2); Reed's August fee application (hard copy) (.2); Pachulski's June electronic detail (.1); AKO's August electronic detail (.1); C&L's August electronic detail (.1); C&D's August electronic detail (.1);  Charter Oak's August electronic detail (.1) | 2.30 | 103.50 |

W.R. Grace & Co.                                                                                          Page    2

| | | Hours | Amount |
|---|---|---|---|
| 10/4/2010 MW | Draft monthly application for compensation of WHSA for September (1.6); preliminary review of same (.4); send same to J. Wehrmann for review (.1); revise per J. Wehrmann's comments (.2); finalize for court filing and send to A. Lopez for service (.2). | 2.50 | 350.00 |
| 10/5/2010 JAW | Proofread September 2010 fee application of WHSmith (0.40); e-mail to M. White regarding revisions needed to same (0.10) | 0.50 | 76.25 |
| JAW | Draft summary of Kirkland & Ellis' July 2010 fee applicaton (0.20) | 0.20 | 30.50 |
| AL | Update database with K&E's April (.1) May (.2) June (.1) and July (.2) electronic detail; Casner's August electronic detail (pdf only) (.1); receive and review email from K&E re same (.1). | 0.80 | 36.00 |
| 10/6/2010 AL | Electronic filing with court of WHSA's September fee application (.4); send same for service (.2) | 0.60 | 27.00 |
| 10/7/2010 JAW | detailed review of Janet S. Bear August 2010 fee application (1.40); draft summary of same (0.10) | 1.50 | 228.75 |
| AL | Update database with Caplin's August fee application (hard copy) (.2); Charter's August fee application (hard copy) (.2); C&L's August fee application (hard copy) (.2); AKO's August fee application (hard copy) (.2) | 0.80 | 36.00 |
| 10/8/2010 JAW | detailed review of Anderson Kill & Olick August 2010 fee application (1.40); draft summary of same (0.10) | 1.50 | 228.75 |
| JAW | detailed review of Kirkland & Ellis' August 2010 fee application (2.00); draft summary of same (0.10) | 2.10 | 320.25 |
| MW | detailed review of Baker Donelson's monthly fee applications for December (1.0), January (.9), February (1.0) and March (.8). | 3.70 | 518.00 |
| 10/9/2010 MW | detailed review of Baker Donelson's monthly fee applications for April (1.1), May (1.0), June (.9), July (.9) and August (1.0); draft email to B. Ruhlander re same (.1). | 5.00 | 700.00 |
| 10/11/2010 AL | Update database with C&L's August fee application (hard copy) (.2); Pitney's August fee application (hard copy) (.2); Charter's August fee application (hard copy) (.2); C&D's August fee application (hard copy) (.2) | 0.80 | 36.00 |
| MW | Review all 37th interim fee applications to obtain category spreadsheets (1.9); research PACER for applications submitted without category spreadsheets (.8); begin updating category spreadsheet (.3). | 3.00 | 420.00 |
| 10/12/2010 AL | Update database with HRO's October through December Interim fee application (hard copy) | 0.20 | 9.00 |
| 10/13/2010 WHS | Receive and review agenda | 0.10 | 29.50 |

W.R. Grace & Co.                                                                                            Page        3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/13/2010 BSR | research docket for case status | | 0.20 | 53.00 |
| AL | Receive and review email from Ogilvy re August fee application (.1); Update database with Ogilvy's August electronic detail (.1). | | 0.20 | 9.00 |
| 10/14/2010 AL | Assist M. White with 37th interim category spreadsheet | | 1.70 | 76.50 |
| MW | Continue drafting 37th interim category spreadsheet for 32 applicants (4.0); confer with A. Lopez re assistance with same (.1). | | 4.10 | 574.00 |
| AL | Update database with Ogilvy's fee application (hard copy) | | 0.20 | 9.00 |
| 10/15/2010 AL | Update database with HRO's January fee application (electronic pdf only) (.1); draft email to HRO re editable January electronic detail (.1); receive, review and respond to email from HRO's re same (.1) | | 0.30 | 13.50 |
| 10/18/2010 AL | Office conference with B. Ruhlander re 36th interim fee application for all clients | | 0.30 | 13.50 |
| AL | Update database with HRO's January fee application (hard copy) | | 0.20 | 9.00 |
| 10/19/2010 AL | Receive and review email from PWC re August electronic detail (.1); update database with PWC's August electronic detail (pdf version only) (.1); draft email to PWC requesting editable August electronic detail (.1); update database with PWC's editable August electronic detail (.2)  Receive and review email from Woodcock Washburn re August electronic detail (.1); update database with Woodcock's August electronic detail (pdf version only) (.1); draft email to Woodcock requesting editable July and August electronic detail (.1); update database with Woodcock's August fee application (hard copy) (.2); update database with K&E's August electronic detail (.1); receive and review email from B. Ruhlander re K&E's August electronic detail (.1) | | 1.20 | 54.00 |
| 10/20/2010 AL | Update database with Kay Scholer's September fee application (electronic pdf version only) (.1); draft email to Kay Scholer requesting editable electronic detail for the months of July, August and September (.1); telephone conference with Kay Scholer re same (.1); receive, review and respond to email from Kay Scholer re editable electronic detail (.1) | | 0.40 | 18.00 |
| BSR | Receive and review K&E's electronic detail for Amended August 2010 monthly fee application and forward same to Anthony Lopez and James Wehrmann | | 0.10 | 26.50 |
| 10/22/2010 MW | Receive and review 37th interim fee application of Steptoe & Johnson (1.8); revise category spreadsheet re same (.6); email B. Ruhlander re same (.1) | | 2.50 | 350.00 |
| AL | Research PACER for objections to September fee application (.4); Draft CNO for WHSA's September fee application (.5) | | 0.90 | 40.50 |
| AL | Update database with Kay Scholer's September fee application (hard copy) (.2); update database with HRO's full January electronic detail (.1); receive review and respond to email from Scholer re July - September electronic | | 0.80 | 36.00 |

W.R. Grace & Co.                                                                                                          Page     4

|  |  | | Hours | Amount |
|---|---|---|---|---|
| | | detail (.1); update database with Scholer's July (.1) August (.2) and September (.1) electronic detail | | |
| 10/25/2010 | AL | Update database with Beveridge's April through June fee application (hard copy) (.2); PWC's August fee application (hard copy) (.2); HRO's February electronic detail (.1) | 0.50 | 22.50 |
| 10/26/2010 | BSR | Receive and review fee and expense summaries for Janet Baer's 37th interim fee application (.1), Baker Donelson's 35th, 36th and 37th interim fee applications (.1), Beveridge & Diamond's 37th interim fee application (.1), Bilzin Sumberg's 37th interim fee application (.1), and Campbell & Levine's 37th interim fee application (.1) | 0.50 | 132.50 |
| | BSR | Draft initial report re Blackstone's interim fee application for the 37th interim period | 0.30 | 79.50 |
| | BSR | detailed review of Blackstone's 37th interim fee application and monthly fee applications | 0.30 | 79.50 |
| | BSR | Receive and review fee and expense summaries for Ferry Joseph (.1), LAS (.1), Nelson Mullins (.1), Ogilvy Renault (.1), Orrick (.1), Pachulski (.1) and Stroock (.2) for the 37th interim period | 0.80 | 212.00 |
| | BSR | Receive and review fee and expense summaries for Casner (.1), Charter Oak (.1), and Day Pitney (.1) | 0.30 | 79.50 |
| | BSR | Receive and review fee and expense summary for Caplin & Drysdale's 37th interim fee application and research air fare charge | 0.20 | 53.00 |
| | AL | Update database with Steptoe's 37Q fee application (hard copy) (.2); Beveridge's August fee application (hard copy) (.2); Orrick's September pdf electronic copy (.1); Sander's 38th interim pdf electronic copy (.1) | 0.60 | 27.00 |
| | BSR | Receive and review fee and expense summary for AKO (37th) | 0.10 | 26.50 |
| | BSR | Receive and review fee and expense summary for David Austern (37th) | 0.10 | 26.50 |
| 10/27/2010 | BSR | detailed review of Kaye Scholer's application for January through June 2010 | 0.60 | 159.00 |
| | DTW | Review and revise initial report for 33rd application of Blackstone (.1). | 0.10 | 16.50 |
| | BSR | detailed review of Sidley's April 2010 monthly fee application and fee summary re same | 0.80 | 212.00 |
| | BSR | detailed review of Holme Roberts & Owen's 35th interim fee application and monthly fee applications | 0.20 | 53.00 |
| | AL | Electronic filing with the court of WHSA's September CNO | 0.30 | 13.50 |
| | BSR | detailed review of The Hogan Firm's June 2010 monthly fee application (.3); draft email to Karen Harvey re same (.1) | 0.40 | 106.00 |

W.R. Grace & Co.                                                                                     Page    5

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                      | Hours | Amount |
|------------|-----|---|---|---|
| 10/27/2010 | BSR | Receive and review retention application and order for Kaye Scholer | 0.20 | 53.00 |
|            | BSR | detailed review of Capstone's 37th interim fee application and monthly fee applications | 0.30 | 79.50 |
|            | AL  | Update database with Janet Baer's July (.1) August (.1) and September (.1) electronic detail; Baer's September fee application (hard copy) (.2); Woodcock's July (.1) and August (.1) electronic detail; Reed Smith's September electronic detail (.2); Foley Hoag's September electronic detail (version only) (.1); Kramer's September electronic detail (version only) (.1); receive and review email from Kramer re full September electronic detail (.1); update database with Kramer's full September electronic detail (.1); Stroock's September electronic detail (.1); Ferry's September electronic detail (.2) | 1.60 | 72.00 |
|            | BSR | Draft e-mail to Jamie O'Connell at Blackstone re initial report for Blackstone's 37th interim fee application | 0.10 | 26.50 |
| 10/28/2010 | BSR | detailed review of Scarfone Hawkins' 37th interim fee application and monthly fee applications (.7); draft email to Daniel Hogan re same (.3) | 1.00 | 265.00 |
|            | DTW | Review and revise 37th quarter initial reports for Kaye Scholer and K&E (.1). | 0.10 | 16.50 |
|            | BSR | detailed review of The Hogan Firm's 37th interim fee application and monthly fee applications | 0.70 | 185.50 |
|            | BSR | detailed review of Kramer Levin's 37th interim fee application and monthly fee applications, as well as fee summaries re same | 0.10 | 26.50 |
|            | BSR | detailed review of Lauzon Belanger's 37th interim fee application and monthly fee applications | 0.60 | 159.00 |
|            | AL  | Receive, review and finalize the IR of Blackstone's 37th Interim (.3); draft email to B. Ruhlander re same (.1); prepare same for service (.1); Receive, review and finalize the IR of K&E's 37th Interim (.3); draft email to B. Ruhlander re same (.1); prepare same for service (.2) | 1.10 | 49.50 |
|            | BSR | Draft initial report re Kirkland & Ellis' 37th interim fee application | 0.90 | 238.50 |
|            | BSR | detailed review of Kirkland & Ellis' May and June 2010 monthly fee applications and 37th interim fee application, as well as fee summaries re same | 1.00 | 265.00 |
| 10/29/2010 | BSR | detailed review of Lincoln Partners' April and May 2010 monthly fee application (.1); check to see if June and quarterly applications have been filed (.1) | 0.20 | 53.00 |
|            | BSR | detailed review of Towers Watson's May and June 2010 monthly fee applications (.1); research server to determine if April 2010 monthly fee application was filed (.1) | 0.20 | 53.00 |

W.R. Grace & Co.

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/29/2010 | BSR | detailed review of Woodcock Washburn's 37th interim fee application and monthly fee applications (.2); draft email to Gary Levin re same (.1) | 0.30 | 79.50 |
| | BSR | detailed review of Steptoe's May and June 2010 monthly fee application (.1); research server for April 2010 monthly fee application (.1) | 0.20 | 53.00 |
| | BSR | detailed review of November 2009 through May 2010 monthly fee applications (.4); research docket for quarterly application (.2); draft email to Tony Scoles at Deloitte Tax re quarterly application and fee discrepancy in May 2010 monthly fee application (.2) | 0.80 | 212.00 |
| | BSR | detailed review of Foley Hoag's 37th interim fee application and monthly fee applications | 0.50 | 132.50 |
| | BSR | detailed review of PwC's April 2010 monthly fee application and fee summary re same (.3); begin review of May and June 2010 monthly fee applications (.2); draft email to Yaprak Soysal requesting revised Exhibit A to May and June 2010 monthly fee applications (.1) | 0.60 | 159.00 |
| | AL | Update database with Stroock's September fee application (hard copy) (.2); Foley Hoag's September fee application (hard copy) (.2);  Kramer's September fee application (hard copy) (.2); receive and review multiple emails from K. Harvey regarding Canadian Zai Counsel's fee applications for September (.2); update database with electronic fee detail for Lauzon September (.1), Hogan Firm September (.2) and Scarfone September (.2); update database with hard copy fee application of Holme February (.1); update database with 21st interim fee application of Beveridge & Diamond (.2) | 1.60 | 72.00 |
| | BSR | research server for applications not yet received (37th) | 0.30 | 79.50 |
| | | **For professional services rendered** | **70.80** | **$10,059.25** |

Additional Charges :

| | | |
|---|---|---|
| 10/31/2010 | Third party copies & document prep/setup. | 65.65 |
| | PACER Charges | 53.04 |
| | Copying cost | 0.40 |
| | **Total additional charges** | **$119.09** |
| | **Total amount of this bill** | **$10,178.34** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Anthony Lopez | 18.10 | 45.00 | $814.50 |

W.R. Grace & Co.                                                                                    Page        7

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Bobbi S. Ruhlander | 12.90 | 265.00 | $3,418.50 |
| Doreen Williams | 0.20 | 165.00 | $33.00 |
| James A. Wehrmann | 18.70 | 152.50 | $2,851.75 |
| Melanie White | 20.80 | 140.00 | $2,912.00 |
| Warren H Smith | 0.10 | 295.00 | $29.50 |