<u>IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE</u>

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. GRACE & CO., et al.,[1] | ) | Case No. 01-1139(JKF) |
| Debtors. | ) | Jointly Administered |
| | ) Objection Date: November 29, 2010, at 4:00 p.m. | |
| | ) Hearing Date: Scheduled if Necessary (Negative Notice) | |

**SIXTY FOURTH MONTHLY APPLICATION OF
DELOITTE TAX LLP FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES TO THE DEBTORS
FOR THE PERIOD FROM JUNE 1, 2010 THROUGH JUNE 30, 2010**

| | |
|---|---|
| Name of Applicant: | Deloitte Tax LLP ("Deloitte Tax") |
| Authorized to Provide Professional Services to: | The above-captioned Debtors |
| Date of Retention: | December 20, 2004 |
| Period for which Compensation and Expense Reimbursement is Sought: | June 1-30, 2010 |
| Amount of Compensation Sought: | $ 14,434.00 |
| Amount of Expense Reimbursement Sought: | 6.00 |
| Total Amount of Compensation and Expense Reimbursement Sought: | $ 14,440.00 |

This is a  x Monthly, __Interim, __Final Application

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (Vida Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. GRACE & CO., et al., | ) | Case No. 01-1139(JKF) |
| Debtors. | ) | Jointly Administered |
| | ) Objection Date: November 29, 2010, at 4:00 p.m. | |
| | ) Hearing Date: Scheduled If Necessary (Negative Notice) | |

## SIXTY FOURTH MONTHLY APPLICATION OF
## DELOITTE TAX LLP FOR COMPENSATION FOR SERVICES RENDERED AND
## REIMBURSEMENT OF EXPENSES TO THE DEBTORS
## FOR THE PERIOD FROM JUNE 1, 2010 THROUGH JUNE, 30 2010

This sixty fourth monthly application (this "Application") of Deloitte Tax LLP ("Deloitte Tax") is for compensation for services rendered in connection with Deloitte Tax's provision of tax services to the Debtors during the period from June 1, 2010 through June 30, 2010, and for reimbursement of expenses incurred in connection therewith. Attached hereto as Exhibit A is the Verification of Jared Gordon of Deloitte Tax.

### BACKGROUND

The Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a), 2016 and 5002 Authorizing the Employment and Retention of Deloitte Tax LLP as Tax Service Providers to the Debtors Nunc Pro Tunc to August 22, 2004 was entered by this Court on December 21, 2004. Prior to August 22, 2004 tax advisory services, for which compensation and expense reimbursement is sought hereunder, along with customs procedures review services, were provided to the Debtors by Deloitte & Touche LLP ("Deloitte & Touche"). As of August 22, 2004, Deloitte & Touche is no longer providing tax services or customs procedures review services to the Debtors.

### FEE AND EXPENSE REIMBURSEMENT DETAIL

Attached hereto as Exhibit B is a summary of fees sought by Deloitte Tax, reflecting each

2

Deloitte Tax professional providing tax advisory services to the Debtors during this sixty fourth monthly period, their position, total hours billed, hourly billing rate, and total fees sought. Attached hereto as Exhibit C are daily entries which set forth each professional providing tax advisory services, the applicable project category, a description of the services, the hours expended, the professionals' hourly billing rates, and the total fees incurred. Attached hereto as Exhibit D is the appropriate detail regarding expense reimbursement sought by Deloitte Tax hereunder.

Dated: November 4, 2010

DELOITTE TAX LLP

*Jared Gordon*

Jared Gordon
Principal
Deloitte Tax LLP
1700 Market Street
25th Floor
Philadelphia, PA 19103
Tel: 1 (215) 299-4555
Main: 1 (215) 246-2300
Fax: 1 (215) 405-342

Tax service providers for Debtors and Debtors in Possession

## EXHIBIT A

## VERIFICATION OF JARED GORDON

PHILADELPHIA

COMMONWEALTH OF PENNSYLVANIA:

Jared Gordon, after being duly sworn according to law, deposes and says:

a) I am a ~~partner~~ *principal* with the applicant firm of Deloitte Tax LLP.

b) I have personal knowledge of Deloitte Tax LLP's retention as tax service providers to the Debtors in these Chapter 11 cases.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have been informed of Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 330 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Jared Gordon
Principal

SWORN AND SUBSCRIBED
before me this 4th day of November, 2010

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
NILDA I. ROSADO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires December 11, 2011

Nilda J. Rosado
Notary Public
My Commission Expires: December 11, 2011

4

## EXHIBIT B

**W. R. Grace**
**Hours Detail**
**June 1 - June 30, 2010**

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| BESSINGER, RANDALL J | 5.0 | $510 | $2,550 |
| DUNLAP, PAMELA J | 2.7 | $510 | $1,377 |
| FIELMAN, TRACEY A | 3.8 | $610 | $2,318 |
| GORDON, JARED H | 1.7 | $680 | $1,156 |
| RAYNARD, SANDRA L | 1.5 | $510 | $765 |
| WILLIS, CRAIG ROBERT | 1.0 | $430 | $430 |
| WOLF, CARL DENTON | 0.4 | $610 | $244 |
| **Interest Netting** | **16.1** | | **$8,840** |
| | | | |
| HEIKKINEN, DEBRA L | 2.6 | $610 | $1,586 |
| WALKER, DEBORAH | 1.5 | $610 | $915 |
| **Payroll Tax** | **4.1** | | **$2,501** |
| | | | |
| HERNANDEZ, ALVARO JOSE | 0.2 | $125 | $25 |
| MONTANEZ, ANA DELIA | 2.8 | $188 | $526 |
| RODRIGUEZ, ZULMA | 0.4 | $255 | $102 |
| TRAVERSO, NELSON ORWIL | 6.2 | $188 | $1,166 |
| **Property Tax** | **9.6** | | **1,819** |
| | | | |
| SHAIKH, WAQAS UDDIN | 4.9 | $260 | $1,274 |
| **Stock Option** | **4.9** | | **$1,274** |
| | | | |
| **Subtotal** | **34.70** | | **$14,434** |
| **Expenses** | | | **$6** |
| **Total Deloitte Tax Fees June 2010** | | | **$14,440** |

**EXHBIT C**

W. R. Grace
Hours Detail
June 1 - June 30, 2010

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 6/2/2010 | BESSINGER, RANDALL J | Interest Netting Review | Interest Netting support and follow up work. | 1.50 | 510 | 765 |
| 6/3/2010 | BESSINGER, RANDALL J | Interest Netting Review | IA project issues/questions - review with Tracey Fielman | 1.50 | 510 | 765 |
| 6/15/2010 | BESSINGER, RANDALL J | Interest Netting Review | options, interest netting work follow up | 1.00 | 510 | 510 |
| 6/16/2010 | BESSINGER, RANDALL J | Interest Netting Review | call with Pamela Dunlap concerning next steps, interest neting review and comps. | 0.50 | 510 | 255 |
| 6/18/2010 | BESSINGER, RANDALL J | Interest Netting Review | IA project issues and questions. | 0.50 | 510 | 255 |
| 6/14/2010 | DUNLAP, PAMELA J | Interest Netting Review | t/c with Craig Willis regarding required Form 2285 needed to support interest computations | 1.00 | 510 | 510 |
| 6/16/2010 | DUNLAP, PAMELA J | Interest Netting Review | e-mails with Randy regarding WR Grace | 0.10 | 510 | 51 |
| 6/17/2010 | DUNLAP, PAMELA J | Interest Netting Review | Call with Randy to discuss next steps necessary for WR Grace review | 0.30 | 510 | 153 |
| 6/22/2010 | DUNLAP, PAMELA J | Interest Netting Review | conference call re: WR Grace | 0.50 | 510 | 255 |
| 6/29/2010 | DUNLAP, PAMELA J | Interest Netting Review | conference call re: WR Grace | 0.50 | 510 | 255 |
| 6/30/2010 | DUNLAP, PAMELA J | Interest Netting Review | t/c with DT - personnel regarding WR Grace call, various e-mails | 0.30 | 510 | 153 |
| 6/3/2010 | FIELMAN, TRACEY A | Interest Netting Review | IA project issues/questions - discuss with Randy | 0.50 | 610 | 305 |
| 6/4/2010 | FIELMAN, TRACEY A | Interest Netting Review | discussions with Randy re: IA project - requests from client - pricing | 0.50 | 610 | 305 |
| 6/21/2010 | FIELMAN, TRACEY A | Interest Netting Review | discussing interest issues with Pam Dunlap | 0.50 | 610 | 305 |
| 6/22/2010 | FIELMAN, TRACEY A | Interest Netting Review | discussing items related to interest comps - preparing claims with Randy and Pam | 1.50 | 610 | 915 |
| 6/24/2010 | FIELMAN, TRACEY A | Interest Netting Review | Interest Netting support and follow up work. | 0.30 | 610 | 183 |
| 6/30/2010 | FIELMAN, TRACEY A | Interest Netting Review | t/c with Jared discussing findings/options for IA work | 0.50 | 610 | 305 |
| 6/2/2010 | GORDON, JARED H | Interest Netting Review | discussions with Randy Bessinger on interest analyzer | 0.30 | 680 | 204 |
| 6/21/2010 | GORDON, JARED H | Interest Netting Review | discuss and arrange call for interest netting team | 0.30 | 680 | 204 |
| 6/24/2010 | GORDON, JARED H | Interest Netting Review | call with interest analyzer team | 0.60 | 680 | 408 |
| 6/28/2010 | GORDON, JARED H | Interest Netting Review | disc with Dave Libow re interest netting | 0.50 | 680 | 340 |
| 6/10/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Review file and create IRS closing agreement "wish list" for J Forgache and D Walker (WNT) | 1.00 | 610 | 610 |
| 6/14/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Further preparation of IRS closing agreement "wish list" | 1.00 | 610 | 610 |
| 6/17/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Revise IRS request list for John Forgach | 0.50 | 610 | 305 |
| 6/22/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Email exchange with J Forgach | 0.10 | 610 | 61 |
| 6/2/2010 | HERNANDEZ, ALVARO JOSE | Property Tax | services rendered toward completion of property tax returns | 0.20 | 125 | 25 |
| 6/3/2010 | MONTANEZ, ANA DELIA | Property Tax | services rendered toward completion of property tax returns | 0.80 | 188 | 150 |
| 6/3/2010 | MONTANEZ, ANA DELIA | Property Tax | services rendered toward completion of property tax returns | 0.80 | 188 | 150 |

## EXHBIT C

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/14/2010 | MONTANEZ, ANA DELIA | Property Tax | services rendered toward completion of property tax returns | 0.80 | 188 | 150 |
| 6/15/2010 | MONTANEZ, ANA DELIA | Property Tax | services rendered toward completion of property tax returns | 0.40 | 188 | 75 |
| 6/2/2010 | RAYNARD, SANDRA L | Interest Netting Review | Conference call with client. | 0.50 | 510 | 255 |
| 6/3/2010 | RAYNARD, SANDRA L | Interest Netting Review | Review RB High Level NRIN possibilities. | 1.00 | 510 | 510 |
| 6/3/2010 | RODRIGUEZ, ZULMA | Property Tax | services rendered toward completion of property tax returns | 0.40 | 255 | 102 |
| 6/9/2010 | SHAIKH, WAQAS UDDIN | Payroll Tax | Read through the W.R. Grace file. Came up with a short list to determine what the agency might be able to accept | 1.30 | 260 | 338 |
| 6/10/2010 | SHAIKH, WAQAS UDDIN | Payroll Tax | Updating "wish list" with Deb to send to IRS | 0.50 | 260 | 130 |
| 6/14/2010 | SHAIKH, WAQAS UDDIN | Payroll Tax | Call with DH, DW and John Forgach to determine possible closing agreement and steps and procedures to require from the IRS. | 1.00 | 260 | 260 |
| 6/15/2010 | SHAIKH, WAQAS UDDIN | Payroll Tax | Worked on W.R. Grace memo. Need to find corrected version. Need to coordinate with Deb. | 0.30 | 260 | 78 |
| 6/16/2010 | SHAIKH, WAQAS UDDIN | Payroll Tax | Made first revisions to the list Discussed with Deb the corrections. Re-sent the revised list to Deb | 0.80 | 260 | 208 |
| 6/17/2010 | SHAIKH, WAQAS UDDIN | Payroll Tax | Revised the W.R. Grace memo Updated the memo Sent to Deb | 1.00 | 260 | 260 |
| 6/1/2010 | TRAVERSO, NELSON ORWIL | Property Tax | Receive instructions to prepare property tax return, discuss timing of return preperation, and services rendered toward completing said returns. | 0.40 | 188 | 75 |
| 6/2/2010 | TRAVERSO, NELSON ORWIL | Property Tax | Services rendered toward preparation and completion of property tax returns with available information. | 3.30 | 188 | 620 |
| 6/3/2010 | TRAVERSO, NELSON ORWIL | Property Tax | Services rendered toward completion of property tax return, workpapers and filing instructions. | 2.50 | 188 | 470 |
| 6/14/2010 | WALKER, DEBORAH | Payroll Tax | Follow on work with PC regarding payroll tax project. | 1.00 | 610 | 610 |
| 6/22/2010 | WALKER, DEBORAH | Payroll Tax | Follow on work with PC regarding payroll tax project. | 0.50 | 610 | 305 |
| 6/14/2010 | WILLIS, CRAIG ROBERT | Interest Netting Review | tcs support - discuss 1994 Form 2285 w P Dunlap | 1.00 | 430 | 430 |
| 6/22/2010 | WOLF, CARL DENTON | Interest Netting Review | conference callr e reasonable basis tax position - Tracey Fielman | 0.40 | 610 | 244 |
| | | | Total | 34.70 | | 14,434 |

## EXBHIT D

**W. R. Grace**
**Expenses Detail**
**June 1- June 30 expenses**

| Date | Name | Description | Related Expenses |
|---|---|---|---|
| 06/10/2010 | Dunlap, Pam | Telephone: Conference: Call between Pam Dunlap, Randy Bessinger and Grace. | $ 2 |
| 06/10/2010 | Dunlap, Pam | Telephone: Conference: Call between Pam Dunlap, Randy Bessinger and Grace. | $ 0 |
| 06/29/2010 | GORDON, JARED H | Telephone: Conference: Call between Jared Gordon, Grace and Interest Analyzer service team. | $ 4 |
| | **Expenses for June 2010** | | **$6** |