**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W. GRACE & CO., et al.,**[1] | ) | **Case No. 01-1139(JKF)** |
| **Debtors.** | ) | **Jointly Administered** |
| | ) | **Objection Date: November 29, 2010, at 4:00 p.m.** |
| | ) | **Hearing Date: Scheduled if Necessary (Negative Notice)** |

**SIXTY FIFTH MONTHLY APPLICATION OF DELOITTE TAX LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR THE PERIOD FROM JULY 1, 2010 THROUGH JULY 31, 2010**

| | |
|---|---|
| Name of Applicant: | Deloitte Tax LLP ("Deloitte Tax") |
| Authorized to Provide Professional Services to: | The above-captioned Debtors |
| Date of Retention: | December 20, 2004 |
| Period for which Compensation and Expense Reimbursement is Sought: | July 1-31, 2010 |
| Amount of Compensation Sought: | $ 6,556.00 |
| Amount of Expense Reimbursement Sought: | 11.00 |
| Total Amount of Compensation and Expense Reimbursement Sought: | $ 6,567.00 |

This is a _x_ Monthly, __Interim, __Final Application

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (Vida Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W. GRACE & CO., et al.,** | ) | **Case No. 01-1139(JKF)** |
| **Debtors.** | ) | **Jointly Administered** |
| | ) | **Objection Date: November 29, 2010, at 4:00 p.m.** |
| | ) | **Hearing Date: Scheduled if Necessary (Negative Notice)** |

**SIXTY FIFTH MONTHLY APPLICATION OF DELOITTE TAX LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR THE PERIOD FROM JULY 1, 2010 THROUGH JULY, 31 2010**

This sixty fifth monthly application (this "Application") of Deloitte Tax LLP ("Deloitte Tax") is for compensation for services rendered in connection with Deloitte Tax's provision of tax services to the Debtors during the period from July 1, 2010 through July 31, 2010, and for reimbursement of expenses incurred in connection therewith. Attached hereto as Exhibit A is the Verification of Jared Gordon of Deloitte Tax.

**BACKGROUND**

The Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a), 2016 and 5002 Authorizing the Employment and Retention of Deloitte Tax LLP as Tax Service Providers to the Debtors Nunc Pro Tunc to August 22, 2004 was entered by this Court on December 21, 2004. Prior to August 22, 2004 tax advisory services, for which compensation and expense reimbursement is sought hereunder, along with customs procedures review services, were provided to the Debtors by Deloitte & Touche LLP ("Deloitte & Touche"). As of August 22, 2004, Deloitte & Touche is no longer providing tax services or customs procedures review services to the Debtors.

**FEE AND EXPENSE REIMBURSEMENT DETAIL**

Attached hereto as Exhibit B is a summary of fees sought by Deloitte Tax, reflecting each

Deloitte Tax professional providing tax advisory services to the Debtors during this sixty fifth monthly period, their position, total hours billed, hourly billing rate, and total fees sought. Attached hereto as Exhibit C are daily entries which set forth each professional providing tax advisory services, the applicable project category, a description of the services, the hours expended, the professionals' hourly billing rates, and the total fees incurred. Attached hereto as Exhibit D is the appropriate detail regarding expense reimbursement sought by Deloitte Tax hereunder.

Dated: November 4, 2010

DELOITTE TAX LLP

Jared Gordon

Jared Gordon
Principal
Deloitte Tax LLP
1700 Market Street
25th Floor
Philadelphia, PA 19103
Tel: 1 (215) 299-4555
Main: 1 (215) 246-2300
Fax: 1 (215) 405-342

Tax service providers for Debtors and Debtors in Possession

**EXHIBIT A**

**VERIFICATION OF JARED GORDON**

PHILADELPHIA

COMMONWEALTH OF PENNSYLVANIA:

Jared Gordon, after being duly sworn according to law, deposes and says:

a) I am a ~~partner~~ principal with the applicant firm of Deloitte Tax LLP.

b) I have personal knowledge of Deloitte Tax LLP's retention as tax service providers to the Debtors in these Chapter 11 cases.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have been informed of Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 330 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Jared Gordon
Jared Gordon
Principal

SWORN AND SUBSCRIBED
before me this 4th day of November, 2010
Nilda I Rosado

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
NILDA I. ROSADO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires December 11, 2011

Notary Public
My Commission Expires: December 11, 2011

# EXHIBIT B

**W. R. Grace**
**Hours Detail**
**July 1- July 30, 2010**

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| ALEX, ANU T | 0.5 | $480 | $240 |
| **General Admin** | | | |
| ALEX, ANU T | 1.5 | $480 | $720 |
| BESSINGER, RANDALL J | 0.6 | $510 | $306 |
| FIELMAN, TRACEY A | 1.0 | $610 | $610 |
| GORDON, JARED H | 0.9 | $680 | $612 |
| **Interest Netting** | 4.0 | | $2,248 |
| HEIKKINEN, DEBRA L | 0.4 | $610 | $244 |
| WALKER, DEBORAH | 0.5 | $610 | $305 |
| **Payroll Tax** | 0.9 | | $549 |
| MONTANEZ, ANA DELIA | 1.7 | $188 | $320 |
| OTERO, MARIA D | 1.0 | $335 | $335 |
| RODRIGUEZ, ZULMA | 6.0 | $255 | $1,530 |
| TRAVERSO, NELSON ORWIL | 7.1 | $188 | $1,335 |
| **Property Tax** | 15.8 | | $3,519 |
| **Subtotal** | **21.20** | | **$6,556** |
| **Expenses** | | | **$11** |
| **Total Deloitte Tax LLP Fees for July 2010** | | | **$6,567** |

## EXHIBIT C

**W. R. Grace**
**Hours Detail**
**July 1 - July 30, 2010**

| Date | Name | Project Category | Description | Hours | Rates | Fees |
|---|---|---|---|---|---|---|
| 7/13/2010 | ALEX, ANU T | General Admin | preparation of bankruptcy return filing | 0.50 | 480 | 240 |
| 7/20/2010 | ALEX, ANU T | Interest Netting | Interest Netting conversation with Jared and IA team | 1.50 | 480 | 720 |
| 7/7/2010 | BESSINGER, RANDALL J | Interest Netting | Conference call and prep | 0.60 | 510 | 306 |
| 7/6/2010 | FIELMAN, TRACEY A | Interest Netting | discussing prelim findings with Pam and Randy; t/c with client to discuss options | 1.00 | 610 | 610 |
| 7/6/2010 | GORDON, JARED H | Interest Netting | conf call with david libow re interest netting | 0.90 | 680 | 612 |
| 7/20/2010 | HEIKKINEN, DEBRA L | Payroll Tax | TC-John Forgach and Deb Walker re: SERP FICA correction plan | 0.20 | 610 | 122 |
| 7/21/2010 | HEIKKINEN, DEBRA L | Payroll Tax | TC-J. Forgach - got go ahead to contact IRS | 0.20 | 610 | 122 |
| 7/19/2010 | MONTANEZ, ANA DELIA | Property Tax | Services rendered toward completion of property tax returns | 0.70 | 188 | 132 |
| 7/23/2010 | MONTANEZ, ANA DELIA | Property Tax | Services rendered toward completion of property tax returns | 0.60 | 188 | 113 |
| 7/27/2010 | MONTANEZ, ANA DELIA | Property Tax | Services rendered toward completion of property tax returns | 0.40 | 188 | 75 |
| 7/16/2010 | OTERO, MARIA D | Property Tax | conf call and study the pty tax amnesty law to verify applicability to this case | 1.00 | 335 | 335 |
| 7/15/2010 | RODRIGUEZ, ZULMA | Property Tax | review pending info for property tax return and email to Maria for conf call with client | 1.00 | 255 | 255 |
| 7/22/2010 | RODRIGUEZ, ZULMA | Property Tax | property return, updating inveoty schedule however info do not tie with AFS | 1.50 | 255 | 383 |
| 7/23/2010 | RODRIGUEZ, ZULMA | Property Tax | property sent, and all differences compnarnig info sent for ext, updating | 3.00 | 255 | 765 |
| 7/30/2010 | RODRIGUEZ, ZULMA | Property Tax | discussing with Nelson positions with property return | 0.50 | 255 | 128 |
| 7/30/2010 | TRAVERSO, NELSON ORWIL | Property Tax | discussing with Zulma positions with respect to certain property tax returns. | 2.50 | 188 | 470 |
| 7/30/2010 | TRAVERSO, NELSON ORWIL | Property Tax | property tax returns. Received additional information from the clietn regarding fixed | 4.60 | 188 | 865 |
| 7/21/2010 | WALKER, DEBORAH | Payroll Tax | Follow up Debra Heikkkinen | 0.50 | 610 | 305 |
| | | | **Total** | **21.20** | | **6,556** |

# EXHIBT D

**W. R. Grace**
**Expenses Detail**
**July 1- July 31 expenses**

| Date | Name | Description | Related Expenses |
|---|---|---|---|
| 07/06/2010 | GORDON, JARED H | Telephone: Conference: Call between Jared Gordon and Interest Analyzer team, and Grace | $ 2 |
| 07/20/2010 | GORDON, JARED H | Telephone: Conference: Follow up conference call regarding interest netting. | $ 9 |
| | **Expenses for July 2010** | | **$11** |

# EXHIBT D

**W. R. Grace**
**Expenses Detail**
**July 1- July 31 expenses**

| Date | Name | Description | Related Expenses |
|---|---|---|---|
| 07/06/2010 | GORDON, JARED H | Telephone: Conference: Call between Jared Gordon and Interest Analyzer team, and Grace | $ 2 |
| 07/20/2010 | GORDON, JARED H | Telephone: Conference: Follow up conference call regarding interest netting. | $ 9 |
| | **Expenses for July 2010** | | **$11** |