IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: W.R. GRACE & CO., et al.,[1] | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 |
| Debtors. | ) | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, LAURI SHIPPERS, hereby certify that on November 5, 2010, I caused a true and correct copy of the attached NOTICE OF DEFECTIVE TRANSFER OF CLAIM RE DOCKET NO 25704 to be served on the following party[ies]:

| | |
|---|---|
| INSTALLATION DESIGN SERVICES | DACA 2010L LP |
| 2208 OLD COVINGTON HWY SW | 1565 HOTEL CIR S STE 310 |
| PO BOX 296 | SAN DIEGO, CA 92108 |
| CONYERS, GA 30012 | |

DATED: November 8, 2010
Kansas City, Missouri

_____
LAURI SHIPPERS

State of Missouri     )
                      ) ss
County of Jackson     )

Personally appeared before me on November 8, 2010, Lauri Shippers, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.

MIKE G. BOOTH
Notary Public - Notary Seal
State of Missouri
Commissioned for Jackson County
My Commission Expires: August 04, 2013
Commission Number: 09850058

_____

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>**W.R. GRACE & CO., et al.,**[1]<br>                Debtors. | Chapter 11<br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER OF CLAIM RE DOCKET 25704

**Filed:** 11/5/2010
**Docket Number:** 25704
**Transferor:** INSTALLATION DESIGN SERVICES
**Transferee:** DACA 2010L LP

PLEASE TAKE NOTICE, that the Transfer of Claim (the "Transfer Notice") referenced above that was filed with the Clerk of the Court is being returned to the Transferee as a Defective Transfer of Claim for the following reason(s):

☐ The Claim has been previously transferred in its entirety to another Transferee.

☒ Proof of Claim has already been filed.

☒ Proof of Claim filed in a different amount than reflected in Transfer Notice.

☒ Other: Wrong FRBP rule & wrong amount cited

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Dated:  11/5/2010               **BMC GROUP**
                                Claims Reconciliation and Solicitation Consultant
                                444 N. Nash Street
                                El Segundo, CA 90245

                                For and on behalf of Rust Consulting, Inc.
                                Official Claims and Noticing Agent for the
                                Clerk of the Court

## PROOF OF SERVICE

I, Lauri Shippers, am over the age of eighteen years and not a party to the within action. I am employed by BMC Group, the Claims Reconciliation and Solicitation Consultant, for and on behalf of Rust Consulting, Inc., the Official Noticing Agent of the Court. My business address is 444 North Nash Street, El Segundo, California 90245. On 11/5/2010, I caused a true and correct copy of the "Notice of Defective Transfer of Claim" to be served upon the following parties:

> INSTALLATION DESIGN SERVICES
> 2208 OLD COVINGTON HWY SW
> PO BOX 296
> CONYERS, GA 30012
>
> DACA 2010L LP
> 1565 HOTEL CIR S STE 310
> SAN DIEGO, CA 92108

by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully pre-paid, and deposited in the mail in El Segundo, California.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/5/2010

                                          /s/Lauri Shippers
                                            Lauri Shippers