**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., <u>et al</u>. | ) | Case No. 01-1139 (JKF) |
|  | ) |  |
| Debtors. | ) | Objection Deadline: November 29, 2010 at 4:00 p.m. |
|  | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO FIFTY-SEVENTH MONTHLY APPLICATION OF
TOWERS WATSON, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, ASBESTOS PI FUTURE
CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010</u>**

| | |
|---|---|
| Name of Applicant: | Towers Watson |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of December 29, 2004 (pursuant to this Court's Order entered March 21, 2004) |
| Period for which compensation is sought: | September 1, 2010 through September 30, 2010 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $483.00 |
| 80% of fees to be paid: | $386.40 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 0.00 |
| Total Fees @ 80% and 100% Expenses: | $386.40 |

This is an:   __  interim   X   monthly   __  final application.

**COMPENSATION SUMMARY**
September 2010

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (25 years) FCAS | $690 | 0.70 | $483.00 |
| **Total Blended Rate: $690.00** | | | **0.70** | **$483.00** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 0.70 | $483.00 |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |

| **September 2010 – Grand Total** | |
|---|---|

Respectfully submitted,

TOWERS WATSON

By: */S/ JENNIFER L. BIGGS*
Jennifer L. Biggs, FCAS, MAAA
101 S. Hanley Rd.
St. Louis, MO 63105
(314) 719-5843

Dated: November 5, 2010