IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## VERIFICATION

**STATE OF MISSOURI**

**COUNTY OF ST. LOUIS, TO WIT:**

Jennifer L. Biggs, after being duly sworn according to law, deposes and says:

1. I am an actuarial consultant of the applicant consulting firm Towers Watson.

2. I am familiar with the services rendered by Towers Watson, actuarial consultants to David T. Austern as Asbestos PI Future Claimants' Representative ("FCR"). The work performed on behalf of the FCR by professionals of the firm is described in the invoices attached as Exhibit A hereto.

3. I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.


    /S/ JENNIFER L. BIGGS
    JENNIFER L. BIGGS

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 5TH DAY OF NOVEMBER, 2010

/S/ DIANA NIEMEYER
Notary Public

My commission expires: April 25, 2013