**EXHIBIT A**

**Sep-10**

| Jenni Biggs | 9/1/2010 | <u>0.70</u> | $690 | <u>$483.00</u> | Research regarding Libby claimants |
|---|---|---|---|---|---|
| | | 0.70 | | $483.00 | |