# EXHIBIT A

**WR Grace**
**April 2010 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Thu 1 | Comm w/Blackstone(JOC) re Grace financials | 0.7 |
| | Review docket filings | 0.7 |
| Fri 2 | Review docket filings | 0.9 |
| Mon 5 | Comm w/Blackstone(JS) re Grace financials | 0.2 |
| | Review Grace financial info | 4.0 |
| | Review docket filings | 0.5 |
| Tue 6 | Review Grace financial info | 3.1 |
| | Review docket filings | 0.6 |
| Wed 7 | Review Grace financial info | 2.3 |
| | Work on Grace valuation | 4.0 |
| ` | I/C re valuation method | 0.7 |
| | Review docket filings | 0.7 |
| Thu 8 | Review Grace financial info | 1.2 |
| | Review docket filings | 1.0 |
| Fri 9 | Comm w/OHS(Dfe) re hearing | 0.2 |
| | Review docket filings | 1.0 |
| Mon 12 | Review docket filings | 0.2 |
| Tue 13 | Review docket filings | 0.7 |
| Wed 14 | Review Grace valuation materials | 3.2 |
| | Review docket filings | 0.6 |
| Thu 15 | Review docket filings | 1.1 |
| Fri 16 | Review docket filings | 0.8 |
| | Comm w/OHS(Dfe) re hearing | 0.3 |
| Mon 19 | Prep and attend Grace omnibus hearing | 1.5 |
| | Review docket filings | 0.8 |
| Tue 20 | Review docket filings | 0.8 |
| Wed 21 | Review docket filings | 0.9 |
| Thu 22 | Review docket filings | 0.2 |
| Fri 23 | Review docket filings | 0.4 |
| Mon 26 | Review docket filings | 0.4 |
| Tue 27 | Review docket filings | 0.5 |
| | Comm w/OHS(Dfe) re hearing | 0.5 |
| | Comm w/OHS (RF) re financial info, meeting | 0.5 |
| Wed 28 | Review docket filings | 1.0 |
| | Comm w/OHS (RF) re financial info, meeting | 1.1 |
| Thu 29 | Review docket filings | 0.3 |
| Fri 30 | Review docket filings | 1.1 |
| | TOTAL TIME (HRS) | 38.7 |

**WR Grace**
**April 2010 Time - George Coles, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Tue 6 | Review docket | 1.5 |
| Tue 6 | Financial analysis | 3.0 |
| Wed 7 | Financial analysis | 4.0 |
| Thu 8 | Financial analysis | 5.0 |
| Fri 9 | Review docket | 0.5 |
| Wed 14 | Review docket | 0.5 |
| Thu 15 | Financial analysis | 5.0 |
| Fri 16 | Financial analysis | 5.5 |
| Tue 20 | Financial analysis | 4.0 |
| Wed 21 | Financial analysis | 4.0 |
| Thu 22 | Review docket | 1.5 |
| Thu 22 | Financial analysis | 3.0 |
| Fri 23 | Financial analysis | 5.0 |
| Thu 29 | Review docket | 1.5 |
| Fri 30 | Financial analysis | 5.0 |
|  | TOTAL TIME (hrs) | 49.0 |

**WR Grace**
**April 2010 Time - Claire Burke, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Fri 2 | Review docket | 1.0 |
| Tue 6 | Review docket | 1.0 |
| Fri 9 | Review docket | 0.5 |
| Fri 7 | Review docket | 1.0 |
|  | Fee app prep | 1.0 |
| Mon 12 | Review docket | 0.3 |
| Tue 13 | Review docket | 0.5 |
| Thu 15 | I/C re fee app | 2.0 |
| Fri 16 | Review docket | 1.0 |
| Wed 21 | Review docket | 0.5 |
| Fri 23 | Review docket | 1.0 |
| Mon 26 | Review docket | 1.0 |
| Tue 27 | Review docket | 1.2 |
| Wed 28 | Financial analysis | 6.0 |
|  | Review docket | 0.5 |
|  | TOTAL TIME (HRS) | 18.5 |

# EXHIBIT A

**WR Grace**
**May 2010 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 3 | Review docket filings | 0.3 |
| | Review/analyze Grace projections | 3.2 |
| | Comm w/OHS(RW) re fee apps | 0.4 |
| Tue 4 | Review docket filings | 1.0 |
| | Review/analyze Grace projections | 1.4 |
| Wed 5 | Review docket filings | 0.5 |
| | Review/analyze Grace projections | 4.1 |
| Thu 6 | Review docket filings | 0.7 |
| Fri 7 | Review docket filings | 0.7 |
| Mon 10 | Comm w/OHS (Various) re 8-k, DPA, team assignment | 2.8 |
| | Review docket filings | 0.3 |
| Tue 11 | Comm w/Blackstone re project Oly | 0.2 |
| | Analysis Project Oly | 2.2 |
| | Review docket filings | 0.5 |
| Wed 12 | Analysis Project Oly | 0.5 |
| | Review docket filings | 0.5 |
| | Review/analyze warrant issues | 4.1 |
| | Comm w/Blackstone(MB) re pension | 0.4 |
| Thu 13 | Review and analyze pension motion | 2.5 |
| | Comm w/OHS (RW) re warrants | 0.7 |
| | Review docket filings | 1.0 |
| Fri 14 | Review and analyze pension motion | 2.0 |
| | Prep for wt call | 2.1 |
| | Review docket filings | 0.8 |
| | Comm w/Blackstone re pension | 0.6 |
| Mon 17 | Comm w/OHS (RS) re warrants | 1.0 |
| | Analysis for presentation | 1.3 |
| | Review docket filings | 0.3 |
| Tue 18 | Comm w/OHS (RF) re financial meeting, analysis | 0.3 |
| | Analysis for presentation | 1.2 |
| | Review docket filings | 0.5 |
| Wed 19 | Comm w/OHS (RW) re financial meeting, analysis | 0.3 |
| | Review docket filings | 2.1 |
| Thu 20 | C/C re pension plan | 1.0 |
| | Review docket filings | 0.3 |
| Fri 21 | Review docket filings | 0.5 |
| | Analysis for presentation | 2.5 |
| Mon 24 | Comm w/OHS (Dfe) re financial meeting, analysis | 0.4 |
| | Review draft presentation fincl info | 2.4 |
| | Review docket filings | 0.7 |
| Tue 25 | Comm w/OHS (Dfe,RW) re hearings, fee auditor, PJC | 0.7 |
| | Review draft presentation fincl info | 1.2 |
| | Review docket filings | 0.4 |
| Wed 26 | Travel to and from Wash DC | 7.5 |
| | Presentation of fincl info to FCR | 2.5 |
| Thu 27 | Review docket filings | 0.8 |
| Fri 28 | Comm w/OHS (RW) re fincl info, meeting | 0.7 |

TOTAL TIME (HRS)  62.1

**WR Grace**
**May 2010 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Wed 12 | Review information on Project Oly | 1.5 |
| | Review pension information | 2.0 |
| | Review docket | 0.2 |
| Thu 13 | Review 8k and Plan Documents | 1.0 |
| | Discussions re: Case status | 0.5 |
| | Review docket | 0.2 |
| Fri 14 | Review docket | 0.2 |
| Mon 17 | Conference call re: plan issues | 0.3 |
| | Review of financial presentation | 2.0 |
| | Review docket | 0.1 |
| Tue 18 | Review of financial presentation/financial analysis | 3.0 |
| | Review docket | 0.1 |
| Wed 19 | Review docket | 0.2 |
| Thu 20 | Review of financial presentation/financial analysis | 2.0 |
| | Review docket | 0.2 |
| Fri 21 | Review docket | 0.3 |
| Mon 24 | Review of financial presentation/financial analysis | 2.0 |
| | Review docket | 0.3 |
| Tue 25 | Review of financial presentation/financial analysis | 3.0 |
| | Review docket | 0.2 |
| Wed 26 | Travel to Washington, DC | 3.5 |
| Wed 26 | Orrick meeting | 2.5 |
| Wed 26 | Travel from Washington, DC | 3.0 |
| Thu 27 | Review docket | 0.3 |
| Fri 28 | Review of financial information | 0.5 |
| | TOTAL TIME (hrs) | 29.1 |

**WR Grace**
**May 2010 Time - George Coles, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Mon 3 | Financial analysis | 2.0 |
| Mon 3 | Review docket | 1.5 |
| Fri 7 | Review docket | 0.5 |
| Mon 10 | Financial analysis | 3.0 |
| Thu 13 | Review docket | 1.5 |
| Thu 13 | Financial analysis | 3.0 |
| Thu 20 | Prepare financial presentation/analysis | 3.0 |
| Fri 21 | Prepare financial presentation/analysis | 4.0 |
| Sun 23 | Prepare financial presentation/analysis | 6.5 |
| Mon 24 | Prepare financial presentation/analysis | 7.0 |
| Tue 25 | Prep for meeting | 4.0 |
| Wed 26 | Travel to Washington, DC | 2.5 |
| Wed 26 | Orrick meeting | 2.5 |
| Wed 26 | Travel from Washington, DC | 2.5 |
| Fri 28 | Review docket | 1.5 |
| | TOTAL TIME (hrs) | 45.0 |

**WR Grace**
**May 2010 Time - Claire Burke, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Mon 3 | Financial analysis | 2.0 |
| Mon 3 | Review docket | 0.2 |
| Thu 8 | Review docket | 0.2 |
| Tue 11 | Review docket | 0.2 |
| Thu 13 | Review docket | 0.2 |
| Fri 14 | Review docket | 0.2 |
| Sun 16 | Prepare financial presentation/analysis | 7.0 |
| Mon 17 | Prepare financial presentation/analysis | 4.0 |
| Tue 18 | Prepare financial presentation/analysis | 4.0 |
| Wed 19 | Prepare financial presentation/analysis | 4.0 |
| Thu 20 | Prepare financial presentation/analysis | 3.0 |
| Fri 21 | Prepare financial presentation/analysis | 3.0 |
| Sun 23 | Prepare financial presentation/analysis | 2.0 |
| Mon 24 | Prepare financial presentation/analysis | 5.0 |
| Tue 25 | Prep for meeting | 1.0 |
| Fri 28 | Financial analysis | 1.0 |
|  | TOTAL TIME (hrs) | 37.0 |

# EXHIBIT A

**WR Grace**
**June 2010 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Tue 1 | I/C re bulding products markets w/Corum | 1.0 |
| | Review/analysis docket items | 0.7 |
| Wed 2 | Review/analysis docket items | 0.5 |
| thu 3 | Review/analysis docket items | 0.8 |
| Fri 4 | Pension motion analysis | 1.3 |
| | Review/analysis docket items | 0.4 |
| Mon 7 | Pension motion analysis | 2.0 |
| | Review/analysis docket items | 0.2 |
| | Comm w/OHS (Dfe) re omnibus | 0.2 |
| | Comm w/COFC (JS) re pension issues | 0.7 |
| Tue 8 | Pension motion analysis | 0.6 |
| | Review/analysis docket items | 0.5 |
| | Comm w/OHS (RW) re pension | 0.7 |
| Wed 9 | Review/analysis docket items | 0.7 |
| Thu 10 | Grace Pension analysis call | 1.0 |
| | Comm w/OHS (Dfe) re pension | 0.6 |
| | Comm w/COFC (JS) re pension issues | 0.9 |
| Fri 11 | Review/analysis docket items | 0.4 |
| Mon 14 | Comm w/OHS (Dfe) re pension response, hearings | 0.5 |
| | Review/analysis docket items | 0.9 |
| Tue 15 | Review/analysis docket items | 0.3 |
| Wed 16 | Comm w/OHS (Dfe) re pension response | 1.0 |
| | Draft pension response financial | 2.5 |
| | Review/analysis docket items | 0.6 |
| Thu 17 | I/C re pension response | 1.4 |
| | Review/analysis docket items | 0.6 |
| Fri 18 | Comm w/OHS (Dfe) re response letter | 2.0 |
| | Review/analysis docket items | 0.5 |
| Mon 21 | Review/analysis docket items | 0.9 |
| Tue 22 | Comm w/OHS (Dfe) re Aon plan | 0.4 |
| Wed 23 | Review/analysis docket items | 0.2 |
| Thu 24 | Review/analysis docket items | 0.4 |
| | Review/analysis docket items | 0.5 |
| Fri 25 | Review analyze AON briefing | 2.0 |
| | Review/analysis docket items | 0.2 |
| Mon 28 | Review analyze AON briefing | 1.5 |
| | Review/analysis docket items | 0.2 |
| | Comm w/COFC (JS) re pension issues | 0.7 |
| Tue 29 | Comm w/Blackstone (JOC) re pension | 0.3 |
| | Review/analysis docket items | 0.5 |
| Wed 30 | Review/analysis docket items | 0.3 |
| | Review Grace biz articles -June | 1.0 |
| | TOTAL TIME (HRS) | 32.6 |

**WR Grace**
**June 2010 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Tue 1 | Review/analysis docket items | 0.6 |
| Wed 2 | Review/analysis docket items | 0.3 |
| Thu 3 | Review/analysis docket items | 0.4 |
| Fri 4 | Review/analysis docket items | 0.7 |
|  | Review pension motion | 1.0 |
| Mon 7 | Telephonic court hearing | 0.5 |
|  | Review of monthly operating report | 1.0 |
|  | Review/analysis docket items | 0.5 |
| Tue 8 | Review/analysis docket items | 0.5 |
|  | Pension issue analysis | 1.0 |
| Wed 9 | Review/analysis docket items | 0.1 |
| Thu 10 | Conference call re: pension issues | 1.0 |
|  | Review/analysis docket items | 0.4 |
| Mon 14 | Review/analysis docket items | 0.8 |
| Wed 16 | Review/analysis docket items | 0.4 |
|  | Pension issue analysis | 1.2 |
| Fri 18 | Pension issue analysis | 1.0 |
|  | Review/analysis docket items | 0.4 |
| Mon 21 | Review/analysis docket items | 0.3 |
| Tue 22 | Review of retirement plan information | 1.5 |
| Wed 23 | Review/analysis docket items | 0.4 |
| Mon 28 | Review/analysis docket items | 0.7 |
| Wed 30 | Review/analysis docket items | 0.5 |
|  | TOTAL TIME (hrs) | 15.2 |

**WR Grace**
**June 2010 Time - George Coles, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Tue 1 | Review hearing agenda | 0.1 |
| Fri 4 | Review pension motion | 1.5 |
| Fri 4 | Review docket | 1.3 |
| Wed 9 | Review docket | 1.0 |
| Wed 9 | Review monthly operating report | 1.5 |
| Thu 10 | Prep for call | 0.5 |
| Thu 10 | Pension call | 0.5 |
| Mon 14 | Financial analysis | 2.0 |
| Mon 14 | Review docket | 1.0 |
| Tue 15 | Review docket | 1.0 |
| Fri 18 | Financial analysis | 2.0 |
| Wed 23 | Review of retirement plan information | 0.5 |
| Wed 23 | Review docket | 0.5 |
|  | TOTAL TIME (hrs) | 13.4 |

**WR Grace**
**June 2010 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Fri 4 | Review DB plan funding motion | 2.0 |
| Mon 7 | Review monthly report | 3.0 |
| Wed 9 | Review docket | 0.5 |
| Fri 11 | Review docket | 0.5 |
| Tue 15 | Review docket | 0.5 |
| Thu 17 | Review docket | 0.5 |
| Fri 18 | Review docket | 0.5 |
| Mon 21 | Review docket | 0.5 |
| Wed 23 | Review docket | 0.5 |
| Fri 25 | Review docket | 0.5 |
| Mon 28 | Review docket | 0.5 |
| Tue 29 | Review retirement plan design study | 4.0 |
| | TOTAL TIME (hrs) | 13.5 |