# EXHIBIT B

**W.R. Grace**
**Lincoln Expense Detail Report (April 1, 2010 – June 30, 2010)**
(Dates Represent Posting Date of Expense)

April 2010
Telephone $ 138.95

May 2010
Telephone $ 140.55
Express Mail $ 14.99
Meals $ 43.88

June 2010
Telephone $ 234.20
Express Mail $ 51.69
Airfare $ 1,453.20
Car Transportation $ 818.92

**TOTAL EXPENSES:** **$ 2,896.38**