**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Objection Deadline: November 26, 2010 at 4:00 p.m. |
| | ) | Hearing: December 13, 2010 at 10:00 a.m. |

**COVER SHEET TO TWENTY-SECOND QUARTERLY APPLICATION OF TOWERS WATSON, ACTUARIAL CONSULTANTS TO DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2010 THROUGH JUNE 30, 2010**

| | |
|---|---|
| Name of Applicant: | Towers Watson |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered December 21, 2004) |
| Period for which compensation is sought: | April 1, 2010 through June 30, 2010 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $21,683.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $      0.00 |

This is an:   X   interim        monthly        final application.

**COMPENSATION SUMMARY**
**April 1, 2010 through June 30, 2010**

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (25 years) FCAS | $690 | 10.70 | $7,383.00 |
| Julianne Callaway | Analyst (6 years) ACAS | $340 | 21.00 | $7,140.00 |
| Jeffrey Kimble | Consulting Actuary (9 years) ACAS | $450 | 3.00 | $1,350.00 |
| Adam Luechtefeld | Analyst (7 years) | $260 | 4.00 | $1,040.00 |
| Caroline Muegge | Analyst (1 year) | $220 | 1.00 | $220.00 |
| Rhamonda Riggins | Analyst (8 years) | $325 | 14.00 | $4,550.00 |
| **Total Blended Rate: $403.78** | | | **53.70** | **$21,683.00** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 53.70 | $21,683.00 |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| **No Expenses** | **$0.00** |

| | |
|---|---|
| **April – June 2010 – Grand Total** | **$21,683.00** |

Respectfully submitted,

TOWERS WATSON

By: */S/ JENNIFER L. BIGGS*
    Jennifer L. Biggs, FCAS, MAAA
    101 S. Hanley Rd.
    St. Louis, MO 63105
    (314) 719-5843

Dated: October 5, 2010