# CERTIFICATE OF SERVICE

I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on November 8, 2010, I caused the *Notice, Cover Sheet, Twenty-Second Quarterly Interim Application of Towers Watson, Actuarial Consultants to David T. Austern, Asbestos PI Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the Time Period April 1, 2010 through June 30, 2010, and Verification*, to be served upon those persons as shown below and a copy of the *Notice and Cover Sheet* to all parties as shown on the attached Service List.

| | |
|---|---|
| *Federal Express* <br> Laura Davis Jones, Esquire <br> David W. Carickhoff, Jr., Esquire <br> Pachulski, Stang, Ziehl, Young & Jones P.C. <br> 919 North Market Street, 16th Floor <br> Wilmington, DE 19899-8705 | *Email: vdimaio@parcelsinc.com* <br> Vito I. DiMaio <br> Parcels, Inc. <br> 10th & King Streets, P.O. Box 27 <br> Wilmington, DE 19899 |
| *Federal Express* <br> David M. Klauder, Esquire <br> Office of the United States Trustee <br> 844 King Street, Suite 2207, Lockbox 35 <br> Wilmington, DE 19801 | *Federal Express and Email:* <br> *feeaudit@whsmithlaw.com and* <br> *bruhlander@whsmithlaw.com* <br> Bobbi Ruhlander <br> Warren H. Smith & Associates <br> 325 N. St. Paul, Suite 1275 <br> Dallas, TX 75201 |
| *Federal Express and E-mail:* <br> *richard.finke@grace.com* <br> David B. Siegel <br> W.R. Grace and Co. <br> 7500 Grace Drive <br> Columbia, MD 21044 | *E-mail: nglassman@bayardfirm.com* <br> (Local Counsel to DIP Lender) <br> Neil B. Glassman, Esquire <br> The Bayard Firm |
| *E-mail: mhurford@del.camlev.com* <br> (Local Counsel to Asbestos Claimants) <br> Mark T. Hurford, Esquire <br> Campbell & Levine, LLC | *E-mail: ttacconelli@ferryjoseph.com* <br> (Local Counsel for Property Damage Claimants) <br> Theodore Tacconelli, Esquire <br> Ferry & Joseph, P.A. |
| *E-mail: mlastowski@duanemorris.com* <br> (Local Counsel to Official Committee of Unsecured Creditors) <br> Michael R. Lastowski, Esquire <br> Duane, Morris & Heckscher LLP | *E-mail: currier@klettrooney.com* <br> (Local Counsel for Official Committee of Equity Holders) <br> Teresa K.D.Currier, Esquire <br> Klett Rooney Lieber & Schorling |
| *E-mail: lkruger@stroock.com* <br> (Official Committee of Unsecured Creditors) <br> Lewis Kruger, Esquire <br> Stroock & Stroock & Lavan LLP | *E-mail: pvnl@capdale.com* <br> (Official Committee of Personal Injury Claimants) <br> Elihu Inselbuch, Esquire <br> Peter Van N. Lockwood, Esquire <br> Caplin & Drysdale, Chartered |

| | |
|---|---|
| ***E-mail: adampaul@kirkland.com; johndonley@kirkland.com; deannaboll@kirkland.com*** <br> (Counsel to Debtor) <br> Adam Paul, Esquire, John Donley, Esquire, <br> Deanna Boll, Esquire <br> Kirkland & Ellis | ***E-mail: jsakalo@bilzin.com*** <br> (Official Committee of Property Damage Claimants) <br> Scott L. Baena, Esquire <br> Jay Sakalo, Esquire <br> Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| ***E-mail: david.heller@lw.com and carol.hennessey@lw.com*** <br> (Counsel to DIP Lender) <br> J. Douglas Bacon, Esquire <br> Latham & Watkins | ***E-mail: pbentley@kramerlevin.com*** <br> (Counsel to Official Committee of Equity Holders) <br> Philip Bentley, Esquire <br> Kramer Levin Naftalis & Frankel LLP |

_____
Debra O. Fullem
Orrick, Herrington & Sutcliffe LLP