# Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

November 08, 2010

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #10107

Professional Services

| | | Hours | Amount |
|---|---|---|---|
| 7/1/2010 AL | Draft WHSA's Monthly Invoice for the Month of June | 0.50 | 22.50 |
| JAW | Proofread WHSmith June 2010 fee detail and Notice (0.2); draft summary of same (0.1) | 0.30 | 45.75 |
| AL | Update database with Steptoe's January (.2) February (.2) and March (.2) fee applications (hard copies); Day Pitney's May fee application (hard copy) (.2); Beveridge's 36Q fee application (hard copy) (.2); Kramer's May fee application (electronic pdf only) (.1) | 1.10 | 49.50 |
| 7/2/2010 MW | Draft monthly fee application of WHSA (.8); preliminary review of same (.3); send same to J. Wehrmann for review (.1). | 1.20 | 168.00 |
| AL | Update database with Rich's June electronic detail (.1); Beveridge's April (.2) and May (.2) fee applications (hard copies) | 0.50 | 22.50 |
| 7/6/2010 AL | Update database with K&E's May fee application (hard copy) | 0.20 | 9.00 |
| AL | Electronic filing with the Court of WHSA's June Invoice | 0.40 | 18.00 |
| AL | Update database with Capstone's May fee application (electronic copy) (.1); Bilzin's May fee application (hard copy) (.2); AKO's May fee application (hard copy) (.2); Caplin's May fee application (hard copy) (.2); Charter Oak's May fee application (hard copy) (.2); Campbell & Levine's May fee application (hard copy) (.2); Day Pitney's 36Q fee application (hard copy) (.2) | 1.30 | 58.50 |
| 7/7/2010 BSR | Receive and review response of Canadian ZAI claimants to initial report | 0.10 | 26.50 |
| BSR | Receive and review agenda for July 14 hearing; respond to Warren Smith re same | 0.20 | 53.00 |

W.R. Grace & Co.

| | | Hours | Amount |
|---|---|---|---|
| 7/7/2010 AL | Update database with Ogilvy's May electronic detail (.1); Capstone's May fee application (hard copy) (.2); Charter Oaks April fee application (hard copy) (.2) | 0.50 | 22.50 |
| 7/8/2010 AL | Update database with Ogilvy's May fee application (hard copy) (.2); 7/14/10 hearing agenda (.1); Pachulski's May electronic fee application (pdf version only) (.1) | 0.40 | 18.00 |
| BSR | Draft final report re Canadian ZAI claimants amended 503(b) application | 3.30 | 874.50 |
| 7/9/2010 AL | Update database with Ewing's electronic May invoice (pdf version only) (.1), same re Ewing's May full electronic detail (.1) | 0.20 | 9.00 |
| BSR | Draft emails (2) to Karen Harvey requesting additional information re certain expenses for Lauzon Belanger and Scarfone Hawkins | 0.30 | 79.50 |
| BSR | Receive and review expense information provided by Canadian ZAI counsel | 1.90 | 503.50 |
| AL | Update database with Pachulski's March fee application (hard copy) | 0.20 | 9.00 |
| BSR | Draft e-mail to Anthony Lopez re preparing exhibits for final report on Lauzon Belanger and Scarfone Hawkins | 0.10 | 26.50 |
| AL | Draft response exhibits 4 and 5 for B. Ruhlander (.3), draft email to Saul Ewing requesting editable electronic detail for the month of May (.1) | 0.40 | 18.00 |
| 7/10/2010 BSR | continued review of materials provided by Canadian ZAI counsel in response to initial report (2.0); continued drafting of final report re Canadian ZAI claimants' amended 503(b) application (6.5), as well as email to Warren Smith re same (.1) | 8.60 | 2,279.00 |
| 7/11/2010 BSR | receive, review, and respond to email from Warren Smith re revisions to Canadian ZAI claimants final report; draft email to Dan Hogan re additional information needed | 0.20 | 53.00 |
| 7/12/2010 BSR | Draft e-mail to Warren Smith re revisions to Canadian ZAI counsel final report | 0.30 | 79.50 |
| MW | Receive, review and finalize Final Report re Canadian Zai Motion (.3); e-file same (.2). | 0.50 | 70.00 |
| AL | Update database with Canadian ZAI's 30Q FR (.1); Ewing's May fee application (hard copy) (.2); Canadian ZAI's Amended 30Q FR (.1) | 0.40 | 18.00 |
| AL | Receive, review and respond to email from B. Ruhlander re Canadian ZAI docket number | 0.10 | 4.50 |
| JAW | detailed review of Orrick Herrington March 2010 fee application (2.8) | 2.80 | 427.00 |
| BSR | Draft e-mail to Jamie O'Neill re final report on Canadian ZAI Counsel's amended 503(b) motion | 0.20 | 53.00 |

W.R. Grace & Co.

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/12/2010 | BSR | Left detailed telephone voicemail and drafted email to Lynzy Oberholzer re status of our final report and getting final report to the Judge; telephone conference with Patty Cunniff re same | 0.10 | 26.50 |
| | BSR | Receive and review hearing agenda for July 14 hearing and draft email to Warren Smith re same | 0.10 | 26.50 |
| | MW | Draft updates to category spreadsheet (.4). | 0.40 | 56.00 |
| | BSR | Receive and review additional expense itemization provided by Scarfone Hawkins (.4); draft email to Anthony Lopez requesting conversion to pdf format and review same (.1); revise final report re 503(b) applicants to reflect new information (.7) | 1.20 | 318.00 |
| | BSR | telephone conference with Warren Smith re hearing set for July 14 on Canadian ZAI claimants 503(b) motion (.1); telephone conference with Dan Hogan re response (.1); left voicemail and sent email to Jamie O'Neill re procedure for July 14 if all parties in agreement (.1); draft email to Warren Smith re same (.1); draft emails to Karen Harvey re response needed from Scarfone Hawkins (.1) | 0.50 | 132.50 |
| | AL | Electronic filing with the court of Canadian ZAI's 30Q FR | 0.30 | 13.50 |
| | AL | Receive, review and respond to email from B. Ruhlander re ZAI's 30Q FR | 0.10 | 4.50 |
| | WHS | detailed review of, and revisions to, FR Lauzon and Scarfone Amended 503(b) | 0.30 | 88.50 |
| 7/13/2010 | BSR | Receive and review emails re telephonic hearing on 7/14/10 and forward same to Anthony Lopez and Melanie White | 0.10 | 26.50 |
| | BSR | Receive and review amended agenda for July 14 hearing | 0.10 | 26.50 |
| | AL | Update database with Canadian Zai Complete 30Q Response (.2), Amended Agenda for 7/14/10 hearing (.1) | 0.30 | 13.50 |
| | AL | Prepare hearing binder for 7/14/10 hearing | 1.00 | 45.00 |
| | AL | Research PACER for Amended Agenda for 7/14/10 Hearing | 0.30 | 13.50 |
| | JAW | Draft summary of Orrick Herrington March 2010 fee application (0.5) | 0.50 | 76.25 |
| 7/14/2010 | BSR | Legal research re contingency fee awards under 503(b) | 2.70 | 715.50 |
| | BSR | telephone conference with Warren Smith re additional research needed on issue of contingency fees and § 503(b) substantial contribution cases | 0.10 | 26.50 |
| | AL | Update database with Woodcock's May fee application (hard copy) (.2); Casner's May electronic detail (pdf version only) (.1), Woodcock's May electronic detail (pdf version only) (.1); Nelson's February electronic detail (pdf version only) (.1) | 0.50 | 22.50 |

W.R. Grace & Co.                                                                                            Page    4

|  |  | | **Hours** | **Amount** |
|---|---|---|---|---|
| 7/15/2010 AL | Update database with Nelson's February fee application (hard copy) (.2); Casner's May fee application (hard copy) (.2) | | 0.40 | 18.00 |
| AL | Update database with Nelson's April electronic detail (.1). | | 0.10 | 4.50 |
| AL | Research PACER for 23rd interim Orders entered (.8); begin draft of docket numbers for prior period paragraphs (.8). | | 1.60 | 72.00 |
| AL | research all applications received for 37th interim (.9); confer with B. Ruhlander re same (.1). | | 1.00 | 45.00 |
| 7/16/2010 AL | Update database with Nelson's April fee application (hard copy) (.2); Alan Rich's 36Q electronic detail (.1); Sanders' 25Q electronic detail (.1) | | 0.40 | 18.00 |
| AL | Research PACER and begin drafting 23rd Interim Prior Period Paragraphs | | 1.50 | 67.50 |
| 7/19/2010 AL | Update database with Nelson's March fee application (hard copy) (.2); Orrick March Summary (.1) | | 0.30 | 13.50 |
| AL | Continue drafting 23Q prior period paragraph | | 0.70 | 31.50 |
| 7/20/2010 AL | Update database with Nelson's 34Q fee application (hard copy) (.2); Pachulski's 36Q fee application (hard copy) (.2) | | 0.40 | 18.00 |
| 7/22/2010 AL | Continue researching PACER for all filed 23rd interim final reports and orders approving 23rd interim fee applications (1.5); create listing of all docket numbers (1.3); draft prior period paragraphs for all applicants for 23rd interim (4.9); telephone call with M. White re same (.1). | | 7.80 | 351.00 |
| 7/23/2010 BSR | detailed review of Capstone's 36th interim fee application | | 0.70 | 185.50 |
| BSR | detailed review of Venable's 36th interim period fee application | | 1.30 | 344.50 |
| BSR | detailed review of Day Pitney's 36th interim fee application and monthly fee applications | | 0.30 | 79.50 |
| AL | Update database with Capstone's June fee application (hard copy) (.2) | | 0.20 | 9.00 |
| AL | Update database with PWC's (COP) March through May electronic detail (.2); PWC's May electronic detail (.1) | | 0.30 | 13.50 |
| BSR | detailed review of Woodstock Washburn's 36th interim fee application | | 0.10 | 26.50 |
| AL | Update database with PWC's May electronic detail | | 0.10 | 4.50 |
| 7/27/2010 AL | Update database with PWC's (Control Optimization Project) March (.2), April & May Combined (.2) fee applications (hard copies);  PWC's May fee application (hard copy) (.2) | | 0.60 | 27.00 |
| 7/28/2010 AL | Draft email to Ferry Joseph requesting editable electronic detail for the month of June | | 0.10 | 4.50 |

W.R. Grace & Co.                                                                                    Page    5

|  |  | Hours | Amount |
|---|---|---|---|
| 7/28/2010 AL | Update database with Hogan's June electronic detail (.1); Scarfone's June electronic detail (.1); Lauzon's June electronic detail (.1); Ferry Joseph's June fee application (electronic pdf only ) (.1); Ferry Joseph's full electronic detail as requested (.1); Reed smith's June electronic detail (.1); Stroock's June electronic detail (.1) | 0.70 | 31.50 |
| AL | Electronic filing with the court of WHSA's June CNO | 0.30 | 13.50 |
| 7/29/2010 AL | Update database with Hogan's June fee application (hard copy) (.2); Scarfone's June fee application (hard copy) (.1); Lauzon's June fee application (hard copy) (.2); Baer's June fee application (hard copy) (.3); Foley's June fee application (hard copy) (.2); Stroock's June fee application (hard copy) (.2); Ewing's June electronic detail (.1) | 1.30 | 58.50 |
| MW | Draft CNO for June invoice of WHSA (.3); research PACER to verify no objections (.5). | 0.80 | 112.00 |
| 7/30/2010 AL | Update database with Ewing's June fee application (hard copy) | 0.20 | 9.00 |
| 8/2/2010 AL | Update database with Morris' June fee application (hard copy) (.2); Ferry's June fee application (hard copy) (.2); Bilzin's June electronic detail (.1); Alan Rich's July fee application (electronic pdf only) (.1); K&E's June electronic detail (pdf only) (.1) | 0.70 | 31.50 |
| JAW | detailed review of Kirkland & Ellis March 2010 fee application (4.0); prepare summary of same (0.40) | 4.40 | 671.00 |
| 8/3/2010 BSR | Draft initial report re Caplin & Drysdale for the 36th interim period | 0.20 | 53.00 |
| BSR | detailed review of Caplin & Drysdale's 36th interim fee application, including monthly fee applications | 0.70 | 185.50 |
| BSR | detailed review of Bilzin Sumberg's 36th interim fee application (including monthly fee applications) | 0.30 | 79.50 |
| BSR | Draft initial report re Bilzin Sumberg's 36th interim fee application | 0.30 | 79.50 |
| BSR | telephone conference with Anthony Lopez re K&E Jan. 2010 monthly fee application (not yet received) | 0.10 | 26.50 |
| BSR | detailed review of K&E's Feb. 2010 monthly fee application | 0.40 | 106.00 |
| BSR | Draft initial report re Caplin & Drysdale for the 36th interim period | 0.40 | 106.00 |
| MW | Draft monthly invoice of WHSA for July 2010 (1.2); send same to J. Wehrmann for preliminary review (.1); revise per J. Wehrmann's comments (.3). | 1.60 | 224.00 |
| AL | Draft email to Kaye Scholer requesting editable electronic detail for the months of May and June (.1) | 0.10 | 4.50 |

W.R. Grace & Co.

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/3/2010 | AL | Telephone conference with B. Ruhlander re K&E's January fee application | 0.10 | 4.50 |
| | AL | Update database with Reed's June fee application (hard copy) (.2); Pachulski's April fee application (hard copy) (.2); Pitney's June fee application (hard copy) (.2); Baer's 6Q interim fee application (hard copy) (.2); Kay Scholer's May (.1) and June (.1) fee application (pdf version only); Orrick's June fee application (full electronic version) (.1) | 1.10 | 49.50 |
| 8/4/2010 | DTW | Review and revise 36th interim initial reports for Caplin and Bilzin (.2). | 0.20 | 33.00 |
| | BSR | Draft e-mail to Anthony Lopez re applications which need to be printed (.3); draft emails to various applicants requesting missing applications for the 36th interim period (.5) | 0.80 | 212.00 |
| | BSR | research server and files for applications not yet received (36th int) | 1.20 | 318.00 |
| | BSR | Draft e-mails to Caplin & Drysdale and Bilzin Sumberg concerning their initial reports | 0.20 | 53.00 |
| | AL | Update database with Scholer's May (.2) and June (.2) fee applications (hard copies) | 0.40 | 18.00 |
| | AL | Receive, review and finalize the IR of Caplin's  36 Q (.3); draft email to B. Ruhlander re same (.1) | 0.40 | 18.00 |
| 8/5/2010 | JAW | Proofread WHSA's July 2010 fee detail and notice (0.20); e-mail to M. White re: any revisions needed to same (0.10) | 0.30 | 45.75 |
| | AL | Assist M. White with WHSA's 37th Interim Fee Application | 0.50 | 22.50 |
| | BSR | Conference with James Wehrmann re review of K&E Jan 2010 and Stroock fee applications (36th) | 0.10 | 26.50 |
| | AL | Update database with Steptoe's May fee application (hard copy) (.2); Bilzin's June fee application (hard copy) (.2) | 0.40 | 18.00 |
| 8/6/2010 | JAW | detailed review of Stroock January 1, 2010 - March 31, 2010 interim fee applicaiton (3.10) | 3.10 | 472.75 |
| | JAW | detailed review of Kirkland & Ellis January 2010 fee applicaiton (3.20); prepare summary of same (2.20) | 5.40 | 823.50 |
| | AL | Electronic filing with court of WHSA's July fee application | 0.50 | 22.50 |
| | AL | Update database with Kramer's June fee application (hard copy) (.2); Blackstone's June fee application (hard copy) (.2); Ogilvy's June electronic detail (.1); K&E's June fee application (hard copy) (.2) | 0.70 | 31.50 |
| 8/9/2010 | JAW | Draft summary of Stroock Janaury 1, 2010 - March 31, 2010 interim fee application (1.0) | 1.00 | 152.50 |

W.R. Grace & Co.                                                                                                  Page    7

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 8/9/2010 | AL | Update database with BMC's January (.1) February (.1) and March (.1) electronic pdf only; Pachulski's May electronic detail (pdf) (.1); K&E January summary (.1) Caplin's June fee application (hard copy) (.2); Austern's January through March interim fee application (hard copy) (.2); Austern's April through June fee application (hard copy) (.2) Steptoe's January through march interim fee application (hard copy) (.2); Charter's June fee application (hard copy) (.2); AKO's June fee application (hard copy) (.2); Campbell's June fee application (hard copy) (.2) Tower's January through March interim fee application (hard copy) (.2)Ogilvy's June fee application (hard copy) (.1); Pitney's April through June fee application (hard copy) (.2) | 2.40 | 108.00 |
| 8/10/2010 | BSR | telephone conference with Jennifer Garner re files to be reviewed for 36th interim period (.1); designate files for Jennifer Garner to review (.2) | 0.30 | 79.50 |
| | AL | Receive, review and finalize the IR of Morris' 3Q (.2); draft email to A. Parnell re same (.1); BKD's 3Q  IR (.3); draft email to A. Parnell re same (.1) | 0.70 | 31.50 |
| | BSR | Receive and review fee summaries for 36th interim period prepared by James Wehrmann | 0.10 | 26.50 |
| | AL | Update database with Kramer's June electronic detail (.1); BMC's January (.2) February (.2) and March (.2) fee applications (hard copies); BMC's January through March Interim fee application (hard copy) (.2); BMC's 36Q electronic detail (.1); Ogilvy's 37Q electronic detail (.1) | 1.10 | 49.50 |
| 8/11/2010 | JPG | Detailed review of 36th interim fee application of Foley Hoag. | 0.40 | 72.00 |
| | AL | Update database with Casner's June fee application (electronic pdf only) (.1); Pachulski's full electronic detail for the months of March (.1) April (.1) and May (.1); Casner's June fee application (hard copy) (.2); Orrick's January (.1) and February (.1) summaries | 0.80 | 36.00 |
| | JPG | Detailed review of 36th interim fee application of Anderson Kill & Olick. | 0.80 | 144.00 |
| | AL | Research PACER re Proviti's (.6) and Reed's (.5) 23Q docket numbers and compare against 23Q fee order | 1.10 | 49.50 |
| | JPG | Detailed review of 36th interim fee application of Beveridge & Diamond. | 0.40 | 72.00 |
| | JPG | Detailed review of 36th interim fee application of Campbell & Levine. | 0.70 | 126.00 |
| | JPG | Detailed review of 36th interim fee applicaiton of Casner & Edwards. | 0.60 | 108.00 |
| | JPG | Detailed review of 36th interim fee application of Charter Oak. | 0.30 | 54.00 |
| | JPG | Detailed review of 36th interim fee application of Ferry, Joseph & Pearce. | 0.80 | 144.00 |
| | BSR | detailed review of Orrick's 36th interim fee application and monthly fee applications (1.2); review and edit fee summaries for inclusion in initial report (.6) | 1.80 | 477.00 |

W.R. Grace & Co.                                                                                              Page      8

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/11/2010 | BSR | Draft initial report re Orrick Herrington & Sutcliffe for the 36th interim period | 0.80 | 212.00 |
|  | BSR | detailed review of Judge Sanders' 36th interim fee application and monthly fee applications | 0.30 | 79.50 |
|  | BSR | receive, review, and respond to email from Jennifer Garner re AKO 36th interim fee application | 0.10 | 26.50 |
|  | BSR | detailed review of Alan Rich's 36th interim application and monthly applications for same | 0.40 | 106.00 |
|  | BSR | Conference with Jennifer Garner re files to be reviewed for 36th interim period | 0.30 | 79.50 |
| 8/12/2010 | JPG | Detailed review of 36th interim fee application of Kramer Levin Naftalis. | 0.60 | 108.00 |
|  | JPG | Detailed review of 36th interim fee application of Saul Ewing. | 1.00 | 180.00 |
|  | JPG | Detailed review of 36th interim fee application of Reed Smith. | 0.50 | 90.00 |
|  | JPG | Detailed review of 36th interim fee application of Ogilvy Renault. | 0.60 | 108.00 |
|  | JPG | Detailed review of 36th interim fee application of Venable LLP. | 0.90 | 162.00 |
|  | JPG | Draft Omnibus Final Report. | 0.90 | 162.00 |
|  | JPG | Detailed review of 36th interim fee application of Legal Analysis Systems. | 0.10 | 18.00 |
|  | BSR | Draft initial report re Janet Baer PC for the 36th interim period | 1.20 | 318.00 |
|  | BSR | Draft e-mail to Foley Hoag re expense issue in 36th interim fee application | 0.10 | 26.50 |
|  | DTW | Review and revise 36th interim initial report for Orrick (.1). | 0.10 | 16.50 |
|  | AL | Update database with Foley's 37Q fee application (electronic copy) | 0.10 | 4.50 |
|  | AL | Update database with Baer's January summary (.1); Hogan's 37Q electronic detail (.1); Scarefone 37Q electronic detail (.1); Lauzon's 37Q electronic detail (.1) | 0.40 | 18.00 |
|  | AL | Receive, review and finalize the IR of Orrick's 36Q (.2); draft email to B. Ruhlander re same (.1) | 0.30 | 13.50 |
|  | BSR | Draft e-mail to Orrick re initial report (36Q) | 0.10 | 26.50 |
|  | BSR | receive, review, and respond to email from Jennifer Garner re Kramer Levin 36th interim | 0.20 | 53.00 |
|  | BSR | detailed review of Pachulski's 36th interim fee application and monthly fee applications (.7); draft email to Jamie O'Neill re same (.1) | 0.80 | 212.00 |

W.R. Grace & Co.                                                                                                         Page     9

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/12/2010 | BSR | detailed review of Janet Baer PC's Feb. 2010 monthly fee application | 0.80 | 212.00 |
|  | BSR | telephone conference with Jennifer Garner re issues with Reed Smith's 36th interim fee application and review and respond to email from Jennifer Garner re same | 0.10 | 26.50 |
|  | BSR | receive, review, and respond to email from Jennifer Garner re Saul Ewing 36th interim fee application | 0.10 | 26.50 |
|  | BSR | detailed review of Janet Baer PC's Jan. 2010 monthly fee application (and fee summary re same), as well as March 2010 monthly fee application and 36th interim fee application | 1.10 | 291.50 |
|  | BSR | detailed review of Stroock's 36th interim fee application and monthly fee applications, along with fee summary re same | 0.60 | 159.00 |
|  | BSR | detailed review of Blackstone's 36th interim fee application and monthly fee applications | 0.40 | 106.00 |
| 8/13/2010 | AL | Update database with PWC's January summary | 0.20 | 9.00 |
|  | DTW | Review and revise Baer initial report for the 36th interim period (.1) | 0.10 | 16.50 |
|  | AL | Research PACER re 34th interim filed final reports and 34th interim fee order. Begin draft of 34th interim summaries | 3.00 | 135.00 |
|  | BSR | Draft e-mail to Saul Ewing re initial report (36Q) | 0.10 | 26.50 |
|  | JPG | Draft initial report of 36th interim fee application of Saul Ewing. | 0.60 | 108.00 |
|  | BSR | Draft initial report re K&E's 36th interim fee application | 1.70 | 450.50 |
|  | BSR | detailed review of PwC's 36th interim fee application, as well as monthly fee applications and fee summaries re same | 1.40 | 371.00 |
|  | BSR | detailed review of K&E's 36th interim fee application and January and March 2010 monthly fee applications, along with fee summaries re same (2.1); edit fee summaries for inclusion in initial report (1.2) | 3.30 | 874.50 |
|  | BSR | Receive and review draft initial report re Saul Ewing for the 36th interim period | 0.40 | 106.00 |
|  | AL | Receive, review and finalize the IR of Baer's 36Q (.2); draft email to B. Ruhlander re same (.1) | 0.30 | 13.50 |
|  | AL | Update database with Reed's April through June Interim fee application (hard copy) | 0.20 | 9.00 |
|  | AL | Receive, review and finalize IR of Ewing's 36Q (.3); draft email to B. Ruhlande re same (.1) | 0.40 | 18.00 |

W.R. Grace & Co.                                                                                          Page    10

|  |  | Hours | Amount |
|---|---|---|---|
| 8/13/2010 AL | Update database with Charter's 37Q electronic detail (.1); LAS' 37Q electronic detail (.1); Caplin's 37Q electronic detail (.1); AKO's 37Q electronic detail (.1); Campbell's 37Q electronic detail (.1) | 0.50 | 22.50 |
| 8/14/2010 AL | Receive, review and finalize IR of K&E's 36 Q (.3); draft email to B. Ruhlander re same (.1) | 0.40 | 18.00 |
| DTW | Review and revise 36th interim initial report for K&E (.1). | 0.10 | 16.50 |
| 8/15/2010 MW | Conference with B. Ruhlander re initial report of Kirkland & Ellis (.2) | 0.20 | 28.00 |
| 8/16/2010 BSR | Draft final report re PwC for the 36th interim period | 1.00 | 265.00 |
| JAW | detailed review of Kirkland & Ellis April 2010 fee application (3.50); draft summary of same (0.30) | 3.80 | 579.50 |
| BSR | detailed review of The Hogan Firm's monthly fee application for Dec. 2009 through March 2010 (.5); draft email to Dan Hogan re same (.2) | 0.70 | 185.50 |
| AL | Update database with Bilzin's 37th Q electronic detail (.2); PWC's June electronic pdf only (.1); PWC's 37th Q electronic detail (.1); Ewing's 37th Q pdf electronic detail (.1) | 0.50 | 22.50 |
| 8/17/2010 AL | Receive and Finalize IR to PWC for the 36th interim period (.2); email B. Ruhlander and D. Williams re same (.1); update database with same (.1) | 0.40 | 18.00 |
| BSR | detailed review of Scarfone Hawkins' quarterly application for the 36th interim period, as well as monthly application covering Dec. 2009 through March 2010 | 0.90 | 238.50 |
| BSR | Draft e-mail to PwC's counsel re initial report for PwC's 36th interim fee application | 0.10 | 26.50 |
| BSR | Receive and review revised invoice for Dec. 2009 through March 2010 from The Hogan Firm (.1); draft email to The Hogan Firm re same (.1) | 0.20 | 53.00 |
| BSR | Draft initial report re Scarfone Hawkins for the 36th interim period | 1.00 | 265.00 |
| BSR | detailed review of Lauzon Belanger's monthly application for the period of Dec. 2009 through March 2010 (.2) and quarterly application for the 36th interim period (.2) | 0.40 | 106.00 |
| BSR | Draft initial report re Lauzon Belanger for the 36th interim period | 0.50 | 132.50 |
| AL | Update database with K&E's April Summary (.1); Beveridge's June electronic detail (pdf only) (.1); PWC's 37Q electronic detail (.1); Stroock's 37Q electronic detail (.1); Reed's 37Q fee application (hard copy) (.2); Foley's 37Q fee application (hard copy) (.2); Campbell's 37Q fee application (hard copy) (.2); Charter's 37Q fee application (hard copy) (.2); AKO's 37Q fee application (hard copy) (.2); Caplin's 37Q fee application (hard copy) | 2.10 | 94.50 |

W.R. Grace & Co.                                                                                                      Page    11

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | (.2); Kramer's 37Q fee application (hard copy) (.2); Beveridge's June fee application (hard copy) (.2); Baer's 36Q IR response (.1) |  |  |
| 8/17/2010 | DTW | Review and revise 36th interim initial report for PwC (.1); same re Scarfone Hawkins (.1); | 0.20 | 33.00 |
|  | AL | Receive and Finalize IR to Scarfone for the 36th interim period (.2); email B. Ruhlander and D. Williams re same (.1); update database with same (.1) | 0.40 | 18.00 |
| 8/18/2010 | BSR | Draft e-mail to The Hogan Firm re Lauzon Belanger initial report (36Q) | 0.10 | 26.50 |
|  | AL | Update database with Stroock's April through June interim fee application (hard copy) (.2); Ewing's July electronic detail (.1) | 0.30 | 13.50 |
|  | AL | Receive and Finalize IR to Lauzon's for the 36th interim period (.2); email B. Ruhlander and D. Williams re same (.1); update database with same (.1) | 0.40 | 18.00 |
| 8/19/2010 | AL | Update database with Morris' July fee application (hard copy) (.1); E&Y's May - June fee application (hard copy) (.2); Morris' 37Q fee application (hard copy) (.2); Ewing's July electronic detail (hard copy) (.1); Bilzin's 37Q fee application (hard copy) (.2); PWC's fee application (hard copy) (.2); Ferry's 37Q fee application (hard copy) (.2) | 1.20 | 54.00 |
| 8/21/2010 | BSR | research quarterly applications (36Q) received. | 0.50 | 132.50 |
|  | BSR | detailed review of PwC's Control Optimization Project (March 2010) fee application (.2); draft email to Kathleen Miller with questions re same (.2) | 0.40 | 106.00 |
|  | BSR | detailed review of Lincoln Partners' 36th interim fee application and monthly fee application (.2); draft email to Debra Fullem re same (.1) | 0.30 | 79.50 |
|  | BSR | detailed review of David Austern's 36th interim fee application and monthly fee application (.1); email to Debra Fullem inquiring as to David Austern's monthlies and quarterlies for the 35th interim period (.1) | 0.20 | 53.00 |
|  | BSR | detailed review of Towers' 36th interim fee application and Jan. 2010 monthly fee application; email to Debra Fullem inquiring as to fee detail for same | 0.10 | 26.50 |
|  | BSR | detailed review of Steptoe's 36th interim fee application and monthly fee applications | 0.20 | 53.00 |
|  | BSR | detailed review of Holme Roberts & Owen's 36th interim fee application and monthly fee applications | 1.00 | 265.00 |
|  | BSR | research quarterly applications for William Sullivan | 0.10 | 26.50 |
|  | BSR | detailed review of Nelson Mullins' 34th interim fee application (.1); research 35th and 36th interim fee applications (.1) | 0.20 | 53.00 |

W.R. Grace & Co.                                                                                      Page    12

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/21/2010 BSR | detailed review of BMC's 36th interim fee application and monthly fee applications | | 0.90 | 238.50 |
| | BSR | research docket for case status and to compile docket information needed to prepare the fee and expense exhibit to the proposed fee order for the 36th interim period | 0.40 | 106.00 |
| 8/23/2010 BSR | research files to determine if responses received to initial reports; draft follow-up emails to Bilzin, Caplin, and Pachulski | | 0.30 | 79.50 |
| | BSR | Receive and review Saul Ewing's response to initial report for the 36th interim period and send email to Jennifer Garner re same | 0.10 | 26.50 |
| | BSR | Draft final report re Saul Ewing for the 36th interim period | 0.80 | 212.00 |
| | BSR | Receive and review Orrick's response to initial report (36Q) | 0.10 | 26.50 |
| | BSR | Draft final report re Orrick Herrington & Sutcliffe for the 36th interim period | 1.00 | 265.00 |
| | BSR | Draft final report re The Hogan Firm for the 36th interim period | 0.50 | 132.50 |
| | BSR | Draft omnibus final report for the 36th interim period | 1.40 | 371.00 |
| | JPG | detailed review of response of Saul Ewing to 36th interim initial report and email to B. Ruhlander regarding same. | 0.20 | 36.00 |
| | AL | Electronic filing with the court of Orrick's 36Q FR (.3); email B. Ruhlander re same (.1); update database with same (.1) | 0.50 | 22.50 |
| | AL | Update database with Austern's January (.1) May (.1) 36th interim (.1) and 37th interim (.2) electronic detail; Tower's 36th interim electronic detail (.2); Capstone's 37Q electronic detail (.1); Capstone's 37Q fee application (hard copy) (.2); Foley Hoag's 36Q IR response (.1); Ewing's 36Q FR (.1); Orrick's 36Q IR response (.1); PWC's April - June interim fee application (hard copy) (.2); Orrick's 36Q FR (.1) | 1.60 | 72.00 |
| 8/24/2010 BSR | Receive and review response of Bilzin Sumberg to initial report (36Q) (.1) and add Bilzin Sumberg to the omnibus final report for the 36th interim period (.1) | | 0.20 | 53.00 |
| | BSR | Receive and review email from Jamie O'Neill re questioned expense on 36th interim fee application; add Pachulski to omnibus final report for the 36th interim period | 0.10 | 26.50 |
| | BSR | Receive and review response of Lincoln Partners to an expense inquiry we raised concerning their 36th interim fee application (.1); revise omnibus final report so as to include Lincoln Partners (.1) | 0.20 | 53.00 |
| | AL | Update database with Hogan's 36Q FR (.1); Omnibus' 36Q FR (.2); Lincon's 36Q IR response (.1); Bilzin's 36Q IR response (.1) | 0.50 | 22.50 |

W.R. Grace & Co.                                                                                            Page    13

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/24/2010 AL | Electronic filing with the court of Hogan's 36Q FR (.3); email B. Ruhlander re same (.1); update database with same (.1) | | 0.50 | 22.50 |
| 8/26/2010 MW | Draft CNO for July 2010 fee application of WHSA (.3). | | 0.30 | 42.00 |
| AL | Update database with Ewing's 37Q fee application (hard copy) (.2); K&E's 36Q IR Response (.1); Ewing's full 37Q electronic detail (.1) | | 0.40 | 18.00 |
| BSR | Draft final report re K&E for the 36th interim period | | 1.50 | 397.50 |
| 8/27/2010 BSR | Draft fee chart for proposed fee order (36th interim) (1.0); draft email instructions to Melanie White and Anthony Lopez for completion of same (.3) | | 1.30 | 344.50 |
| AL | Update database with Deloitte (Tax) November(.2) December (.1) January (.1) February (.1) March (.2) April (.2) and May (.1) fee applications (pdf versions only) | | 1.00 | 45.00 |
| BSR | Draft final report re Janet Baer P.C. for the 36th interim period | | 0.50 | 132.50 |
| AL | Electronic filing with court of WHSA's July CNO | | 0.40 | 18.00 |
| BSR | Receive and review K&E response to initial report (36Q) (.2); draft email to Holly Bull requesting more information (.3) | | 0.50 | 132.50 |
| 8/30/2010 BSR | Draft e-mail to The Hogan Firm re Scarfone Hawkins final report (36Q) | | 0.10 | 26.50 |
| BSR | Draft final report re Scarfone Hawkins for the 36th interim period | | 0.70 | 185.50 |
| BSR | Receive and review response of Scarfone Hawkins to initial report (36Q) | | 0.10 | 26.50 |
| BSR | Draft e-mail to Janet Baer re final report for Janet Baer PC (36Q) | | 0.10 | 26.50 |
| BSR | receive, review, and respond to email from Anthony Lopez re Deloitte Tax monthlies for Dec. 2009 through March 2010 | | 0.10 | 26.50 |
| BSR | Receive and review response of Lauzon Belanger to initial report for the 36th linterim period (.1); add Lauzon Belanger to omnibus final report for the 36th interim period (.2) | | 0.30 | 79.50 |
| AL | Update database with Baer's 36Q FR (.1); Update database with Deloitte (Tax) November (.2) December (.1) January (.2) February (.2) March (.2) April (.1) and May (.2) fee applications (hard copies only); Scarfone;s 36Q IR response (.1); Lauzon's 36Q IR response (.1); Scarfone's 36Q FR (.1); Ferry's July electronic detail (.1); Kramer's July electronic detail (.1) | | 1.80 | 81.00 |
| AL | Electronic filing with the court of Baer's 36Q FR (.3); email B. Ruhlander re same (.1); update database with same (.1); receive and finalize final report of Scarfone for 36th interim (.2); electronic filing with court re same (.3); update database with final version of same (.1) | | 1.10 | 49.50 |

W.R. Grace & Co.                                                                                                Page    14

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/30/2010 | AL | Draft email to B. Ruhlander re Deloitte Tax 35th - 37th interim period | 0.10 | 4.50 |
| | AL | Telephone conference with B. Ruhlander Deloitte Tax 35th - 37th interim period | 0.10 | 4.50 |
| | MW | Draft 36th interim category spreadsheet for 9 applicants (1.5) | 1.50 | 210.00 |
| 8/31/2010 | BSR | Draft final report re Caplin & Drysdale for the 36th interim period | 0.50 | 132.50 |
| | BSR | Receive and review response of Caplin & Drysdale to initial report (36Q) and check against time entries in Dec. 2009 monthly fee application | 0.30 | 79.50 |
| | BSR | Receive and review revised draft of fee order exhibit with recommendations and make further revisions | 1.80 | 477.00 |
| | MW | Draft Proposed Order for 36th interim applicants in preparation for 9/13 hearing including spreadsheet containing all docket numbers, recommended fees and expenses (3.6); confer with B. Ruhlander re revision to same (.1); revise per BSR comments (.2); finish drafting 36th interim category spreadsheet for all applicants (3.5). | 7.40 | 1,036.00 |
| | BSR | Draft omnibus final report for the 36th interim period | 0.30 | 79.50 |
| | BSR | Receive and review PwC's response to initial report (36Q) | 0.10 | 26.50 |
| | AL | Update database with PWC's 36Q IR response (.1); Reed's July electronic detail (.1); Baer's July fee application (hard copy) (.2); Stroock's July fee application (hard copy) (.2); Kramer's July fee application (hard copy) (.2); C&D's 36Q IR response (.1); C&D's 36Q FR (.1) | 1.10 | 49.50 |
| | AL | Research all fee applications filed for January through March 2010 as well as all final reports and recommendations for use in proposed order exhibit | 2.00 | 90.00 |
| | AL | Update database with Scarfone (.1) Hogan firm (.1) and Lauzone (.1) July electronic detail | 0.30 | 13.50 |
| | AL | Research PACER for project category spreadsheets for BMC and Capstone | 0.50 | 22.50 |
| 9/1/2010 | BSR | research regarding status of filing of final reports (36Q) | 0.30 | 79.50 |
| | BSR | Draft revision to final report for Saul Ewing (36Q) | 0.30 | 79.50 |
| | BSR | Receive and review additional information provided by K&E in response to initial report (36Q) and include in final report | 0.20 | 53.00 |
| | BSR | Receive and review latest draft of project category spreadsheet (36Q) (1.3); draft email to Melanie White re corrections (1.0) | 2.30 | 609.50 |
| | BSR | Receive and review email from Lynzy Oberholzer re hearing exhibits and respond to same; telephone conference with Melanie White re exhibits | 0.10 | 26.50 |

W.R. Grace & Co.                                                                                          Page    15

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/1/2010 | AL | Draft email to Alan Rich requesting editable electronic detail for the month of August (.1) | 0.10 | 4.50 |
| | AL | Update database with K&E's July fee application (hard copy) (.2); Ewing's 36Q FR version 2 (.1); Alan Rich's August electronic detail (pdf version only)(.1) | 0.40 | 18.00 |
| | JPG | detailed review of 36th interim fee application of Saul Ewing. | 0.20 | 36.00 |
| | MW | Telephone call and exchange multiple emails with B. Ruhlander re 36th interim applicants and revisions to category spreadsheet (.3); begin revisions to spreadsheet and send draft to B. Ruhlander (.5) | 0.80 | 112.00 |
| 9/2/2010 | BSR | Receive and review project category spreadsheet (36Q) (.7); request from Melanie White, and review, pdf version of spreadsheet (.1); draft email to Jamie O'Neill re same (.1) | 0.90 | 238.50 |
| | BSR | Draft omnibus final report for the 36th interim period | 0.40 | 106.00 |
| | BSR | Continued drafting of fee and expense chart for the 36th interim period | 0.40 | 106.00 |
| | BSR | Receive and review additional expense information from K&E and include in final report (36) and finalize same | 1.00 | 265.00 |
| | BSR | Draft e-mail to Kathleen Miller re PwC's control optimization application | 0.10 | 26.50 |
| | MW | Receive and review multiple emails from B. Ruhlander regarding revisions to be made to the 36th interim category spreadsheet (.2); draft revisions to all applicants that submitted category breakdowns (3.1); send same to B. Ruhlander and finalize for distribution to applicants (.1) | 3.40 | 476.00 |
| | BSR | receive, review, and respond to email from Melanie White re project category spreadsheet (36Q); draft additional email to Melanie White re same | 0.10 | 26.50 |
| | AL | Update database with Alan Rich's full August electronic detail (.2); Campbell's July electronic detail (.1); Caplin's July electronic detail (.1); Charter's July electronic detail (.2); AKO's July electronic detail (.1); Foley's July electronic detail (pdf version only) (.2); Hogan's July fee application (hard copy) (.2); Scarfone's July fee application (hard copy) (.2); Lauzon's July fee application (hard copy) (.2); Foley's July fee application (hard copy) (.2); K&E's 36Q FR (.1); Omnibus 36Q FR (.1); Ferry's July fee application (hard copy) (.2) | 2.10 | 94.50 |
| 9/3/2010 | BSR | telephone conference with Anthony Lopez re filing of applications received for Fragomen | 0.10 | 26.50 |
| | BSR | telephone conferences with Warren Smith and with Anthony Lopez re final reports | 0.10 | 26.50 |
| | BSR | Receive and review email from Warren Smith re revisions to Saul Ewing final report and revise same | 0.20 | 53.00 |

W.R. Grace & Co.                                                                                                    Page      16

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/3/2010 | AL | Telephone conference with B. Ruhlander re 36th interim FR's | 0.10 | 4.50 |
|  | AL | Update database with Kay Scholer's July fee application (hard copy) (.2); Beveridge's July fee application (hard copy) (.2); Bilzin's July electronic detail (.1) | 0.50 | 22.50 |
|  | AL | Electronic filing with the court of K&E's 36Q FR (.3); draft email to B Ruhlander re same (.1); update database with same (.2); Electronic filing with the court of Omnibus' 36Q FR (.4); draft email to B Ruhlander re same (.1); update database with same (.2); Electronic filing with the court of C&D's 36Q FR (.4); draft email to B Ruhlander re same (.1); update database with same (.2); Electronic filing with the court of Ewing's 36Q FR (.4); draft email to B Ruhlander re same (.1); update database with same (.2) | 2.70 | 121.50 |
|  | AL | Update database with Reed's July fee application (hard copy) | 0.20 | 9.00 |
|  | AL | Draft email to Pachulski requesting Fragoman's October 2008 - March 2010 electronic detail | 0.10 | 4.50 |
|  | BSR | Draft e-mails to various applicants regarding final reports for the 36th interim period | 0.60 | 159.00 |
|  | BSR | Finalize fee and expense chart (.6); email to Jamie O'Neill re same (.1); email to Rick Wyron at Orrick inquiring as to any objections (.1) | 0.80 | 212.00 |
| 9/5/2010 | BSR | research applications received to date and calendar deadlines | 0.50 | 132.50 |
| 9/6/2010 | BSR | Draft e-mail to Lynzy Oberholzer re PwC Control Optimization application | 0.10 | 26.50 |
| 9/7/2010 | AL | Draft email to Fragomen requesting editable electronic detail for the months of October 2008- March 2010 fee applications (.1) | 0.10 | 4.50 |
|  | AL | Telephone conference with B. Ruhlander re Fragoman's October 2008 - March 2010 fee applications (.1) | 0.10 | 4.50 |
|  | AL | Update database with Ogilvy's July electronic detail (.1); C&L's July fee application (hard copy) (.2); C&D's July fee application (hard copy) (.2); Charter Oaks' July fee application (hard copy) (.1); Bilzin July fee application (hard copy) (.2); Reed's July fee application (hard copy) (.2); Beveridge's July fee application (hard copy) (.2); Scholer's July fee application (hard copy) (.2); Ferry's July fee application (hard copy) (.2); Fragoman's October 2008 - March 2010 fee applications (hard copies) (.5); AKO's July fee application (hard copy) (.2) | 2.30 | 103.50 |
|  | BSR | receive, review, and respond to email from Warren Smith re hearing agenda; email to Anthony Lopez and to Lynzy Oberholzer re same | 0.20 | 53.00 |
|  | BSR | research docket for proposed fee order (36Q); email to Warren Smith re same | 0.20 | 53.00 |

W.R. Grace & Co.                                                                                                                Page    17

|  |  | Hours | Amount |
|---|---|---|---|
| 9/7/2010 JAW | proofread W.H. Smith's August 2010 fee statement and Notice of Filing (0.4); email to M. White regarding any revisions needed to same (0.1) | 0.50 | 76.25 |
| WHS | detailed review of omnibus final report 36Q 01-03.10 | 0.20 | 59.00 |
| MW | draft monthly application for compensation of WHSA for August 2010 (1.4); preliminary review of same (.3); send same to J. Wehrmann for review (.1); finalize for court filing (.1) | 1.90 | 266.00 |
| AL | Electronic filing with the court of WHSA's July fee application | 0.40 | 18.00 |
| 9/8/2010 AL | Update database with 9.13 hearing proposed fee order (.1); Ogivly's July fee application (hard copy) (.2); Pachuski's June fee application (hard copy) (.2) | 0.50 | 22.50 |
| 9/9/2010 BSR | Receive and review certification of counsel for Lauzon Belanger 36th interim fee application as well as accompanying emails re same (.3); revise omnibus final report (.3); draft final report re Lauzon Belanger to reflect reduction in expenses (.4); download certification of counsel  (.2); telephone call to Anthony Lopez re making certification into exhibit for final report (.1); telephone call to Warren Smith re final report for Lauzon Belanger, as well as amended omnibus final report (.1); telephone call to Jamie O'Neill re filing final report re Lauzon Belanger, amending omnibus final report, and revising exhibit for fee chart (.1) | 1.50 | 397.50 |
| MW | Confer with B. Ruhlander re additional entries for 36th interim category spreadsheet (.2); revise spreadsheet with updated totals (1.5); finalize same for distribution to applicants (.1). | 1.80 | 252.00 |
| AL | Update database with Lauzon's 36Q FR | 0.10 | 4.50 |
| AL | Telephone conference with B. Ruhlander re Lauzon's 36Q FR | 0.10 | 4.50 |
| AL | Research PACER for Certification of Counsel (.5); draft email to B. Ruhlander re same (.1); telephone conference with B. Ruhlander re same (.1) | 0.70 | 31.50 |
| 9/10/2010 AL | Update database with PWC's July electronic detail (.1); Fragomans 31Q (.2), 32Q (.2), 33Q (.2), 34Q (.1), 35Q (.2), 36Q (.2), and 37Q (.2) fee applications hard copies; update database with HRO's October 2009 electronic fee application (.2) | 1.60 | 72.00 |
| AL | Prepare hearing binder and boxes for 9.13.10 hearing (1.7); draft email to B. Ruhlander, W. Smith and M. White re same (.1); draft index re same (.3) | 2.10 | 94.50 |
| WHS | detailed review of FR Lauzon 36Q 12.09-3.10 | 0.20 | 59.00 |
| AL | Electronic filing with the court of Omnibus Amended 36Q FR (.3); email B. Ruhlander re same (.1); update database with same (.2); Electronic filing with the court of Lauzon's 36Q FR (.3); email B. Ruhlander re same (.1); update database with same (.2) | 1.20 | 54.00 |

W.R. Grace & Co.

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/10/2010 BSR | telephone conferences (2) with Warren Smith re issues with final report for Lauzon Belanger (.2); respond to emails from Warren Smith re revised final reports (combined and Lauzon Belanger) and review his revisions re same (.3) | | 0.50 | 132.50 |
| BSR | Draft e-mail to debtor's cousel and the Hogan firm re revised omnibus final report, final report re Lauzon Belanger, and revised fee and expense chart | | 0.20 | 53.00 |
| MW | Research PACER for objections in preparation of hearing on 9/13 (.9); confer with B. Ruhlander re proposed order (.1); review all amounts on proposed order against our final reports (1.4); confer with B. Ruhlander re revisions needing made (.1); assist A. Lopez with preparing files for hearing (.9) | | 3.40 | 476.00 |
| WHS | detailed review of  omnibus final report amended 36Q 01-03.10. | | 0.20 | 59.00 |
| 9/11/2010 BSR | research docket for recently filed documents pertaining to Sept. 13 fee hearing; forward same to Anthony Lopez for inclusion in hearing binder | | 0.20 | 53.00 |
| AL | Research PACER for Amended agenda for 9/13/10 hearing and signed order (.8); revise hearing binder (.5); telephone conference with M. White re same (.1) | | 1.40 | 63.00 |
| 9/12/2010 BSR | research docket for signed fee order; email to Warren Smith that hearing still going forward | | 0.10 | 26.50 |
| 9/13/2010 BSR | receive and review final fee order (36Q); telephone conference with Warren Smith re same | | 0.10 | 26.50 |
| AL | Research PACER for Amended Hearing Agenda for 9/13 and order approving 36th interim fee applications (.4); draft email to B. Ruhlander re same (.1); update database with same (.2) | | 0.70 | 31.50 |
| AL | Update database with C&E's full June electronic detail | | 0.10 | 4.50 |
| MW | Confer with A. Lopez and W. Smith re status of hearing (.1) | | 0.10 | 14.00 |
| 9/14/2010 AL | Update database with Woodcock's July fee application (hard copy) (.2); Pachulski's 37th Interim fee application (hard copy) (.2) | | 0.40 | 18.00 |
| AL | Update database with HRO's October fee application (hard copy) (.2); Woodcock's 37Q fee application (hard copy) (.2) | | 0.40 | 18.00 |
| 9/15/2010 AL | Update database with Casner's July fee application (hard copy) (.2); Pitney's July fee application (hard copy) (.2); PWC's July fee application (hard copy) (.2); HRO's December electronic detail (.1) | | 0.70 | 31.50 |
| 9/16/2010 AL | Update database with Casner's July electronic detail (pdf only) (.1);  draft email to Casner requesting editable July electronic detail (.1); FTI's April through june interim fee application (hard copy) (.2) | | 0.40 | 18.00 |

W.R. Grace & Co.

| | | Hours | Amount |
|---|---|---|---|
| 9/17/2010 AL | Update database with HRO's November fee application (hard copy) | 0.20 | 9.00 |
| BSR | telephone conference with Melanie White re review of 37th interim fee applications | 0.30 | 79.50 |
| 9/18/2010 MW | detailed review of Bilzin's April fee application (1.4), May (1.0) and June fee application (1.2); draft summaries re same (1.1); telephone conference with Anthony Lopez re assistance needed with 37th interim summaries for all applicants (.1) | 4.80 | 672.00 |
| AL | Assist M. White with summaries for 37th interim fee amounts in comparison to monthly fees applied for by each applicant (2.2); telephone call with M. White re same (.1). | 2.30 | 103.50 |
| 9/20/2010 BSR | Receive and review fee summary re Bilzin Sumberg (37Q) prepared by Melanie White and respond to Melanie White re same | 0.10 | 26.50 |
| MW | detailed review of Casner & Edwards' April fee application (.9), May fee app (.8) and June fee app (.7); compare interim fees to monthly totals (.2). | 2.60 | 364.00 |
| MW | detailed review of Bilzin's 37th interim fee application (.9); detailed review of Caplin's April (2.0), May (1.1) and June fee applications (1.2); compare monthly totals to interim amounts applied for (.3); confer with B. Ruhlander re issues with same (.1); draft summaries re same (1.8) | 7.40 | 1,036.00 |
| AL | Update database with Alexander Sanders' June electronic detail (.1); Alan Rich's April through June electronic detail (.2); Judge Sander's April through June electronic detail (.2) | 0.50 | 22.50 |
| AL | Research PACER for filed FR's for the the 25th interim period and corresponding order approving fees and expenses for  BMC, Buchanon, C&L, Capstone and Casner (1.6); begin draft of prior period paragraphs re same (1.0) | 2.60 | 117.00 |
| 9/21/2010 MW | Draft detailed summaries for Casner's April, May & June fee applications (1.4); detailed review of Charter Oak's April fee application (1.1), May fee app (.9) and June fee application (1.0); compare monthly totals to interim amounts (.1); draft summaries for Charter's April - June fee apps (.8); detailed review of David T. Austern's 37th interim applications (.9); draft summaries re same (.9); send same to B. Ruhlander for drafting initial reports (.1) | 7.20 | 1,008.00 |
| BSR | Receive and review fee summary from Melanie White re Caplin & Drysdale's 37th interim fee application (.1); research airfare from DC to Pittsburgh and draft email to Melanie White re same (.2) | 0.30 | 79.50 |
| AL | Update database re C&D's April, (.2) May (.1) and June expenses (.2) | 0.50 | 22.50 |
| 9/22/2010 MW | detailed review of Day Pitney's April fee application (1.0), May fee application (.9) and June fee application (.9); compare interim amounts to monthly totals applied for (.2); draft summaries for April - June fee applications for Day Pitney (1.0); detailed review of Kramer's April fee | 7.70 | 1,078.00 |

W.R. Grace & Co.                                                                                           Page    20

|  |  | **Hours** | **Amount** |
|---|---|---|---|
|  | application (.9), May fee application (.7) and June fee application (.9); compare monthly totals to interim fees (.3); draft summaries re same (.9) |  |  |
| 9/22/2010 AL | Research PACER for filed FR's for the the 25th interim period and corresponding order approving fees and expenses for AKO, Austern, and Beveridge (1.2); begin draft of prior period paragraphs re same (.8); telephone conference with B. Ruhlander re 24th interim period paragraphs (.1) | 2.10 | 94.50 |
| BSR | telephone conference with Melanie White re rent charges on Casner & Edwards' application (37Q) | 0.10 | 26.50 |
| AL | Update database with Fragomen's April (.1) May (.2) June (.1) July (.2) August (.1) electronic pdf only; Fragomen's April (.2) May (.2) June (.2) July (.1) August (.2) fee applications (hard copies); Scholer's August fee application (hard copy) (.2) | 1.80 | 81.00 |
| 9/23/2010 AL | Update database with Blackstone's 37Q fee application (hard copy) | 0.20 | 9.00 |
| 9/24/2010 AL | Draft detailed spreadsheet for M. White re Kramer's 37th interim flagged fee and expense issues | 0.90 | 40.50 |
| AL | Research PACER for all filed final reports for the 25th interim, orders approving fees re same as well as corresponding docket numbers and amounts (2.6); draft spreadsheet with all information in preparation for drafting prior period paragraphs (2.0); office conference with B. Ruhlander and M. White re same (.4). | 5.00 | 225.00 |
| 9/26/2010 AL | Draft detailed spreadsheet for M. White re K&L's expense issues for the entire 37th interim period (.6); same re Orrick's 37th interim (.8); same re Pachulski's 37th Interim Period (1.0) | 2.40 | 108.00 |
| MW | detailed review of Legal Analysis' April fee application (.9), May fee application (.8) and June fee application (.8); draft summaries re same (.6); compare monthlies to total interim fees applied for (.1). | 3.20 | 448.00 |
| 9/27/2010 AL | Research PACER for filed FR's for the 25th interim period and corresponding order approving fees and expenses for Day Pitney, Duane Morris, Ferry Joseph, Foley Hoag, HRO, Kramer Leving, and Latham & Watkins (1.8); begin draft of prior period paragraphs re same (1.3) | 3.10 | 139.50 |
| AL | Draft assist M. White with summaries for Stroock's 37th interim fee applications (1.3); same re Reed's 37th Interim fee applications (.6) | 1.90 | 85.50 |
| JAW | detailed review of PwC July 2010 fee application (3.10); draft summary of same (1.70) | 4.80 | 732.00 |
| AL | Update database with Reed's August electronic detail (.1); Stroock's August electronic detail (.2) | 0.30 | 13.50 |

W.R. Grace & Co.                                                                                                    Page    21

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/27/2010 | AL | Draft email to Pachulski requesting June electronic detail | 0.10 | 4.50 |
|  | AL | Research PACER for 37th interim category spreadsheets for Pachulski, Ewing, Ferry, Morris and AKO (1.4); update database with same (.3). | 1.70 | 76.50 |
|  | MW | detailed review of Anderson Kill's April fee application (3.4). | 3.40 | 476.00 |
| 9/28/2010 | AL | Research PACER for objections to our August fee application (.3); Draft CNO for WHSA's August Fee Application (.3); electronic filing with the court re same (.3); prepare same for service (.2) | 1.10 | 49.50 |
|  | AL | Update database with Fragoman's 37Q Fee Application (hard copy) | 0.20 | 9.00 |
|  | MW | detailed review of Anderson Kill's May fee application (3.0) and June fee application (2.7); draft summaries for April - June incorporating spreadsheets from A. Lopez (1.6); detailed review of Janet Baer's April fee application (.4), May fee application (.4) and June fee application (.3); draft summaries re same (.5); detailed review of Beveridge Diamond's April fee application (.3), May fee application (.4) and June fee application (.3); compare amounts applied for in interim fee application to monthly totals (.2); draft summaries re same (.3); send same to B. Ruhlander (.1). | 10.50 | 1,470.00 |
| 9/29/2010 | AL | Update database with Stroock's August fee application (hard copy) (.2); Lauzon's August electronic detail (.2); Scarfone's August electronic detail (.1); Hogan's August electronic detail (.2); Ferry's August electronic detail (.1) | 0.80 | 36.00 |
|  | AL | Draft email to Saul Ewing requesting editable August electronic detail | 0.10 | 4.50 |
|  | AL | Continue researching PACER for docket numbers, amounts applied for and final reports for drafting prior period paragraphs for the 25th interim period re: LAS, Lexicon, Nelson, Ogilvy, Pachulski, Phillips, PWC, Steptoe, Stroock, Towers and Woodcock (4.0) | 4.00 | 180.00 |
|  | MW | detailed review of Ogilvy's April fee application (.8), May fee application (.7) and June fee application (.9); draft summaries re same (.8); send same to B. Ruhlander (.1); detailed review of Orrick Herrington's April fee application (1.7), May fee application (2.0) and June fee application (1.9); draft summaries re same (1.1). | 10.00 | 1,400.00 |
| 9/30/2010 | AL | Draft email to Pachulski re contact for Baker's December through May electronic detail | 0.10 | 4.50 |
|  | AL | Update database with Baer's August fee application (hard copy) (.2); Baker's December (.2) January (.2) February (.2) March (.2) April (.2) May (.2) June (.2) July (.2) and August (.2) monthlies;  telephone conference with B. Ruhlander re Baker's December through August (.1); Ewing's August fee application (hard copy) (.2); Foley's August fee application (hard copy) (.2); Update database with Duff's Final Q FR (.1); E&Y's Final Q FR (.1); draft email to W. Smith re same (.1); Update database with Ewing's August electronic detail (.1) | 2.90 | 130.50 |

W.R. Grace & Co.                                                                                                                    Page    22

|  |  | Hours | Amount |
|---|---|---|---|
| 9/30/2010 MW | detailed review of Pachulski's April fee application (1.0), May fee application (1.1) and June fee application (.8); draft summaries re same (.9); send same to B. Ruhlander for drafting initial report (.1); detailed review of Stroock's 37th interim applications for April (.5), May (.6) and June (.5); draft summary re same (.5); detailed review of Ferry Joseph's April (.4), May (.4) and June (.5); draft summary re same (.2); detailed review of Duane Morris' 37th interim fee applications for April (.5), May (.4) and June (.4); draft summary re same (.3); detailed review of Saul Ewing's April fee application (.5), May fee application (.4) and June fee application (.5); draft summary re same (.5). | 11.00 | 1,540.00 |

| | Hours | Amount |
|---|---|---|
| **For professional services rendered** | **324.30** | **$45,116.75** |

Additional Charges :

| | Amount |
|---|---|
| 7/1/2010 Westlaw Charges | 2,223.69 |
| 7/31/2010 PACER Charges | 15.84 |
| Third party copies & document prep/setup. | 300.41 |
| Court Call for Telephonic Hearing | 58.00 |
| 8/30/2010 PACER Charges | 21.44 |
| PACER Charges | 19.92 |
| Third party copies & document prep/setup. | 212.54 |
| Copying cost | 48.10 |
| 9/30/2010 Third party copies & document prep/setup. | 485.59 |
| Court Call for Telephonic Hearing | 30.00 |
| Copying cost | 17.90 |
| **Total additional charges** | **$3,433.43** |
| **Total amount of this bill** | **$48,550.18** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Anthony Lopez | 115.00 | 45.00 | $5,175.00 |
| Bobbi S. Ruhlander | 78.10 | 265.00 | $20,696.50 |
| Doreen Williams | 0.70 | 165.00 | $115.50 |
| James A. Wehrmann | 26.90 | 152.50 | $4,102.25 |
| Jennifer Garner | 9.60 | 180.00 | $1,728.00 |

W.R. Grace & Co.                                                                                                    Page      23

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Melanie White | 79.20 | 140.00 | $11,088.00 |
| Melanie White | 13.90 | 140.00 | $1,946.00 |
| Warren H Smith | 0.90 | 295.00 | $265.50 |