# EXHIBIT 1

# BMC Group

WR Grace

Monthly Invoice

## April 2010 -- Asbestos Claims

| Name            Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | $210.00 | 4/7/2010 | 1.0 | $210.00 | Analysis of e-mails from S Cohen re review of issues from DRTT to ascertain impact on claims (.2); analysis of b-Linx re claims (.4); analysis of documents (.4) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 4/12/2010 | 2.0 | $420.00 | Analysis of DRTT re b-Linx audit (1.0); review current status re SEC reporting info (1.0) |
| | | Asbestos Claims Total: | 3.0 | $630.00 | |

## April 2010 -- Case Administration

| Name            Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|
| LELIA HUGHES - REC_TEAM | $75.00 | 4/1/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | $75.00 | 4/1/2010 | 0.1 | $7.50 | Review Court docket Nos. 24550-24555 to categorize docket entries. |
| LUCINA SOLIS - CAS | $45.00 | 4/1/2010 | 0.1 | $4.50 | Review and process no COA return mail |
| LELIA HUGHES - REC_TEAM | $75.00 | 4/2/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | $75.00 | 4/2/2010 | 0.1 | $7.50 | Review Court docket Nos. 24556, 24558-24560 to categorize docket entries. |
| MABEL SOTO - CAS | $45.00 | 4/2/2010 | 0.1 | $4.50 | Prep Transfer Notices BNSF re: dkt 24557 for service |
| MABEL SOTO - CAS | $45.00 | 4/2/2010 | 0.1 | $4.50 | Email from L Shippers re Transfer Notices Marblegate Special Opportunities Masterfund re: dkt 24557 |
| MABEL SOTO - CAS | $45.00 | 4/2/2010 | 0.1 | $4.50 | ECF filing with the Court a Proof of Service Transfer Notices re: dkt 24557 |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 4/2/2010 | 0.3 | $63.00 | E-mails with R Higgins and T Feil re rescheduling conf call (.1); e-mail from G Kruse re A/P vendor level data (.1); e-mail from M Grimmett and B Daniel re A/P vendor level data (.1) |
| MIKE BOOTH - MANAGER | $165.00 | 4/2/2010 | 0.3 | $49.50 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| STEFFANIE COHEN - REC_TEAM | $110.00 | 4/2/2010 | 0.3 | $33.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| BRIANNA TATE - CAS | $45.00 | 4/5/2010 | 0.1 | $4.50 | Telephone with Irene Thomas at (540) 947-2314 / RE:  the status of distributions and the case. |
| LELIA HUGHES - REC_TEAM | $75.00 | 4/5/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | $75.00 | 4/5/2010 | 0.1 | $7.50 | Review Court docket Nos. 24561-24564 to categorize docket entries. |
| LUCINA SOLIS - CAS | $45.00 | 4/5/2010 | 1.0 | $45.00 | Review (.5) and process (.5) no COA return mail |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 4/5/2010 | 0.2 | $42.00 | E-mails from (.1)/to (.1) R Higgins and T Feil re conf call on Effective Date project |
| MYRTLE JOHN - MANAGER | $195.00 | 4/5/2010 | 0.1 | $19.50 | Review Notice of Application re 12th quarterly fee application filed by Asbestos Property Damage committee; forward to case clerk for archiving |
| AIRGELOU ROMERO - CAS | $95.00 | 4/6/2010 | 0.8 | $76.00 | Audit categorization updates related to Court Docket Nos 24515-24520,24522-24526,24535-24538,24541-24548,24550-24555,24558-24561,24563-24564 |
| LELIA HUGHES - REC_TEAM | $75.00 | 4/6/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | $75.00 | 4/6/2010 | 0.1 | $7.50 | Review Court docket Nos. 24565-24568 to categorize docket entries. |

EXHIBIT 1

# BMC Group

WR Grace

Monthly Invoice

## April 2010 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| DUSTEE DECKER - REC_TEAM | | $75.00 | 4/7/2010 | 0.1 | $7.50 | Telephone with Ray Jordan at (410) 768-9486 / RE: inquiry as to who received his information from employee mailing. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/7/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/7/2010 | 0.1 | $7.50 | Review Court docket No. 24576 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 4/7/2010 | 0.1 | $4.50 | Prep Transfer Notice Consolidated Machine re: dkt 24569 for service |
| MABEL SOTO - CAS | | $45.00 | 4/7/2010 | 0.1 | $4.50 | Prep Transfer Notice Dann Pecar re: dkt 24570 for service |
| MABEL SOTO - CAS | | $45.00 | 4/7/2010 | 0.1 | $4.50 | Prep Tranfer Notice Drake Hammond re: dkt 24571 for service |
| MABEL SOTO - CAS | | $45.00 | 4/7/2010 | 0.1 | $4.50 | Prep Transfer Notice Fincher Fire re: dkt 24572 for service |
| MABEL SOTO - CAS | | $45.00 | 4/7/2010 | 0.1 | $4.50 | Prep Transfer Notice Heidler Roofing re: dkts 24573 & 24574 for service |
| MABEL SOTO - CAS | | $45.00 | 4/7/2010 | 0.1 | $4.50 | Prep Transfer Notice Judith Yorke re: dkt 24575 for service |
| MABEL SOTO - CAS | | $45.00 | 4/7/2010 | 0.1 | $4.50 | Email from L Shippers re service of Transfer notices Fair Harbor re: dkts 24569 - 24575 |
| MABEL SOTO - CAS | | $45.00 | 4/7/2010 | 0.5 | $22.50 | Process  Employees Corrected returned mailing |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/7/2010 | 0.8 | $168.00 | Conf call with R Higgins and T Feil re Effective Date planning, reports, revisions (.4); e-mail from T Feil re plan class info on reports (.1); prep e-mail to G Kruse re plan class info on reports, b-Linx data field population (.2); e-mail from G Kruse re b-Linx data field population for plan class (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/7/2010 | 0.3 | $63.00 | E-mail from call center re Ray Jordan call requesting info on party receiving form (.1); attempt to call R Jordan (line didn't accept long distance incoming calls) (.1); prep e-mail to R Jordan re attempted returned call, info not available, request he return form he received (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 4/7/2010 | 0.4 | $78.00 | Review email exchanges re 6 newly filed notices re transfer of claims (.2), and review and analyze the transfer notices forwarded to noticegroup for completion (.2) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/8/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/8/2010 | 0.1 | $7.50 | Review Court docket Nos. 24577-24590 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 4/8/2010 | 0.5 | $22.50 | ECF filing with the Court site Proofs of Service Transfer Notices re: dkts 24569 - 24575 |
| MABEL SOTO - CAS | | $45.00 | 4/8/2010 | 0.8 | $36.00 | Process Employees Corrected returned mailing |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/8/2010 | 2.5 | $525.00 | Continue analysis of 1st Qtr pleadings and data re SEC reporting |
| AIRGELOU ROMERO - CAS | | $95.00 | 4/9/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 24565-24566,24576,24589-24590 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/9/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/9/2010 | 0.1 | $7.50 | Review Court docket Nos. 24591-24598 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 4/9/2010 | 1.5 | $67.50 | Process Employees Corrected returned mailing |

EXHIBIT 1

# BMC Group

WR Grace
Monthly Invoice

## April 2010 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/9/2010 | 0.2 | $42.00 | Analysis of e-mail from G Kruse re plan class data in b-Linx and claims with mulitple classes to be reviewed |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/9/2010 | 1.1 | $231.00 | Review S Cohen reports for SEC reporting (.5); research issues requested by S Cohen (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/9/2010 | 1.0 | $210.00 | Review b-linx re active open claims for reports |
| AIRGELOU ROMERO - CAS | | $95.00 | 4/12/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 24597 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/12/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/12/2010 | 0.1 | $7.50 | Review Court docket Nos. 24599-24602 to categorize docket entries. |
| LUCINA SOLIS - CAS | | $45.00 | 4/12/2010 | 0.1 | $4.50 | Extract and prepare returned mail  summary report and email to project manager |
| AIRGELOU ROMERO - CAS | | $95.00 | 4/13/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 24600,24602 |
| JAMES MYERS - CAS | | $65.00 | 4/13/2010 | 0.1 | $6.50 | Review/scan Ntc Transfer return mail; prep email transmitting to L Shippers |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/13/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/13/2010 | 0.1 | $7.50 | Review Court docket No. 24603 to categorize docket entries. |
| LUCINA SOLIS - CAS | | $45.00 | 4/13/2010 | 0.1 | $4.50 | Review and process no COA return mail |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/13/2010 | 0.1 | $21.00 | E-mail from R Higgins re claims check for Fair Harbor re Target Industries |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/13/2010 | 1.0 | $210.00 | Review Court docket re case status |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/14/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/14/2010 | 0.1 | $7.50 | Review Court docket Nos. 24604-24605 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 4/14/2010 | 0.6 | $27.00 | Process Employees Corrected returned mailing |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/14/2010 | 0.2 | $42.00 | E-mail from R Higgins re draft response to Betty Harris Omni 28 response (.1); e-mail from E Lieb re comments to B Harris response draft (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/14/2010 | 1.8 | $378.00 | DRTT audit and b-linx review (1.0); revise b-Linx re audit results (.8) |
| AIRGELOU ROMERO - CAS | | $95.00 | 4/15/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 24603-24605 |
| BRIANNA TATE - CAS | | $45.00 | 4/15/2010 | 0.1 | $4.50 | Telephone with A S Harden at (603) 399-9938 /  RE: the status of distributions and confirmation that he was included in the bankruptcy and would receive something.  Referred to Rust Consulting. |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 4/15/2010 | 0.1 | $7.50 | Telephone with Linda Granrose at (763) 205-1549 / RE:  update on the case and if there was a statue of limitations. |
| JAMES MYERS - CAS | | $65.00 | 4/15/2010 | 0.1 | $6.50 | Ntc Claims Transfer: prep 3 shipping labels |
| JAMES MYERS - CAS | | $65.00 | 4/15/2010 | 0.2 | $13.00 | Ntc Defective Trans: ECF file Cert of Svc (.1); email exchange w/ L Shippers re same (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/15/2010 | 0.1 | $11.00 | Update address of impacted entries pursuant to current address provided on notice of transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/15/2010 | 0.5 | $55.00 | Research return mail item related to transfer notice (.2), contact transferee to obtain current address (.2), update database accordingly (.1) |

EXHIBIT 1

# BMC Group

WR Grace

Monthly Invoice

## April 2010 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/15/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/15/2010 | 0.1 | $7.50 | Review Court docket Nos. 24609-24611 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 4/15/2010 | 0.4 | $18.00 | Process Employees Corrected returned mailing |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/15/2010 | 0.4 | $84.00 | Conf call R Higgins, J Forgach, E Lieb re employee responses to Omni 28 objection, resolution prior to hearing (.3); e-mail to P Cuniff re additional responses to Omni 28 objection, deadline (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/15/2010 | 2.3 | $483.00 | DRTT audit and b-Linx review (1.3); revise b-Linx re audit results (1.0) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/16/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/16/2010 | 0.1 | $7.50 | Review Court docket Nos. 24609-24611 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 4/16/2010 | 1.3 | $58.50 | Process Employees Corrected returned mailing |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/16/2010 | 2.0 | $420.00 | DRTT audit and b-Linx review (1.1); revise b-Linx re audit results (.9) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/16/2010 | 0.5 | $105.00 | Telephone with R Higgins re SEC reporting, review of numbers, issues with info (.1); analysis of historical documents re numbers reconciliation for R Higgins (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/16/2010 | 0.3 | $63.00 | Prep e-mail to R Higgins re detailed info re numbers used in SEC reports, sources, revised numbers for 1st Qtr 2010 SEC reports |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/16/2010 | 2.0 | $420.00 | Continue analysis of 1st Qtr pleadings and data re SEC reporting |
| MIKE BOOTH - MANAGER | | $165.00 | 4/16/2010 | 0.3 | $49.50 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/16/2010 | 0.3 | $33.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/19/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/19/2010 | 0.1 | $7.50 | Review Court docket Nos. 24612-24617 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/19/2010 | 0.6 | $126.00 | Telephone from R Higgins re SEC filings and info (.1); e-mail from K Davis re ZAI claim counts for SEC reporting (.1); prep e-mail to R Higgins re revisions to SEC filing draft paragraphs (.1); e-mail from R Higgins re SEC math calculations (.1); analysis of revised pages (.1); prep e-mail to R Higgins re add'l revisions (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/19/2010 | 2.3 | $483.00 | DRTT review and audit b-Linx (1.3); revise b-Linx per audit (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/19/2010 | 1.0 | $210.00 | Review Court docket re case status |
| AIRGELOU ROMERO - CAS | | $95.00 | 4/20/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 24610-24614, 24617 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/20/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/20/2010 | 0.1 | $7.50 | Review Court docket Nos. 24618-24626 to categorize docket entries. |
| MYRTLE JOHN - MANAGER | | $195.00 | 4/20/2010 | 0.1 | $19.50 | Review change of address request from Mr. Leverseque; coordinate updating noticing system accordingly |

EXHIBIT 1

# BMC Group

WR Grace

Monthly Invoice

## April 2010 -- Case Administration

| Name          Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|
| AIRGELOU ROMERO - CAS | $95.00 | 4/21/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket No 24622 |
| LELIA HUGHES - REC_TEAM | $75.00 | 4/21/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | $75.00 | 4/21/2010 | 0.1 | $7.50 | Review Court docket Nos. 24627-24633 to categorize docket entries. |
| MABEL SOTO - CAS | $45.00 | 4/21/2010 | 1.3 | $58.50 | Process Employees Corrected returned mailing |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 4/21/2010 | 2.3 | $483.00 | DRTT audit and b-Linx review (1.3); revise b-Linx re audit results (1.0) |
| ANNE CARTER - CONSULTANT | $125.00 | 4/22/2010 | 1.9 | $237.50 | Docket research and review re completion of service requirements of filed Orders involving claims |
| LELIA HUGHES - REC_TEAM | $75.00 | 4/22/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | $75.00 | 4/22/2010 | 0.1 | $7.50 | Review Court docket Nos. 24634-24652 to categorize docket entries. |
| MARISTAR GO - CAS | $95.00 | 4/22/2010 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos. (02) 24628-24633 |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 4/22/2010 | 1.5 | $315.00 | Review files and correspondence re vendor level info, schedule data file, historical info |
| ANNE CARTER - CONSULTANT | $125.00 | 4/23/2010 | 1.8 | $225.00 | Docket research and review re completion of service requirements of filed Orders involving claims (1.6); emails re same (.2) |
| LELIA HUGHES - REC_TEAM | $75.00 | 4/23/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | $75.00 | 4/23/2010 | 0.1 | $7.50 | Review Court docket Nos. 24653-24658 to categorize docket entries. |
| MABEL SOTO - CAS | $45.00 | 4/23/2010 | 0.1 | $4.50 | Prep email to Martha Araki re correspondence received for further review |
| MARISTAR GO - CAS | $95.00 | 4/23/2010 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos. (03) 24634-24652 |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 4/23/2010 | 0.2 | $42.00 | Analysis of e-mail from M Soto re Baldenegro correspondence |
| MARISTAR GO - CAS | $95.00 | 4/25/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos.(.01)  34656, 24658 |
| DUSTEE DECKER - REC_TEAM | $75.00 | 4/26/2010 | 0.1 | $7.50 | Telephone with Lester Turner at (315) 437-5579 / RE:  when he was going to receive a disbursement |
| LELIA HUGHES - REC_TEAM | $75.00 | 4/26/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | $75.00 | 4/26/2010 | 0.1 | $7.50 | Review Court docket Nos. 24659-24664 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 4/26/2010 | 0.4 | $84.00 | Analysis of e-mail from R Higgins re new docs for Tues Omni 28 call (.2); review docs (.2) |
| AIRGELOU ROMERO - CAS | $95.00 | 4/27/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 24659-24662, 24664 |
| LELIA HUGHES - REC_TEAM | $75.00 | 4/27/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | $75.00 | 4/27/2010 | 0.1 | $7.50 | Review Court docket Nos. 24665-24669 to categorize docket entries. |
| LUCINA SOLIS - CAS | $45.00 | 4/27/2010 | 0.1 | $4.50 | Extract and prepare returned mail  summary report and email to project manager |
| LUCINA SOLIS - CAS | $45.00 | 4/27/2010 | 0.1 | $4.50 | Review and process no COA return mail |
| MYRTLE JOHN - MANAGER | $195.00 | 4/27/2010 | 0.2 | $39.00 | Review email exchanges with M Araki and M Soto re status of returned POC and updates to spreadsheet data |

# BMC Group

WR Grace

Monthly Invoice

## April 2010 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/28/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/28/2010 | 0.1 | $7.50 | Review Court docket Nos. 24670-24681 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 4/28/2010 | 1.3 | $58.50 | Process Employees Corrected returned mailing |
| MARISTAR GO - CAS | | $95.00 | 4/28/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. (.01) 24669 |
| AIRGELOU ROMERO - CAS | | $95.00 | 4/29/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 24678-24681 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/29/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/29/2010 | 0.1 | $7.50 | Review Court docket Nos. 24682-24694 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 4/29/2010 | 1.6 | $72.00 | Process Mailing Error Correction Form returned mailing |
| MABEL SOTO - CAS | | $45.00 | 4/29/2010 | 0.8 | $36.00 | Process Mailing Error Correction Form returned mailing |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/30/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 4/30/2010 | 0.1 | $7.50 | Review Court docket Nos. 24695-24696 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 4/30/2010 | 0.2 | $9.00 | Prep email to M Araki re correspondence received for further review |
| MABEL SOTO - CAS | | $45.00 | 4/30/2010 | 1.8 | $81.00 | Process Employees Corrected returned mailing |
| MABEL SOTO - CAS | | $45.00 | 4/30/2010 | 1.5 | $67.50 | Process Employees Corrected returned mailing |
| MARISTAR GO - CAS | | $95.00 | 4/30/2010 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos. (03) 24682 - 24693 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/30/2010 | 1.2 | $252.00 | Telephone from R Higgins re SEC report and estimates not calculating, beginning counts, research to be done (.4); prep ART reports re claims as of 3/31/03 bar date as delineated in SEC report, compare vs SEC report numbers (.7); telephone to R Higgins re SEC report issues are due to rounding (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/30/2010 | 0.2 | $42.00 | E-mail from K Davis re new POCs received from Bk Court (.1); prep e-mail to K Davis request for images for immediate review (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/30/2010 | 0.2 | $42.00 | Analysis of e-mail from J Baer re Blackstone conf call (.1); analysis of new corresp from claimants re status of claims (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/30/2010 | 1.0 | $210.00 | Analysis of Court docket re case status |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/30/2010 | 2.0 | $420.00 | Prep ART reports re updated info for reports prepped for R Higgins re open claims/scheds (1.0); review current info vs prior reports re changes (1.0) |
| | | Case Administration Total: | | 63.0 | $8,679.50 | |

## April 2010 -- Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 4/1/2010 | 0.5 | $75.00 | Coordinate update of selected objected to claims data points as per S Cohen review. |
| REYNANTE DELA CRUZ - CAS | | $95.00 | 4/1/2010 | 2.0 | $190.00 | Update WR Grace with Omni 28 and Continued Objections per G. Kruse/S. Cohen |
| ANNA WICK - SR_ANALYST | | $110.00 | 4/2/2010 | 0.4 | $44.00 | Review report data and determine why 4384 isn't counted at request of S Cohen |

EXHIBIT 1

# BMC Group

WR Grace

Monthly Invoice

## April 2010 -- Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|------------|------|-------|--------------|-------------|
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 4/2/2010 | 1.0 | $150.00 | Review invoice detail data uploaded to bLinx as per M Araki. |
| REYNANTE DELA CRUZ - CAS | | $95.00 | 4/2/2010 | 1.0 | $95.00 | Update WR Grace Omni 28 claims per S. Cohen |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 4/5/2010 | 1.2 | $180.00 | Update selected objection records as per S Cohen review. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 4/6/2010 | 0.1 | $9.50 | Update return mail to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 4/7/2010 | 0.1 | $9.50 | Update return mail to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 4/14/2010 | 0.1 | $9.50 | Update return mail to b-Linx. |
| ANNA WICK - SR_ANALYST | | $110.00 | 4/22/2010 | 0.4 | $44.00 | Review folder structure to determine cause of documents pending not counted at request of M Booth |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 4/26/2010 | 0.1 | $9.50 | Update return mail to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 4/26/2010 | 0.1 | $9.50 | Review and verify undeliverable creditor addresses for return mail processing. |
| ANNA WICK - SR_ANALYST | | $110.00 | 4/28/2010 | 1.0 | $110.00 | SQL database maintenance (.3), review logs (.2), views, stored procedures (.3) and user defined functions (.2) |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 4/28/2010 | 0.1 | $9.50 | Update return mail to b-Linx. |
| MABEL SOTO - CAS | | $45.00 | 4/28/2010 | 1.9 | $85.50 | Process Mailing Error Correction Form returned mailing |
| | | | Data Analysis Total: | 10.0 | $1,030.50 | |

## April 2010 -- Fee Applications

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/23/2010 | 1.8 | $378.00 | Prepare draft Oct 09 billing detail report (.4);  analysis of Oct 09 billing report for prof billing reqts and Court imposed categories (.8); revise billing entries for fee app compliance (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/23/2010 | 1.2 | $252.00 | Continue analysis of Oct 09 billing report for prof billing reqts and Court imposed categories (.7); revise billing entries for fee app compliance (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/26/2010 | 2.5 | $525.00 | Prepare draft Nov 09 billing detail report (.4); analysis of Nov 09 billing report for prof billing reqts and Court imposed cateogires (1.1); revise billing entries for fee app compliance (1.0) |
| | | | Fee Applications Total: | 5.5 | $1,155.00 | |

## April 2010 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/1/2010 | 1.3 | $273.00 | Analysis of docket re SERP stip/settlement per R Higgins request |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/1/2010 | 1.2 | $252.00 | Revise ART reports for active reconciled |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/1/2010 | 0.4 | $84.00 | Prep e-mail to G Kruse, M Grimmett, B Daniel re WRGrace data at AP/vendor level in prep for distribution (.2); prep e-mail to R Higgins re allowed claims reports (.1); analysis of email re claim updates to be made to system by Data Grp (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/1/2010 | 2.0 | $420.00 | Prep ART reports for R Higgins re active reconciled claims/scheds by type |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/1/2010 | 0.1 | $11.00 | Email correspondence with L.Gardner re: request for research regarding objection filed against claim 13934 |

# BMC Group

WR Grace

Monthly Invoice

## April 2010 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/1/2010 | 0.3 | $33.00 | Research docket and claim/objection information per L.Gardner request re: claim 13934 (.1); prepare PDF documents (.1); draft follow-up memo to L.Gardner re: research results (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/2/2010 | 0.4 | $44.00 | Analyze Court docket no. 24557 to identify appropriate claims to be transferred pursuant related to the Order approving Stipulation. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/2/2010 | 0.2 | $22.00 | Revise b-Linx re: three claims transferred. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/2/2010 | 0.1 | $11.00 | Analysis of b-Linx re: three claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/2/2010 | 0.1 | $11.00 | Analysis of Court docket re: three new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/2/2010 | 0.2 | $22.00 | Prepare three transfer notices (.1), forward to the notice group for service (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/2/2010 | 0.2 | $22.00 | Prepare Certificate of Service re: three transfer notices (.1), forward to the notice group for filing (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/2/2010 | 0.4 | $44.00 | Audit systematic claim updates performed by data consultant pursuant to recently filed Omnibus Objection 28 and continuation of pending objections (.3); draft follow-up memo to R.Cruz re: additional updates required (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/2/2010 | 1.3 | $143.00 | Prepare and analyze q1 reports and related claims data ( 1.1); draft follow-up memo to M.Araki re: report results (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/5/2010 | 0.6 | $126.00 | E-mail from R Higgins re Brian J Smith claims (.1); review draft reports from S Cohen re SEC reporting info (.5) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/5/2010 | 0.3 | $33.00 | Audit final systematic updates performed pursuant to recently filed Omnibus Objection 28 (.2); discussion with G.Kruse re: updates (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/6/2010 | 1.0 | $210.00 | Research b-Linx re Brian J Smith claims for R Higgins (.5); prep e-mail to R Higgins re status of 14 claims filed by Brian J Smith (.2); e-mail from R Higgins re request for add'l docs re Brian J Smith claims (.1); prep e-mail to R Higgins re add'l Brian J Smith docs (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/6/2010 | 0.3 | $63.00 | E-mail from J Baer re State of New Hampshire claim (.1); research b-Linx re New Hampshire claim (.1); prep e-mail to J Baer re research results (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/7/2010 | 0.2 | $22.00 | Analysis of Court docket re: seven new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/7/2010 | 0.2 | $22.00 | Analysis of b-Linx re: seven claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/7/2010 | 0.4 | $44.00 | Revise b-Linx re: seven claims transferred. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/7/2010 | 0.6 | $66.00 | Prepare seven transfer notices (.5), forward to the notice group for service (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/7/2010 | 0.5 | $105.00 | Analysis of e-mail from R Higgins re settlement notice re Standard Chain (.2); analysis of e-mail from R Higgins re Pennsylvania tax claims (.1); research PA tax claims and responses to Omni 25 (.1); e-mail from R Higgins re reviewing bar date service for PA Dept of Tax service (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/7/2010 | 1.8 | $378.00 | Analysis of 1st Qtr pleadings and data re SEC reporting prep |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/8/2010 | 0.5 | $55.00 | Prepare six Proofs of Service related to transfer notices (.4), forward to notice group for filing (.1). |

EXHIBIT 1

# BMC Group

WR Grace

Monthly Invoice

## April 2010 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/8/2010 | 0.1 | $11.00 | Audit Court docket nos. 24285, 24296, 24451, 24467, and 24480 to confirm no updates in the claims database are required. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/8/2010 | 1.2 | $252.00 | Analysis of bar date notice service re PA Tax Dept per R Higgins request (.7); analysis of docket re order on bar date and gov't units bar date (.3); prep e-mail to R Higgins re research results on PA Tac Dept bar date service (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/8/2010 | 0.2 | $42.00 | E-mail from R Higgins re add'l Brian Smith claim (.1); prep e-mail to R Higgins re other Brian Smith claim (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/15/2010 | 0.3 | $33.00 | Prepare two transfer and one defective notices (.2), forward to the notice group for service (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/15/2010 | 0.2 | $22.00 | Prepare Certificate of Service re: one defective notice (.1), forward to the notice group for filing (.1). |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/15/2010 | 0.1 | $11.00 | Analysis of Court docket re: three new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/15/2010 | 0.1 | $11.00 | Analysis of b-Linx re: three claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/15/2010 | 0.4 | $44.00 | Revise b-Linx re: two claims transferred and one defective transfer. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/15/2010 | 0.5 | $55.00 | Prepare and analyze monthly reports (.3), follow-up discussion with G.Kruse & email correspondence with L.Shippers, K.Davis re: claim data and report resultes (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/16/2010 | 0.5 | $105.00 | E-mail from R Higgins re State of Ohio withdrawal and executed Stip re Brian J Smith (.2); analysis of b-Linx re Target Industries claims for R Higgins (.2); prep e-mail to R Higgins re research results re Target Industries (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/16/2010 | 0.3 | $63.00 | Analysis of e-mails from S Cohen re revisions to claim states/transfers sent to K Davis at Rust |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/19/2010 | 0.3 | $63.00 | Telephone from J McFarland re claim 18508 (.1); research claim 18508 (.1); prep e-mail to J McFarland re claim 18508 (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/21/2010 | 0.1 | $11.00 | Revise transfer tracking worksheet re: two claims updated. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/21/2010 | 0.1 | $11.00 | Revise b-Linx to finalize two claim transfers and reconciliation notes. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/21/2010 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 4/21/2010 | 0.9 | $99.00 | Analyze docket numbers 24205 to 24627 (.4); audit claim updates (.1); update claims database (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/22/2010 | 1.0 | $210.00 | E-mail from P Cuniff re updated Omni 28 responses from employees (.2); analysis of updated response images (.4); prep e-mail to group re updated report and images (.2); e-mail from R Higgins re rescheduling call (.1); send invite to group re rescheduled call (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/22/2010 | 0.4 | $84.00 | Review e-mails from M Grimmett, G Kruse and B Daniel re A/P vendor level data available |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/26/2010 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/26/2010 | 0.1 | $11.00 | Revise b-Linx to finalize three claim transfers and reconciliation notes. |

EXHIBIT 1

# BMC Group

WR Grace

Monthly Invoice

## April 2010 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/26/2010 | 0.1 | $11.00 | Revise transfer tracking worksheet re: three claims updated. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 4/27/2010 | 0.1 | $11.00 | Analyze Court docket no. 24666 to verify no updates in the noticing system are required. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/27/2010 | 0.4 | $84.00 | E-mail from R Higgins re rescheduled Omni 28 call (.1); e-mail from R Higgins re revised Omni 28 response status chart (.2); e-mail from R Higgins and P Cuniff re add'l late responses (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/29/2010 | 0.4 | $84.00 | E-mail from R Higgins re research on service of Pennsylvania Dept of Revenue with Keystone sale order (.1); research docket re Keystone Sale Order service (.2); prep e-mail to R Higgins re research results (.1) |
| | Non-Asbestos Claims Total: | | | 22.6 | $3,866.00 | |

## April 2010 -- WRG Plan & Disclosure Statement

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 4/20/2010 | 1.0 | $210.00 | E-mail from D Boll re voting info for Classes 7A and 10, dollar amounts and info for draft Confirmation Order (.1); review solicitation and voting procedures re Class 7A and 10 (.7); prep e-mail to D Boll re Voting Procedures Order, Class 7A and 10 numerosity votes only (.2) |
| | WRG Plan & Disclosure Statement Total: | | | 1.0 | $210.00 | |
| | April 2010 Total: | | | 105.1 | $15,571.00 | |

EXHIBIT 1

# BMC Group

WR Grace

Monthly Invoice

| | | | |
|---|---|---|---|
| | Grand Total: | 105.1 | $15,571.00 |

EXHIBIT 1

# BMC Group

WR Grace

## Professional Activity Summary

Date Range: 4/1/2010 thru 4/30/2010

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **Asbestos Claims** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 3.0 | $630.00 |
| | Total: | 3.0 | $630.00 |
| | | | |
| **Case Administration** | | | |
| CAS | | | |
| Lucina Solis | $45.00 | 1.5 | $67.50 |
| CAS | | | |
| Airgelou Romero | $95.00 | 1.6 | $152.00 |
| Brianna Tate | $45.00 | 0.2 | $9.00 |
| James Myers | $65.00 | 0.4 | $26.00 |
| Mabel Soto | $45.00 | 15.2 | $684.00 |
| Maristar Go | $95.00 | 1.0 | $95.00 |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.6 | $99.00 |
| Myrtle John | $195.00 | 0.8 | $156.00 |
| CONSULTANT | | | |
| Anne Carter | $125.00 | 3.7 | $462.50 |
| REC_TEAM | | | |
| Dustee Decker | $75.00 | 0.3 | $22.50 |
| Lauri Shippers | $110.00 | 0.6 | $66.00 |
| Lelia Hughes | $75.00 | 6.6 | $495.00 |
| Steffanie Cohen | $110.00 | 0.6 | $66.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 29.9 | $6,279.00 |
| | Total: | 63.0 | $8,679.50 |
| | | | |
| **Data Analysis** | | | |
| CAS | | | |
| Mabel Soto | $45.00 | 1.9 | $85.50 |
| Reynante Dela Cruz | $95.00 | 3.0 | $285.00 |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 2.7 | $405.00 |
| SR_ANALYST | | | |
| Anna Wick | $110.00 | 1.8 | $198.00 |
| Jacqueline Conklin | $95.00 | 0.6 | $57.00 |
| | Total: | 10.0 | $1,030.50 |
| | | | |
| **Fee Applications** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 5.5 | $1,155.00 |
| | Total: | 5.5 | $1,155.00 |

EXHIBIT 1

# BMC Group

WR Grace

Professional Activity Summary

Date Range: 4/1/2010 thru 4/30/2010

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **Non-Asbestos Claims** | | | |
| REC_TEAM | | | |
| Lauri Shippers | $110.00 | 5.0 | $550.00 |
| Steffanie Cohen | $110.00 | 3.8 | $418.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 13.8 | $2,898.00 |
| Total: | | 22.6 | $3,866.00 |
| **WRG Plan & Disclosure Statement** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 1.0 | $210.00 |
| Total: | | 1.0 | $210.00 |
| Grand Total: | | 105.1 | $15,571.00 |

EXHIBIT 1