**EXHIBIT 2**



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_100430**
**Expense Summary**

| Period Ending | 4/30/2010 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $709.05 |
| | | Noticing Production | $6.67 |
| | | PO Box Renewal | $660.00 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$2,825.72** |

EXHIBIT 2

BMC GROUP INC                       WR GRACE - EXPENSE DETAIL                                            APRIL 2010

| Invoice Nbr | Bill As Client | ConsultantID | Vendor | Amount | Date    | Expense Type        | Description              |
|-------------|----------------|--------------|--------|--------|---------|---------------------|--------------------------|
| 21_100430   | WR Grace       | BMC, BMC     | BMC    | 6.67   | 4/30/10 | Noticing Production | Noticing Production      |
| 21_100430   | WR Grace       | BMC10, BMC   | USPS   | 660.00 | 4/30/10 | PO Box Renewal      | PO Box 913 6mo. Renewal  |
| 21_100430   | WR Grace       | BMC, BMC     | BMC    | 709.05 | 4/30/10 | Document Storage    | 489 boxes                |
| 21_100430   | WR Grace       | BMC, BMC     | BMC    | 350.00 | 4/30/10 | B-linx User Fee     | B-linx User Fee          |
| 21_100430   | WR Grace       | BMC, BMC     | BMC    | 250.00 | 4/30/10 | Website Hosting     | Website Hosting          |
| 21_100430   | WR Grace       | BMC, BMC     | BMC    | 850.00 | 4/30/10 | B-Linx/Data Storage | B-Linx/Data Storage      |
|             |                |              |        | 2,825.72 |       |                     |                          |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

WR Grace & Co. et al

Noticing Production Reference Summary and Detail

| Reference Number | Production Date | | Total |
|---|---|---|---|
| Reference #  021-20100402-1 | 4/2/2010 | | $0.88 |
| Reference #  021-20100407-1 | 4/7/2010 | | $4.03 |
| Reference #  021-20100415-1 | 4/15/2010 | | $1.76 |
| | | Total | $6.67 |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 4/2/2010
**Reference #:** 021-20100402-1
**Notes:** 2 Transfers

| Job Type | Job Item | Pages / Parties | Details | Total |
|---|---|---|---|---|
| | Step | Task | | |
| Noticing Document | 1. Transfer Notices BNSF re: dkt 24557 | 0 / 1 | | |
| | Postage | USPS - 1st Class | 1 Piece @ $.44 each | $0.44 |
| | 2. Transfer Notices Marblegate Special Opportunities Masterfund re: dkt 24557 | | | |
| | | USPS - 1st Class | 1 Piece @ $.44 each | $0.44 |
| | | | **Total Due:** | **$0.88** |

*Invoice Due Upon Receipt*

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 4/7/2010
**Reference #:** 021-20100407-1
**Notes:** 7 Transfers

| Job Type | Job Item / Step | Pages / Parties / Task | Details | Total |
|---|---|---|---|---|
| Noticing Document | 1. Transfer Notice Consolidated Machine re: Dkt No. 24569 | 0 / 1 | | |
| | Postage | USPS - 1st Class | 1 Piece @ $.44 each | $0.44 |
| | 2. Transfer Notice Dann Pecar re: Dkt No. 24570 | | | |
| | | USPS - 1st Class | 1 Piece @ $.44 each | $0.44 |
| | 3. Tranfer Notice Drake Hammond re: Dkt No. 24571 | | | |
| | | USPS - 1st Class | 1 Piece @ $.44 each | $0.44 |
| | 4. Transfer Notice Fincher Fire re: Dkt No. 24572 | | | |
| | | USPS - 1st Class | 1 Piece @ $.44 each | $0.44 |
| | 5. Transfer Notice Heidler Roofing re: Dkt Nos. 24573 and 24574 | | | |
| | | USPS - 1st Class | 1 Piece @ $.44 each | $0.44 |
| | 6. Transfer Notice Judith Yorke re: Dkt No. 24575 | | | |
| | | USPS - 1st Class | 1 Piece @ $.44 each | $0.44 |
| | 7. Transfer notices Fair Harbor re: Dkt Nos. 24569 - 24575 | | | |
| | | USPS - 1st Class | 1 Piece @ $1.39 each | $1.39 |
| | | | **Total Due:** | **$4.03** |

*Invoice Due Upon Receipt*

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 4/15/2010
**Reference #:** 021-20100415-1
**Notes:** 4 Transfers

| Job Type | Job Item / Step | Pages / Parties / Task | Details | Total |
|---|---|---|---|---|
| Noticing Document | 1. Courtesy Notice Audiometrics re: Dkt No. 24606 | 0 / 1 | | |
| | Postage | USPS - 1st Class | 1 Piece @ $.44 each | $0.44 |
| | 2. Courtesy Notice Raymark Office re: Dkt No. 24608 | | | |
| | | USPS - 1st Class | 1 Piece @ $.44 each | $0.44 |
| | 3. Defective Notice Precision Prints re: Dkt No. 24607 | | | |
| | | USPS - 1st Class | 1 Piece @ $.44 each | $0.44 |
| | 4. Transfer Notices 95 South Holdings re: Dkt Nos. 24606 - 24608 | | | |
| | | USPS - 1st Class | 1 Piece @ $.44 each | $0.44 |
| | | | **Total Due:** | **$1.76** |

*Invoice Due Upon Receipt*

EXHIBIT 2