# EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_100531**
**Expense Summary**

| Period Ending | 5/31/2010 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $704.70 |
| | | Noticing Production | $3.08 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$2,157.78** |

BMC GROUP	WR GRACE - EXPENSE DETAIL	MAY 2010

| Invoice Nbr | Bill As Client | ConsultantID | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 21_100531 | WR Grace | BMC, BMC | BMC | 3.08 | 31-May-10 | Noticing Production | Noticing Production |
| 21_100531 | WR Grace | BMC, BMC | BMC | 850.00 | 31-May-10 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_100531 | WR Grace | BMC, BMC | BMC | 250.00 | 31-May-10 | Website Hosting | Website Hosting |
| 21_100531 | WR Grace | BMC, BMC | BMC | 350.00 | 31-May-10 | B-linx User Fee | B-linx User Fee |
| 21_100531 | WR Grace | BMC, BMC | BMC | 704.70 | 31-May-10 | Document Storage | 486 boxes |
|  |  |  |  | 2,157.78 |  |  |  |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | Total |
|---|---|---|
| Reference #  021-20100504-1 | 5/4/2010 | $1.32 |
| Reference #  021-20100505-1 | 5/5/2010 | $0.88 |
| Reference #  021-20100524-1 | 5/24/2010 | $0.88 |
|  | Total | $3.08 |



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 5/4/2010
**Reference #:** 021-20100504-1
**Notes:** 3 Transfers

| Job Type | Job Item | | Pages / Parties | | |
|---|---|---|---|---|---|
| | | Step | Task | Details | Total |
| Noticing Document | 1. Transfer Notice Met Electrical re: Dkt No. 24715 | | 0 / 1 | | |
| | | Postage | USPS - 1st Class | 1 Piece @ $.44 each | $0.44 |
| | 2. Courtesy Notice Target Inds re: Dkt No. 24716 | | | | |
| | | | USPS - 1st Class | 1 Piece @ $.44 each | $0.44 |
| | 3. Transfer Notices Fair Harbor re: Dkt Nos. 24715 and 24716 | | | | |
| | | | USPS - 1st Class | 1 Piece @ $.44 each | $0.44 |
| | | | | **Total Due:** | **$1.32** |

*Invoice Due Upon Receipt*



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 5/5/2010
**Reference #:** 021-20100505-1
**Notes:** 2 Transfers

| Job Type | Job Item | Pages / Parties | Details | Total |
|---|---|---|---|---|
| | Step | Task | | |
| Noticing Document | 1. Defective Notice Gaylon Dist re: dkts 24731 and 24732 | 0 / 1 | | |
| | Postage | USPS - 1st Class | 1 Piece @ $.44 each | $0.44 |
| | 2. Defective Notice Restoration Holding re: dkts 24731 and 24732 | | | |
| | | USPS - 1st Class | 1 Piece @ $.44 each | $0.44 |
| | | | **Total Due:** | **$0.88** |

*Invoice Due Upon Receipt*



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 5/24/2010
**Reference #:** 021-20100524-1
**Notes:** 2 Transfers

| Job Type | Job Item | Pages / Parties | Details | Total |
|---|---|---|---|---|
| | Step | Task | | |
| Noticing Document | 1. Courtesy Notice Schutz Container re: dkt 24816 | 0 / 1 | | |
| | Postage | USPS - 1st Class (at Cost) | 1 Piece @ $.44 each | $0.44 |
| | 2. Courtesy Notice Corre Opportunities Fund re: dkt 24816 | | | |
| | | USPS - 1st Class (at Cost) | 1 Piece @ $.44 each | $0.44 |
| | | | **Total Due:** | **$0.88** |

*Invoice Due Upon Receipt*