**EXHIBIT 1**

# BMC Group
WR GRACE
Monthly Invoice:

## June 2010 -- WRG Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/14/2010 | 0.3 | $63.00 | Analysis of new claims received from Rust Consulting (.2); prep e-mail to J Baer re claim types for new claims (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/21/2010 | 1.5 | $315.00 | DRTT audit and b-Linx review (.8); revise b-Linx per audit (.7) |
| | WRG Asbestos Claims Total: | | | 1.8 | $378.00 | |

## June 2010 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/2/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/2/2010 | 0.2 | $15.00 | Review Court docket Nos. 24851-24878 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/2/2010 | 0.6 | $126.00 | Prep e-mail to Cassman re Sierra Fund transfer review (.4); analysis of e-mail from S Cohen re Cassman review (.1); prep e-mail to S Cohen re Cassman review and deadline (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/2/2010 | 0.6 | $126.00 | Telephone from R Higgins re PI/Grace Team Reconciliation and change of claim status/substatus (.1); prep e-mail to G Kruse re R Higgins requested revision (.2); analysis of data to verify revision made (.3) |
| MYRTLE JOHN - MANAGER | | $195.00 | 6/2/2010 | 0.2 | $39.00 | Receive and record correspondence and CD re new bankruptcy record from Mike Cole at Rust Consulting (.1); prep email to data analyst for upload to claims database (.1) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/3/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/3/2010 | 0.1 | $7.50 | Review Court docket Nos. 24879-24893 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/3/2010 | 1.8 | $378.00 | Analysis of Court docket re case status |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/4/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/4/2010 | 0.1 | $7.50 | Review Court docket Nos. 24894-24904 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 6/4/2010 | 0.1 | $4.50 | Log in the returned Notice of Objection to and Treatment of Employee Claims per Martha Araki request |
| BRIANNA TATE - CAS | | $45.00 | 6/7/2010 | 0.2 | $9.00 | Review non-claim correspondence received by BMC at claims PO Box (.1); email correspondence with MAraki re: processing of same (.1) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/7/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/7/2010 | 0.1 | $7.50 | Review Court docket Nos. 24905-24913 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/7/2010 | 0.1 | $21.00 | E-mail from Doc Team re corresp received from Ismael Aguirre |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/7/2010 | 1.5 | $315.00 | Analysis of Court docket re case status |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/8/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/8/2010 | 0.1 | $7.50 | Review Court docket Nos. 24914-24922 to categorize docket entries. |
| LUCINA SOLIS - CAS | | $45.00 | 6/8/2010 | 0.2 | $9.00 | Review and process no COA return mail |

# BMC Group
WR GRACE
Monthly Invoice:

## June 2010 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/8/2010 | 0.4 | $84.00 | E-mail from K Davis re new claims received (.1); e-mail from D Boll re claims list for conflicts review (.1); e-mail from J Conklin re new claims received from rust (.1); e-mail from/to R Higgins re Hanmar and Hankin claim nos (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/8/2010 | 1.3 | $273.00 | Prep ART reports of active POC and Schedules for D Boll (.8); review reports (.4); prep e-mails to D Boll re reports prepared (.1) |
| BRIANNA TATE - CAS | | $45.00 | 6/9/2010 | 0.2 | $9.00 | Responded to email inquiry re: obtaining a copy of a claim. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/9/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/9/2010 | 0.1 | $7.50 | Review Court docket Nos. 24923-24931 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/9/2010 | 2.0 | $420.00 | DRTT audit and b-Linx review (1.0); revise b-Linx per audit (1.0) |
| AIRGELOU ROMERO - CAS | | $95.00 | 6/10/2010 | 0.9 | $85.50 | Audit categorization updates related to Court Docket Nos 24880-24886,24888-24889,24891-24893,24895,24896,24898,24901,24903-24907,24909-24913,24917-24929,24931 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/10/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/10/2010 | 0.1 | $7.50 | Review Court docket Nos. 24932-24934 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/10/2010 | 0.3 | $63.00 | E-mail from K Davis re 3 new claims received (.1); e-mail to/from R dela Cruz re FTP site for files for J Baer/R Higgins (.1); prep e-mail to J Baer and R Higgins re FTP site for files (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 6/10/2010 | 0.1 | $19.50 | Email exchanges with M Araki and review email from Rust Consulting re document password |
| AIRGELOU ROMERO - CAS | | $95.00 | 6/11/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 24932-24934 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/11/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/11/2010 | 0.1 | $7.50 | Review Court docket Nos. 24935-24937 to categorize docket entries. |
| AIRGELOU ROMERO - CAS | | $95.00 | 6/14/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 24936-24937 |
| BRIANNA TATE - CAS | | $45.00 | 6/14/2010 | 0.1 | $4.50 | Telephone with Jeffrey Muszynski at (989) 595-3264 / RE: the status of the case. |
| BRIANNA TATE - CAS | | $45.00 | 6/14/2010 | 0.1 | $4.50 | Telephone with Claimant at (770) 378-6959 / RE: who the lawyers were for the future personal injury claimants. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/14/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/14/2010 | 0.1 | $7.50 | Review Court docket Nos. 24938-24941 to categorize docket entries. |
| MYRTLE JOHN - MANAGER | | $195.00 | 6/14/2010 | 0.2 | $39.00 | Review and analysis of correspondence and CD received from Rust Consulting re new claims Nos. 18539 and 18540 for upload and processing (.1) email to data manager for upload; review email exchange re completion status (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 6/15/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 24939,24941 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/15/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |

# BMC Group
WR GRACE
Monthly Invoice:

## June 2010 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/15/2010 | 0.1 | $7.50 | Review Court docket Nos. 24942-24943 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/15/2010 | 0.5 | $105.00 | E-mail from J Baer re Plum Creek Timber claim types (.1); e-mail from R Higgins re S Byers and J McGuire claim info (.1); research b-Linx re Byers and McGuire claims (.2); prep e-mail to R Higgins re research results (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 6/16/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 24942-24943 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/16/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/16/2010 | 0.1 | $7.50 | Review Court docket Nos. 24944-24948 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/16/2010 | 1.5 | $315.00 | DRTT audit and b-Linx review (.8); revise b-Linx per audit (.7) |
| AIRGELOU ROMERO - CAS | | $95.00 | 6/17/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 24944-24948 |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 6/17/2010 | 0.1 | $7.50 | Telephone with Unknown at (818) 552-4022 / RE: update on the bankruptcy proceedings |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/17/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/17/2010 | 0.1 | $7.50 | Review Court docket Nos. 24949-24952 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/17/2010 | 0.2 | $42.00 | E-mail from R Mather re update on employee mis-mailing (.1); review files re info (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/17/2010 | 1.0 | $210.00 | Analysis of docket re case status |
| AIRGELOU ROMERO - CAS | | $95.00 | 6/18/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 24949-24952 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/18/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/18/2010 | 0.1 | $7.50 | Review Court docket Nos. 24953-24954 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/18/2010 | 1.5 | $315.00 | DRTT audit and b-Linx review (.7); revise b-Linx per audit (.7); prep e-mail to S Cohen re DRTT revision (.1) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/21/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/21/2010 | 0.1 | $7.50 | Review Court docket Nos. 24955-24961 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 6/22/2010 | 0.1 | $4.50 | Telephone with Barbara Rocker at (251) 456-5880 / RE: the status of the case. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/22/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/22/2010 | 0.1 | $7.50 | Review Court docket Nos. 24962-24963 to categorize docket entries. |
| AIRGELOU ROMERO - CAS | | $95.00 | 6/23/2010 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 24953-24963 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/23/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/23/2010 | 0.1 | $7.50 | Review Court docket No. 24964 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/23/2010 | 1.5 | $315.00 | Analsyis of Court docket re case status |
| BRIANNA TATE - CAS | | $45.00 | 6/24/2010 | 0.1 | $4.50 | Telephone with Wilma Kantori at (561) 369-7270 / RE: if everything had been settled. |

# BMC Group
### WR GRACE
Monthly Invoice:

## June 2010 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| JAMES MYERS - CAS | | $65.00 | 6/24/2010 | 0.2 | $13.00 | Obj to & Treatment of Empl Bene Claims: Review & respond to email from M Araki; confer w/ M Araki (.1); prep service address list (.1) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/24/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/24/2010 | 0.1 | $7.50 | Review Court docket Nos. 24965-24972 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/24/2010 | 1.6 | $336.00 | Telephone form P Cuniff re POS for Omni 28 objection (.1); review files re POS (.2); prep RRD POS re Omni 28 notice (.5); review service lists for attachment to RRD POS (.3); telephoen to J Doherty re execution of RRD POS (.1); revise RRD POS for signature by F Rogers (.1); e-mails with F Rogers re Omni 28 POX (.2); prep email to P Cunif re Omni 28 POS for filing (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/24/2010 | 0.3 | $63.00 | Prep e-mails re coverage for case during vacation (.2); prep status memo to S Cohen (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 6/24/2010 | 0.2 | $33.00 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/24/2010 | 0.2 | $22.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/25/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/25/2010 | 0.1 | $7.50 | Review Court docket Nos. 24973-24978 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/25/2010 | 1.0 | $210.00 | Analysis of various e-mails from S Cohen re inquiries received re claims status (.5); prep e-mails to S Cohen re actions for inquiries (.5) |
| BRIANNA TATE - CAS | | $45.00 | 6/28/2010 | 0.1 | $4.50 | Telephone with Phil at (352) 835-8635 / RE: the outcome of voting. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/28/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/28/2010 | 0.1 | $7.50 | Review Court docket Nos. 24979-24991 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/28/2010 | 0.3 | $63.00 | E-mail from G Kruse re multi distrib classes and reporting (.1); e-mail from K Davis re voiding Zhagrus Enviro 2nd claim (.1); confirmation to J Baer re Zhagrus voided claim (.1) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/29/2010 | 0.1 | $7.50 | Review Court docket Nos. 24992-24997 to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/29/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| AIRGELOU ROMERO - CAS | | $95.00 | 6/30/2010 | 0.7 | $66.50 | Audit categorization updates related to Court Docket Nos 24965-24990,24992-24993,24995-24996,24998-25009 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/30/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 6/30/2010 | 0.1 | $7.50 | Review Court docket Nos. 24998-25009 to categorize docket entries. |
| | WRG Case Administration Total: | | | 29.2 | $4,715.00 | |

## June 2010 -- WRG Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|

# BMC Group
WR GRACE
Monthly Invoice:

## June 2010 -- WRG Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| ANNA WICK - SR_ANALYST | | $110.00 | 6/1/2010 | 0.1 | $11.00 | Custom Interest Review tool, add fields for interest by amount class at request of M Araki |
| ANNA WICK - SR_ANALYST | | $110.00 | 6/1/2010 | 1.1 | $121.00 | Add new interest by class fields to form at request of M Araki |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/1/2010 | 1.2 | $180.00 | Prepare updated data source for Blackstone active claims distribution report and include all active open and active reconciled claims. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/1/2010 | 1.7 | $255.00 | Prepare active claims report splitting out Employee claims. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/1/2010 | 1.5 | $225.00 | Review/audit active claims source data and provide list of claims with no deemed amounts to M Araki (.7). Add new deemed amounts to selected claims as per M Araki (.8) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/1/2010 | 2.8 | $420.00 | Review Distribution Classes assigned by M Araki (.7). Create data source for Distribution Classes (.9) and integrate into Active Claims report (1.2) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/1/2010 | 1.3 | $195.00 | Generate updated draft of Active Claims report for Blackstone review (1.2) and forward to M Araki (.1). |
| ANNA WICK - SR_ANALYST | | $110.00 | 6/2/2010 | 0.1 | $11.00 | Add new status/substatus at request of M Araki |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/2/2010 | 1.1 | $165.00 | Reformat Active Claims report worksheet as per Balckstone review. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/2/2010 | 2.2 | $330.00 | Update Distribution Class data source as per M Araki review. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/2/2010 | 1.1 | $165.00 | Update active claims report query to implement updated Blackstone report requirements. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/2/2010 | 1.6 | $240.00 | Prepare updated active claims report with updated format (.9). Export to Excel (.5) and forward to M Araki for review (.1) |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 6/2/2010 | 0.1 | $9.50 | Correspondence with project manager regarding the new bankruptcy claim received from Rust dated 5/28/2010. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/2/2010 | 3.5 | $735.00 | Review distribution classes to account for all plan classes (1.5); revise distribution classes to account for all plan classes (2.0) |
| REYNANTE DELA CRUZ - CAS | | $95.00 | 6/2/2010 | 3.0 | $285.00 | Research current status, amount data of claims/schedules transferred to Liquidity Solutions per M. Araki |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/3/2010 | 0.3 | $45.00 | Conf call with Blackstone re format of Distribution Report. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/3/2010 | 2.2 | $330.00 | Update distribution report generation queries as per new format requirements. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/3/2010 | 1.9 | $285.00 | Prepare updated distribution report with new format (1.1). Export to Excel (.7) and forward to M Araki for review (.1) |
| REYNANTE DELA CRUZ - CAS | | $95.00 | 6/3/2010 | 4.0 | $380.00 | Research current status, amount data of claims/schedules transferred to Liquidity Solutions per M. Araki |
| REYNANTE DELA CRUZ - CAS | | $95.00 | 6/3/2010 | 1.0 | $95.00 | Continue research current status, amount data of claims/schedules transferred to Liquidity Solutions per M. Araki |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 6/8/2010 | 0.1 | $9.50 | Upload bankruptcy claim to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 6/8/2010 | 0.1 | $9.50 | Migrate bankruptcy claim's image from CD to server. |

# BMC Group
WR GRACE
Monthly Invoice:

## June 2010 -- WRG Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 6/8/2010 | 0.1 | $9.50 | Append bankruptcy claim data to tblOutput for migration to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 6/8/2010 | 0.1 | $9.50 | Prepare and forward claims register for bankruptcy claims upload to project team. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 6/8/2010 | 0.1 | $9.50 | Extract, process, reformat bankruptcy data to migrate data to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 6/9/2010 | 0.1 | $9.50 | Update return mail to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 6/10/2010 | 0.1 | $9.50 | Correspondence with project manager regarding a Rust CD mailed for two new B-10 claims. |
| REYNANTE DELA CRUZ - CAS | | $95.00 | 6/10/2010 | 0.2 | $19.00 | Link documents to ftp site per M. Araki |
| ANNA WICK - SR_ANALYST | | $110.00 | 6/11/2010 | 0.1 | $11.00 | Assist M Araki with claims and creditor management tool glitch |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 6/14/2010 | 0.1 | $9.50 | Upload bankruptcy claims to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 6/14/2010 | 0.1 | $9.50 | Migrate bankruptcy claims images from CD to server. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 6/14/2010 | 0.1 | $9.50 | Append bankruptcy claims data to tblOutput for migration to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 6/14/2010 | 0.1 | $9.50 | Prepare and forward claims register for bankruptcy claims upload to project team. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 6/14/2010 | 0.1 | $9.50 | Extract, process, reformat bankruptcy data to migrate data to b-Linx. |
| ANNA WICK - SR_ANALYST | | $110.00 | 6/15/2010 | 0.2 | $22.00 | Claims transfer data review with M Araki |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/15/2010 | 0.4 | $84.00 | Telephone with A Wick re transfer data review and transfer table |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 6/24/2010 | 0.1 | $9.50 | Correspondence with project manager regarding the verification of transfers. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/28/2010 | 1.2 | $180.00 | Prepare updated active and inactive claims report (.7). Export to Excel (.4) and forward to S Cohen for review (.1). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/28/2010 | 1.5 | $225.00 | Review plan classes and distribution classes (.4). Review/audit claims with multiple plan classes (.6). Review possible updates on how to display affected claims on Blackstone distribution report per conf call (.5). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/29/2010 | 1.8 | $270.00 | Update distribution report data source (.9). Prepare updated distribution report (.8) and forward to M Araki for review (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/29/2010 | 1.4 | $210.00 | Update distribution report queries to allow for multiple plan class listings. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/30/2010 | 0.8 | $120.00 | Update selected claims distribution class in distribution review database as per M Araki. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/30/2010 | 1.2 | $180.00 | Review updated distribution rates and source data (.5). Prepare backup snap shot of distribution database (.7). |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 6/30/2010 | 0.1 | $9.50 | Correspondence with project manager regarding new Rust CD mailed for claim #15460 data change. |
| | | WRG Data Analysis Total: | | 42.0 | $5,936.50 | |

## June 2010 -- WRG Distribution

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|

# BMC Group
WR GRACE
Monthly Invoice:

## June 2010 -- WRG Distribution

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/1/2010 | 1.5 | $315.00 | E-mails from R Higgins and J Baer (several) re further revisions to interest data, reports and add'l docs for review (1.0); research b-Linx re add'l docs requested (.4); prep e-mail to R Higgins re add'l docs requested (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/1/2010 | 1.1 | $231.00 | Analysis of report from G Kruse re reconciled claims without interest rates (.3); review claims re orders affecting claims for interest rates (.5); revise interest rate database re claims reviewed (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/1/2010 | 0.6 | $126.00 | Telephone (.2) and emails (.4) with G Kruse re prep of datafile extract for Blackstone delivery |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/1/2010 | 2.5 | $525.00 | Prep revised distrib interest rate reports for J Baer and R Higgins |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/1/2010 | 2.4 | $504.00 | Review Blackstone data file from G Kruse (1.8); finalize datafile for transmission (.5); prep e-mail to S Scarliss and M Sperling re new datafile (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/2/2010 | 1.5 | $315.00 | Analysis of revised datafile from G Kruse with requested revisions |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/2/2010 | 1.0 | $210.00 | Conf call with M Sperling/Blackstone and S Scarlis/WR Grace re key to distribution classes, revisions to spreadsheet, claims to be removed, PBGC claim |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/2/2010 | 1.5 | $315.00 | Continue review of revised datafile from G Kruse re requested revisions from M Sperling and S Scarlis |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/2/2010 | 2.5 | $525.00 | Further review of distribution classes vs plan classes (1.0); further revision to distribution classes vs plan classes (1.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/3/2010 | 0.9 | $189.00 | Prep for conf call with M Sperling and S Scarlis (.3); conf call with M Sperling, S Scarlis, A Lambert, J Coffman, G Kruse re add'l revisions to Blackstone database (.4); telephone with G Kruse re revisions requested and timing (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/3/2010 | 0.6 | $126.00 | E-mails (.3) and telephone calls (.3) with G Kruse re revision to Blackstone datafile |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/3/2010 | 1.6 | $336.00 | Review revised, reduced file from G Kruse (1.5); prep e-mail to S Scarlis and M Sperling re revised datafile (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/10/2010 | 2.0 | $420.00 | Review reports prepared for Blackstone for revision per J Baer and R Higgins review groups |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/10/2010 | 4.5 | $945.00 | Prep J Baer/R Higgins review group reports of data prepared for Blackstone |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/14/2010 | 1.5 | $315.00 | Analysis of Plan re information related to distribution |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/16/2010 | 2.0 | $420.00 | Continue analysis of Plan re information related to distribution |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/18/2010 | 1.5 | $315.00 | Review plan class list vs distribution class list and reporting uses |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/22/2010 | 0.7 | $147.00 | Review Blackstone reports to confirm Darex PR data included |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/24/2010 | 2.8 | $588.00 | E-mails from J Baer re review of Blackstone data (.4); review Blackstone data re J Baer e-mails (1.2); revise J Baer and R Higgins worksheets re J Baer review (.8); prep responses to J Baer re Blackstone data review (.4) |

# BMC Group
WR GRACE
Monthly Invoice:

## June 2010 -- WRG Distribution

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/25/2010 | 0.4 | $84.00 | E-mail to G Kruse re claims with more than 1 distirb class and reporting on Blackstone/Baer/Higgins reports (.2); e-mail to T Feil re J Baer review of Blackstone data and status (.1); e-mail from TAF re response (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/25/2010 | 0.1 | $11.00 | Email correspondence with M.Araki re: request by J.Baer regarding claim updates in preparation of distribution |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/30/2010 | 0.6 | $126.00 | E-mail form J Baer re add'l comments on Blackstone data (.1); review data and b-Linx re J Baer email (.3); prep e-mail to J Baer re results (.1); e-mail to G Kruse re distrib class revisions per J Baer (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/30/2010 | 0.5 | $105.00 | E-mail from G Kruse re revised distribution classes and worksheet (.1); review worksheet (.4) |
| | WRG Distribution Total: | | | 34.3 | $7,193.00 | |

## June 2010 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/1/2010 | 0.6 | $126.00 | E-mail from Sierra Liquidity re request for review and confirmation of claims transferred (.3); prep e-mail to R Higgins and J Baer re Sierra Liquidity request (.1); e-mails from R Higgins and J Baer re Sierra Liquidity review (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/1/2010 | 0.1 | $11.00 | Email correspondence with L.Gardner re: documentation related to transfer of claim 15460; draft follow-up memo to M.Araki |
| ALFRED VILLANUEVA - CAS | | $65.00 | 6/2/2010 | 1.2 | $78.00 | Research current status, amount data of claims/schedules transferred to Sierra Liquidity Fund per M.Araki request |
| MYRTLE JOHN - MANAGER | | $195.00 | 6/2/2010 | 0.1 | $19.50 | Review email exchanges from M Araki re claims transfer research requested by Sierra Liquidity |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/2/2010 | 0.1 | $11.00 | Email correspondence with M.Araki re: analysis required of claims/schedules transferred to Sierra Liquidity |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/2/2010 | 0.4 | $44.00 | Coordinate research project (.2) & draft instructions (.2) for Cebu team related to claims/schedules transferred to Sierra Liquidity per M.Araki request |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/2/2010 | 0.2 | $22.00 | Email correspondence with Cebu team re: research of claims/schedules transferred to Sierra Liquidity per M.Araki request |
| VINCENT NACORDA - CAS | | $75.00 | 6/2/2010 | 2.0 | $150.00 | Research current status, amount data of claims/schedules transferred to Sierra Liquidity Fund per M.Araki request |
| ALFRED VILLANUEVA - CAS | | $65.00 | 6/3/2010 | 1.2 | $78.00 | Continue research of current status, amount data of claims/schedules transferred to Sierra Liquidity Fund per M.Araki request |
| MIKE BOOTH - MANAGER | | $165.00 | 6/3/2010 | 0.2 | $33.00 | Discussion with S Cohen re: research of current status, amount data of claims/schedules transferred to Liquidity Solutions by Cebu team per M Araki request. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/3/2010 | 0.2 | $22.00 | Discussion with M.Booth re: research of current status, amount data of claims/schedules transferred to Liquidity Solutions by Cebu team per M.Araki request |

# BMC Group
WR GRACE
Monthly Invoice:

## June 2010 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| VINCENT NACORDA - CAS | | $75.00 | 6/3/2010 | 1.3 | $97.50 | Research current status, amount data of claims/schedules transferred to Sierra Liquidity Fund per M.Araki request |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/4/2010 | 0.3 | $63.00 | E-mail from R Higgins re Grau Cert of No Objection (.1); analysis of docs (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/7/2010 | 0.3 | $63.00 | E-mail from R Higgins re M Bersaw employee POCs (.1); analysis of b-Linx re 3 M Bersaw POCs filed and status (.1); prep e-mail to R Higgins re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/8/2010 | 0.7 | $147.00 | E-mail from J Baer re Plum Creek Timber bar date service (.1); research BDN service lists re Plum Creek Timber (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/9/2010 | 1.8 | $378.00 | Review Sierra Liqudity research results from case support (1.0); research b-Linx re Sierra Liquidity claims with issues noted by case support (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/10/2010 | 0.5 | $105.00 | Analysis of scheds and publication service list re Plum Creek Timber (.4); prep e-mail to J Baer re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/11/2010 | 2.5 | $525.00 | DRTT audit and b-Linx review (1.4); revise b-Linx per audit (1.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/11/2010 | 1.0 | $210.00 | Revise b-Linx re review of Sierra Liquidity research results from case support |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/13/2010 | 2.0 | $420.00 | Prep info for J Baer/R Higgins review re Sierra Liquidity research results (.5); research Court docket re service of motions/orders expunging Sierra Liquidity claims (1.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/14/2010 | 0.4 | $84.00 | Prep e-mail to R Higgins re Sierra Liquidity research results (.1); e-mail from J Baer re Sierra Liquidity report revision (.1); revise Sierra Liquidity report per J Baer (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/15/2010 | 1.4 | $294.00 | E-mail from J Baer re revisions to Sierra Liquidity research (.2); revise Sierra Liquidity report per J Baer (1.0); prep e-mail to J Baer re revised report (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/17/2010 | 2.0 | $420.00 | Revise b-Linx re data issues from claims review |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/18/2010 | 0.4 | $84.00 | E-mail from J Baer re Int'l Paper and/or Garlock POC (.1); research b-Linx re In'tl Paper and Garlock POC (.2); prep e-mail to J Baer re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/18/2010 | 0.4 | $84.00 | E-mail from J Baer re Zhagrus POC (.1); research b-Linx re Zhagrus POC, transfers (.2); prep e-mail to J Baer re Zhagrus/Envirocare/Longacre claims (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/18/2010 | 1.5 | $315.00 | Review transfer worksheet vs b-Linx re data review |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/21/2010 | 0.4 | $84.00 | E-mail from D Bibbs re Harrington Tool settlement (.1); analysis of b-Linx and docket re Harrington Tools settlement and docs (.2); prep e-mail to D Bibbs and J Baer re Harrington Tools settlement and docs (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/22/2010 | 1.0 | $210.00 | Telephone from C Finke re proofs of claim filed in Darex PR case (.1); analysis of b-Linx re Darex PR claims (.2); prep ART reports of active and expunged Darex PR claims (.2); prep spreadsheets for C Finke re active and expunged Darex PR claims (.3); e-mail to C Finke re same (.1); e-mail to C Finke re Fulton County Tax claim (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/22/2010 | 0.3 | $63.00 | E-mail from J Baer re Zhagrus Enviro claim and resolution (.2); e-mail to K Davis re voiding claim (.1) |

# BMC Group
WR GRACE
Monthly Invoice:

## June 2010 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/23/2010 | 2.0 | $420.00 | Continue analysis of files re transfer spreadsheets (.5); review transfer spreadsheets located vs b-Linx data (1.3); prep e-mail to G Kruse re data issues to research (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/24/2010 | 0.3 | $63.00 | E-mail from R Higgins re exhibits for Omni 28 Order (.1); review files re exhibits to motion for inclusion in Omni 28 order (.1); e-mail to R Higgins/J O'Neill re exhibits for Omni 28 order (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/25/2010 | 0.4 | $44.00 | Initalize preparation and analysis of monthly reports (.3); email correspondence with G.Kruse, L.Shippers re: reporting requirements (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/28/2010 | 0.1 | $11.00 | Email correspondence with M.Araki re: claim database updates required re: Envirocare claim |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/28/2010 | 0.1 | $11.00 | Update claim 15460 per M.Araki request; email correspondence with M.Booth, A.Wick re: updates |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/28/2010 | 0.3 | $33.00 | Finalize preparation and analysis of monthly reports (.2); draft follow-up memos to K.Davis re: reports (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/30/2010 | 0.3 | $63.00 | C Greco e-mail re request to review claim from V Knox (.1); review b-Linx (.1); prep e-mail to C Greco re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/30/2010 | 0.6 | $126.00 | E-mail from J Baer re Schedule G review (.1); review files re prior request from C Greco re Schedule G info (.3); prep e-mail to J Baer re Sched G researche results (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/30/2010 | 0.1 | $11.00 | Email correspondence with L.Gardner re: request for updated environmental claim reports |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/30/2010 | 0.3 | $33.00 | Prepare environmental claim liability reports per L.Gardner request (.2); draft follow-up memo to L.Gardner re: report results (.1) |
| | WRG Non-Asbestos Claims Total: | | | 29.0 | $5,056.00 | |
| | | | June 2010 Total: | 136.3 | $23,278.50 | |

# BMC Group
WR GRACE
Monthly Invoice:

|  |  |  |
|---|---|---|
| Grand Total: | 136.3 | $23,278.50 |

## BMC Group
### WR GRACE
### Professional Activity Summary
### Date Range: 6/1/2010 thru 6/30/2010

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---:|---:|---:|
| **WRG Asbestos Claims** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 1.8 | $378.00 |
| Total: | | 1.8 | $378.00 |
| **WRG Case Administration** | | | |
| CAS | | | |
| Lucina Solis | $45.00 | 0.2 | $9.00 |
| CAS | | | |
| Airgelou Romero | $95.00 | 2.4 | $228.00 |
| Brianna Tate | $45.00 | 0.9 | $40.50 |
| James Myers | $65.00 | 0.2 | $13.00 |
| Mabel Soto | $45.00 | 0.1 | $4.50 |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.2 | $33.00 |
| Myrtle John | $195.00 | 0.5 | $97.50 |
| REC_TEAM | | | |
| Dustee Decker | $75.00 | 0.1 | $7.50 |
| Lelia Hughes | $75.00 | 6.4 | $480.00 |
| Steffanie Cohen | $110.00 | 0.2 | $22.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 18.0 | $3,780.00 |
| Total: | | 29.2 | $4,715.00 |
| **WRG Data Analysis** | | | |
| CAS | | | |
| Reynante Dela Cruz | $95.00 | 8.2 | $779.00 |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 26.8 | $4,020.00 |
| SR_ANALYST | | | |
| Anna Wick | $110.00 | 1.6 | $176.00 |
| Jacqueline Conklin | $95.00 | 1.5 | $142.50 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 3.9 | $819.00 |
| Total: | | 42.0 | $5,936.50 |
| **WRG Distribution** | | | |
| REC_TEAM | | | |
| Steffanie Cohen | $110.00 | 0.1 | $11.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 34.2 | $7,182.00 |
| Total: | | 34.3 | $7,193.00 |

## BMC Group
### WR GRACE
### Professional Activity Summary
### Date Range: 6/1/2010 thru 6/30/2010

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---:|---:|---:|
| **WRG Non-Asbestos Claims** | | | |
| CAS | | | |
| Alfred Villanueva | $65.00 | 2.4 | $156.00 |
| Vincent Nacorda | $75.00 | 3.3 | $247.50 |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.2 | $33.00 |
| Myrtle John | $195.00 | 0.1 | $19.50 |
| REC_TEAM | | | |
| Steffanie Cohen | $110.00 | 2.3 | $253.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 20.7 | $4,347.00 |
| | Total: | 29.0 | $5,056.00 |
| | Grand Total: | 136.3 | $23,278.50 |