# EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
Invoice #: 21_100630
Expense Summary

| Period Ending | 6/30/2010 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $704.70 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$2,154.70** |

EXHIBIT 2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BMC GROUP | | | | WR GRACE - EXPENSE DETAIL | | | JUNE 2010 |

| Invoice Nbr | Bill As Client | ConsultantID | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 21_100630 | WR Grace | BMC, BMC | BMC | 704.70 | 30-Jun-10 | Document Storage | 486 boxes |
| 21_100630 | WR Grace | BMC, BMC | BMC | 250.00 | 30-Jun-10 | Website Hosting | Website Hosting |
| 21_100630 | WR Grace | BMC, BMC | BMC | 850.00 | 30-Jun-10 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_100630 | WR Grace | BMC, BMC | BMC | 350.00 | 30-Jun-10 | B-linx User Fee | B-linx User Fee |
| | | | | 2,154.70 | | | |

EXHIBIT 2