# EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_100430**
**Expense Summary**

| Period Ending | 4/30/2010 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $709.05 |
| | | Noticing Production | $6.67 |
| | | PO Box Renewal | $660.00 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$2,825.72** |

BMC GROUP INC

WR GRACE - EXPENSE DETAIL

APRIL 2010

| Invoice Nbr | Bill As Client | ConsultantID | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 21_100430 | WR Grace | BMC, BMC | BMC | 6.67 | 4/30/10 | Noticing Production | Noticing Production |
| 21_100430 | WR Grace | BMC10, BMC | USPS | 660.00 | 4/30/10 | PO Box Renewal | PO Box 913 6mo. Renewal |
| 21_100430 | WR Grace | BMC, BMC | BMC | 709.05 | 4/30/10 | Document Storage | 489 boxes |
| 21_100430 | WR Grace | BMC, BMC | BMC | 350.00 | 4/30/10 | B-linx User Fee | B-linx User Fee |
| 21_100430 | WR Grace | BMC, BMC | BMC | 250.00 | 4/30/10 | Website Hosting | Website Hosting |
| 21_100430 | WR Grace | BMC, BMC | BMC | 850.00 | 4/30/10 | B-Linx/Data Storage | B-Linx/Data Storage |
| | | | | 2,825.72 | | | |



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | | Total |
|---|---|---|---|
| Reference # 021-20100402-1 | 4/2/2010 | | $0.88 |
| Reference # 021-20100407-1 | 4/7/2010 | | $4.03 |
| Reference # 021-20100415-1 | 4/15/2010 | | $1.76 |
| | | Total | $6.67 |



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 4/2/2010
**Reference #:** 021-20100402-1
**Notes:** 2 Transfers

| Job Type | Job Item / Step | Pages / Parties / Task | Details | Total |
|---|---|---|---|---|
| Noticing Document | 1. Transfer Notices BNSF re: dkt 24557 | 0 / 1 | | |
| | Postage | USPS - 1st Class | 1 Piece @ $.44 each | $0.44 |
| | 2. Transfer Notices Marblegate Special Opportunities Masterfund re: dkt 24557 | | | |
| | | USPS - 1st Class | 1 Piece @ $.44 each | $0.44 |
| | | | **Total Due:** | **$0.88** |

*Invoice Due Upon Receipt*

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 4/7/2010
**Reference #:** 021-20100407-1
**Notes:** 7 Transfers

| Job Type | Job Item / Step | Pages / Parties / Task | Details | Total |
|---|---|---|---|---|
| Noticing Document | 1. Transfer Notice Consolidated Machine re: Dkt No. 24569 | 0 / 1 | | |
| | Postage | USPS - 1st Class | 1 Piece @ $.44 each | $0.44 |
| | 2. Transfer Notice Dann Pecar re: Dkt No. 24570 | | | |
| | | USPS - 1st Class | 1 Piece @ $.44 each | $0.44 |
| | 3. Tranfer Notice Drake Hammond re: Dkt No. 24571 | | | |
| | | USPS - 1st Class | 1 Piece @ $.44 each | $0.44 |
| | 4. Transfer Notice Fincher Fire re: Dkt No. 24572 | | | |
| | | USPS - 1st Class | 1 Piece @ $.44 each | $0.44 |
| | 5. Transfer Notice Heidler Roofing re: Dkt Nos. 24573 and 24574 | | | |
| | | USPS - 1st Class | 1 Piece @ $.44 each | $0.44 |
| | 6. Transfer Notice Judith Yorke re: Dkt No. 24575 | | | |
| | | USPS - 1st Class | 1 Piece @ $.44 each | $0.44 |
| | 7. Transfer notices Fair Harbor re: Dkt Nos. 24569 - 24575 | | | |
| | | USPS - 1st Class | 1 Piece @ $1.39 each | $1.39 |
| | | | **Total Due:** | **$4.03** |

*Invoice Due Upon Receipt*

EXHIBIT 2

**BMC Group, Inc.**
**600 1st Ave., Suite 300**
**Seattle, WA 98104**
**Tel: 206/516-3300**

**WR Grace & Co. et al**

**Production Date:** 4/15/2010
**Reference #:** 021-20100415-1
**Notes:** 4 Transfers

| Job Type | Job Item / Step | Pages / Parties / Task | Details | Total |
|---|---|---|---|---|
| Noticing Document | 1. Courtesy Notice Audiometrics re: Dkt No. 24606 | 0 / 1 | | |
| | Postage | USPS - 1st Class | 1 Piece @ $.44 each | $0.44 |
| | 2. Courtesy Notice Raymark Office re: Dkt No. 24608 | | | |
| | | USPS - 1st Class | 1 Piece @ $.44 each | $0.44 |
| | 3. Defective Notice Precision Prints re: Dkt No. 24607 | | | |
| | | USPS - 1st Class | 1 Piece @ $.44 each | $0.44 |
| | 4. Transfer Notices 95 South Holdings re: Dkt Nos. 24606 - 24608 | | | |
| | | USPS - 1st Class | 1 Piece @ $.44 each | $0.44 |
| | | | **Total Due:** | **$1.76** |

*Invoice Due Upon Receipt*

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_100531**
**Expense Summary**

| Period Ending | 5/31/2010 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $704.70 |
| | | Noticing Production | $3.08 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$2,157.78** |

BMC GROUP

WR GRACE - EXPENSE DETAIL

MAY 2010

| Invoice Nbr | Bill As Client | ConsultantID | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 21_100531 | WR Grace | BMC, BMC | BMC | 3.08 | 31-May-10 | Noticing Production | Noticing Production |
| 21_100531 | WR Grace | BMC, BMC | BMC | 850.00 | 31-May-10 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_100531 | WR Grace | BMC, BMC | BMC | 250.00 | 31-May-10 | Website Hosting | Website Hosting |
| 21_100531 | WR Grace | BMC, BMC | BMC | 350.00 | 31-May-10 | B-linx User Fee | B-linx User Fee |
| 21_100531 | WR Grace | BMC, BMC | BMC | 704.70 | 31-May-10 | Document Storage | 486 boxes |
| | | | | 2,157.78 | | | |



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

### Noticing Production Reference Summary and Detail

| Reference Number | Production Date | Total |
|---|---|---|
| Reference # 021-20100504-1 | 5/4/2010 | $1.32 |
| Reference # 021-20100505-1 | 5/5/2010 | $0.88 |
| Reference # 021-20100524-1 | 5/24/2010 | $0.88 |
| | Total | $3.08 |



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 5/4/2010
**Reference #:** 021-20100504-1
**Notes:** 3 Transfers

| Job Type | Job Item / Step | Pages / Parties / Task | Details | Total |
|---|---|---|---|---|
| Noticing Document | 1. Transfer Notice Met Electrical re: Dkt No. 24715 | 0 / 1 | | |
| | Postage | USPS - 1st Class | 1 Piece @ $.44 each | $0.44 |
| | 2. Courtesy Notice Target Inds re: Dkt No. 24716 | | | |
| | | USPS - 1st Class | 1 Piece @ $.44 each | $0.44 |
| | 3. Transfer Notices Fair Harbor re: Dkt Nos. 24715 and 24716 | | | |
| | | USPS - 1st Class | 1 Piece @ $.44 each | $0.44 |
| | | | **Total Due:** | **$1.32** |

*Invoice Due Upon Receipt*



**BMC Group, Inc.**
**600 1st Ave., Suite 300**
**Seattle, WA 98104**
**Tel: 206/516-3300**

**WR Grace & Co. et al**

**Production Date:** 5/5/2010
**Reference #:** 021-20100505-1
**Notes:** 2 Transfers

| Job Type | Job Item / Step | Pages / Parties / Task | Details | Total |
|---|---|---|---|---|
| Noticing Document | 1. Defective Notice Gaylon Dist re: dkts 24731 and 24732 | 0 / 1 | | |
| | Postage | USPS - 1st Class | 1 Piece @ $.44 each | $0.44 |
| | 2. Defective Notice Restoration Holding re: dkts 24731 and 24732 | | | |
| | | USPS - 1st Class | 1 Piece @ $.44 each | $0.44 |
| | | | **Total Due:** | **$0.88** |

*Invoice Due Upon Receipt*

BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 5/24/2010
**Reference #:** 021-20100524-1
**Notes:** 2 Transfers

| Job Type | Job Item / Step | Pages / Parties / Task | Details | Total |
|---|---|---|---|---|
| Noticing Document | 1. Courtesy Notice Schutz Container re: dkt 24816 | 0 / 1 | | |
| | Postage | USPS - 1st Class (at Cost) | 1 Piece @ $.44 each | $0.44 |
| | 2. Courtesy Notice Corre Opportunities Fund re: dkt 24816 | | | |
| | | USPS - 1st Class (at Cost) | 1 Piece @ $.44 each | $0.44 |
| | | | **Total Due:** | **$0.88** |

*Invoice Due Upon Receipt*



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_100630**
**Expense Summary**

| Period Ending | 6/30/2010 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $704.70 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$2,154.70** |

BMC GROUP                           WR GRACE - EXPENSE DETAIL                                JUNE 2010

| Invoice Nbr | Bill As Client | ConsultantID | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 21_100630 | WR Grace | BMC, BMC | BMC | 704.70 | 30-Jun-10 | Document Storage | 486 boxes |
| 21_100630 | WR Grace | BMC, BMC | BMC | 250.00 | 30-Jun-10 | Website Hosting | Website Hosting |
| 21_100630 | WR Grace | BMC, BMC | BMC | 850.00 | 30-Jun-10 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_100630 | WR Grace | BMC, BMC | BMC | 350.00 | 30-Jun-10 | B-linx User Fee | B-linx User Fee |
|  |  |  |  | 2,154.70 |  |  |  |

EXHIBIT 2