**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| W. R. GRACE & CO., *et al.*, | ) ) | Case No. 01-01139 (JKF) |
| Debtors. | ) ) ) | Jointly Administered |

## NOTICE OF CHANGE OF ADDRESS

　　PLEASE TAKE NOTICE that the address of the Boston office of Ropes & Gray LLP, counsel for Marshalls of MA, Inc., has changed as follows:

　　　　　　　　Ropes & Gray LLP
　　　　　　　　Prudential Tower
　　　　　　　　800 Boylston Street
　　　　　　　　Boston, MA 02199-3600
　　　　　　　　Steven.hoort@ropesgray.com

Dated:  November 10, 2010　　　　　ROPES & GRAY LLP
　　　　　　　　　　　　　　　　　Steven T. Hoort (MA BBO# 239380)
　　　　　　　　　　　　　　　　　Prudential Tower
　　　　　　　　　　　　　　　　　800 Boylston Street
　　　　　　　　　　　　　　　　　Boston, MA 02199-3600
　　　　　　　　　　　　　　　　　Tel:    617.951.7000
　　　　　　　　　　　　　　　　　Fax:   617.951.7050

　　　　　　　　　　　　　　　　　- and -

　　　　　　　　　　　　　　　　　MONZACK MERSKY MCLAUGHLIN
　　　　　　　　　　　　　　　　　AND BROWDER, P.A.

　　　　　　　　　　　　　　　　　*/s/ Michael C. Hochman*
　　　　　　　　　　　　　　　　　Michael C. Hochman (DE #4265)
　　　　　　　　　　　　　　　　　1201 N. Orange Street, Suite 400
　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　Tel:    (302) 656-8162
　　　　　　　　　　　　　　　　　Fax:   (302) 656-2769
　　　　　　　　　　　　　　　　　Email: mhochman@monlaw.com

　　　　　　　　　　　　　　　　　*Counsel for Marshalls of MA, Inc.*

25653538_1
#79067v1