**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| W. R. GRACE & CO., et al., | ) ) | Case No. 01-01139 (JKF) |
| Debtors. | ) ) ) | Jointly Administered |

### CERTIFICATE OF SERVICE

I, Shelley A. Losito, certify that I am not less than 18 years of age, and that service of the **Notice of Change of Address** was made on November 10, 2010 upon the individuals shown below in the manner indicated:

**VIA HAND DELIVERY**
Curtis A. Hehn, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801

I further certify that the foregoing was also served electronically on the CM/ECF System.

Date:  November 10, 2010         */s/ Shelley A. Losito*
                                 Shelley A. Losito, Paralegal

#79068v1