# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: November 30, 2010 |
| | : | Hearing Date: TBD, if necessary |

### FEE DETAIL FOR DAY PITNEY LLP'S
### ONE-HUNDRED TENTH INTERIM FEE APPLICATION FOR THE PERIOD
### FROM SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

# EXHIBIT A

## FEES FOR THE FEE PERIOD
## SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010[2]

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| | | | |
|---|---|---|---|
| 09/02/10 | Confer with A. Marchetta regarding pending bankruptcy court motion and e-mail exchange with co-counsel regarding same. | | |
| 3 | B. Moffitt | 0.2 | 84.00 |
| 09/07/10 | E-mail to Deputy Attorneys General and follow up regarding status of decision; review with B. Moffitt regarding same | | |
| 14 | A. Marchetta | 0.5 | 325.00 |
| 09/07/10 | Confer with A. Marchetta regarding letter agreement and prepare e-mail to Deputy Attorneys General. | | |
| 3 | B. Moffitt | 0.3 | 126.00 |
| 09/09/10 | E-mails and follow up regarding status and reply from State | | |
| 14 | A. Marchetta | 0.5 | 325.00 |
| 09/09/10 | Review memos and correspondence with NJDEP on status of motion | | |
| 14 | W. Hatfield | 0.2 | 85.00 |
| 09/10/10 | Review DEP memo on settlement and correspondence on same | | |
| 14 | W. Hatfield | 0.3 | 127.50 |
| 09/13/10 | Drafts of response letter; work with B. Moffitt regarding same; work with W. Hatfield and B. Moffitt and conference call with client and attorneys regarding same | | |
| 14 | A. Marchetta | 1.5 | 975.00 |
| 09/13/10 | Address case issues on DEP status and review memos on same among case team | | |
| 14 | W. Hatfield | 0.4 | 170.00 |
| 09/13/10 | Review NJDEP's proposed revisions to Letter Agreement and work with A. Marchetta and W. Hatfield regarding same; review NJDEP regulations regarding same and edit NJDEP's proposed document and circulate same; conference call regarding same. | | |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

| | | | |
|---|---|---|---|
| 3 | B. Moffitt | 2.7 | 1,134.00 |
| 09/14/10 | Work with B. Moffitt regarding agreement to State | | |
| 14 | A. Marchetta | 0.5 | 325.00 |
| 09/14/10 | E-mails and follow up regarding communications with State | | |
| 14 | A. Marchetta | 0.3 | 195.00 |
| 09/14/10 | Work with A. Marchetta regarding continued preparation of revised Letter Agreement with NJDEP and prepare e-mail to D.A.G. Dickinson regarding same. | | |
| 3 | B. Moffitt | 1.0 | 420.00 |
| 09/17/10 | Follow up regarding status and motion | | |
| 14 | A. Marchetta | 0.3 | 195.00 |
| 09/23/10 | Follow up regarding response from NJDEP and follow up regarding wording of agreement | | |
| 14 | A. Marchetta | 0.4 | 260.00 |
| 09/24/10 | Work on proposed form of agreement and proposed form of order; review regarding information from NJDEP | | |
| 14 | A. Marchetta | 0.8 | 520.00 |
| 09/24/10 | Update on status of resolution with NJDEP on asbestos issues | | |
| 14 | W. Hatfield | 0.1 | 42.50 |
| 09/27/10 | Follow up regarding NJDEP and approval regarding letter | | |
| 14 | A. Marchetta | 0.4 | 260.00 |
| 09/27/10 | Review correspondence on DEP settlement and letter agreement | | |
| 14 | W. Hatfield | 0.2 | 85.00 |
| 09/27/10 | Review and forward e-mail from D.A.G. Dickinson and respond to same; revise letter agreement | | |
| 3 | B. Moffitt | 0.5 | 210.00 |
| 09/28/10 | Follow up regarding letter to be signed by NJDEP and information to client regarding same; follow up with B. Moffitt regarding same | | |
| 14 | A. Marchetta | 0.5 | 325.00 |
| 09/28/10 | Address correspondence on settlement with NJDEP | | |
| 14 | W. Hatfield | 0.2 | 85.00 |
| 09/28/10 | Review and forward e-mail from D.A.G. Dickinson and respond to same. | | |
| 3 | B. Moffitt | 0.1 | 42.00 |

| 09/29/10 | Follow up regarding letter to be signed by NJDEP and information regarding motion | | |
| 14 | A. Marchetta | 0.3 | 195.00 |
| 09/29/10 | Review memo on DEP letter agreement | | |
| 14 | W. Hatfield | 0.1 | 42.50 |
| 09/29/10 | Review and forward fully executed letter agreement to D.A.G. Dickinson | | |
| 3 | B. Moffitt | 0.1 | 42.00 |
| 09/30/10 | Review information from State and follow up with B. Moffitt regarding same | | |
| 14 | A. Marchetta | 0.3 | 195.00 |

### Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
| --- | --- | --- | --- |
| W. Hatfield | 1.50 | 425.00 | 637.50 |
| A. Marchetta | 6.30 | 650.00 | 4,095.00 |
| B. Moffitt | 4.90 | 420.00 | 2,058.00 |
| TOTALS: | 12.70 | | 6,790.50 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
| --- | --- | --- | --- | --- |
| A. Marchetta | 14 | 6.3 | 650.00 | 4,095.00 |
| W. Hatfield | 14 | 1.5 | 425.00 | 637.50 |
| B. Moffitt | 3 | 4.9 | 420.00 | 2,058.00 |
| TOTALS: | | 12.7 | | 6,790.50 |

4

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| 09/08/10 | Draft July 2010 Fee Application documents | | |
|---|---|---|---|
| 18 | K. Begley | 0.5 | 137.50 |
| 09/09/10 | Draft July 2010 Fee Application documents | | |
| 18 | K. Begley | 1.3 | 357.50 |
| 09/10/10 | Review, revise and discuss with K. Begley DP's July 2010 Fee Application | | |
| 14 | S. Zuber | 0.3 | 153.00 |
| 09/10/10 | Revise July 2010 Fee Application documents; draft, review, and respond to e-mails with S. Zuber regarding same | | |
| 18 | K. Begley | 0.5 | 137.50 |
| 09/14/10 | Revise, finalize, and send July 2010 Fee Application documents to local counsel for filing; work on same with A. Marchetta | | |
| 18 | K. Begley | 0.3 | 82.50 |
| 09/21/10 | Draft, review, and respond to e-mails regarding August 2010 Fee Application; review and organize docket entries in preparation for drafting same | | |
| 18 | K. Begley | 0.4 | 110.00 |
| 09/29/10 | Review, revise and discuss with K. Begley DP's August, 2010 Fee Application | | |
| 14 | S. Zuber | 0.3 | 153.00 |
| 09/29/10 | Draft August 2010 Fee Application documents; e-mails regarding same | | |
| 18 | K. Begley | 0.9 | 247.50 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| S. Zuber | 0.60 | 510.00 | 306.00 |
| K. Begley | 3.90 | 275.00 | 1,072.50 |
| TOTALS: | 4.50 | | 1,378.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|------------|-----------|-------|------|-----|
| K. Begley | 18 | 3.9 | 275.00 | 1,072.50 |
| S. Zuber | 14 | 0.6 | 510.00 | 306.00 |
| TOTALS: | | 4.5 | | 1,378.50 |

# EXHIBIT B

**EXHIBIT B**

**EXPENSES FOR THE FEE PERIOD**
**SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010**

| | |
|---|---|
| Client: 482910 W.R. GRACE & CO.<br>Matter: 095992 CHAPTER 11 ADMINISTRATION | |
| | |
| Telephone - Outside Vendor Vendor: American Express; Invoice#:<br>Ame090110Ajm; Date: 9/1/2010  -  To Record A J Marchetta 9/1/10 Amex<br>Statement - Charge For Attm / Telecommunication | $24.00 |
| Teleconference Calls Vendor: Soundpath Conferencing Company; Invoice#:<br>9739666300-082210; Date: 8/22/2010  -  Teleconferencing Service | $4.88 |
| Teleconference Calls Vendor: Soundpath Conferencing Company; Invoice#:<br>9739666300-082910; Date: 8/29/2010  -  Teleconferencing Services | $12.12 |
| Teleconference Calls Vendor: Soundpath Conferencing Company; Invoice#:<br>9739666300-091910; Date: 9/19/2010  -  Teleconferencing Charges For<br>Week Ending 9/18/10 | $3.57 |
| | |
| **Grand Total Expenses for the Fee Period September 1, 2010 through<br>September 30, 2010** | $44.57 |

7

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-1139 (JKF) |
| W. R. GRACE & CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: November 30, 2010 |
| | : | Hearing Date: TBD, if necessary |

**VERIFICATION**

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1.  I am a partner with the applicant firm, Day Pitney LLP, and am a member in good standing of the bars of the State of New Jersey, the State of New York, the District of Columbia, the United States District Court for the District of New Jersey, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, the United States District Court for the Western District of New York, the United States

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

District Court for the District of Colorado, the United States District Court for the Eastern District of Texas, the United States District Court for the Western District of Wisconsin, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Federal Circuit, the United States Tax Court, and the United States Supreme Court.

2.    I have personally performed certain of, and overseen, the legal services rendered by Day Pitney LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

Parsippany, New Jersey                        Respectfully submitted,
Dated:  November 10, 2010                     DAY PITNEY LLP


                                              _____
                                              Anthony J. Marchetta, Esq.
                                              One Jefferson Road
                                              Parsippany, New Jersey 07054
                                              Telephone:  (973) 966-6300
                                              Facsimile:  (973) 966-1015


2