Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

**Saul Ewing**
LLP

| | | |
|---|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number | 2108465 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date | 10/06/10 |
| Peninsula Capital Advisors LLC | Client Number | 359022 |
| 404B East Main Street | Matter Number | 00014 |
| Charlottesville, VA 22902 | | |

Re:  Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Photocopying | 10.20 |
| Messenger Service | 30.00 |
| Federal Express | 135.79 |
| CURRENT EXPENSES | 175.99 |
| **TOTAL AMOUNT OF THIS INVOICE** | 175.99 |
| **NET AMOUNT OF THIS INVOICE** | 175.99 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE      MARYLAND      NEW JERSEY      NEW YORK      PENNSYLVANIA      WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

![Saul Ewing LLP logo]

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | |
| c/o R. Ted. Wechsler, Chairman | |
| Peninsula Capital Advisors LLC | |
| 404B East Main Street | |
| Charlottesville, VA 22902 | |

| | |
|---|---|
| Invoice Number | 2108462 |
| Invoice Date | 10/06/10 |
| Client Number | 359022 |
| Matter Number | 00003 |

Re:  Business Operations

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/08/10 | TKD | Reviewed monthly operating report | 0.4 | 250.00 |
| | | TOTAL HOURS | 0.4 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.4 | at | $625.00 | = | 250.00 |

CURRENT FEES                                                          250.00

**TOTAL AMOUNT OF THIS INVOICE**                                     250.00

**NET AMOUNT OF THIS INVOICE**                                       250.00

P.O. Box 1266 ◆ Wilmington, DE 19899-1266 ◆ Phone: (302) 421-6800 ◆ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ◆ Wilmington, DE 19801-1611

DELAWARE     MARYLAND     NEW JERSEY     NEW YORK     PENNSYLVANIA     WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP



Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number     2111369 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date     11/05/10 |
| Peninsula Capital Advisors LLC | Client Number     359022 |
| 404B East Main Street | Matter Number     00004 |
| Charlottesville, VA  22902 | |

Re:  Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH  09/30/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/01/10 | TKD | Reviewed all filings in the case and distributed to counsel | 0.3 | 187.50 |
| 09/02/10 | TKD | Reviewed all filings in the case and distributed to all on team | 0.6 | 375.00 |
| 09/03/10 | TKD | Reviewed all filings and distributed to our team | 0.8 | 500.00 |
| 09/07/10 | TKD | Reviewed all filings and shared with counsel and paralegals | 0.4 | 250.00 |
| 09/08/10 | TKD | Reviewed all filings and shared with our team | 0.7 | 437.50 |
| 09/09/10 | TKD | Reviewed all filings and shared with our team | 0.4 | 250.00 |
| 09/10/10 | TKD | Reviewed all filings and distributed to our team | 0.4 | 250.00 |
| 09/13/10 | TKD | Reviewed all filings and distributed to team | 0.5 | 312.50 |
| 09/14/10 | TKD | Reviewed all filings and shared with team | 0.5 | 312.50 |
| 09/14/10 | TKD | Reviewed Application to Employ/Retain Seale & Associates, Inc. as Financial Advisor to the Debtors and Authorizing the Debtors to (A) Enter Into Financial Advisor Engagement Letter; and (B) Pay Certain Fees and Expenses In Connection Therewith Filed by W.R. Grace & Co., et al | 0.6 | 375.00 |
| 09/14/10 | TKD | Reviewed Motion Pursuant to Section 107 Authorizing the Debtors to File Unredacted Form of Seale Engagement Letter Under Seal as part of Transaction | 0.3 | 187.50 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE      MARYLAND      NEW JERSEY      NEW YORK      PENNSYLVANIA      WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022                  WR Grace - Official Committee of Equity Security Holders  Invoice Number  2111369
00004                   Case Administration                                         Page 2
11/05/10

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/14/10 | TKD | Reviewed Motion for Entry of an Order Authorizing the Debtors to Enter Into Agreements to Purchase Synthetech, Inc., Consummating the Transactions Contemplated Thereby and Merging the Acquiring Entity Into W.R. Grace & Co.-Conn and attached Transcation documents | 0.9 | 562.50 |
| 09/15/10 | TKD | Reviewed all filings and distributed to our team | 0.4 | 250.00 |
| 09/17/10 | TKD | Reviewed all filings and distributed to team | 0.4 | 250.00 |
| 09/20/10 | TKD | Reviewed all filings and shared with team | 0.6 | 375.00 |
| 09/21/10 | TKD | Reviewed all filings and shared with our team | 0.3 | 187.50 |
| 09/22/10 | TKD | Review all filings and distribute to team members | 0.5 | 312.50 |
| 09/23/10 | TKD | Reviewed all filings and shared with team | 0.5 | 312.50 |
| 09/24/10 | TKD | Review all filings and distributed to team | 0.5 | 312.50 |
| 09/27/10 | TKD | Reviewed all filings and distributed to team | 0.7 | 437.50 |
| 09/28/10 | TKD | Review all filings and share with our team | 0.5 | 312.50 |
| 09/29/10 | TKD | Review all filings and share from our team | 0.4 | 250.00 |
| 09/30/10 | TKD | Review all filings and distribute to team | 0.8 | 500.00 |

TOTAL HOURS    12.0

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Teresa K.D. Currier | 12.0 | at | $625.00 | = | 7,500.00 |

CURRENT FEES                                        7,500.00

**TOTAL AMOUNT OF THIS INVOICE**                    7,500.00

359022
00004
11/05/10

WR Grace - Official Committee of Equity Security Holders  Invoice Number 2111369
Case Administration                                       Page 3

**NET AMOUNT OF THIS INVOICE**                          7,500.00



Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number     2111368 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date     11/05/10 |
| Peninsula Capital Advisors LLC | Client Number     359022 |
| 404B East Main Street | Matter Number     00010 |
| Charlottesville, VA 22902 | |

Re:   Employee Benefits/Pension

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/14/10 | TKD | Reviewed Certification of Counsel and attachments Regarding Agreed Order Resolving Motion of James P. Mcguire for Reconsideration of Disallowance of Employee Claim No. 12926 and Withdraw same with Prejudice | 0.3 | 187.50 |
| 09/15/10 | TKD | Reviewed Order (AGREED) Resolving Motion of James P. McGuire for Reconsideration of Disallowance of Employee Claim No. 12926 and Withdrawing Same with Prejudice | 0.2 | 125.00 |
| | | **TOTAL HOURS** | 0.5 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.5 | at | $625.00 | = | 312.50 |

CURRENT FEES            312.50

P.O. Box 1266 ◆ Wilmington, DE 19899-1266 ◆ Phone: (302) 421-6800 ◆ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ◆ Wilmington, DE 19801-1611

DELAWARE      MARYLAND      NEW JERSEY      NEW YORK      PENNSYLVANIA      WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00010
11/05/10

WR Grace - Official Committee of Equity Security Holders   Invoice Number  2111368
Employee Benefits/Pension                                                    Page 2

**TOTAL AMOUNT OF THIS  INVOICE**                                            312.50


**NET AMOUNT OF THIS INVOICE**                                              312.50

# Saul Ewing LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2108466 |
| Invoice Date | 10/06/10 |
| Client Number | 359022 |
| Matter Number | 00015 |

Re:  Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/10/10 | TBB | Draft certificate of no objection to Saul Ewing's thirteenth monthly fee application | 0.3 | 54.00 |
| 09/10/10 | TBB | Review and print docket looking for objections to Saul Ewing's thirteenth monthly fee application | 0.2 | 36.00 |
| 09/13/10 | TBB | File and serve certificate of no objection to Saul Ewing's thirteenth monthly fee application. | 0.8 | 144.00 |
| 09/13/10 | TBB | Review and revise monthly bills | 0.3 | 54.00 |
| 09/13/10 | TBB | Draft Saul Ewing's 14th monthly fee application | 0.6 | 108.00 |
| 09/20/10 | TBB | Review docket for any objections to Saul Ewing's 5th quarterly fee application. | 0.1 | 18.00 |
| 09/20/10 | TBB | Draft CNO to Saul Ewing's 5th quarterly fee application. | 0.2 | 36.00 |
| 09/20/10 | TBB | File and serve CNO to Saul Ewing's 5th quarterly fee application. | 0.4 | 72.00 |
| 09/28/10 | TKD | Review and approve our fee application for filing | 0.4 | 250.00 |
| 09/29/10 | TBB | Draft Notice and affidavit of service to Saul Ewing's fourteenth monthly fee application; file same | 0.4 | 72.00 |
| 09/29/10 | TBB | File and serve Saul Ewing's fourteenth monthly fee application | 0.6 | 108.00 |

TOTAL HOURS        4.3

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE      MARYLAND      NEW JERSEY      NEW YORK      PENNSYLVANIA      WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00015

10/06/10

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 3.9 | at | $180.00 | = | 702.00 |
| Teresa K.D. Currier | 0.4 | at | $625.00 | = | 250.00 |

CURRENT FEES                                            952.00

**TOTAL AMOUNT OF THIS  INVOICE**                      952.00

**NET AMOUNT OF THIS INVOICE**                         952.00

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

# Saul Ewing LLP

| | | |
|---|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number | 2108467 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date | 10/06/10 |
| Peninsula Capital Advisors LLC | Client Number | 359022 |
| 404B East Main Street | Matter Number | 00016 |
| Charlottesville, VA  22902 | | |

Re:   Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH  09/30/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/03/10 | TKD | Reviewed fee chart sent by debtors counsel | 0.3 | 187.50 |
| 09/09/10 | TBB | Draft certification of no objection and affidavit of service for Kramer Levin's thirty-third quarterly fee application | 0.3 | 54.00 |
| 09/09/10 | TBB | Review and print docket for objections to Kramer Levin's thirty-third quarterly fee application | 0.4 | 72.00 |
| 09/09/10 | TBB | Draft certificate of no objection and affidavit of service regarding kramer's thirty-third quarterly fee application. | 0.3 | 54.00 |
| 09/09/10 | TBB | File and serve certificate of no objection to Kramer Levin's thirty-third quarterly fee application. | 0.6 | 108.00 |

TOTAL HOURS          1.9

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 1.6 | at | $180.00 | = | 288.00 |
| Teresa K.D. Currier | 0.3 | at | $625.00 | = | 187.50 |

CURRENT FEES          475.50

**TOTAL AMOUNT OF THIS INVOICE**          475.50

P.O. Box 1266 ◆ Wilmington, DE 19899-1266 ◆ Phone: (302) 421-6800 ◆ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ◆ Wilmington, DE 19801-1611

DELAWARE     MARYLAND     NEW JERSEY     NEW YORK     PENNSYLVANIA     WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00016

WR Grace - Official Committee of Equity Security
Holders
Fee Applications/Others

Invoice Number  2108467
Page 2

10/06/10

**NET AMOUNT OF THIS INVOICE**                    475.50

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

**Saul Ewing** LLP

| | | |
|---|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number | 2108468 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date | 10/06/10 |
| Peninsula Capital Advisors LLC | Client Number | 359022 |
| 404B East Main Street | Matter Number | 00017 |
| Charlottesville, VA  22902 | | |

Re:   Hearings

FOR PROFESSIONAL SERVICES RENDERED THROUGH  09/30/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/10/10 | TKD | Reviewed agenda for monday's hearing | 0.4 | 250.00 |
| 09/13/10 | TKD | Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 9/13/2010 | 0.2 | 125.00 |
| | | TOTAL HOURS | 0.6 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.6 | at | $625.00 | = | 375.00 |

| | |
|---|---|
| CURRENT FEES | 375.00 |

| | |
|---|---|
| **TOTAL AMOUNT OF THIS INVOICE** | 375.00 |

| | |
|---|---|
| **NET AMOUNT OF THIS INVOICE** | 375.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE      MARYLAND      NEW JERSEY      NEW YORK      PENNSYLVANIA      WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP