B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re W.R. GRACE & CO., *et al.*,  Case No. 01-1139 (JKF)
          Debtors  (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Avenue TC Fund, L.P. | On Assignment Staffing Service |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

399 Park Avenue, 6th Floor
New York, NY 10022
Attn: David S. Leinwand

Court Claim # (if known): n/a
Amount of Claim: $2,197.97
Date Claim Filed: n/a- Scheduled

Phone: (212) 878-3500
Last Four Digits of Acct #: _____

Phone: (818) 878-7900
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ David S. Leinwand  Date: 11/11/2010
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.