# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                          )    Chapter 11
                                                )
W. R. GRACE & CO., et al.,[1]                   )    Case No. 01-01139 (JKF)
                                                )    (Jointly Administered)
                   Debtors.                     )
                                                )    Objection Deadline: September 23, 2010 at 4:00 p.m.
                                                     Hearing Date: Only if Objections are Filed

## SUMMARY OF APPLICATION OF REED SMITH LLP
## FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
## EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE
## COUNSEL TO DEBTORS FOR THE ONE HUNDRED NINTH
## MONTHLY INTERIM PERIOD FROM JULY 1, 2010 THROUGH JULY 31, 2010

Name of Applicant:                              Reed Smith LLP

Authorized to Provide Professional Services to: W. R. Grace & Co., et al., Debtors and
                                                Debtors-in-Possession

Date of Retention:                              July 19, 2001, effective as of April 2, 2001

Period for which compensation and
reimbursement is sought:                        July 1 through July 31, 2010

Amount of fees sought as actual,
reasonable and necessary:                       $9,446.00

Amount of expenses sought as actual,
reasonable and necessary                        $100.30

This is a(n): X monthly    __ interim    __ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc., MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#2529
8/31/10

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |

---

2   Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |
| 3/2/10 | 1/1/1 through 1/31/10 | $67,941.00 | $5,542.74 | No objections served on counsel | No objections served on counsel |
| 3/29/10 | 2/1/10 through 02/28/10 | $8,019.00 | $1,025.90 | No objections served on counsel | No objections served on counsel |
| 4/28/10 | 3/1/10 through 3/31/10 | $7,581.50 | $2,008.26 | No objections served on counsel | No objections served on counsel |
| 5/28/10 | 4/1/10 through 4/30/10 | $28,603.00 | $1,030.65 | No objections served on counsel | No objections served on counsel |
| 6/29/10 | 5/1/1/10 through 5/31/10 | $6,594.50 | $1,375.18 | No objections served on counsel | No objections served on counsel |
| 7/28/10 | 6/1/10 through 6/30/10 | $7,500.50 | $299.18 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred ninth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately six hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $1,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 1971 | Litigation | $685.00 | .50 | $342.50 |
| Lawrence E. Flatley | Partner | 1975 | Litigation | $635.00 | 2.40 | $1,524.00 |
| Douglas E. Cameron | Partner | 1984 | Litigation | $630.00 | 8.60 | $5,418.00 |
| Traci Sands Rea | Partner | 1995 | Litigation | $455.00 | 1.90 | $864.50 |
| Andrew J. Muha | Associate | 2001 | Litigation | $400.00 | .20 | $80.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|
| John B. Lord | Paralegal | 18 Years | Bankruptcy | $240.00 | 2.30 | $552.00 |
| Sharon A. Ament | Paralegal | 6 Years | Litigation | $175.00 | 3.80 | $665.00 |

**Total Fees: $9,446.00**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation | .40 | $83.00 |
| Fee Applications | 6.0 | $1,459.00 |
| Claim Analysis Objection Resolution & Estimation | 13.30 | $7,904.00 |
| **Total** | **19.70** | **$9,446.00** |

7

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| PACER | $14.24 | ---- |
| Duplicating/Printing/Scanning | $38.60 | ---- |
| Outside Duplicating | $32.30 | ---- |
| Courier Service – Outside | $11.70 | ---- |
| Postage Expense | $3.46 | ---- |
| SUBTOTAL | $100.30 | $0.00 |
| **TOTAL** | **$100.30** | |

Dated:    August 31, 2010
         Wilmington, Delaware

REED SMITH LLP

By: /s/ Kurt F. Gwynne
    Kurt F. Gwynne (No. 3951)
    1201 Market Street, Suite 1500
    Wilmington, DE  19801
    Telephone:  (302) 778-7500
    Facsimile:  (302) 778-7575
    E-mail: kgwynne@reedsmith.com

    and

    James J. Restivo, Jr., Esquire
    Lawrence E. Flatley, Esquire
    Douglas E. Cameron, Esquire
    Reed Smith Centre
    225 Fifth Avenue
    Pittsburgh, PA 15222
    Telephone:  (412) 288-3131
    Facsimile:  (412) 288-3063

    Special Asbestos Products Liability Defense
    Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number        2035074
One Town Center Road                      Invoice Date          08/30/10
Boca Raton, FL    33486                   Client Number          172573

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                              83.00
        Expenses                           0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $83.00
                                                    ==============

```
                        REED SMITH LLP
                        PO Box 360074M
                  Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630
```

```
W.R. Grace & Co.                       Invoice Number     2035074
One Town Center Road                   Invoice Date       08/30/10
Boca Raton, FL   33486                 Client Number       172573
                                       Matter Number        60026
```

==========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2010

| Date | Name | | Hours |
|------|------|---|-------|
| 07/26/10 | Ament | E-mails with P. Cuniff re: cno's and hearing binders for Judge Fitzgerald. | .20 |
| 07/27/10 | Lord | Update 2002 service list. | .20 |
| | | TOTAL HOURS | .40 |

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| John B. Lord | 0.20 at $ 240.00 = | | 48.00 |
| Sharon A. Ament | 0.20 at $ 175.00 = | | 35.00 |
| | CURRENT FEES | | 83.00 |

```
                                              ------------
           TOTAL BALANCE DUE UPON RECEIPT         $83.00
                                              ============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W. R. Grace                          Invoice Number      2035075
5400 Broken Sound Blvd., N.W.         Invoice Date       08/30/10
Boca Raton, FL 33487                  Client Number       172573
```

=============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

```
        Fees                        1,459.00
        Expenses                        0.00

                TOTAL BALANCE DUE UPON RECEIPT        $1,459.00
                                                     =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W. R. Grace                           Invoice Number      2035075
5400 Broken Sound Blvd., N.W.         Invoice Date        08/30/10
Boca Raton, FL 33487                  Client Number        172573
                                      Matter Number         60029

=============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2010

| Date | Name | | Hours |
|------|------|--|-------|
| 07/01/10 | Ament | Attention to billing matters relating to doeLegal (.20); e-mails re: same (.10). | .30 |
| 07/02/10 | Ament | E-mails re: doeLegal. | .20 |
| 07/08/10 | Ament | Attention to billing matters (.10); e-mails re: same (.10). | .20 |
| 07/21/10 | Cameron | Review materials regarding fee application. | .50 |
| 07/21/10 | Lord | Research docket and draft CNO to Reed Smith May monthly fee application. | .30 |
| 07/23/10 | Ament | E-mails with A. Muha re: June monthly fee application. | .10 |
| 07/23/10 | Lord | E-file and serve CNO to Reed Smith May monthly fee application (.2); e-mail to S. Ament re: June monthly status (.1). | .30 |
| 07/26/10 | Ament | Various e-mails re: June monthly fee application. | .20 |
| 07/27/10 | Ament | Various e-mails re: June monthly fee application. | .20 |

```
172573 W. R. Grace & Co.                        Invoice Number  2035075
60029  Fee Applications-Applicant              Page   2
       August 30, 2010
```

| Date | Name | | Hours |
|------|------|------|-------|
| 07/27/10 | Lord | Draft service for June monthly fee application (.1); prepare notice, service and exhibits for upcoming 37th interim fee application (.3). | .40 |
| 07/28/10 | Ament | Review invoices and calculate fees and expenses for June monthly fee application (.50); prepare spreadsheets re: same (.40); draft June monthly fee application (.30); provide fee application to A. Muha for review (.10); finalize fee application (.10); e-mail same to J. Lord for DE filing (.10); e-mails with J. Lord re: same (.10). | 1.60 |
| 07/28/10 | Lord | Revise, e-file and serve Reed Smith June monthly fee application | 1.10 |
| 07/28/10 | Muha | Final revisions to monthly fee application. | .20 |
| 07/29/10 | Ament | Attention to billing matters (.30); e-mails re: same (.10). | .40 |

```
                                                           ------
                                           TOTAL HOURS      6.00
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|-----|------|---|-------|
| Douglas E. Cameron | 0.50 | at | $ 630.00 | = | 315.00 |
| Andrew J. Muha | 0.20 | at | $ 400.00 | = | 80.00 |
| John B. Lord | 2.10 | at | $ 240.00 | = | 504.00 |
| Sharon A. Ament | 3.20 | at | $ 175.00 | = | 560.00 |

```
                CURRENT FEES                              1,459.00


                                                     ------------
          TOTAL BALANCE DUE UPON RECEIPT                $1,459.00
                                                     ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2035076
One Town Center Road                      Invoice Date        08/30/10
Boca Raton, FL    33486                   Client Number        172573


=============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

    Fees                              7,904.00
    Expenses                             0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $7,904.00
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2035076 |
| One Town Center Road | Invoice Date    08/30/10 |
| Boca Raton, FL   33486 | Client Number     172573 |
| | Matter Number     60033 |

========================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2010

| Date | Name | | Hours |
|------|------|---|------|
| 07/02/10 | Cameron | Review materials regarding status of claims. | .80 |
| 07/08/10 | Ament | Provide D. Cameron with disclosure statement and plan per request. | .20 |
| 07/08/10 | Ament | Respond to various e-mails re: PD claims. | .20 |
| 07/08/10 | Cameron | Review DGS materials and e-mails regarding same. | .50 |
| 07/09/10 | Cameron | Review statute of limitations discovery materials and e-mails. | .80 |
| 07/10/10 | Cameron | Review prior work on statute of limitations for California. | 1.00 |
| 07/11/10 | Cameron | Review statute of limitations research file and materials. | 1.00 |
| 07/14/10 | Cameron | Prepare for and participate in call with R. Finke regarding DGS claim negotiations (0.9); follow-up review of SOL materials (0.5). | 1.40 |
| 07/14/10 | Flatley | Review emails (0.1); prepare for conference call (0.3); with D. Cameron and T. Rea to prepare for call (0.2); conference call with R. Finke, et al. and follow-up (1.0). | 1.60 |

172573 W. R. Grace & Co.                          Invoice Number   2035076
60033  Claim Analysis Objection Resolution & EstimationPage    2
       (Asbestos)
       August 30, 2010


| Date | Name | | Hours |
|------|------|---|-------|
| 07/14/10 | Rea | Prepare for/participate in and follow up from call with R. Finke re: settlement discussions. | 1.30 |
| 07/15/10 | Cameron | Follow-up from DGS call. | .70 |
| 07/16/10 | Rea | Reviewed DGS file memo (.3); e-mail to D. Speights re: settlement of Canadian claims (.1). | .40 |
| 07/17/10 | Flatley | Review K. Blake memo and email to T. Rea. | .30 |
| 07/19/10 | Cameron | Review statute of limitations materials. | .50 |
| 07/19/10 | Flatley | Messages to/from T. Rea about building specific information. | .30 |
| 07/20/10 | Flatley | Emails from/to T. Rea. | .10 |
| 07/25/10 | Cameron | Review statute of limitations issues. | .70 |
| 07/25/10 | Flatley | Review R. Finke email. | .10 |
| 07/29/10 | Cameron | Review DSG claim materials. | .70 |
| 07/29/10 | Restivo | Telephone conference with R. Finke and email follow-up. | .50 |
| 07/30/10 | Rea | E-mail to R. Finke re: settlement. | .20 |

                                                        ------
                                      TOTAL HOURS    .  13.30

172573  W. R. Grace & Co.                          Invoice Number   2035076
60033   Claim Analysis Objection Resolution & EstimationPage    3
        (Asbestos)
        August 30, 2010


| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Lawrence E. Flatley | 2.40 | at $ | 635.00 | = | 1,524.00 |
| Douglas E. Cameron | 8.10 | at $ | 630.00 | = | 5,103.00 |
| James J. Restivo Jr. | 0.50 | at $ | 685.00 | = | 342.50 |
| Traci Sands Rea | 1.90 | at $ | 455.00 | = | 864.50 |
| Sharon A. Ament | 0.40 | at $ | 175.00 | = | 70.00 |

                        CURRENT FEES                        7,904.00


                                                      ------------

                 TOTAL BALANCE DUE UPON RECEIPT        $7,904.00
                                                      ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2035080
One Town Center Road                      Invoice Date       08/30/10
Boca Raton, FL    33486                    Client Number       172573

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                                     0.00
    Expenses                                72.72

                     TOTAL BALANCE DUE UPON RECEIPT      $72.72
                                          ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number    2035080
One Town Center Road                    Invoice Date      08/30/10
Boca Raton, FL   33486                  Client Number      172573
                                        Matter Number       60026

===============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    PACER                                      3.36
    Duplicating/Printing/Scanning             21.90
    Postage Expense                            3.46
    Courier Service - Outside                 11.70
    Outside Duplicating                       32.30

                CURRENT EXPENSES                            72.72
                                                    -------------

                TOTAL BALANCE DUE UPON RECEIPT            $72.72
                                                    =============

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
  W.R. Grace & Co.                      Invoice Number      2035080
  One Town Center Road                  Invoice Date       08/30/10
  Boca Raton, FL   33486                Client Number       172573
                                        Matter Number        60026
```

===========================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 06/24/10 | Outside Duplicating Mailout - Bankruptcy Mailouts/Mailout - Envelope s/ 06/24/2010 | 32.30 |
| 06/29/10 | Duplicating/Printing/Scanning ATTY # 000559: 16 COPIES | 1.60 |
| 06/29/10 | Duplicating/Printing/Scanning ATTY # 000559: 16 COPIES | 1.60 |
| 06/29/10 | Duplicating/Printing/Scanning ATTY # 000559: 16 COPIES | 1.60 |
| 06/29/10 | Duplicating/Printing/Scanning ATTY # 000559: 3 COPIES | .30 |
| 06/29/10 | Postage Expense- Letter to Warren Smith | 1.73 |
| 06/30/10 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 06/30/10 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 06/30/10 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 06/30/10 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 06/30/10 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 06/30/10 | Duplicating/Printing/Scanning ATTY # 000559: 3 COPIES | .30 |

172573  W. R. Grace & Co.                          Invoice Number  2035080
60026   Litigation and Litigation Consulting       Page   2
        August 30, 2010


06/30/10   Duplicating/Printing/Scanning                    1.60
           ATTY # 000559: 16 COPIES

06/30/10   PACER                                            3.36

07/01/10   Duplicating/Printing/Scanning                     .10
           ATTY # 000559: 1 COPIES

07/01/10   Duplicating/Printing/Scanning                     .10
           ATTY # 000559: 1 COPIES

07/02/10   Duplicating/Printing/Scanning                    1.60
           ATTY # 000559: 16 COPIES

07/02/10   Duplicating/Printing/Scanning                    1.60
           ATTY # 000559: 16 COPIES

07/02/10   Duplicating/Printing/Scanning                    1.60
           ATTY # 000559: 16 COPIES

07/09/10   Courier Service - Outside -- VENDOR: JET         6.70
           MESSENGER: Messenger Trip - US Bankruptcy Court
           - 6/30/10

07/26/10   Duplicating/Printing/Scanning                     .40
           ATTY # 0718; 4 COPIES

07/28/10   Duplicating/Printing/Scanning                    9.00
           ATTY # 0718; 90 COPIES

07/28/10   Postage Expense-Pleading                         1.73

07/29/10   Courier Service - Outside -- VENDOR: PARCELS,    5.00
           INC.: Delivery

                          CURRENT EXPENSES                  72.72
                                                        ------------
                          TOTAL BALANCE DUE UPON RECEIPT   $72.72
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                    Invoice Number    2035081
One Town Center Road                Invoice Date      08/30/10
Boca Raton, FL    33486             Client Number      172573

================================================================================

Re: W. R. Grace & Co.

(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

     Fees                              0.00
     Expenses                         27.58

              TOTAL BALANCE DUE UPON RECEIPT        $27.58
                                              =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2035081
One Town Center Road                      Invoice Date        08/30/10
Boca Raton, FL   33486                    Client Number        172573
                                          Matter Number         60033

================================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    PACER                                      10.88
    Duplicating/Printing/Scanning             16.70

                    CURRENT EXPENSES                      27.58
                                                   -------------

                    TOTAL BALANCE DUE UPON RECEIPT        $27.58
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      2035081
One Town Center Road                    Invoice Date      08/30/10
Boca Raton, FL   33486                  Client Number        172573
                                        Matter Number         60033

===============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

06/28/10   Duplicating/Printing/Scanning                    .90
           ATTY # 000559: 9 COPIES

06/28/10   Duplicating/Printing/Scanning                    .10
           ATTY # 000559: 1 COPIES

06/28/10   Duplicating/Printing/Scanning                    .10
           ATTY # 000559: 1 COPIES

06/28/10   Duplicating/Printing/Scanning                    .10
           ATTY # 000559: 1 COPIES

06/28/10   Duplicating/Printing/Scanning                    .10
           ATTY # 000559: 1 COPIES

06/28/10   Duplicating/Printing/Scanning                    .90
           ATTY # 000559: 9 COPIES

06/28/10   Duplicating/Printing/Scanning                    .90
           ATTY # 000559: 9 COPIES

06/28/10   Duplicating/Printing/Scanning                    .90
           ATTY # 000559: 9 COPIES

06/28/10   Duplicating/Printing/Scanning                    .90
           ATTY # 000559: 9 COPIES

06/28/10   Duplicating/Printing/Scanning                   1.10
           ATTY # 000559: 11 COPIES

06/29/10   Duplicating/Printing/Scanning                    .90
           ATTY # 000559: 9 COPIES

172573 W. R. Grace & Co.                          Invoice Number  2035081
60033  Claim Analysis Objection Resolution & EstimationPage   2
       (Asbestos)
       August 30, 2010


06/29/10   Duplicating/Printing/Scanning                      .90
           ATTY # 000559: 9 COPIES

06/29/10   Duplicating/Printing/Scanning                     1.10
           ATTY # 000559: 11 COPIES

06/30/10   PACER                                             10.88

07/15/10   Duplicating/Printing/Scanning                     7.80
           ATTY # 1398; 78 COPIES

                         CURRENT EXPENSES                    27.58
                                                        ------------
                         TOTAL BALANCE DUE UPON RECEIPT     $27.58
                                                        =============