# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: November 22, 2010 at 4:00 p.m. |
| | | Hearing Date: Only if Objections are Filed |

## SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE ONE HUNDRED ELEVENTH MONTHLY INTERIM PERIOD FROM SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010

| | |
|---|---|
| Name of Applicant: | Reed Smith LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | July 19, 2001, effective as of April 2, 2001 |
| Period for which compensation and reimbursement is sought: | September 1 through September 31, 2010 |
| Amount of fees sought as actual, reasonable and necessary: | $5,575.50 |
| Amount of expenses sought as actual, reasonable and necessary | $49.74 |

This is a(n):  X monthly    __ interim    __ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#25654
10/28/10

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |

2  Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor). The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |

4

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|------------|----------------|----------------|--------------------|----------------|--------------------|
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |
| 3/2/10 | 1/1/1 through 1/31/10 | $67,941.00 | $5,542.74 | No objections served on counsel | No objections served on counsel |
| 3/29/10 | 2/1/10 through 02/28/10 | $8,019.00 | $1,025.90 | No objections served on counsel | No objections served on counsel |
| 4/28/10 | 3/1/10 through 3/31/10 | $7,581.50 | $2,008.26 | No objections served on counsel | No objections served on counsel |
| 5/28/10 | 4/1/10 through 4/30/10 | $28,603.00 | $1,030.65 | No objections served on counsel | No objections served on counsel |
| 6/29/10 | 5/1/1/10 through 5/31/10 | $6,594.50 | $1,375.18 | No objections served on counsel | No objections served on counsel |
| 7/28/10 | 6/1/10 through 6/30/10 | $7,500.50 | $299.18 | No objections served on counsel | No objections served on counsel |
| 8/31/10 | 7/1/10 through 7/31/10 | $9,446.00 | $100.30 | No objections served on counsel | No objections served on counsel |
| 9/28/10 | 8/1/10 through 8/31/10 | $3,635.50 | $821.90 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred eleventh application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately six hours, and the corresponding estimated compensation that will be requested in a future application is approximately $1,000.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lawrence E. Flatley | Partner | 1975 | Litigation | $635.00 | 1.40 | $889.00 |
| Douglas E. Cameron | Partner | 1984 | Litigation | $630.00 | 3.50 | $2,205.00 |
| Traci Sands Rea | Partner | 1995 | Litigation | $455.00 | 2.90 | $1,319.50 |
| Andrew J. Muha | Associate | 2001 | Litigation | $400.00 | .30 | $120.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|
| John B. Lord | Paralegal | 18 Years | Bankruptcy | $240.00 | 2.30 | $552.00 |
| Sharon A. Ament | Paralegal | 6 Years | Litigation | $175.00 | 2.80 | $490.00 |

**Total Fees: $5,575.50**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Fee Applications | 5.70 | $1,351.00 |
| Claim Analysis Objection Resolution & Estimation | 7.50 | $4,224.50 |
| **Total** | **13.20** | **$5,575.50** |

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| PACER | $4.64 | ---- |
| Duplicating/Printing/Scanning | $7.20 | |
| Outside Duplicating | $27.20 | ---- |
| Courier Service – Outside | $10.70 | ---- |
| SUBTOTAL | $49.74 | $0.00 |
| **TOTAL** | **$49.74** | **$0.00** |

Dated:   October 28, 2010                    REED SMITH LLP
             Wilmington, Delaware

                                                    By: /s/ Kurt F. Gwynne
                                                           Kurt F. Gwynne (No. 3951)
                                                           1201 Market Street, Suite 1500
                                                           Wilmington, DE  19801
                                                           Telephone:  (302) 778-7500
                                                           Facsimile:  (302) 778-7575
                                                           E-mail: kgwynne@reedsmith.com

                                                                  and

                                                           James J. Restivo, Jr., Esquire
                                                           Lawrence E. Flatley, Esquire
                                                           Douglas E. Cameron, Esquire
                                                           Reed Smith Centre
                                                           225 Fifth Avenue
                                                           Pittsburgh, PA 15222
                                                           Telephone:  (412) 288-3131
                                                           Facsimile:  (412) 288-3063

                                                           Special Asbestos Products Liability Defense
                                                           Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2056039
Richard C. Finke                          Invoice Date       10/26/10
Assistant General Counsel - Litigation    Client Number        172573
7500 Grace Drive
Columbia, MD  21044


================================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

       Fees                        1,351.00
       Expenses                        0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $1,351.00
                                                         =============

US_ACTIVE-104747264.1-SAAMENT

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                            Invoice Number      2056039
Richard C. Finke                            Invoice Date      10/26/10
Assistant General Counsel - Litigation      Client Number       172573
7500 Grace Drive                            Matter Number        60029
Columbia, MD  21044

================================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2010

| Date | Name | | Hours |
|------|------|--|-------|
| 09/09/10 | Ament | Attention to billing matters (.10); e-mail to D. Cameron and A. Muha re: same (.10).August monthly fee application (.10). | .20 |
| 09/13/10 | Muha | Revisions to August 2010 fee and expense detail for fee application. | .30 |
| 09/14/10 | Ament | Review e-mail re: August monthly fee application. | .10 |
| 09/14/10 | Cameron | Review fee application materials. | .30 |
| 09/16/10 | Ament | Attention to billing matters relating to 36th quarterly fee application (.10); e-mail to D. Cameron and A. Muha re: same (.10). | .20 |
| 09/20/10 | Ament | E-mails re: August monthly fee application (.10); begin drafting August monthly fee application and spreadsheets (.50). | .60 |
| 09/20/10 | Lord | Communicate with S. Ament re: Reed Smith August monthly fee application. | .10 |
| 09/20/10 | Lord | Research docket and draft CNO for RS July monthly fee application. | .30 |

2

```
172573 W. R. Grace & Co.                    Invoice Number  2056039
60029  Fee Applications-Applicant           Page   2
       October 26, 2010
```

| Date | Name | | Hours |
|------|------|--|-------|
| 09/22/10 | Ament | Calculate fees and expenses re: August monthly fee application (.50); prepare spreadsheets re: same (.30); continue drafting fee application (.20); provide same to A. Muha for review (.10). | 1.10 |
| 09/22/10 | Lord | Work on Reed Smith August monthly fee application. | .50 |
| 09/24/10 | Ament | Meet with A. Muha re: August monthly fee application (.10); finalize same (.10); e-mail same to J. Lord for DE filing (.10); attention to billing matters (.10); e-mail to D. Cameron and A. Muha re: same (.10); e-mails with J. Lord re: CNO (.10). | .60 |
| 09/24/10 | Lord | Review and revise Reed Smith August 2010 monthly fee application (.7); e-mail to/from A. Muha re: same (.2) | .90 |
| 09/28/10 | Lord | E-file and serve RS 110th monthly fee application. | .50 |

```
                                             ------
                             TOTAL HOURS      5.70
```

```
TIME SUMMARY              Hours       Rate          Value
-----------------------   --------    ----------    -------
Douglas E. Cameron        0.30  at  $  630.00  =     189.00
Andrew J. Muha            0.30  at  $  400.00  =     120.00
John B. Lord              2.30  at  $  240.00  =     552.00
Sharon A. Ament           2.80  at  $  175.00  =     490.00

                          CURRENT FEES                         1,351.00


                                                          ------------
                          TOTAL BALANCE DUE UPON RECEIPT     $1,351.00
                                                          ============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number      2056040
Richard C. Finke                        Invoice Date       10/26/10
Assistant General Counsel - Litigation  Client Number       172573
7500 Grace Drive
Columbia, MD  21044
```

================================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

```
   Fees                          4,224.50
   Expenses                          0.00

               TOTAL BALANCE DUE UPON RECEIPT      $4,224.50
                                                  =============
```

4

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                              Invoice Number      2056040
Richard C. Finke                              Invoice Date      10/26/10
Assistant General Counsel - Litigation        Client Number      172573
7500 Grace Drive                              Matter Number       60033
Columbia, MD  21044


==============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2010

| Date | Name | | Hours |
|------|------|---|-------|
| 09/03/10 | Rea | E-mail re: DGS claim. | .10 |
| 09/06/10 | Flatley | Emails from/to R. Finke and T. Rea. | .20 |
| 09/08/10 | Rea | Reviewed removal material. | .20 |
| 09/09/10 | Flatley | Messages to/from T. Rea. | .10 |
| 09/10/10 | Cameron | Review materials relating to asbestos removal in DGS buildings. | .80 |
| 09/10/10 | Flatley | With T. Rea to prepare for call (0.4); conference call with R. Finke, D. Biderman and T. Rea and short follow-up (0.7). | 1.10 |
| 09/10/10 | Rea | Reviewed DGS abatement material (1.0); met with L. Flatley re: abatement material (.3); conference calls with R. Finke, D. Biddeman and L. Flatley re: abatement material. (.9); e-mail re: status of negotiations (.3). | 2.50 |
| 09/13/10 | Rea | E-mail re: Bankruptcy orders. | .10 |
| 09/20/10 | Cameron | Review materials relating to statutes of limitations issue regarding DSG claims. | .90 |

```
172573 W. R. Grace & Co.                        Invoice Number  2056040
60033  Claim Analysis Objection Resolution & EstimationPage   2
       (Asbestos)
       October 26, 2010


   Date  Name                                              Hours
   ------- -----------                                     -----


   09/24/10 Cameron        Review materials relating to      .70
                           California claims and statute of
                           limitations.

   09/30/10 Cameron        Review statute of limitations     .80
                           materials.

                                                          ------
                                        TOTAL HOURS         7.50


   TIME SUMMARY          Hours          Rate         Value
   ------------------------  ---------------------   -------
   Lawrence E. Flatley      1.40  at  $  635.00  =     889.00
   Douglas E. Cameron       3.20  at  $  630.00  =   2,016.00
   Traci Sands Rea          2.90  at  $  455.00  =   1,319.50

                         CURRENT FEES                     4,224.50


                                                    ------------
                         TOTAL BALANCE DUE UPON RECEIPT    $4,224.50
                                                    ============
```

6

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
  W.R. Grace & Co.                        Invoice Number     2056092
  Richard C. Finke                        Invoice Date      10/26/10
  Assistant General Counsel - Litigation  Client Number      172573
  7500 Grace Drive
  Columbia, MD  21044
```

===========================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

```
     Fees                          0.00
     Expenses                     49.74

               TOTAL BALANCE DUE UPON RECEIPT        $49.74
                                                =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
   W.R. Grace & Co.                      Invoice Number      2056092
   Richard C. Finke                      Invoice Date       10/26/10
   Assistant General Counsel - Litigation Client Number      172573
   7500 Grace Drive                      Matter Number        60033
   Columbia, MD  21044
```

==============================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
   PACER                                    4.64
   Duplicating/Printing/Scanning            7.20
   Courier Service - Outside               10.70
   Outside Duplicating                     27.20

                CURRENT EXPENSES                          49.74
                                                    -------------

                TOTAL BALANCE DUE UPON RECEIPT          $49.74
                                                    =============
```

2

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
   W.R. Grace & Co.                      Invoice Number      2056092
   Richard C. Finke                      Invoice Date       10/26/10
   Assistant General Counsel - Litigation  Client Number    172573
   7500 Grace Drive                      Matter Number        60033
   Columbia, MD  21044
```

===============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
08/26/10   Outside Duplicating                         27.20
           Mailout - Bankruptcy Mailouts/Mailout - Envelope

08/31/10   PACER                                        2.16

08/31/10   PACER                                        2.48

09/15/10   Courier Service - Outside -- VENDOR: JET     5.70
           MESSENGER: Messenger Trip - US Bankruptcy Court
           -Judge Fitzgerald - 8/30/10

09/24/10   Courier Service - Outside -- VENDOR: PARCELS, 5.00
           INC.: Delivery

09/28/10   Duplicating/Printing/Scanning                7.20
           ATTY # 0718; 72 COPIES

                        CURRENT EXPENSES              49.74
                                                ------------
                    TOTAL BALANCE DUE UPON RECEIPT   $49.74
                                                =============
```