## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 12/2/2010; 4:00 PM ET |
| | § | Hearing Date: 3/28/2011; 10:00 AM ET |

### EIGHTH QUARTERLY APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE 38th QUARTERLY PERIOD FROM JULY 1, 2010 THROUGH SEPTEMBER 30, 2010

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Alan B. Rich, Esq., pursuant to sections 327, 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Retention Order (as defined below), the Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Interim Compensation Order"), the Amended Administrative Order under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Amended Interim Compensation Order") and Del. Bankr. LR 2016-2, and hereby applies for an order allowing him (i) compensation in the amount of $23,460.00 for the reasonable and necessary legal services he has rendered to the Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property

-1-

Damage Claimants and Holders of Demands and (ii) reimbursement of actual and necessary expenses that he has incurred in the amount of $511.00, for a total of $23,971.00, or one hundred percent (100%) of all compensation and expense reimbursement requested, for the period July 1, 2010 through September 30, 2010 (the "Quarterly Fee Application"), and in support of this Quarterly Fee Application, would respectfully show as follows:

## SUMMARY

Name of Applicant:                 Alan B. Rich, Esq.

Authorized to Provide Services To:       Hon. Alexander M. Sanders, Jr.,
Legal Representative for Future Asbestos-
Related Property Damage Claimants
and Holders of Demands

Date of Retention:                September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:        July 1, 2010 through September 30, 2010

Amount of Fees Sought as Actual
Reasonable and Necessary:          $23,460.00

Amount of Expenses Sought as
Actual, Reasonable and Necessary:     $511.00

This is a(n):    ☐Monthly    ☒Quarterly    ☐Interim    ☐Final Application

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |

---

[1] At 80% of the total incurred.

| | | | | | |
|---|---|---|---|---|---|
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |
| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |

| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
|---|---|---|---|---|---|
| 8/2/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | CNO Filed | CNO Filed |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Pending | Pending |
| | | | | | |
| | | | | | |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 25 years, and his billing rate is $600 per hour.  In this Quarterly Application period Mr. Rich billed 39.1 hours,[2] for a total amount billed of $23,460.00, of which 80% ($18,768.00) has already been paid or has payment pending, leaving the amount not yet approved or paid of $4,692.00.

The time for preparation of this Eighth Quarterly Application is approximately 2.0 hours, for which $1,200.00 will be requested in a future application.

<u>COMPENSATION BY PROJECT CATEGORY</u>

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 29.0 | $17,400.00 |
| Fee Applications | 10.1 | $6,060.00 |
| TOTAL | 39.1 | $23,460.00 |

---

[2] Non-Productive travel time is included in this figure, but at 50% of the actual time.

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel<br>Court Call | $300.00<br>$211.00 |
| TOTAL | $511.00 |

APPLICATION

1.      On April 2, 2001 , (the "Petition Date") each of the Debtors filed a

voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code

(the "Chapter 11 Cases").  On April 2, 2001, the Court entered an order procedurally

consolidating the Chapter 11 Cases for administrative purposes only.  Since the Petition Date, the

Debtors are continuing to operate their businesses and manage their properties and assets as

debtors-in-possession pursuant to sections 1107(a) and 1108 of the United States Bankruptcy

Code.

2.      On May 3, 2001, the Court entered an Interim Compensation Order, as

amended by the Amended Interim Compensation Order, establishing procedures for monthly

compensation and reimbursement of expenses of professionals (each such application, a

"Monthly Fee Application"), and whereby any notice party listed in the Amended Interim

Compensation Order may object to such Monthly Fee Application.  If no notice party objects to

professional's Monthly Fee Application within twenty (20) days after the date of service of the

Monthly Fee Application, the applicable professional may submit to the Court a certification of

no objection authorizing the interim compensation and reimbursement of eighty percent (80%) of

the fees requested and one hundred percent (100%) of the expenses requested, subject to the

filing and approval of the interim and final fee applications of the professional.

3.      Furthermore, and also pursuant to the Amended Interim Compensation Order, within forty-five (45) days of the end of each quarter, professionals are required to file and serve, upon the notice parties, a quarterly request (a "Quarterly Fee Application") for interim Court approval and allowance of the Monthly Fee Applications filed during the quarter covered by that Quarterly Fee Application.  If the Court grants the relief requested by the Quarterly Fee Application, the Debtors are authorized and directed to pay the professional 100% of the fees and expenses requested in the Monthly Fee Applications covered by that Quarterly Fee Application, less any amounts previously paid in connection with the Monthly Fee Applications.  Any payment made pursuant to the Monthly Fee Applications or a Quarterly Fee Application is subject to final approval of all fees and expenses at a hearing on the professional's final fee application.

4.      By an order of this Court, the PD FCR was authorized to retain Alan B. Rich as his counsel, effective as of September 29, 2008 (the "Retention Order").  The Retention Order authorizes the Debtors to compensate Rich at his hourly rate charged for services of this type and to be reimbursed for actual and necessary out-of-pocket expenses that he incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, all applicable local rules and orders of this Court.

5.      This Quarterly Fee Application, which is submitted in accordance with the Amended Interim Compensation Order, is Rich's Eighth Quarterly Fee Application for compensation for services rendered in connection with the Chapter 11 Cases and covers the 38th Quarterly fee period of July 1, 2010 through September 30, 2010 (the "Fee Period").

6.      Rich has filed with the Court the following Monthly Fee Applications for

interim compensation during the Fee Period:

    (a)    Application of Alan B. Rich, Esq. For Compensation for Services and Reimbursement of Expenses as Counsel to the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Twenty-Third Monthly Interim Period from July 1, 2010 Through July 31, 2010, seeking $7,824.00 in fees (80% of $9,780.00) and $208.00 in expenses;

    (b)    Application of Alan B. Rich, Esq. For Compensation for Services and Reimbursement of Expenses as Counsel to the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Twenty-Fourth Monthly Interim Period from August 1, 2010 Through August 31, 2010, seeking $4,272.00 in fees (80% of $5,340.00) and $273.00 in expenses;

    (c)    Application of Alan B. Rich, Esq. For Compensation for Services and Reimbursement of Expenses as Counsel to the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Twenty-Fifth Monthly Interim Period from September 1, 2010 Through September 30, 2010, seeking $6,672.00 in fees (80% of $8.340.00) and $30.00 in expenses.

    7.    The monthly fee applications covered by this Quarterly Fee Application contain detailed daily time logs describing the actual and necessary services provided by Rich during the Fee Period, as well as other detailed information required to be included in fee applications.  The Twenty-Third, Twenty-Fourth and Twenty-Fifth monthly fee applications (collectively, the "Applications") are attached hereto as Exhibits "1," "2" and "3" respectively.

    8.    The periods for objecting to the fee and expense reimbursements relating to the Twenty-Third, Twenty-Fourth, Twenty-Fifth monthly fee applications have each passed without any objections being filed, whereupon Rich filed Certificates of No Objection with the Court, and Rich has been paid interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested.

    9.    Rich has filed seven prior Quarterly Fee Applications.

10.     By this Eighth Quarterly Fee Application, Rich requests that the Court approve the interim allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by Rich from July 1, 2010 through September 30, 2010, less any amounts previously paid to Rich pursuant to the Monthly Fee Applications and the procedures set forth in the Amended Interim Compensation Order.  As stated above, the full scope of the services provided and the related expenses incurred are fully described in the Monthly Fee Applications that already have been filed with the Court.

11.     Rich reserves his right to seek at a later date compensation for services rendered and expenses incurred during the applicable period that are not otherwise included in the relevant monthly fee application.

12.     At all relevant times, Rich has been a disinterested person as that term is defined in Section 101(14) of the United States Bankruptcy Code, as modified by section 1107(b) of the United States Bankruptcy Code and has not represented or held an interest adverse to the interest of the Debtors.

13.     All services for which compensation is requested by Rich were performed for or on behalf of the PD FCR and not on behalf of any committee, creditor, or other person.

14.     Rich believes that this Quarterly Fee Application complies with the requirements of Del. Bankr. LR 2016-2 and the Amended Interim Compensation Order.

15.     During the Interim Period, Rich has received no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with these Chapter 11 Cases, other than the interim compensation payments pursuant to the Amended Interim Compensation Order.  There is no agreement or understanding between Rich and any

other person for the sharing of compensation to be received for services rendered in these cases.

16.    The professional services and related expenses for which Rich requests interim allowance of compensation and reimbursement of expenses were rendered and incurred in connection with these cases in the discharge of Rich's professional responsibilities as counsel for the PD FCR in the Chapter 11 Cases.  Rich's services have been necessary and beneficial to the PD FCR as well as the Debtors and their estates, creditors, and other parties in interest.

17.    Pursuant to Fed R. Bankr. P. 2016(b), Rich has not shared, nor has agreed to share: (a) any compensation it has received or may receive with another party or person, or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

WHEREFORE, Alan B. Rich, Esq. respectfully requests that the Court enter an order, providing that (a) for the period from July 1, 2010 through September 30, 2010, an administrative allowance be made to Rich in the sum of $23,460.00 as compensation for reasonable and necessary professional services rendered to the PD FCR and, in the sum of $511.00 for reimbursement of actual and necessary costs and expenses incurred, for a total of $23,971.00; (b) that the Debtors be authorized and directed to pay to Rich the outstanding amount of such sums, less any sums previously paid to Rich pursuant to the Monthly Fee Applications and the procedures set forth in the Amended Interim Compensation Order and (c) this Court grant such other and further relief to which Rich is justly entitled.

Respectfully Submitted,

_____
Alan B. Rich
Texas Bar No. 16842350
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

<u>DECLARATION</u>

Alan B. Rich, declares as follows:

I am the counsel hired by the PD FCR with the approval of the Court, and am familiar with the legal services which I rendered to the PD FCR. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I believe that this Application substantially complies with Local Bankruptcy Rules for the District of Delaware.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 12, 2010.

_____

## CERTIFICATE OF SERVICE

I certify that on the 12th day of November, 2010,  this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 8/23/2010 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND
HOLDERS OF DEMANDS FOR THE TWENTY-THIRD MONTHLY
INTERIM PERIOD FROM JULY 1, 2010 THROUGH JULY 31, 2010**

Name of Applicant:                                  Alan B. Rich, Esq.

Authorized to Provide Services To:                  Hon. Alexander M. Sanders, Jr.,
                                                    Legal Representative for Future Asbestos-
                                                    Related Property Damage Claimants
                                                    and Holders of Demands

Date of Retention:                                  September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:                        July 1, 2010 through July 31, 2010

Amount of Fees Sought as Actual
Reasonable and Necessary:                           $7,824.00   [80% of $9,780.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:                   $208.00

This is a(n):   ☒Monthly        ☐Interim        ☐Final Application

-1-

PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

-2-

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|----------|------------------------|------------|-----------|------|------|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 25 years, and his billing rate is $600 per hour.  In this Application period Mr. Rich billed 16.3 hours,[2] for a total amount billed of $9,780.00 of which 80% is currently sought, in the amount of $7,824.00, plus 100% of the expenses incurred during this period, in the amount of $208.00, for a total currently sought of $8,032.00.

As stated above, this is the Twenty-Third application for monthly fees and expenses.  The time for preparation of this Application is approximately 1.0 hours, for which $600.00 will be requested in a future application.

---

[2] Non-Productive travel time, if any, is included in this figure, but at 50% of the actual time.

<u>COMPENSATION BY PROJECT CATEGORY</u>

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 12.1 | $7,260.00 |
| Travel | 0 | 0 |
| Fee Application Matters (Monthly & Quarterly, incl. FCR's ) | 4.2 | $2,520.00 |
| TOTAL | 16.3 hours | $9,780.00 |

<u>EXPENSE SUMMARY</u>

| Description | Expense |
|---|---|
| Travel<br>Courtcall | $150.00<br>$58.00 |
| TOTAL | $208.00 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)</u>

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____

Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on the 1st day of July, 2010,  this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
4244 Renaissance Tower
1401 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (July, 2010)

### Client

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

### Matter

***In re W. R. Grace**, No. 01-1139 (Bankr. D. Del)*

| Date | Services Performed | Time |
|------|--------------------|------|
| 7/1/2010 | Review Certificate of No Objection Regarding Debtors' Motion to Approve the Amended and Restated Astestos Settlement Agreement Between W.R. Grace & Co. and Munich Reinsurance America, Inc. | 0.1 |
| 7/1/2010 | Review Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Authorizing Debtors to Make Legally Required Minimum Contributions to Defined Benefit Pension Plans Covering Debtors' Employees | 0.1 |
| 7/1/2010 | Prepare 22nd Monthly Fee Application, Notice and attention to filing | 1.0 |
| 7/1/2010 | Review Local ZAI Counsel fee application | 0.2 |
| 7/1/2010 | Review Canadian ZAI Counsel (Scarfone) fee application | 0.2 |
| 7/1/2010 | Review Order dimissing without prejudice motion to pay fraudulent conveyance case fee holdbacks | 0.1 |

| | | |
|---|---|---|
| 7/1/2010 | Review Canadian ZAI Counsel (Lauzon) fee application | 0.1 |
| 7/1/2010 | Review Request for Judicial Notice of Garlock's Chapter 11 filing | 0.1 |
| 7/1/2010 | Review Revised Certification of Counsel re Easthampton Superfund Site | 0.2 |
| 7/1/2010 | Review Certification of Counsel re Walpole Superfund Site | 0.2 |
| 7/2/2010 | Review Order Granting Debtors' Motion for Entry of an Order Authorizing Debtors to Make Legally Required Minimum Contributions to Defined Benefit Pension Plans Covering Debtors' Employees | 0.1 |
| 7/2/2010 | Review Notice of Withdrawal of Certification of Counsel re Easthampton Superfund site | 0.1 |
| 7/2/2010 | Review Order Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure Approving the Amended and Restated asbestos settlement agreement Between W. R. Grace & Co. and Munich Reinsurance America, Inc. | 0.1 |
| 7/2/2010 | Review Order Authorizing Debtors' Entry into (I) Consent Order with the United States Regarding the Zonolite/W.R. Grace Easthampton, MA, Superfund Site, (II) Stipulation Resolving Claim 11301 of Oldon Limited Partnership and (III) Stipulation Resolving Claim 7121 of the City of Easthampton | 0.1 |
| 7/2/2010 | Review Motion to Re-Open Fraudulent Conveyance Adversary Proceedings to Permit the Filing of Remaining Quarterly Fee Applications and Allowance and Payment of Remaining Holdbacks | 0.1 |
| 7/2/2010 | Review Motion to Allow Late Property Damage Proof of Claim by Plum Creek Timberlands | 1.0 |
| 7/6/2010 | Review Order granting Debtors' Motion to disallow employee claims | 0.1 |
| 7/6/2010 | Review Order granting Debtors' Motion to enter Walpole superfund site consent decree | 0.1 |

| | | |
|---|---|---|
| 7/6/2010 | Review Monthly Operating Report for May, 2010 | 0.4 |
| 7/7/2010 | Review July Omnibus hearing agenda | 0.2 |
| 7/8/2010 | Email from Debtors' counsel re July Omnibus | 0.1 |
| 7/8/2010 | Conference call regarding pension plan matters | 0.7 |
| 7/12/2010 | Review Fee Auditors Report re Canadian Substantial Contribution Application | 0.5 |
| 7/13/2010 | Review correspondence re employee benefils omnibus objection | 0.1 |
| 7/13/2010 | Review Certification of Counsel re Canadian ZAI counsel Substantial Contribution Application | 0.2 |
| 7/13/2010 | Review Ordinary Course Professional compensation for 2Q2010 and emails to and from debtors' counsel and R. Finke re same | 0.4 |
| 7/13/2010 | Email from Debtors' counsel re telephonic only July Omnibus | 0.1 |
| 7/13/2010 | Review Amended Agenda for July Omnibus | 0.1 |
| 7/14/2010 | Attend telephonic July Omnibus hearing (including hold time) | 1.5 |
| 7/16/2010 | Prepare 6th Quarterly Fee Application (36th Period), Notice and attention to filing | 2.0 |
| 7/16/2010 | Prepare 6th Quarterly Fee Application of PD FCR (36th Period), Notice and attention to filing | 1.0 |
| 7/19/2010 | Telephone conference with Debtors' counsel re Plumcreek motion and preparation for same | 0.5 |
| 7/20/2010 | Review appeal docketing materials for Bank Lenders' appeal of interest issue | 0.1 |
| 7/20/2010 | Email from Debtors' counsel re Plumcreek Tolling Agreement and Review of draft Tolling Agreement | 0.3 |

| | | |
|---|---|---|
| 7/21/2010 | Email to Debtors' counsel re Plumcreek Tolling Agreement | 0.1 |
| 7/21/2010 | Review Notice of Docketing of Appeal from the Order Disallowing and Expunging Asbestos Property Damage Claim Numbers 011627 and 012476 as Barred by British Columbia's Ultimate Limitations Period | 0.1 |
| 7/21/2010 | Review Order granting substantial contribution application of Canadian ZAI/PD counsel | 0.1 |
| 7/21/2010 | Prepare and file Certificate of No Objection for 22nd Monthly Fee Application | 0.2 |
| 7/22/2010 | Review redline of Plum Creek tolling agreement and emails between counsel re same; Review further revisions of tolling agreement and final agreement | 0.7 |
| 7/22/2010 | Review wire-Report on Grace earnings | 0.1 |
| 7/26/2010 | Review report on 36th Quarter de minimus asset sales | 0.1 |
| 7/26/2010 | Review report on 36th Quarter de minimus settlements | 0.1 |
| 7/26/2010 | Review Debtors' request for approval of Plum Creek Tolling Agreement | 0.2 |
| 7/26/2010 | Review Order granting judicial notice of Garlock bankruptcy case | 0.1 |
| 7/26/2010 | Review Neutrocrete Response to Grace's Claim Objection re defects in Zonolite-based private-label product | 1.5 |
| 7/26/2010 | Review Kirkland & Ellis disinterestedness affidavit | 0.2 |
| 7/27/2010 | Review CNO for Wausau insurance settlement | 0.1 |
| 7/27/2010 | Review CNO for Motion to Re-Open Fraudulent Conveyance Adversary Proceedings to Permit the Filing of Remaining Quarterly Fee Applications and Allowance and Payment of Remaining Holdbacks | 0.1 |
| 7/27/2010 | Review CNO's for Canadian ZAI firms' Third Fee Applications | 0.1 |

7/28/2010     Review Canadian ZAI firms' Fourth Fee Applications                      0.3

    Total: 16.3 hours @ $600.00/hour = $9,780.00

Expenses:   Detail on Exhibit 1– $208.00

          **Total Fees and Expenses Due:  $9,988.00**

EXPENSES FOR JUNE 2010                                                          EXHIBIT 1

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|------|----------------------|--------|
| 7/14/2010 | Airline Cancellation Fee (omnibus switch to telephone only) | $150.00 |
| 7/27/2010 | Courtcall | $58.00 |
| | TOTAL EXPENSES | $208.00 |

# EXHIBIT 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 9/21/2010 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND
HOLDERS OF DEMANDS FOR THE TWENTY-FOURTH MONTHLY
INTERIM PERIOD FROM AUGUST 1, 2010 THROUGH AUGUST 31, 2010**

Name of Applicant:                                    Alan B. Rich, Esq.

Authorized to Provide Services To:          Hon. Alexander M. Sanders, Jr.,
                                                                  Legal Representative for Future Asbestos-
                                                                  Related Property Damage Claimants
                                                                  and Holders of Demands

Date of Retention:                                    September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:                August 1, 2010 through August 31, 2010

Amount of Fees Sought as Actual
Reasonable and Necessary:                     $4,272.00   [80% of $5,340.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:         $273.00

This is a(n):   ☒Monthly       ☐Interim       ☐Final Application

-1-

PRIOR APPLICATIONS

| Date  Filed | Period  Covered | Requested  Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|----------|-----------------------|------------|-----------|------|------|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | CNO Filed | CNO Filed |
|          |                       |            |           |      |      |

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 25 years, and his billing rate is $600 per hour. In this Application period Mr. Rich billed 8.9 hours,[2] for a total amount billed of $5,340.00 of which 80% is currently sought, in the amount of $4,272.00, plus 100% of the expenses incurred during this period, in the amount of $273.00, for a total currently sought of $4,545.00.

As stated above, this is the Twenty-Fourth application for monthly fees and expenses. The time for preparation of this Application is approximately 1.0 hours, for which $600.00 will be requested in a future application.

---

[2] Non-Productive travel time, if any, is included in this figure, but at 50% of the actual time.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 7.7 | $4,620.00 |
| Travel | 0 | 0 |
| Fee Application Matters (Monthly & Quarterly, incl. FCR's ) | 1.2 | $720.00 |
| TOTAL | 16.3 hours | $5,340.00 |

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel<br>Courtcall | $150.00<br>$123.00 |
| TOTAL | $273.00 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)</u>

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on the 1st day of September, 2010, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*

4244 Renaissance Tower
1401 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (August, 2010)

### Client

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

### Matter

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 8/2/2010 | Review Motion to Approve Settlement with TIG Insurance | 0.5 |
| 8/2/2010 | Prepare 23rd Monthly Fee Application, Notice and attention to filing | 1.0 |
| 8/3/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 8/4/2010 | Review Agenda for August Omnibus hearing and email from counsel re same | 0.2 |
| 8/4/2010 | Review Certificate of No Objection re Plum Creek Tolling Order, and signed Order by Court | 0.2 |
| 8/4/2010 | Emails to and from fee auditor re prior applications | 0.1 |
| 8/5/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 8/8/2010 | Review Miscellaneous ECF Notices | 0.1 |

| | | |
|---|---|---|
| 8/9/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 8/10/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 8/11/2010 | Review Withdrawal of Certification of Counsel re National Union claim | 0.1 |
| 8/11/2010 | Review Motion to enforce New Jersey DEQ settlement and amended notice of hearing of same | 1.5 |
| 8/12/2010 | Review Motion to Refer Adversary proceedings in Fraudulent Conveyance cases back to bankruptcy court for ruling on fee motions | 0.1 |
| 8/12/2010 | Review Monthly Operating Report for June 2010 | 0.4 |
| 8/12/2010 | Review Canadian ZAI counsels' quarterly fee applications | 0.5 |
| 8/12/2010 | Review Letter to Court from State of Montana regarding Jeld-Wen opinion | 0.3 |
| 8/12/2010 | Review Certification of Counsel regarding Stipulation amending Stipulation with National Union | 0.1 |
| 8/12/2010 | Review Settlement motion regarding HDI-Gerling Settlement | 0.5 |
| 8/13/2010 | Review Signed Order re stipulation amending stipulation with National Union | 0.1 |
| 8/16/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 8/17/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 8/18/2010 | Review Letter to Court from Debtor re State of Montana regarding Jeld-Wen opinion | 0.1 |
| 8/18/2010 | Review Objection to Motion to Reconsider disallowance of Employee claims | 0.3 |
| 8/19/2010 | Review Claim Settlement Notice re North Carolina POC | 0.1 |

| | | |
|---|---|---|
| 8/19/2010 | Review Letter from Canada re joinder in Montana letter re Jeld-Wen | 0.1 |
| 8/20/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 8/23/2010 | Draft, File and serve CNO for 23rd Monthly Fee Application | 0.2 |
| 8/24/2010 | RV Fee Auditor reports re Canadian ZAI counsel and PI FCR | 0.3 |
| 8/25/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 8/26/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 8/27/2010 | Review settlement motion with the Hartford parties | 0.5 |
| 8/30/2010 | Review Auditors Report re Canadian ZAI claimants' monthly fee application (Scarfone) | 0.1 |
| 8/30/2010 | Review CNO re TIG Settlement | 0.1 |
| 8/31/2010 | Review Canadian ZAI counsels' monthly fee applications (Scarfone, Lauzon, Hogan) | 0.5 |

Total: 16.3 hours @ $600.00/hour = $5,340.00

Expenses:  Detail on Exhibit 1– $273.00

**Total Fees and Expenses Due:  $5,613.00**

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|------|------------------------|--------|
| 8/15/2010 | Airline Cancellation Fee (omnibus cancellation) | $150.00 |
| | Courtcall (prior charges from 7/30/09 and 11/23/09 omitted from prior billin | $123.00 |
| | TOTAL EXPENSES | $273.00 |

# EXHIBIT 3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 10/22/2010 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND
HOLDERS OF DEMANDS FOR THE TWENTY-FIFTH MONTHLY INTERIM
PERIOD FROM SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010**

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | September 1, 2010 through September 30, 2010 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $6,672.00   [80% of $8,340.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $30.00 |

This is a(n):   ☒Monthly      ☐Interim      ☐Final Application

PRIOR APPLICATIONS

| Date  Filed | Period  Covered | Requested  Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

[1] At 80% of the total incurred.

-2-

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|----------|----------------------|-----------|----------|------|------|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | CNO Filed | CNO Filed |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 25 years, and his billing rate is $600 per hour.  In this Application period Mr. Rich billed 13.9 hours,[2] for a total amount billed of $8,340.00 of which 80% is currently sought, in the amount of $6,672.00, plus 100% of the expenses incurred during this period, in the amount of $30.00, for a total currently sought of $6,702.00.

As stated above, this is the Twenty-Fifth application for monthly fees and expenses.  The time for preparation of this Application is approximately 1.0 hour, for which $600.00 will be requested in a future application.

_____

[2] Non-Productive travel time, if any, is included in this figure, but at 50% of the actual time.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 9.2 | $5,520.00 |
| Travel | 0 | 0 |
| Fee Application Matters (Monthly & Quarterly, incl. FCR's ) | 4.7 | $2,820.00 |
| TOTAL | 16.3 hours | $8,340.00 |

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Courtcall | $30.00 |
| TOTAL | $30.00 |

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

-4-

<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)</u>

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on the 1st day of October, 2010,  this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
4244 Renaissance Tower
1401 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (September, 2010)

**Client**

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 9/1/2010 | Preparation and filing of 24th Monthly Fee Appication | 1.0 |
| 9/2/2010 | Review CNOs re Canadian ZAI counsel fees | 0.1 |
| 9/2/2010 | Conference with client re status | 0.1 |
| 9/3/2010 | Review Order approving TIG settlement | 0.1 |
| 9/3/2010 | Review Fee Auditors' Report re 36th Quarterly Fee Applications | 0.2 |
| 9/3/2010 | Review Monthly Operating Report (July 2010) | 0.4 |
| 9/3/2010 | Review HDI Settlement Approval Order | 0.1 |
| 9/3/2010 | Review Debtors' 36th Interim Fee and Expense Chart with Recommendations | 0.1 |
| 9/6/2010 | Review Certification of Counsel re 36th Quarterly Project Categories | 0.1 |

| | | |
|---|---|---|
| 9/6/2010 | Review Certification of Counsel re 36th Quarterly Fee Applications | 0.1 |
| 9/7/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 9/8/2010 | Review Agenda for the September Omnibus hearing | 0.1 |
| 9/8/2010 | Review Opinion re denial of confirmation in Quigley case | 1.3 |
| 9/9/2010 | Email from Debtors' counsel re conference call | 0.1 |
| 9/9/2010 | Conference with client re omnibus hearing | 0.1 |
| 9/10/2010 | Review Project Mallard documentation; Conference call with Debtor and others re Project Mallard | 1.0 |
| 9/10/2010 | Review Fee Auditors' Amended Report re 36th Quarterly Fee Applications | 0.1 |
| 9/10/2010 | Review Canadian ZAI counsel Certifications of Counsel re quarterly fee applications | 0.2 |
| 9/10/2010 | Review Fee Auditors' Report re Lauzon Quarterly fee application | 0.1 |
| 9/11/2010 | Review Amended Agenda for September Omnibus | 0.1 |
| 9/13/2010 | Attend telephonic September Omnibus hearing | 0.2 |
| 9/13/2010 | Review Revised Certification of Counsel re 36th Quarterly Fee Applications | 0.1 |
| 9/14/2010 | Review Motion to Approve Synthatec transaction | 1.0 |
| 9/14/2010 | Review Searle Engagement motion and motion to file Engagement letter under Seal | 0.4 |
| 9/14/2010 | Review Order Approving 36th Quarterly Fee Applications | 0.1 |
| 9/14/2010 | Review Certification of Counsel re McGuire Motion to reconsider Employee Claims disallowance | 0.1 |

| 9/15/2010 | Review Withdrawal of motions related to Searle retention | 0.1 |
| 9/15/2010 | Review Agreed Order re McGuire Motion for Reconsideration | 0.1 |
| 9/16/2010 | Reivew Miscellaneous ECF Notices | 0.1 |
| 9/17/2010 | Preparation and filing of FCR's June Fee Appication | 0.5 |
| 9/20/2010 | Preparation and filing of 37th Quarterly Fee Application and Notice | 2.0 |
| 9/20/2010 | Preparation and filing of 37th Quarterly Fee Application and Notice of Judge Sanders | 1.0 |
| 9/20/2010 | Review Order rescheduling August, 2011 Omnibus hearing | 0.1 |
| 9/20/2010 | Review Claims Settlement Notice (Claim No. 1926) | 0.2 |
| 9/21/2010 | Prepare and file CNO for 24th Monthly Fee Application and email to debtor re same | 0.2 |
| 9/22/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 9/23/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 9/24/2010 | Review Certification of Counsel re inadvertently disallowed employee claims | 0.1 |
| 9/27/2010 | Letter from PD Claimant re plan confirmation status | 0.1 |
| 9/27/2010 | Review CNOs re July Canadian ZAI counsel fees | 0.1 |
| 9/28/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 9/29/2010 | Review Canadian ZAI counsel August fee applications | 0.2 |
| 9/29/2010 | Review of Federal Insurance Settlement Motion | 0.5 |
| 9/29/2010 | Review Certification of Counsel re Motion to Enforce Stipulation with NJ Dept of Enviroment | 0.2 |

| 9/29/2010 | Review Notice of Withdrawal of Certificate of Counsel Regarding Order Granting Relief Sought By the Debtors' Twenty-Eighth Omnibus Objection to Employee Claims (Substantive) and Report Containing Written Responses to Same and Resolutions Thereof (Docket No. 24991) | 0.1 |

| 9/29/2010 | Review Certification of Counsel re Inadvertently disallowed employee claims in Order Disallowing Employee Claims (Substantive) (docket no. 25044) and corrected Order | 0.5 |

| 9/30/2010 | Review Miscellaneous ECF Notices | 0.1 |

Total: 13.9 hours @ $600.00/hour = $8,340.00

<u>Expenses</u>:   Courtcall (September Omnibus – $30.00

**<u>Total Fees and Expenses Due</u>:  $8,370.00**