# Exhibit D

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>             Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE
PERIOD OF AUGUST 1, 2010 THROUGH AUGUST 31, 2010**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 88 – Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $610.00 | 0.7 | $    427.00 |
| | | | | | |
| **TOTAL** | | | | **0.7** | **$    427.00** |

 **FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

September 24, 2010
Invoice No.: 468222
Matter No.: 08743.00088

**Re:    Acton Site OU3**

For Professional Services rendered through August 31, 2010

| | |
|---|---:|
| Fees | $427.00 |
| **Total Fees and Disbursements** | **$427.00** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 468222
September 24, 2010
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 08/06/10 | Jaffe | Review capture zone evaluation and attachments and emails with team regarding same (0.7). | 0.7 |
| | | **Total Hours** | **0.7** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 468222
September 24, 2010
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 0.7 | at | 610.00 | = | 427.00 |
| **Total Fees** | | | | | **$427.00** |

| | | |
|---|---|---|
| **Total Fees** | | **$427.00** |
| **Total Fees and Disbursements** | | **$427.00** |

 **FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

### To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

September 24, 2010
Invoice No.: 468222
Matter No.: 08743.00088

**Re:**    **Acton Site OU3**

**Total Fees and Disbursements**            **$427.00**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 468222
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 101 – Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $610.00 | 1.1 | $ 671.00 |
| Adam P. Kahn | Partner | Environmental | $610.00 | 1.2 | $ 732.00 |
| | | | | | |
| TOTAL | | | | 2.3 | $ 1,403.00 |

### Expenses

| Description | Total |
|---|---|
| Photocopies | $ 42.30 |
| | |
| TOTAL | $ 42.30 |



**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

September 24, 2010
Invoice No.: 468219
Matter No.: 08743.00101

**Re:    Bankruptcy Matters**

For Professional Services rendered through August 31, 2010

| | |
|---|---|
| Fees | $1,403.00 |
| Disbursements | 42.30 |
| **Total Fees and Disbursements** | **$1,445.30** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 468219
September 24, 2010
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 08/03/10 | Jaffe | Review and revise quarterly fee application (1.1). | 1.1 |
| 08/09/10 | Kahn | Revise quarterly bankruptcy filing (0.5). | 0.5 |
| 08/13/10 | Kahn | Revise quarterly bankruptcy filing and arrange for filing (0.4). | 0.4 |
| 08/31/10 | Kahn | Finalize W.R. Grace monthly fee submission (0.3). | 0.3 |
| | | **Total Hours** | **2.3** |

Matter No.: 08743.00101                                      Invoice No.: 468219
Re: Bankruptcy Matters                                      September 24, 2010
                                                                    Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Adam P. Kahn | 1.2 | at | 610.00 | = | 732.00 |
| Seth D. Jaffe | 1.1 | at | 610.00 | = | 671.00 |
| **Total Fees** | | | | | **$1,403.00** |

## Disbursement Summary

| Disbursement | Amount |
|---|---|
| In-House Photocopying | 42.30 |
| **Total Disbursements** | **$42.30** |

| | |
|---|---|
| **Total Fees** | **$1,403.00** |
| **Total Disbursements** | **42.30** |
| **Total Fees and Disbursements** | **$1,445.30** |



FOLEY
HOAG ·LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

September 24, 2010
Invoice No.: 468219
Matter No.: 08743.00101

Re:    **Bankruptcy Matters**

**Total Fees and Disbursements**              **$1,445.30**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00101, **Invoice #:** 468219
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $610.00 | 0.9 | $    549.00 |
| | | | | | |
| TOTAL | | | | 0.9 | $    549.00 |


**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

September 24, 2010
Invoice No.: 468221
Matter No.: 08743.00102

Re:    **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through August 31, 2010

| | |
|---|---|
| Fees | $549.00 |
| **Total Fees and Disbursements** | **$549.00** |

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 468221
September 24, 2010
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 08/03/10 | Jaffe | Review Federal Register notice and emails with team regarding same (0.3). | 0.3 |
| 08/06/10 | Jaffe | Emails with team regarding project coordinator and Shaffer access issues (0.4). | 0.4 |
| 08/09/10 | Jaffe | Review press reports on settlement (0.2). | 0.2 |
| | | **Total Hours** | **0.9** |

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 468221
September 24, 2010
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 0.9 | at | 610.00 | = | 549.00 |
| **Total Fees** | | | | | **$549.00** |

| | | |
|---|---|---|
| **Total Fees** | | **$549.00** |
| **Total Fees and Disbursements** | | **$549.00** |


**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

September 24, 2010
Invoice No.: 468221
Matter No.: 08743.00102

**Re:**    **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Total Fees and Disbursements**          **$549.00**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 468221
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 103 – Wells G&H Superfund Site

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $610.00 | 8.7 | $   5,307.00 |
| | | | | | |
| TOTAL | | | | 8.7 | $   5,307.00 |

### Expenses

| Description | Total |
|---|---|
| Telephone | $       1.04 |
| | |
| TOTAL | $       1.04 |



Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

September 24, 2010
Invoice No.: 468220
Matter No.: 08743.00103

**Re:** **Wells G&H Superfund Site**

For Professional Services rendered through August 31, 2010

| | |
|---|---|
| Fees | $5,307.00 |
| Disbursements | <u>1.04</u> |
| **Total Fees and Disbursements** | **$5,308.04** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 468220
September 24, 2010
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 08/03/10 | Jaffe | Emails with team regarding Northeast Quadrant report and telephone call to Ms. Duff regarding same (0.4). | 0.4 |
| 08/05/10 | Jaffe | Telephone call with Ms. Duff and review Northeast Quadrant report issues (0.4). | 0.4 |
| 08/06/10 | Jaffe | Telephone call with Ms. Duff and review Northeast Quadrant report issues in connection with same (0.8). | 0.8 |
| 08/10/10 | Jaffe | Review, revise, draft Grace property soil memorandum and emails with team regarding same (1.2); telephone call to Mr. Bibler and emails with team regarding UniFirst/Grace coordination (1.1); review memorandum regarding well sampling issues and emails with team regarding same (0.8). | 3.1 |
| 08/11/10 | Jaffe | Review UniFirst report and EPA comments and emails with team regarding same (1.4.); telephone calls and emails with Mr. Bibler and team regarding UniFirst/Grace cooperation, schedule, and meeting (0.8). | 2.2 |
| 08/30/10 | Jaffe | Review emails from team regarding Northeast Quadrant report and related technical issues (0.4). | 0.4 |
| 08/31/10 | Jaffe | Review emails and documents from technical team regarding Northeast Quadrant report (1.4). | 1.4 |
|  |  | **Total Hours** | **8.7** |

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 468220
September 24, 2010
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 8.7 | at | 610.00 | = | 5,307.00 |
| **Total Fees** | | | | | **$5,307.00** |

## Disbursement Summary

| Disbursement | Amount |
|---|---|
| Telephone | 1.04 |
| **Total Disbursements** | **$1.04** |

| | |
|---|---|
| **Total Fees** | **$5,307.00** |
| **Total Disbursements** | **1.04** |
| **Total Fees and Disbursements** | **$5,308.04** |



FOLEY
HOAG LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

September 24, 2010
Invoice No.: 468220
Matter No.: 08743.00103

Re:   **Wells G&H Superfund Site**

**Total Fees and Disbursements**          **$5,308.04**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00103, **Invoice #:** 468220
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM