# Exhibit E

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

## FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Matter 88 – Acton Site OU3**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $610.00 | 0.8 | $    488.00 |
| | | | | | |
| **TOTAL** | | | | **0.8** | **$    488.00** |


**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

October 21, 2010
Invoice No.: 469079
Matter No.: 08743.00088

Re:    **Acton Site OU3**

For Professional Services rendered through September 30, 2010

| | |
|---|---|
| Fees | $488.00 |
| **Total Fees and Disbursements** | **$488.00** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 469079
October 21, 2010
Page 2

| **Date** | **Timekeeper** | **Tsk** | **Narrative** | **Hours** |
|---|---|---|---|---|
| 09/01/10 | Jaffe | P230 | Review final sediment design report draft and emails with team regarding same (0.8). | 0.8 |
| | | | **Total Hours** | **0.8** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 469079
October 21, 2010
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 0.8 | at | 610.00 | = | 488.00 |
| **Total Fees** | | | | | **$488.00** |

| | |
|---|---|
| **Total Fees** | **$488.00** |
| **Total Fees and Disbursements** | **$488.00** |



FOLEY
HOAG LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

## To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

October 21, 2010
Invoice No.: 469079
Matter No.: 08743.00088

**Re:   Acton Site OU3**

    **Total Fees and Disbursements**                $488.00

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 469079
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $610.00 | 2.5 | $ 1,525.00 |
| | | | | | |
| **TOTAL** | | | | **2.5** | **$ 1,525.00** |

### Expenses

| Description | Total |
|---|---|
| Photocopies | $ 3.70 |
| | |
| **TOTAL** | $ 3.70 |


# FOLEY HOAG LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

October 21, 2010
Invoice No.: 469080
Matter No.: 08743.00102

**Re:**   **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through September 30, 2010

| | |
|---|---:|
| Fees | $1,525.00 |
| Disbursements | 3.70 |
| **Total Fees and Disbursements** | **$1,528.70** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00102                                         Invoice No.: 469080
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass          October 21, 2010
                                                                          Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 09/08/10 | Jaffe | P230 | Emails with Mr. Sabath and team regarding consent decree and Shaffer property (0.6). | 0.6 |
| 09/23/10 | Jaffe | P230 | Emails with Mr. Sabath at DOJ and team regarding natural resource damage negotiations (0.4). | 0.4 |
| 09/24/10 | Jaffe | P230 | Emails with Mr. Bucens (0.3). | 0.3 |
| 09/28/10 | Jaffe | P230 | Emails with team and telephone calls with Mr. Bucens and Ms. Duff regarding communications with EPA (0.7). | 0.7 |
| 09/30/10 | Jaffe | P230 | Emails with Mr. Sabath at DOJ and team regarding NRD issues (0.5). | 0.5 |
| | | | **Total Hours** | **2.5** |

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 469080
October 21, 2010
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|------------|-------|----|------|----|--------|
| Seth D. Jaffe | 2.5 | at | 610.00 | = | 1,525.00 |
| | **Total Fees** | | | | **$1,525.00** |

## Disbursement Summary

| Date | | Amount |
|------|--|--------|
| 09/10/10 | In-House Color Photocopying | 3.70 |
| | **Total Disbursements** | **$3.70** |

| | |
|--|--|
| **Total Fees** | **$1,525.00** |
| **Total Disbursements** | **3.70** |
| **Total Fees and Disbursements** | **$1,528.70** |

 **FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

October 21, 2010
Invoice No.: 469080
Matter No.: 08743.00102

**Re:    Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Total Fees and Disbursements**          **$1,528.70**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 469080
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

**Matter 103 – Wells G&H Superfund Site**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $610.00 | 11.8 | $ 7,198.00 |
| | | | | | |
| **TOTAL** | | | | 11.8 | $ 7,198.00 |



Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

October 21, 2010
Invoice No.: 469081
Matter No.: 08743.00103

**Re:    Wells G&H Superfund Site**

For Professional Services rendered through September 30, 2010

| | |
|---|---|
| Fees | $7,198.00 |
| **Total Fees and Disbursements** | **$7,198.00** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 469081
October 21, 2010
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|------------|-----|-----------|-------|
| 09/02/10 | Jaffe | P230 | Emails with team (0.2). | 0.2 |
| 09/10/10 | Jaffe | P230 | Review, revise Northeast Quadrant report (1.8). | 1.8 |
| 09/13/10 | Jaffe | P230 | Review, revise Northeast Quadrant report (1.6). | 1.6 |
| 09/14/10 | Jaffe | P230 | Review, revise draft Northeast Quadrant report and emails with team regarding same (3.9). | 3.9 |
| 09/16/10 | Jaffe | P230 | Review revised draft soil memorandum and emails with team regarding same (0.7). | 0.7 |
| 09/17/10 | Jaffe | P230 | Review revised draft Northeast Quadrant report and emails with team regarding same (0.8). | 0.8 |
| 09/20/10 | Jaffe | P230 | Team telephone conference regarding meeting with UniFirst (1.5); prepare for same, including review agendas, revised draft Northeast Quadrant report, and soil memorandum (1.3). | 2.8 |

**Total Hours**    **11.8**

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 469081
October 21, 2010
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 11.8 | at | 610.00 | = | 7,198.00 |
| **Total Fees** | | | | | **$7,198.00** |

| | | |
|---|---|---|
| **Total Fees** | | **$7,198.00** |
| **Total Fees and Disbursements** | | **$7,198.00** |



FOLEY
HOAG LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

October 21, 2010
Invoice No.: 469081
Matter No.: 08743.00103

Re:    **Wells G&H Superfund Site**

   **Total Fees and Disbursements**   **$7,198.00**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| **Federal Tax ID : 04-2150535** | |
| --- | --- |
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00103, **Invoice #:** 469081
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON   WASHINGTON   EMERGING ENTERPRISE CENTER   FOLEYHOAG.COM