# EXHIBIT "B"

### *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555      Fax:   (302) 575-1714

WR Grace PD Committee

July 1, 2010 – July 31, 2010
Invoice No. 36011

RE:   WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|----------------------------------------------|-------|----------|
| B14 | Case Administration - | 13.70 | 3,587.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.10 | 32.50 |
| B18 | Fee Applications, Others - | 1.80 | 342.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 4.90 | 1,592.50 |
| B25 | Fee Applications, Applicant - | 2.50 | 510.50 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 6.40 | 2,080.00 |
| B36 | *Plan and Disclosure Statement -* | 0.10 | 32.50 |
| B37 | Hearings - | 4.10 | 1,332.50 |
| | **Total** | **33.60** | **$9,510.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|-----------------------|--------|-------|----------|
| Lisa L. Coggins | 270.00 | 2.00 | 540.00 |
| Regina Matozzo | 200.00 | 4.80 | 960.00 |
| Theodore J. Tacconelli | 325.00 | 22.80 | 7,410.00 |
| Legal Assistant - SEK | 150.00 | 0.40 | 60.00 |
| Legal Assistant - KC | 150.00 | 3.60 | 540.00 |
| **Total** | | **33.60** | **$9,510.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                    $479.14

| Date | Description | Hours | Lawyer |
|-----------|-------------|-------|--------|
| Jul-01-10 | *Fee Applications, Others* - Review Bilzin's May 2010 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order approving | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | debtors' motion to approve settlement with Harper Ins. Co. | | |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review certificate of counsel re: debtors' motion for authority to enter into East Hampton Mass. consent order | 0.50 | TJT |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | KC |
| | *Fee Applications, Others* - Download, review and revise Bilzin's May 2010 fee application and related documents, prepare certificate of service re: same | 0.40 | KC |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's May 2010 fee application | 0.40 | KC |
| Jul-02-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review order re: Debtors Motion to Make Pension Contributions | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Debtors Motion to Approve Settlement with Wausau Insurance Co. with attachment | 0.90 | TJT |
| Jul-04-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Withdrawal of Certificate of Counsel re: Easthampton Consent Order | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review certificate of counsel re: Debtors Motion to Approve Consent Decree re: Blackburn Site with attachments | 0.90 | TJT |
| Jul-05-10 | *Case Administration* - Review Revised 2019 Statement by David Law Firm | 0.10 | TJT |
| | *Case Administration* - Review PI Committee and PIFCR Request to Take Judicial Notice re: Garlock Bankruptcy with attachments | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Debtors revised certificate of counsel re: Debtors Motion re: consent Decree re: Easthampton with attachments | 0.80 | TJT |
| Jul-06-10 | *Case Administration* - Review case management memo re: week ending 7-3-2010 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: stats for week ending 7/2/10; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review order approving Debtors Easthampton Consent Decree Motion | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 7/3 | 0.10 | TJT |
| | *Case Administration* - Determine allocation of 07-06-10 payment by debtor, update payments received chart, submit chart with respective invoices to T. Tacconelli and accounts receivable | 0.20 | KC |
| Jul-07-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review entry of Appearance for Plum Creek | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* -Review Motion of Plum Creek to allow late filed claims with attachments | 2.30 | TJT |
| Jul-08-10 | *Case Administration* - Review notice of agenda regarding 7-14-2010 hearing | 0.10 | LLC |
| | *Case Administration* - Review notice of appearance and confer with KC re; updating service lists re; same | 0.20 | LLC |
| | *Fee Applications, Others* - E-mail to L. Flores re; upcoming Bilzin fee apps | 0.10 | LLC |
| | *Fee Applications, Others* - E-mail from L. Flores re: upcoming Bilzin fee | 0.10 | LLC |

|  |  |  |  |
|---|---|---|---|
|  | apps |  |  |
|  | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* Continue review of exhibits to Plum Creek motion to file late claim | 1.20 | TJT |
|  | Hearings - Review agenda for 7/14 hearing | 0.20 | TJT |
| Jul-09-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - complete review of exhibits to Plum Creek motion to allow late filed claim | 0.80 | TJT |
|  | *Case Administration* - Update service list per Notice of Entry of Appearance | 0.10 | KC |
| Jul-10-10 | *Case Administration* - Review debtors monthly operating report for May, 2010 | 0.50 | TJT |
| Jul-12-10 | *Case Administration* - Review case management memo re: week ending 07-09-10 | 0.10 | LLC |
|  | *Case Administration* - Review dockets re: stats for week ending 7/9/10; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review case status memo for week ending 7/9 | 0.10 | TJT |
|  | Hearings - Review correspondence from N. Kurtz re: 7/14 hearing | 0.10 | TJT |
| Jul-13-10 | *Case Administration* - Review amended notice of agenda re: hearing scheduled for 7-14-2010 | 0.10 | LLC |
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review fee auditors final report re: Canadian ZAI Claimants amended application for Allowance of Administrative expenses with attachments | 1.40 | TJT |
|  | Hearings - Review matters of Agenda for 7/14 hearing | 2.20 | TJT |
| Jul-14-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review Daily Memos | 0.10 | TJT |
|  | Hearings - Review Amended Agenda for 7/14 | 0.10 | TJT |
|  | Hearings - Prepare for and attend Bankruptcy Court | 1.50 | TJT |
|  | *Case Administration* - Send request for 7/14/10 hearing transcript | 0.20 | SEK |
| Jul-15-10 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review statement of amounts paid to OCP with attachments | 0.30 | TJT |
| Jul-16-10 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review Notice of Withdraw of document by | 0.10 | TJT |

PDFCR

| Date | Description | Hours | Initials |
|---|---|---|---|
| Jul-17-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
| Jul-19-10 | *Case Administration* - Review case management memo re: week ending 7-16-10 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: stats for week ending 7/16/10; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review case status memo for week ending 7/16 | 0.10 | TJT |
| | *Case Administration* - Conference with Para re: July hearing transcript, review correspondence re: same | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -- Review letter from J. McGuire to Judge Fitzgerald | 0.10 | TJT |
| | *Case Administration* - Distribute 7/14/10 transcript to working group | 0.20 | SEK |
| Jul-20-10 | *Case Administration* - Confer with KC re: service lists | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: May 2010 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review 3 miscellaneous CNO's filed by Debtors | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review docket, prepare for filing, e-file and service of certificate of no objection re: docket number 25084 | 0.40 | KC |
| Jul-21-10 | *Case Administration* - Prepare memo to R. Matozzo re: new appeal for daily memos | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Notice of Docketing Appeal in District Court re: Appeal no. 10-611, review Docket in Appeal 10-611 | 0.20 | TJT |
| | *Fee Applications, Applicant* - Review and revise FJ&P June prebill, conference with para | 0.50 | TJT |
| | *Fee Applications, Applicant* - Begin preparation and modification of June 2010 invoice, fee application, notice and cos; sent to LLC for review of same | 0.80 | KC |
| Jul-22-10 | *Case Administration* - Confer with KC re: general fee application issues | 0.10 | LLC |
| | *Fee Applications, Others* - Review CNO re: Bilzin May 2010 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review June 2010 monthly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review order re: CND ZAI Claimants Motion for Administrative Expenses Claim | 0.10 | TJT |
| | *Case Administration* - Confer with Para re: service of fee applications | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket, prepare for filing, e-file and service of certificate of No Objection re: Bilzin June 2010 107th fee application re: docket no. 25023 | 0.40 | KC |
| Jul-23-10 | *Case Administration* - Review daily memos | 0.20 | TJT |
| | *Case Administration* - Review 26th Supp Affidavit re: K&E with attachments | 0.30 | TJT |
| Jul-24-10 | *Case Administration* - Review daily memos | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* -Review Debtors Request for Approval of Tolling Agreement re: Plum Creek Motion to Allow Late Filed Claim with attachment | 0.40 | TJT |

| | | | |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review Order re: Judicial Notice re: Garlock | 0.10 | TJT |
| Jul-26-10 | *Case Administration* - Review Debtors 36 Quarterly Report of Asset Sales | 0.10 | TJT |
| | *Case Administration* - Review Debtors 36 Quarterly Report of Settlements with attachments | 0.20 | TJT |
| Jul-27-10 | *Case Administration* - Review 4 miscellaneous CNO's filed by PI Committee | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Certificate of No Objection re: Debtor's Motion to Approve Settlement with Wausau | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review response by Neutrocrete in opposition to Claim Objection | 1.20 | TJT |
| Jul-28-10 | *Fee Applications, Applicant* - Confer with KC re: filing of June 2010 fee app | 0.10 | LLC |
| | *Fee Applications, Applicant* - E-mail from and to KC re: service of fee apps to fee auditor | 0.10 | LLC |
| | *Case Administration* - Review CNO filed by Debtors re: Motion to Reopen FT cases | 0.10 | TJT |
| | *Fee Applications, Applicant* - Prepare 110th fee application and related documents for efiling, efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - E-mail from fee auditor re: service of June 2010 fee app, e-mail to LLC re: same | 0.10 | KC |
| Jul-29-10 | *Case Administration* - Review case management memo re: week ending 7-23-10 | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 7/23 | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -Review correspondence from R. Ramphall re: committee meeting | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review exhibits to Neurocrete response to claim objection | 0.50 | TJT |
| Jul-30-10 | *Fee Applications, Others* - Email from KC re: upcoming bills and fee app | 0.10 | LLC |
| | *Fee Applications, Others* - follow up email from KC re: filing of upcoming bills and fee apps | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review four miscellaneous CNO's filed by debtors | 0.10 | TJT |
| | *Case Administration* - Update payment received information chart | 0.20 | KC |
| | *Case Administration* - Emails to and from L. Flores re: upcoming quarterly fee app due in August and June monthly fee app | 0.10 | KC |
| | *Case Administration* - E-mail to LLC and forward L. Flores' email to same re: June monthly fee app | 0.10 | KC |
| Jul-31-10 | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Debtor's Motion to Approve Settlement with TIG Insurance Company with attachments | 1.30 | TJT |
| | Totals | 33.60 | |

## DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|--------|
| Jul-01-10 | Photocopy Cost | 3.00 |
| | Photocopy Cost | 0.90 |
| Jul-06-10 | Photocopy Cost | 1.40 |
| | Photocopy Cost | 6.50 |
| | Photocopy Cost | 6.20 |
| | Photocopy Cost | 6.10 |
| | Photocopy Cost | 1.00 |
| Jul-09-10 | Cost Advance - Lexis Nexis - Account # 1402RF; Inv # 1006421957 | 2.11 |
| | Cost Advance - First State Deliveries - hand delivery | 6.50 |
| Jul-13-10 | Photocopy Cost | 1.80 |
| | Photocopy Cost | 3.60 |
| Jul-15-10 | Cost Advance - Blue Marble - hand deliveries | 57.00 |
| Jul-19-10 | Cost Advance - First State Deliveries - hand delivery | 6.50 |
| Jul-20-10 | Photocopy Cost | 1.00 |
| | Cost Advance - postage 8 @.44 | 3.52 |
| Jul-21-10 | Cost Advance - Blue Marble - cc 4.20; service 11.90 (Inv # 43679) | 16.10 |
| Jul-22-10 | Photocopy Cost | 5.60 |
| | Cost Advance - J&J Court Transcribers | 97.00 |
| | Cost Advance - postage 8 @.44 | 3.52 |
| Jul-24-10 | Photocopy Cost | 0.50 |
| Jul-26-10 | Cost Advance - First State Deliveries - 6 hand deliveries on 7/22/10 | 39.00 |
| | Cost Advance - Pacer Service Center - (RM) 4/1/10- 6/30/10 (Account # FJ0497) | 98.56 |
| Jul-27-10 | Photocopy Cost | 3.90 |
| | Photocopy Cost | 0.80 |
| | Photocopy Cost | 1.00 |
| | Photocopy Cost | 0.90 |
| | Photocopy Cost | 0.80 |
| | Photocopy Cost | 0.70 |
| | Cost Advance - Pacer Service Center - (TJT) 4/1/10- 6/30/10 (Account # FJ0093) | 34.78 |
| Jul-28-10 | Photocopy Cost | 3.40 |
| | Cost Advance - First State Deliveries - hand delivery on 7/20/10 | 6.50 |
| | Cost Advance - postage - 1@ $.95 | 0.95 |
| Jul-30-10 | Cost Advance - Court Call | 58.00 |

Totals                                      $479.14

**Total Fees & Disbursements**                 **$9,989.14**

### *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555      Fax:  (302) 575-1714

WR Grace PD Committee                                        August 1, 2010    to    Aug 31 2010
                                                                    Inv  #:              36673

**RE:**      WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|-----------------------------------------------|-------|----------|
| B14 | Case Administration - | 19.00 | 5,094.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.20 | 65.00 |
| B18 | Fee Applications, Others - | 3.30 | 675.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 0.80 | 260.00 |
| B25 | Fee Applications, Applicant - | 4.70 | 852.50 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 3.20 | 1,040.00 |
| B36 | Plan and Disclosure Statement - | 2.60 | 695.00 |
| B37 | Hearings - | 0.30 | 97.50 |
| | **Total** | **34.10** | **$8,779.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------------|--------|-------|----------|
| Lisa L. Coggins | 270.00 | 3.10 | 837.00 |
| Regina Matozzo | 200.00 | 8.80 | 1,760.00 |
| Theodore J. Tacconelli | 325.00 | 16.30 | 5,297.50 |
| Legal Assistant - SEK | 150.00 | 0.20 | 30.00 |
| Legal Assistant - KC | 150.00 | 5.70 | 855.00 |
| **Total** | | **34.10** | **$8,779.50** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                                    **$341.85**

| Date | Description | Hours | Lawyer |
|------|-------------|-------|--------|
| Aug-02-10 | *Case Administration* - Review case management memo re: week ending 7-30-2010 | 0.10 | LLC |
| | *Fee Applications, Others* - E-mail from and to L. Flores re: Bilzin's June fee app | 0.10 | LLC |
| | *Fee Applications, Others* - Follow- up e-mail to and from L. Flores re: Bilzin June 2010 fee app | 0.10 | LLC |
| | *Fee Applications, Others* - Review and revise Bilzin June 2010 fee app and prepare certificate of service of service re: same | 0.30 | LLC |
| | *Fee Applications, Others* - Finalize, efile and serve Bilzin June 2010 fee app | 0.40 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review dockets re: status for week ending 7/30/10; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 7/30 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Certificate of No Objection re: Debtors Request for Tolling Agreement re: Plumb Creek | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review memo from R. Matozzo re: transfer of insurance rights to Trust | 0.10 | TJT |
| | *Hearings* - Confer with para re: prepare for 8/9 hearing | 0.10 | TJT |
| | *Case Administration* - Meeting with T. Tacconelli; teleconference with J. Bowen @ J&J Transcribers; request transcript for 8/9 hearing | 0.20 | SEK |
| Aug-03-10 | *Case Administration* - Review order reopening fraudulent conveyance adversary proceedings | 0.10 | LLC |
| | *Case Administration* - Review notice of agenda canceling hearing scheduled for 8-9-2010 | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Hearings* - Review correspondence from J. Sakalo re: 8/9 hearing | 0.10 | TJT |
| Aug-04-10 | *Case Administration* - Confer with TJT re: reopening of certain adversary actions and upcoming filings | 0.20 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review order opening adversary 02-2211 | 0.10 | TJT |
| | *Case Administration* - Confer with L. Coggins re: order opening adversary 02-2211 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review order granting motion by Plum Creek to file Late Proof of Claim | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review corrective entry withdrawing order granting motion by Plum Creek to file Late Proof of Claim | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review order approving Debtors Motion to Approve Settlement with Wausau | 0.10 | TJT |
| | *Hearings* - Review agenda for 8/9 hearing | 0.10 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| Aug-05-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review order opening adversary 02-2210 | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous CNO's filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Notice re: opening adversary 02-02211 | 0.10 | TJT |
| | *Case Administration* - Review debtors Monthly Operating Report for June 2010 | 0.50 | TJT |
| | *Committee, Creditors', Noteholders' or* -Review e-mail from R. Ramphall re: committee meeting | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review order approving tolling agreement between debtors and Plum Creek with attachment | 0.20 | TJT |
| Aug-06-10 | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review notice from Court opening adversary 02-2210 | 0.10 | TJT |
| | *Case Administration* - Review Debtors Motion to Remand FT cases to Bankruptcy Court | 0.20 | TJT |
| Aug-07-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review four declarations filed by PIFCR | 0.20 | TJT |
| Aug-09-10 | *Case Administration* - Review case management memo re: week ending 8-6-2010 | 0.10 | LLC |
| | *Fee Applications, Others* - Confer with KC re: status of Bilzin June fee app | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review dockets re: status for week ending 8/6/10; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review Case Status Memo for week ending 8/6 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Debtor's Motion to Approve Settlement with HDI Gerling with attachments | 1.60 | TJT |
| Aug-10-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Motion to Enforce 2009 Stipulation with NJDEP | 2.20 | TJT |
| Aug-11-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Appendix to Debtor's Motion to Enforce 2009 Stipulation with NJDEP | 1.80 | TJT |
| Aug-12-10 | *Fee Applications, Applicant* - Confer with KC re: preparation of quarterly fee app | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: | 0.30 | RM |

| | | | |
|---|---|---|---|
| | same | | |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Amended Notice of Hearing re: Debtor's Motion to Enforce 2009 Stipulation with NJDEP | 0.10 | TJT |
| | *Case Administration* - Review Notice of Withdrawal of document filed by Debtors | 0.10 | TJT |
| | *Fee Applications, Applicant* - Discuss preparation of FJP quarterly fee application and related documents with LLC | 0.10 | KC |
| | *Fee Applications, Applicant* - Begin review and calculations for FJP 37th Quarterly fee app | 0.50 | KC |
| Aug-13-10 | *Case Administration* - Review docket re: most recent order setting hearing dates and review same | 0.20 | LLC |
| | *Fee Applications, Others* - Confer with KC re: preparation and finalizing Bilzin 37th quarterly fee app | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin's 37th Quarterly fee app and confer with KC re: finalizing and filing same | 0.30 | LLC |
| | *Fee Applications, Applicant* - Review 37th Quarterly fee app and confer with KC re: finalizing and filing same | 0.20 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Confer with R. Matozzo re: Debtor's Supreme Court appeal, review Supreme Court Rules | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Supreme Court docket re: appeal by debtors of Libby/Montana opinion | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review letter brief by State of Montana re: Grossman's opinion, review cites | 0.80 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to M. Kramer re: Montana Letter brief | 0.20 | TJT |
| | *Case Administration* - Review 2002 service list | 0.20 | KC |
| | *Fee Applications, Others* - E-mail from L. Flores re: Bilzin 37th Quarterly fee app with attachments | 0.10 | KC |
| | *Fee Applications, Others* - Review Bilzin's 37th Quarterly fee application, discuss same with LLC, begin preparation of notice, cos, and exhibit c | 0.80 | KC |
| | *Fee Applications, Applicant* - Preparation of FJP 37th Quarterly fee application and related documents | 1.30 | KC |
| Aug-14-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Order approving Stipulation to Amend Stipulation re: National Union | 0.10 | TJT |
| Aug-16-10 | *Case Administration* - Review case management memo re: week ending 8-13-10 | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review dockets re: stats for week ending 8/13/10; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.30 | RM |

|  |  | | |
|---|---|---|---|
|  | *Case Administration* - Conference with R. Matozzo re: Insurance Rights Transfer research | 0.10 | TJT |
|  | *Case Administration* - Review Case Status Memo for week ending 8/13 | 0.10 | TJT |
|  | *Fee Applications, Others* - Continue preparation of Bilzin's 37th Quarterly fee application and related documents, revision | 0.20 | KC |
|  | *Fee Applications, Others* - Efile Bilzin's 37th Quarterly fee application and related documents and service | 0.20 | KC |
|  | *Fee Applications, Others* - Coordinate service of Notice of Bilzin's 37th Quarterly fee application; Contact Blue Marble re: same | 0.10 | KC |
|  | *Fee Applications, Applicant* - Further draft and revisions of FJP 37th Quarterly fee application | 0.50 | KC |
|  | *Fee Applications, Applicant* - Efile FJP 37th Quarterly fee application | 0.20 | KC |
|  | *Fee Applications, Applicant* - Coordinate service of Notice of FJP's 37th Quarterly fee application, call to Blue Marble re: same | 0.10 | KC |
| Aug-17-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
| Aug-18-10 | *Fee Applications, Applicant* - Review Certificate of No Objection re: June 2010 fee app for filing | 0.10 | LLC |
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* Review Debtors Objection to Motion of J. McGuire for Reconsideration with attachments | 0.60 | TJT |
|  | *Plan and Disclosure Statement* - Review Debtors response to St of Montana Letter Brief | 0.20 | TJT |
|  | *Fee Applications, Applicant* - Review docket for objections and draft Certificate of No Objection, cos of Ferry, Joseph & Pearce's 110th monthly fee app | 0.20 | KC |
|  | *Fee Applications, Applicant* - Efile CNO and cos of 110th monthly fee app, service of same | 0.20 | KC |
| Aug-19-10 | *Case Administration* -  Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review 2 miscellaneous CNO's filed by Debtors | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Joinder by Queen in State of Montana Letter Brief | 0.10 | TJT |
| Aug-20-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review supplemental affidavit of Arnet Fox | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Debtors Claim Settlement Notice re: Claim no. 512 with attachment | 0.20 | TJT |
| Aug-21-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review amended 2019 statement by Barron & Budd | 0.10 | TJT |
| Aug-23-10 | *Case Administration* - Review dockets re: stats for week ending 8/20/10; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |

| | | | |
|---|---|---|---|
| | *Case Administration* - Review case status memo for week ending 8/20 | 0.10 | TJT |
| | *Case Administration* - Review current claim information re: value of unsecured claims | 0.10 | TJT |
| Aug-24-10 | *Case Administration* - Review case management memo re: week ending 8-20-2010 | 0.10 | LLC |
| | *Fee Applications, Others* - Review CNO re: Bilzin's June 2010 fee app | 0.10 | LLC |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Affidavit of L. Riese | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket, draft CNO re: Bilzin fee app for June 2010; efile and service of same | 0.40 | KC |
| Aug-25-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review five miscellaneous CNO's filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re: Orrick 25th Interim Period | 0.10 | TJT |
| Aug-26-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review four miscellaneous CNO's filed by PI Committee | 0.10 | TJT |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -Review correspondence from M. Kramer re: committee meeting | 0.10 | TJT |
| Aug-27-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditors Final Report re: Hogan Firm 12/09 -3/10 Fee App. with attachment | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise FJ&P July pre-bill, confer with para | 0.50 | TJT |
| | *Fee Applications, Applicant* - Review and revise statement for FJP's July 2010 fee application | 0.20 | KC |
| | *Fee Applications, Applicant* - Draft FJP's 111th monthly fee app, notice, cos for month of July 2010 | 0.20 | KC |
| | *Fee Applications, Applicant* - Efile and serve Ferry, Joseph & Pearce's 111th monthly fee app for July 2010 | 0.20 | KC |
| Aug-28-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Debtor's Motion to Approve Settlement with Hartford with attachment | 0.60 | TJT |
| Aug-30-10 | *Case Administration* - Review case management memo re: week ending 8-27-10 | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review July 2010 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review dockets re: stats for week ending 8/27/10; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.30 | RM |
| | *Case Administration* - Review Case Status Memo for week ending 8/27 | 0.10 | TJT |

| | | | |
|---|---|---:|---|
| | *Case Administration* - Review Fee Auditors Final Report re: J. Baer 26th Interim Period Quarterly Fee App | 0.10 | TJT |
| Aug-31-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Withdrawal of document filed by Debtors | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review CNO re: Debtor's Motion to Approve Settlement with TIG Insurance Co. | 0.10 | TJT |
| | Totals | 34.10 | |

## DISBURSEMENTS

| | | |
|---|---|---:|
| Aug-09-10 | Cost Advance -   Lexis Nexis - Account # 1402RF; Inv # 1007389572 | 14.23 |
| Aug-10-10 | Photocopy Cost | 0.80 |
| | Photocopy Cost | 0.70 |
| | Photocopy Cost | 0.70 |
| | Photocopy Cost | 0.60 |
| Aug-12-10 | Cost Advance - First State Deliveries - hand delivery 7/28/10 | 6.50 |
| Aug-13-10 | Photocopy Cost | 0.60 |
| Aug-16-10 | Photocopy Cost | 10.80 |
| | Photocopy Cost | 8.40 |
| | Cost Advance -  postage | 2.41 |
| | Cost Advance -  postage | 2.07 |
| Aug-18-10 | Photocopy Cost | 1.80 |
| | Cost Advance - First State Deliveries - hand deliveries on 8/16/10 | 13.00 |
| Aug-24-10 | Photocopy Cost | 4.20 |
| | Cost Advance - Blue Marble copies 7.00; service 11.90 (Inv # 43150) | 18.90 |
| | Cost Advance - Postage - 8 @ $.44 | 3.52 |
| Aug-27-10 | Cost Advance -  First State Deliveries - hand delivery on 8/18/10 | 6.50 |
| Aug-30-10 | Photocopy Cost | 0.60 |
| | Photocopy Cost | 2.80 |
| | Cost Advance -  First State Deliveries - hand deliveries on 8/24/10 | 32.50 |
| | Cost Advance - postage - 1@1.22 | 1.22 |
| Aug-31-10 | Cost Advance - Blue Marble - hand deliveries (Inv # 14097) | 209.00 |
| | Totals | $341.85 |

**Total Fees & Disbursements**          **$9,121.35**

### *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555      Fax:   (302) 575-1714

WR Grace PD Committee

RE:    WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|------|------:|-------:|
| B14 | Case Administration - | 19.80 | 5,048.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.20 | 65.00 |
| B18 | Fee Applications, Others - | 2.80 | 504.00 |
| B25 | Fee Applications, Applicant - | 2.80 | 579.50 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 0.90 | 292.50 |
| B36 | Plan and Disclosure Statement - | 2.70 | 827.50 |
| B37 | Hearings - | 1.40 | 455.00 |
| B45 | Professional Retention Issues - | 1.20 | 390.00 |
| | **Total** | **31.80** | **$8,161.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------------|-----:|------:|-------:|
| Lisa L. Coggins | 270.00 | 2.20 | 594.00 |
| Regina Matozzo | 200.00 | 7.60 | 1,520.00 |
| Theodore J. Tacconelli | 325.00 | 15.70 | 5,102.50 |
| Legal Assistant - SEK | 150.00 | 0.20 | 30.00 |
| Legal Assistant - KC | 150.00 | 6.10 | 915.00 |
| **Total** | | **31.80** | **$8,161.50** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                        **$892.25**

| Date | Description | Hours | Lawyer |
|------|-------------|-------|--------|
| Sep-01-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re: Scarfone Hawkins 1st Quarterly Fee App | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Certificate of No Objection re: Debtor's Motion to Approve Settlement with HDI Gerling | 0.10 | TJT |
| | *Case Administration* - Update payments received information with check received 9-1-10 for May 2010, copy to TT and T. Markey | 0.20 | KC |
| Sep-02-10 | *Fee Applications, Others* - E-mail from KC re: Bilzin July 2010 fee app and review same | 0.20 | LLC |
| | *Fee Applications, Others* - E-mail to KC re: revisions to Bilzin fee app and filing same | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review six miscellaneous CNO's filed by Debtors | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -Review correspondence from R. Ramphall re: committee meeting | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Order re: Debtor's Motion to Approve Settlement with HDI Gerling | 0.10 | TJT |
| | *Fee Applications, Others* - E-mail from L. Flores re: Bilzin July 2010 fee app, download attachments | 0.10 | KC |
| | *Fee Applications, Others* - Draft COS, review Bilzin July 2010 fee app for filing and e-mail to LLC re: same | 0.20 | KC |
| | *Fee Applications, Applicant* - Begin draft Certificate of No Objection/COS for 37th Quarterly fee app | 0.20 | KC |
| Sep-03-10 | *Fee Applications, Applicant* - E-mail from B. Rulander re: fee auditor's final report | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Confer with para re: 36 IP Quarterly fee charts | 0.10 | TJT |
| | *Case Administration* - Review Debtors Monthly Operating Report for July 2010 | 0.50 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review e-mail from J. O'Neill re: 36 IP Quarterly fee charts and review | 0.20 | TJT |
| | *Case Administration* - E-mail from TT re: 36th Quarterly fee/ cost amounts | 0.10 | KC |
| | *Case Administration* - Discussion with TT re: spreadsheets recieved re: 36th Quarterly fee's | 0.10 | KC |
| | *Fee Applications, Others* - E-mail from LLC re: Bilzin's July 2010 fee app, revisions and prepare documents for filing | 0.20 | KC |
| | *Fee Applications, Others* - Efile and service of Bilzin's July 2010 fee app | 0.20 | KC |
| Sep-04-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review correspondence from B. Ruhlander re: 36 IP Quarterly Fees | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Case Administration* - Review Fee Auditor Final Report re: Combined No Objections for 36th IP | 0.20 | TJT |
|  | *Case Administration* - Review Fee Auditor Final Report re: Caplin Drysdale 36 IP | 0.10 | TJT |
|  | *Case Administration* - Review Fee Auditor Final Report re: Saul Ewing 36 IP | 0.10 | TJT |
| Sep-05-10 | *Case Administration* - Review Certificate of Counsel re: Proposed Order for 36 IP Quarterly Fees | 0.10 | TJT |
|  | *Case Administration* - Review certificate of counsel re: charts for 36 IP Quarterly Fees and review same | 0.20 | TJT |
|  | *Case Administration* - Review Order approving settlement with TIG Insurance Co. | 0.10 | TJT |
|  | *Case Administration* - Review Fee Auditor Final Report re: K&E 36 IP with attachment | 0.20 | TJT |
| Sep-07-10 | *Case Administration* - Review case management memo re: week ending 9-3-2010 | 0.10 | LLC |
|  | *Fee Applications, Others* - E-mail from KC re; status of CNO's re: certain fee apps | 0.10 | LLC |
|  | *Case Administration* - Review dockets re: status for week ending 9/3/10; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
|  | *Case Administration* - Prepare memo to Para re: 36 IP Quarterly Fees and Expenses | 0.10 | TJT |
|  | *Case Administration* - Review Case Status Memo for week ending 9/3 | 0.10 | TJT |
|  | *Case Administration* - Review three miscellaneous CNO's filed by CND ZAI Claimants | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Correspondence with Committee Member re: status of plan confirmation proceedings | 0.10 | TJT |
|  | *Hearings* - Review Agenda for 9/13 hearing | 0.10 | TJT |
|  | *Case Administration* - Review information on spreadsheets for accuracy re: 36th Quarterly fees | 0.20 | KC |
|  | *Fee Applications, Others* - Review docket for objections to Bilzin's 37th Quarterly fee application | 0.10 | KC |
|  | *Fee Applications, Others* - E-mail to LLC re: Bilzin's Certificate of No Objection of 37th Quarterly fee application | 0.10 | KC |
|  | *Fee Applications, Applicant* - Review docket for objections re: FJP's 37th Quarterly Fee application | 0.10 | KC |
|  | *Fee Applications, Applicant* - E-mail to LLC re: Certificate of No Objection for FJP's 37th Quarterly fee app for review | 0.10 | KC |
| Sep-08-10 | *Case Administration* - Review agenda for Sept. 13, 2010 hearing | 0.10 | LLC |
|  | *Case Administration* - Confer with TJT re: status of case and related issues | 0.20 | LLC |
|  | *Fee Applications, Others* - Review Certificate of No Objection re: Bilzin 37th Quarterly fee app for filing | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Confer with KC re: checking accuracy of fee auditor numbers for 36th quarterly report | 0.20 | LLC |
|  | *Fee Applications, Applicant* - Review Certificate of No Objection re: 37th Quarterly fee app for filing | 0.10 | LLC |
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, | 0.30 | RM |

|  | district court and adversary proceedings, memos to T. Tacconelli re: same | | |
|---|---|---|---|
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review two miscellaneous CNO's filed by Debtors | 0.10 | TJT |
|  | *Case Administration* - Confer with para re: 36 IP Quarterly fee chart | 0.10 | TJT |
|  | *Case Administration* - Discussion with LLC re: prior quarterly fee applications and total amounts of fees and expenses | 0.20 | KC |
|  | *Case Administration* - Review of docket, spreadsheet and filings, calculations for total amounts of fees and expenses | 1.50 | KC |
|  | *Fee Applications, Others* - Efile and service of Certificate of No Objection of Bilzin's 37th Quarterly fee app | 0.20 | KC |
|  | *Fee Applications, Applicant* - Efile and service of Certificate of No Objection of FJP's 37th Quarterly fee app | 0.20 | KC |
| Sep-09-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - re: Certificate of Counsel re: Hogan Firm 1st Quarterly Fee App | 0.10 | TJT |
|  | *Hearings* - Prepare for 9/13 hearing | 0.20 | TJT |
| Sep-10-10 | *Case Administration* - Review amended fee auditor report re: fee applications with no issues | 0.10 | LLC |
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review Fee Auditor's Final Report re: Lauzon Belanger Dec. 09- Mar. 10 Fee App | 0.10 | TJT |
| Sep-11-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review 5 miscellaneous CNO's filed by PI Committee | 0.10 | TJT |
|  | *Case Administration* - Briefly review nine miscellaneous Orders recently served by Debtors | 0.20 | TJT |
|  | *Case Administration* - Review Certificate of Counsel re: Scarfone Hawkins 1st Quarterly Fee App | 0.10 | TJT |
|  | *Hearings* - Review matters of agenda for 9/13 hearing | 0.60 | TJT |
| Sep-13-10 | *Case Administration* - Review amended notice of agenda re: hearing scheduled for 9-13-2010 | 0.10 | LLC |
|  | *Case Administration* - Review case management memo re: week ending 9-10-2010 | 0.10 | LLC |
|  | *Case Administration* - Review dockets re: status for week ending 9/10/10; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
|  | *Case Administration* - Review case status memo for week ending 9/10 | 0.10 | TJT |
|  | *Case Administration* - Confer with Para re: 9/13 hearing transcript | 0.10 | TJT |
|  | *Case Administration* - Review revised Certificate of Counsel re: proposed order re: 36 Interim Period Quarterly Fee apps with attachment | 0.20 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Case Administration* - Review Affidavit of J. Helpert | 0.10 | TJT |
|  | *Hearings* - Review amended agenda for 9/13 hearing | 0.10 | TJT |
|  | *Hearings* - prepare for and attend Bankruptcy Court | 0.40 | TJT |
|  | *Fee Applications, Others* - Email from L. Flores with attachments; respond to e-mail, attachments inaccessible | 0.10 | KC |
|  | *Fee Applications, Others* - Download attachments re: Bilzin's 110th monthly fee app (Aug 2010) in preparation for review and filing | 0.10 | KC |
| Sep-14-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review order approving 36th Interim Period Quarterly Fee Apps | 0.10 | TJT |
|  | *Case Administration* - Review Certificate of Counsel re: proposed order re: McGuire Motion for Reconsideration | 0.10 | TJT |
|  | *Professional Retention Issues* - Review Debtor's Motion to File Seale Engagement Letter under seal | 0.20 | TJT |
|  | *Professional Retention Issues* - Review Debtor's Motion to Employ Seale & Associates with attachments | 0.80 | TJT |
| Sep-15-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review Debtor's Motion to Approve Merger with Synthetech with attachments | 2.20 | TJT |
|  | *Professional Retention Issues* - Review Notice of Withdraw of Document by Debtors re: Debtor's Motion to File Seale Engagement Letter under seal | 0.10 | TJT |
| Sep-16-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Professional Retention Issues* - Review Notice of Withdraw of Document by Debtors re: Debtor's Motion to Employ Seale & Associates. | 0.10 | TJT |
| Sep-17-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
| Sep-18-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review seven miscellaneous CNO's filed by Debtors | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Order resolving motion by J. McGuire | 0.10 | TJT |
| Sep-20-10 | *Case Administration* - Review case management memo re: week ending 9-17-2010 | 0.10 | LLC |
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review dockets re: status for week ending 9/17/10; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
|  | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |

| | | | |
|---|---|---|---|
| | *Case Administration* - Review case status memo for week ending 9/17 | 0.10 | TJT |
| | *Case Administration* - Review order re: August 2011 omnibus hearing date change | 0.10 | TJT |
| Sep-21-10 | *Fee Applications, Applicant* - Review Certificate of No Objection re: July 2010 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Conference with para re: archiving hearing transcripts | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Debtors Claim Settlement Notice re: Claim no. 1926 with attachments | 0.30 | TJT |
| | *Case Administration* - Receive, distribute to working group 9-13-10 hearing transcript; meeting with TJT | 0.20 | SEK |
| | *Fee Applications, Applicant* - Review docket re: objections to FJP's July 2010 fee app; draft Certificate of No Objection and COS re: same | 0.20 | KC |
| | *Fee Applications, Applicant* - Prepare Certificate of No Objection/ COS re: FJP's 111th fee app for July 2010 documents for filing, efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Begin preparation of FJP's August 2010 fee app; review invoice re:  August 2010 fees/ costs; to TJT for review of same | 0.10 | KC |
| Sep-22-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| Sep-23-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review two miscellaneous CNO's filed by Debtors | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -Review correspondence from R. Ramphall re; committee meeting | 0.10 | TJT |
| | *Fee Applications, Others* - Begin draft of CNO and COS to Bilzin's July 2010 fee app | 0.10 | KC |
| Sep-24-10 | *Fee Applications, Others* - Review CNO re: Bilzin's July 2010 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry Joseph & Pearce August prebill | 0.50 | TJT |
| | *Fee Applications, Others* - Review docket for objections re: Bilzin's July 2010 fee app | 0.10 | KC |
| | *Fee Applications, Others* - Efile and service of Certificate of No Objection and COS for Bilzin's July 2010 fee app | 0.20 | KC |
| Sep-25-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review two miscellaneous CNO's filed by debtors | 0.10 | TJT |

| Date | Description | Hours | |
|---|---|---|---|
| Sep-27-10 | *Case Administration* - Review case management memo re: week ending 9-24-10 | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review dockets re: stats for week ending 9/24/10; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review 25th Supplemental Declaration by Orrick | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 9/24 | 0.10 | TJT |
| | *Case Administration* - Review four miscellaneous CNO's filed by Debtors | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review letter from J. Canter to J. Fitzgerald | 0.10 | TJT |
| Sep-28-10 | *Case Administration* -  Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review four miscellaneous CNO's filed by Debtors | 0.10 | TJT |
| | *Fee Applications, Others* - Review Bilzin's August 2010 fee app, revisions to same, prepare COS for filing | 0.20 | KC |
| | *Fee Applications, Applicant* - Finalize FJP's invoice, draft August 2010 fee app and related documents | 0.30 | KC |
| Sep-29-10 | *Fee Applications, Others* - Review Bilzin August 2010 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review August 2010 fee app for filing | 0.10 | LLC |
| | *Case Administration* -  Case management memos | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review five miscellaneous CNO's filed by Debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with R. Matozzo re: Transfer of Insurance Rights | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Research re: Transfer of Insurance Rights | 1.30 | TJT |
| | *Fee Applications, Others* - Efile and service of Bilzin's monthly fee app for August 2010 | 0.20 | KC |
| | *Fee Applications, Applicant* - Efile and service of FJP's 112th monthly fee app for August 2010 | 0.20 | KC |
| Sep-30-10 | *Case Administration* - Case management memos | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous CNO's filed by CND ZAI Claimants | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Continue Research re: transfer of Insurance Rights | 0.80 | TJT |
| | Totals | 31.80 | |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Sep-01-10 | Photocopy Cost | 0.80 |
| Sep-03-10 | Photocopy Cost | 2.60 |
| | Photocopy Cost | 0.70 |

Invoice # 36967                                      Sept. 1, 2010 through Sept. 30, 2010

|            |                                                                                | |
|------------|--------------------------------------------------------------------------------|-------|
|            | Cost Advance - postage (1@1.22)                                                | 1.22  |
| Sep-08-10  | Photocopy Cost                                                                 | 7.00  |
|            | Cost Advance - postage - 8 @$.44                                               | 3.52  |
| Sep-10-10  | Cost Advance - Lexis Nexis - Legal research August (Account # 1402RF; Inv # 1008386350) | 11.83 |
|            | Cost Advance - First State Deliveries - hand delivery                          | 6.50  |
| Sep-20-10  | Cost Advance - First State Deliveries - hand delivery                          | 6.50  |
| Sep-21-10  | Photocopy Cost                                                                 | 0.60  |
|            | Cost Advance - postage (1 @ $.44)                                              | 0.44  |
| Sep-24-10  | Photocopy Cost                                                                 | 4.20  |
|            | Cost Advance -  First State Deliveries - hand deliveries 9/8/10                | 39.00 |
| Sep-28-10  | Cost Advance - Blue Marble - cc 209.30;service 461.94; Inv # 45032             | 671.24 |
| Sep-29-10  | Photocopy Cost                                                                 | 5.70  |
|            | Photocopy Cost                                                                 | 8.90  |
|            | Cost Advance - J&J Court Transcribers                                          | 82.50 |
| Sep-30-10  | Cost Advance - First State Deliveries - hand deliveries 9/24/10                | 39.00 |
|            | Totals                                                                         | $892.25 |

**Total Fees & Disbursements**                                            **$9,053.75**