**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DURABLA MANUFACTURING COMPANY, | Case No. 09-14415 (MFW) |
| Debtor. | Objection deadline: December 6, 2010 at 4:00 p.m.<br>Hearing Date: January 10, 2011 at 2:00 p.m. |

**SECOND INTERIM FEE APPLICATION OF CHARTER OAK FINANCIAL
CONSULTANTS, LLC FOR COMPENSATION OF SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
DURABLA MANUFACTURING COMPANY
FOR THE PERIOD JULY 1, 2010 THROUGH SEPTEMBER 30, 2010**

| | |
|---|---|
| Name of Applicant: | Charter Oak Financial Consultants, LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of retention: | May 3, 2010, *nunc pro tunc* to July 1, 2010 |
| Period for which compensation and reimbursement is sought: | July 1, 2010 through September 30, 2010 |
| Amount of compensation sought as actual, reasonable and necessary: | $31,307.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $163.06 |
| Total amount of holdback fees sought for applicable period: | $6,261.40 |

This is a: _____ monthly __X__ interim _____ final application.

Charter Oak Financial Consultants, LLC's time and requested compensation in preparing this Application will appear on a subsequent application.

{D0190991.1 }

**Monthly Interim Fee Applications for July 1, 2010 through September 30, 2010**:

|  |  | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 9/20/10 D.I. 240 | July to August 2010 | $18,468.80 (80% of $23,086.00) | $68.28 | Pending | Pending |
| 10/15/10 D.I. 258 | September 2010 | $6,576.80 (80% of $8,221.00) | $94.78 | Pending | Pending |

### SUMMARY OF COMPENSABLE TIME OF PROFESSIONALS FOR BILLING PERIOD JULY 1, 2010 THROUGH SEPTEMBER 30, 2010

| Name, Position, Years Experience | Hours Billed | Hourly Rate | Amount of Fees |
|---|---:|---:|---:|
| Bradley Rapp, Senior Managing Director | 51.6 | $595.00 | $30,702.00 |
| James Sinclair, Senior Managing Director | 0 | $595.00 | $0.00 |
| Robert Lindsay, Director | 0 | $550.00 | $0.00 |
| Peter Cramp, Analyst | 0.5 | $275.00 | $137.50 |
| Gibbons Sinclair, Analyst | 1.7 | $275.00 | $467.50 |
| **Total** | **53.8** |  | **$31,307.00** |

**COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category | Total Hours for the Period 7/1/10 through 9/30/10 | Total Fees for the Period 7/1/10 through 9/30/10 |
|---|---:|---:|
| Asset Analysis and Recovery | 0 | $0.00 |
| Asset Disposition | 0 | $0.00 |
| Business Operations | 0 | $0.00 |
| Case Administration | 0 | $0.00 |
| Claims Analysis Objection & Resolution | 0 | $0.00 |
| Employee Benefits/Pension | 0 | $0.00 |
| Fee/Employment Applications | 2.2 | $605.00 |
| Fee/Employment Objections | 0 | $0.00 |
| Financing | 0 | $0.00 |
| Litigation | 0 | $0.00 |
| Plan and Disclosure Statement | 29.1 | $17,314.50 |
| Relief from Stay Proceedings | 0 | $0.00 |
| Tax Issues | 0 | $0.00 |
| Valuation | 20.9 | $12,435.50 |
| Committee | 0 | $0.00 |
| Travel | 1.6 | $952.00 |
| **Grand totals** | **53.8** | **$31,307.00** |

**EXPENSE SUMMARY**

| Expense Category | Provider, if applicable | Total Expenses for the Period |
|---:|:---:|---:|
| Overnight Courier | Federal Express | $0 |
| Travel | | $163.06 |
| Conference Calls | | $0 |
| Online Research | | $0 |
| Outside Valuation/Research | | $0 |
| **Total:** | | **$163.06** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>DURABLA MANUFACTURING COMPANY,<br><br>Debtor. | Chapter 11<br><br>Case No. 09-14415 (MFW)<br><br>Objection deadline: December 6, 2010 at 4:00 p.m.<br>Hearing Date: January 10, 2011 at 2:00 p.m. |

**SECOND INTERIM FEE APPLICATION OF CHARTER OAK FINANCIAL CONSULTANTS, LLC FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DURABLA MANUFACTURING COMPANY FOR THE PERIOD JULY 1, 2010 THROUGH SEPTEMBER 30, 2010**

Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Committee Members (the "Administrative Order"), Charter Oak Financial Consultants, LLC ("Charter Oak") hereby submits this Second interim application ("Second Interim Application") for compensation for professional services rendered as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of the Debtor, Durabla Manufacturing Company (the "Debtor"), in an amount of $31,307.00 together with reimbursement of Charter Oak's actual and necessary expenses incurred in the amount of $163.06 for the period commencing July 1, 2010 through and including September 30, 2010 (the "Period"). In support of this Second Interim Application, Charter Oak respectfully represents as follows:

**I.      JURISDICTION**

1.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1334.

## II. BACKGROUND

2.       On December 15, 2009 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 under Title 11 of the United States Code (the "Bankruptcy Code").

3.       From the Petition Date through the date of this Second Interim Application, the Debtor has continued to operate its business and manage its properties as a debtor-in-possession, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4.       On January 21, 2010, the Office of the United States Trustee appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code.

5.       On April 16, 2010, the Committee filed and served its Application to Retain and Employ Charter Oak Financial Consultants, LLC as financial advisors to the Official Committee of Unsecured Creditors (the "Retention Application"). Through the Retention Application, the Committee sought authorization to employ Charter Oak, effective as of July 1, 2010.  On May 3, 2010, the Court entered the Order Approving and Authorizing the Retention and Employment of Charter Oak Financial Consultants, LLC as financial advisors to the Official Committee of Unsecured Creditors *nunc pro tunc* to July 1, 2010.

## III. RELIEF REQUESTED

6.       Through this Second Interim Application, Charter Oak seeks allowance and payment of $31,307.00 in fees for services rendered during the Period and reimbursement of $163.06 for reasonable and necessary expenses incurred during the Period.  Thus, Charter Oak seeks allowance and payment in the total amount of $31,470.06.

7. Charter Oak has received no payment and no promises for payment from any source for services rendered during the Period in connection with the case. There exists no agreement or understanding between Charter Oak and any other person for the sharing of any compensation to be received for services rendered by Charter Oak in the case.

8. All services for which compensation is requested by Charter Oak pursuant to this Application were performed for or on behalf of the Committee in this case.

9. This is Charter Oak's Second Interim Application.

### IV.    SUMMARY OF SERVICES RENDERED

10. Charter Oak has maintained detailed records of the time spent in the rendition of professional services for the Committee during the Period. Attached hereto and incorporated herein by reference are true and correct copies of the monthly billing statements prepared for the services rendered in this case by Charter Oak (the "Billing Statements") during the Period. The Billing Statements are in the same form regularly used by Charter Oak to bill its clients for services rendered and includes the date that the services were rendered, a detailed, contemporaneous narrative descriptions of the services, the amount of time spent for each service and the designation of the professional who performed the service.

12. As set forth in attached billing statements, Charter Oak rendered 53.8 hours of professional services during the Period, resulting in fees totaling $31,307.00 and associated reasonable and necessary expenses totaling $163.06.

13. Set forth below are the rates for the expenses incurred by Charter Oak for which reimbursement is requested pursuant to this Application, as well as the basis for such rates for the identified expense items:

a) Copy charges: Charter Oak charges $.10 cents per page for copies and such charge is based on an analysis of the cost to Charter Oak to make a copy;

b) Computer research charges: Charter Oak passes through on an exact cost basis all computer-assisted research charges; and

c) Out-going facsimile charges: Charter Oak charges $.50 for each page. These charges are based on an analysis of the cost to Charter Oak to send facsimile transmissions. Charter Oak does not pass through to its client's expenses or charges related to incoming facsimile transmissions.

14. The professionals at Charter Oak have substantial experience in advising creditor committees on complex financial matters and in rendering such services as the analysis and interpretation of accounting, tax, statistical, financial, economic and valuation data. Indeed, Charter Oak currently has been retained as financial advisor to several official committees of asbestos claimants in bankruptcies pending in Delaware, Pennsylvania, New Jersey, and Texas.

15. The general areas in which Charter Oak has rendered professional services to the Committee during the Period in the case may be broadly characterized as follows:

    a) oversight to enable the Committee to fulfill its responsibilities to monitor the Debtor's financial affairs and the financial affairs of the Debtor's affiliates and subsidiaries;

    b) interpretation and analysis of financial materials, including accounting, tax, statistical, financial and economic data, regarding the Debtor, the Debtor's affiliates and subsidiaries, and other relevant entities;

    c) analysis and advice regarding accounting, financial, valuation and related issues that may arise in the course of the proceedings;

    d) assistance to the Committee's counsel in the evaluation and preparation of avoidance power claims and any other potential litigation, as requested;

  e) analyses and advice regarding settlement negotiations and any potential plan of reorganization;

  f) expert testimony on financial matters, if requested; and

  g) such other services as Committee's co-counsel may request.

16. The generality of the foregoing description is amplified on a day-to-day basis by the Billing Statements attached hereto.

17. Thus, through this Second Interim Application, Charter Oak seeks interim allowance and payment of $31,307.00 in fees and $163.06 in expenses. This Second Interim Application will be filed and served on the parties specified in the Administrative Order.

## V. ALLOWANCE OF COMPENSATION

18. Charter Oak have endeavored to represent the Committee in the most expeditious and economical manner possible. Further, the professionals at Charter Oak have coordinated their activities with co-counsel to avoid duplication of effort on behalf of the Committee in the case whenever possible.

WHEREFORE, Charter Oak respectfully requests that the Court enter an Order approving this Second Interim Application and directing payment of $31,307.00 in fees and reimbursement of $163.06 in expenses, and for such other and further relief as the Court deems just and proper.

Dated: November 15, 2010

        CHARTER OAK FINANCIAL
        CONSULTANTS, LLC

        */s/Bradley M. Rapp*
        Bradley M. Rapp
        430 Center Avenue
        Mamaroneck, NY 10543
        (914) 372-1874

        *Financial Advisor for the Official Committee of Unsecured Creditors*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DURABLA MANUFACTURING COMPANY,<br><br>Debtor. | Chapter 11<br><br>Case No. 09-14415 (MFW)<br><br>Objection deadline: December 6, 2010 at 4:00 p.m.<br>Hearing Date: January 10, 2011 at 2:00 p.m. |

## CERTIFICATION OF BRADLEY M. RAPP

Bradley M. Rapp, pursuant to Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, states as follows:

1. I am a Member of Charter Oak Financial Consultants, LLC, financial advisor to the Committee of Unsecured Creditors, in the above-captioned matter. I submit this Certification in connection with the Second Interim Fee Application of Charter Oak Financial Consultants, LLC for Compensation of Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors of Durabla Manufacturing Company for the Period July 1, 2010 through September 30, 2010 (the "Second Interim Application").

2. I hereby certify that I have reviewed the Rules of this Court and the foregoing Second Interim Application comports with those Rules.

I certify, under penalty of perjury, that the foregoing statements made by me are true to the best of my knowledge, information, and belief.

*/s/Bradley M. Rapp*
Bradley M. Rapp

Dated: November 15, 2010

{D0190991.1} 10