**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:                                                    Chapter 11

DURABLA MANUFACTURING COMPANY,          Case No. 09-14415 (MFW)

Debtor.

### <u>CERTIFICATE OF SERVICE</u>

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on

November 15, 2010, I caused a copy of the foregoing to be served upon the individuals

on the attached service list via first class mail unless otherwise indicated.

Dated: November 15, 2010

*/s/Mark T. Hurford*
Mark T. Hurford (No. 3299)

{D0175073.1 }