# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 1

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:      100055.WRG01 |
| August 13, 2010 | INVOICE:             238978 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

### PROFESSIONAL SERVICES through 07/31/10

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/01/10 | Analysis of selected umbrella and excess insurance policies re: follow form, limits, exclusions and other coverage issues (1.90); draft and revise insurance policy data spreadsheets (.70). | W001 | GFF | 2.60 |
| 07/01/10 | Continued review, discussion and edits to insolvency recovery status spreadsheet. | W001 | HEG | 1.80 |
| 07/01/10 | Reviewed insurance policies re: "exhaustion of underlying policies" and excess insurance. | W001 | IF | 1.10 |
| 07/01/10 | Reviewed insolvent analysis. | W001 | IF | 1.00 |
| 07/01/10 | Continued research re: IBNR and liquidation in NJ (2.90); review and analyze research (1.80); continue to prepare brief in support of objections to liquidators (3.00); prepare memorandum to R. Chung re: same (.70). | W001 | KES | 8.40 |
| 07/01/10 | Attention to calculations for cash flow project. | W001 | MG | 3.30 |
| 07/01/10 | Attention to calculations for insolvency appeal. | W001 | MG | 3.40 |
| 07/01/10 | Analysis and review in connection with available insolvent and solvent scheme insurance coverage. | W001 | RYC | 2.30 |
| 07/02/10 | Draft and revise insurance policy data spreadsheets. | W001 | GFF | 1.80 |
| 07/02/10 | Attention to calculations for cash flow project. | W001 | MG | 3.20 |
| 07/02/10 | Attention to calculations for insolvency appeal. | W001 | MG | 3.10 |
| 07/02/10 | Attention to specific settlement agreement (1.40); Draft memo to Committee re: settlement (.90); Draft memo to Mr. Inselbuch re: settlement (.70). | W001 | RMH | 3.00 |

{D0185683.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                               EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| August 13, 2010 | | INVOICE: | | 238978 |
| MATTER:  CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/03/10 | Research regarding nature of liability estimates including Peterson's deposition and exhibits (1.70). attention to insolvent analysis (1.50). | W001 | RYC | 3.20 |
| 07/05/10 | Review and analysis of revised confirmation transcripts and evidence supporting exhaustion of coverage (2.60).  Attention to issues relating to Integrity objection to notice of determination (1.00). | W001 | RYC | 3.60 |
| 07/06/10 | Begin review and revisions to time and expense entries. | W011 | AHP | 1.10 |
| 07/06/10 | Attention to IBNR claims research. | W001 | AMA | 0.30 |
| 07/06/10 | Continue IBNR claim and liquidation research. | W001 | KES | 1.20 |
| 07/06/10 | Attention to calculations for cash flow project. | W001 | MG | 3.20 |
| 07/06/10 | Attention to calculations for insolvency appeal. | W001 | MG | 3.40 |
| 07/06/10 | Review and analysis in connection with Integrity briefing (3.50). Prepare evidence and analysis in connection with liability estimates (2.90). | W001 | RYC | 6.40 |
| 07/07/10 | Research historical information for P. Schwartz. | W011 | AHP | 0.20 |
| 07/07/10 | Continue reviewing and revising time and expense entries (1.40); request additional backup for expenses (.20). | W011 | AHP | 1.60 |
| 07/07/10 | Attention to IBNR claims research. | W001 | AMA | 2.50 |
| 07/07/10 | Research bankruptcy of insured and additional research re: treatment on IBNR claims in liquidation (2.30); review case law and Liquidation Statute in anticipation of preparing brief (1.20); preparation of brief (3.60). | W001 | KES | 7.10 |
| 07/07/10 | Attention to calculations for cash flow project. | W001 | MG | 2.70 |
| 07/07/10 | Attention to calculations for insolvency appeal. | W001 | MG | 2.80 |
| 07/07/10 | Attention to specific insurance company settlement negotiation (1.30); attention to different insurance company settlement negotiation (1.20). | W001 | RMH | 2.50 |
| 07/07/10 | Draft and research inserts to brief in connection with Integrity (1.80).  Review and analysis of post-filing asbestos personal injury claims (3.40). Attention to confidentiality issues and status of agreement with insurance company (.30). | W001 | RYC | 5.50 |

{D0185683.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                                EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 3

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| August 13, 2010 | | INVOICE: | | 238978 |
| MATTER:  CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/08/10 | Finish reviewing and revising time and expense entries (1.60); review and apply backup for expenses (.30). | W011 | AHP | 1.90 |
| 07/08/10 | Performed research re: IBNR claims. | W001 | AMA | 2.70 |
| 07/08/10 | Lexis search for all Mealey's insurance newsletters re: relevant insurance coverage issues per M. Antonucci request. | W001 | EQ | 0.40 |
| 07/08/10 | Analysis of selected umbrella and excess insurance policies re: follow form, limits, bankruptcy of the insured clauses, and other coverage issues (3.30); draft and revise insurance policy data spreadsheets (.90). | W001 | GFF | 4.20 |
| 07/08/10 | Integrity appeal assistance (.70); researched insurance company settlement queries (.90). | W001 | HEG | 1.60 |
| 07/08/10 | Continue preparation of brief opposing notice of determination in Integrity. | W001 | KES | 6.90 |
| 07/08/10 | Attention to calculations for cash flow project. | W001 | MG | 2.80 |
| 07/08/10 | Attention to calculations for insolvency appeal and draft explanation re: same. | W001 | MG | 3.10 |
| 07/08/10 | Analysis of settlement agreement issues (1.20). Draft and prepare objection to notice of determination against asbestos personal injury claims (5.30). | W001 | RYC | 6.50 |
| 07/09/10 | Attention to research on IBNR claims. | W001 | AMA | 0.60 |
| 07/09/10 | Draft and revise insurance policy data spreadsheets. | W001 | GFF | 1.10 |
| 07/09/10 | Additional Hartford coverage research requests. | W001 | HEG | 1.10 |
| 07/09/10 | Prepare affidavit for M. Garbowski. | W001 | KES | 0.50 |
| 07/09/10 | Revise and research objection to Integrity notice of determination and accompanying evidentiary support. | W001 | RYC | 7.20 |
| 07/10/10 | Revise and research memo of law and affidavit in support of objection to Notice of Determination regarding Integrity. | W001 | RYC | 2.20 |
| 07/11/10 | Research and draft brief in support of objection against Integrity Liquidator. | W001 | RYC | 4.00 |

{D0185683.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 4

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| August 13, 2010 | | INVOICE: | | 238978 |
| MATTER:  CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/12/10 | Reviewing and revising current draft of time and expense entries. | W011 | AHP | 1.30 |
| 07/12/10 | Analysis of selected insurance policies re: follow form, limits, exclusions and other coverage issues (2.70); draft and revise insurance policy data spreadsheets (.90). | W001 | GFF | 3.60 |
| 07/12/10 | Attention to settlement negotiations with multiple insurance companies. | W001 | RMH | 2.80 |
| 07/12/10 | Research and revise brief in support of objection to Notice of Determination against Integrity Liquidator. | W001 | RYC | 5.70 |
| 07/13/10 | Finish review and revisions to current time and expense entries. | W011 | AHP | 1.20 |
| 07/13/10 | Analysis of selected insurance policies re: follow form, limits, exclusions and other coverage issues. | W001 | GFF | 2.10 |
| 07/13/10 | Reviewed settlement agreements and insurance policies re: scope of available coverage. | W001 | IF | 3.40 |
| 07/13/10 | Attention to insolvent insurance allocation calculations. | W001 | MG | 3.40 |
| 07/13/10 | Attention to response to insolvent request for information. | W001 | MG | 2.40 |
| 07/13/10 | Review and revise alternative allocation model for underlying personal injury claims (2.10). Finalize for plan proponent review the Memorandum of Law in Support of Claimant's Objection to the Statutory Liquidator's Notices of Determination (5.70). | W001 | RYC | 7.80 |
| 07/14/10 | Begin reviewing PACER docket re: evidentiary support for bankruptcy period claim per R. Chung request. | W001 | AHP | 2.20 |
| 07/14/10 | Draft and revise insurance policy data spreadsheets (.70); analysis of selected insurance policies re: follow form, loss payable issues, limits and other coverage issues (2.20). | W001 | GFF | 2.90 |
| 07/14/10 | Reviewed settlement agreements and insurance policies re: available coverage and "policy impairment information." | W001 | IF | 2.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 5

W.R. GRACE/CLAIMANTS COMMITTEE                       MATTER:       100055.WRG01

August 13, 2010                                      INVOICE:          238978

MATTER:  CLAIMANTS COMMITTEE                         ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/14/10 | Read and reviewed case law re: treatment of IBNR claims in other jurisdictions (1.50); review statutory language re: contingent claims (.90). | W001 | KES | 2.40 |
| 07/14/10 | Attention to insolvent calculations and affidavit. | W001 | MG | 3.40 |
| 07/14/10 | Attention to stream of payments calculations. | W001 | MG | 4.10 |
| 07/14/10 | Attention to settlement discussions and advise settlement with one insurance company (1.30). Hearing with Judge Fitzgerald plus waiting time for her participation (1.50); edit Integrity brief (1.70). | W001 | RMH | 4.50 |
| 07/14/10 | Follow-up analysis regarding alternative allocation model for underlying personal injury claims (2.50). Revise memorandum of law in support of objection to Integrity Liquidator's notice of determination for filing (4.20). | W001 | RYC | 6.70 |
| 07/15/10 | Continue reviewing PACER docket re: evidentiary support for bankruptcy claim per R. Chung request. | W001 | AHP | 5.70 |
| 07/15/10 | Attention to IBNR claims research. | W001 | AMA | 0.50 |
| 07/15/10 | Email communications with Arline Pelton re: filed proofs of claim. | W001 | DJN | 0.20 |
| 07/15/10 | Analysis of selected umbrella and excess insurance policies re: follow form, limits, aggregates, exclusions and other coverage issues (3.60); draft and revise insurance policy data spreadsheets (.80). | W001 | GFF | 4.40 |
| 07/15/10 | Integrity Appeal assistance. | W001 | HEG | 1.60 |
| 07/15/10 | Reviewed settlement agreements and insurance policies re: "policy impairment information" and "remaining available coverage information." | W001 | IF | 3.70 |
| 07/15/10 | Attention to finalization of brief and affidavit (.50); revise brief in anticipation of filing (1.40); research contingent claim exception (1.50). | W001 | KES | 3.40 |
| 07/15/10 | Attention to response to insolvent request for information. | W001 | MG | 2.80 |
| 07/15/10 | Attention to insolvent calculations and affidavit. | W001 | MG | 2.90 |

{D0185683.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                                EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 6

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

August 13, 2010                                   INVOICE:          238978

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/15/10 | Review and incorporate comments of plan objectors in connection with objection to Liquidator's notice of determination (3.90). Prepare evidentiary support for bankruptcy period claims (3.80). | W001 | RYC | 7.70 |
| 07/16/10 | Draft and revise insurance policy data spreadsheets (1.30). Analysis of selected insurance policies regarding follow form, limits, exclusions, ultimate net loss payment issues and other coverage issues (2.90). | W001 | GFF | 4.20 |
| 07/16/10 | Reviewed insurance policies re: exhaustion of underlying policies and gaps. | W001 | IF | 3.10 |
| 07/16/10 | Revise and finalize brief opposing Liquidator's notice of determination (2.20); review and confirm exhibits in preparation of filing opposition (1.50); prepare opposition brief for filing and file and serve opposition papers (1.40). | W001 | KES | 5.10 |
| 07/16/10 | Attention to response to insolvent insurance company's request for information. | W001 | MG | 3.00 |
| 07/16/10 | Organization of case materials and send documents to storage. | W001 | NJB | 1.00 |
| 07/16/10 | Edit settlement agreement (1.30); Edit analysis of recoveries from insolvent insurance companies (1.40). | W001 | RMH | 2.70 |
| 07/16/10 | Finalize memo of law in support of objection to Integrity Liquidator's notice of determination for filing. | W001 | RYC | 4.30 |
| 07/18/10 | Review and resolve historical insurance coverage issues in connection with insolvent insurance companies. | W001 | RYC | 2.20 |
| 07/18/10 | Review and comment upon fee application. | W001 | RYC | 0.50 |
| 07/19/10 | Review of revised bill and make additional changes. | W011 | AHP | 0.70 |

{D0185683.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                          EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 7

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| August 13, 2010 | | INVOICE: | | 238978 |
| MATTER: CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/19/10 | Analysis of selected umbrella and excess insurance policies re: follow form, limits, payment of ultimate net loss issues and other coverage issues (3.20); draft and revise insurance policy data spreadsheets (1.10). | W001 | GFF | 4.30 |
| 07/19/10 | Continued research re: insolvency status and recovery prospects. | W001 | HEG | 1.20 |
| 07/19/10 | Reviewed insurance policies and settlement agreements re: status of insolvent insurance companies. | W001 | IF | 3.20 |
| 07/19/10 | Attention to allocation and payment stream project. | W001 | MG | 2.60 |
| 07/19/10 | Attention to insurance company information requests and insolvent issues. | W001 | MG | 2.40 |
| 07/19/10 | Attention to settlement negotiations with two insurance companies (2.40). Edit chart re: status of claims against insolvent insurance companies (1.00). | W001 | RMH | 3.40 |
| 07/19/10 | Attention to insolvent insurance analysis (2.90). Follow-up regarding objection to notice of determination (.80). Attention to status and follow-up to confidentiality agreement with insurance company (.70). | W001 | RYC | 4.40 |
| 07/20/10 | Finalize bill and release (.80); review documents and update monitoring chart (.60). | W011 | AHP | 1.40 |
| 07/20/10 | Draft and revise insurance policy data spreadsheets (.80); analysis of selected insurance policies re: follow form, limits, ultimate net loss payment issues and other coverage issues (2.80). | W001 | GFF | 3.60 |
| 07/20/10 | Continued research and edits of Insolvency status sheets (2.20); research "Claim Buyers". (.90). | W001 | HEG | 3.10 |
| 07/20/10 | Reviewed insolvent insurance company information and status of each insurance company. | W001 | IF | 3.60 |
| 07/20/10 | Attention to insurance company information requests and insolvent issues. | W001 | MG | 2.20 |
| 07/20/10 | Attention to allocation and payment stream project. | W001 | MG | 2.80 |

{D0185683.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 8

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| August 13, 2010 | | INVOICE: | | 238978 |
| MATTER: CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/20/10 | Attention to settlement negotiations with a major insurance company. | W001 | RMH | 1.70 |
| 07/20/10 | Prepare strategy going forward regarding Memo of Law in Support of Claimant's Objection to Notice of Determination and consider reply options to anticipated opposition (2.30). Prepare document disclosures to potentially settling party (2.00). | W001 | RYC | 4.30 |
| 07/21/10 | Analysis of select insurance policies re: follow form, payment of ultimate net loss issues, exclusions and other coverage issues (3.60); draft and revise insurance policy data spreadsheets (.70). | W001 | GFF | 4.30 |
| 07/21/10 | Continued review and edits to new proposed insolvent insurance company recovery status spread sheet. | W001 | HEG | 3.10 |
| 07/21/10 | Updated information re: insolvent insurance companies and solvent schemes. | W001 | IF | 3.30 |
| 07/21/10 | Attention to communication with Liquidator. | W001 | KES | 0.10 |
| 07/21/10 | Attention to allocation and payment stream project. | W001 | MG | 2.70 |
| 07/21/10 | Attention to insurance company information requests and insolvent issues. | W001 | MG | 3.80 |
| 07/21/10 | Finalize document disclosures to potentially settling party (1.40). Follow-up research and analysis regarding pending settlement discussions with insurance companies (2.90). | W001 | RYC | 4.30 |
| 07/22/10 | Updated and reviewed insurance company insolvency information and status of each. | W001 | IF | 2.30 |
| 07/22/10 | Attention to insurance company information requests and insolvent issues. | W001 | MG | 2.70 |
| 07/22/10 | Attention to allocation and payment stream project. | W001 | MG | 3.60 |
| 07/22/10 | Attention to analysis of recovery from insolvent insurance companies. | W001 | RMH | 1.20 |
| 07/22/10 | Review and prepare follow-up to insolvent insurance coverage recovery efforts (2.60). Follow-up regarding insurance company settlement discussion inquiries (1.00). | W001 | RYC | 3.60 |

{D0185683.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                             EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 9

W.R. GRACE/CLAIMANTS COMMITTEE               MATTER:      100055.WRG01

August 13, 2010                              INVOICE:         238978

MATTER:  CLAIMANTS COMMITTEE                 ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/23/10 | Draft and revise insurance policy data spreadsheets (1.20); analysis of selected insurance policies re: limits, exclusions, payment of ultimate net loss issues and other coverage issues (2.20). | W001 | GFF | 3.40 |
| 07/23/10 | Reviewed insurance policies and settlement agreements re: "available coverage" and "gaps in coverage." | W001 | IF | 2.40 |
| 07/23/10 | Reviewed and studied status of Midland claim and information re: exhaustion. | W001 | IF | 0.80 |
| 07/23/10 | Prepare letter to Liquidator re: lack of response to OCT objection. | W001 | KES | 0.50 |
| 07/23/10 | Attention to allocation and payment stream project. | W001 | MG | 3.50 |
| 07/23/10 | Attention to insurance company information requests and insolvent issues. | W001 | MG | 2.50 |
| 07/23/10 | Attention to settlement negotiation with major insurance company (.90). Attention to analysis of recovery from insolvent insurance companies (.90). | W001 | RMH | 1.80 |
| 07/23/10 | Research and analysis regarding insurance insolvency recovery options (1.70). Review and analysis in connection with foreign insolvent insurance company's evaluation of claim (2.00). | W001 | RYC | 3.70 |
| 07/24/10 | Research and prepare response to historical disallowances of claim by insolvent insurance carriers. | W001 | RYC | 1.40 |
| 07/26/10 | Analysis of selected insurance policies re: limits, exclusions, payment of ultimate net loss issues, and other coverage issues. | W001 | GFF | 1.80 |
| 07/26/10 | Continued with research re: various domestic and foreign insolvent carrier recovery status issues. | W001 | HEG | 1.20 |
| 07/26/10 | Reviewed insurance policies and reimbursement settlement agreements re: "available coverage amounts." | W001 | IF | 1.80 |
| 07/26/10 | Reviewed settlement agreements and insolvency information re: updating insolvency chart and analysis. | W001 | IF | 1.60 |
| 07/26/10 | Attention to cash flow analysis. | W001 | MG | 3.60 |

{D0185683.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 10

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| August 13, 2010 | | INVOICE: | | 238978 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH | | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/26/10 | Attention to insolvent claims. | W001 | MG | 2.60 |
| 07/26/10 | Attention to settlements. | W001 | RMH | 1.00 |
| 07/26/10 | Draft standard response to historical disallowances of claim by insolvent insurance carriers. | W001 | RYC | 1.80 |
| 07/27/10 | Draft and revise insurance policy data spreadsheets (.60); analysis of selected umbrella and excess insurance policies re: limits, exclusions, follow form, payment of ultimate net loss issues, and other coverage issues (2.80). | W001 | GFF | 3.40 |
| 07/27/10 | Reviewed insurance policies and Reimbursement Agreements re: "types of available coverage." | W001 | IF | 2.10 |
| 07/27/10 | Attention to insolvent claims. | W001 | MG | 2.60 |
| 07/27/10 | Attention to settlement discussions (.30); Obtain insurance company approval (.40); Provide data to another insurance company in support of settlement negotiations (.30). | W001 | RMH | 1.00 |
| 07/27/10 | Review and respond to issues related to insurance company allocation analysis. | W001 | RYC | 1.80 |
| 07/28/10 | Analysis of selected umbrella and excess insurance policies re: follow form, limits, aggregates and other coverage issues (1.60); draft and revise insurance policy data spreadsheets (.60). | W001 | GFF | 2.20 |
| 07/28/10 | Research proposed insolvent late proof-of-claim submissions. | W001 | HEG | 1.20 |
| 07/28/10 | Reviewed reimbursement and settlement agreements and insurance policies re: "available coverage" and "policy impairment information." | W001 | IF | 2.20 |
| 07/28/10 | Attention to insolvent claims. | W001 | MG | 2.70 |
| 07/28/10 | Review and research validation of potential proofs of claim post-filing deadline. | W001 | RYC | 3.20 |
| 07/29/10 | Searched online resources re: new settlement agreements and orders approving recent agreements. | W001 | IF | 1.70 |
| 07/29/10 | Email communications with D. Relles re: claim database issues. | W001 | MG | 0.70 |
| 07/29/10 | Attention to insolvent claims. | W001 | MG | 2.30 |

{D0185683.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                            EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 11

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| August 13, 2010 | | INVOICE: | | 238978 |
| MATTER: CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/29/10 | Attention to cash flow analysis. | W001 | MG | 1.80 |
| 07/29/10 | Attention to separate settlement negotiations with two different insurance companies. | W001 | RMH | 4.80 |
| 07/29/10 | Prepare analysis of potential proofs of claim post-filing deadline (2.00). Attention to allocation issues in connection with settlement demands (1.10). | W001 | RYC | 3.10 |
| 07/30/10 | Began to review and analyze new settlement agreements with two potentially settling insurance companies. | W001 | IF | 1.10 |
| 07/30/10 | Reviewed insurance policies re: "method for exhaustion and determining gaps in coverage." | W001 | IF | 2.20 |
| 07/30/10 | Attention to email communications with D. Relles re: database issues. | W001 | MG | 0.70 |
| 07/30/10 | Attention to cash flow analysis. | W001 | MG | 2.40 |
| 07/30/10 | Attention to insolvent claims. | W001 | MG | 1.80 |
| 07/30/10 | Attention to negotiations with major insurance company (2.00); Achieve settlement with another insurance company and draft analysis and report for the ACC (3.70). | W001 | RMH | 5.70 |
| 07/30/10 | Follow-up regarding allocation matters in connection with insurance company settlement discussions. | W001 | RYC | 1.30 |

**TOTAL FEES:**                                                                                   **$210,577.50**

{D0185683.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                                EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 12

W.R. GRACE/CLAIMANTS COMMITTEE                              MATTER:        100055.WRG01

August 13, 2010                                              INVOICE:           238978

MATTER: CLAIMANTS COMMITTEE                                 ROBERT M. HORKOVICH

## FEE SUMMARY

|                         | RATE   | HOURS  | TOTALS     |
|-------------------------|--------|--------|------------|
| A. Marcello Antonucci   | 320.00 | 6.60   | 2,112.00   |
| Arline H Pelton         | 240.00 | 17.30  | 4,152.00   |
| Dennis J. Nolan         | 390.00 | 0.20   | 78.00      |
| Esther Quiles           | 110.00 | 0.40   | 44.00      |
| Glenn F Fields          | 330.00 | 49.90  | 16,467.00  |
| Harris E Gershman       | 265.00 | 15.90  | 4,213.50   |
| Izak Feldgreber         | 285.00 | 43.20  | 12,312.00  |
| Kenneth E. Sharperson   | 495.00 | 35.60  | 17,622.00  |
| Mark Garbowski          | 565.00 | 103.00 | 58,195.00  |
| Nicholas J Balsdon      | 205.00 | 1.00   | 205.00     |
| Robert M Horkovich      | 875.00 | 36.10  | 31,587.50  |
| Robert Y Chung          | 585.00 | 108.70 | 63,589.50  |
| **TOTAL FEES:**         |        |        | $210,577.50 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                            EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 13

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:    100055.WRG01

August 13, 2010                                   INVOICE:       238978

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001     Asset Analysis and Recovery

| | HOURS | TOTALS |
|---|---:|---:|
| Arline H Pelton | 7.90 | 1,896.00 |
| A. Marcello Antonucci | 6.60 | 2,112.00 |
| Dennis J. Nolan | 0.20 | 78.00 |
| Esther Quiles | 0.40 | 44.00 |
| Glenn F Fields | 49.90 | 16,467.00 |
| Harris E Gershman | 15.90 | 4,213.50 |
| Izak Feldgreber | 43.20 | 12,312.00 |
| Kenneth E. Sharperson | 35.60 | 17,622.00 |
| Mark Garbowski | 103.00 | 58,195.00 |
| Nicholas J Balsdon | 1.00 | 205.00 |
| Robert M Horkovich | 36.10 | 31,587.50 |
| Robert Y Chung | 108.70 | 63,589.50 |
| **TOTAL:** | **408.50** | **$208,321.50** |

ACTIVITY CODE: W011     Fee Applications (Applicant)

| | HOURS | TOTALS |
|---|---:|---:|
| Arline H Pelton | 9.40 | 2,256.00 |
| **TOTAL:** | **9.40** | **$2,256.00** |

{D0185683.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                                         EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 14

| | | |
|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| August 13, 2010 | INVOICE: | 238978 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

**COSTS through 07/31/10**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---:|
| 06/22/10 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 714355204 Tracking Number: 791600171429 Reference: 100055 WRG01 02 594 Billing Note: From: Robert M. Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Arthur J Liederman, Morrison Mahoney, LLP, 17 State St Ste 1110, NEW YORK CITY, NY, 10004, US | E107 | 8.01 |
| 06/23/10 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 714355204 Tracking Number: 791270306388 Reference: 100055 WRG01 02 216 Billing Note: From: Mark Garbowski, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Richard Maniurski, New York Liquidation Bureau, 123 William Street, NEW YORK CITY, NY, 10038, US | E107 | 11.01 |
| 07/01/10 | DI - PHOTOCOPYING | E101 | 0.50 |
| 07/01/10 | DI - PHOTOCOPYING | E101 | 0.30 |
| 07/06/10 | DI - PHOTOCOPYING | E101 | 100.30 |
| 07/06/10 | DI - PHOTOCOPYING | E101 | 1.90 |
| 07/07/10 | AP - TELEPHONE | E105 | (30.00) |
| 07/07/10 | DI - PHOTOCOPYING | E101 | 0.10 |
| 07/09/10 | AP - TELEPHONE - VENDOR: COURT CALL LLC Initial fee for court telephonic appearance 8/9/10 | E125 | 30.00 |
| 07/12/10 | DI - PHOTOCOPYING | E101 | 16.60 |
| 07/14/10 | DI - PHOTOCOPYING | E101 | 0.80 |
| 07/14/10 | DI - PHOTOCOPYING | E101 | 6.70 |
| 07/15/10 | DI - PHOTOCOPYING | E101 | 1.60 |
| 07/15/10 | DI - PHOTOCOPYING | E101 | 11.60 |
| 07/15/10 | DI - PHOTOCOPYING | E101 | 0.20 |
| 07/15/10 | DI - PHOTOCOPYING | E101 | 1.20 |

{D0185683.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 15

W.R. GRACE/CLAIMANTS COMMITTEE          MATTER:    100055.WRG01

August 13, 2010                          INVOICE:    238978

MATTER:  CLAIMANTS COMMITTEE             ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 07/16/10 | AIRFREIGHT FedEx#: 1540-4201-6 Invoice: 716614998 Tracking Number: 790952303154 Reference: 100055 WRG01 05 134 Billing Note: From: Kenneth E Sharperson, Anderson Kill & Olick, P C, One Gateway Center, NEWARK, NJ, 07102, US To: DAVID P WOOLSEY, NJ DEPT OF BANKING AND INSURA, 20 W STATE STREET, TRENTON, NJ, 08625, US | E107 | 16.26 |
| 07/16/10 | DI - PHOTOCOPYING | E101 | 248.90 |
| 07/19/10 | DI - PHOTOCOPYING | E101 | 6.00 |
| 07/20/10 | AIRFREIGHT FedEx#: 1540-4201-6 Invoice: 716614998 Tracking Number: 790720341235 Reference: 101510 99999 05 137 Billing Note: From: James Serritella, Anderson Kill & Olick, P C, One Gateway Center, NEWARK, NJ, 07102, US To: Hon William L E Wertheimer, Superior Court of New Jersey, 2 Broad St, ELIZABETH, NJ, 07201, US | E107 | 7.86 |
| 07/20/10 | DI - PHOTOCOPYING | E101 | 0.10 |
| 07/20/10 | DI - PHOTOCOPYING | E101 | 1.30 |
| 07/20/10 | DI - PHOTOCOPYING | E101 | 1.60 |
| 07/21/10 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 717400790 Tracking Number: 790952706121 Reference: 100055 WRG01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Alan Berman, BERMAN & AIWASIAN, 725 S Figueroa St Ste 1050, LOS ANGELES, CA, 90017, US | E107 | 13.64 |
| 07/21/10 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 717400790 Tracking Number: 792202250156 Reference: 100055 WRG01 01 587 Billing Note: From: Robert Y Chung, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Amy R Paulus, Esq, Clausen Miller PC, 10 S La Salle St Ste 1600, CHICAGO, IL, 60603, US | E107 | 11.85 |
| 07/21/10 | DI - PHOTOCOPYING | E101 | 6.70 |
| 07/21/10 | DI - PHOTOCOPYING | E101 | 1.50 |
| 07/23/10 | DI - PHOTOCOPYING | E101 | 1.40 |
| 07/27/10 | DI - PHOTOCOPYING | E101 | 0.40 |

{D0185683.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                             **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 16

| | | | |
|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
| August 13, 2010 | | INVOICE: | 238978 |
| MATTER:  CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 07/27/10 | DI - PHOTOCOPYING | E101 | 6.60 |
| 07/28/10 | DI - PHOTOCOPYING | E101 | 3.70 |
| 07/28/10 | DI - PHOTOCOPYING | E101 | 0.20 |
| 07/30/10 | MESSENGER SERVICE - VENDOR: UNITED CAPITAL FUNDING CORP. Courier service | E125 | 90.00 |
| 07/30/10 | DI - PHOTOCOPYING | E101 | 2.90 |
| **TOTAL COSTS:** | | | **$581.73** |

{D0185683.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                         **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 17

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

August 13, 2010                                    INVOICE:          238978

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

| WORK | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| AF | AIRFREIGHT | 68.63 |
| MR | MESSENGER SERVICE | 90.00 |
| te | AP - TELEPHONE - | (30.00) |
| TE | AP - TELEPHONE - | 30.00 |
| XE | DI - PHOTOCOPYING - | 423.10 |
| | **TOTAL COSTS:** | **$581.73** |
| | **TOTAL DUE:** | **$211,159.23** |

{D0185683.1 }