IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF THE INTERIM APPLICATION FOR COMPENSATION OF CHARTER OAK FINANCIAL CONSULTANTS, LLC FOR THE PERIOD OF JULY 1, 2010 THROUGH SEPTEMBER 30, 2010 (D.I. 25747)**

**PLEASE TAKE NOTICE,** that Charter Oak Financial Consultants, LLC, hereby gives notice of the withdrawal of the filing of Docket No. 25747, the Interim Fee Application for Compensation of Charter Oak Financial Consultants, LLC for the Period of July 1, 2010 through September 30, 2010 due to filing error.

Date: November 15, 2010

Respectfully submitted,

CAMPBELL & LEVINE, LLC

*/s/Mark T. Hurford*
Mark T. Hurford (No. 3299)
800 N. King Street, Suite 300
Wilmington, DE 19801
(302) 426-1900

{D0187334.1 }