**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace
Wilmington  DE

| | |
|---|---|
| | 07/31/2010 |
| ACCOUNT NO: | 3000-01D |
| STATEMENT NO: | 87 |

Asset Analysis and Recovery

| | |
|---|---|
| PREVIOUS BALANCE | $140.00 |

| | | |
|---|---|---|
| 07/02/2010 | Payment - Thank you.  (October, 2009 - 20% Fees) | -14.00 |
| 07/02/2010 | Payment - Thank you.  (December, 2009 - 20% Fees) | -126.00 |
| | TOTAL PAYMENTS | -140.00 |
| | BALANCE DUE | $0.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2010
ACCOUNT NO:      3000-02D
STATEMENT NO:           110

Asset Disposition

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $146.00 |

| | | | HOURS | |
|---|---|---|---|---|
| 07/27/2010 | | | | |
| MTH | Reviewing Debtors' 36th Report of asset sales | | 0.10 | 36.00 |
| | FOR CURRENT SERVICES RENDERED | | 0.10 | 36.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.10 | $360.00 | $36.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 36.00 |

| | |
|---|---|
| 07/02/2010 | Payment - Thank you.  (October, 2009 - 20% Fees) | -56.00 |
| 07/02/2010 | Payment - Thank you.  (December, 2009 - 20% Fees) | -9.50 |
| | TOTAL PAYMENTS | -65.50 |
| | BALANCE DUE | $116.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 07/31/2010 |
| Wilmington  DE | ACCOUNT NO:      3000-03D |
|  | STATEMENT NO:            97 |

Business Operations

| | | |
|---|---|---|
| | PREVIOUS BALANCE | $35.60 |
| 07/02/2010 | Payment - Thank you.  (October, 2009 - 20% Fees) | -14.00 |
| | BALANCE DUE | $21.60 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| W.R. Grace | Page: 1 |
| Wilmington  DE | 07/31/2010 |
|  | ACCOUNT NO:    3000-04D |
|  | STATEMENT NO:          110 |

Case Administration

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $1,812.37 |
| 07/09/2010 | | | |
| PEM | Review May MOR. | 0.80 | 332.00 |
| 07/13/2010 | | | |
| MTH | Correspondence to JKF's chambers and S. Stiles re Request for Judicial Notice | 0.30 | 108.00 |
| | FOR CURRENT SERVICES RENDERED | 1.10 | 440.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.80 | $415.00 | $332.00 |
| Mark T. Hurford | 0.30 | 360.00 | 108.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 440.00 |

| 07/02/2010 | Payment - Thank you.  (March, 2010 - 80% Fees) | -525.20 |
|---|---|---|
| 07/02/2010 | Payment - Thank you.  (October, 2009 - 20% Fees) | -72.10 |
| 07/02/2010 | Payment - Thank you.  (November, 2009 - 20% Fees) | -86.90 |
| | TOTAL PAYMENTS | -684.20 |
| | BALANCE DUE | $1,568.17 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| W.R. Grace | Page: 1 |
| Wilmington  DE | 07/31/2010 |
|  | ACCOUNT NO:   3000-05D |
|  | STATEMENT NO:        110 |

Claims Analysis Objection & Resolution (Asbestos)

| | | | HOURS | |
|---|---|---|---|---|
| PREVIOUS BALANCE | | | | $5,099.60 |
| 07/22/2010 | | | | |
| MTH | Reviewing Notice of Docketing of Appeal | | 0.10 | 36.00 |
| | FOR CURRENT SERVICES RENDERED | | 0.10 | 36.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.10 | $360.00 | $36.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 36.00 |

| | | |
|---|---|---|
| 07/02/2010 | Payment - Thank you.  (March, 2010 - 80% Fees) | -1,455.20 |
| 07/02/2010 | Payment - Thank you.  (October, 2009 - 20% Fees) | -98.00 |
| 07/02/2010 | Payment - Thank you.  (November, 2009 - 20% Fees) | -301.00 |
| 07/02/2010 | Payment - Thank you.  (December, 2009 - 20% Fees) | -56.00 |
| | TOTAL PAYMENTS | -1,910.20 |
| | BALANCE DUE | $3,225.40 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 07/31/2010 |
| Wilmington DE | ACCOUNT NO:        3000-06D |
| | STATEMENT NO:        110 |

Claims Analysis Objection & Resol. (Non-Asbestos)

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $3,717.90 |
| | | HOURS | |
| 07/06/2010 | | | |
| MTH | Reviewing Motion of Plum Creek to allow late filing of proof of claim | 1.00 | 360.00 |
| MTH | Reviewing three orders entered | 0.10 | 36.00 |
| 07/26/2010 | | | |
| MTH | Reviewing Debtors' request for approval of tolling agreement re Plum Creek | 0.30 | 108.00 |
| 07/27/2010 | | | |
| MTH | Reviewing Debtors' 36th Report of Settlements | 0.10 | 36.00 |
| | FOR CURRENT SERVICES RENDERED | 1.50 | 540.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.50 | $360.00 | $540.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 540.00 |

| | | |
|---|---|---|
| 07/02/2010 | Payment - Thank you.  (October, 2009 - 20% Fees) | -91.00 |
| 07/02/2010 | Payment - Thank you.  (November, 2009 - 20% Fees) | -35.00 |
| | TOTAL PAYMENTS | -126.00 |
| | BALANCE DUE | $4,131.90 |

Page: 2
07/31/2010

W.R. Grace

ACCOUNT NO:        3000-06D
STATEMENT NO:            110

Claims Analysis Objection & Resol. (Non-Asbestos)

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                                         07/31/2010
Wilmington  DE                                                           ACCOUNT NO:          3000-07D
                                                                        STATEMENT NO:               110

Committee, Creditors, Noteholders, Equity Holders

PREVIOUS BALANCE                                                                                    $22,622.54

|  |  | HOURS |  |
|---|---|---|---|
| **07/01/2010** | | | |
| KH | Review e-mail from EB re: C&D Retention Application and Address Change; Research and draft responsive email | 0.30 | 33.00 |
| KH | Review e-mail from MTH re: Request for Judicial Notice(.1); Prepare COS and service list(.3); Draft e-mail to MTH re: filing and service of Request(.1) | 0.50 | 55.00 |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare 2019 of the David Law Firm; address filing and e-mail confirmation of same | 0.30 | 30.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| MTH | Review correspondence from KLH to Committee re Committee expenses | 0.10 | 36.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| MTH | Reviewing two CNO's filed | 0.10 | 36.00 |
| **07/02/2010** | | | |
| MK | Review committee events calendar and update attorney case calendar. | 0.10 | 13.50 |
| PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | 0.40 | 40.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| MTH | Prepare weekly recommendation memo | 0.60 | 216.00 |
| MTH | Review correspondence from SB to Committee re weekly recommendation memo | 0.10 | 36.00 |
| AC | Prepare letter to potential claimant C. Massey | 0.50 | 102.50 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders


|  |  |  | HOURS |  |
|---|---|---|---|---|
| **07/04/2010** |  |  |  |  |
| | DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| **07/06/2010** |  |  |  |  |
| | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| | PEM | Review memo from counsel to ACC re: insurance. | 0.20 | 83.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | MTH | Reviewing correspondence from EI re proposed settlement with TIG | 0.30 | 108.00 |
| **07/07/2010** |  |  |  |  |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| **07/08/2010** |  |  |  |  |
| | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| **07/09/2010** |  |  |  |  |
| | PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 41.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.60 | 60.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | MTH | Review correspondence from EI re TIG insurance settlement | 0.10 | 36.00 |
| | MTH | Prepare weekly recommendation memo | 0.70 | 252.00 |
| | MTH | Review correspondence from SB to Committee re weekly recommendation memo | 0.10 | 36.00 |
| **07/12/2010** |  |  |  |  |
| | DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| **07/13/2010** |  |  |  |  |
| | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and |  |  |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

| | | HOURS | |
|---|---|---|---|
| | distribute daily memo | 0.20 | 20.00 |
| SMB | Coordinate logistics for hearing on 7/14/10 at 10 a.m.; e-mail confirmation of same to MTH | 0.20 | 20.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| **07/14/2010** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| **07/15/2010** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| **07/16/2010** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | 0.60 | 60.00 |
| PEM | Review memo re: pending motions and matters. | 0.10 | 41.50 |
| MTH | Review daily memo | 0.10 | 36.00 |
| MTH | Prepare weekly recommendation memo | 0.50 | 180.00 |
| MTH | Review correspondence from SB to Committee re weekly recommendation memo | 0.10 | 36.00 |
| **07/18/2010** | | | |
| DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| **07/19/2010** | | | |
| MTH | Telephone conference with asbestos claimant re status of Plan confirmation | 0.10 | 36.00 |
| MTH | Drafting memo to Committee re July 14 hearing; correspondence to and from PVNL re same | 0.80 | 288.00 |
| DAC | Review 7/14/10 hearing memorandum | 0.10 | 47.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| MTH | Drafting memorandum re July hearing and correspondence to EI, PVNL re same | 1.00 | 360.00 |
| MTH | Review correspondence from PVNL re draft hearing memo | 0.10 | 36.00 |
| MTH | Review correspondence from SB to Committee re July hearing memo | 0.10 | 36.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 07/20/2010 |  |  |  |  |
| MK | Review hearing memorandum. | | 0.10 | 13.50 |
| PEM | Review memo re: pleadings filed. | | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 20.00 |
| MTH | Review daily memo | | 0.10 | 36.00 |
| KH | Review daily memorandum re: fee issues | | 0.10 | 11.00 |
| 07/21/2010 |  |  |  |  |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 20.00 |
| MTH | Review daily memo | | 0.10 | 36.00 |
| 07/22/2010 |  |  |  |  |
| PEM | Review memo re: pleadings filed. | | 0.10 | 41.50 |
| MTH | Review daily memo | | 0.10 | 36.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 20.00 |
| 07/23/2010 |  |  |  |  |
| MK | Review committee events calendar. | | 0.10 | 13.50 |
| PEM | Review weekly recommendation re: pending motions and matters. | | 0.10 | 41.50 |
| DAC | Review counsel's weekly memo | | 0.20 | 95.00 |
| MTH | Prepare weekly recommendation memo | | 0.70 | 252.00 |
| MTH | Review correspondence from SB to Committee re weekly recommendation memo | | 0.10 | 36.00 |
| MTH | Review daily memo | | 0.10 | 36.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memoranda | | 0.60 | 60.00 |
| 07/26/2010 |  |  |  |  |
| MTH | Review daily memo | | 0.10 | 36.00 |
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 17.00 |
| 07/27/2010 |  |  |  |  |
| KCD | Discussion with MTH re: matters scheduled for August omnibus hearing | | 0.10 | 34.00 |
| PEM | Review memo re: pleadings filed. | | 0.10 | 41.50 |
| MTH | Review daily memo | | 0.10 | 36.00 |
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 17.00 |
| 07/28/2010 |  |  |  |  |
| PEM | Meeting with MRE and BM re: status and developments. | | 0.40 | 166.00 |
| MRE | Meeting with PEM and BM re: status and developments | | 0.40 | 166.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

| | | | HOURS | |
|---|---|---|---:|---:|
| MTH | Correspondence to and from MRE re various questions re status of case, confirmation process | | 0.30 | 108.00 |
| MTH | Review daily memo | | 0.10 | 36.00 |
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 17.00 |
| **07/29/2010** | | | | |
| PEM | Review memo re: pleadings filed. | | 0.10 | 41.50 |
| KCD | Review preliminary agenda for August omnibus and e-mails with MTH re: same | | 0.10 | 34.00 |
| MTH | Review daily memo | | 0.10 | 36.00 |
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 17.00 |
| **07/30/2010** | | | | |
| KCD | Review MTH e-mail re: appearances for August omnibus hearing | | 0.10 | 34.00 |
| MTH | Review daily memo | | 0.10 | 36.00 |
| MTH | Prepare weekly recommendation memo | | 1.30 | 468.00 |
| SMB | Prepare weekly recommendation memorandum | | 0.50 | 50.00 |
| DAC | Review counsel's weekly memorandum | | 0.20 | 95.00 |
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 17.00 |
| | FOR CURRENT SERVICES RENDERED | | 22.90 | 5,982.00 |

### RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---:|---:|---:|
| Douglas A. Campbell | 1.10 | $475.00 | $522.50 |
| Philip E. Milch | 1.90 | 415.00 | 788.50 |
| Michele Kennedy | 0.30 | 135.00 | 40.50 |
| Santae M. Boyd | 6.40 | 100.00 | 640.00 |
| Mark T. Hurford | 9.30 | 360.00 | 3,348.00 |
| Marla R. Eskin | 0.40 | 415.00 | 166.00 |
| Kathleen Campbell Davis | 0.30 | 340.00 | 102.00 |
| Katherine Hemming | 1.70 | 110.00 | 187.00 |
| Ayesha Chacko | 0.50 | 205.00 | 102.50 |
| Freddie Koenig-Leuck | 1.00 | 85.00 | 85.00 |

TOTAL CURRENT WORK                                                                 5,982.00

| | | |
|---|---|---:|
| 07/02/2010 | Payment - Thank you.  (March, 2010 - 80% Fees) | -3,239.60 |
| 07/02/2010 | Payment - Thank you.  (October, 2009 - 20% Fees) | -1,851.20 |
| 07/02/2010 | Payment - Thank you.  (November, 2009 - 20% Fees) | -970.20 |
| 07/02/2010 | Payment - Thank you.  (December, 2009 - 20% Fees) | -1,131.10 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

TOTAL PAYMENTS                                                                -7,192.10

BALANCE DUE                                                          $21,412.44

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2010
ACCOUNT NO:        3000-08D
STATEMENT NO:              109

Employee Benefits/Pension

PREVIOUS BALANCE                                                                        $2,830.10

|            |      |                                                    | HOURS |        |
|------------|------|----------------------------------------------------|-------|--------|
| 07/13/2010 |      |                                                    |       |        |
|            | MTH  | Reviewing response of Employee re benefits claim   | 0.10  | 36.00  |
|            |      | FOR CURRENT SERVICES RENDERED                      | 0.10  | 36.00  |

RECAPITULATION

| TIMEKEEPER       | HOURS | HOURLY RATE | TOTAL   |
|------------------|-------|-------------|---------|
| Mark T. Hurford  | 0.10  | $360.00     | $36.00  |

TOTAL CURRENT WORK                                                                          36.00

07/02/2010        Payment - Thank you.  (March, 2010 - 80% Fees)                           -979.20

BALANCE DUE                                                                            $1,886.90

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                            07/31/2010
Wilmington DE                                                            ACCOUNT NO:        3000-09D
                                                                        STATEMENT NO:              49

Employee Applications, Applicant

PREVIOUS BALANCE                                                                               $20.00

BALANCE DUE                                                                                    $20.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 07/31/2010 |
| Wilmington  DE | ACCOUNT NO: | 3000-10D |
|  | STATEMENT NO: | 110 |

Employment Applications, Others

PREVIOUS BALANCE                                                        $1,180.30

| 07/02/2010 | Payment - Thank you.  (March, 2010 - 80% Fees) | -288.00 |
| 07/02/2010 | Payment - Thank you.  (October, 2009 - 20% Fees) | -28.00 |
| 07/02/2010 | Payment - Thank you.  (December, 2009 - 20% Fees) | -84.00 |
|  | TOTAL PAYMENTS | -400.00 |
|  | BALANCE DUE | $780.30 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                    07/31/2010
Wilmington  DE                                            ACCOUNT NO:         3000-11D
                                                          STATEMENT NO:            108

Expenses

PREVIOUS BALANCE                                                           $7,587.68

| | | |
|---|---|---|
| 07/01/2010 | Parcels - copy/service - Request for Judicial Notice | 425.85 |
| 07/01/2010 | Pacer charges for the month of June | 59.76 |
| 07/01/2010 | Parcels - E-Filing - Request for Judicial Notice | 40.00 |
| 07/06/2010 | Postage - Letter to C. Massey re: potential claimant | 0.44 |
| 07/21/2010 | Parcels - Copy/Service - Monthly Application Fee May - Campbell & Levine | 79.43 |
| 07/30/2010 | Printing - July 2010 | 230.80 |
| 07/30/2010 | Scanning - July 2010 | 30.50 |
| | TOTAL EXPENSES | 866.78 |
| | TOTAL CURRENT WORK | 866.78 |
| 07/02/2010 | Payment - Thank you.  (March, 2010 - 100% Expenses) | -1,678.90 |
| | BALANCE DUE | $6,775.56 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                      07/31/2010
Wilmington  DE                        ACCOUNT NO:    3000-12D
                                      STATEMENT NO:      108

Fee Applications, Applicant

|  |  |  |  |
|---|---|---|---|
| PREVIOUS BALANCE | | | $5,883.90 |

| | | HOURS | |
|---|---|---|---|
| 07/13/2010 | | | |
| MTH | Reviewing and revising pre-bill | 0.70 | 252.00 |
| 07/16/2010 | | | |
| KCD | Review and sign CNO re: C&L application | 0.20 | 68.00 |
| 07/20/2010 | | | |
| KH | Review case docket for objections to C&L May Fee Application(.1); Prepare Certificate of No Objection(.2) | 0.30 | 33.00 |
| 07/21/2010 | | | |
| SMB | Review and file CNO re: Application of Campbell and Levine LLC for the Month of May 2010 | 0.20 | 20.00 |
| | FOR CURRENT SERVICES RENDERED | 1.40 | 373.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 0.20 | $100.00 | $20.00 |
| Mark T. Hurford | 0.70 | 360.00 | 252.00 |
| Kathleen Campbell Davis | 0.20 | 340.00 | 68.00 |
| Katherine Hemming | 0.30 | 110.00 | 33.00 |

|  |  |  |
|---|---|---|
| TOTAL CURRENT WORK | | 373.00 |

| | | |
|---|---|---|
| 07/02/2010 | Payment - Thank you.  (March, 2010 - 80% Fees) | -990.40 |
| 07/02/2010 | Payment - Thank you.  (October, 2009 - 20% Fees) | -180.00 |
| 07/02/2010 | Payment - Thank you.  (November, 2009 - 20% Fees) | -251.00 |

Page: 2

W.R. Grace

07/31/2010

ACCOUNT NO:     3000-12D
STATEMENT NO:          108

Fee Applications, Applicant

| | | |
|---|---|---:|
| 07/02/2010 | Payment - Thank you.  (December, 2009 - 20% Fees) | -256.60 |
| | TOTAL PAYMENTS | -1,678.00 |
| | BALANCE DUE | $4,578.90 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
07/31/2010

W.R. Grace
Wilmington  DE

ACCOUNT NO:     3000-13D
STATEMENT NO:           95

Fee Applications, Others

PREVIOUS BALANCE                                                                    $18,418.90

|  |  | HOURS |  |
|---|---|---|---|
| 07/01/2010 |  |  |  |
| KH | Draft e-mail to Committee re: April-June Expenses | 0.10 | 11.00 |
| KH | Review May fee application of Stroock(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review May fee application of Foley Hoag(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review May fee application of Duane Morris(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review May fee application of Blackstone(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review May fee application of Towers Watson(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review May fee application of Ferry Joseph(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review May fee application of Janet Baer(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review May fee application of Orrick Herrington(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review May fee application of Lincoln Partners(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April fee application of Lincoln Partners(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| MTH | Review correspondence from TB re Kramer fee application | 0.10 | 36.00 |
| MTH | Review correspondence from PB re Beveridge and Diamond fee applications | 0.10 | 36.00 |
| 07/02/2010 |  |  |  |
| KH | Review May fee application of Day Pitney(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review May fee application of Lauzon Belanger(.1); Update Grace |  |  |

Page: 2
W.R. Grace                                                                          07/31/2010
ACCOUNT NO:         3000-13D
STATEMENT NO:             95

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review May fee application of Scarfone Hawkins(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review May fee application of The Hogan Firm(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review May fee application of Reed Smith(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January fee application of Steptoe(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review February fee application of Steptoe(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review March fee application of Steptoe(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January-March Interim fee application of Day Pitney(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January-March Interim fee application of Orrick Herrington(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July-September Interim fee application of Holme Roberts(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| MTH | Reviewing correspondence from VP re K&E May fee application | 0.10 | 36.00 |
| 07/06/2010 |  |  |  |
| MTH | Review correspondence from D.M. re Capstone fee application | 0.10 | 36.00 |
| 07/07/2010 |  |  |  |
| MTH | Review correspondence from MS re Ogilvy fee application | 0.10 | 36.00 |
| 07/08/2010 |  |  |  |
| KH | Update Committee fee application tracking chart | 0.30 | 33.00 |
| MTH | Review correspondence from MS re PSZY fee application for March 2010 | 0.10 | 36.00 |
| 07/09/2010 |  |  |  |
| KH | Review May fee application of Kramer Levin(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review May fee application of Bilzin Sumberg(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review June fee application of Alan Rich(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April fee application of Beveridge & Diamond(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review May fee application of Beveridge & Diamond(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January-March Interim fee application of Beveridge & Diamond(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review May fee application of K&E(.1); Update Grace Weekly |  |  |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review May fee application of Capstone Advisory(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review June fee application of Warren Smith(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review May fee application of Ogilvy Renault(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| MTH | Review correspondence from TB re Saul Ewing fee application | 0.10 | 36.00 |

07/13/2010
| MTH | Reviewing Debtors' statement of amounts paid to ordinary course professionals | 0.20 | 72.00 |

07/14/2010
| MTH | Review correspondence from PB re Woodcock fee application | 0.10 | 36.00 |
| MTH | Reviewing correspondence from PB (x2) re Nelson Mullins and Casner and Edwards fee applications | 0.20 | 72.00 |
| MTH | Review correspondence from PB re Woodcock fee application | 0.10 | 36.00 |

07/15/2010
| MTH | Review correspondence from PB re Nelson fee application | 0.10 | 36.00 |
| MTH | Review correspondence from PB re Nelson April 2010 fee application | 0.10 | 36.00 |

07/16/2010
| KCD | Review and sign CNO re: AKO application | 0.20 | 68.00 |
| KCD | Review and sign CNO re: Charter Oak | 0.20 | 68.00 |
| KCD | Review and sign CNO re: C&D | 0.20 | 68.00 |
| MTH | Review correspondence from YS re PWC CNO | 0.10 | 36.00 |
| SMB | Review March Fee Application of Pachulski Stang Ziehl & Jones LLP (.1); Update W.R. Grace Weekly Recommendation Memorandum (.1) | 0.20 | 20.00 |
| SMB | Review May Fee Application of Saul Ewing LLP (.1); Update W.R. Grace Weekly Recommendation Memorandum (.1) | 0.20 | 20.00 |
| SMB | Review May Fee Application of Nelson Mullins Riley & Scarborough LLP (.1); Update W.R. Grace Weekly Recommendation Memorandum (.1) | 0.20 | 20.00 |
| SMB | Review May Fee Application of Casner & Edwards LLP (.1); Update W.R. Grace Weekly Recommendation Memorandum (.1) | 0.20 | 20.00 |
| SMB | Review April Fee Application of Nelson Mullins Riley & Scarborough LLP (.1); Update W.R. Grace Weekly Recommendation Memorandum (.1) | 0.20 | 20.00 |
| SMB | Review Jan-March 2010 Fee Application of Pachulski Stang Ziehl & Jones LLP (.1); Update W.R. Grace Weekly Recommendation Memorandum (.1) | 0.20 | 20.00 |
| SMB | Review July-September 2009 Interim Fee Application of Nelson Mullins Riley & Scarborough LLP (.1); Update W.R. Grace Weekly Recommendation Memorandum (.1) | 0.20 | 20.00 |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **07/20/2010** | | | | |
| | KH | Review case docket for objections to C&D May Fee Application(.1); Prepare Certificate of No Objection(.2) | 0.30 | 33.00 |
| | KH | Review case docket for objections to Charter Oak May Fee Application(.1); Prepare Certificate of No Objection(.2) | 0.30 | 33.00 |
| | KH | Review case docket for objections to AKO May Fee Application(.1); Prepare Certificate of No Objection(.2) | 0.30 | 33.00 |
| | MTH | Review correspondence from DF re CNO's for four fee applications | 0.10 | 36.00 |
| **07/21/2010** | | | | |
| | MTH | Review correspondence from D.M. re fee application for Capstone | 0.10 | 36.00 |
| | SMB | Review and file CNO re: Application of Caplin & Drysdale, Chartered for the Month of May 2010 | 0.20 | 20.00 |
| | SMB | Review and file CNO re: Application of Charter Oak Financial for the Month of May 2010 | 0.20 | 20.00 |
| | SMB | Review and file CNO re: Application of Anderson Kill for the Month of May 2010 | 0.20 | 20.00 |
| **07/22/2010** | | | | |
| | MTH | Review correspondence from YS (x3) re fee applications | 0.20 | 72.00 |
| **07/23/2010** | | | | |
| | SMB | Review January through March 2010 Interim Application of Alan B. Rich, Esquire (.1): Update weekly recommendation memorandum (.1) | 0.20 | 20.00 |
| | SMB | Review  March 2010 Interim Application of Nelson Mullins Riley & Scarborough LLP (.1): Update weekly recommendation memorandum (.1) | 0.20 | 20.00 |
| | SMB | Review May 2010 Application of Pricewaterhousecoopers LLP (.1): Update weekly recommendation memorandum (.1) | 0.20 | 20.00 |
| | SMB | Review March 2010 Application of Pricewaterhousecoopers LLP (.1): Update weekly recommendation memorandum (.1) | 0.20 | 20.00 |
| | SMB | Review April through May 2010 Interim Application of Pricewaterhousecoopers LLP (.1): Update weekly recommendation memorandum (.1) | 0.20 | 20.00 |
| | SMB | Review June 2010 Application of Capstone Advisory Group LLC (.1): Update weekly recommendation memorandum (.1) | 0.20 | 20.00 |
| **07/27/2010** | | | | |
| | MTH | Review correspondence from KH re three monthly fee applications | 0.20 | 72.00 |
| | MTH | Review correspondence from TB re CNO on KL monthly fee application | 0.10 | 36.00 |
| **07/28/2010** | | | | |
| | MTH | Review correspondence from PB re Foley fee application | 0.10 | 36.00 |
| | MTH | Review correspondence from D.M. re SS&L June fee application | 0.10 | 36.00 |
| | MTH | Review correspondence from K. Harvey re three monthly fee applications | 0.20 | 72.00 |

Page: 5
07/31/2010
ACCOUNT NO:        3000-13D
STATEMENT NO:              95

W.R. Grace

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| **07/29/2010** | | | |
| MTH | Review correspondence from TB re Saul Ewing fee application | 0.10 | 36.00 |
| **07/30/2010** | | | |
| MTH | Review correspondence from DF re Orrick June fee application | 0.10 | 36.00 |
| SMB | Review June 2010 Application of Saul Ewing LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 20.00 |
| SMB | Review June 2010 Application of The Law Office f Janet S. Baer, P.C. (.1); Update weekly recommendation memorandum (.1) | 0.20 | 20.00 |
| SMB | Review June 2010 Application of Foley Hoag LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 20.00 |
| SMB | Review June 2010 Application of Reed Smith LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 20.00 |
| SMB | Review June 2010 Application of Stroock & Stroock & Lavan LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 20.00 |
| SMB | Review June 2010 Application of Ferry Joseph & Pearce P.A. (.1); Update weekly recommendation memorandum (.1) | 0.20 | 20.00 |
| SMB | Review June 2010 Application of Lauzon Belanger (.1); Update weekly recommendation memorandum (.1) | 0.20 | 20.00 |
| SMB | Review June 2010 Application of McCarter English LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 20.00 |
| SMB | Review June 2010 Application of Scarfone Hawkins LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 20.00 |
| SMB | Review June 2010 Application of The Hogan Firm (.1); Update weekly recommendation memorandum (.1) | 0.20 | 20.00 |
| | FOR CURRENT SERVICES RENDERED | 16.20 | 2,593.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 5.20 | $100.00 | $520.00 |
| Mark T. Hurford | 2.90 | 360.00 | 1,044.00 |
| Kathleen Campbell Davis | 0.60 | 340.00 | 204.00 |
| Katherine Hemming | 7.50 | 110.00 | 825.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 2,593.00 |

| | | |
|---|---|---|
| 07/02/2010 | Payment - Thank you.  (March, 2010 - 80% Fees) | -4,116.00 |
| 07/02/2010 | Payment - Thank you.  (October, 2009 - 20% Fees) | -419.50 |
| 07/02/2010 | Payment - Thank you.  (November, 2009 - 20% Fees) | -694.90 |
| 07/02/2010 | Payment - Thank you.  (December, 2009 - 20% Fees) | -790.40 |
| | TOTAL PAYMENTS | -6,020.80 |

W.R. Grace

Fee Applications, Others

BALANCE DUE                                                              $14,991.10

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 07/31/2010 |
| Wilmington  DE | ACCOUNT NO:      3000-14D |
|  | STATEMENT NO:            72 |

Financing


PREVIOUS BALANCE                                                      $280.80

BALANCE DUE                                                          $280.80


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                               07/31/2010
Wilmington  DE                                             ACCOUNT NO:        3000-15D
                                                           STATEMENT NO:             110


Hearings


PREVIOUS BALANCE                                                              $12,318.85

                                                                   HOURS
07/06/2010
      MTH      Review correspondence from DF and JON re July hearing          0.10        36.00

07/08/2010
      MTH      Correspondence re hearing preparations, logistics              0.10        36.00
      MTH      Review correspondence from JB re July hearing and response to same
               from PVNL                                                      0.10        36.00

07/09/2010
      MTH      Correspondence and communications re hearing preparations      0.20        72.00

07/13/2010
      MTH      Review correspondence from JB re telephonic hearing            0.10        36.00
      MTH      Preparing for hearing and communications re same               0.40       144.00
      MTH      Correspondence to and from PVNL re July hearing                0.10        36.00
      MTH      Correspondence to counsel re Amended Agenda                     0.10        36.00
      MTH      Reviewing Amended Agenda                                        0.10        36.00

07/14/2010
      MTH      Attending omnibus hearing and meeting with PVNL                 0.50       180.00

07/19/2010
      MTH      Review correspondence from DF re July hearing, reviewing information
               re same and response to same                                   0.30       108.00

07/29/2010
      MTH      Reviewing correspondence from JON re preliminary agenda, reviewing
               same and correspondence to PVNL re same                        0.30       108.00
      MTH      Correspondence to KCD re preliminary agenda and discussion re same   0.20    72.00

Page: 2

W.R. Grace
07/31/2010

ACCOUNT NO:    3000-15D
STATEMENT NO:    110

Hearings

|  | | | HOURS | |
|---|---|---|---|---|
| 07/30/2010 | | | | |
| MTH | Correspondence re preparations for August 9 hearing | | 0.10 | 36.00 |
| | FOR CURRENT SERVICES RENDERED | | 2.70 | 972.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 2.70 | $360.00 | $972.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 972.00 |

| | | |
|---|---|---|
| 07/02/2010 | Payment - Thank you.  (March, 2010 - 80% Fees) | -792.80 |
| 07/02/2010 | Payment - Thank you.  (October, 2009 - 20% Fees) | -1,589.00 |
| 07/02/2010 | Payment - Thank you.  (November, 2009 - 20% Fees) | -239.80 |
| 07/02/2010 | Payment - Thank you.  (December, 2009 - 20% Fees) | -267.80 |
| | TOTAL PAYMENTS | -2,889.40 |
| | BALANCE DUE | $10,401.45 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

| | | Page: 1 |
|---|---|---|
| | | 07/31/2010 |
| ACCOUNT NO: | | 3000-16D |
| STATEMENT NO: | | 95 |

Litigation and Litigation Consulting

PREVIOUS BALANCE                                                    -$2,291.40

HOURS

07/01/2010
    MTH        Reviewing Order entered dismissing Debtor's Motion to re-open
               adversary                                              0.10        36.00

07/06/2010
    MTH        Reviewing Debtors' Motion to re-open adversary matters    0.10        36.00
               FOR CURRENT SERVICES RENDERED                          0.20        72.00

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.20 | $360.00 | $72.00 |

TOTAL CURRENT WORK                                                     72.00

07/02/2010    Payment - Thank you.  (March, 2010 - 80% Fees)          -115.20

CREDIT BALANCE                                                    -$2,334.60

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2010
ACCOUNT NO:      3000-17D
STATEMENT NO:               95

Plan and Disclosure Statement

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $17,694.40 |

| | | | HOURS | |
|---|---|---|---|---|
| 07/01/2010 | | | | |
| | MTH | Telephone conference with JON re judicial notice filing | 0.20 | 72.00 |
| | MTH | Various correspondence re finalizing Request for Judicial Notice, reviewing final version of same and authority re signatures for same; correspondence re arrangements for filing and service of same | 1.40 | 504.00 |
| | MTH | Reviewing Order entered re Harper Insurance | 0.10 | 36.00 |
| 07/06/2010 | | | | |
| | DAC | Review memorandum regarding TIG insurance settlement | 0.20 | 95.00 |
| 07/23/2010 | | | | |
| | MTH | Correspondence re Court's entry of Order approving request for judicial notice | 0.10 | 36.00 |
| 07/26/2010 | | | | |
| | MTH | Reviewing Order entered re Judicial Notice Request re Garlock | 0.10 | 36.00 |
| 07/30/2010 | | | | |
| | MTH | Reviewing Debtors' Motion re settlement with TIG | 0.80 | 288.00 |
| | | FOR CURRENT SERVICES RENDERED | 2.90 | 1,067.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.20 | $475.00 | $95.00 |
| Mark T. Hurford | 2.70 | 360.00 | 972.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 1,067.00 |

Page: 2

W.R. Grace

07/31/2010

ACCOUNT NO:    3000-17D

STATEMENT NO:    95

Plan and Disclosure Statement

| | | |
|---|---|---|
| 07/02/2010 | Payment - Thank you.  (March, 2010 - 80% Fees) | -1,555.20 |
| 07/02/2010 | Payment - Thank you.  (October, 2009 - 20% Fees) | -2,587.80 |
| 07/02/2010 | Payment - Thank you.  (November, 2009 - 20% Fees) | -3,760.30 |
| 07/02/2010 | Payment - Thank you.  (December, 2009 - 20% Fees) (Fee auditor reduced fee payment by $44.00; amount should have been $2,323.00) | -2,279.00 |
| | TOTAL PAYMENTS | -10,182.30 |
| | BALANCE DUE | $8,579.10 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 07/31/2010 |
| Wilmington  DE | ACCOUNT NO:        3000-18D |
|  | STATEMENT NO:               95 |

Relief from Stay Proceedings

| | | |
|---|---|---|
| PREVIOUS BALANCE | | -$179.70 |

| | | |
|---|---|---|
| 07/02/2010 | Payment - Thank you.  (October, 2009 - 20% Fees) | -28.00 |
| 07/02/2010 | Payment - Thank you.  (December, 2009 - 20% Fees) | -14.00 |
| | TOTAL PAYMENTS | -42.00 |
| | CREDIT BALANCE | -$221.70 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 07/31/2010 |
| Wilmington  DE | ACCOUNT NO:      3000-20D |
|  | STATEMENT NO:              94 |

Tax Litigation

| | |
|---|---|
| PREVIOUS BALANCE | $468.80 |
| BALANCE DUE | $468.80 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2010
ACCOUNT NO:      3000-21D
STATEMENT NO:           86

Travel-Non-Working

| | |
|---|---:|
| PREVIOUS BALANCE | $635.40 |
| | |
| 07/02/2010   Payment - Thank you.  (October, 2009 - 20% Fees) | -301.00 |
| | |
| BALANCE DUE | $334.40 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2010
ACCOUNT NO:        3000-22D
STATEMENT NO:              99

Valuation

PREVIOUS BALANCE                                                                $1,185.00

BALANCE DUE                                                                      $1,185.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
07/31/2010

W.R. Grace
Wilmington  DE                                    ACCOUNT NO:       3000-23D
                                                  STATEMENT NO:              99

ZAI Science Trial

PREVIOUS BALANCE                                               $1,203.30

BALANCE DUE                                                    $1,203.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2010
ACCOUNT NO:         3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 140.00 | 0.00 | 0.00 | 0.00 | -140.00 | $0.00 |
| 3000-02 Asset Disposition | | | | | |
| 146.00 | 36.00 | 0.00 | 0.00 | -65.50 | $116.50 |
| 3000-03 Business Operations | | | | | |
| 35.60 | 0.00 | 0.00 | 0.00 | -14.00 | $21.60 |
| 3000-04 Case Administration | | | | | |
| 1,812.37 | 440.00 | 0.00 | 0.00 | -684.20 | $1,568.17 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 5,099.60 | 36.00 | 0.00 | 0.00 | -1,910.20 | $3,225.40 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 3,717.90 | 540.00 | 0.00 | 0.00 | -126.00 | $4,131.90 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 22,622.54 | 5,982.00 | 0.00 | 0.00 | -7,192.10 | $21,412.44 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 2,830.10 | 36.00 | 0.00 | 0.00 | -979.20 | $1,886.90 |
| 3000-09 Employee Applications, Applicant | | | | | |
| 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | $20.00 |
| 3000-10 Employment Applications, Others | | | | | |
| 1,180.30 | 0.00 | 0.00 | 0.00 | -400.00 | $780.30 |

W.R. Grace

ACCOUNT NO:          3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-11 Expenses | | | | | |
| 7,587.68 | 0.00 | 866.78 | 0.00 | -1,678.90 | $6,775.56 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 5,883.90 | 373.00 | 0.00 | 0.00 | -1,678.00 | $4,578.90 |
| 3000-13 Fee Applications, Others | | | | | |
| 18,418.90 | 2,593.00 | 0.00 | 0.00 | -6,020.80 | $14,991.10 |
| 3000-14 Financing | | | | | |
| 280.80 | 0.00 | 0.00 | 0.00 | 0.00 | $280.80 |
| 3000-15 Hearings | | | | | |
| 12,318.85 | 972.00 | 0.00 | 0.00 | -2,889.40 | $10,401.45 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -2,291.40 | 72.00 | 0.00 | 0.00 | -115.20 | -$2,334.60 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 17,694.40 | 1,067.00 | 0.00 | 0.00 | -10,182.30 | $8,579.10 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -179.70 | 0.00 | 0.00 | 0.00 | -42.00 | -$221.70 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 635.40 | 0.00 | 0.00 | 0.00 | -301.00 | $334.40 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 100,810.34 | 12,147.00 | 866.78 | 0.00 | -34,418.80 | $79,405.32 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.