**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
08/31/2010
ACCOUNT NO:      3000-02D
STATEMENT NO:            111

Asset Disposition

| | |
|---|---|
| PREVIOUS BALANCE | $116.50 |
| 08/03/2010    Payment - Thank you.  (April, 2010 - 80% Fees) | -28.80 |
| BALANCE DUE | $87.70 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
08/31/2010
ACCOUNT NO:        3000-03D
STATEMENT NO:              98

Business Operations

PREVIOUS BALANCE                                                              $21.60

BALANCE DUE                                                                  $21.60

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace
08/31/2010

Wilmington  DE
ACCOUNT NO:     3000-04D
STATEMENT NO:          111

Case Administration

|  |  | HOURS |  |
|---|---|---|---|
| PREVIOUS BALANCE |  |  | $1,568.17 |
| 08/05/2010 |  | HOURS |  |
| PEM | Review Debtor-In-Possession Monthly Operating Report for Filing Period June 1, 2010 Through June 30, 2010. | 0.70 | 290.50 |
| 08/09/2010 |  |  |  |
| MTH | Reviewing various correspondence re subrogation claim and correspondence to and from MRE re same; reviewing correspondence from PVNL re same | 0.20 | 72.00 |
| 08/11/2010 |  |  |  |
| MTH | Reviewing correspondence re creditor inquiry from PVNL and JB | 0.10 | 36.00 |
| 08/16/2010 |  |  |  |
| MTH | Reviewing correspondence re subrogation claim re asbestos personal injury claim | 0.20 | 72.00 |
|  | FOR CURRENT SERVICES RENDERED | 1.20 | 470.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.70 | $415.00 | $290.50 |
| Mark T. Hurford | 0.50 | 360.00 | 180.00 |
| TOTAL CURRENT WORK |  |  | 470.50 |

| 08/03/2010 | Payment - Thank you.  (April, 2010 - 80% Fees) |  | -232.40 |
|---|---|---|---|
| 08/03/2010 | Payment - Thank you.  (May, 2010 - 80% Fees) |  | -108.00 |
|  | TOTAL PAYMENTS |  | -340.40 |

Page: 2
08/31/2010

W.R. Grace

ACCOUNT NO:      3000-04D
STATEMENT NO:         111

Case Administration


BALANCE DUE                                                    $1,698.27


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 08/31/2010 |
| Wilmington  DE | ACCOUNT NO:    3000-05D |
|  | STATEMENT NO:          111 |

Claims Analysis Objection & Resolution (Asbestos)

|  |  |  |
|---|---|---|
| | PREVIOUS BALANCE | $3,225.40 |
| 08/03/2010 | Payment - Thank you.  (April, 2010 - 80% Fees) | -57.60 |
| 08/03/2010 | Payment - Thank you.  (May, 2010 - 80% Fees) | -144.00 |
| | TOTAL PAYMENTS | -201.60 |
| | BALANCE DUE | $3,023.80 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 08/31/2010 |
| Wilmington  DE | ACCOUNT NO:        3000-06D |
|  | STATEMENT NO:              111 |

Claims Analysis Objection & Resol. (Non-Asbestos)

|  |  |  |  |
|---|---|---|---|
| PREVIEW BALANCE |  |  | $4,131.90 |

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 08/02/2010 |  |  |  |  |
| MTH | Review correspondence from DF re Plum Creek motion |  | 0.10 | 36.00 |
|  | FOR CURRENT SERVICES RENDERED |  | 0.10 | 36.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.10 | $360.00 | $36.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 36.00 |

|  |  |  |
|---|---|---|
| 08/03/2010 | Payment - Thank you.  (April, 2010 - 80% Fees) | -144.00 |
| 08/03/2010 | Payment - Thank you. (May, 2010 - 80% Fees) | -1,714.40 |
|  | TOTAL PAYMENTS | -1,858.40 |
|  | BALANCE DUE | $2,309.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

| | | |
|---|---|---|
| | | Page: 1 |
| W.R. Grace | | 08/31/2010 |
| Wilmington  DE | ACCOUNT NO: | 3000-07D |
| | STATEMENT NO: | 111 |

Committee, Creditors, Noteholders, Equity Holders

PREVIOUS BALANCE $21,412.44

| Date | Atty | Description | HOURS | |
|---|---|---|---|---|
| 08/02/2010 | | | | |
| | PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 41.50 |
| | MK | Review committee events calendar and update attorney case calendar. | 0.10 | 13.50 |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 8.50 |
| | DAC | Review memorandum re: $5.8M settlement with Gerling | 0.30 | 142.50 |
| | PEM | Review memo from counsel re: Proposed Gerling Insurance Coverage Settlement. | 0.20 | 83.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| | MTH | Review correspondence from EI re Gerling settlement | 0.30 | 108.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | MTH | Review correspondence from SB re weekly recommendation memo | 0.10 | 36.00 |
| 08/03/2010 | | | | |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 8.50 |
| | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| | SMB | Coordinate logistics for hearing on 8/9/10; e-mail confirmation of same to Peter Lockwood | 0.20 | 20.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| 08/04/2010 | | | | |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 8.50 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| | KH | Meet with MTH re: Order Reopening adversary cases; Review Motion to Reopen Cases and Order, Motion to Transfer Jurisdiction, Motion to Approve Fraudulent Conveyance Fee Applications, and C&D Fraudulent Conveyance Interim Applications and meet with MTH re: the same | 1.30 | 143.00 |

Page: 2
08/31/2010
W.R. Grace

ACCOUNT NO:        3000-07D
STATEMENT NO:           111

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | MTH | Review daily memo | 0.10 | 36.00 |
| 08/05/2010 |  |  |  |  |
|  | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
|  | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
|  | MTH | Review daily memo | 0.10 | 36.00 |
|  | MTH | Review correspondence from EI re Gerling settlement | 0.10 | 36.00 |
| 08/06/2010 |  |  |  |  |
|  | MK | Review committee events calendar. | 0.10 | 13.50 |
|  | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 8.50 |
|  | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
|  | PEM | Review weekly recommendation memo re: pending motions and matters. | 0.20 | 83.00 |
|  | SMB | Prepare weekly recommendation memorandum | 0.60 | 60.00 |
|  | MTH | Review daily memo | 0.10 | 36.00 |
|  | MTH | Prepare weekly recommendation memo | 1.00 | 360.00 |
|  | MTH | Review correspondence from SB to Committee re weekly recommendation memo | 0.10 | 36.00 |
| 08/09/2010 |  |  |  |  |
|  | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 8.50 |
|  | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
|  | DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| 08/10/2010 |  |  |  |  |
|  | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 8.50 |
|  | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| 08/11/2010 |  |  |  |  |
|  | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 8.50 |
|  | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| 08/12/2010 |  |  |  |  |
|  | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
|  | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
|  | MTH | Correspondence to and from SB re recently filed motions for weekly recommendation memo | 0.20 | 72.00 |
|  | MTH | Correspondence to SB re National Union Stipulation and reviewing correspondence from SB to PVNL re same | 0.10 | 36.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 08/13/2010 |  |  |  |  |
| | PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 41.50 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.50 | 50.00 |
| | MTH | Prepare weekly recommendation memo | 0.80 | 288.00 |
| | MTH | Review correspondence from SB to Committee re weekly recommendation memo | 0.10 | 36.00 |
| 08/15/2010 |  |  |  |  |
| | DAC | Review e-mails re: Hartford settlement and agreement, for $25M | 0.40 | 190.00 |
| | DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| 08/16/2010 |  |  |  |  |
| | MK | Review committee events calendar. | 0.10 | 13.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| | MTH | Review daily memo for August 16, 2010 | 0.10 | 36.00 |
| | MTH | Reviewing correspondence from RMH (x2), EI (x2) and SK re discussion of proposed Hartford settlement | 0.40 | 144.00 |
| | MTH | Reviewing daily memorandum from August 13, 2010 | 0.10 | 36.00 |
| | MTH | Reviewing daily memorandum for August 12, 2010 | 0.10 | 36.00 |
| | MTH | Review correspondence from RH re insurance settlement and draft agreement | 0.50 | 180.00 |
| | MTH | Reviewing daily memo for August 11 | 0.10 | 36.00 |
| | MTH | Reviewing daily memo for August 10 | 0.10 | 36.00 |
| | MTH | Reviewing daily memo for August 9 | 0.10 | 36.00 |
| 08/17/2010 |  |  |  |  |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| 08/18/2010 |  |  |  |  |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | MTH | Telephone conference with M. Thiel re status and questions re case | 0.20 | 72.00 |
| | MTH | Correspondence to claimant counsel M. Thiel | 0.10 | 36.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |

W.R. Grace

Page: 4
08/31/2010
ACCOUNT NO:        3000-07D
STATEMENT NO:            111

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 08/19/2010 |  |  |  |  |
|  | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
|  | KH | Review Pleadings; preparation, retrieval and distribution of documents relating to daily memo | 0.40 | 44.00 |
|  | MTH | Review daily memo | 0.10 | 36.00 |
| 08/20/2010 |  |  |  |  |
|  | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
|  | SMB | Prepare weekly recommendation memorandum | 0.30 | 30.00 |
|  | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
|  | MTH | Review daily memo | 0.10 | 36.00 |
|  | MTH | Prepare weekly recommendation memo | 0.50 | 180.00 |
|  | MTH | Review correspondence from SB to Committee re weekly recommendation memo | 0.10 | 36.00 |
| 08/23/2010 |  |  |  |  |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
|  | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
|  | MTH | Review daily memo | 0.10 | 36.00 |
|  | DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| 08/24/2010 |  |  |  |  |
|  | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
|  | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
|  | MTH | Review daily memo | 0.10 | 36.00 |
| 08/25/2010 |  |  |  |  |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
|  | MTH | Review daily memo | 0.10 | 36.00 |
|  | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| 08/26/2010 |  |  |  |  |
|  | PEM | Telephone conference with ACM re: insurance CIP agreements. | 0.20 | 83.00 |
|  | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
|  | MTH | Review daily memo | 0.10 | 36.00 |
|  | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |

Page: 5
08/31/2010

W.R. Grace

ACCOUNT NO:    3000-07D
STATEMENT NO:    111

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **08/27/2010** |  |  |  |  |
|  | PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 41.50 |
|  | MTH | Prepare weekly recommendation memo | 0.50 | 180.00 |
|  | MTH | Review correspondence from SB to Committee re weekly recommendation memo | 0.10 | 36.00 |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
|  | SMB | Prepare weekly recommendation memorandum | 0.30 | 30.00 |
|  | MTH | Review daily memo | 0.10 | 36.00 |
|  | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
|  | DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| **08/30/2010** |  |  |  |  |
|  | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
|  | MTH | Review daily memo | 0.10 | 36.00 |
|  | MTH | Telephone conference with claimant creditor re status of Plan Confirmation | 0.10 | 36.00 |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
|  | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| **08/31/2010** |  |  |  |  |
|  | MTH | Review daily memo | 0.10 | 36.00 |
|  | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
|  | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
|  |  | FOR CURRENT SERVICES RENDERED | 20.20 | 5,138.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 1.50 | $475.00 | $712.50 |
| Philip E. Milch | 1.80 | 415.00 | 747.00 |
| Michele Kennedy | 0.30 | 135.00 | 40.50 |
| Santae M. Boyd | 4.50 | 100.00 | 450.00 |
| Mark T. Hurford | 7.50 | 360.00 | 2,700.00 |
| Katherine Hemming | 3.90 | 110.00 | 429.00 |
| Freddie Koenig-Leuck | 0.70 | 85.00 | 59.50 |

TOTAL CURRENT WORK                                                         5,138.50


| 08/03/2010 | Payment - Thank you.  (April, 2010 - 80% Fees) | -5,189.60 |
|---|---|---|
| 08/03/2010 | Payment - Thank you.  (May, 2010 - 80% Fees) | -3,349.60 |

Page: 6
08/31/2010

W.R. Grace

ACCOUNT NO:        3000-07D
STATEMENT NO:              111

Committee, Creditors, Noteholders, Equity Holders


TOTAL PAYMENTS                                                    -8,539.20

BALANCE DUE                                                    $18,011.74


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                      08/31/2010
Wilmington  DE                                          ACCOUNT NO:       3000-08D
                                                        STATEMENT NO:            110

Employee Benefits/Pension

PREVIOUS BALANCE                                                          $1,886.90

BALANCE DUE                                                               $1,886.90

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**


Page: 1
W.R. Grace                                                                                      08/31/2010
Wilmington  DE                                              ACCOUNT NO:      3000-09D
                                                            STATEMENT NO:              50


Employee Applications, Applicant


PREVIOUS BALANCE                                                                  $20.00

BALANCE DUE                                                                       $20.00


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 08/31/2010 |
| Wilmington  DE | ACCOUNT NO:      3000-10D |
|  | STATEMENT NO:          111 |

Employment Applications, Others

| | |
|---|---|
| PREVIOUS BALANCE | $780.30 |

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 08/05/2010 | | | | |
| | MTH | Reviewing status of motions re payment of remainder of Sealed Air and Fresenius litigation and discussion with KLH re same | 0.40 | 144.00 |
| | | FOR CURRENT SERVICES RENDERED | 0.40 | 144.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.40 | $360.00 | $144.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 144.00 |
| BALANCE DUE | $924.30 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 08/31/2010 |
| Wilmington  DE | ACCOUNT NO:    3000-11D |
|  | STATEMENT NO:         109 |

Expenses

| | PREVIOUS BALANCE | $6,775.56 |
|---|---|---|

| Date | Description | Amount |
|---|---|---|
| 08/01/2010 | Pacer charges for the month of July | 72.96 |
| 08/03/2010 | Parcels - copy/service - June Monthly Fee Application - Caplin Drysdale | 369.21 |
| 08/03/2010 | Parcels - hand delivery- June Monthly Fee Application | 58.00 |
| 08/13/2010 | Parcels - hand delivery - (5) Interim Applications | 45.00 |
| 08/13/2010 | Parcels - copy/service - (5) Interim Application Fees | 837.41 |
| 08/25/2010 | Parcels - hand delivery - Certificate of No Objection to June Fee Application | 40.00 |
| 08/25/2010 | Parcels - copy /service - Certificate of No Objection to June Fee Application of Caplin and Drysdale | 71.69 |
| 08/27/2010 | Courtcall appearance of MTH on 7/14/10 at 10 a.m. | 51.00 |
| 08/31/2010 | Printing - August | 95.30 |
| 08/31/2010 | Scanning - August | 8.20 |
| | TOTAL EXPENSES | 1,648.77 |
| | TOTAL CURRENT WORK | 1,648.77 |
| 08/03/2010 | Payment - Thank you.  (April, 2010 - 100% Expenses) | -619.16 |
| 08/03/2010 | Payment - Thank you.  (May, 2010 - 100% Expenses) | -1,805.49 |
| | TOTAL PAYMENTS | -2,424.65 |
| | BALANCE DUE | $5,999.68 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
08/31/2010

W.R. Grace
Wilmington  DE

ACCOUNT NO:      3000-12D
STATEMENT NO:            109

Fee Applications, Applicant

| | | HOURS | |
|---|---|---|---|
| | PREVIOUS BALANCE | | $4,578.90 |
| **08/02/2010** | | | |
| KCD | Review C&L application | 0.30 | 102.00 |
| KH | Prepare Excel spreadsheet for C&L June re: professional hours v. project categories | 0.40 | 44.00 |
| **08/03/2010** | | | |
| KH | Review e-mail from DS re: June bill(.1); Prepare C&L June Fee Application(.6); Finalize and e-file fee application(.3) | 1.00 | 110.00 |
| **08/04/2010** | | | |
| PEM | Review July prebill re: Pgh time. | 0.20 | 83.00 |
| **08/06/2010** | | | |
| MTH | Reviewing pre-bill | 0.80 | 288.00 |
| KH | Review and update July pre-bill | 0.30 | 33.00 |
| **08/09/2010** | | | |
| KH | Review April-June spreadsheets and prepare C&L April-June Interim Fee Application | 1.20 | 132.00 |
| **08/11/2010** | | | |
| KCD | Review C&L interim | 0.30 | 102.00 |
| **08/13/2010** | | | |
| KH | Finalize and e-file C&L April-June Interim Fee Application | 0.30 | 33.00 |
| **08/25/2010** | | | |
| KCD | Review and sign CNO re: C&L application | 0.20 | 68.00 |
| KH | Review case docket for objections to C&L June Fee Application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |

W.R. Grace

| | ACCOUNT NO: | 3000-12D |
|---|---|---|
| | STATEMENT NO: | 109 |

Fee Applications, Applicant

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 08/31/2010 | | | | |
| KH | Prepare Excel spreadsheet for C&L July re: professional hours v. project categories | | 0.40 | 44.00 |
| KH | Review e-mail from DS re: C&L July bill(.1); Prepare C&L July Fee Application | | 0.80 | 88.00 |
| | FOR CURRENT SERVICES RENDERED | | 6.70 | 1,182.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.20 | $415.00 | $83.00 |
| Mark T. Hurford | 0.80 | 360.00 | 288.00 |
| Kathleen Campbell Davis | 0.80 | 340.00 | 272.00 |
| Katherine Hemming | 4.90 | 110.00 | 539.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 1,182.00 |

| 08/03/2010 | Payment - Thank you.  (April, 2010 - 80% Fees) | -692.80 |
|---|---|---|
| 08/03/2010 | Payment - Thank you.  (May, 2010 - 80% Fees) | -655.20 |
| | TOTAL PAYMENTS | -1,348.00 |
| | BALANCE DUE | $4,412.90 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                        08/31/2010
Wilmington  DE                                                      ACCOUNT NO:         3000-13D
                                                                   STATEMENT NO:              96

Fee Applications, Others

PREVIOUS BALANCE                                                                          $14,991.10

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 08/02/2010 | | | | |
| | KCD | Review Charter Oak application | 0.30 | 102.00 |
| | KCD | Review C&D application | 0.30 | 102.00 |
| | KCD | Review AKO application | 0.30 | 102.00 |
| | MTH | Review correspondence from DP re K&E fee application | 0.10 | 36.00 |
| | MTH | Review correspondence from T.C. re Saul Ewing CNO | 0.10 | 36.00 |
| 08/03/2010 | | | | |
| | KH | Review e-mail from E. Benetos re: C&D June Fee Application(.1); Update C&D Fee Application(.3); Finalize and e-file fee application(.3) | 0.70 | 77.00 |
| | KH | Review e-mail from A. Pelton re: AKO June bill(.1); Prepare AKO Fee Application(.6); Finalize and e-file fee application(.3) | 1.00 | 110.00 |
| | KH | Review e-mail from B. Lindsay re: Charter Oak June bill(.1); Prepare Charter Oak June Fee Application(.6); Finalize and e-file fee application(.3) | 1.00 | 110.00 |
| | MTH | Review correspondence from LE re KS fee application | 0.10 | 36.00 |
| 08/05/2010 | | | | |
| | KH | Update Committee Fee Application Tracking Chart | 0.40 | 44.00 |
| | KH | Review June Fee Application of Duane Morris(.1); Update Grace weekly recommendation memo(.1) | 0.20 | 22.00 |
| | KH | Review June Fee Application of Orrick Herrington(.1); Update Grace weekly recommendation memo(.1) | 0.20 | 22.00 |
| | KH | Review April-June Interim Fee Application of Janet Baer(.1); Update Grace weekly recommendation memo(.1) | 0.20 | 22.00 |
| | KH | Review April Fee Application of Pachulski(.1); Update Grace weekly recommendation memo(.1) | 0.20 | 22.00 |
| | KH | Review June Fee Application of Day Pitney(.1); Update Grace weekly recommendation memo(.1) | 0.20 | 22.00 |
| | MTH | Review correspondence from T. Currier re Kramer Levin fee application | 0.10 | 36.00 |

W.R. Grace

Fee Applications, Others

| | | | HOURS | |
|---|---|---|---|---|
| | MTH | Review correspondence from L Ellis re Blackstone fee application | 0.10 | 36.00 |
| 08/06/2010 | | | | |
| | KH | Review July Fee Application of Alan Rich(.1); Update Grace weekly recommendation memo(.1) | 0.20 | 22.00 |
| | KH | Review June Fee Application of K&E(.1); Update Grace weekly recommendation memo(.1) | 0.20 | 22.00 |
| | KH | Review June Fee Application of Kaye Scholer(.1); Update Grace weekly recommendation memo(.1) | 0.20 | 22.00 |
| | KH | Review January-May Fee Application of Kaye Scholer(.1); Update Grace weekly recommendation memo(.1) | 0.20 | 22.00 |
| | KH | Review June Fee Application of Bilzin Sumberg(.1); Update Grace weekly recommendation memo(.1) | 0.20 | 22.00 |
| | KH | Review January-March Interim Fee Application of Steptoe & Johnson(.1); Update Grace weekly recommendation memo(.1) | 0.20 | 22.00 |
| | KH | Review May Fee Application of Steptoe & Johnson(.1); Update Grace weekly recommendation memo(.1) | 0.20 | 22.00 |
| | KH | Review June Fee Application of Steptoe & Johnson(.1); Update Grace weekly recommendation memo(.1) | 0.20 | 22.00 |
| | KH | Review June Fee Application of Blackstone Advisory(.1); Update Grace weekly recommendation memo(.1) | 0.20 | 22.00 |
| | KH | Review June Fee Application of Kramer Levin(.1); Update Grace weekly recommendation memo(.1) | 0.20 | 22.00 |
| | KH | Review April-June Interim Fee Application of Day Pitney(.1); Update Grace weekly recommendation memo(.1) | 0.20 | 22.00 |
| | MTH | Review correspondence from DF re multiple fee applications for Austern, Towers 21st Quarterly | 0.20 | 72.00 |
| | MTH | Review correspondence from Relief from Stay re Ogilvy fee application | 0.10 | 36.00 |
| 08/11/2010 | | | | |
| | KCD | Review LAS interim | 0.30 | 102.00 |
| | KCD | Review AKO interim | 0.30 | 102.00 |
| | KCD | Review Charter Oak interim | 0.30 | 102.00 |
| | KH | Prepare LAS April-June Interim Fee Application | 0.70 | 77.00 |
| | KH | Prepare AKO April-June Interim Fee Application | 1.10 | 121.00 |
| | KH | Prepare Charter Oak April-June Interim Fee Application | 0.90 | 99.00 |
| 08/12/2010 | | | | |
| | KH | Draft e-mail to B. Rapp re: April-June Interim Fee Application | 0.10 | 11.00 |
| | KH | Emails with E. Benetos re: C&D Interim Fee Application | 0.20 | 22.00 |
| | KH | Review July Fee Application of Warren Smith(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review April-June Interim Fee Application of Warren Smith(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review May Fee Application of David Austern(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |

Page: 3
W.R. Grace                                                                          08/31/2010
                                                           ACCOUNT NO:              3000-13D
                                                           STATEMENT NO:            96
Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| KH | Review January Fee Application of David Austern(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January-March Interim Fee Application of David Austern(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April-June Interim Fee Application of David Austern(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| **08/13/2010** | | | |
| KCD | Review C&D interim | 0.30 | 102.00 |
| KH | Review e-mail from E. Benetos re: C&D Interim Fee Application(.1); Update C&D Interim Fee Application(.3); Finalize and e-file C&D April-June Interim Fee Application(.3) | 0.70 | 77.00 |
| KH | Finalize and e-file Charter Oak April-June Interim Fee Application | 0.30 | 33.00 |
| KH | Finalize and e-file AKO April-June Interim Fee Application | 0.30 | 33.00 |
| KH | Finalize and e-file LAS April-June Interim Fee Application | 0.30 | 33.00 |
| KH | E-mail as filed April-June Interim Fee Applications to W. Smith | 0.10 | 11.00 |
| KH | Review June Fee Application of Ogilvy Renault(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January-March Interim Fee Application of Towers Watson(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January Fee Application of BMC Group(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review February Fee Application of BMC Group(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review March Fee Application of BMC Group(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January-March Interim Fee Application of BMC Group(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review May Fee Application of Pachulski(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review June Fee Application of Woodcock Washburn(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review June Fee Application of Casner & Edwards(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April-June Interim Fee Application of Ogilvy Renault(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April-June Interim Fee Application of Reed Smith(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| **08/16/2010** | | | |
| KCD | Draft summary re: fee issues | 0.20 | 68.00 |
| MTH | Reviewing correspondence from DKW re Beveridge fee application | 0.10 | 36.00 |
| MTH | Reviewing correspondence from YS re PWC 37th Quarterly Fee Application | 0.10 | 36.00 |
| MTH | Reviewing correspondence from TBB re Kramer Levin fee application | 0.10 | 36.00 |
| MTH | Review correspondence from YS re PWC fee application filings | 0.10 | 36.00 |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Reviewing correspondence (x6) re fee applications for Canadian counsel | 0.40 | 144.00 |
| MTH | Reviewing correspondence from DKW re Casner fee application | 0.10 | 36.00 |
| MTH | Reviewing correspondence from DKW re Ogilvy Renault fee application | 0.10 | 36.00 |
| MTH | Reviewing correspondence from DKW re Woodcock fee application | 0.10 | 36.00 |
| MTH | Reviewing correspondence from LE re PSZJ fee application | 0.10 | 36.00 |
| MTH | Reviewing correspondence from MS re BMC fee application | 0.10 | 36.00 |

08/17/2010

| MTH | Reviewing correspondence from D.M. re Stroock 37th Quarterly Fee Application | 0.10 | 36.00 |
|---|---|---|---|

08/18/2010

| MTH | Review correspondence from TBB re Saul Ewing 13th Fee Application | 0.10 | 36.00 |
|---|---|---|---|

08/20/2010

| KH | Review April-June Interim Application of Foley Hoag(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
|---|---|---|---|
| KH | Review April-June Interim Application of Lauzon Belanger(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April-June Interim Application of Scarfone Hawkins(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April-June Interim Application of The Hogan Firm(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April-June Interim Application of Kramer Levin(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April-June Interim Application of Bilzin Sumberg(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April-June Interim Application of Ferry Joseph(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April-June Interim Application of PwC(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April-June Interim Application of Duane Morris(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April-June Interim Application of Stroock & Stroock(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review June Fee Application of PwC(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review June Fee Application of Beveridge & Diamond(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July Fee Application of Duane Morris(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July Fee Application of Saul Ewing(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| MTH | Review correspondence from D.M. re Capstone fee application | 0.10 | 36.00 |
| MTH | Review correspondence from DF (x2) re Towers Watson and Orrick fee applications | 0.10 | 36.00 |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **08/24/2010** | | | | |
| | MTH | Review correspondence from TB re Saul Ewing's 12th Monthly | 0.10 | 36.00 |
| **08/25/2010** | | | | |
| | KCD | Review and sign CNO re: C&D application | 0.20 | 68.00 |
| | KCD | Review and sign CNO re: AKO application | 0.20 | 68.00 |
| | KCD | Review and sign CNO re: Charter Oak application | 0.20 | 68.00 |
| | KH | Review case docket for objections to C&D June Fee Application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| | KH | Review case docket for objections to AKO June Fee Application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| | KH | Review case docket for objections to Charter Oak June Fee Application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| | KH | E-mail as filed June CNOs to R. Finke | 0.10 | 11.00 |
| | MTH | Review correspondence from TB re Saul Ewing's Interim Fee Application | 0.10 | 36.00 |
| **08/27/2010** | | | | |
| | MTH | Review correspondence from PB re Deliotte fee applications for numerous months | 0.10 | 36.00 |
| | KH | Review June Fee Application of Towers Watson(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review June Fee Application of Orrick Herrington(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review April-June Interim Fee Application of Capstone Advisory(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| **08/30/2010** | | | | |
| | MTH | Review correspondence from TBB re Kramer Levin fee application | 0.10 | 36.00 |
| | MTH | Review correspondence from Daily memo re Stroock fee application for July 2010 | 0.10 | 36.00 |
| | MTH | Review correspondence from PB re J. Baer fee application | 0.10 | 36.00 |
| **08/31/2010** | | | | |
| | MTH | Review correspondence from KH (x3) re fee applications | 0.20 | 72.00 |
| | | FOR CURRENT SERVICES RENDERED | 25.60 | 4,308.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 3.30 | $360.00 | $1,188.00 |
| Kathleen Campbell Davis | 2.90 | 340.00 | 986.00 |
| Katherine Hemming | 19.40 | 110.00 | 2,134.00 |

Page: 6

W.R. Grace

08/31/2010

ACCOUNT NO:     3000-13D
STATEMENT NO:            96

Fee Applications, Others

TOTAL CURRENT WORK                                                    4,308.00

| 08/03/2010 | Payment - Thank you.  (April, 2010 - 80% Fees) | -2,029.60 |
| 08/03/2010 | Payment - Thank you.  (May, 2010 - 80% Fees) | -3,390.40 |
|  | TOTAL PAYMENTS | -5,420.00 |
|  | BALANCE DUE | $13,879.10 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 08/31/2010 |
| Wilmington  DE | ACCOUNT NO:      3000-14D |
|  | STATEMENT NO:            73 |

Financing

PREVIOUS BALANCE                                                                         $280.80

BALANCE DUE                                                                                    $280.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                              08/31/2010
Wilmington DE                        ACCOUNT NO:        3000-15D
                                     STATEMENT NO:           111

Hearings

PREVIOUS BALANCE                                      $10,401.45

                                                         HOURS
08/03/2010
    MTH      Correspondence and discussions re preparations for August hearing        0.40        144.00

08/06/2010
    MTH      Review correspondence from RH re August hearing        0.10        36.00
    MTH      Correspondence to PVNL, RER re Agenda for August hearing        0.10        36.00
             FOR CURRENT SERVICES RENDERED        0.60        216.00

                              RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.60 | $360.00 | $216.00 |

             TOTAL CURRENT WORK                                216.00

08/03/2010   Payment - Thank you.  (April, 2010 - 80% Fees)        -1,286.40
08/03/2010   Payment - Thank you.  (May, 2010 - 80% Fees)            -288.00
             TOTAL PAYMENTS                                    -1,574.40

             BALANCE DUE                                       $9,043.05

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**


Page: 1
W.R. Grace                                                              08/31/2010
Wilmington  DE                                    ACCOUNT NO:       3000-16D
                                                  STATEMENT NO:             96


Litigation and Litigation Consulting


PREVIOUS BALANCE                                                 -$2,334.60

CREDIT BALANCE                                                   -$2,334.60


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 08/31/2010 |
| Wilmington  DE | ACCOUNT NO:    3000-17D |
|  | STATEMENT NO:    96 |

Plan and Disclosure Statement

| | PREVIOUS BALANCE | | $8,579.10 |
|---|---|---|---|

| Date | | Description | HOURS | |
|---|---|---|---|---|
| 08/03/2010 | | | | |
| | MTH | Review correspondence from JB re draft stipulation with National Union and follow up correspondence re same | 0.30 | 108.00 |
| | MTH | Review correspondence from Telephone conference with re National Union Stipulation | 0.10 | 36.00 |
| 08/05/2010 | | | | |
| | MTH | Telephone conference with DF re proposed National Union Stipulation. | 0.40 | 144.00 |
| 08/09/2010 | | | | |
| | MTH | Correspondence to and from DF re pending matters | 0.10 | 36.00 |
| | MTH | Review correspondence from PVNL re Nation union stipulation | 0.10 | 36.00 |
| | MTH | Reviewing correspondence from JB re National Union | 0.10 | 36.00 |
| | KCD | Review and sign stipulation re: National Union; e-mails re: same | 0.30 | 102.00 |
| | MTH | Reviewing multiple correspondence re National Union Stipulation | 0.20 | 72.00 |
| 08/11/2010 | | | | |
| | MTH | Review correspondence from DF re pending matters and response to same | 0.20 | 72.00 |
| 08/16/2010 | | | | |
| | MTH | Reviewing correspondence from M. Ward re State of Montana Letter Brief | 0.40 | 144.00 |
| 08/17/2010 | | | | |
| | MTH | Reviewing correspondence from DP, including correspondence from TF to JKF re Response to Montana's Letter Brief | 0.20 | 72.00 |
| | MTH | Telephone conference with DF re pending issues and matters | 0.50 | 180.00 |
| | MTH | Telephone conference with PEM re pending matters | 0.20 | 72.00 |

W.R. Grace

Plan and Disclosure Statement

|  |  | HOURS |  |
|---|---|---|---|
| 08/18/2010 |  |  |  |
| MTH | Telephone conference with JON re claims | 0.20 | 72.00 |
| 08/19/2010 |  |  |  |
| MTH | Review correspondence from H.S. re Canada's Joinder to Montana's letter brief | 0.20 | 72.00 |
| 08/25/2010 |  |  |  |
| MTH | Review correspondence from EI re Committee position re Hartford settlement | 0.10 | 36.00 |
| 08/27/2010 |  |  |  |
| MTH | Correspondence to PVNL and RH re Hartford settlement motion | 0.10 | 36.00 |
| 08/30/2010 |  |  |  |
| MTH | Review correspondence from RH re pending insurance settlements | 0.10 | 36.00 |
|  | FOR CURRENT SERVICES RENDERED | 3.80 | 1,362.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 3.50 | $360.00 | $1,260.00 |
| Kathleen Campbell Davis | 0.30 | 340.00 | 102.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 1,362.00 |

| 08/03/2010 | Payment - Thank you.  (April, 2010 - 80% Fees) | -1,860.00 |
| 08/03/2010 | Payment - Thank you.  (May, 2010 - 80% Fees) | -892.80 |
|  | TOTAL PAYMENTS | -2,752.80 |
|  | BALANCE DUE | $7,188.30 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  | Page: 1 |
|---|---|
| W.R. Grace | 08/31/2010 |
| Wilmington  DE | ACCOUNT NO: 3000-18D |
|  | STATEMENT NO: 96 |

Relief from Stay Proceedings

| | PREVIOUS BALANCE | -$221.70 |
|---|---|---|
| 08/03/2010 | Payment - Thank you.  (May, 2010 - 80% Fees) | -28.80 |
| | CREDIT BALANCE | -$250.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                          08/31/2010
Wilmington  DE                                          ACCOUNT NO:        3000-20D
                                                        STATEMENT NO:              95

Tax Litigation

PREVIOUS BALANCE                                                            $468.80

BALANCE DUE                                                                 $468.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                |              |
|----------------|-------------:|
|                | Page: 1      |
| W.R. Grace     | 08/31/2010   |
| Wilmington  DE | ACCOUNT NO:    3000-21D |
|                | STATEMENT NO:          87 |

Travel-Non-Working

| PREVIOUS BALANCE | $334.40 |
|------------------|--------:|
| BALANCE DUE      | $334.40 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 08/31/2010 |
| Wilmington  DE | ACCOUNT NO:    3000-22D |
|  | STATEMENT NO:         100 |

Valuation

| PREVIOUS BALANCE | $1,185.00 |
|---|---|
| BALANCE DUE | $1,185.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 08/31/2010 |
| Wilmington  DE | ACCOUNT NO:    3000-23D |
|  | STATEMENT NO:         100 |

ZAI Science Trial

|  |  |
|---|---|
| PREVIOUS BALANCE | $1,203.30 |
| BALANCE DUE | $1,203.30 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                08/31/2010
Wilmington  DE                                    ACCOUNT NO:           3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-02 Asset Disposition | | | | | |
| 116.50 | 0.00 | 0.00 | 0.00 | -28.80 | $87.70 |
| 3000-03 Business Operations | | | | | |
| 21.60 | 0.00 | 0.00 | 0.00 | 0.00 | $21.60 |
| 3000-04 Case Administration | | | | | |
| 1,568.17 | 470.50 | 0.00 | 0.00 | -340.40 | $1,698.27 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 3,225.40 | 0.00 | 0.00 | 0.00 | -201.60 | $3,023.80 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 4,131.90 | 36.00 | 0.00 | 0.00 | -1,858.40 | $2,309.50 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 21,412.44 | 5,138.50 | 0.00 | 0.00 | -8,539.20 | $18,011.74 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 1,886.90 | 0.00 | 0.00 | 0.00 | 0.00 | $1,886.90 |
| 3000-09 Employee Applications, Applicant | | | | | |
| 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | $20.00 |
| 3000-10 Employment Applications, Others | | | | | |
| 780.30 | 144.00 | 0.00 | 0.00 | 0.00 | $924.30 |
| 3000-11 Expenses | | | | | |
| 6,775.56 | 0.00 | 1,648.77 | 0.00 | -2,424.65 | $5,999.68 |

W.R. Grace

ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-12 Fee Applications, Applicant | | | | | |
| 4,578.90 | 1,182.00 | 0.00 | 0.00 | -1,348.00 | $4,412.90 |
| 3000-13 Fee Applications, Others | | | | | |
| 14,991.10 | 4,308.00 | 0.00 | 0.00 | -5,420.00 | $13,879.10 |
| 3000-14 Financing | | | | | |
| 280.80 | 0.00 | 0.00 | 0.00 | 0.00 | $280.80 |
| 3000-15 Hearings | | | | | |
| 10,401.45 | 216.00 | 0.00 | 0.00 | -1,574.40 | $9,043.05 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -2,334.60 | 0.00 | 0.00 | 0.00 | 0.00 | -$2,334.60 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 8,579.10 | 1,362.00 | 0.00 | 0.00 | -2,752.80 | $7,188.30 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -221.70 | 0.00 | 0.00 | 0.00 | -28.80 | -$250.50 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 334.40 | 0.00 | 0.00 | 0.00 | 0.00 | $334.40 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 79,405.32 | 12,857.00 | 1,648.77 | 0.00 | -24,517.05 | $69,394.04 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.