IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

| | |
|---|---|
| W. R. Grace & Co., *et al.*<br>    Debtors | Bankruptcy No. 01-1139<br>Chapter 11<br>(Jointly Administered) |
| Federal-Mogul Global, Inc., *et al.*<br>    Debtors | Bankruptcy No. 01-10578<br>Chapter 11<br>(Jointly Administered) |
| The Flintkote Company and Flintkote Mines Limited<br>    Debtors | Bankruptcy No. 04-11300<br>Chapter 11<br>(Jointly Administered) |

**ORDER CHANGING 2011 OMNIBUS HEARING TIME**

AND NOW, this **15th** day of **November, 2010,** it is **ORDERED** that the 2011 omnibus hearing time for the above cases shall be **9:00 a.m.**, prevailing Eastern time.

It is **FURTHER ORDERED** that on or before **December 1, 2010,** counsel for Debtors shall file a revised omnibus hearing schedule for 2011 reflecting the new hearing time and file a certificate of service forthwith. All other provisions of the hearing schedule are unchanged.

_Judith K. Fitzgerald_
Judith K. Fitzgerald
United States Bankruptcy Judge