IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | **Objection Deadline:** 12/6/10 @ 4:00 pm |

**SUMMARY APPLICATION OF KAYE SCHOLER LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS SPECIAL COUNSEL FOR INTELLECTUAL PROPERTY FOR W.R. GRACE &
CO., ET AL.,
THROUGH THE MONTHLY PERIOD OF October 31, 2010**

| | |
|---|---|
| Name *of Applicant*: | **Kaye Scholer LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention as Special Counsel for Intellectual Property | **Retention Order entered April 7, 2010** |
| Period for which compensation and reimbursement is sought | **October 1, 2010 - October 31, 2010** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$14,095.62** |
| Amount of Expense Reimbursement sought | **$ 0.20** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville, Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc., (f/k/a Dearborn International Holdings, Inc.,), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation Gracoal, Inc., Gracoal II, Inc., Guantica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc., (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc., (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Kaye Scholer LLP submits this application for fees and expenses for the month of October 2010. This is the sixth application for compensation for services that has been filed with the Bankruptcy Court by Kaye Scholer LLP. Previously, Kaye Scholer was appointed Ordinary Course Professional. On April 7, 2010, based on a motion made by Debtor on February 11, 2010, the Bankruptcy Court entered an order authorizing Kaye Scholer LLP to provide further services to Debtor as Special Counsel for Intellectual Property.

The monthly applications previously filed by Kaye Scholer LLP are shown in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 01/01/2010-05/31/2010 | July 2, 2010 | $74,212.84 | $26.58 |
| 06/01/2010-06/30/2010 | July 28, 2010 | $6,707.61 | 0.00 |
| 07/01/2010-07/31/2010 | August 11, 2010 | $17,395.49 | $5.60 |
| 08/01/2010-08/31/2010 | September 21, 2010 | $15,779.61 | 0.00 |
| 09/01/2010-09/30/2010 | October 20, 2010 | $17,440.92 | $0.40 |

During this fee period, Kaye Scholer LLP provided intellectual property services in connection with various matters, which are detailed in the attached fee schedules for the matters, and a procedural matter relating to preparation of petitions for submission to this court.

The Kaye Scholer professional who rendered the legal services during the fee period is:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| John P. Rynkiewicz | Counsel | 1981 | Intellectual Property | $567.00 | 24.86 | $14,095.62 |

Total Fees: $14,095.82

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above, for (i) 80% of the amount of $14,095.82, for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee period (October 1, 2010-October 31, 2010), and (b) that the fees are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

John P. Rynkiewicz
Kaye Scholer LLP
901 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 682-3671
jrynkiewicz@kayescholer.com

Dated: November 8, 2010

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co-Conn.                                   November 4, 2010
       7500 Grace Drive
       Columbia, Maryland 21004
       Attn: Robert A. Maggio, Chief Patent Counsel

**RE:** General                                        **Invoice#:** 650334
**Our File Number:** 63812/0001
**Client Reference:** 100062                            **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2010

|            |                        | **Hours** |
|------------|------------------------|-----------|
| 10/01/2010 | Rynkiewicz, John P     | 1.17      |
|            | Beginning of the month trademark overview of all Grace trademark matters, issues and deadlines. |  |
| 10/27/2010 | Rynkiewicz, John P     | 0.42      |
|            | Conf call with T. Hunter regarding various GRACE trademark matters. |  |
| 10/29/2010 | Rynkiewicz, John P     | 1.50      |
|            | Review Grace files, issues and end of the month overview of multiple GRACE matters. |  |

                                        Total Hours.................    3.09

          Fees through 10/31/2010...................................    $1,752.03


\*---------------------------------TIME AND FEE SUMMARY----------------------------------\*

|                        | Rate     | Hours | Fees       |
|------------------------|----------|-------|------------|
| Rynkiewicz, John P     | $567.00  | 3.09  | $1,752.03  |
| Fees through 10/31/2010............... | | 3.09 | $1,752.03 |


\*--------------------COSTS ADVANCED THROUGH 10/31/2010--------------------\*

          Duplicating                                              $0.20

          Total Costs through 10/31/2010.........................  $0.20

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co-Conn.                                    November 4, 2010

RE: General                                            Invoice#: 650334
**Our File Number: 63812/0001**
**Client Reference: 100062**                                   PAGE:    2

\*------------------------------OUTSTANDING BALANCE------------------------------\*

| Invoice# | Date | Amount |
|----------|------|--------|
| 623145 | 01/28/2010 | $1,091.23 |
| 628636 | 03/31/2010 | 1,050.08 |
| 628637 | 03/31/2010 | 1,690.79 |
| 637193 | 06/30/2010 | 3,978.07 |
| 639770 | 07/28/2010 | 813.08 |
| 641101 | 08/10/2010 | 3,477.98 |
| 643967 | 09/09/2010 | 5,857.11 |
| 647685 | 10/18/2010 | 2,364.79 |
| Prior Balance Due................................................................... | | $20,323.13 |

| | |
|---|---|
| Fees this Invoice........................................................... | $1,752.03 |
| Costs this Invoice......................................................... | $0.20 |
| Total Due this Invoice.................................................. | $1,752.23 |
| Prior Balance Due (from above).................................... | 20,323.13 |
| **TOTAL DUE**........................................................... | **$22,075.36** |

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0001
Invoice Number: 650334
Total Amount Due: $22,075.36

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn                          November 4, 2010
       7500 Grace Drive
       Columbia, Maryland 21044
       Attn: Robert A. Maggio, Esq.

**RE: I. GRACE Trademarks**                    **Invoice#:** 650336
**Our File Number:** 63812/0003
**Client Reference:** 100063                       **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2010

|  |  | Hours |
|---|---|---|
| 10/04/2010 | Rynkiewicz, John P | 1.67 |
|  | Review I GRACE Co. applications, services; review prior Grace settlements in related areas; work on core terms for settlement. | |
| 10/18/2010 | Rynkiewicz, John P | 1.00 |
|  | Review opposition, settlement issues. | |
| 10/22/2010 | Rynkiewicz, John P | 1.75 |
|  | Draft and revise settlement outline and terms. | |
|  | Total Hours................ | 4.42 |
|  | Fees through 10/31/2010.................................... | $2,506.14 |

\*--------------------------------TIME AND FEE SUMMARY----------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 4.42 | $2,506.14 |
| Fees through 10/31/2010.............. | | 4.42 | $2,506.14 |

\*----------------------------OUTSTANDING BALANCE----------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 623146 | 01/28/2010 | $406.98 |
| 628638 | 03/31/2010 | 435.46 |
| 628639 | 03/31/2010 | 605.56 |

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                    November 4, 2010

RE: I. GRACE Trademarks                                  **Invoice#:** 650336
**Our File Number:** 63812/0003
**Client Reference:** 100063                              **PAGE:**    2

| Invoice# | Date | Amount |
|----------|------|--------|
| 637194 | 06/30/2010 | 1,485.54 |
| 639771 | 07/28/2010 | 349.27 |
| 643965 | 09/09/2010 | 2,268.00 |
| 647687 | 10/18/2010 | 2,409.75 |
| Prior Balance Due........................................................................ | | $7,960.56 |

| | |
|---|---|
| Fees this Invoice........................................................... | $2,506.14 |
| Total Due this Invoice.................................................. | $2,506.14 |
| Prior Balance Due (from above).................................... | 7,960.56 |
| Applied On-account Value............................................. | (712.50) |
| **TOTAL DUE**........................................................... | **$9,754.20** |

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).
NET DUE UPON RECEIPT

# **K**AYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0003
Invoice Number: 650336
Total Amount Due: $9,754.20

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     W.R. Grace & Co.-Conn                          November 4, 2010
        7500 Grace Drive
        Columbia, Maryland 21044
        Attn: Robert A. Maggio, Esq.

**RE:** Power Grace                          **Invoice#:** 650338
**Our File Number:** 63812/0019
**Client Reference:** 100067                 **PAGE:**    1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2010

|  |  | Hours |
|---|---|---|
| 10/15/2010 | Rynkiewicz, John P | 0.75 |
|  | Review multiple matters in India, check issues, Classes and status. |  |
|  | Total Hours................. | 0.75 |
|  | Fees through 10/31/2010.................................... | $425.25 |

*--------------------------------TIME AND FEE SUMMARY---------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 0.75 | $425.25 |
| Fees through 10/31/2010............... | | 0.75 | $425.25 |

*---------------------------------OUTSTANDING BALANCE---------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 623147 | 01/28/2010 | $396.27 |
| 628641 | 03/31/2010 | 340.20 |
| 639774 | 07/28/2010 | 65.77 |
| 643963 | 09/09/2010 | 2,222.64 |
| 647688 | 10/18/2010 | 1,701.00 |
| Prior Balance Due.......................................................... | | $4,725.88 |

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                        November 4, 2010

RE: Power Grace                                      **Invoice#:** 650338
**Our File Number:** 63812/0019
**Client Reference:** 100067                          **PAGE:**    2

| | |
|---|---|
| Fees this Invoice......................................................................... | $425.25 |
| Total Due this Invoice................................................................ | $425.25 |
| Prior Balance Due (from above)................................................... | 4,725.88 |
| **TOTAL DUE**........................................................................... | **$5,151.13** |

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      666 5th Avenue
      New York, New York 10103
      Attention: Yoannis Cepeda
      Telephone: 212.559.1980

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: W.R. Grace Trademarks
      Our File Number: 63812/0019
      Invoice Number: 650338
      Total Amount Due: $5,151.13

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn                    November 4, 2010
      Legal Department
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.

**RE:** Special Counsel                        **Invoice#:** 650341
**Our File Number:** 63812/0108
**Client Reference:** 100071                   **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2010

|  |  | **Hours** |
|---|---|---|
| 10/20/2010 | Rynkiewicz, John P | 0.50 |
|  | Prepare Kaye Scholer fee application and send to Pachulsky firm; emails to/from L. Oberholzer re same. | |
| 10/21/2010 | Rynkiewicz, John P | 0.25 |
|  | Multiple emails to/from fee Audit (Mill, Texas) firm and J. Baer; send inquiries to same and Delaware Pachulsky firm; review issues in fee applications for Grace. | |
| 10/28/2010 | Rynkiewicz, John P | 0.42 |
|  | Review email and documents from Warren Smith firm re Kaye Scholer fee applications; review raised issues; research prior submissions in preparation of response to audit. | |
| 10/31/2010 | Rynkiewicz, John P | 0.42 |
|  | Address inquiry re Special Counsel fee application; review files and prior submissions. review Smith Texas firm issues. | |

Total Hours................. 1.59

Fees through 10/31/2010................................... $901.53

\*-------------------------------TIME AND FEE SUMMARY-------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 1.59 | $901.53 |
| Fees through 10/31/2010............... | | 1.59 | $901.53 |

# KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn

November 4, 2010

**RE:** Special Counsel
**Our File Number:** 63812/0108
**Client Reference:** 100071

**Invoice#:** 650341

**PAGE:**   2

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 628642 | 03/31/2010 | $484.20 |
| 637196 | 06/30/2010 | 1,008.17 |
| 643961 | 09/09/2010 | 1,462.86 |
| 647689 | 10/18/2010 | 1,088.64 |

Prior Balance Due.......................................................................    $4,043.87

Fees this Invoice.........................................................................    $901.53
Total Due this Invoice.................................................................    $901.53
Prior Balance Due (from above).................................................    4,043.87
**TOTAL DUE**.........................................................................    **$4,945.40**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**



# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0108
Invoice Number: 650341
Total Amount Due: $4,945.40

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn                          November 4, 2010
       Legal Department
       7500 Grace Drive
       Columbia, Maryland 21044
       Attn: Robert A. Maggio, Esq.

**RE:** Special Counsel                              **Invoice#:** 650341
**Our File Number:** 63812/0108
**Client Reference:** 100071                          **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2010

|            |                                                                                                                                                        | Hours |
|------------|--------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 10/20/2010 | Rynkiewicz, John P                                                                                                                                      | 0.50  |
|            | Prepare Kaye Scholer fee application and send to Pachulsky firm; emails to/from L. Oberholzer re same.                                                   |       |
| 10/21/2010 | Rynkiewicz, John P                                                                                                                                      | 0.25  |
|            | Multiple emails to/from fee Audit (Mill, Texas) firm and J. Baer; send inquiries to same and Delaware Pachulsky firm; review issues in fee applications for Grace. |       |
| 10/28/2010 | Rynkiewicz, John P                                                                                                                                      | 0.42  |
|            | Review email and documents from Warren Smith firm re Kaye Scholer fee applications; review raised issues; research prior submissions in preparation of response to audit. |       |
| 10/31/2010 | Rynkiewicz, John P                                                                                                                                      | 0.42  |
|            | Address inquiry re Special Counsel fee application; review files and prior submissions. review Smith Texas firm issues.                                  |       |

Total Hours.................   1.59

Fees through 10/31/2010....................................    $901.53

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                    | Rate     | Hours | Fees     |
|--------------------|----------|-------|----------|
| Rynkiewicz, John P | $567.00  | 1.59  | $901.53  |
| Fees through 10/31/2010............... |  | 1.59  | $901.53  |

**K**AYE SCHOLER LLP

TO:   W.R. Grace & Co.-Conn                                    November 4, 2010

RE: Special Counsel                                            **Invoice#:** 650341
**Our File Number:** 63812/0108
**Client Reference:** 100071                                   **PAGE:**   2

\*---------------------------------OUTSTANDING BALANCE---------------------------------\*

| Invoice# | Date | Amount |
|----------|------|--------|
| 628642 | 03/31/2010 | $484.20 |
| 637196 | 06/30/2010 | 1,008.17 |
| 643961 | 09/09/2010 | 1,462.86 |
| 647689 | 10/18/2010 | 1,088.64 |
| Prior Balance Due............................................................ | | $4,043.87 |

| | |
|---|---|
| Fees this Invoice............................................................ | $901.53 |
| Total Due this Invoice...................................................... | $901.53 |
| Prior Balance Due (from above)........................................... | 4,043.87 |
| **TOTAL DUE**........................................................... | **$4,945.40** |

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0108
Invoice Number: 650341
Total Amount Due: $4,945.40

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn                                    November 4, 2010
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.

**RE:** Tibotec                                          **Invoice#:** 650342
**Our File Number:** 63812/0110                          **PAGE:    1**

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2010

| | | Hours |
|---|---|---|
| 10/22/2010 | Rynkiewicz, John P | 1.42 |
| | Review prior communications, USPTO GRACE applications and issues and deadlines re same; calls to USPTO examiner. | |
| 10/25/2010 | Rynkiewicz, John P | 1.17 |
| | Review two GRACE applications, PTO status; call PTO re status of remand and issued office actions. | |
| 10/26/2010 | Rynkiewicz, John P | 0.58 |
| | Update client on status of applications, USPTO letters of protest and remand status. | |
| 10/27/2010 | Rynkiewicz, John P | 0.17 |
| | Discuss status of issues at USPTO with the client. | |
| 10/28/2010 | Rynkiewicz, John P | 1.00 |
| | Calls to PTO examiner re status of applications; review files, issues. | |

Total Hours................. 4.34

Fees through 10/31/2010.................................... $2,460.78

\*----------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 4.34 | $2,460.78 |
| Fees through 10/31/2010............... | | 4.34 | $2,460.78 |

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                    November 4, 2010

RE: Tibotec                                                      Invoice#: 650342
Our File Number: 63812/0110                                      PAGE:    2

---

\*-----------------------------OUTSTANDING BALANCE-------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 643958 | 09/09/2010 | $850.50 |
| Prior Balance Due......................................................... | | $850.50 |
| | | |
| Fees this Invoice......................................................... | | $2,460.78 |
| Total Due this Invoice................................................. | | $2,460.78 |
| Prior Balance Due (from above)................................... | | 850.50 |
| **TOTAL DUE**........................................................... | | **$3,311.28** |

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0110
Invoice Number: 650342
Total Amount Due: $3,311.28

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn                             November 4, 2010
       7500 Grace Drive
       Columbia, Maryland 21044
       Attn: Robert A. Maggio, Esq.

**RE:** Trademark Watches                              **Invoice#:** 650345
**Our File Number:** 63812/0111                  **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2010

| | | Hours |
|---|---|---:|
| 10/04/2010 | Rynkiewicz, John P | 0.75 |
| | Review 5 marks in watch report dated October 4, 2010, from Corsearch; assess marks, applics and issues; review for potential confusion. | |
| 10/07/2010 | Rynkiewicz, John P | 0.75 |
| | Review Grace email and watch report dated October 4, 2010, from Kemp re GRACE in India; assess confusion. | |
| 10/07/2010 | Rynkiewicz, John P | 0.75 |
| | Review Grace email and Kemp Watch Report re several GRACE SAHARA marks in India; review goods, services and issues. | |
| 10/07/2010 | Rynkiewicz, John P | 0.33 |
| | Review Grace email and Corsearch Watch Report re GRACE CARTER DESIGN and STUDIO ANYA; assess marks and potential confusion; research. | |
| 10/08/2010 | Rynkiewicz, John P | 0.67 |
| | Review Grace email and Remfry Watch Report: SAHARA Grace in India; review issues; review C. Leon comments re potential opposition; assess confusion. | |
| | Total Hours................. | 3.25 |
| | Fees through 10/31/2010..................................... | $1,842.75 |

*----------------------------TIME AND FEE SUMMARY----------------------------*

| | Rate | Hours | Fees |
|---|---:|---:|---:|
| Rynkiewicz, John P | $567.00 | 3.25 | $1,842.75 |
| Fees through 10/31/2010............... | | 3.25 | $1,842.75 |

**K**AYE SCHOLER LLP

TO:   W.R. Grace & Co.-Conn                                November 4, 2010

RE: Trademark Watches                              Invoice#: 650345
Our File Number: 63812/0111                        PAGE:   2

\*-------------------------------OUTSTANDING BALANCE-------------------------------\*

| Invoice# | Date | Amount |
|----------|------|--------|
| 647691 | 10/18/2010 | $4,014.36 |
| Prior Balance Due......................................................... | | $4,014.36 |

| | Amount |
|---|--------|
| Fees this Invoice............................................................ | $1,842.75 |
| Total Due this Invoice.................................................... | $1,842.75 |
| Prior Balance Due (from above).................................... | 4,014.36 |
| **TOTAL DUE**........................................................... | **$5,857.11** |

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).
NET DUE UPON RECEIPT

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0111
Invoice Number: 650345
Total Amount Due: $5,857.11

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn                                    November 4, 2010
       7500 Grace Drive
       Columbia, Maryland 21044
       Attn: Robert A. Maggio, Esq.

**RE:** Potential Trademark Oppositions                    **Invoice#:** 650352
**Our File Number:** 63812/0112                                **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2010

|            |                                                                                                                                                                                                                      | **Hours** |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
| 10/06/2010 | Rynkiewicz, John P                                                                                                                                                                                                    | 0.83      |
|            | Review Grace emails, potential GRACE oppositions worldwide.                                                                                                                                                           |           |
| 10/13/2010 | Rynkiewicz, John P                                                                                                                                                                                                    | 0.92      |
|            | Review series of Grace emails, issues in US and foreign countries re potential oppositions over GRACE mark.                                                                                                           |           |
| 10/18/2010 | Rynkiewicz, John P                                                                                                                                                                                                    | 0.83      |
|            | Overview of multiple Grace matters, potential oppositions and decisions; review emails.                                                                                                                              |           |
| 10/21/2010 | Rynkiewicz, John P                                                                                                                                                                                                    | 0.75      |
|            | Review R. Maggio email and comments and instructions from S. Williams, C. Leon and T. Hunter re potential opposition in INDIA of SAHARA GRACE - Application no. 1859032 in Class 1 and Application no. 1859033 in Class 2; assess strategy, issues and options. |           |
| 10/29/2010 | Rynkiewicz, John P                                                                                                                                                                                                    | 0.75      |
|            | Review series of potential US and foreign trademark oppositions; review series of prior communications.                                                                                                              |           |

                                          Total Hours.................        4.08

                    Fees through 10/31/2010....................................   $2,313.36

*---------------------------------TIME AND FEE SUMMARY---------------------------------*

|                      | Rate     | Hours | Fees       |
|----------------------|----------|-------|------------|
| Rynkiewicz, John P   | $567.00  | 4.08  | $2,313.36  |
| Fees through 10/31/2010............... |  | 4.08  | $2,313.36  |

**K**AYE SCHOLER LLP

TO:   W.R. Grace & Co.-Conn                                  November 4, 2010

RE: Potential Trademark Oppositions                          Invoice#: 650352
Our File Number: 63812/0112                                  PAGE:   2

---

\*-------------------------------OUTSTANDING BALANCE-------------------------------\*

| Invoice# | Date | Amount |
|----------|------|--------|
| 647693 | 10/18/2010 | $4,819.50 |
| Prior Balance Due......................................................................... | | $4,819.50 |

| | |
|---|---|
| Fees this Invoice........................................................... | $2,313.36 |
| Total Due this Invoice.................................................... | $2,313.36 |
| Prior Balance Due (from above)....................................... | 4,819.50 |
| **TOTAL DUE**........................................................... | **$7,132.86** |

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).
NET DUE UPON RECEIPT

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0112
Invoice Number: 650352
Total Amount Due: $7,132.86

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co. - Conn.                          November 4, 2010
       62 Whittemore Avenue
       Cambridge, Massachusetts 02140-1692
       Attn: Craig K. Leon, Esq.

**RE:** Massachusetts Div. Trademarks - General           **Invoice#:** 650354
**Our File Number:** 63812/2000
**Client Reference:** 100114                              **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2010

|  |  | Hours |
|---|---|---|
| 10/29/2010 | Rynkiewicz, John P | 0.33 |
|  | Review multiple letters from Odajima agents re renewals for DAREX (Globe design) and DarExtend in Japan; check status; send inquiry to Grace re use and renewals for each mark and reg. in Japan;. | |
|  | Total Hours................. | 0.33 |
|  | Fees through 10/31/2010.................................... | $187.11 |

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 0.33 | $187.11 |
| Fees through 10/31/2010............... | | 0.33 | $187.11 |

| | |
|---|---|
| Fees this Invoice......................................................... | $187.11 |
| **Total Due this Invoice..............................................** | **$187.11** |

# **KAYE SCHOLER LLP**

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## **WIRE TRANSFER INSTRUCTIONS**

Bank: Citibank, N.A.
      666 5th Avenue
      New York, New York 10103
      Attention: Yoannis Cepeda
      Telephone: 212.559.1980

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: W.R. Grace Trademarks
      Our File Number: 63812/2000
      Invoice Number: 650354
      Total Amount Due: $187.11

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · MENLO PARK · NEW YORK · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn.                                    November 4, 2010
       7500 Grace Drive
       Columbia, Maryland 21044
       Attn: Robert A. Maggio, Chief Patent Counsel

**RE:** Davison Silica                                    **Invoice#:** 650356
**Our File Number:** 63812/3001
**Client Reference:** 100074                              **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2010

|  |  | Hours |
|---|---|---:|
| 10/13/2010 | Rynkiewicz, John P | 1.42 |

Review DAVISON trademark rights in the US and compare with applics
and regs. in Canada; review prior non-distinctiveness issues re reg. in
Canada for DAVISON.

| | Total Hours................ | 1.42 |
|---|---|---:|
| | Fees through 10/31/2010................................... | $805.14 |

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

| | Rate | Hours | Fees |
|---|---:|---:|---:|
| Rynkiewicz, John P | $567.00 | 1.42 | $805.14 |
| Fees through 10/31/2010............... | | 1.42 | $805.14 |

\*-------------------------------OUTSTANDING BALANCE-------------------------------\*

| Invoice# | Date | Amount |
|---|---|---:|
| 623151 | 01/28/2010 | $208.25 |
| 628646 | 03/31/2010 | 75.98 |
| 628647 | 03/31/2010 | 113.40 |
| 637201 | 06/30/2010 | 476.65 |
| 639773 | 07/28/2010 | 113.40 |
| 643962 | 09/09/2010 | 1,559.25 |

---

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

**K**AYE SCHOLER LLP

TO:   W.R. Grace & Co.-Conn.                                    November 4, 2010

**RE:** Davison Silica                                          **Invoice#:** 650356
**Our File Number:** 63812/3001
**Client Reference:** 100074                                    **PAGE:**   2

| Invoice# | Date | Amount |
|----------|------|--------|
| 647696 | 10/18/2010 | 805.14 |
| Prior Balance Due......................................................................... | | $3,352.07 |

| | |
|---|---|
| Fees this Invoice......................................................................... | $805.14 |
| Total Due this Invoice................................................................ | $805.14 |
| Prior Balance Due (from above)................................................. | 3,352.07 |
| **TOTAL DUE**........................................................................... | **$4,157.21** |

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/3001
Invoice Number: 650356
Total Amount Due: $4,157.21

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · MENLO PARK · NEW YORK · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH