IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

**(Curtis Bay FUSRAP Bankruptcy Claim Resolution)**

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn                    October 29, 2010
Attn: Lydia B. Duff, Esq.                   Client/Matter #  01246-011548
7500 Grace Drive                            Invoice # 138201
Columbia, MD  21044                         Federal ID# 52-1247549

---

For Legal Services Rendered Through 09/30/10 in Connection With:

**PLEASE REMIT PAYMENT TO :**     **BEVERIDGE & DIAMOND, P.C.**
                                  **SUITE 700**
                                  **1350 I STREET, N.W.**
                                  **WASHINGTON, D.C. 20005-3311**

**Curtis Bay FUSRAP Bankruptcy Claim Resolution**

09/04/10     P. Marks              0.20      Review information.

                                  **Total Hours :**           0.20

                                  **Total Fees :**         $88.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  138201
October 29, 2010
PAGE  2

## Time Summary:

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.20 | $440.00 | $88.00 |
| **Total Fees :** | | | **$88.00** |
| **TOTAL DUE :** | | | **$88.00** |

# EXHIBIT B

## (Curtis Bay RCRA 2)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn                          October 29, 2010
Attn: Lydia B. Duff, Esq.                         Client/Matter #  01246-013923
7500 Grace Drive                                  Invoice # 138204
Columbia, MD  21044                               Federal ID# 52-1247549

---

For Legal Services Rendered Through 09/30/10 in Connection With:

**PLEASE REMIT PAYMENT TO :**      **BEVERIDGE & DIAMOND, P.C.**
                                   **SUITE 700**
                                   **1350 I STREET, N.W.**
                                   **WASHINGTON, D.C. 20005-3311**

<u>Curtis Bay RCRA 2</u>

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 09/01/10 | P. Marks | 0.40 | Review file; prepare for and contact EPA counsel (J. O'Neill). |
| 09/08/10 | P. Marks | 0.20 | Review email from EPA (J. Howell); evaluate same and response. |
| 09/10/10 | P. Marks | 0.30 | Voicemail and emails to L. Duff re EPA counsel change. |
| 09/13/10 | P. Marks | 1.30 | Voicemail to J. Howell; telephone conference with L. Duff re same; review letter from J. Howell re Confidential Business Information; direct L. Kiddoo re same. |
| 09/13/10 | L. Kiddoo | 2.50 | Conference with P. Marks re Grace confidential business information challenge; review challenge letter; research re same. |
| 09/14/10 | L. Kiddoo | 5.00 | Research re CBI policies and cases; conference with P. Marks re same; followup research. |
| 09/15/10 | P. Marks | 1.20 | Direct L. Kiddoo re CBI research, document review and letter preparation; telephone conference with L. Duff and B. Errera re open issues and tasks. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  138204
October 29, 2010
PAGE  2

| 09/15/10 | L. Kiddoo | 5.20 | Compile summary and analysis for P. Marks re factors that will apply to support Grace's CBI assertions; conference with P. Marks re above summary and documents challenge for CBI claim; compile binder of materials and discuss draft letter; prepare markup of redaction P. Marks' conference with Grace week of 09/20. |
| --- | --- | --- | --- |
| 09/16/10 | P. Marks | 1.20 | Access CBI issues and review of L. Kiddoo research; telephone conference with J. Howell (EPA) re her new role on case, next steps, and CBI issues; evaluate same. |
| 09/16/10 | L. Kiddoo | 4.50 | Compile binder and table of contents for inspection report and EPA Grace's responses including all attachments; prepare letter to EPA in accordance with EPA CBI claim substantiation letter; review examples of CBI claim substantiations; prepare summary to P. Marks. |
| 09/17/10 | P. Marks | 1.10 | Telephone conference with L. Duff re EPA and tasks; prepare summary email for L. Duff re J. Howell (EPA) telephone conference; direct L. Kiddoo re draft CBI letter to J. Howell and evaluate same. |
| 09/17/10 | L. Kiddoo | 3.80 | Telephone conference with P. Marks re: CBI issues; prepare redaction. |
| 09/20/10 | P. Marks | 1.60 | Coordinate with L. Kiddoo re CBI issues and letter preparation; coordinate with B. Errera re obtaining full submittals for our CBI review; telephone conferences with L. Duff re tasks. |
| 09/21/10 | L. Kiddoo | 0.30 | Conference with T. Horch re: Grace RCRA document binders; email P. Marks re: missing final documents. |
| 09/21/10 | T. Horch | 5.00 | Review notebooks of information and put notebooks together with information received from WR Grace per P. Marks. |
| 09/22/10 | P. Marks | 1.70 | Evaluate CBI issues and documents; direct L. Kiddoo re same; prepare for client meeting re same and EPA investigation. |
| 09/22/10 | L. Kiddoo | 5.80 | Review Grace binders compiled by T. Horch and D. Davis; create table of contents and cover pages in preparation  for P. Marks' conference with Grace; review Grace submittals and identify potential reading for and tabbing |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  138204
October 29, 2010
PAGE  3

|  |  |  |  |
|---|---|---|---|
|  |  |  | information to discuss as CBI in preparation for meeting with client; conference with P. Marks re method of coding CBI for conference with client and draft letter to EPA; followup preparation of draft letter to EPA. |
| 09/23/10 | P. Marks | 5.00 | Prepare for and conduct conference with L. Duff and Curtis Bay plant personnel re followup questions on EPA investigation and re confidential business information substantiation. |
| 09/27/10 | P. Marks | 4.70 | Detailed CBI assessment of submittals in preparation of response to EPA; telephone conference with L. Duff re same; telephone conference with B. Maggio re same; telephone conference with J. Howell (EPA) re CBI due date. |
| 09/27/10 | L. Kiddoo | 1.50 | Complete final binder of EPA submittals; conference with P. Marks re status of CBI coding; followup redaction tasks; direct T. Horch re redaction tasks; coordinate with P. Marks re same. |
| 09/27/10 | T. Horch | 2.50 | Review, organize, scan and redact documents from notebook per L. Kiddoo; redact documents in e-copy from P. Marks notes. |
| 09/28/10 | P. Marks | 1.40 | Prepare CBI response; direct staff and L. Kiddoo re same; prepare letter to J. Howell (EPA) re same. |
| 09/28/10 | L. Kiddoo | 0.50 | Conference with P. Marks and T. Horch re CBI redaction process progress and remaining steps. |
| 09/28/10 | T. Horch | 2.50 | Review P. Marks mark ups and redact from ecopy and hard copies; meet with L. Kiddoo and P. Marks to review project. |
| 09/29/10 | P. Marks | 1.90 | Prepare for and conduct telephone conference with B. Errera and L. Kiddoo re review of documents and CBI protection procedures; followup assessment and direction to L. Kiddoo re same. |
| 09/29/10 | L. Kiddoo | 2.50 | Prepare documents for telephone conference with P. Marks and B. Errera; telephone conference with P. Marks and B. Errera; email P. Marks re items to discuss with L. Duff re answer from telephone conference. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  138204
October 29, 2010
PAGE   4

| 09/30/10 | P. Marks | 0.30 | Review CBI released information from B. Errera; coordinate with L. Kiddoo re same. |
|----------|----------|------|----------------------------------------------------------------------------------|
| 09/30/10 | L. Kiddoo | 1.00 | Update latter to J. Howell re CBI claims with information from 9/29 telephone conference with B. Errera; review 2/13/10 submission attachments and compare against EPA's initial investigation attachments to determine if any are identical. |

Total Hours :                  64.90

Total Fees :              $19,097.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  138204
October 29, 2010
PAGE  5

**Disbursements:**

| | |
|---|---|
| Long Distance Telephone | 0.40 |
| Duplicating | 236.49 |

Total Disbursements :          $236.89

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 22.30 | $440.00 | $9,812.00 |
| L. Kiddoo | 32.60 | $225.00 | $7,335.00 |
| T. Horch | 10.00 | $195.00 | $1,950.00 |

Total Fees :          $19,097.00

Less 4 hrs Associate  :          (900.00)

Total Disbursements :          $236.89

TOTAL DUE :          $18,433.89

# EXHIBIT C

**(Investigation of VC Processing Facilities)**

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                          October 29, 2010
Attn: Richard Finke                        Client/Matter #  01246-014352
7500 Grace Drive                           Invoice # 138202
Columbia, MD  21044                        Federal ID# 52-1247549

---

For Legal Services Rendered Through 09/30/10 in Connection With:

**Investigation of VC Processing Facilities**

| | | | |
|---|---|---|---|
| 09/01/10 | K. Bourdeau | 0.50 | Review R. Finke e-mail and Remediation report re results of Omaha facility sampling; communications with R. Finke and P. Marks re same. |
| 09/01/10 | P. Marks | 0.20 | Coordinate with K. Bourdeau and client re Omaha report. |
| 09/10/10 | P. Marks | 0.80 | Review mineral products information. |
| 09/12/10 | P. Marks | 1.10 | Review Mineral Products information; prepare comments for R. Finke. |
| 09/13/10 | K. Bourdeau | 0.50 | Review P. Marks draft comments on EPA sampling report for Omaha facility; evaluate same and prepare e-mail to P. Marks re additional comments. |
| 09/13/10 | P. Marks | 2.60 | Review and evaluate EPA's Omaha report and appendices, including activity logs; prepare comments for R. Finke re same. |
| 09/14/10 | K. Bourdeau | 0.20 | Communications with P. Marks re comments on EPA's Omaha facility sampling report. |
| 09/26/10 | K. Bourdeau | 1.70 | Re-review Remedium summary report and e-mail communications to date re results of EPA Omaha, Nebraska sampling; review EPA sampling report and prepare comments/questions thereon and follow-up options; e-mail communications with |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 138202
October 29, 2010
PAGE  2

|  |  |  |  |
|---|---|---|---|
|  |  |  | P. Marks re same. |
| 09/27/10 | K. Bourdeau | 2.30 | Conference with P. Marks re preparation for call with WR Grace re response to EPA sampling report on Omaha, Nebraska facility; participate in WR Grace conference call re same; review EPA information request and Grace response thereto and transactional documents with the Gutter Company; follow-up conference with P. Marks; follow up e-mail communications re transactional documents. |
| 09/27/10 | P. Marks | 1.90 | Prepare for and conduct telephone conference with R. Finke, B. Emmett, Remedium and K. Bourdeau re status of Omaha assessment, potential paths forward; post call assessment with K. Bourdeau. |
| 09/28/10 | P. Marks | 0.60 | Telephone conference with R. Finke re conference call followup and next steps; evaluate same. |
| 09/29/10 | K. Bourdeau | 0.70 | Follow-up communications with P. Marks re path forward; communications with B. Emmett re Uniform Purchase Agreement; review Uniform Purchase Agreement. |

**Total Hours :**            13.10

**Total Fees :**        $7,003.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 138202
October 29, 2010
PAGE  3

**Disbursements:**

Long Distance Telephone                          3.20

                          **Total Disbursements :**              **$3.20**

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 5.90 | $650.00 | $3,835.00 |
| P. Marks | 7.20 | $440.00 | $3,168.00 |

                          **Total Fees :**              **$7,003.00**

                    **Total Disbursements :**              **$3.20**

                          **TOTAL DUE :**              **$7,006.20**

# EXHIBIT D

**(Bankruptcy Fee Application)**

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn                    October 29, 2010
Attn: Lydia B. Duff, Esq.                   Client/Matter #  01246-012629
7500 Grace Drive                            Invoice # 138203
Columbia, MD  21044                         Federal ID# 52-1247549

---

For Legal Services Rendered Through 09/30/10 in Connection With:

**PLEASE REMIT PAYMENT TO :**      **BEVERIDGE & DIAMOND, P.C.**
                                   **SUITE 700**
                                   **1350 I STREET, N.W.**
                                   **WASHINGTON, D.C. 20005-3311**

<u>**Bankruptcy Fee Application**</u>

**Disbursements:**

      Postage                               2.27
      Duplicating                           9.00

            **Total Disbursements :**        $11.27

              **TOTAL DUE :**        $11.27

