## EXHIBIT A

**Asset Analysis and Recovery (.30 Hours; $ 276.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $950 | 190.00 |
| Peter Van N. Lockwood | .10 | $860 | 86.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 9/22/2010 | EI | 950.00 | 0.20 | T/c J. Sinclair re: weekly status sheet. |
| 9/27/2010 | PVL | 860.00 | 0.10 | Review Sinclair memo re Synthetec acq. |

**Total Task Code .01       .30**


**Case Administration (6.20 Hours; $ 4,072.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 2.20 | $860 | 1,892.00 |
| Rita C. Tobin | 4.00 | $545 | 2,180.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 9/22/2010 | EI | 950.00 | 0.20 | T/c J. Sinclair re: weekly status sheet. |
| 9/27/2010 | PVL | 860.00 | 0.10 | Review Sinclair memo re Synthetec acq. |

**Total Task Code .04       6.20**


**Claim Analysis Objection & Resolution (Asbestos) (.50 Hours; $ 430.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .50 | $860 | 430.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 7/7/2010 | PVL | 860.00 | 0.20 | Review Plum Creek motion to file late POC. |

{D0191016.1 }

| 7/20/2010 | PVL | 860.00 | 0.10 | Review draft Plum Creek stip. |
| 7/22/2010 | PVL | 860.00 | 0.20 | Review revised drafts of Plum Creek stip and email re same and reply. |

**Total Task Code .05      .50**

**Fee Applications, Applicant (16.90 Hours; $ 6,765.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 9.60 | $545 | 5,232.00 |
| Eugenia Benetos | 7.30 | $210 | 1,533.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 7/6/2010 | RCT | 545.00 | 0.20 | Review July Fee App schedule (0.2) |
| 7/8/2010 | RCT | 545.00 | 0.30 | Review pre-bills (0.3) |
| 7/16/2010 | RCT | 545.00 | 0.30 | Address fee issues (0.3) |
| 7/22/2010 | EB | 210.00 | 0.80 | Work on interim fee application. |
| 7/23/2010 | EB | 210.00 | 0.40 | Work on interim fee application. Prepare materials for sending out to co-counsel. (.4) |
| 7/26/2010 | RCT | 545.00 | 1.00 | Review Interim Fee App (1.0) |
| 7/26/2010 | RCT | 545.00 | 1.00 | Address fee auditor issues (1.0) |
| 7/27/2010 | RCT | 545.00 | 0.20 | Review August fee app schedules (0.2) |
| 7/29/2010 | RCT | 545.00 | 0.50 | Address fee issue (0.5) |
| 8/2/2010 | EB | 210.00 | 0.50 | Work on fee application schedule re: check breakdown. |
| 8/9/2010 | RCT | 545.00 | 0.30 | Review prebills (0.3) |
| 8/11/2010 | EB | 210.00 | 1.30 | Work on interim fee application. Review Exhibit D and make edits. |

{D0191016.1 }

| Date | Empl | Rate | Hours | Description |
|---|---|---|---|---|
| 8/13/2010 | EB | 210.00 | 0.20 | Work on interim re: PDF and send to APB re: record keeping. |
| 8/18/2010 | EB | 210.00 | 1.20 | Work on monthly fee application. |
| 9/1/2010 | RCT | 545.00 | 0.20 | Review fee app schedule for September |
| 9/1/2010 | RCT | 545.00 | 1.10 | Address fee issues (1.1) |
| 9/7/2010 | RCT | 545.00 | 0.10 | Emails PVNL and EB re Grace Fee Order (0.1) |
| 9/7/2010 | EB | 210.00 | 0.60 | Perform review of Exhibit A in fee application re: fees and expenses. (.5); and email RCT and PVNL re: fee auditor's recommendation (.1). |
| 9/13/2010 | EB | 210.00 | 0.50 | Prepare fee and expense report for fee application exhibit. |
| 9/21/2010 | RCT | 545.00 | 1.00 | Address fee issues (1.0) |
| 9/21/2010 | EB | 210.00 | 0.70 | Prepare fee and expense report for fee application exhibit (.5); and review FA's Report re: C&D fee reduction and update fee application schedule (.2). |
| 9/22/2010 | RCT | 545.00 | 0.90 | Review prebills (0.9) |
| 9/24/2010 | EB | 210.00 | 1.10 | Work on monthly fee application. |
| 9/24/2010 | RCT | 545.00 | 0.80 | Review monthly fee apps (0.8) |
| 9/28/2010 | RCT | 545.00 | 0.20 | Review fee application schedules for October (0.2) |
| 9/28/2010 | RCT | 545.00 | 0.50 | Address payment issue (0.5) |
| 9/30/2010 | RCT | 545.00 | 1.00 | Address fee issues with EB (1.0) |

**Total Task Code .12      16.90**

**Fee Applications, Others (.10 Hours; $ 21.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Eugenia Benetos | .10 | $210 | 21.00 |

| Trans | Empl | Bill | Billing |
|---|---|---|---|

{D0191016.1 }

| Date | Init | Rate | Hours | Full Narrative |
|---|---|---|---|---|
| 9/7/2010 | EB | 210.00 | 0.10 | Review LAS's fee application re: 36th interim and respond to fee auditor. |

**Total Task Code .13        .10**

**Hearings (.20 Hours; $ 172.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $860 | 172.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 7/14/2010 | PVL | 860.00 | 0.20 | Attend hearing. |

**Total Task Code .15        .20**

**Plan & Disclosure Statement (25.50 Hours; $ 19,589.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 4.00 | $950 | 3,800.00 |
| Peter Van N. Lockwood | 12.50 | $860 | 10,750.00 |
| Ann C. McMillan | 7.40 | $595 | 4,403.00 |
| Jeffrey A. Liesemer | 1.00 | $510 | 510.00 |
| Eugenia Benetos | .60 | $210 | 126.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 7/1/2010 | PVL | 860.00 | 1.00 | Review revised draft CNA agmt and email Wyron re same. |
| 7/2/2010 | ACM | 595.00 | 0.70 | Review TIG Settlement Agreement and send e-mail to B. Horkovich re same. |
| 7/6/2010 | EI | 950.00 | 0.20 | TIG settlement and memo (.2). |
| 7/7/2010 | EI | 950.00 | 0.10 | T/c PVNL re: briefing issues (.1). |

{D0191016.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 7/7/2010 | PVL | 860.00 | 0.30 | Teleconference EI (.2); review revised draft Hartford approval order and reply (.1). |
| 7/7/2010 | ACM | 595.00 | 0.30 | Teleconferences claimants re status of case. |
| 7/8/2010 | EI | 950.00 | 0.10 | Claimant inquiry (.1). |
| 7/12/2010 | ACM | 595.00 | 1.10 | Teleconference claimant (.1); teleconferences B. Horkovich re Hartford settlement agreement (.2); review same and mark suggested changes (.8). |
| 7/13/2010 | PVL | 860.00 | 0.10 | Review email and reply. |
| 7/15/2010 | PVL | 860.00 | 1.70 | Review email and reply (.2); review revised CNA agmt and email comments (1.3); review revised Hartford agmt (.2). |
| 7/15/2010 | ACM | 595.00 | 0.50 | Review CNA Settlement Agreement and send e-mail to B. Horkovich re same. |
| 7/19/2010 | ACM | 595.00 | 0.20 | Teleconference J. Sinclair re Blackstone retention agreement. |
| 7/19/2010 | PVL | 860.00 | 0.50 | Review email and reply (.1); review Grace revs to draft CNA agmt (.2); teleconference Baer, Donley and Felder (.2). |
| 7/20/2010 | PVL | 860.00 | 0.10 | Review Horkovich email and reply. |
| 7/26/2010 | EI | 950.00 | 0.20 | Read Horkovich's insurance status memos (.2). |
| 7/27/2010 | EB | 210.00 | 0.60 | Review of plan documents; update e-folder and organize filings in chronological order of all plan documents. |
| 7/29/2010 | ACM | 595.00 | 0.90 | Review proposed Hartford Settlement Agreement and exchange e-mails with Bob Horkovich re same. |
| 8/2/2010 | EI | 950.00 | 0.50 | Gerling insurance settlement matters (.5). |
| 8/7/2010 | PVL | 860.00 | 0.10 | Review Horkovich memo re ins status. |
| 8/8/2010 | ACM | 595.00 | 0.60 | Exchange e-mails with B. Horkovich re Hartford Agreement (.1); review Agreement (.5). |
| 8/9/2010 | PVL | 860.00 | 0.30 | Review amended Nat'l Union stip and email comments (.1); review ltr re Gerard claim and email Baer re same. |

{D0191016.1 }

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 8/12/2010 | PVL | 860.00 | 0.30 | Review Horkovich ins memo (.1); review Horkovich email and revised Hartford agmt (.1); review Monaco ltr to Judge Fitzgerald (.1). |
| 8/12/2010 | EI | 950.00 | 1.50 | Conf. Horkovich re: insurance situation (1.5). |
| 8/13/2010 | EI | 950.00 | 0.70 | Hartford settlement matters (.5); memo to Kazan re: same (.2). |
| 8/13/2010 | JAL | 510.00 | 0.20 | Reviewed email exchanges regarding proposed insurance settlement. |
| 8/13/2010 | JAL | 510.00 | 0.50 | Review and analysis of Montana's letter submission re confirmation. |
| 8/13/2010 | PVL | 860.00 | 0.10 | Review email. |
| 8/14/2010 | EI | 950.00 | 0.50 | Read Montana letter brief and considered issues raised (.5). |
| 8/16/2010 | ACM | 595.00 | 0.50 | Teleconference B. Horkovich re insurance issues (.4); teleconference claimant re case status (.1). |
| 8/16/2010 | PVL | 860.00 | 0.20 | Teleconference EI (.1); review email (.1). |
| 8/17/2010 | PVL | 860.00 | 1.00 | Review Libby PT brief and email Boll re Jeld Wen (.2); review revised draft CNA agmt (.8). |
| 8/17/2010 | JAL | 510.00 | 0.20 | E-mail exchanges w/ D. Boll re: draft response to State of Montana's submission. |
| 8/17/2010 | JAL | 510.00 | 0.10 | Drafted e-mail to PVNL re: draft response to State of Montana's submission. |
| 8/26/2010 | ACM | 595.00 | 0.30 | Teleconference P. Milch re B. Horkovich's request for claim filing data rates. |
| 8/27/2010 | PVL | 860.00 | 0.60 | Teleconference Wyron. |
| 8/31/2010 | ACM | 595.00 | 0.30 | Exchange e-mails with B. Horkovich re coverage-in-place insurance agreements. |
| 9/1/2010 | ACM | 595.00 | 0.40 | Teleconference M. Peterson re valuing coverage-in-place agreements. |
| 9/2/2010 | ACM | 595.00 | 0.20 | Exchange e-mails with M. Peterson and B. Horkovich re insurance call. |

{D0191016.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 9/3/2010 | ACM | 595.00 | 0.70 | Teleconference M. Peterson, B. Horkovich re present value of CIP Agreement payments. |
| 9/7/2010 | PVL | 860.00 | 0.60 | Review e-mail and reply (.2); review revised CNA agmt (.4). |
| 9/8/2010 | PVL | 860.00 | 0.10 | Review e-mail and reply. |
| 9/8/2010 | EI | 950.00 | 0.10 | T/c PVNL re: Quigley decision (.1). |
| 9/9/2010 | PVL | 860.00 | 1.10 | Review e-mail (.3); teleconference Freedman (.8). |
| 9/10/2010 | PVL | 860.00 | 0.90 | Review email (.1); review revised CNA agmt (.6); teleconference EI (.2). |
| 9/13/2010 | PVL | 860.00 | 0.30 | Review email and reply (.1); teleconference Freedman (.2). |
| 9/13/2010 | EI | 950.00 | 0.10 | Read Project Mallard material (.1). |
| 9/16/2010 | PVL | 860.00 | 0.20 | Review email . |
| 9/17/2010 | ACM | 595.00 | 0.10 | Exchange e-mails with B. Horkovich re insurance valuation issue. |
| 9/20/2010 | PVL | 860.00 | 0.10 | Teleconference Wyron. |
| 9/21/2010 | PVL | 860.00 | 1.20 | Review Swan Transportation ins hearing tr. (.6); teleconference EI (.2); review revised CNA agmt and email comments (.4). |
| 9/21/2010 | ACM | 595.00 | 0.10 | Teleconference claimant. |
| 9/22/2010 | ACM | 595.00 | 0.20 | Teleconference EI re coverage in place insurance valuation (.1); send e-mail to B. Horkovich re TDP payment limitations (.1). |
| 9/22/2010 | PVL | 860.00 | 0.30 | Review email and reply. |
| 9/23/2010 | PVL | 860.00 | 0.10 | Reviw email and reply. |
| 9/27/2010 | ACM | 595.00 | 0.30 | Conference EI, M. Peterson re valuation of insurance proceeds. |
| 9/27/2010 | PVL | 860.00 | 0.10 | Review Esayian comments on CNA agmt. |
| 9/28/2010 | PVL | 860.00 | 0.90 | Review Sinclair memo (.1); revised draft CNA agmt and email comments (.8). |

{D0191016.1 }

| Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 9/29/2010 | PVL | 860.00 | 0.20 | Email review. |
| 9/30/2010 | PVL | 860.00 | 0.10 | Review revised draft CNA agmt. |

**Total Task Code .17        25.50**

**Fee Auditor Matters (1.10 Hours; $ 599.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 1.10 | $545 | 599.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 8/4/2010 | RCT | 545.00 | 0.10 | Review Fee Auditor's Initial Report (0.1) |
| 8/31/2010 | RCT | 545.00 | 1.00 | Reply to Fee Auditor (1.0) |

**Total Task Code .32        1.10**

{D0191016.1 }

Other Charges:

| | |
|---|---|
| Air Freight & Express Mail | $67.67 |
| Charge of Cell and/or Home Phone Useage | $29.32 |
| Outside Photocopying/Duplication Service | $343.86 |
| Miscellaneous: Client Advances | $2,502.70 |
| Xeroxing | $40.10 |
| Postage & Air Freight | $0.44 |
| Long Distance-Equitrac In-House | $4.12 |
| **Total for Report** | **$2,988.21** |

{D0191016.1 }