**EXHIBIT B**

**Asset Analysis and Recovery (.30 Hours; $ 276.00)**

Services rendered in this category pertain to effort to analyze and recover the Debtor's assets for the benefit of the estate.

**Total Task Code .01**            .30

**Case Administration (6.20 Hours; $ 4,072.00)**

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**            6.20

**Claim Analysis Objection & Resolution (Asbestos) (.50 Hours; $ 430.00)**

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**            .50

**Fee Applications, Applicant (16.90 Hours; $ 6,765.00)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**            16.90

**Fee Applications, Others (.10 Hours; $ 21.00)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13**            .10

**Hearings (.20 Hours; $ 172.00)**

{D0191017.1 }

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15          .20**

**Plan & Disclosure Statement (25.50 Hours; $ 19,589.00)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17  25.50**

**Fee Auditor Matters (1.10 Hours; $ 599.50)**

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32  1.10**