## **EXHIBIT C**

Other Charges:

| | |
|---|---|
| Air Freight & Express Mail | $67.67 |
| Charge of Cell and/or Home Phone Useage | $29.32 |
| Outside Photocopying/Duplication Service | $343.86 |
| Miscellaneous: Client Advances | $2,502.70 |
| Xeroxing | $40.10 |
| Postage & Air Freight | $0.44 |
| Long Distance-Equitrac In-House | $4.12 |
| **Total for Report** | **$2,988.21** |

{D0191018.1 }