| | | | |
|---|---|---|---|
| **Client Number:   4642** | **Grace Asbestos Personal Injury Claimants** | | Page: 1 |
| **Matter        000** | **Disbursements** | | 8/16/2010 |

Print Date/Time: 08/16/2010  4:34:20PM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 7/31/2010

**Matter        000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 7/20/2010 | 13,655 |

$4,759.14
Client Retainers Available                     Committed to Invoices:          $0.00          Remaining:          $4,759.14

$3,881,156.07
Total Expenses Billed To Date

| | | | |
|---|---|---|---|
| Billing Empl: | 0120 | Elihu | Inselbuch |
| Responsible Empl: | 0120 | Elihu | Inselbuch |
| Alternate Empl: | 0120 | Elihu | Inselbuch |
| Originating Empl: | 0120 | Elihu | Inselbuch |

**Summary  by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 42.89 | 0.00 | 42.89 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 4.80 | 0.00 | 4.80 |
| 0255 | DAT | Denise A Tolbert | 0.00 | 4.10 | 0.00 | 4.10 |
| 0337 | EGB | Erroll G Butts | 0.00 | 2,502.70 | 0.00 | 2,502.70 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 4.86 | 0.00 | 4.86 |
| **Total Fees** | | | **0.00** | **2,559.35** | **0.00** | **2,559.35** |

**Detail Time / Expense  by  Date**

| | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2560537 | NY Office -Copy Svc., 6/2010  (EI) | E | 07/04/2010 | 0120 EI | | 0.00 | $1.60 | | 0.00 | $1.60 | 1.60 |
| 2560424 | Equitrac - Long Distance to 13369269145 | E | 07/07/2010 | 0999 C&D | | 0.00 | $0.08 | | 0.00 | $0.08 | 1.68 |
| | | | | C&D | | | | | | | |

{D0191019.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 8/16/2010 |

Print Date/Time: 08/16/2010  4:34:20PM

Attn:

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2560425 | Equitrac - Long Distance to 14142649461 | E | 07/07/2010 | 0999 | | 0.00 | $0.08 | 0.00 | $0.08 | 1.76 |
| 2566163 | Photocopy | E | 07/09/2010 | 0255 | DAT | 0.00 | $4.10 | 0.00 | $4.10 | 5.86 |
| 2560967 | Federal Express -Delivery to K.Hemming, 6/18/10 (EI) | E | 07/12/2010 | 0120 | EI | 0.00 | $12.77 | 0.00 | $12.77 | 18.63 |
| 2566627 | Photocopy | E | 07/15/2010 | 0220 | SKL | 0.00 | $4.10 | 0.00 | $4.10 | 22.73 |
| 2569929 | Photocopy | E | 07/26/2010 | 0999 | C&D | 0.00 | $4.70 | 0.00 | $4.70 | 27.43 |
| 2570230 | Photocopy | E | 07/28/2010 | 0220 | SKL | 0.00 | $0.70 | 0.00 | $0.70 | 28.13 |
| 2567989 | Pacer Service Center -Database Research, 4/1/10 - 6/30/10  (EI) | E | 07/28/2010 | 0120 | EI | 0.00 | $28.08 | 0.00 | $28.08 | 56.21 |
| 2567995 | Tallen Technology Rentals -Equipment Rentals, 6/7/10  (EGB) | E | 07/28/2010 | 0337 | EGB | 0.00 | $2,502.70 | 0.00 | $2,502.70 | 2,558.91 |
| 2570450 | NY Office -Postage, 7/2010  (EI) | E | 07/30/2010 | 0120 | EI | 0.00 | $0.44 | 0.00 | $0.44 | 2,559.35 |

**Total Expenses**

|  |  |  |  |
|---|---|---|---|
|  | $2,559.35 |  | $2,559.35 |
| 0.00 |  | 0.00 |  |

| | | | | |
|---|---|---|---|---|
| Matter Total Fees | | 0.00 | | 0.00 |
| Matter Total Expenses | | 2,559.35 | | 2,559.35 |
| Matter Total | 0.00 | 2,559.35 | 0.00 | 2,559.35 |
| Prebill Total Fees | | | | |
| Prebill Total Expenses | | $2,559.35 | | $2,559.35 |
| Prebill Total | 0.00 | $2,559.35 | 0.00 | $2,559.35 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 73,026 | 02/26/2010 | 150,698.25 | 30,139.65 |
| 73,613 | 03/19/2010 | 43,300.50 | 8,660.10 |
| 74,007 | 04/22/2010 | 55,577.50 | 11,115.50 |

{D0191019.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | Page: 1 |
|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | 8/16/2010 |

Print Date/Time: 08/16/2010  4:34:20PM

Attn:

Invoice #

| 74,690 | 05/21/2010 | 32,577.50 | 6,515.50 |
|---|---|---|---|
| 75,024 | 06/18/2010 | 30,260.00 | 6,052.00 |
| 75,954 | 07/20/2010 | 11,440.50 | 11,440.50 |
|  |  | 339,475.25 | 77,047.45 |

{D0191019.1 }

| | | | |
|---|---|---|---|
| **Client Number:   4642** | **Grace Asbestos Personal Injury Claimants** | | Page: 1 |
| **Matter       000** | **Disbursements** | | 8/16/2010 |

Print Date/Time: 08/16/2010  4:34:20PM

Attn:

Invoice #

## PREBILL / CONTROL  REPORT

Trans Date Range:   1/1/1950  to: 8/31/2010

**Matter       000**
**Disbursements**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 8/17/2010 |

13,655

| | | | | | |
|---|---|---|---|---|---|
| Client Retainers Available | $4,759.14 | Committed to Invoices: | $0.00 | Remaining: | $4,759.14 |

Total Expenses Billed To Date     $3,883,715.42

| | | |
|---|---|---|
| Billing Empl: | 0120 | Elihu   Inselbuch |
| Responsible Empl: | 0120 | Elihu   Inselbuch |
| Alternate Empl: | 0120 | Elihu   Inselbuch |
| Originating Empl: | 0120 | Elihu   Inselbuch |

**Summary   by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G--------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0120 | EI | Elihu   Inselbuch | 0.00 | 33.32 | 0.00 | 33.32 |
| 0222 | BH | Barbara   Holtz | 0.00 | 4.80 | 0.00 | 4.80 |
| 0307 | NAE | Niles A Elber | 0.00 | 1.24 | 0.00 | 1.24 |
| 0390 | SJD | Sara Joy  DelSavio | 0.00 | 343.86 | 0.00 | 343.86 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 2.98 | 0.00 | 2.98 |
| **Total Fees** | | | **0.00** | **386.20** | **0.00** | **386.20** |

**Detail Time / Expense  by  Date**

| | | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G--------- | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2585395 | Photocopy | E | 08/02/2010 | BH 0222 | | 0.00 | $4.40 | | 0.00 | $4.40 | 4.40 |
| 2585880 | Photocopy | E | 08/09/2010 | BH 0222 | | 0.00 | $0.40 | | 0.00 | $0.40 | 4.80 |
| | | | | C&D | | | | | | | |

{D0191019.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| **Matter** | **000** | **Disbursements** | | | | | | | 8/16/2010 |

Print Date/Time: 08/16/2010  4:34:20PM

Attn:

| | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|
| 2586013 | Photocopy | | E | 08/11/2010 | 0999 | 0.00 | $0.30 | 0.00 | $0.30 | 5.10 |
| 2576557 | Federal Express -Delivery to K.Hemming, 7/26/10 (EI) | | E | 08/16/2010 | 0120 | EI  0.00 | $12.54 | 0.00 | $12.54 | 17.64 |
| 2576601 | Capture Discovery -Outside Copy Svc., 12/24/09 (SJD) | | E | 08/16/2010 | 0390 | SJD  0.00 | $343.86 | 0.00 | $343.86 | 361.50 |
| 2576668 | Equitrac - Long Distance to 14142649461 | | E | 08/16/2010 | 0999 | C&D  0.00 | $0.08 | 0.00 | $0.08 | 361.58 |
| 2576670 | Equitrac - Long Distance to 12122781322 | | E | 08/16/2010 | 0999 | C&D  0.00 | $0.56 | 0.00 | $0.56 | 362.14 |
| 2586355 | Photocopy | | E | 08/18/2010 | 0999 | C&D  0.00 | $2.00 | 0.00 | $2.00 | 364.14 |
| 2579241 | Premiere Global Services -Conference Calls, 6/2010   (NAE) | | E | 08/24/2010 | 0307 | NAE  0.00 | $1.24 | 0.00 | $1.24 | 365.38 |
| 2579961 | Equitrac - Long Distance to 14122610310 | | E | 08/29/2010 | 0999 | C&D  0.00 | $0.04 | 0.00 | $0.04 | 365.42 |
| 2580439 | Federal Express -Delivery to K.Hemming, 8/18/10 (EI) | | E | 08/30/2010 | 0120 | EI  0.00 | $12.48 | 0.00 | $12.48 | 377.90 |
| 2580440 | Federal Express -Delivery to K.Hemming, 8/13/10 (EI; Split b/w clients 4642 & 5632) | | E | 08/30/2010 | 0120 | EI  0.00 | $8.30 | 0.00 | $8.30 | 386.20 |
| **Total Expenses** | | | | | | | $386.20 | | $386.20 | |
| | | | | | | 0.00 | | 0.00 | | |
| | Matter Total Fees | | | | | | 0.00 | | 0.00 | |
| | Matter Total Expenses | | | | | | 386.20 | | 386.20 | |
| | Matter Total | | | | | 0.00 | 386.20 | 0.00 | 386.20 | |
| | Prebill Total Fees | | | | | | | | | |
| | Prebill Total Expenses | | | | | | $386.20 | | $386.20 | |
| | Prebill Total | | | | | 0.00 | $386.20 | 0.00 | $386.20 | |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |

{D0191019.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | Page: 1 |
|---|---|---|---|---|
| Matter | 000 | Disbursements | | 8/16/2010 |

Print Date/Time: 08/16/2010  4:34:20PM

Attn:

Invoice #

| 74,690 | 05/21/2010 | 32,577.50 | 6,515.50 |
| 75,024 | 06/18/2010 | 30,260.00 | 6,052.00 |
| 75,954 | 07/20/2010 | 9,500.50 | 1,900.10 |
| 76,402 | 08/17/2010 | 12,280.85 | 12,280.85 |
| | | 155,817.35 | 30,010.18 |

{D0191019.1 }

| | | | |
|---|---|---|---|
| **Client Number:   4642** | **Grace Asbestos Personal Injury Claimants** | | Page: 1 |
| **Matter      000** | **Disbursements** | | 8/16/2010 |

Print Date/Time: 08/16/2010  4:34:20PM

Attn:

Invoice #

PREBILL / CONTROL REPORT

Trans Date Range:   1/1/1950   to: 9/30/2010

**Matter      000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 9/24/2010 | 13,655 |

$4,759.14
Client Retainers Available          Committed to Invoices:          $0.00          Remaining:          $4,759.14

$3,884,101.62
Total Expenses Billed To Date          Billing Empl:          0120          Elihu  Inselbuch
                                       Responsible Empl:      0120          Elihu  Inselbuch
                                       Alternate Empl:        0120          Elihu  Inselbuch
                                       Originating Empl:      0120          Elihu  Inselbuch

**Summary by Employee**

|  |  |  | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 30.28 | 0.00 | 30.28 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 0.80 | 0.00 | 0.80 |
| 0252 | JMT | Jeanine M Thomas | 0.00 | 2.80 | 0.00 | 2.80 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 8.78 | 0.00 | 8.78 |
| **Total Fees** | | | **0.00** | **42.66** | **0.00** | **42.66** |

**Detail Time / Expense by Date**

|  |  |  |  |  |  | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2592342 | Photocopy | E | 09/08/2010 | 0252 | JMT | | 0.00 | $2.80 | | 0.00 | $2.80 | 2.80 |
| 2588543 | Equitrac - Long Distance to 12124464934 | E | 09/12/2010 | 0999 | C&D | | 0.00 | $2.68 | | 0.00 | $2.68 | 5.48 |
| 2588134 | Federal Express -Delivery to W.Smith, 8/31/10 | E | 09/13/2010 | 0120 | EI | | 0.00 | $21.58 | | 0.00 | $21.58 | 27.06 |

{D0191019.1 }

| Client Number: | 4642 | | | | Grace Asbestos Personal Injury Claimants | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | | | | Disbursements | | | | | 8/16/2010 |

Print Date/Time: 08/16/2010 4:34:20PM

Attn:

(EI)                                                                                                                                                                 Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2591097 | Equitrac - Long Distance to 12124464934 | E | 09/19/2010 | 0999 | C&D | 0.00 | $0.48 | 0.00 | $0.48 | 27.54 |
| 2596368 | Photocopy | E | 09/20/2010 | 0999 | C&D | 0.00 | $0.50 | 0.00 | $0.50 | 28.04 |
| 2596742 | Photocopy | E | 09/24/2010 | 0999 | C&D | 0.00 | $5.00 | 0.00 | $5.00 | 33.04 |
| 2596873 | Photocopy | E | 09/27/2010 | 0232 | LK | 0.00 | $0.80 | 0.00 | $0.80 | 33.84 |
| 2595315 | Equitrac - Long Distance to 13369269145 | E | 09/30/2010 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 33.88 |
| 2595563 | Equitrac - Long Distance to 14142649461 | E | 09/30/2010 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 33.96 |
| 2596276 | NY Office Copy Charges, 9/2010  (EI) | E | 09/30/2010 | 0120 | EI | 0.00 | $8.70 | 0.00 | $8.70 | 42.66 |

**Total Expenses**                                                                                                     $42.66                          $42.66

                                                                                0.00                                                   0.00

| | | | |
|---|---|---|---|
| Matter Total Fees | | 0.00 | 0.00 |
| Matter Total Expenses | | 42.66 | 42.66 |
| Matter Total | 0.00 | 42.66 | 0.00 | 42.66 |

| | | | |
|---|---|---|---|
| Prebill Total Fees | | | |
| Prebill Total Expenses | | $42.66 | $42.66 |
| Prebill Total | 0.00 | $42.66 | 0.00 | $42.66 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 74,690 | 05/21/2010 | 32,577.50 | 6,515.50 |
| 75,024 | 06/18/2010 | 30,260.00 | 6,052.00 |
| 75,954 | 07/20/2010 | 9,500.50 | 1,900.10 |
| 76,402 | 08/17/2010 | 12,280.85 | 12,280.85 |
| 77,013 | 09/24/2010 | 9,688.20 | 9,688.20 |
| | | 165,505.55 | 39,698.38 |

{D0191019.1 }