IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., et al, | : | Case No. 01-1139 (JJF) |
| | : | |
| Debtor | : | Jointly Administered |

**NOTICE OF THIRTY-EIGHTH INTERIM FEE APPLICATION REQUEST OF
CAPLIN & DRYSDALE, CHARTERED FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
<u>FOR THE PERIOD JULY 1, 2010 THROUGH SEPTEMBER 30, 2010</u>**

Name of Applicant:  <u>Caplin & Drysdale, Chartered</u>

Authorized to Provide Professional Services to:  <u>The Official Committee of Asbestos Personal Injury Claimants</u>

Date of Retention:  <u>April 12, 2001</u>

Period for which Compensation and Reimbursement is sought:  <u>July 1, 2010 through September 30, 2010</u>

Total Amount of Compensation sought as
actual, reasonable and necessary for applicable period: <u>$31,924.50</u>

Total Amount of Expense Reimbursement
sought as actual, reasonable and necessary for applicable period: <u>$2,988.21</u>

Total Amount of Compensation Paid as
actual, reasonable and necessary for applicable period: <u>$0.00</u>

Total Amount of Expense Reimbursement Paid
as actual, reasonable and necessary for applicable period: <u>$0.00</u>

Total Amount of Holdback Fees Sought for applicable period:  <u>$6,384.90</u>

{D0191020.1 }

**EXHIBIT D**

**CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JULY 1, 2010 THROUGH SEPTEMBER 30, 2010**

**SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:**

|  |  | **Requested** |  | **Paid** |  |
|---|---|---|---|---|---|
| **Date Filed; Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 9/1/2010 | 7/1/2010 through 7/31/2010 | $7,777.50 (80% of 9,721.50) | $2,559.35 | $7,777.50 (80% of 9,721.50) | $2,559.35 |
| 10/4/2010 | 8/1/2010 through 8/31/2010 | $7,441.60 (80% of 9,302.00) | $386.20 | Pending | Pending |
| 10/27/2010 | 9/1/2010 through 9/30/2010 | $10,320.80 (80% of 12,901.00) | $42.66 | Pending | Pending |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Cumulative July to September 2010 Hours | Cumulative July to September 2010 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|
| Asset Analysis and Recovery | .3 | $276.00 | 22.7 | $ 12,034.50 |
| Asset Disposition | .0 | .00 | 3.0 | 2,004.00 |
| Business Operations | .0 | .00 | 18.4 | 8,323.00 |
| Case Administration | 6.2 | 4,072.00 | 5,530.1 | 1,726,300.00 |
| Claim Analysis Objection & Resolution (Asbestos) | .5 | 430.00 | 1,875.8 | 785,885.50 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .0 | .00 | 90.4 | 46,936.50 |
| Committee, Creditors', Noteholders' or Equity Holders' | .0 | .00 | 131.2 | 84,362.00 |
| Employee Benefits/Pension | .0 | .00 | 19.4 | 13,073.00 |
| Employment Applications, Applicant | .0 | .00 | 62.3 | 18,649.50 |

{D0191020.1 }

| | | | | |
|---|---|---|---|---|
| Employment Applications, Others | .0 | .00 | 83.4 | 41,095.00 |
| Fee Applications, Applicant | 16.9 | 6,765.00 | 691.4 | 223,243.50 |
| Fee Applications, Others | .1 | 21.00 | 121.0 | 47,261.50 |
| Financing | .0 | .00 | 5.4 | 4,521.00 |
| Hearings | .2 | 172.00 | 394.7 | 312,082.00 |
| Litigation and Litigation Consulting | .0 | .00 | 26,844.0 | 12,033,650.50 |
| Plan & Disclosure Statement | 25.5 | 19,589.00 | 5,414.6 | 3,237,610.50 |
| Relief from Stay Proceedings | .0 | .00 | 3.3 | 2,236.00 |
| Tax Issues | .0 | .00 | 139.2 | 56,206.00 |
| Tax Litigation | .0 | .00 | 29.7 | 10,175.00 |
| Travel-Non-Working | .0 | .00 | 1,785.4 | 463,324.75 |
| Valuation | .0 | .00 | 5.5 | 3,775.00 |
| ZAI Science Trial | .0 | .00 | 5.9 | 1,688.00 |
| ZAI Science Trial – Expenses | .0 | .00 | .0 | .00 |
| Other | .0 | .00 | .0 | .00 |
| Accounting/Auditing (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Business Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Corporate Finance (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Data Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance Adv. Proceeding | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance – Expenses | .0 | .00 | .0 | .00 |
| Fraudulent Auditor Matters | .0 | .00 | .5 | 170.00 |
| Fee Auditor Matters | 1.1 | 599.50 | 180.6 | 91,106.00 |
| **Totals** | **50.8** | **$31,924.50** | **43,457.9** | **$19,225,712.75** |

{D0191020.1 }

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category (Examples) | Total Expenses For The Period 7/1/10 – 9/30/10 | Total Expense From The Petition Date |
|---|---:|---:|
| Computer Assisted Research | $ .00 | $ 381,085.16 |
| Research Material | .00 | 12,251.64 |
| Air Freight & Express Mail | 67.67 | 24,695.27 |
| Outside Local Deliveries | .00 | 4,484.35 |
| Filing Fees | .00 | 164.75 |
| Outside Fax Service | .00 | 12.00 |
| Conference Meals | .00 | 14,348.47 |
| Outside Photocopy Service | 343.86 | 328,949.34 |
| Professional Fees & Expert Witness Fees | .00 | 2,215,715.86 |
| Court Reporting/Transcript Service | .00 | 220,225.49 |
| Miscellaneous Client Advances | 2,502.70 | 47,647.63 |
| Air & Train Transportation | .00 | 214,033.74 |
| Meals Related to Travel | .00 | 30,264.58 |
| Travel Expenses – Hotel Charges | .00 | 128,424.42 |
| Travel Expenses – Ground Transportation | .00 | 85,471.16 |
| Travel Expenses – Miscellaneous | .00 | 2,411.90 |
| Travel Expenses – LD Calls on Hotel Bill | .00 | 1,956.43 |
| Local Transportation - DC | .00 | 6,648.26 |
| Local Transportation – NY | .00 | 539.80 |
| Xeroxing | 40.10 | 114,896.25 |
| Postage | .44 | 6,946.27 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | 26.20 |
| Telecopier | .00 | 2,397.40 |
| Long Distance –Credit Card | .00 | 1,080.99 |
| Long Distance Telephone - DC | 4.12 | 2,553.58 |
| NYO Long Distance Telephone | .00 | 16,258.04 |
| Use of Cell/Home Phone | 29.32 | 3,101.15 |
| **TOTAL** | **$ 2,988.21** | **$ 3,866,590.13** |