## Attachment B
## To Fee Application
## Summary of PwC's Fees By Professional
## September 2010

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Month Ended September 30, 2010

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| George Baccash | Audit Partner | 30 | Integrated Audit | $ 724.00 | 1.0 | $ 724.00 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 720.09 | 32.5 | $ 23,402.93 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | $ 955.04 | 4.5 | $ 4,297.68 |
| John Newstead | Audit Partner | 10+ | Integrated Audit | $ 666.75 | 5.0 | $ 3,333.75 |
| David Sands | Director | 9 | Integrated Audit | $ 422.91 | 26.3 | $ 11,122.53 |
| Justin Bray | Audit Senior Manager | 8 | Integrated Audit | $ 422.91 | 54.5 | $ 23,048.60 |
| Alison Garleb | Audit Manager | 7 | Integrated Audit | $ 320.04 | 71.9 | $ 23,010.88 |
| Brett Czajkowski | Audit Manager | 6 | Integrated Audit | $ 306.07 | 30.2 | $ 9,243.31 |
| Jacqueline Bravo | Tax Manager | 4 | Integrated Audit | $ 301.60 | 1.0 | $ 301.60 |
| Pavel Katsiak | Audit Senior Associate | 4 | Integrated Audit | $ 233.68 | 94.9 | $ 22,176.23 |
| Alexandra L. Schmidt | Audit Senior Associate | 3 | Integrated Audit | $ 215.90 | 12.0 | $ 2,590.80 |
| Phillip Crosby | Audit Senior Associate | 3 | Integrated Audit | $ 227.34 | 38.5 | $ 8,752.59 |
| Elizabeth Sama | Tax Senior Associate | 3 | Integrated Audit | $ 228.80 | 8.0 | $ 1,830.40 |
| Madeleine Lederer | Audit Experienced Associate | 3 | Integrated Audit | $ 161.29 | 23.7 | $ 3,822.57 |
| Ryan Boyle | Audit Experienced Associate | 3 | Integrated Audit | $ 180.34 | 107.2 | $ 19,332.45 |
| Kathleen Bradely | Audit Experienced Associate | 1 | Integrated Audit | $ 161.29 | 86.7 | $ 13,983.84 |
| Kristina N. Johnson | Audit Experienced Associate | 1 | Integrated Audit | $ 161.29 | 109.7 | $ 17,693.51 |
| Shawn C. McNeilly | Audit Experienced Associate | 1 | Integrated Audit | $ 161.29 | 84.8 | $ 13,677.39 |
| Zachary Schmidt | Audit Associate | 1 | Integrated Audit | $ 158.75 | 60.6 | $ 9,620.25 |
| Veronica Flores | Audit Associate | 1 | Integrated Audit | $ 156.00 | 3.5 | $ 546.00 |
| Nicolas Colombo | Project Specialist | 1 | Integrated Audit | $ 135.42 | 2.3 | $ 311.47 |
| Luisina Minon Bolivar | Project Specialist | 1 | Integrated Audit | $ 135.42 | 3.5 | $ 473.97 |
| Agustina Sanza | Project Specialist | 1 | Integrated Audit | $ 135.42 | 2.2 | $ 297.92 |
| Ariana Saliva | Project Specialist | 1 | Integrated Audit | $ 135.42 | 2.0 | $ 270.84 |
| Totals | | | | | 866.5 | $ 213,865.51 |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

{02411}

Summary of PwC's Fees By Project Category:
September 2010

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 7.3 | $1,558.67 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |

Totals    7.3    $ 1,558.67

{02411}

| | | |
|---|---|---|
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 866.5 | $ 213,865.51 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 873.8 | $ 215,424.18 |

Expense Summary
June 2010

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 2,406.69 |
| Lodging | N/A | $ 725.04 |
| Sundry | N/A | $ 7.00 |
| Business Meals | N/A | $ 146.65 |
| TOTAL: | | $ 3,285.38 |

{02411}