# Exhibit B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended September 30, 2010

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| Tom Smith | 8/18/10 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 8/24/10 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 8/30/10 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 9/1/10 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 9/7/10 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 9/15/10 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| Dave Sands | 9/1/10 | Director | $ 35.00 | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess *.50 = $35 |
| | 9/16/10 | Director | $ 35.00 | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess *.50 = $35 |
| | 9/17/10 | Director | $ 35.00 | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess *.50 = $35 |
| | 9/29/10 | Director | $ 35.00 | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess *.50 = $35 |
| Christopher Rhodes | 8/11/10 | Director | $ 466.00 | Amtrak from NY to Baltimore |
| | 8/12/10 | Director | $ 70.24 | Rental car fee - Baltimore |
| | 8/13/10 | Director | $ 158.73 | Sheridan Hotel 2 Nights in Baltimore |
| Justin Bray | 9/1/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 9/2/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 9/7/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 9/8/10 | Audit Senior Manager | $ 39.00 | Mileage to St Regis Hotel, Washington, DC, then to PwC Baltimore office and return roundtrip (less 68 mile roundtrip normal commute)(78 miles * $0.50) |
| | 9/8/10 | Audit Senior Manager | $ 27.00 | Parking at St Regis Hotel, Washington, DC for Audit Committee meeting |
| | 9/9/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 9/13/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 9/15/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 9/16/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| Alison Garleb | 9/1/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 9/2/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 9/3/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 9/7/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 9/15/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 9/16/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 9/17/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 9/21/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 9/27/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 9/28/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| Pavel Katsiak | 8/21/10 | Audit Senior Associate | $ 26.46 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 8/22/10 | Audit Senior Associate | $ 26.46 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 8/23/10 | Audit Senior Associate | $ 26.46 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 8/24/10 | Audit Senior Associate | $ 26.46 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 8/27/10 | Audit Senior Associate | $ 26.46 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 8/28/10 | Audit Senior Associate | $ 26.46 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 8/29/10 | Audit Senior Associate | $ 26.46 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 9/1/10 | Audit Senior Associate | $ 26.46 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 9/13/10 | Audit Senior Associate | $ 26.46 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 9/14/10 | Audit Senior Associate | $ 26.46 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 9/15/10 | Audit Senior Associate | $ 26.46 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 9/16/10 | Audit Senior Associate | $ 26.46 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 9/17/10 | Audit Senior Associate | $ 26.46 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |

| Name | Date | Title | Amount | Description |
|---|---|---|---|---|
| Jacqueline Bravo | 8/18/10 | Tax Manager | $ 70.00 | Mileage (176 miles - 36 miles normal commute = 140 miles *$0.50/mile) in addition to standard commute to PwC office in McLean, VA. |
| | 8/18/10 | Tax Manager | $ 3.00 | 1.50 tolls each way x 2 = 3 |
| Brett Czajkowski | 9/1/10 | Audit Manager | $ 20.00 | Mileage (76 miles - 36 miles normal commute = 40 miles *$0.50/mile) in addition to standard commute to PwC office in McLean, VA. |
| | 9/7/10 | Audit Manager | $ 20.00 | Mileage (76 miles - 36 miles normal commute = 40 miles *$0.50/mile) in addition to standard commute to PwC office in McLean, VA. |
| | 9/16/10 | Audit Manager | $ 20.00 | Mileage (76 miles - 36 miles normal commute = 40 miles *$0.50/mile) in addition to standard commute to PwC office in McLean, VA. |
| | 9/17/10 | Audit Manager | $ 20.00 | Mileage (76 miles - 36 miles normal commute = 40 miles *$0.50/mile) in addition to standard commute to PwC office in McLean, VA. |
| Madeleine Lederer | 9/7/10 | Audit Experienced Associate | $ 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | 9/8/10 | Audit Experienced Associate | $ 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| Ryan Boyle | 9/1/2010 | Audit Experienced Associate | $ 33.0 | Mileage in excess of daily commute: [(39 miles - 9 normal commute miles * $0.55) * 2 (round trip)] = $33.00 |
| | 9/2/2010 | Audit Experienced Associate | $ 33.0 | Mileage in excess of daily commute: [(39 miles - 9 normal commute miles * $0.55) * 2 (round trip)] = $33.00 |
| | 9/7/2010 | Audit Experienced Associate | $ 33.0 | Mileage in excess of daily commute: [(39 miles - 9 normal commute miles * $0.55) * 2 (round trip)] = $33.00 |
| Kathleen Bradley | 9/7/10 | Audit Experienced Associate | $ 7.00 | Travel booking service fee for booking travel to client site in Cambridge, MA |
| | 9/7/10 | Audit Experienced Associate | $ 8.53 | Breakfast for 1 (K.Bradley - PwC) during trip to Cambridge, MA |
| | 9/7/10 | Audit Experienced Associate | $ 40.00 | Dinner for 1 (K.Bradley - PwC) during trip to Cambridge, MA |
| | 9/8/10 | Audit Experienced Associate | $ 37.00 | Dinner for 1 (K.Bradley - PwC) during trip to Cambridge, MA |
| | 9/9/10 | Audit Experienced Associate | $ 50.00 | Dinner for 1 (K.Bradley - PwC) during trip to Cambridge, MA |
| | 9/10/10 | Audit Experienced Associate | $ 11.12 | Dinner for 1 (K.Bradley - PwC) during trip to Cambridge, MA |
| | 9/10/10 | Audit Experienced Associate | $ 293.06 | Hertz rental car charge for 4 days in Cambridge, MA |
| | 9/10/10 | Audit Experienced Associate | $ 507.00 | Hilton hotel for 3 nights in Cambridge, MA (rate of $169 per night) |
| | 9/10/10 | Audit Experienced Associate | $ 59.31 | Taxes on Hilton hotel room for 3 nights in Cambridge, MA |
| | 9/10/10 | Audit Experienced Associate | $ 40.00 | Parking at BWI Airport for trip to Cambridge, MA |
| | 9/10/10 | Audit Experienced Associate | $ 13.00 | 40 miles home from the airport from trip to client site in Cambridge, MA - 14 miles normal commute to office = 26 miles excess * .5 = 13. |
| | 9/27/10 | Audit Experienced Associate | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 9/28/10 | Audit Experienced Associate | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 9/29/10 | Audit Experienced Associate | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |

Summary

Total
$ 3,049.98

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
For the Month Ended September 30, 2010

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Tom Smith | Integrated Audit | 8/18/10 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 8/24/10 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 8/30/10 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 9/1/10 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 9/7/10 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 9/15/10 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| Dave Sands | Integrated Audit | 9/1/10 | $ 35.00 | | | | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess * .50 = $35 |
| | Integrated Audit | 9/16/10 | $ 35.00 | | | | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess * .50 = $35 |
| | Integrated Audit | 9/17/10 | $ 35.00 | | | | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess * .50 = $35 |
| | Integrated Audit | 9/29/10 | $ 35.00 | | | | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess * .50 = $35 |
| Christopher Rhodes | Integrated Audit | 8/11/10 | $ 466.00 | | | | Amtrak from NY to Baltimore |
| | Integrated Audit | 8/12/10 | $ 70.24 | | | | Rental car fee - Baltimore |
| | Integrated Audit | 8/13/10 | | $ 158.73 | | | Sheridan Hotel 2 Nights in Baltimore |
| Justin Bray | Integrated Audit | 9/1/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 9/2/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 9/7/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 9/8/10 | $ 39.00 | | | | Mileage to St Regis Hotel, Washington, DC, then to PwC Baltimore office and return roundtrip (less 68 mile roundtrip normal commute)(78 miles * $0.50). |
| | Integrated Audit | 9/8/10 | $ 27.00 | | | | Parking at St Regis Hotel, Washington, DC for Audit Committee meeting |
| | Integrated Audit | 9/9/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 9/13/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 9/15/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 9/16/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| Alison Garleb | Integrated Audit | 9/1/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 9/2/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 9/3/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 9/7/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 9/15/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 9/16/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 9/17/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 9/21/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 9/27/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 9/28/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| Pavel Katsiak | Integrated Audit | 8/21/10 | $ 26.46 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 8/22/10 | $ 26.46 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 8/23/10 | $ 26.46 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 8/24/10 | $ 26.46 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 8/27/10 | $ 26.46 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 8/28/10 | $ 26.46 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 8/29/10 | $ 26.46 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 9/1/10 | $ 26.46 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 9/13/10 | $ 26.46 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 9/14/10 | $ 26.46 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 9/15/10 | $ 26.46 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 9/16/10 | $ 26.46 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 9/17/10 | $ 26.46 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| Jacqueline Bravo | Integrated Audit | 8/18/10 | $ 70.00 | | | | Mileage (176 miles - 36 miles normal commute = 140 miles *$0.50/mile) in addition to standard commute to PwC office in McLean, VA. |
| | Integrated Audit | 8/18/10 | $ 3.00 | | | | 1.50 tolls each way x 2 = 3 |
| Brett Czajkowski | Integrated Audit | 9/1/10 | $ 20.00 | | | | Mileage (76 miles - 36 miles normal commute = 40 miles *$0.50/mile) in addition to standard commute to PwC office in McLean, VA. |
| | Integrated Audit | 9/7/10 | $ 20.00 | | | | Mileage (76 miles - 36 miles normal commute = 40 miles *$0.50/mile) in addition to standard commute to PwC office in McLean, VA. |
| | Integrated Audit | 9/16/10 | $ 20.00 | | | | Mileage (76 miles - 36 miles normal commute = 40 miles *$0.50/mile) in addition to standard commute to PwC office in McLean, VA. |

| Name | Type | Date | Transportation | Lodging | Sundry | Business Meals | Description |
|---|---|---|---|---|---|---|---|
| | Integrated Audit | 9/17/10 | $ 20.00 | | | | Mileage (76 miles - 36 miles normal commute = 40 miles *$0.50/mile) in addition to standard commute to PwC office in McLean, VA. |
| Madeleine Lederer | Integrated Audit | 9/7/10 | $ 33.00 | | | | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | Integrated Audit | 9/8/10 | $ 33.00 | | | | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| Ryan Boyle | Integrated Audit | 9/1/2010 | $ 33.0 | | | | Mileage in excess of daily commute: [(39 miles - 9 normal commute miles * $0.55) * 2 (round trip)] = $33.00 |
| | Integrated Audit | 9/2/2010 | $ 33.0 | | | | Mileage in excess of daily commute: [(39 miles - 9 normal commute miles * $0.55) * 2 (round trip)] = $33.00 |
| | Integrated Audit | 9/7/2010 | $ 33.0 | | | | Mileage in excess of daily commute: [(39 miles - 9 normal commute miles * $0.55) * 2 (round trip)] = $33.00 |
| Kathleen Bradley | Integrated Audit | 9/1/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 9/2/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 9/3/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 9/7/10 | $ 13.00 | | | | 40 miles to the airport for flight to client site in Cambridge, MA - 14 miles normal commute to office = 26 miles excess * .5 = 13. |
| | Integrated Audit | 9/7/10 | $ 198.40 | | | | Roundtrip coach flight to Boston, MA from Baltimore, MD for travel to client site in Cambridge, MA |
| | Integrated Audit | 9/7/10 | | | $ 7.00 | | Travel booking service fee for booking travel to client site in Cambridge, MA |
| | Integrated Audit | 9/7/10 | | | | 8.53 | Breakfast for 1 (K.Bradley - PwC) during trip to Cambridge, MA |
| | Integrated Audit | 9/7/10 | | | | 40.00 | Dinner for 1 (K.Bradley - PwC) during trip to Cambridge, MA |
| | Integrated Audit | 9/8/10 | | | | 37.00 | Dinner for 1 (K.Bradley - PwC) during trip to Cambridge, MA |
| | Integrated Audit | 9/9/10 | | | | 50.00 | Dinner for 1 (K.Bradley - PwC) during trip to Cambridge, MA |
| | Integrated Audit | 9/10/10 | | | | 11.12 | Dinner for 1 (K.Bradley - PwC) during trip to Cambridge, MA |
| | Integrated Audit | 9/10/10 | $ 293.06 | | | | Hertz rental car charge for 4 days in Cambridge, MA |
| | Integrated Audit | 9/10/10 | | $ 507.00 | | | Hilton hotel for 3 nights in Cambridge, MA (rate of $169 per night) |
| | Integrated Audit | 9/10/10 | | $ 59.31 | | | Taxes on Hilton hotel room for 3 nights in Cambridge, MA |
| | Integrated Audit | 9/10/10 | $ 40.00 | | | | Parking at BWI Airport for trip to Cambridge, MA |
| | Integrated Audit | 9/10/10 | $ 13.00 | | | | 40 miles home from the airport from trip to client site in Cambridge, MA - 14 miles normal commute to office = 26 miles excess * .5 = 13. |
| | Integrated Audit | 9/27/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 9/28/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 9/29/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| | $ 3,285.38 | $ 2,406.69 | $ 725.04 | $ 7.00 | 146.65 |