# EXHIBIT A

TO 3RD QUARTERLY APPLICATION OF
THE HOGAN FIRM

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., _et. al._, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: September 23, 2010 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

## FIFTH MONTHLY APPLICATION OF THE HOGAN FIRM AS COUNSEL TO THE REPRESENTATIVE COUNSEL AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS

| | |
|---|---|
| Name of Applicant: | The Hogan Firm |
| Authorized to Provide Professional Services to: | Lauzon Bélanger and Scarfone Hawkins LLP ("Representative Counsel") as Special Counsel for the Canadian ZAI Claimants by Appointment Order, Dated March 19, 2010 [Docket No. 24508] |
| Date of Retention: | March 19, 2010 _nunc pro tunc_ to December 21, 2009 |
| Period for which compensation and reimbursement is sought: | July 1, 2010, through July 31, 2010 |
| Amount of compensation sought as actual, reasonable and necessary: | $    21,993.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $       203.15 |

This is Applicant's Fifth Monthly Application.

[Remainder of Page Intentionally Left Blank]

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24701 | December 22, 2009 - March 31, 2010 | $ 56,262.00 | $ 2,056.92 | $ 45,009.60 | $ 2,056.92 |
| 06/01/2010 Dkt. #24873 | April 1, 2010 – April 30, 2010 | $ 37,248.00 | $ 562.10 | $ 29,798.40 | $ 562.10 |
| 06/30/2010 Dkt. #25014 | May 1, 2010 – May 31, 2010 | $ 31,588.00 | $ 2,237.65 | $ 25,270.40 | $ 2,237.65 |
| 07/28/2010 Dkt. #25126 | June 1, 2010- June 30, 2010 | $ 28,580.00 | $ 1,860.20 | Pending | Pending |

**Fee Detail by Professional for the Period of July 1, 2010, through July 31, 2010:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Daniel K. Hogan | President. Member DE bar since 1990 | $350.00 | 42.10 | $ 14,735.00 |
| Karen E. Harvey | Paralegal - since 1996 | $190.00 | 38.20 | $ 7,258.00 |
| Gillian L. Andrews | Paralegal - since 2006 | $190.00 | 0.00 | 0.00 |
| Gabrielle Palagruto | Paralegal - since 2008 | $190.00 | 0.00 | 0.00 |
| **Grand Total** | | | **80.30** | **$ 21,993.00** |
| Blended Rate | | | | $ 273.89 |
| Blended Rate (excluding paralegal time): | | | | $ 350.00 |

**Monthly Compensation by Matter Description for the Period of July 1, 2010, through July 31, 2010**:

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 04 - Case Administration | 12.80 | 4,029.00 |
| 11 - Fee Applications, Applicant | 8.70 | 2,037.00 |
| 12 - Fee Applications, Others | 48.20 | 12,582.00 |
| 14 - Hearings | 6.60 | 2,310.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 20 - Travel (Non-Working) | 0.00 | 0.00 |
| 24 - Other | 4.00 | 1,035.00 |
| **TOTAL** | **80.30** | **$21,993.00** |

**Monthly Expense Summary for the Period July 1, 2010, through July 31, 2010**:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopies (In House) | 498 @ .10/each | 49.80 |
| CM/ECF | U.S. Bankruptcy Court | 10.00 |
| Court Telephonic Appearance | CourtCall | 0.00 |
| Postage | N/A | 0.00 |
| Supplies | Staples | 0.00 |
| Overnight Express Mail | Federal Express | 45.75 |
| Outside Copy & Serve | IKON Office Solutions | 97.60 |
| **TOTAL** | | **$ 203.15** |

PLEASE TAKE NOTICE that The Hogan Firm (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for July 1, 2010, through July 31, 2010, (this "Monthly Fee Statement")[1] pursuant to the terms of the Modified Order Granting Application Authorizing Retention of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants [Docket No. 24509] and the Amended Administrative Order Under 11

---

[1]Applicant's Invoice for July 1, 2010, through July 31, 2010, is attached hereto as **Exhibit A.**

U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before September 23, 2010, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period July 1, 2010, through July 31, 2010, an allowance be made to The Hogan Firm for compensation in the amount of $21,993.00 and actual and necessary expenses in the amount of

$203.15 for a total allowance of $22,196.15; Actual Interim Payment of $17,594.40 (80% of the allowed fees) and reimbursement of $203.15 (100% of the allowed expenses) be authorized for a total payment of $17,797.55; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee.   A true and correct copy of the Certification of Daniel K. Hogan is attached hereto as **Exhibit B**.

Dated: August 31, 2010                              Respectfully submitted,

By:    */s/ Daniel K. Hogan*_____
Daniel K. Hogan (DE Bar No. 2814)
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: 302.656.7540
Facsimile: 302.656.7599
Email: dkhogan@dkhogan.com

**Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants**

# EXHIBIT A



# THE HOGAN FIRM

Attorneys at Law
1311 Delaware Avenue
Wilmington, DE  19806
EIN 51-0352711

302-656-7540

Invoice submitted to:

### Lauzon Belanger, inc.
*c/o Yves Lauzon*

*Lauzon Belanger inc.*

*286, rue St-Paul Quest, bureau 100*

*Montreal, QUEBEC H2Y 2A3*

*Canada*

August 02, 2010
In Reference To: *Canadian Zonolite Claimants*
　　　　　　　　　*WRGrace Chapter 11 Bankruptcy*
　　　　　　　　　*Our File No. 060124-01*

Invoice #  17154

### Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/1/2010 | KEH | Review emails from Ana Dobson and Bridget Scott (Scarfone Hawkins) regarding responses to Fee Auditor's initial report; draft further response. | 1.60 190.00/hr | 304.00 |
| | KEH | Meeting with Dan Hogan, re: revisions to Fee Auditor's response; noted that we are still waiting on responses from Lauzon Belanger and some information from Scarfone Hawkins. | 0.30 190.00/hr | 57.00 |
| | KEH | Review January 25, 2010, hearing transcript, re: response to Fee Auditor's initial report. | 0.60 190.00/hr | 114.00 |
| | KEH | Meeting with Dan Hogan, re: revisions to response to Fee Auditor's initial report; make revisions. | 0.70 190.00/hr | 133.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Notice of Service -- Request for Judicial Notice (Garlock's Chapter 11 Filing) Related Documents: 22428, 23656, 23822, 24708 (related document(s) [21795]) Filed by Official Committee of Asbestos Personal Injury Claimants. | 0.30 350.00/hr | 105.00 |
| 7/5/2010 | KEH | E-mail correspondence with Careen Hannouche, re: forms requested by Grace. | 0.10 190.00/hr | 19.00 |

Lauzon Belanger, inc.                                   *8/2/2010*    *17154*        Page    2

|  |  | | **Hrs/Rate** | **Amount** |
|---|---|---|---|---|
| 7/5/2010 | DKH | E-mail correspondence with Matt Moloci concerning information Rust Consulting  received pursuant to the Notice Program. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with Matt Moloci.  Reviewed Deanna Boll's response to Matt's inquiry concerning Rust Consulting. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with Matt Moloci concerning  objection/ response to the $2M substantial contribution application. | 0.10 350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with Matt Moloci concerning the objection process and the likelihood that a hearing will be required. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with Matt Moloci concerning the hearing on the 14th and my expectation for a hearing. | 0.10 350.00/hr | 35.00 |
| 7/6/2010 | KEH | Draft COC and revised order regarding the Amended Application of Canadian ZAI Claimants for the Period October 1, 2004, through August 31, 2008. | 1.30 190.00/hr | 247.00 |
|  | KEH | Make revisions to Response to Fee Auditor's initial report. | 0.60 190.00/hr | 114.00 |
|  | KEH | E-mail correspondence with 'Careen Hannouche' re: deadline for vendor information for Grace. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with 'careen.hannouche@lauzonbelanger.qc.ca';Matt Moloci;'Michel Belanger';'David Thompson', re: status of responses needed for Fee Auditor's Initial Report. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with 'David Thompson' re: line item responses needed for Fee Auditor's initial report. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with 'Bobbi Ruhlander', re: status of the response to the Fee Auditors Initial Report, received on June 28, 2010, and that we are awaiting information from Canadian counsel. Expect to have the response by Thursday, July 8, 2010. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence from Cindy Yates with response to items 12 & 13 of Fee Auditor's initial report - review. | 0.30 190.00/hr | 57.00 |
|  | KEH | E-mail correspondence with Bobbi Ruhlander, re: Judge Fitzgerald hearing binder due one week prior to July 14th hearing - need to expedite response. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with 'Bobbi Ruhlander', re: response to fee auditor's initial report and confirmation of hearing date. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with careen.hannouche@lauzonbelanger.qc.ca;Michel Belanger;Matt Moloci;David Thompson, re: email from the Fee Auditors office and | 0.20 190.00/hr | 38.00 |

Lauzon Belanger, inc.                                    *8/2/2010*    *17154*        Page    3

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
|  |  | need to complete the response to the initial report by tomorrow. Also, re: email from Debtors counsel, Jan Baer, stating that our matter is the only matter left on the Grace Omnibus hearing agenda for July 14th. |  |  |
| 7/6/2010 | KEH | E-mail correspondence with Cindy Yates, re: further response regarding hotel accommodations. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with Daniel K. Hogan, re: email from Jan Baer, Esq., about July 14th hearing agenda. | 0.10 190.00/hr | 19.00 |
|  | DKH | Worked on response to  response to the fee auditor initial report. | 1.40 350.00/hr | 490.00 |
|  | DKH | E-mail correspondence with David Thompson concerning  list of items outstanding for response to fee auditor's report. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with Karen E. Harvey; Met with Karen Harvey to map out response to the Fee Auditor's Initial Report. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with Cindy Yates.  Reviewed  expense report for March, 2006, which details the travel, food and accommodation expenses claimed by SH.  Compared against Fee Auditor report. | 0.50 350.00/hr | 175.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Debtor-In-Possession Monthly Operating Report for Filing Period May 1, 2010 to May 31, 2010 Filed by W.R. Grace & Co., et al. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with Careen Hannouche concerning Canadian cases that are illustrative of the award of fees similar to those being requested. | 0.10 350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with Janet S. Baer concerning  the status of our discussions with the fee auditor on the Canadian $2 million substantial contribution application. | 0.20 350.00/hr | 70.00 |
|  | DKH | Telephone conversation with Jan Baer concerning our discussions with the fee  auditor on the Canadian $2 million substantial contribution application. | 0.30 350.00/hr | 105.00 |
|  | DKH | Meeting with Karen E. Harvey concerning need for each hotel charge, the number of nights= stay, and the amount of the charge attributable to the room rate, taxes, and other items regarding SH expenses. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with Bobbi Ruhlander concerning the timing of the 503b motion set for July 14. | 0.10 350.00/hr | 35.00 |

Lauzon Belanger, inc.                                    *8/2/2010*      *17154*         Page    4

|  |  |  | **Hrs/Rate** | **Amount** |
|---|---|---|---|---|
| 7/6/2010 | DKH | E-mail correspondence with Cindy Yates concerning need to get supporting expense receipts off site. | 0.10<br>350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with Careen Hannouche transmitting an excel chart and exhibits which provide as much detail as possible regarding our various fees, travel fees and lodging fees.   Reviewed same. | 0.40<br>350.00/hr | 140.00 |
| 7/7/2010 | KEH | Further revisions to finalize response - review and compile exhibits to Response to Fee Auditor's Initial Report for the Period October 1, 2004 through August 31, 2008. | 4.80<br>190.00/hr | 912.00 |
|  | KEH | E-mail correspondence with 'Careen Hannouche';David Thompson;Matt Moloci, re: reiterate what is pending for response to fee auditor's initial report. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with 'Careen Hannouche';'David Thompson';'Matt Moloci' transmitting marked up draft for review. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with Cindy Yates transmitting receipts for Scarfone Hawkins' expenses; attach to file and print for review. | 0.20<br>190.00/hr | 38.00 |
|  | KEH | E-mail correspondence from Careen Hannouche, re: inability to convert the US dollar into Canadian dollar -  total amount for lodging indicated in Canadian dollars will not correspond  to the sum of charges in US dollars. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | E-mail correspondence from Bridget Scott transmitting copies of the cases referred to in our memo of June 1, 2010, along with memo; excerpt from Ward Branch's textbook, "Class Actions in Canada" (Canada Law Book, November, 2009); attach to file and print for review. | 0.20<br>190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with 'Careen Hannouche' re: inability to convert Canadian Dollars to US Dollars. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | E-mail correspondence from Careen Hannouche transmitting detail regarding the lodging fees; attach to file and print for review. | 0.20<br>190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with 'Careen Hannouche';'David Thompson';'Matt Moloci' transmitting, for review and approval, final draft of the response to the fee auditors initial report, along with the exhibits. | 0.20<br>190.00/hr | 38.00 |
|  | KEH | E-mail correspondence from Careen Hannouche - approval of final draft. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | E-mail correspondence from David Thompson approving final draft of response. | 0.10<br>190.00/hr | 19.00 |

Lauzon Belanger, inc.                                    *8/2/2010*    *17154*        Page    5

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 7/7/2010 | KEH | Conference with Dan Hogan, re: approval of response. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with 'Bobbi Ruhlander' transmitting the response to the Fee Auditors Initial Report along with exhibits. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with Daniel K. Hogan, re: response to Fee Auditor's Initial report. | 0.10<br>190.00/hr | 19.00 |
|  | DKH | E-mail correspondence with Karen E. Harvey.  Reviewed and revised draft of the response to the Fee Auditor's initial report; reviewed exhibits to the response. | 0.80<br>350.00/hr | 280.00 |
|  | DKH | E-mail correspondence with Cindy Yates transmitting copies of receipts for expenses.  Reviewed same. | 0.40<br>350.00/hr | 140.00 |
|  | DKH | E-mail correspondence with Bridget Scott transmitting Canadian class actions cases as requested by the fee auditor.  Reviewed same. | 2.00<br>350.00/hr | 700.00 |
|  | DKH | E-mail correspondence with Karen E. Harvey.  Reviewed  final draft of the response to the fee auditor's initial report, along with the exhibits. | 0.80<br>350.00/hr | 280.00 |
|  | DKH | E-mail correspondence with David Thompson concerning response to fee auditor report. | 0.10<br>350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with Gabrielle Palagruto.  Reviewed preliminary agenda for July 14. | 0.30<br>350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 7/14/2010 at 10:00 AM. | 0.20<br>350.00/hr | 70.00 |
|  | DKH | Worked on response to Fee Auditor's initial report. | 1.20<br>350.00/hr | 420.00 |
| 7/8/2010 | KEH | E-mail correspondence from Bobbi Ruhlander, re: David Thompson's memo of June 1st in Word or WordPerfect format. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with Bridget Scott at Scarfone Hawkins regarding correspondence from Bobbi Ruhlander, re: David Thompson's memo of June 1st in Word or WordPerfect format. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | Telephone call to Bridget Scott; E-mail correspondence from Bridget Scott transmitting David Thompson's memo of June 1st in Word format. | 0.20<br>190.00/hr | 38.00 |

Lauzon Belanger, inc.                                    *8/2/2010*    *17154*        Page    6

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 7/8/2010 | KEH | E-mail correspondence to Bobbi Ruhlander transmitting David Thompson's memo of June 1st in Word format. | 0.10<br>190.00/hr | 19.00 |
|  | DKH | E-mail correspondence with Careen Hannouche transmitting Vendor Information Form to Grace. | 0.20<br>350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with Karen E. Harvey concerning fee auditor's request for a copy of David Thompson's memo in Word or WordPerfect format. | 0.10<br>350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with Janet S. Baer concerning next week's hearing and our matter being only one scheduled. | 0.20<br>350.00/hr | 70.00 |
|  | DKH | Telephone conversation with Janet S. Baer concerning next week's hearing and possibility that it will be telephonic. | 0.30<br>350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with David Thompson and Matt Moloci concerning conversation with Jan Baer wherein I would not agree to a telephonic hearing in the event that we need to go forward with argument. | 0.20<br>350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with Peter Lockwood concerning telephonic hearing. | 0.10<br>350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with David Thompson transmitting his position that we should appear in person for hearing. | 0.20<br>350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with Matt Moloci transmitting his position on telephonic hearing. | 0.10<br>350.00/hr | 35.00 |
| 7/9/2010 | KEH | E-mail correspondence from Bobbi Ruhlander, re: further questions - review response; meeting with Dan Hogan, re: same. | 0.30<br>190.00/hr | 57.00 |
|  | KEH | E-mail correspondence from Matt Moloci with response to fee auditor questions - review Rep Counsel's original response and incorporate into email response to Bobbi Ruhlander. | 0.30<br>190.00/hr | 57.00 |
|  | KEH | E-mail correspondence from Careen Hannouche with response to fee auditor questions - review Rep Counsel's original response and incorporate into email response to Bobbi Ruhlander. | 0.40<br>190.00/hr | 76.00 |
|  | KEH | Meeting with Dan Hogan, re: response to Bobbi Ruhlander's email with further questions; make revisions to our response as directed. | 0.40<br>190.00/hr | 76.00 |
|  | KEH | E-mail correspondence to Bobbi Ruhlander, re: response to further questions in Application expenses. | 0.10<br>190.00/hr | 19.00 |
|  | DKH | E-mail correspondence with Bobbi Ruhlander transmitting a few follow-up questions concerning expenses.  Reviewed same. | 0.40<br>350.00/hr | 140.00 |

Lauzon Belanger, inc.                                    *8/2/2010*    *17154*        Page    7

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 7/9/2010 | DKH | E-mail correspondence with David Thompson, Matt Moloci and Careen Hannouche transmitting few follow-up questions concerning expenses received from fee examiner. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with Matt Moloci concerning the three expenses questioned by the fee examiner and how they can be deducted in their entirety. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with Matt Moloci concerning his response. | 0.10 350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with Careen Hannouche transmitting corrected, accurate expense amounts they are requesting for the various, lodging and travel fees, corresponding to the receipts retrieved; reviewed same. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with Careen Hannouche concerning her response. | 0.10 350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with Ana Dobson (David Thompson) concerning plans for travel and attendance at the hearing on July 14. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with Karen E. Harvey.  Reviewed drafted response to Fee examiner's follow-up questions. | 0.30 350.00/hr | 105.00 |
| 7/11/2010 | DKH | E-mail correspondence with Bobbi Ruhlander requesting  last bit of information for final report. | 0.20 350.00/hr | 70.00 |
|  | DKH | Reviewed motion for substantial contribution in preparation for hearing.  Made notes for argument on July 14. | 2.50 350.00/hr | 875.00 |
|  | DKH | E-mail correspondence with Bobbie Ruhlander. | 0.10 350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with David Thompson and Matt Moloci transmitting latest request from Bobbie Ruhlander. | 0.10 350.00/hr | 35.00 |
| 7/12/2010 | KEH | E-mail correspondence to/from Cindy Yates, re: Further to recent email concerning the "$705.76 - Scarfone Hawkins travel regarding Toronto" - item was mislabeled. This expense covers mileage, taxi, etc. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with Scarfone Hawkins & Lauzon Belanger, re: Response status; email to Bobbie Ruhlander, re: same. | 0.30 190.00/hr | 57.00 |
|  | KEH | E-mail correspondence from Bobbi Ruhlander, re: action needed to obtain response to fee auditor's report. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence from Bobbi Ruhlander, re: need to file final report this afternoon. | 0.10 190.00/hr | 19.00 |

Lauzon Belanger, inc.                                    *8/2/2010*    *17154*       Page    8

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 7/12/2010 | KEH | E-mail correspondence with Matt Moloci, David Thompson & Cindy Yates, re: status of response and 30 minute deadline. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with Bobbi Ruhlander, re: status of response. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence from Ana Dobson, re: detailed review of all historical disbursement items - some items improperly labeled and characterized; transmitting chart showing all available detail in attempt to reconcile charges - attached receipts. | 0.30 190.00/hr | 57.00 |
|  | KEH | E-mail correspondence with Bobbi Ruhlander, re: "Upon detailed review, Scarfone Hawkins realized that some of their historical disbursement items were improperly labeled and characterized.  This occurred early on in the case well before they ever contemplated that they would be appointed special counsel.  Their practice today is to more accurately and precisely record all items. Attached is a chart showing as much detail as is available in an attempt to reconcile the charges.<br>Please note as well that in some instances there are no actual receipts.  Some of the travel items are per kilometre charges by the lawyers for hearings/meetings in Toronto and would be recorded on internal expense reports. All available receipts have been previously provided.  Additionally, please note that the disbursement items are being claimed as part of the overall $2 million payment and not over and above that amount."<br><br><br>The disbursement details are provided as part and parcel of our justification of the overall $2 million substantial contribution request. | 0.30 190.00/hr | 57.00 |
|  | KEH | E-mail correspondence from Bobbi Ruhlander, re: final report regarding the Canadian ZAI counsel's § 503 (d ) motion - print, save, and review same. | 0.50 190.00/hr | 95.00 |
|  | DKH | E-mail correspondence with Karen E. Harvey. Reviewed email from Canadian counsel concerning fee examiners' request and fact that items was mislabeled. | 0.10 350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with Bobbi Ruhlander concerning our response to the latest request. | 0.10 350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with Karen E. Harvey to Bobbie Ruhlander concerning last piece of information. | 0.10 350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with Bobbi Ruhlander concerning need to file the final report this afternoon one way or the other. | 0.20 350.00/hr | 70.00 |

Lauzon Belanger, inc.                                        *8/2/2010*    *17154*         Page   9

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 7/12/2010 | DKH | E-mail correspondence with David Thompson concerning fact that they will have something to us in the next 10 minutes. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with Ana Dobson transmitting a chart showing as much detail as SH has available in an attempt to reconcile the charges questioned by the Fee examiner.  Reviewed same. | 0.40 350.00/hr | 140.00 |
|  | DKH | E-mail correspondence with Karen E. Harvey to Bobbie Ruhlander explaining SH chart showing detail available in an attempt to reconcile the charges of SH on certain expenses. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with Careen Hannouche questioning whether there is a possibility that the Court will enter an order on the Substantial Contribution Application prior to Wednesday's hearing. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with Careen Hannouche responding to her inquiry about the July 14 hearing. | 0.10 350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with Bobbi Ruhlander to Jamie O'Neill concerning the Canadian ZAI counsel's § 503 (d ) motion. | 0.10 350.00/hr | 35.00 |
|  | DKH | Received and reviewed Fee Examiner's Final Report regarding the Canadian ZAI counsel's § 503 (d ) motion. | 0.50 350.00/hr | 175.00 |
|  | DKH | E-mail correspondence with David Thompson, Matt Moloci and Careen Hannouche transmitting the Fee Examiner's Final Report regarding the Canadian ZAI counsel's § 503 (d ) motion. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with David Thompson concerning content of final report. | 0.10 350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with David Thompson concerning content of final report of fee examiner. | 0.10 350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Statement of Professionals' Compensation /Debtors' Statement of Amounts Paid to Ordinary Course Professionals From April 1, 2010 Through June 30, 2010 Filed by W.R. Grace & Co., et al.. | 0.30 350.00/hr | 105.00 |
| 7/13/2010 | KEH | Telephone call to CourtCall to schedule telephonic appearance of Dan Hogan, Matt Moloci, David Thompson & Careen Hannouche for hearing on July 14, 2010. | 0.40 190.00/hr | 76.00 |
|  | KEH | Telephone call to CourtCall - receipt not received for Careen Hannouche's appearance - all information had to be resubmitted. | 0.20 190.00/hr | 38.00 |
|  | KEH | Prepare Certificate of No Objection Regarding the Amended Application of Canadian ZAI Claimants' For Allowance of Administrative Expenses of Lauzon Bélanger and Scarfone Hawkins | 0.40 190.00/hr | 76.00 |

Lauzon Belanger, inc.                                        *8/2/2010*   *17154*        Page   10

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| | | as CCAA Representative Counsel Incurred in Making Substantial Contribution for the Period October 1, 2004, to August 31, 2008. | | |
| 7/13/2010 | KEH | Electronically file Certificate of No Objection Regarding the Amended Application of Canadian ZAI Claimants' For Allowance of Administrative Expenses of Lauzon Bélanger and Scarfone Hawkins as CCAA Representative Counsel Incurred in Making Substantial Contribution for the Period October 1, 2004, to August 31, 2008. | 0.30 190.00/hr | 57.00 |
| | KEH | E-mail correspondence with Judge Fitzgerald transmitting the Certificate of No Objection Regarding the Amended Application of Canadian ZAI Claimants' For Allowance of Administrative Expenses of Lauzon Bélanger and Scarfone Hawkins as CCAA Representative Counsel Incurred in Making Substantial Contribution for the Period October 1, 2004, to August 31, 2008.  The Certificate of No Objection was filed today, July 13, 2010, in the U.S. Bankruptcy Court for the District of Delaware, Docket No. 25061. | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with IKON Office Solutions transmitting Certificate of No Objection and Proposed Order to be copied and served.- billing reference "CNO-$2M. | 0.20 190.00/hr | 38.00 |
| | KEH | Telephone call from Matt Moloci, re: chance of getting the order signed - we submitted the order that was attached to the amended application when CNO was filed - also, asked about orders for quarterly and monthly applications; E-mail correspondence with Dan Hogan, re: same. | 0.40 190.00/hr | 76.00 |
| | KEH | E-mail correspondence with Ana Dobson, re: telephonic appearance. | 0.10 190.00/hr | 19.00 |
| | KEH | E-mail correspondence to Dan Hogan transmitting confirmation for telephonic appearance at hearing. | 0.10 190.00/hr | 19.00 |
| | KEH | E-mail correspondence to David Thompson transmitting confirmation for telephonic appearance at hearing. | 0.10 190.00/hr | 19.00 |
| | KEH | E-mail correspondence to Matt Moloci transmitting confirmation of telephonic appearance at hearing. | 0.10 190.00/hr | 19.00 |
| | KEH | E-mail correspondence to Careen Hannouche transmitting confirmation of telephonic appearance at hearing. | 0.10 190.00/hr | 19.00 |
| | DKH | Prepared for hearing on substantial contribution motion.  Read case law in support of motion. | 3.00 350.00/hr | 1,050.00 |
| | DKH | E-mail correspondence with Karen E. Harvey.  Reviewed and revised Certificate of No Objection to Substantial Contribution motion. | 0.40 350.00/hr | 140.00 |

Lauzon Belanger, inc.                                         *8/2/2010*    *17154*        Page   11

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/13/2010 | DKH | Worked on Proposed form of order for CNO. | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding Amended Application of Canadian ZAI Claimants for Allowance of Administrative Expenses of Lauzon Belanger and Scarfone Hawkins as CCAA Representative Counsel Incurred in Making Substantial Contribution for the period October 1, 2004, to August 31, 2008 (related document(s)[24943], [25059]) Filed by Canadian ZAI Claimants. | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with Karen E. Harvey concerning phone conversation with Matt Moloci about the chances of getting the order signed prior to the hearing. | 0.10<br>350.00/hr | 35.00 |
| | DKH | E-mail correspondence with Janet S. Baer concerning conversation she just had with Ramona Baker about our Grace matter. | 0.20<br>350.00/hr | 70.00 |
| | DKH | E-mail correspondence with David Thompson concerning latest news from Jan Baer. | 0.10<br>350.00/hr | 35.00 |
| | DKH | E-mail correspondence with Jan Baer concerning the update from the Court. | 0.10<br>350.00/hr | 35.00 |
| | DKH | E-mail correspondence with Janet S. Baer concerning fact that the Court does have some questions about the Canadian Fee application and wants the hearing to go forward with the participation of the requesting party, the fee auditor and the Debtors. | 0.20<br>350.00/hr | 70.00 |
| | DKH | E-mail correspondence with David Thompson about the Court's position on the hearing tomorrow. | 0.10<br>350.00/hr | 35.00 |
| | DKH | E-mail correspondence with Jan Baer indicating that we are agreeable to a telephonic hearing. | 0.10<br>350.00/hr | 35.00 |
| | DKH | E-mail correspondence with Careen Hannouche concerning ability to attend by telephone. | 0.10<br>350.00/hr | 35.00 |
| | DKH | E-mail correspondence with Janet S. Baer informing us that the Grace Omnibus hearing tomorrow will be telephonic only. | 0.20<br>350.00/hr | 70.00 |
| | DKH | E-mail correspondence with response@courtcall.com.  Reviewed Court Appearance confirmation for each of the representative counsel for tomorrow's telephonic hearing. | 0.40<br>350.00/hr | 140.00 |
| | DKH | E-mail correspondence with James O'Neill concerning telephonic appearance for tomorrow. | 0.10<br>350.00/hr | 35.00 |

Lauzon Belanger, inc.                                    *8/2/2010*    *17154*        Page   12

|            |     |                                                                                                                                                                                       | Hrs/Rate          | Amount |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 7/13/2010  | DKH | E-mail correspondence with Careen Hannouche concerning telephonic appearance.                                                                                                          | 0.10<br>350.00/hr | 35.00  |
|            | DKH | E-mail correspondence with David Thompson concerning CourtCall confirmation for participation tomorrow.                                                                                | 0.10<br>350.00/hr | 35.00  |
|            | DKH | E-mail correspondence with David Thompson about talking tomorrow before the hearing.                                                                                                   | 0.20<br>350.00/hr | 70.00  |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing (related document(s)[25050]) Filed by W.R. Grace & Co., et al.. Hearing scheduled for 7/14/2010 at 10:00 AM. | 0.30<br>350.00/hr | 105.00 |
| 7/14/2010  | DKH | Prepared for hearing on substantial contribution motion.                                                                                                                               | 2.00<br>350.00/hr | 700.00 |
|            | DKH | Teleconference with Representative Counsel concerning telephonic hearing.                                                                                                               | 0.50<br>350.00/hr | 175.00 |
|            | DKH | Conducted telephonic hearing.                                                                                                                                                          | 1.60<br>350.00/hr | 560.00 |
|            | DKH | E-mail correspondence with Matt Moloci concerning confirmation that Chris Greig of Rolling Thunder is our technical advisor and will assist with our transfer and/or access to Rust's Canadian Claims database. | 0.20<br>350.00/hr | 70.00  |
| 7/15/2010  | KEH | E-mail correspondence to Careen Hannouche, David Thompson, Matt Moloci & Cindy Yates, re: breakdown of payment from WRGrace.                                                            | 0.20<br>190.00/hr | 38.00  |
|            | DKH | E-mail correspondence with Karen E. Harvey.  Reviewed Invoice Routing Notification received from Grace.                                                                                 | 0.20<br>350.00/hr | 70.00  |
|            | DKH | E-mail correspondence with David Thompson transmitting the Invoice Routing Notification received from Grace.                                                                            | 0.20<br>350.00/hr | 70.00  |
|            | DKH | E-mail correspondence with Karen E. Harvey.  Reviewed the detail provided by John Port at Grace concerning the payment received.                                                        | 0.20<br>350.00/hr | 70.00  |
| 7/16/2010  | KEH | E-mail correspondence from Cindy Yates confirming that the quarterly application will be prepared by The Hogan firm using the monthly applications.                                     | 0.10<br>190.00/hr | 19.00  |
|            | KEH | E-mail correspondence to Cindy Yates, re: reminder that we will need the time summaries for June when available - quarterly application, for April  June, due on or before August 13th. | 0.10<br>190.00/hr | 19.00  |

Lauzon Belanger, inc.                                          *8/2/2010*    *17154*        Page   13

|  |  |  | **Hrs/Rate** | **Amount** |
|---|---|---|---|---|
| 7/16/2010 | DKH | E-mail correspondence with Karen E. Harvey concerning need for he time summaries for June from Representative Counsel. | 0.20<br>350.00/hr | 70.00 |
| 7/19/2010 | KEH | E-mail correspondence with Careen Hannouche, re: question on monthly fee application. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with Careen Hannouche transmitting time summary and exhibits for monthly application for June 1st  June 30th 2010; print and review same. | 0.20<br>190.00/hr | 38.00 |
|  | KEH | Telephone call to wire department, Christiana Bank, to wire funds into account of Scarfone Hawkins - not enough information and unable to complete transaction. | 0.30<br>190.00/hr | 57.00 |
|  | KEH | Telephone call to Cindy Yates, re: information needed to complete wire transfer to Scarfone Hawkins account. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | Telephone call to/from wire department, Christiana Bank, to wire funds into account of Scarfone Hawkins - still not enough information and unable to complete transaction - need to fax information tomorrow. | 0.30<br>190.00/hr | 57.00 |
|  | KEH | E-mail correspondence with Cindy Yates, more information needed for wire transfer to Scarfone Hawkins' account. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with Cindy Yates, re: physical address of bank. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with Helen Martin at Scarfone Hawkins, re: information to complete wire transfer to Scarfone Hawkins. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with Helen Martin, re: Swift Code for wire transfer. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with Cindy Yates, re:  intermediary bank info. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | E-mail correspondence to David Thompson, re: Grace payment of $181,039.96. | 0.10<br>190.00/hr | 19.00 |
|  | DKH | E-mail correspondence with Karen E. Harvey concerning possible request for reimbursement of the Hotel Dupont fees due to the last minute cancellation. | 0.20<br>350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with Careen Hannouche.  Reviewed LB's time summary and exhibits for our monthly application for June 1st June 30th 2010. | 0.60<br>350.00/hr | 210.00 |
|  | DKH | E-mail correspondence with Karen E. Harvey concerning LB's June time and expense docket. | 0.20<br>350.00/hr | 70.00 |

Lauzon Belanger, inc.                                              *8/2/2010*      *17154*         Page   14

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 7/19/2010 | DKH | E-mail correspondence with Careen Hannouche.  Reviewed LB's modified time summary and exhibits for the June 2010 application. | 0.40<br>350.00/hr | 140.00 |
|  | DKH | E-mail correspondence with David Thompson concerning receipt of money from Grace. | 0.10<br>350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with David Thompson informing him of receipt of funds from Grace. | 0.20<br>350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with Helen Martin concerning swift code. | 0.10<br>350.00/hr | 35.00 |
| 7/20/2010 | KEH | Telephone call to wire department at Christina Bank, re: wire transfer to Scarfone Hawkins; faxed information to wire department; telephone call back from wire department; additional call from Christiana Bank to confirm wire transfer. | 0.50<br>190.00/hr | 95.00 |
|  | KEH | E-mail correspondence with Scarfone Hawkins, re: wire was initiated - waiting on the bank back with confirmation - confusion regarding the ABA number for Bank of America, not CIBC.  Bank has created template for future transactions. | 0.20<br>190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with Scarfone Hawkins - wire was confirmed. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with 'Ramona_Baker@pawb.uscourts.gov', re: check on the signed order regarding the Amended First Application of Canadian ZAI Claimants [Docket No. 24943].  It is understood that, at the July 14, 2010, telephonic hearing [Agenda Item No. 10], Judge Fitzgerald approved the application.  Certificate of No Objection filed on July 13, 2010 [Docket No. 25061]. | 0.20<br>190.00/hr | 38.00 |
|  | DKH | E-mail correspondence with Davis, Kathy concerning getting database access set up and fact that she will communicate when the SFTP is available to access. | 0.20<br>350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with Karen E. Harvey concerning fact that order on substantial contribution motion has not yet been entered.  Met with Karen Harvey to give her instructions on how to proceed. | 0.30<br>350.00/hr | 105.00 |
| 7/21/2010 | KEH | E-mail correspondence and telephone call to Ramona_Baker in Judge Fitzgerald's chambers, re: signed order (per Judge at hearing). | 0.20<br>190.00/hr | 38.00 |
|  | KEH | E-mail correspondence from Ramona_Baker@pawb.uscourts.gov, re: order is on docket. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with Daniel K. Hogan, re: signed order $2M application. | 0.10<br>190.00/hr | 19.00 |

Lauzon Belanger, inc.                                    *8/2/2010*    *17154*        Page   15

|            |     |                                                                                                                                                                                                                                                                                                                      | *Hrs/Rate* | *Amount* |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|----------|
| 7/21/2010  | KEH | E-mail correspondence with Sherry Stiles in Judge's chambers, re: order for THF 1st Quarterly Application - transmitting copy of documents.                                                                                                                                                                            | 0.20 190.00/hr | 38.00 |
|            | KEH | E-mail correspondence with Sherry Stiles in Judge's chambers, re: order for Scarfone Hawkins' 1st Quarterly Application - transmitting copy of documents.                                                                                                                                                              | 0.20 190.00/hr | 38.00 |
|            | KEH | E-mail correspondence with Sherry Stiles in Judge's chambers, re: order for Lauzon Belanger's 1st Quarterly Application - transmitting copy of documents.                                                                                                                                                              | 0.20 190.00/hr | 38.00 |
|            | DKH | E-mail correspondence with Ramona Baker concerning the delay in getting the signed order.                                                                                                                                                                                                                             | 0.10 350.00/hr | 35.00 |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Order Granting the Amended Application of Canadian ZAI Claimants for Allowance of Administrative Expenses of Lauzon Belanger S.E.N.C.R.L. and Scarfone Hawkins LLP as CCAA Representative Counsel Incurred in Making Substantial Contribution for the Period of October 1, 2004 to August 31, 2008 (related document(s)[24943]). Signed on 7/21/2010. | 0.30 350.00/hr | 105.00 |
|            | DKH | E-mail correspondence with Ramona Baker concerning order having just been entered.                                                                                                                                                                                                                                    | 0.10 350.00/hr | 35.00 |
|            | DKH | E-mail correspondence with Matt Moloci transmitting the signed order.                                                                                                                                                                                                                                                 | 0.20 350.00/hr | 70.00 |
| 7/23/2010  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Granting Request for Judicial Notice re: chapter 11 filing of Garlock Sealing Technologies LLC. Related to Doc #[25034], [21795], [22428], [23656], [23822], [24708]. Signed on 7/23/2010.                                                  | 0.30 350.00/hr | 105.00 |
| 7/26/2010  | KEH | Prepare 4th Monthly fee application for The Hogan Firm for the period June 1, 2010, through June 30, 2010; breakdown of invoice into categories.                                                                                                                                                                        | 4.70 190.00/hr | 893.00 |
|            | KEH | Begin preparation of 4th monthly fee application for Scarfone Hawkins; breakdown of invoice into categories.                                                                                                                                                                                                          | 2.20 190.00/hr | 418.00 |
|            | KEH | Prepare CNO for THF's 3rd Monthly fee application.                                                                                                                                                                                                                                                                    | 0.30 190.00/hr | 57.00 |
|            | KEH | Prepare CNO for Scarfone Hawkins' 3rd monthly fee application.                                                                                                                                                                                                                                                        | 0.30 190.00/hr | 57.00 |
|            | KEH | Prepare CNO for Lauzon Belanger's 3rd monthly fee application.                                                                                                                                                                                                                                                        | 0.30 190.00/hr | 57.00 |

Lauzon Belanger, inc.          *8/2/2010*     *17154*     Page  16

| | | | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 7/26/2010 | KEH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP's Monthly Time/Expense Summary for June 1, 2010 - June 30, 2010, together with  disbursement receipts; attach to brad page and print for review. | 0.20<br>190.00/hr | 38.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Settlement /Debtors' Thirty-Sixth Quarterly Report of Settlements From April 1, 2010 Through June 30, 2010, in Accordance with That Certain Amended Order Authorizing and Approving an Omnibus Procedure for Settling Certain Claims an Causes of Action Brought By or Against the Debtors in a Judicial, Administrative, Arbitral or Other Action or Proceeding. Filed by W.R. Grace & Co., et al. | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with Karen E. Harvey.  Reviewed and revised CNO and COS for Scarfone Hawkins Monthly Fee Application, LB Monthly Fee Application and for the Hogan Firm's Monthly Fee Application. | 0.80<br>350.00/hr | 280.00 |
| | DKH | E-mail correspondence with Cindy Yates.  Reviewed Scarfone Hawkins LLP Monthly Fee Application for June 1, 2010 - June 30, 2010, together with our disbursement receipts. | 0.50<br>350.00/hr | 175.00 |
| | DKH | Reviewed online docket for objections and or responses to fee applications of the Hogan Firm, Scarfone Hawkins and Lauzon Belanger for the Third Monthly Fee Applications. | 0.40<br>350.00/hr | 140.00 |
| 7/27/2010 | KEH | Prepare certification, re: 4th monthly fee application and forward to David Thompson to execute. | 0.30<br>190.00/hr | 57.00 |
| | KEH | Prepare certification, re: 4th monthly fee application and forward to Careen Hannouche to execute. | 0.30<br>190.00/hr | 57.00 |
| | KEH | E-mail correspondence from Careen Hannouche transmitting executed certification for 4th monthly application; attach to brad page and prepare as exhibit. | 0.30<br>190.00/hr | 57.00 |
| | KEH | E-mail correspondence from Cindy Yates transmitting David Thompson's executed certification for 4th monthly application; attach to brad page and prepare exhibit | 0.30<br>190.00/hr | 57.00 |
| | KEH | E-mail correspondence transmitting, for service, the Certificate of No Objection Regarding Docket No. 25014, The Third Monthly Application of The Hogan Firm, filed today, July 27, 2010, Docket No. 25122. | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence transmitting, for service, the Certificate of No Objection Regarding Docket No. 25015, The Third Monthly Application of Scarfone Hawkins, LLP, filed today, July 27, 2010, Docket No. 25123 | 0.20<br>190.00/hr | 38.00 |

Lauzon Belanger, inc.                                                    *8/2/2010*    *17154*         Page   17

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 7/27/2010 | KEH | E-mail correspondence transmitting, for service, the Certificate of No Objection Regarding Docket No. 25017, The Third Monthly Application of Lauzon Bélanger, filed today, July 27, 2010, Docket No. 25124. | 0.20 190.00/hr | 38.00 |
|  | KEH | Complete preparation of 4th monthly fee application for Scarfone Hawkins. | 0.40 190.00/hr | 76.00 |
|  | KEH | Prepare 4th monthly fee application for Lauzon Belanger for the period June 1, 2010, through June 30, 2010; revise invoice to show rates and dollar extensions;  breakdown of invoice into categories. | 1.60 190.00/hr | 304.00 |
|  | DKH | E-mail correspondence with Karen E. Harvey.  Reviewed David Thompson's attached certification for monthly fee application. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with Karen E. Harvey.  Reviewed Careen Hannouche's certification for monthly fee application. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with Careen Hannouche transmitting her executed certification for the monthly fee application of LB. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with Cindy Yates transmitting the certification duly executed by David Thompson for the SH monthly fee application. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for the efiling of Certificate of No Objection (No Order Required) Regarding the Third Monthly Application of The Hogan Firm as Counsel to The Representative Counsel as Special Counsel for the Canadian ZAI Claimants for the period May 1, 2010 to May 31, 2010 (related document(s)[25014]) Filed by Canadian ZAI Claimants. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Third Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period May 1, 2010 to May 31, 2010 (related document(s)[25015]) Filed by Canadian ZAI Claimants. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Third Monthly Application for Compensation of Lauzon Belanger as Special Counsel for the Canadian ZAI Claimants for the period May 1, 2010 to May 31, 2010 (related document(s)[25017]) Filed by Canadian ZAI Claimants. | 0.20 350.00/hr | 70.00 |
| 7/28/2010 | KEH | Execute Affidavit of Service for The Hogan Firm's 4th Monthly Application. | 0.10 190.00/hr | 19.00 |

Lauzon Belanger, inc.                                    *8/2/2010*    *17154*        Page   18

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 7/28/2010 | KEH | Execute Affidavit of Service for Scarfone Hawkins' 4th Monthly Application. | 0.10 190.00/hr | 19.00 |
|  | KEH | Execute Affidavit of Service for Lauzon Belanger's 4th Monthly Application. | 0.10 190.00/hr | 19.00 |
|  | KEH | Meeting with Dan Hogan, re: The Hogan Firm's 4th Monthly Fee Application - approval to file; prepare exhibits and electronically file same. | 0.50 190.00/hr | 95.00 |
|  | KEH | Meeting with Dan Hogan, re: Scarfone Hawkins' 4th Monthly Fee Application and revisions - approval to file; prepare exhibits and electronically file same. | 0.50 190.00/hr | 95.00 |
|  | KEH | Meeting with Dan Hogan, re:Lauzon Belanger's 4th Monthly Fee Application and revisions - approval to file; prepare exhibits and electronically file same. | 0.40 190.00/hr | 76.00 |
|  | KEH | E-mail correspondence with the 'Fee Auditor transmitting,  in Word format, the Fourth Monthly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants; Docket No. 25126 | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with the Fee Auditor transmitting, in Word format, the Fourth Monthly Application of Scarfone Hawkins as Special Counsel for the Canadian ZAI Claimants; Docket No. 25127. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with the Fee Auditor transmitting, in Word format, the Fourth Monthly Application of Lauzon Bélanger as Special Counsel for the Canadian ZAI Claimants; Docket No. 25128 | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with 'richard.finke@grace.com'; 'john.port@grace.com'; 'feeaudit@whsmithlaw.com'; 'joneill@pszjlaw.com'; 'mlastowski@duanemorris.com'; 'mjoseph@ferryjoseph.com'; 'mhurford@camlev.com' 'tcurrier@saul.com'; 'jcp@pgslaw.com'; 'khill@svglaw.com'; 'tfreedman@kirkland.com';' transmitting, for service, the Fourth Monthly Application of The Hogan Firm, filed today, July 28, 2010, Docket No. 25126. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with 'richard.finke@grace.com'; 'john.port@grace.com'; 'feeaudit@whsmithlaw.com'; 'joneill@pszjlaw.com'; 'mlastowski@duanemorris.com'; 'mjoseph@ferryjoseph.com'; 'mhurford@camlev.com' 'tcurrier@saul.com'; 'jcp@pgslaw.com'; 'khill@svglaw.com'; 'tfreedman@kirkland.com';' transmitting, for service, the Fourth Monthly Application of Scarfone Hawkins filed today, July 28, 2010, Docket No. 25127. | 0.20 190.00/hr | 38.00 |

Lauzon Belanger, inc.                                    *8/2/2010*    *17154*        Page  19

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 7/28/2010 | KEH | E-mail correspondence with 'richard.finke@grace.com'; 'john.port@grace.com'; 'feeaudit@whsmithlaw.com'; 'joneill@pszjlaw.com'; 'mlastowski@duanemorris.com'; 'mjoseph@ferryjoseph.com'; 'mhurford@camlev.com' 'tcurrier@saul.com'; 'jcp@pgslaw.com'; 'khill@svglaw.com'; 'tfreedman@kirkland.com';' transmitting, for service, the Fourth Monthly Application of Lauzon Belanger, filed today, July 28, 2010, Docket No. 25128. | 0.20 190.00/hr | 38.00 |
|  | DKH | Reviewed and revised Application for Compensation of The Hogan Firm (Fourth Monthly) as Counsel to The Representative Counsel as Special Counsel for The Canadian ZAI Claimants for the period June 1, 2010 to June 30, 2010 Filed by Canadian ZAI Claimants. Prepared for efiling. | 0.70 350.00/hr | 245.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Application for Compensation of The Hogan Firm (Fourth Monthly) as Counsel to The Representative Counsel as Special Counsel for The Canadian ZAI Claimants for the period June 1, 2010 to June 30, 2010 Filed by Canadian ZAI Claimants. | 0.30 350.00/hr | 105.00 |
|  | DKH | Reviewed and revised Application for Compensation of of Scarfone Hawkins LLP (Fourth Monthly) as Special Counsel for the Canadian ZAI Claimants for the period June 1, 2010 to June 30, 2010 Filed by Canadian ZAI Claimants.  Prepared for efiling. | 0.70 350.00/hr | 245.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Application for Compensation of Scarfone Hawkins LLP (Fourth Monthly) as Special Counsel for the Canadian ZAI Claimants for the period June 1, 2010 to June 30, 2010 Filed by Canadian ZAI Claimants. | 0.30 350.00/hr | 105.00 |
|  | DKH | Reviewed and revised Application for Compensation of Lauzon Belanger (Fourth Monthly) as Special Counsel for the Canadian ZAI Claimants for the period June 1, 2010 to June 30, 2010 Filed by Canadian ZAI Claimants.  Prepared for efiling. | 0.60 350.00/hr | 210.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Application for Compensation of Lauzon Belanger (Fourth Monthly) as Special Counsel for the Canadian ZAI Claimants for the period June 1, 2010 to June 30, 2010 Filed by Canadian ZAI Claimants. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondences from Karen E. Harvey to Fee Examiner transmitting Forth Monthly Compensation Applications for the Hogan Firm, Scarfone Hawkins and Lauzon Belanger. | 0.30 350.00/hr | 105.00 |
| 7/29/2010 | DKH | E-mail correspondence with Chris Greig concerning the SFTP site. | 0.20 350.00/hr | 70.00 |

Lauzon Belanger, inc.                                      *8/2/2010*    *17154*         Page   20

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 7/29/2010 DKH | E-mail correspondence with Hancock, Harriet concerning site access and transmission of information. | 0.20 350.00/hr | 70.00 |
| | **For professional services rendered** | 80.30 | *$21,993.00* |
| | **Additional Charges :** | | |
| 7/2/2010 | IKON Office Solutions 3rd Monthly Applications | | 21.25 |
| 7/7/2010 | Photocopies - preparation of response to fee auditor's initial report | | 23.30 |
| 7/9/2010 | CM/ECF (bankruptcy Court Charges) | | 10.00 |
| 7/14/2010 | IKON Office Solutions- CNO $2M | | 76.35 |
| 7/28/2010 | Photocopies (In-House) 265 @ .10 | | 26.50 |
| | Federal Express to Warren H. Smith & Assoc. | | 34.47 |
| | Federal Express to John Port, Esq., WRGrace & Co. | | 11.28 |
| | ***Total additional charges*** | | *$203.15* |
| | ***Total amount of this bill*** | | *$22,196.15* |
| | ***Previous balance*** | | *$30,440.20* |
| | **Accounts receivable transactions** | | |
| 7/27/2010 | Payment - Thank You. Check No. 978 9935 | | ($30,440.20) |
| | ***Total payments and adjustments*** | | *($30,440.20)* |
| | **Balance due** | | **$22,196.15** |

****TERMS: PAYMENT DUE UPON RECEIPT****

INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH

Lauzon Belanger, inc.                                    *8/2/2010*      *17154*          Page   21

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Daniel K. Hogan | 42.10 | 350.00 | $14,735.00 |
| Karen E. Harvey | 38.20 | 190.00 | $7,258.00 |

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

STATE OF DELAWARE    :
                    : ss
COUNTY OF NEW CASTLE :

I, Daniel K. Hogan, after being duly sworn according to law, depose and say as follows:

1.      I am the sole shareholder of the applicant firm, The Hogan Firm ("Firm"), and I am admitted to appear before this Court.

2.      The Firm has rendered professional services as counsel to Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants by appointment order, dated March 19, 2010 [Docket No. 24508].

3.      I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of The Hogan Firm.

4.      I have reviewed the foregoing monthly application of The Hogan Firm and the facts set forth therein are true and correct to the best of my knowledge, information and belief.   Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

                                            Daniel K. Hogan (DE #2814)

SWORN AND SUBSCRIBED
Before me this 31st day of August, 2010.

_____
Notary Public
My Commission Expires: 6/19/13

GILLIAN LORRAINE ANDREWS
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires June 19, 2013