# EXHIBIT B

TO 3RD QUARTERLY APPLICATION

OF THE HOGAN FIRM

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: October 22, 2010 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

## SIXTH MONTHLY APPLICATION OF THE HOGAN FIRM AS COUNSEL TO THE REPRESENTATIVE COUNSEL AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS

| | |
|---|---|
| Name of Applicant: | The Hogan Firm |
| Authorized to Provide Professional Services to: | Lauzon Bélanger and Scarfone Hawkins LLP ("Representative Counsel") as Special Counsel for the Canadian ZAI Claimants by Appointment Order, Dated March 19, 2010 [Docket No. 24508] |
| Date of Retention: | March 19, 2010 *nunc pro tunc* to December 21, 2009 |
| Period for which compensation and reimbursement is sought: | August 1, 2010, through August 31, 2010 |
| Amount of compensation sought as actual, reasonable and necessary: | $   19,978.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $    2,003.31 |

This is Applicant's Sixth Monthly Application.

[Remainder of Page Intentionally Left Blank]

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24701 | December 22, 2009 - March 31, 2010 | $ 56,262.00 | $ 2,056.92 | $ 45,009.60 | $ 2,056.92 |
| 06/01/2010 Dkt. #24873 | April 1, 2010 – April 30, 2010 | $ 37,248.00 | $ 562.10 | $ 29,798.40 | $ 562.10 |
| 06/30/2010 Dkt. #25014 | May 1, 2010 – May 31, 2010 | $ 31,588.00 | $ 2,237.65 | $ 25,270.40 | $ 2,237.65 |
| 07/28/2010 Dkt. #25126 | June 1, 2010 – June 30, 2010 | $ 28,580.00 | $ 1,860.20 | $ 22,864.00 | $ 1,860.20 |
| 08/31/2010 Dkt. #25296 | July 1, 2010 – July 31, 2010 | $21,993.00 | $ 203.15 | Pending | Pending |

**Fee Detail by Professional for the Period of August 1, 2010, through August 31, 2010:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Daniel K. Hogan | President. Member DE bar since 1990 | $350.00 | 26.30 | $9,205.00 |
| Karen E. Harvey | Paralegal - since 1996 | $190.00 | 54.30 | $ 10,317.00 |
| Gillian L. Andrews | Paralegal - since 2006 | $190.00 | 0.00 | 0.00 |
| Gabrielle Palagruto | Paralegal - since 2008 | $190.00 | 2.40 | $ 456.00 |
| **Grand Total** | | | **83.00** | **$ 19,978.00** |
| Blended Rate | | | | $ 240.70 |
| Blended Rate (excluding paralegal time): | | | | $ 350.00 |

**Monthly Compensation by Matter Description for the Period of August 1, 2010, through August 31, 2010**:

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 04 - Case Administration | 6.10 | 2,087.00 |
| 11 - Fee Applications, Applicant | 25.90 | 5,737.00 |
| 12 - Fee Applications, Others | 48.90 | 11,755.00 |
| 14 - Hearings | | |
| 16 - Plan and Disclosure Statement | | |
| 20 - Travel (Non-Working) | | |
| 24 - Other | 2.10 | 399.00 |
| **TOTAL** | **83.00** | **$19,978.00** |

**Monthly Expense Summary for the Period August 1, 2010, through August 31, 2010**:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopies (In House) | | 0.00 |
| CM/ECF | U.S. Bankruptcy Court | 0.00 |
| Court Telephonic Appearance | CourtCall | $ 174.00 |
| Postage | N/A | 0.00 |
| Courier Services | Parcels | $ 18.00 |
| Overnight Express Mail | Federal Express | $ 44.58 |
| Outside Copy & Serve | IKON Office Solutions | $ 1,766.73 |
| **TOTAL** | | **$ 2,003.31** |

PLEASE TAKE NOTICE that The Hogan Firm (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for August 1, 2010, through August 31, 2010, (this "Monthly Fee Statement")[1] pursuant to the terms of the Modified Order Granting Application Authorizing Retention of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants [Docket No. 24509] and the Amended Administrative Order Under 11

---

[1] Applicant's Invoice for August 1, 2010, through August 31, 2010, is attached hereto as **Exhibit A.**

U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before October 25, 2010, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period August 1, 2010, through August 31, 2010, an allowance be made to The Hogan Firm for compensation in the amount of $19,978.00 and actual and necessary expenses in the amount of

$2,003.31 for a total allowance of $21,981.31; Actual Interim Payment of $15,982.40 (80% of the allowed fees) and reimbursement of $2,003.31 (100% of the allowed expenses) be authorized for a total payment of $17,985.71; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee.   A true and correct copy of the Certification of Daniel K. Hogan is attached hereto as **Exhibit B**.

Dated: September 29, 2010                    Respectfully submitted,

                                    By:     */s/ Daniel K. Hogan*_____
                                            Daniel K. Hogan (DE Bar No. 2814)
                                            THE HOGAN FIRM
                                            1311 Delaware Avenue
                                            Wilmington, Delaware 19806
                                            Telephone: 302.656.7540
                                            Facsimile: 302.656.7599
                                            Email: dkhogan@dkhogan.com

                                            **Counsel to the Representative Counsel as Special
                                            Counsel for the Canadian ZAI Claimants**

# EXHIBIT A



# THE HOGAN FIRM

Attorneys at Law
1311 Delaware Avenue
Wilmington, DE  19806
EIN 51-0352711

302-656-7540

Invoice submitted to:

### Lauzon Belanger, inc.

*c/o Yves Lauzon*

*Lauzon Belanger inc.*

*286, rue St-Paul Quest, bureau 100*

*Montreal, QUEBEC H2Y 2A3*

*Canada*

September 01, 2010
In Reference To: *Canadian Zonolite Claimants*
*WRGrace Chapter 11 Bankruptcy*
*Our File No. 060124–01*

Invoice #  17237

### Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/3/2010 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Order Re-Opening Fraudulent Conveyance Adversary Proceedings in Order to Permit the Filing of Remaining Quarterly Fee Applications and Allowance and Payment of Remaining Holdbacks (related document(s)[25038]). Signed on 8/3/2010. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed HEARING CANCELLED/RESCHEDULED. Notice of Agenda of Matters Scheduled for Hearing. Filed by W.R. Grace & Co., et al.. Hearing scheduled for 8/9/2010 at 10:00 AM. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Motion to Allow /Debtor's Motion Requesting The United States District Court for the District of Delaware Refer Jurisdiction of These Adversary Proceedings Back to the Bankruptcy Court Filed by W.R. Grace & Co., et al. | 0.30 350.00/hr | 105.00 |
| 8/4/2010 | KEH | E-mail correspondence from/to Bobbi Ruhlander, re: status of quarterly applications. | 0.20 190.00/hr | 38.00 |

Lauzon Belanger, inc.                                          *9/1/2010*    *17237*         Page    2

| | | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|---|

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/4/2010 | DKH | E-mail correspondence with Bridget Scott transmitting the Report of Information Officer, Richard Finke, which we just received from Grace.  Reviewed same for status of CCAA proceeding. | 0.50 350.00/hr | 175.00 |
| 8/5/2010 | KEH | E-mail correspondence with Careen Hannouche, re: payment received from WRGrace - information needed for quarterly application. | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with David Thompson, re: payment received from WRGrace - information needed for quarterly application. | 0.20 190.00/hr | 38.00 |
| | KEH | Preparation of 2nd Quarterly Application of The Hogan Firm. | 6.20 190.00/hr | 1,178.00 |
| | DKH | Conducted a review of the information required to prepare the quarterly fee applications of Lauzon Belanger and Scarfone Hawkins. | 0.70 350.00/hr | 245.00 |
| | DKH | E-mail correspondence with David Thompson concerning information required for the quarterly fee application for Scarfone Hawkins. | 0.10 350.00/hr | 35.00 |
| 8/6/2010 | DKH | E-mail correspondence with Careen Hannouche confirming information required for the quarterly fee application of Lauzon Belanger. | 0.10 350.00/hr | 35.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Motion to Approve Compromise under Rule 9019 /Debtors Motion Pursuant To Sections 105, 363, 1107 And 1108 Of The Bankruptcy Code And Rules 2002, 6004, 9014 And 9019 Of The Federal Rules Of Bankruptcy Procedure for An Order Approving The Amended And Restated Asbestos Settlement Agreement Between W. R. Grace & Co. And HDI-Gerling Industries Versicherung Ag Filed by W.R. Grace & Co., et al. | 0.40 350.00/hr | 140.00 |
| 8/9/2010 | KEH | Further preparation of quarterly application of The Hogan Firm. | 2.50 190.00/hr | 475.00 |
| | KEH | Preparation of 2nd Quarterly Application of Scarfone Hawkins. | 5.20 190.00/hr | 988.00 |
| 8/10/2010 | KEH | Preparation of 2nd Quarterly Application of Lauzon Belanger. | 4.80 190.00/hr | 912.00 |
| | KEH | Prepare certification and e-mail same to 'David Thompson' for execution, re: the 2nd quarterly application | 0.30 190.00/hr | 57.00 |
| | KEH | Prepare certification and e-mail same to Careen Hannouche for execution, re: the 2nd quarterly application | 0.30 190.00/hr | 57.00 |

Lauzon Belanger, inc.                                              *9/1/2010*    *17237*        Page    3

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 8/10/2010 | DKH | Reviewed and revised 2nd quarterly fee application of Scarfone Hawkins as Special Counsel. | 1.30 350.00/hr | 455.00 |
|  | DKH | E-mail correspondence with Karen E. Harvey. Reviewed certification needed for the 2nd quarterly application of Scarfone Hawkins. | 0.20 350.00/hr | 70.00 |
|  | DKH | Reviewed and revised 2nd quarterly fee application of Lauzon Belanger as Special Counsel. | 1.00 350.00/hr | 350.00 |
|  | DKH | E-mail correspondence with Karen E. Harvey. Reviewed certification needed for the 2nd quarterly application of Lauzon Belanger. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with Careen Hannouche transmitting the executed certification of Lauzon Belanger. Reviewed same. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Amended Notice of Hearing of Debtors' Motion for an Order Enforcing the 2009 Stipulation and Order and Ordering the New Jersey Department of Environmental Protection to Cease and Desist from Further Violations Thereof (related document(s)[25203]) Filed by W.R. Grace & Co., et al.. Hearing scheduled for 9/13/2010 at 10:00 AM. | 0.30 350.00/hr | 105.00 |
| 8/11/2010 | DKH | Reviewed and revised Quarterly Application for Compensation of The Hogan Firm for the period April 1, 2010 to June 30, 2010 Filed by Canadian ZAI Claimants. | 1.20 350.00/hr | 420.00 |
|  | DKH | Reviewed and revised Notice of 2nd Quarterly Fee Applications for Scarfone Hawkins application, proposed form of order, certificate of Service for notice only, and certificate of service for application and notice. | 0.60 350.00/hr | 210.00 |
|  | DKH | Reviewed and revised Notice of 2nd Quarterly Fee Applications for Lauzon Belanger application, proposed form of order, certificate of Service for notice only, and certificate of service for application and notice. | 0.50 350.00/hr | 175.00 |
|  | DKH | Reviewed and revised Notice of 2nd Quarterly Fee Applications for The Hogan Firm application, proposed form of order, certificate of Service for notice only, and certificate of service for application and notice. | 0.50 350.00/hr | 175.00 |
| 8/12/2010 | KEH | Meeting with DKHogan, re: 2nd Quarterly Application of Scarfone Hawkins and Lauzon Belanger; make revisions per instructions. | 4.80 190.00/hr | 912.00 |
|  | KEH | Meeting with DKHogan, re: The Hogan Firm's 2nd Quarterly Application - make revisions per instructions; review docket and Amended Administrative Order, re: notice requirements and date of hearing; prepare application for filing. | 2.70 190.00/hr | 513.00 |

Lauzon Belanger, inc.                                        *9/1/2010*    *17237*         Page    4

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 8/12/2010 | KEH | E-mail correspondence with 'David Thompson' transmitting, for review and approval, the 2nd Quarterly Application for Compensation for Scarfone Hawkins. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondences from David Thompson and Matt Moloci, re: approval of 2nd Quarterly Application of Scarfone Hawkins. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with Careen Hannouche transmitting, for review and approval, the 2nd Quarterly Application for Compensation for Lauzon Belanger; email from Careen Hannouche approving same. | 0.20 190.00/hr | 38.00 |
|  | KEH | Electronically file 2nd Quarterly Application of The Hogan Firm. | 0.30 190.00/hr | 57.00 |
|  | KEH | E-mail correspondence with 'richard.finke@grace.com'; 'john.port@grace.com'; 'joneill@pszjlaw.com'; 'mlastowski@duanemorris.com'; 'mjoseph@ferryjoseph.com'; 'mhurford@camlev.com'; 'tcurrier@saul.com'; 'jcp@pgslaw.com'; khill@svglaw.com'; 'tfreedman@kirkland.com'; 'jbaer@jsbpc.com';'david.heller... transmitting, for service, Part 1 of the 2nd Quarterly Application for Compensation for The Hogan Firm. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with 'richard.finke@grace.com'; 'john.port@grace.com'; 'joneill@pszjlaw.com'; 'mlastowski@duanemorris.com'; 'mjoseph@ferryjoseph.com'; 'mhurford@camlev.com'; 'tcurrier@saul.com'; 'jcp@pgslaw.com'; khill@svglaw.com'; 'tfreedman@kirkland.com'; 'jbaer@jsbpc.com';'david.heller... transmitting, for service, Part 2 of the 2nd Quarterly Application for Compensation for The Hogan Firm. | 0.10 190.00/hr | 19.00 |
|  | KEH | Prepare for filing and electronically file the 2nd Quarterly Application of Scarfone Hawkins. | 0.70 190.00/hr | 133.00 |
|  | KEH | E-mail correspondence with 'richard.finke@grace.com'; 'john.port@grace.com'; 'joneill@pszjlaw.com'; 'mlastowski@duanemorris.com'; 'mjoseph@ferryjoseph.com'; 'mhurford@camlev.com'; 'tcurrier@saul.com'; 'jcp@pgslaw.com'; khill@svglaw.com'; 'tfreedman@kirkland.com'; 'jbaer@jsbpc.com';'david.heller... transmitting, for service, Part 1 of the 2nd Quarterly Application for Compensation for Scarfone Hawkins. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with 'richard.finke@grace.com'; 'john.port@grace.com'; 'joneill@pszjlaw.com'; 'mlastowski@duanemorris.com'; 'mjoseph@ferryjoseph.com'; 'mhurford@camlev.com'; 'tcurrier@saul.com'; 'jcp@pgslaw.com'; khill@svglaw.com'; 'tfreedman@kirkland.com'; 'jbaer@jsbpc.com';'david.heller... transmitting, for service, Part 2 of | 0.10 190.00/hr | 19.00 |

Lauzon Belanger, inc.                                    *9/1/2010*    *17237*        Page    5

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
|  |  | the 2nd Quarterly Application for Compensation for Scarfone Hawkins. |  |  |
| 8/12/2010 | KEH | Prepare for filing and electronically file the 2nd Quarterly Application of Lauzon Belanger. | 0.60 190.00/hr | 114.00 |
|  | KEH | E-mail correspondence with 'richard.finke@grace.com'; 'john.port@grace.com'; 'joneill@pszjlaw.com'; 'mlastowski@duanemorris.com'; 'mjoseph@ferryjoseph.com'; 'mhurford@camlev.com'; 'tcurrier@saul.com'; 'jcp@pgslaw.com'; khill@svglaw.com'; 'tfreedman@kirkland.com'; 'jbaer@jsbpc.com';'david.heller... transmitting, for service, Part 1 of the 2nd Quarterly Application for Compensation for Lauzon Belanger. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with 'richard.finke@grace.com'; 'john.port@grace.com'; 'joneill@pszjlaw.com'; 'mlastowski@duanemorris.com'; 'mjoseph@ferryjoseph.com'; 'mhurford@camlev.com'; 'tcurrier@saul.com'; 'jcp@pgslaw.com'; khill@svglaw.com'; 'tfreedman@kirkland.com'; 'jbaer@jsbpc.com';'david.heller... transmitting, for service, Part 2 of the 2nd Quarterly Application for Compensation for Lauzon Belanger. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with 'Luckey, James' transmitting The Hogan Firm Notice for service. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with 'Luckey, James' transmitting Scarfone Hawkins' Notice for service. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with 'Luckey, James' transmitting Lauzon Belanger's Notice for service. | 0.10 190.00/hr | 19.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Letter Brief Regarding Jeld-Wen, Inc. Decision Filed by State of Montana. | 0.50 350.00/hr | 175.00 |
|  | DKH | E-mail correspondence with Careen Hannouche confirming that she has reviewed the Second Quarterly Application and requires no changes. | 0.10 350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with David Thompson confirming that no changes are required to the Scarfone Hawkins 2nd Quarterly Fee Application. | 0.10 350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Quarterly Application for Compensation of The Hogan Firm for the period April 1, 2010 to June 30, 2010 Filed by Canadian ZAI Claimants. | 0.20 350.00/hr | 70.00 |

Lauzon Belanger, inc.                                        *9/1/2010*    *17237*        Page    6

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 8/12/2010 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Quarterly Application for Compensation of Scarfone Hawkins for the period April 1, 2010 to June 30, 2010 Filed by Canadian ZAI Claimants. | 0.20<br>350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Quarterly Application for Compensation of Lauzon Belanger for the period April 1, 2010 to June 30, 2010 Filed by Canadian ZAI Claimants. | 0.20<br>350.00/hr | 70.00 |
|  | DKH | Reviewed service of 2nd Quarterly Fee Applications for compliance with rules. | 0.30<br>350.00/hr | 105.00 |
| 8/16/2010 | KEH | E-mail correspondence with Bobbi Ruhlander, re: Questions, i.e., "First, was a quarterly application ever filed for The Hogan Firm for the period of Dec. 2009 through March 2010?  We recently received the quarterly for the April-June 2010 period, but I could not find one on Pacer for Dec. 09 through March 2010"; and | 0.10<br>190.00/hr | 19.00 |
|  |  | with respect to the Dec. 09 through March 2010 application, was the billing system set so as to bill in minimum increments of 0.2 hours? As with the previous application, I did not see any time billed for less than 0.2 hours, although the Local Rules require billing in minimum 0.1 of an hour increments.  I believe for the last period you sent us a revised invoice after the issue with your billing system was corrected. Is that appropriate this time as well?" |  |  |
|  | DKH | E-mail correspondence with Bobbi Ruhlander concerning questions related to The Hogan Firm's monthly application covering the period of December 2009 through March 2010. | 0.20<br>350.00/hr | 70.00 |
|  | DKH | Reviewed docket for first quarterly fee application of the Hogan Firm. | 0.30<br>350.00/hr | 105.00 |
| 8/17/2010 | KEH | Reviewed the Dec. 09 through March 2010 application, re: Timeslips system billed in minimum increments of 0.2 hours.  Reviewed time entries for incorrect billing and corrected same. | 1.60<br>190.00/hr | 304.00 |
|  | KEH | Meeting with DKHogan, re: Fee Auditor's requests; reviewed The Hogan Firms quarterly application covering the period of Dec. 2009 through March 2010 (36th interim period).  Checked docket, re: same. | 0.50<br>190.00/hr | 95.00 |
|  | KEH | E-mail correspondence with 'Bobbi Ruhlander' re: THF First Quarterly Application, docket number 24702, filed 4/30/2010 - explained that the First Quarterly Application and the First Monthly Application were for the same time period per the courts instruction. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with 'Bobbi Ruhlander' transmitting the First Quarterly Application for Scarfone Hawkins. | 0.10<br>190.00/hr | 19.00 |

Lauzon Belanger, inc.                                      *9/1/2010*   *17237*        Page   7

|            |     |                                                                                                                                                                                                                      | Hrs/Rate          | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 8/17/2010  | KEH | E-mail correspondence with 'Bobbi Ruhlander' transmitting the First Quarterly Application for Lauzon Belanger, Docket No. 24700, filed 4/30/10                                                                         | 0.10<br>190.00/hr | 19.00  |
|            | KEH | E-mail correspondence with 'Bobbi Ruhlander' regarding the minimum increments charged by our billing system - we will correct the Time and Expense Summary for the period 12/22/09 through March 31, 2010 (the invoice Also, re: The Hogan Firms First Quarterly Application filed on April 30, 2010, Docket No. 24702. | 0.10<br>190.00/hr | 19.00  |
|            | KEH | E-mail correspondence with 'Bobbi Ruhlander' transmitting revised Time and Expense Summary for The Hogan Firm for the Period December 22, 2009 through March 31, 2010, along with redlined version.                    | 0.10<br>190.00/hr | 19.00  |
|            | KEH | E-mail correspondence to/from Bobbi Ruhlander, re: The Hogan Firm's voluntary reduction on in the amount of $687.00                                                                                                    | 0.20<br>190.00/hr | 38.00  |
|            | KEH | Email from Bobbi Ruhlander transmitting the Fee Auditor's initial report for Lauzon Belanger's application for the period Dec. 2009 through March 2010; review Fee Auditor's report along with said application.        | 0.40<br>190.00/hr | 76.00  |
|            | DKH | Reviewed the Revised Time and Expense Summary for The Hogan Firm for the Period December 22, 2009, through March 31, 2010.                                                                                             | 0.50<br>350.00/hr | 175.00 |
|            | DKH | E-mail correspondence with Bobbi Ruhlander concerning an adjustment of $687 reduction in THF's fees for the period.                                                                                                    | 0.10<br>350.00/hr | 35.00  |
|            | DKH | E-mail correspondence with Bobbi Ruhlander transmitting the fee auditor's initial report regarding Scarfone Hawkins' application covering Dec. 2009 through March 2010.   Reviewed same.                               | 0.40<br>350.00/hr | 140.00 |
|            | DKH | E-mail correspondence with David Thompson transmitting fee auditor's initial report regarding Scarfone Hawkins' application covering Dec. 2009 through March 2010.                                                     | 0.20<br>350.00/hr | 70.00  |
|            | DKH | E-mail correspondence with David Thompson concerning response to Fee Auditor's initial report.                                                                                                                        | 0.10<br>350.00/hr | 35.00  |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Letter in Response to State of Montana's Letter Brief filed on August 12, 2010 (related document(s)[25211]) Filed by W.R. Grace & Co., et al.    | 0.50<br>350.00/hr | 175.00 |
| 8/18/2010  | KEH | Email from Bobbi Ruhlander transmitting the Fee Auditor's initial report for Lauzon Belanger's application for the period Dec. 2009 through March 2010; review Fee Auditor's report along with said application.        | 0.30<br>190.00/hr | 57.00  |

Lauzon Belanger, inc.                                    *9/1/2010*    *17237*    Page    8

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 8/18/2010 | DKH | E-mail correspondence with Bobbi Ruhlander transmitting Fee Auditors Initial Report regarding Lauzon Belangers 36Q application. Reviewed same. | 0.40 350.00/hr | 140.00 |
|  | DKH | E-mail correspondence with Bobbie Ruhlander concerning Scarfone Hawkins Quarterly fee application. | 0.10 350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with Careen Hannouche transmitting the Fee Auditors' report for Lauzon Belanger. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Settlement /Claims Settlement Notice (Claims No. 512) Filed by W.R. Grace & Co., et al.. | 0.30 350.00/hr | 105.00 |
| 8/19/2010 | KEH | E-mail correspondence from Careen Hannouche, re: her review of the Fee Auditor's Initial Report. In response to the issue raised by the Fee Auditor - Lauzon Belanger's billing system is not set to bill in minimum 10-minute increments. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with Daniel K. Hogan, re: response to Fee Auditor's reports for Scarfone Hawkins and Lauzon Belanger. | 0.20 190.00/hr | 38.00 |
|  | DKH | E-mail correspondence with Careen Hannouche concerning issues raised in the fee auditor's initial report for Lauzon Belanger. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Joinder to Letter Brief Dated August 11, 2010 by the State of Montana Regarding Applicability of Jeld-Wen, Inc. v. Van Brunt (In re Grossman's, Inc.) 607 F.3d 114, 2010 U.S. App. Lexis 11155 (3d Cir. June 2, 2010) (En Banc) (related document(s)[24144], [25211]) Filed by Her Majesty the Queen in Right of Canada as represented by The Attorney General of Canada. | 0.40 350.00/hr | 140.00 |
| 8/20/2010 | KEH | E-mail correspondence from WRGrace Accounts Payable transmitting Invoice Routing Notification and payment advice. | 0.10 190.00/hr | 19.00 |
| 8/24/2010 | KEH | E-mail correspondence from Bobbi Ruhlander transmitting the fee auditor's final report regarding the Hogan Firm, filed with the Court today; review same and save to file. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with Matt Moloci (moloci@shlaw.ca);David Thompson (thompson@shlaw.ca), re: wire to Scarfone Hawkins account in the amount of $27,508.05.  This is payment for The Hogan Firms Third Monthly Fee Application for the Period May 1, 2010, through May 31, 2010.  (80% fees: $25,270.40; and 100% costs: $2,237.65). | 0.20 190.00/hr | 38.00 |
|  | KEH | Telephone call to Christiana Bank wire department to initiate wire to Scarfone Hawkins' account in the amount of $27,508.05.  Payment for The Hogan Firm's Third Monthly Fee Application for the Period May 1, 2010, through May 31, 2010.  (80% fees: $25,270.40; and | 0.30 190.00/hr | 57.00 |

Lauzon Belanger, inc.                                    *9/1/2010*    *17237*        Page    9

|  |  | | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
|  |  | 100% costs: $2,237.65); Telephone call from Christiana Bank Wire Dept. confirming same. |  |  |
| 8/24/2010 | KEH | E-mail correspondence with Matt Moloci (moloci@shlaw.ca);David Thompson (thompson@shlaw.ca), et. al., re: confirmation of the wire sent and request for confirmation of receipt into account; also, request for confirmation of payment for Third Monthly Application for Julys monthly application. | 0.30<br>190.00/hr | 57.00 |
|  | KEH | E-mail correspondence with Cindy Yates, re: wire transfer payment received of $20,304.71 and need for confirmation from the sender before it can be credited to account. | 0.20<br>190.00/hr | 38.00 |
|  | DKH | Telephone conversation with Jan Baer concerning entry on 2nd Quarterly Fee Application and Crown's possible objections. | 0.20<br>350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Fee Auditor's Report Fee Auditor's Final Report Regarding The Quarterly Fee Application of The Hogan Firm for the Period of December 1, 2009 through March 31, 2010 Filed by Warren H. Smith & Associates, P.C.. | 0.30<br>350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with Bobbi Ruhlander transmitting fee auditor's final report regarding the Hogan Firm. | 0.20<br>350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with Janet S. Baer transmitting May 20, 2010 email concerning the Atrium Palace Condominium Association. | 0.20<br>350.00/hr | 70.00 |
| 8/25/2010 | KEH | E-mail correspondence with Cindy Yates at Scarfone Hawkins, re: information on payment advice from WRGrace. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with Cindy Yates to 'Sharon.Thierry@grace.com', re: wire confirmation for Scarfone Hawkins. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with Diane Blanchette transmitting Lauzon Belanger's Time and Expense summary for July 1 - July 31, 2010, along with receipt for costs; save same to file and print for review. | 0.30<br>190.00/hr | 57.00 |
|  | KEH | Revise Lauzon Belanger's Time/Expense Summary for July - add rate and total amount for each entry. | 0.80<br>190.00/hr | 152.00 |
|  | KEH | E-mail correspondence from Cindy Yates, re: funds wired on Aug 24, 2010, have not been received. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | E-mail correspondence from WRGrace Payable-NA, Accounts - transmitting payment advice for wire to account. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with 'Cindy Yates' with confirmation that funds have been deducted from The Hogan Firm's account. | 0.10<br>190.00/hr | 19.00 |

Lauzon Belanger, inc.                                      *9/1/2010*    *17237*        Page   10

|            |     |                                                                                                                                                                                                                                                          | **Hrs/Rate**      | **Amount** |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|-----------|
| 8/25/2010  | DKH | E-mail correspondence with 'David Thompson';Matt Moloci regarding the status of your response to the fee auditors report on the 2nd Quarterly fee application.                                                                                                               | 0.20 350.00/hr    | 70.00     |
|            | DKH | E-mail correspondence with 'David Thompson';Matt Moloci regarding recent filings made by The State of Montana and a joinder made by the Crown to the arguments made by the State of Montana concerning the Jeld-Wen decision.                                                  | 0.30 350.00/hr    | 105.00    |
|            | DKH | E-mail correspondence with David Thompson and Matt Moloci concerning the status of the response to the fee auditors report on the 2nd Quarterly fee application.                                                                                                              | 0.20 350.00/hr    | 70.00     |
|            | DKH | E-mail correspondence with David Thompson about Scarfone Hawkin's response to the fee auditor's report on the 2nd Quarterly fee application.                                                                                                                                  | 0.20 350.00/hr    | 70.00     |
| 8/26/2010  | KEH | E-mail correspondence with Cindy Yates with confirmation that Scarfone Hawkins received wire transfer in the amount of $27,508.05, along with Grace's wire transfer in the amount of $20,304.71.                                                                              | 0.20 190.00/hr    | 38.00     |
|            | KEH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP's Time and Expense Summary for July 1, 2010 - July 31, 2010.  Noted that as of July 1, 2010, the Province of Ontario harmonized its retail sales tax with the goods and services tax (GST) to implement HST at the rate of 13%; review and save to file; Research HST online. | 0.40 190.00/hr    | 76.00     |
|            | DKH | E-mail correspondence with David Thompson concerning upcoming hearings in Delaware and the need for Representative Counsel attendance at the hearings.                                                                                                                        | 0.20 350.00/hr    | 70.00     |
|            | DKH | E-mail correspondence with 'Bridget Scott' (david Thompson) about the upcoming hearings and the need for attendance of Representative Counsel at the hearing and issues related to confirmation.                                                                              | 0.30 350.00/hr    | 105.00    |
| 8/27/2010  | GP  | Calculations for breakdown of fees for projected categories for The Hogan Firm's Second quarterly fee application.                                                                                                                                                           | 1.00 190.00/hr    | 190.00    |
|            | GP  | Calculations for breakdown of fees for projected categories for Scarfone Hawkin's Second quarterly fee application.                                                                                                                                                          | 1.00 190.00/hr    | 190.00    |
|            | GP  | Calculations for breakdown of fees for projected categories for Lauzon Belanger's Second quarterly fee application.                                                                                                                                                          | 0.40 190.00/hr    | 76.00     |
|            | KEH | E-mail correspondence with 'Diane Blanchette' with request for confirmation of payment for Lauzon Belanger's Third Monthly Application so we may show the payment on July application.                                                                                        | 0.10 190.00/hr    | 19.00     |

Lauzon Belanger, inc.                                    *9/1/2010*    *17237*        Page  11

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 8/27/2010 | KEH | E-mail correspondence with Diane Blanchette at Lauzon Belanger confirming payment of $7,195.99 on August 24, 2010. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with Bobbi Ruhlander, re: response to the fee auditors initial report(s) no later than August 31 - court house is closed on Monday, Sept. 6, will need to get all final reports on file by Friday, Sept. 3, in order to have them heard at the Sept. 13 fee hearing. | 0.10 190.00/hr | 19.00 |
|  | KEH | Begin preparation of The Hogan Firm's Fifth Monthly Fee Application for the Period July 1, 2010, through July 31, 2010 - Code each time entry and meet with Gabrielle Palagruto with instruction to total coded categories. | 0.70 190.00/hr | 133.00 |
|  | KEH | Begin preparation of Scarfone Hawkins' Fifth Monthly Fee Application for the Period July 1, 2010, through July 31, 2010 - Code each time entry and meet with Gabrielle Palagruto with instruction to total coded categories. | 0.50 190.00/hr | 95.00 |
|  | KEH | Begin preparation of Lauzon Belanger's Fifth Monthly Fee Application for the Period July 1, 2010, through July 31, 2010 - Code each time entry and meet with Gabrielle Palagruto with instruction to total coded categories. | 0.30 190.00/hr | 57.00 |
|  | DKH | E-mail correspondence with Diane Blanchette transmitting the Lauzon Belanger Monthly Fee Application and disbursement receipts for the time period of July 1st  July 31st 2010.  Reviewed same. | 0.50 350.00/hr | 175.00 |
|  | DKH | E-mail correspondence From Bobbie Ruhlander concerning the need for responses to the fee auditor's initial report(s) no later than August 31. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with Bobbi Ruhlander concerning our responses being provided by Monday August 30, 2010. | 0.10 350.00/hr | 35.00 |
| 8/28/2010 | DKH | E-mail correspondence with David Thompson and Matt Moloci concerning the need to provide our responses to the fee auditor's initial report(s) no later than August 31. | 0.20 350.00/hr | 70.00 |
| 8/30/2010 | KEH | E-mail correspondence with David Thompson; Matt Moloci, re: response to the fee auditor's initial report(s) -  court house is closed on Monday, Sept. 6, we will need them today Aug 30th in order to prepare proper response. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with Cindy Yates with responses to the fee auditor's initial report for Scarfone Hawkins. | 0.10 190.00/hr | 19.00 |
|  | KEH | Meeting with DKHogan and prepare Response of Scarfone Hawkins to Fee Auditor's Initial Report. | 1.30 190.00/hr | 247.00 |

Lauzon Belanger, inc.                                   *9/1/2010*    *17237*        Page   12

| | | | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 8/30/2010 | KEH | E-mail correspondence with Matt Moloci, re: response to the fee auditor's initial report. | 0.10 190.00/hr | 19.00 |
| | KEH | Revise Time/Expense Summary for Scarfone Hawkins, re: lumping of time entries. | 1.40 190.00/hr | 266.00 |
| | KEH | E-mail correspondence with 'Diane Blanchette', re: minimum billing Lauzon Belanger's billing system allows. | 0.10 190.00/hr | 19.00 |
| | KEH | Prepare Lauzon Belanger response to the fee auditor's initial report. | 0.60 190.00/hr | 114.00 |
| | KEH | E-mail correspondence with 'Matt Moloci'; David Thompson transmitting the response to the Fee Auditors Initial Report for Scarfone Hawkins First Quarterly Fee Application for review and approval. | 0.10 190.00/hr | 19.00 |
| | KEH | E-mail correspondence with 'Diane Blanchette', re: minimum billing is .08 for Lauzon Belanger. | 0.10 190.00/hr | 19.00 |
| | KEH | E-mail correspondence with mbelanger@lblavocats.ca; Careen Hannouche ;'Diane Blanchette' transmitting the response to the Fee Auditors Initial Report for Lauzon Belanger's First Quarterly Fee Application for review and approval. | 0.10 190.00/hr | 19.00 |
| | KEH | E-mail correspondence from Diane Blanchette - spoke to Michel Belanger and he agrees with the response to the Fee Auditor. | 0.10 190.00/hr | 19.00 |
| | KEH | Finalize Scarfone Hawkins response to the Fee Auditors Initial Report regarding the 1st Quarterly fee application and e-mail same to 'Bobbi Ruhlander' | 0.30 190.00/hr | 57.00 |
| | KEH | Finalize Lauzon Belanger's response to the Fee Auditors Initial Report regarding the 1st Quarterly fee application and e-mail same to 'Bobbi Ruhlander' | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with 'Matt Moloci' transmitting marked up revision of Scarfone Hawkins Monthly Fee Account for July 2010 for review and approval. | 0.10 190.00/hr | 19.00 |
| | KEH | E-mail correspondence with Bobbi Ruhlander transmitting fee auditor's final report regarding Scarfone Hawkins' application for the 36th interim period was filed with the court today, August 30, 2010. | 0.10 190.00/hr | 19.00 |
| | KEH | Preparation of The Hogan Firm's Fifth Monthly Application for July 2010. | 2.70 190.00/hr | 513.00 |
| | KEH | Preparation of Scarfone Hawkins' Fifth Monthly Application for July 2010. | 1.40 190.00/hr | 266.00 |

Lauzon Belanger, inc.                                        *9/1/2010*   *17237*      Page   13

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 8/30/2010 | KEH | Preparation of Lauzon Belanger's Fifth Monthly Application for July 2010. | 1.20 190.00/hr | 228.00 |
|  | KEH | E-mail correspondence with David Thompson transmitting Certification re: Scarfone Hawkins' Fifth Monthly Application. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence from Cindy Yates transmitting executed Certification of David Thompson for Scarfone Hawkins' Fifth Monthly Application. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with 'Diane Blanchette', re: payment received by Lauzon Belanger from WRGrace on August 24th, in the amount of $7,195.99, was $15.00 short.  The requested amount is $4,887.36 fees (80% of $6,109.20) and $2,323.63 (100% costs) for a total of $7,210.99; request for indication of shortage. | 0.10 190.00/hr | 19.00 |
|  | DKH | E-mail correspondence with Cindy Yates.  Reviewed Scarfone Hawkins' response to the Fee Auditor's initial report on the application covering December 2009 through March 2010. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence From Matt Moloci concerning issues addressed in Fee auditor's initial report. | 0.10 350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with Matt Moloci concerning the issue of his lumping his time entries. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with Diane Blanchette concerning the minimum billing units in the Lauzon Belanger accounting system. | 0.20 350.00/hr | 70.00 |
|  | DKH | Reviewed and revised the response to the Fee Auditor's Initial Report for Scarfone Hawkins' First Quarterly Fee Application. | 0.50 350.00/hr | 175.00 |
|  | DKH | E-mail correspondence David Thompson concerning our response to the Fee Auditor's Initial Report for Scarfone Hawkins' First Quarterly Fee Application. | 0.10 350.00/hr | 35.00 |
|  | DKH | E-mail correspondence from David Thompson concerning issues raised by the Fee Auditor. | 0.10 350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with Diane Blanchette concerning Michel Belanger's agreement with the response to the Fee Auditor. | 0.10 350.00/hr | 35.00 |
|  | DKH | Reviewed and revised Lauzon Bélanger's response to the Fee Auditor's Initial Report regarding the 1st Quarterly fee application. | 0.40 350.00/hr | 140.00 |
|  | DKH | Reviewed marked up revision of Scarfone Hawkins' Monthly Fee Account for July 2010. | 0.50 350.00/hr | 175.00 |

Lauzon Belanger, inc.                                        *9/1/2010*    *17237*          Page   14

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 8/30/2010 | DKH | E-mail correspondence with dummail@deb.uscourts.gov.  Retrieved and reviewed Examiner's Report Fee Auditor's Final Report Regarding 36th Interim Fee Application of Scarfone Filed by Warren H. Smith & Associates, P.C. | 0.40<br>350.00/hr | 140.00 |
|  | DKH | E-mail correspondence with Bobbie Ruhlander transmitting the fee auditors final report regarding Scarfone Hawkins application for the 36th interim period was filed with the court today, August 30, 2010. | 0.10<br>350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with 'David Thompson' and 'Matt Moloci' transmitting the fee auditors final report regarding Scarfone Hawkins application for the 36th interim period. | 0.20<br>350.00/hr | 70.00 |
|  | DKH | Reviewed the certification regarding Scarfone Hawkins' fifth monthly application. | 0.20<br>350.00/hr | 70.00 |
|  | DKH | Reviewed the certification regarding Lauzon Belanger's fifth monthly application. | 0.20<br>350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with 'David Thompson' and Matt Moloci transmitting the final report from the Fee Examiner regarding Scarfone Hawkins. | 0.20<br>350.00/hr | 70.00 |
|  | DKH | E-mail correspondence from David Thompson concerning the fee auditor's final report on Scarfone Hawkins. | 0.10<br>350.00/hr | 35.00 |
| 8/31/2010 | KEH | E-mail correspondence from Diane Blanchette - no indication of shortage given by WRGrace. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with 'Diane Blanchette' transmitting certification for execution by Michel Belanger in Careen Hannouche's absence. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with 'Diane Blanchette' transmitting executed certification of Michel Belanger. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with Cindy Yates of Scarfone Hawkins, re: explanation of procedure for 20% holdback on application payments | 0.10<br>190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with 'thompson@shlaw.ca';'moloci@shlaw.ca';'Cindy Yates' transmitting Fifth Monthly Fee Application of Scarfone Hawkins for review and approval. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | Meet with DKHogan; Review and prepare for electronic filing of file Fifth Monthly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants, Docket No. 25296. | 1.10<br>190.00/hr | 209.00 |

Lauzon Belanger, inc.                                    *9/1/2010*    *17237*        Page   15

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 8/31/2010 | KEH | E-mail correspondence with 'Fee Auditor' transmitting, in Word Format, the Fifth Monthly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants. | 0.10 190.00/hr | 19.00 |
|  | KEH | Meet with DKHogan; Review and prepare for electronic filing of the Fifth Monthly Application of Scarfone Hawkins as Special Counsel for the Canadian ZAI Claimants; Electronically file same - Docket No. 25297. | 0.80 190.00/hr | 152.00 |
|  | KEH | E-mail correspondence with 'Fee Auditor' transmitting, in Word Format, the Fifth Monthly Application of Scarfone Hawkins as Special Counsel for the Canadian ZAI Claimants. | 0.10 190.00/hr | 19.00 |
|  | KEH | Meet with DKHogan; Review and prepare for electronic filing of the Fifth Monthly Application of Lauzon Bélanger as Special Counsel for the Canadian ZAI Claimants; Electronically file same - Docket No. 25299. | 0.60 190.00/hr | 114.00 |
|  | KEH | E-mail correspondence with 'Fee Auditor' transmitting the Fifth Monthly Application of Lauzon Bélanger as Special Counsel for the Canadian ZAI Claimants. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with 'richard.finke@grace.com'; 'john.port@grace.com'; 'feeaudit@whsmithlaw.com'; 'joneill@pszjlaw.com'; 'mlastowski@duanemorris.com'; 'mjoseph@ferryjoseph.com'; 'mhurford@camlev.com'; 'tcurrier@saul.com'; 'jcp@pgslaw.com'; 'khill@svglaw.com'; 'tfreedman@kirkland.com'; et. al., transmitting the 5th Monthly Application of The Hogan Firm, Docket No. 25296, for service. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with 'richard.finke@grace.com'; 'john.port@grace.com'; 'feeaudit@whsmithlaw.com'; 'joneill@pszjlaw.com'; 'mlastowski@duanemorris.com'; 'mjoseph@ferryjoseph.com'; 'mhurford@camlev.com'; 'tcurrier@saul.com'; 'jcp@pgslaw.com'; 'khill@svglaw.com'; 'tfreedman@kirkland.com'; et. al., transmitting the 5th Monthly Application of Scarfone Hawkins, Docket No. 25297, for service. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with 'richard.finke@grace.com'; 'john.port@grace.com'; 'feeaudit@whsmithlaw.com'; 'joneill@pszjlaw.com'; 'mlastowski@duanemorris.com'; 'mjoseph@ferryjoseph.com'; 'mhurford@camlev.com'; 'tcurrier@saul.com'; 'jcp@pgslaw.com'; 'khill@svglaw.com'; 'tfreedman@kirkland.com'; et. al., transmitting the 5th Monthly Application of Lauzon Belanger, Docket No. 25299, for service. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with 'jluckey@ikon.com' transmitting Fifth Monthly Application of The Hogan Firm to copy and hand deliver to the Office of the United States Trustee, David Klauder, Esquire, 844 | 0.10 190.00/hr | 19.00 |

Lauzon Belanger, inc.                                          *9/1/2010*    *17237*        Page  16

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
|  |  | King Street, Suite 2311, Wilmington, DE 19801; billing reference 5th Mo THF. |  |  |
| 8/31/2010 | KEH | E-mail correspondence with 'jluckey@ikon.com' transmitting Fifth Monthly Application of Scarfone Hawkins to copy and hand deliver to the Office of the United States Trustee, David Klauder, Esquire, 844 King Street, Suite 2311, Wilmington, DE 19801; billing reference 5th Mo SH. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with 'jluckey@ikon.com' transmitting Fifth Monthly Application of Lauzon Belanger to copy and hand deliver to the Office of the United States Trustee, David Klauder, Esquire, 844 King Street, Suite 2311, Wilmington, DE 19801; billing reference 5th Mo LB. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence from IKON Office Solutions confirming receipt of three applications for hand delivery to US Trustee. | 0.10 190.00/hr | 19.00 |
|  | DKH | Reviewed and revised 5th Monthly Fee Application of The Hogan Firm. | 1.30 350.00/hr | 455.00 |
|  | DKH | Reviewed and revised 5th Monthly Fee Application of Scarfone Hawkins. | 1.30 350.00/hr | 455.00 |
|  | DKH | Reviewed and revised 5th Monthly Fee Application of Lauzon Belanger. | 0.90 350.00/hr | 315.00 |
|  | DKH | E-mail correspondence with dummail@deb.uscourts.gov.  Reviewed receipt for efiling of Monthly Application for Compensation of The Hogan Firm As Counsel to The Representative Counsel as Special Counsel for the Canadian ZAI Claimants (Fifth) for the period July 1, 2010 to July 31, 2010 Filed by Canadian ZAI Claimants. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with dummail@deb.uscourts.gov.  Reviewed receipt for efiling of Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants (Fifth) for the period July 1, 2010 to July 31, 2010 Filed by Canadian ZAI Claimants. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with dummail@deb.uscourts.gov.  Reviewed the receipt for efiling of Monthly Application for Compensation of Lauzon Belanger as Special Counsel for the Canadian ZAI Claimants (Fifth) for the period July 1, 2010, to July 31, 2010 Filed by Canadian ZAI Claimants. | 0.30 350.00/hr | 105.00 |
|  | DKH | Reviewed service of the monthly fee applications of Scarfone Hawkins, Lauzon Belanger, and the Hogan Firm for the month of July, 2010.  Service on service lists, fee auditor and service firm. | 0.50 350.00/hr | 175.00 |

Lauzon Belanger, inc.                                              *9/1/2010*    *17237*          Page   17

|  |  | Hours | Amount |
|---|---|---|---|
| | **For professional services rendered** | 83.00 | *$19,978.00* |
| | **Additional Charges :** | | |
| 7/28/2010 | Parcels- City of Wilmington Hand Delivery - Office of the US Trustee | | 18.00 |
| 8/4/2010 | CourtCall - for July 14, 2010 Hearing (3 @ $58.00 - Hogan, Thompson/Moloci (1), & Hannouche) | | 174.00 |
| 8/13/2010 | IKON Office Solutions - Quarterly Fee Apps- (3 x 588.91) | | 1,766.73 |
| 8/31/2010 | Federal Express - 5th Monthly App to Fee Auditor | | 30.93 |
| | Federal Express - 5th Monthly Apps to WRGrace & Co. | | 13.65 |
| | **Total additional charges** | | *$2,003.31* |
| | **Total amount of this bill** | | *$21,981.31* |
| | **Previous balance** | | *$22,196.15* |
| | **Accounts receivable transactions** | | |
| 8/24/2010 | Payment - Thank You. Check No. 978 9947 | | ($22,196.15) |
| | **Total payments and adjustments** | | *($22,196.15)* |
| | **Balance due** | | **$21,981.31** |

*\*\*\*\*TERMS: PAYMENT DUE UPON RECEIPT\*\*\*\**

INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Daniel K. Hogan | 26.30 | 350.00 | $9,205.00 |
| Gabrielle Palagruto | 2.40 | 190.00 | $456.00 |
| Karen E. Harvey | 54.30 | 190.00 | $10,317.00 |

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

STATE OF DELAWARE    :
                            : ss

COUNTY OF NEW CASTLE :

       I, Daniel K. Hogan, after being duly sworn according to law, depose and say as follows:

      1.      I am the sole shareholder of the applicant firm, The Hogan Firm ("Firm"), and I am admitted to appear before this Court.

      2.      The Firm has rendered professional services as counsel to Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants by appointment order, dated March 19, 2010 [Docket No. 24508].

      3.      I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of The Hogan Firm.

      4.      I have reviewed the foregoing monthly application of The Hogan Firm and the facts set forth therein are true and correct to the best of my knowledge, information and belief.   Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

      I verify under penalty of perjury that the foregoing is true and correct.

                          Daniel K. Hogan (DE #2814)

SWORN AND SUBSCRIBED
Before me this ___27th___ day of ___Sept.___, 2010.

Notary Public
GILLIAN LORRAINE ANDREWS 6/19/13
NOTARY PUBLIC
STATE OF DELAWARE
My comm. exp. June 19, 2013

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

I, Karen E. Harvey, being duly sworn according to law, deposes and says that she is employed by The Hogan Firm, counsel to the Representative Counsel for the Canadian ZAI Claimants in the above-captioned action, and that on the 29th day of September, 2010, she caused a copy of the **Sixth Monthly Application of The Hogan Firm As Counsel To The Representative Counsel for the Canadian ZAI Claimants** to be served upon the Notice Parties, in the manner indicated on the attached service list, in accordance with the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

Karen E. Harvey

SWORN TO AND SUBSCRIBED
By me on this 29th day of Sept , 2010

Notary Public
My Commission Expires: 6/19/13

GILLIAN LORRAINE ANDREWS
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires June 19, 2013

**Grace Monthly Fee Application Service List**

**01 – Hand Delivery**
**02 – Federal Express**
**22 – E-mail**

*Hand Delivery*
(Trustee)
Office of the United States Trustee
David Klauder, Esquire
844 King Street, Suite 2311
Wilmington, DE 19801

*Federal Express & E-mail:*
  *Richard.finke@grace.com*
  *John.port@grace.com*
(Debtors)
Richard C. Finke, Esquire
John Port, Esquire
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

*Federal Express & E-mail:*
  *feeaudit@whsmithlaw.com*
(Fee Auditor)
Warren H. Smith
Warren H. Smith and Associates
Republic Center
325 N. St. Paul, Ste. 1250
Dallas, TX 75201

*E-mail: joneill@pszjlaw.com*
(Co-Counsel for Debtors)
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market St., 17th Floor
Wilmington, DE 19899

*E-mail: mlastowski@duanemorris.com*
(Counsel for Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market St., Ste. 1200
Wilmington, DE 19801

*E-mail: mjoseph@ferryjoseph.com*
(Counsel to Official Committee of Asbestos
Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Ste. 904
Wilmington, DE 19899

*E-mail: mhurford@camlev.com*
(Counsel to Official Committee of Personal
Injury Claimants)
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

*E-mail: tcurrier@saul.com*
(Counsel to Official Committee of Equity
Holders)
Teresa K.D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Ste. 1200
Wilmington, DE 19899

*E-mail: jcp@pgslaw.com*
(Co-Counsel to David T. Austern, Personal
Injury Future Claimant's Representative)
John C. Phillips, Jr., Esquire
Philips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

*E-mail: khill@svglaw.com*
(Co-Counsel to the Hon. Alexander M.
Sanders, Jr., Property Damages Future
Claims Representative)
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Ste. 1500
Wilmington, DE 19801

*E-mail: tfreedman@kirkland.com*
(Co-Counsel for Debtors)
Theodore L. Freedman, Esquire
Kirkland & Ellis
Citigroup Center
601 Lexington Avenue
New York, NY 10022

*E-mail: jbaer@jsbpc.com*
(Co-counsel for Debtors)
Janet S. Baer, Esquire
The Law Offices of Janet S. Baer PC
70 West Madison St., Ste. 2100
Chicago, IL 60602

*E-mail: david.heller@lw.com*
(Co-Counsel to Debtor-In-Possession
Lender)
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Ste. 5800
233 South Wacker Dr.
Chicago, IL 60606

*E-mail: wskatchen@duanemorris.com*
(Counsel for Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street, Ste. 1200
Newark, NJ 07102

*E-mail: lkruger@stroock.com*
(Counsel for Official Committee of
Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

*E-mail: sbaena@bilzin.com*
(Counsel to Official Committee of Asbestos
Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Ste 2500
Miami, FL 33131

*E-mail: ei@capdale.com*
(Counsel to Official Committee of Personal
Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue., 35th Floor
New York, NY 10152

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*E-mail: rfrankel@orrick.com*
(Co-Counsel to David T. Austern, Personal
Injury Future Claimant's Representative)
Richard Frankel, Esquire
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005

*E-mail: arich@alanrichlaw.com*
(Co-Counsel to the Hon. Alexander M.
Sanders, Jr., Property Damages Future
Claims Representative)
Alan B. Rich, Esquire
Law Office of Alan B. Rich
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270