# EXHIBIT A

TO 3RD QUARTERLY APPLICATION

OF SCARFONE HAWKINS LLP

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: September 23, 2010 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

## FIFTH MONTHLY APPLICATION OF SCARFONE HAWKINS LLP AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS

| | |
|---|---|
| Name of Applicant: | Scarfone Hawkins LLP |
| Authorized to Provide Professional Services to: | Canadian Zonolite Attic Insulation Claimants ("Canadian ZAI Claimants") |
| Date of Retention: | March 19, 2010 *nunc pro tunc* December 21, 2009 |
| Period for which compensation and reimbursement is sought: | July 1, 2010, through July 31, 2010 |
| Amount of compensation sought as actual, reasonable and necessary: | $    17,232.50 |
| Amount of expense reimbursement (includes Harmonized Sales Tax of 13%[1]) sought as actual, reasonable and necessary: | $      2,259.90 |

This Applicant's Fifth Monthly Application.

[Remainder of Page Intentionally Left Blank]

---

[1] On July 1, 2010, the Harmonized Sales Tax (HST) took effect in Ontario and is applied to most purchases and transactions. The 13% HST replaces the federal goods and services tax (GST) and the provincial sales tax (PST).

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24697 | December 21, 2009 - March 31, 2010 | $  98,678.75 | $ 10,399.55 | $ 78,943.00 | $ 10,399.55 |
| 06/01/2010 Dkt. #24878 | April 1, 2010 – April 30, 2010 | $  14,765.25 | $       812.67 | $ 11,812.20 | $       812.67 |
| 06/30/2010 Dkt. #25015 | May 1, 2010 – May 31, 2010 | $  21,221.25 | $   3,327.71 | $ 16,977.00 | $   3,327.71 |
| 07/28/2010 Dkt. #25127 | June 1, 2010 – June 30, 2010 | $  23,507.50 | $   2,994.15 | Pending | Pending |

**Fee Detail by Professional for the Period of July 1, 2010, through July 31, 2010:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| David Thompson | Partner, 22 Years 1988 | $475.00 | 24.20 | $   11,495.00 |
| David Thompson – Travel | | $237.50 | 0.00 | 0.00 |
| Matthew G. Moloci | Partner, 11 Years 1998 | $375.00 | 14.10 | $   5,287.50 |
| Matthew G. Moloci - Travel | | $187.50 | 0.00 | 0.00 |
| Law Clerk | | $90.00 | 5.00 | $       450.00 |
| **Grand Total** | | | **43.30** | **$ 17,232.50** |
| Blended Rate | | | | 397.98 |

**Monthly Compensation by Matter Description for the Period of June 1, 2010, through June 30, 2010**:

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 04 - Case Administration | 14.00 | 5,950.00 |
| 11 - Fee Applications, Applicant | 12.75 | 3,891.25 |
| 12 - Fee Applications, Others | N/A | 0.00 |
| 14 - Hearings | 4.00 | 1,750.00 |
| 16 - Plan and Disclosure Statement | N/A | 0.00 |
| 20 - Travel (Non-Working) | 0.00 | 0.00 |
| 24 - Other | 12.55 | 5,641.25 |
| **TOTAL** | **43.30** | **$17,232.50** |

**Monthly Expense Summary for the Period July 1, 2010, through July 31, 2010**:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopies (In House) | | 0.00 |
| Postage | | 0.00 |
| Courier | | 0.00 |
| Travel – Airfare | | 0.00 |
| Travel – Meals | | 0.00 |
| Travel – Parking | | 0.00 |
| Travel – Hotel Accommodations | | 0.00 |
| Travel – Mileage/Taxi | | 0.00 |
| Long Distance Calls | | 17.41 |
| CCAA Fees | | 0.00 |
| Harmonized Sales Tax 13% | | 2,242.49 |
| **TOTAL** | | **$  2,259.90** |

PLEASE TAKE NOTICE that Scarfone Hawkins LLP (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for July 1, 2010, through July 31, 2010, (this "Monthly Fee Statement")[2] pursuant to the Modified Order Granting The Canadian ZAI Claimants' Application for Appointment of Special Counsel [Docket No. 24508] and the

---

[2]Applicant's Invoice for July 1, 2010, through July 31, 2010, is attached hereto as **Exhibit A.**

Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before September 23, 2010, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or a partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant at a later date, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period July 1, 2010, through July 31, 2010, an allowance be made to Scarfone Hawkins LLP for compensation in the amount of $17,232.50, and actual and necessary expenses in the amount of

$2,259.90 (includes 30% Harmonized Sales Tax) for a total allowance of $19,492.50; Actual

Interim Payment of $13,786.00 (80% of the allowed fees) and reimbursement of $2,259.90 (100%

of the allowed expenses) be authorized for a total payment of $16,045.90; and for such other and

further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the

description of services set forth herein of work performed are in compliance with the requirements

of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines

and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the

Executive Office for the United States Trustee.   A true and correct copy of the Certification of

David Thompson is attached hereto as **Exhibit B**.

Dated: August 31, 2010                     Respectfully submitted,

By:    */s/ Daniel K. Hogan*
       Daniel K. Hogan (DE Bar No. 2814)
       THE HOGAN FIRM
       1311 Delaware Avenue
       Wilmington, Delaware 19806
       Telephone: 302.656.7540
       Facsimile: 302.656.7599
       Email: dkhogan@dkhogan.com

       **Counsel to the Representative Counsel as Special**
       **Counsel for the Canadian ZAI Claimants**

# EXHIBIT A

W.R. GRACE & CO., et al.

CDN ZAI CLASS ACTION

U.S. MONTHLY FEE
APPLICATION
DATE:
July 31, 2010
OUR FILE NO: 05L121

# Scarfone Hawkins LLP
### B A R R I S T E R S   A N D   S O L I C I T O R S

ONE JAMES STREET SOUTH
14TH FLOOR
P.O. BOX 926, DEPOT #1
HAMILTON, ONTARIO
L8N 3P9

TELEPHONE
905-523-1333

TELEFAX
905-523-5878

G.S.T. REGISTRATION NO.   **873984314 RT – 0001**

## CANADIAN ZAI SPECIAL COUNSEL MONTHLY FEE APPLICATION
### (July 1, 2010 to July 31, 2010)

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|------|----------------------|--------|---------|-------|--------|
| 07 /01/10 | *Email from Karen Harvey requesting Canadian case law for fee auditor regarding fee awards in class proceedings* | MGM | $375.00 | 0.10 | 37.50 |
| 07 /02/10 | *receipt Karen Harvey email re: Canadian caselaw Fee Auditor, memo to file* | DT | $475.00 | 0.10 | 47.50 |
| 07 /05/10 | *memo to file re: cases for fee auditor, memos to and from Matt Moloci re: Hogan request* | DT | $475.00 | 0.25 | 118.75 |
| 07 /05/10 | *receipt of and respond to class member inquiries, telephone call, emails, etc., memo to AD* | DT | $475.00 | 0.25 | 118.75 |
| 07 /05/10 | *receipt Jeff Teal memo re: July 14th hearing, memo to Jeff Teal, etc., memo to Matt Moloci, receipt Matt Moloci email to Deanna Boll re: Rust Consulting information and receipt Deanna Boll response* | DT | $475.00 | 0.25 | 118.75 |
| 07 /05/10 | *Email to Deanna Boll requesting access to or copy of CDN ZAI PD Claims database of claims agent, Rust Consulting Inc.;  email reply from Boll; forward to Rep Counsel and Dan Hogan; reply from Hogan* | MGM | $375.00 | 0.30 | 112.50 |
| 07 /05/10 | *Email from possible CDN ZAI PD claimant Linda Kastelic* | MGM | $375.00 | 0.10 | 37.50 |
| 07 /05/10 | *Email to Thompson regarding possible attendance at July 14th hearing in the U.S. proceeding; emails from and to Dan Hogan regarding July 14th hearing, objections and possible attendance* | MGM | $375.00 | 0.20 | 75.00 |
| 07 /05/10 | *Email to David Thompson regarding response to Harvey concerning Fee Auditors request for Canadian case law; reply from Thompson* | MGM | $375.00 | 0.10 | 37.50 |
| 07 /06/10 | *receipt Dan Hogan email re: July 14th hearing* | DT | $475.00 | 0.10 | 47.50 |

| 07 /06/10 | receipt Careen Hannouche email, emails to Careen Hannouche, memo to Ana Dobson, receipt Ana Dobson email, memo to all dealing with standard responses to Canadian ZAI claimants; respond to and follow-up with claimant from Alberta | DT | $475.00 | 0.40 | 190.00 |
|---|---|---|---|---|---|
| 07 /06/10 | emails to and from Careen Hannouche re: late filing of Canadian ZAI claims | DT | $475.00 | 0.10 | 47.50 |
| 07 /06/10 | emails to and from Karen Harvey re: Fee Auditor inquiries, etc., memos to and from Cindy Yates, discuss and review with Cindy Yates, memo to Matt Moloci, etc. | DT | $475.00 | 0.50 | 237.50 |
| 07 /06/10 | receipt Karen Harvey emails, discuss with Cindy Yates, email to Karen Harvey, follow-up to locate receipts, etc. | DT | $475.00 | 0.35 | 166.25 |
| 07 /06/10 | receipt Careen Hannouche email, email to Careen Hannouche, etc., memos to and from Cindy Yates, re: resolution to Fee Auditor inquiries | DT | $475.00 | 0.35 | 166.25 |
| 07 /06/10 | Email from Careen Hannouche regarding inquiry from CDN ZAI PD Claimant Linda Kastelic; email from David Thompson to Hannouche in reply; email from Ana Dobson to Kastelic further emails from Hannouche and Thompson regarding late filing of claims and claims process for CDN ZAI PD claimants | MGM | $375.00 | 0.30 | 112.50 |
| 07 /06/10 | Email follow-up from Deanne Boll regarding access to Rust Consulting's electronic database of CDN ZAI PD claims; forward response to Rep Counsel | MGM | $375.00 | 0.10 | 37.50 |
| 07 /06/10 | Email from Karen Harvey requesting responses to Fee Auditor inquiries; reply from David Thompson to Harvey | MGM | $375.00 | 0.10 | 37.50 |
| 07 /06/10 | Email from Careen Hannouche with attachments providing responses to Fee Auditor's inquiries on behalf of Lauzon Belanger; review | MGM | $375.00 | 0.20 | 75.00 |
| 07 /06/10 | Emails from and to David Thompson concerning travel arrangements and scheduling of attendance at July 14th hearing in Delaware | MGM | $375.00 | 0.10 | 37.50 |
| 07 /06/10 | Email from Cindy Yates to Karen Harvey with responses to Fee Auditor's inquiries; review; | MGM | $375.00 | 0.10 | 37.50 |
| 07/06/10 | Email from Careen Hannouche with attached Canadian case law in response to Fee Auditor inquiry; further emails between Harvey and Yates regarding particulars and documents in support of expense items; | MGM | $375.00 | 0.20 | 75.00 |
| 07/06/10 | Email from Harvey forwarding email from Jan Baer concerning responses to Fee Auditor and resolution of issues prior to July 14th hearing | MGM | $375.00 | 0.10 | 37.50 |
| 07 /06/10 | Email from David Thompson to Lauzon Belanger in follow-up to Montreal meeting and attached draft Claims Administration Protocol and Plan of Distribution; review | MGM | $375.00 | 0.20 | 75.00 |
| 07 /07/10 | further emails to and from Karen Harvey, memo to file, review and copy excerpts from Ward Branch text for response to fee auditor inquiries, memo to Ana Dobson and Bridget Scott, email to Karen Harvey, receipt Careen Hannouche email | DT | $475.00 | 1.00 | 475.00 |
| 07 /07/10 | follow-up with Bridget Scott re: flight and lodging arrangements for Delaware for July 14th | DT | $475.00 | 0.25 | 118.75 |
| 07 /07/10 | receipt Cindy Yates memo and discuss re: receipts for Dan Hogan/Karen Harvey | DT | $475.00 | 0.25 | 118.75 |

| 07 /07/10 | memos to and from Matt Moloci re: call with Rust Consulting re: documents and records for claims | DT | $475.00 | 0.10 | 47.50 |
|---|---|---|---|---|---|
| 07 /07/10 | receipt Karen Harvey email, follow-up memo to Cindy Yates | DT | $475.00 | 0.10 | 47.50 |
| 07 /07/10 | receipt of and respond to class member inquiries | DT | $475.00 | 0.25 | 118.75 |
| 07 /07/10 | emails to and from Karen Harvey, review response to fee auditor report, provide caselaw, etc., memo to Cindy Yates, etc., email to Karen Harvey, discuss with Cindy Yates re: receipts available, etc. | DT | $475.00 | 0.50 | 237.50 |
| 07 /07/10 | Further emails from and to Cindy Yates regarding receipts in response to Fee Auditors request; | MGM | $375.00 | 0.10 | 37.50 |
| 07/07/10 | Further email from Karen Harvey regarding final responses to Fee Auditor's inquiries; | MGM | $375.00 | 0.10 | 37.50 |
| 07/07/10 | email from Harvey with draft responses to Fee Auditor of Scarfone Hawkins and Lauzon Belanger; review; email replies to Harvey; | MGM | $375.00 | 0.20 | 75.00 |
| 07/07/10 | receive final draft of responses to Fee Auditor as served and filed | MGM | $375.00 | 0.10 | 37.50 |
| 07 /07/10 | Email from David Thompson regarding follow-up with Rust Consulting to access electronic database of CDN ZAI PD Claims; | MGM | $375.00 | 0.10 | 37.50 |
| 07/07/10 | email to Deanna Boll to schedule teleconference with Grace counsel, Representative Counsel and Rust Consulting | MGM | $375.00 | 0.10 | 37.50 |
| 07 /07/10 | Email from David Thompson to Karen Harvey with legal memorandum and attached text and case law concerning class counsel fees in Canadian cases; review | MGM | $375.00 | 0.20 | 75.00 |
| 07 /08/10 | receipt Careen Hannouche email, email to Careen Hannouche re: vendor forms, memo to Ana Dobson, etc. | DT | $475.00 | 0.25 | 118.75 |
| 07 /08/10 | letter to Careen Hannouche, letter to Dan Hogan re: July 14th hearing, memo to Matt Moloci | DT | $475.00 | 0.25 | 118.75 |
| 07 /08/10 | receipt Karen Harvey email and follow-up email enclosing memo as requested by fee auditor | DT | $475.00 | 0.10 | 47.50 |
| 07 /08/10 | emails to and from Dan Hogan and Jan Baer regarding July 14th hearing | DT | $475.00 | 0.25 | 118.75 |
| 07 /08/10 | Email from David Thompson regarding arrangements with Deanna Boll and Rust Consulting for teleconference; reply to Thompson; emails from and to Deanna Boll and Kathy Davis confirming teleconference; emails to Rep Counsel with confirmation | MGM | $375.00 | 0.20 | 75.00 |
| 07 /08/10 | Email from Careen Hannouche to John Port with vendor information form; | MGM | $375.00 | 0.10 | 37.50 |
| 07 /08/10 | Email from Dan Hogan forwarding email from Jan Baer, reporting as to teleconference with Baer regarding July 14th hearing; email from David Thompson to Hogan regarding hearing; email to Hogan regarding hearing | MGM | $375.00 | 0.20 | 75.00 |
| 07 /09/10 | receipt Dan Hogan email, receipt Karen Harvey email, receipt Matt Moloci memo re: response to fee auditor | DT | $475.00 | 0.25 | 118.75 |
| 07 /09/10 | memos to and from Matt Moloci regarding Grace/Rust telephone conference call, etc. | DT | $475.00 | 0.10 | 47.50 |
| 07 /09/10 | telephone conference call with Kathy Davis (Rust), Deanna Boll, Michel Belanger, Careen Hannouche, Matt Moloci, Chris Greig, re: data transfer and follow-up call to Careen Hannouche, memo to file | DT | $475.00 | 0.50 | 237.50 |

| Date | Description | Init | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07 /09/10 | emails to and from Careen Hannouche re: July 14th hearing | DT | $475.00 | 0.10 | 47.50 |
| 07 /09/10 | Teleconference with Deanna Boll, Kathy David, Michel Belanger, Careen Hannouche, Chris Greig and David Thompson regarding electronic data transfer relating CDN ZAI PD Claims from Rust Consulting to Representative Counsel; further teleconference, re: same, with Greig, Hannouche and Thompson; emails to and from Helen Martin, re; same | MGM | $375.00 | 0.60 | 225.00 |
| 07 /09/10 | Email from Dan Hogan with further inquiry from Fee Auditor concerning expenses; reply to Hogan with response to inquiry; | MGM | $375.00 | 0.10 | 37.50 |
| 07 /09/10 | Receive emails from and to Dan Hogan and Careen Hannouche regarding Lauzon Belanger responses to Fee Auditor's further inquiries; | MGM | $375.00 | 0.10 | 37.50 |
| 07 /09/10 | Email from David Thompson confirming scheduling and travel arrangements for July 14th hearing in Delaware; further emails to and from Dan Hogan and Careen Hannouche regarding July 14th hearing; | MGM | $375.00 | 0.20 | 75.00 |
| 07 /12/10 | receipt Dan Hogan email, letter to Dan Hogan, receipt Matt Moloci memo, all re: July 14th hearing | DT | $475.00 | 0.25 | 118.75 |
| 07 /12/10 | discuss with Matt Moloci re: July 14th status, etc. | DT | $475.00 | 0.10 | 47.50 |
| 07 /12/10 | email to Dan Hogan, draft email to Grace re: status of 1st special counsel fee payment, discuss with Matt Moloci | DT | $475.00 | 0.25 | 118.75 |
| 07 /12/10 | various emails, re: special counsel fee payment, to and from Karen Harvey, follow-up to discuss with Cindy Yates, review and discuss with Matt Moloci, email to Karen Harvey, review chart, etc. | DT | $475.00 | 0.75 | 356.25 |
| 07 /12/10 | email to John Port at Grace re: wire transfer information | DT | $475.00 | 0.25 | 118.75 |
| 07 /12/10 | Email from Dan Hogan forwarding email inquiry from Bobbi Ruhlander concerning $2M fee application; review; emails to Cindy Yates regarding particulars in response; | MGM | $375.00 | 0.20 | 75.00 |
| 07/12/10 | conferences with Cindy Yates and David Thompson regarding particulars in response to Fee Auditor's request; receive emails from Yates to Karen Harvey at Hogan Law Firm with further particulars; | MGM | $375.00 | 0.70 | 262.50 |
| 07/12/10 | receive emails from Harvey to Ruhlander responding with particulars; receive Fee Auditor's final report concerning Representative Counsel's $2M Fee Application; review; further emails from Hogan, Thompson and Careen Hannouche regarding Fee Auditor's report | MGM | $375.00 | 0.30 | 112.50 |
| 07 /13/10 | emails to and from Dan Hogan, etc., discuss with Cindy Yates re: receipts, etc. | DT | $475.00 | 0.25 | 118.75 |
| 07 /13/10 | receipt various and multiple Dan Hogan emails, discuss and review with Matt Moloci, telephone to Dan Hogan, receipt Jan Baer emails, arrange for telephone hearing participation, memo to clerk to cancel travel arrangements, etc., review binder | DT | $475.00 | 1.00 | 475.00 |
| 07 /13/10 | receipt email from Grace counsel re: extension of stay, review, memo to file, letter to Grace counsel to confirm hearing date | DT | $475.00 | 0.25 | 118.75 |

| 07 /13/10 | emails to and from Dan Hogan and Careen Hannouche re: July 14th hearing and telephone conference call to prepare for hearing | DT | $475.00 | 0.25 | 118.75 |
|---|---|---|---|---|---|
| 07 /13/10 | Email from Frances Nedinis with attached Grace Request Form to CCAA Court for hearing on August 12, 2010, requesting order to continue stay; conference with David Thompson regarding stay and hearing; email from Thompson to Nedinis confirming hearing | MGM | $375.00 | 0.10 | 37.50 |
| 07 /13/10 | Conference with Ana Dobson in compiling of materials for review in preparation for hearing in U.S. proceeding for determination of Representative Counsel's Substantial Contribution Fee Application of $2M pursuant to settlement; | MGM | $375.00 | 0.60 | 225.00 |
| 07/13/10 | email from Karen Harvey of Hogan Law Firm to Judge Fitzgerald with attached Certificate of No Objection and proposed order; | MGM | $375.00 | 0.10 | 37.50 |
| 07/13/10 | conferences with David Thompson and Dan Hogan regarding preparation and attendance in Delaware; emails from and to David Thompson, Careen Hannouche, Dan Hogan and Jan Baer regarding hearing; cancel travel arrangements and schedule to attend hearing telephonically | MGM | $375.00 | 0.50 | 187.50 |
| 07 /13/10 | Emails from and to Keith Ferbers regarding status of fee applications and anticipated Plan Approval; retrieve and forward various documents and court filings to Ferbers | MGM | $375.00 | 0.30 | 112.50 |
| 07 /13/10 | Email from David Thompson to John Port at Grace regarding payment of fee application orders | MGM | $375.00 | 0.10 | 37.50 |
| 07 /14/10 | telephone conference call with Dan Hogan and Careen Hannouche with Matt Moloci re: hearing | DT | $475.00 | 0.50 | 237.50 |
| 07 /14/10 | additional preparation for hearing before Judge Fitzgerald | DT | $475.00 | 0.50 | 237.50 |
| 07 /14/10 | participate in hearing with Judge Fitzgerald telephonically with Matt Moloci, Careen Hannouche, Dan Hogan, Debtor's counsel, fee examiner, etc., - 10:00 a.m. - 11:30 a.m. | DT | $475.00 | 1.50 | 712.50 |
| 07 /14/10 | receipt Matt Moloci memo, receipt Keith Ferbers' email, telephone to Dan Hogan as follow-up to hearing | DT | $475.00 | 0.25 | 118.75 |
| 07 /14/10 | Review application materials in preparation for hearing of $2M fee application before Judge Fitzgerald; attend hearing telephonically; | MGM | $375.00 | 1.50 | 562.50 |
| 07 /14/10 | Post-hearing teleconference with Dan Hogan and David Thompson concerning fee application and next steps; | MGM | $375.00 | 0.50 | 187.50 |
| 07 /14/10 | Email reports to Keith Ferbers and Evatt Merchant regarding U.S. hearing of $2M fee application; further emails from and to Ferbers and Merchant; emails to Careen Hannouche, Michel Belanger and David Thompson regarding co-counsel Ferbers and Merchant | MGM | $375.00 | 0.20 | 75.00 |
| 07 /15/10 | receipt of and respond to class member inquiries | DT | $475.00 | 0.25 | 118.75 |
| 07 /15/10 | Email from Dan Hogan with attached Grace remittance advice; review | MGM | $375.00 | 0.10 | 37.50 |
| 07 /15/10 | Emails form and to Orestes Pasparakis; report regarding U.S. hearing on July 14th | MGM | $375.00 | 0.10 | 37.50 |
| 07 /16/10 | receipt Matt Moloci memo, memo to Matt Moloci, receipt Orestes Pasparakis email | DT | $475.00 | 0.25 | 118.75 |

| 07 /16/10 | letters to and from Karen Harvey, meet and review with Cindy Yates, etc. re: funds expected to be received on account | DT | $475.00 | 0.50 | 237.50 |
|---|---|---|---|---|---|
| 07 /16/10 | review and discuss with Cindy Yates, detailed reconciliation of Dan Hogan account monies, discuss and review with Matt Moloci, etc. | DT | $475.00 | 1.00 | 475.00 |
| 07 /16/10 | Review Karen Harvey and Grace emails and spreadsheet concerning interim payments of fee applications; | MGM | $375.00 | 0.10 | 37.50 |
| 07/16/10 | conferences with David Thompson regarding reconciliation of payments; | MGM | $375.00 | 0.20 | 75.00 |
| 07/16/10 | conference with Helen Martin regarding inquiry from Grace regarding bank wire information and anticipated payment | MGM | $375.00 | 0.20 | 75.00 |
| 07 /19/10 | memos to and from Matt Moloci, memo to Cindy Yates, emails to and from Grace re: payment processing and vendor information forms | DT | $475.00 | 0.40 | 190.00 |
| 07 /19/10 | receipt Careen Hannouche email, discuss and review with Cindy Yates, compare Careen Hannouche chart to our reconciliation chart, etc., email to Dan Hogan, etc. | DT | $475.00 | 0.50 | 237.50 |
| 07 /19/10 | receipt Dan Hogan email re: transfer of funds | DT | $475.00 | 0.10 | 47.50 |
| 07 /19/10 | receipt various emails re: bank transfer money, emails to and from Karen Harvey and Cindy Yates, email to Dan Hogan | DT | $475.00 | 0.25 | 118.75 |
| 07 /19/10 | review Careen Hannouche chart, letter to Careen Hannouche re: reconciliation, etc. | DT | $475.00 | 0.25 | 118.75 |
| 07 /19/10 | Emails to and from David Thompson, Helen Martin and Dan Hogan regarding bank wire payments from Grace and The Hogan Firm, reconciliation of payment amounts, further request and provision of vendor information form; emails from Cindy Yates to Grace with attached documents and particulars concerning payment | MGM | $375.00 | 0.30 | 112.50 |
| 07 /19/10 | Email inquiry from CDN ZAI PD claimant Fay Clark; forward to David Thompson and Ana Dobson for reply | MGM | $375.00 | 0.10 | 37.50 |
| 07 /19/10 | Email from Careen Hannouche to Karen Harvey with attached time and disbursement summary of Lauzon Belanger for June, 2010; review; further emails from Harvey and Hannouche regarding Lauzon Belanger's report | MGM | $375.00 | 0.20 | 75.00 |
| 07 /20/10 | email to Grace re: funds transfer | DT | $475.00 | 0.10 | 47.50 |
| 07 /20/10 | discuss and review with Matt Moloci with respect to reconciliation of funds, etc. | DT | $475.00 | 0.25 | 118.75 |
| 07 /20/10 | reconcile Dan Hogan and Careen Hannouche figures for payments to be received from Grace and from Dan Hogan, etc., receipt Karen Harvey email, receipt Dan Hogan email, etc., prepare email to Careen Hannouche, memo to Cindy Yates, memo to Matt Moloci re: payment reconciliation | DT | $475.00 | 1.00 | 475.00 |
| 07 /20/10 | memos to and from Cindy Yates re: monies received from Grace, etc. | DT | $475.00 | 0.25 | 118.75 |
| 07 /20/10 | further discuss and review with Cindy Yates, memo to file, etc., reconcile figures, pay accounts, memo to bookkeeping, etc., letter to Careen Hannouche, etc., reconcile figures with Careen Hannouche and wire transfer money to her | DT | $475.00 | 0.50 | 237.50 |

| 07 /20/10 | *receipt email from Rust Consulting  re: transfer of database* | DT | $475.00 | 0.10 | 47.50 |
|---|---|---|---|---|---|
| 07 /20/10 | *Emails to and from David Thompson, re: payments from Grace; teleconference with Thompson regarding payments from Grace and allocations to Lauzon Belanger, Merchant Law Group and Aikins Macaulay law firm; further emails from and to Thompson and Hannouche, re; same* | MGM | $375.00 | 0.50 | 187.50 |
| 07 /20/10 | *Emails from Karen Harvey and Helen confirming delivery and receipt of funds by bank wire* | MGM | $375.00 | 0.10 | 37.50 |
| 07 /20/10 | *Email from Kathy Davis with report regarding access to Rust Consulting CDN ZAI PD claims database* | MGM | $375.00 | 0.10 | 37.50 |
| 07 /21/10 | *receipt Matt Moloci memos, letter to Careen Hannouche, etc., memo to Matt Moloci, memo to Dan Hogan, etc.* | DT | $475.00 | 0.25 | 118.75 |
| 07 /21/10 | *receipt of and respond to class member inquiries* | DT | $475.00 | 0.25 | 118.75 |
| 07 /21/10 | *emails to and from Careen Hannouche to reconcile payment amounts, etc.* | DT | $475.00 | 0.25 | 118.75 |
| 07 /21/10 | *meet and review with Cindy Yates, emails to and from Careen Hannouche, etc., memo to file, receipt Dan Hogan account, etc., letter to Careen Hannouche, memo to Cindy Yates, reconcile payments, prepare further draft account, etc.* | DT | $475.00 | 0.75 | 356.25 |
| 07 /21/10 | *multiple emails to and from Careen Hannouche, telephone discussion with Careen Hannouche, meeting with Matt Moloci and Cindy Yates all re: reconciliation of Grace payment and Dan Hogan payment, prepare chart, wire transfer money to Lauzon Belanger, memo to Cindy Yates re: account, follow-ups on class member inquiries and respond, memo to Matt Moloci, emails to inquiring claimants, memo to Ana Dobson* | DT | $475.00 | 0.75 | 356.25 |
| 07 /21/10 | *Further review and email to David Thompson regarding reconciliation of payments received from Grace and The Hogan Firm in respect of counsel fee applications; conferences with Thompson; further emails from Careen Hannouche and Thompson regarding reconciliation; teleconference with Hannouche and Thompson,re: same* | MGM | $375.00 | 1.20 | 450.00 |
| 07 /21/10 | *Email from Dan Hogan with attached Order granting substantial contribution application of Lauzon Belanger and Scarfone Hawkins; reply to Hogan confirming receipt* | MGM | $375.00 | 0.10 | 37.50 |
| 07 /22/10 | *finalize account for June 30, 2010 for further funds, memos to and from Cindy Yates, email to Careen Hannouche re: wire transfer confirmation, etc.* | DT | $475.00 | 0.50 | 237.50 |
| 07 /22/10 | *receipt of and respond to various class members* | DT | $475.00 | 0.25 | 118.75 |
| 07 /22/10 | *Email from David Thompson forwarding inquiry from possible CDN ZAI PI claimant Gary Carson; review and reply to Thompson* | MGM | $375.00 | 0.20 | 75.00 |
| 07 /23/10 | *emails to and from Careen Hannouche* | DT | $475.00 | 0.10 | 47.50 |
| 07 /23/10 | *Email from David Thompson to CDN ZAI PD claimant Linda Kastelic; review* | MGM | $375.00 | 0.10 | 37.50 |
| 07 /26/10 | *receipt of and respond to class member inquiries* | DT | $475.00 | 0.25 | 118.75 |

| 07/26/10 | *receipt C. Greig email with respect to transfer of data* | DT | $475.00 | 0.10 | 47.50 |
|---|---|---|---|---|---|
| 07/26/10 | *discuss with Matt Moloci re: June monthly account, discuss with Cindy Yates, receipt Cindy Yates memo, memo to Cindy Yates, receipt Karen Harvey email* | DT | $475.00 | 0.35 | 166.25 |
| 07/26/10 | *Email report from Chris Greig regarding follow-up with Rust Consulting concerning access to electronic database of CDN ZAI PD claims* | MGM | $375.00 | 0.10 | 37.50 |
| 07/26/10 | *Email from David Thompson forwarding voice message from possible CDN ZAI PI claimant Gary Carson; email reply to Thompson* | MGM | $375.00 | 0.10 | 37.50 |
| 07/26/10 | *Conference with Cindy Yates regarding Monthly Fee Application for June, 2010; review time entries and disbursements; email from Yates to Karen Harvey of the Hogan Firm with attached draft fee application for June, 2010* | MGM | $375.00 | 0.30 | 112.50 |
| 07/26/10 | *Receipt and review of completed dockets for June 1, 2010 to June 30, 2010, review dockets, review disbursements, discuss with Matt Moloci, discuss with David Thompson, prepare draft monthly account, amend monthly account and finalize same, discuss with David Thompson, email to Karen Harvey enclosing Monthly Fee Account for June 1, 2010 to June 30, 2010, emails to and from David Thompson, emails to and from Matt Moloci* | LC | $90.00 | 5.00 | $450.00 |
| 07/27/10 | *receipt of and respond to class member inquiries* | DT | $475.00 | 0.25 | 118.75 |
| 07/27/10 | *receipt Karen Harvey email, receipt and review certificate document, execute same, letter to Karen Harvey, discuss with Cindy Yates* | DT | $475.00 | 0.25 | 118.75 |
| 07/27/10 | *Email from Cindy Yates to Karen Harvey with attached certificate regarding fee report; emails from Karen Harvey with attached certificates of no objection filed in respect of the third monthly fee applications of Lauzon Belanger, Scarfone Hawkins and The Hogan Firm;* | MGM | $375.00 | 0.10 | 37.50 |
| 07/28/10 | *receipt of and respond to class member inquiries* | DT | $475.00 | 0.25 | 118.75 |
| 07/28/10 | *Emails from Karen Harvey to Fee Auditor with attached 4th monthly fee applications of Lauzon Belanger, Scarfone Hawkins and The Hogan Firm;* | MGM | $375.00 | 0.10 | 37.50 |
| 07/29/10 | *receipt of and respond to class member inquiries* | DT | $475.00 | 0.25 | 118.75 |
| 07/29/10 | *Emails from Chris Grieg and Harriet Hancock regarding access to Rust Consulting electronic database of CDN ZAI PD claims; email from David Thompson* | MGM | $375.00 | 0.10 | 37.50 |
| 07/30/10 | *receipt of and respond to class member inquiries* | DT | $475.00 | 0.25 | 118.75 |
| 07/30/10 | *follow-up letter to Ogilvy Renault re: extension of stay order* | DT | $475.00 | 0.10 | 47.50 |
| 07/30/10 | *receipt Helen Martin telephone message, email to Helen Martin and Chris Greig re: file transfer and viewing, etc., discuss with Chris Greig* | DT | $475.00 | 0.35 | 166.25 |
| | | | **SUB-TOTAL** | 43.3 | $17,232.50 |

**TIMEKEEPER SUMMARY**

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON | DT | 24.20 | $475.00 | $11,495.00 | $1,494.35 |
| MATTHEW G.  MOLOCI | MGM | 14.10 | $375.00 | $5,287.50 | $687.38 |
| LAW CLERK<br>CINDY YATES<br>25 YEARS | LC | 5.0 | $90.00 | $450.00 | $58.50 |
| SUB-TOTAL: | | **43.3** | | **$17,232.50** | **$2,240.23** |
| **TOTAL FEES AND TAXES:** | | | | | **$19,472.73** |

**DISBURSEMENTS SUMMARY**

| DATE | DISBURSEMENT | HST EXEMPT | HST NON-EXEMPT | PLUS 13% HST | TOTAL |
|---|---|---|---|---|---|
| 07/01/10<br>07/31/10 | Long Distance Calls – Various calls from July 1, 2010 to July 31, 2010 | | $17.41 | | |
| **TOTAL DISBURSEMENTS:** | | | **$17.41** | **$2.26** | **$19.67** |
| **TOTAL FEES, DISBURSEMENTS AND APPLICABLE TAXES:** | | | | | **$19,492.40** |

THIS IS OUR FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.


**\*Del. Bankr. LR 2016-2(e)(iii) allows for**
**$.10 per page for photocopies.**

\*\* HST of 13% came into effect July 1, 2010
replacing GST of 5%

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

PROVINCE OF ONTARIO     :
                        : ss
CITY OF HAMILTON        :

    I, David Thompson, after being duly sworn according to law, depose and say as follows:

    1.    I am a partner of the applicant firm, Scarfone Hawkins LLP (the "Firm").

    2.    On February 9, 2006, the CCAA Court entered an Order appointing Lauzon Bélanger inc. and Scarfone Hawkins LLP as Representative Counsel ("Representative Counsel").

    3.    On March 19, 2010, this Court signed a Modified Order appointing Representative Counsel as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants *nunc pro tunc* to December 21, 2009, through the effective date of the plan.

    4.    Special Counsel has rendered professional services as counsel for the Canadian ZAI Claimants.

    5.    I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of the Firm.

    4.    I have reviewed the foregoing monthly application of Scarfone Hawkins as Special Counsel and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

    I verify under penalty of perjury that the foregoing is true and correct.

                                    David Thompson

SWORN AND SUBSCRIBED
Before me this 30th day of August, 2010.

Notary Public
My Commission Expires: _____

Cindy Lea Yates, a Commissioner, etc.,
City of Hamilton, for Scarfone Hawkins LLP,
Barristers and Solicitors.
Expires March 21, 2012.