# EXHIBIT B

TO 3RD QUARTERLY APPLICATION

OF SCARFONE HAWKINS LLP

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: October 22, 2010 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

## SIXTH MONTHLY APPLICATION OF SCARFONE HAWKINS LLP AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS

Name of Applicant:                                Scarfone Hawkins LLP

Authorized to Provide
Professional Services to:                     Canadian Zonolite Attic Insulation Claimants
                                                          ("Canadian ZAI Claimants")

Date of Retention:                             March 19, 2010 *nunc pro tunc* December 21, 2009

Period for which compensation
and reimbursement is sought:             August 1, 2010, through August 31, 2010

Amount of compensation sought
as actual, reasonable and necessary:    CDN $ 10,663.75

Amount of expense reimbursement
(includes Harmonized Sales Tax of 13%[1])
sought as actual, reasonable and necessary:  CDN $  1,403.95


This Applicant's Sixth Monthly Application.


[Remainder of Page Intentionally Left Blank]

---

[1] On July 1, 2010, the Harmonized Sales Tax (HST) took effect in Ontario and is applied to most purchases and transactions. The 13% HST replaces the federal goods and services tax (GST) and the provincial sales tax (PST).

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees (CDN $) | Requested Expenses (CDN $) | Paid Fees (CDN $) | Paid Expenses (CDN $) |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24697 | December 21, 2009 - March 31, 2010 | $ 98,678.75 | $ 10,399.55 | $ 78,943.00 | $ 10,399.55 |
| 06/01/2010 Dkt. #24878 | April 1, 2010 – April 30, 2010 | $ 14,765.25 | $ 812.67 | $ 11,812.20 | $ 812.67 |
| 06/30/2010 Dkt. #25015 | May 1, 2010 – May 31, 2010 | $ 21,221.25 | $ 3,327.71 | $ 16,977.00 | $ 3,327.71 |
| 07/28/2010 Dkt. #25127 | June 1, 2010 – June 30, 2010 | $ 23,507.50 | $ 2,994.15 | $ 18,806.00 | $ 2,994.15 |
| 08/31/2010 Dkt. #25297 | July 1, 2010 – July 31, 2010 | $ 17,232.50 | $ 2,259.90 | Pending | Pending |

**Fee Detail by Professional for the Period of August 1, 2010, through August 31, 2010:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees (CDN $) |
|---|---|---|---|---|
| David Thompson | Partner, 22 Years 1988 | $475.00 | 14.45 | $ 6,863.75 |
| Matthew G. Moloci | Partner, 12 Years 1998 | $375.00 | 8.70 | $ 3,262.50 |
| Michael Stanton | Associate, 3 Years 2007 | $250.00 | 0.35 | $ 87.50 |
| Cindy Yates | Law Clerk since 1985 | $90.00 | 5.00 | $ 450.00 |
| **Grand Total** | | | **28.50** | **$ 10,663.75** |
| Blended Rate | | | | 374.17 |

**Monthly Compensation by Matter Description for the Period of August 1, 2010, through August 31, 2010**:

| Project Category | Total Hours | Total Fees (CDN $) |
|---|---|---|
| 04 - Case Administration | 13.70 | $ 5,918.75 |
| 11 - Fee Applications, Applicant | 11.35 | $ 3,236.25 |
| 12 - Fee Applications, Others | N/A | 0.00 |
| 14 - Hearings | N/A | 0.00 |
| 16 - Plan and Disclosure Statement | N/A | 0.00 |
| 20 - Travel (Non-Working) | 0.00 | 0.00 |
| 24 - Other | 3.45 | $ 1,508.75 |
| **TOTAL** | **28.50** | **$10,663.75** |

**Monthly Expense Summary for the Period August 1, 2010, through August 31, 2010**:

| Expense Category | Service Provider (if applicable) | Total Expenses (CDN $) |
|---|---|---|
| Photocopies (In House) | | 0.00 |
| Postage | | $ 0.57 |
| Courier | | 0.00 |
| Travel – Airfare | | 0.00 |
| Travel – Meals | | 0.00 |
| Travel – Parking | | 0.00 |
| Travel – Hotel Accommodations | | 0.00 |
| Travel – Mileage/Taxi | | 0.00 |
| Long Distance Calls | | $ 15.06 |
| CCAA Fees | | 0.00 |
| Harmonized Sales Tax 13% | | $ 1,388.32 |
| **TOTAL** | | **$ 1,403.95** |

PLEASE TAKE NOTICE that Scarfone Hawkins LLP (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for August 1, 2010, through August 31, 2010, (this "Monthly Fee Statement")[2] pursuant to the Modified Order Granting The Canadian ZAI

---

[2]Applicant's Invoice for August 1, 2010, through August 31, 2010, is attached hereto as **Exhibit A.**

Claimants' Application for Appointment of Special Counsel [Docket No. 24508] and the

Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised

Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and

Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee

Statement, if any, must be filed on or before October 25, 2010, at 4:00 p.m. (prevailing Eastern

Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of

Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such

response or objection upon the Notice Parties so as to be received by the Notice Parties on or

before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline,

the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a

certificate of no objection, certifying that no objection, or a partial objection, has been filed with

the Court relative to this Application, whichever is applicable, after which the Debtors are

authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the

fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or

(b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to

any objection. All fees and expenses in this Monthly Fee Statement will be included in the next

quarterly application for compensation and reimbursement of expenses to be filed and served by

the Applicant at a later date, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the

period August 1, 2010, through August 31, 2010, an allowance be made to Scarfone Hawkins LLP

for compensation in the amount of CDN $10,663.75, and actual and necessary expenses in the
amount of CDN $1,403.95 (includes 30% Harmonized Sales Tax) for a total allowance of CDN
$12,067.70; Actual Interim Payment of CDN $8,531.00 (80% of the allowed fees) and
reimbursement of CDN $1,403.95 (100% of the allowed expenses) be authorized for a total
payment of CDN $9,934.95; and for such other and further relief as this Court may deem just and
proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the
description of services set forth herein of work performed are in compliance with the requirements
of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines
and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the
Executive Office for the United States Trustee.   A true and correct copy of the Certification of
David Thompson is attached hereto as **Exhibit B**.

Dated: September 29, 2010                      Respectfully submitted,

                                By:     */s/ Daniel K. Hogan*
                                        Daniel K. Hogan (DE Bar No. 2814)
                                        THE HOGAN FIRM
                                        1311 Delaware Avenue
                                        Wilmington, Delaware 19806
                                        Telephone: 302.656.7540
                                        Facsimile: 302.656.7599
                                        Email: dkhogan@dkhogan.com

                                        **Counsel to the Representative Counsel as Special
                                        Counsel for the Canadian ZAI Claimants**

# EXHIBIT A

W.R. GRACE & CO., et al.

CDN ZAI CLASS ACTION

U.S. MONTHLY FEE
APPLICATION
DATE:
August 31, 2010
OUR FILE NO: 05L121

# Scarfone Hawkins LLP
### B A R R I S T E R S   A N D   S O L I C I T O R S

ONE JAMES STREET SOUTH
14TH FLOOR
P.O. BOX 926, DEPOT #1
HAMILTON, ONTARIO
L8N 3P9

TELEPHONE
905-523-1333

TELEFAX
905-523-5878

H.S.T. REGISTRATION NO.   **873984314 RT – 0001**

## CANADIAN ZAI SPECIAL COUNSEL MONTHLY FEE APPLICATION
### (August 1, 2010 to August 31, 2010)

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08 /03/10 | *receipt of and respond to various and multiple class member inquiries, etc., prepare standard update responses for inquiries received* | DT | $475.00 | 0.50 | 237.50 |
| 08 /03/10 | *receipt email from Ogilvy Renault re: motion to extend stay* | DT | $475.00 | 0.10 | 47.50 |
| 08 /03/10 | *receipt motion record, review same, memo to file, memo to Matt Moloci, memo to Bridget Scott, etc., re: Grace Motion to extend stay - August 12, 2010* | DT | $475.00 | 0.50 | 237.50 |
| 08 /03/10 | *Email from Frances Nedinis of Ogilvy Renault with attached motion record including the 34th Information Officer's Report dated July 31, 2010, in respect of Grace Canada's motion seeking extension of the CCAA stay; review* | MGM | $375.00 | 0.30 | 112.50 |
| 08 /04/10 | *receipt of and respond to various and multiple class member inquiries re: claim forms, Canadian settlement administration process, etc.* | DT | $475.00 | 0.35 | 166.25 |
| 08 /04/10 | *letter to Dan Hogan re: Grace August 12th motion and timing of U.S. Plan Confirmation Order* | DT | $475.00 | 0.35 | 166.25 |
| 08 /04/10 | *follow-up on motion re: extend stay, letter to Grace's counsel, etc.* | DT | $475.00 | 0.25 | 118.75 |
| 08 /04/10 | *Email from David Thompson regarding Grace Canada motion seeking extension of CCAA stay and comments regarding 34th Report of Information Officer; email from Thompson to Hogan regarding Grace Canada motion and 34th Report of Information Officer* | MGM | $375.00 | 0.30 | 112.50 |
| 08 /05/10 | *receipt email from Ogilvy Renault re: stay extension motion* | DT | $475.00 | 0.10 | 47.50 |
| 08 /05/10 | *receipt of and respond to multiple and various class member inquiries* | DT | $475.00 | 0.35 | 166.25 |

| 08 /05/10 | emails to and from Karen Harvey with respect to payments to be received | DT | $475.00 | 0.10 | 47.50 |
|---|---|---|---|---|---|
| 08 /05/10 | Email from Thompson to Ogilvy Renault regarding Grace Canada motion seeking extension of stay | MGM | $375.00 | 0.10 | 37.50 |
| 08 /06/10 | receipt Karen Harvey email regarding receipt of payment from Grace | DT | $475.00 | 0.10 | 47.50 |
| 08 /09/10 | receipt of and respond to multiple and various class member inquiries to Bridget Scott | DT | $475.00 | 0.25 | 118.75 |
| 08 /09/10 | Review entirety of Grace Canada motion record seeking extension of stay | MGM | $375.00 | 0.30 | 112.50 |
| 08 /09/10 | Email to Helen Martin regarding GST issues concerning Dan Hogan's fees and accounts as disbursements; conference with Helen Martin | MGM | $375.00 | 0.10 | 37.50 |
| 08 /09/10 | Email from David Thompson to Grace Canada counsel regarding motion seeking extension of CCAA stay of proceedings | MGM | $375.00 | 0.10 | 37.50 |
| 08 /10/10 | emails to and from Karen Harvey, etc., re: 2nd Quarterly Fee Application | DT | $475.00 | 0.25 | 118.75 |
| 08 /10/10 | receipt Matt Moloci memo, follow-up memo to Matt Moloci re: 2nd Quarterly Fee Application | DT | $475.00 | 0.25 | 118.75 |
| 08 /10/10 | receipt of and respond to class member inquiries | DT | $475.00 | 0.35 | 166.25 |
| 08 /10/10 | Teleconference with possible CDN ZAI PI claimant Gary Carson;  internet research regarding Dr. Neil Skjodt; telephone messages to Dr. Skjodt; emails to Carson and Dr. Skjodt; emails to and from David Thompson | MGM | $375.00 | 0.70 | 262.50 |
| 08 /11/10 | receipt of and respond to various and multiple class member inquiries | DT | $475.00 | 0.35 | 166.25 |
| 08 /11/10 | Email to David Thompson regarding GST issues relating to Dan Hogan's accounts and attaching Merchant Law Group legal decisions from Tax Court and Federal Court | MGM | $375.00 | 0.20 | 75.00 |
| 08 /12/10 | receipt of and respond to various and multiple class member inquiries, updates to database, memos to and from BS, discuss with BS, memo to MGM re: status | DT | $475.00 | 0.50 | 237.50 |
| 08 /12/10 | receipt and review Matt Moloci memo re: GST issues, etc., review 2 case decisions forwarded, etc., discuss with Matt Moloci, etc. | DT | $475.00 | 1.00 | 475.00 |
| 08 /12/10 | receipt Karen Harvey email, review extensive quarterly fee application materials, etc., memo to Matt Moloci, email to Karen Harvey | DT | $475.00 | 1.00 | 475.00 |
| 08 /12/10 | receipt and review multiple Karen Harvey emails, memo to and from Matt Moloci re: 2nd quarterly fee application, etc. | DT | $475.00 | 0.25 | 118.75 |
| 08 /12/10 | Emails from Adrienne Glen attached order of Justice Morawetz extending stay of proceedings; review | MGM | $375.00 | 0.20 | 75.00 |
| 08 /12/10 | Email from David Thompson forwarding draft Second Quarterly Fee Application; review and reply to Thompson and Karen Harvey; further emails from Harvey to Fee Audit and Counsel with attached 2nd quarterly fee applications | MGM | $375.00 | 0.40 | 150.00 |
| 08 /12/10 | Emails to and from Helen Martin; conference with Martin concerning GST issues relating to U.S. fee applications, payments and The Hogan Law Firm's accounts; resolve GST issues;  emails to and from David Thompson regarding resolution of GST issues | MGM | $375.00 | 0.50 | 187.50 |

| 08 /12/10 | Email from possible CDN ZAI PI claimant Gary Carson in follow-up to meeting with doctor and doctor's report; reply to Carson | MGM | $375.00 | 0.20 | 75.00 |
|---|---|---|---|---|---|
| 08 /12/10 | Email report from David Thompson concerning frequent class member inquiries, standardized responses and unique inquiries and responses; reply to Thompson | MGM | $375.00 | 0.10 | 37.50 |
| 08 /13/10 | receipt Karen Harvey emails, receipt Cindy Yates memo, and Matt Moloci email, memo to Cindy Yates, re: copy of materials (2nd Quarter Fee Application) | DT | $475.00 | 0.25 | 118.75 |
| 08 /13/10 | receipt of and respond to various class member inquiries on status of claims submitted | DT | $475.00 | 0.25 | 118.75 |
| 08 /13/10 | Email from Cindy Yates forwarding email from Karen Harvey with attached documents concerning 4th Monthly and 2nd Quarterly fee applications; review | MGM | $375.00 | 0.10 | 37.50 |
| 08 /16/10 | receipt of and respond to multiple and various class member inquiries | DT | $475.00 | 0.35 | 166.25 |
| 08 /16/10 | review fee application summary chart with Cindy Yates, discuss and consider with Cindy Yates, memo to Matt Moloci re: expected funds to be received via holdbacks, unpaid amounts and future expected work | DT | $475.00 | 0.40 | 190.00 |
| 08 /16/10 | Emails from and to Helen Martin, Chris Greig and David Thompson scheduling meeting for review of Rust Consulting electronic database access concerning CDN ZAI PD claimants | MGM | $375.00 | 0.10 | 37.50 |
| 08 /16/10 | Facsimile letter from Dr. Neil Skjodt regarding Gary Carson's medical condition of asbestosis from ZAI; review and consider; email to Carson; email reply from Carson; further email to David Thompson | MGM | $375.00 | 0.40 | 150.00 |
| 08 /17/10 | emails to and from Dan Hogan, etc., memo to Dan Hogan re: fee auditor report, memo to Matt Moloci re: fee auditor report | DT | $475.00 | 0.40 | 190.00 |
| 08 /17/10 | Email from Cindy Yates with updated chart of fee applications submitted and paid; review | MGM | $375.00 | 0.10 | 37.50 |
| 08 /17/10 | Email from Dan Hogan with attached Fee Auditor's Initial Report for Dec 09 to Mar  2010; review; email from David Thompson to Hogan regarding anticipated response | MGM | $375.00 | 0.20 | 75.00 |
| 08 /18/10 | meeting with Chris Greig, review of status of capture of 14,000 claim forms from Rust Consulting, review samples from database; Chris Greig update on status and access, etc., memo to file | DT | $475.00 | 0.75 | 356.25 |
| 08 /18/10 | receipt of and respond to various and multiple email inquiries from class members, memos to and from Bridget Scott | DT | $475.00 | 0.25 | 118.75 |
| 08 /18/10 | receipt Matt Moloci memo and Careen Hannouche email enclosing Dan Hogan invoice | DT | $475.00 | 0.25 | 118.75 |
| 08 /18/10 | Meet with Helen Martin, Chris Grieg and David Thompson regarding receipt of electronic documents and claims from Rust Consulting regarding CDN ZAI PD Claims; review and discuss management of data; further emails to and from Martin and Grieg regarding data; email report to Michel Belanger and Careen Hannouche at Lauzon Belanger regarding data received from Rust; email reply from Hannouche | MGM | $375.00 | 0.80 | 300.00 |

| 08 /19/10 | Receive CD Rom with Rust Consulting CDN ZAI PD Claim Forms; conference with Chris Grieg regarding IT issues | MGM | $375.00 | 0.10 | 37.50 |
|---|---|---|---|---|---|
| 08 /20/10 | Email from Larissa Butler of Pinchin Environmental with attached Certificate of Analysis regarding CDN ZAI PD claim of Gary Carson; email instructions to Lauren Millward with copies to David Thompson and staff concerning class member database and process for additional documents received in support of claims | MGM | $375.00 | 0.30 | 112.50 |
| 08 /20/10 | Meeting with Matt Moloci re: possible ZAI claimants, Gary Carson | MS | $250.00 | 0.35 | $87.50 |
| 08 /23/10 | amend and finalize letter to Dan Hogan re: response to fee auditor's report | DT | $475.00 | 0.25 | 118.75 |
| 08 /23/10 | receipt Matt Moloci memo re: Gary Carson, possible injury claimants | DT | $475.00 | 0.25 | 118.75 |
| 08 /23/10 | Emails from and to Helen Martin regarding electronic data received from Rust and possible transfer to Summation software format | MGM | $375.00 | 0.10 | 37.50 |
| 08 /23/10 | Email from David Thompson with attached draft email to Dan Hogan with draft email responding to Fee Auditor's Initial Report; review and reply with comments; further email from Thompson in response to comments; receive email from Thompson to Hogan responding to Fee Auditor's report | MGM | $375.00 | 0.30 | 112.50 |
| 08 /24/10 | emails to and from Karen Harvey, memo to Cindy Yates, discuss with Matt Moloci re: money from Grace and transfer payments, etc., | DT | $475.00 | 0.30 | 142.50 |
| 08 /24/10 | Email from Karen Harvey regarding wire transfer in payment of Hogan's 3rd monthly fee application; email instructions from David Thompson to Cindy Yates; further emails from Yates and Harvey regarding payment and transfer | MGM | $375.00 | 0.20 | 75.00 |
| 08 /24/10 | Email from David Thompson regarding use of Rust claims data in Summation format; email from Christine Burchert of Commonwealth Legal regarding conversion of data | MGM | $375.00 | 0.20 | 75.00 |
| 08 /25/10 | receipt of and respond to various and multiple class member inquiries, letters to and from Karen Harvey re: money from Grace and transfer payments, etc., discuss and review with Cindy Yates and update payment summary chart | DT | $475.00 | 0.40 | 190.00 |
| 08 /25/10 | receipt Dan Hogan email, review Crown filing/objection, emails to and from Dan Hogan, memos to and from Matt Moloci | DT | $475.00 | 1.00 | 475.00 |
| 08 /25/10 | follow-up email to Dan Hogan re: fall court appearances | DT | $475.00 | 0.10 | 47.50 |
| 08 /25/10 | Further emails from Karen Harvey and Cindy Yates regarding wire transfer of payment of Hogan's 3rd monthly fee application | MGM | $375.00 | 0.10 | 37.50 |
| 08 /25/10 | Email from Dan Hogan regarding responses to Fee Auditor's Initial Report | MGM | $375.00 | 0.10 | 37.50 |
| 08 /25/10 | Email from Dan Hogan regarding possible Crown objection to 2nd Quarterly Fee Application; email reply from David Thompson to Dan Hogan | MGM | $375.00 | 0.10 | 37.50 |
| 08 /25/10 | Email from Dan Hogan with attached Crown letter to Court arguing plan not confirmable due to decision in Jeld-Wen; | MGM | $375.00 | 0.40 | 150.00 |

| | review and consider submissions | | | | |
|---|---|---|---|---|---|
| 08 /26/10 | receipt of and respond to various class member inquiries re: status of settlement and Canadian Claims Administration Process | DT | $475.00 | 0.35 | 166.25 |
| 08 /26/10 | emails to and from Dan Hogan re: fall appearances before the Court | DT | $475.00 | 0.25 | 118.75 |
| 08 /26/10 | discuss with Cindy Yates re: July monthly account, receipt Cindy Yates memo, review Matt Moloci dockets entries (July) | DT | $475.00 | 0.25 | 118.75 |
| 08 /26/10 | Emails from Cindy Yates, Sue McCormick and David Thompson confirming receipt and forwarding of wire transfer payments | MGM | $375.00 | 0.10 | 37.50 |
| 08 /26/10 | Conference with Cindy Yates regarding July monthly fee application; email from Yates to Karen Harvey with attached July monthly fee application of Scarfone Hawkins; review; email reply from Harvey | MGM | $375.00 | 0.20 | 75.00 |
| 08 /26/10 | Email from David Thompson to Dan Hogan regarding upcoming hearings in Delaware; email reply from Hogan; review | MGM | $375.00 | 0.20 | 75.00 |
| 08 /26/10 | Emails from and to CDN ZAI PD and PI Claimant, Gary Carson, regarding Pinchin environmental report and anticipated claims process | MGM | $375.00 | 0.20 | 75.00 |
| 08 /26/10 | review dockets for period July 1, 2010 to July 31, 2010, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson and Matt Moloci, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosed monthly fee application for the period July 1, 2010 to July 31, 2010 | LC | $90.00 | 5.00 | $450.00 |
| 08 /27/10 | receipt of and respond to various class member inquiries, etc., memos to and from Bridget Scott, receipt Matt Moloci memo re: Gary Carson | DT | $475.00 | 0.40 | 190.00 |
| 08 /27/10 | Further follow-up by email with David Thompson, Cindy Yates and Sue McCormick regarding wire transfers and payments | MGM | $375.00 | 0.10 | 37.50 |
| 08 /28/10 | Email from Dan Hogan forwarding email from Bobbi Ruhlander regarding response to fee auditors initial report | MGM | $375.00 | 0.10 | 37.50 |
| 08 /30/10 | emails to and from Dan Hogan, memo to Cindy Yates, receipt email from Karen Harvey and from Dan Hogan, memo to and from Matt Moloci, etc. | DT | $475.00 | 0.40 | 190.00 |
| 08 /30/10 | receipt of and respond to class member inquiries, memos to and from Bridget Scott | DT | $475.00 | 0.25 | 118.75 |
| 08 /30/10 | Emails from and to Dan Hogan, Karen Harvey and David Thompson regarding fee auditor's initial report and our response; receive Harvey email to Ruhlander; email from Dan Hogan with attached final report from Fee Auditor; review | MGM | $375.00 | 0.30 | 112.50 |
| 08 /30/10 | Emails from and to Karen Harvey regarding draft July fee application; review and reply to Harvey | MGM | $375.00 | 0.10 | 37.50 |
| 08 /31/10 | receipt of and respond to class member inquiry | DT | $475.00 | 0.10 | 47.50 |
| 08 /31/10 | discuss with Cindy Yates re: fee auditor's final report, emails to and from Karen Harvey, memo to Matt Moloci, review report | DT | $475.00 | 0.35 | 166.25 |

| 08 /31/10 | Email from Karen Harvey with attached 5th Fee Application of Scarfone Hawkins, Lauzon Belanger and The Hogan Firm; review and reply to Harvey with comments; further emails from Harvey attaching final versions as served and filed | MGM | $375.00 | 0.30 | 112.50 |
|---|---|---|---|---|---|
| | | | **SUB-TOTAL** | **28.5** | **$10,663.75** |

## TIMEKEEPER SUMMARY

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON | DT | 14.45 | $475.00 | $6,863.75 | $892.29 |
| MATTHEW G.  MOLOCI | MGM | 8.70 | $375.00 | $3,262.50 | $424.13 |
| MIKE STANTON | MS | 0.35 | $250.00 | $87.50 | $11.37 |
| LAW CLERK Cindy Yates 25 years | LC | 5 | $90.00 | $450.00 | $58.50 |
| **SUB-TOTAL:** | | **28.5** | | **$10,663.75** | **$1,386.29** |
| **TOTAL FEES AND TAXES:** | | | | | **$12,050.04** |

## DISBURSEMENTS SUMMARY

| DATE | DISBURSEMENT | H.S.T EXEMPT | H.S.T NON-EXEMPT | PLUS 13% H.S.T | TOTAL |
|---|---|---|---|---|---|
| 08/01/10 08/31/10 | Postage | | $0.57 | | $0.57 |
| 08/01/10 08/31/10 | Long Distance Calls – Various calls from August 1, 2010 through to August 31, 2010 | | $15.06 | | $15.06 |
| **TOTAL DISBURSEMENTS:** | | | **$15.63** | **$2.03** | **$17.66** |
| **TOTAL FEES, DISBURSEMENTS AND APPLICABLE TAXES:** | | | | | **$12,067.70** |

THIS IS OUR FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.


*Del. Bankr. LR 2016-2(e)(iii) allows for $.10 per page
for photocopies.

** HST of 13% came into effect July 1, 2010 replacing
GST of 5%

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

PROVINCE OF ONTARIO    :
                                : ss

CITY OF HAMILTON        :

        I, David Thompson, after being duly sworn according to law, depose and say as follows:

1.      I am a partner of the applicant firm, Scarfone Hawkins LLP (the "Firm").

2.      On February 9, 2006, the CCAA Court entered an Order appointing Lauzon Bélanger inc. and Scarfone Hawkins LLP as Representative Counsel ("Representative Counsel").

3.      On March 19, 2010, this Court signed a Modified Order appointing Representative Counsel as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants *nunc pro tunc* to December 21, 2009, through the effective date of the plan.

4.      Special Counsel has rendered professional services as counsel for the Canadian ZAI Claimants.

5.      I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of the Firm.

4.      I have reviewed the foregoing monthly application of Scarfone Hawkins as Special Counsel and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

        I verify under penalty of perjury that the foregoing is true and correct.

David Thompson

SWORN AND SUBSCRIBED
Before me this 29TH day of September, 2010.

_____
Notary Public
My Commission Expires: _____

Cindy Lea Yates, a Commissioner, etc.,
City of Hamilton, for Scarfone Hawkins LLP,
Barristers and Solicitors.
Expires March 21, 2012.

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

I, Karen E. Harvey, being duly sworn according to law, deposes and says that she is employed by The Hogan Firm, counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants in the above-captioned action, and that on the 29th day of September, 2010, she caused a copy of the **Sixth Monthly Application of Scarfone Hawkins As Special Counsel For The Canadian ZAI Claimants** to be served upon the Notice Parties, in the manner indicated on the attached service list, in accordance with the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

Karen E. Harvey

SWORN TO AND SUBSCRIBED
By me on this ___29th___ day of ___Sept___ , 2010

Notary Public
My Commission Expires: ___6/19/13___

GILLIAN LORRAINE ANDREWS
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires June 19, 2013

### Grace Monthly Fee Application Service List

**01 – Hand Delivery**
**02 – Federal Express**
**22 – E-mail**

***Hand Delivery***
(Trustee)
Office of the United States Trustee
David Klauder, Esquire
844 King Street, Suite 2311
Wilmington, DE 19801

***Federal Express & E-mail:***
***Richard.finke@grace.com***
***John.port@grace.com***
(Debtors)
Richard C. Finke, Esquire
John Port, Esquire
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

***Federal Express & E-mail:***
***feeaudit@whsmithlaw.com***
(Fee Auditor)
Warren H. Smith
Warren H. Smith and Associates
Republic Center
325 N. St. Paul, Ste. 1250
Dallas, TX 75201

***E-mail:*** ***joneill@pszjlaw.com***
(Co-Counsel for Debtors)
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market St., 17th Floor
Wilmington, DE 19899

***E-mail:*** ***mlastowski@duanemorris.com***
(Counsel for Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market St., Ste. 1200
Wilmington, DE 19801

***E-mail:*** ***mjoseph@ferryjoseph.com***
(Counsel to Official Committee of Asbestos
Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Ste. 904
Wilmington, DE 19899

***E-mail:*** ***mhurford@camlev.com***
(Counsel to Official Committee of Personal
Injury Claimants)
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

***E-mail:*** ***tcurrier@saul.com***
(Counsel to Official Committee of Equity
Holders)
Teresa K.D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Ste. 1200
Wilmington, DE 19899

***E-mail:*** ***jcp@pgslaw.com***
(Co-Counsel to David T. Austern, Personal
Injury Future Claimant's Representative)
John C. Phillips, Jr., Esquire
Philips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

***E-mail:*** ***khill@svglaw.com***
(Co-Counsel to the Hon. Alexander M.
Sanders, Jr., Property Damages Future
Claims Representative)
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Ste. 1500
Wilmington, DE 19801

*E-mail:* *tfreedman@kirkland.com*
(Co-Counsel for Debtors)
Theodore L. Freedman, Esquire
Kirkland & Ellis
Citigroup Center
601 Lexington Avenue
New York, NY 10022

*E-mail:* *jbaer@jsbpc.com*
(Co-counsel for Debtors)
Janet S. Baer, Esquire
The Law Offices of Janet S. Baer PC
70 West Madison St., Ste. 2100
Chicago, IL 60602

*E-mail:* *david.heller@lw.com*
(Co-Counsel to Debtor-In-Possession
Lender)
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Ste. 5800
233 South Wacker Dr.
Chicago, IL 60606

*E-mail:* *wskatchen@duanemorris.com*
(Counsel for Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street, Ste. 1200
Newark, NJ 07102

*E-mail:* *lkruger@stroock.com*
(Counsel for Official Committee of
Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

*E-mail:* *sbaena@bilzin.com*
(Counsel to Official Committee of Asbestos
Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Ste 2500
Miami, FL 33131

*E-mail:* *ei@capdale.com*
(Counsel to Official Committee of Personal
Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue., 35th Floor
New York, NY 10152

*E-mail:* *pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*E-mail:* *rfrankel@orrick.com*
(Co-Counsel to David T. Austern, Personal
Injury Future Claimant's Representative)
Richard Frankel, Esquire
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005

*E-mail:* *arich@alanrichlaw.com*
(Co-Counsel to the Hon. Alexander M.
Sanders, Jr., Property Damages Future
Claims Representative)
Alan B. Rich, Esquire
Law Office of Alan B. Rich
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270