# EXHIBIT C

TO 3RD QUARTERLY APPLICATION
OF SCARFONE HAWKINS LLP

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: November 22, 2010 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

**SEVENTH MONTHLY APPLICATION OF SCARFONE HAWKINS LLP
AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS**

Name of Applicant:                                     Scarfone Hawkins LLP

Authorized to Provide
Professional Services to:                          Canadian Zonolite Attic Insulation Claimants
                                                              ("Canadian ZAI Claimants")

Date of Retention:                                    March 19, 2010 *nunc pro tunc* December 21, 2009

Period for which compensation
and reimbursement is sought:                  September 1, 2010, through September 30, 2010

Amount of compensation sought
as actual, reasonable and necessary:        CDN $ 5,833.75

Amount of expense reimbursement
(includes Harmonized Sales Tax of 13%[1])
sought as actual, reasonable and necessary:  CDN $ 2,153.94

This Applicant's Seventh Monthly Application.

[Remainder of Page Intentionally Left Blank]

---

[1] On July 1, 2010, the Harmonized Sales Tax (HST) took effect in Ontario and is applied to most purchases and transactions. The 13% HST replaces the federal goods and services tax (GST) and the provincial sales tax (PST).

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees (CDN $) | Requested Expenses (CDN $) | Paid Fees (CDN $) | Paid Expenses (CDN $) |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24697 | December 21, 2009 - March 31, 2010 | $ 98,678.75 | $ 10,399.55 | $ 78,943.00 | $ 10,399.55 |
| 06/01/2010 Dkt. #24878 | April 1, 2010 – April 30, 2010 | $ 14,765.25 | $ 812.67 | $ 11,812.20 | $ 812.67 |
| 06/30/2010 Dkt. #25015 | May 1, 2010 – May 31, 2010 | $ 21,221.25 | $ 3,327.71 | $ 16,977.00 | $ 3,327.71 |
| 07/28/2010 Dkt. #25127 | June 1, 2010 – June 30, 2010 | $ 23,507.50 | $ 2,994.15 | $ 18,806.00 | $ 2,994.15 |
| 08/31/2010 Dkt. #25297 | July 1, 2010 – July 31, 2010 | $ 17,232.50 | $ 2,259.90 | $ 13,786.00 | $ 2,259.90 |
| 09/29/2010 Dkt. #25497 | August 1, 2010 – August 31, 2010 | $ 10,663.75 | $ 1,403.95 | Pending | Pending |

**Fee Detail by Professional for the Period of September 1, 2010, through September 30, 2010:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees (CDN $) |
|---|---|---|---|---|
| David Thompson | Partner, 22 Years 1988 | $475.00 | 8.65 | $4,108.75 |
| Matthew G. Moloci | Partner, 12 Years 1998 | $375.00 | 3.40 | $ 1,275.00 |
| Cindy Yates | Law Clerk, 25 years, 1985 | $90.00 | 5.00 | $ 450.00 |
| **Grand Total** | | | **17.05** | **$ 5,833.75** |
| Blended Rate | | | | 342.16 |

**Monthly Compensation by Matter Description for the Period of September 1, 2010, through September 30, 2010**:

| Project Category | Total Hours | Total Fees (CDN $) |
|---|---|---|
| 04 - Case Administration | 6.75 | $ 3,066.25 |
| 11 - Fee Applications, Applicant | 7.35 | $ 1,446.25 |
| 12 - Fee Applications, Others | 0.20 | 75.00 |
| 14 - Hearings | N/A | 0.00 |
| 16 - Plan and Disclosure Statement | 0.30 | 132.50 |
| 20 - Travel (Non-Working) | 0.00 | 0.00 |
| 24 - Other | 2.45 | $ 1,113.75 |
| **TOTAL** | **17.05** | **$ 5,833.75** |

**Monthly Expense Summary for the Period September 1, 2010, through September 30, 2010**:

| Expense Category | Service Provider (if applicable) | Total Expenses (CDN $) |
|---|---|---|
| Photocopies (In House) | | 0.00 |
| Postage | | 0.00 |
| Misc./Transfer Files | Rolling Thunder | $ 1,170.00 |
| Conference Call | Rolling Thunder | $ 65.00 |
| Travel – Meals | | 0.00 |
| Travel – Parking | | 0.00 |
| Travel – Hotel Accommodations | | 0.00 |
| Travel – Mileage/Taxi | | 0.00 |
| Long Distance Calls | | 0.00 |
| CCAA Fees | | 0.00 |
| Harmonized Sales Tax 13% | | $ 918.94 |
| **TOTAL** | | **$ 2,153.94[2]** |

PLEASE TAKE NOTICE that Scarfone Hawkins LLP (the "Applicant") has today filed

this Notice of Monthly Fee and Expenses Invoice for September 1, 2010, through September 30,

---

[2]Applicant's receipts for expenses incurred for September 1, 2010, through September 30, 2010, are attached hereto as **Exhibit A.**

2010, (this "Monthly Fee Statement")[3] pursuant to the Modified Order Granting The Canadian ZAI Claimants' Application for Appointment of Special Counsel [Docket No. 24508] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before November 22, 2010, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or a partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant at a later date, and will be subject to objections at such time.

---

[3] Applicant's Invoice for September 1, 2010, through September 30, 2010, is attached hereto as **Exhibit B.**

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period September 1, 2010, through September 30, 2010, an allowance be made to Scarfone Hawkins LLP for compensation in the amount of CDN $5,833.75, and actual and necessary expenses in the amount of CDN $2,153.94 (includes 13% Harmonized Sales Tax) for a total allowance of CDN $7,987.69; Actual Interim Payment of CDN $4,667.00 (80% of the allowed fees) and reimbursement of CDN $2,153.94 (100% of the allowed expenses) be authorized for a total payment of CDN $6,820.94; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee.  A true and correct copy of the Certification of David Thompson is attached hereto as **Exhibit C**.

Dated: October 29, 2010                           Respectfully submitted,

                                        By:    */s/ Daniel K. Hogan*
                                               Daniel K. Hogan (DE Bar No. 2814)
                                               THE HOGAN FIRM
                                               1311 Delaware Avenue
                                               Wilmington, Delaware 19806
                                               Telephone: 302.656.7540
                                               Facsimile: 302.656.7599
                                               Email: dkhogan@dkhogan.com

                                               **Counsel to the Representative Counsel as Special**
                                               **Counsel for the Canadian ZAI Claimants**

# EXHIBIT A

**Rolling Thunder**
**772 King Street West**
**Hamilton, ON L8S 1K1**
**Canada**
**905-522-2194**



| Bill To: | | | Date | Invoice |
|---|---|---|---|---|
| VHSTT Management Inc c/o Scarfone Hawkins LLP | | | 08/18/2010 | 104389 |
| Attn: Stephanie Farrell | | | **Account** | |
| 1 James Street South, 16th Floor Hamilton, ON L8P 4R5 | | | VHSSTT | |

| Terms | Due Date | PO Number | Reference |
|---|---|---|---|
| COD | 08/18/2010 | | |

What's your Diaster Recovery Plan?  The simple solution is Rolling Thunder's Backup & Disaster Recovery products.
www.thunder.ca

| Service Request Number | 9804 |
|---|---|
| Billing Method | Actual Rates |
| Detail | Mon 8/16/2010/12:28 pm/ CGreig- |
| | |
| Company Name | VHSTT Management Inc c/o Scarfone Hawkins LLP |
| Contact Name | Stephanie Farrell |
| Ship To Address | 1 James Street South, 16th Floor Hamilton, ON L8P 4R5 |

| Services | Work Type | Staff | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Billable Time & Materials Services | | | | | |
| Corporate Technician | Service - Onsite Regular | Chris Greig | 1.00 | 130.00 | C$130.00 |
| | | | | Total Services: | C$130.00 |

*D5L121*

| | | |
|---|---|---|
| Business Number: | 896686656RT0001 | |
| | Invoice Subtotal: | C$130.00 |
| Make checks payable to Rolling Thunder | Harmonized Sales Tax: | C$16.90 |
| | Invoice Total: | **C$146.90** |

We pride ourselves on providing the best quality products and service. Thank you for your business!

*DT/Motoci/Helen meeting re Zonolite claim file form retrieval*    *OK Jm*

*Yes Matter*    *Softwar Support GL5045.*

| Invoice Time Detail | | | | | | |
|---|---|---|---|---|---|---|

**Invoice Number:** 104389
**Company:** VHSTT Management Inc c/o Scarfone Hawkins LLP

| Member: Greig, C   Date: 8/18/2010 | | | | | |
|---|---|---|---|---|---|
| Date | Staff | Notes | Bill | Hours | Ext Amt |
| 8/18/2010 | Greig, C | **Service Ticket:**9804 | Y | 1.00 | 130.00 |
| | | A meeting with David Thomson, Matt Moloci and Helen Martin to discuss Zonolite claims forms downloaded from Rust SFTP site, location of data and what to do with data next. | | | |
| 9:30 AM - 10:30 AM | | | | | |

Subtotal: C$130.00

**Invoice Time Total:**                                          **Billable Hours:**          1.00

## Stephannie Farrell

**From:** peter@thunder.ca

**Sent:** September 9, 2010 3:10 PM

**To:** Stephannie Farrell

**Subject:** Ticket #9804 / Meeting to Discuss Zonolite Claims forms retrieved from SFTP and action plan for review.

--Please enter your response above this line--
Stephanie:

Ticket #9804/Meeting to Discuss Zonolite Claims forms retrieved from SFTP and action plan for review. status has been changed to Closed and is considered closed now. Please reply to this email if this service ticket was closed in error.

Resolution
Wednesday 18/08/2010 9:30am/ Chris Greig-
A meeting with David Thomson, Matt Moloci and Helen Martin to discuss Zonolite claims forms downloaded from Rust SFTP site, location of data and what to do with data next.


Service Ticket Description
Monday 16/08/2010 12:28pm/ Chris Greig-



View Ticket

**Rolling Thunder**
772 King Street West
Hamilton, ON L8S 1K1
Canada
905-522-2194



| Bill To: | | | Date | Invoice |
|---|---|---|---|---|
| VHSTT Management Inc c/o Scarfone Hawkins LLP | | | 07/09/2010 | 104048 |
| Attn: Stephanie Farrell | | | **Account** | |
| 1 James Street South, 16th Floor | | | VHSSTT | |
| Hamilton, ON L8P 4R5 | | | | |

| Terms | Due Date | PO Number | Reference |
|---|---|---|---|
| COD | 07/09/2010 | | |

What's your Diaster Recovery Plan?  The simple solution is Rolling Thunder's Backup & Disaster Recovery products.
www.thunder.ca

| Service Request Number | 9147 ✓ |
|---|---|
| Billing Method | Actual Rates |
| Detail | Mon 7/12/2010/11:22 am/ CGreig- |
| | |
| Company Name | VHSTT Management Inc c/o Scarfone Hawkins LLP |
| Contact Name | Stephanie Farrell |
| Ship To Address | 1 James Street South, 16th Floor |
| | Hamilton, ON L8P 4R5 |

| Services | Work Type | Staff | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Billable Time & Materials Services | | | | | |
| Corporate Technician | Service - Onsite Regular | Chris Greig | 0.50 | 130.00 | C$65.00 |
| | | | | **Total Services:** | C$65.00 |

Business Number:     896686656RT0001

|  | |
|---|---|
| Make checks payable to Rolling Thunder | **Invoice Subtotal:** C$65.00 ✓ |
| | **Harmonized Sales Tax:** C$8.45 ✓ |
| | **Invoice Total:** C$73.45 |

We pride ourselves on providing the best quality products and service. Thank you for your business!

*Conference Call*
*David T, Matt M, et al.*
*re Class action lawsuit data*

*NB.*
*pay using*
*this GL a/c*

*Software Support*
*$45045  Re*
*Zonolite Class Action*
*Law Suit*

*Matter # 05 L12I*

*DAC'd to this*
*matter # (by Sue)*
*Sep 9/10.*

**Stephannie Farrell**

Master # 05L121.

| | |
|---|---|
| **From:** | jacqueline@thunder.ca |
| **Sent:** | July 22, 2010 12:36 PM |
| **To:** | Stephannie Farrell |

Zonolite

**Subject:** Ticket #9147 / Conference call with David Thompson, Matt Moloci and others.

--Please enter your response above this line--
Stephanie:

Re Rust Consulting
Class Action Law Suit

Ticket #9147/Conference call with David Thompson, Matt Moloci and others. status has been changed to Closed and is considered closed now. Please reply to this email if this service ticket was closed in error.

Resolution
Friday 07/09/2010 11:30am/ Chris Greig-
Conference call to determine best way to obtain data for use in classaction lawsuit.
Determine type of data, and how we will transport.


Service Ticket Description
Monday 07/12/2010 11:22am/ Chris Greig-


View Ticket

22/07/2010

**Rolling Thunder**
772 King Street West
Hamilton, ON L8S 1K1
Canada
905-522-2194



| Bill To: | | Date | Invoice |
|---|---|---|---|
| VHSTT Management Inc c/o Scarfone Hawkins LLP Attn: Stephanie Farrell 1 James Street South, 16th Floor Hamilton, ON L8P 4R5 | | 08/02/2010 | 104276 |
| | | **Account** | |
| | | VHSSTT | |

| Terms | Due Date | PO Number | Reference | |
|---|---|---|---|---|
| COD | 08/02/2010 | | | |

What's your Diaster Recovery Plan?  The simple solution is Rolling Thunder's Backup & Disaster Recovery products, www.thunder.ca

| Service Request Number | 9499 |
|---|---|
| Billing Method | Actual Rates |
| Detail | Fri 7/30/2010/8:47 am/ CGreig- |
| | |
| Company Name | VHSTT Management Inc c/o Scarfone Hawkins LLP |
| Contact Name | Stephanie Farrell |
| Ship To Address | 1 James Street South, 16th Floor Hamilton, ON L8P 4R5 |

| Services | Work Type | Staff | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Billable Time & Materials Services | | | | | |
| Corporate Technician | Service - Onsite Regular | Chris Greig | 8.00 | 130.00 | C$1,040.00 |
| | | | | **Total Services:** | **C$1,040.00** |

Business Number:    896686656RT0001

Make checks payable to Rolling Thunder

| | |
|---|---|
| **Invoice Subtotal:** | C$1,040.00 |
| **Harmonized Sales Tax:** | C$135.20 |
| **Invoice Total:** | C$1,175.20 |

We pride ourselves on providing the best quality products and service. Thank you for your business!

**Invoice Time Detail**

| | |
|---|---|
| Invoice Number: | 104276 |
| Company: | VHSTT Management Inc c/o Scarfone Hawkins LLP |

**Member: Greig, C   Date: 7/30/2010**

| Date | Staff | Notes | Bill | Hours | Ext Amt |
|---|---|---|---|---|---|
| 7/30/2010 | Greig, C | **Service Ticket:**9499 | Y | 8.00 | 1040.00 |
| | | - Log into Rust Consulting's Secure FTP site and download 14,000 files.<br>- Files to be downloaded in sections, 1,000 files at a time as to not cause any timeouts or any connection issues. | | | |
| 12:00 PM - 8:00 PM | | | | | |

Subtotal: C$1,040.00

**Invoice Time Total:**                              **Billable Hours:**          8.00

**Stephannie Farrell**

| | |
|---|---|
| **From:** | peter@thunder.ca |
| **Sent:** | August 31, 2010 4:25 PM |
| **To:** | Stephannie Farrell |
| **Subject:** | Ticket #9499 / Transfer files from Rust Consultants SFTP server |

--Please enter your response above this line--
Stephanie:

Ticket #9499/Transfer files from Rust Consultants SFTP server status has been changed to Closed and is considered closed now. Please reply to this email if this service ticket was closed in error.

Resolution
Friday 30/07/2010 12:00pm/ Chris Greig-
- Log into Rust Consulting's Secure FTP site and download 14,000 files.
- Files to be downloaded in sections, 1,000 files at a time as to not cause any timeouts or any connection issues.


Service Ticket Description
Friday 30/07/2010 8:47am/ Chris Greig-



View Ticket

**Helen Martin**

| | |
|---|---|
| **From:** | Matt Moloci |
| **Sent:** | Wednesday, August 18, 2010 3:24 PM |
| **To:** | 'Chris Greig' |
| **Cc:** | Helen Martin; David Thompson; Christine Hutton |
| **Subject:** | RE: Rust Consulting Claim Forms |

Chris,

Please forward the extra DVD to me and I will courier it to our co-counsel, Lauzon Belanger.

Thanks,

Matt

**From:** Chris Greig [mailto:cgreig@thunder.ca]
**Sent:** August 18, 2010 3:29 PM
**To:** David Thompson
**Cc:** Matt Moloci; Helen Martin
**Subject:** re: Rust Consulting Claim Forms

The claim forms have been placed in the requested folder in Dave's Class Action folder hierarchy under the Zonolite folder.

I reviewed the last of them and there are no 2010 forms. I still have access to the RUST SFTP site and nothing has changed, so perhaps they have intentionally left them out?

The forms get a little mixed up towards the end, it gets to December 2009 then it starts to mix them up a little, but 99% f the files are accurately dated according to the number sequence.

Either way, the files are there for your review.

I have a DVD copy for each of you for your records, who wants the extra copy to be sent out?

Regards,

***Chris Greig*** MCP,MCDST
*Corporate Technician/*
*Technical Services Manager*
*chris@thunder.ca*

**ROLLING THUNDER**
772 King Street W.
Hamilton, ON L8S 1K1
Phone: 905.522.2194  x115
Fax: 905.522.2384
www.thunder.ca

1

# EXHIBIT B

W.R. GRACE & CO., et al.
CDN ZAI CLASS ACTION

U.S. FEE APPLICATION
DATE:
September 30, 2010
OUR FILE NO: 05L121

# Scarfone Hawkins LLP
### B A R R I S T E R S   A N D   S O L I C I T O R S

| ONE JAMES STREET SOUTH | TELEPHONE |
| 14TH FLOOR | 905-523-1333 |
| P.O. BOX 926, DEPOT #1 | |
| HAMILTON, ONTARIO | TELEFAX |
| L8N 3P9 | 905-523-5878 |

H.S.T. REGISTRATION NO.   **873984314 RT – 0001**

## CANADIAN ZAI MONTHLY FEE APPLICATION
### (September 1, 2010 – September 30, 2010)

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|------|----------------------|--------|---------|-------|--------|
| 09 /02/10 | *Emails from Karen Harvey to James Luckey to serve and file Certificates of No Objection to the fourth monthly fee applications of The Hogan Firm, Lauzon Belanger and Scarfone Hawkins* | MGM | $375.00 | 0.10 | $37.50 |
| 09 /02/10 | *Email from Glenn Smith advising of intended service of FMC's motion seeking appointment of interim receiver; reply to Smith* | MGM | $375.00 | 0.10 | $37.50 |
| 09 /03/10 | *receipt various emails from Karen Harvey, etc., follow-ups re: fee application and receipt of notice of objections* | DT | $475.00 | 0.35 | $166.25 |
| 09 /03/10 | *receipt of and respond to various and multiple class member inquiries* | DT | $475.00 | 0.25 | $118.75 |
| 09 /07/10 | *receipt of and respond to multiple and various class member inquiries* | DT | $475.00 | 0.35 | $166.25 |
| 09 /07/10 | *receipt Careen Hannouche email, memo to Cindy Yates re: transfer of funds and U.S. exchange rate* | DT | $475.00 | 0.25 | $118.75 |
| 09 /07/10 | *various emails to and from Careen Hannouche re: wire transfer of Dan Hogan money and reconciliation of same* | DT | $475.00 | 0.25 | $118.75 |
| 09 /08/10 | *receipt of and respond to class member inquiries* | DT | $475.00 | 0.10 | $47.50 |
| 09 /09/10 | *receipt of and respond to class member inquiries* | DT | $475.00 | 0.35 | $166.25 |
| 09 /09/10 | *Email from Karen Harvey with attached Certificate of Counsel regarding first quarterly fee applications of The Hogan Firm and Scarfone Hawkins and summary regarding payments to Lauzon Belanger; review* | MGM | $375.00 | 0.20 | $75.00 |
| 09 /10/10 | *Email from Karen Harvey to James O'Neill and Bobbi Ruhlander regarding Fee Auditor's Amended Combined Final Report inquiring whether anything further is required* | MGM | $375.00 | 0.10 | $37.50 |

| 09 /12/10 | Email from possible ZAI PI claimant Gary Carson regarding his medical files for Lorna Carson | MGM | $375.00 | 0.10 | $37.50 |
|---|---|---|---|---|---|
| 09 /13/10 | receipt of and respond to class member inquiries | DT | $475.00 | 0.25 | $118.75 |
| 09 /13/10 | receipt Careen Hannouche email, etc., receipt Dan Hogan email, review fee approval order, discuss with Cindy Yates | DT | $475.00 | 0.35 | $166.25 |
| 09 /13/10 | review disk with Rust Consulting forms to gain preliminary understanding of type of information available for claims administration process structuring | DT | $475.00 | 1.00 | $475.00 |
| 09 /13/10 | Email to possible CDN ZAI PI claimant Gary Carson regarding medical files of Lorna Carson | MGM | $375.00 | 0.10 | $37.50 |
| 09 /13/10 | Email from Careen Hannouche to Karen Harvey with attached Lauzon Belanger fee application for August, 2010; review | MGM | $375.00 | 0.10 | $37.50 |
| 09 /13/10 | Email from Dan Hogan with attached first quarterly fee applications filed and confirming telephonic attendance on today's hearing | MGM | $375.00 | 0.10 | $37.50 |
| 09 /15/10 | receipt of and respond to various and multiple inquiries from claimants, memos to and from BS | DT | $475.00 | 0.25 | $118.75 |
| 09 /16/10 | receipt of and respond to claimant inquiry | DT | $475.00 | 0.10 | $47.50 |
| 09 /17/10 | receipt of and respond to various class member inquiries | DT | $475.00 | 0.25 | $118.75 |
| 09 /17/10 | receipt 2 Karen Harvey emails, memos to and from Cindy Yates | DT | $475.00 | 0.35 | $166.25 |
| 09 /17/10 | Email from Karen Harvey addressing payment of The Hogan Firm's Fourth Monthly Fee Application | MGM | $375.00 | 0.10 | $37.50 |
| 09 /17/10 | Emails from Karen Harvey attaching Grace payment requests for First Quarter holdbacks to Scarfone Hawkins and The Hogan Firm | MGM | $375.00 | 0.10 | $37.50 |
| 09 /20/10 | Email from David Thompson with attached article concerning recent Dolmage case, addressing discoverability, limitations issues and proceedings against the Crown; review and reply to Thompson; further email to Thompson with attached case of Cloud v. Canada addressing similar issues; further emails from and to Thompson | MGM | $375.00 | 0.40 | $150.00 |
| 09 /20/10 | Emails from David Thompson and Dan Hogan in follow-up to hearing on September 13th and request for update regarding U.S. Plan confirmation | MGM | $375.00 | 0.10 | $37.50 |
| 09 /20/10 | Email from Cindy Yates regarding wire transfer in part payment of outstanding fee applications; email from Yates regarding August fee application | MGM | $375.00 | 0.10 | $37.50 |
| 09 /21/10 | emails to and from Dan Hogan re: plan confirmation update | DT | $475.00 | 0.10 | $47.50 |
| 09 /21/10 | receipt of and respond to class member inquiries, memo to BS, follow-up with Michel Belanger and Careen Hannouche to arrange telephone conference call, etc., follow-up to arrange telephone conference call with Dan Hogan | DT | $475.00 | 0.50 | $237.50 |
| 09 /21/10 | receipt wire transfer of money, receipt Careen Hannouche email, letter to Lauzon Belanger, etc., email to Matt Moloci | DT | $475.00 | 0.35 | $166.25 |
| 09 /21/10 | email to Michel Belanger and Careen Hannouche to arrange telephone conference call re: next steps | DT | $475.00 | 0.10 | $47.50 |

| 09 /21/10 | *receipt of and respond to class member inquiries, etc.* | DT | $475.00 | 0.25 | $118.75 |
|---|---|---|---|---|---|
| 09 /21/10 | *Email from Cindy Yates to Sue McCormick regarding payment share to Lauzon Belanger of payment received from Grace for 4th Monthly Fee Application of The Hogan Firm; review; email from McCormick confirming wire payment to Lauzon Belanger* | MGM | $375.00 | 0.10 | $37.50 |
| 09 /22/10 | *receipt Dan Hogan email re: hearing dates, memo to file to diarize all dates and deadlines, etc., email to Dan Hogan, receipt Careen Hannouche email and memo to Cindy Yates* | DT | $475.00 | 0.35 | $166.25 |
| 09 /22/10 | *emails to and from Keith Ferbers re: plan confirmation update* | DT | $475.00 | 0.10 | $47.50 |
| 09 /22/10 | *Email from Dan Hogan with attached Grace hearing dates for balance of year and report regarding anticipated plan approval; review; email reply from David Thompson to Hogan* | MGM | $375.00 | 0.20 | $75.00 |
| 09 /22/10 | *Email report to David Thompson with attached copies of documents received from possible CDN ZAI PI claimants Gary Carson and Lorna Carson; email reply from Thompson* | MGM | $375.00 | 0.20 | $75.00 |
| 09 /22/10 | *Emails from and to Keith Ferbers and David Thompson regarding status of U.S. proceedings* | MGM | $375.00 | 0.20 | $75.00 |
| 09 /23/10 | *receipt of and respond to claimant inquiries, receipt and review Matt Moloci and Carson documentation* | DT | $475.00 | 0.40 | $190.00 |
| 09 /23/10 | *receipt Cindy Yates and Sue McCormick memos re: wire transfer, discuss with Cindy Yates, follow-up with Dan Hogan's office* | DT | $475.00 | 0.25 | $118.75 |
| 09 /23/10 | *Emails from Cindy Yates and Sue McCormick reconciling recent payments received from Grace and follow-up with Karen Harvey* | MGM | $375.00 | 0.10 | $37.50 |
| 09 /23/10 | *Email report to Cindy Yates regarding August time summary and preparation of fee application; email from Cindy Yates with attached Scarfone Hawkins Fee Application for August, 2010; review* | MGM | $375.00 | 0.10 | $37.50 |
| 09 /24/10 | *receipt and review Cindy Yates memo and payment chart, etc., memo to Cindy Yates* | DT | $475.00 | 0.25 | $118.75 |
| 09 /27/10 | *receipt of and respond to class member inquiries* | DT | $475.00 | 0.10 | $47.50 |
| 09 /27/10 | *receipt Karen Harvey emails and 3 certification of no objections, receipt James Luckey email regarding service* | DT | $475.00 | 0.25 | $118.75 |
| 09 /27/10 | *receipt of and respond to further and various class member inquiries* | DT | $475.00 | 0.25 | $118.75 |
| 09 /27/10 | *Email from David Thompson regarding draft fee application payment chart and reconciliation and proposed meeting for review;* | MGM | $375.00 | 0.10 | $37.50 |
| 09 /27/10 | *Email from Karen Harvey with attached The Hogan Firm 5th Monthly Fee Application and Certification of No Objection; review* | MGM | $375.00 | 0.10 | $37.50 |
| 09 /27/10 | *Email from Karen Harvey with attached Lauzon Belanger 5th Monthly Fee Application and Certification of No Objection; review* | MGM | $375.00 | 0.10 | $37.50 |
| 09 /27/10 | *Email from Karen Harvey with attached Scarfone Hawkins 5th Monthly Fee Application and Certification of No Objection; review* | MGM | $375.00 | 0.10 | $37.50 |

| 09 /28/10 | *emails to and from Karen Harvey re: certification* | DT | $475.00 | 0.10 | $47.50 |
|---|---|---|---|---|---|
| 09 /28/10 | *receipt of and respond to various and multiple claimant inquiries* | DT | $475.00 | 0.25 | $118.75 |
| 09 /28/10 | *Email to David Thompson regarding draft fee application payment chart,  reconciliation, proposed meeting  and comments;* | MGM | $375.00 | 0.10 | $37.50 |
| 09 /28/10 | *Email from Karen Harvey to David Thompson regarding certification of 6th monthly fee application of Scarfone Hawkins* | MGM | $375.00 | 0.10 | $37.50 |
| 09 /29/10 | *receipt Karen Harvey email re: Grace payment, receipt Cindy Yates memo, emails to and from Careen Hannouche* | DT | $475.00 | 0.25 | $118.75 |
| 09 /29/10 | *receipt Karen Harvey emails, review application for compensation, approve same, sign Certification, etc., email to Karen Harvey* | DT | $475.00 | 0.35 | $166.25 |
| 09 /29/10 | *Email from Careen Hannouche regarding change of name of Lauzon Belanger firm on fee application certifications; reply to Hannouche; reply from David Thompson to Careen Hannouche; further emails from and to Karen Harvey regarding certifications of 6th Monthly Fee Applications and confirmation of filing with Grace for The Hogan Firm, Lauzon Belanger and Scarfone Hawkins; review* | MGM | $375.00 | 0.20 | $75.00 |
| 09/30/10 | *review dockets for period September 1, 2010 to September 30, 2010, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson and Matt Moloci, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosed monthly fee application for the period September 1, 2010 to September 30, 2010* | LC | $90.00 | 5.00 | $450.00 |
| | | | **SUB-TOTAL** | **17.05** | **$5,833.75** |

**TIMEKEEPER SUMMARY**

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON | DT | 8.65 | $475.00 | $4,108.75 | $534.14 |
| MATTHEW G.  MOLOCI | MGM | 3.40 | $375.00 | $1,275.00 | $165.75 |
| LAW CLERK Cindy Yates 25 years | CY | 5.00 | $90.00 | $450.00 | $58.50 |
| **SUB-TOTAL:** | | **17.05** | | **$5,833.75** | **$758.39** |
| **TOTAL FEES AND TAXES:** | | | | | **$6,592.14** |

**DISBURSEMENTS SUMMARY**

| DATE | DISBURSEMENT | H.S.T EXEMPT | H.S.T NON-EXEMPT | PLUS 13% H.S.T | TOTAL |
|------|-------------|--------------|------------------|----------------|-------|
| 09/09/10 | PAY INVOICE # 104048 TO ROLLING THUNDER, CONFERENCE CALL, CONSULTATION RE: DATA TRANSFER FROM RUST CONSULTING | | $65.00 | | $65.00 |
| 09/09/10 | PAY INVOICE # 104276 TO ROLLING THUNDER RE: FILE TRANSFER FROM RUST CONSULTING | | $1,040.00 | | $1,040.00 |
| 09/21/10 | PAY INVOICE # 104389 TO ROLLING THUNDER, DISCUSS FORMS DOWNLOADED FROM RUST COSULTING | | $130.00 | | $130.00 |
| **TOTAL DISBURSEMENTS:** | | | **$1,235.00** | **$160.55** | **$1,395.55** |
| | | | | | |
| **TOTAL FEES, DISBURSEMENTS AND APPLICABLE TAXES:** | | | | | **$7,987.69** |

THIS IS OUR FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.


**\*Del. Bankr. LR 2016-2(e)(iii) allows for**
**$.10 per page for photocopies.**

\*\* HST of 13% came into effect July 1, 2010
replacing GST of 5%

# EXHIBIT C

### CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

PROVINCE OF ONTARIO   :

                               : ss

CITY OF HAMILTON        :

I, David Thompson, after being duly sworn according to law, depose and say as follows:

1.      I am a partner of the applicant firm, Scarfone Hawkins LLP (the "Firm").

2.      On February 9, 2006, the CCAA Court entered an Order appointing Lauzon Bélanger inc. and Scarfone Hawkins LLP as Representative Counsel ("Representative Counsel").

3.      On March 19, 2010, this Court signed a Modified Order appointing Representative Counsel as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants *nunc pro tunc* to December 21, 2009, through the effective date of the plan.

4.      Special Counsel has rendered professional services as counsel for the Canadian ZAI Claimants.

5.      I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of the Firm.

4.      I have reviewed the foregoing monthly application of Scarfone Hawkins as Special Counsel and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

David Thompson

SWORN AND SUBSCRIBED
Before me this 29th, day of October, 2010.

Notary Public
My Commission Expires: _____

Cindy Lea Yates, a Commissioner, etc.,
City of Hamilton, for Scarfone Hawkins LLP,
Barristers and Solicitors.
Expires March 21, 2012.

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

I, Karen E. Harvey, being duly sworn according to law, deposes and says that she is employed by The Hogan Firm, counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants in the above-captioned action, and that on the 29th day of October, 2010, she caused a copy of the **Seventh Monthly Application of Scarfone Hawkins As Special Counsel For The Canadian ZAI Claimants** to be served upon the Notice Parties, in the manner indicated on the attached service list, in accordance with the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

Karen E. Harvey

SWORN TO AND SUBSCRIBED
By me on this 29th day of Oct , 2010

Notary Public
My Commission Expires: 6|19|13

GILLIAN LORRAINE ANDREWS
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires June 19, 2013

**Grace Monthly Fee Application Service List**

**01 – Hand Delivery**
**02 – Federal Express**
**22 – E-mail**

*Hand Delivery*
(Trustee)
Office of the United States Trustee
David Klauder, Esquire
844 King Street, Suite 2311
Wilmington, DE 19801

*Federal Express & E-mail:*
*Richard.finke@grace.com*
*John.port@grace.com*
(Debtors)
Richard C. Finke, Esquire
John Port, Esquire
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

*Federal Express & E-mail:*
*feeaudit@whsmithlaw.com*
(Fee Auditor)
Warren H. Smith
Warren H. Smith and Associates
Republic Center
325 N. St. Paul, Ste. 1250
Dallas, TX 75201

*E-mail: joneill@pszjlaw.com*
(Co-Counsel for Debtors)
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market St., 17th Floor
Wilmington, DE 19899

*E-mail: mlastowski@duanemorris.com*
(Counsel for Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market St., Ste. 1200
Wilmington, DE 19801

*E-mail: mjoseph@ferryjoseph.com*
(Counsel to Official Committee of Asbestos
Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Ste. 904
Wilmington, DE 19899

*E-mail: mhurford@camlev.com*
(Counsel to Official Committee of Personal
Injury Claimants)
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

*E-mail: tcurrier@saul.com*
(Counsel to Official Committee of Equity
Holders)
Teresa K.D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Ste. 1200
Wilmington, DE 19899

*E-mail: jcp@pgslaw.com*
(Co-Counsel to David T. Austern, Personal
Injury Future Claimant's Representative)
John C. Phillips, Jr., Esquire
Philips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

*E-mail: khill@svglaw.com*
(Co-Counsel to the Hon. Alexander M.
Sanders, Jr., Property Damages Future
Claims Representative)
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Ste. 1500
Wilmington, DE 19801

**E-mail: _tfreedman@kirkland.com_**
(Co-Counsel for Debtors)
Theodore L. Freedman, Esquire
Kirkland & Ellis
Citigroup Center
601 Lexington Avenue
New York, NY 10022

**E-mail: _jbaer@jsbpc.com_**
(Co-counsel for Debtors)
Janet S. Baer, Esquire
The Law Offices of Janet S. Baer PC
70 West Madison St., Ste. 2100
Chicago, IL 60602

**E-mail: _david.heller@lw.com_**
(Co-Counsel to Debtor-In-Possession
Lender)
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Ste. 5800
233 South Wacker Dr.
Chicago, IL 60606

**E-mail: _wskatchen@duanemorris.com_**
(Counsel for Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street, Ste. 1200
Newark, NJ 07102

**E-mail: _lkruger@stroock.com_**
(Counsel for Official Committee of
Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

**E-mail: _sbaena@bilzin.com_**
(Counsel to Official Committee of Asbestos
Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Ste 2500
Miami, FL 33131

**E-mail: _ei@capdale.com_**
(Counsel to Official Committee of Personal
Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue., 35th Floor
New York, NY 10152

**E-mail: _pbentley@kramerlevin.com_**
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

**E-mail: _rfrankel@orrick.com_**
(Co-Counsel to David T. Austern, Personal
Injury Future Claimant's Representative)
Richard Frankel, Esquire
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005

**E-mail: _arich@alanrichlaw.com_**
(Co-Counsel to the Hon. Alexander M.
Sanders, Jr., Property Damages Future
Claims Representative)
Alan B. Rich, Esquire
Law Office of Alan B. Rich
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270