# EXHIBIT A
TO LBL 3RD QUARTERLY APPLICATION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., _et_. _al_., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: September 23, 2010 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

**FIFTH MONTHLY APPLICATION OF LAUZON BÉLANGER AS
SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS**

| | |
|---|---|
| Name of Applicant: | Lauzon Bélanger |
| Authorized to Provide Professional Services to: | Canadian Zonolite Attic Insulation Claimants ("Canadian ZAI Claimants") |
| Date of Retention: | March 19, 2010 _nunc pro tunc_ December 21, 2009 |
| Period for which compensation and reimbursement is sought: | July 1, 2010, through July 31, 2010 |
| Amount of compensation sought as actual, reasonable and necessary: | $    3,129.30 |
| Amount of expense reimbursement (includes Goods & Services Tax and Quebec Sales Tax) sought as actual, reasonable and necessary: | $       942.69 |

This is Applicant's Fifth Monthly Application.

[Remainder of Page Intentionally Left Blank]

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24699 | December 21, 2009 – March 31, 2010 | $ 16,143.45 | $ 2,216.53 | $ 12,914.76 | $ 2,216.53 |
| 06/01/2010 Dkt. #24874 | April 1, 2010 – April 30, 2010 | $ 2,114.70 | $ 272.27 | $ 1,691.76 | $ 272.27 |
| 06/30/2010 Dkt. #25017 | May 1, 2010 – May 31, 2010 | $ 6,109.20 | $ 2,323.63 | $ 4,872.36 | $ 2,323.63 |
| 07/28/2010 Dkt. #25128 | June 1, 2010 – June 30, 2010 | $ 5,118.75 | $ 734.21 | Pending | Pending |

**Fee Detail by Professional for the Period of July 1, 2010, through July 31, 2010:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Michel Bélanger | Partner, 14 years - 1994 | $350.00 | 0.00 | 0.00 |
| Michel Bélanger – Travel | | $175.00 | 0.00 | 0.00 |
| Careen Hannouche | Associate, 5 years - 2005 | $285.00 | 10.98 | $3,129.30 |
| **Grand Total** | | | **10.98** | **$3,129.30** |
| Blended Rate | | | | $ 285.00 |
| | | | | |

**Monthly Compensation by Matter Description for the Period of July 1, 2010, through July 31, 2010**:

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 04 - Case Administration | 2.32 | 900.60 |
| 11 - Fee Applications, Applicant | 2.75 | 544.35 |
| 12 - Fee Applications, Others | N/A | 0.00 |
| 14 - Hearings | N/A | 0.00 |
| 16 - Plan and Disclosure Statement | N/A | 0.00 |
| 20 – Travel (Non-Working) | 0.00 | 0.00 |
| 24 - Other | 5.91 | 1,684.35 |
| **TOTAL** | **10.98** | **$ 3,129.30** |

**Monthly Expense Summary for the Period July 1, 2010, through July 31, 2010**:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Facsimile | | 1.00 |
| Photocopies (In-house) | 378 @ .10 | 37.80 |
| Travel – Parking | | 0.00 |
| Travel – Lodging | Hotel du Pont, Wilmington, DE (July 14, 2010, hearing was changed to telephonic - Unable to cancel hotel reservation) | 439.42[1] |
| Travel – Meals | | 0.00 |
| Goods & Services Tax (G.S.T.) | | 180.38 |
| Quebec Sales Tax (Q.S.T.) | | 284.09 |
| **TOTAL** | | **$942.69** |

PLEASE TAKE NOTICE that Lauzon Bélanger (the "Applicant" and/or "Lauzon Bélanger") has today filed this Notice of Monthly Fee and Expenses Invoice for July 1, 2010, through July 31, 2010, (this "Monthly Fee Statement")[2] pursuant to the terms of the Modified Order Granting The Canadian ZAI Claimants' Application For Appointment of Special Counsel [Docket No. 24508] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before September 23, 2010, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

---

[1] Applicant's receipt for Hotel du Pont expense incurred for July 13, 2010, to July 14, 2010, is attached hereto as **Exhibit A.**

[2] Applicant's Invoice for July 1, 2010, through July 31, 2010, is attached hereto as **Exhibit B.**

3

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or a partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant at a later date, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that the Applicant respectfully requests that, for the period July 1, 2010, through July 31, 2010, an allowance be made to Lauzon Bélanger for compensation in the amount of $3,129.30 and actual and necessary expenses in the amount of $942.69 ( includes Goods & Services Tax and Quebec Sales Tax) for a total allowance of $4,071.99; Actual Interim Payment of $2,503.44 (80% of the allowed fees) and reimbursement of $942.69 (100% of the allowed expenses) be authorized for a total payment of $3,446.13; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines

and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee. A true and correct copy of the Certification of Michel Bélanger is attached hereto as **Exhibit C**.

Dated: August 31, 2010                               Respectfully submitted,

*/s/Daniel K. Hogan*
Daniel K. Hogan (DE Bar No. 2814)
**THE HOGAN FIRM**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656.7540
Facsimile: (302) 656.7599
E-Mail: dkhogan@dkhogan.com

**Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants**

# EXHIBIT A

| | |
|---|---|
| De: | carole land-uniglobe [carole@uniglobe-carolann.com] |
| Envoyé: | 28 juin 2010 14:48 |
| À: | Diane Blanchette |
| Objet: | Expedia travel confirmation - Wilmington, DE - 13 juil./14 juil. 2010 - (Itin# 132855597996) - HANNOUCHE/CAREEN MRS |
| Importance: | Haute |



## Travel Confirmation

Thank you for booking your trip with Expedia.ca.

Si vous n'avez pas reçu les renseignements sur l'assurance voyage ou si vous avez des questions sur votre couverture, communiquez avec nous au 1888 EXPEDIA (1 888 397-3342) ou, ailleurs qu'en Amérique du Nord, au 1 (613) 780-1386. Veuillez noter que vous devez vous procurer l'assurance voyage dans les cinq jours suivant l'achat du voyage.

Remember that you can always view your itinerary online for the most up-to-date information.

**Hotel: Hotel du Pont**
Room reservation: Careen Hannouche - 1 adult

Hotel du Pont
11th And Market St
Wilmington, DE 19801
États-Unis d'Amérique
Phone: 1 (302) 594-3100

Check in: 13 juil. 2010   Check out: 14 juil. 2010   Nights: 1
Afficher les règlements de l'hôtel.

Total room cost: 429.00 USD (439.42 $C)
Taxes & fees: not available
Lodging total: 439,42 $C

VISA
MB

### Special requests
We will forward your requests to the travel vendor, but as these are subject to availability we can not guarantee that they will be honored. Some special requests (e.g., ski racks, rollaway beds) may incur additional charges from the vendor.

View your itinerary for complete and up-to-date trip details, or to make changes online.

### Customer Support

Itinerary number: CONFIRMATION : 132855597996

Pour toute question au sujet de votre réservation, veuillez remplir notre formulaire d'assistance. Nous vous répondrons dans les 24 heures : Pour obtenir une aide immédiate, vous pouvez appeler Expedia.ca au 1(888) EXPEDIA (1-888-397-3342) / (+1-613-780-1386) . Veuillez préciser votre numéro de voyage lors de votre appel.

# EXHIBIT B

# LAUZON BÉLANGER LESPÉRANCE
### AVOCATS · ATTORNEYS

August 25, 2010

RE :  W.R. GRACE & CO., and al.
      U.S. FEE APPLICATION
      CDN ZAI CLASS ACTION
      Our file :  222

### CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION
### (July 1st 2010 to July 31st 2010)

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**Our fees :**

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2010-07-05 | CH | Email to a possible personal injury claimant | 0.17 | 285.00 | 48.45 |
| 2010-07-05 | CH | Email to a claimant re: decontamination of Zonolite and update on status of claims process | 0.25 | 285.00 | 71.25 |
| 2010-07-06 | CH | Email to Mr. Moloci and Mr. Thompson re: Alberta claimant's inquiry | 0.08 | 285.00 | 22.80 |
| 2010-07-06 | CH | Email to Mr. Moloci and Mr. Thompson re: late claims | 0.08 | 285.00 | 22.80 |
| 2010-07-06 | CH | Email to Mr. Moloci and Mr. Thompson re: case authorities for fee application | 0.08 | 285.00 | 22.80 |
| 2010-07-06 | CH | Meeting with assistant re: itemization of fees regarding Fee Auditor's Report and review of exhibits | 0.42 | 285.00 | 119.70 |
| 2010-07-06 | CH | Email to Karen Harvey re: chart and exhibits detailing fees in response to Fee Auditor's issues | 0.25 | 285.00 | 71.25 |
| 2010-07-07 | CH | Review of the Response to the Fee Auditor's Report prepared by The Hogan Firm as well as exhibits | 0.42 | 285.00 | 119.70 |
| 2010-07-07 | CH | Email to Karen Harvey re: detail chart,-lodging fees in response to Fee Auditor and question/note US fees and GST | 0.25 | 285.00 | 71.25 |
| 2010-07-08 | CH | Review and completion of the Vendor Information Form | 0.42 | 285.00 | 119.70 |

LAUZON BÉLANGER LESPÉRANCE INC. | WWW.LBLAVOCATS.CA
286, RUE ST-PAUL OUEST | BUREAU 100 | MONTRÉAL | QUÉBEC | H2Y 2A3 | TÉLÉPHONE : 514.844.4646 | TÉLÉCOPIEUR : 514.844.7009

| 2010-07-08 | CH | Email to John Port (Grace) re: completed Vendor Information Form and inquiry as to additional necessary forms | 0.17 | 285.00 | 48.45 |
| 2010-07-09 | CH | Review of receipts in response to Fee Examiner's questions on fee application | 0.25 | 285.00 | 71.25 |
| 2010-07-09 | CH | Email to Dan Hogan and Karen Harvey re: response to Fee Examiner' questions and explanation of receipts and subtotals | 0.33 | 285.00 | 94.05 |
| 2010-07-09 | CH | Conference call with Mr. Moloci, Mr. Thompson, Mr. Bélanger, Ms. Boll, Ms. Davis (Rust Consulting) re: electronic transfer of claim forms | 0.17 | 285.00 | 48.45 |
| 2010-07-09 | CH | Conference call with Mr. Moloci, Mr. Thompson and technical expert re: electronic transfer of documents following discussion with Rust Consulting | 0.17 | 285.00 | 48.45 |
| 2010-07-09 | CH | Email to Kathy Davis re: coordinates for access to SFTP site for claim forms | 0.08 | 285.00 | 22.80 |
| 2010-07-13 | CH | Conférence téléphonique avec un membre | 0.33 | 285.00 | 94.05 |
| 2010-07-14 | CH | Email to Dan Hogan re: telephonic appearance for hearing | 0.08 | 285.00 | 22.80 |
| 2010-07-14 | CH | Conference call with Mr. Hogan, Mr. Moloci and Mr. Thompson re: preparation for telephonic appearance before Justice Fitzgerald regarding 2 million $ Substantial Contribution Application | 0.33 | 285.00 | 94.05 |
| 2010-07-14 | CH | Telephonic hearing before Justice Fitzgerald re: 2 M$ Substantial Contribution Application | 0.33 | 285.00 | 94.05 |
| 2010-07-16 | CH | Email to Karen Harvey re: wire transfer instructions for contribution applications deposits by Grace | 0.17 | 285.00 | 48.45 |
| 2010-07-16 | CH | Email to Mr. Thompson re: reconciliation regarding payment of Mr. Hogan's firms | 0.08 | 285.00 | 22.80 |
| 2010-07-19 | CH | Email to Karen Harvey re: question for refund of hotel fees due to last minute cancellation | 0.08 | 285.00 | 22.80 |
| 2010-07-19 | CH | Review of time summary and exhibits for monthly application June 2010 | 0.42 | 285.00 | 119.70 |

| 2010-07-19 | CH | Email to Karen Harvey re: time summary and exhibits monthly application June 2010 | 0.17 | 285.00 | 48.45 |
|---|---|---|---|---|---|
| 2010-07-19 | CH | Email to Karen Harvey re: lodging fees | 0.08 | 285.00 | 22.80 |
| 2010-07-19 | CH | Review of payments, reconciliation and Excel chart re: The Hogan Firm fees in response to Mr. Thompson's inquiry | 2.00 | 285.00 | 570.00 |
| 2010-07-19 | CH | Email to Mr. Thompson re: reconciliation past payments to The Hogan Firm | 0.17 | 285.00 | 48.45 |
| 2010-07-19 | CH | Email to a class member re: referring them to the law firm of Scarfone Hawkins | 0.08 | 285.00 | 22.80 |
| 2010-07-20 | CH | Telephone conversation with Mr. Thompson re.: reconciliation of payments The Hogan Firm fees | 0.25 | 285.00 | 71.25 |
| 2010-07-21 | CH | Review of reconciliation chart of past payments re: Hogan fees prepared by Mr. Thompson | 0.33 | 285.00 | 94.05 |
| 2010-07-21 | CH | Email to Mr. Thompson re: reconciliation chart of payments of Hogan fees | 0.25 | 285.00 | 71.25 |
| 2010-07-21 | CH | Email to Mr. Thompson re: request for share of payment of Hogan Firm fees for June 2010 | 0.25 | 285.00 | 71.25 |
| 2010-07-21 | CH | Telephone conversation with Mr. Thompson and Mr. Moloci re: reconciliation past payments to Hogan Firm | 0.25 | 285.00 | 71.25 |
| 2010-07-21 | CH | Meeting with assistant re: reconciliation of past payments to Hogan Firm and further Excel chart | 1.00 | 285.00 | 285.00 |
| 2010-07-21 | CH | Email to Mr. Thompson re: detail regarding past payments to Hogan Firm | 0.33 | 285.00 | 94.05 |
| 2010-07-22 | CH | Email to a class member in response to question re: status of their claim | 0.25 | 285.00 | 71.25 |
| 2010-07-23 | CH | Email to Mr. Thompson re: confirmation of receipt of payment in account | 0.08 | 285.00 | 22.80 |
| 2010-07-27 | CH | Email to Karen Harvey re: signed certification | 0.08 | 285.00 | 22.80 |

**OUR FEES :**            **10.98**            **3,129.30**

TIME SUMMARY BY LAWYER

CH  285.00  10.98   3,129.30

**TAXABLE DISBURSEMENTS**

| | |
|---|---:|
| Fax (1 x $1) | 1.00 |
| Photocopies (378 x .10¢) | 37.80 |
| Lodging | 439.42 |
| **TOTAL TAXABLE DISBURSEMENTS** | **478.22** |

**TOTAL FEES AND DISBURSEMENTS**   **$3,607.52**

| | |
|---|---:|
| Total G.S.T. | 180.38 |
| Total Q.S.T. | 284.09 |

**TOTAL :**   **$4,071.99**

# T.P.S.   814682340 RT 0001
# T.V.Q.  1211542736 TQ 0001

# EXHIBIT C

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

PROVINCE OF QUEBEC    :
                      : ss
CITY OF MONTREAL      :

I, Michel Bélanger, after being duly sworn according to law, depose and say as follows:

1. I am a partner of the applicant firm, Lauzon Bélanger inc. (the "Firm")

2. On February 9, 2006, the CCAA Court entered an Order appointing Lauzon Bélanger inc. and Scarfone Hawkins LLP as Representative Counsel ("Representative Counsel").

3. On March 19, 2010, this Court signed a Modified Order appointing Representative Counsel as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants *nunc pro tunc* to December 21, 2009, through the effective date of the plan.

4. Special Counsel has rendered professional services as counsel for the Canadian ZAI Claimants.

3. I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of the Firm.

4. I have reviewed the foregoing monthly application of Lauzon Bélanger as Special Counsel and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

_____
Michel Bélanger

SWORN AND SUBSCRIBED
Before me this __31__ day of __august__, 2010.

_____
Denise Guérin
Notary Public
My Commission Expires: __July 24, 2012__