Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Quarter Ended September 30, 2010

## Summary of PwC's Fees By Individual:
## Thirty-Eighth Interim Quarterly Reporting Period
## July 1, 2010 - September 30, 2010

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| George Baccash | Tax Partner | 30 | Integrated Audit | $ 592.80 | 18.5 | $ 10,966.80 |
| George Baccash | Tax Partner | 30 | Integrated Audit | $ 724.00 | 1.0 | $ 724.00 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | $ 955.04 | 16.5 | $ 15,758.16 |
| Robert Edyt | Audit Partner | 20+ | Integrated Audit | $ 1,019.81 | 3.0 | $ 3,059.43 |
| Thomas Smith | Audit Partner | 20+ | Integrated Audit | $ 720.09 | 93.3 | $ 67,184.40 |
| John Newstead | Audit Partner | 20+ | Integrated Audit | $ 666.75 | 6.0 | $ 4,000.50 |
| Karen Cronin | Managing Director | 10+ | Integrated Audit | $ 539.75 | 2.0 | $ 1,079.50 |
| Christopher J Rhodes | Director | 9 | Integrated Audit | $ 646.44 | 3.1 | $ 2,003.96 |
| Jennifer Mak | Director | 9 | Integrated Audit | $ 817.88 | 4.3 | $ 3,516.88 |
| David Sands | Director | 9 | Integrated Audit | $ 422.91 | 30.6 | $ 12,941.05 |
| Jerry Puzey | Director | 8 | Integrated Audit | $ 395.30 | 30.0 | $ 11,859.00 |
| Justin Bray | Audit Senior Manager | 8 | Integrated Audit | $ 422.91 | 176.9 | $ 74,812.78 |
| Alison Garleb | Audit Manager | 7 | Integrated Audit | $ 320.04 | 264.3 | $ 84,586.57 |
| Brett Czajkowski | Audit Manager | 6 | Integrated Audit | $ 306.07 | 41.0 | $ 12,548.87 |
| Jacqueline Bravo | Tax Manager | 4 | Integrated Audit | $ 301.60 | 32.0 | $ 9,651.20 |
| Todd Chesla | Tax Manager | 4 | Integrated Audit | $ 301.60 | 29.5 | $ 8,897.20 |
| Pavel Katsiak | Audit Senior Associate | 4 | Integrated Audit | $ 233.68 | 344.0 | $ 80,385.92 |
| Elizabeth Sama | Tax Senior Associate | 3 | Integrated Audit | $ 228.80 | 36.0 | $ 8,236.80 |
| Phillip Crosby | Audit Senior Associate | 4 | Integrated Audit | $ 227.34 | 56.5 | $ 12,844.71 |
| Alexandra L. Schmidt | Audit Senior Associate | 3 | Integrated Audit | $ 215.90 | 12.0 | $ 2,590.80 |
| Ryan Boyle | Audit Experienced Associate | 3 | Integrated Audit | $ 180.34 | 131.2 | $ 23,660.61 |
| Kristina Johnson | Audit Experienced Associate | 3 | Integrated Audit | $ 161.29 | 315.0 | $ 50,806.35 |

{02411}

| Name | Role | | Rate | Hours | | Amount |
|---|---|---|---|---|---|---|
| Shawn McNeilly | Audit Experienced Associate | 3 | Integrated Audit | $ | 161.29 | 403.5 | $ | 65,080.52 |
| Madeleine Lederer | Audit Experienced Associate | 3 | Integrated Audit | $ | 161.29 | 184.7 | $ | 29,790.26 |
| Kathleen Bradley | Audit Experienced Associate | 2 | Integrated Audit | $ | 161.29 | 336.2 | $ | 54,225.70 |
| Zachary Schmidt | Audit Associate | 1 | Integrated Audit | $ | 158.75 | 116.7 | $ | 18,526.13 |
| Veronica Flores | Audit Associate | 1 | Integrated Audit | $ | 156.00 | 3.5 | $ | 546.00 |
| George Cavelius | Audit Intern | <1 | Integrated Audit | $ | 63.50 | 67.7 | $ | 4,298.95 |
| Corey Cines | Audit Intern | <1 | Integrated Audit | $ | 63.50 | 187.8 | $ | 11,925.30 |
| Monica Sokol | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 29.1 | $ | 3,940.72 |
| Victoria Gibson | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 8.5 | $ | 1,151.07 |
| Maria Rattaro | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 11.0 | $ | 1,489.62 |
| Luz Barcia | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 1.0 | $ | 135.42 |
| Maria Ciaglia | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 0.4 | $ | 54.17 |
| Sebastian Calderone | Project Specialist | 3 | Integrated Audit | $ | 135.42 | 16.2 | $ | 2,193.80 |
| Daniela Annocaro | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 1.2 | $ | 162.50 |
| Marcos Rasmussen | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 9.8 | $ | 1,327.12 |
| Adriana Borri | Project Specialist | 3 | Integrated Audit | $ | 135.42 | 2.0 | $ | 270.84 |
| Mercedes Rodriguez Peyloubet | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 5.0 | $ | 677.10 |
| Nicolas Columbo | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 2.3 | $ | 311.47 |
| Luisina Minon Bolivar | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 3.5 | $ | 473.97 |
| Agustina Sanza | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 2.2 | $ | 297.92 |
| Ariana Saliva | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 2.0 | $ | 270.84 |
| Gustavo Finkelstein | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 4.0 | $ | 541.68 |
| Totals | | | | | | 3,045.0 | $ | 699,812.92 |

{02411}

## Summary of PwC's Fees By Project:
## Thirty-Eighth Interim Quarterly Reporting Period
## July 1, 2010 - September 30, 2010

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 82.2 | $13,763.12 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |

{02411}

| | | |
|---|---|---|
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 3,045 | $699,812.92 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 3,127.2 | $713,576.04 |

PricewaterhouseCoopers LLP
Summary of Expenses
Thirty-Eighth Interim Quarterly Reporting Period
July 1, 2010 - September 30, 2010

| Type of Expense | Audit | |
|---|---|---|
| Transportation | $ | 9,369.68 |
| Lodging | $ | 1,852.39 |
| Sundry | $ | 71.64 |
| Business Meals | $ | 1,332.59 |
| Grand Total for the Fee Period July 1 through September 30, 2010 | $ | 12,626.30 |

{02411}