# EXHIBIT - A

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.* | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors | : | (Jointly Administered) |

### ORDER APPROVING THIRTY-EIGHTH QUARTERLY
### FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP,
### AUDITORS AND TAX CONSULTANTS FOR DEBTORS, FOR
### ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the Thirty-Eighth Quarterly Fee Application of PricewaterhouseCoopers LLP ("PwC"), Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses, incurred during the interim period July 1, 2010 through September 30, 2010, dated November 16, 2010 (the "Application"); and upon the Certification of Thomas E. Smith in support of the Application; and upon a hearing having been held before this Court to consider the Thirty-Eighth Quarterly Fee Application; and upon notice having been given pursuant to Bankruptcy Rule 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto, and sufficient cause having been shown therefore, it is hereby:

ORDERED that the Thirty-Eighth Quarterly Fee Application is approved, and it is further

ORDERED that the compensation for services rendered in the amount of $699,812.92 (plus $13,763.12 for preparing the related fee applications) and expenses in the aggregate amount of $12,626.30 with respect to the July 1, 2010 through September 30, 2010 monthly applications is hereby granted to PwC.

Dated: _____, 2010

_____
Judith K. Fitzgerald
United States Bankruptcy Judge

{02411}