## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | *Objection Deadline: 12/6/10 @ 4:00 pm* |

### NINETY-FIRST APPLICATION OF BLACKSTONE ADVISORY PARTNERS L.P. AS FINANCIAL ADVISOR TO W.R. GRACE & CO. AND AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010

| | |
|---|---|
| Name of Applicant: | Blackstone Advisory Partners L.P. |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 |
| Period for which compensation and reimbursement is sought: | September 1, 2010 through September 30, 2010 |

| | | |
|---|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | Total $125,000.00 | (Holdback @ 20%) ($25,000.00) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $2,435.45 | |
| Amount of Cash Payment Sought: | $102,435.45 | |

This is a __x__ monthly __ interim ____ final application

2599383.DOC

Summary of Monthly Applications:

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved | Unpaid |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | -- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved | Unpaid |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
| 04/10/07 | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84 | 100,000.00 | 5,412.84 | -- | -- |
| 06/29/07 | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82 | 100,000.00 | 1,260.82 | -- | -- |
| 06/29/07 | 03/01/07 – 03/31/07 | 100,000.00 | 535.30 | 100,000.00 | 535.30 | -- | -- |
| 09/20/07 | 04/01/07 – 04/30/07 | 100,000.00 | 3,145.97 | 100,000.00 | 3,145.97 | -- | -- |
| 09/20/07 | 05/01/07 – 05/31/07 | 125,000.00 | 148.40 | 125,000.00 | 148.40 | -- | -- |
| 09/20/07 | 06/01/07 – 06/30/07 | 125,000.00 | 584.53 | 125,000.00 | 584.53 | -- | -- |
| 11/19/07 | 07/01/07 – 07/31/07 | 125,000.00 | 786.94 | 125,000.00 | 786.94 | -- | -- |
| 11/19/07 | 08/01/07 – 08/31/07 | -- | 997.55 | -- | 997.55 | -- | -- |
| 11/19/07 | 09/01/07 – 09/30/07 | 75,000.00 | 585.59 | 75,000.00 | 585.59 | -- | -- |
| 03/13/08 | 10/01/07 – 10/31/07 | 100,000.00 | 1,518.85 | 100,000.00 | 1,518.85 | -- | -- |
| 03/13/08 | 11/01/07 – 11/30/07 | 75,000.00 | 241.73 | 75,000.00 | 241.73 | -- | -- |
| 03/13/08 | 12/01/07 – 12/31/07 | 50,000.00 | 270.44 | 50,000.00 | 270.44 | -- | -- |
| 05/22/08 | 01/01/08 – 01/31/08 | 100,000.00 | 2,618.39 | 100,000.00 | 2,618.39 | -- | -- |
| 05/22/08 | 02/01/08 – 02/29/08 | 150,000.00 | 377.34 | 150,000.00 | 377.34 | -- | -- |
| 05/22/08 | 03/01/08 – 03/31/08 | 75,000.00 | 1,468.54 | 75,000.00 | 1,468.54 | -- | -- |
| 10/16/08 | 04/01/08 – 04/30/08 | 150,000.00 | 370.04 | 150,000.00 | 370.04 | -- | -- |
| 10/16/08 | 05/01/08 – 05/31/08 | 125,000.00 | 868.61 | 125,000.00 | 868.61 | -- | -- |
| 10/16/08 | 06/01/08 – 06/30/08 | 175,000.00 | 7,178.80 | 175,000.00 | 7,178.80 | -- | -- |
| 01/09/09 | 07/01/08 – 07/31/08 | 175,000.00 | 1,507.33 | 175,000.00 | 1,507.33 | -- | -- |
| 01/09/09 | 08/01/08 – 08/31/08 | 175,000.00 | 3,482.81 | 175,000.00 | 3,482.81 | -- | -- |
| 01/09/09 | 09/01/08 – 09/30/08 | 175,000.00 | 7,491.74 | 175,000.00 | 7,491.74 | -- | -- |
| 01/09/09 | 10/01/08 – 10/31/08 | 150,000.00 | 3,166.54 | 120,000.00 | 3,166.54 | -- | -- |
| 04/20/09 | 11/01/08 – 11/30/08 | 75,000.00 | 3,762.45 | 75,000.00 | 3,762.45 | -- | -- |
| 04/20/09 | 12/01/08 – 12/31/08 | 75,000.00 | 4,251.05 | 75,000.00 | 4,251.05 | -- | -- |
| 07/06/09 | 01/01/09 – 01/31/09 | 75,000.00 | 407.84 | 75,000.00 | 407.84 | -- | -- |
| 07/06/09 | 02/01/09 – 02/28/09 | 175,000.00 | 840.67 | 175,000.00 | 840.67 | -- | -- |
| 07/06/09 | 03/01/09 – 03/31/09 | 150,000.00 | 1,515.13 | 150,000.00 | 1,515.13 | -- | -- |
| 09/03/09 | 04/01/09 – 04/30/09 | 150,000.00 | 1,757.02 | 150,000.00 | 1,757.02 | -- | 30,000.00 |
| 09/03/09 | 05/01/09 – 05/31/09 | 175,000.00 | 4,503.06 | 175,000.00 | 1,515.13 | -- | -- |
| 09/03/09 | 06/01/09 – 06/30/09 | 175,000.00 | 4,246.49 | 140,000.00 | 4,246.49 | -- | -- |
| 12/14/09 | 07/01/09 – 07/31/09 | 175,000.00 | 10,766.12 | 140,000.00 | 10,766.12 | -- | -- |
| 12/14/09 | 08/01/09 – 08/31/09 | 175,000.00 | 2,367.44 | 140,000.00 | 2,367.44 | -- | -- |
| 12/14/09 | 09/01/09 – 09/30/09 | 100,000.00 | 3,953.33 | 80,000.00 | 3,953.33 | -- | -- |
| 12/15/09 | 10/01/09 – 10/31/09 | 100,000.00 | 1,354.62 | 80,000.00 | 1,354.62 | -- | 20,000.00 |
| -- | 11/01/09 – 11/30/09 | -- | -- | -- | -- | -- | -- |
| 02/12/10 | 12/01/09 – 12/31/09 | 100,000.00 | 1,839.20 | 80,000.00 | 1,839.20 | -- | 20,000.00 |
| 03/12/10 | 01/01/10 – 01/31/10 | 150,000.00 | 1,633.77 | 120,000.00 | 1,633.77 | 30,000.00 | -- |
| -- | 02/01/10 – 02/28/10 | -- | -- | -- | -- | -- | -- |
| 04/29/10 | 03/01/10 – 03/31/10 | 175,000.00 | 4,238.44 | 140,000.00 | 4,238.44 | 35,000.00 | -- |
| 05/28/10 | 04/01/10 – 04/30/10 | 175,000.00 | 4,575.58 | 140,000.00 | 4,575.58 | 35,000.00 | -- |
| 06/25/10 | 05/01/10 – 05/31/10 | 175,000.00 | 7,750.24 | 140,000.00 | 7p,750.24 | 35,000.00 | -- |
| 08/05/10 | 06/01/10 – 06/30/10 | 175,000.00 | 5,202.91 | 140,000.00 | 5,202.91 | 35,000.00 | -- |
| 09/09/10 | 07/01/10 – 07/31/10 | 50,000.00 | 6,204.42 | 40,000.00 | 6,204.42 | 10,000.00 | -- |
| -- | 08/01/10 – 08/31/10 | -- | -- | -- | -- | -- | -- |

# Blackstone Advisory Partners L.P.

November 3, 2010

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Monthly advisory fee for the period of September 1, 2010 through September 30, 2010:  $  125,000.00

Less: 20% holdback pursuant to the Court's Administrative Order  (25,000.00)

Out-of-pocket expenses processed for the period through September 30, 2010: [1]

| | | | | |
|---|---|---|---|---|
| Airfare | $ | 264.70 | | |
| Ground Transportation | | 1,585.66 | | |
| Meals | | 317.80 | | |
| Lodging | | 223.54 | | |
| Research | | 43.75 | | 2,435.45 |
| **Total Amount Due** | | | $ | **102,435.45** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

Invoice Number: 49881

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Partners L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Through September 30, 2010**
**Invoice No. 49881**

|  | GL Detail Sep-10 | Total Expenses |
|---|---|---|
| Airfare | $ 264.70 | $ 264.70 |
| Ground Transportation - Local Travel | 118.31 | 118.31 |
| Ground Transportation - Out of Town Travel | 226.40 | 226.40 |
| Ground Transportation - Railroad | 1,240.95 | 1,240.95 |
| Employee Meals | 317.80 | 317.80 |
| Lodging | 223.54 | 223.54 |
| Internal Research | 43.75 | 43.75 |
| **Total Expenses** | **$ 2,435.45** | **$ 2,435.45** |

| | |
|---|---|
| **Airfare** | $ 264.70 |
| **Ground Transportation** | 1,585.66 |
| **Meals** | 317.80 |
| **Lodging** | 223.54 |
| **Research** | 43.75 |
| **Total Expenses** | **$ 2,435.45** |

W.R. Grace & Co.
Summary of Expenses
Through September 30, 2010
Invoice No. 49881

**Airfare**

| | | | |
|---|---|---|---|
| Kaufman (travel agency fee for booking of one-way flight to Washington, DC from Queens, NY on 05/24/10) | 05/21/10 | 40.00 | |
| Kaufman (one-way coach class flight to Washington, DC from New York, NY) | 05/24/10 | 224.70 | |
| | Subtotal - Airfare | | $ 264.70 |

**Ground Transportation - Local Travel**

| | | | |
|---|---|---|---|
| Kaufman (taxi to client meeting in New York, NY from Blackstone) | 05/06/10 | 24.24 | |
| Kaufman (taxi to New York Penn Station from Blackstone) | 05/24/10 | 8.60 | |
| Kaufman (weeknight taxi home from Blackstone after working late) | 06/17/10 | 8.70 | |
| Lambert (weeknight taxi home from Blackstone after working late) | 06/23/10 | 15.37 | |
| Lambert (taxi to New York Penn Station from Blackstone) | 06/24/10 | 16.50 | |
| Lambert (taxi to Blackstone from New York Penn Station) | 06/24/10 | 20.75 | |
| Lambert (weeknight taxi home from Blackstone after working late) | 06/24/10 | 16.30 | |
| Lambert (weeknight taxi home from Blackstone after working late) | 07/15/10 | 7.85 | |
| | Subtotal - Ground Transportation - Local Travel | | 118.31 |

**Ground Transportation - Out of Town Travel**

| | | | |
|---|---|---|---|
| Kaufman (car to client offices in Columbia, MD from train station in Baltimore, MD) | 07/15/10 | 113.20 | |
| Kaufman (car to train station in Baltimore, MD from client offices in Columbia, MD) | 07/15/10 | 113.20 | |
| | Subtotal - Ground Transportation - Out of Town Travel | | 226.40 |

**Ground Transportation - Railroad**

| | | | |
|---|---|---|---|
| Kaufman (one-way train trip to New York, NY from Washington, DC) | 05/21/10 | 194.00 | |
| Kaufman (travel agency fee for booking round train travel to/from Baltimore, MD from/to New York, NY on 07/14 & 07/15/10) | 07/14/10 | 40.00 | |
| Kaufman (round trip train travel to/from Baltimore, MD from/to New York, NY) | 07/14/10 | 407.25 | |
| Lambert (one-way train travel to New York, NY from Wilmington, DE on 07/06/10) | 06/30/10 | 20.00 | |
| Lambert (one-way train travel to New York, NY from Wilmington, DE) | 07/06/10 | 150.70 | |
| Lambert (travel agency fee for booking of round trip train travel to/from Baltimore, MD from/to New York, NY on 07/14 & 07/15/10) | 07/13/10 | 40.00 | |
| Lambert (round trip train travel to/from Baltimore, MD from/to New York, NY) | 07/14/10 & 07/15/10 | 389.00 | |
| | Subtotal - Ground Transportation - Railroad | | 1,240.95 |

**Employee Meals**

| | | | |
|---|---|---|---|
| Kaufman (1 working breakfast meal while traveling) | 05/24/10 | 3.75 | |
| Kaufman (1 working dinner meal while traveling) | 05/24/10 | 34.84 | |
| Kaufman (1 weeknight working dinner meal @ Blackstone while working late) | 06/16/10 | 34.76 | |
| Kaufman (1 weeknight working dinner meal @ Blackstone while working late) | 07/14/10 | 65.00 | |
| Kaufman (1 working breakfast meal @ hotel in Baltimore, MD) | 07/15/10 | 22.08 | |
| Lambert (1 working lunch meal while traveling) | 06/23/10 | 19.50 | |
| Lambert (1 weeknight working dinner meal @ Blackstone while working late) | 06/24/10 | 20.79 | |
| Lambert (1 working dinner meal while in Baltimore, MD) | 07/14/10 | 65.00 | |
| Lambert (1 working breakfast meal @ hotel in Baltimore, MD) | 07/15/10 | 22.08 | |
| O'Connell (1 weeknight working dinner meal @ Blackstone while working late) | 05/27/10 | 30.00 | |
| | Subtotal - Employee Meals | | 317.80 |

**Lodging**

| | | | |
|---|---|---|---|
| Kaufman (1 day hotel stay in Baltimore, MD) | 07/14/10 & 07/15/10 | 223.54 | |
| | Subtotal - Lodging | | 223.54 |

**Internal Research**

| | | | |
|---|---|---|---|
| Lambert (online data research) | 08/02/10 | 43.75 | |
| | Subtotal - Internal Research | | 43.75 |

| | | |
|---|---|---|
| Total Expenses | $ | 2,435.45 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010**

| Professional | Title | | Hours |
|---|---|---|---|
| Jamie O'Connell | Managing Director | | 30.6 |
| Patrick Schumacher | Managing Director | | 8.00 |
| Jonathan Kaufman | Associate | | 24.4 |
| Christopher Yamamoto | Associate | | 21.0 |
| Alexander Lambert | Analyst | | 36.5 |
| Kathleen Wu | Analyst | | 8.0 |
| Cathy Gao | Analyst | | 21.5 |
| | | **Total** | **150.0** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 09/01/10 | 0.2 | Business Analysis | Call with G. Young of Grace regarding business analysis |
| Jamie O'Connell | 09/01/10 | 0.3 | Business Analysis | Internal meeting with J. Kaufman regarding various matters |
| Jonathan Kaufman | 09/01/10 | 0.2 | Business Analysis | Call with G. Young of Grace regarding business analysis |
| Jonathan Kaufman | 09/01/10 | 0.3 | Business Analysis | Internal meeting with J. O'Connell regarding various matters |
| Jamie O'Connell | 09/05/10 | 0.5 | Business Analysis | Review materials related to Project Mallard and related correspondence |
| Jonathan Kaufman | 09/05/10 | 1.0 | Business Analysis | Review materials related to Project Mallard |
| Alexander Lambert | 09/07/10 | 1.0 | Business Analysis | Review materials related to Project Mallard |
| Alexander Lambert | 09/07/10 | 1.0 | Business Analysis | Call with G. Young of Grace, J.Baer and R. Higgins of Janet Baer regarding Project Mallard |
| Jamie O'Connell | 09/07/10 | 0.5 | Business Analysis | Review materials related to Project Mallard |
| Jamie O'Connell | 09/07/10 | 1.0 | Business Analysis | Call with G. Young of Grace, J.Baer and R. Higgins of Janet Baer regarding Project Mallard |
| Jamie O'Connell | 09/07/10 | 0.5 | Business Analysis | Call with counsel and correspondence related to Project Mallard |
| Jonathan Kaufman | 09/07/10 | 1.0 | Business Analysis | Review materials related to Project Mallard |
| Jonathan Kaufman | 09/07/10 | 1.0 | Business Analysis | Call with G. Young of Grace, J.Baer and R. Higgins of Janet Baer regarding Project Mallard |
| Jamie O'Connell | 09/08/10 | 0.2 | Business Analysis | Call with management regarding Project Mallard |
| Jamie O'Connell | 09/08/10 | 0.2 | Business Analysis | Correspondence to financial advisors regarding Project Mallard |
| Jamie O'Connell | 09/09/10 | 0.3 | Business Analysis | Call with J. Rohen regarding Project Mallard |
| Jamie O'Connell | 09/09/10 | 0.2 | Business Analysis | Correspondence to financial advisors regarding Project Mallard |
| Alexander Lambert | 09/10/10 | 0.5 | Business Analysis | Conference call with management and advisors regarding Project Mallard |
| Jamie O'Connell | 09/10/10 | 0.5 | Business Analysis | Conference call with management and advisors regarding Project Mallard |
| Jonathan Kaufman | 09/10/10 | 0.5 | Business Analysis | Conference call with management and advisors regarding Project Mallard |
| Christopher Yamamoto | 09/16/10 | 0.5 | Business Analysis | Catch-up with Michael Brown on projections |
| Patrick Schumacher | 09/16/10 | 0.5 | Business Analysis | Catch-up with Michael Brown on projections |
| Jamie O'Connell | 09/23/10 | 1.0 | Business Analysis | Calls regarding business analysis |
| Alexander Lambert | 09/24/10 | 0.4 | Business Analysis | Meeting with J. O'Connell regarding various matters |
| Jamie O'Connell | 09/24/10 | 0.5 | Business Analysis | Review draft motion regarding legal entities |
| Jamie O'Connell | 09/24/10 | 0.5 | Business Analysis | Meeting with J. Kaufman regarding legal entity motion |
| Jamie O'Connell | 09/24/10 | 0.5 | Business Analysis | Calls with R. Higgins regarding draft motion regarding legal entities |
| Jamie O'Connell | 09/24/10 | 0.3 | Business Analysis | Call with management, counsel and committee advisors regarding Project Mallard |
| Jamie O'Connell | 09/24/10 | 0.5 | Business Analysis | Call with G. Young regarding business analysis |
| Jamie O'Connell | 09/24/10 | 0.4 | Business Analysis | Meeting with A. Lambert regarding various matters |
| Jamie O'Connell | 09/24/10 | 0.2 | Business Analysis | Follow-up call with G. Young regarding business analysis |
| Jonathan Kaufman | 09/24/10 | 0.5 | Business Analysis | Review draft motion regarding legal entities |
| Jonathan Kaufman | 09/24/10 | 0.5 | Business Analysis | Meeting with J. O'Connell regarding legal entity motion |
| Jonathan Kaufman | 09/24/10 | 0.7 | Business Analysis | Call with management, counsel and committee advisors regarding Project Mallard |
| Cathy Gao | 09/25/10 | 3.0 | Business Analysis | Financial analysis |
| Christopher Yamamoto | 09/25/10 | 4.0 | Business Analysis | Financial analysis |
| Alexander Lambert | 09/26/10 | 2.0 | Business Analysis | Financial analysis related to business analysis |
| Cathy Gao | 09/26/10 | 3.0 | Business Analysis | Financial analysis |
| Christopher Yamamoto | 09/26/10 | 4.0 | Business Analysis | Financial analysis |
| Jamie O'Connell | 09/26/10 | 0.5 | Business Analysis | Correspondence regarding draft legal entity motion |
| Jonathan Kaufman | 09/26/10 | 1.0 | Business Analysis | Internal analysis preparation |
| Alexander Lambert | 09/27/10 | 0.8 | Business Analysis | Financial analysis related to business analysis |
| Alexander Lambert | 09/27/10 | 1.0 | Business Analysis | Internal meeting regarding financial analysis related to business analysis |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Alexander Lambert | 09/27/10 | 4.0 | Business Analysis | Financial analysis related to business analysis |
| Cathy Gao | 09/27/10 | 8.0 | Business Analysis | Financial analysis related to business analysis |
| Christopher Yamamoto | 09/27/10 | 8.0 | Business Analysis | Financial analysis related to business analysis |
| Jamie O'Connell | 09/27/10 | 0.3 | Business Analysis | Correspondence regarding business analysis |
| Jamie O'Connell | 09/27/10 | 1.0 | Business Analysis | Internal meeting regarding financial analysis |
| Jamie O'Connell | 09/27/10 | 0.9 | Business Analysis | Conference calls with management and counsel regarding Project Mallard |
| Jamie O'Connell | 09/27/10 | 2.0 | Business Analysis | Financial analysis related to business analysis |
| Jonathan Kaufman | 09/27/10 | 1.0 | Business Analysis | Internal meeting regarding financial analysis |
| Patrick Schumacher | 09/27/10 | 3.0 | Business Analysis | Financial analysis related to business analysis |
| Alexander Lambert | 09/28/10 | 5.0 | Business Analysis | Financial analysis related to business analysis |
| Alexander Lambert | 09/28/10 | 1.0 | Business Analysis | Call with management regarding business analysis |
| Cathy Gao | 09/28/10 | 0.5 | Business Analysis | Call with management regarding business analysis |
| Christopher Yamamoto | 09/28/10 | 0.5 | Business Analysis | Call with management regarding business analysis |
| Jamie O'Connell | 09/28/10 | 4.5 | Business Analysis | Financial analysis related to business analysis |
| Jamie O'Connell | 09/28/10 | 1.0 | Business Analysis | Call with management regarding business analysis |
| Jonathan Kaufman | 09/28/10 | 2.0 | Business Analysis | Financial analysis related to business analysis |
| Jonathan Kaufman | 09/28/10 | 1.0 | Business Analysis | Call with management regarding business analysis |
| Kathleen Wu | 09/28/10 | 3.0 | Business Analysis | Financial analysis related to business analysis |
| Patrick Schumacher | 09/28/10 | 0.5 | Business Analysis | Call with management regarding business analysis |
| Alexander Lambert | 09/29/10 | 1.0 | Business Analysis | Internal meeting regarding business analysis |
| Christopher Yamamoto | 09/29/10 | 3.0 | Business Analysis | Financial analysis related to business analysis |
| Jamie O'Connell | 09/29/10 | 0.2 | Business Analysis | Call with M. Brown of Grace regarding business analysis |
| Jamie O'Connell | 09/29/10 | 0.3 | Business Analysis | Correspondence to internal team regarding business analysis |
| Jamie O'Connell | 09/29/10 | 0.7 | Business Analysis | Internal meeting regarding business analysis |
| Jonathan Kaufman | 09/29/10 | 0.7 | Business Analysis | Internal meeting regarding business analysis |
| Jonathan Kaufman | 09/29/10 | 1.0 | Business Analysis | Internal analysis preparation |
| Jonathan Kaufman | 09/29/10 | 1.0 | Business Analysis | Internal meeting regarding business analysis and financial analysis |
| Kathleen Wu | 09/29/10 | 4.0 | Business Analysis | Financial analysis related to business analysis |
| Patrick Schumacher | 09/29/10 | 3.0 | Business Analysis | Financial analysis related to business analysis |
| Cathy Gao | 09/30/10 | 0.5 | Business Analysis | Call with management regarding business analysis |
| Cathy Gao | 09/30/10 | 0.5 | Business Analysis | Call with management regarding business analysis |
| Cathy Gao | 09/30/10 | 6.0 | Business Analysis | Financial Modeling |
| Christopher Yamamoto | 09/30/10 | 0.5 | Business Analysis | Call with management regarding business analysis |
| Christopher Yamamoto | 09/30/10 | 0.5 | Business Analysis | Call with management regarding business analysis |
| Jamie O'Connell | 09/30/10 | 0.6 | Business Analysis | Conference call with management and counsel regarding corporate matters |
| Jamie O'Connell | 09/30/10 | 1.0 | Business Analysis | Calls and internal discussion regarding business analysis |
| Jonathan Kaufman | 09/30/10 | 0.6 | Business Analysis | Conference call with management and counsel regarding corporate matters |
| Jonathan Kaufman | 09/30/10 | 1.0 | Business Analysis | Calls and internal discussion regarding business analysis |
| Kathleen Wu | 09/30/10 | 0.5 | Business Analysis | Call with management regarding business analysis |
| Kathleen Wu | 09/30/10 | 0.5 | Business Analysis | Call with management regarding business analysis |
| Patrick Schumacher | 09/30/10 | 0.5 | Business Analysis | Call with management regarding business analysis |
| Patrick Schumacher | 09/30/10 | 0.5 | Business Analysis | Call with management regarding business analysis |
| | | 112.5 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Alexander Lambert | 09/07/10 | 2.5 | Claims Analysis Objection/Resolution | Claims analysis |
| Alexander Lambert | 09/08/10 | 2.2 | Claims Analysis Objection/Resolution | Claims analysis |
| Alexander Lambert | 09/08/10 | 0.8 | Claims Analysis Objection/Resolution | Call with S. Scarlis regarding claims analysis |
| Alexander Lambert | 09/09/10 | 3.0 | Claims Analysis Objection/Resolution | Claims analysis |
| | | 8.5 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jonathan Kaufman | 09/07/10 | 0.3 | Committee | Correspondence with committee professionals re: Grace Q2 2010 financial briefing |
| Jamie O'Connell | 09/13/10 | 0.2 | Committee | Call with J. Radecki regarding committee information request |
| Jamie O'Connell | 09/14/10 | 0.3 | Committee | Manage committee information requests |
| Jamie O'Connell | 09/15/10 | 0.4 | Committee | Manage committee information request |
| Jonathan Kaufman | 09/15/10 | 0.4 | Committee | Manage committee information request |
| Jamie O'Connell | 09/17/10 | 0.5 | Committee | Calls regarding committee information request |
| Jamie O'Connell | 09/28/10 | 0.2 | Committee | Manage committee information request related to Project Mallard |
| Jamie O'Connell | 09/29/10 | 0.2 | Committee | Call with B. Frezza of Capstone regarding exit financing |
| | | 2.5 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 09/07/10 | 0.5 | Fee Applications | Review draft fee statement |
| Jonathan Kaufman | 09/07/10 | 0.5 | Fee Applications | Review draft fee statement |
| Jamie O'Connell | 09/09/10 | 0.5 | Fee Applications | Review draft fee application |
| Jamie O'Connell | 09/15/10 | 1.0 | Fee Applications | Review draft fee application |
| | | 2.5 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Alexander Lambert | 09/01/10 | 2.0 | Financing | Call with management and counsel to discuss exit financing |
| Jamie O'Connell | 09/01/10 | 2.0 | Financing | Call with management and counsel to discuss exit financing |
| Jonathan Kaufman | 09/01/10 | 2.0 | Financing | Call with management and counsel to discuss exit financing |
| Jonathan Kaufman | 09/01/10 | 1.2 | Financing | Review and edits of key term sheet for exit financing |
| Jamie O'Connell | 09/02/10 | 0.5 | Financing | Review exit financing analysis |
| Alexander Lambert | 09/10/10 | 1.0 | Financing | Conference call with management regarding exit financing matters |
| Jamie O'Connell | 09/10/10 | 1.0 | Financing | Conference call with management regarding exit financing matters |
| Jonathan Kaufman | 09/10/10 | 1.0 | Financing | Conference call with management regarding exit financing matters |
| Jamie O'Connell | 09/14/10 | 0.2 | Financing | Call with E. Filon regarding various matters |
| Alexander Lambert | 09/15/10 | 1.0 | Financing | Call with E. Filon and J. MacFarland regarding Exit Facility |
| Alexander Lambert | 09/15/10 | 1.0 | Financing | Review of Exit Facility definitions |
| Alexander Lambert | 09/15/10 | 1.8 | Financing | Updates to presentation for rating agencies |
| Jonathan Kaufman | 09/15/10 | 1.0 | Financing | Call with E. Filon and J. MacFarland regarding Exit Facility |
| Jonathan Kaufman | 09/15/10 | 1.0 | Financing | Review of Exit Facility definitions |
| Alexander Lambert | 09/17/10 | 2.0 | Financing | Updates to presentation for rating agencies |
| Alexander Lambert | 09/17/10 | 1.5 | Financing | Call with management and exit financing lenders |
| Jamie O'Connell | 09/17/10 | 1.5 | Financing | Call with management and exit financing lenders |
| Jonathan Kaufman | 09/17/10 | 1.5 | Financing | Call with management and exit financing lenders |
| Jamie O'Connell | 09/30/10 | 0.3 | Financing | Call regarding business analysis |
| Jonathan Kaufman | 09/30/10 | 0.5 | Financing | Conference call with management regarding business analysis |
| | | 24.0 | | |