## EXHIBIT B

## SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD JULY 1, 2010 THROUGH SEPTEMBER 30, 2010

1. **Case Administration – 15537 – .5 hours ($102.50)**

This matter covers the attention given to routine motions and pleadings, and preparation of responses thereto, the preparation of summaries and analyses of such papers for the PD Committee, and conference calls/meetings with the major creditor constituencies and the Debtors.

The Applicant's focus on the administration of these consolidated cases during the Application Period continued to permit the PD Committee to remain fully informed about all on-going matters pending in these consolidated cases.

During the Application Period, the Applicant spent time keeping track and researching developments that implicate property damage claims specifically and asbestos issues generally.

2. **Applicant's Fee Applications – 15543 – 12.6 hours ($3,105.50)**

This matter covers time expended preparing monthly and quarterly fee applications for the Applicant. During the Application Period, the Applicant expended time preparing, drafting and filing its monthly fee applications, and interim quarterly fee application. In addition, the Applicant reviewed the report by the Fee Auditor and prepared its response thereto.

3. **Hearings – 15544 – 3.8 hours ($1,524.00)**

This matter covers preparation for and attendance at hearings. During the Application Period, the Applicant prepared for and attended various omnibus hearings.

4. **Plan & Disclosure Statement – 15554 – 3.1 hours ($1,551.50)**

The Applicant reviewed the State of Montana letter brief regarding the Jeld-Wen decision, attended to the Debtors' motion to enforce stipulation against NJEPA, and communicated with counsel and committee members regarding status of confirmation.

5. **Claims Analysis, Objection, Resolution – 15545 – 1.4 hours ($655.00)**

During the Application Period, the Applicant attended to telephone conferences with ZAI claimants regarding the status of the case and reviewed correspondence and the stipulation concerning Plum Creek and conferred with counsel and other professionals regarding same.