# EXHIBIT C


**Bilzin Sumberg**
ATTORNEYS AT LAW

August 17, 2010

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  177252

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH July 31, 2010

### CLIENT SUMMARY

**BALANCE AS OF- 07/31/10**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| 01- Case Administration - .15537 | $38.00 | $415.89 | $453.89 |
| 07 - Applicant's Fee Application - .15543 | $881.00 | $0.00 | $881.00 |
| 08 - Hearings - .15544 | $1,019.50 | $0.00 | $1,019.50 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) - .15545 | $445.50 | $0.00 | $445.50 |
| *Client Total* | *$2,384.00* | *$415.89* | *$2,799.89* |

### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 0.50 | $425.00 | $212.50 |
| Sakalo, Jay M | 2.40 | $495.00 | $1,188.00 |
| Snyder, Jeffrey I | 1.20 | $340.00 | $408.00 |
| Flores, Luisa M | 2.50 | $215.00 | $537.50 |
| Kurtz, Nicole | 0.20 | $190.00 | $38.00 |

*TOTAL PROFESSIONAL FEES THIS PERIOD*  **$2,384.00**

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone-Outside Services | $411.00 |
| Westlaw-Online Legal Research | $4.49 |
| Copies | $0.40 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | *$415.89* |

*TOTAL BALANCE DUE THIS PERIOD*  **$2,799.89**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15537

RE: 01- Case Administration

| | | | | |
|---|---|---|---|---|
| 07/01/10 | NK | 0.10 | 19.00 | Analyze docket and send email to J. Sakalo and M.Kramer thereon |
| 07/06/10 | NK | 0.10 | 19.00 | Analyze docket and email to J. Sakalo and M. Kramer thereon |

**PROFESSIONAL SERVICES** $38.00

### COSTS ADVANCED

| | | |
|---|---|---|
| 04/29/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 04/26/10-05/26/10; DATE: 5/26/2010 - Acct. #5306-2200-2539-5504 | 51.00 |
| 04/29/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 04/26/10-05/26/10; DATE: 5/26/2010 - Acct. #5306-2200-2539-5504 | 72.00 |
| 04/29/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 04/26/10-05/26/10; DATE: 5/26/2010 - Acct. #5306-2200-2539-5504 | 72.00 |
| 04/29/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 04/26/10-05/26/10; DATE: 5/26/2010 - Acct. #5306-2200-2539-5504 | 79.00 |
| 04/29/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 04/26/10-05/26/10; DATE: 5/26/2010 - Acct. #5306-2200-2539-5504 | 79.00 |
| 04/30/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 04/26/10-05/26/10; DATE: 5/26/2010 - Acct. #5306-2200-2539-5504 | 58.00 |
| 06/08/10 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 820909990; DATE: 7/1/2010 - Account# 5306-2200-2539-5504 | 4.49 |
| 07/09/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 07/14/10 | Copies 3 pgs @ 0.10/pg | 0.30 |

**TOTAL COSTS ADVANCED** $415.89

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kurtz, Nicole | 0.20 | $190.00 | $38.00 |
| *TOTAL* | *0.20* | | *$38.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone-Outside Services | $411.00 |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | |
|---|---|
| Westlaw-Online Legal Research | $4.49 |
| Copies | $0.40 |
| **TOTAL** | **$415.89** |

CURRENT BALANCE DUE THIS MATTER                    $453.89

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15543**

RE:  07 - Applicant's Fee Application

| | | | | |
|---|---|---|---|---|
| 07/08/10 | JIS | 1.20 | 408.00 | Review and revise June prebill. |
| 07/31/10 | LMF | 0.90 | 193.50 | Prepare notice and summary for June 2010 fees and costs and compile all statements in preparation for quarterly fee application. |
| 07/31/10 | LMF | 1.30 | 279.50 | Draft 37th interim fee application for Bilzin Sumberg. |

PROFESSIONAL SERVICES                                                                                    $881.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 1.20 | $340.00 | $408.00 |
| Flores, Luisa M | 2.20 | $215.00 | $473.00 |
| *TOTAL* | *3.40* | | *$881.00* |

CURRENT BALANCE DUE THIS MATTER                                                           $881.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15544**

RE: 08 - Hearings

| | | | | |
|---|---|---|---|---|
| 07/02/10 | JMS | 0.80 | 396.00 | Review pending motions scheduled for July omnibus hearing (.8). |
| 07/08/10 | JMS | 0.20 | 99.00 | Review hearing agenda for 7/14 hearing (.2). |
| 07/13/10 | JMS | 0.30 | 148.50 | Emails from J. O'Neill regarding omnibus hearing (.2);  email to M. Kramer thereon (.1). |
| 07/13/10 | MIK | 0.50 | 212.50 | Attend hearing. |
| 07/14/10 | LMF | 0.30 | 64.50 | Review and distribute agenda of matters set for hearing. |
| 07/14/10 | JMS | 0.20 | 99.00 | Email to L. Flores regarding omnibus agenda (.2). |

PROFESSIONAL SERVICES                                                                                    $1,019.50

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 0.50 | $425.00 | $212.50 |
| Sakalo, Jay M | 1.50 | $495.00 | $742.50 |
| Flores, Luisa M | 0.30 | $215.00 | $64.50 |
| *TOTAL* | *2.30* | | *$1,019.50* |

CURRENT BALANCE DUE THIS MATTER                                                              $1,019.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15545**

RE:  09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)

| 07/20/10 | JMS | 0.40 | 198.00 | Review Plum Creek correspondence (.4). |
| 07/22/10 | JMS | 0.50 | 247.50 | Review stipulation regarding Plum Creek and email exchange with Debtors' counsel and other professionals thereon (.5). |

**PROFESSIONAL SERVICES**                                                                              $445.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- |
| Sakalo, Jay M | 0.90 | $495.00 | $445.50 |
| *TOTAL* | *0.90* | | *$445.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                         $445.50

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

# Bilzin Sumberg
### ATTORNEYS AT LAW

September 13, 2010

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  178645

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
   THROUGH August 31, 2010

### CLIENT SUMMARY

**BALANCE AS OF- 08/31/10**

| MATTERS | TIME | COSTS | TOTAL |
| --- | ---: | ---: | ---: |
| 01- Case Administration - .15537 | $0.00 | $666.88 | $666.88 |
| 07 - Applicant's Fee Application - .15543 | $1,465.00 | $0.00 | $1,465.00 |
| 08 - Hearings - .15544 | $99.00 | $0.00 | $99.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) - .15545 | $110.50 | $0.00 | $110.50 |
| 18 - Plan & Disclosure Statement - .15554 | $1,200.50 | $0.00 | $1,200.50 |
| **Client Total** | **$2,875.00** | **$666.88** | **$3,541.88** |

## CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.30 | $675.00 | $202.50 |
| Kramer, Matthew I | 1.40 | $425.00 | $595.00 |
| Sakalo, Jay M | 1.40 | $495.00 | $693.00 |
| Snyder, Jeffrey I | 1.10 | $340.00 | $374.00 |
| Flores, Luisa M | 4.70 | $215.00 | $1,010.50 |

**TOTAL PROFESSIONAL FEES THIS PERIOD**     **$2,875.00**

## CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Fares, Mileage, Parking | $109.50 |
| Long Distance Telephone | $48.65 |
| Lodging | $237.45 |
| Meals | $15.34 |
| Pacer - Online Services | $220.64 |
| Parking | $15.00 |
| Copies | $20.30 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$666.88** |

**TOTAL BALANCE DUE THIS PERIOD**     **$3,541.88**

RE: 01- Case Administration

PROFESSIONAL SERVICES                                          $0.00

### COSTS ADVANCED

| | | |
|---|---|---|
| 05/28/10 | Long Distance Telephone 1(214)532-4437; 1 Mins. | 1.39 |
| 05/28/10 | Long Distance Telephone 1(312)641-2162; 3 Mins. | 5.56 |
| 05/28/10 | Long Distance Telephone 1(803)943-4444; 15 Mins. | 22.24 |
| 06/08/10 | Long Distance Telephone 1(214)532-4437; 1 Mins. | 1.39 |
| 06/30/10 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: RB0120-Q220106/30/10; DATE: 6/30/2010 - Account#RB0120 | 38.64 |
| 06/30/10 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: RB0120-Q220106/30/10; DATE: 6/30/2010 - Account#RB0120 | 144.00 |
| 06/30/10 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: RB0120-Q220106/30/10; DATE: 6/30/2010 - Account#RB0120 | 38.00 |
| 07/08/10 | Long Distance Telephone 1(302)252-2900; 2 Mins. | 2.78 |
| 07/08/10 | Long Distance Telephone 1(302)252-2900; 2 Mins. | 2.78 |
| 07/08/10 | Long Distance Telephone 1(302)252-2900; 1 Mins. | 2.78 |
| 07/13/10 | Lodging Travel to Delaware - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-07/13/10; DATE: 7/13/2010 - Client - 21938 | 237.45 |
| 07/13/10 | Meals Travel to Delaware - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-07/13/10; DATE: 7/13/2010 - Client - 21938 | 15.34 |
| 07/13/10 | Parking Airport parking - Travel to Delaware - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-07/13/10; DATE: 7/13/2010 - Client - 21938 | 15.00 |
| 07/14/10 | Fares, Mileage, Parking VENDOR: KING LIMOUSINE AND TRANSPORTATION SERVIC; INVOICE#: 121335; DATE: 7/18/2010 - Clients-21938 | 109.50 |
| 08/26/10 | Long Distance Telephone 1(906)337-5745; 7 Mins. | 9.73 |
| 07/31/10 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 07/31/10 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 08/02/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/02/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/02/10 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 08/02/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/02/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/02/10 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 08/02/10 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 08/04/10 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 08/04/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/04/10 | Copies 80 pgs @ 0.10/pg | 8.00 |
| 08/04/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/04/10 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 08/26/10 | Copies 2 pgs @ 0.10/pg | 0.20 |



**TOTAL COSTS ADVANCED**                                                    $666.88

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| *TOTAL* | *0* | | *$0.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Fares, Mileage, Parking | $109.50 |
| Long Distance Telephone | $48.65 |
| Lodging | $237.45 |
| Meals | $15.34 |
| Pacer - Online Services | $220.64 |
| Parking | $15.00 |
| Copies | $20.30 |
| *TOTAL* | *$666.88* |

**CURRENT BALANCE DUE THIS MATTER**                                          $666.88

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15543**

RE:  07 - Applicant's Fee Application

| 08/02/10 | LMF | 1.20 | 258.00 | Prepare quarterly application for Bilzin Sumberg. |
|---|---|---|---|---|
| 08/04/10 | LMF | 0.40 | 86.00 | Review fee auditor's report and meet with accounting regarding same. |
| 08/09/10 | JIS | 0.50 | 170.00 | Review and revise July prebill. |
| 08/10/10 | JIS | 0.40 | 136.00 | Review and revise 37th quarterly interim fee application. |
| 08/12/10 | LMF | 0.90 | 193.50 | Revise and finalize quarterly application and send to local counsel for filing. |
| 08/20/10 | LMF | 1.40 | 301.00 | Meet with accounting and prepare draft of response to fee auditor's interim report for 36th fee period. |
| 08/24/10 | LMF | 0.80 | 172.00 | Attend to emails with attorneys, finalize response to fee auditor report and submit to fee auditor. |
| 08/24/10 | JMS | 0.30 | 148.50 | Review and revise response to 36th fee auditor's report (.3). |

PROFESSIONAL SERVICES                                                        $1,465.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.30 | $495.00 | $148.50 |
| Snyder, Jeffrey I | 0.90 | $340.00 | $306.00 |
| Flores, Luisa M | 4.70 | $215.00 | $1,010.50 |
| *TOTAL* | *5.90* | | *$1,465.00* |

CURRENT BALANCE DUE THIS MATTER                                              $1,465.00

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15544**

RE:  08 - Hearings

| | | | | |
|---|---|---|---|---|
| 08/03/10 | JMS | 0.20 | 99.00 | Review hearing agenda and email to committee thereon (.2). |

**PROFESSIONAL SERVICES**                                                                                     $99.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.20 | $495.00 | $99.00 |
| *TOTAL* | *0.20* | | *$99.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                                $99.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)

| 08/26/10 | JIS | 0.20 | 68.00 | Call from ZAI claimant and conference with M. Kramer thereon. |
| 08/26/10 | MIK | 0.10 | 42.50 | Telephone conference with ZAI claimant regarding status of case. |

PROFESSIONAL SERVICES                                                     $110.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 0.10 | $425.00 | $42.50 |
| Snyder, Jeffrey I | 0.20 | $340.00 | $68.00 |
| *TOTAL* | *0.30* | | *$110.50* |

CURRENT BALANCE DUE THIS MATTER                                          $110.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15554**

RE:  18 - Plan & Disclosure Statement

| | | | | |
|---|---|---|---|---|
| 08/05/10 | SLB | 0.30 | 202.50 | Email from and to T. Brandi regarding status (.3). |
| 08/12/10 | MIK | 0.90 | 382.50 | Review State of Montana letter brief (.3); review amended stipulation regarding classification (.1);  review Debtors' motion to enforce stipulation against NJEPA (.5). |
| 08/16/10 | JMS | 0.50 | 247.50 | Review letter brief by State of Montana regarding Jeld-Wen decision (.5). |
| 08/18/10 | JMS | 0.40 | 198.00 | Review Grace's letter response to State of Montana letter regarding JELD-WEN (.4). |
| 08/27/10 | MIK | 0.40 | 170.00 | Review insurer settlement motion. |

PROFESSIONAL SERVICES                                                                                      $1,200.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.30 | $675.00 | $202.50 |
| Kramer, Matthew I | 1.30 | $425.00 | $552.50 |
| Sakalo, Jay M | 0.90 | $495.00 | $445.50 |
| *TOTAL* | *2.50* | | *$1,200.50* |

CURRENT BALANCE DUE THIS MATTER                                                              $1,200.50

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP


**Bilzin Sumberg**
ATTORNEYS AT LAW

October 22, 2010

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  180696

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH September 30, 2010

## CLIENT SUMMARY

**BALANCE AS OF- 09/30/10**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $64.50 | $1,128.34 | $1,192.84 |
| **.15543 -** 07 - Applicant's Fee Application | $759.50 | $0.00 | $759.50 |
| **.15544 -** 08 - Hearings | $405.50 | $0.00 | $405.50 |
| **.15545 -** 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | $99.00 | $0.00 | $99.00 |
| **.15546 -** 10 - Travel | $0.00 | $0.00 | $0.00 |
| **.15554 -** 18 - Plan & Disclosure Statement | $351.00 | $0.00 | $351.00 |
| *Client Total* | *$1,679.50* | *$1,128.34* | *$2,807.84* |

### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.30 | $675.00 | $202.50 |
| Kramer, Matthew I | 0.20 | $425.00 | $85.00 |
| Sakalo, Jay M | 0.80 | $495.00 | $396.00 |
| Snyder, Jeffrey I | 0.40 | $340.00 | $136.00 |
| Flores, Luisa M | 4.00 | $215.00 | $860.00 |

**TOTAL PROFESSIONAL FEES THIS PERIOD**     **$1,679.50**

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $746.25 |
| Long Distance Telephone | $19.46 |
| Long Distance Telephone-Outside Services | $359.00 |
| Westlaw-Online Legal Research | $3.03 |
| Copies | $0.60 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$1,128.34** |

**TOTAL BALANCE DUE THIS PERIOD**     **$2,807.84**

**Atty – SLB**
**Client No.: 74817/15537**

**RE: 01- Case Administration**

| 09/13/10 | LMF | 0.30 | 64.50 | Attend to court calls for all omnibus hearings for balance of year. |
|----------|-----|------|-------|-------------------------------------------------------------------|

**PROFESSIONAL SERVICES**                                                                 **$64.50**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

## COSTS ADVANCED

| | | |
|---|---|---:|
| 06/09/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 05/26/10-06/24/10; DATE: 6/24/2010  -  Acct. #5306220025395504 | 30.00 |
| 06/09/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 05/26/10-06/24/10; DATE: 6/24/2010  -  Acct. #5306220025395504 | 30.00 |
| 06/09/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 05/26/10-06/24/10; DATE: 6/24/2010  -  Acct. #5306220025395504 | 30.00 |
| 06/09/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 05/26/10-06/24/10; DATE: 6/24/2010  -  Acct. #5306220025395504 | 30.00 |
| 07/13/10 | Airfare Travel to Philadelphia - VENDOR: DINERS CLUB; INVOICE#: 06/24/10-07/26/10; DATE: 7/26/2010  -  Acct. #5306-2200-2539-5504 | 490.40 |
| 07/13/10 | Airfare Travel to Philadelphia - VENDOR: DINERS CLUB; INVOICE#: 06/24/10-07/26/10; DATE: 7/26/2010  -  Acct. #5306-2200-2539-5504 | 255.85 |
| 07/27/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 07/23/10-08/24/10; DATE: 8/24/2010  -  Acct. #5306220025395504 | 51.00 |
| 07/27/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 07/23/10-08/24/10; DATE: 8/24/2010  -  Acct. #5306220025395504 | 65.00 |
| 07/27/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 07/23/10-08/24/10; DATE: 8/24/2010  -  Acct. #5306220025395504 | 58.00 |
| 07/27/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 07/23/10-08/24/10; DATE: 8/24/2010  -  Acct. #5306220025395504 | 65.00 |
| 08/12/10 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 821283242; DATE: 9/1/2010  -  Account#5306-2200-2539-5504 | 3.03 |
| 09/10/10 | Long Distance Telephone 1(509)455-3966; 6 Mins. | 8.34 |
| 09/13/10 | Long Distance Telephone 1(302)778-8436; 5 Mins. | 8.34 |
| 09/21/10 | Long Distance Telephone 1(843)216-9140; 1 Mins. | 2.78 |
| 09/03/10 | Copies 6 pgs @ 0.10/pg | 0.60 |

**TOTAL COSTS ADVANCED**                                                                                          **$1,128.34**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Flores, Luisa M | 0.30 | $215.00 | $64.50 |
| **TOTAL** | **0.30** | | **$64.50** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $746.25 |
| Long Distance Telephone | $19.46 |
| Long Distance Telephone-Outside Services | $359.00 |
| Westlaw-Online Legal Research | $3.03 |
| Copies | $0.60 |
| **TOTAL** | **$1,128.34** |

**CURRENT BALANCE DUE THIS MATTER**                                    **$1,192.84**

**Atty – SLB**
**Client No.: 74817/15543**

## RE:  07 - Applicant's Fee Application

| | | | | |
|---|---|---|---|---|
| 09/01/10 | LMF | 0.90 | 193.50 | Prepare summary and notice of July fee and submit for filing. |
| 09/03/10 | LMF | 0.30 | 64.50 | Review fee auditor exhibit for accuracy and advise attorneys of same. |
| 09/03/10 | JIS | 0.40 | 136.00 | Review and revise August prebill. |
| 09/07/10 | LMF | 0.20 | 43.00 | Confirm edits to statement of fees for August. |
| 09/13/10 | LMF | 0.60 | 129.00 | Prepare notice and summary for Bilzin Sumberg's August fees and submit to local counsel for filing. |
| 09/20/10 | LMF | 0.90 | 193.50 | Meet with accounting regarding discrepancy with previous quarterly fee application and research same. |

PROFESSIONAL SERVICES                                                                 $759.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.40 | $340.00 | $136.00 |
| Flores, Luisa M | 2.90 | $215.00 | $623.50 |
| *TOTAL* | *3.30* | | *$759.50* |

CURRENT BALANCE DUE THIS MATTER                                                       $759.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15544**

**RE:  08 - Hearings**

| 09/10/10 | LMF | 0.80 | 172.00 | Attend to several emails and calls regarding agenda and scheduled appearances. |
| 09/10/10 | JMS | 0.30 | 148.50 | Review amended agenda and discuss same with L. Flores (.3). |
| 09/13/10 | MIK | 0.20 | 85.00 | Attend hearing telephonically. |

**PROFESSIONAL SERVICES**                                                     $405.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 0.20 | $425.00 | $85.00 |
| Sakalo, Jay M | 0.30 | $495.00 | $148.50 |
| Flores, Luisa M | 0.80 | $215.00 | $172.00 |
| *TOTAL* | *1.30* | | *$405.50* |

**CURRENT BALANCE DUE THIS MATTER**                                          $405.50

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15545**

RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)

09/11/10    JMS    0.20    99.00    Review hearing agenda and email to committee thereon (.2).

PROFESSIONAL SERVICES    $99.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.20 | $495.00 | $99.00 |
| *TOTAL* | *0.20* | | *$99.00* |

CURRENT BALANCE DUE THIS MATTER    $99.00

**RE: 10 - Travel**

**PROFESSIONAL SERVICES**                                                        $0.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| *TOTAL*    | *0*   |      | *$0.00* |

**CURRENT BALANCE DUE THIS MATTER**                                              $0.00

**RE: 18 - Plan & Disclosure Statement**

| 09/20/10 | SLB | 0.30 | 202.50 | Email from Anne Kearse and email to and from J. Sakalo and M. Kramer regarding status of confirmation (.3). |
| 09/20/10 | JMS | 0.30 | 148.50 | Email exchange with A. Kearse regarding status of plan confirmation and email exchange with S. Baena thereon (.3). |

**PROFESSIONAL SERVICES**                                                                    $351.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- |
| Baena, Scott L | 0.30 | $675.00 | $202.50 |
| Sakalo, Jay M | 0.30 | $495.00 | $148.50 |
| *TOTAL* | *0.60* | | *$351.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                $351.00

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP