# EXHIBIT B

**EXHIBIT B**

**FEES FOR THE FEE PERIOD JULY 1, 2010 THROUGH SEPTEMBER 30, 2010[2]**

**FEES FOR THE PERIOD**
**JULY 1, 2010 THROUGH JULY 31, 2010**

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| | | | | |
|---|---|---|---|---|
| 07/06/10 | Review and print document entries in preparation for drafting June 2010 Fee Application documents | | | |
| 18 | K. Begley | | 0.4 | 110.00 |
| 07/16/10 | Draft and review e-mails with S. Rosenberger for June 2010 fee application | | | |
| 18 | K. Begley | | 0.2 | 55.00 |
| 07/29/10 | Review, revise and discuss with K. Begley draft DP fee application for June 2010 | | | |
| 14 | S. Zuber | | 0.3 | 153.00 |
| 07/29/10 | Draft June 2010 Fee Application documents; draft, review, and respond to e-mails with S. Zuber regarding same | | | |
| 18 | K. Begley | | 1.4 | 385.00 |
| 07/30/10 | Revise and finalize June 2010 Fee Application documents; e-mail to local counsel regarding same | | | |
| 18 | K. Begley | | 0.8 | 220.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars | |
|---|---|---|---|---|
| S. Zuber | 0.30 | 510.00 | | 153.00 |
| K. Begley | 2.80 | 275.00 | | 770.00 |
| TOTAL: | 3.10 | | | 923.00 |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

2

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| K. Begley | 18 | 2.8 | 275.00 | 770.00 |
| S. Zuber | 14 | 0.3 | 510.00 | 153.00 |
| TOTAL: | | 3.1 | | 923.00 |

3

Client: 482910 W.R. GRACE & CO.
Matter: 111099 TRENTON ENVIRONMENTAL ISSUES

| | | | |
|---|---|---|---|
| 07/01/10 | Review NJDEP response letter and draft memo from B. Moffitt on case issues and analysis of NJDEP position | | |
| 3 | W. Hatfield | 0.4 | 170.00 |
| 07/01/10 | Review letter from Deputy Attorney General and work with B. Moffitt and W. Hatfield regarding analysis for client and potential response | | |
| 3 | A. Marchetta | 1.6 | 1,040.00 |
| 07/01/10 | Review NJDEP response letter regarding asbestos issues and formulate proposed response to same | | |
| 3 | B. Moffitt | 2.2 | 924.00 |
| 07/02/10 | Conference with B. Moffitt and W. Hatfield regarding letter to client regarding Deputy Attorney General's letter | | |
| 3 | A. Marchetta | 0.7 | 455.00 |
| 07/02/10 | Review revised draft memo to client on NJDEP response and comments to same | | |
| 3 | W. Hatfield | 0.5 | 212.50 |
| 07/02/10 | Continue to formulate response to NJDEP letter regarding asbestos issues; work with A. Marchetta and W. Hatfield regarding same | | |
| 3 | B. Moffitt | 1.9 | 798.00 |
| 07/06/10 | E-mails, telephone calls and follow up regarding response to Deputy Attorney General; work with B. Moffitt and W. Hatfield regarding same | | |
| 3 | A. Marchetta | 0.7 | 455.00 |
| 07/06/10 | Address issues and strategy on response to NJDEP letter; review agreement from client with EPA; review and prepared memo on comments to draft memo to client on response strategy | | |
| 3 | W. Hatfield | 1.5 | 637.50 |
| 07/06/10 | Continue to formulate response to NJDEP letter regarding asbestos issues; work with A. Marchetta and W. Hatfield regarding same; telephone call from client regarding same and regarding Master Site Agreement; review W. Hatfield e-mail regarding same | | |
| 3 | B. Moffitt | 1.8 | 756.00 |
| 07/07/10 | Prepare for and telephone conference with clients and follow up with B. Moffitt and W. Hatfield regarding letter to Deputy Attorney General and strategy | | |

4

| | | | |
|---|---|---|---|
| 3 | A. Marchetta | 1.2 | 780.00 |

07/07/10    Review NJDEP letter and cited case and prepare memo to case team on strategy to distinguish NJDEP position from Trenton site; prepare for and attend call with clients on strategy and proposed motion to enforce settlement; review letters from client on background with Amtrak

| | | | |
|---|---|---|---|
| 3 | W. Hatfield | 1.7 | 722.50 |

07/07/10    Prepare for, participate in, and follow up concerning conference call with client regarding response to NJDEP letter regarding asbestos issues

| | | | |
|---|---|---|---|
| 3 | B. Moffitt | 1.4 | 588.00 |

07/08/10    Review information and follow up regarding conference with client regarding draft response to Deputy Attorney General

| | | | |
|---|---|---|---|
| 3 | A. Marchetta | 0.8 | 520.00 |

07/08/10    Preparation of outline for responding to NJDEP letter regarding asbestos issues and for proposed motion to enforce settlement; review file material regarding same.

| | | | |
|---|---|---|---|
| 3 | B. Moffitt | 6.2 | 2,604.00 |

07/09/10    Review initial draft of letter to Attorney General's office and edit same

| | | | |
|---|---|---|---|
| 3 | A. Marchetta | 0.6 | 390.00 |

07/09/10    Review and comment on draft letter response to NJDEP and forward to case team with memo

| | | | |
|---|---|---|---|
| 3 | W. Hatfield | 0.5 | 212.50 |

07/09/10    Continued preparation of outline for responding to NJDEP letter regarding asbestos issues and for proposed motion to enforce settlement; preparation of draft letter to NJDEP regarding same; work with A. Marchetta and W. Hatfield regarding same.

| | | | |
|---|---|---|---|
| 3 | B. Moffitt | 2.2 | 924.00 |

07/12/10    Telephone calls with B. Moffitt and follow up regarding letter to Attorney General's office

| | | | |
|---|---|---|---|
| 3 | A. Marchetta | 0.5 | 325.00 |

07/13/10    Work with B. Moffitt; telephone conference with J. Baer regarding DEP response and follow up regarding motion to enforce

| | | | |
|---|---|---|---|
| 3 | A. Marchetta | 1.3 | 845.00 |

07/13/10    Review memos and draft letter and comment on same

| | | | |
|---|---|---|---|
| 3 | W. Hatfield | 0.2 | 85.00 |

07/13/10    Continued preparation of letter to DAG Dickinson and work with A.

|  |  |  |  |
|---|---|---|---|
|  | Marchetta regarding same, and forward information to J. Baer regarding same |  |  |
| 3 | B. Moffitt | 1.1 | 462.00 |
| 07/13/10 | Conference call with A. Marchetta and J. Baer and follow up regarding same |  |  |
| 3 | B. Moffitt | 0.7 | 294.00 |
| 07/14/10 | Work with A. Marchetta regarding response to NJDEP |  |  |
| 3 | B. Moffitt | 0.2 | 84.00 |
| 07/15/10 | Review voicemail from and emails response to NJDEP |  |  |
| 3 | B. Moffitt | 0.2 | 84.00 |
| 07/19/10 | Work with Brian Moffitt and telephone conference with J. Baer regarding Motion to Enforce |  |  |
| 3 | A. Marchetta | 0.4 | 260.00 |
| 07/19/10 | Review and address question on NOD response time frames with NJDEP |  |  |
| 3 | W. Hatfield | 0.3 | 127.50 |
| 07/19/10 | Work with A. Marchetta regarding proposed motion in response to NJDEP and review e-mails from W. Hatfield and J. Baer regarding same. |  |  |
| 3 | B. Moffitt | 0.4 | 168.00 |
| 07/20/10 | Preparation of brief in support of motion to enforce settlement agreement; review file documents regarding same. |  |  |
| 3 | B. Moffitt | 6.7 | 2,814.00 |
| 07/21/10 | Follow up on briefing on Motion to Bankruptcy Court and conference with Brian Moffitt regarding same |  |  |
| 3 | A. Marchetta | 0.7 | 455.00 |
| 07/21/10 | Continued preparation of brief in support of motion to enforce settlement agreement; review file documents regarding same. |  |  |
| 3 | B. Moffitt | 2.1 | 882.00 |
| 07/22/10 | Work on Motion to enforce settlement agreement |  |  |
| 3 | A. Marchetta | 0.4 | 260.00 |
| 07/27/10 | Continued preparation of brief in support of motion to enforce settlement agreement; review file documents regarding same. |  |  |
| 3 | B. Moffitt | 1.5 | 630.00 |
| 07/28/10 | Review information for brief |  |  |
| 3 | A. Marchetta | 0.4 | 260.00 |

| 07/29/10 | Emails regarding response to DEP and Deputy Attorney General | | |
|---|---|---|---|
| 3 | A. Marchetta | 0.4 | 260.00 |

| 07/29/10 | Continued preparation of brief in support of motion to enforce settlement agreement; review file documents and confer with A. Marchetta regarding same. | | |
|---|---|---|---|
| 3 | B. Moffitt | 7.8 | 3,276.00 |

| 07/30/10 | Work on motion to enforce settlement | | |
|---|---|---|---|
| 3 | A. Marchetta | 0.7 | 455.00 |

## Attorney Summary

| Timekeeper | Hours | Rate | Dollars | |
|---|---|---|---|---|
| W. Hatfield | 5.10 | 425.00 | | 2,167.50 |
| A. Marchetta | 10.40 | 650.00 | | 6,760.00 |
| B. Moffitt | 36.40 | 420.00 | | 15,288.00 |
| TOTALS: | 51.90 | | | 24,215.50 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 3 | 10.4 | 650.00 | 6,760.00 |
| W. Hatfield | 3 | 5.1 | 425.00 | 2,167.50 |
| B. Moffitt | 3 | 36.4 | 420.00 | 15,288.00 |
| TOTALS: | | 51.9 | | 24,215.50 |

7

**FEES FOR THE PERIOD**
**AUGUST 1, 2010 THROUGH AUGUST 31, 2010**

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| | | | |
|---|---|---|---|
| 07/15/10 | Address client message on DEP issues and memo on strategy issues to case team | | |
| 3 | W. Hatfield | 0.2 | 85.00 |
| 08/01/10 | Continued preparation of brief in support of motion to enforce settlement agreement; review file documents re same | | |
| 3 | B. Moffitt | 6.8 | 2,856.00 |
| 08/02/10 | Work on Brief regarding Motion to Enforce | | |
| 3 | A. Marchetta | 1.3 | 845.00 |
| 08/02/10 | Continued preparation of brief in support of motion to enforce settlement agreement; review file documents and work with A. Marchetta re same | | |
| 3 | B. Moffitt | 8.4 | 3,528.00 |
| 08/03/10 | Brief revisions; follow-up regarding letter | | |
| 3 | A. Marchetta | 1.5 | 975.00 |
| 08/03/10 | Review draft motion papers | | |
| 3 | W. Hatfield | 0.4 | 170.00 |
| 08/03/10 | Continued preparation of brief in support of motion to enforce settlement agreement; review file documents and work with A. Marchetta re same | | |
| 3 | B. Moffitt | 8.1 | 3,402.00 |
| 08/04/10 | Work with B. Moffitt regarding letter to Deputy Attorney General; follow-up regarding Brief issues | | |
| 3 | A. Marchetta | 1.3 | 845.00 |
| 08/04/10 | Continued preparation of brief in support of motion to enforce settlement agreement and letter regarding same and assemble exhibits for appendix; review file documents and work with A. Marchetta re same | | |
| 3 | B. Moffitt | 4.5 | 1,890.00 |
| 08/04/10 | Review of Third Circuit dockets in order to retrieve  Orders of Dismissal, and work with B. Moffitt regarding same | | |
| 3 | S. Parker | 0.3 | 48.00 |
| 08/05/10 | Telephone conferences, emails and follow-up regarding strategy and Motion to Enforce; letter to Deputy Attorney General Dickinson | | |

| | | | |
|---|---|---|---|
| 3 | A. Marchetta | 1.3 | 845.00 |

08/05/10   Address memos and strategy on NJDEP letter timing and motion issues
3         W. Hatfield                                    0.5        212.50

08/05/10   Work with co-counsel regarding continued preparation of brief in support of motion to enforce settlement agreement and letter regarding same and assemble exhibits for appendix; review file documents and work with A. Marchetta re same
3         B. Moffitt                                     4.9      2,058.00

08/06/10   Work with attorneys and conference with client regarding Motion strategy
3         A. Marchetta                                   1.3        845.00

08/06/10   Address multiple correspondence on strategy with NJDEP
3         W. Hatfield                                    0.3        127.50

08/06/10   Work with co-counsel regarding continued preparation of brief and affidavits in support of motion to enforce settlement agreement and letter regarding same and assemble exhibits for appendix; review file documents and work with A. Marchetta re same
3         B. Moffitt                                     5.8      2,436.00

08/09/10   Work on Motion and Affidavit with B. Moffitt
3         A. Marchetta                                   1.3        845.00

08/09/10   Review multiple correspondence on draft motion comments
3         W. Hatfield                                    0.2         85.00

08/09/10   Work with co-counsel regarding continued preparation of brief and affidavits in support of motion to enforce settlement agreement and letter regarding same; review file documents and work with A. Marchetta re same
3         B. Moffitt                                     4.5      1,890.00

08/09/10   Conduct searches and review file documents in order to identify additional documents needed by B. Moffitt for motion to enforce settlement agreement
3         S. Parker                                      0.7        112.00

08/10/10   Follow-up on emails regarding Motion and revise
3         A. Marchetta                                   0.4        260.00

08/10/10   Review finalized brief in support of motion to enforce settlement agreement
3         B. Moffitt                                     0.5        210.00

08/11/10   E-mails and follow up regarding Deputy Attorney General response and reply

9

| | | | |
|---|---|---|---|
| 3 | A. Marchetta | 0.4 | 260.00 |

08/12/10    E-mails and follow up regarding Deputy Attorney General response

| | | | |
|---|---|---|---|
| 3 | A. Marchetta | 0.4 | 260.00 |

08/13/10    E-mails and follow up regarding e-mail on non-asbestos remediation and follow up regarding same

| | | | |
|---|---|---|---|
| 3 | A. Marchetta | 0.7 | 455.00 |

08/13/10    Review memo on status with NJDEP submission by URS

| | | | |
|---|---|---|---|
| 3 | W. Hatfield | 0.1 | 42.50 |

08/16/10    Follow up regarding letter from Nickerson and arrange conference regarding same

| | | | |
|---|---|---|---|
| 3 | A. Marchetta | 0.7 | 455.00 |

08/16/10    Review and analyze NJDEP memo; meeting with A. Marchetta on matter; review correspondence with URS and case team

| | | | |
|---|---|---|---|
| 3 | W. Hatfield | 0.8 | 340.00 |

08/16/10    Review R. Medler e-mail regarding NJDEP comments and various follow up e-mails regarding same; work with A. Marchetta regarding same

| | | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.5 | 210.00 |

08/17/10    Telephone conference with clients and experts regarding DEP response; work with B. Moffitt on same

| | | | |
|---|---|---|---|
| 3 | A. Marchetta | 1.4 | 910.00 |

08/17/10    Prepare for and attend call with clients, URS and case team on response to DEP letter; review correspondence and comments on draft language

| | | | |
|---|---|---|---|
| 3 | W. Hatfield | 0.6 | 255.00 |

08/17/10    Prepare for and attend conference call regarding NJDEP's latest comments and work with A. Marchetta, W. Hatfield and co-counsel to prepare proposed language for letter regarding same

| | | | |
|---|---|---|---|
| 3 | B. Moffitt | 1.8 | 756.00 |

08/18/10    Follow up regarding URS response

| | | | |
|---|---|---|---|
| 3 | A. Marchetta | 0.3 | 195.00 |

08/20/10    E-mails and follow up regarding response to settlement offer of DEP and response to technical comments

| | | | |
|---|---|---|---|
| 3 | A. Marchetta | 1.0 | 650.00 |

08/20/10    Address language on NJDEP offer to withdraw ISRA claim and memos on same with case team

| | | | |
|---|---|---|---|
| 3 | W. Hatfield | 0.4 | 170.00 |
| 08/20/10 | Telephone calls with DAGs Dickinson and Engel and follow up e-mails to client and co-counsel regarding same; work with A. Marchetta and W. Hatfield regarding same | | |
| 3 | B. Moffitt | 0.8 | 336.00 |
| 08/21/10 | Follow up e-mails regarding response to DEP | | |
| 3 | A. Marchetta | 0.4 | 260.00 |
| 08/23/10 | Telephone call with Attorney General's office and follow up with client and attorneys regarding settlement issues | | |
| 3 | A. Marchetta | 1.5 | 975.00 |
| 08/23/10 | Telephone calls and e-mails and follow up regarding issues concerning settlement with State | | |
| 3 | A. Marchetta | 0.7 | 455.00 |
| 08/23/10 | Review correspondence on Amtrak/APU issue; review prior settlement and stipulation; address strategy on potential contribution claim; review prior correspondence from Amtrak to Grace | | |
| 3 | W. Hatfield | 1.1 | 467.50 |
| 08/23/10 | Telephone calls with DAGs Dickinson and Engel and e-mails to and from client regarding same; work with A. Marchetta regarding same | | |
| 3 | B. Moffitt | 1.5 | 630.00 |
| 08/23/10 | Review Amtrak and APU settlement stipulations and work with A. Marchetta regarding same | | |
| 3 | B. Moffitt | 0.6 | 252.00 |
| 08/23/10 | Review Multi-Site Agreement and confer with A. Marchetta and W. Hatfield re same. | | |
| 3 | B. Moffitt | 0.9 | 378.00 |
| 08/23/10 | Set up conference call and review e-mails from client and co-counsel regarding same | | |
| 3 | B. Moffitt | 0.2 | 84.00 |
| 08/23/10 | Review proposed URS Corp. response to latest NJDEP comments | | |
| 3 | B. Moffitt | 0.2 | 84.00 |
| 08/24/10 | Telephone calls and conference with clients and attorneys regarding settlement with DEP and follow up regarding issues on same and remediation issues | | |
| 3 | A. Marchetta | 1.7 | 1,105.00 |

| | | | |
|---|---|---|---|
| 08/24/10 3 | Participate in group call on strategy with Amtrak W. Hatfield | 0.4 | 170.00 |
| 08/24/10 3 | Review prior releases and Multi-Site Agreement and research regarding Section 502(e) of bankruptcy code; confer with A. Marchetta, S. Sheldon, client and co-counsel regarding same. B. Moffitt | 3.9 | 1,638.00 |
| 08/25/10 3 | Telephone calls with Deputy Attorneys General and follow up with B. Moffitt regarding settlement and drafting of agreement; e-mails and follow up regarding same A. Marchetta | 1.3 | 845.00 |
| 08/25/10 3 | Review correspondence on response and draft URS documents; prepare response to same; review draft letter to NJDEP W. Hatfield | 0.8 | 340.00 |
| 08/25/10 3 | Telephone call with A. Marchetta regarding call with Deputy Attorneys General and draft letter agreement regarding same and circulate to team B. Moffitt | 2.5 | 1,050.00 |
| 08/26/10 3 | Work with B. Moffitt regarding letter to DEP and follow up e-mails regarding same and adjournment of motion A. Marchetta | 1.0 | 650.00 |
| 08/26/10 3 | Review draft letter agreement with NJDEP; comments and correspondence on same W. Hatfield | 0.3 | 127.50 |
| 08/27/10 3 | Telephone call with Attorney General's office and follow up regarding for of letter and next steps A. Marchetta | 0.4 | 260.00 |
| 08/27/10 3 | Input various revisions to proposed letter agreement and revise proposed order and prepare e-mail to Deputy Attorney General's office, client and co-counsel regarding same B. Moffitt | 0.9 | 378.00 |
| 08/31/10 3 | Follow up regarding Deputy Attorney General's response A. Marchetta | 0.3 | 195.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 6.10 | 425.00 | 2,592.50 |
| A. Marchetta | 20.60 | 650.00 | 13,390.00 |
| B. Moffitt | 57.30 | 420.00 | 24,066.00 |
| S. Parker | 1.00 | 160.00 | 160.00 |
| TOTALS: | 85.00 | | 40,208.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 3 | 20.6 | 650.00 | 13,390.00 |
| W. Hatfield | 3 | 6.1 | 425.00 | 2,592.50 |
| B. Moffitt | 3 | 57.3 | 420.00 | 24,066.00 |
| S. Parker | 3 | 1.0 | 160.00 | 160.00 |
| TOTALS: | | 85.0 | | 40,208.50 |

13

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| 08/02/10 | Draft 37th Quarterly Fee Application documents | | |
| 18 | K. Begley | 1.2 | 330.00 |
| | | | |
| 08/04/10 | Draft 37th Quarterly Fee Application documents; draft, review, and respond to e-mails regarding same | | |
| 18 | K. Begley | 2.2 | 605.00 |
| | | | |
| 08/05/10 | Review, revise and discuss with K Begley DP's 37th Quarterly Fee Application | | |
| 14 | S. Zuber | 0.4 | 204.00 |
| | | | |
| 08/05/10 | Revise and finalize 37th Quarterly Fee Application documents; e-mails regarding filing of same | | |
| 18 | K. Begley | 0.9 | 247.50 |
| | | | |
| 08/24/10 | Review various issues related to future claims for indemnification asserted by Amtrak and other PRP's. | | |
| 14 | S. Sheldon | 1.3 | 520.00 |
| | | | |
| 08/30/10 | Draft, review, and respond to e-mails regarding filing of July Fee Application documents; organize and compile docket entries for July Fee Application | | |
| 18 | K. Begley | 0.4 | 110.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| S. Zuber | 0.40 | 510.00 | 204.00 |
| S. Sheldon | 1.30 | 400.00 | 520.00 |
| K. Begley | 4.70 | 275.00 | 1,292.50 |
| | | | |
| TOTALS: | 6.40 | | 2,016.50 |

14

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| K. Begley | 18 | 4.7 | 275.00 | 1,292.50 |
| S. Zuber | 14 | 0.4 | 510.00 | 204.00 |
| S. Sheldon | 14 | 1.3 | 400.00 | 520.00 |
| TOTALS: | | 6.4 | | 2,016.50 |

15

**FEES FOR THE PERIOD**
**SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010**

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| | | | |
|---|---|---|---|
| 09/02/10 | Confer with A. Marchetta regarding pending bankruptcy court motion and e-mail exchange with co-counsel regarding same. | | |
| 3 | B. Moffitt | 0.2 | 84.00 |
| 09/07/10 | E-mail to Deputy Attorneys General and follow up regarding status of decision; review with B. Moffitt regarding same | | |
| 14 | A. Marchetta | 0.5 | 325.00 |
| 09/07/10 | Confer with A. Marchetta regarding letter agreement and prepare e-mail to Deputy Attorneys General. | | |
| 3 | B. Moffitt | 0.3 | 126.00 |
| 09/09/10 | E-mails and follow up regarding status and reply from State | | |
| 14 | A. Marchetta | 0.5 | 325.00 |
| 09/09/10 | Review memos and correspondence with NJDEP on status of motion | | |
| 14 | W. Hatfield | 0.2 | 85.00 |
| 09/10/10 | Review DEP memo on settlement and correspondence on same | | |
| 14 | W. Hatfield | 0.3 | 127.50 |
| 09/13/10 | Drafts of response letter; work with B. Moffitt regarding same; work with W. Hatfield and B. Moffitt and conference call with client and attorneys regarding same | | |
| 14 | A. Marchetta | 1.5 | 975.00 |
| 09/13/10 | Address case issues on DEP status and review memos on same among case team | | |
| 14 | W. Hatfield | 0.4 | 170.00 |
| 09/13/10 | Review NJDEP's proposed revisions to Letter Agreement and work with A. Marchetta and W. Hatfield regarding same; review NJDEP regulations regarding same and edit NJDEP's proposed document and circulate same; conference call regarding same. | | |
| 3 | B. Moffitt | 2.7 | 1,134.00 |
| 09/14/10 | Work with B. Moffitt regarding agreement to State | | |
| 14 | A. Marchetta | 0.5 | 325.00 |
| 09/14/10 | E-mails and follow up regarding communications with State | | |

16

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.3 | 195.00 |

09/14/10    Work with A. Marchetta regarding continued preparation of revised Letter Agreement with NJDEP and prepare e-mail to D.A.G. Dickinson regarding same.

| | | | |
|---|---|---|---|
| 3 | B. Moffitt | 1.0 | 420.00 |

09/17/10    Follow up regarding status and motion

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.3 | 195.00 |

09/23/10    Follow up regarding response from NJDEP and follow up regarding wording of agreement

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.4 | 260.00 |

09/24/10    Work on proposed form of agreement and proposed form of order; review regarding information from NJDEP

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.8 | 520.00 |

09/24/10    Update on status of resolution with NJDEP on asbestos issues

| | | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.1 | 42.50 |

09/27/10    Follow up regarding NJDEP and approval regarding letter

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.4 | 260.00 |

09/27/10    Review correspondence on DEP settlement and letter agreement

| | | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.2 | 85.00 |

09/27/10    Review and forward e-mail from D.A.G. Dickinson and respond to same; revise letter agreement

| | | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.5 | 210.00 |

09/28/10    Follow up regarding letter to be signed by NJDEP and information to client regarding same; follow up with B. Moffitt regarding same

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.5 | 325.00 |

09/28/10    Address correspondence on settlement with NJDEP

| | | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.2 | 85.00 |

09/28/10    Review and forward e-mail from D.A.G. Dickinson and respond to same.

| | | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.1 | 42.00 |

09/29/10    Follow up regarding letter to be signed by NJDEP and information regarding motion

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.3 | 195.00 |

09/29/10    Review memo on DEP letter agreement

| 14 | W. Hatfield | | 0.1 | 42.50 |
|---|---|---|---|---|

09/29/10     Review and forward fully executed letter agreement to D.A.G. Dickinson

| 3 | B. Moffitt | | 0.1 | 42.00 |
|---|---|---|---|---|

09/30/10     Review information from State and follow up with B. Moffitt regarding same

| 14 | A. Marchetta | | 0.3 | 195.00 |
|---|---|---|---|---|

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 1.50 | 425.00 | 637.50 |
| A. Marchetta | 6.30 | 650.00 | 4,095.00 |
| B. Moffitt | 4.90 | 420.00 | 2,058.00 |
| TOTALS: | 12.70 | | 6,790.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 6.3 | 650.00 | 4,095.00 |
| W. Hatfield | 14 | 1.5 | 425.00 | 637.50 |
| B. Moffitt | 3 | 4.9 | 420.00 | 2,058.00 |
| TOTALS: | | 12.7 | | 6,790.50 |

18

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| | | | | |
|---|---|---|---|---|
| 09/08/10 | Draft July 2010 Fee Application documents | | | |
| 18 | K. Begley | | 0.5 | 137.50 |
| 09/09/10 | Draft July 2010 Fee Application documents | | | |
| 18 | K. Begley | | 1.3 | 357.50 |
| 09/10/10 | Review, revise and discuss with K. Begley DP's July 2010 Fee Application | | | |
| 14 | S. Zuber | | 0.3 | 153.00 |
| 09/10/10 | Revise July 2010 Fee Application documents; draft, review, and respond to e-mails with S. Zuber regarding same | | | |
| 18 | K. Begley | | 0.5 | 137.50 |
| 09/14/10 | Revise, finalize, and send July 2010 Fee Application documents to local counsel for filing; work on same with A. Marchetta | | | |
| 18 | K. Begley | | 0.3 | 82.50 |
| 09/21/10 | Draft, review, and respond to e-mails regarding August 2010 Fee Application; review and organize docket entries in preparation for drafting same | | | |
| 18 | K. Begley | | 0.4 | 110.00 |
| 09/29/10 | Review, revise and discuss with K. Begley DP's August, 2010 Fee Application | | | |
| 14 | S. Zuber | | 0.3 | 153.00 |
| 09/29/10 | Draft August 2010 Fee Application documents; e-mails regarding same | | | |
| 18 | K. Begley | | 0.9 | 247.50 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars | |
|---|---|---|---|---|
| S. Zuber | 0.60 | 510.00 | | 306.00 |
| K. Begley | 3.90 | 275.00 | | 1,072.50 |
| TOTALS: | 4.50 | | | 1,378.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| K. Begley | 18 | 3.9 | 275.00 | 1,072.50 |
| S. Zuber | 14 | 0.6 | 510.00 | 306.00 |
| TOTALS: | | 4.5 | | 1,378.50 |