## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |

**Objection Deadline: December 9, 2010 at 4:00 p.m.**
**Hearing Date:  March 28, 2011 at 9:00 a.m.**

## SIXTH QUARTERLY FEE APPLICATION OF SAUL EWING LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 1 , 2010 THROUGH SEPTEMBER 30, 2010

Name of Applicant:                                       Saul Ewing LLP

Authorized to Provide
Professional Services to:                                The Official Committee of Equity Security Holders

Date of Retention:                                       May 18, 2009 *nunc pro tunc*

Period for which compensation
and reimbursement is sought:                            July 1, 2010 through September 30, 2010

Amount of fees to be approved
as actual, reasonable and necessary:                    $32,623.00

Amount of expenses sought as
actual, reasonable and necessary:                       $412.65

This is a(n):          _x_ interim          ___ final application.

The total time expended for the preparation of this application will be included in the next interim fee application.

KRLS/Wilm 63859v1

**Prior Monthly Applications for the period July 1, 2010 through September 30, 2010:**

| Date Filed and <u>Docket No.</u> | <u>Time Period</u> | Requested Fees/ <u>Expenses</u> | Approved Fees/ <u>Expenses</u> | <u>CNO/ Docket No.</u> |
|---|---|---|---|---|
| August 18, 2010 [25400] | July 1, 2010 through July 31, 2010 | $10,611.50/ $78.10 | $8,489.20 $78.10 | 9/13/10 [25400] |
| September 29, 2010 [25494] | August 1, 2010 through August 31, 2010 | $12,146.50 $158.56 | $9,717.20 $158.56 | 10/22/10 [25629] |
| November 11, 2010 [25735] | September 1, 2010 through September30, 2010 | $9,865.00 $175.99 | $0.00 $0.00 | O/D 12/1/10 |

## SUMMARY OF TIME FOR BILLING PERIOD
## JUNE 1, 2010 THROUGH SEPTEMBER 30, 2010

| Name, Position, Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Teresa K.D. Currier Shareholder; admitted DE 1992 and PA 1985 | $625 | 45.4 | $28,375.00 |
| Tracy B. Buck Legal Assistant | $180 | 23.6 | $4,248.00 |
| **TOTAL** | | **69.0** | **$32,623.00** |

## SUMMARY OF TIME BY PROJECT CATEGORY[1] FOR BILLING PERIOD
## JUNE 1, 2010 THROUGH SEPTEMBER 30, 2010

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 4.0 | $2,500.00 |
| Business Operations | 0.9 | $562.50 |
| Case Administration | 28.4 | $17,750.00 |
| Claims Analysis Objections & Resolution (Non-Asbestos) | 3.7 | $2,312.50 |
| Creditors', Noteholders' or Equity Holders' | 0.5 | $312.50 |
| Employee Benefits/Pension | 0.5 | $312.50 |
| Fee Applications/Applicant | 16.0 | $4,259.50 |
| Fee Applications/ Others | 13.0 | $3,363.50 |
| Hearings | 1.0 | $625.00 |
| Litigation and Litigation Consulting | 1.0 | $625.00 |
| **TOTAL** | **69.0** | **$32,623.00** |

---

[1]      Due to changes to the project categories required by the Court which occurred after the filing of the monthly fee application, but prior to the filing of this interim fee application, the number of hours and fees in certain categories may have been moved since the filing of the monthly fee applications. Specifically, at the beginning of this application period, Saul Ewing did not maintain a separate category for its fee applications, hearings, the ZAI science trial, objections to asbestos claims, or the fraudulent transfer action. Because Warren Smith, the Court appointed fee auditor, requested a chart detailing time entries in the new categories, the amounts of time and fees have been retroactively moved to the appropriate category.

## SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
## JULY 1, 2010 THROUGH SEPTEMBER 30, 2010

| Expense Category | Total Expenses |
|---|---|
| Federal Express | $300.07 |
| Messenger Service | $37.50 |
| Postage | $16.68 |
| Photocopying | $58.40 |
| **TOTAL** | **$412.65** |

The foregoing summaries are submitted to the Court pursuant to the Amended

Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim

Compensation and Reimbursement of Expenses for Professionals and Official Committee

Members dated April 17, 2002 (the "Amended Administrative Order").

Pursuant to the Amended Administrative Order, Saul Ewing LLP respectfully requests

that, for the period July 1, 2010 through September 30, 2010, it be allowed the total amount of

fees of $32,623.00 and expenses in the total amount of $412.65.

### SAUL EWING LLP

By:      /s/ Teresa K.D. Currier
Teresa K.D. Currier (Del. ID No. 3080)
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

Co-Counsel to the Official Committee of
Equity Security Holders

Dated: November 19, 2010