IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., *et al.*, | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING THIRTY-THIRD[1] QUARTERLY INTERIM FEE APPLICATION OF BLACKSTONE ADVISORY SERVICES L.P. FOR THE PERIOD OF APRIL 1, 2010 THROUGH JUNE 30, 2010**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Thirty-Third Quarterly Interim Fee Application of Blackstone Advisory Services L.P. for the Period of April 1, 2010 through June 30, 2010 (the "Application").

**BACKGROUND**

1. Blackstone Advisory Services L.P. ("Blackstone") was retained as financial advisor to the Debtors. Blackstone seeks approval of fees totaling $525,000.00 and expenses totaling $17,528.73 for its services from April 1, 2010 through June 30, 2010 (the "Application Period").

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of

---

[1]This is Blackstone's thirty-third quarterly fee application, however, it covers the period of April through June 2010, which is the Thirty-Seventh Interim Period.

**FEE AUDITOR'S FINAL REPORT** - Page 1
wrg FR Blackstone 37Q 4-6.10.wpd

Delaware, Amended Effective February 1, 2010, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served an initial report on Blackstone based on our review, and we received a response from Blackstone, portions of which response are quoted herein.

## DISCUSSION

### General Issues

3. We note for informational purposes that Blackstone professionals spent a total of 1,343.10 hours for which fees totaling $525,000.00 are sought. Thus, Blackstone's effective hourly rate for the Application Period is $390.89.

### Specific Expense Entries

4. We noted the following car rental charges for which more information was needed:

| Bonano (Hertz car rental for transportation during stay in Baltimore, MD) | 03/23/10 - 03/24/10 | 310.51 |
|---|---|---|
| Bonano (Hertz car rental for transportation during stay in Baltimore, MD) | 04/14/10 - 04/16/10 | 634.29 |

In response to our request, Blackstone provided us with copies of the itemized receipts for these charges. See Response Exhibit "A." In response to our follow-up request, Blackstone provided the following additional information:

> 1. The car rental for the period of 03/23/10 - 03/24/10 was picked up at and returned to Hertz's car rental location at Washington National Airport.


2. The car rental for the period of 04/14/10 - 04/16/10 was picked up at Hertz's Washington National Airport location, and returned to Hertz's location at BWI Airport in Baltimore, MD.

3. We are uncertain as to what accounts for the mileage for the 04/14/10 - 4/16/10 car rental. We, therefore, will withdraw our request for reimbursement of the amount incurred (i.e., $634.29) in connection with said car rental.

4. We do not have any information concerning the make and model of the cars rented at this time.

We appreciate Blackstone's response and, consistent with the response, recommend a reduction of $634.29 in expenses.

## CONCLUSION

5. Thus, we recommend approval of $525,000.00 in fees and $16,894.44 in expenses ($17,528.73 minus $634.29) for Blackstone's services for the Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: *[signature: W.H. Smith]*

Warren H. Smith
Texas State Bar No. 18757050

325 N. St. Paul Street, Suite 1250
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 22nd day of November, 2010.

                                   Warren H. Smith

## SERVICE LIST

**Applicant**
John James O'Connell III
Blackstone Advisory Services L.P.
345 Park Avenue
New York, NY  10154

**The Debtors**
Richard Finke
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
Deanna Boll
Holly Bull
Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022-4611

Laura Davis Jones, Esq.
James R. O'Neill
Pachulski, Stang, Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K. D. Currier
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801