

```
BWI-THURGOOD MARSHALL AP

RR 142945655
MATTHEW
BONANNO
VEHICLE: 01598 / 3327095
09E44X    LIC: MI BLK5705

CDP: 284776 -BLACKSTONE GROUP
FF: ZE1
RES: E69102733F0 /5611J / C
COMPLETED BY: 7655 /MDBAL11
RENTED:    WASHINGTON NAT'L AP
RENTAL:    03/23/10  13:13
RETURN:    03/24/10  15:59

PLAN IN:   5611F
PLAN OUT:  5611J     RATE CLASS: C

MILES IN:     47533   TR-X MILES
MILES OUT:    47389   MILES ALLOWED
MILES DRIVEN:   144   MILES CHARGED  144

DAYS          2 @ $  54.00 / DAY   $  108.00
MILEAGE CHG 144 @ $    .35 / MILE  $   50.40
VEHICLE UPGRADE $ 15/DY 11.25/ HR  $   30.00
SUBTOTAL                              188.40
CONCESSION FEE RECOVERY        T$     27.64
LDW       INCLUDED IN 5611F RATE
LIS               DECLINED
PAI, PEC          DECLINED
FPO       ACCEPTED
CNT FEE/VLCR                   T$     59.60
ENERGY SURCHARGE               T$      5.62
TAX 10.000% ON    282.29       T$      1.03
NET DUE                        $      28.22
PAID BY    AMX   XXXXXXXXXXX2695     310.51
```



```
HOW WAS YOUR EXPERIENCE?
WE'D LIKE YOUR FEEDBACK.

1) Call  1-800-278-1595, or
   Visit  WWW.HERTZSURVEY.COM

2) Enter Access Code:   01810

3) Take Brief 4 Question Survey



THANK YOU FOR RENTING FROM
        HERTZ
```



```
B      :GOOD MARSHALL AP

 R 154367220                    #01
MATTHEW
BONANNO

VEHICLE: 01998/6127815
16NB3N    LIC: NY  EUW1278

CDP: 284776 -BLACKSTONE GROUP
FF: DL1001642287
RES: E70621848F6 /56111/ C
COMPLETED BY: 7655 /MDBAL11

RENTED:  WASHINGTON NAT'L AP
RENTAL:  04/14/10  19:25
RETURN:  04/16/10  15:01

PLAN IN:   5611F    RATE CLASS: C
PLAN OUT:  5611F

MILES IN:    15185    TR-X MILES
MILES OUT:   14763    MILES ALLOWED
MILES DRIVEN: 422     MILES CHARGED 422

DAYS       2 @ $   54.00 / DAY  $   108.00
MILEAGE CHG  422 @ $ .35 / MILE $   147.70
VEHICLE UPGRADE $100/DY 75.00/ HR$  200.00
SUBTOTAL                    T$   455.70
CONCESSION FEE RECOVERY     T$    56.89
FF SURCHARGE                T$     1.50
LDW       INCLUDED IN 5611F RATE
LIS            DECLINED
PAI, PEC       DECLINED
FPO    ACCEPTED             T$    55.89
CNT FEE/VLCR                T$     5.62
ENERGY SURCHARGE            T$     1.03
TAX 10.000% ON     576.63    $    57.66
NET DUE                      $   634.29
PAID BY   AMX   XXXXXXXXXXZ685


FF: DL 1001642287    - 100  MILES
AWARDED




         HOW WAS YOUR EXPERIENCE?
         WE'D LIKE YOUR FEEDBACK.

         1) Call  1-800-278-1595, or
            Visit WWW.HERTZSURVEY.COM

         2) Enter Access Code:   01810

         3) Take Brief 4 Question Survey




           THANK YOU FOR RENTING FROM
                  HERTZ
```