IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: December 13, 2010 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

# FEE DETAIL FOR CASNER & EDWARDS, LLP'S
# ONE HUNDRED AND EIGHTH MONTHLY FEE APPLICATION
# FOR THE PERIOD FROM SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc.,Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grae Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/496905

# EXHIBIT A
**(Fee Detail)**

## **FEES**

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING**<br><br>•     asbestos matters (52000.43)      $10,937.50<br><br>•     non-asbestos matters (2725.40)      $103.50<br>**TOTAL LITIGATION AND LITIGATION CONSULTING** | $11,041.00 |
| **FEE APPLICATION – APPLICANT** | $655.50 |
| **TOTAL FEES** | $11,696.50 |

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

November 17, 2010
Bill Number  127960
File Number  02725.00040

W.R. Grace & Co. - Conn.
c/o Jay W. Hughes, Jr.
Senior Litigation Counsel
62 Whittemore Avenue
Cambridge, MA  02140

**FOR PROFESSIONAL SERVICES**

Re:   241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

**LEGAL SERVICES**

THROUGH SEPTEMBER 30, 2010

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 09/02/10 | RAM | Email from S. Machanic and to/from J. Hughes that settlement check has not been received. | 0.10 Hrs | 34.50 |
| 09/03/10 | RAM | Email to Machanic re: "checking on" status of settlement payment. | 0.05 Hrs | No Charge |
| 09/07/10 | RAM | Telephone call from J. Hughes that settlement check will be issued today. | 0.05 Hrs | No Charge |
| 09/11/10 | RAM | Read Stipulation of Dismissal. | 0.05 Hrs | 17.25 |
| 09/14/10 | RAM | Read plaintiff's motion to enforce settlement against Gleeson Powers and its insurer. | 0.10 Hrs | 34.50 |
| 09/17/10 | RAM | Read letter from co-defendant's attorney sending settlement check to plaintiff. | 0.05 Hrs | 17.25 |

TOTAL LEGAL SERVICES         $103.50

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|

Page 1

CASNER & EDWARDS, LLP<br>F.I.N. 04-2778062

W.R. Grace & Co. - Conn.
Re: 241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

| | | | |
|---|---:|---:|---:|
| Robert A. Murphy | 0.30 | 345.00 | 103.50 |
| Robert A. Murphy | 0.10 | 345.00 | No Charge |
| | 0.40 | | $103.50 |

| | |
|---|---:|
| TOTAL THIS BILL | $103.50 |

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

November 17, 2010
Bill Number  127961
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:   Litigation and Litigation Consulting

**LEGAL SERVICES**

THROUGH SEPTEMBER 30, 2010

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 09/01/10 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.20 Hrs | 69.00 |
| 09/01/10 | ARA | Document control. | 3.10 Hrs | 263.50 |
| 09/02/10 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | 34.50 |
| 09/02/10 | ARA | Document control. | 5.80 Hrs | 493.00 |
| 09/03/10 | ARA | Document control. | 3.30 Hrs | 280.50 |
| 09/07/10 | MTM | Receipt of request for Libby personnel file. | 0.10 Hrs | 29.50 |
| 09/07/10 | ARA | Document control. | 4.50 Hrs | 382.50 |
| 09/07/10 | ARA | Re: MTM's email, search for and obtain personnel file (1.4); arrange for Merrill to pick-up and copy file and review copying instructions with them (.3). | 1.70 Hrs | 221.00 |
| 09/08/10 | ARA | Receipt of Libby personnel file from Merrill Corp.; quality control file. | 0.30 Hrs | 39.00 |
| 09/08/10 | ARA | Document control. | 5.00 Hrs | 425.00 |

Page 1

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH SEPTEMBER 30, 2010

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 09/09/10 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.1). | 0.20 Hrs | 69.00 |
| 09/09/10 | MTM | Telephone call from in-house counsel re: subpoena for documents for upstate New York sales information. | 0.20 Hrs | 59.00 |
| 09/09/10 | ARA | Per MTM, search for and locate personnel file (1.2); contact Merrill Corp.; oversee pick-up of file for copying (.3). | 1.50 Hrs | 195.00 |
| 09/09/10 | ARA | Document control. | 4.30 Hrs | 365.50 |
| 09/10/10 | ARA | Receipt of personnel file from Merrill Corp.; quality control file. | 0.20 Hrs | 26.00 |
| 09/10/10 | ARA | Document control. | 6.50 Hrs | 552.50 |
| 09/13/10 | RAM | Telephone conference with in-house counsel re: type of fireproofing applied at WTC. | 0.10 Hrs | No Charge |
| 09/13/10 | ARA | Document control. | 6.00 Hrs | 510.00 |
| 09/14/10 | MTM | Receipt and review of email from in-house counsel re: Libby personnel file. | 0.10 Hrs | 29.50 |
| 09/14/10 | ARA | Document control. | 4.80 Hrs | 408.00 |
| 09/15/10 | ARA | Telephone calls to and from MTM re: personnel file(.1); search for file and locate file (1.0); arrange to have file picked-up and copied by Merrill Corp. (.2); receipt of personnel file from copy service (.2). | 1.50 Hrs | 195.00 |
| 09/15/10 | ARA | Document control. | 5.20 Hrs | 442.00 |
| 09/16/10 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | 34.50 |
| 09/16/10 | ARA | Document control. | 6.00 Hrs | 510.00 |
| 09/17/10 | RAM | Read selected documents filed in bankruptcy court. | 0.20 Hrs | 69.00 |
| 09/17/10 | ARA | Document control. | 6.00 Hrs | 510.00 |
| 09/20/10 | RAM | Read selected documents filed in bankruptcy court. | 0.30 Hrs | 103.50 |
| 09/20/10 | ARA | Document control. | 5.90 Hrs | 501.50 |
| 09/21/10 | ARA | Document control. | 6.00 Hrs | 510.00 |

Page 2

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re: Litigation and Litigation Consulting

THROUGH SEPTEMBER 30, 2010

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 09/22/10 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | 34.50 |
| 09/22/10 | ARA | Document control. | 6.50 Hrs | 552.50 |
| 09/23/10 | ARA | Document control. | 6.00 Hrs | 510.00 |
| 09/24/10 | ARA | Document control. | 3.00 Hrs | 255.00 |
| 09/27/10 | ARA | Document control. | 4.20 Hrs | 357.00 |
| 09/27/10 | ARA | Per MTM's request, search for and locate documents for in-house counsel (1.5); produce documents to MTM (.3). | 1.80 Hrs | 234.00 |
| 09/28/10 | MTM | Review and send document requested by in-house Grace counsel. | 0.10 Hrs | 29.50 |
| 09/28/10 | ARA | Document control. | 3.80 Hrs | 323.00 |
| 09/28/10 | ARA | Per MTM, search for and locate more documents for in-house counsel (1.7); produce documents to MTM (.3). | 2.00 Hrs | 260.00 |
| 09/29/10 | ARA | Document control. | 6.00 Hrs | 510.00 |
| 09/30/10 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | 34.50 |
| 09/30/10 | ARA | Document control. | 6.00 Hrs | 510.00 |

TOTAL LEGAL SERVICES        $10,937.50

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 1.30 | 345.00 | 448.50 |
| Matthew T. Murphy | 0.50 | 295.00 | 147.50 |
| Angela R. Anderson | 9.00 | 130.00 | 1,170.00 |
| Angela R. Anderson | 107.90 | 85.00 | 9,171.50 |
| Robert A. Murphy | 0.10 | 345.00 | No Charge |
|  | 118.80 |  | $10,937.50 |

TOTAL THIS BILL        $10,937.50

# CASNER & EDWARDS, LLP

## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

November 17, 2010
Bill Number 127962
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re:    Fee Applications, Applicant

**LEGAL SERVICES**

THROUGH SEPTEMBER 30, 2010

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 09/01/10 | RAM | Email from in-house counsel that fee application may be filed. | 0.10 Hrs | No Charge |
| 09/07/10 | RAM | Telephone conference with second in-house counsel.; OK to file fee application. | 0.10 Hrs | No Charge |
| 09/11/10 | RAM | Send June fee application to fee auditor (.1). Work on July fee application (.3). | 0.40 Hrs | 138.00 |
| 09/13/10 | RAM | Finalize July fee application and send it to Delaware counsel to file. | 0.10 Hrs | 34.50 |
| 09/21/10 | RAM | Work on August fee application. | 0.80 Hrs | 276.00 |
| 09/22/10 | RAM | Work on August fee application (.5). Send it to in house counsels to review (.1). | 0.60 Hrs | 207.00 |
| 09/24/10 | RAM | Emails from/to in-house counsel that fee application may be filed. | 0.10 Hrs | No Charge |

TOTAL LEGAL SERVICES    $655.50

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Fee Applications, Applicant

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 1.90 | 345.00 | 655.50 |
| Robert A. Murphy | 0.30 | 345.00 | No Charge |
| | 2.20 | | $655.50 |

|  |  |
|---|---|
| TOTAL THIS BILL | $655.50 |

**EXHIBIT B**
**(Expense Detail)**

## **EXPENSES**

| | |
|---|---:|
| **LITIGATION AND LITIGATION CONSULTING** | $12,412.18 |
| **FEE APPLICATION – APPLICANT** | $24.22 |
| **TOTAL EXPENSES** | $12,436.40 |



**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

November 17, 2010
Bill Number  127963
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:  Litigation and Litigation Consulting


**LEGAL SERVICES**


**COSTS**

THROUGH SEPTEMBER 30, 2010

EXCESS POSTAGE
| | | | |
|---|---|---|---|
| 09/30/10 | EXCESS POSTAGE | 8.99 | |
| | | | $8.99 |

PHOTOCOPYING
| | | | |
|---|---|---|---|
| 09/01/10 | 23 Copies at $.10 per copy | 2.30 | |
| | | | $2.30 |

RENT REIMBURSEMENT
| | | | |
|---|---|---|---|
| 09/01/10 | ONE WINTHROP SQUARE, LLC: Rent and utilities for document repository at One Winthrop Square - September 2010. | 11,997.84 | |
| | | | $11,997.84 |

MISCELLANEOUS
| | | | |
|---|---|---|---|
| 09/09/10 | RECORDKEEPER ARCHIVE CENTERS,: Storage 09/01/2010 through 09/30/10. | 403.05 | |
| | | | $403.05 |

|  |  |
|---|---|
| TOTAL COSTS | $12,412.18 |

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:  Litigation and Litigation Consulting

|  |  |
|---|---|
| TOTAL THIS BILL | $12,412.18 |



**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

November 17, 2010
Bill Number  127964
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:   Fee Applications, Applicant

**LEGAL SERVICES**

**COSTS**

THROUGH SEPTEMBER 30, 2010

FEDERAL EXPRESS
09/15/10     FEDERAL EXPRESS CORPORATION: To 919 North          24.22
             Market Street, Pachulski Steng Ziehl from Casner and
             Edwards on August 13, 2010 by R A Murphy.

                                                                                    $24.22

                                         TOTAL COSTS              $24.22

                                         TOTAL THIS BILL          $24.22

Page 1