**SEVENTY-NINTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM AUGUST 1, 2010 THROUGH AUGUST 31, 2010)**

ATTACHMENT B

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 8/1/10 through 8/31/10**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $760 | 7.60 | $5,776.00 |
| S. Cunningham | Member | $760 | 11.10 | $8,436.00 |
| R. Frezza | Member | $670 | 17.10 | $11,457.00 |
| J. Dolan | Consultant | $445 | 49.00 | $21,805.00 |
| M. DeSalvio | Research | $175 | 2.70 | $472.50 |
| N. Backer | Paraprofessional | $120 | 4.30 | $516.00 |
| **For the Period 8/1/10 through 8/31/10** | | | **91.80** | **$48,462.50** |

# W.R. Grace & Co.
Capstone Advisory Group, LLC
Summary of Fees by Task Code
For the Period 8/1/10 through 8/31/10

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims and interest calculations in relation to the POR and Disclosure Statement. | 6.20 | $4,113.50 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions and counsel reports and participated in calls with Committee members. | 9.20 | $4,908.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the July monthly fee statement. | 6.60 | $1,791.50 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding the monthly results and 2Q10 results including peer company analysis and prepared a detailed report to the Committee thereon. | 67.10 | $37,176.50 |
| 21. Research | During the Fee Application period, the Applicant researched peer value information to assist team in determining valuation multiple. | 2.70 | $472.50 |
| For the Period 8/1/10 through 8/31/10 | | 91.80 | $48,462.50 |

**Capstone Advisory Group, LLC**
Invoice for the August 2010 Fee Application

Page 1 of 1

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Detailed Time Description by Task Code
## For the Period 8/1/10 through 8/31/10

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 03. Claims Analysis & Valuation | | | |
| 8/2/2010 | S. Cunningham | 1.80 | Reviewed latest claim analysis and interest calculations |
| 8/24/2010 | J. Dolan | 1.10 | Updated claims analysis. |
| 8/30/2010 | R. Frezza | 2.80 | Reviewed claims analysis and discussed case status with team. |
| 8/31/2010 | E. Ordway | 0.50 | Read and analyzed counsel's memo re: proposed claim settlement. |
| Subtotal | | 6.20 | |
| 04. Creditor Committee Matters | | | |
| 8/6/2010 | E. Ordway | 0.40 | Call with Lender re: case status/update. |
| 8/12/2010 | E. Ordway | 0.40 | Call with lender re: case status and Debtors' performance. |
| 8/17/2010 | J. Dolan | 1.50 | Read and analyzed recent docket submissions. |
| 8/20/2010 | J. Dolan | 2.20 | Updated and discussed work plan internally. |
| 8/23/2010 | J. Dolan | 0.70 | Responded to lender inquiry with team. |
| 8/27/2010 | J. Dolan | 1.00 | Prepared report to the Committee related to 2Q10 results. |
| 8/27/2010 | R. Frezza | 1.10 | Responded to committee inquiry with team. |
| 8/30/2010 | J. Dolan | 0.50 | Read and analyzed recent docket submissions. |
| 8/31/2010 | R. Frezza | 1.40 | Responded to committee member calls requesting detailed case status update. |
| Subtotal | | 9.20 | |
| 07. Fee Applications & Invoices | | | |
| 8/9/2010 | N. Backer | 1.00 | Prepared July fee application. |
| 8/10/2010 | N. Backer | 1.50 | Prepared fee application for July. |
| 8/12/2010 | N. Backer | 0.90 | Edited July fee application. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/12/2010 | E. Ordway | 0.30 | Reviewed fee application. |
| 8/17/2010 | J. Dolan | 0.90 | Prepared July fee application. |
| 8/19/2010 | E. Ordway | 0.50 | Reviewed fee application. |
| 8/26/2010 | N. Backer | 0.90 | Prepared July fee application. |
| 8/30/2010 | J. Dolan | 0.60 | Prepared July fee app. |
| Subtotal | | 6.60 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/2/2010 | J. Dolan | 1.80 | Prepared commentary and charts for 2Q10 report to the Committee. |
| 8/2/2010 | J. Dolan | 2.40 | Prepared analyses for 2Q10 report to the Committee. |
| 8/3/2010 | J. Dolan | 3.10 | Prepared various analyses for 2Q10 report to the Committee including actual results vs Plan and PY. |
| 8/4/2010 | E. Ordway | 1.10 | Prepared/edited report to the Committee re: 2nd Q results. |
| 8/4/2010 | J. Dolan | 1.90 | Updated report format and charts for 2Q10 report to the Committee. |
| 8/4/2010 | J. Dolan | 1.10 | Read and analyzed June monthly operating statements. |
| 8/4/2010 | R. Frezza | 1.20 | Reviewed and analyzed Q2 results; communicated with Company on results detail. |
| 8/5/2010 | S. Cunningham | 1.30 | Reviewed 2Q10 financial results. |
| 8/5/2010 | J. Dolan | 2.60 | Prepared report to the Committee related to 2Q10 results. |
| 8/5/2010 | R. Frezza | 1.60 | Commenced review of 2Q10 results details. |
| 8/6/2010 | E. Ordway | 0.40 | Read and analyzed current operating report and noted items for staff to investigate and analyze for 2nd Q report. |
| 8/6/2010 | J. Dolan | 1.60 | Prepared analyses for 2Q10 report to the Committee. |
| 8/10/2010 | R. Frezza | 1.70 | Reviewed Q2 10 results for report to the Committee. |
| 8/10/2010 | E. Ordway | 0.90 | Read and analyzed current operating reports for Debtors and noted items for staff to investigate and analyze for 2nd Q report. |
| 8/12/2010 | S. Cunningham | 2.30 | Reviewed initial draft of 2Q10 report to the Committee and directed team to investigate certain items. |

**Capstone Advisory Group, LLC**  
Invoice for the August 2010 Fee Application

Page 2 of 4

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/16/2010 | E. Ordway | 0.70 | Reviewed updated peer group data and underlying financial information related thereon. |
| 8/17/2010 | E. Ordway | 0.60 | Continued to analyze peer group data and debt leverage. |
| 8/18/2010 | S. Cunningham | 2.60 | Reviewed 2Q10 financial data for report to the Committee. |
| 8/18/2010 | R. Frezza | 2.80 | Analysis of Q2 10 results and directed staff regarding report to the Committee. |
| 8/18/2010 | J. Dolan | 2.60 | Read and analyzed Debtors 2Q10 Form 10Q. |
| 8/18/2010 | J. Dolan | 1.30 | Read and analyzed Financial Executive Summary for June and monthly financial report received from Debtors. |
| 8/19/2010 | S. Cunningham | 2.10 | Reviewed Form 10Q for 2Q10 report to the Committee. |
| 8/19/2010 | E. Ordway | 0.70 | Prepared / edited 2Q10 report to Committee. |
| 8/19/2010 | J. Dolan | 3.50 | Prepared charts and tables for 2Q10 report to the Committee. |
| 8/20/2010 | E. Ordway | 0.50 | Reviewed updated cash flow analysis prepared by staff. |
| 8/23/2010 | J. Dolan | 2.90 | Prepared foreign exchange analysis for 2Q10 report to the Committee. |
| 8/23/2010 | J. Dolan | 2.20 | Prepared cash flow analysis and ROIC analysis for 2Q10 report to the Committee. |
| 8/23/2010 | S. Cunningham | 1.00 | Read and analyzed 2Q10 financial information. |
| 8/24/2010 | J. Dolan | 3.50 | Prepared commentary for 2Q10 report to the Committee. |
| 8/24/2010 | J. Dolan | 2.00 | Prepared valuation multiple analysis based on peer information for 2Q10 report to the Committee. |
| 8/25/2010 | R. Frezza | 2.40 | Read and analyzed 2nd Qtr 10Q; began results analyses for Committee quarterly report. |
| 8/26/2010 | R. Frezza | 2.10 | Continued reading and analyzing 2nd Qtr 10Q and results analyses for Committee quarterly report. |
| 8/30/2010 | J. Dolan | 1.70 | Continued preparation of 2Q10 report to the Committee. |
| 8/30/2010 | J. Dolan | 2.60 | Prepared 2Q10 report to the Committee. |
| 8/31/2010 | E. Ordway | 0.60 | Prepared/edited report to committee re: 2nd Q performance and cash flow. |
| 8/31/2010 | J. Dolan | 3.70 | Prepared 2Q10 report to the Committee. |
| Subtotal | | 67.10 | |

Capstone Advisory Group, LLC  
Invoice for the August 2010 Fee Application

Page 3 of 4

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 21. Research | | | |
| 8/3/2010 | M. DeSalvio | 0.20 | Prepared Peer Group analysis to assist in multiple valuation. |
| 8/18/2010 | M. DeSalvio | 2.50 | Prepared Peer Group analysis to assist in multiple valuation. |
| Subtotal | | 2.70 | |
| **Total Hours** | | **91.80** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 8/1/10 through 8/31/10

| Date | Professional | Detail | Amount |
|---|---|---|---|
| **Research** | | | |
| 8/9/2010 | Capstone Expense | Bloomberg | $74.00 |
| 8/9/2010 | Capstone Expense | Pacer - research tool | $9.28 |
| Subtotal - Research | | | $83.28 |
| **Telecom** | | | |
| 8/8/2010 | Capstone Expense | Telecom - Saddle Brook Office. | $118.14 |
| Subtotal - Telecom | | | $118.14 |
| **For the Period 8/1/10 through 8/31/10** | | | **$201.42** |

Capstone Advisory Group, LLC  
Invoice for the August 2010 Fee Application