**EIGHTIETH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010)**

ATTACHMENT B

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.
Capstone Advisory Group, LLC
Summary of Fees by Professional
For the Period 9/1/10 through 9/30/10

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $760 | 11.50 | $8,740.00 |
| S. Cunningham | Member | $760 | 13.90 | $10,564.00 |
| R. Frezza | Member | $670 | 29.90 | $20,033.00 |
| J. Dolan | Consultant | $445 | 56.90 | $25,320.50 |
| M. DeSalvio | Research | $175 | 0.70 | $122.50 |
| N. Backer | Paraprofessional | $120 | 1.50 | $180.00 |
| P. Foose | Paraprofessional | $120 | 0.20 | $24.00 |
| For the Period 9/1/10 through 9/30/10 | | | **114.60** | **$64,984.00** |

Capstone Advisory Group, LLC                                                Page 1 of 1
Invoice for the September 2010 Fee Application

# W.R. Grace & Co.
Capstone Advisory Group, LLC
Summary of Fees by Task Code
For the Period 9/1/10 through 9/30/10

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions/Divestitures | During the Fee Application period, the Applicant prepared various analyses of proposed acquisition and prepared report to the Committee thereon. | 53.10 | $28,935.00 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims and interest calculations and various settlements. | 5.80 | $4,030.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions and counsel reports and participated in Committee calls. | 6.40 | $3,919.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the July and August monthly fee statements. | 6.70 | $2,681.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding the monthly results and 2Q10 results including peer company analysis and prepared a report to the Committee thereon. | 41.90 | $25,296.50 |
| 21. Research | During the Fee Application period, the Applicant researched peer value information to assist team in determining valuation multiple. | 0.70 | $122.50 |
| **For the Period 9/1/10 through 9/30/10** | | **114.60** | **$64,984.00** |

Capstone Advisory Group, LLC
Invoice for the September 2010 Fee Application

Page 1 of 1

# W.R. Grace & Co.
Capstone Advisory Group, LLC
Detailed Time Description by Task Code
For the Period 9/1/10 through 9/30/10

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 01. Acquisitions/Divestitures | | | |
| 9/9/2010 | R. Frezza | 2.40 | Read and analyzed Project Mallard proposal; prepared questions for Debtors. |
| 9/9/2010 | E. Ordway | 1.10 | Reviewed summary data related to a potential acquisition and provided staff with items to consider/follow-up on. |
| 9/9/2010 | J. Dolan | 1.00 | Reviewed presentation for Project Mallard acquisition. |
| 9/10/2010 | J. Dolan | 1.30 | Prepared request for information regarding Project Mallard acquisition. |
| 9/10/2010 | R. Frezza | 2.40 | Continued analysis of Project Mallard proposal; prepared for and participated in call with Company discussing Mallard. |
| 9/10/2010 | J. Dolan | 1.50 | Read and analyzed presentation received from Debtors regarding Project Mallard acquisition. |
| 9/10/2010 | E. Ordway | 0.60 | Continued to read summary information re: a potential acquisition. |
| 9/10/2010 | J. Dolan | 1.20 | Prepared for and participated in call with Debtors regarding Project Mallard acquisition. |
| 9/14/2010 | J. Dolan | 2.50 | Read and analyzed motion and related exhibits for Project Mallard acquisition. |
| 9/15/2010 | J. Dolan | 2.20 | Read and analyzed motion and related exhibits related to Seale retention. |
| 9/15/2010 | J. Dolan | 2.40 | Read and analyzed Project Mallard merger agreement. |
| 9/15/2010 | R. Frezza | 1.20 | Further review of mechanics of Mallard acquisition; prepared more detailed questions for Company. |
| 9/16/2010 | R. Frezza | 1.50 | Further review of mechanics of Mallard acquisition; provided detail update of deal points to counsel. |
| 9/16/2010 | J. Dolan | 1.50 | Prepared for and participated in call with counsel to discuss Project Mallard motion. |
| 9/16/2010 | S. Cunningham | 1.80 | Reviewed Project Mallard information. |
| 9/20/2010 | J. Dolan | 2.00 | Prepared report to the Committee regarding Project Mallard. |
| 9/20/2010 | J. Dolan | 2.40 | Prepared commentary in report on Project Mallard. |

Capstone Advisory Group, LLC                                                Page 1 of 5
Invoice for the September 2010 Fee Application

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/20/2010 | J. Dolan | 1.60 | Prepared analyses for Project Mallard report. |
| 9/20/2010 | E. Ordway | 1.20 | Continued to review information pertinent to the proposed acquisition. |
| 9/20/2010 | R. Frezza | 3.40 | Read/analyzed motion for acquisition; prepared and reviewed memo to Committee. |
| 9/21/2010 | J. Dolan | 1.40 | Prepared report regarding Project Mallard and incorporated comments from team. |
| 9/21/2010 | J. Dolan | 2.30 | Prepared report to the Committee regarding Project Mallard and distributed to team for review. |
| 9/21/2010 | S. Cunningham | 2.00 | Reviewed preliminary report on Project Mallard. |
| 9/22/2010 | R. Frezza | 1.40 | Finalization of Mallard memo and distribution to counsel. Discussed with counsel other aspects of deal (Merger Agreement, etc.). |
| 9/22/2010 | J. Dolan | 1.00 | Reviewed information received from Blackstone regarding Project Mallard and corresponded with Blackstone and counsel. |
| 9/23/2010 | J. Dolan | 2.20 | Made revisions to the report based on counsel comments and redistributed for final comments. |
| 9/23/2010 | J. Dolan | 1.00 | Reviewed latest SEC filings related to Project Mallard. |
| 9/23/2010 | J. Dolan | 1.20 | Prepared for and participated in call with counsel regarding Project Mallard. |
| 9/24/2010 | R. Frezza | 1.90 | Memo finalization re Mallard Deal; discussed comments with counsel and provided final draft. |
| 9/24/2010 | J. Dolan | 1.70 | Prepared for and participated in call with Debtors, counsel and Blackstone related to Project Mallard. |
| 9/24/2010 | J. Dolan | 1.80 | Updated report for additional information received and discussions with counsel; issued report to Committee. |
| Subtotal | | 53.10 | |

03. Claims Analysis & Valuation

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/1/2010 | E. Ordway | 0.70 | Read counsel's report on status of NJEPA claims. |
| 9/7/2010 | S. Cunningham | 1.80 | Reviewed latest claim and interest analysis. |
| 9/23/2010 | J. Dolan | 0.40 | Read and analyzed counsel's memo regarding insurance settlements. |
| 9/29/2010 | E. Ordway | 0.70 | Read and analyzed counsel's report regarding a settlement with the Hartford Insurance company re: personal injury asbestos claims. |
| 9/29/2010 | J. Dolan | 0.80 | Update with team regarding emergence financing. |

**Capstone Advisory Group, LLC**
**Invoice for the September 2010 Fee Application**

Page 2 of 5

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/30/2010 | E. Ordway | 1.40 | Analyzed exit financing terms for companies that emerged from bankruptcy during 2010 and 2009. |
| Subtotal | | 5.80 | |

04. Creditor Committee Matters

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/2/2010 | S. Cunningham | 1.20 | Responded to lender inquiries. |
| 9/3/2010 | E. Ordway | 0.40 | Call with a creditor inquiring about the status of the case. |
| 9/7/2010 | J. Dolan | 0.70 | Read and analyzed recent docket submissions. |
| 9/13/2010 | J. Dolan | 0.80 | Read and analyzed recent docket submissions. |
| 9/21/2010 | J. Dolan | 0.80 | Read and analyzed recent docket submissions. |
| 9/27/2010 | J. Dolan | 0.70 | Read and analyzed recent docket submissions. |
| 9/27/2010 | S. Cunningham | 1.80 | Responded to lender call. |
| Subtotal | | 6.40 | |

07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/3/2010 | E. Ordway | 0.40 | Read and analyzed fee auditor's report. |
| 9/8/2010 | J. Dolan | 1.10 | Prepared July fee application. |
| 9/9/2010 | J. Dolan | 0.90 | Prepared fee application. |
| 9/10/2010 | N. Backer | 1.50 | July fee application. |
| 9/21/2010 | J. Dolan | 1.10 | Prepared July fee app. |
| 9/22/2010 | E. Ordway | 0.40 | Prepared fee application. |
| 9/27/2010 | J. Dolan | 0.60 | Prepared fee app. |
| 9/30/2010 | J. Dolan | 0.50 | Reviewed and finalized July fee app and sent to counsel for filing. |
| 9/30/2010 | P. Foose | 0.20 | July fee application. |
| Subtotal | | 6.70 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/1/2010 | R. Frezza | 2.40 | Reviewed and analyzed Q210 results. |

**Capstone Advisory Group, LLC**  
Invoice for the September 2010 Fee Application

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/1/2010 | S. Cunningham | 1.80 | Review of 2Q10 report and discussed with team. |
| 9/2/2010 | R. Frezza | 2.30 | Continued review of Q2 2010 results and related report prep. |
| 9/3/2010 | R. Frezza | 0.90 | Discussed Q2 report and related issues with team. |
| 9/7/2010 | R. Frezza | 1.20 | Q2 results review and analysis. |
| 9/7/2010 | E. Ordway | 1.80 | Reviewed analysts reports regarding the chemical industry and their 2011 forward expectations there from. |
| 9/8/2010 | J. Dolan | 2.10 | Read and analyzed financial briefing received from Debtors. |
| 9/8/2010 | R. Frezza | 1.10 | Reviewed 2Q10 report commentary. |
| 9/8/2010 | S. Cunningham | 2.20 | Reviewed financial briefing and latest monthly operating reports. |
| 9/8/2010 | J. Dolan | 0.90 | Read and analyzed July monthly operating report. |
| 9/9/2010 | J. Dolan | 2.90 | Prepared commentary for 2Q10 report to the Committee. |
| 9/13/2010 | R. Frezza | 1.10 | Continued review of Q2 2010 results and related report prep. |
| 9/14/2010 | E. Ordway | 0.70 | Reviewed sample of recent comparable transactions to determine latest market multiples. |
| 9/14/2010 | R. Frezza | 1.30 | Continued review of Q2 2010 results and related report prep. |
| 9/15/2010 | E. Ordway | 1.10 | Compared 2Q10 performance to results of competitors, per recent analyst reports. |
| 9/16/2010 | J. Dolan | 1.30 | Prepared report to the Committee on 2Q10 results. |
| 9/20/2010 | R. Frezza | 1.20 | Continued analysis of Q2 10 results and report prep to committee. |
| 9/22/2010 | E. Ordway | 1.00 | Continued to read analysts data re: projections for infrastructure activity in 2011 and beyond. |
| 9/27/2010 | J. Dolan | 3.20 | Prepared commentary to 2Q10 quarterly report to the Committee. |
| 9/28/2010 | J. Dolan | 3.20 | Final review and analysis of 2Q10 results report to the Committee. Distributed to team for review. |
| 9/29/2010 | R. Frezza | 2.90 | Completion and review of 2Q 10 committee report; provided detail comments on analyses contained in report. |
| 9/29/2010 | J. Dolan | 1.30 | Revised report according to internal comments and distributed to counsel for review. |

Capstone Advisory Group, LLC  
Invoice for the September 2010 Fee Application

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/30/2010 | J. Dolan | 1.40 | Revised 2Q10 report based on counsel's comments, final review and distribution to Committee. |
| 9/30/2010 | R. Frezza | 1.30 | Finalization and issuance of Q2 10 committee report to counsel; discussions with counsel re: report comments. |
| 9/30/2010 | S. Cunningham | 1.30 | Reviewed final 2Q10 report to the Committee. |
| Subtotal | | 41.90 | |

21. Research

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/9/2010 | M. DeSalvio | 0.70 | Gathered recent analysts reports on specialty chemicals industry for valuation purposes. |
| Subtotal | | 0.70 | |
| **Total Hours** | | **114.60** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 9/1/10 through 9/30/10

| Date | Professional | Detail | Amount |
|---|---|---|---|
| **Research** | | | |
| 9/9/2010 | Capstone Expense | Pacer - research tool | $5.52 |
| Subtotal - Research | | | $5.52 |
| **Telecom** | | | |
| 9/8/2010 | Capstone Expense | Telecom - Saddle Brook Office. | $131.85 |
| Subtotal - Telecom | | | $131.85 |
| **For the Period 9/1/10 through 9/30/10** | | | **$137.37** |

Capstone Advisory Group, LLC
Invoice for the September 2010 Fee Application

Page 1 of 1