# Exhibit A
## Revised Omnibus Hearing Dates and Filing and Objection Deadlines[2]

All hearings are in Wilmington, Delaware, unless otherwise noted below.

| Omnibus Hearing Dates | Filing Deadlines (35 days) | Objection Deadlines (17 days) | Preliminary Agenda Due (2 weeks) | Final Agenda Due (7 days) |
|---|---|---|---|---|
| January 10, 2011 at **9:00 a.m.** | December 6, 2010 | December 23, 2010[3] | December 27, 2010 | January 3, 2011 |
| February 14, 2011 at **9:00 a.m.** | January 10, 2011 | January 28, 2011 | January 31, 2011 | February 7, 2011 |
| March 28, 2011 at **9:00 a.m.** (**38th Quarterly Fee Hearing**) | February 18, 2011[4] | March 11, 2011 | March 14, 2011 | March 21, 2011 |
| April 18, 2011 at **9:00 a.m.** | March 14, 2011 | April 1, 2011 | April 4, 2011 | April 11, 2011 |
| May 23, 2011 at **9:00 a.m.** | April 18, 2011 | May 6, 2011 | May 9, 2011 | May 16, 2011 |
| June 20, 2011 at **9:00 a.m.** (**39th Quarterly Fee Hearing**) | May 16, 2011 | June 3, 2011 | June 6, 2011 | June 13, 2011 |
| July 25, 2011 at **9:00 a.m.** | June 20, 2011 | July 8, 2011 | July 11, 2011 | July 18, 2011 |
| August 29, 2011 at **9:00 a.m.** | July 25, 2011 | August 12, 2011 | August 15, 2011 | August 22, 2011 |
| September 26, 2011 at **9:00 a.m.** (**40th Quarterly Fee Hearing**) | August 22, 2011 | September 9, 2011 | September 12, 2011 | September 19, 2011 |
| October 24, 2011 at **9:00 a.m.** | September 19, 2011 | October 7, 2011 | October 7, 2011[5] | October 17, 2011 |
| November 28, 2011 at **9:00 a.m.** | October 17, 2011 | November 4, 2011 | November 7, 2011 | November 14, 2011 |
| December 19, 2011 at **9:00 a.m.** (**41st Quarterly Fee Hearing**) | November 14, 2011 | December 2, 2011 | December 5, 2011 | December 12, 2011 |

---

[2] The Revised Omnibus Hearing Schedule for 2011 reflects the new hearing time of **9:00 a.m.** per Court Order [Docket No. 25752]

[3] December 24, 2010 is a holiday (Christmas); therefore, the 17-day objection deadline is December 23, 2010.

[4] February 21, 2011 is a holiday (Presidents' Day); therefore, the 35 day filing deadline is February 18, 2011.

[5] October 10, 2011 is a holiday (Columbus Day); therefore, the two-week filing deadline is October 7, 2011.