# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP

# INVOICES FOR THE TIME PERIOD

# OCTOBER 1-31, 2010



# ORRICK

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

November 15, 2010
Client No. 17367
Invoice No. 1279872

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through October 31, 2010 in connection with the matters described on the attached pages: | $ | 81,448.50 |
| DISBURSEMENTS as per attached pages: | | 553.35 |
| TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount): | $ | 82,001.85 |

Matter(s): 17367/11, 12, 13, 15, 7, 8

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$369,734.58
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| REMITTANCE ADDRESS: | ELECTRONIC FUNDS TRANSFERS: | ELECTRONIC FUNDS TRANSFERS: |
|---|---|---|
| Orrick, Herrington & Sutcliffe LLP | **Wire Transfers Only:** | **ACH Transfers Only:** |
| 4253 Collections Center Drive | ABA Number 0260-0959-3 | ABA Number 121-000358 |
| Chicago, IL 60693 | Bank of America | Bank of America |
| Reference: 17367/ Invoice: 1279872 | 100 West 33rd Street, NY, NY 10001 | San Francisco Main Branch |
| E.I.N. 94-2952627 | Account of | Account of |
| Overnight deliveries: (312) 974-1642 | Orrick, Herrington & Sutcliffe LLP | Orrick, Herrington & Sutcliffe LLP |
| | Account Number: 1499410382 | Account Number: 1499410382 |
| | Reference: 17367/ Invoice: 1279872 | Reference: 17367/ Invoice: 1279872 |
| | E.I.N. 94-2952627 | E.I.N. 94-2952627 |


ORRICK

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

November 15, 2010
Client No. 17367
Invoice No. 1279872

Orrick Contact: Roger Frankel

For Legal Services Rendered Through October 31, 2010 in Connection With:

## Matter: 7 - Insurance Matters

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 10/01/10 | P. Mahaley | Draft insurance settlement agreements and related motion papers. | 3.50 |
| 10/04/10 | P. Mahaley | Analyze proposed changes to insurance settlement agreements. | 1.50 |
| 10/06/10 | P. Mahaley | Revise draft motion papers for insurance settlements. | 1.50 |
| 10/12/10 | P. Mahaley | Communicate with counsel for plan proponents re insurance settlement negotiations (1.5); revise draft insurance settlement documents (3.6). | 5.10 |
| 10/14/10 | P. Mahaley | Confer with R. Wyron re proposed changes to insurance settlement agreement (2.5); confer with counsel for Grace re proposed changes to insurance settlement agreement (1.1); draft insurance settlement agreement (2.5). | 6.10 |
| 10/15/10 | P. Mahaley | Draft revised insurance settlement agreement. | 0.40 |
| 10/18/10 | P. Mahaley | Prepare for and participate in meeting with insurer counsel re proposed changes to insurance settlement agreement (2.5); revise insurance settlement agreement (1.1). | 3.60 |
| 10/19/10 | P. Mahaley | Draft insurance settlement agreement. | 1.80 |
| 10/20/10 | P. Mahaley | Draft insurance settlement agreement and related motion papers. | 2.40 |
| 10/21/10 | R. Wyron | Review status and follow-up (.2); respond to e-mail re open coverage (.1). | 0.30 |
| 10/22/10 | P. Mahaley | Evaluate insurance settlement proposal. | 0.20 |
| 10/25/10 | P. Mahaley | Communicate with D. Austern re approval for proposed settlement with insurer. | 0.50 |
| 10/27/10 | D. Felder | Review draft insurance settlement agreement. | 0.50 |
| 10/27/10 | P. Mahaley | Review and revise draft insurance settlement agreement (2.8); telephone conference with counsel for insurer re settlement terms (1.0); review and revise brief objecting to determination of administrator of insolvent insurance company (.5). | 4.30 |
| 10/28/10 | P. Mahaley | Analyze proposed changes to insurance settlement agreement. | 1.20 |
| 10/29/10 | D. Felder | Review draft insurance settlement agreement. | 1.20 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 2

November 15, 2010
Invoice No. 1279872

|  | Total For Services |  | $22,216.50 |
|---|---|---|---|

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 1.70 | 645.00 | 1,096.50 |
| Peri N. Mahaley | 32.10 | 650.00 | 20,865.00 |
| Richard H. Wyron | 0.30 | 850.00 | 255.00 |
| Total All Timekeepers | 34.10 | $651.51 | $22,216.50 |

Disbursements
  Telephone                                  1.44
                          Total Disbursements                    $1.44

**Total For This Matter**                                    **$22,217.94**



# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 3

November 15, 2010
Invoice No. 1279872

For Legal Services Rendered Through October 31, 2010 in Connection With:

## Matter: 8 - Litigation

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 10/01/10 | D. Felder | E-mail correspondence with J. Baer regarding Synthetech acquisition and follow-up regarding same. | 0.50 |
| 10/01/10 | R. Wyron | Continue work on insurance settlement issues (.4); review and revise approval motion (.8); review e-mails re acquisition issue and follow-up (.6); confer with P. Mahaley on insurance issues and follow-up (.3). | 2.10 |
| 10/01/10 | R. Frankel | Series of e-mails, conversations with R. Wyron, D. Felder re proposed acquisition (.6); prepare notes re same (.3). | 0.90 |
| 10/04/10 | D. Fullem | Review e-mail from R. Frankel regarding Montana case; e-mail same to R. Frankel and R. Wyron. | 0.30 |
| 10/04/10 | D. Fullem | E-mail to J. Radecki regarding 2010 omnibus hearing dates. | 0.20 |
| 10/04/10 | D. Felder | E-mail correspondence with R. Frankel, R. Wyron and J. Baer regarding revised proposed order regarding Synthetech (.2); review revised proposed order regarding same (.2). | 0.40 |
| 10/04/10 | R. Wyron | Call with insurer counsel and follow-up (.3); revise insurance settlement motion and order and follow-up (.8); review changes to settlement agreement from L. Esayian and follow-up (.3); confer several times with R. Frankel re strategy (.6). | 2.00 |
| 10/04/10 | R. Frankel | Review issues with R. Wyron re status of insurance settlement; consider issues re motion to approve. | 0.60 |
| 10/04/10 | R. Frankel | Review draft order and series of e-mails re Synthetech approval order. | 0.80 |
| 10/04/10 | R. Frankel | Confer with R. Wyron re insurance settlement issues, next steps. | 0.60 |
| 10/05/10 | D. Fullem | Review e-mail from R. Wyron and R. Frankel regarding D. Cohn change of firms and review docket re same. | 0.50 |
| 10/05/10 | D. Fullem | Prepare updates to Grace service list. | 0.50 |
| 10/05/10 | R. Wyron | Continue work on motion and order for insurance settlement (1.3); continue review of draft settlement (.4); review Libby information and update outline (.5). | 2.20 |
| 10/05/10 | R. Frankel | Review draft motion to approve settlement agreement; consider hearing issues (.40) | 1.10 |
| 10/06/10 | D. Felder | E-mail correspondence with J. O'Neill regarding preliminary agenda (.1); review revised insurance settlement motion and provide comments (.7). | 0.80 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 4

November 15, 2010
Invoice No. 1279872

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 10/06/10 | R. Wyron | Review further changes to insurance agreement and respond to e-mails re same (.3); revise draft agreement and finalize draft (1.4). | 1.70 |
| 10/09/10 | R. Frankel | Review preliminary agenda for October 18 hearing. | 0.30 |
| 10/11/10 | D. Felder | E-mail correspondence with J. Baer regarding Synthetech and follow-up with R. Frankel and R. Wyron regarding same. | 0.10 |
| 10/11/10 | R. Wyron | Review status of pending settlement with P. Mahaley and follow-up (.4); revise approval motion and order (.7); review hearing agenda (.2). | 1.30 |
| 10/11/10 | R. Frankel | Review with R. Wyron issues re insurance settlement, confirmation (.4); consider confirmation issues, submitted order (.8). | 1.20 |
| 10/12/10 | R. Wyron | Call with insurer counsel re settlement (.3); review and respond to e-mails re insurance settlement (.6) review revised draft and organize comments (1.2); call with T. Freedman (.2); revise draft approval motion and review comments (.4). | 2.70 |
| 10/12/10 | R. Frankel | Series of e-mails regarding insurance settlement, Synthetech acquisition, Omnibus hearing (.5); telephone conferences with R. Wyron regarding insurance settlement (.3); telephone conference with T. Freedman regarding status (.2). | 1.00 |
| 10/13/10 | D. Felder | Review briefs regarding Third Circuit argument regarding GIT/Narco issues relevant to confirmation of Grace plan (3.0); attend Third Circuit argument (1.0); review notes and e-mail correspondence with R. Frankel and R. Wyron regarding same (.2). | 4.20 |
| 10/13/10 | R. Frankel | Review revised insurance settlement agreement from insurer's counsel; telephone conference re same. | 1.30 |
| 10/14/10 | R. Wyron | Confer with P. Mahaley re insurance settlement agreement comments and follow-up (1.2); revise draft agreement (1.9); review changes to draft from P. Mahaley (.8); review amended agenda (.2). | 4.10 |
| 10/14/10 | R. Frankel | Review with R. Wyron issues re insurance settlement agreement. | 0.60 |
| 10/14/10 | R. Frankel | Review issues regarding insurance settlement agreement. | 0.70 |
| 10/15/10 | R. Wyron | Review Synthetech issues from hearing and follow-up (.2); prepare for insurance settlement negotiation (.4); call with counsel for insurer and follow-up (.3); review and revise draft agreement (.9). | 1.80 |
| 10/16/10 | R. Frankel | Review discovery propounded by Neutocrete, NSI and FTF. | 0.70 |
| 10/18/10 | D. Fullem | Review agenda and matters on for hearing. | 0.20 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 5

November 15, 2010
Invoice No. 1279872

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 10/18/10 | R. Wyron | Participate in omnibus hearing re Synthetech acquisition issue (.3); meet with insurer counsel re settlement issues (2.4); review and revise draft agreement and follow-up (.8). | 3.50 |
| 10/18/10 | R. Frankel | Attend telephonic hearing and follow-up. | 0.80 |
| 10/19/10 | R. Wyron | Continue review of draft settlement agreement and approval motion, and follow-up (.9); review proposed order and comments re same (.3). | 1.20 |
| 10/19/10 | R. Frankel | Review revised insurance settlement agreement, related draft motion. | 1.40 |
| 10/20/10 | R. Frankel | Review plan re conditions to confirmation, conditions to effective date (.5); notes re same (.1). | 0.60 |
| 10/20/10 | R. Frankel | Review revised language in insurance settlement agreement; revise settlement chart. | 0.80 |
| 10/21/10 | D. Fullem | Review e-mail from R. Frankel regarding latest 8-K filing and follow-up re same. | 0.40 |
| 10/21/10 | R. Frankel | Review 8-K issued by WR Grace. | 0.70 |
| 10/25/10 | D. Fullem | Review recent notice of omnibus hearings set for 2011 and calendar same. | 0.40 |
| 10/25/10 | R. Frankel | Review series of e-mails re insurance, consider settlement (.5); telephone conference with D. Austern re status (.2). | 0.70 |
| 10/26/10 | R. Wyron | Review e-mail from P. Mahaley and respond re new insurance settlement demand (.2); call with insurer counsel and organize notes re same (.6). | 0.80 |
| 10/27/10 | D. Fullem | Review e-mail from D. Felder regarding updating of service list for filings. | 0.10 |
| 10/27/10 | D. Felder | Review memorandum from J. Radecki regarding third quarter financials. | 0.20 |
| 10/27/10 | R. Wyron | Call with D. Austern re financial updates (.2); e-mail re financial update (.3); review data from J. Solganik (.2). | 0.70 |
| 10/27/10 | R. Wyron | Call with insurer counsel re settlement agreement and follow-up (.9); confer with P. Mahaley and R. Frankel separately re status and strategy (.3); review comments to draft settlement agreement (.3). | 1.50 |
| 10/27/10 | R. Frankel | Review memo from Lincoln regarding Grace financial report, China acquisition. | 0.60 |
| 10/27/10 | R. Frankel | Confer with R. Wyron regarding insurance settlement, confirmation related issues. | 0.60 |
| 10/28/10 | D. Fullem | Review e-mail from R. Wyron regarding Texas Supreme Court opinion in Crown Cork case. | 0.20 |
| 10/28/10 | R. Wyron | Review further revised settlement agreement (1.2); confer with P. Mahaley on issues (.4); mark-up draft agreement (.7). | 2.30 |
| 10/28/10 | R. Frankel | Review detailed spreadsheet from P. Mahaley regarding status of insurance settlements (.6); notes regarding same (.1). | 0.70 |


**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 6

November 15, 2010
Invoice No. 1279872

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/28/10 | R. Frankel | Review complaint for PI filed by various trusts regarding subpoenas, etc. | 0.50 |
| 10/29/10 | D. Fullem | Review e-mail from H. Quinn regarding updates to service list. | 0.10 |
| 10/29/10 | D. Felder | Review Debtors' notice of claim settlement and e-mail correspondence with J. Baer regarding same. | 0.30 |
| 10/29/10 | R. Wyron | Review draft insurance settlement agreement (1.3); follow-up with L. Esayian re comments (.4); calls with P. Mahaley and R. Frankel separately re issues, and follow-up (.3); revise comments on Restructuring Agreement (.6). | 2.60 |
| 10/29/10 | R. Frankel | Review revised insurance settlement agreement, exhibits, orders. | 1.40 |
| 10/29/10 | R. Frankel | Confer with R. Wyron re process for approval of insurance settlement, hearing re same. | 0.60 |

Total Hours 59.10
Total For Services $49,798.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 6.50 | 645.00 | 4,192.50 |
| Roger Frankel | 19.20 | 985.00 | 18,912.00 |
| Debra O. Fullem | 2.90 | 265.00 | 768.50 |
| Richard H. Wyron | 30.50 | 850.00 | 25,925.00 |
| Total All Timekeepers | 59.10 | $842.61 | $49,798.00 |

Disbursements
    Document Reproduction    0.20
    Express Delivery    21.31
    Local Taxi Expense    33.00
    Other Business Meals    11.25
    Outside Services    213.00
    Telephone    9.15
    Travel Expense, Local    264.00
    Total Disbursements    $551.91

**Total For This Matter**    $50,349.91


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 7

November 15, 2010
Invoice No. 1279872

For Legal Services Rendered Through October 31, 2010 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/01/10 | D. Fullem | Review and respond to e-mail from fee auditor regarding Towers' July and August fee application. | 0.40 |
| 10/04/10 | D. Fullem | Coordinate finalizing, filing, serving of Lincoln's July fee application. | 0.50 |
| 10/04/10 | D. Fullem | Confer with D. Felder regarding status of Lincoln fees. | 0.20 |
| 10/05/10 | D. Fullem | Review and revise Towers quarterly fee app for Apr-Jun 2010 time period; e-mail to C. Boeger at Towers regarding same. | 0.40 |
| 10/05/10 | D. Fullem | Finalize Towers and Lincoln quarterly fee applications for the time period April-June 2010. | 1.00 |
| 10/11/10 | R. Wyron | Follow-up on inquiry from Grace re PGS and calls re same. | 0.30 |
| 10/21/10 | D. Fullem | Prepare CNOs for Towers Watson July and August fee applications; coordinate filing/serving of same. | 0.50 |
| 10/21/10 | D. Felder | Review CNO for Towers Watson. | 0.10 |
| 10/25/10 | R. Wyron | Follow-up with J. Phillips and e-mails re same. | 0.20 |
| 10/26/10 | D. Fullem | Prepare CNO for Lincoln's July fee application; arrange for review/signature; coordinate filing and serving of same. | 0.50 |
| 10/26/10 | R. Wyron | Review e-mail and call with J. Phillips. | 0.30 |
| 10/28/10 | D. Fullem | Review and respond to e-mail from C. Burke at Lincoln regarding August and September fee applications; e-mail update to D. Felder regarding status of same. | 0.30 |
| 10/29/10 | D. Fullem | Prepare notices and final versions of Lincoln August and September fee applications for filing; coordinate filing and serving of same. | 1.00 |

Total Hours 5.70
Total For Services $2,016.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 0.10 | 645.00 | 64.50 |
| Debra O. Fullem | 4.80 | 265.00 | 1,272.00 |
| Richard H. Wyron | 0.80 | 850.00 | 680.00 |
| Total All Timekeepers | 5.70 | $353.77 | $2,016.50 |

Total For This Matter $2,016.50


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 8

November 15, 2010
Invoice No. 1279872

For Legal Services Rendered Through October 31, 2010 in Connection With:

## Matter: 12 - Retention of Professionals - Orrick

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/05/10 | D. Fullem | E-mail to R. Wyron regarding disclosure issues. | 0.30 |
| 10/28/10 | D. Fullem | Review e-mail from R. Wyron regarding disclosure. | 0.10 |
| 10/29/10 | D. Fullem | Review original disclosure by R. Frankel; e-mail to R. Wyron regarding same. | 0.20 |

Total Hours 0.60
Total For Services $159.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 0.60 | 265.00 | 159.00 |
| Total All Timekeepers | 0.60 | $265.00 | $159.00 |

**Total For This Matter** $159.00


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 9

November 15, 2010
Invoice No. 1279872

For Legal Services Rendered Through October 31, 2010 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/01/10 | D. Fullem | Prepare draft of Orrick's quarterly fee application for Apr-Jun 2010 time period. | 1.50 |
| 10/04/10 | D. Felder | Review September prebill. | 0.60 |
| 10/05/10 | D. Fullem | Finalize draft of Orrick's quarterly fee application for the time period April-June 2010. | 1.00 |
| 10/06/10 | D. Fullem | Review comments from D. Felder to Orrick's quarterly fee application for Apr-Jun 2010. | 0.20 |
| 10/06/10 | D. Fullem | Review e-mail from R. Wyron regarding Orrick's quarterly for Apr-Jun 2010 time period. | 0.10 |
| 10/06/10 | D. Felder | Review April-June quarterly fee application and conference with D. Fullem regarding same. | 0.50 |
| 10/06/10 | R. Wyron | Review draft quarterly fee application and provide comments. | 0.40 |
| 10/07/10 | D. Fullem | Review account status as to billings and payments. | 0.20 |
| 10/12/10 | R. Wyron | Review quarterly fee application. | 0.20 |
| 10/19/10 | D. Fullem | Review docket updates for information on fee orders and status of hearings. | 0.20 |
| 10/21/10 | D. Felder | Review expense analysis and spreadsheets regarding same (1.5); conferences with D. Fullem regarding same (.4). | 1.90 |
| 10/21/10 | R. Wyron | Review expenses and follow-up on analysis (.6); draft correspondence re same (.3). | 0.90 |
| 10/22/10 | D. Fullem | Review and revise draft of September fee application; e-mail to D. Felder and R. Wyron regarding same. | 0.50 |
| 10/22/10 | D. Felder | Review revised expense analysis. | 0.10 |
| 10/22/10 | D. Felder | Review September fee application. | 0.30 |
| 10/25/10 | D. Fullem | Review e-mail from D. Felder regarding deadline to object to Lincoln's July fee application. | 0.20 |
| 10/25/10 | D. Fullem | Review e-mail from R. Wyron regarding edits to Orrick September monthly fee application. | 0.10 |
| 10/25/10 | D. Felder | Review spreadsheet and cover memorandum regarding certain charges and provide comments to R. Wyron regarding same. | 0.20 |
| 10/25/10 | R. Wyron | Review revised quarterly fee application (.3); review September monthly fee application (.2). | 0.50 |
| 10/26/10 | D. Fullem | Prepare updated fee/expense charts. | 0.50 |
| 10/26/10 | D. Fullem | Finalize September fee application; coordinate filing and serving of same. | 0.80 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 10

November 15, 2010
Invoice No. 1279872

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/27/10 | D. Fullem | Review and respond to e-mail from B. Ruhlander regarding expense detail for April-June 2010. | 0.20 |
| 10/28/10 | D. Fullem | Review e-mail regarding recent payment; e-mail to R. Wyron regarding payment for June and July invoices @ 80% fees/100% expenses; update internal charts regarding same and circulate to group. | 0.80 |
| 10/28/10 | D. Fullem | Coordinate Excel expense spreadsheets from accounting for April-June 2010 time period. | 0.30 |
| 10/29/10 | D. Fullem | E-mail to R. Wyron regarding status of Orrick's quarterly for April-June 2010. | 0.20 |
| 10/29/10 | D. Fullem | Prepare excel spreadsheet of Apr-Jun 2010 expenses; e-mail to B. Ruhlander as per her request. | 0.80 |
| 10/29/10 | R. Wyron | Review quarterly fee application and provide comments. | 0.30 |

Total Hours       13.50
Total For Services              $6,291.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 3.60 | 645.00 | 2,322.00 |
| Debra O. Fullem | 7.60 | 265.00 | 2,014.00 |
| Richard H. Wyron | 2.30 | 850.00 | 1,955.00 |
| Total All Timekeepers | 13.50 | $466.00 | $6,291.00 |

Total For This Matter              $6,291.00



# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 11

November 15, 2010
Invoice No. 1279872

For Legal Services Rendered Through October 31, 2010 in Connection With:

## Matter: 15 - Travel Time (Non-Working)

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/13/10 | D. Felder | Return travel from Philadelphia to DC. | 3.00 |

| | | |
|---|---|---|
| Total Hours | 3.00 | |
| Total For Services | | $967.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 3.00 | 322.50 | 967.50 |
| Total All Timekeepers | 3.00 | $322.50 | $967.50 |

Total For This Matter    **$967.50**

### * * * COMBINED TOTALS * * *

| | | |
|---|---|---|
| Total Hours | 116.00 | |
| Total Fees, all Matters | | $81,448.50 |
| Total Disbursements, all Matters | | $553.35 |
| Total Amount Due | | $82,001.85 |