# EXHIBIT A

**WR Grace**
**October 2010 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Fri 1 | Comm (4) w/OHS (Dfe) re Synthetech acquisition | 1.2 |
| | Review/analyze docket items | 0.5 |
| Mon 4 | Comm w/Stroock (KP) re various | 1.0 |
| | Review/analyze docket items | 0.2 |
| Tue 5 | Review/analyze docket items | 0.2 |
| Wed 6 | Comm w/various at HB Conference re various | 3.5 |
| | Comm (2) w/OHS (Dfe) re Synthetech acquisition | 0.7 |
| | Review/analyze docket items | 0.3 |
| Thu 7 | Review/analyze docket items | 0.2 |
| Fri 8 | Review/analyze docket items | 0.4 |
| Wed 13 | Review/analyze docket items | 1.0 |
| Thu 14 | Comm w/OHS (RW) re testimony questions | 0.8 |
| | Review/analyze docket items | 0.2 |
| Fri 15 | Review/analyze docket items | 0.2 |
| Mon 18 | Prep and attend omnibus hearing | 1.5 |
| | Review/analyze docket items | 0.1 |
| Tue 19 | Review/analyze docket items | 1.0 |
| Wed 20 | Comm w/Blackstone (JOC) re Project Lily acq. | 0.4 |
| | I/C re Project Lily | 1.0 |
| | Review/analyze docket items | 0.1 |
| Thu 21 | Prep and attend Grace 3Q earnings call | 2.1 |
| | Review Grace earnings info | 3.0 |
| | I/C re grace earnings, analysis memo | 1.1 |
| | Analysis Grace 3Q earnings, 9 mos earnings | 0.7 |
| | Review/analyze docket items | 0.2 |
| Fri 22 | Review/analyze Grace earnings | 1.8 |
| | Review/analyze docket items | 0.5 |
| Mon 25 | Prep Grace hours Sept | 2.0 |
| | Review analyze Grace earnings, memo | 1.2 |
| | Review/analyze docket items | 0.2 |
| Tue 26 | Review Grace earnings memo | 0.9 |
| | Review/analyze docket items | 0.9 |
| Wed 27 | Final Review, release Grace earnings memo | 1.0 |
| | Comm (4) w/OHS (RW) re semiannual fincl review | 0.8 |
| | Review/analyze docket items | 0.4 |
| Thu 28 | Review/analyze docket items | 0.3 |
| | Review draft fee apps | 0.7 |
| Fri 29 | Review/analyze docket items | 0.2 |
| | TOTAL TIME (hrs) | 32.5 |

**WR Grace**
**October 2010 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Fri 1 | Review/analysis docket items | 0.3 |
| Mon 4 | Review/analysis docket items | 0.4 |
| Wed 6 | Review/analysis docket items | 0.5 |
| Thu 7 | Review/analysis docket items | 0.4 |
| Fri 8 | Review/analysis docket items | 0.3 |
| Mon 11 | Review/analysis docket items | 0.5 |
| Tue 12 | Fee app prep | 1.0 |
|  | Review/analysis docket items | 0.5 |
| Wed 13 | Review/analysis docket items | 0.7 |
| Thu 14 | Review/analysis docket items | 0.5 |
| Fri 15 | Review/analysis docket items | 0.4 |
| Mon 18 | Hearing/prep | 1.5 |
|  | Review/analysis docket items | 0.2 |
| Tue 19 | Review acq. order and documents | 1.0 |
|  | Review/analysis docket items | 0.3 |
| Wed 20 | Review Project Lily info | 0.5 |
|  | Review/analysis docket items | 0.3 |
| Thu 21 | Earnings call and prep | 1.5 |
|  | Review/analysis docket items | 0.4 |
| Fri 22 | Review/analysis docket items | 0.3 |
| Mon 25 | Review of 3rd quarter update | 2.0 |
|  | Review/analysis docket items | 0.5 |
| Tue 26 | Preparation of memo re: 3Q results and acquisition | 2.5 |
|  | Review/analysis docket items | 0.5 |
| Wed 27 | Preparation of memo re: 3Q results and acquisition | 1.0 |
|  | Review/analysis docket items | 0.3 |
| Thu 28 | Review/analysis docket items | 0.4 |
| Fri 29 | Review/analysis docket items | 0.2 |
|  | TOTAL TIME (hrs) | 18.9 |

**WR Grace**
**October 2010 Time - George Coles, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Fri 1 | Review/analysis docket items | 0.3 |
| Wed 6 | Review/analysis docket items | 1.0 |
| Wed 13 | Review/analysis docket items | 1.0 |
| Fri 15 | Review/analysis docket items | 0.4 |
| Mon 18 | Hearing/prep | 1.5 |
|  | Review/analysis docket items | 0.2 |
| Wed 20 | Review Project Lily info | 1.0 |
| Thu 21 | Earnings call and prep | 1.5 |
|  | Review/analysis docket items | 0.4 |
| Fri 22 | Review/analysis docket items | 0.3 |
| Mon 25 | Review of 3rd quarter update | 2.0 |
|  | Review/analysis docket items | 0.5 |
| Tue 26 | Preparation of memo re: 3Q results and acquisition | 3.5 |
|  | Review/analysis docket items | 0.5 |
|  | Preparation of memo re: 3Q results and acquisition | 3.5 |
| Thu 28 | Review/analysis docket items | 0.3 |
|  | TOTAL TIME (hrs) | 17.9 |

**WR Grace**
**October 2010 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Mon 4 | Review/analysis docket items | 0.5 |
| Tue 5 | Review/analysis docket items | 0.5 |
| Thu 7 | Review/analysis docket items | 0.5 |
| Fri 8 | Review/analysis docket items | 0.5 |
| Thu 14 | Review/analysis docket items | 0.5 |
| Fri 15 | Review/analysis docket items | 0.5 |
| Mon 18 | Review/analysis docket items | 0.5 |
| Tue 19 | Review/analysis docket items | 0.5 |
| Wed 20 | Review Project Lily info | 2.0 |
| Thu 21 | Review Grace 3Q earnings info | 3.0 |
| Mon 25 | Prep fee apps | 2.0 |
|  | Review/analysis docket items | 0.5 |
| Wed 27 | Review/analysis docket items | 0.5 |
| Thu 28 | Prep fee apps | 2.0 |
| Fri 29 | Review/analysis docket items | 0.5 |
|  | TOTAL TIME (hrs) | 14.5 |