# EXHIBIT B

**W.R. Grace**
**Detail of expenses (October 1, 2010 – October 31, 2010)**

Communication
Telephone                                              $107.98
Express Mail                                           $  17.42
                        **Total Communication:**              **$  125.40**

**TOTAL EXPENSES:**                                   **$  125.40**