

November 9, 2010

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   181820
Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH October 31, 2010

.

**CLIENT SUMMARY**

**BALANCE AS OF- 10/31/10**

| MATTERS | TIME | COSTS | TOTAL |
|---|---:|---:|---:|
| **.15537 -** 01- Case Administration | $148.50 | $1,014.31 | $1,162.81 |
| **.15539 -** 03 - Creditors Committee | $431.50 | $0.00 | $431.50 |
| **.15543 -** 07 - Applicant's Fee Application | $170.00 | $0.00 | $170.00 |
| **.15544 -** 08 - Hearings | $1,519.50 | $0.00 | $1,519.50 |
| *Client Total* | **$2,269.50** | **$1,014.31** | **$3,283.81** |

### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| TIMEKEEPER | HOURS | RATE | AMOUNT |
| --- | ---: | ---: | ---: |
| Baena, Scott L | 0.20 | $675.00 | $135.00 |
| Kramer, Matthew I | 0.60 | $425.00 | $255.00 |
| Sakalo, Jay M | 2.30 | $495.00 | $1,138.50 |
| Snyder, Jeffrey I | 1.80 | $340.00 | $612.00 |
| Flores, Luisa M | 0.60 | $215.00 | $129.00 |

**TOTAL PROFESSIONAL FEES THIS PERIOD**  *$2,269.50*

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
| --- | ---: |
| Long Distance Telephone | $4.17 |
| Long Distance Telephone-Outside Services | $58.00 |
| Miscellaneous Costs | $780.00 |
| Pacer - Online Services | $171.84 |
| Copies | $0.30 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$1,014.31** |

| | |
| --- | ---: |
| **TOTAL BALANCE DUE THIS PERIOD** | **$3,283.81** |

Atty – SLB
Client No.: 74817/15537

**RE: 01- Case Administration**

| | | | | | |
|---|---|---|---|---|---|
| 10/11/10 | JMS | 0.30 | 148.50 | Review letter to J. Buckwalter's chambers regarding transfer of adversary proceeding (.3). | |

**PROFESSIONAL SERVICES** $148.50

### COSTS ADVANCED

| | | |
|---|---|---|
| 07/27/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 07/23/10-08/24/10; DATE: 8/24/2010 - Acct. #5306220025395504 | 58.00 |
| 09/30/10 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: Q32010-RB0120; DATE: 10/5/2010 - Account#RB0120 | 2.40 |
| 09/30/10 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: Q32010-RB0120; DATE: 10/5/2010 - Account#RB0120 | 166.16 |
| 09/30/10 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: Q32010-RB0120; DATE: 10/5/2010 - Account#RB0120 | 3.28 |
| 10/14/10 | Long Distance Telephone 1(302)575-1555; 2 Mins. | 4.17 |
| 11/09/10 | Miscellaneous Costs Professional/Expert fees related to PD Estimation for November 2010 $ 780.00 | 780.00 |
| 10/26/10 | Copies 3 pgs @ 0.10/pg | 0.30 |

**TOTAL COSTS ADVANCED** $1,014.31

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.30 | $495.00 | $148.50 |
| **TOTAL** | **0.30** | | **$148.50** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone | $4.17 |
| Long Distance Telephone-Outside Services | $58.00 |
| Miscellaneous Costs | $780.00 |
| Pacer - Online Services | $171.84 |
| Copies | $0.30 |
| **TOTAL** | **$1,014.31** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**CURRENT BALANCE DUE THIS MATTER** $1,162.81

Atty – SLB  
Client No.: 74817/15539

**RE: 03 - Creditors Committee**

| | | | | |
|---|---|---|---|---|
| 10/14/10 | JMS | 0.40 | 198.00 | Emails with M. Dies regarding Grace status and agenda (.4). |
| 10/15/10 | JMS | 0.20 | 99.00 | Emails with M. Dies regarding case status (.2). |
| 10/20/10 | MIK | 0.20 | 85.00 | Telephone conferences with PD claimants regarding status of case. |
| 10/26/10 | JMS | 0.10 | 49.50 | Email to committee regarding 2011 omnibus hearing dates (.1). |

**PROFESSIONAL SERVICES** $431.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 0.20 | $425.00 | $85.00 |
| Sakalo, Jay M | 0.70 | $495.00 | $346.50 |
| **TOTAL** | **0.90** | | **$431.50** |

**CURRENT BALANCE DUE THIS MATTER** $431.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15543

**RE: 07 - Applicant's Fee Application**

| 10/18/10 | JIS | 0.50 | 170.00 | Review and revise September prebill. |

**PROFESSIONAL SERVICES** $170.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.50 | $340.00 | $170.00 |
| **TOTAL** | **0.50** | | **$170.00** |

**CURRENT BALANCE DUE THIS MATTER** $170.00

Atty – SLB
Client No.: 74817/15544

**RE: 08 - Hearings**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 10/12/10 | SLB | 0.20 | 135.00 | Attention to omnibus hearing agenda (.2). |
| 10/12/10 | LMF | 0.60 | 129.00 | Attend to agenda and set up of court call appearances. |
| 10/14/10 | JIS | 0.10 | 34.00 | Emails regarding 10/18 omnibus hearing. |
| 10/18/10 | JMS | 1.30 | 643.50 | Attend omnibus hearing by phone (1.2); email to Committee thereon (.1). |
| 10/18/10 | JIS | 1.20 | 408.00 | Telephonic attendance at omnibus hearing. |
| 10/18/10 | MIK | 0.40 | 170.00 | Attend hearing telephonically and email committee regarding same. |

**PROFESSIONAL SERVICES** $1,519.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.20 | $675.00 | $135.00 |
| Kramer, Matthew I | 0.40 | $425.00 | $170.00 |
| Sakalo, Jay M | 1.30 | $495.00 | $643.50 |
| Snyder, Jeffrey I | 1.30 | $340.00 | $442.00 |
| Flores, Luisa M | 0.60 | $215.00 | $129.00 |
| **TOTAL** | **3.80** | | **$1,519.50** |

**CURRENT BALANCE DUE THIS MATTER** $1,519.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP