# Exhibit A

# DuaneMorris

FIRM and AFFILIATE OFFICES
NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

November 5, 2010

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1613716                          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 10/31/2010 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| WS KATCHEN | OF COUNSEL | 2.30 hrs. at | $795.00 /hr. = | $1,828.50 |
| BA GRUPPO | PARALEGAL | 0.20 hrs. at | $305.00 /hr. = | $61.00 |
| S LENKIEWICZ | PARALEGAL | 2.60 hrs. at | $165.00 /hr. = | $429.00 |
| DS MARRA | LEGAL ASSISTANT | 1.30 hrs. at | $160.00 /hr. = | $208.00 |

$2,526.50

DISBURSEMENTS
COURT SEARCH SERVICE                                                  12.18
TOTAL DISBURSEMENTS                                                         $12.18

BALANCE DUE THIS INVOICE                                                   $2,538.68

PREVIOUS BALANCE                                                           $23,688.28

TOTAL BALANCE DUE                                                          $26,226.96

File # K0248-00001　　　　　　　　　　　　　　　　　　　　　INVOICE # 1613716
　　W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/6/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED SEPTEMBER 26, 2010 THROUGH OCTOBER 5, 2010 FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1) | 0.20 | $32.00 |
| 10/11/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 10/11/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED SEPTEMBER 26, 2010 THROUGH OCTOBER 10, 2010 FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1) | 0.20 | $32.00 |
| 10/12/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 10/22/2010 | 004 | S LENKIEWICZ | REVIEW DOCKET RE OMNIBUS HEARING DATE ORDER (.2); CALENDAR SAME (.1) | 0.30 | $49.50 |
| 10/28/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED OCTOBER 11, 2010 THROUGH OCTOBER 28, 2010 FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1) | 0.20 | $32.00 |
| | | | Code Total | 1.10 | $206.50 |

Duane Morris
November 5, 2010
Page 3

File # K0248-00001  
    W.R. GRACE & CO.

INVOICE # 1613716

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/22/2010 | 007 | WS KATCHEN | REVIEW COMMITTEE MEMO. | 0.20 | $159.00 |
| | | | Code Total | 0.20 | $159.00 |

File # K0248-00001                                        INVOICE #  1613716
    W.R. GRACE & CO.

| DATE | TASK TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 10/28/2010 | 010 | DS MARRA | 0.70 | $112.00 |
| | | RECEIVE AND REVIEW CORRESPONDENCE FROM D. MOHAMED REGARDING CERTIFICATE OF NO OBJECTION REGARDING SEVENTY-EIGHTH INTERIM FEE APPLICATION OF CAPSTONE (.1); DRAFT CERTIFICATE OF NO OBJECTION (.2); RETRIEVE AND REVIEW ELECTRONIC DOCKET OF PLEADINGS FILED FOR OBJECTIONS TO CAPSTONE'S SEVENTY-EIGHTH INTERIM FEE APPLICATION (.1); FINALIZE CERTIFICATE OF NO OBJECTION AND PREPARE FOR ELECTRONIC FILING (.1); ELECTRONICALLY FILE SAME (.1); CORRESPONDENCE TO D. MOHAMED REGARDING SAME (.1) | | | |
| | | Code Total | 0.70 | $112.00 |

File # K0248-00001  
    W.R. GRACE & CO.

INVOICE # 1613716

| DATE | TASK TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 10/21/2010 | 012 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING DUANE MORRIS 103RD MONTHLY FEE APPLICATION (.2); EFILE SAME (.2) | 0.40 | $66.00 |
| 10/28/2010 | 012 | S LENKIEWICZ | FINALIZE DUANE MORRIS 104TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.2) | 0.40 | $66.00 |
| | | | Code Total | 0.80 | $132.00 |

File # K0248-00001                                              INVOICE #  1613716
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/1/2010 | 013 | S LENKIEWICZ | RECEIPT OF CAPSTONE 78TH MONTHLY FEE APPLICATION AND PREPARE SAME FOR EFILING (.2); EFILE SAME (.2); FORWARD AS-FILED COPY OF SAME TO D. MOHAMMAD (.1) | 0.50 | $82.50 |
| 10/21/2010 | 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING STROOCK 113TH MONTHLY FEE APPLICATION (.2); EFILE SAME AND FORWARD AS-FILED COPY TO D. MOHAMMAD (.3) | 0.50 | $82.50 |
| 10/28/2010 | 013 | S LENKIEWICZ | RECEIPT OF SSL'S 114TH MONTHLY APPLICATION AND PREPARE SAME FOR E-FILING (.2); EFILE SAME (.2); FORWARD AS-FILED COPY OF SAME TO D. MOHAMMAD (.1) | 0.50 | $82.50 |
| | | | Code Total | 1.50 | $247.50 |

File # K0248-00001　　　　　　　　　　　　　　　　　　　　　　　　INVOICE #  1613716
　　　W.R. GRACE & CO.

| DATE | TASK TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 10/5/2010 | 025 | WS KATCHEN | REVIEW CERTIFICATE OF COUNSEL RE: ORDER W/D MOTION ENFORCING 2009 STIPULATION NJ DEP./SETTLEMENT LETTER AGREEMENT. | 0.30 | $238.50 |
| 10/5/2010 | 025 | WS KATCHEN | REVIEW DEBTORS' MOITION TO APPROVE SETTLEMENT FEDERAL INSURANCE CO. | 0.20 | $159.00 |
| 10/6/2010 | 025 | WS KATCHEN | RESEARCH LATEST PLAN ISSUE OPINION. | 0.90 | $715.50 |
| 10/7/2010 | 025 | WS KATCHEN | REVIEW STROOCK MEMO. | 0.20 | $159.00 |
| 10/11/2010 | 025 | WS KATCHEN | DOCKET REVIEW. | 0.20 | $159.00 |
| 10/27/2010 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $159.00 |
| 10/27/2010 | 025 | WS KATCHEN | REVIEW ORDER AUTHORIZING DEBTOR TO PURCHASE SYNTHETECH. | 0.10 | $79.50 |
| | | | Code Total | 2.10 | $1,669.50 |

Duane Morris
November 5, 2010
Page 8

File # K0248-00001                                           INVOICE #  1613716
    W.R. GRACE & CO.

|  | TOTAL SERVICES | 6.40 | $2,526.50 |
|---|---|---|---|

Duane Morris
November 5, 2010
Page 9

File # K0248-00001  INVOICE # 1613716
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---|
| 10/31/2010 | COURT SEARCH SERVICE | | 12.18 |
| | | Total: | $12.18 |
| | TOTAL DISBURSEMENTS | | $12.18 |