# EXHIBIT A

## WR GRACE & CO
## COMPENSATION BY PROJECT CATEGORY
## OCTOBER 1, 2010 - OCTOBER 31, 2010

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 6.0 | $ 4,170.00 |
| 0009 | Asset Dispositions, Sales, Uses and Leases (Section 363) | 0.9 | 625.50 |
| 0014 | Case Administration | 8.3 | 1,787.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 6.5 | 4,673.50 |
| 0018 | Fee Application, Applicant | 8.6 | 4,216.50 |
| 0019 | Creditor Inquiries | 1.0 | 782.00 |
| 0020 | Fee Application, Others | 2.3 | 588.50 |
| 0022 | Environmental Matters/Regulations/Litigation | 0.6 | 417.00 |
| 0037 | Hearings | 0.6 | 417.00 |
|  |  |  |  |
|  | TOTAL | 34.8 | $ 17,677.50 |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | November 3, 2010 |
| INVOICE NO. | 519584 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through October 31, 2010, including:

| | |
|---|---|
| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
| | 699843  0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/11/2010 | Attend to Debtors' motion approving settlement with Federal Insurance Company. | Krieger, A. | 0.3 |
| 10/14/2010 | Attend to proposed settlement with Federal Insurance and preparation of Committee memorandum. | Krieger, A. | 4.4 |
| 10/15/2010 | Attend to Committee memorandum re Federal Insurance settlement. | Krieger, A. | 1.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 6.0 | $ 695 | $ 4,170.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 4,170.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 4,170.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | |
|---|---|---|
| RE | Asset Dispositions, Sales, Uses and Leases (Section 363) | |
| | 699843  0009 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/04/2010 | Attend to revised Synthetech order. | Krieger, A. | 0.1 |
| 10/05/2010 | Memorandum to J. Baer re Synthetech order (.1); memorandum to Capstone re same (.1). | Krieger, A. | 0.2 |
| 10/15/2010 | Exchanged memoranda with J. Baer re status of proposed revised Synthetech order. | Krieger, A. | 0.2 |
| 10/21/2010 | Memorandum to Capstone re Project Lily information. | Krieger, A. | 0.1 |
| 10/24/2010 | Attend to memorandum from Capstone re Project Lily information and memorandum to Capstone re analysis and report thereon. | Krieger, A. | 0.2 |
| 10/28/2010 | Attend to Capstone's information request on Project Lily. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.9 | $ 695 | $ 625.50 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 625.50 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 625.50 |

# STROOCK

| | | |
|---|---|---|
| RE | Case Administration<br>699843 0014 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/01/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |
| 10/04/2010 | Obtain and circulate recently docketed pleadings in main case (.3); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.6 |
| 10/06/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.3 |
| 10/08/2010 | Obtain documents for attorney review. | Mohamed, D. | 0.5 |
| 10/12/2010 | Review docket and circulate any relevant pleadings. | Braun, D. | 0.1 |
| 10/13/2010 | Attend to 10/18/10 hearing agenda notice and exchanged memoranda re attendance at hearing. | Krieger, A. | 0.2 |
| 10/13/2010 | Obtain and circulate recently docketed pleadings in main case (.5); Schedule A. Krieger to appear telephonically at 10/18/10 hearing (.2). | Mohamed, D. | 0.7 |
| 10/19/2010 | Obtain and circulate recently docketed pleadings in main case (.6); obtain documents for attorney review (.5). | Mohamed, D. | 1.1 |
| 10/21/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.3 |
| 10/22/2010 | Obtain certain documents for attorney review. | Mohamed, D. | 0.7 |
| 10/25/2010 | Obtain and circulate recently docketed pleadings in main case (.5); review case file documents (1.3); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 2.1 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/26/2010 | Attend to modified order re 2001 hearing dates, deadlines. | Krieger, A. | 0.1 |
| 10/26/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |
| 10/27/2010 | Attend to notice of settlement for the prior quarterly period. | Krieger, A. | 0.1 |
| 10/27/2010 | Obtain and circulate recently docketed pleading in main case. | Mohamed, D. | 0.3 |
| 10/28/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Braun, Danielle E. | 0.1 | $ 275 | $ 27.50 |
| Krieger, Arlene G. | 0.4 | 695 | 278.00 |
| Mohamed, David | 7.8 | 190 | 1,482.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,787.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,787.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders' 699843 0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/01/2010 | Memorandum to the Committee re letter agreement resolving Debtors' motion to enforce NJDEP stipulation (.6); memorandum to the Committee re proposed settlement (.9). | Krieger, A. | 1.5 |
| 10/04/2010 | Preparation of memorandum re resolution of Debtors' motion to enforce NJDEP stipulation. | Krieger, A. | 0.4 |
| 10/06/2010 | Attend to preparation of Committee memorandum re proposed Settlement of Seaboard Group II claim. | Krieger, A. | 1.2 |
| 10/07/2010 | Attend to Committee memorandum re settlement of Seaboard Group II claim and resolution of Debtors' motion enforcing prior NJDEP stipulation. | Krieger, A. | 0.8 |
| 10/18/2010 | Attend to memorandum for the Committee re 10/18/10 omnibus hearing. | Krieger, A. | 0.4 |
| 10/18/2010 | Review memo to Committee re court hearing. | Kruger, L. | 0.2 |
| 10/20/2010 | Attend to Committee memorandum re Federal Insurance Company settlement. | Krieger, A. | 0.8 |
| 10/20/2010 | Review AK draft memo re Federal settlement. | Kruger, L. | 0.2 |
| 10/20/2010 | Review AK draft memo re: Federal Insurance Company settlement. | Pasquale, K. | 0.2 |
| 10/21/2010 | Memorandum for the Committee re Federal Insurance Company settlement. | Krieger, A. | 0.2 |
| 10/25/2010 | Memorandum to Committee member re Federal Insurance settlement inquiry. | Krieger, A. | 0.6 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 5.9 | $ 695 | $ 4,100.50 |
| Kruger, Lewis | 0.4 | 995 | 398.00 |
| Pasquale, Kenneth | 0.2 | 875 | 175.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 4,673.50 |
| TOTAL FOR THIS MATTER | | | $ 4,673.50 |

# STROOCK

| | | | |
|---|---|---|---|
| RE | Fee Application, Applicant 699843 0018 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/05/2010 | Review/revise September bill. | Magzamen, M. | 0.5 |
| 10/07/2010 | Prepare draft of Stroock's one-hundred and fourteenth monthly fee application for review. | Mohamed, D. | 0.8 |
| 10/11/2010 | Attend to SSL's September 2010 fee statement. | Krieger, A. | 0.2 |
| 10/11/2010 | Revise draft of Stroock's One-Hundred and Fourteenth monthly fee application. | Mohamed, D. | 0.4 |
| 10/27/2010 | Attend to preparation of SSL's 38th quarterly fee application. | Krieger, A. | 1.2 |
| 10/28/2010 | Attend to preparation of 38th quarterly fee application. | Krieger, A. | 3.6 |
| 10/28/2010 | Review Stroock's one hundred and fourteenth monthly fee application for filing (.7); prepare certificate of service re same and forward to local counsel for filing (.6); prepare and effectuate service re fee application (.6). | Mohamed, D. | 1.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 5.0 | $ 695 | $ 3,475.00 |
| Magzamen, Michael | 0.5 | 305 | 152.50 |
| Mohamed, David | 3.1 | 190 | 589.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,216.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 4,216.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | |
|---|---|---|
| RE | Creditor Inquiries | |
| | 699843  0019 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/12/2010 | Telephone conference lender re confirmation status. | Pasquale, K. | 0.3 |
| 10/19/2010 | Telephone conferences creditors re confirmation status. | Pasquale, K. | 0.4 |
| 10/25/2010 | Telephone call creditor re case status. | Krieger, A. | 0.1 |
| 10/25/2010 | Tc w/ creditor re: case status and call w/ A. Krieger re: same. | Magzamen, M. | 0.1 |
| 10/28/2010 | Telephone call creditor re confirmation status. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.2 | $ 695 | $ 139.00 |
| Magzamen, Michael | 0.1 | 305 | 30.50 |
| Pasquale, Kenneth | 0.7 | 875 | 612.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 782.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 782.00 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Fee Application, Others | |
| | 699843  0020 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/01/2010 | Review Capstone's Seventy-Eighth monthly fee application for filing (.7); prepare notice and certificate of service re same and forward to local counsel for filing (.6); prepare and effectuate service re fee application (.7). | Mohamed, D. | 2.0 |
| 10/11/2010 | Attend to other parties' fee applications, certifications. | Krieger, A. | 0.2 |
| 10/26/2010 | Attend to other professionals, fee application, certifications, notices. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.3 | $ 695 | $ 208.50 |
| Mohamed, David | 2.0 | 190 | 380.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 588.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 588.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Environmental Matters/Regulations/Litigation<br>699843 0022 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/01/2010 | Attend to Debtors' claim settlement with Seaboard Group and proof of claim, and request to Debtors' counsel for additional information. | Krieger, A. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.6 | $ 695 | $ 417.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 417.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 417.00 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Expenses<br>699843 0024 | |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |

**MATTER DISBURSEMENT SUMMARY**

| | |
|---|---|
| Outside Messenger Service | $ 59.20 |
| Long Distance Telephone | 30.00 |
| Duplicating Costs-in House | 0.80 |

| | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 90.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 90.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Hearings |
|---|---|
| | 699843 0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/18/2010 | Preparation for and attendance at telephonic omnibus hearing re: Synthetech acquisition and status of confirmation decision. | Krieger, A. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.6 | $ 695 | $ 417.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 417.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 417.00 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 17,677.50 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 90.00 |
| TOTAL BILL | $ 17,767.50 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.