# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**OCTOBER 1, 2010 - OCTOBER 31, 2010**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Kruger, Lewis | 0.4 | $    995 | $      398.00 |
| Pasquale, Kenneth | 0.9 | 875 | 787.50 |
|  |  |  |  |
| **Associates** |  |  |  |
| Krieger, Arlene G. | 19.9 | 695 | 13,830.50 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Braun, Danielle E. | 0.1 | 275 | 27.50 |
| Magzamen, Michael | 0.6 | 305 | 183.00 |
| Mohamed, David | 12.9 | 190 | 2,451.00 |
|  |  |  |  |
| **TOTAL** | **34.8** |  | **$ 17,677.50** |