# EXHIBIT C

## WR GRACE & CO
## DISBURSEMENT SUMMARY
## OCTOBER 1, 2010 - OCTOBER 31, 2010

| | | |
|---|---|---:|
| Outside Messenger Service | $ | 59.20 |
| Long Distance Telephone | | 30.00 |
| Duplicating Costs-in House | | 0.80 |
| | | |
| TOTAL | $ | 90.00 |

# STROOCK

## Disbursement Register

| DATE | November 3, 2010 |
|---|---|
| INVOICE NO. | 519584 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through October 31, 2010, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 10/04/2010 | VENDOR: UPS; INVOICE#: 0000010X827400; DATE: 10/02/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, 325 N St Paul St, Dallas, TX 75201 Tracking #:1Z10X8270193021439 on 09/28/2010 | 9.50 |
| 10/04/2010 | VENDOR: UPS; INVOICE#: 0000010X827400; DATE: 10/02/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 Tracking #:1Z10X8270194737049 on 09/28/2010 | 6.70 |
| 10/04/2010 | VENDOR: UPS; INVOICE#: 0000010X827400; DATE: 10/02/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 Tracking #:1Z10X8270196030629 on 09/28/2010 | 6.70 |
| 10/04/2010 | VENDOR: UPS; INVOICE#: 0000010X827400; DATE: 10/02/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 N Market St, Wilmington, DE 19801 Tracking #:1Z10X8270197868830 on 09/28/2010 | 6.70 |
| 10/12/2010 | VENDOR: UPS; INVOICE#: 0000010X827410; DATE: 10/09/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 Tracking #:1Z10X8270195009262 on 10/01/2010 | 6.70 |
| 10/12/2010 | VENDOR: UPS; INVOICE#: 0000010X827410; DATE: 10/09/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, 325 N St Paul St, Dallas, TX 75201 Tracking #:1Z10X8270195565876 on 10/01/2010 | 9.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

PAGE: 2

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/12/2010 | VENDOR: UPS; INVOICE#: 0000010X827410; DATE: 10/09/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 Tracking #:1Z10X8270195664894 on 10/01/2010 | 6.70 |
| 10/12/2010 | VENDOR: UPS; INVOICE#: 0000010X827410; DATE: 10/09/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 N Market St, Wilmington, DE 19801 Tracking #:1Z10X8270199519089 on 10/01/2010 | 6.70 |
| | **Outside Messenger Service Total** | **59.20** |

**Long Distance Telephone**

| 10/20/2010 | VENDOR: Chase Card Services; INVOICE#: 100210; DATE: 10/2/2010 - visa charge 09/16/10 CourtCall | 30.00 |
|---|---|---|
| | **Long Distance Telephone Total** | **30.00** |

**Duplicating Costs-in House**

| 10/28/2010 | | 0.80 |
|---|---|---|
| | **Duplicating Costs-in House Total** | **0.80** |

BILL DISBURSEMENT SUMMARY

| Outside Messenger Service | $ 59.20 |
|---|---|
| Long Distance Telephone | 30.00 |
| Duplicating Costs-in House | 0.80 |

| TOTAL DISBURSEMENTS/CHARGES | $ 90.00 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM