# EXHIBIT A

**October 2010 Fee Detail**

**Matter 3** **Business Operations**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 10/1/2010 | Confer with J. O'Connell ( Blackstone) re potential new deal (.30); review correspondence from FCR re Mallard issues and follow up re same (.30); follow up with Grace and CNA re retro premium issue (.30). | .90 | $625 | $562.50 |
| JSB | 10/4/2010 | Prepare correspondence with revised Mallard Order (.30); review response and follow up re 10/18 Agenda on same (.30). | .60 | $625 | $375.00 |
| RJH | 10/4/2010 | Exchange correspondence with J. O'Connell re foreign subsidiary structure issues and analyze same (.60). | .60 | $475 | $285.00 |
| JSB | 10/7/2010 | Confer with R. Higgins re claims disclosure for Grace 10Q and review same (.30); prepare correspondence to T. Freedman and confer re 10Q issues (.30). | .60 | $625 | $375.00 |
| JSB | 10/12/2010 | Follow up re Third Quarter 10Q issues (.30). | .30 | $625 | $187.50 |
| JSB | 10/13/2010 | Review correspondence re Synthetech transaction (.20). | .20 | $625 | $125.00 |
| JSB | 10/15/2010 | Confer with M. Shelnitz and R. Finke re case status and potential Congo transaction (.50); review correspondence re Plum Creek and 10Q issues (20). | .70 | $625 | $437.50 |
| RJH | 10/15/2010 | Review and revise 10-Q claims insert and exchange correspondence with various parties re same (1.30). | 1.30 | $475 | $617.50 |
| RJH | 10/17/2010 | Review and revise draft Project Mallard press release and exchange correspondence with various parties re same (.70). | .70 | $475 | $332.50 |
| RJH | 10/18/2010 | Analyze and resolve issues re press release and exchange correspondence with various parties re same (.70). | .70 | $475 | $332.50 |
| RJH | 10/20/2010 | Prepare for and participate in telephone conference with client and others re Project Lily (.60). | .60 | $475 | $285.00 |
| JSB | 10/25/2010 | Review correspondence re 10Q and prepare follow up re same (.30); review draft 10Q (1.00) | 1.30 | $625 | $812.50 |
| JSB | 10/27/2010 | Review revised 10Q (.30); prepare correspondence and review correspondence re same (.30). | .60 | $625 | $375.00 |
| **Total** | | | **9.10** | | **$5,102.50** |

**Matter 4** **Case Administration**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 10/4/2010 | Confer with J. Fisher (Pentwater) re Court denial re State of Montana Appeal and review correspondence re same (.30). | .30 | $625 | $187.50 |
| RJH | 10/4/2010 | Analyze issues re implementation of client-required timekeeping procedures (.40). | .40 | $475 | $190.00 |
| RJH | 10/4/2010 | Follow up with G. Wang re quarterly OCP report (.30). | .30 | $475 | $142.50 |
| JSB | 10/5/2010 | Confer with R. Higgins re various case matters including DOE billing, Mallard, Norfolk Southern, pending claims and outstanding Plan issues (2.00); review newly filed pleadings and attend to same (.40). | 2.40 | $625 | $1,500.00 |
| RJH | 10/5/2010 | Confer with J. Baer re case status , various ongoing matters and implementation of client-mandated timekeeping system (2.00); Exchange correspondence with various parties and analyze issues re OCP report (.50) | 2.50 | $475 | $1,187.50 |
| RJH | 10/6/2010 | Draft OCP Report and prepare same for filing (.70); exchange correspondence with various parties re same (.20). | .90 | $475 | $427.50 |
| RJH | 10/7/2010 | Participate in telephone conference with H. Humphries re client-mandated timekeeping issue (.30). | .30 | $475 | $142.50 |
| JSB | 10/8/2010 | Review and revise current case task list (.60). | .60 | $625 | $375.00 |
| RJH | 10/8/2010 | Exchange correspondence with various parties re quarterly asset reports and analyze issues re same (.60). | .60 | $475 | $285.00 |
| RJH | 10/10/2010 | Revise templates for client-required timekeeping system (1.20). | 1.20 | $475 | $570.00 |
| RJH | 10/11/2010 | Telephone conference with H. Humphries re templates for client-mandated timekeeping system (.30). | .30 | $475 | $142.50 |
| RJH | 10/11/2010 | Confer with J. Baer re timekeeping implementation issues and resolve same (.20). | .20 | $475 | $95.00 |
| JSB | 10/12/2010 | Revise and update pending matter outline (.40); confer re staffing issues on various issues (.30) | .70 | $625 | $437.50 |
| JSB | 10/15/2010 | Participate in Grace team call re case status and potential for matters upon confirmation (.50). | .50 | $625 | $312.50 |
| JSB | 10/18/2010 | Review newly filed pleadings and attend to same (.30). | .30 | $625 | $187.50 |
| RJH | 10/18/2010 | Exchange correspondence with various parties re quarterly asset reports and analyze issues re same (.50). | .50 | $475 | $237.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 10/19/2010 | Prepare correspondence re coordination meeting re various matters (.30); review current Grace task list (1.50); prepare correspondence re same (.20). | 2.00 | $625 | $1,250.00 |
| JSB | 10/20/2010 | Participate in call with Blackstone and Grace re China acquisition (.50). | .50 | $625 | $312.50 |
| RJH | 10/20/2010 | Prepare quarterly asset and settlement report (.80); exchange correspondence with K. Love re same (.30). | 1.10 | $475 | $522.50 |
| JSB | 10/21/2010 | Review newly filed materials and follow up re same (.40); confer with R. Finke re confirmation order issues and Canadian matter (.20); review and respond to correspondence re fee auditor issues re Kaye Scholer (.30); review and respond to numerous party inquiries re case issues (.40). | 1.30 | $625 | $812.50 |
| RJH | 10/21/2010 | Update Grace task list (.50); attend to matters re various settlements and quarterly report re same, and exchange correspondence with various parties re same (.50). | 1.00 | $475 | $475.00 |
| JSB | 10/22/2010 | Confer with Garlock counsel re questions re status and procedure (.30); confer with R. Higgins re current ongoing projects and follow up re same (.60); confer with J. Donley, A. Paul and R. Higgins re case status and confirmation issues (1.00); review newly filed pleadings and attend to same (.40). | 2.30 | $625 | $1,437.50 |
| RJH | 10/22/2010 | Confer with J. Baer, J. Donley and A. Paul re case status (1.00); confer with J. Baer re task list and revise same (.50). | 1.50 | $475 | $712.50 |
| RJH | 10/25/2010 | Prepare quarterly settlement report for filing (.60). | .60 | $475 | $285.00 |
| JSB | 10/27/2010 | Review current projects and follow up re numerous outstanding issues and pending matters (.80); confer re same (.20). | 1.00 | $625 | $625.00 |
| RJH | 10/28/2010 | Telephone conference with H. Humphries re timekeeping system (.40). | .40 | $475 | $190.00 |
| Total | | | 23.70 | | $13,042.50 |

**Matter 5** **Claim Analysis Objection & Resolution (Asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 10/8/2010 | Confer with R. Higgins re Plum Creek chronology and related issues (.40); review correspondence re same (.20). | .60 | $625 | $375.00 |
| RJH | 10/19/2010 | Exchange correspondence with various parties re communication from asbestos personal injury claimant (.30). | .30 | $475 | $142.50 |
| Total | | | .90 | | $517.50 |

**Matter 6** **Claim Analysis Objection & Resolution (Non-asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 10/1/2010 | Prepare correspondence re Harrington Tools claim information (.30); review further correspondence re same and prepare response (.30); review correspondence re Seaboard settlement and prepare follow up re same (.30). | .90 | $625 | $562.50 |
| RJH | 10/4/2010 | Attend to issues re execution of Rowe/Indmar stipulation (.90). | .90 | $475 | $427.50 |
| JSB | 10/6/2010 | Prepare correspondence /follow up re Schedule Amendments re objectionable claims (.40); confer re same (.20). | .60 | $625 | $375.00 |
| JSB | 10/7/2010 | Review materials re Non-Default Contract Rate of Interest Notices and Plan deadlines re same (2.00); review materials re scheduled claims (.30). | 2.30 | $625 | $1,437.50 |
| JSB | 10/8/2010 | Prepare correspondence re Notice of Non-Default Contract Rate of Interest issues (.60); confer with T. Freedman re same (.20); review notes re Executory Contracts claim analysis and prepare follow up correspondence with V. Finkelstein re same (.80); prepare correspondence re follow up on Undisputed Claims Exhibit (.40); prepare follow up correspondence on Scheduled claims issues and amendments (.30); review various responses on Plan claim follow up matters (.30). | 2.60 | $625 | $1,625.00 |
| JSB | 10/12/2010 | Review Fair Harbor POC 's re interest rate issues (.50); review schedules of open /revised scheduled claims (.30); follow up re related open issues (.20). | 1.00 | $625 | $625.00 |
| JSB | 10/13/2010 | Review correspondence re Intercat claim (.30); review correspondence from Grace re Lease rejection damage issues and respond re same (.30); review correspondence re claim and interest rate issues (.20). | .80 | $625 | $500.00 |
| JSB | 10/14/2010 | Review correspondence re Akzo Nobel claim (.20). | .20 | $625 | $125.00 |
| RJH | 10/14/2010 | Legal research, consider issues and exchange correspondence with various parties re open claims issues (.70). | .70 | $475 | $332.50 |
| RJH | 10/15/2010 | Exchange correspondence with various parties re open claims issues (.40). | .40 | $475 | $190.00 |
| JSB | 10/18/2010 | Review correspondence and documentation re Akzo Nobel claim (.70); prepare response re same (.30); | 1.00 | $625 | $625.00 |
| RJH | 10/18/2010 | Exchange correspondence with various parties re open claims issues (.80). | .80 | $475 | $380.00 |
| RJH | 10/19/2010 | Analyze open claims issues (.50). | .50 | $475 | $237.50 |
| RJH | 10/20/2010 | Exchange correspondence with L. Gardner re environmental claims issues (.40). | .40 | $475 | $190.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 10/21/2010 | Consider issues and exchange correspondence with various parties re Massachusetts tax claim settlement (.30). | .30 | $475 | $142.50 |
| JSB | 10/22/2010 | Review BMC information re Undisputed Claims Exhibits (.60). | .60 | $625 | $375.00 |
| JSB | 10/25/2010 | Review draft Undisputed Claims Exhibits (.60); prepare comments re same (.30). | .90 | $625 | $562.50 |
| RJH | 10/25/2010 | Exchange correspondence with various parties re open claims issues (.40). | .40 | $475 | $190.00 |
| JSB | 10/26/2010 | Review correspondence re Sinnige VSPP claim issues (.20); review correspondence from BMC re Allowed Claims chart and Wolter and Owens claims and review documents re same (.80); prepare correspondence re "put" claims (.30); review response and follow up re issues on same (.40); review claims information re Fair Harbor Credit Claims and Non Default Interest Rate issues (1.60); prepare research and follow up inquiries re same (.40); review responses re same (.30). | 4.00 | $625 | $2,500.00 |
| RJH | 10/26/2010 | Draft correspondence to M. Sinnige re Van Delft-Haytema claim and legal research re same (.70); correspondence with various parties re open claims issues (.30); telephone conference with H. Brownstein and A. Den Beste re claims issues (.50). | 1.50 | $475 | $712.50 |
| JSB | 10/27/2010 | Review and respond to inquiries re Kootenai "put" and claim issues (.50); confer with R. Higgins re same and Fair Harbor penalty matter (.50); review correspondence on Novak Group claim (.20); further review and respond to issues re Kootenai "put" (.30); review and respond to numerous inquiries re status of environmental claims and omnibus objections (.40). | 1.90 | $625 | $1,187.50 |
| RJH | 10/27/2010 | Confer with J. Baer re various open claims issues (.50); legal research re same (1.10); teleconference with V. Knox re claims issues and legal research re same (.60); consider issues re Massachusetts tax settlement and confer with J. Baer re same (.30); telephone conference with C. Finke re same (.60); exchange correspondence with various parties re same (.20). | 3.30 | $475 | $1,567.50 |
| RJH | 10/28/2010 | Consider issues re potential omnibus objection and exchange correspondence re same (.40); review issues re Hillside claim (.20); telephone conference with C. Finke and I. Slomka re Massachusetts tax claim settlement issues and consider same (.90); prepare Rowe/Indmar settlement for filing (1.00). | 2.50 | $475 | $1,187.50 |
| Total | | | 28.50 | | $16,057.50 |

**Matter 11** **Fee Applications, Applicant**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 10/4/2010 | Prepare September fee detail (.70). | .70 | $475 | $332.50 |
| JSB | 10/5/2010 | Prepare September fee application using template for new Grace electronic billing system (2.50). | 2.50 | $625 | $1,562.50 |
| RJH | 10/5/2010 | Prepare September fee detail (.70). | .70 | $475 | $332.50 |
| JSB | 10/7/2010 | Complete 9/10 time in new DOE format and prepare expenses re same (.50). | .50 | $625 | $312.50 |
| JSB | 10/8/2010 | Confer with H. Humphreys re further issues for DOE billing and review integrated September time and expenses re same (.50). | .50 | $625 | $312.50 |
| RJH | 10/10/2010 | Prepare September fee detail (1.00). | 1.00 | $475 | $475.00 |
| RJH | 10/12/2010 | Prepare September fee detail (.80). | .80 | $475 | $380.00 |
| JSB | 10/25/2010 | Review final September fee application detail (.60); confer re same (.20). | .80 | $625 | $500.00 |
| RJH | 10/25/2010 | Prepare September fee detail (.80). | .80 | $475 | $380.00 |
| RJH | 10/26/2010 | Prepare September fee application (1.20); telephone conferences with H. Humphreys re same (.60). | 1.80 | $475 | $855.00 |
| RJH | 10/27/2010 | Prepare September fee application for filing (1.50); telephone conference with H. Humphries re same (.60). | 2.10 | $475 | $997.50 |
| JSB | 10/28/2010 | Prepare October fee application detailed time entries (.30). | .30 | $625 | $187.50 |
| Total | | | 12.50 | | $6,627.50 |

**Matter 12** **Fee Applications, Others**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 10/6/2010 | Prepare correspondence re professionals with outstanding fee applications (.50); review responses re same (.20). | .70 | $625 | $437.50 |
| JSB | 10/12/2010 | Review correspondence re Fraudulent Conveyance fee matter and confer re same (.30). | .30 | $625 | $187.50 |
| JSB | 10/28/2010 | Review and respond to numerous inquiries re Fraudulent Conveyance fee applications and order (.30). | .30 | $625 | $187.50 |
| Total | | | 1.30 | | $812.50 |

**Matter 14** **Hearings**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 10/1/2010 | Review Mallard Order re FCR concerns and prepare correspondence re same (.70); review client comments re same, respond and further revise Order (.80); prepare correspondence re Mallard Order and issues (.30); | 1.80 | $625 | $1,125.00 |
| RJH | 10/5/2010 | Revise draft certificate of counsel re Project Mallard order (.40). | .40 | $475 | $190.00 |
| JSB | 10/6/2010 | Review and respond to correspondence re Mallard Order changes and prepare comments re same (.40); confer with R. Higgins re same and issues on Mallard consideration (.80); prepare further correspondence re same (.30); confer with M. Shelnitz and M. Conron re Mallard Order/COC issues (.60). | 2.10 | $625 | $1,312.50 |
| JSB | 10/6/2010 | Prepare correspondence and revisions to 10/18 hearing agenda to address Mallard issues (.50). | .50 | $625 | $312.50 |
| RJH | 10/6/2010 | Review M. Conron proposed changes to draft Project Mallard certificate of counsel and consider issues re same (.40); confer with J. Baer re same (.60); exchange correspondence with various parties re same (.30). | 1.30 | $475 | $617.50 |
| JSB | 10/7/2010 | Confer with T. Freedman re 10/18 hearing and discussions with various counsel re same (.20); confer with D. Hogan re same (.20). | .40 | $625 | $250.00 |
| JSB | 10/8/2010 | Prepare correspondence re 10/18 hearing issues (.30); prepare correspondence re 11/15 filing deadline (.30); review and revise correspondence re Buckwalter motion (.20). | .80 | $625 | $500.00 |
| JSB | 10/12/2010 | Review and respond to correspondence re Mallard Order, hearing and related matters (.30); review and revise 10/18 hearing agenda, confer re same and organize materials re same (.70). | 1.00 | $625 | $625.00 |
| JSB | 10/13/2010 | Prepare correspondence re 10/18 hearing matters (.20). | .20 | $625 | $125.00 |
| JSB | 10/15/2010 | Review and respond to correspondence re 10/18 Omnibus hearing (.30). | .30 | $625 | $187.50 |
| JSB | 10/18/2010 | Review materials in preparation for October Omnibus hearing (1.30); conduct October Omnibus hearing (.70); confer with R. Finke re outcome of same (.30); confer with M. Shelnitz re same (.20). | 2.50 | $625 | $1,562.50 |
| RJH | 10/18/2010 | Prepare for and participate in October hearing to address Project Mallard issues (1.20); confer with J. Baer re same (.10). | 1.30 | $475 | $617.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 10/19/2010 | Circulate order approving Project Mallard transaction and exchange correspondence with various parties re same (.40). | .40 | $475 | $190.00 |
| JSB | 10/28/2010 | Review draft November hearing agenda and provide comments re same (.30). | .30 | $625 | $187.50 |
| Total | | | 13.30 | | $7,802.50 |

**Matter 15** **Litigation and Litigation Consulting**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 10/4/2010 | Exchange correspondence with various parties re late-filed claim issues and analyze same (.70). | .70 | $475 | $332.50 |
| JSB | 10/5/2010 | Review correspondence from client re Seaboard questions (.30); prepare response to Committee re same and transmittal re same (.30); prepare COC re revised Synthetech Order (.50); prepare correspondence re same to several parties (.40); confer with R. Higgins and BMC re notice issues on certain claims (.40). | 1.90 | $625 | $1,187.50 |
| RJH | 10/5/2010 | Prepare for and participate in telephone conference with T. Feil and J. Baer re late-filed claim notice issues (.40); analyze client documents re late-filed claim issue (.50). | .90 | $475 | $427.50 |
| RJH | 10/6/2010 | Analyze documents re late-filed claim issue (1.00); | 1.00 | $475 | $475.00 |
| RJH | 10/7/2010 | Analyze documents re late-filed claim issue (7.50); | 7.50 | $475 | $3,562.50 |
| RJH | 10/8/2010 | Analyze documents re late-filed claims issue and legal research re same (7.60); confer with J. Baer re same (.30). | 7.90 | $475 | $3,752.50 |
| RJH | 10/10/2010 | Analyze documents re late-filed claim issue (1.30). | 1.30 | $475 | $617.50 |
| RJH | 10/11/2010 | Analyze documents re late-filed claim issue (7.30). | 7.30 | $475 | $3,467.50 |
| JSB | 10/12/2010 | Review updated contested matter outline, chronology and exhibit list (.40). | .40 | $625 | $250.00 |
| JSB | 10/13/2010 | Review docket re Order on NJDEP and forward to New Jersey counsel (.20). | .20 | $625 | $125.00 |
| JSB | 10/14/2010 | Review and respond to correspondence re discovery matter (.30). | .30 | $625 | $187.50 |
| RJH | 10/14/2010 | Exchange correspondence with various parties re discovery served by claimant in claims litigation (.50); analyze issues raised by same (3.00). | 3.50 | $475 | $1,662.50 |
| JSB | 10/15/2010 | Review correspondence re Otis Pipeline matter (.20). | .20 | $625 | $125.00 |
| RJH | 10/17/2010 | Review and analyze discovery request re claim litigation (.50). | .50 | $475 | $237.50 |
| JSB | 10/18/2010 | Confer with R. Higgins re discovery matter (.30); confer with L. Duff re NJDEP status and environmental Complaint and Stay issues and review statute re same (.30); review discovery requests (.40); further confer with R. Higgins re same (.30); review discovery precedent for discovery responses (.50); | 1.80 | $625 | $1,125.00 |
| RJH | 10/18/2010 | Review and analyze discovery request re claim litigation (1.80); telephone conference with J. Hughes re same (.50); confer with J. Baer re same (.30); prepare response re same (4.30); attend to matters re late-filed claim issue (.50). | 7.40 | $475 | $3,515.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 10/19/2010 | Respond to inquiry re NJDP status (.20); prepare correspondence re communications from PI Claimant (.30); follow up re Synthetech Order (.20) review and respond to correspondence re Otis matter (.30); review Nustar comments to Otis PPA and correspondence re same (.50). | 1.50 | $625 | $937.50 |
| RJH | 10/19/2010 | Prepare response to discovery request (4.50); analyze client documents re same (.50). | 5.00 | $475 | $2,375.00 |
| JSB | 10/20/2010 | Review correspondence with BMC and R. Higgins re notice issues and respond re same (.50); review MADEP comments on claims settlement stipulation (.50). | 1.00 | $625 | $625.00 |
| RJH | 10/20/2010 | Legal research re late-filed claim issue (1.90); exchange correspondence with various parties re same (.50); Prepare response to discovery request (5.20); analyze client documents re same (.40). | 8.00 | $475 | $3,800.00 |
| JSB | 10/21/2010 | Confer with L. Duff re MADEP comments on environmental stipulation (.60); review draft discovery responses (.80); prepare correspondence re same (.20); participate in conference re Otis PPA (1.10). | 2.70 | $625 | $1,687.50 |
| RJH | 10/21/2010 | Prepare discovery request for claim litigation (5.50); exchange correspondence re same (.30); consider issues and confer with J. Baer re late-filed claim litigation (.30). | 6.10 | $475 | $2,897.50 |
| JSB | 10/22/2010 | Confer with R. Higgins re claimant issues and related matters (.50); confer with R. Higgins re discovery re contested claim issue (.60). | 1.10 | $625 | $687.50 |
| RJH | 10/22/2010 | Prepare discovery request for claim litigation (2.90); confer with J. Baer re same (.40). | 3.30 | $475 | $1,567.50 |
| JSB | 10/25/2010 | Review and respond to correspondence re Otis Pipeline (.30); confer with R. Higgins re discovery responses (1.40); review US comments on Otis Consent Decree (.70); confer with R. Finke, R. Emmett and R. Spence re Otis Consent Decree comments (.50); further review same and prepare comments re further review (.40); | 3.30 | $625 | $2,062.50 |
| RJH | 10/25/2010 | Revise response to claimant discovery request (5.00); legal research re same (.80); confer with J. Baer re same (1.40); telephone conference with J. Hughes re same (.60); exchange correspondence with S. Stamoulis re discovery issues (.30). | 8.10 | $475 | $3,847.50 |
| RJH | 10/26/2010 | Prepare for and participate in telephone conference with J. Hughes re claims litigation (2.90); work on document production (1.00); exchange correspondence and telephone conference with S. Stamoulis re discovery issue (.50). | 4.40 | $475 | $2,090.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 10/27/2010 | Review further Grace changes on MADEP Stipulation (.30); review correspondence re outstanding issues on Otis PPA (.30). | .60 | $625 | $375.00 |
| RJH | 10/27/2010 | Work on claimant discovery request issues (3.90); legal research re same (.50). | 4.40 | $475 | $2,090.00 |
| RJH | 10/28/2010 | Legal research re discovery issues (.80); work on discovery response and related issues (.70); draft discovery request (5.50). | 7.00 | $475 | $3,325.00 |
| JSB | 10/29/2010 | Review correspondence re small claim settlement and follow up re same (.30); review correspondence re NY Hillside and Tantalo matters and respond re same (.30). | .60 | $625 | $375.00 |
| RJH | 10/29/2010 | Work on claimant discovery request issues and exchange correspondence with various parties re same (6.50). | 6.50 | $475 | $3,087.50 |
| Total | | | 106.40 | | $52,880.00 |

**Matter 16** **Plan and Disclosure Statement**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 10/4/2010 | Prepare correspondence to DOJ ( J. Freeman) re Plan requirements for Government Release and review documents re same (.80); prepare correspondence re October hearing agenda and issues re status of Confirmation (.40); review and further revise Plan Deadlines chart (1.20); confer with D. Boll re Confirmation status and need for Closing Checklist on Corporate transactions for Plan (.30). | 2.70 | $625 | $1,687.50 |
| JSB | 10/6/2010 | Review Plan due dates list and focus on Pre-Confirmation and Effective Date matters to address (.30); confer with D. Hogan re case/confirmation status (.30); confer with R. Higgins re Plan due date issues (.20); prepare for conference re Plan status (.20); confer with T. Freedman, M. Shelnitz and R. Finke re confirmation status and upcoming Omnibus hearing (.50). | 1.50 | $625 | $937.50 |
| JSB | 10/8/2010 | Review Plan exhibits re PI TAC indemnity and due dates (.30); revise Plan due date chart based on recent review of the status of various matters (.50); confer with M. Araki re preparation of undisputed claims exhibit and list of pending claims to be resolved post Effective Date (.60); prepare further correspondence re same (.30). | 1.70 | $625 | $1,062.50 |
| JSB | 10/18/2010 | Review and respond to numerous inquiries re Plan status (.30); confer with Canadian Special Counsel re same (.20); review further Canadian correspondence and prepare response re same (.30). | .80 | $625 | $500.00 |
| RJH | 10/29/2010 | Telephone conferences with C. Finke re emergence issues (.80); legal research and exchange correspondence with various parties re same (1.10). | 1.90 | $475 | $902.50 |
| Total | | | 8.60 | | $5,090.00 |

**Matter 18** **Tax Issues**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 10/4/2010 | Telephone conference with W. Earl re tax refund matter (.40); analyze issues and exchange correspondence with various parties re same (.50) | .90 | $475 | $427.50 |
| RJH | 10/15/2010 | Review 10/7 letter from L. Hawkins and consider issues and exchange correspondence with various parties re same (.70). | .70 | $475 | $332.50 |
| Total | | | 1.60 | | $ 760.00 |

**Matter 19** **Tax Litigation**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 10/28/2010 | Confer with R. Higgins re MADOR tax and interest issues (.30); review and respond to inquiries re tax interest and applicable rules re amortization (.30). | .60 | $625 | $375.00 |
| Total | | | .60 | | $375.00 |