EXHIBIT B

**October 2010 Expense Detail**

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---:|
| Telephone /conference charges | $181.14 |
| Online research | $302.33 |
| Court fees | $106.08 |
| **Total**: | **$ 589.55** |

## ITEMIZED EXPENSES

### Non-Travel

| Date | Amount | Service Description |
|---|---:|---|
| 10/22/2010 | $61.56 | Sprint - Broadband charges for Grace for October 2010 |
| 10/31/2010 | $63.01 | Long Distance Telephone - October Grace charges |
| 10/31/2010 | $56.57 | InterCall - October Grace conference call charges |
| 10/15/2010 | $302.33 | Lexis/Nexis - October charges for Grace |
| 10/31/2010 | $106.08 | Pacer charges from Delaware Court for Grace |
| **Total** | **$ 589.55** | |

Total October 2010 Expenses:  $589.55