REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number   2066352 |
| Richard C. Finke | Invoice Date     11/22/10 |
| Assistant General Counsel - Litigation | Client Number    172573 |
| 7500 Grace Drive | |
| Columbia, MD  21044 | |

===========================================================================

Re: W. R. Grace & Co.

(50001)   Correa v. W.R. Grace

    Fees                              2,021.30
    Expenses                              0.00

                  TOTAL BALANCE DUE UPON RECEIPT        $2,021.30
                                                               ==============

```
                            REED SMITH LLP
                            PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630


   W.R. Grace & Co.                          Invoice Number       2066352
   Richard C. Finke                          Invoice Date        11/22/10
   Assistant General Counsel - Litigation    Client Number         172573
   7500 Grace Drive                          Matter Number          50001
   Columbia, MD  21044


===============================================================================

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2010

    Date    Name                                                    Hours
   -------- -----------                                              -----

   10/19/10 Husar         Review and evaluate complaint              .50
                          (0.3); conference call with John
                          Forgach regarding the same (0.2).

   10/19/10 Husar         Review and evaluate the complaint         1.50
                          (0.5); prepare an outline of
                          issues and assessment of claims
                          and litigation strategy and
                          potential removal (0.8); confer
                          with John Forgach regarding the
                          same (0.2).

   10/25/10 Husar         Review client documents (0.7);            2.10
                          work on evaluation and assessment
                          of claims (0.7); work on fact
                          finding and document retrieval
                          (0.7).
                                                                   ------
                                              TOTAL HOURS           4.10


 TIME SUMMARY                 Hours         Rate         Value
 -----------------------  ----------------------------   -------
 Linda S. Husar            4.10  at  $  493.00  =       2,021.30

                         CURRENT FEES                                2,021.30

                                                                   ------------
                         TOTAL BALANCE DUE UPON RECEIPT              $2,021.30
                                                                   ============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

```
W.R. Grace & Co.                            Invoice Number    2066353
Richard C. Finke                            Invoice Date      11/22/10
Assistant General Counsel - Litigation      Client Number      172573
7500 Grace Drive
Columbia, MD  21044
```

===============================================================================

Re: W. R. Grace & Co.

(60029)   Fee Applications-Applicant

```
    Fees                                  1,076.50
    Expenses                                  0.00

                  TOTAL BALANCE DUE UPON RECEIPT        $1,076.50
                                                       =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630
```

```
W.R. Grace & Co.                          Invoice Number       2066353
Richard C. Finke                          Invoice Date        11/22/10
Assistant General Counsel - Litigation    Client Number        172573
7500 Grace Drive                          Matter Number         60029
Columbia, MD  21044
```

==============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2010

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 10/07/10 | Muha | Review and revise fee and expense detail for September 2010 monthly fee application. | .30 |
| 10/13/10 | Ament | Review e-mail re: Sept. monthly fee application. | .10 |
| 10/14/10 | Ament | Various e-mails, meetings and telephone calls re: billing process (.40); circulate task codes to all timekeepers (.10). | .50 |
| 10/15/10 | Ament | Various e-mails and conference calls re: new billing process with doeBilling (.50); meet with A. Muha re: same (.10). | .60 |
| 10/18/10 | Ament | Various e-mails and meetings re: doeBilling process. | .30 |
| 10/19/10 | Ament | Attention to billing matters (.20); e-mail to D. Cameron and A. Muha re: same (.10); meet with D. Cameron and A. Muha re: new billing process (.20). | .50 |
| 10/20/10 | Ament | Begin drafting monthly and quarterly fee applications (.50); review e-mails re: monthly fee application (.10). | .60 |

```
172573  W. R. Grace & Co.                                Invoice Number   2066353
60029   Fee Applications-Applicant                       Page      2
        November 22, 2010
```

| Date | Name | | Hours |
|------|------|---|------|
| 10/20/10 | Muha | Additional revisions to September 2010 fee application. | .20 |
| 10/22/10 | Ament | Review e-mail re: September monthly fee application. | .10 |
| 10/25/10 | Ament | Calculate fees and expenses for September monthly fee application (.20); finalize monthly fee application and multiple e-mails re: filing (.40); e-mails re: quarterly application (.20). | .80 |
| 10/25/10 | Lord | Draft CNO for Reed Smith August monthly fee application (.2); revise and prepare Reed Smith monthly fee application for e-filing (.5); communicate with S. Ament re: fee application issues (.1) | .80 |
| 10/26/10 | Lord | E-file and serve CNO to Reed Smith August monthly fee application (.3) | .30 |

```
                                                 TOTAL HOURS      5.10
```

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Andrew J. Muha   | 0.50 at $ 400.00 = | | 200.00 |
| John B. Lord     | 1.10 at $ 240.00 = | | 264.00 |
| Sharon A. Ament  | 3.50 at $ 175.00 = | | 612.50 |

```
                CURRENT FEES                                     1,076.50


                TOTAL BALANCE DUE UPON RECEIPT                  $1,076.50
```

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
   W.R. Grace & Co.                       Invoice Number      2066354
   Richard C. Finke                       Invoice Date        11/22/10
   Assistant General Counsel - Litigation Client Number        172573
   7500 Grace Drive
   Columbia, MD  21044
```

===========================================================================

Re: W. R. Grace & Co.


(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

```
      Fees                                 2,561.50
      Expenses                                 0.00

                   TOTAL BALANCE DUE UPON RECEIPT        $2,561.50
                                                        ==============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R. Grace & Co.                              Invoice Number      2066354
Richard C. Finke                              Invoice Date       11/22/10
Assistant General Counsel - Litigation        Client Number       172573
7500 Grace Drive                              Matter Number         60033
Columbia, MD  21044
```

==============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2010

| Date | Name | | Hours |
|---|---|---|---|
| 10/06/10 | Restivo | Telephone conference with R. Finke. | .30 |
| 10/11/10 | Cameron | Review materials regarding California claims and statute of limitations. | .70 |
| 10/11/10 | Flatley | Attend to strategy development (0.2); review various documents (0.2); communications regarding same (0.2); emails from/to T. Rea and R. Finke to schedule conference call (0.3); preliminary review of new Perkins Coie material (0.2). | 1.10 |
| 10/11/10 | Rea | Reviewed claim material. | .80 |
| 10/12/10 | Flatley | Review Perkins Coie materials and information (0.5); with T. Rea to prepare for call (0.2); conference call with R. Finke and T. Rea (0.4). | 1.10 |
| 10/12/10 | Rea | Call with R. Finke re: DGS letter. | .30 |
| 10/15/10 | Ament | Telephone call re: 10/18/10 hearing. | .10 |

```
                                              TOTAL HOURS         4.40
```

```
172573 W. R. Grace & Co.                              Invoice Number   2066354
60033  Claim Analysis Objection Resolution & EstimationPage    2
       (Asbestos)
       November 22, 2010


 TIME SUMMARY                   Hours          Rate           Value
 ---------------------------    --------------------------    -------

 Lawrence E. Flatley             2.20  at  $   635.00   =    1,397.00
 Douglas E. Cameron              0.70  at  $   630.00   =      441.00
 James J. Restivo Jr.            0.30  at  $   685.00   =      205.50
 Traci Sands Rea                 1.10  at  $   455.00   =      500.50
 Sharon A. Ament                 0.10  at  $   175.00   =       17.50

                                CURRENT FEES                                     2,561.50


                                                                 ------------
                                TOTAL BALANCE DUE UPON RECEIPT        $2,561.50
                                                                 ============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

W.R. Grace & Co.                              Invoice Number      2066355
Richard C. Finke                              Invoice Date       11/22/10
Assistant General Counsel - Litigation        Client Number       172573
7500 Grace Drive
Columbia, MD  21044

==============================================================================

Re: W. R. Grace & Co.


(60040)   PA State Tax Advice

    Fees                                        500.00
    Expenses                                      0.00

                       TOTAL BALANCE DUE UPON RECEIPT         $500.00
                                                                           ==============

```
                           REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA 15251-6074
                          Tax ID# 25-0749630
```

```
W.R. Grace & Co.                             Invoice Number      2066355
Richard C. Finke                             Invoice Date       11/22/10
Assistant General Counsel - Litigation       Client Number       172573
7500 Grace Drive                             Matter Number        60040
Columbia, MD 21044
```

===========================================================================

Re: (60040)  PA State Tax Advice

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2010

| Date | Name | | Hours |
|---|---|---|---|
| 10/25/10 | Sollie | Telephone conference with R. Finke regarding recent contact by Pennsylvania Department of Revenue (0.1); reviewed file (0.2); telephone message to C. Momjian (0.1); update R. Finke (0.1). | .50 |
| 10/29/10 | Sollie | Follow up with C. Momjian and updated R. Finke. | .30 |
| | | TOTAL HOURS | .80 |

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Kyle O. Sollie | 0.80 at $ 625.00 = | | 500.00 |
| | CURRENT FEES | | 500.00 |

```
                       TOTAL BALANCE DUE UPON RECEIPT         $500.00
                                                          =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630


   W.R. Grace & Co.                        Invoice Number     2066358
   Richard C. Finke                        Invoice Date       11/22/10
   Assistant General Counsel - Litigation  Client Number      172573
   7500 Grace Drive
   Columbia, MD  21044


==============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

     Fees                                       0.00
     Expenses                                  18.26

                   TOTAL BALANCE DUE UPON RECEIPT            $18.26
                                                          ==============
```