```
                          REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


   W.R. Grace & Co.                        Invoice Number      2066358
   Richard C. Finke                        Invoice Date       11/22/10
   Assistant General Counsel - Litigation  Client Number       172573
   7500 Grace Drive                        Matter Number        60033
   Columbia, MD  21044


==============================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

     PACER                                       3.84
     Duplicating/Printing/Scanning               6.30
     Postage Expense                             3.12
     Courier Service - Outside                   5.00

                CURRENT EXPENSES                                   18.26
                                                               -------------

                TOTAL BALANCE DUE UPON RECEIPT                    $18.26
                                                               =============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630
```

```
W.R. Grace & Co.                         Invoice Number     2066358
Richard C. Finke                         Invoice Date      11/22/10
Assistant General Counsel - Litigation   Client Number      172573
7500 Grace Drive                         Matter Number       60033
Columbia, MD  21044
```

===========================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---:|
| 09/28/10 | Postage Expense | 1.56 |
| 09/30/10 | PACER | 3.84 |
| 10/25/10 | Courier Service - Outside -- VENDOR: PARCELS, INC.: Delivery | 5.00 |
| 10/28/10 | Duplicating/Printing/Scanning ATTY # 0718; 63 COPIES | 6.30 |
| 10/28/10 | Postage Expense | 1.56 |
|  | CURRENT EXPENSES | 18.26 |
|  | TOTAL BALANCE DUE UPON RECEIPT | $18.26 |