# Exhibit A

## *Ferry, Joseph & Pearce, P.A.*

824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555        Fax:   (302) 575-1714

WR Grace PD Committee                               October 1, 2010 to October 31, 2010

                                                    Inv #:            37334

**RE:**    WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 13.10 | 3,294.00 |
| B15 | Claims Administration & Objections - | 0.10 | 15.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.20 | 65.00 |
| B18 | Fee Applications, Others - | 0.50 | 87.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 0.10 | 32.50 |
| B25 | Fee Applications, Applicant - | 1.90 | 396.50 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 2.40 | 780.00 |
| B32 | Litigation and Litigation Consulting – | 0.20 | 54.00 |
| B34 | Fraudulent Conveyance Adv. Proceeding - | 1.00 | 297.50 |
| B36 | Plan and Disclosure Statement - | 1.90 | 567.50 |
| B37 | Hearings - | 2.50 | 812.50 |
| | **Total** | **23.90** | **$6,401.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 270.00 | 1.70 | 459.00 |
| Regina Matozzo | 200.00 | 7.10 | 1,420.00 |
| Theodore J. Tacconelli | 325.00 | 12.90 | 4,192.50 |
| Legal Assistant - SEK | 150.00 | 0.20 | 30.00 |
| Legal Assistant - KC | 150.00 | 2.00 | 300.00 |
| **Total** | | **23.90** | **$6,401.50** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                        **$220.76**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Oct-01-10 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review four miscellaneous CNO's filed by Debtors | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Debtors Motion to Approve Settlement with Federal Insurance Company with attachments | 1.30 | TJT |
| | *Case Administration* - Received check for June 2010 fee application, updated spreadsheet accordingly | 0.10 | KC |
| Oct-02-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review notice of withdrawal of document filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Debtors Monthly Operating Report for August, 2010 | 0.50 | TJT |
| Oct-03-10 | *Case Administration* - Review three miscellaneous CNO's filed by Debtors | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Certificate of Counsel re: Proposed Order re: Reinstatement of Certain Employee Claims with attachments | 0.30 | TJT |
| Oct-04-10 | *Case Administration* - Review case management memo re: week ending 10-1-2010 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status for week ending 10/1/10; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review Supreme Court docket | 0.10 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review Case Status Memo for week ending 10/1 | 0.10 | TJT |
| | Claims Analysis Obj. & Res. (Asbestos) Confer with R. Matozzo re: status of Debtors Supreme Court Appeal re: State of Montana/Libby | 0.10 | TJT |
| Oct-05-10 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review docket in Supreme Court re: Debtors Supreme Court Appeal re: State of Montana/Libby | 0.10 | TJT |
| | *Case Administration* - Update payments received chart re: Jan, Feb, March 2010 holdback checks received | 0.20 | KC |
| Oct-06-10 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Certificate of No Objection re: Debtors Motion to Approve Settlement with Hartford | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Oct-07-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Debtors Notice of Amounts Paid to OCP's with attachment | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review three miscellaneous CNO's filed by Debtors | 0.10 | TJT |
| Oct-08-10 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| Oct-09-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Review letter from J. O'Neill to S. Lippi with attachments re: motions filed in adversary proceeding 02-2010 and 02-2011 | 0.30 | TJT |
| Oct-10-10 | *Case Administration* - Review Case Status Memo for week ending 10/8 | 0.10 | TJT |
| Oct-11-10 | *Case Administration* - Review case management memo re: week ending 10-8-10 | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review dockets re: stats for week ending 10/8/10; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| Oct-12-10 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Hearings* - Review Agenda for 10/18 hearing | 0.10 | TJT |
| Oct-13-10 | *Case Administration* - Review notice of agenda re: 10-18-2010 hearing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Hearings* - confer with para re: 10/18 hearing transcript | 0.10 | TJT |
| | *Hearings* - Prepare for 10/18 hearing | 0.10 | TJT |
| | *Hearings* - Review correspondence from J. Sakalo re: 10/18 hearing coverage | 0.10 | TJT |
| Oct-14-10 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -Review correspondence from R. Ramphall re: committee meeting | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review order dismissing | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Oct-15-10 | Debtors Motion to Enforce 2009 stipulation with NJDEP<br>*Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review 3 miscellaneous CNO's filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review Daily memos | 0.10 | TJT |
| | *Hearings* - Review matters on agenda for 10/18 hearing | 0.80 | TJT |
| Oct-16-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review 3 miscellaneous CNO's filed by debtors | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Notice of Service of Discovery by Neutrocrete to Debtors | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Order approving settlement with Hartford | 0.10 | TJT |
| | *Hearings* - Prepare for 10/18 hearing | 0.10 | TJT |
| Oct-18-10 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review dockets re: status for week ending 10/15/10; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review Case Status Memo for week ending 10/15 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with R. Miller re: status of confirmation | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from M. Kramer to committee re: status of confirmation | 0.10 | TJT |
| | *Hearings* - Prepare for and attend bankruptcy court | 1.10 | TJT |
| | *Hearings* - Review correspondence from J. Sakalo re: results of hearing today | 0.10 | TJT |
| | *Case Administration* - Meeting with T. Tacconelli; request transcript of 10/18/10 hearing | 0.20 | SEK |
| Oct-19-10 | *Case Administration* - Review case management memo re: week ending 10-15-2010 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.10 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review memo from R. Matozzo re: Insurance transfer Rights | 0.10 | TJT |
| Oct-20-10 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review order authorizing debtors to purchase Synthetech | 0.10 | TJT |
| Oct-21-10 | *Fee Applications, Others* - Review CNO re: August 2010 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review CNO re: August 2010 monthly fee | 0.10 | LLC |

|  |  |  |  |
|---|---|---|---|
|  | app for filing |  |  |
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review 3 miscellaneous CNO's filed by debtors | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* -Review correspondence from R. Ramphall re: committee meeting | 0.10 | TJT |
|  | *Fee Applications, Others* - Check docket re: objections to Bilzin's August 2010 fee applications | 0.10 | KC |
|  | *Fee Applications, Others* - Prepare, efile and service of Certificate of No Objection to August 2010 fee application | 0.30 | KC |
|  | *Fee Applications, Applicant* - Check docket re: objections to FJP's August 2010 fee application | 0.10 | KC |
|  | *Fee Applications, Applicant* - Prepare, efile and service of Certificate of No Objection to August 2010 fee application | 0.30 | KC |
| Oct-22-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review three miscellaneous CNO's filed by debtors | 0.10 | TJT |
| Oct-24-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review 3 miscellaneous CNO's filed by debtors | 0.10 | TJT |
|  | *Case Administration* - Review Certificate of Counsel re: 2011 omnibus hearing dates order with attachment | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review corrected order disallowing employee claims | 0.10 | TJT |
| Oct-25-10 | *Case Administration* - Review modified order scheduling Omnibus hearing dates and forward same to KC | 0.10 | LLC |
|  | *Case Administration* - Review case management memo re: week ending 10-22-2010 | 0.10 | LLC |
|  | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review dockets re: stats for week ending 10/22/10; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
|  | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
|  | *Case Administration* - Review case status memo for week ending 10/22 | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Review and revise September prebill | 0.50 | TJT |
| Oct-26-10 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review correspondence from J. Sakalo re: Order setting 2011 omnibus hearing dates | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Confer with para re: 2011 omnibus hearing date schedule | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Certificate of No Objection re: Debtors Claim Settlement Notice re: claim no. 25432 | 0.10 | TJT |
| Oct-27-10 | *Case Administration* - Review notice of address change and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review 2011 omnibus hearing, filing and objection deadlines and calendar same | 0.40 | TJT |
| | *Case Administration* - Review Debtors 38 Quarter report of settlements with attachment | 0.10 | TJT |
| | *Case Administration* - Review CNO re: Debtors Claim Settlement Notice re: claim no. 25241 | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Address for Vonwin Capital | 0.10 | TJT |
| | *Claims Administration & Objections* - Review notice of address change forwarded from LLC | 0.10 | KC |
| Oct-28-10 | *Fee Applications, Applicant* - Review Sept. 2010 fee app for filing | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Signed order re: referring jurisdiction of the adversary proceedings back to bankruptcy court and confer with T. Tacconelli re: same | 0.20 | LLC |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review 4 miscellaneous CNO's filed by debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Complaint filed in various Delaware asbestos bankruptcy cases re: subpoena issued by Garlock and other parties to various PI trusts, review confirmation hearing transcript re: testimony of E. Inselbuch re: access to WR Grace PI Trust documents | 1.20 | TJT |
| | *Fee Applications, Applicant* - Revisions to invoice and prepare for filing as exhibit to Sept. 2010 fee application | 0.30 | KC |
| | *Fee Applications, Applicant* - Draft fee app for Sept. 2010, prepare documents for filing | 0.30 | KC |
| | *Fee Applications, Applicant* - Efile and service of Sept. 2010 fee app | 0.20 | KC |
| Oct-29-10 | *Fraudulent Conveyance Adv. Proceeding* - Begin preparation of final fee application for adversary actions | 0.50 | LLC |
| | *Fraudulent Conveyance Adv. Proceeding* - Confer with L. Coggins re: orders referring adversary's 02-2010 and 02-2011 to bankruptcy court | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Confer with K. Callahan re: orders referring adversary's 02-2010 and 02-2011 to bankruptcy court | 0.10 | TJT |
| | Totals | 23.90 | |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| Oct-04-10 | Cost Advance - First State Deliveries - hand delivery 9/21/10 | 6.50 |

| Date | Description | Amount |
|---|---|---|
| Oct-14-10 | Cost Advance - West Law - Legal Research August Acct #1000634693; Inv #821290766 | 10.17 |
| Oct-18-10 | Cost Advance - First State Deliveries - hand delivery | 6.50 |
| Oct-21-10 | Photocopy Cost | 4.80 |
| | Cost Advance - Postage 9 x .44 | 3.96 |
| Oct-22-10 | Cost Advance - Court Call | 30.00 |
| | Cost Advance - Pacer Service Center - 7/1/10- 9/30/10 TJT (Account # FJ0093) | 12.88 |
| | Cost Advance - Pacer Service Center - 7/1/10- 9/30/10 RMM (Account # FJ0497) | 27.36 |
| | Cost Advance - Pacer Service Center - 7/1/10- 9/30/10 RSM (Account # FJ0091) | 20.40 |
| Oct-26-10 | Cost Advance - First State Deliveries - hand deliveries | 45.50 |
| Oct-28-10 | Photocopy Cost | 2.50 |
| | Photocopy Cost | 1.40 |
| | Photocopy Cost | 3.40 |
| | Cost Advance - Court Call | 44.00 |
| | Cost Advance - postage | 1.39 |
| | Totals | $220.76 |

**Total Fees & Disbursements**             **$6,622.26**