# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

## FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Matter 88 – Acton Site OU3**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $610.00 | 0.3 | $    183.00 |
| | | | | | |
| **TOTAL** | | | | **0.3** | **$    183.00** |

B3816345.1

 **FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

November 22, 2010
Invoice No.: 471257
Matter No.: 08743.00088

**Re:    Acton Site OU3**

For Professional Services rendered through October 31, 2010

|  |  |
|---|---|
| Fees | $183.00 |
| **Total Fees and Disbursements** | **$183.00** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 471257
November 22, 2010
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 10/29/10 | Jaffe | P230 | Review EPA approval of capture zone report and e-mails with team regarding same (0.3). | 0.3 |
|  |  |  | **Total Hours** | **0.3** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 471257
November 22, 2010
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 0.3 | at | 610.00 | = | 183.00 |
| **Total Fees** | | | | | **$183.00** |

| | | | |
|---|---|---|---|
| **Total Fees** | | | **$183.00** |
| **Total Fees and Disbursements** | | | **$183.00** |


# FOLEY HOAG LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

November 22, 2010
Invoice No.: 471257
Matter No.: 08743.00088

Re:     Acton Site OU3

### Total Fees and Disbursements          $183.00

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP -- Wire Receipt<br>Account |

Reference
Information:

Client/Matter #: 08743.00088, **Invoice #:** 471257
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $610.00 | 5.8 | $   3,538.00 |
| | | | | | |
| **TOTAL** | | | | **5.8** | **$   3,538.00** |

B3816345.1



FOLEY
HOAG LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

November 22, 2010
Invoice No.: 471258
Matter No.: 08743.00102

**Re:** **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through October 31, 2010

|  |  |
|---|---|
| Fees | $3,538.00 |
| **Total Fees and Disbursements** | **$3,538.00** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 471258
November 22, 2010
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 10/06/10 | Jaffe | P230 | Telephone call with team and government regarding NRD negotiations (0.5); review draft consent decree and telephone call with team regarding same (1.1). | 1.6 |
| 10/08/10 | Jaffe | P230 | Review draft consent decree and email with Ms. Gardner regarding same (0.8). | 0.8 |
| 10/12/10 | Jaffe | P230 | Review draft work plan and e-mails with team regarding same (0.5). | 0.5 |
| 10/15/10 | Jaffe | P230 | Review, revise draft consent decree and e-mails and telephone call with team regarding same (1.2). | 1.2 |
| 10/22/10 | Jaffe | P230 | Review draft email for Mr. Bucens and e-mails with Mr. Bucens regarding same (0.3). | 0.3 |
| 10/25/10 | Jaffe | P230 | E-mails with team regarding Town of Walpole (0.3). | 0.3 |
| 10/28/10 | Jaffe | P230 | E-mails with team regarding Shaffer property issues (0.7). | 0.7 |
| 10/29/10 | Jaffe | P230 | E-mails with team regarding Central Area issues (0.4) | 0.4 |
| | | | **Total Hours** | **5.8** |

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 471258
November 22, 2010
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 5.8 | at | 610.00 | = | 3,538.00 |
| | | | | | |
| **Total Fees** | | | | | **$3,538.00** |


| | | Amount |
|---|---|---|
| **Total Fees** | | **$3,538.00** |
| **Total Fees and Disbursements** | | **$3,538.00** |



FOLEY
HOAG LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

## To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

November 22, 2010
Invoice No.: 471258
Matter No.: 08743.00102

**Re:** **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Total Fees and Disbursements**    **$3,538.00**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 471258
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 103 – Wells G&H Superfund Site

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $610.00 | 12.4 | $ 7,564.00 |
| | | | | | |
| **TOTAL** | | | | **12.4** | **$ 7,564.00** |

### Expenses

| Description | Total | |
|---|---|---|
| Telephone | $ | 112.62 |
| Tabs (production) | $ | 2.00 |
| Meals | $ | 217.30 |
| | | |
| **TOTAL** | **$** | **331.92** |



FOLEY
HOAG LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

November 22, 2010
Invoice No.: 471259
Matter No.: 08743.00103

**Re:    Wells G&H Superfund Site**

For Professional Services rendered through October 31, 2010

| | |
|---|---:|
| Fees | $7,564.00 |
| Disbursements | 331.92 |
| **Total Fees and Disbursements** | **$7,895.92** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 471259
November 22, 2010
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 10/08/10 | Jaffe | P230 | Review, revise, draft letter to EPA and e-mails with team regarding same (0.6). | 0.6 |
| 10/13/10 | Jaffe | P230 | Review new sampling data and e-mails with team regarding same (0.7). | 0.7 |
| 10/15/10 | Jaffe | P230 | Meeting with team and UniFirst and team follow-up meeting (4.2); review documents regarding allocation issues (1.0). | 5.2 |
| 10/18/10 | Jaffe | P230 | Telephone call with Mr. Bibler and e-mails with team regarding project coordination (0.8); review historical agreements and allocation issues (1.4). | 2.2 |
| 10/19/10 | Jaffe | P230 | Review documents regarding allocation with UniFirst and telephone call and e-mails with Ms. Duff (1.2); e-mails with team regarding sampling results and communications with EPA (0.4). | 1.6 |
| 10/20/10 | Jaffe | P230 | Telephone call with Ms. Duff and review allocation and liability documents (0.7). | 0.7 |
| 10/26/10 | Jaffe | P230 | Draft allocation letter to Mr. Bibler, and review documents and e-mails with Ms. Duff regarding same (1.4). | 1.4 |
| | | | **Total Hours** | **12.4** |

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 471259
November 22, 2010
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 12.4 | at | 610.00 | = | 7,564.00 |
| **Total Fees** | | | | | **$7,564.00** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 10/15/10 | Telephone 14435358439 - Columbia - MD (USA) | 7.02 |
| 10/15/10 | Telephone 16137306555 - Ottawa-Hull - ON (Canada) meeting with team and team follow-up meeting. | 105.60 |
| 10/22/10 | Tabs | 2.00 |
| 10/15/10 | Meals - SODEXHO, INC (Coffee in Boston for 6 during team meeting on 10/15/10, which included W.R. Grace team). | 15.00 |
| 10/15/10 | Meals - SODEXHO, INC (Lunch in Boston for 14 during meeting with W.R. Grace team and UniFirst) | 202.30 |
| | **Total Disbursements** | **$331.92** |

| | |
|---|---|
| **Total Fees** | $7,564.00 |
| **Total Disbursements** | 331.92 |
| **Total Fees and Disbursements** | **$7,895.92** |



FOLEY
HOAG LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

November 22, 2010
Invoice No.: 471259
Matter No.: 08743.00103

**Re:** **Wells G&H Superfund Site**

**Total Fees and Disbursements**      <u>**$7,895.92**</u>

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00103, **Invoice #:** 471259
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company