## Exhibit B

Affidavit of William Corcoran

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.[1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |
| | ) |

## AFFIDAVIT OF WILLIAM COCORAN WITH RESPECT TO DEBTORS' PROPOSED SALE OF CERTAIN REAL PROPERTY IN GREENVILLE COUNTY, SOUTH CAROLINA

William Corcoran, being duly sworn, deposes and says:

1. I am the Vice President - Public and Regulatory Affairs of W. R. Grace & Co.-Conn ("Grace"), one of the above captioned debtors and debtors in possession ("Debtors"). All facts set forth in this Affidavit are based on my personal knowledge, upon information supplied to me by employees of the Debtors and upon my opinion based upon experience and knowledge of Grace's businesses.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2. Further, I am generally familiar with the operations and ordinary course of business of Grace and the other Debtors.

3. I have reviewed the *Notice of Proposed Sale of Certain Real Property in Greenville County, South Carolina Pursuant to Order Establishing Procedures for the Sale of De Minimis Assets* (the "Notice") and attest that all facts and conclusions set forth therein are true and accurate. In furtherance and support of the facts set forth therein, I note the following.

4. The property to be sold (the "Property") consist of an approximately 40.80 acre tract of excess real estate that was the former site of a Grace plant for the production of vermiculite-based horticultural growing media, vermiculite based concrete products, and the storage of vermiculite ore. In that regard, the Property formerly received shipments of vermiculite ore/concentrate from Grace's mining operations in Enoree, South Carolina. The Property also contains a retention pond and dam/dike.

5. The Property has been the subject of recent testing and sampling for asbestos-containing materials by the United States Environmental Protection Agency Region IV ("EPA"). As a result, Grace has recently engaged in the removal and demolition of the improvements on the Property.

6. As a result of the environmental issues at the Property, the Property has limited value and limited sale prospects – especially of selling the Property to anyone on an AS IS-WHERE IS basis.

7. Due to the history of the Property, as described more fully in the Notice, the business judgment was made by the Debtors to proceed with a sale of the Property to the Purchaser under the terms outlined in the Sales Agreement without marketing the Property for sale on the open market.

8. For the foregoing reasons, as more fully described in the Notice, the Debtors believe that the sale price reflected in the Sales Agreement[2] will provide fair value to the Debtors for the Property.

9. I believe that the Sale is in the best interests of the Debtors' estates.

I declare under penalty of perjury that the forgoing is true and correct.

November 30, 2010

_____
William Corcoran
Vice President – Public and Regulatory Affairs

Sworn and Subscribed
Before me on this 30th
of November, 2010

_____
Notary Public
My commission expires: 9/20/2014

---

[2] Capitalized terms not otherwise defined herein shall have the meaning as defined in the Notice.