Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

# Saul Ewing
### LLP

| | | |
|---|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number | 2111990 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date | 11/09/10 |
| Peninsula Capital Advisors LLC | Client Number | 359022 |
| 404B East Main Street | Matter Number | 00014 |
| Charlottesville, VA 22902 | | |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Photocopying | 18.50 |
| Docket Entries | 92.86 |
| Messenger Service | 7.50 |
| Federal Express | 67.62 |
| CURRENT EXPENSES | 186.48 |
| **TOTAL AMOUNT OF THIS INVOICE** | 186.48 |
| **NET AMOUNT OF THIS INVOICE** | 186.48 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE     MARYLAND     NEW JERSEY     NEW YORK     PENNSYLVANIA     WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

# Saul Ewing
### LLP

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | **Invoice Number**     2111986 |
| c/o R. Ted. Wechsler, Chairman | **Invoice Date**     11/09/10 |
| Peninsula Capital Advisors LLC | **Client Number**     359022 |
| 404B East Main Street | **Matter Number**     00001 |
| Charlottesville, VA  22902 | |

Re:   Asset Disposition

FOR PROFESSIONAL SERVICES RENDERED THROUGH  10/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/05/10 | TKD | Review Notice of Settlement (Seaboard Group Claim) | 0.3 | 187.50 |
| 10/05/10 | TKD | Review Motion Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Agreement Between W.R. Grace & Co. and Federal Insurance Company | 0.4 | 250.00 |
| 10/28/10 | TKD | Review Claims Settlement Notice (Claim Nos. 1641 & 14037) | 0.2 | 125.00 |
| 10/28/10 | TKD | Review Debtors' Thirty-Seventh Quarterly Report of Settlement from July 1, 2010 through September 30, 2010, in Accordance with that Certain Amended Order Authorizing and Approving an Omnibus Procedure for Settling Certain Claims and Causes of Action Brought by or Against the Debtors in a Judicial, Administrative, Arbitral or other Action or Proceeding | 0.3 | 187.50 |
| 10/30/10 | TKD | Review materials for Equity Committee call next week | 0.5 | 312.50 |
| | | TOTAL HOURS | 1.7 | |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE      MARYLAND      NEW JERSEY      NEW YORK      PENNSYLVANIA      WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00001
11/09/10

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 1.7 | at | $625.00 | = | 1,062.50 |

|  | |
|---|---|
| CURRENT FEES | 1,062.50 |

| **TOTAL AMOUNT OF THIS INVOICE** | 1,062.50 |
|---|---|

| **NET AMOUNT OF THIS INVOICE** | 1,062.50 |
|---|---|

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

# Saul Ewing
LLP

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | |
| c/o R. Ted. Wechsler, Chairman | |
| Peninsula Capital Advisors LLC | |
| 404B East Main Street | |
| Charlottesville, VA  22902 | |

| | |
|---|---|
| Invoice Number | 2113332 |
| Invoice Date | 11/30/10 |
| Client Number | 359022 |
| Matter Number | 00003 |

Re:   Business Operations

FOR PROFESSIONAL SERVICES RENDERED THROUGH  10/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/01/10 | TKD | Review Debtor-In-Possession Monthly Operating Report for Filing Period August 1-31, 2010 | 0.4 | 250.00 |
| | | TOTAL HOURS | 0.4 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.4 | at | $625.00 | = | 250.00 |

| | |
|---|---|
| CURRENT FEES | 250.00 |

| | |
|---|---|
| **TOTAL AMOUNT OF THIS  INVOICE** | 250.00 |
| **NET AMOUNT OF THIS INVOICE** | 250.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE     MARYLAND     NEW JERSEY     NEW YORK     PENNSYLVANIA     WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing
LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | |
| c/o R. Ted. Wechsler, Chairman | |
| Peninsula Capital Advisors LLC | |
| 404B East Main Street | |
| Charlottesville, VA 22902 | |

| | |
|---|---|
| Invoice Number | 2111988 |
| Invoice Date | 11/09/10 |
| Client Number | 359022 |
| Matter Number | 00004 |

Re:   Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/01/10 | TKD | Review all filings and share with team | 0.5 | 312.50 |
| 10/06/10 | TKD | Review all filings and share with team | 0.3 | 187.50 |
| 10/07/10 | TKD | Review all filings and share with team | 0.4 | 250.00 |
| 10/08/10 | TKD | Review all filings and share with team | 0.3 | 187.50 |
| 10/12/10 | TKD | Review all filings and share with our team | 0.3 | 187.50 |
| 10/13/10 | TKD | Review all filings and distribute to team | 0.3 | 187.50 |
| 10/14/10 | TKD | Review all filings | 0.4 | 250.00 |
| 10/15/10 | TKD | Review all ecf filings and distribute to team | 0.5 | 312.50 |
| 10/18/10 | TKD | Review all case filings and share with team | 0.3 | 187.50 |
| 10/19/10 | TKD | Review all case filings and share with team | 0.4 | 250.00 |
| 10/20/10 | TKD | Review all filings and distribute to team | 0.7 | 437.50 |
| 10/21/10 | TKD | Review all case filings and distribute to team | 0.7 | 437.50 |
| 10/22/10 | TKD | Review all filings and distribute to team | 0.5 | 312.50 |
| 10/25/10 | TKD | Review all filings and share with team. | 0.5 | 312.50 |
| 10/25/10 | TBB | Review and calendar all hearing dates for 2011 | 0.3 | 54.00 |
| 10/26/10 | TKD | Review all daily filings and share with team | 0.3 | 187.50 |
| 10/28/10 | TKD | Review all filings | 0.4 | 250.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE     MARYLAND     NEW JERSEY     NEW YORK     PENNSYLVANIA     WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00004
11/09/10

WR Grace - Official Committee of Equity Security Holders  Invoice Number 2111988
Case Administration                                      Page 2

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 10/29/10 | TKD | Reviewed all filings and shared with team | 0.3 | 187.50 |

TOTAL HOURS    7.4

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Tracy B. Buck | 0.3 | at | $180.00 | = | 54.00 |
| Teresa K.D. Currier | 7.1 | at | $625.00 | = | 4,437.50 |

CURRENT FEES    4,491.50

**TOTAL AMOUNT OF THIS INVOICE**    4,491.50

**NET AMOUNT OF THIS INVOICE**    4,491.50

# Saul Ewing
LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | |
| c/o R. Ted. Wechsler, Chairman | |
| Peninsula Capital Advisors LLC | |
| 404B East Main Street | |
| Charlottesville, VA  22902 | |

| | |
|---|---|
| Invoice Number | 2111989 |
| Invoice Date | 11/09/10 |
| Client Number | 359022 |
| Matter Number | 00010 |

Re:   Employee Benefits/Pension

FOR PROFESSIONAL SERVICES RENDERED THROUGH  10/31/10:

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 10/01/10 | TKD | Review Certificate of Originally Disallowed Employee Claims | 0.3 | 187.50 |
| | | TOTAL HOURS | 0.3 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Teresa K.D. Currier | 0.3 | at | $625.00 | = | 187.50 |

| | |
|---|---|
| CURRENT FEES | 187.50 |
| **TOTAL AMOUNT OF THIS  INVOICE** | 187.50 |
| **NET AMOUNT OF THIS INVOICE** | 187.50 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE      MARYLAND      NEW JERSEY      NEW YORK      PENNSYLVANIA      WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing
LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number    2111991 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date    11/09/10 |
| Peninsula Capital Advisors LLC | Client Number    359022 |
| 404B East Main Street | Matter Number    00015 |
| Charlottesville, VA 22902 | |

Re:   Fee Applications/Applicant

## FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/05/10 | TBB | Review and edit pre-bills | 0.4 | 72.00 |
| 10/22/10 | TKD | Review docket and review CNO on fees | 0.4 | 250.00 |
| 10/22/10 | TBB | Prepare CNO to Saul Ewing's Fourteenth Monthly Fee Application | 0.3 | 54.00 |
| 10/22/10 | TBB | Prepare affidavit of service | 0.1 | 18.00 |
| 10/22/10 | TBB | File and serve CNO to Saul Ewing's Fourteenth Monthly Fee Application | 0.3 | 54.00 |
| 10/22/10 | TBB | Review docket for any objection to Saul Ewing's fee application | 0.2 | 36.00 |
| 10/27/10 | TBB | Prepare Saul Ewing's fifteenth monthly fee application | 0.5 | 90.00 |
| | | TOTAL HOURS | 2.2 | |

## TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 1.8 | at | $180.00 | = | 324.00 |
| Teresa K.D. Currier | 0.4 | at | $625.00 | = | 250.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE      MARYLAND      NEW JERSEY      NEW YORK      PENNSYLVANIA      WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00015
11/09/10

CURRENT FEES                                                   574.00


TOTAL AMOUNT OF THIS  INVOICE                    574.00

NET AMOUNT OF THIS INVOICE                        574.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | |
| c/o R. Ted. Wechsler, Chairman | |
| Peninsula Capital Advisors LLC | |
| 404B East Main Street | |
| Charlottesville, VA  22902 | |

| | |
|---|---|
| Invoice Number | 2111992 |
| Invoice Date | 11/09/10 |
| Client Number | 359022 |
| Matter Number | 00016 |

Re:    Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH  10/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/01/10 | TKD | Arrange for filing Kramer Levin fee application | 0.4 | 250.00 |
| 10/01/10 | TBB | Draft notice and affidavit of service to Kramer Levin's 108th monthly fee application; file same | 0.3 | 54.00 |
| 10/01/10 | TBB | Review Kramer Levins 108th fee application; file and serve same. | 0.7 | 126.00 |
| 10/26/10 | TBB | Draft CNO to Kramer Levin's one hundred eighth monthly fee application | 0.3 | 54.00 |
| 10/28/10 | TBB | Draft Notice and Affidavit of Service for Kramer's 109th monthly fee application | 0.2 | 36.00 |
| 10/28/10 | TBB | File and serve Kramer's 109th monthly fee application | 0.6 | 108.00 |
| 10/28/10 | TBB | Revise CNO to Kramer's 108th monthly fee application | 0.2 | 36.00 |
| 10/28/10 | TBB | Draft affidavit of service | 0.2 | 36.00 |
| 10/28/10 | TBB | File and serve CNO to Kramer's 109th monthly fee application | 0.6 | 108.00 |
| | | TOTAL HOURS | 3.5 | |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00016
11/09/10

WR Grace - Official Committee of Equity Security Holders   Invoice Number  2111992
Fee Applications/Others                                     Page 2

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 3.1 | at | $180.00 | = | 558.00 |
| Teresa K.D. Currier | 0.4 | at | $625.00 | = | 250.00 |
| CURRENT FEES | | | | | 808.00 |

**TOTAL AMOUNT OF THIS  INVOICE**                           808.00

**NET AMOUNT OF THIS INVOICE**                              808.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number    2111993 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date    11/09/10 |
| Peninsula Capital Advisors LLC | Client Number    359022 |
| 404B East Main Street | Matter Number    00017 |
| Charlottesville, VA  22902 | |

Re:    Hearings

FOR PROFESSIONAL SERVICES RENDERED THROUGH  10/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/13/10 | TKD | Review Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. | 0.4 | 250.00 |
| 10/26/10 | TKD | Review Order setting forth Omnibus Hearing Dates | 0.2 | 125.00 |
| | | TOTAL HOURS | 0.6 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.6 | at | $625.00 | = | 375.00 |

| | |
|---|---|
| CURRENT FEES | 375.00 |
| **TOTAL AMOUNT OF THIS  INVOICE** | 375.00 |
| **NET AMOUNT OF THIS INVOICE** | 375.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE      MARYLAND      NEW JERSEY      NEW YORK      PENNSYLVANIA      WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP