**EXHIBIT A**

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

November 30, 2010

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 558297
056772

---

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

### 056772-00001/CASE ADMINISTRATION

| | |
|---|---|
| FEES...................................................................................................... | $0.00 |
| DISBURSEMENTS .................................................................................. | 45.38 |
| MATTER TOTAL....................................................................................... | $45.38 |

### 056772-00002/CREDITOR COMMITTEE

| | |
|---|---|
| FEES...................................................................................................... | $126.00 |
| DISBURSEMENTS .................................................................................. | 0.00 |
| MATTER TOTAL....................................................................................... | $126.00 |

### 056772-00007/REORGANIZATION PLAN

| | |
|---|---|
| FEES...................................................................................................... | $364.50 |
| DISBURSEMENTS .................................................................................. | 0.00 |
| MATTER TOTAL....................................................................................... | $364.50 |

### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---|
| FEES...................................................................................................... | $756.00 |
| DISBURSEMENTS .................................................................................. | 9.28 |
| MATTER TOTAL....................................................................................... | $765.28 |

---

Amounts due may be remitted by wire transfer.

To:           Citibank, N.A.
              Citicorp Center 153 E. 53rd Street NY, N.Y. 10043
              ABA #021000089
Account:      Kramer Levin Naftalis & Frankel LLP Money Market A\C 37613572
By Order of:  Invoice No. 558297
Citibank Contact: Deborah Hosking (212) 559-8634

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

**056772-00019/HEARINGS**

| | |
|---|---|
| FEES.................................................................................................... | $126.00 |
| DISBURSEMENTS ............................................................................. | <u>30.00</u> |
| MATTER TOTAL.................................................................................. | $156.00 |
| | |
| CLIENT GRAND TOTAL...................................................................... | <u>$1,457.16</u> |

Kramer Levin Naftalis & Frankel LLP                                    Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE                                      November 30, 2010
056772-00001                                                           Invoice No. 558297

## CASE ADMINISTRATION

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---:|
| LEXIS/NEXIS ON-LINE RESEARCH | 3.38 |
| MESSENGER/COURIER | 9.36 |
| DOCUMENT RETRIEVAL FEES | <u>32.64</u> |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | <u>**$45.38**</u> |
| **TOTAL FOR THIS MATTER** | <u>**$45.38**</u> |

Kramer Levin Naftalis & Frankel LLP

Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00002

November 30, 2010
Invoice No. 558297

**CREDITOR COMMITTEE**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/11/10 | BLABEY, DAVID E | Exchange emails re upcoming Committee meeting. | 0.10 | 63.00 |
| 10/12/10 | BLABEY, DAVID E | Call with equity holder to discuss case status. | 0.10 | 63.00 |
| **TOTAL HOURS AND FEES** | | | **0.20** | **$126.00** |

**TOTAL FOR THIS MATTER**                                     $126.00

Kramer Levin Naftalis & Frankel LLP                                              Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE                                                November 30, 2010
056772-00007                                                                     Invoice No. 558297

# REORGANIZATION PLAN

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/01/10 | BLABEY, DAVID E | Review settlement motion with respect to Federal Insurance. | 0.10 | 63.00 |
| 10/04/10 | BENTLEY, PHILIP | Trade emails re asbestos developments | 0.20 | 159.00 |
| 10/11/10 | BENTLEY, PHILIP | Trade emails re current developments | 0.10 | 79.50 |
| 10/13/10 | BLABEY, DAVID E | Review order dismissing Debtors' motion re NJDEP. | 0.10 | 63.00 |
| **TOTAL HOURS AND FEES** | | | **0.50** | **$364.50** |

**TOTAL FOR THIS MATTER**                                              $364.50

Kramer Levin Naftalis & Frankel LLP					Page No. 6

W.R. GRACE & CO. EQUITY COMMITTEE			November 30, 2010
056772-00008							Invoice No. 558297

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/01/10 | BLABEY, DAVID E | Prepare August fee application. | 0.70 | 441.00 |
| 10/27/10 | BLABEY, DAVID E | Prepare September fee application. | 0.50 | 315.00 |
| **TOTAL HOURS AND FEES** | | | **1.20** | **$756.00** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| MESSENGER/COURIER | 9.28 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$9.28** |

**TOTAL FOR THIS MATTER**                                   **$765.28**

Kramer Levin Naftalis & Frankel LLP                                              Page No. 7

W.R. GRACE & CO. EQUITY COMMITTEE                                                November 30, 2010
056772-00019                                                                     Invoice No. 558297

## HEARINGS

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/18/10 | BLABEY, DAVID E | Attend Grace omnibus hearing telephonically. | 0.20 | 126.00 |
| **TOTAL HOURS AND FEES** | | | **0.20** | **$126.00** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| OTHER FEES | 30.00 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$30.00** |

**TOTAL FOR THIS MATTER**                                                        **$156.00**