**EXHIBIT B**

Run Date & Time: 11/30/2010 15:20:06

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 3084613
Bill Frequency: M
Status : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services

## PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM: TO:
UNBILLED DISB FROM: 09/30/2010 TO: 10/27/2010

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 0.00 | 45.38 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | 10/27/2010 |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL: ____________ BENTLEY PHILIP - 02495 ____________ WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 0.00 | | |
| DISBURSEMENTS: | 45.38 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 45.38 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 07/29/10 | LAST PAYMENT DATE: | 09/21/10 |
| LAST BILL NUMBER: | 548414 | ACTUAL FEES BILLED TO DATE: | 361,674.00 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 361,674.00 |
| LAST BILL THRU DATE: | 06/30/10 | FEES WRITTEN OFF TO DATE: | 85,614.00 |
| | | COSTS WRITTEN OFF TO DATE: | 23,134.83 |

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee
(2) Late Time & Costs Posted
(3) Pre-arranged Discount
(4) Excessive Legal Time
(5) Business Development
(6) Summer Associate
(7) Fixed Fee
(8) Premium
(9) Rounding
(10) Client Arrangement

BILL NUMBER:__________ DATE OF BILL:__________ Processed by:__________ FRC:__________ CRC:__________

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 11/30/2010 15:20:07

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 3084613
Bill Frequency: M
Status : ACTIVE

UNBILLED COSTS SUMMARY

| Code | Description | Oldest Entry | Latest Entry | Total Unbilled Total Amount |
|---|---|---|---|---|
| 0921 | LEXIS/NEXIS ON-LINE RESEARCH | 10/04/10 | 10/04/10 | 3.38 |
| 0930 | MESSENGER/COURIER | 10/27/10 | 10/27/10 | 9.36 |
| 0972 | DOCUMENT RETRIEVAL FEES | 09/30/10 | 09/30/10 | 32.64 |
| | Total | | | 45.38 |

UNBILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| LEXIS/NEXIS ON-LINE RESEARCH 0921 | | | | | | |
| LEXIS/NEXIS ON-LINE | BOYLE, B B | 10/04/10 | 3.38 | 9196969 | 982793 | 11/02/10 |
| | 0921 LEXIS/NEXIS ON-LINE Total : | | 3.38 | | | |
| MESSENGER/COURIER 0930 | | | | | | |
| FEDERAL EXPRESS CORPORAT Saul Ewing LLP | BLABEY, D E | 10/27/10 | 9.36 | 9203074 | 985911 | 11/10/10 |
| | 0930 MESSENGER/COURIER Total : | | 9.36 | | | |
| DOCUMENT RETRIEVAL FEES 0972 | | | | | | |
| DOCUMENT RETRIEVAL F Document Retrieval Fees | PIZZARELLO, C | 09/30/10 | 32.64 | 9176676 | 971651 | 10/11/10 |
| | 0972 DOCUMENT RETRIEVAL F Total : | | 32.64 | | | |
| Costs Total : | | | 45.38 | | | |

Run Date & Time: 11/30/2010 15:20:07

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 3084613
Bill Frequency: M
Status : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|
| 0921 LEXIS/NEXIS ON-LINE RESEA | 3.38 | | | | |
| 0930 MESSENGER/COURIER | 9.36 | | | | |
| 0972 DOCUMENT RETRIEVAL FEES | 32.64 | | | | |
| Costs Total : | 45.38 | | | | |

Run Date & Time: 11/30/2010 15:20:07

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 3084613
Bill Frequency: M
Status : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM: TO:
UNBILLED DISB FROM: 10/01/2010 TO: 10/01/2010

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 0.00 | 9.28 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | 10/01/2010 |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL: BENTLEY PHILIP - 02495

WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 0.00 | | |
| DISBURSEMENTS: | 9.28 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 9.28 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 09/29/10 | LAST PAYMENT DATE: | 11/15/10 |
| LAST BILL NUMBER: | 552461 | ACTUAL FEES BILLED TO DATE: | 217,748.50 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 217,748.50 |
| LAST BILL THRU DATE: | 08/31/10 | FEES WRITTEN OFF TO DATE: | 19,208.00 |
| | | COSTS WRITTEN OFF TO DATE: | 669.39 |

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee
(2) Late Time & Costs Posted
(3) Pre-arranged Discount
(4) Excessive Legal Time
(5) Business Development
(6) Summer Associate
(7) Fixed Fee
(8) Premium
(9) Rounding
(10) Client Arrangement

BILL NUMBER:______ DATE OF BILL:______ Processed by:______ FRC:______ CRC:______

Run Date & Time: 11/30/2010 15:20:07

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 3084613
Bill Frequency: M
Status : ACTIVE

UNBILLED COSTS SUMMARY

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0930 | MESSENGER/COURIER | 10/01/10 | 10/01/10 | 9.28 |
| | Total | | | 9.28 |

UNBILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| MESSENGER/COURIER 0930 | | | | | | |
| FEDERAL EXPRESS CORPORAT<br>Saul Ewing LLP | BLABEY, D E | 10/01/10 | 9.28 | 9177061 | 971971 | 10/12/10 |
| | 0930 MESSENGER/COURIER Total : | | 9.28 | | | |
| Costs Total : | | | 9.28 | | | |

Run Date & Time: 11/30/2010 15:20:07

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 3084613
Bill Frequency: M
Status : ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED COSTS SUMMARY

| Code Description | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|
| 0930 MESSENGER/COURIER | 9.28 | | | | |
| Costs Total : | 9.28 | | | | |

*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 11/30/2010 15:20:07

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 3084613
Bill Frequency: M
Status : ACTIVE

Special Billing Instructions:

## PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM: TO:
UNBILLED DISB FROM: 09/30/2010 TO: 09/30/2010

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 0.00 | 30.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | 09/30/2010 |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL: BENTLEY PHILIP - 02495

WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| | ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH |
|---|---|---|---|
| FEES: | 0.00 | | |
| DISBURSEMENTS: | 30.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 30.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

### BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 10/27/10 | LAST PAYMENT DATE: | 11/15/10 |
| LAST BILL NUMBER: | 554418 | ACTUAL FEES BILLED TO DATE: | 451,698.50 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 451,698.50 |
| LAST BILL THRU DATE: | 09/30/10 | FEES WRITTEN OFF TO DATE: | 11,993.18 |
| | | COSTS WRITTEN OFF TO DATE: | 1,772.20 |

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee
(2) Late Time & Costs Posted
(3) Pre-arranged Discount
(4) Excessive Legal Time
(5) Business Development
(6) Summer Associate
(7) Fixed Fee
(8) Premium
(9) Rounding
(10) Client Arrangement

BILL NUMBER:__________ DATE OF BILL:__________ Processed by:__________ FRC:__________ CRC:__________

Run Date & Time: 11/30/2010 15:20:07

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 3084613
Bill Frequency: M
Status : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0990 | OTHER FEES | 09/30/10 | 09/30/10 | 30.00 |
| | Total | | | 30.00 |

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| OTHER FEES 0990 | | | | | | |
| PLATINUM PLUS FOR BUSINE<br>PLATINUM PLUS FOR BUSINESS 9/30/2010 COURTCALL *<br>#3766509 30.00 | BLABEY, D E | 09/30/10 | 30.00 | 9210239 | 989097 | 11/17/10 |
| | 0990 OTHER FEES Total : | | 30.00 | | | |
| Costs Total : | | | 30.00 | | | |

Run Date & Time: 11/30/2010 15:20:07

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 3084613
Bill Frequency: M
Status : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|
| 0990 OTHER FEES | 30.00 | | | | |
| Costs Total : | 30.00 | | | | |