**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., ET AL., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Michael R. Lastowski, certify that on December 1, 2010, I served a copy of the *Notice of Filing Of the Twenty-Seventh Quarterly Interim Application Of Capstone Advisory Group, LLC, Financial Advisors To The Official Committee Of Unsecured Creditors, For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred (For The Period From July 1, 2010 through September 30, 2010)*, upon the individuals on the attached Service List by first class mail.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: December 1, 2010
       Wilmington, Delaware          */s/ Michael R. Lastowski*
                                     Michael R. Lastowski (DE 3892)
                                     DUANE MORRIS LLP
                                     1100 North Market Street, Suite 1200
                                     Wilmington, DE 19801
                                     302-657-4900