## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 12/21/2010 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND
HOLDERS OF DEMANDS FOR THE TWENTY-SEVENTH MONTHLY INTERIM
PERIOD FROM NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010**

Name of Applicant:                                     Alan B. Rich, Esq.

Authorized to Provide Services To:          Hon. Alexander M. Sanders, Jr.,
                                                                 Legal Representative for Future Asbestos-
                                                                 Related Property Damage Claimants
                                                                 and Holders of Demands

Date of Retention:                                     September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:              November 1, 2010 through November 30, 2010

Amount of Fees Sought as Actual
Reasonable and Necessary:                   $6,012.00   [80% of $7,515.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:       $0

This is a(n):   ⊠Monthly        ☐Interim        ☐Final Application

PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

[1] At 80% of the total incurred.

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|---|---|---|---|---|---|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | CNO Filed | CNO Filed |
| | | | | | |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 26 years, and his billing rate is $650 per hour.  In this Application period Mr. Rich billed 11.6 hours,[2] for a total amount billed of $7,515.00 of which 80% is currently sought, in the amount of $6,012.00.

As stated above, this is the Twenty-Seventh application for monthly fees and expenses. The time for preparation of this Application is approximately 1.0 hour, for which $650.00 will be requested in a future application.

---

[2] This figure includes 0.5 hours of time (at $600 per hour) from June, 2010 which was listed, but not included in the total time requested in that bill.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 7.8 | $5,045.00 |
| Travel | 0 | 0 |
| Fee Application Matters (Monthly & Quarterly, incl. FCR's ) | 3.8 | $2,470.00 |
| TOTAL | 11.6 | $7,515.00 |

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| | |
| TOTAL | 0.00 |

<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)</u>

     I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

**<u>CERTIFICATE OF SERVICE</u>**

     I certify that on the 1st day of December, 2010, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*

4244 Renaissance Tower
1401 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (November, 2010)

**Client**

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
| --- | --- | --- |
| 6/1/2010 | Review Motion to approve settlement agreement with Harper Insurance | 0.5[1] |
| 11/1/2010 | Review CNO's re Federal Insurance Settlement and Review Withdrawal of CNO | 0.2 |
| 11/1/2010 | Preparation of 26th Monthly Fee Application and Notice and attention to filing and service of same | 1.0 |
| 11/2/2010 | Review withdrawal of appearance of Ted Freedman and revised notice of appearance for K&E | 0.1 |
| 11/2/2010 | Review stipulation resolving Kokkinos property claim | 0.1 |

---

[1] The fee auditor noticed that, in the June, 2010 bill, the total time billed was .5 hours less than the total of the line items.  This .5 hour entry was listed, but not counted in the total, so it is included in this bill.

| | | |
|---|---|---|
| 11/3/2010 | Review Pro Hac Vice motion for A. Paul of K&E | 0.1 |
| 11/3/2010 | Review Order approving Federal Insurance Settlement | 0.1 |
| 11/4/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 11/5/2010 | Review Agenda for November Omnibus hearing | 0.2 |
| 11/5/2010 | Email to client re status | 0.1 |
| 11/5/2010 | Review Monthly Operating Report (September 2010) | 0.4 |
| 11/5/2010 | Review Motion to Approve settlement with Associated International Ins. Co. | 0.6 |
| 11/6/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 11/8/2010 | Review Order Referring Jurisdiction to the Bankruptcy Court in Sealed Air and Fresenious | 0.1 |
| 11/9/2010 | Review Donley Pro Hac Vice Order | 0.1 |
| 11/9/2010 | Review Motion to Acquire Concrete Technology company assets | 1.5 |
| 11/10/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 11/11/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 11/12/2010 | Preparation, filing and service of 8th Quarterly Fee Application | 2.0 |
| 11/12/2010 | Preparation, filing and service of 8th Quarterly Fe Application of PD FCR | 0.4 |
| 11/15/2010 | Review Order amended 2011 omnibus hearing date | 0.1 |
| 11/15/2010 | Review Pro Hac Vice Order (Adam Paul) | 0.1 |
| 11/16/2010 | Review Canadian ZAI counsels' Quarterly Fee Applications | 0.3 |

| | | |
|---|---|---|
| 11/17/2010 | Prepare and file CNO for 18th Monthly Fee Application of PD FCR | 0.2 |
| 11/17/2010 | Email to client re pending motion | 0.1 |
| 11/17/2010 | Review Renewed Motion re payment of holdback fees in fraudulent conveyance adversaries | 0.2 |
| 11/18/2010 | Email from client re pending motion | 0.1 |
| 11/18/2010 | Review Fee Auditor's report re 37th Quarterly Fee Application of Scarfone Hawkins, Canadian ZAI counsel | 0.1 |
| 11/18/2010 | Review Motion to Approve Setlement with CNA | 1.0 |
| 11/19/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 11/20/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 11/22/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 11/23/2010 | Review CNO re Claim Settlement Notice (Nos. 1641 amd 14037) | 0.1 |
| 11/24/2010 | Review Revised 2011 Omnibus hearing date order | 0.1 |
| 11/26/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 11/29/2010 | Prepare and file CNO for 26th Monthly Fee Application | 0.2 |
| 11/29/2010 | Email to client re status | 0.1 |
| 11/30/2010 | Emails from client re status | 0.1 |
| 11/30/2010 | Review presentation re settlement of Massachusetts tax claims | 0.5 |

Sub-Total:    0.5 hours @ $600/hour[2] = $300.00
                 11.1 hours @ $650.00/hour[3] = $7,215.00

Total:        $7,515.00

<u>Expenses</u>:  None

**<u>Total Fees and Expenses Due</u>:  $7,515.00**

---

[2] For the omitted June time entry.

[3] As of November 1, 2010, Mr. Rich's hourly rate became $650, an 8% increase over his prior hourly rate.