## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO.,** *et al.*, | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| Debtors. | § | |
| | § | |

### FEE AUDITOR'S COMBINED FINAL REPORT REGARDING THOSE FEE APPLICATIONS WITH NO FEE OR  EXPENSE ISSUES FOR THE THIRTY-SEVENTH INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding all the Interim Fee Applications of those firms for which we have no fee or expense issues for the Thirty-Seventh Interim Period (collectively referred to hereafter as the "Applications").[1]

### BACKGROUND

1.     Anderson Kill & Olick, P.C. ("AKO"), was retained as special insurance counsel to the Official Committee of Asbestos Personal Injury Claimants.  AKO seeks approval of fees totaling $477,320.50 and expenses totaling $3,175.40 for its services during the Application Period.

2.     David T. Austern ("Austern") was retained as the Legal Representative for Asbestos Personal Injury Future Claimants.  Austern seeks approval of fees totaling $1,900.00 and no expenses for his services during the Application Period.

3.     The Law Offices of Janet S. Baer, P.C. ("Baer P.C."), was retained as co-counsel to the Debtors and Debtors-in-Possession.  Baer P.C. seeks approval of fees totaling $365,742.50 and

---

[1]The Thirty-Seventh Interim Period encompasses April 1, 2010 through June 30, 2010 (the "Application Period").

expenses totaling $4,818.00 for its services during the Application Period.

4.      Baker Donelson Bearman Caldwell & Berkowitz, P. C. ("Baker Donelson"), was retained as advisor for legislative affairs to the Debtors.  Baker Donelson seeks approval of a flat fee totaling $60,000.00[2] and expenses totaling $46.96 for its services during the Thirty-Fifth Interim Period[3], a flat fee of $60,000.00[4] and expenses totaling $27.16 for its services during the Thirty-Sixth Interim Period,[5] and a flat fee of $60,000.00[6] and no expenses for its services for the current Application Period.

5.      Beveridge & Diamond, P.C. ("Beveridge & Diamond"), was retained as special counsel to the Debtors.  Beveridge & Diamond seeks approval of fees totaling $37,960.00 and expenses totaling $126.03 for its services during the Application Period.

6.      Bilzin Sumberg Baena Price & Axelrod LLP ("Bilzin Sumberg") was retained as counsel to the Official Committee of Asbestos Property Damage Claimants.  Bilzin Sumberg seeks approval of fees totaling $25,574.50 and expenses totaling $1,288.65 for its services during the Application Period.

7.      BMC Group ("BMC") was retained as Claims Reconciliation and Solicitation

---

[2]For the Thirty-Fifth Interim Period, Baker Donelson recorded 34 hours worked, which computes to an effective hourly rate of $1,764.71.

[3]The Thirty-Fifth Interim Period encompasses October 1, 2009 through December 31, 2009.

[4]For the Thirty-Sixth Interim Period, Baker Donelson recorded 26 hours worked, which computes to an effective hourly rate of $2,307.69.

[5]The Thirty-Sixth Interim Period encompasses January 1, 2010 through March 31, 2010.

[6]For the current Application Period, Baker Donelson recorded 36 hours worked, which computes to an effective hourly rate of $1,666.67.

Consultant to the Debtors.  BMC seeks approval of fees totaling $87,245.50 and expenses totaling $7,138.20 for its services during the Application Period.

8.    Campbell & Levine, LLC ("Campbell & Levine"), was retained as Delaware and associated counsel to the Official Committee of Asbestos Personal Injury Claimants.  Campbell & Levine seeks approval of fees totaling $44,448.00 and expenses totaling $4,089.35 for its services during the Application Period.

9.    Caplin & Drysdale, Chartered ("Caplin & Drysdale"), was retained as counsel to the Official Committee of Asbestos Personal Injury Claimants.  Caplin & Drysdale seeks approval of fees totaling $72,338.00 and expenses totaling $5,357.30 for its services during the Application Period.

10.    Capstone Advisory Group, LLC ("Capstone"), was retained as financial advisor  to the Official Committee of Unsecured Creditors.  Capstone seeks approval of fees totaling $240,912.50 and expenses totaling $824.12 for its services during the Application Period.

11.    Casner & Edwards, LLP ("Casner"), was retained as special litigation counsel to the Debtors.  Casner seeks approval of fees totaling $29,029.25 and expenses totaling $36,778.94 for its services during the Application Period.

12.    Charter Oak Financial Consultants, LLC ("Charter Oak"), was retained as financial advisor to the Official Committee of Asbestos Personal Injury Claimants.  Charter Oak seeks approval of fees totaling $47,787.00 and no expenses during the Application Period.

13.    Day Pitney LLP ("Day Pitney") was retained as special counsel to the Debtors.  Day Pitney seeks approval of fees totaling $41,335.00 and expenses totaling $578.99 for its services during the Application Period.

14.    Deloitte Tax LLP ("Deloitte Tax") was retained to provide tax services to the Debtors and Debtors-in-Possession. Deloitte Tax seeks approval of fees totaling $115,058.00 and expenses totaling $13.00 for its services from October 1, 2009 through June 30, 2010.[7]

15.    Duane Morris LLP ("Duane Morris") was retained as counsel to the Official Committee of Unsecured Creditors. Duane Morris seeks approval of fees totaling $28,776.50 and expenses totaling $1,596.18 for its services during the Application Period.

16.    Ferry, Joseph & Pearce, P.A. ("Ferry Joseph"), was retained as counsel to the Official Committee of Asbestos Property Damage Claimants. Ferry Joseph seeks approval of fees totaling $35,303.00 and expenses totaling $2,642.07 for its services during the Application Period.

17.    Foley Hoag LLP ("Foley Hoag") was retained as special environmental counsel to the Debtors. Foley Hoag seeks approval of fees totaling $44,896.00 and expenses totaling $88.45 for its services during the Application Period.

18.    Fragomen, Del Rey, Bernsen & Loewy LLP ("Fragomen") was retained as immigration counsel to the Debtors. Fragomen seeks approval of fees totaling $14,894.85 and expenses totaling $25,032.17 for its services from October 1, 2008 through December 31, 2008 (the "Thirty-First Interim Period"), fees totaling $39,575.00 and expenses totaling $4,551.04 for its services from January 1, 2009 through March 31, 2009 (the "Thirty-Second Interim Period"), fees totaling $22,675.00 and expenses totaling $1,239.00 for its services from April 1, 2009 through June 30, 2009 (the "Thirty-Third Interim Period"), fees totaling $11,550.00 and expenses totaling $4,119.18 for its services from July 1, 2009 through September 30, 2009 (the "Thirty-Fourth Interim

---

[7]The period of October 1, 2009 through June 30, 2010 encompasses the Thirty-Fifth, Thirty-Sixth, and Thirty-Seventh Interim Periods.

Period"), fees totaling $5,275.00 and expenses totaling $5,818.25 for its services for the Thirty-Fifth

Interim Period, fees totaling $20,825.00 and expenses totaling $13,280.07 for its services for the

Thirty-Sixth Interim Period, and fees totaling $14,875.00 and expenses totaling $10,445.04 for the

current Application Period.

19.    The Hogan Firm ("Hogan") was retained as Delaware counsel to the Canadian

Zonolite Attic Insulation ("ZAI") Claimants.  Hogan seeks approval of fees totaling $97,416.00 and

expenses totaling $4,659.95 for its services during the Application Period.

20.    Holme Roberts & Owen, LLP ("Holme"), was retained as special environmental

counsel to the Debtors.  Holme seeks approval of fees totaling $26,757.50 and expenses totaling

$1,493.91 for its services for the Thirty-Fifth Interim Period.

21.    Kramer Levin Naftalis & Frankel LLP ("Kramer Levin") was retained as co-counsel

to the Official Committee of Equity Holders.  Kramer Levin seeks approval of fees totaling

$14,079.00 and expenses totaling $650.36 for its services during the Application Period.

22.    Legal Analysis Systems, Inc. ("LAS"), was retained as asbestos-related bodily injury

consultant to the Official Committee of Asbestos Personal Injury Claimants.  LAS seeks approval

of fees totaling $2,000.00 and no expenses for its services during the Application Period.

23.    Lauzon Bélanger was retained as Canadian counsel to the Canadian ZAI Claimants.

Lauzon Bélanger seeks approval of fees totaling CDN $13,342.65 and expenses totaling CDN

$3,330.11 for its services during the Application Period.

24.    Lincoln Partners Advisors LLC ("Lincoln") was retained as financial advisor to

David T. Austern, the Asbestos Personal Injury Future Claimants' Representative.  Lincoln seeks

approval of fees totaling $200,000.00[8] and expenses totaling $2,896.38 for its services during the Application Period.

25.    Ogilvy Renault LLP ("Ogilvy Renault") was retained as special counsel to the Debtors and Debtors-in-Possession in Canada. Ogilvy Renault seeks approval of fees totaling CDN $4,966.50 and expenses totaling CDN $170.43 for its services during the Application Period.

26.    Orrick, Herrington & Sutcliffe LLP ("Orrick") was retained as bankruptcy counsel to David T. Austern, future claimants' representative. Orrick seeks approval of fees totaling $640,112.00 and expenses totaling $13,586.57 for its services during the Application Period.

27.    Pachulski Stang Ziehl & Jones LLP ("Pachulski") was retained as counsel to the Debtors. Pachulski seeks approval of fees totaling $89,550.50 and expenses totaling $83,263.26 for its services during the Application Period.

28.    PricewaterhouseCoopers LLP ("PwC") was retained as auditors and tax consultants to the Debtors and Debtors-in-Possession. PwC seeks approval of fees totaling $520,782.32 and expenses totaling $7,012.93 for its services during the Application Period.

29.    Reed Smith LLP ("Reed Smith") was retained as special asbestos products liability defense counsel to the Debtors. Reed Smith seeks approval of fees totaling $42,698.00 and expenses totaling $2,705.01 for its services during the Application Period.

30.    Alan B. Rich ("Alan Rich") was retained as counsel to the Honorable Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants. Alan Rich seeks approval of $33,300.00 in fees and $1,629.09 in expenses for his services during the

---

[8]For the current Application Period, Lincoln recorded 354.10 hours worked, which computes to an effective hourly rate of $564.81.

Application Period.

31.    The Honorable Alexander M. Sanders, Jr. ("Judge Sanders"), was retained as the Legal Representative for Future Asbestos-Related Property Damage Claimants.  Judge Sanders seeks approval of fees totaling $8,955.00 and expenses totaling $102.00 for his services during the Application Period.

32.    Saul Ewing LLP ("Saul Ewing") was retained as co-counsel to the Official Committee of Equity Holders.  Saul Ewing seeks approval of fees totaling $23,691.00 and expenses totaling $1,471.55 for its services during the Application Period.

33.    Steptoe & Johnson LLP ("Steptoe") was retained as special tax counsel to the Debtors.  Steptoe seeks approval of fees totaling $10,430.50 and expenses totaling $39.42 for its services during the Application Period.

34.    Stroock & Stroock & Lavan LLP ("Stroock") was retained as counsel to the Official Committee of Unsecured Creditors.  Stroock seeks approval of fees totaling $133,786.00 and expenses totaling $1,130.09 for its services during the Application Period.

35.    Towers Watson was retained as actuarial consultant to David T. Austern, Future Claimants Representative.  Towers Watson seeks approval of fees totaling $21,683.00 and no expenses for its services during the Application Period.

36.    Woodcock Washburn LLP ("Woodcock Washburn") was retained as special litigation counsel to the Debtors.  Woodcock Washburn seeks approval of fees totaling $15,022.50 and expenses totaling $4.72 for its services during the Application Period.

37.    In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Applications in their entirety, including each of the time

and expense entries included in the exhibits to the Applications, for compliance with 11 U.S.C. §

330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District

of Delaware, Amended Effective February 1, 2010, and the United States Trustee Guidelines for

Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C.

§ 330, Issued January 30, 1996 (the "Guidelines"), as well as for consistency with precedent

established in the United States Bankruptcy Court for the District of Delaware, the United States

District Court for the District of Delaware, and the Third Circuit Court of Appeals.

## DISCUSSION

38.     We have no objections to or issues with, any of the Applications.

## CONCLUSION

39.     In summary, for the Application Period, we recommend approval of the following

fees and expenses for these Applicants:

    a.     AKO - $477,320.50 in fees and $3,175.40 in expenses;

    b.     Austern - $1,900.00 in fees;

    c.     Baer - $365,742.50 in fees and $4,818.00 in expenses;

    d.     Baker Donelson -
- $60,000.00 in fees and $46.96 in expenses for the Thirty-Fifth Interim Period;
- $60,000.00 in fees and $27.16 in expenses for the Thirty-Sixth Interim Period; and
- $60,000.00 in fees for the current Application Period;

    d.     Beveridge & Diamond - $37,960.00 in fees and $126.03 in expenses;

    e.     Bilzin Sumberg - $25,574.50 in fees and $1,288.65 in expenses;

    f.     BMC - $87,245.50 in fees and $7,138.20 in expenses;

    g.     Campbell & Levine - $44,448.00 in fees and $4,089.35 in expenses;

h. Caplin & Drysdale - $72,338.00 in fees and $5,357.30 in expenses;

i. Capstone - $240,912.50 in fees and $824.12 in expenses;

j. Casner - $29,029.25 in fees and $36,778.94 in expenses;

l. Charter Oak - $47,787.00 in fees;

m. Day Pitney - $41,335.00 in fees and $578.99 in expenses;

n. Deloitte Tax - $115,058.00 in fees and $13.00 in expenses for the Thirty-Fifth, Thirty-Sixth, and Thirty-Seventh Interim Periods;

o. Duane Morris - $28,776.50 in fees and $1,596.18 in expenses;

p. Ferry Joseph - $35,303.00 in fees and $2,642.07 in expenses;

q. Foley Hoag - $44,896.00 in fees and $88.45 in expenses;

r. Fragomen -
- $14,894.85 in fees and $25,032.17 in expenses for the Thirty-First Interim Period;
- $39,575.00 in fees and $4,551.04 in expenses for the Thirty-Second Interim Period;
- $22,675.00 in fees and $1,239.00 in expenses for the Thirty-Third Interim Period;
- $11,550.00 in fees and $4,119.18 in expenses for the Thirty-Fourth Interim Period;
- $5,275.00 in fees and $5,818.25 in expenses for the Thirty-Fifth Interim Period;
- $20,825.00 in fees and $13,280.07 in expenses for the Thirty-Sixth Interim Period; and
- $14,875.00 in fees and $10,445.04 in expenses for the current Application Period;

s. Hogan - $97,416.00 in fees and $4,659.95 in expenses;

t. Holme - $26,757.50 in fees and $1,493.91 in expenses for the Thirty-Fifth Interim Period;

u. Kramer Levin - $14,079.00 in fees and $650.36 in expenses;

v. LAS - $2,000.00 in fees;

w.      Lauzon Bélanger - CDN $13,342.65 in fees and CDN $3,330.11 in expenses;

x.      Lincoln Partners - $200,000.00 in fees and $2,896.38 in expenses;

y.      Ogilvy Renault - CDN $4,966.50 in fees and CDN $170.43 in expenses;

z.      Orrick - $640,112.00 in fees and $13,586.57 in expenses;

aa.     Pachulski - $89,550.50 in fees and $83,263.26 in expenses;

bb.     PwC - $520,782.32 in fees and $7,012.93 in expenses;

cc.     Reed Smith - $42,698.00 in fees and $2,705.01 in expenses;

dd.     Alan Rich - $33,300.00[9] in fees and $1,629.09 in expenses;

ee.     Judge Sanders - $8,955.00 in fees and $102.00 in expenses;

ff.     Saul Ewing - $23,691.00 in fees and $1,471.55 in expenses;

gg.     Steptoe - $10,430.50 in fees and $39.42 in expenses;

hh.     Stroock - $133,786.00 in fees and $1,130.09 in expenses;

ii.     Towers Watson - $21,683.00 in fees; and

jj.     Woodcock Washburn - $15,022.50 in fees and $4.72 in expenses.

---

[9]Although Alan Rich requested fees of $33,300.00, we calculated Alan Rich's fees at $33,600.00, for a difference of $300.00 in the estate's favor.  Alan Rich has advised us that he will seek these additional fees in a future fee application.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____
          Warren H. Smith
          Texas State Bar No. 18757050

Republic Center
325 N. St. Paul Street, Suite 1250
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document has been served by
First Class United States mail to the attached service list on this 2nd  day of December, 2010.


_____
Warren H. Smith

# SERVICE LIST
## Notice Parties

**The Applicants**

Robert Y. Chung
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182

David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042-0683

Janet S. Baer
The Law Offices of Janet S. Baer, P.C.
70 W. Madison St., Suite 2100
Chicago, IL 60602

E. Franklin Childress, Jr.
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
165 Madison Avenue, Suite 2000
Memphis, TN 38103

Pamela D. Marks
Beveridge & Diamond, P.C.
201 N. Charles Street, Suite 2210
Baltimore, MD 21201

Scott L. Baena
Jay M. Sakalo
Matthew I. Kramer
Bilzin Sumberg Baena Price & Axelrod LLP
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2385

Myrtle H. John
BMC Group
600 1st Avenue, Suite 300
Seattle, Washington 98104

Kathleen Campbell Davis
Marla Eskin
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

Elihu Inselbuch, Esq.

Rita C. Tobin
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Edwin N. Ordway, Jr.
Capstone Advisory Group, LLC
Park 80 West, Plaza I
Saddle Brook, NJ  07663

Robert A. Murphy
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210

Bradley Rapp
Charter Oak Financial Consultants, LLC
430 Center Avenue
Mamaroneck, NY 10543

Anthony J. Marchetta
Day Pitney LLP
P. O. Box 1945
Morristown, NJ 07962-1945

Michael Steinsaltz, Partner
Deloitte Tax LLP
1700 Market Street
Philadelphia, PA

tscoles@deloitte.com

Michael R. Lastowski
Richard W. Riley
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

Michael B. Joseph
Theodore J. Tacconelli
Lisa L. Coggins
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 1000
P. O. Box 1351
Wilmington, DE 19899

Adam P. Kahn
Foley Hoag LLP

**FEE AUDITOR'S FINAL REPORT** - Page 12
wrg omnibus final report 37Q 4-6.101.wpd

Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600

Scott E. Bettridge
Fragomen, Del Rey, Bernsen & Loewy LLP
One Alhambra Plaza, Suite 600
Coral Gables, FL 33134

Daniel K. Hogan
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

Eric E. Johnson
Holme Roberts & Owen, LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203

Philip Bentley
David E. Blabey, Jr.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10022

Mark A. Peterson
Legal Analysis Systems, Inc.
970 Calle Arroyo
Thousand Oaks, CA  91360

Joseph J. Radecki, Jr.
Lincoln Partners Advisors LLC
400 Madison Avenue, #21
New York, NY 10017-8901

Teresa J. Walsh
Ogilvy Renault LLP
200 Bay Street, Suite 3800
Royal Bank Plaza, South Tower
Toronto, ON   M5J 2Z4

Roger Frankel
Richard H. Wyron
Debra L. Felder
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152  15th Street, N.W.
Washington, DC 20005

James E. O'Neill
Laura Davis Jones
Pachulski Stang Ziehl & Jones, LLP

919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Kathleen M. Miller
Smith, Katzenstein & Furlow LLP
The Corporate Plaza
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)

Kurt F. Gwynne
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

James J. Restivo, Jr.
Lawrence E. Flatley
Douglas E. Cameron
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Alan B. Rich
4244 Renaissance Tower
1201 Elm Street
Dallas, TX 75270

Teresa K. D. Currier
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899

Anne E. Moran
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, D.C.  20036

Lewis Kruger
Kenneth Pasquale
Arlene Krieger
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038-4982

Jennifer L. Biggs
Towers Watson
101 S. Hanley Rd.

**FEE AUDITOR'S FINAL REPORT** - Page 13
wrg omnibus final report 37Q 4-6.101.wpd

St. Louis, MO 63105

Gary H. Levin
Woodcock Washburn LLP
Cira Centre – 12th Floor
2929 Arch Street
Philadelphia, PA 19104-2891

**The Debtors**
Richard Finke
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
Deanna Boll
Holly Bull
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801