# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline**: December 22, 2010, at 4:00 p.m. |
| | | **Hearing Date:**   TBD only if necessary |

## FEE DETAIL FOR KIRKLAND & ELLIS LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

K&E 18033726.4

# EXHIBIT A

## Matter 30 - Hearings - Fees

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/12/2010 | Kimberly K Love | .70 | Prepare and organize Court Call numbers for various attorneys for upcoming telephonic hearing. |
| 10/18/2010 | Deanna D Boll | .30 | Participate in hearing re confirmation issues. |
| 10/18/2010 | John Donley | 1.20 | Prepare for omnibus hearing, participate in telephonic hearing and confer with T. Freedman and M. Shelnitz re same (1.0); confer and correspond with A. Paul re next steps after hearing (.2). |
| | Total: | 2.20 | |

## Matter 32 - Fee Applications, Applicant - Fees

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/1/2010 | Deanna D Boll | .60 | Confer with J. Donley re fees (.1); confer with M. McCarthy re same (.1); confer with R. Finke re fee auditor inquiry (.1) review issues re same (.3). |
| 10/1/2010 | Maureen McCarthy | .30 | Finalize amendment re August fee application. |
| 10/4/2010 | Holly Bull | 2.50 | Review and edit first-round invoices. |
| 10/5/2010 | Holly Bull | 2.70 | Review and edit first-round invoices. |
| 10/6/2010 | Holly Bull | 1.00 | Complete editing of first-round invoices. |
| 10/10/2010 | Holly Bull | 1.70 | Review and edit second-round invoices. |
| 10/11/2010 | Holly Bull | 1.30 | Review and edit second-round invoices. |
| 10/12/2010 | Holly Bull | 2.80 | Complete review and editing of second-round invoices. |
| 10/20/2010 | Deanna D Boll | .50 | Confer with T. Wallace and M. McCarthy re fee issues. |
| 10/20/2010 | Maureen McCarthy | .30 | Correspond with T. Wallace and D. Boll re July and August fee application matters. |
| 10/30/2010 | Holly Bull | .90 | Review fee auditor initial report re 37th interim period and review final 36th period reply. |
| 10/31/2010 | Holly Bull | 1.50 | Review fee auditor initial report, correspond with D. Boll re same, and prepare correspondence to particular billers and to T. Wallace and M. McCarthy re needed information for fee reply. |
| | Total: | 16.10 | |

## Matter 37 - Plan and Disclosure Statement - Fees

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 10/1/2010 | Mathias M Mondino | 3.00 | Review and disseminate docket update list. |
| 10/1/2010 | Deanna D Boll | 5.80 | Analyze issues re confirmation appeal and draft closing checklist. |
| 10/1/2010 | Ashley S Gregory | 2.00 | Confer with E. Filon re tax matters related to confirmation. |
| 10/1/2010 | Lisa G Esayian | 6.50 | Confer with R. Finke and J. Posner re CNA issues (1.8); confer with CNA's counsel re same (1.7); correspond with P. Mahaley and R. Horkovich re issues re certain CNA policies (.6); mark up CNA draft settlement (1.5); further correspond with J. Posner re certain CNA issues (.6); confer with T. Freedman re same (.3). |
| 10/4/2010 | Mathias M Mondino | 2.50 | Review and disseminate docket update list. |
| 10/4/2010 | Deanna D Boll | 4.50 | Analyze issues re plan confirmation and draft closing checklist re same. |
| 10/4/2010 | Lisa G Esayian | 5.50 | Correspond with J. O'Neill re certificate of no objection for Hartford settlement (.3); correspond with FCR's counsel re CNA issues (.5); confer with CNA's counsel re settlement issues (2.0); conduct additional work on CNA issues (2.7). |
| 10/5/2010 | Mathias M Mondino | 1.50 | Review and disseminate docket update list. |
| 10/5/2010 | Deanna D Boll | 7.40 | Confer with J. Baer re closing issues (.2); draft closing checklist and review plan documents for same (5.7); confer with L. Esayian re PD plan amendments (.4); review same (.8); confer with K. Davis re PD IVR (.3). |
| 10/5/2010 | Lisa G Esayian | 3.00 | Confer with D. Boll re plan amendments (.4); update plan PD exhibits (.8); confer with R. Finke and J. Posner re CNA issues (1.3); work on CNA issues (.5). |
| 10/6/2010 | Deanna D Boll | 5.30 | Confer with R. Finke re RRD invoice (.1); review issues re same (.1); confer with M. Shelnitz and T. Freedman re case status (.5); review issues re similarly situated mass tort filings (.3); analyze issues and draft memorandum re closing and appeal issues (4.3). |
| 10/6/2010 | Lisa G Esayian | 2.50 | Review materials re CNA issues (1.2); correspond with R. Finke, J. Posner and T. Freedman re CNA issues (.5); review proposed revisions to CNA approval motion (.5); correspond with T. Freedman re same (.3). |

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/7/2010 | Ashley S Gregory | 1.00 | Confer with E. Filon re excess cash flow. |
| 10/7/2010 | Lisa G Esayian | 1.00 | Confer with FCR's counsel re CNA issues (.4); correspond with R. Finke re approval motion for CNA settlement (.4); correspond with P. Lockwood re CNA issues (.2). |
| 10/8/2010 | Deanna D Boll | 8.30 | Confer with J. Baer re default interest issues and review same (2.1); confer with J. Donley re case status (.1); confer with K. Davis re IVR (.4); confer with M. Araki re default interest issues (.3): analyze issues re closing and potential appeals (5.4). |
| 10/8/2010 | Lisa G Esayian | .50 | Correspond with ACC's counsel and FCR's counsel re CNA issues. |
| 10/11/2010 | Mathias M Mondino | .50 | Review and disseminate recently filed pleadings. |
| 10/11/2010 | Deanna D Boll | 7.60 | Confer with K. Davis re balloting and confirmation issues (1.2); confer with RRD re invoice issues re employee notice issues (.4); analyze plan confirmation and appeal issues and review plan documents re same (6.0). |
| 10/11/2010 | Lisa G Esayian | 1.50 | Review correspondence re potential settlements with various insurers (.8); work on CNA issues (.7). |
| 10/12/2010 | Mathias M Mondino | .50 | Review and disseminate recently filed pleadings. |
| 10/12/2010 | Kimberly K Love | 1.30 | Prepare and organize information re team distribution list as requested by J. Donley. |
| 10/12/2010 | Adam C Paul | 3.90 | Analyze default interest notices (1.6); analyze possible M&A transaction (.7); correspond with J. Donley and J. Sprayregen re same (.7); analyze accruing interest under plan (.9). |
| 10/12/2010 | Lisa G Esayian | 1.40 | Revise motion for approval of CNA settlement (.8); review status of various PD claimants' District Court appeals and update R. Finke re same (.6). |
| 10/13/2010 | Lisa G Esayian | 2.50 | Review Hartford settlement approval order (.3); correspond with M. Shelnitz and R. Finke re same (.2); review CNA revisions to proposed settlement (1.0); correspond with FCR's counsel re same (.5); update chart re Grace insurance settlement (.5). |
| 10/14/2010 | Christopher T Greco | .20 | Correspond re Akzo Nobel claims. |
| 10/14/2010 | Mathias M Mondino | 2.00 | Review and disseminate recently filed pleadings. |
| 10/14/2010 | John Donley | 1.00 | Review CNA issues and drafts. |
| 10/14/2010 | Lisa G Esayian | 3.50 | Correspond with R. Finke and J. Posner re CNA issues and settlement agreement (1.0); work on CNA issues (1.8); confer with P. Mahaley re same (.7). |
| 10/15/2010 | Mathias M Mondino | 1.00 | Review and disseminate recently filed pleadings. |

A-5

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/15/2010 | Deanna D Boll | .50 | Confer with team re confirmation issues and status. |
| 10/15/2010 | Justin S Brooks | .60 | Review credit agreements and briefing from Creditor's Committee re lender issues (.4); confer with J. Baer re same (.2) |
| 10/15/2010 | Lisa G Esayian | .70 | Confer with J. Donley re CNA settlement issues (.2); confer with R. Finke and J. Posner re CNA retro premium issues (.5). |
| 10/18/2010 | Deanna D Boll | 4.50 | Prepare closing materials and review plan documents re same. |
| 10/18/2010 | Lisa G Esayian | 1.00 | Correspond with J. Posner re CNA issues (.5); confer with P. Mahaley re same (.5). |
| 10/19/2010 | Mathias M Mondino | 2.00 | Review and disseminate recently filed pleadings. |
| 10/19/2010 | Morgan Rohrhofer | 2.50 | Destroy experts' returned working files and obtain certificate of destruction. |
| 10/19/2010 | Deanna D Boll | 7.10 | Confer with L. Esayian and J. Baer re confirmation issues (.5); confer with R. Finke and M. Araki re RRD invoice (.2); analyze confirmation issues and draft closing lists re corporate closing documents (6.4). |
| 10/19/2010 | John Donley | 1.80 | Review and analyze issues re CNA settlement drafts. |
| 10/19/2010 | Lisa G Esayian | 3.50 | Review CNA's and FCR's counsel's proposed revisions to CNA agreement (1.5); correspond with P. Mahaley re same (.8); revise approval motion, notice and proposed order for CNA settlement (1.2). |
| 10/20/2010 | Deanna D Boll | 5.40 | Draft and revise closing documents and review plan documents re same. |
| 10/20/2010 | Adam C Paul | 1.40 | Analyze confirmation objections. |
| 10/20/2010 | Lisa G Esayian | 1.00 | Review settlement correspondence with remaining unsettled objecting insurers (.5); review additional revisions to CNA approval motion (.5). |
| 10/21/2010 | Deanna D Boll | 5.80 | Review issues re closing and prepare closing materials for same. |
| 10/21/2010 | Lisa G Esayian | 1.00 | Work on issues re remaining unsettled insurers. |
| 10/22/2010 | Mathias M Mondino | 2.00 | Review and disseminate recently filed pleadings. |
| 10/25/2010 | Deanna D Boll | 7.80 | Prepare materials for closing and analyze plan documents for issues re same. |
| 10/26/2010 | Mathias M Mondino | 1.00 | Review and disseminate recently filed pleadings. |
| 10/26/2010 | Deanna D Boll | 6.30 | Analyze issues re plan modifications and potential appeal. |
| 10/27/2010 | Mathias M Mondino | 1.50 | Review and disseminate recently filed pleadings. |

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/27/2010 | Deanna D Boll | 6.50 | Edit and revise plan modifications for potential filing and confer with S.A. counsel re same. |
| 10/27/2010 | Lisa G Esayian | .50 | Confer with ACC's counsel re issues re certain insolvent insurers. |
| 10/28/2010 | Deanna D Boll | 6.50 | Review issues re closing and prepare closing materials for same. |
| 10/28/2010 | Lisa G Esayian | .80 | Review draft settlement agreement with Swiss Re (.6); provide comments re same (.2). |
| 10/29/2010 | Adam C Paul | .20 | Correspond with J. Donley re possible transaction. |
| 10/29/2010 | Lisa G Esayian | .50 | Confer with R. Wyron re CNA issues (.3); review certain definitions in CNA agreement (.2). |
|  | Total: | 159.60 |  |

## Matter 60 - Delphi Preference Defense - Fees

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/13/2010 | Matthew F Dexter | .30 | Confer with M. Klugman re Delphi response to motion for leave to amend. |
| 10/13/2010 | Maura Klugman | .50 | Confer with M. Dexter re draft opposing amendment of Delphi complaint (.3); review materials re same (.2). |
| 10/14/2010 | Matthew F Dexter | .30 | Confer with M. Klugman re service on Grace entities during Delphi bankruptcy. |
| 10/15/2010 | Maura Klugman | .80 | Review docket for requested materials re Delphi. |
| 10/21/2010 | Christopher T Greco | .40 | Correspond with K. Alexander re Delphi settlement discussions and status. |
| 10/22/2010 | Kristina Alexander | .60 | Prepare for and participate in conference with D. Devine re Delphi preference action (.4); follow up with C. Greco re same (.2). |
|  | Total: | 2.90 |  |

# EXHIBIT B

B-2

## Matter 52 – Expenses – Expenses

| Service Description | Amount |
|---|---|
| Standard Copies or Prints | $61.10 |
| Overnight Delivery | $56.98 |
| Outside Computer Services | $1,161.50 |
| Computer Database Research | $1,954.01 |
| Electronic Data Storage | $1,727.81 |
| **Total:** | **$4,961.40** |

## Matter 52 – Expenses – Itemized Expenses

| Date | Amount | Description |
|---|---:|---|
| 9/1/2010 | 44.16 | WEST, Computer Database Research, DONLEY, JOHN W., SEPTEMBER 2010 |
| 9/8/2010 | 13.24 | WEST, Computer Database Research, ESAYIAN, LISA G., SEPTEMBER 2010 |
| 9/13/2010 | 85.99 | WEST, Computer Database Research, BOLL, DEANNA D., SEPTEMBER 2010 |
| 9/20/2010 | 107.82 | WEST, Computer Database Research, BROOKS, JUSTIN S., SEPTEMBER 2010 |
| 9/24/2010 | 345.92 | WEST, Computer Database Research, LOVE, KIMBERLY, SEPTEMBER 2010 |
| 9/29/2010 | 56.98 | Fed Exp to: D. WEILL, PALO ALTO,CA from: Brian T. Stansbury |
| 9/30/2010 | 1,161.50 | C2 LEGAL - Outside Computer Services, professional legal services; user license |
| 10/1/2010 | 0.20 | Standard Prints |
| 10/1/2010 | 0.20 | Standard Prints |
| 10/4/2010 | 7.40 | Standard Prints |
| 10/4/2010 | 5.30 | Standard Prints |
| 10/4/2010 | 0.20 | Standard Prints |
| 10/5/2010 | 4.20 | Standard Prints |
| 10/5/2010 | 0.50 | Standard Prints |
| 10/5/2010 | 1,356.88 | PACER SERVICE CENTER, Computer Database Research, 7/1/2010 thru 9/30/2010 |
| 10/6/2010 | 1.60 | Standard Prints |
| 10/6/2010 | 0.10 | Standard Prints |
| 10/6/2010 | 0.80 | Standard Prints |
| 10/7/2010 | 1.30 | Standard Prints |
| 10/7/2010 | 3.10 | Standard Prints |
| 10/12/2010 | 1.10 | Standard Copies or Prints |
| 10/12/2010 | 7.10 | Standard Prints |
| 10/12/2010 | 0.20 | Standard Prints |
| 10/12/2010 | 0.90 | Standard Prints |
| 10/13/2010 | 1.80 | Standard Copies or Prints |
| 10/13/2010 | 0.30 | Standard Prints |
| 10/13/2010 | 0.20 | Standard Prints |
| 10/14/2010 | 0.80 | Standard Prints |
| 10/15/2010 | 4.50 | Standard Prints |
| 10/19/2010 | 10.10 | Standard Prints |

| Date | Amount | Description |
|---|---|---|
| 10/20/2010 | 8.00 | Standard Prints |
| 10/22/2010 | 1.10 | Standard Copies or Prints |
| 10/26/2010 | 0.10 | Standard Prints |
| 10/31/2010 | 1,727.81 | Electronic Data Storage |
| Total: | 4,961.40 | |

## Matter 60 – Delphi Preference Defense – Expenses

| Service Description | Amount |
|---|---:|
| Court Reporter Fee/Deposition | $483.70 |
| **Total:** | **$483.70** |

## Matter 60 – Delphi Preference Defense – Itemized Expenses

| Date | Amount | Description |
|---|---|---|
| 10/15/2010 | 293.90 | VERITEXT NEW YORK REPORTING CO LLC - Court Reporter Fee/Deposition, Certified transcript |
| 10/15/2010 | 189.80 | VERITEXT NEW YORK REPORTING CO LLC - Court Reporter Fee/Deposition, Certified transcript |
| Total: | 483.70 | |