# EXHIBIT A



# THE HOGAN FIRM

Attorneys at Law
1311 Delaware Avenue
Wilmington, DE  19806
EIN 51-0352711

302-656-7540

Invoice submitted to:

*Lauzon Belanger, inc.*
*c/o Yves Lauzon*
*Lauzon Belanger inc.*
*286, rue St-Paul Quest, bureau 100*
*Montreal, QUEBEC H2Y 2A3*
*Canada*

November 01, 2010
In Reference To: *Canadian Zonolite Claimants*
 *WRGrace Chapter 11 Bankruptcy*

 *Our File No. 060124-01*
Invoice #   17394

**Professional Services**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/1/2010 | KEH | Check bank account for incoming wires; Emailed John Port at Grace, re: Holdback for THF, SH & LBL - released on 9/17/10 for payment. | 0.30 190.00/hr | 57.00 |
|  | KEH | E-mail correspondence with Cindy Yates, re: receipt of holdback for Scarfone Hawkins. | 0.10 190.00/hr | 19.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Debtor-In-Possession Monthly Operating Report for Filing Period August 1-31, 2010 Filed by W.R. Grace & Co., et al. | 0.40 350.00/hr | 140.00 |
|  | DKH | Reviewed schedule of holdback payments associated with Scarfone Hawkins, Lauzon Belanger and the Hogan Firm. | 0.30 350.00/hr | 105.00 |
| 10/4/2010 | KEH | E-mail correspondence with Careen Hannouche at LBL, re: whether or not holdback payment of $3,228.69 has been received. | 0.10 190.00/hr | 19.00 |
|  | DKH | E-mail correspondence with Careen Hannouche concerning holdback status of Lauzon Belanger. | 0.10 350.00/hr | 35.00 |

| Lauzon Belanger, inc. | | | 11/1/2010  17394 | Page 2 |
|---|---|---|---|---|
| | | | *Hrs/Rate* | *Amount* |
| 10/5/2010 KEH | E-mail correspondence with Careen Hannouche - holdback payment was received but was short on funds; email to Grace, re: shortage. | | 0.30<br>190.00/hr | 57.00 |
| DKH | E-mail correspondence with Careen Hannouche concerning status of payments received by Lauzon Belanger; reviewed and compared to Grace's payment schedule. | | 0.30<br>350.00/hr | 105.00 |
| DKH | E-mail correspondence with Karen E. Harvey concerning shortage in Lauzon Belanger's holdback payment. | | 0.10<br>350.00/hr | 35.00 |
| DKH | E-mail correspondence with Thierry, Sharon concerning the status of holdback payments. | | 0.10<br>350.00/hr | 35.00 |
| DKH | E-mail correspondence with O'Neil, Christi concerning the error in payment made in the holdback remittance to Lauzon Belanger. | | 0.20<br>350.00/hr | 70.00 |
| 10/6/2010 DKH | E-mail correspondence with Bridget Scott (David Thompson) concerning an update on the confirmation process. | | 0.20<br>350.00/hr | 70.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Statement of Professionals' Compensation Paid to Ordinary Course Professionals From July 1, 2010 Through September 30, 2010. Filed by W.R. Grace & Co., et al. | | 0.50<br>350.00/hr | 175.00 |
| DKH | Telephone conversation with Jan Baer concerning issues related to confirmation of the W.R. Grace plan and related issues. | | 0.30<br>350.00/hr | 105.00 |
| DKH | E-mail correspondence with David Thompson and Matt Moloci concerning my conversation with Jan Baer concerning the timing of confirmation and related issues. | | 0.30<br>350.00/hr | 105.00 |
| 10/7/2010 DKH | Telephone conversation with Jan Baer concerning next omnibus hearing and need to elicit timing of confirmation order from Judge Fitzgerald. | | 0.20<br>350.00/hr | 70.00 |
| 10/8/2010 DKH | Reviewed wire received from Grace for holdback. | | 0.30<br>350.00/hr | 105.00 |
| 10/12/2010 DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 10/18/2010 at 10:00 AM. | | 0.30<br>350.00/hr | 105.00 |
| 10/13/2010 KEH | Telephone call to CourtCall to schedule telephonic appearance of DKHogan at 10-18-10 hearing. | | 0.20<br>190.00/hr | 38.00 |
| DKH | E-mail correspondence with response@courtcall.com.  Reviewed reservation for telephonic court appearance. | | 0.20<br>350.00/hr | 70.00 |

| Lauzon Belanger, inc. | | | 11/1/2010 | 17394 | Page 3 |
|---|---|---|---|---|---|

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/13/2010 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Dismissing Debtors' Motion for Order Enforcing the 2009 Stipulation and Order and Ordering the New Jersey Department of Environmental Protection to Cease and Desist from Further Violations Thereof. (Related Doc # [25203], [23783], [25527]) Order Signed on 10/13/2010. | 0.30 350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Pursuant to Secs. 105, 363, 1107, 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Fed.R.Bankr.P. Approving the Settlement Agreement Between W.R. Grace & Co. and the Hartford Parties. | 0.30 350.00/hr | 105.00 |
| 10/14/2010 | KEH | Begin preparation of THF's monthly fee application for September 2010 | 0.80 190.00/hr | 152.00 |
| 10/15/2010 | KEH | Further preparation of THF's monthly fee application for September 2010 - code time/expense summary with project categories. | 1.50 190.00/hr | 285.00 |
| | KEH | E-mail correspondence with Careen Hannouche transmitting LBL's Time/Expense summary for September 2010; attach to brad page and print for review. | 0.30 190.00/hr | 57.00 |
| | DKH | E-mail correspondence with Careen Hannouche transmitting the Lauzon Belanger monthly invoice for September 1st – September 30th 2010. Reviewed same. | 0.60 350.00/hr | 210.00 |
| | DKH | E-mail correspondence with Bridget Scott ( David Thompson) concerning the development of the Canadian Claims Administration Protocol and issues related thereto. | 0.30 350.00/hr | 105.00 |
| 10/17/2010 | DKH | E-mail correspondence with Dallas Pedri concerning whether it is at all possible to still receive money if his household contains Vermiculite. | 0.20 350.00/hr | 70.00 |
| 10/18/2010 | KEH | Further preparation of THF's monthly fee application for September 2010 - Certification and Affidavit of Service. | 0.20 190.00/hr | 38.00 |
| | DKH | Telephone conversation with Jan Baer concerning omnibus hearing held today and likely timing of confirmation order. | 0.30 350.00/hr | 105.00 |
| 10/19/2010 | KEH | E-mail correspondence with Grace Accounts Payable transmitting Remittance Advice for $17,797.55 payment; print for review; add payment to Excel Spreadsheet and update calculations. | 0.70 190.00/hr | 133.00 |
| | KEH | Revise THF's 7th Monthly Fee Application for September 2010 with payment from WRGrace for July application. | 0.20 190.00/hr | 38.00 |
| | KEH | Meeting with DKHogan, re: THF's 7th Monthly Fee Application for September 2010 - send via email with documents for review. | 0.30 190.00/hr | 57.00 |

| Lauzon Belanger, inc. | | | 11/1/2010 | 17394 | Page 4 |
|---|---|---|---|---|---|
| | | | | *Hrs/Rate* | *Amount* |
| 10/19/2010 KEH | E-mail correspondence with Grace Accounts Payable transmitting Grace Remittance Advice - print and review. | | | 0.30<br>190.00/hr | 57.00 |
| KEH | E-mail correspondence with Daniel K. Hogan transmitting Grace Remittance Advice. | | | 0.10<br>190.00/hr | 19.00 |
| KEH | Revise THF's application with payment from Grace and email to DKHogan - payment scheduled for deposit 10/20/10. | | | 0.30<br>190.00/hr | 57.00 |
| KEH | E-mail correspondence from Cindy Yates, re: reconciling recent payments received; review and revise Excel spreadsheet and email to Cindy at SH. | | | 0.40<br>190.00/hr | 76.00 |
| KEH | E-mail correspondence with SH & LBL, re: payment for the July applications. | | | 0.20<br>190.00/hr | 38.00 |
| KEH | E-mail correspondence with Cindy Yates, re: no payment received for SH's July application. | | | 0.10<br>190.00/hr | 19.00 |
| KEH | E-mail correspondence with Careen Hannouche, re: no payment received for LBL's July application. | | | 0.10<br>190.00/hr | 19.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Authorizing the Debtors to Enter into Agreements to Purchase Synthetech, Inc., Consummating the Transactions Contemplated Thereby and Merging the Acquiring Entity into W. R. Grace & Co. - Conn (related document(s)[25407]). Signed on 10/18/2010. | | | 0.30<br>350.00/hr | 105.00 |
| DKH | E-mail correspondence with Karen E. Harvey concerning receipt of payment for THF July payment; reviewed spreadsheet that tracks payments to Special Counsel. | | | 0.50<br>350.00/hr | 175.00 |
| DKH | Reviewed and revised The Hogan Firm's September invoice. | | | 0.40<br>350.00/hr | 140.00 |
| DKH | E-mail correspondence with Careen Hannouche concerning status of July payment. | | | 0.10<br>350.00/hr | 35.00 |
| 10/20/2010 KEH | E-mail correspondence from 'O'Neil, Christi' at Grace, re: corrected entries and payment of shortage will be paid accordingly w/next payment due. | | | 0.10<br>190.00/hr | 19.00 |
| DKH | Reviewed Amended Minutes of Settlement, the CCAA Endorsement and the Order Appointing Special Counsel for the purpose of determining whether the development of the Canadian Claims protocol is included within the fee application purview. Reviewed case law. | | | 2.50<br>350.00/hr | 875.00 |

| Lauzon Belanger, inc. | | | 11/1/2010 | 17394 | Page 5 |
|---|---|---|---|---|---|
| | | | | *Hrs/Rate* | *Amount* |
| 10/21/2010 KEH | E-mail correspondence with Cindy Yates, re: clarifications on Grace payment spreadsheet. | | | 0.20<br>190.00/hr | 38.00 |
| KEH | E-mail correspondence with Cindy Yates, re: received $16,045.90 CAD from WR Grace in payment of SH's July, 2010 application; revise Grace payment spreadsheet with same. | | | 0.30<br>190.00/hr | 57.00 |
| KEH | E-mail correspondence with Careen Hannouche at LBL, re: status of payment from Grace. | | | 0.10<br>190.00/hr | 19.00 |
| KEH | E-mail correspondence with Careen Hannouche, re: no payment has been received for LBL's July application. | | | 0.10<br>190.00/hr | 19.00 |
| 10/22/2010 KEH | E-mail correspondence with Careen Hannouche, re: received payment of LBL's July application in the amount of $3 446.13; revise Grace payment spreadsheet with same. | | | 0.30<br>190.00/hr | 57.00 |
| KEH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly Time/Expense Summary for September 1, 2010 - September 30, 2010; attach to brad page and print for review. | | | 0.30<br>190.00/hr | 57.00 |
| DKH | E-mail correspondence with Careen Hannouche acknowledging payment of July's invoice. | | | 0.20<br>350.00/hr | 70.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Certification of Counsel re: 2011 Omnibus Hearing Dates Filed by W.R. Grace & Co., et al. | | | 0.30<br>350.00/hr | 105.00 |
| 10/25/2010 KEH | Telephone call to Christiana Wire Department to transfer funds to Scarfone Hawkins account for July 1 through July 31, 2010 - $17,797.55; telephone call from Adrienne in wire department to confirm wire. | | | 0.30<br>190.00/hr | 57.00 |
| KEH | Update spreadsheet for WRGrace payments, i.e., Scarfone Hawkins & LBL for payments of July applications. | | | 0.30<br>190.00/hr | 57.00 |
| KEH | E-mail correspondence with 'thompson@shlaw.ca';'moloci@shlaw.ca';'Cindy Yates, re: initiated wire to Scarfone Hawkins in the amount of $17,797.55 - transfer confirmed; Payment for The Hogan Firms Fifth Monthly Fee Application for the Period July 1, 2010, through July 31, 2010. (80% fees: $17,594.40; and 100% costs: $203.15). | | | 0.20<br>190.00/hr | 38.00 |
| KEH | Revise LBL's Time/Expense Statement for September to include rates and totals. | | | 0.20<br>190.00/hr | 38.00 |
| KEH | E-mail correspondence with 'careen.hannouche@lauzonbelanger.qc.ca', re: change in taxes. QST - PST. | | | 0.20<br>190.00/hr | 38.00 |

| Lauzon Belanger, inc. | | | 11/1/2010 | 17394 | Page 6 |
|---|---|---|---|---|---|

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/25/2010 | KEH | Preparation of LBL monthly fee application for September 1, 2010 through September 30, 2010. | 0.80 190.00/hr | 152.00 |
| | KEH | Researched P.S.T (Provincial Sales Tax) on web - unsure if QST is now PST - wait to hear from Careen Hannouche. | 0.20 190.00/hr | 38.00 |
| | KEH | Meeting with DKHogan, re: status and timing for filing monthly fee applications. | 0.20 190.00/hr | 38.00 |
| | KEH | Begin preparation of SH's monthly application for September 1, 2010 through September 30, 2010. | 1.30 190.00/hr | 247.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed MODIFIED Order Scheduling Omnibus Hearing Dates for 2011 (related document(s)[25631]). Signed on 10/25/2010. | 0.40 350.00/hr | 140.00 |
| | DKH | Reviewed changes in taxes on Lauzon Belanger's latest invoice. | 0.30 350.00/hr | 105.00 |
| | DKH | E-mail correspondence with Careen Hannouche concerning change in taxes. | 0.10 350.00/hr | 35.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Settlement re: Debtors' Thirty-Seventh Quarterly Report of Settlement from July 1, 2010 through September 30, 2010, in Accordance with that Certain Amended Order Authorizing and Approving an Omnibus Procedure for Settling Certain Claims and Causes of Action Brought by or Against the Debtors in a Judicial, Administrative, Arbitral or other Action or Proceeding. Filed by W.R. Grace & Co., et al. | 0.40 350.00/hr | 140.00 |
| 10/26/2010 | KEH | Further preparation of SH's monthly application for September 1, 2010 through September 30, 2010; complete affidavit of service - Thompson affidavit and Exhibit A & Exhibit B in preparation for filing on 10/19/10. | 0.40 190.00/hr | 76.00 |
| | KEH | Revise LBL's Time/Expense Statement, re: PST - QST; revise 7th application, re: same; complete affidavit of service - Hannouche affidavit and Exhibit A in preparation for filing on 10/19/10. | 0.30 190.00/hr | 57.00 |
| | KEH | Review, revise and print THF's 7th monthly application for approval for filing on October 29, 2010 - prepare Exhibit A. | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence from Cindy Yates, re: confirmation of wire from THF. | 0.10 190.00/hr | 19.00 |
| | DKH | E-mail correspondence with Charmaine Wilson concerning the claim of VonWin Capital Management, LP. | 0.20 350.00/hr | 70.00 |

| Lauzon Belanger, inc. | | | 11/1/2010 | 17394 | Page 7 |
|---|---|---|---|---|---|
| | | | | *Hrs/Rate* | *Amount* |
| 10/27/2010 | KEH | E-mail correspondence with Bobbi Ruhlander, re: review of The Hogan Firms June 2010 monthly fee application - no objection to the fees or expenses. Do not The Hogan Firm's quarterly application; review for same. | | 0.20 190.00/hr | 38.00 |
| | DKH | E-mail correspondence with James O'Neill concerning claim of VonWin Capital Management, LP. | | 0.10 350.00/hr | 35.00 |
| 10/28/2010 | KEH | E-mail correspondence with Bobbi Ruhlander transmitting additional copy of 2nd Quarterly application for THF. | | 0.10 190.00/hr | 19.00 |
| | KEH | E-mail correspondence with Bobbi Ruhlander, re: transmission of fee applications. | | 0.10 190.00/hr | 19.00 |
| | KEH | E-mail correspondence with Bobbi Ruhlander, re: THF's monthly applications. | | 0.10 190.00/hr | 19.00 |
| | KEH | E-mail correspondence with Bobbi Ruhlander, re: Scarfone Hawkins' May 2010 monthly application - meal charges: 05/17/10 David Thompson Travel Expense for meeting with class counsel in Winnipeg, Manitoba  Hys Winnipeg, meal with Matt Moloci and Michel Belanger $320.00; and  June 2010 monthly application: 06/24/10  David Thompson  Travel Expense  Meal at Verses Restaurant  Class Counsel meeting in Montreal at Lauzon Belanger $100.00 Please provide the number of people dining. | | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with Bobbi Ruhlander, re: no issues or objections to The Hogan Firms fee application for the 37th interim period (April-June 2010). | | 0.10 190.00/hr | 19.00 |
| | KEH | E-mail correspondence with Bobbi Ruhlander, re: no issues or objections to Lauzon Belanger's fee application for the 37th interim period (April – June 2010) | | 0.10 190.00/hr | 19.00 |
| | DKH | E-mail correspondence with David Thompson concerning the development of the Canadian Claims Administration Protocol and the corresponding fees that will be incurred for the work. | | 0.30 350.00/hr | 105.00 |
| | DKH | E-mail correspondence with Bobbi Ruhlander concerning Scarfone Hawkins' application covering the period of April through June 2010 and minor issues related thereto. | | 0.30 350.00/hr | 105.00 |
| | DKH | E-mail correspondence with Bobbi Ruhlander concerning The Hogan Firm's fee application for the 37th interim period (April-June 2010). | | 0.20 350.00/hr | 70.00 |

| Lauzon Belanger, inc. | | 11/1/2010 | 17394 | Page 8 |
|---|---|---|---|---|

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/28/2010 DKH | E-mail correspondence with Bobbi Ruhlander concerning Lauzon Belanger's fee application for the 37th interim period (April – June 2010). | | 0.10<br>350.00/hr | 35.00 |
| 10/29/2010 KEH | E-mail correspondence with Scarfone Hawkins transmitting informal report regarding fee application. | | 0.10<br>190.00/hr | 19.00 |
| KEH | E-mail correspondence with Careen Hannouche, re: no issues or objection to LBL's application. | | 0.10<br>190.00/hr | 19.00 |
| KEH | Meeting with DKHogan, re: monthly fee applications for Scarfone Hawkins and Lauzon Belanger Lesperance. | | 0.20<br>190.00/hr | 38.00 |
| KEH | E-mail correspondence with Careen Hannouche transmitting 7th monthly fee application for LBL along with certification for execution. | | 0.10<br>190.00/hr | 19.00 |
| KEH | E-mail correspondence with David Thompson at SH transmitting 7th monthly fee application for along with certification for execution. | | 0.10<br>190.00/hr | 19.00 |
| KEH | E-mail correspondence with Careen Hannouche, re: change on page 5 of application, re: amount of costs; revise same. | | 0.20<br>190.00/hr | 38.00 |
| KEH | Email to Careen Hannouche Transmitting revised application for review. | | 0.10<br>190.00/hr | 19.00 |
| KEH | E-mail correspondence with Careen Hannouche transmitting executed certification for 7th monthly fee application of LBL; attach same to brad page. | | 0.20<br>190.00/hr | 38.00 |
| KEH | E-mail correspondence with Cindy Yates transmitting certificate of David Thompson regarding the 7th monthly fee application of Scarfone Hawkins; attach to brad page. | | 0.20<br>190.00/hr | 38.00 |
| KEH | Prepare for electronic filing of the Seventh Monthly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants; electronically file same in the U.S. Bankruptcy Court, Docket No. 25664. | | 0.50<br>190.00/hr | 95.00 |
| KEH | Prepare for electronic filing of the Seventh Monthly Application of Scarfone Hawkins as Special Counsel for the Canadian ZAI Claimants; electronic filing of same in the U.S. Bankruptcy Court, Docket No. 25666. | | 0.50<br>190.00/hr | 95.00 |
| KEH | Prepare for electronic filing of the Monthly Application of Lauzon Bélanger Lespérance as Special Counsel for the Canadian ZAI Claimants; electronically file same in the U.S. Bankruptcy Court, Docket No. 25665 | | 0.50<br>190.00/hr | 95.00 |
| KEH | E-mail correspondence with Fee Auditor transmitting, in Word format, the Seventh Monthly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the | | 0.20<br>190.00/hr | 38.00 |

| Lauzon Belanger, inc. | | | 11/1/2010 | 17394 | Page 9 |
|---|---|---|---|---|---|

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | Canadian ZAI Claimants. The application was filed in the U.S. Bankruptcy Court, Docket No. 25664. | | |
| 10/29/2010 | KEH | E-mail correspondence with the Fee Auditor transmitting, in Word format, the Seventh Monthly Application of Scarfone Hawkins as Special Counsel for the Canadian ZAI Claimants. The application was filed in the U.S. Bankruptcy Court, Docket No. 25666. | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence with the Fee Auditor transmitting, in Word format, the Seventh Monthly Application of Lauzon Bélanger Lespérance as Special Counsel for the Canadian ZAI Claimants. The application was filed in the U.S. Bankruptcy Court, Docket No. 25665 | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence with IKON Office Solutions transmitting Seventh Monthly Application of The Hogan Firm for hand delivery to: Office of the United States Trustee, David Klauder, Esquire, 844 King Street, Suite 2311, Wilmington, DE 19801 | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence with IKON Office Solutions transmitting Seventh Monthly Application of Scarfone Hawkins for hand delivery to: Office of the United States Trustee, David Klauder, Esquire, 844 King Street, Suite 2311, Wilmington, DE 19801 | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence with IKON Office Solutions transmitting Seventh Monthly Application of Lauzon Belanger Lesperance for hand delivery to: Office of the United States Trustee, David Klauder, Esquire, 844 King Street, Suite 2311, Wilmington, DE 19801 | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence with Service Parties transmitting, for service, the Seventh Monthly Application of The Hogan Firm, filed October 29, 2010, Docket No. 25664 | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence with Service Parties transmitting, for service, the Seventh Monthly Application of Scarfone Hawkins, filed October 29, 2010, Docket No. 25666. | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence with Service Parties transmitting, for service, the Seventh Monthly Application of Lauzon Belanger Lesperance, filed October 29, 2010, Docket No. 25665 | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence from Luckey, James, at IKON confirming receipt of 3 fee applications for service. | 0.10<br>190.00/hr | 19.00 |
| | KEH | E-mail correspondence with Careen Hannouche, regarding quarterly fee application. | 0.10<br>190.00/hr | 19.00 |
| | KEH | E-mail correspondence with Lauren Mrowka at Scarfone Hawkins regarding the response to be transmitted to the Fee Auditor. | 0.10<br>190.00/hr | 19.00 |

| Lauzon Belanger, inc. | | | 11/1/2010   17394 | Page   10 |
|---|---|---|---|---|
| | | | *Hrs/Rate* | *Amount* |
| 10/29/2010 KEH | E-mail correspondence with Bobbi Ruhlander, re: Scarfone Hawkins' response to inquiries: Item 1 - the dinner was for 3 people and they are content that reimbursement for the charge should be reduced to the guideline amount of $55.00 per person. | | 0.20 190.00/hr | 38.00 |
| | Item 2 - the meal charge in Montreal was for 2 people, David Thompson and Matthew Moloci. This dinner charge seems to comply with the $55.00 per person guideline. | | | |
| KEH | Review docket to check for objections or responses to the Sixth Monthly Fee Applications. | | 0.20 190.00/hr | 38.00 |
| KEH | Prepare Certificate of No Objection Regarding Docket No. 25496 (Sixth monthly application of The Hogan Firm - August 1, 2010, through August 31, 2010). | | 0.30 190.00/hr | 57.00 |
| KEH | Prepare Certificate of No Objection Regarding Docket No. 25497 (Sixth monthly application of Scarfone Hawkins - August 1, 2010, through August 31, 2010). | | 0.30 190.00/hr | 57.00 |
| KEH | Prepare Certificate of No Objection Regarding Docket No. 25498 (Sixth monthly application of Lauzon Belanger Lesperance - August 1, 2010, through August 31, 2010). | | 0.30 190.00/hr | 57.00 |
| KEH | E-file Certificate of No Objection Regarding Docket No. 25496 (Sixth monthly application of The Hogan Firm - August 1, 2010, through August 31, 2010). | | 0.20 190.00/hr | 38.00 |
| KEH | E-file Certificate of No Objection Regarding Docket No. 25497 (Sixth monthly application of Scarfone Hawkins - August 1, 2010, through August 31, 2010). | | 0.20 190.00/hr | 38.00 |
| KEH | E-file Certificate of No Objection Regarding Docket No. 25498 (Sixth monthly application of Lauzon Belanger Lesperance - August 1, 2010, through August 31, 2010). | | 0.20 190.00/hr | 38.00 |
| KEH | E-mail correspondence with James Luckey at IKON transmitting CNOs for service. | | 0.20 190.00/hr | 38.00 |
| DKH | E-mail correspondence with Lauren Mrowka (David Thompson) concerning development of the claims administration process in Canada. | | 0.30 350.00/hr | 105.00 |
| DKH | Reviewed and revised Lauzon Belanger's 7th monthly fee application. | | 0.60 350.00/hr | 210.00 |
| DKH | Reviewed and revised Scarfone Hawkins the 7th monthly fee application. | | 0.70 350.00/hr | 245.00 |

| Lauzon Belanger, inc. | | | 11/1/2010 | 17394 | Page 11 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/29/2010 | DKH | E-mail correspondence with David Thompson concerning the 7th monthly fee application. | 0.10<br>350.00/hr | 35.00 |
| | DKH | Reviewed and revised The Hogan Firm's 7th Monthly Application. | 0.70<br>350.00/hr | 245.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants (Seventh Monthly Application) for the period September 1, 2010, to September 30, 2010 Filed by Canadian ZAI Claimants. | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants (Seventh Monthly Application) for the period September 1, 2010, to September 30, 2010 Filed by Canadian ZAI Claimants. | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with David Thompson concerning his update on Representative Counsels plans relating to the claims administrative process and his anticipated actions. | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with Lauren Mrowka (David Thompson) concerning appointing Collectiva" as Claims Administrator in Canada and related issues. | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with Lauren Mrowka (David Thomson) concerning his follow-up response to Bobbi Ruhlander's e-mail of October 29th. | 0.30<br>350.00/hr | 105.00 |
| | DKH | Reviewed and revised 6th Monthly certificates of no objection for The Hogan Firm, Lauzon Belanger, and Scarfone Hawkins. | 0.40<br>350.00/hr | 140.00 |
| | DKH | Reviewed docket for objections to 6th Monthly applications of The Hogan Firm, Lauzon Belanger, and Scarfone Hawkins. | 0.40<br>350.00/hr | 140.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Sixth Monthly Application for Compensation of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants for the period August 1, 2010 to August 31, 2010 (related document(s)[25496]) Filed by Canadian ZAI Claimants. | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Sixth Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for | 0.30<br>350.00/hr | 105.00 |

Lauzon Belanger, inc.   11/1/2010   17394   Page   12

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | the period August 1, 2010, to August 31, 2010 (related document(s)[25498]) Filed by Canadian ZAI Claimants. |  |  |
| 10/29/2010 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Sixth Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period August 1, 2010, to August 31, 2010 (related document(s)[25497]) Filed by Canadian ZAI Claimants. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation of Scarfone Hawkins as Special Counsel for the Canadian ZAI Claimants (Seventh Monthly Application) for the period September 1, 2010, to September 30, 2010 Filed by Canadian ZAI Claimants. | 0.20 350.00/hr | 70.00 |

|  |  | | |
|---|---|---|---|
| | *For professional services rendered* | 38.80 | *$10,300.00* |
| | **Additional Charges :** | | |
| 10/14/2010 | Photocopies - In-house THF Monthly Appl. | | 3.70 |
| 10/28/2010 | In-House Photocopies 10/15/10 - 10/29/10 (KEH) | | 18.80 |
| 10/29/2010 | Federal Express to Fee Auditor - 7th Monthly Applications | | 31.07 |
| | IKON Office Solutions - Inv. WIL10110004 - CNOs - 6th Monthly | | 79.35 |
| | *Total additional charges* | | *$132.92* |
| | **Total amount of this bill** | | *$10,432.92* |
| | **Previous balance** | | *$15,577.58* |
| | **Accounts receivable transactions** | | |
| 10/25/2010 | Payment - Thank You. Check No. 978 9986 | | ($15,577.58) |
| | *Total payments and adjustments* | | *($15,577.58)* |
| | **Balance due** | | **$10,432.92** |

| Lauzon Belanger, inc. | | 11/1/2010    17394 | Page   13 |

*****TERMS: PAYMENT DUE UPON RECEIPT*****

INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Daniel K. Hogan | 18.30 | 350.00 | $6,405.00 |
| Karen E. Harvey | 20.50 | 190.00 | $3,895.00 |