# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
## AVOCATS • ATTORNEYS

November 23, 2010

RE :    W.R. GRACE & CO., and al.
        U.S. FEE APPLICATION
        CDN ZAI CLASS ACTION
        Our file : 222

**CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION**
**(October 1st 2010 to October 31st 2010)**

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**Our fees :**

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2010-10-05 | CH | Email to Karen Harvey re: Q10 Holdback Payment | 0.08 | 285.00 | 22.80 |
| 2010-10-05 | CH | Email to a class member re: inquiry on Canadian Settlement and action against Attorney General of Canada | 0.33 | 285.00 | 94.05 |
| 2010-10-05 | MB | Review of exchange of emails between M. O'Neil, Thierry and Karen Harvey re: billing | 0.50 | 350.00 | 175.00 |
| 2010-10-06 | CH | Email to a class member re: plan approval | 0.08 | 285.00 | 22.80 |
| 2010-10-06 | MB | Telephone conversations with class members (3) | 1.00 | 350.00 | 350.00 |
| 2010-10-07 | CH | Email to a class member re: inquiry on settlement | 0.50 | 285.00 | 142.50 |
| 2010-10-08 | CH | Email to Cindy Yates re: confirmation receipt payment Q10 holdback THF fees | 0.08 | 285.00 | 22.80 |
| 2010-10-12 | CH | Telephone conversations with class members re: status of settlement | 0.67 | 285.00 | 190.95 |
| 2010-10-13 | MB | Email to class member | 0.17 | 350.00 | 59.50 |
| 2010-10-14 | CH | Telephone conversations with class members and emails re: inquiry on Canadian Settlement | 0.50 | 285.00 | 142.50 |
| 2010-10-14 | MB | Email to Ms. Hannouche re: claims CD | 0.25 | 350.00 | 87.50 |
| 2010-10-15 | CH | Email to Mr. Thompson re: payment of portion of Mr. Hogan's fees for September | 0.17 | 285.00 | 48.45 |
| 2010-10-15 | CH | Review of September monthly application | 0.42 | 285.00 | 119.70 |
| 2010-10-15 | CH | Email to Karen Harvey re: September monthly application | 0.08 | 285.00 | 22.80 |
| 2010-10-18 | MB | Telephone conversations with class members | 0.33 | 350.00 | 115.50 |
| 2010-10-19 | CH | Email to our plaintiff consumer association re: questions on members' claims and plan approval | 0.33 | 285.00 | 94.05 |
| 2010-10-19 | MB | Review of an email from a class member and response | 0.33 | 350.00 | 115.50 |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2010-10-19 | CH | Email to Karen Harvey re: confirmation of payment of July application | 0.08 | 285.00 | 22.80 |
| 2010-10-20 | MB | Review of emails from David Thompson and Careen Hannouche | 0.25 | 350.00 | 87.50 |
| 2010-10-20 | CH | Telephone conversation re: update on class member's claim in context of Canadian Settlement | 0.17 | 285.00 | 48.45 |
| 2010-10-21 | CH | Review of an email from Mr. Thompson re: amounts owed by Aikins MacAulay and Merchant Law Group | 0.25 | 285.00 | 71.25 |
| 2010-10-21 | CH | Email to Mr. Thompson re: amounts owed by Merchant Law Group and Aikins MacAulay | 0.17 | 285.00 | 48.45 |
| 2010-10-22 | CH | Email to Karen Harvey re: payment of July application | 0.08 | 285.00 | 22.80 |
| 2010-10-22 | CH | Email to Mr. Thompson re: conference call to discuss claims' administration | 0.17 | 285.00 | 48.45 |
| 2010-10-26 | MB | Review of emails from David Thompson re: billing; | 0.33 | 350.00 | 115.50 |
| 2010-10-26 | MB | Meeting with Ms. Hannouche re: review of billing regarding Mr. Ferber and Mr. Merchant's law firms; | 0.50 | 350.00 | 175.00 |
| 2010-10-26 | MB | Conference call with Mrs. Moloci and Thompson and Ms. Hannouche re: claims administration; | 0.67 | 350.00 | 234.50 |
| 2010-10-26 | CH | Review of an email from Mr. Thompson re: outstanding payments Mr. Hogan's fees | 0.17 | 285.00 | 48.45 |
| 2010-10-26 | CH | Review of payments made by Aikins MacAulay, Merchant Law Group, Scarfone Hawkins and Lauzon Bélanger Lespérance (emails and charts) re: Mr. Hogan's fees | 1.00 | 285.00 | 285.00 |
| 2010-10-26 | CH | Email to Mr. Thompson re: outstanding payments Mr. Hogan's fees | 0.25 | 285.00 | 71.25 |
| 2010-10-26 | CH | Conference call with Mr. Thompson, Moloci and Bélanger re: claims administration process | 0.33 | 285.00 | 94.05 |
| 2010-10-27 | MB | Review of emails from David Thompson re : follow-up of conference call | 0.33 | 350.00 | 115.50 |
| 2010-10-27 | CH | Emails to class members re: update on Canadian settlement process | 0.42 | 285.00 | 119.70 |
| 2010-10-27 | MB | Review of emails from class members | 0.50 | 350.00 | 175.00 |
| 2010-10-28 | MB | Letter to Matt Moloci re: meeting for preparation of protocol | 0.25 | 350.00 | 87.50 |
| 2010-10-28 | CH | Email to Mr. Thompson re: meeting for claims administration | 0.08 | 285.00 | 22.80 |
| 2010-10-28 | CH | Email to Mr. Moloci re: CD Rust consulting files | 0.08 | 285.00 | 22.80 |
| 2010-10-28 | CH | Email to Mr. Falquero (Merchant Law Group) re: claim deadline and plan approval timeline | 0.17 | 285.00 | 48.45 |
| 2010-10-28 | CH | Email to Kathy Davis re: class member inquiry | 0.08 | 285.00 | 22.80 |

| Date | Lawyer | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2010-10-29 | MB | Letter to André Fauteux, journalist (report on claims) | 0.25 | 350.00 | 87.50 |
| 2010-10-29 | MB | Review of emails from Karen Harvey | 0.25 | 350.00 | 87.50 |
| 2010-10-29 | CH | Review of 7th Monthly Application prepared by Karen Harvey | 0.33 | 285.00 | 94.05 |
| 2010-10-29 | CH | Email to Karen Harvey re: 7th Monthly Application | 0.17 | 285.00 | 48.45 |
| 2010-10-29 | CH | Email to Karen Harvey re: signed certification for 7th Monthly Application | 0.08 | 285.00 | 22.80 |
| 2010-10-29 | CH | Review of email correspondence between Mr. Thompson and Mr. Hogan re: Canadian claims administration | 0.33 | 285.00 | 94.05 |

**OUR FEES**   13.56   4,248.75

TIME SUMMARY BY LAWYER

| | | | |
|---|---|---|---|
| MB | 350.00 | 5.91 | 2,068.50 |
| CH | 285.00 | 7.65 | 2,180.25 |

**DISBURSEMENTS**

Photocopies (31 X .10¢)   3.10

**TOTAL DISBURSEMENTS**   **3.10**

**TOTAL FEES AND DISBURSEMENTS**   **$ 4,251.85**

Total G.S.T.   212.59
Total Q.S.T.   334.83

**TOTAL**   **$ 4,799.27**

# G.S.T.  814682340 RT 0001
# Q.S.T.  1211542736 TQ 0001