# **EXHIBIT A**

W.R. GRACE & CO., et al.  
CDN ZAI CLASS ACTION

U.S. FEE APPLICATION  
DATE:  
October 31, 2010  
OUR FILE NO: 05L121

## Scarfone Hawkins LLP
BARRISTERS AND SOLICITORS

ONE JAMES STREET SOUTH  
14TH FLOOR  
P.O. BOX 926, DEPOT #1  
HAMILTON, ONTARIO  
L8N 3P9

TELEPHONE  
905-523-1333

TELEFAX  
905-523-5878

H.S.T. REGISTRATION NO.  **873984314 RT – 0001**

**CANADIAN ZAI MONTHLY FEE APPLICATION**  
**(October 1, 2010 – October 31, 2010)**

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/01/10 | *Email from Karen Harvey to John Port, Sharon Thierry and Christi O'Neill regarding payments of Q1 holdbacks; email reply from Cindy Yates to Harvey confirming receipt of payment* | MGM | $375.00 | 0.10 | $37.50 |
| 10/04/10 | *emails to and from Karen Harvey re: holdback amounts* | DT | $475.00 | 0.10 | $47.50 |
| 10/05/10 | *receipt of and respond to class member inquiries* | DT | $475.00 | 0.25 | $118.75 |
| 10/05/10 | *receipt Karen Harvey emails, email to Dan Hogan re: update from Grace* | DT | $475.00 | 0.25 | $118.75 |
| 10/05/10 | *Emails from Karen Harvey* | MGM | $375.00 | 0.25 | $93.75 |
| 10/06/10 | *Email from Karen Harvey; email from Daniel Hogan* | MGM | $375.00 | 0.20 | $75.00 |
| 10/07/10 | *receipt Dan Hogan email, email to Dan Hogan, receipt of and respond to class member inquiries* | DT | $475.00 | 0.25 | $118.75 |
| 10/08/10 | *receipt Karen Harvey email, letter to Karen Harvey, memos to and from Cindy Yates re: Dan Hogan holdback monies and chart* | DT | $475.00 | 0.25 | $118.75 |
| 10/08/10 | *Email from Karen Harvey* | MGM | $375.00 | 0.10 | $37.50 |
| 10/13/10 | *receipt of and respond to various class member inquiries regarding status of matters, email to Dan Hogan* | DT | $475.00 | 0.25 | $118.75 |
| 10/14/10 | *email to Dan Hogan re: plan confirmation* | DT | $475.00 | 0.10 | $47.50 |
| 10/14/10 | *Email from Cindy Yates; Email from Karen Harvey* | MGM | $375.00 | 0.20 | $75.00 |
| 10/15/10 | *follow-up with Dan Hogan re: Canadian Claims Administration Protocol issues, memo to BS, follow-up on* | DT | $475.00 | 0.35 | $166.25 |

| | | | | | |
|---|---|---|---|---|---|
| | *class member inquiries* | | | | |
| 10 /15/10 | *receipt Careen Hannouche email, memo to Cindy Yates, receipt Keith Ferbers' email, receipt Matt Moloci memo* | DT | $475.00 | 0.25 | $118.75 |
| 10 /15/10 | *Email from Keith Ferbers; email to Keith Ferbers and David Thompson; Email from Careen Hannouche; receipt and review David Thompson e-mail to Dan Hogan* | MGM | $375.00 | 0.30 | $112.50 |
| 10 /18/10 | *receipt of and respond to class member inquiries* | DT | $475.00 | 0.25 | $118.75 |
| 10 /18/10 | *receipt of and respond to class member inquiries* | DT | $475.00 | 0.10 | $47.50 |
| 10 /19/10 | *receipt of and respond to class member inquiries* | DT | $475.00 | 0.10 | $47.50 |
| 10 /19/10 | *meet with Matt Moloci and Cindy Yates, review of Grace payment chart, reconciliation of Hogan accounts and payments, review status of holdback amounts and discuss status of plan confirmation and further follow-up with Dan Hogan* | DT | $475.00 | 0.50 | $237.50 |
| 10 /19/10 | *receipt Karen Harvey emails, email to Careen Hannouche, receipt Careen Hannouche email, meet to discuss Karen Harvey chart with Cindy Yates and Matt Moloci, memo to file* | DT | $475.00 | 0.75 | $356.25 |
| 10 /19/10 | *Meet with David Thompson and Cindy Yates, review of Grace payment chart, reconciliation of Hogan accounts and payments, review status of holdback amounts and discuss status of plan confirmation and further follow-up with Dan Hogan* | MGM | $375.00 | 0.50 | $187.50 |
| 10 /19/10 | *Emails from Karen Harvey; Email from Careen Hannouche* | MGM | $375.00 | 0.10 | $37.50 |
| 10 /19/10 | *Meet to discuss Karen Harvey chart with David Thompson and Cindy Yates* | MGM | $375.00 | 0.25 | $93.75 |
| 10 /20/10 | *telephone to Orestes Pasparakis, discuss and review with Matt Moloci re: status of Claims Administration Process work* | DT | $475.00 | 0.50 | $237.50 |
| 10 /20/10 | *Teleconference with possible CDN ZAI PD claimant Mike Leo regarding ZAI in attic of home; discuss various issues concerning ZAI, claims process and deadline* | MGM | $375.00 | 0.30 | $112.50 |
| 10 /20/10 | *Teleconference with Orestes Pasparakis regarding status of U.S. Plan Approval and possible extension of settlement; conference with David Thompson regarding claims process and information received from Rust Consulting* | MGM | $375.00 | 0.50 | $187.50 |
| 10 /21/10 | *emails to and from Careen Hannouche* | DT | $475.00 | 0.10 | $47.50 |
| 10 /21/10 | *Receipt and review emails from David Thompson to Careen Hannouche; Email from Cindy Yates forwarding Karen Harvey email; email from Careen Hannouche* | MGM | $375.00 | 0.40 | $150.00 |
| 10 /22/10 | *emails to and from Careen Hannouche* | DT | $475.00 | 0.25 | $118.75 |
| 10 /22/10 | *Email to and from Cindy Yates; Email from Careen Hannouche; Receipt and review email from David Thompson to Careen Hannouche; Receipt and review email from Cindy Yates to Karen Harvey* | MGM | $375.00 | 0.40 | $150.00 |
| 10 /25/10 | *receipt Karen Harvey email re: wire transfer* | DT | $475.00 | 0.10 | $47.50 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 10 /25/10 | Email from Karen Harvey regarding payment receipt of The Hogan Firm's 5th Monthly Fee Application and transfer of funds to Scarfone Hawkins | MGM | $375.00 | 0.10 | $37.50 |
| 10 /26/10 | receipt of and respond to class member inquiries | DT | $475.00 | 0.10 | $47.50 |
| 10 /26/10 | receipt Cindy Yates memo, memo to Cindy Yates re: wire transfer of money to Lauzon Belanger, letter to Dan Hogan, etc., receipt Careen Hannouche email and reconciliation chart, receipt of Matt Moloci memo | DT | $475.00 | 0.35 | $166.25 |
| 10 /26/10 | telephone conference call with Careen Hannouche and Michel Belanger, follow-up letter to co-counsel, etc. | DT | $475.00 | 0.40 | $190.00 |
| 10 /26/10 | memo to file re: appointment of Claims Administrator | DT | $475.00 | 0.25 | $118.75 |
| 10 /26/10 | Review file and materials regarding reconciliation of Hogan accounts among Ferbers, Merchant, Lauzon and Scarfone firms; emails from and to David Thompson and Careen Hannouche; email from Cindy Yates; conference with David Thompson; teleconference with Thompson, Hannouche and Michel Belanger regarding reconciliation of Hogan accounts and sharing among counsel, claims administration and appointment of claims administrator | MGM | $375.00 | 1.00 | $375.00 |
| 10 /28/10 | receipt Karen Harvey email | DT | $475.00 | 0.10 | $47.50 |
| 10 /28/10 | receipt Dan Hogan email, discuss with MGM, detailed email to Dan Hogan re: appointment of Canadian Claims Administrator, memo to file | DT | $475.00 | 0.50 | $237.50 |
| 10 /28/10 | letter to Careen Hannouche and Michel Belanger re: arrange planning session meeting in Montreal | DT | $475.00 | 0.25 | $118.75 |
| 10 /28/10 | review Amended and Restated Minutes of Settlement, court order, letter to Dan Hogan, letter to co-counsel | DT | $475.00 | 0.35 | $166.25 |
| 10 /28/10 | receipt of and respond to class member inquiries | DT | $475.00 | 0.25 | $118.75 |
| 10 /28/10 | memo to clerk re: travel and accommodation arrangements for planning session in Montreal | DT | $475.00 | 0.25 | $118.75 |
| 10 /28/10 | Email from Karen Harvey; Email from David Thompson to Careen Hannouche and Michel Belanger re: arrange planning sessions meeting in Montreal; Emails from and to Careen Hannouche; Email from Daniel Hogan and discuss with David Thompson | MGM | $375.00 | 1.00 | $375.00 |
| 10 /29/10 | receipt of and respond to class member inquiry, via email | DT | $475.00 | 0.10 | $47.50 |
| 10 /29/10 | receipt Karen Harvey email, review and answer fee auditor's inquiry, letter to Dan Hogan and Karen Harvey | DT | $475.00 | 0.25 | $118.75 |
| 10 /29/10 | emails to and from Karen Harvey re: fee auditor inquiry | DT | $475.00 | 0.10 | $47.50 |
| 10 /29/10 | receipt Dan Hogan email re: fee auditor inquiry | DT | $475.00 | 0.10 | $47.50 |
| 10 /29/10 | memos to and from Matt Moloci re: Montreal meeting, letter to Careen Hannouche re: Claims Administration Process | DT | $475.00 | 0.25 | $118.75 |
| 10 /29/10 | receipt Dan Hogan email re: fee auditor inquiry | DT | $475.00 | 0.10 | $47.50 |
| 10 /29/10 | Emails from Karen Harvey; review attachments and fee auditor inquiry; receipt of emails from David Thompson to | MGM | $375.00 | 0.70 | $262.50 |

| | | | | | |
|---|---|---|---|---|---|
| | *Daniel Hogan and Karen Harvey; Email from Daniel Hogan; emails to and from David Thompson re: Montreal meeting; Email from David Thompson to Careen Hannouche re: Claims Administration Process* | | | | |
| 10 /29/10 | *review dockets for period September 1, 2010 to September 30, 2010, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson and Matt Moloci, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosed monthly fee application for the period September 1, 2010 to September 30, 2010* | CY | $90.00 | 5.00 | 450.00 |
| | | | **SUB-TOTAL** | **19.80** | **$6,840.00** |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON | DT | 8.40 | $475.00 | $3,990.00 | $518.70 |
| MATTHEW G. MOLOCI | MGM | 6.40 | $375.00 | $2,400.00 | $312.00 |
| LAW CLERK Cindy Yates 25 years | CY | 5.00 | $90.00 | $450.00 | $58.50 |
| **SUB-TOTAL:** | | **19.80** | | **$6,840.00** | **$889.20** |
| **TOTAL FEES AND TAXES:** | | | | | **$7,729.20** |

**DISBURSEMENTS SUMMARY**

| DATE | DISBURSEMENT | H.S.T EXEMPT | H.S.T NON-EXEMPT | PLUS 13% H.S.T | TOTAL |
|---|---|---|---|---|---|
| 10/01/10 10/31/10 | Long Distance Calls – Various calls from October 1, 2010 through to October 31, 2010 | | $7.78 | | $7.78 |
| **TOTAL DISBURSEMENTS:** | | | **$7.78** | **$1.01** | **$8.79** |
| **TOTAL FEES, DISBURSEMENTS AND APPLICABLE TAXES:** | | | | | **$7,737.99** |

THIS IS OUR FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.


**\*Del. Bankr. LR 2016-2(e)(iii) allows for**
**$.10 per page for photocopies.**

\*\* HST of 13% came into effect July 1, 2010
replacing GST of 5%