## EXHIBIT A

### Case Administration (3.10 Hours; $ 1,973.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .90 | $860 | 774.00 |
| Rita C. Tobin | 2.20 | $545 | 1,199.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/01/10 | RCT | 545.00 | 0.20 | Review local counsel records re EI update (0.2) |
| 10/04/10 | PVL | 860.00 | 0.20 | Review 9 miscellaneous filings (.1); teleconference Hurford (.1). |
| 10/05/10 | PVL | 860.00 | 0.10 | Review 5 miscellaneous filings. |
| 10/06/10 | PVL | 860.00 | 0.10 | Review agenda. |
| 10/08/10 | RCT | 545.00 | 0.20 | Review local counsel records re EI update (0.2) |
| 10/11/10 | RCT | 545.00 | 0.30 | Review emails re proposed interim (0.3) |
| 10/13/10 | RCT | 545.00 | 1.30 | Review exhibits (1.3) |
| 10/15/10 | RCT | 545.00 | 0.20 | Review local counsel records re EI update (0.2) |
| 10/18/10 | PVL | 860.00 | 0.20 | Attend hearing. |
| 10/19/10 | PVL | 860.00 | 0.10 | Review 9 miscellaneous filings. |
| 10/27/10 | PVL | 860.00 | 0.20 | Review 20 miscellaneous filings. |

**Total Task Code .04      3.10**

### Fee Applications, Applicant (8.00 Hours; $ 3,790.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 6.30 | $545 | 3,433.50 |
| Eugenia Benetos | 1.70 | $210 | 357.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|

{D0192099.1 }

| Date | Empl | Rate | Hours | Narrative |
|---|---|---|---|---|
| 10/01/10 | RCT | 545.00 | 1.90 | Address fee issues (1.9) |
| 10/04/10 | RCT | 545.00 | 0.10 | Review and edit EB/KCM memo re billing procedures (0.1) |
| 10/08/10 | RCT | 545.00 | 1.20 | Review prebills (1.2) |
| 10/11/10 | RCT | 545.00 | 0.20 | Query to EB re fee/expense issue (0.2) |
| 10/12/10 | RCT | 545.00 | 0.70 | Additional clarifications re prebill for September (0.7) |
| 10/18/10 | RCT | 545.00 | 0.80 | Review billing codes re fee apps & emails EB re same (0.8) |
| 10/22/10 | RCT | 545.00 | 1.20 | Review monthly fee app (1.2) |
| 10/25/10 | RCT | 545.00 | 0.20 | Review fee schedules for November (0.2) |
| 10/25/10 | EB | 210.00 | 1.70 | Work on monthly fee application (1.1); and update fee application schedule exhibit re: check breakdown for EI and JR (.6). |

**Total Task Code .12        8.00**


**Plan & Disclosure Statement (4.80 Hours; $ 3,678.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $950 | 190.00 |
| Peter Van N. Lockwood | 2.90 | $860 | 2,494.00 |
| Ann C. McMillan | 1.50 | $595 | 892.50 |
| Jeffrey A. Liesemer | .20 | $510 | 102.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/01/10 | ACM | 595.00 | 0.30 | Exchange e-mails with C. Skubic re Libby claimants. |
| 10/05/10 | PVL | 860.00 | 0.20 | Review Horkovich email and reply. |
| 10/05/10 | EI | 950.00 | 0.20 | Chubb settlement matter (.2). |
| 10/05/10 | ACM | 595.00 | 0.60 | Review Chubb and Associated International insurance settlement agreements and exchange e-mails with B. Horkovich re same. |

{D0192099.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 10/05/10 | JAL | 510.00 | 0.20 | Reviewed memo from EI re: proposed insurance settlement. |
| 10/07/10 | PVL | 860.00 | 0.20 | Teleconference Freedman. |
| 10/07/10 | ACM | 595.00 | 0.20 | Exchange e-mails with M. Peterson re data for valuation of insurance proceeds. |
| 10/08/10 | PVL | 860.00 | 0.20 | Review draft CNA approval motion. |
| 10/12/10 | PVL | 860.00 | 0.60 | Teleconference Freedman (.3); review revised draft CNA argument (.3). |
| 10/14/10 | PVL | 860.00 | 0.20 | Review Hartford approval order (.1); review Esayian revisions to draft CNA order (.1). |
| 10/19/10 | PVL | 860.00 | 0.50 | Review revised CNA agreement and order (.4); review Horkovich letters to insurers (.1). |
| 10/20/10 | PVL | 860.00 | 0.20 | Review revised draft CNA agreement and email Mehaley re same. |
| 10/20/10 | ACM | 595.00 | 0.40 | Exchange e-mails with B. Horkovich re Medicare language for Associated Settlement Agreement. |
| 10/27/10 | PVL | 860.00 | 0.10 | Review Horkovich letter to AMM. |
| 10/28/10 | PVL | 860.00 | 0.40 | Review Horkovich letter to Newsom (.1); review revised draft CNA agreement (.3). |
| 10/30/10 | PVL | 860.00 | 0.30 | Review revised CNA agmt. |

**Total Task Code .17**     4.80

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 12.42 |
| Long Distance-Equitrac In-House | 0.24 |
| Xeroxing | 56.20 |
| **Total:** | **$ 68.86** |

{D0192099.1}