**EXHIBIT B**

**Case Administration (3.10 Hours; $ 1,973.00)**

      Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04        3.10**


**Fee Applications, Applicant (8.00 Hours; $ 3,790.50)**

      Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12        8.00**


**Plan & Disclosure Statement (4.80 Hours; $ 3,678.50)**

      Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17        4.80**

{D0192100.1 }