## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 12.42 |
| Long Distance-Equitrac In-House | 0.24 |
| Xeroxing | 56.20 |
| **Total:** | **$ 68.86** |

{D0192101.1 }