| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | Page: 1 |
|---|---|---|
| Matter     000 | Disbursements | 11/18/2010 |

Attn:                                                                                                                                      Print Date/Time: 11/18/2010  3:27:15PM

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 10/31/2010

**Matter     000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 10/25/2010 | 13,655 |

Client Retainers Available        $4,759.14        Committed to Invoices:        $0.00        Remaining:        $4,759.14

Total Expenses Billed To Date        $3,884,144.28

| | | |
|---|---|---|
| Billing Empl: | 0120 | Elihu  Inselbuch |
| Responsible Empl: | 0120 | Elihu  Inselbuch |
| Alternate Empl: | 0120 | Elihu  Inselbuch |
| Originating Empl: | 0120 | Elihu  Inselbuch |

**Summary by Employee**

|  |  |  | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 12.42 | 0.00 | 12.42 |
| 0407 | OPD | Oleksandra P Davydenko | 0.00 | 53.10 | 0.00 | 53.10 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 3.34 | 0.00 | 3.34 |
| **Total Fees** | | | **0.00** | **68.86** | **0.00** | **68.86** |

**Detail Time / Expense by Date**

|  |  |  |  |  | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2600442 | Equitrac - Long Distance to 14142649461 | E | 10/04/2010 | 0999 C&D | | 0.00 | $0.16 | | 0.00 | $0.16 | 0.16 |
| 2602571 | Federal Express -Delivery to K.Hemming, 9/24/10 (EI) | E | 10/08/2010 | 0120 EI | | 0.00 | $12.42 | | 0.00 | $12.42 | 12.58 |
| 2610447 | Photocopy | E | 10/25/2010 | 0999 C&D | | 0.00 | $1.10 | | 0.00 | $1.10 | 13.68 |

{D0192102.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | 11/18/2010 |

Print Date/Time: 11/18/2010  3:27:15PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2610461 | Photocopy | | E | 10/25/2010 | 0407 | OPD | 0.00 | $53.10 | 0.00 | $53.10 | 66.78 |
| 2610486 | Photocopy | | E | 10/25/2010 | 0999 | C&D | 0.00 | $2.00 | 0.00 | $2.00 | 68.78 |
| 2609697 | Equitrac - Long Distance to 13369269145 | E | 10/26/2010 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 68.86 |

| | | | | |
|---|---|---|---|---|
| **Total Expenses** | | $68.86 | | $68.86 |
| | 0.00 | | 0.00 | |
| Matter Total Fees | | 0.00 | | 0.00 |
| Matter Total Expenses | | 68.86 | | 68.86 |
| Matter Total | 0.00 | 68.86 | 0.00 | 68.86 |
| Prebill Total Fees | | | | |
| Prebill Total Expenses | | $68.86 | | $68.86 |
| Prebill Total | 0.00 | $68.86 | 0.00 | $68.86 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 74,690 | 05/21/2010 | 32,577.50 | 6,515.50 |
| 75,024 | 06/18/2010 | 30,260.00 | 6,052.00 |
| 75,954 | 07/20/2010 | 9,500.50 | 1,900.10 |
| 76,402 | 08/17/2010 | 9,721.50 | 1,944.30 |
| 77,013 | 09/24/2010 | 9,688.20 | 9,688.20 |
| 77,889 | 10/25/2010 | 12,943.66 | 12,943.66 |
| | | 175,889.86 | 42,305.49 |

{D0192102.1 }