Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period October 1, 2010 through October 31, 2010

| Date | Staff | Description | Hours | 2010 Rate | Amount |
|---|---|---|---|---|---|
| Bradley Rapp - Senior Managing Director | | | | | |
| 04-Oct-10 | BR | Review of revised form of order with respect to Project Mallard motion. | 0.20 | $ 595.00 | $ 119.00 |
| 04-Oct-10 | BR | Review of weekly update for Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 11-Oct-10 | BR | Review of weekly update for Grace. | 0.10 | $ 595.00 | $ 59.50 |
| 20-Oct-10 | BR | Review of Project Lily overview prepared by Blackstone. | 0.40 | $ 595.00 | $ 238.00 |
| 26-Oct-10 | BR | Review of weekly update for Grace. | 0.10 | $ 595.00 | $ 59.50 |
| | | Total Bradley Rapp | 1.00 | | $ 595.00 |
| James Sinclair - Senior Managing Director | | | | | |
| 04-Oct-10 | JS | Review pricing data and information for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 04-Oct-10 | JS | Review original purchase and merger documents and the Order Authorizing Purchase of Synthetic, correspond with ACC counsel, for purposes of advising ACC counsel. | 2.30 | $ 595.00 | $ 1,368.50 |
| 11-Oct-10 | JS | Review Chemical Week article regarding profit recovery among specialty chemical companies for monitoring and for purposes of advising ACC counsel. | 1.10 | $ 595.00 | $ 654.50 |
| 11-Oct-10 | JS | Review pricing data and information for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 19-Oct-10 | JS | Review pricing data and information for purposes of advising ACC counsel. | 0.70 | $ 595.00 | $ 416.50 |
| 20-Oct-10 | JS | Review, analyze Project Lily proposal acquisition materials for purposes of advising ACC counsel. | 0.70 | $ 595.00 | $ 416.50 |
| 21-Oct-10 | JS | Review, analyze 3rd Quarter 2010 financial results for monitoring and for purposes of advising ACC counsel. | 2.70 | $ 595.00 | $ 1,606.50 |
| 21-Oct-10 | JS | Participate in conference call regarding Grace's 3rd Quarter 2010 earnings. | 0.80 | $ 595.00 | $ 476.00 |
| 26-Oct-10 | JS | Review pricing data and information, write memorandum to ACC counsel regarding 3rd Quarter 2010 financial results for purposes of advising ACC counsel. | 2.20 | $ 595.00 | $ 1,309.00 |
| | | Total James Sinclair | 11.70 | | $ 6,961.50 |
| Peter Cramp - Senior Analyst | | | | | |
| 04-Oct-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 275.00 | $ 440.00 |
| 11-Oct-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $ 275.00 | $ 412.50 |
| 13-Oct-10 | PC | Review comparable company list for due diligence. | 1.20 | $ 275.00 | $ 330.00 |
| 18-Oct-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $ 275.00 | $ 357.50 |
| 21-Oct-10 | PC | Review Project Lily Overview for due diligence. | 0.80 | $ 275.00 | $ 220.00 |
| 21-Oct-10 | PC | Participated in Grace Q3 Earnings Call. | 0.80 | $ 275.00 | $ 220.00 |
| 25-Oct-10 | PC | Review September Fee Application. | 0.50 | $ 275.00 | $ 137.50 |
| 25-Oct-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $ 275.00 | $ 412.50 |
| | | Total Peter Cramp | 9.20 | | $ 2,530.00 |
| Gibbons Sinclair - Senior Analyst | | | | | |
| 25-Oct-10 | GS | Draft September 2010 Fee Application. | 1.80 | $ 275.00 | $ 495.00 |
| | | Total Gibbons Sinclair | 1.80 | | $ 495.00 |
| | | **TOTAL** | 23.70 | | $ 10,581.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period October 1, 2010 through October 31, 2010

| Date | Staff | Description | Hours | 2010 Rate | Amount |
|---|---|---|---|---|---|
| Asset Analysis and Recovery | | | | | |
| 04-Oct-10 | BR | Review of weekly update for Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 04-Oct-10 | JS | Review pricing data and information for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 04-Oct-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 275.00 | $ 440.00 |
| 11-Oct-10 | BR | Review of weekly update for Grace. | 0.10 | $ 595.00 | $ 59.50 |
| 11-Oct-10 | JS | Review Chemical Week article regarding profit recovery among specialty chemical companies for monitoring and for purposes of advising ACC counsel. | 1.10 | $ 595.00 | $ 654.50 |
| 11-Oct-10 | JS | Review pricing data and information for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 11-Oct-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $ 275.00 | $ 412.50 |
| 18-Oct-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $ 275.00 | $ 357.50 |
| 19-Oct-10 | JS | Review pricing data and information for purposes of advising ACC counsel. | 0.70 | $ 595.00 | $ 416.50 |
| 25-Oct-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $ 275.00 | $ 412.50 |
| 26-Oct-10 | BR | Review of weekly update for Grace. | 0.10 | $ 595.00 | $ 59.50 |
| | | Total Asset Analysis and Recovery | 9.30 | | $ 3,645.50 |
| Business Operations | | | | | |
| 04-Oct-10 | BR | Review of revised form of order with respect to Project Mallard motion. | 0.20 | $ 595.00 | $ 119.00 |
| 04-Oct-10 | JS | Review original purchase and merger documents and the Order Authorizing the Purchase of Synthetic, correspond with ACC counsel, for purposes of advising ACC counsel. | 2.30 | $ 595.00 | $ 1,368.50 |
| 20-Oct-10 | BR | Review of Project Lily overview prepared by Blackstone. | 0.40 | $ 595.00 | $ 238.00 |
| 20-Oct-10 | JS | Review, analyze Project Lily proposal acquisition materials for purposes of advising ACC counsel. | 0.70 | $ 595.00 | $ 416.50 |
| 21-Oct-10 | JS | Review, analyze 3rd Quarter 2010 financial results for monitoring and for purposes of advising ACC counsel. | 2.70 | $ 595.00 | $ 1,606.50 |
| 21-Oct-10 | JS | Participate in conference call regarding Grace's 3rd Quarter 2010 earnings. | 0.80 | $ 595.00 | $ 476.00 |
| 21-Oct-10 | PC | Review Project Lily Overview for due diligence. | 0.80 | $ 275.00 | $ 220.00 |
| 21-Oct-10 | PC | Participated in Grace Q3 Earnings Call. | 0.80 | $ 275.00 | $ 220.00 |
| | | Total Business Operations | 8.70 | | $ 4,664.50 |
| Fee Applications (Applicant) | | | | | |
| 25-Oct-10 | PC | Review September Fee Application. | 0.50 | $ 275.00 | $ 137.50 |
| 25-Oct-10 | GS | Draft September 2010 Fee Application. | 1.80 | $ 275.00 | $ 495.00 |
| | | Total Fee Applications (Applicant) | 2.30 | | $ 632.50 |
| Valuation | | | | | |
| 13-Oct-10 | PC | Review comparable company list for due diligence. | 1.20 | $ 275.00 | $ 330.00 |
| 26-Oct-10 | JS | Review pricing data and information, write memorandum to ACC counsel regarding 3rd Quarter 2010 financial results for purposes of advising ACC counsel. | 2.20 | $ 595.00 | $ 1,309.00 |
| | | Total Valuation | 3.40 | | $ 1,639.00 |
| | | **TOTAL** | 23.70 | | $ 10,581.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period October 1, 2010 through October 31, 2010
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 1.00 | $ 595.00 | $ 595.00 |
| James Sinclair - Senior Managing Director | 11.70 | $ 595.00 | $ 6,961.50 |
| Peter Cramp - Senior Analyst | 9.20 | $ 275.00 | $ 2,530.00 |
| Gibbons Sinclair - Senior Analyst | 1.80 | $ 275.00 | $ 495.00 |
| Total Professional Hours and Fees | 23.70 | | $ 10,581.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - October 1, 2010 through October 31, 2010

| Date | Description of Item | Amount |
|---|---|---|
| | No Expenses during this Period | |
| | Total Expenses October 1, 2010 through October 31, 2010 | $0.00 |