# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 1

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:  100055.WRG01 |
| November 11, 2010 | INVOICE:  240222 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

## PROFESSIONAL SERVICES through 10/31/10

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 10/01/10 | Analysis of selected insurance policies re: "follow form" issues, limits, "loss payable" issues and other coverage issues (2.70); draft and revise insurance policy data spreadsheets (.70). | W001 | GFF | 3.40 |
| 10/01/10 | Reviewed insurance company requests for additional information. | W001 | IF | 0.70 |
| 10/01/10 | Reviewed insurance policies re:  updated "loss payable" provisions. | W001 | IF | 3.40 |
| 10/01/10 | Attention to claim against insolvent carrier. | W001 | MG | 2.60 |
| 10/01/10 | Attention to remaining insolvency and settlement status (1.30). Follow-up regarding established settlements and valuations of coverage (1.50). | W001 | RYC | 2.80 |
| 10/04/10 | Analysis of selected insurance policies re: "follow form" issues, "loss payable" issues and other coverage issues (2.40); draft and revise insurance policy data spreadsheets (.80). | W001 | GFF | 3.20 |
| 10/04/10 | Reviewed insurance policies re:  updated "loss payable" information. | W001 | IF | 2.30 |
| 10/04/10 | Research liquidation law. | W001 | MC | 0.80 |
| 10/04/10 | Attention to cash flow project. | W001 | MG | 1.70 |
| 10/04/10 | Attention to claim against insolvent carrier. | W001 | MG | 2.40 |
| 10/04/10 | Attention to settlement negotiations with multiple insurance companies. | W001 | RMH | 4.40 |
| 10/04/10 | Attention to inquiries regarding ongoing settlement negotiations issues. | W001 | RYC | 1.40 |
| 10/05/10 | Begin reviewing time and expense entries. | W011 | AHP | 0.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| November 11, 2010 | INVOICE: | 240222 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/05/10 | Analysis of selected insurance policies re: follow form issues, loss payable issues and other coverage issues. | W001 | GFF | 2.10 |
| 10/05/10 | Reviewed insurance policies re:  updated "loss payable" provisions. | W001 | IF | 3.10 |
| 10/05/10 | Attention to claim against insolvent carrier. | W001 | MG | 2.70 |
| 10/05/10 | Attention to settlement negotiations with numerous insurance companies. | W001 | RMH | 4.40 |
| 10/05/10 | Settlement analysis in connection with insurance company's newly announced insolvency. | W001 | RYC | 0.50 |
| 10/06/10 | Continue reviewing draft bill. | W011 | AHP | 2.20 |
| 10/06/10 | Draft and revise insurance policy data spreadsheets. | W001 | GFF | 0.60 |
| 10/06/10 | Attention to cash flow project. | W001 | MG | 2.80 |
| 10/06/10 | Settlement negotiations. | W001 | RMH | 2.10 |
| 10/07/10 | Draft and revise insurance policy data spreadsheets (1.30); Analysis of selected insurance policies re: "follow form," "loss payable" issues, and other coverage issues (2.30). | W001 | GFF | 3.60 |
| 10/07/10 | Reviewed and analyzed insurance policies re: updated "loss payable" information. | W001 | IF | 1.20 |
| 10/07/10 | Attention to cash flow project. | W001 | MG | 2.80 |
| 10/07/10 | Attention to claim against insolvent carrier. | W001 | MG | 2.40 |
| 10/07/10 | Confer with GRC regarding potential purchase of claims against insolvent (1.00).   Attention to another settlement (1.00). | W001 | RMH | 2.00 |
| 10/08/10 | Analysis of selected insurance policies re: follow form, "loss payable" issues, and other coverage issues (2.20); draft and revise insurance policy data spreadsheets (.60). | W001 | GFF | 2.80 |
| 10/08/10 | Reviewed insurance policies re:  updated "loss payable" provisions and "follow form" language. | W001 | IF | 1.50 |
| 10/08/10 | Attention to cash flow project. | W001 | MG | 2.70 |
| 10/08/10 | Attention to claim against insolvent carrier. | W001 | MG | 2.80 |
| 10/10/10 | Review and comment upon fee applications. | W011 | RYC | 0.60 |

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                    EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

November 11, 2010                                 INVOICE:             240222

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 10/11/10 | Attention to insolvent submission and follow-up information. | W001 | MG | 1.20 |
| 10/11/10 | Attention to cash flow project. | W001 | MG | 2.20 |
| 10/12/10 | Continue reviewing and revising time and expense entries. | W011 | AHP | 1.60 |
| 10/12/10 | Analysis of selected insurance policies re: "follow form," "loss payable" issues and other coverage issues (1.90); draft and revise insurance policy data spreadsheets (.80). | W001 | GFF | 2.70 |
| 10/12/10 | Reviewed insurance policies re:  "follow form language" and "loss payable provision." (3.30) Also, updated and reviewed chart re: settlement agreement information for insolvent insurance company (.60). | W001 | IF | 3.90 |
| 10/12/10 | Attention to insolvent submission and follow-up information. | W001 | MG | 1.60 |
| 10/12/10 | Attention to cash flow project. | W001 | MG | 2.80 |
| 10/12/10 | Attention to insurance company's response to settlement proposal (.30); resolve issues re: pending settlement discussions and outstanding claims with insolvent insurance companies (2.20). | W001 | RYC | 2.50 |
| 10/13/10 | Attention to cash flow project. | W001 | MG | 2.10 |
| 10/13/10 | Attention to insolvent submission and follow-up information | W001 | MG | 1.70 |
| 10/13/10 | Research and update re. pending settlement discussions and outstanding claims with insolvent insurance companies. | W001 | RYC | 3.80 |
| 10/14/10 | Reviewed insurance policies re:  updated "loss payable" and "follow form" provisions. | W001 | IF | 2.10 |
| 10/14/10 | Attention to cash flow project. | W001 | MG | 2.80 |
| 10/14/10 | Attention to insolvent submission and follow-up information. | W001 | MG | 1.20 |
| 10/14/10 | Review and analysis in connection with insurance company settlement counter-proposal (.50); review potential recovery from insurance companies absent timely proof of claims (1.20). | W001 | RYC | 1.70 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**            **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

| | | |
|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| November 11, 2010 | INVOICE: | 240222 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/15/10 | Analysis of selected insurance policies re: "follow form," limits, "loss payable" issues and other coverage issues (1.80); draft and revise insurance policy data spreadsheets (.30). | W001 | GFF | 2.10 |
| 10/15/10 | Reviewed insurance policies re:  updated "loss payable" and "follow form" clauses. | W001 | IF | 1.30 |
| 10/15/10 | Attention to cash flow project. | W001 | MG | 2.60 |
| 10/15/10 | Attention to insolvent submission and follow-up information. | W001 | MG | 2.20 |
| 10/15/10 | Follow-up re: specific insurance insolvency proof of claim post-briefing issues (1.20); Review and analysis of recently received pleadings in connection with potential insurance coverage related issues (3.20). | W001 | RYC | 4.40 |
| 10/17/10 | Review and analysis of outstanding insolvency recovery matters. | W001 | RYC | 1.20 |
| 10/18/10 | Review attorney changes (.80); finalize and release (1.30). | W011 | AHP | 2.10 |
| 10/18/10 | Reviewed insurance policies re:  "loss payable" updates and "follow form" information. | W001 | IF | 0.90 |
| 10/18/10 | Attention to insolvent claim prosecution. | W001 | MG | 2.80 |
| 10/18/10 | Attention to cash flow project analysis. | W001 | MG | 2.30 |
| 10/18/10 | Hearing before Judge Fitzgerald (1.00); attention to negotiations with two different insurance companies (3.70); draft and transmit settlement demands to 11 separate insurance companies (1.60). | W001 | RMH | 6.30 |
| 10/18/10 | Review and analysis of breakdown of potential settlements with remaining insurance carriers (1.70); Prepare potential contacts and arguments re: outstanding insolvency recovery matters (1.70). | W001 | RYC | 3.40 |
| 10/19/10 | Analysis of selected insurance policies re: "follow form" to London policies issues. | W001 | GFF | 2.10 |
| 10/19/10 | Reviewed policies re: updating "loss payable" provisions and "follow form" language. | W001 | IF | 2.70 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:          100055.WRG01

November 11, 2010                                                 INVOICE:              240222

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 10/19/10 | Review final determination from Special Master re: Notices of Determination (.70); e-mail R. Chung re: same (.20). | W001 | KES | 0.90 |
| 10/19/10 | Attention to cash flow project analysis. | W001 | MG | 3.70 |
| 10/19/10 | Attention to individualized allocations for specific insurance companies. | W001 | MG | 2.20 |
| 10/19/10 | Attention to insolvent claim prosecution. | W001 | MG | 2.40 |
| 10/19/10 | Hearing with Transit Insurance Company court (1.40); transmit settlement demands to 11 separate insurance companies (1.00); attempt to initiate settlement negotiations with a bankruptcy proceeding objector (1.80). | W001 | RMH | 4.20 |
| 10/19/10 | Prepare breakout settlement demands and allocations in connection with insurance company participation (3.30); review and update of pending settlement demands (.70). | W001 | RYC | 4.00 |
| 10/20/10 | Analysis of selected insurance policies re: "follow form" issues, "loss payable" issues and other coverage issues (1.40); draft and revise insurance policy data spreadsheets (.40). | W001 | GFF | 1.80 |
| 10/20/10 | Reviewed insurance policies re:  updated "follow form" and "loss payable" language. | W001 | IF | 1.90 |
| 10/20/10 | Reviewed information re:  insolvent insurance companies for meeting with GRC re: current value of claims, including IBNR. | W001 | IF | 0.90 |
| 10/20/10 | Reviewed disclosure plan for "property damage" and "pollution" "claims handling after creation of Asbestos Trust." | W001 | IF | 0.80 |
| 10/20/10 | Review communication from R. Chung re: objection to Special Master's report (.10); confirm procedure re: same (.60). | W001 | KES | 0.70 |
| 10/20/10 | Attention to insolvent claim prosecution. | W001 | MG | 3.10 |
| 10/20/10 | Attention to settlement negotiations with numerous different insurance companies. | W001 | RMH | 5.40 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:        100055.WRG01 |
| November 11, 2010 | INVOICE:              240222 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/20/10 | Review and analysis in connection with Special Master's denial of objection to notice of determination and pursue follow-up strategy (2.40); follow-up in connection with settlement demand letters (1.30). | W001 | RYC | 3.70 |
| 10/21/10 | Analysis of selected insurance policies re: follow form issues to London policies, "loss payable" issues and other coverage issues (2.80); draft and revise insurance policy data spreadsheets (.80). | W001 | GFF | 3.60 |
| 10/21/10 | Reviewed insurance policies re:  updating "loss payable" and "follow form" provisions. | W001 | IF | 2.30 |
| 10/21/10 | Reviewed information on settlement agreements. | W001 | IF | 1.30 |
| 10/21/10 | Review Special Master opinion disallowing claims (.70); consider strategy in preparation of preparing objection to same (.60). | W001 | KES | 1.30 |
| 10/21/10 | Attention to insolvent claim prosecution. | W001 | MG | 2.70 |
| 10/21/10 | Attention to cash flow project analysis. | W001 | MG | 2.20 |
| 10/21/10 | Organization of case materials and send to records. | W001 | NJB | 1.00 |
| 10/21/10 | Attention to separate settlement discussions with two different insurance companies. | W001 | RMH | 3.30 |
| 10/21/10 | Review and analysis of potential settlement agreement with insurance company (.50); attention to pending insurance insolvency recovery issues (1.90). | W001 | RYC | 2.40 |
| 10/22/10 | Review, identify, and prepare specific policy provisions in Insurance Company's insurance portfolio in connection with analysis of provisions potentially maximizing coverage. | W001 | CKN | 0.60 |
| 10/22/10 | Assisted with responses to insurance company queries. | W001 | HEG | 2.20 |
| 10/22/10 | Reviewed information on settlement agreements for disclosure to insurance company. | W001 | IF | 1.70 |
| 10/22/10 | Perform legal research in preparation of preparing objection to Special Master's Determination (1.80); continue to prepare objection (1.90). | W001 | KES | 3.70 |
| 10/22/10 | Attention to insolvent claim prosecution. | W001 | MG | 3.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

November 11, 2010                                  INVOICE:            240222

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 10/22/10 | Attention to cash flow project allocation analysis. | W001 | MG | 2.60 |
| 10/22/10 | Attention to settlement negotiations with two different insurance companies. | W001 | RMH | 3.20 |
| 10/22/10 | Resolve settlement agreement issues in connection with potentially settling insurance company. | W001 | RYC | 1.80 |
| 10/24/10 | Research regarding objecting to Special Master's report in connection with notice of determination. | W001 | RYC | 2.70 |
| 10/25/10 | Analysis of selected insurance policies re: "follow form" to London policy issues, "loss payable" issues and other (2.80); draft and revise insurance policy data spreadsheets (.60). | W001 | GFF | 3.40 |
| 10/25/10 | Reviewed non-public settlement agreement summary for insurance company. | W001 | IF | 1.30 |
| 10/25/10 | Reviewed insurance policies re:  updated "loss payable" language and updated "follow form" language. | W001 | IF | 2.10 |
| 10/25/10 | Continue to prepare objection to Special Master's Determination (4.90); research issues re: bankruptcy in NJ in support of objection (1.40). | W001 | KES | 6.30 |
| 10/25/10 | Attention to cash flow project analysis. | W001 | MG | 1.80 |
| 10/25/10 | Attention to insolvent claim prosecution. | W001 | MG | 2.00 |
| 10/25/10 | Make settlement demands on all other insurance companies. | W001 | RMH | 3.80 |
| 10/25/10 | Revisions to draft settlement agreement between W.R. Grace and specific insurance company (3.10). Review and analysis of final pre-bankruptcy settlement attempts (2.80). | W001 | RYC | 5.90 |
| 10/26/10 | Draft and revise insurance policy data spreadsheets (.70); Analysis of selected insurance policies re: type of policy evidence, follow form issues, "loss payable issues and other coverage issues (2.90). | W001 | GFF | 3.60 |
| 10/26/10 | Reviewed settlement agreements re:  recent non-buybacks. | W001 | IF | 1.10 |
| 10/26/10 | Attention to insurance policies re:  updated "follow form" and "loss payable" language. | W001 | IF | 2.10 |

{D0191776.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:        100055.WRG01

November 11, 2010                             INVOICE:           240222

MATTER: CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 10/26/10 | Continue to review and revise objection to Special Master's determination. | W001 | KES | 2.30 |
| 10/26/10 | Attention to cash flow project analysis. | W001 | MG | 2.20 |
| 10/26/10 | Attention to insolvent claim prosecution. | W001 | MG | 3.10 |
| 10/26/10 | Attention to settlement negotiations with an insurance company. | W001 | RMH | 1.50 |
| 10/26/10 | Finalize insurance company settlement agreement for Plan Proponent review (2.80). Review and revise Objection to Determination of Special Master (4.40). | W001 | RYC | 7.20 |
| 10/27/10 | Analysis of selected settlement agreements re: scope of release issues (1.30); Analysis of selected insurance policies re: various follow form issues, loss payable issues and other coverage issues (1.20); draft and revise insurance policy data spreadsheets (.30). | W001 | GFF | 2.80 |
| 10/27/10 | Preparation and meeting with claim buying representative to discuss options. | W001 | HEG | 1.50 |
| 10/27/10 | Preparation and meeting with G-Risk re: insolvent insurance company claims. | W001 | IF | 1.40 |
| 10/27/10 | Reviewed insurance policies re: "loss payable" and "follow form" provision updates. | W001 | IF | 0.90 |
| 10/27/10 | Update and revise objection to Special Master's Determination per comments by R. Chung. | W001 | KES | 3.60 |
| 10/27/10 | Attention to cash flow project analysis. | W001 | MG | 3.00 |
| 10/27/10 | Attention to insolvent claim prosecution. | W001 | MG | 2.20 |
| 10/27/10 | Meeting with claim broker regarding potential bids on claims (1.40). Attention to several potential settlement negotiations with different insurance companies (2.40). | W001 | RMH | 3.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

W.R. GRACE/CLAIMANTS COMMITTEE                  MATTER:        100055.WRG01

November 11, 2010                               INVOICE:            240222

MATTER:  CLAIMANTS COMMITTEE                     ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 10/27/10 | Follow-up revisions to Objection to Determination of Special Master (2.70). Prepare final settlement demand letters from remaining insurance companies (0.80).  Work on final proposed settlement agreement with specific insurance company (2.30).  Attention to alternative insurance recovery options (0.50). | W001 | RYC | 6.30 |
| 10/28/10 | Analysis of selected settlement agreements re: timing of payment issues (.80); Analysis of selected insurance policies re: follow form issues, loss payable issues and other coverage issues (1.10); draft and revise insurance policy data spreadsheets (.40). | W001 | GFF | 2.30 |
| 10/28/10 | Reviewed insurance policies re:  updated "follow form" and "loss payable" provisions. | W001 | IF | 3.10 |
| 10/28/10 | Revise and finalize objection to Special Master's Determination (3.80); prepare for objection for service and review supporting documentation (.80). | W001 | KES | 4.60 |
| 10/28/10 | Attention to cash flow project analysis. | W001 | MG | 2.70 |
| 10/28/10 | Attention to multiple separate settlement negotiations. | W001 | RMH | 3.40 |
| 10/28/10 | Attention to finalization and filing of Objection in Determination of Special Master (1.20).  Attention to finalization of settlement agreement with insurance company (0.70). | W001 | RYC | 1.90 |
| 10/29/10 | Prepare specific policy re: insurance settlements for multiple insurance companies. | W001 | CKN | 0.70 |
| 10/29/10 | Draft and revise insurance policy data spreadsheets (.90); Analysis of selected insurance policies re: "follow form" to London policies issues, "loss payable" issues and other coverage issues (2.70). | W001 | GFF | 3.60 |
| 10/29/10 | Reviewed insurance policies re: updated "loss payable" language and "follow form" provisions. | W001 | IF | 1.10 |
| 10/29/10 | Attention to cash flow project analysis. | W001 | MG | 2.80 |
| 10/29/10 | Attention to insolvent claim prosecution. | W001 | MG | 2.70 |
| 10/29/10 | Attention to settlement agreement negotiations. | W001 | RMH | 2.10 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:     100055.WRG01 |
| November 11, 2010 | INVOICE:     240222 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|--------------------------|----------|------|-------|
| 10/29/10 | Review and prepare final proposed settlement buyouts for coverage in place agreements (2.70). Research and prepare final proposed settlement demands from non-appearing insurance companies (2.80). | W001 | RYC | 5.50 |

**TOTAL FEES:**                                        **$175,891.00**

{D0191776.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                         **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 11

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:      100055.WRG01

November 11, 2010                                     INVOICE:        240222

MATTER:  CLAIMANTS COMMITTEE                     ROBERT M. HORKOVICH

## FEE SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| Arline H Pelton | 240.00 | 6.70 | 1,608.00 |
| Corina K Nastu | 220.00 | 1.30 | 286.00 |
| Glenn F Fields | 330.00 | 43.70 | 14,421.00 |
| Harris E Gershman | 265.00 | 3.70 | 980.50 |
| Izak Feldgreber | 285.00 | 45.10 | 12,853.50 |
| Kenneth E. Sharperson | 495.00 | 23.40 | 11,583.00 |
| Mark Garbowski | 565.00 | 93.40 | 52,771.00 |
| Michael Chung | 320.00 | 0.80 | 256.00 |
| Nicholas J Balsdon | 205.00 | 1.00 | 205.00 |
| Robert M Horkovich | 875.00 | 49.90 | 43,662.50 |
| Robert Y Chung | 585.00 | 63.70 | 37,264.50 |
| **TOTAL FEES:** | | | **$175,891.00** |

{D0191776.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:        100055.WRG01

November 11, 2010                             INVOICE:            240222

MATTER:  CLAIMANTS COMMITTEE                  ROBERT M. HORKOVICH


## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001        Asset Analysis and Recovery

|                       | HOURS  | TOTALS       |
|-----------------------|--------|--------------|
| Corina K Nastu        | 1.30   | 286.00       |
| Glenn F Fields        | 43.70  | 14,421.00    |
| Harris E Gershman     | 3.70   | 980.50       |
| Izak Feldgreber       | 45.10  | 12,853.50    |
| Kenneth E. Sharperson | 23.40  | 11,583.00    |
| Michael Chung         | 0.80   | 256.00       |
| Mark Garbowski        | 93.40  | 52,771.00    |
| Nicholas J Balsdon    | 1.00   | 205.00       |
| Robert M Horkovich    | 49.90  | 43,662.50    |
| Robert Y Chung        | 63.10  | 36,913.50    |
| **TOTAL:**            | **325.40** | **$173,932.00** |


ACTIVITY CODE: W011        Fee Applications (Applicant)

|                  | HOURS  | TOTALS       |
|------------------|--------|--------------|
| Arline H Pelton  | 6.70   | 1,608.00     |
| Robert Y Chung   | 0.60   | 351.00       |
| **TOTAL:**       | **7.30** | **$1,959.00** |

{D0191776.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 13

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:      100055.WRG01 |
| November 11, 2010 | INVOICE:              240222 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

## COSTS through 10/31/10

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 09/28/10 | AIRFREIGHT FedEx#: 1540-4201-6 Invoice: 724338992 Tracking Number: 790727055124 Reference: 100055 WRG01 05 134    Billing Note:    From: Kenneth E Sharperson, Anderson Kill & Olick, P C, One Gateway Center , NEWARK, NJ, 07102, US To: DAVID P WOOLSEY, NJ DEPT OF BANKING AND INSURA, 20 W STATE STREET, TRENTON, NJ, 08625, US | E107 | 11.79 |
| 09/29/10 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 581504230 Tracking Number: 791907663964 Reference: 100055 WRG01 01 587    Billing Note:    From: ROBERT Y CHUNG, ANDERSON KILL & OLICK, PC, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020, US To: ROBERT RUSKELL, PRO INSURANCE SOLUTIONS LIMITED, BRUTON COURT BRUTON WAY, GLOUCESTER, GL11DA, GB | E107 | 28.41 |
| 09/29/10 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 725165189 Tracking Number: 793962339155 Reference: 100055 wrg01 01 587   Billing Note:   From: Robert Y Chung, Anderson Kill & Olick, PC, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Peri Mahaley, Orrick, Herrington & Sutcliffe, 1152 15th St NW, WASHINGTON, DC, 20005, US | E107 | 9.08 |
| 09/29/10 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 725165189 Tracking Number: 796294405122 Reference: 100055 wrg01 01 587   Billing Note:   From: Robert Y Chung, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Lisa Esayian, Kirkland & Ellis LLP, 300 N La Salle Dr Ste 3500, CHICAGO, IL, 60654, US | E107 | 11.74 |
| 10/01/10 | LIBRARY & LEGAL RESEARCH Westlaw Usage Charges September 1, 2010 through September 30, 2010 | E106 | 13.92 |
| 10/01/10 | LIBRARY & LEGAL RESEARCH Westlaw Usage Charges September 1, 2010 through September 30, 2010 | E106 | 101.59 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 14

W.R. GRACE/CLAIMANTS COMMITTEE                 MATTER:     100055.WRG01

November 11, 2010                              INVOICE:        240222

MATTER:  CLAIMANTS COMMITTEE                   ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|----------------------|---|--------|
| 10/04/10 | DI - PHOTOCOPYING - | E101 | 28.20 |
| 10/04/10 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 10/04/10 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 10/04/10 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 10/05/10 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 725165189 Tracking Number: 796313990669 Reference: 100055 WRG01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, PC, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Gary Greenman, Nicoletti Gonson Spinner & Owe, 555 5th Ave Fl 8 , NEW YORK CITY, NY, 10017, US | E107 | 7.86 |
| 10/05/10 | DI - PHOTOCOPYING - | E101 | 75.80 |
| 10/05/10 | DI - PHOTOCOPYING - | E101 | 6.10 |
| 10/08/10 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 10/13/10 | DI - PHOTOCOPYING - | E101 | 1.40 |
| 10/15/10 | DI - PHOTOCOPYING - | E101 | 7.20 |
| 10/18/10 | DI - PHOTOCOPYING - | E101 | 0.60 |
| 10/18/10 | DI - PHOTOCOPYING - | E101 | 0.60 |
| 10/19/10 | DI - POSTAGE - | E108 | 2.10 |
| 10/19/10 | DI - PHOTOCOPYING - | E101 | 1.30 |
| 10/19/10 | DI - PHOTOCOPYING - | E101 | 11.90 |
| 10/19/10 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 10/19/10 | DI - PHOTOCOPYING - | E101 | 1.80 |
| 10/19/10 | DI - PHOTOCOPYING - | E101 | 1.00 |
| 10/19/10 | DI - PHOTOCOPYING - | E101 | 3.00 |
| 10/19/10 | DI - PHOTOCOPYING - | E101 | 1.00 |
| 10/19/10 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 10/20/10 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 10/20/10 | DI - PHOTOCOPYING - | E101 | 2.70 |
| 10/20/10 | DI - PHOTOCOPYING - | E101 | 17.10 |
| 10/21/10 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 10/22/10 | DI - PHOTOCOPYING - | E101 | 2.10 |
| 10/22/10 | DI - PHOTOCOPYING - | E101 | 4.30 |

{D0191776.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 15

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

November 11, 2010                                 INVOICE:           240222

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|----------------------|---|--------|
| 10/26/10 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 10/26/10 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 10/26/10 | DI - PHOTOCOPYING - | E101 | 3.30 |
| 10/26/10 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 10/26/10 | DI - PHOTOCOPYING - | E101 | 0.80 |
| 10/26/10 | DI - PHOTOCOPYING - | E101 | 76.00 |
| 10/27/10 | DI - MESSENGER SERVICE-DI | E107 | 7.00 |
| 10/27/10 | DI - PHOTOCOPYING - | E101 | 1.50 |
| 10/28/10 | AP - TELEPHONE - VENDOR: COURT CALL LLC Initial Court Call charges for telephonic appearances in front of Judge Fitzgerald | E125 | 30.00 |
| 10/28/10 | AP - TELEPHONE - VENDOR: COURT CALL LLC Initial Court Call charges for telephonic appearances in front of Judge Fitzgerald | E125 | 30.00 |
| 10/28/10 | AP - TELEPHONE - VENDOR: COURT CALL LLC Initial Court Call charges for telephonic appearances in front of Judge Fitzgerald | E125 | 30.00 |
| 10/28/10 | AP - TELEPHONE - VENDOR: COURT CALL LLC Initial Court Call charges for telephonic appearances in front of Judge Fitzgerald | E125 | 30.00 |
| 10/28/10 | AP - TELEPHONE - VENDOR: COURT CALL LLC Initial Court Call charges for telephonic appearances in front of Judge Fitzgerald | E125 | 30.00 |
| 10/28/10 | AP - TELEPHONE - VENDOR: COURT CALL LLC Initial Court Call charges for telephonic appearances in front of Judge Fitzgerald | E125 | 30.00 |
| 10/28/10 | AP - TELEPHONE - VENDOR: COURT CALL LLC Initial Court Call charges for telephonic appearances in front of Judge Fitzgerald | E125 | 30.00 |
| 10/28/10 | AP - TELEPHONE - VENDOR: COURT CALL LLC Initial Court Call charges for telephonic appearances in front of Judge Fitzgerald | E125 | 30.00 |
| 10/28/10 | AP - TELEPHONE - VENDOR: COURT CALL LLC Initial Court Call charges for telephonic appearances in front of Judge Fitzgerald | E125 | 30.00 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 16

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| November 11, 2010 | INVOICE: | 240222 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 10/28/10 | AP - TELEPHONE - VENDOR: COURT CALL LLC Initial Court Call charges for telephonic appearances in front of Judge Fitzgerald | E125 | 30.00 |
| 10/28/10 | AP - TELEPHONE - VENDOR: COURT CALL LLC Initial Court Call charges for telephonic appearances in front of Judge Fitzgerald | E125 | 30.00 |
| 10/28/10 | AP - TELEPHONE - VENDOR: COURT CALL LLC Initial Court Call charges for telephonic appearances in front of Judge Fitzgerald | E125 | 30.00 |
| 10/28/10 | DI - PHOTOCOPYING - | E101 | 5.80 |
| 10/28/10 | DI - PHOTOCOPYING - | E101 | 42.50 |
| 10/28/10 | DI - PHOTOCOPYING - | E101 | 6.60 |
| 10/28/10 | DI - PHOTOCOPYING - | E101 | 2.10 |
| 10/28/10 | DI - PHOTOCOPYING - | E101 | 250.30 |

**TOTAL COSTS:**                                                       **$1,110.69**

{D0191776.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                    EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 17

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:        100055.WRG01 |
| November 11, 2010 | INVOICE:              240222 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| WORK | DESCRIPTION | AMOUNT |
|---|---|---|
| AF | AIRFREIGHT | 68.88 |
| LB | LIBRARY & LEGAL RESEARCH | 115.51 |
| ML | DI - MESSENGER SERVICE-DI | 7.00 |
| PG | DI - POSTAGE - | 2.10 |
| TE | AP - TELEPHONE - | 360.00 |
| XE | DI - PHOTOCOPYING - | 557.20 |
| | **TOTAL COSTS:** | **$1,110.69** |

**TOTAL DUE:**                        **$177,001.69**

{D0191776.1 }