# **Exhibit G**

7

ORIGINAL FILED

MAY - 4 2001

LOS ANGELES
SUPERIOR COURT

1  JOHN C. MUELLER (SBN 77521)
   LAW OFFICES OF JOHN C. MUELLER
2  5146 Douglas Fir Road, Suite 206
   Calabasas, CA 91302-1439
3  Ph. (818) 222-8151
   Fax (818) 222-8149
4
   COLIN G. HARRIS
5  HOLME ROBERTS & OWEN LLP
   1401 Pearl Street, Suite 400
6  Boulder, Colorado 80302-5314
   Ph. (303) 444-5955
7  Fax (303) 444-1063

8  Attorneys for Cross-Defendants and Cross-Complainants
   GRACE ENERGY CORPORATION AND
9  W.R. GRACE & CO.

10

11                  SUPERIOR COURT OF THE STATE OF CALIFORNIA

12                       FOR THE COUNTY OF LOS ANGELES

13

14

15

16  PETRO RESOURCES, INC., a corporation        Case No.: BC 222456

17                  Plaintiff,
                                                Complaint Filed: December 29, 1999
18          v.                                  [Assigned to Judge Malcolm H. Mackey]

19  N.Y. HILSIDE, INC., a California Corporation,
    also known as NY (HILLSIDE) INC., a          NOTICE OF SUGGESTION OF
20  California Corporation, and NY HILLSIDE)      BANKRUPTCY UNDER  CHAPTER 11 BY
    INC., a New York Corporation;                CROSS-DEFENDANTS AND CROSS-
21  INTERNATIONAL PETROLEUM                      COMPLAINANTS W.R. GRACE & CO. AND
    MANAGEMENT, INC., a California               GRACE ENERGY CORPORATION.
22  Corporation; CHARLES JURGENS, an
    individual; MAHGUIB EL-ARABI an              Department: 84
23  individual; and DOES 1 to 100 inclusive,     Trial Date: None Pending

24                  Defendants.

25

26

27

28

                                                        Notice of Suggestion of  Bankruptcy

1  N.Y. HILLSIDE, INC. a California
   Corporation; INTERNATIONAL
2  PETROLEUM MANAGEMENT, INC., a
   California Corporation; CHARLES JURGENS,
3  an individual; and MAHGUIB EL-ARABI, an
   individual,

4
                    Cross Complainants,
5
          v
6
   PETRO RESOURCES, INC., a Texas
7  Corporation; KENT RILEY, an individual;
   JOE ROSE, an individual; GRACE
8  ENERGY CORPORATION, a Delaware
   Corporation; TOSCO REFINING
9  COMPANY, a Nevada Corporation;
   TEORCO, a Delaware Corporation; BERRY
10 PETROLEUM COMPANY, a Delaware
   Corporation; and ROES 1 through 10,
11 inclusive.

12                  Cross-Defendants.

13

14

15      TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, THE HONORABLE

16  MALCOLM H. MACKEY, AND TO ALL COUNSEL OF RECORD HEREIN:

17      PLEASE TAKE NOTICE that on April 2, 2001, the United States Bankruptcy Court for the

18  District of Delaware entered an Order for Relief under Title 11 of Chapter 11 of the United States

19  Code in the following cases:

20      In re W. R.. Grace & Co., Case No. 01-01139;
        In re W. R. Grace & Co.-Conn., Case No. 01-01140;
21      In re A-1 Bit Tool Co., Inc., Case No. 01-01141;
        In re Alewife Boston Ltd., Case No. 01-01142;
22      In re Alewife Land Corporation, Case No. 01143;
        In re Amicon, Inc., Case No. 01-01144;
23      In re CB Biomedical, Inc., Caese No. 01-01145;
        In re CCHP, Inc., Case No. 01-01146;
24      In re Coalgrace, Inc., Case No. 01-01147;
        In re Coalgrace II, Inc., Case No. 01-00148;
25      In re Creative Food 'N Fun Company, Case No. 01-00149;
        In re Darex Puerto Rico, Inc., Case No. 01-00150;
26      In re Del Taco Restaurants, Inc., Case No. 01-01151;
        In re Dewey and Almy, LLC, Case No. 01-00152;
27      In re Ecarg, Inc., Case No. 01-01153;

28

1   In re Five Alewife Boston Ltd., Case No. 01-01154;
    In re G C Limited Partners I, Inc., Case No. 01-01155;
2   In re G C Management, Inc., Case No. 01-01156;
    In re GEC Management Corporation, Case No. 01-01157;
3   In re GN Holdings, Inc., Case No. 01-01158;
    In re GPC Thomasville Corp., Case No. 01-01159;
4   In re Gloucester New Communities Company, Inc., Case No. 01-01160;
    In re Grace A-B Inc., Case No. 01-01161;
5   In re Grace A-B II Inc., Case No. 01-01162;
    In re Grace Chemical Company of Cuba, Case No. 01-01163;
6   In re Grace Culinary Systems, Inc., Case No. 01-01164;
    In re Grace Drilling Company, Case No. 01-01165;
7   In re Grace Energy Corporation, Case No. 01-01166;
    In re Grace Environmental, Inc., Case No. 01-01167;
8   In re Grace Europe, Inc., Case No. 01-01168;
    In re Grace H-G Inc., Case No. 01-01169;
9   In re Grace H-G II Inc., Case No. 01-01170;
    In re Grace Hotel Services Corporation, Case No. 01-01171;
10  In re Grace International Holdings, Inc., Case No. 01-01172;
    In re Grace Offshore Company, Case No. 01-01173;
11  In re Grace PAR Corporation, Case No. 01-01174;
    In re Grace Petroleum Libya Incorporated, Case No. 01-01175;
12  In re Grace Tarpon Investors, Inc., Case No. 01-01176;
    In re Grace Ventures Corporation, Case No. 01-01177;
13  In re Grace Washington, Inc., Case No. 01-01178;
    In re W. R. Grace Capital Corporation, Case No. 01-01179;
14  In re W. R. Grace Land Corporation, Case No. 01-01180;
    In re Gracoal, Inc., Case No. 01-01181;
15  In re Gracoal II, Inc., Case No. 01-01182;
    In re Guanica-Caribe Land Development Corporation, Case No. 01-01183;
16  In re Hanover Square Corporation, Case No. 01-01184;
    In re Homco International, Inc., Case No. 01-01185;
17  In re Kootenai Development Company, Case No. 01-01186;
    In re L B Realty, Inc., Case No. 01-01187;
18  In re Litigation Management, Inc., Case No. 01-01188;
    In re Monolith Enterprises, Inc., Case No. 01-01189;
19  In re Monroe Street, Inc., Case No. 01-01190;
    In re MRA Holdings Corporation, Case No. 01-01191;
20  In re MRA Intermedco, Inc., Case No. 01-01192;
    In re MRA Staffing Systems, Inc., Case No. 01-01193;
21  In re Remedium Group, Inc., Case No. 01-01194;
    In re Southern Oil, Resin & Fiberglass, Inc., Case No. 01-01195;
22  In re Water Street Corporation, Case No. 01-01196;
    In re Axial Basin Ranch Company, Case No. 01-01197;
23  In re CC Partners, Case No. 01-01198;
    In re Hayden-Gulch West Coal Company, Case No. 01-01199; and
24  In re H-G Coal Company, Case No. 01-01200

25

26

27

28

1   (collectively the "Debtors.")

2   Cross-complainant and Cross-defendant herein, W. R. Grace & Company, is the Debtor in In

3   re W. R. Grace & Co., Case No. 01-01139; and Cross-complainant and Cross-defendant, Grace

4   Energy Corporation, is the Debtor in In re Grace Energy Corporation, Case No. 01-01166. A copy

5   of the Debtors', W. R. Grace & Co.'s and Grace Energy Corporation's, voluntary petitions are

6   attached hereto as Exh. A. Counsel for the Debtors are:

7       James H. M. Sprayregen, Esq.
        James W. Kapp III, Esq.
8       Samuel A. Schwartz, Esq.
        Roger J. Higgins, Esq.
9       Kirkland & Ellis
10      200 East Randolph Drive
        Chicago, Illinois 60601
11      (312) 861-2000

12      and
        Laura Davis Jones, Esq.
13      Hamid R. Rafatjoo, Esq.
14      David W. Carickhoff, Jr., Esq.
        Pachulski, Stang, Ziehl, Young & Jones P.C.
15      919 North Market Street, 16th Floor
        P.O. Box 8705
16      Wilmington, DE 19899-8705 (Courier 19801)
17      (302) 652-4100

18      PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 362 (a), the Debtors'

19   filing of their respective voluntary petitions operate as a stay, applicable to all entities, of, among

20   other things,: (a) commencement or continuation of all judicial, administrative, or other actions or

21   proceedings against the Debtors (i) that were or could have been commenced before the

22   commencement of Debtors' cases or (ii) to recover any claims against the Debtors that arose before

23   the commencement of the Debtors' cases; (b) the enforcement, against the Debtors or against any

24   property of the Debtors' bankruptcy estates, of a judgment obtained before the commencement of

25   the Debtors' cases; or (c) any act to obtain possession or property of or from the Debtors'

26   bankruptcy estates, or to exercise control over property of the Debtors' bankruptcy estates.

27

28

4

1

2

3    Dated: May 4, 2001

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RESPECTFULLY SUBMITTED,

JOHN C. MUELLER
LAW OFFICES OF JOHN C. MUELLER

HOLME ROBERTS & OWEN, LLP
COLIN G. HARRIS


_____
John C. Mueller

Attorneys for Cross-Defendants and Cross-
Complainants
GRACE ENERGY CORPORATION AND W.R.
GRACE CO.

**EXHIBIT A**

SENT BY:OFFICE OF GEN. COUNSEL; 5- 4- 1 ; 11:44 ;   GRACE→   818 222 8149:# 2/ 5
04/27/2001 00:13 FAX 3026524400   CANON

BK   01-1166 (JW)

(Official Form 1) (9/97)

**FORM B1   United States Bankruptcy Court for the District of Delaware**

| Name of Debtor (if Individual, enter Last, First, Middle):<br><br>Grace Energy Corporation | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br><br>11-2516702 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br><br>501 Elm Street, Suite 410, Dallas, TX 75202-3333 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:<br><br>Dallas | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>C/O W. R. Grace & Co.-Conn., Attn: Corporate Secretary,<br>7500 Grace Drive , Columbia, MD 21044 | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Information Regarding the Debtor (Check the Applicable Boxes)**

Venue (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply)<br>☐ Individual(s)   ☐ Railroad<br>■ Corporation   ☐ Stockbroker<br>☐ Partnership   ☐ Commodity Broker<br>☐ Other | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br>☐ Chapter 7   ■ Chapter 11   ☐ Chapter 13<br>☐ Chapter 9   ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
|---|---|
| Nature of Debts (Check one box)<br>☐ Consumer/Non-Business   ■ Business | Filing Fee (Check one box)<br>■ Full Filing Fee attached |
| Chapter 11 Small Business (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |

Statistical/Administrative Information (Estimates only)
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE
2001 MAR -2 AM 7:16

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

SENT BY:OFFICE OF GEN. COUNSEL; 5- 4- 1 ; 11:45 ;                    GRACE→         818 222 8149;# 3/ 5
04/27/2001 00:14 FAX 3026524400                    CANON                                                    @003

(Official Form 1) (9/97)

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s)<br>Grace Energy Corporation | FORM B1, Page 2 |
|---|---|---|

| Location Where Filed: | Case Number (If known) | Date Filed: |
|---|---|---|

| Name of Debtor: See Exhibit 1 | Case Number | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

David B. Siegel
Printed Name of Authorized Individual

Vice President and Assistant Secretary
Title of Authorized Individual

April 2, 2001
Date

**Signature of Attorney**

X _James H.M. Sprayregen_
Signature of Attorney for Debtor(s)

James H.M. Sprayregen
Printed Name of Attorney for Debtor(s)

Kirkland & Ellis
Firm Name

200 East Randolph Drive, Chicago, IL 60601
Address

(312) 861-2000
Telephone Number

4/2/01
Date

X _Laura Davis Jones_
Signature of Attorney for Debtor(s)

Laura Davis Jones
Printed Name of Attorney for Debtor(s)

Pachulski, Stang, Ziehl, Young & Jones PC
Firm Name

919 North Market Street, 16th Floor, Wilmington, DE 19899-8705
Address

(302) 652-4100
Telephone Number

4/2/01
Date

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐   Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts). I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that (he or she) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)          Date

SENT BY:OFFICE OF GEN. COUNSEL; 5- 4- 1 ;  11:46 ;                    GRACE→          818 222 8149;# 4/ 5

FROM W R GRACE LEGAL SERVICES                THU. 4. 9 '. 12-2. 11. 2 2. NO 4038891 0 2

(Official Form 1 (9 97))

| FORM B1    United States Bankruptcy Court for the District of Delaware | Voluntary Petition |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br><br>W. R. Grace & Co. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 6 years (include married, maiden and trade names)<br><br>Grace Specialty Chemicals, Inc. | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names) |
| Soc. Sec /Tax I.D. No. (if more than one, state all):<br><br>65-0773649 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br><br>7500 Grace Drive, Columbia, Maryland 21044-4098 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business:<br><br>Howard County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|
| ■ Individual(s)    ☐ Railroad<br>☐ Corporation    ☐ Stockbroker<br>☐ Partnership    ☐ Commodity Broker<br>☐ Other | ☐ Chapter 7    ■ Chapter 11    ☐ Chapter 13<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>☐ Consumer/Non-Business    ■ Business | **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

| Statistical/Administrative Information (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ■ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

SENT BY:OFFICE OF GEN. COUNSEL; 5- 4- 1 ;  11:47 ;                    GRACE→           818 222 8149;# 5/ 5

FROM W. R. GRACE LEGAL SERVICES

(Official Form 1) (9 97)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>W. R. Grace & Co. | FORM B1, Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Year (If more than one, attach additional sheet)** | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
|---|---|---|
| Name of Debtor:  See Exhibit 1 | Case Number: | Date Filed: |
| District | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

David B. Siegel
Printed Name of Authorized Individual

Senior Vice President and General Counsel
Title of Authorized Individual

April 2, 2001
Date

---

X _James H. M. Sprayregen_
Signature of Attorney for Debtor(s)

James H. M. Sprayregen
Printed Name of Attorney for Debtor(s)

Kirkland & Ellis
Firm Name

200 East Randolph Drive, Chicago, IL 60601
Address

_____
Telephone Number

4/2/01
Date

X _Laura Davis Jones_
Signature of Attorney for Debtor(s)

Laura Davis Jones
Printed Name of Attorney for Debtor(s)

Pachulski, Stang, Ziehl, Young & Jones PC
Firm Name

919 North Market Street, 16th Floor, Wilmington, DE 19899-8705
Address

_____
Telephone Number

4/2/01
Date

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

---

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

X  Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that (he or she) may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)           Date

1

## PROOF OF SERVICE BY MAIL

2

     I, the undersigned, say:  I am and was at all times herein mentioned a resident of the County of Los Angeles, over the age of eighteen years and not a party to the within action or proceeding; that my business address is 5146 Douglas Fir Road, Suite 206, Calabasas, CA 91302-1439; that I am a member of the Bar of this Court, and counsel to Cross-Defendants/Cross-Complainants Grace Energy Corporation and W.R. Grace & Company.

3

4

5

     On May 4, 2001, I served the within NOTICE OF SUGGESTION OF BANKRUPTCY BY CROSS-DEFENDANTS AND CROSS-COMPLAINANTS W.R. GRACE & CO. AND GRACE ENERGY CORPORATION upon counsel and/or interested parties named in the attached mailing  list hereto, by placing a true and correct copy thereof in an envelope.  I sealed said envelope with postage thereon fully prepaid, and deposited the envelope in the mail at with the U.S. Postal Service in Calabasas, California on May 4, 2001.

6

7

8

9

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

10

     Executed on May 4, 2001, at Los Angeles, California.

11

12

13

John C. Mueller

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5-04-01 POS By Mail

1

2      **MAILING LIST**

3

4  David S. MacCuish
   Andrew M Guilford
5  Weston, Benshoof, Rochefort, Rubalcava & MacCuish
   444 South Flower Street, 43rd Floor
6  Los Angeles, CA 90071

7
   Gary A. Meyer
8  Scott J. Leipzig
   Parker Miliken, Clark, O'Hara & Samuelian
9  333 South Hope Street, 27th Floor
   Los Angeles, CA 90071-1488
10

11 Cynthia R. Maher
   Maher & Maher, LLP
12 505 South Main Street
   Orange, CA 92868
13

14 Robert L. Compton
   Nordman, Cormany, Hair & Compton
15 1000 Town Center Drive, 6th Floor
   P.O. Box 9100
16 Oxnard, CA 93031-9100

17
   Jill Cooper Teraoka
18 McCutchen Doyle Brown & Enersen LLP
   355 S. Grand Avenue, Suite 4400
19 Los Angeles, CA 90071-1560

20 David Edson
   Chevron U.S.A., Inc.
21 3613 Camino Ramon, Suite 3208
   San Ramon, CA 94583-4289
22

23 Laura K. McAvoy
   Jackson, DeMarco & Peckenpaugh
24 31365 Oak Crest Drive, Suite 200
   Westlake Village, CA 91363
25

26

27

28