# Exhibit H

| NAME AND ADDRESS OF SENDER:<br>Gary A. Meyer (094144)<br>Scott J. Leipzig (192005)<br>PARKER, MILLIKEN, CLARK, O'HARA & SAMUELIAN<br>333 South Hope Street, 27th Floor<br>Los Angeles, CA  90071-1488 | TELEPHONE NO. 213-683-6500<br>Fax No. 213-683-6669 | For Court Use Only |
|---|---|---|

Insert name of court, judicial district or branch court, if any, and Post Office and Street Address:
Los Angeles Superior Court
111 North Hill Street
Los Angeles, CA  90012
Central District

PLAINTIFF: Petro Resources, Inc.

DEFENDANT. N.Y. Hillside, Inc., International Petroleum Management, Inc., Charles Jurgens,

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT | Case Number<br>BC 224456 |
|---|---|

TO: SAMSON INVESTMENT COMPANY

(insert name of individual being served)

This summons and other document(s) indicated below are being served pursuant to Section 415.30 of the California Code of Civil Procedure.  Your failure to complete this form and return it to me within 20 days may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons.  Section 415.30 provides that this summons and other document(s) are deemed served on the date you sign the Acknowledgment of Receipt below, if you return this form to me.

Parker, Milliken, Clark, O'Hara & Samuelian

Dated  July 9, 2001

(Signature of sender)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of:  (To be completed by sender before mailing)
1. [ ]  A copy of the summons and of the complaint.
2. [ ]  A copy of the summons and of the Petition (Marriage) and:
   [ ]  Blank Confidential Counseling Statement (Marriage)
   [ ]  Order to Show Cause (Marriage)
   [ ]  Blank Responsive Declaration
   [ ]  Blank Financial Declaration
   [X]  Other (Specify)  Summons on Second Amended Cross-Complaint and Second Amended Cross-Complaint

(To be completed by recipient)

Date of receipt _____

_____
(Signature of person acknowledging receipt, with title if
acknowledgment is made on behalf of another person)

Date this form is signed _____

_____
(Type or print your name and name of entity, if any,
on whose behalf this form is signed)

| Form Adopted by the<br>Judicial Council of California<br>Revised Effective January 1, 1975<br>[982(8)(4)]<br>Mandatory Form | NOTICE AND ACKNOWLEDGMENT OF RECEIPT | Legal<br>Solutions<br>Plus | CCP 415.30, 417.10,<br>Cal. Rules of Court,<br>Rule 1216 |
|---|---|---|---|

1  GARY A. MEYER (Bar No. 094144)
   SCOTT J. LEIPZIG (Bar No. 192005)
2  PEDRAM MAZGANI (Bar No. 204808)
   PARKER, MILLIKEN, CLARK, O'HARA & SAMUELIAN   ORIGINAL FILED
3  A Professional Corporation
   333 South Hope Street - 27th Floor
4  Los Angeles, CA 90071-1488                    JUL 05 2001
   Telephone: (213) 683-6500
5  Facsimile: (213) 683-6669                     LOS ANGELES
                                                  SUPERIOR COURT
6  Attorneys for Defendants and Cross-Complainants
   N.Y. HILLSIDE, INC., a California corporation;
7  INTERNATIONAL PETROLEUM MANAGEMENT, INC.,
   a California corporation; CHARLES JURGENS and MAHGUIB
8  EL-ARABI

9

                SUPERIOR COURT OF THE STATE OF CALIFORNIA
10
                      FOR THE COUNTY OF LOS ANGELES
11

12  PETRO RESOURCES, INC., a Texas          )   Case No.  BC 222456
    corporation,                            )
13                                          )   Complaint Filed:  December 29, 1999
               Plaintiff,                   )
14                                          )   AMENDMENT TO SECOND AMENDED
         vs.                                )   CROSS-COMPLAINT
15                                          )   [CODE OF CIVIL PROCEDURE,
    N.Y. HILLSIDE, INC., a California        )    SECTION 474]
16  corporation, also known as NY (HILLSIDE) )
    INC., a California corporation, and NY   )   TRIAL DATE:  None
17  (HILLSIDE) INC., a New York corporation; )
    INTERNATIONAL PETROLEUM                  )
18  MANAGEMENT, INC., a California           )
    corporation; CHARLES JURGENS, an         )
19  individual; MAHGUIB EL-ARABI, an         )
    individual; and DOES 1-100, inclusive,   )
20                                          )
               Defendants.                   )
21  _____ )
                                            )
22  AND RELATED CROSS-ACTIONS.               )
                                            )
23

24

25         Upon filing the Second Amended Cross-Complaint herein, Cross-Complainants being

26  ignorant of the true names of a Cross-Defendant, and have designated said Cross-Defendant in

27  the Cross-Complaint by a fictitious name, to-wit: ROE 3;

28  ///

SERVICE LIST

1

2  David S. MacCuish, Esq.
   WESTON, BENSHOOF, ROCHEFORT,
3  RUBALCAVA & MacGUISH
   444 South Flower Street, 43rd Floor
4  Los Angeles, CA 90071
           Telephone:     (213) 623-2322
5          Facsimile:     (213) 623-0824
               Attorneys for Plaintiff/Cross-Defendant PETRO RESOURCES, INC.
6              and Cross-Defendants W. KENT RILEY and JOE ROSE

7  John C. Mueller, Esq.
   LAW OFFICES OF JOHN C. MUELLER
8  5146 Douglas Fir Road, Suite 206
   Calabasas, CA 91302-1439
9          Telephone:     (818) 222-8151
           Facsimile:     (818) 222-8149
10             Attorneys for Cross-Defendants/Cross-Complainants GRACE ENERGY
               CORPORATION and W.R. GRACE & CO.
11
   Colin G. Harris, Esq.
12 HOLME, ROBERTS & OWEN LLP
   1401 Pearl Street, Suite 400
13 Boulder, CO 80302-5134
           Telephone:     (303) 444-5955
14         Facsimile:     (303) 444-1063
               Outside Counsel for Cross-Complainant GRACE ENERGY CORPORATION
15             and W.R. GRACE & CO.

16 Cynthia R. Maher, Esq.
   MAHER & MAHER
17 505 South Main Street, Suite 800
   Orange, CA 92868
18         Telephone:     (714) 558-2300
           Facsimile:     (714) 558-2310
19             Attorneys for Cross-Defendants TOSCO CORPORATION, TOSCO REFINING
               COMPANY and TEORCO
20
   David W. Edson, Esq.
21 2613 Camino Ramon, Suite 3208
   San Ramon, CA 94583-4289
22         Telephone:     (925) 973-4523
           Facsimile:     (925) 973-4560
23             Attorney for Cross-Defendant CHEVRON U.S.A. INC.

24 Robert I. Compton, Esq.
   Susan M. Seemiller, Esq.
25 NORDMAN, CORMANY, HAIR & COMPTON
   100 Town Center Drive, 6th Floor
26 Oxnard, CA 93031-9100
           Telephone:     (805) 485-1000
27         Facsimile:     (805) 988-8387
               Attorneys for Cross-Defendants/Cross-Complainant BERRY PETROLEUM
28             COMPANY

JUl-26-01  03:19pm   From-PARKER MILLIKEN CLARK                    T-403   P.07/07   F-504

| | |
|---|---|
| 1 | Laura K. McAvoy, Esq. |
| 2 | JACKSON, DeMARCO & PECKENPAUGH<br>31365 Oak Crest Drive, Suite 200 |
| 3 | Westlake Village, CA 91363<br>Telephone:    (805) 495-7489 (LKM direct) |
| 4 | Facsimile:    (818) 874-1272<br>Attorneys for Cross-Defendant/Cross-Complainant BERRY PETROLEUM |
| 5 | COMPANY |
| 6 | Jill Cooper Teraoka, Esq.<br>Bryan K. Brown, Esq. |
| 7 | McCUTCHEON, DOYLE, BROWN & ENERSEN LLP<br>355 South Grand Avenue, Suite 4400 |
| 8 | Los Angeles, CA 90071-1560<br>Telephone:    (213) 680-6400 |
| 9 | Facsimile:    (213) 680-6499<br>Attorneys for Cross-Defendant OXY USA INC. |

Parker, Milliken,
Clark, O'Hara &
Samuelian

86946 7                                    i

Amendment to Cross-Complaint