IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., <u>et</u> <u>al</u>.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **December 13. 2010 Agenda Item 5** |
| | ) | **Related to Docket No. 25726** |

**CERTIFICATION OF COUNSEL REGARDING ORDER
AND REVISED ASSET PURCHASE AGREEMENT REGARDING
DEBTORS' MOTION TO AQUIRE ASSETS OF SELLER,
INCLUDING LIMITED LIABILITY COMPANY INTEREST IN GR 2008 LLC**

1.          On  November 8, 2010 the Debtors filed their *Motion for an Order*

*Authorizing the Debtors to Acquire Assets of Seller, Including Limited Liability Company*

*Interest In GR 2008 LLC* ( the "Motion")( Docket No. 25726). Attached to the Motion was a

draft redacted copy of the Asset Purchase Agreement ("APA") for the transaction.

---

[1]     The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f7kIa Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd, G C Limited Partners I, Inc. (Ok/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f7kIa Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holding!;, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f7kIa GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (Ok/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (Ok/a British Nursing Association, Inc.), Remedium Group, Inc. (Ok/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company and  H-G Coal Company.

2.        After filing the Motion, the Debtors were contacted by counsel for the Official Committee of Unsecured Creditors ("GUC") with respect to the APA. Specifically, the GUC's identified some minor edits they sought to have made in the APA. In addition, in the course of negotiating the final APA with the Seller[2], the parties determined that certain other minor changes needed to be made to the APA.

3.        As a result, attached as an Exhibit to the draft Order attached hereto as Exhibit A is a revised form of the APA ( the "Revised APA"). Attached as Exhibit B hereto is a black-line of the Revised APA as compared to the original APA. The primary changes contained in the Revised APA are the following: (i) the identification of certain schedules and other references have been modified; (ii) certain definitions have been revised or modified to clarify or further delineate matters; (iii) the description and/or mechanics of the Earnout Payments has been clarified; (iv) dates have been modified to reflect the passage of time; (v) a few provisions have been added or modified with respect to Seller's representations; and (vi) a new section has been added regarding Tax Matters.

4.        None of the changes provided for in the Revised APA are substantial modifications to the business agreement reached by the parties as described in the Motion and outlined in the original APA.

5.        The Revised APA and the black-line have been circulated to the Official Committees and FCR's in these cases and those parties have no objections to the revisions.

6.        No objections to the Motion were filed by the objection deadline of November 26, 2010.

---

[2]    Defined terms not identified herein shall have the meanings ascribed to them in the Motion or the Revised APA, as applicable.

7.        As a result, the Debtors respectfully request entry of the Order attached

hereto as <u>Exhibit A</u> approving the transaction outlined in the Motion pursuant to the terms

outlined in the Revised APA.


December 6, 2010                    KIRKLAND & ELLIS LLP
                                   Adam Paul
                                   John Donley
                                   300 N. LaSalle Street
                                   Chicago, Illinois 60654
                                   Telephone: (312) 862-2000
                                   Facsimile: (312) 862-2200


                                   THE LAW OFFICES OF JANET S. BAER, P.C.
                                   Janet S. Baer, P.C.
                                   Roger J. Higgins
                                   70 W. Madison Street
                                   Suite 2100
                                   Chicago, Illinois 60602
                                   Telephone: (312) 641-2162
                                   Facsimile:  (312) 641-2165


                                   <u>and</u>


                                   PACHULSKI STANG ZIEHL & JONES LLP
                                   James E. O'Neill (Bar No. 4042)
                                   Timothy Cairns (Bar No. 4228)
                                   919 North Market Street, 16th Floor
                                   P.O. Box 8705
                                   Wilmington, Delaware 19899-8705
                                   (Courier 19801)
                                   Telephone: (302) 652-4100
                                   Facsimile: (302) 652-4400

                                   *Counsel for the Debtors and Debtors in Possession*

DOCS_DE:165905.1