IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| Official Committee of Asbestos Personal Injury | ) | |
| Claimants and Official Committee of Asbestos | ) | Adv. Docket No. 02-2210 |
| Property Damage Claimants, et. al | ) | [Lead Docket] |
| | ) | |
| Plaintiffs | ) | |
| v. | ) | |
| | ) | |
| Sealed Air Corporation and Cryovac, Inc. | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |
| Official Committee of Asbestos Personal Injury | ) | Adv. Docket No., 02-2211 |
| Claimants and Official Committee of Asbestos | ) | |
| Property Damage Claimants, et. al | ) | |
| | ) | |
| Plaintiffs | ) | |
| v. | ) | |
| | ) | |
| Fresenius Medical Care Holdings, Inc and | ) | |
| National Medical Card, Inc | ) | |
| | ) | |
| Defendants | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 13, 2010, AT 10:00 A.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE**

**Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., December 9, 2010**

**CONTINUED MATTERS:**

1.    Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 3/28/07] (Docket No. 15013)

Related Documents:

a.      [Signed] Order Continuing Debtors' Objection to Claim Filed by Massachusetts Department of Revenue [Filed: 8/24/09] (Docket No. 23119)

Response Deadline: April 13, 2007, at 4:00 p.m.

Responses Received:

a.      Response in Opposition By Commissioner of Massachusetts Department of Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department of Revenue [Filed: 4/13/07] (Docket No. 15170)

Status: This matter is continued to January 10, 2011, at 9:00 a.m.

2.      Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

Related Documents:

a.      [Signed] Order Approving Stipulation to Continue Hearing Pending Mediation [Filed: 1/7/10] (Docket No. 24122)

Response Deadline: September 12, 2008, at 4:00 p.m. *(extended until September 26, 2008 for A/N)*

Responses Received:

a.      Response By New York State Department of Taxation and Finance to Debtors' Twenty Fifth Omnibus Objection to Claims [Filed: 9/5/08] (Docket No. 19469)

b.      Response of Commonwealth of Pennsylvania, Department of Revenue to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

c.      Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

d.      Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

Status: This matter is continued to January 10, 2011, at 9:00 a.m.


## QUARTERLY FEE APPLICATIONS:

3.      Thirty-Seventh Quarterly Interim Applications of Counsel to the Debtors, the Statutory Committees, and the Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the Period April 1, 2010 through June 30, 2010

Related Documents:

a.      Certification of Counsel Regarding Thirty-Seventh Quarter Project Category
        Summary **[Filed: 12/6/10] (Docket No. 25867)**

b.      Certification of Counsel Regarding Order Approving Quarterly Fee Applications
        for the Thirty-Seventh Period **[Filed: 12/6/10] (Docket No. 25866)**

Status:  This matter will go forward.

## UNCONTESTED MATTERS:

4.      Debtors' Motion Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code
        and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for
        an Order Approving the Settlement Between W. R. Grace & Co. and Associated
        International Insurance Company [Filed: 11/5/10] (Docket No. 25706)

        Related Documents:

        a.      [Proposed] Order Pursuant to Sections 105, 363, 1107 and 1108 of the
                Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of
                Bankruptcy Procedure for an Order Approving the Settlement Between W. R.
                Grace & Co. and Associated International Insurance Company [Filed: 11/5/10]
                (Docket No. 25706)

        b.      Certification of No Objection Regarding Debtors' Motion Pursuant to Sections
                105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and
                9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the
                Settlement Between W. R. Grace & Co. and Associated International Insurance
                Company [Filed: 11/29/10] (Docket No. 25810)

        Response Deadline: November 26, 2010, at 4:00 p.m.

        Responses Received: None as of the date of this Notice of Agenda.

        Status: No parties have objected to the relief requested in the Motion. Accordingly, the
        Debtors have filed a certificate of no objection and respectfully request the entry of the
        order attached to the Motion.

5.      Motion for an Order Authorizing the Debtors to Acquire Assets of Seller, Including
        Limited Liability Company Interest in GR 2008 LLC [Filed: 11/8/10] (Docket No.
        25726)

        Related Documents:

        a.      [Proposed] Order Authorizing the Debtors to Acquire Assets of Seller, Including
                Limited Liability Company Interest in GR 2008 LLC [Filed: 11/8/10] (Docket
                No. 25726)

        b.      **Certification of Counsel Regarding Order and Revised Asset Purchase
                Agreement Regarding Debtors' Motion to Acquire Assets of Seller, Including
                Limited Liability Company Interest in GR 2008 LLC [Filed: 12/6/10] (Docket
                No. 25865)**

Response Deadline: November 26, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have submitted a proposed order with a revised Asset Purchase Agreement under certification of counsel. The Debtors request entry of the proposed order attached to certification of counsel.**

6. Renewed Motion for Entry of Order Approving Remaining Fee Applications Relating to Fraudulent Conveyance Adversary Proceedings and Allowing the Payment of Remaining Holdbacks for Services Rendered [Filed: 11/8/10] (Adv. Pro. No.: 02-2210, Docket No. 770) (Adv. Pro. No. 02-2211, Docket No. 33)

Related Documents:

a. [Proposed] Order Approving Remaining Fee Applications Relating to Fraudulent Conveyance Adversary Proceedings and Allowing the Payment of Remaining Holdbacks for Services Rendered [Filed: 11/8/10] (Adv. Pro. No.: 02-2210, Docket No. 770) (Adv. Pro. No. 02-2211, Docket No. 33)

b. Certification of No Objection Regarding Renewed Motion for Entry of Order Approving Remaining Fee Applications Relating to Fraudulent Conveyance Adversary Proceedings and Allowing the Payment of Remaining Holdbacks for Services Rendered [Filed: 11/8/10] (Adv. Pro. No.: 02-2210, Docket No. 771) (Adv. Pro. No. 02-2211, Docket No. 34)

Response Deadline: November 26, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

Dated: December 𝄏 , 2010                    KIRKLAND & ELLIS LLP
                                            John Donley
                                            Adam Paul
                                            300 North LaSalle
                                            Chicago, IL 60654
                                            (312) 862-2000

                                            and

                                            THE LAW OFFICES OF JANET S. BAER, P.C.
                                            Janet S. Baer, P.C.
                                            Roger J. Higgins
                                            70 W. Madison St., Suite 2100
                                            Chicago, IL 60602-4253
                                            (312) 641-2162

and

PACHULSKI STANG ZIEHL & JONES LLP

*James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

Co-Counsel for the Debtors and Debtors-in-Possession