IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

IN RE:

| | |
|---|---|
| W.R. Grace & Co., *et* al. | Bankruptcy No. 01-1139 (JKF) |
| Debtor(s) | Chapter 11 |
| | (Jointly Administered) |

**ORDER REGARDING ISSUES TO BE ADDRESSED AT THE OMNIBUS HEARING ON DECEMBER 13, 2010, RELATED TO PLAN CONFIRMATION**

**AND NOW,** this **7th** day of **December, 2010,** it is **ORDERED** that at the omnibus hearing on **December 13, 2010,** at **10:00 a.m.**, Eastern, counsel shall be prepared to address the following plan-related questions:

(1) How the release as to nondebtors in §8.8.7 is appropriate with respect to entities receiving no distribution under the plan or as to creditors who did not vote to accept the plan.

(2) How the provision for payment of interest in Class 9 to Holders of General Unsecured Claims arising from the Prepetition Credit Facilities comports with the terms of the Bank Lenders' contractual <u>non</u>default interest rate.

(3) Such other plan-related questions as may be raised at the hearing.

It is **FURTHER ORDERED** that counsel for Debtors shall serve a copy of this Order on all parties in interest who do not receive electronic notice.

_Judith K. Fitzgerald_    rmab
Judith K. Fitzgerald
United States Bankruptcy Judge