# Exhibit B

# WRG ASBESTOS PROPERTY DAMAGE SETTLEMENT TRUST AGREEMENT

IN WITNESS WHEREOF, the parties have executed this PD Trust Agreement this \_\_\_\_\_ day of _____, 2009.

**W. R. GRACE & CO.**
**on behalf of itself and the other Debtors**

By:_____

Title: _____

| **TRUSTEES** | **PD COMMITTEE** |
|---|---|
| _____ <br> Name: _____ <br> **Richard Schiro (Class 7A Trustee)** <br><br> Expiration Date of Initial Term: _____ <br> Anniversary of the date of this PD Trust Agreement | By:_____ <br><br> **DELAWARE TRUSTEE** <br><br> By:_____ |
| _____ <br> Name: _____ <br> **Edward B. Cottingham, Jr. (Class 7B Trustee)** <br><br> Expiration Date of Initial Term: _____ <br> Anniversary of the date of this PD Trust Agreement | |