## **Exhibit E**

~~Total Remaining Active PD Claims and PD Claims on Appeal~~

UNRESOLVED ASBESTOS PD BAR DATE CLAIMS

**Formatted:** Centered

I. Active PD Claims

Speights Canadian Claims

| | Claimant Name | Claim Number | Counsel | Firm Name | Building Name | Property Address |
|---|---|---|---|---|---|---|
| ~~1.~~ | ~~354401 Alberta LTD. C/O Redcliff Realty Management Inc.~~ | ~~011620~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | | ~~287 Broadway Winnipeg, MB R3c0r9~~ |
| ~~2.~~ | ~~Avalon East School Board~~ | ~~012491~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | | ~~391 Topsail Road St. John's, NL A1e2b7~~ |
| ~~3.~~ | ~~Calgary Board of Education~~ | ~~012454~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~James Fowler High~~ | ~~4004 4th St. Nw Calgary, AB T2k1a1~~ |
| ~~4.~~ | ~~Calgary Board of Education~~ | ~~012457~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~Kingsland Elementary~~ | ~~7430 5th Street Sw Calgary, AB T2v1b1~~ |
| ~~5.~~ | ~~Calgary Board of Education~~ | ~~012443~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~William Aberhart High~~ | ~~3009 Morley Train Nw Calgary, AB T2m4g9~~ |
| ~~6.~~ | ~~Calgary Board of Education~~ | ~~014885~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~Altadore Elementary~~ | ~~4506 16th Street SW Calgary, AB T2t4h9~~ |
| ~~7.~~ | ~~Calgary Board of Education~~ | ~~012442~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~Wildwood Elementary~~ | ~~120 45th Street Sw Calgary, AB T3c2b3~~ |
| ~~8.~~ | ~~Calgary Board of Education~~ | ~~012570~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~Balmoral Junior High~~ | ~~220 16th Avenue Calgary, AB T2m0h4~~ |
| ~~9.~~ | ~~Calgary Board of Education~~ | ~~012590~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~Parkdale Elementary~~ | ~~728 32nd Street NW Calgary, AB T2n2v9~~ |
| ~~10.~~ | ~~Calgary Board of Education~~ | ~~012591~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~Queen Elizabeth High~~ | ~~512 18th Street NW Calgary, AB T2n2g5~~ |
| ~~11.~~ | ~~Calgary Board of Education~~ | ~~012438~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~Vincent Massey Junior High~~ | ~~939 45th St Sw Calgary, AB T3c2b9~~ |

| | Claimant Name | Claim Number | Counsel | Firm Name | Building Name | Property Address |
|---|---|---|---|---|---|---|
| ~~12.~~ | ~~Calgary Board of Education~~ | ~~012439~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~Viscount Bennett~~ | ~~2519 Richmond Road Sw Calgary, AB T3e4m2~~ |
| ~~13.~~ | ~~Calgary Board of Education~~ | ~~012412~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~Cambrian Heights Elementary~~ | ~~640 Northmount Dr Nw Calgary, AB T2k3j5~~ |
| ~~14.~~ | ~~Calgary Board of Education~~ | ~~012410~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~Briar Hill Elementary~~ | ~~1233 21st Street Nw Calgary, AB T2n2l8~~ |
| ~~15.~~ | Canadian Imperial Bank Of Commerce | 012536 | Daniel A Speights | Speights & Runyan | | 215 Water Street St John's, NL A1c6c9 |
| ~~16.~~ | ~~City Of Edmonton~~ | ~~012489~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~Century Place~~ | ~~9803 102a Avenue Edmonton, AB T5j3a3~~ |
| ~~17.~~ | ~~City Of Vancouver~~ | ~~012476~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~Q.E. And Playhouse Theatres~~ | ~~649-695 Cambie Vancouver, BC~~ |
| ~~18.~~ | ~~City Of Vancouver~~ | ~~012346~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~Parkade~~ | ~~700 Georgia Street Vancouver, BC~~ |
| ~~19.~~ | ~~Edmonton Public Schools~~ | ~~012549~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~Wellington School~~ | ~~13160 127 Street Edmonton, AB T5l1b2~~ |
| ~~20.~~ | ~~Edmonton Public Schools~~ | ~~012557~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~Eastglen School~~ | ~~11430 68 Street Edmonton, AB T5b1p1~~ |
| ~~21.~~ | ~~Edmonton Public Schools~~ | ~~012554~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~Woodcroft School~~ | ~~13750 Woodcroft Avenue Edmonton, AB T5t5x9~~ |
| ~~22.~~ | ~~Edmonton Public Schools~~ | ~~012548~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~Victoria School~~ | ~~10210 108 Avenue Edmonton, AB T5h1a8~~ |
| ~~23.~~ | ~~Edmonton Public Schools~~ | ~~012546~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~Strathcona School~~ | ~~10450 72 Avenue Edmonton, AB T6e0z6~~ |
| ~~24.~~ | ~~Edmonton Public Schools~~ | ~~012542~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~North Edmonton School~~ | ~~6920 128 Avenue Edmonton, AB T5c1s7~~ |
| ~~25.~~ | ~~Edmonton Public Schools~~ | ~~012576~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~JA Fife School~~ | ~~15004 76 Street Edmonton, AB T6c1c2~~ |

K&E 18075069

|  | Claimant Name | Claim Number | Counsel | Firm Name | Building Name | Property Address |
|---|---|---|---|---|---|---|
| ~~26.~~ | ~~Edmonton Public Schools~~ | ~~012541~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~Newton School~~ | ~~5523 122 Avenue Edmonton, AB T5w1s3~~ |
| ~~27.~~ | ~~Edmonton Public Schools~~ | ~~012394~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~Bonnie Doon School~~ | ~~8205 90 Avenue Edmonton, AB T6c1n8~~ |
| ~~28.~~ | ~~Edmonton Public Schools~~ | ~~012377~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~Delton School~~ | ~~12126 89 Street Edmonton, AB T5b3w4~~ |
| ~~29.~~ | ~~Edmonton Public Schools~~ | ~~012388~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~Allendale~~ | ~~6415 106 Street Edmonton, AB T6h2v5~~ |
| ~~30.~~ | ~~Edmonton Public Schools~~ | ~~012537~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~Parkview School~~ | ~~14313 92 Street Edmonton, AB T5r3b3~~ |
| ~~31.~~ | ~~Edmonton Public Schools~~ | ~~012503~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~Sherbrooke School~~ | ~~12245 131 Street Edmonton, AB T5l1m8~~ |
| ~~32.~~ | ~~Edmonton Public Schools~~ | ~~012500~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~Ritchie School~~ | ~~9750 74 Avenue Edmonton, AB T6j1t4~~ |
| ~~33.~~ | ~~Edmonton Public Schools~~ | ~~012498~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~Queen Alexandra School~~ | ~~7730 106 Street Edmonton, AB T6g0x4~~ |
| ~~34.~~ | ~~Edmonton Public Schools~~ | ~~012496~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~Prince Rupert School~~ | ~~11515 113 Avenue Edmonton, AB T5g0j3~~ |
| ~~35.~~ | ~~Edmonton Public Schools~~ | ~~012501~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~Ross Sheppard School~~ | ~~13546 111 Avenue Edmonton, AB T5m2p2~~ |
| ~~36.~~ | ~~Fairmall Leasehold Inc~~ | ~~012396~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~Fairview Mall~~ | ~~1800 Sheppard Ave E, Ste330 P.O. Box 330 Willowdale, ON M2j5a7~~ |
| ~~37.~~ | Great West Life | 012534 | Daniel A Speights | Speights & Runyan |  | 199 Bay Street, Commerce Court West Toronto, ON M5l1e2 |
| ~~38.~~ | ~~Hamilton District School Board~~ | ~~011684~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~Westview School~~ | ~~60 Rolston Drive Hamilton, ON L9c3x7~~ |

3

| | Claimant Name | Claim Number | Counsel | Firm Name | Building Name | Property Address |
|---|---|---|---|---|---|---|
| 39. | Hamilton District School Board | 011682 | Daniel A Speights | Speights & Runyan | Sir John A. Macdonald Secondary School | 130 York Boulevard Hamilton, ON L8r1y5 |
| 40. | Hamilton District School Board | 011681 | Daniel A Speights | Speights & Runyan | Sir Alan MacNabb School | 145 Magnolia Drive Hamilton, ON L9e5p4 |
| 41. | Hamilton District School Board | 011680 | Daniel A Speights | Speights & Runyan | Sherwood Heights School | 105 High Street Hamilton, ON L8t3z4 |
| 42. | Hamilton District School Board | 011678 | Daniel A Speights | Speights & Runyan | Pauline Johnson Public School | 25 Hummingbird Lane Hamilton ON L9a4b1 |
| 43. | Hamilton District School Board | 011322 | Daniel A Speights | Speights & Runyan | Sherwood Secondary School | 25 High Street Hamilton, ON L8t3z4 |
| 44. | Hamilton District School Board | 011323 | Daniel A Speights | Speights & Runyan | Scott Park Secondary | 1055 King Street West Hamilton, ON L8m1e2 |
| 45. | Health Care Corporation Of St.John's | 012493 | Daniel A Speights | Speights & Runyan | | 300 Prince Philip Drive St John's, NL A1b3v6 |
| 46. | McMaster University | 012368 | Daniel A Speights | Speights & Runyan | McMaster University | 1280 Main Street West Hamilton, ON L8s4m3 |
| 47. | Morguard Investments Limited | 012427 | Daniel A Speights | Speights & Runyan | | 55 City Centre Drive Mississauga, ON L5b1m3 |
| 48. | Oxford Properties Group | 012421 | Daniel A Speights | Speights & Runyan | | 10025-102 Avenue Edmonton, AB T5j2z1 |
| 49. | Oxford Properties Group | 012422 | Daniel A Speights | Speights & Runyan | Edmonton City Centre East | Between 100/101/102 & 102a St Edmonton, AB T5j2y8 |
| 50. | Oxford Properties Group | 012423 | Daniel A Speights | Speights & Runyan | | 10088-102 Avenue Edmonton, AB T5j2z1 |

|     | Claimant Name | Claim Number | Counsel | Firm Name | Building Name | Property Address |
|-----|---------------|--------------|---------|-----------|---------------|------------------|
| ~~51.~~ | ~~School District 68 Nanaimo-Ladysmith~~ | ~~011627~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~Nanaimo Senior Secondary~~ | ~~3955 Wakesiah Ave Nanaimo, BC V9r3k5~~ |
| ~~52.~~ | ~~School District 68 Nanaimo-Ladysmith~~ | ~~011632~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~Woodlands Secondary~~ | ~~1270 Strathmore Street Nanaimo, BC V9s2i9~~ |
| ~~53.~~ | ~~Toronto District School Board~~ | ~~012304~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~Deer Park Junior And Senior School~~ | ~~23 Ferndale Avenue Toronto, ON M4t2b4~~ |
| ~~54.~~ | ~~Atlantic Shopping Centres LTD~~ | ~~012490~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | | ~~2000 Barrington Street Halifax, NS B3j3k1~~ |
| ~~55.~~ | ~~Great West Life - London Life~~ | ~~012533~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | | ~~2001 University Street Montreal, QC H3a2a6~~ |

**Speights U.S. Claims**

|     | Claimant Name | Claim Number | Counsel | Firm Name | Building Name | Property Address |
|-----|---------------|--------------|---------|-----------|---------------|------------------|
| 1. | Anderson Memorial Hospital | 011008 | Daniel A Speights | Speights & Runyan | | 800 North Fant Anderson, SC 29261 |
| ~~2.~~ | ~~John Muir Hospital~~ | ~~011026~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | | ~~1601 Ygnacid Valley Road, Walnut Creek, CA 94598~~ |
| ~~3.~~ | ~~St. Joseph's Hospital~~ | ~~011243~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | | ~~555 E. Market Street, Elmira, NY~~ |
| ~~4.~~ | ~~North Arkansas Regional Medical Center~~ | ~~010995~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | | ~~620 N. Willow, Harrison, AR 72601~~ |
| ~~5.~~ | ~~211 Main Street Building~~ | ~~011099~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | | ~~211 Main Street, San Francisco, CA 94105~~ |
| ~~6.~~ | ~~Bergdorf Building~~ | ~~011027~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | | ~~80 Coventry Street, Hartford, CT 06112~~ |
| ~~7.~~ | ~~Chicago Historical Society~~ | ~~011104~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | | ~~Chicago, IL~~ |
| ~~8.~~ | ~~F.F. Thompson Continuing Care~~ | ~~006636~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | | ~~350 Parish Street, Canandaigua, NY~~ |

| | Claimant Name | Claim Number | Counsel | Firm Name | Building Name | Property Address |
|---|---|---|---|---|---|---|
| | ~~Center, Inc.~~ | | | | | ~~14424~~ |
| ~~9.~~ | ~~Glen Oak Country Club~~ | ~~010749~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | | ~~151 Post Avenue, Old Westberry, NY~~ |
| ~~10.~~ | ~~Gulf Atlantic Properties, Inc.~~ | ~~006637~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | | ~~100 1st Avenue, South Saint Petersburg, FL 33701~~ |
| ~~11.~~ | ~~Hyatt Corporation~~ | ~~009915~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | | ~~5 Embarcadero, Sam Francisco, CA 94111~~ |
| ~~12.~~ | ~~KARK-TV and Morris Multimedia, Inc.~~ | ~~009912~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | | ~~Third and Louisiana Streets, Little Rock, AR 72201~~ |
| ~~13.~~ | ~~KARK-TV and Morris Multimedia, Inc.~~ | ~~009913~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | | ~~Third and Center Streets, Little Rock, AR 72201~~ |
| ~~14.~~ | ~~Olympus 555 Properties LLC~~ | ~~009684~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | | ~~555 Broad Hollow Road, Melville, NY 11747~~ |
| ~~15.~~ | ~~Allegheny Center~~ | ~~011037 and 011036~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | | ~~Allegheny Center, Pittsburgh, PA 15212~~ |
| ~~16.~~ | ~~Presidential Towers Condo~~ | ~~011428~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | | ~~1836 Metserott Road, Adelphi, MD 20783~~ |

~~Other U.S Claim~~

| | Claimant Name | Claim Number | Counsel | Firm Name | Building Name | Property Address |
|---|---|---|---|---|---|---|
| ~~1.~~ | ~~Sheldon H Solow, Solow Development Corp., et al.~~ | ~~007020~~ | ~~Edward J Westbrook~~ | ~~Richardson Patrick Westbrook & Brickman LLC~~ | | ~~9 West 57th Street New York, NY 10019~~ |

State of California Department of General Services

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. | State of California Dept of General Services | 010653 | Steven Mandelsberg | Hahn & Hessen, LLP | | 7650 South Newcastle Road Stockton, CA 95213 |
| 2. | State of California Dept of General Services | 010662 | Steven Mandelsberg | Hahn & Hessen, LLP | | 744 P Street Sacramento, CA 95814 |
| 3. | State of California Dept of General Services | 010661 | Steven Mandelsberg | Hahn & Hessen, LLP | | 31 East Channel Street Stockton, CA 95202 |
| 4. | State of California Dept of General Services | 010660 | Steven Mandelsberg | Hahn & Hessen, LLP | | End of Highway 202 at Cummings Valley Tehachapi, CA 93561 |
| 5. | State of California Dept of General Services | 010659 | Steven Mandelsberg | Hahn & Hessen, LLP | | 1234 East Shaw Ave. Fresno, CA 93710 |
| 6. | State of California Dept of General Services | 010657 | Steven Mandelsberg | Hahn & Hessen, LLP | | 2501 Harbor Blvd. Costa Mesa, CA 92626 |
| 7. | State of California Dept of General Services | 010656 | Steven Mandelsberg | Hahn & Hessen, LLP | | End of Highway 202 at Cummings Valley Tehachapi, CA 93561 |
| 8. | State of California Dept of General Services | 010654 | Steven Mandelsberg | Hahn & Hessen, LLP | | 2501 Harbor Blvd. Costa Mesa, CA 92626 |
| 9. | State of California Dept of General Services | 010655 | Steven Mandelsberg | Hahn & Hessen, LLP | | 5100 O'byrnes Ferry Road, Jamestown, CA 95327 |
| 10. | State of California Dept of General Services | 010652 | Steven Mandelsberg | Hahn & Hessen, LLP | | 714 P Street Sacramento, CA 95814 |
| 11. | State of California Dept of General Services | 010651 | Steven Mandelsberg | Hahn & Hessen, LLP | | 1234 East Shaw Ave. Fresno, CA 93710 |
| 12. | State of California Dept of General Services | 010650 | Steven Mandelsberg | Hahn & Hessen, LLP | | 10333 El Camino Real Atascadero, CA 93423 |

K&E 18075069

| 13. | State of California Dept of General Services | 010649 | Steven Mandelsberg | Hahn & Hessen, LLP | | 1416 9th Street Sacramento, CA 95814 |
| 14. | State of California Dept of General Services | 010648 | Steven Mandelsberg | Hahn & Hessen, LLP | | 28 Civic Center Plaza Santa Ana, CA 92701 |
| 15. | State of California Dept of General Services | 010658 | Steven Mandelsberg | Hahn & Hessen, LLP | | 3100 Wright Road Camarillo, CA 93010 |
| 16. | State of California Dept of General Services | 014411 | Steven Mandelsberg | Hahn & Hessen, LLP | | 7650 S. Newcastle Road, Stockton, CA 95213 |

## II. PD Claims on Appeal

### Anderson Memorial Class Claims

| | Claimant Name | Claim Number | Counsel | Firm Name | Building Name | Property Address |
|---|---|---|---|---|---|---|
| 1. | Anderson Memorial Hospital | 009911 | Daniel A Speights | Speights & Runyan | Various | Various locations worldwide |
| 2. | Anderson Memorial Hospital | 009914 | Daniel A Speights | Speights & Runyan | Various | Various locations statewide South Carolina |

*Formatted: Normal*

### State of California Department of General Services

| | Claimant Name | Claim Number | Counsel | Firm Name | Building Name | Property Address |
|---|---|---|---|---|---|---|
| 1. | State of California Dept of General Services | 010653 | Steven Mandelsberg | Hahn & Hessen, LLP | | 7650 South Newcastle Road Stockton, CA 95213 |
| 2. | State of California Dept of General Services | 010662 | Steven Mandelsberg | Hahn & Hessen, LLP | | 744 P Street Sacramento, CA 95814 |
| 3. | State of California Dept of General Services | 010661 | Steven Mandelsberg | Hahn & Hessen, LLP | | 31 East Channel Street Stockton, CA 95202 |

| | ~~Claimant Name~~ | ~~Claim Number~~ | ~~Counsel~~ | ~~Firm Name~~ | ~~Building Name~~ | ~~Property Address~~ |
|---|---|---|---|---|---|---|
| ~~4.~~ | ~~State of California Dept of General Services~~ | ~~010660~~ | ~~Steven Mandelsberg~~ | ~~Hahn & Hessen, LLP~~ | | ~~End of Highway 202 at Cummings Valley Tehachapi, CA 93561~~ |
| ~~5.~~ | ~~State of California Dept of General Services~~ | ~~010659~~ | ~~Steven Mandelsberg~~ | ~~Hahn & Hessen, LLP~~ | | ~~1234 East Shaw Ave. Fresno, CA 93710~~ |
| ~~6.~~ | ~~State of California Dept of General Services~~ | ~~010657~~ | ~~Steven Mandelsberg~~ | ~~Hahn & Hessen, LLP~~ | | ~~2501 Harbor Blvd. Costa Mesa, CA 92626~~ |
| ~~7.~~ | ~~State of California Dept of General Services~~ | ~~010656~~ | ~~Steven Mandelsberg~~ | ~~Hahn & Hessen, LLP~~ | | ~~End of Highway 202 at Cummings Valley Tehachapi, CA 93561~~ |
| ~~8.~~ | ~~State of California Dept of General Services~~ | ~~010654~~ | ~~Steven Mandelsberg~~ | ~~Hahn & Hessen, LLP~~ | | ~~2501 Harbor Blvd. Costa Mesa, CA 92626~~ |
| ~~9.~~ | ~~State of California Dept of General Services~~ | ~~010655~~ | ~~Steven Mandelsberg~~ | ~~Hahn & Hessen, LLP~~ | | ~~5100 O'byrnes Ferry Road, Jamestown, CA 95327~~ |
| ~~10.~~ | ~~State of California Dept of General Services~~ | ~~010652~~ | ~~Steven Mandelsberg~~ | ~~Hahn & Hessen, LLP~~ | | ~~714 P Street Sacramento, CA 95814~~ |
| ~~11.~~ | ~~State of California Dept of General Services~~ | ~~010651~~ | ~~Steven Mandelsberg~~ | ~~Hahn & Hessen, LLP~~ | | ~~1234 East Shaw Ave. Fresno, CA 93710~~ |
| ~~12.~~ | ~~State of California Dept of General Services~~ | ~~010650~~ | ~~Steven Mandelsberg~~ | ~~Hahn & Hessen, LLP~~ | | ~~10333 El Camino Real Atascadero, CA 93423~~ |
| ~~13.~~ | ~~State of California Dept of General Services~~ | ~~010649~~ | ~~Steven Mandelsberg~~ | ~~Hahn & Hessen, LLP~~ | | ~~1416 9th Street Sacramento, CA 95814~~ |
| ~~14.~~ | ~~State of California Dept of General Services~~ | ~~010648~~ | ~~Steven Mandelsberg~~ | ~~Hahn & Hessen, LLP~~ | | ~~28 Civic Center Plaza Santa Ana, CA 92701~~ |

K&E 18075069

|  | Claimant Name | Claim Number | Counsel | Firm Name | Building Name | Property Address |
|---|---|---|---|---|---|---|
| 15. | State of California Dept of General Services | 010658 | Steven Mandelsberg | Hahn & Hessen, LLP |  | 3100 Wright Road Camarillo, CA 93010 |
| 16. | State of California Dept of General Services | 014411 | Steven Mandelsberg | Hahn & Hessen, LLP |  | 7650 S. Newcastle Road, Stockton, CA 95213 |

**Macerich Fresno**

|  | Claimant Name | Claim Number | Counsel | Firm Name | Building Name | Property Address |
|---|---|---|---|---|---|---|
| 1. | Macerich Fresno Limited Partnership | 012758 | Gerald George | Pillsbury Winthrop LLP |  | 645 East Shaw Avenue Fresno, CA 93710 |

**Speights & Runyan Late Authority Claims**

|  | Claimant Name | Claim Number | Counsel | Firm Name | Building Name | Property Address |
|---|---|---|---|---|---|---|
| 1. | Mission Towers f/k/a Foxridge Office Building | 010516 | Daniel A Speights | Speights & Runyan | Mission Towers | 57th Broadmore, Kansas City, KS |
| 2. | Bethesda Rehabilitation Hospital | 010533 | Daniel A Speights | Speights & Runyan | Bethesda Rehabilitation Hospital | St. Paul, MN |
| 3. | First Tennessee Bank | 010533 | Daniel A Speights | Speights & Runyan | First Tennessee Bank | Memphis, TN |
| 4. | First Tennessee Bank | 010534 | Daniel A Speights | Speights & Runyan | First Tennessee Bank | Memphis, TN |
| 5. | Washington Township Health Care District | 010668 | Daniel A Speights | Speights & Runyan | Washington Hospital | Fremont, CA |
| 6. | New Hanover Regional Medical Center | 010672 | Daniel A Speights | Speights & Runyan | New Hanover Regional Medical Center | Wilmington, NC |

10

K&E 18075069

| | Claimant Name | Claim Number | Counsel | Firm Name | Building Name | Property Address |
|---|---|---|---|---|---|---|
| 7. | First Health Montgomery Memorial Hospital | 010673 | Daniel A Speights | Speights & Runyan | First Health Montgomery Memorial Hospital | Troy, NC |
| 8. | Pierre Laclede Center Nos. 1 & 2 | 010696 | Daniel A Speights | Speights & Runyan | Pierre Laclede Center Nos. 1 and 2 | Clayton, MO |
| 9. | St. Joseph's Hill Infirmary Nursing Home | 010700 | Daniel A Speights | Speights & Runyan | St. Joseph's Hill Infirmary Nursing Home | St. Louis, MO |
| 10. | IBM Metro Employees FCU | 010722 | Daniel A Speights | Speights & Runyan | | Bridge Plaza North at 41st Street, Long Island City, NY |
| 11. | Palos Commmunity Hospital | 011066 | Daniel A Speights | Speights & Runyan | Palos Community Hospital | Palos, IL |
| 12. | St. Mary's Medical Center | 010746 | Daniel A Speights | Speights & Runyan | St. Mary's Medical Center | 1st Avenue & 29th Street, Huntingdon, WV |
| 13. | Friendly Home Nursing Care & Rehabilitation | 010747 | Daniel A Speights | Speights & Runyan | | 3156 East Avenue, Rochester, NY |
| 14. | 99 Founders Plaza | 010762 | Daniel A Speights | Speights & Runyan | 99 Founders Plaza | Gilbert Street, Hartford, CT |
| 15. | Oneida County Office Building | 010767 | Daniel A Speights | Speights & Runyan | Oneida County Office Building | Oneida, NY |
| 16. | Manor Oak Two | 010789 | Daniel A Speights | Speights & Runyan | Manor Oak Two | Greentree, PA |
| 17. | Cayuga County Office Building | 010947 | Daniel A Speights | Speights & Runyan | | Auburn, NY |
| 18. | St. Luke's Hospital | 010998 | Daniel A Speights | Speights & Runyan | St. Luke's Hospital | Bethlehem, PA |

K&E 18075069

|     | Claimant Name | Claim Number | Counsel | Firm Name | Building Name | Property Address |
| --- | --- | --- | --- | --- | --- | --- |
| 19. | ~~Schuyler Hospital~~ | ~~011003~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~Schuyler Hospital~~ | ~~Montour Falls, NY~~ |
| 20. | ~~Santa Teresa Medical Office Building~~ | ~~011018~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~Santa Teresa Medical Office Building~~ | ~~San Jose, CA~~ |
| 21. | ~~Nebraska Skilled Nursing and Rehabilitation~~ | ~~011046~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | | ~~Omaha, NE~~ |
| 22. | ~~Virtua Health – West Jersey Hospital Voorhees~~ | ~~011226~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | | ~~Voorhees, NJ~~ |
| 23. | ~~Titusville Area Hospital / Farrell Hospital~~ | ~~011106 / 011144~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | | ~~Titusville, PA~~ |
| 24. | ~~Hotel Captain Cook – Tower # 2~~ | ~~011110~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~Hotel Captain Cook~~ | ~~5th & K Street, Anchorage, AK~~ |
| 25. | ~~Gundersen Lutheran Medical Center~~ | ~~011124~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~Gundersen Lutheran Medical Center~~ | ~~Lacrosse, WI~~ |
| 26. | ~~Arkansas Baptist Health Medical Center~~ | ~~011128~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~Arkansas Baptist Medical Center~~ | ~~Little Rock, AR~~ |
| 27. | ~~Abbeville General Hospital~~ | ~~011133~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~Abbeville General Hospital~~ | ~~Abbeville, LA~~ |
| 28. | ~~St. Anthony's Regional Hospital & Nursing Home~~ | ~~011151~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~St. Anthony's Hospital~~ | ~~Carroll, IA~~ |
| 29. | ~~Fulton County Health Center~~ | ~~011158~~ | ~~Daniel A. Speights~~ | ~~Speights & Runyan~~ | ~~Fulton County Health Center~~ | ~~S. Snoop Ave., Wausein, OH~~ |

|   | Claimant Name | Claim Number | Counsel | Firm Name | Building Name | Property Address |
|---|---|---|---|---|---|---|
| 30. | ~~Ohio Savings Plaza~~ | ~~011179~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | | ~~1801 E. Ninth Street, Cleveland, OH~~ |
| 31. | ~~YWCA of Greater Des Moines~~ | ~~011153~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | | ~~8th & Grand Ave., Des Moines, IA~~ |
| 32. | ~~Scottish Rite Cathedral~~ | ~~011200~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~Scottish Rite Cathedral~~ | ~~West & Linden Streets, Allentown, PA~~ |
| 33. | ~~First Tennessee Bank~~ | ~~011722~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~National Bank Building~~ | ~~Memphis, TN~~ |
| 34. | ~~Panda Prints~~ | ~~011257~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | | |
| 35. | ~~McKenzie Williamette Medical Center~~ | ~~011262~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | | ~~Eugene, OR~~ |
| 36. | ~~Keller Building~~ | ~~011384~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~Keller Memorial Hospital~~ | ~~Fayette, MO~~ |
| 37. | ~~Virtua West Jersey Hospital Marlton~~ | ~~011389~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | | ~~Evesham Township, NJ~~ |
| 38. | ~~The Homeplace of Mondovi Hospital~~ | ~~011422~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | ~~Buffalo Memorial Hospital~~ | ~~Mondovi, WI~~ |
| 39. | ~~Dodge County Hospital~~ | ~~011550~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | | |
| 40. | ~~Carson Pirie Scott Store – Store # 537~~ | ~~011555~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | | ~~Waukegan, IL~~ |
| 41. | ~~Harry C. Levy Gardens~~ | ~~011572~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | | ~~Las Vegas, NV~~ |
| 42. | ~~Jordan Hospital, Inc.~~ | ~~011689~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | | |
| 43. | ~~University of New England – Westbrook College Campus~~ | ~~011701~~ | ~~Daniel A Speights~~ | ~~Speights & Runyan~~ | | |

13

|  | Claimant Name | Claim Number | Counsel | Firm Name | Building Name | Property Address |
|---|---|---|---|---|---|---|
| 44. | 1199 SEIU | 011703 | Daniel A Speights | Speights & Runyan | 310 W. 43rd Street Building | 310 W. 43rd St., New York, NY |

**Speights Canadian Claims**

|  | Claimant Name | Claim Number | Counsel | Firm Name | Building Name | Property Address |
|---|---|---|---|---|---|---|
| 1. | 354401 Alberta LTD. C/O Redcliff Realty Management Inc. | 011620 | Daniel A Speights | Speights & Runyan |  | 287 Broadway Winnipeg, MB R3c0r9 |
| 2. | Calgary Board of Education | 012454 | Daniel A Speights | Speights & Runyan | James Fowler High | 4004-4th St. Nw Calgary, AB T2k1a1 |
| 3. | Calgary Board of Education | 012457 | Daniel A Speights | Speights & Runyan | Kingsland Elementary | 7430 5th Street Sw Calgary, AB T2v1b1 |
| 4. | Calgary Board of Education | 012443 | Daniel A Speights | Speights & Runyan | William Aberhart High | 3009 Morley Train Nw Calgary, AB T2m4g9 |
| 5. | Calgary Board of Education | 014885 | Daniel A Speights | Speights & Runyan | Altadore Elementary | 4506 16th Street SW Calgary, AB T2t4h9 |
| 6. | Calgary Board of Education | 012442 | Daniel A Speights | Speights & Runyan | Wildwood Elementary | 120 45th Street Sw Calgary, AB T3c2b3 |
| 7. | Calgary Board of Education | 012570 | Daniel A Speights | Speights & Runyan | Balmoral Junior High | 220 16th Avenue Calgary, AB T2m0h4 |
| 8. | Calgary Board of Education | 012590 | Daniel A Speights | Speights & Runyan | Parkdale Elementary | 728 32nd Street NW Calgary, AB T2n2v9 |
| 9. | Calgary Board of Education | 012591 | Daniel A Speights | Speights & Runyan | Queen Elizabeth High | 512 18th Street NW Calgary, AB T2n2g5 |
| 10. | Calgary Board of Education | 012438 | Daniel A Speights | Speights & Runyan | Vincent Massey Junior High | 939 45th St Sw Calgary, AB T3c2b9 |
| 11. | Calgary Board of Education | 012439 | Daniel A Speights | Speights & Runyan | Viscount Bennett | 2519 Richmond Road Sw Calgary, AB T3e4m2 |

14

K&E 18075069

|     | Claimant Name | Claim Number | Counsel | Firm Name | Building Name | Property Address |
|-----|---------------|--------------|---------|-----------|---------------|------------------|
| 12. | Calgary Board of Education | 012412 | Daniel A. Speights | Speights & Runyan | Cambrian Heights Elementary | 640 Northmount Dr Nw Calgary, AB  T2k3j5 |
| 13. | Calgary Board of Education | 012410 | Daniel A Speights | Speights & Runyan | Briar Hill Elementary | 1233 21st Street Nw Calgary, AB  T2n2l8 |
| 14. | City Of Edmonton | 012489 | Daniel A Speights | Speights & Runyan | Century Place | 9803 102a Avenue Edmonton, AB  T5j3a3 |
| 15. | City Of Vancouver | 012476 | Daniel A Speights | Speights & Runyan | Q.E. And Playhouse Theatres | 649-695 Cambie Vancouver, BC |
| 16. | Edmonton Public Schools | 012549 | Daniel A Speights | Speights & Runyan | Wellington School | 13160 127 Street Edmonton, AB  T5l1b2 |
| 17. | Edmonton Public Schools | 012557 | Daniel A Speights | Speights & Runyan | Eastglen School | 11430 68 Street Edmonton, AB T5b1p1 |
| 18. | Edmonton Public Schools | 012554 | Daniel A Speights | Speights & Runyan | Woodcroft School | 13750 Woodcroft Avenue Edmonton, AB T5t5x9 |
| 19. | Edmonton Public Schools | 012548 | Daniel A Speights | Speights & Runyan | Victoria School | 10210 108 Avenue Edmonton, AB  T5h1a8 |
| 20. | Edmonton Public Schools | 012546 | Daniel A Speights | Speights & Runyan | Strathcona School | 10450 72 Avenue Edmonton, AB T6e0z6 |
| 21. | Edmonton Public Schools | 012542 | Daniel A Speights | Speights & Runyan | North Edmonton School | 6920 128 Avenue Edmonton, AB  T5c1s7 |
| 22. | Edmonton Public Schools | 012576 | Daniel A Speights | Speights & Runyan | JA Fife School | 15004 76 Street Edmonton, AB  T6c1c2 |
| 23. | Edmonton Public Schools | 012541 | Daniel A Speights | Speights & Runyan | Newton School | 5523 122 Avenue Edmonton, AB  T5w1s3 |
| 24. | Edmonton Public Schools | 012394 | Daniel A Speights | Speights & Runyan | Bonnie Doon School | 8205 90 Avenue Edmonton, AB  T6c1n8 |
| 25. | Edmonton Public Schools | 012377 | Daniel A Speights | Speights & Runyan | Delton School | 12126 89 Street Edmonton, AB  T5b3w4 |

|  | Claimant Name | Claim Number | Counsel | Firm Name | Building Name | Property Address |
|---|---|---|---|---|---|---|
| 26. | Edmonton Public Schools | 012388 | Daniel A Speights | Speights & Runyan | Allendale | 6415 106 Street Edmonton, AB  T6h2v5 |
| 27. | Edmonton Public Schools | 012537 | Daniel A Speights | Speights & Runyan | Parkview School | 14313 92 Street Edmonton, AB  T5r3b3 |
| 28. | Edmonton Public Schools | 012503 | Daniel A Speights | Speights & Runyan | Sherbrooke School | 12245 131 Street Edmonton, AB  T5l1m8 |
| 29. | Edmonton Public Schools | 012500 | Daniel A Speights | Speights & Runyan | Ritchie School | 9750 74 Avenue Edmonton, AB  T6j1t4 |
| 30. | Edmonton Public Schools | 012498 | Daniel A Speights | Speights & Runyan | Queen Alexandra School | 7730 106 Street Edmonton, AB  T6g0x4 |
| 31. | Edmonton Public Schools | 012496 | Daniel A Speights | Speights & Runyan | Prince Rupert School | 11515 113 Avenue Edmonton, AB  T5g0j3 |
| 32. | Edmonton Public Schools | 012501 | Daniel A Speights | Speights & Runyan | Ross Sheppard School | 13546 111 Avenue Edmonton, AB  T5m2p2 |
| 33. | Oxford Properties Group | 012421 | Daniel A Speights | Speights & Runyan |  | 10025-102 Avenue Edmonton, AB  T5j2z1 |
| 34. | Oxford Properties Group | 012422 | Daniel A Speights | Speights & Runyan | Edmonton City Centre East | Between 100/101/102 & 102a St Edmonton, AB  T5j2y8 |
| 35. | Oxford Properties Group | 012423 | Daniel A Speights | Speights & Runyan |  | 10088-102 Avenue Edmonton, AB  T5j2z1 |
| 36. | School District 68 Nanaimo-Ladysmith | 011627 | Daniel A Speights | Speights & Runyan | Nanaimo Senior Secondary | 3955 Wakesiah Ave Nanaimo, BC  V9r3k5 |
| 37. | School District 68 Nanaimo-Ladysmith | 011632 | Daniel A Speights | Speights & Runyan | Woodlands Secondary | 1270 Strathmore Street Nanaimo, BC  V9s2i9 |

**III.   Inactive Anderson Memorial Class Claims**

**Anderson Memorial Class Claims**

16

K&E 18075069

|    | Claimant Name | Claim Number | Counsel | Firm Name | Building Name | Property Address |
|----|---------------|--------------|---------|-----------|---------------|------------------|
| 1. | Anderson Memorial Hospital | 009911 | Daniel A Speights | Speights & Runyan | Various | Various locations worldwide |
| 2. | Anderson Memorial Hospital | 009914 | Daniel A Speights | Speights & Runyan | Various | Various locations statewide South Carolina |