# Exhibit J

## SCHEDULE 2

**SCHEDULE OF ASBESTOS INSURANCE SETTLEMENT AGREEMENTS**

| INSURER | DATE OF AGREEMENT |
|---|---|
| AG Insurance | 12/7/2009 |
| Allianz Companies | 11/9/2009 |
| Allstate Insurance Company | 8/14/2009 |
| Bermuda Fire & Marine Insurance Company Limited | 5/27/1998 |
| Chartis Insurance Companies | 9/11/2009 |
| Continental Casualty Company | 8/1/1990 |
| Employers Insurance of Wausau | 6/24/2010 |
| Employers Mutual Casualty Company | 3/26/2010 |
| English & American Insurance Company Limited | 10/15/1998 |
| Federal Insurance Company | 9/28/2010 |
| Harper Insurance Ltd. | 5/24/2010 |
| Hartford Parties | 8/11/2010 |
| HDI-Gerling Industrie Versicherung AG | 8/5/2010 |
| KWELM Companies | 8/19/1996 |
| KWELMBS Companies | 8/20/2004 |
| Lloyd's Underwriters | 7/17/2009 |
| London Market Insurance Companies | 8/10/2009 |
| Munich Reinsurance America, Ltd. | 6/8/2010 |
| North Star Reinsurance Corporation | 4/14/2010 |
| Royal Indemnity Company and other Royal Affiliated Companies | 6/17/2009 |
| TIG Insurance Company | 7/29/2010 |

## SCHEDULE 2

### SCHEDULE OF ASBESTOS INSURANCE SETTLEMENT AGREEMENTS

| INSURER | DATE OF AGREEMENT |
|---|---|
| Transit Casualty Company in Receivership | 1/5/2000 |
| Travelers Casualty and Surety Company | 9/14/2009 |
| Zurich Insurance Company Ltd. and Zurich International (Bermuda) Ltd. | 11/11/2009 |