# Exhibit K

# UNRESOLVED ASBESTOS PD BAR DATE CLAIMS

## I. Active PD Claims

### Speights Canadian Claims

|   | Claimant Name | Claim Number | Counsel | Firm Name | Building Name | Property Address |
|---|---|---|---|---|---|---|
| 1. | Canadian Imperial Bank Of Commerce | 012536 | Daniel A Speights | Speights & Runyan | | 215 Water Street St John's, NL A1c6c9 |
| 2. | Great West Life | 012534 | Daniel A Speights | Speights & Runyan | | 199 Bay Street, Commerce Court West Toronto, ON M5l1e2 |

### Speights U.S. Claims

|   | | | | | | |
|---|---|---|---|---|---|---|
| 1. | Anderson Memorial Hospital | 011008 | Daniel A Speights | Speights & Runyan | | 800 North Fant Anderson, SC 29261 |

### State of California Department of General Services

|   | | | | | | |
|---|---|---|---|---|---|---|
| 1. | State of California Dept of General Services | 010653 | Steven Mandelsberg | Hahn & Hessen, LLP | | 7650 South Newcastle Road Stockton, CA 95213 |
| 2. | State of California Dept of General Services | 010662 | Steven Mandelsberg | Hahn & Hessen, LLP | | 744 P Street Sacramento, CA 95814 |
| 3. | State of California Dept of General Services | 010661 | Steven Mandelsberg | Hahn & Hessen, LLP | | 31 East Channel Street Stockton, CA 95202 |
| 4. | State of California Dept of General Services | 010660 | Steven Mandelsberg | Hahn & Hessen, LLP | | End of Highway 202 at Cummings Valley Tehachapi, CA 93561 |
| 5. | State of California Dept of General Services | 010659 | Steven Mandelsberg | Hahn & Hessen, LLP | | 1234 East Shaw Ave. Fresno, CA 93710 |

K&E 18075069

|   | Claimant Name | Claim Number | Counsel | Firm Name | Building Name | Property Address |
|---|---|---|---|---|---|---|
| 6. | State of California Dept of General Services | 010657 | Steven Mandelsberg | Hahn & Hessen, LLP | | 2501 Harbor Blvd. Costa Mesa, CA 92626 |
| 7. | State of California Dept of General Services | 010656 | Steven Mandelsberg | Hahn & Hessen, LLP | | End of Highway 202 at Cummings Valley Tehachapi, CA 93561 |
| 8. | State of California Dept of General Services | 010654 | Steven Mandelsberg | Hahn & Hessen, LLP | | 2501 Harbor Blvd. Costa Mesa, CA 92626 |
| 9. | State of California Dept of General Services | 010655 | Steven Mandelsberg | Hahn & Hessen, LLP | | 5100 O'byrnes Ferry Road, Jamestown, CA 95327 |
| 10. | State of California Dept of General Services | 010652 | Steven Mandelsberg | Hahn & Hessen, LLP | | 714 P Street Sacramento, CA 95814 |
| 11. | State of California Dept of General Services | 010651 | Steven Mandelsberg | Hahn & Hessen, LLP | | 1234 East Shaw Ave. Fresno, CA 93710 |
| 12. | State of California Dept of General Services | 010650 | Steven Mandelsberg | Hahn & Hessen, LLP | | 10333 El Camino Real Atascadero, CA 93423 |
| 13. | State of California Dept of General Services | 010649 | Steven Mandelsberg | Hahn & Hessen, LLP | | 1416 9th Street Sacramento, CA 95814 |
| 14. | State of California Dept of General Services | 010648 | Steven Mandelsberg | Hahn & Hessen, LLP | | 28 Civic Center Plaza Santa Ana, CA 92701 |
| 15. | State of California Dept of General Services | 010658 | Steven Mandelsberg | Hahn & Hessen, LLP | | 3100 Wright Road Camarillo, CA 93010 |
| 16. | State of California Dept of General Services | 014411 | Steven Mandelsberg | Hahn & Hessen, LLP | | 7650 S. Newcastle Road, Stockton, CA 95213 |

K&E 18075069

## II. PD Claims on Appeal

### Speights Canadian Claims

|   | Claimant Name | Claim Number | Counsel | Firm Name | Building Name | Property Address |
|---|---|---|---|---|---|---|
| 1. | 354401 Alberta LTD. C/O Redcliff Realty Management Inc. | 011620 | Daniel A Speights | Speights & Runyan | | 287 Broadway Winnipeg, MB R3c0r9 |
| 2. | Calgary Board of Education | 012454 | Daniel A Speights | Speights & Runyan | James Fowler High | 4004-4th St. Nw Calgary, AB T2k1a1 |
| 3. | Calgary Board of Education | 012457 | Daniel A Speights | Speights & Runyan | Kingsland Elementary | 7430 5th Street Sw Calgary, AB T2v1b1 |
| 4. | Calgary Board of Education | 012443 | Daniel A Speights | Speights & Runyan | William Aberhart High | 3009 Morley Train Nw Calgary, AB T2m4g9 |
| 5. | Calgary Board of Education | 014885 | Daniel A Speights | Speights & Runyan | Altadore Elementary | 4506 16th Street SW Calgary, AB T2t4h9 |
| 6. | Calgary Board of Education | 012442 | Daniel A Speights | Speights & Runyan | Wildwood Elementary | 120 45th Street Sw Calgary, AB T3c2b3 |
| 7. | Calgary Board of Education | 012570 | Daniel A Speights | Speights & Runyan | Balmoral Junior High | 220 16th Avenue Calgary, AB T2m0h4 |
| 8. | Calgary Board of Education | 012590 | Daniel A Speights | Speights & Runyan | Parkdale Elementary | 728 32nd Street NW Calgary, AB T2n2v9 |
| 9. | Calgary Board of Education | 012591 | Daniel A Speights | Speights & Runyan | Queen Elizabeth High | 512 18th Street NW Calgary, AB T2n2g5 |
| 10. | Calgary Board of Education | 012438 | Daniel A Speights | Speights & Runyan | Vincent Massey Junior High | 939 45th St Sw Calgary, AB T3c2b9 |
| 11. | Calgary Board of Education | 012439 | Daniel A Speights | Speights & Runyan | Viscount Bennett | 2519 Richmond Road Sw Calgary, AB T3e4m2 |
| 12. | Calgary Board of Education | 012412 | Daniel A Speights | Speights & Runyan | Cambrian Heights Elementary | 640 Northmount Dr Nw Calgary, AB T2k3j5 |
| 13. | Calgary Board of Education | 012410 | Daniel A Speights | Speights & Runyan | Briar Hill Elementary | 1233 21st Street Nw Calgary, AB T2n2l8 |

K&E 18075069

|  | Claimant Name | Claim Number | Counsel | Firm Name | Building Name | Property Address |
|---|---|---|---|---|---|---|
| 14. | City Of Edmonton | 012489 | Daniel A Speights | Speights & Runyan | Century Place | 9803 102a Avenue Edmonton, AB  T5j3a3 |
| 15. | City Of Vancouver | 012476 | Daniel A Speights | Speights & Runyan | Q.E. And Playhouse Theatres | 649-695 Cambie Vancouver, BC |
| 16. | Edmonton Public Schools | 012549 | Daniel A Speights | Speights & Runyan | Wellington School | 13160 127 Street Edmonton, AB  T5l1b2 |
| 17. | Edmonton Public Schools | 012557 | Daniel A Speights | Speights & Runyan | Eastglen School | 11430 68 Street Edmonton, AB T5b1p1 |
| 18. | Edmonton Public Schools | 012554 | Daniel A Speights | Speights & Runyan | Woodcroft School | 13750 Woodcroft Avenue Edmonton, AB T5t5x9 |
| 19. | Edmonton Public Schools | 012548 | Daniel A Speights | Speights & Runyan | Victoria School | 10210 108 Avenue Edmonton, AB T5h1a8 |
| 20. | Edmonton Public Schools | 012546 | Daniel A Speights | Speights & Runyan | Strathcona School | 10450 72 Avenue Edmonton, AB T6e0z6 |
| 21. | Edmonton Public Schools | 012542 | Daniel A Speights | Speights & Runyan | North Edmonton School | 6920 128 Avenue Edmonton, AB  T5c1s7 |
| 22. | Edmonton Public Schools | 012576 | Daniel A Speights | Speights & Runyan | JA Fife School | 15004 76 Street Edmonton, AB T6c1c2 |
| 23. | Edmonton Public Schools | 012541 | Daniel A Speights | Speights & Runyan | Newton School | 5523 122 Avenue Edmonton, AB T5w1s3 |
| 24. | Edmonton Public Schools | 012394 | Daniel A Speights | Speights & Runyan | Bonnie Doon School | 8205 90 Avenue Edmonton, AB T6c1n8 |
| 25. | Edmonton Public Schools | 012377 | Daniel A Speights | Speights & Runyan | Delton School | 12126 89 Street Edmonton, AB T5b3w4 |

|  | Claimant Name | Claim Number | Counsel | Firm Name | Building Name | Property Address |
|---|---|---|---|---|---|---|
| 26. | Edmonton Public Schools | 012388 | Daniel A Speights | Speights & Runyan | Allendale | 6415 106 Street Edmonton, AB T6h2v5 |
| 27. | Edmonton Public Schools | 012537 | Daniel A Speights | Speights & Runyan | Parkview School | 14313 92 Street Edmonton, AB T5r3b3 |
| 28. | Edmonton Public Schools | 012503 | Daniel A Speights | Speights & Runyan | Sherbrooke School | 12245 131 Street Edmonton, AB T5l1m8 |
| 29. | Edmonton Public Schools | 012500 | Daniel A Speights | Speights & Runyan | Ritchie School | 9750 74 Avenue Edmonton, AB T6j1t4 |
| 30. | Edmonton Public Schools | 012498 | Daniel A Speights | Speights & Runyan | Queen Alexandra School | 7730 106 Street Edmonton, AB T6g0x4 |
| 31. | Edmonton Public Schools | 012496 | Daniel A Speights | Speights & Runyan | Prince Rupert School | 11515 113 Avenue Edmonton, AB T5g0j3 |
| 32. | Edmonton Public Schools | 012501 | Daniel A Speights | Speights & Runyan | Ross Sheppard School | 13546 111 Avenue Edmonton, AB T5m2p2 |
| 33. | Oxford Properties Group | 012421 | Daniel A Speights | Speights & Runyan |  | 10025-102 Avenue Edmonton, AB T5j2z1 |
| 34. | Oxford Properties Group | 012422 | Daniel A Speights | Speights & Runyan | Edmonton City Centre East | Between 100/101/102 & 102a St Edmonton, AB T5j2y8 |
| 35. | Oxford Properties Group | 012423 | Daniel A Speights | Speights & Runyan |  | 10088-102 Avenue Edmonton, AB T5j2z1 |
| 36. | School District 68 Nanaimo-Ladysmith | 011627 | Daniel A Speights | Speights & Runyan | Nanaimo Senior Secondary | 3955 Wakesiah Ave Nanaimo, BC V9r3k5 |
| 37. | School District 68 Nanaimo-Ladysmith | 011632 | Daniel A Speights | Speights & Runyan | Woodlands Secondary | 1270 Strathmore Street Nanaimo, BC V9s2i9 |

K&E 18075069

### III.  Inactive Anderson Memorial Class Claims

**Anderson Memorial Class Claims**

|   | Claimant Name | Claim Number | Counsel | Firm Name | Building Name | Property Address |
|---|---|---|---|---|---|---|
| 1. | Anderson Memorial Hospital | 009911 | Daniel A Speights | Speights & Runyan | Various | Various locations worldwide |
| 2. | Anderson Memorial Hospital | 009914 | Daniel A Speights | Speights & Runyan | Various | Various locations statewide South Carolina |