IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | December 13. 2010 Agenda Item 5 |
| | ) | Related to Docket No. 25726 and 25865 |

## ORDER AUTHORIZING THE DEBTORS TO
## ACQUIRE ASSETS OF SELLER, INCLUDING
## LIMITED LIABILITY COMPANY INTEREST IN GR 2008 LLC

This matter coming before the Court on the Debtors' (i) *Motion For an Order Authorizing the Debtors to Acquire Assets of Seller, Including Limited Liability Company Interest in GC 2008 LLC.* (the "Motion") and (ii) the *Certificate of Counsel Regarding Order and Revised Asset Purchase Agreement Regarding Debtors' Motion to Acquire Assets of Seller, Including Limited Liability Company Interest in GR 2008 LLC* (the "Certificate") [2]; the Court having reviewed and considered the Motion and Certificate; the Court finding that: (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f7kla Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd, G C Limited Partners I, Inc. (Ok/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f7kla Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holding!;, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f7kla GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (Ok/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (Ok/a British Nursing Association, Inc.), Remedium Group, Inc. (Ok/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company and H-G Coal Company.

[2] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Motion or the Certificate, as applicable.

91100-001\DOCS_DE:165906.1

proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) the relief requested therein is in the best interest of the Debtors and their estates, (iv) the relief requested is proper under 28 U.S.C. §§ 105(a) and 363(b), and (v) no further notice or hearing on the Motion being required; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

IT IS HEREBY ORDERED, FOUND, AND DETERMINED THAT:

1. The Motion is hereby granted in its entirety.

2. The Debtors are authorized to enter into the Revised APA and the Transaction Documents described therein and acquire all or substantially all of the assets of Seller, including Seller's limited liability interest in GR 2008 LLC, on substantially the terms and conditions described in the Motion and the Revised APA attached hereto.

3. The Debtors are authorized to take any additional reasonable actions that are necessary to consummate the transactions contemplated by the Motion and the Revised APA.

4  No further Bankruptcy Court approval is required for any consent requirements of the Debtors for the transactions specified in the Revised APA.

5. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this Order, the Revised APA and all transactions contemplated thereunder.

6. This Order shall be effective and enforceable immediately upon its entry and its provisions shall be self-executing and shall not be stayed under Bankruptcy Rule 6004(h).

Dated: __December 8__, 2010

*Judith K. Fitzgerald*
Honorable Judith K. Fitzgerald mab
U. S. Bankruptcy Judge

2

91100-001\DOCS_DE:165906.1