**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered |

**CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 25231**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the ***Thirty-Seventh Quarterly Fee Application of Stroock & Stroock & Lavan LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from April 1, 2010 through June 30, 2010*** (the "Application") [Docket No. 25231] filed on August 17, 2010.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than November 26, 2010 at 4:00 p.m.

Dated: December 9, 2010
      Wilmington, Delaware

                                            */s/ Michael R. Lastowski*
                                            Michael R. Lastowski (DE 3892)
                                            Richard W. Riley (DE 4052)
                                            DUANE MORRIS LLP
                                            1100 N. Market Street, Suite 1200
                                            Wilmington, DE 19801-1246
                                            Telephone:    (302)-657-4900
                                            Facsimile:     (302)-657-4901
                                            Email:          mlastowski@duanemorris.com
                                                                       rwriley@duanemorris.com

                                            *Co-Counsel for the Official*
                                            *Committee of Unsecured Creditors*