# Exhibit A

**W.R. Grace – 37th Interim Period (April 1, 2010 – June 30, 2010)**
**Fee and Expense Chart with Recommendations**
**Exhibit A**

| ANDERSON KILL & OLICK, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25216 | TOTAL: | $477,320.50 | $3,175.40 | $477,320.50 | $3,175.40 |

| DAVID T. AUSTERN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25181 | TOTAL: | $1,900.00 | $0.00 | $1,900.00 | $0.00 |

| JANET S. BAER, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25142 | TOTAL: | $365,742.50 | $4,818.00 | $365,742.50 | $4,818.00 |

| BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25523 | 35TH TOTAL[1]: | $60,000.00 | $46.96 | $60,000.00 | $46.96 |
| 25524 | 36TH TOTAL[2]: | $60,000.00 | $27.16 | $60,000.00 | $27.16 |
| 25526 | 37TH TOTAL: | $60,000.00 | $0.00 | $60,000.00 | $0.00 |

| BEVERIDGE & DIAMOND, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25635 | TOTAL: | $37,960.00 | $126.03 | $37,960.00 | $126.03 |

---

[1] The Thirty-Fifth Interim Period encompasses October 1, 2009 through December 31, 2009.
[2] The Thirty-Sixth Interim Period encompasses January 1, 2010 through March 31, 2010.

1

| BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25226 | TOTAL: | $25,574.50 | $1,288.65 | $25,574.50 | $1,288.65 |

| BLACKSTONE ADVISORY SERVICES L.P. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25415 | TOTAL: | $525,000.00 | $17,528.73 | $525,000.00 | $16,894.44 |

| BMC GROUP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25725 | TOTAL: | $87,245.50 | $7,138.20 | $87,245.50 | $7,138.20 |

| CAMPBELL & LEVINE, LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25218 | TOTAL: | $44,448.00 | $4,089.35 | $44,448.00 | $4,089.35 |

| CAPLIN & DRYSDALE, CHARTERED | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25215 | TOTAL: | $72,338.00 | $5,357.30 | $72,338.00 | $5,357.30 |

| CAPSTONE ADVISORY GROUP, LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25247 | TOTAL: | $240,912.50 | $824.12 | $240,912.50 | $824.12 |

| CASNER & EDWARDS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25330 | TOTAL: | $29,029.25 | $36,778.94 | $29,029.25 | $36,778.94 |

2

| CHARTER OAK FINANCIAL CONSULTING LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25217 | TOTAL: | $47,787.00 | $0.00 | $47,787.00 | $0.00 |

| DAY PITNEY LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25176 | TOTAL: | $41,335.00 | $578.99 | $41,335.00 | $578.99 |

| DELOITTE TAX LLP (35th, 36th, and 37th) | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25779 | TOTAL: | $115,058.00 | $13.00 | $115,058.00 | $13.00 |

| DUANE MORRIS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25237 | TOTAL: | $28,776.50 | $1,596.18 | $28,776.50 | $1,596.18 |

| FERRY JOSEPH & PEARCE, P.A. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25225 | TOTAL: | $35,303.00 | $2,642.07 | $35,303.00 | $2,642.07 |

| FOLEY HOAG LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25220 | TOTAL: | $44,896.00 | $88.45 | $44,896.00 | $88.45 |

| FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25354 | 31st TOTAL[3]: | $14,894.85 | $25,032.17 | $14,894.85 | $25,032.17 |
| 25355 | 32nd TOTAL[4]: | $39,575.00 | $4,551.04 | $39,575.00 | $4,551.04 |
| 25356 | 33rd TOTAL[5]: | $44,896.00 | $88.45 | $44,896.00 | $88.45 |
| 25357 | 34th TOTAL[6]: | $11,550.00 | $4,119.18 | $11,550.00 | $4,119.18 |
| 25358 | 35th TOTAL: | $5,275.00 | $5,818.25 | $5,275.00 | $5,818.25 |
| 25359 | 36th TOTAL: | $20,825.00 | $13,280.07 | $20,825.00 | $13,280.07 |
| 25444 | 37th TOTAL: | $14,875.00 | $10,445.04 | $14,875.00 | $10,445.04 |

| THE HOGAN FIRM | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25212 | TOTAL: | $97,416.00 | $4,659.95 | $97,416.00 | $4,659.95 |

| HOLME ROBERTS & OWEN, LLP (35th) | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25562 | TOTAL: | $26,757.50 | $1,493.91 | $26,757.50 | $1,493.91 |

| KIRKLAND & ELLIS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25538 | TOTAL: | $980,039.50 | $401,280.99 | $980,039.50 | $401,280.99 |

| KRAMER LEVIN NAFTALIS & FRANKEL LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25227 | TOTAL: | $14,079.00 | $650.36 | $14,079.00 | $650.36 |

---

[3] The Thirty-First Interim Period encompasses October 1, 2008 through December 31, 2008.
[4] The Thirty-Second Interim Period encompasses January 1, 2009 through March 31, 2009.
[5] The Thirty-Third Interim Period encompasses April 1, 2009 through June 30, 2009.
[6] The Thirty-Fourth Interim Period encompasses July 1, 2009 through September 30, 2009.

| LAUZON BÉLANGER | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25214 | TOTAL: | CDN $13,342.65 | CDN $3,330.11 | CDN $13,342.65 | CDN $3,330.11 |

| LEGAL ANALYSIS SYSTEMS, INC. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25219 | TOTAL: | $2,000.00 | $0.00 | $2,000.00 | $0.00 |

| LINCOLN PARTNERS ADVISORS LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25718 | TOTAL: | $200,000.00 | $2,896.38 | $200,000.00 | $2,896.38 |

| OGILVY RENAULT LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25208 | TOTAL: | CDN $4,966.50 | CDN $170.43 | CDN $4,966.50 | CDN $170.43 |

| ORRICK, HERRINGTON & SUTCLIFFE LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25720 | TOTAL: | $640,112.00 | $13,586.57 | $640,112.00 | $13,586.57 |

| PACHULSKI STANG ZIEHL & JONES LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25399 | TOTAL: | $89,550.50 | $83,263.26 | $89,550.50 | $83,263.26 |

5

| PRICEWATERHOUSECOOPERS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25228 | TOTAL: | $520,782.32 | $7,012.93 | $520,782.32 | $7,012.93 |

| REED SMITH LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25192 | TOTAL: | $42,698.00 | $2,705.01 | $42,698.00 | $2,705.01 |

| ALAN B. RICH | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25428 | TOTAL: | $33,300.00 | $1,629.09 | $33,300.00 | $1,629.09 |

| HON. ALEXANDER M. SANDERS, JR. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25426 | TOTAL: | $8,955.00 | $102.00 | $8,955.00 | $102.00 |

| SAUL EWING LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25269 | TOTAL: | $23,691.00 | $1,471.55 | $23,691.00 | $1,471.55 |

| SCARFONE HAWKINS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25213 | TOTAL: | CDN $59,494.00 | CDN $7,134.53 | CDN $59,494.00 | CDN $6,986.22 |

6

| WARREN H. SMITH & ASSOCIATES, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25191 | TOTAL: | $55,886.25 | $3,346.65 | $55,886.25 | $3,346.65 |

| STEPTOE & JOHNSON LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25632 | TOTAL: | $10,430.50 | $39.42 | $10,430.50 | $39.42 |

| STROOCK & STROOCK & LAVAN LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25231 | TOTAL: | $133,786.00 | $1,130.09 | $133,786.00 | $1,130.09 |

| TOWERS WATSON | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25719 | TOTAL: | $21,683.00 | $0.00 | $21,683.00 | $0.00 |

| WOODCOCK WASHBURN LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25394 | TOTAL: | $15,022.50 | $4.72 | $15,022.50 | $4.72 |