**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 25759 |

**CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 25759**
**(THIRD QUARTERLY APPLICATION OF THE HOGAN FIRM**
**FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT**
**OF EXPENSES AS COUNSEL TO THE REPRESENTATIVE COUNSEL**
**FOR THE CANADIAN ZAI CLAIMANTS FOR THE INTERIM FEE PERIOD**
**FROM JULY 1, 2010, THROUGH SEPTEMBER 30, 2010**)

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Third Quarterly Application of The Hogan Firm for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Representative Counsel for the Canadian ZAI Claimants for the Interim Period From July 1, 2010, through September 30, 2010 (the "Application"). The undersigned further certifies that he caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than 4:00 p.m., ET, December 7, 2010[1].

Dated: December 10, 2010                    Respectfully submitted,

                                                    By:    */s/ Daniel K. Hogan*
                                                            Daniel K. Hogan (DE Bar No. 2814)
                                                            THE HOGAN FIRM
                                                            1311 Delaware Avenue
                                                            Wilmington, Delaware 19806
                                                            Telephone: 302.656.7540
                                                            Facsimile: 302.656.7599
                                                            Email: dkhogan@dkhogan.com
                                                            **Counsel to the Representative Counsel As Special**
                                                            **Counsel for the Canadian ZAI Claimants**

---

[1] The applicant may have received informal comments from the fee auditor, but no final report has been received from the fee auditor.