IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al. | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) **Re: Docket No. 25869** |
| | ) |
| Official Committee of Asbestos Personal Injury | ) |
| Claimants and Official Committee of Asbestos | ) Adv. Docket No. 02-2210 |
| Property Damage Claimants, et. al | ) [Lead Docket] |
| | ) |
| Plaintiffs | ) **Re: Docket No. 772** |
| v. | ) |
| | ) |
| Sealed Air Corporation and Cryovac, Inc. | ) |
| | ) |
| Defendants | ) |
| | ) |
| Official Committee of Asbestos Personal Injury | ) Adv. Docket No., 02-2211 |
| Claimants and Official Committee of Asbestos | ) |
| Property Damage Claimants, et. al | ) **Re: Docket No. 35** |
| | ) |
| Plaintiffs | ) |
| v. | ) |
| | ) |
| Fresenius Medical Care Holdings, Inc and | ) |
| National Medical Card, Inc | ) |
| | ) |
| Defendants | ) |

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
DECEMBER 13, 2010, AT 10:00 A.M. BEFORE THE HONORABLE JUDITH K.
FITZGERALD IN WILMINGTON, DELAWARE**

**Any party participating telephonically must make arrangements through
CourtCall by telephone (866-582-6878) or facsimile (866-533-2946),
no later than 12:00 p.m., December 9, 2010**

**CONTINUED MATTERS:**

1.    Debtors' Objection to Claim Filed By Massachusetts Department of Revenue
      [Filed: 3/28/07] (Docket No. 15013)

Related Documents:

a.      [Signed] Order Continuing Debtors' Objection to Claim Filed by Massachusetts Department of Revenue [Filed: 8/24/09] (Docket No. 23119)

Response Deadline: April 13, 2007, at 4:00 p.m.

Responses Received:

a.      Response in Opposition By Commissioner of Massachusetts Department of Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department of Revenue [Filed: 4/13/07] (Docket No. 15170)

Status: This matter is continued to January 10, 2011, at 9:00 a.m.

2.      Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

Related Documents:

a.      [Signed] Order Approving Stipulation to Continue Hearing Pending Mediation [Filed: 1/7/10] (Docket No. 24122)

Response Deadline: September 12, 2008, at 4:00 p.m. *(extended until September 26, 2008 for A/N)*

Responses Received:

a.      Response By New York State Department of Taxation and Finance to Debtors' Twenty Fifth Omnibus Objection to Claims [Filed: 9/5/08] (Docket No. 19469)

b.      Response of Commonwealth of Pennsylvania, Department of Revenue to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

c.      Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

d.      Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

Status: This matter is continued to January 10, 2011, at 9:00 a.m.

## QUARTERLY FEE APPLICATIONS:

3.      Thirty-Seventh Quarterly Interim Applications of Counsel to the Debtors, the Statutory Committees, and the Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the Period April 1, 2010 through June 30, 2010

Related Documents:

a. Certification of Counsel Regarding Thirty-Seventh Quarter Project Category Summary [Filed: 12/6/10] (Docket No. 25867)

b. Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Thirty-Seventh Period [Filed: 12/6/10] (Docket No. 25866)

c. **[Signed] Order Approving Quarterly Fee Applications for the Thirty-Seventh Period [Filed: 12/10/10] (Docket No. 25905)**

**Status:** **The Court has entered an Order on this matter.**

## RESOLVED MATTERS:

4. Debtors' Motion Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Between W. R. Grace & Co. and Associated International Insurance Company [Filed: 11/5/10] (Docket No. 25706)

Related Documents:

a. [Proposed] Order Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Between W. R. Grace & Co. and Associated International Insurance Company [Filed: 11/5/10] (Docket No. 25706)

b. Certification of No Objection Regarding Debtors' Motion Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Between W. R. Grace & Co. and Associated International Insurance Company [Filed: 11/29/10] (Docket No. 25810)

c. **[Signed] Order Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Between W. R. Grace & Co. and Associated International Insurance Company [Filed: 12/8/10] (Docket No. 25882)**

Response Deadline: November 26, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status:** **The Court has entered an Order on this matter.**

5. Motion for an Order Authorizing the Debtors to Acquire Assets of Seller, Including Limited Liability Company Interest in GR 2008 LLC [Filed: 11/8/10] (Docket No. 25726)

Related Documents:

a.    [Proposed] Order Authorizing the Debtors to Acquire Assets of Seller, Including
      Limited Liability Company Interest in GR 2008 LLC [Filed: 11/8/10] (Docket
      No. 25726)

b.    Certification of Counsel Regarding Order and Revised Asset Purchase Agreement
      Regarding Debtors' Motion to Acquire Assets of Seller, Including Limited
      Liability Company Interest in GR 2008 LLC [Filed: 12/6/10] (Docket No. 25865)

**c.    [Signed] Order Authorizing the Debtors Acquire Assets of Seller, Including
      Limited Liability Company Interest in GR 2008 LLC [Filed: 12/8/10] (Docket
      No. 25883)**

Response Deadline: November 26, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: The Court has entered an Order on this matter.**

6.    Renewed Motion for Entry of Order Approving Remaining Fee Applications Relating to
      Fraudulent Conveyance Adversary Proceedings and Allowing the Payment of Remaining
      Holdbacks for Services Rendered [Filed: 11/8/10] (Adv. Pro. No.: 02-2210, Docket No.
      770) (Adv. Pro. No. 02-2211, Docket No. 33)

Related Documents:

a.    [Proposed] Order Approving Remaining Fee Applications Relating to Fraudulent
      Conveyance Adversary Proceedings and Allowing the Payment of Remaining
      Holdbacks for Services Rendered [Filed: 11/8/10] (Adv. Pro. No.: 02-2210,
      Docket No. 770) (Adv. Pro. No. 02-2211, Docket No. 33)

b.    Certification of No Objection Regarding Renewed Motion for Entry of Order
      Approving Remaining Fee Applications Relating to Fraudulent Conveyance
      Adversary Proceedings and Allowing the Payment of Remaining Holdbacks for
      Services Rendered [Filed: 11/8/10] (Adv. Pro. No.: 02-2210, Docket No. 771)
      (Adv. Pro. No. 02-2211, Docket No. 34)

**c.    [Signed] Order Approving Remaining Fee Applications Relating to
      Fraudulent Conveyance Adversary Proceedings and Allowing the Payment
      of Remaining Holdbacks for Services Rendered [Filed: 12/10/10] (Adv. Pro.
      No.: 02-2210, Docket No. 773) (Adv. Pro. No. 02-2211, Docket No. 36)**

Response Deadline: November 26, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: The Court has entered an Order on this matter.**

## STATUS CONFERENCE ON PLAN CONFIRMATION:

7.      **Status Conference on Plan Confirmation**

        **Related Documents:**

        a.      **[Signed] Order Regarding Issues to be Addressed at the Omnibus Hearing
                on December 13, 2010, Related to Plan Confirmation [Filed: 12/7/10] (Docket
                No. 25875)**

        **Status:** A status conference will go forward on this matter.


Dated:  December *10*, 2010                    KIRKLAND & ELLIS LLP
                                               John Donley
                                               Adam Paul
                                               300 North LaSalle
                                               Chicago, IL 60654
                                               (312) 862-2000

                                               and

                                               THE LAW OFFICES OF JANET S. BAER, P.C.
                                               Janet S. Baer, P.C.
                                               Roger J. Higgins
                                               70 W. Madison St., Suite 2100
                                               Chicago, IL 60602-4253
                                               (312) 641-2162

and

PACHULSKI STANG ZIEHL & JONES LLP

*James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:     (302) 652-4100
Facsimile:     (302) 652-4400

Co-Counsel for the Debtors and Debtors-in-Possession