**Warren H. Smith & Associates, P.C.**

325 North St. Paul Street
Suite 1250
Dallas, TX 75201
Tax Id# 01-0584406

---

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


December 08, 2010

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #10148


Professional Services

| Date | Staff | Description | Hours | Amount |
|---|---|---|---:|---:|
| 11/1/2010 | BSR | detailed review of PwC Control Optimization application for April-May 2010 (.2); email to Kathleen Miller re same (.1) | 0.30 | 79.50 |
| | AL | Update database with AKO's September fee application (hard copy) (.2) | 0.20 | 9.00 |
| | AL | Receive, review and respond to email from B. Ruhlander re PWC (COP) March fee application (.1);  Research re same (.3) | 0.40 | 18.00 |
| | BSR | detailed review of PwC's May  (.2) and June (.2)monthly fee applications; same re PWC's quarterly fee application (.4) | 0.80 | 212.00 |
| 11/2/2010 | AL | Update database with Hogan's September fee application (hard copy) (.2); Lauzon's September fee application (hard copy) (.2); Scarfone's September fee application (hard copy) (.2); Pachulski's July fee application (hard copy) (.2); receive and review email from B. Ruhlander re PWC's Complete time detail for the months of May and June (.1); update database with same (.2); Ogilvy's September electronic detail (.1); Alan Rich's October electronic detail (.1); C&L's September fee application (hard copy) (.2); Charter Oak's September  fee application (hard copy) (.2); Caplin's September fee application (hard copy) (.2); Reed's September  fee application (hard copy) (.2); Ferry's September fee application (hard copy) (.2) | 2.30 | 103.50 |
| 11/3/2010 | JAW | detailed review of Janet S. Baer September 2010 fee application (1.10); draft summary of same (0.10) | 1.20 | 183.00 |
| | JAW | detailed review of PwC August 2010 fee application (2.30); draft summary of same (1.20) | 3.50 | 533.75 |
| | JAW | detailed review of Casner & Edwards August 2010 fee application (0.10); draft summary of same (0.10) | 0.20 | 30.50 |
| | AL | Update database with Ogilvy's 38th quarterly fee application (electronic pdf only) (.1); HRO's March electronic detail (.1) | 0.20 | 9.00 |

---

W.R. Grace & Co.                                                                                          Page     2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/4/2010 JAW | Proofread W.H. Smith's October 2010 fee application and fee statement (0.30); e-mail to M. White regarding any revisions to same (0.10) | | 0.40 | 61.00 |
| | AL | Update database with Steptoe's August (.1) and September (.1) electronic versions; K&E's September electronic detail (.1); Septoe's August (.2) and September (.2) fee applications (hard copies); K&E's September fee application (hard copy) (.2); Bilzin's September electronic detail (.1) | 1.00 | 45.00 |
| | AL | Draft assist M. White in WHSA's 38th interim fee chart. | 0.70 | 31.50 |
| 11/5/2010 WHS | Receive and review agenda | | 0.10 | 29.50 |
| | JAW | Proofread W.H. Smith's Thirty-Eigth Interim Fee Application (July 1, 2010 to Septemebr 30, 2010) and fee statement (0.30); email to M. White regarding any revisions needed to same (0.20) | 0.50 | 76.25 |
| | MW | Draft monthly application for compensation of WHSA for October (1.6); preliminary review of same (.3); send same to J. Wehrmann for review (.1); revise per J. Wehrmann's comments (.2); finalize for court filing and send to A. Lopez for service (.2). | 2.40 | 336.00 |
| | AL | Electronic filing with the court of WHSA's October fee application (.3); update database with same (.2); prepare same for service (.1) | 0.60 | 27.00 |
| 11/6/2010 MW | Draft 38th interim fee application for compensation for July 2010 - September 2010 including detailed review of fees and expenses for interim period (3.9); preliminary review of same (.4); send same to J. Wehrmann for final review (.1); revise per J. Wehrmann's comments (.4); finalize same for court filing (.2) and send to A. Lopez for service (.1). | | 5.10 | 714.00 |
| 11/8/2010 AL | Finalize WHSA's interim fee application for electronic filing (.2); electronic filing with the court of WHSA's Interim fee application (.4); update database with same (.1); prepare fee application for service (.1). | | 0.80 | 36.00 |
| | AL | Update database with Deloitte Tax June (.2) July (.2) and August (.2) fee application (hard copies); Bilzin's September fee application (hard copy) (.2); Ogilvy's July - September fee application (hard copy) (.2); HRO's March fee application (hard copy) (.2);Woodcock's Amended 37Q fee application (hard copy) (.2); Lincoln's 37Q electronic detail (.1); Tower's 37Q electronic detail (.1); Orrick's 37Q electronic detail (.1);Tower's September electronic detail (.1); Woodcock's September electronic detail (.2) | 2.00 | 90.00 |
| 11/9/2010 AL | Update database with BMC's April (.1) May (.1) and June (.2) electronic detail, BMC's April (.2) May (.1) and June (.2) hard copy fee applications, Lincoln's 37Q fee application (hard copy) (.2), Orrick's 37Q fee application (hard copy) (.2) andTower's 37Q fee application (hard copy) (.2) | | 1.50 | 67.50 |
| | JAW | detailed review of Anderson Kill September 2010 fee application (1.60); draft summary of same (0.20) | 1.80 | 274.50 |

W.R. Grace & Co. Page 3

| | | Hours | Amount |
|---|---|---:|---:|
| 11/10/2010 AL | Update database with Proviti's November expense detail (.1); Pitney's September fee application (electronic) (.1); BMC's 37Q fee application (hard copy) (.2) | 0.40 | 18.00 |
| 11/11/2010 MW | detailed review of Anderson Kill's September fee application for expense issuses (.9); draft summary re same (.5). | 1.40 | 196.00 |
| AL | Update database with Pitney's September fee application (hard copy) (.2); Proviti's November fee application (hard copy) (.2); Saul Ewing's September electronic detail (.1) | 0.50 | 22.50 |
| 11/12/2010 BSR | Draft e-mail to Lincoln Partners with expense question pertaining to June 2010 monthly fee application | 0.20 | 53.00 |
| BSR | detailed review of Alexander Sanders' 37th interim fee application and monthly fee applications | 0.40 | 106.00 |
| BSR | detailed review of Alan Rich's 37th interim fee application and monthly fee applications | 0.40 | 106.00 |
| BSR | detailed review of Towers Watson's 37th interim fee application and monthly fee applications | 0.30 | 79.50 |
| BSR | detailed review of Steptoe's 37th interim fee application | 0.10 | 26.50 |
| BSR | detailed review of Orrick's 37th interim fee application and monthly fee applications and fee summaries (.5); detailed review of expense spreadsheet provided by Orrick (.3) | 0.80 | 212.00 |
| MW | detailed review of Janet Baer's September expenses (.9); draft summary re same (.5); detailed review of PWC's August expenses (1.2); draft summary re same (.8). | 3.40 | 476.00 |
| AL | Update database with Foley Hoag's 38th interim electronic detail (.2); Ewing's September fee application (hard copy) (.2); Judge Sander's 38th interim electronic detail (.1) | 0.50 | 22.50 |
| BSR | detailed review of Lincoln Partners' 37th interim fee application and June 2010 monthly fee application | 0.70 | 185.50 |
| 11/13/2010 BSR | receive, review and respond to email from Alan Rich re 37th interim fee request | 0.10 | 26.50 |
| 11/15/2010 AL | Update database with Ferry's 38Q fee application (electronic) (.1); Kay Scholer's October electronic detail (.1); Beveridge's September electronic detail (.1). | 0.30 | 13.50 |
| MW | detailed review of Foley Hoag's July-September application (1.9); update category spreadsheet for 38th interim (.6). | 2.50 | 350.00 |

W.R. Grace & Co.        Page    4

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 11/16/2010 | BSR | detailed review of Fragomen's invoices from Oct. 2008 through June 2010 (1.0); left voicemail message with Scott Bettridge of Fragomen re same (.1) | 1.10 | 291.50 |
| | BSR | Receive and review response of Lincoln Partners to our inquiry re 37th interim application | 0.10 | 26.50 |
| | AL | Update database with AKO's September (.1) and 38Q e-detail (.1) ; C&L's 38Q electronic detail (.1); C&D's 38Q electronic detail (.1); Charter Oaks' September (.1) and 38Q e-detail(.1); PWC's September electronic detail (.1); Reed's 38th Interim fee application (hard copy) (.2); Kaye Scholer's October fee application (hard copy) (.2); Beveridge's September fee application (hard copy) (.2); Hogan's July through September interim electronic detail (.1); Scarfone Hawkin's 38th interim electronic detail and exhibits (.2); Lauzon's 38th interim electronic detail and exhibits (.2); PWC's 38th interim electronic detail (.1) | 1.90 | 85.50 |
| 11/17/2010 | BSR | Receive and review response of Kaye Scholer to initial report (37Q) | 0.30 | 79.50 |
| | BSR | Receive and review email from Tony Scoles re Deloitte's June 2010 monthly fee application | 0.10 | 26.50 |
| | BSR | Draft final report re Kirkland & Ellis for the 37th interim period | 0.70 | 185.50 |
| | BSR | research responses received to initial reports to date | 0.50 | 132.50 |
| | BSR | Draft final report re Scarfone Hawkins for the 37th interim period | 0.50 | 132.50 |
| | BSR | research Blackstone's response to follow-up inquiry. | 0.10 | 26.50 |
| | BSR | Receive and review Orrick's response to our request for additional expense information (37Q) | 0.10 | 26.50 |
| | BSR | Receive and review emails from various applicants concerning 38th interim fee applications; forward to Anthony Lopez. | 0.10 | 26.50 |
| | BSR | research docket for Deloitte Tax's quarterly application for the 37th interim period; email Tony Scoles re same | 0.10 | 26.50 |
| | JAW | detailed review of Kirkland Ellis' September 2010 fee application (3.00); draft summary of same (0.20) | 3.20 | 488.00 |
| | MW | Begin drafting Category Spreadsheet for the 38th interim (2.0) | 2.00 | 280.00 |
| | AL | Receive and review email from W. Smith re K&E's 37Q FR (.1); finalize same for electronic filing (.3); electronic filing with the court of K&E's 37Q FR (.3); update database with filed version (.1); prepare same for service (.1); Receive and review email from W. Smith re Scarfone's 37Q FR (.1); finalize same for electronic filing (.3); electronic filing with the court of Scarfone's 37Q FR (.2); update database with filed version (.1); prepare same for service (.1) | 1.70 | 76.50 |

W.R. Grace & Co.																								Page     5

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 11/18/2010 | BSR | Draft final report re Scarfone Hawkins' application for the 37th interim period | 0.20 | 53.00 |
|  | BSR | telephone conference with Scott Bettridge of Fragomen re firm's invoices | 0.10 | 26.50 |
|  | BSR | Draft e-mail to K&E re final report (37Q) | 0.10 | 26.50 |
|  | BSR | receive, review, and respond to email from Melanie White re Capstone's project category summary | 0.10 | 26.50 |
|  | MW | Exchange multiple emails with B. Ruhlander regarding category spreadsheet updates (.3) | 0.30 | 42.00 |
|  | WHS | detailed review of FR KE 37Q 4-6.10 | 0.20 | 59.00 |
|  | AL | Receive, review and respond to email from B. Ruhlander re K&E's 37Q FR (.1); update database with same (.2); draft email to W. Smith re approval of K&E's 37Q FR (.1); Receive, review and respond to email from B. Ruhlander re Scarfone's 37Q FR (.1); update database with same (.2); draft email to W. Smith re approval of Scarfone's 37Q FR (.2); update database with K&E's 37Q IR response (.1); Deloitte Tax June electronic detail (.1); Kaye Scholer's 37Q IR response (.2); Stroock's 38Q fee application (hard copy) (.2); AKO's 38Q fee application (hard copy) (.2); Charter's 38Q fee application (hard copy) (.2); Caplin's 38Q fee application (hard copy) (.2); C&L's 38Q fee application (hard copy) (.2); Pachulski's August electronic detail (.1) | 2.40 | 108.00 |
|  | WHS | detailed review of FR Scarfone 37Q 4-6.10 | 0.20 | 59.00 |
| 11/19/2010 | BSR | Draft final report re Blackstone (37Q) | 0.60 | 159.00 |
| 11/22/2010 | WHS | detailed review of FR Blackstone 37Q 4-6.10 | 0.20 | 59.00 |
|  | AL | Update database with Blackstone's September fee detail (.1), Lauzon's interim fee application (hard copy) (.1), Scarfone's interim fee application hard copy (.1) and the Hogan Firm's hard copy interim fee application (.1); Bilzin's 38Q electronic detail (.1); Stroock's 38Q electronic detail (.1) | 0.60 | 27.00 |
| 11/23/2010 | JAW | detailed review of Anderson Kill's July 2010 fee application  (0.70) | 0.70 | 106.75 |
|  | AL | Receive, review and respond to email from B. Ruhlander re Blackstone's 37Q FR (.1); update database with same (.1); draft email to W. Smith re approval of Blackstone's 37Q FR (.1); Update database with K&E's Amended September electronic detail (.2); Ewing's 38Q fee application (hard copy) (.2); Kramer's 38Q fee application (hard copy) (.2); PWC's September fee application (hard copy) (.2); PWC's 38Q hard copy (.2); Deloitte (Tax) 38Q hard copy (.2); Bizlin's 38Q hard copy (.2); Pitney's 38Q hard copy (.2) | 1.90 | 85.50 |
|  | AL | Receive, review and respond to email from A. Parnell re AK's Revised 3Q FR (.1); update database with same (.2); draft email to W. Smith re approval of AK's Revised 3Q FR (.1) | 0.40 | 18.00 |

W.R. Grace & Co.   Page   6

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 11/23/2010 | BSR | detailed review of Deloitte Tax's June monthly and quarterly applications | 0.30 | 79.50 |
| | AL | Receive and review email from W. Smith re Blackstone's 37Q FR (.1); update database with same (.1); electronic filing with the court of finalized version of Blackstone's 37Q FR (.3); draft email to B. Ruhlander re finalized version (.1); prepare same for service (.1) | 0.70 | 31.50 |
| | AL | Research PACER for any objections to WHSA's October fee application (.7); draft Certificate of No Objection to WHSA's October fee application (.7) | 1.40 | 63.00 |
| | AL | Update database with Casner's September fee application (hard copy) (.2); Capstone's August (.2) and September (.2) fee applications; Casner's September electronic detail (.1) | 0.70 | 31.50 |
| 11/24/2010 | JAW | detailed review of Casner Edwards' July 2010 fee application  (0.20) | 0.20 | 30.50 |
| | JAW | detailed review of Capstone's July 2010 fee application  (0.60) | 0.60 | 91.50 |
| | JAW | detailed review of Caplin Drysdale's 38th interim fee application (07-01-10 to 09-30-10)  (0.70) | 0.70 | 106.75 |
| | JAW | detailed review of Campbell Levine's 38th interim fee application (07-01-10 to 09-30-10)  (1.00) | 1.00 | 152.50 |
| | JAW | detailed review of Bilzin Sumberg's 38th interim fee application (07-01-10 to 09-30-10)  (0.30) | 0.30 | 45.75 |
| | JAW | detailed review of Beveridge Diamond's September 2010 fee application  (0.40) | 0.40 | 61.00 |
| | JAW | detailed review of Beveridge Diamond's August 2010 fee application  (0.10) | 0.10 | 15.25 |
| | JAW | detailed review of Beveridge Diamond's July 2010 fee application  (0.40) | 0.40 | 61.00 |
| | JAW | detailed review of Casner Edwards' August 2010 fee application  (0.20) | 0.20 | 30.50 |
| | JAW | detailed review of Day Pitney's July 2010 fee application  (0.50) | 0.50 | 76.25 |
| | JAW | detailed review of Charter Oak's 38th interim fee application (07-01-10 to 09-30-10)  (0.50) | 0.50 | 76.25 |
| 11/25/2010 | JAW | detailed review of Day Pitney's August 2010 fee application  (0.80) | 0.80 | 122.00 |
| | JAW | detailed review of Deloitte Tax July 2010 fee application  (0.20) | 0.20 | 30.50 |
| | JAW | detailed review of Deloitte Tax August 2010 fee application  (0.10) | 0.10 | 15.25 |
| | JAW | detailed review of Foley Hoag's 38th interim fee application (07-01-10 to 09-30-10)  (0.50) | 0.50 | 76.25 |

W.R. Grace & Co. Page 7

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/25/2010 JAW | detailed review of Ferry Joseph's 38th interim fee application (07-01-10 to 09-30-10) (1.00) | | 1.00 | 152.50 |
| JAW | detailed review of Fragomen Del Rio's July 2010 and August 2010 fee applications (0.20) | | 0.20 | 30.50 |
| JAW | detailed review of Day Pitney's September 2010 fee application (0.20) | | 0.20 | 30.50 |
| JAW | detailed review of The Hogan Firm's 38th interim fee application (07-01-10 to 09-30-10) (1.20) | | 1.20 | 183.00 |
| 11/26/2010 JAW | detailed review of Kramer Levin's 38th interim fee application (07-01-10 to 09-30-10) (0.20) | | 0.20 | 30.50 |
| JAW | detailed review of Kaye Scholer's 38th interim fee application (07-01-10 to 09-30-10) (1.10) | | 1.10 | 167.75 |
| JAW | detailed review of Lauzon Belanger's 38th interim fee application (07-01-10 to 09-30-10) (0.30) | | 0.30 | 45.75 |
| JAW | detailed review of Duane Morris' July 2010 fee application (0.20) | | 0.20 | 30.50 |
| JAW | detailed review of Ogilvy Renault's 38th interim fee application (07-01-10 to 09-30-10) (0.30) | | 0.30 | 45.75 |
| 11/28/2010 JAW | Draft summary of Anderson Kill's July 2010 fee application (0.10) | | 0.10 | 15.25 |
| JAW | Draft summary of Beverage Diamond's 38th interim fee application (07.01-10 to 09-30-10) (0.10) | | 0.30 | 45.75 |
| JAW | Draft summary of Bilzin's 38th interim fee application (07.01-10 to 09-30-10) (0.10) | | 0.10 | 15.25 |
| JAW | Draft summary of Campbell Levine's 38th interim fee application (07.01-10 to 09-30-10) (0.20) | | 0.20 | 30.50 |
| 11/29/2010 JAW | draft summary of Foley Hoag 38th interim fee application (07-01-10 to 09-30-10) (0.10) | | 0.10 | 15.25 |
| JAW | Draft summary of Deloitte Tax August 2010 fee application (0.10) | | 0.10 | 15.25 |
| JAW | Draft summary of Deloitte Tax July 2010 fee application (0.10) | | 0.10 | 15.25 |
| JAW | Draft summary of Pitney's September 2010 fee application (0.10) | | 0.10 | 15.25 |
| JAW | Draft summary of Pitney's August 2010 fee application (0.20) | | 0.20 | 30.50 |
| JAW | Draft summary of Pitney's July 2010 fee application (0.20) | | 0.20 | 30.50 |
| JAW | Draft summary of Charter Oaks' 38th interim fee application (07-01-10 to 09-30-10) (0.10) | | 0.10 | 15.25 |

W.R. Grace & Co.	Page    8

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 11/29/2010 JAW | draft summary of Casner Edwards' July 2010 fee application (0.10) | | 0.10 | 15.25 |
| JAW | draft summary of Ferry Joseph 38th interim fee application (07-01-10 to 09-30-10) (0.10) | | 0.10 | 15.25 |
| JAW | draft summary of Capstone's 38th interim fee application (07-01-10 to 09-30-10) (0.10) | | 0.10 | 15.25 |
| JAW | draft summary of Fragoman Del Rio July 2010 and August 2010 fee applications (0.10) | | 0.10 | 15.25 |
| JAW | draft summary of The Hogan Firm 38th interim fee application (07-01-10 to 09-30-10) (0.10) | | 0.10 | 15.25 |
| JAW | draft summary of Kramer Levin 38th interim fee application (07-01-10 to 09-30-10) (0.10) | | 0.10 | 15.25 |
| JAW | draft summary of Kaye Scholer 38th interim fee application (07-01-10 to 09-30-10) (0.10) | | 0.10 | 15.25 |
| JAW | draft summary of Lauzon Belanger 38th interim fee application (07-01-10 to 09-30-10) (0.10) | | 0.10 | 15.25 |
| JAW | draft summary of Duane Morris July 2010 fee application (0.10) | | 0.10 | 15.25 |
| JAW | draft summary of Ogilvy Renault 38th interim fee application (07-01-10 to 09-30-10) (0.20) | | 0.20 | 30.50 |
| AL | Update database with Pachulski's August fee application (hard copy) (.2); Baer's 38Q fee application (hard copy) (.2); Ferry's 38Q fee application (hard copy) (.2); Ewing's 38Q electronic detail (.1); Kramer's 38Q electronic detail (.1) | | 0.80 | 36.00 |
| BSR | telephone conference with Graham Lees of Fragomen re obtaining fee schedule pertaining to overseas fees | | 0.10 | 26.50 |
| JAW | detailed review of Pachulski's July 2010 fee application (0.60); draft summary of same (0.20) | | 0.80 | 122.00 |
| AL | electronic filing with the court of WHSA's October CNO (.3) | | 0.30 | 13.50 |
| AL | Receive and review email from B. Ruhlander re HRO's 36Q fee application (.1); Research PACER for filed version of HRO's 36Q fee application (.6); draft email to B. Ruhlander re same (.1) | | 0.80 | 36.00 |
| BSR | telephone conference with Scot Bettridge at Fragomen re items listed as disbursements on firm's invoices | | 0.10 | 26.50 |
| BSR | Confer with A. Lopez re quarterly application from Holme Roberts & Owen for the 36th interim period. | | 0.20 | 53.00 |

W.R. Grace & Co.  Page    9

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 11/29/2010 | BSR | detailed review of BMC's 37th interim fee application and monthly fee applications | 0.90 | 238.50 |
|  | BSR | Draft omnibus final report for the 37th interim period | 4.10 | 1,086.50 |
|  | BSR | Draft exhibit to proposed fee order (37Q) | 0.30 | 79.50 |
|  | JAW | draft summary of Caplin Drysdale's 38th interim fee application (07-01-10 to 09-30-10) (0.10) | 0.10 | 15.25 |
|  | JAW | detailed review of Pachulski's August 2010 fee application (0.70); draft summary of same (0.10) | 0.80 | 122.00 |
|  | JAW | detailed review of Reed Smith's 38th interim fee application (07-01-10 to 09-30-10) (0.50); draft summary of same (0.20) | 0.70 | 106.75 |
|  | JAW | detailed review of Saul Ewing's 38th interim fee application (07-01-10 to 09-30-10) (0.70); draft summary of same (0.10) | 0.80 | 122.00 |
|  | JAW | detailed review of Scarfone Hawkins' 38th interim fee application (07-01-10 to 09-30-10) (0.90); draft summary of same (0.10) | 1.00 | 152.50 |
|  | JAW | detailed review of Steptoe & Johnson's July 2010 and August 2010 fee applications (0.20); draft summary of same (0.10) | 0.30 | 45.75 |
|  | JAW | detailed review of Stroock's 38th interim fee application (07-01-10 to 09-30-10) (1.50); draft summary of same (0.10) | 1.60 | 244.00 |
|  | JAW | detailed review of Wodcock Washburn's 38th interim fee application (07-01-10 to 09-30-10) (0.30); draft summary of same (0.10) | 0.40 | 61.00 |
| 11/30/2010 | BSR | telephone conference with Graham Lees of Fragomen re schedule of guideline fees to be provided | 0.10 | 26.50 |
|  | BSR | telephone conference with Scott Bettridge (Fragomen) requesting expediting of schedule for overseas applications | 0.10 | 26.50 |
|  | BSR | Continue drafting exhibit for proposed fee order for 37th interim period | 1.80 | 477.00 |
|  | JAW | detailed review of of PwC September 2010 fee application (4.20); draft summary of same (1.10) | 5.30 | 808.25 |
|  | JAW | detailed review of of Capstone September 2010 fee application (0.90); draft summary of same (0.10) | 1.00 | 152.50 |
|  | JAW | detailed review of of Capstone August 2010 fee application (0.60); draft summary of same (0.10) | 0.70 | 106.75 |
|  | JAW | detailed review of of Casner Edwards September 2010 fee application (0.20); draft summary of same (0.10) | 0.30 | 45.75 |

W.R. Grace & Co. Page 10

| | | Hours | Amount |
|---|---|---|---|
| 11/30/2010 AL | Receive and review email from B. Ruhlander re 37th Interim Fee and Expense Chart (.1); Research PACER for all filed quarterly fee applications for all clients in the 37th interim (2.1); draft email to B. Ruhlander re updated 37th Interim Fee and Expense Chart (.1) | 2.30 | 103.50 |
| AL | Update database with Baer's October fee application (hard copy) (.2); Stroock's October fee application (hard copy) (.2); Reed's October electronic detail (.1) | 0.50 | 22.50 |
| | **For professional services rendered** | **101.70** | **$14,308.00** |

Additional Charges :

| | | |
|---|---|---|
| 11/30/2010 | Copying cost | 6.30 |
| | Third party copies & document prep/setup. | 199.81 |
| | **Total additional charges** | **$206.11** |
| | **Total amount of this bill** | **$14,514.11** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Anthony Lopez | 27.80 | 45.00 | $1,251.00 |
| Bobbi S. Ruhlander | 16.90 | 265.00 | $4,478.50 |
| James A. Wehrmann | 39.20 | 152.50 | $5,978.00 |
| Melanie White | 17.10 | 140.00 | $2,394.00 |
| Warren H Smith | 0.70 | 295.00 | $206.50 |