## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | *Objection deadline: 1/3/11 @4:00 pm* |

### NINETY-SECOND APPLICATION OF BLACKSTONE ADVISORY PARTNERS L.P. AS FINANCIAL ADVISOR TO W.R. GRACE & CO. AND AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010

Name of Applicant:

Blackstone Advisory Partners L.P.

Authorized to Provide
Professional Services to:

Debtors

Date of Retention Order:

June 22, 2001, effective April 2, 2001

Period for which compensation and
reimbursement is sought:

October 1, 2010 through October 31, 2010

| Amount of Compensation sought as actual, reasonable and necessary: | Total | (Holdback @ 20%) |
|---|---|---|
| | $175,000.00 | ($35,000.00) |

Amount of Expense Reimbursement
sought as actual, reasonable and necessary:

$475.19

Amount of Cash Payment Sought:

$140,475.19

This is a __x__ monthly ___ interim ____ final application

2599546.DOC

Summary of Monthly Applications:

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved | Unpaid |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 · | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | -- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | $-- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

2599546.DOC

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved | Unpaid |
| | | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
|---|---|---|---|---|---|---|---|
| 04/10/07 | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84 | 100,000.00 | 5,412.84 | -- | -- |
| 06/29/07 | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82 | 100,000.00 | 1,260.82 | -- | -- |
| 06/29/07 | 03/01/07 – 03/31/07 | 100,000.00 | 535.30 | 100,000.00 | 535.30 | -- | -- |
| 09/20/07 | 04/01/07 – 04/30/07 | 100,000.00 | 3,145.97 | 100,000.00 | 3,145.97 | -- | -- |
| 09/20/07 | 05/01/07 – 05/31/07 | 125,000.00 | 148.40 | 125,000.00 | 148.40 | -- | -- |
| 09/20/07 | 06/01/07 – 06/30/07 | 125,000.00 | 584.53 | 125,000.00 | 584.53 | -- | -- |
| 11/19/07 | 07/01/07 – 07/31/07 | 125,000.00 | 786.94 | 125,000.00 | 786.94 | -- | -- |
| 11/19/07 | 08/01/07 – 08/31/07 | -- | 997.55 | -- | 997.55 | -- | -- |
| 11/19/07 | 09/01/07 – 09/30/07 | 75,000.00 | 585.59 | 75,000.00 | 585.59 | -- | -- |
| 03/13/08 | 10/01/07 – 10/31/07 | 100,000.00 | 1,518.85 | 100,000.00 | 1,518.85 | -- | -- |
| 03/13/08 | 11/01/07 – 11/30/07 | 75,000.00 | 241.73 | 75,000.00 | 241.73 | -- | -- |
| 03/13/08 | 12/01/07 – 12/31/07 | 50,000.00 | 270.44 | 50,000.00 | 270.44 | -- | -- |
| 05/22/08 | 01/01/08 – 01/31/08 | 100,000.00 | 2,618.39 | 100,000.00 | 2,618.39 | -- | -- |
| 05/22/08 | 02/01/08 – 02/29/08 | 150,000.00 | 377.34 | 150,000.00 | 377.34 | -- | -- |
| 05/22/08 | 03/01/08 – 03/31/08 | 75,000.00 | 1,468.54 | 75,000.00 | 1,468.54 | -- | -- |
| 10/16/08 | 04/01/08 – 04/30/08 | 150,000.00 | 370.04 | 150,000.00 | 370.04 | -- | -- |
| 10/16/08 | 05/01/08 – 05/31/08 | 125,000.00 | 868.61 | 125,000.00 | 868.61 | -- | -- |
| 10/16/08 | 06/01/08 – 06/30/08 | 175,000.00 | 7,178.80 | 175,000.00 | 7,178.80 | -- | -- |
| 01/09/09 | 07/01/08 – 07/31/08 | 175,000.00 | 1,507.33 | 175,000.00 | 1,507.33 | -- | -- |
| 01/09/09 | 08/01/08 – 08/31/08 | 175,000.00 | 3,482.81 | 175,000.00 | 3,482.81 | -- | -- |
| 01/09/09 | 09/01/08 – 09/30/08 | 175,000.00 | 7,491.74 | 175,000.00 | 7,491.74 | -- | -- |
| 01/09/09 | 10/01/08 – 10/31/08 | 150,000.00 | 3,166.54 | 120,000.00 | 3,166.54 | -- | -- |
| 04/20/09 | 11/01/08 – 11/30/08 | 75,000.00 | 3,762.45 | 75,000.00 | 3,762.45 | -- | -- |
| 04/20/09 | 12/01/08 – 12/31/08 | 75,000.00 | 4,251.05 | 75,000.00 | 4,251.05 | -- | -- |
| 07/06/09 | 01/01/09 – 01/31/09 | 75,000.00 | 407.84 | 75,000.00 | 407.84 | -- | -- |
| 07/06/09 | 02/01/09 – 02/28/09 | 175,000.00 | 840.67 | 175,000.00 | 840.67 | -- | -- |
| 07/06/09 | 03/01/09 – 03/31/09 | 150,000.00 | 1,515.13 | 150,000.00 | 1,515.13 | -- | -- |
| 09/03/09 | 04/01/09 – 04/30/09 | 150,000.00 | 1,757.02 | 150,000.00 | 1,757.02 | -- | 30,000.00 |
| 09/03/09 | 05/01/09 – 05/31/09 | 175,000.00 | 4,503.06 | 175,000.00 | 1,515.13 | -- | -- |
| 09/03/09 | 06/01/09 – 06/30/09 | 175,000.00 | 4,246.49 | 140,000.00 | 4,246.49 | -- | -- |
| 12/14/09 | 07/01/09 – 07/31/09 | 175,000.00 | 10,766.12 | 140,000.00 | 10,766.12 | -- | -- |
| 12/14/09 | 08/01/09 – 08/31/09 | 175,000.00 | 2,367.44 | 140,000.00 | 2,367.44 | -- | -- |
| 12/14/09 | 09/01/09 – 09/30/09 | 100,000.00 | 3,953.33 | 80,000.00 | 3,953.33 | -- | -- |
| 12/15/09 | 10/01/09 – 10/31/09 | 100,000.00 | 1,354.62 | 80,000.00 | 1,354.62 | -- | 20,000.00 |
| -- | 11/01/09 – 11/30/09 | -- | -- | -- | -- | -- | -- |
| 02/12/10 | 12/01/09 – 12/31/09 | 100,000.00 | 1,839.20 | 80,000.00 | 1,839.20 | -- | 20,000.00 |
| 03/12/10 | 01/01/10 – 01/31/10 | 150,000.00 | 1,633.77 | 120,000.00 | 1,633.77 | 30,000.00 | -- |
| -- | 02/01/10 – 02/28/10 | -- | -- | -- | -- | -- | -- |
| 04/29/10 | 03/01/10 – 03/31/10 | 175,000.00 | 4,238.44 | 140,000.00 | 4,238.44 | 35,000.00 | -- |
| 05/28/10 | 04/01/10 – 04/30/10 | 175,000.00 | 4,575.58 | 140,000.00 | 4,575.58 | 35,000.00 | -- |
| 06/25/10 | 05/01/10 – 05/31/10 | 175,000.00 | 7,750.24 | 140,000.00 | 7,750.24 | 35,000.00 | -- |
| 08/05/10 | 06/01/10 – 06/30/10 | 175,000.00 | 5,202.91 | 140,000.00 | 5,202.91 | 35,000.00 | -- |
| 09/09/10 | 07/01/10 – 07/31/10 | 50,000.00 | 6,204.42 | 40,000.00 | 6,204.42 | 10,000.00 | -- |
| -- | 08/01/10 – 08/31/10 | -- | -- | -- | -- | -- | -- |
| 11/16/10 | 09/01/10 – 09/30/10 | 125,000.00 | 2,435.45 | -- | -- | -- | -- |

# Blackstone Advisory Partners L.P.

December 2, 2010

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | |
|---|---|---|---:|
| Monthly advisory fee for the period of October 1, 2010 through October 31, 2010: | | $ | 175,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | | (35,000.00) |

Out-of-pocket expenses processed for the period through October 31, 2010:[1]

| | | |
|---|---:|---:|
| Communications | $    23.58 | |
| Meals | 53.52 | |
| Lodging | 211.59 | |
| Document Production | 95.30 | |
| Research | 70.20 | |
| Publishing Services | 21.00 | 475.19 |
| **Total Amount Due** | $ | **140,475.19** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

Invoice Number: 52584

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

Blackstone Advisory Partners L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Through October 31, 2010**
**Invoice No. 52584**

|  | GL Detail Oct-10 | | Total Expenses | |
|---|---:|---|---:|---|
| Communications  - Teleconferencing | $ | 23.58 | $ | 23.58 |
| Employee Meals | | 53.52 | | 53.52 |
| Lodging | | 211.59 | | 211.59 |
| Document Production | | 95.30 | | 95.30 |
| Internal Research | | 56.25 | | 56.25 |
| External Research - Online Database | | 13.95 | | 13.95 |
| Publishing Services | | 21.00 | | 21.00 |
| **Total Expenses** | $ | **475.19** | $ | **475.19** |

| | | |
|---|---|---:|
| **Communications** | $ | **23.58** |
| **Meals** | | **53.52** |
| **Lodging** | | **211.59** |
| **Document Production** | | **95.30** |
| **Research** | | **70.20** |
| **Publishing Services** | | **21.00** |
| **Total Expenses** | $ | **475.19** |

W.R. Grace & Co.
Summary of Expenses
Through October 31, 2010
Invoice No. 52584

**Communications  - Teleconferencing**
O'Connell                                                          09/24/10                    23.58
                                    Subtotal - Communications  - Teleconferencing                    $          23.58

**Employee Meals**
Lambert (weeknight working dinner meal @ Blackstone while working late)        08/03/10                    24.84
O'Connell (weeknight working dinner meal @ Blackstone while working late)      08/04/10                    28.68
                                    Subtotal - Employee Meals                                              53.52

**Lodging**
Lambert (1 day hotel stay in Baltimore, MD)                        07/14/10 - 07/15/10         211.59
                                    Subtotal - Lodging                                                   211.59

**Document Production**
Lambert (953 black & white photocopies calculated @ a rate of $0.10 per page)  09/23/10                    95.30
                                    Subtotal - Document Production                                        95.30

**Internal Research**
Lambert (online data research)                                     09/23/10                    56.25
                                    Subtotal - Internal Research                                          56.25

**External Research - Online Database**
Lambert (in-room internet access @ hotel in Balitmore, MD)         07/14/10                    13.95
                                    Subtotal - External Research - Online Database                       13.95

**Publishing Services**
Lambert (preparation of presentation materials for meetings)       09/23/10                    21.00
                                    Subtotal - Publishing Services                                       21.00

                                    Total Expenses                               $         475.19

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010**

| Professional | Title | | Hours |
|---|---|---|---|
| Jamie O'Connell | Managing Director | | 28.5 |
| Patrick Schumacher | Managing Director | | 23.2 |
| Jonathan Kaufman | Associate | | 23.7 |
| Christopher Yamamoto | Associate | | 58.2 |
| Alexander Lambert | Analyst | | 22.5 |
| Kathleen Wu | Analyst | | 71.9 |
| Cathy Gao | Analyst | | 88.7 |
| | | **Total** | 316.7 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Cathy Gao | 10/01/10 | 4.0 | Business Analysis | Financial analysis related to business analysis |
| Jamie O'Connell | 10/01/10 | 0.4 | Business Analysis | Correspondence regarding business analysis |
| Jonathan Kaufman | 10/01/10 | 0.2 | Business Analysis | Call with G. Young of Grace regarding business analysis |
| Cathy Gao | 10/03/10 | 4.0 | Business Analysis | Financial analysis related to business analysis |
| Kathleen Wu | 10/03/10 | 2.0 | Business Analysis | Financial analysis related to business analysis |
| Cathy Gao | 10/04/10 | 2.0 | Business Analysis | Financial analysis related to business analysis |
| Kathleen Wu | 10/04/10 | 6.0 | Business Analysis | Financial analysis related to business analysis |
| Cathy Gao | 10/05/10 | 4.0 | Business Analysis | Financial analysis related to business analysis |
| Kathleen Wu | 10/05/10 | 2.0 | Business Analysis | Financial analysis related to business analysis |
| Cathy Gao | 10/06/10 | 4.0 | Business Analysis | Financial analysis related to business analysis |
| Alexander Lambert | 10/07/10 | 0.3 | Business Analysis | Meeting with internal team regarding financial analysis |
| Cathy Gao | 10/07/10 | 4.0 | Business Analysis | Financial analysis related to business analysis |
| Christopher Yamamoto | 10/07/10 | 0.5 | Business Analysis | Call regarding business analysis |
| Jamie O'Connell | 10/07/10 | 0.3 | Business Analysis | Meeting with internal team regarding financial analysis |
| Jonathan Kaufman | 10/07/10 | 0.3 | Business Analysis | Meeting with internal team regarding financial analysis |
| Kathleen Wu | 10/07/10 | 0.5 | Business Analysis | Catch-up with Michael Brown on projections |
| Kathleen Wu | 10/07/10 | 1.0 | Business Analysis | Financial analysis related to business analysis |
| Alexander Lambert | 10/08/10 | 0.5 | Business Analysis | Meeting with J. O'Connell and J. Kaufman regarding various matters |
| Jamie O'Connell | 10/08/10 | 0.5 | Business Analysis | Meeting with J. Kaufman and A. Lambert regarding various matters |
| Jonathan Kaufman | 10/08/10 | 0.5 | Business Analysis | Meeting with J. O'Connell and A. Lambert regarding various matters |
| Jonathan Kaufman | 10/08/10 | 0.5 | Business Analysis | Correspondence with E. Filon regarding financial analysis |
| Kathleen Wu | 10/08/10 | 4.0 | Business Analysis | Financial analysis related to business analysis |
| Alexander Lambert | 10/11/10 | 2.0 | Business Analysis | Business analysis |
| Cathy Gao | 10/11/10 | 4.0 | Business Analysis | Preparing materials for business analysis |
| Jamie O'Connell | 10/11/10 | 1.5 | Business Analysis | Business analysis |
| Jonathan Kaufman | 10/11/10 | 1.5 | Business Analysis | Business analysis |
| Patrick Schumacher | 10/11/10 | 0.5 | Business Analysis | Call regarding business analysis |
| Cathy Gao | 10/12/10 | 4.0 | Business Analysis | Preparation of materials for business and financial analysis |
| Jamie O'Connell | 10/12/10 | 0.3 | Business Analysis | Call with T. Freedman regarding business analysis |
| Jamie O'Connell | 10/12/10 | 0.2 | Business Analysis | Correspondence to management regarding business analysis |
| Jamie O'Connell | 10/12/10 | 0.5 | Business Analysis | Conference call with management regarding business analysis |
| Cathy Gao | 10/13/10 | 4.0 | Business Analysis | Preparation of materials for business and financial analysis |
| Kathleen Wu | 10/13/10 | 6.0 | Business Analysis | Financial analysis related to business analysis |
| Cathy Gao | 10/14/10 | 4.0 | Business Analysis | Preparation of materials for business and financial analysis |
| Christopher Yamamoto | 10/14/10 | 6.0 | Business Analysis | Financial analysis related to business analysis |
| Alexander Lambert | 10/15/10 | 0.6 | Business Analysis | Conference call regarding business analysis |
| Alexander Lambert | 10/15/10 | 1.5 | Business Analysis | Business analysis |
| Christopher Yamamoto | 10/15/10 | 6.0 | Business Analysis | Financial analysis related to business analysis |
| Christopher Yamamoto | 10/15/10 | 0.5 | Business Analysis | Call with management |
| Jamie O'Connell | 10/15/10 | 0.6 | Business Analysis | Conference call regarding business analysis |
| Jonathan Kaufman | 10/15/10 | 0.6 | Business Analysis | Conference call regarding business analysis |
| Jonathan Kaufman | 10/15/10 | 0.5 | Business Analysis | Business analysis |
| Kathleen Wu | 10/15/10 | 0.5 | Business Analysis | Call with management |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Patrick Schumacher | 10/15/10 | 0.5 | Business Analysis | Call with management |
| Alexander Lambert | 10/16/10 | 0.2 | Business Analysis | Conference call regarding business analysis |
| Alexander Lambert | 10/16/10 | 1.0 | Business Analysis | Conference call with management regarding business analysis |
| Alexander Lambert | 10/16/10 | 7.0 | Business Analysis | Business analysis |
| Cathy Gao | 10/17/10 | 10.0 | Business Analysis | Preparation of materials for business and financial analysis |
| Christopher Yamamoto | 10/16/10 | 10.0 | Business Analysis | Financial analysis related to business analysis |
| Christopher Yamamoto | 10/16/10 | 2.0 | Business Analysis | Call with management |
| Jamie O'Connell | 10/16/10 | 3.5 | Business Analysis | Prepare materials regarding business analysis |
| Jamie O'Connell | 10/16/10 | 0.2 | Business Analysis | Conference call regarding business analysis |
| Jamie O'Connell | 10/16/10 | 1.0 | Business Analysis | Conference call with management regarding business analysis |
| Jamie O'Connell | 10/16/10 | 0.3 | Business Analysis | Correspondence regarding business analysis |
| Jonathan Kaufman | 10/16/10 | 0.2 | Business Analysis | Conference call regarding business analysis |
| Jonathan Kaufman | 10/16/10 | 1.0 | Business Analysis | Conference call with management regarding business analysis |
| Kathleen Wu | 10/16/10 | 10.0 | Business Analysis | Financial analysis related to business analysis |
| Kathleen Wu | 10/16/10 | 2.0 | Business Analysis | Conference call regarding business analysis |
| Patrick Schumacher | 10/16/10 | 3.0 | Business Analysis | Financial analysis related to business analysis |
| Patrick Schumacher | 10/16/10 | 4.0 | Business Analysis | Business analysis |
| Patrick Schumacher | 10/16/10 | 2.0 | Business Analysis | Conference call regarding business analysis |
| Alexander Lambert | 10/17/10 | 1.5 | Business Analysis | Conference call with management regarding business analysis |
| Alexander Lambert | 10/17/10 | 5.5 | Business Analysis | Business analysis |
| Cathy Gao | 10/18/10 | 12.0 | Business Analysis | Preparation of materials for business and financial analysis, and financial modeling |
| Cathy Gao | 10/17/10 | 1.5 | Business Analysis | Conference call regarding business analysis |
| Christopher Yamamoto | 10/17/10 | 8.0 | Business Analysis | Financial analysis related to business analysis |
| Christopher Yamamoto | 10/17/10 | 1.5 | Business Analysis | Conference call regarding business analysis |
| Jamie O'Connell | 10/17/10 | 1.2 | Business Analysis | Drafting and correspondence related to business analysis |
| Jamie O'Connell | 10/17/10 | 1.5 | Business Analysis | Conference call with management regarding business analysis |
| Jonathan Kaufman | 10/17/10 | 1.5 | Business Analysis | Conference call with management regarding business analysis |
| Jonathan Kaufman | 10/17/10 | 4.0 | Business Analysis | Business analysis |
| Kathleen Wu | 10/17/10 | 8.0 | Business Analysis | Financial analysis related to business analysis |
| Kathleen Wu | 10/17/10 | 1.5 | Business Analysis | Conference call regarding business analysis |
| Patrick Schumacher | 10/17/10 | 1.5 | Business Analysis | Conference call regarding business analysis |
| Patrick Schumacher | 10/17/10 | 3.0 | Business Analysis | Financial analysis related to business analysis |
| Patrick Schumacher | 10/17/10 | 0.5 | Business Analysis | Conference call regarding business analysis |
| Cathy Gao | 10/18/10 | 5.0 | Business Analysis | Preparation of materials for business and financial analysis, and financial modeling |
| Cathy Gao | 10/19/10 | 0.5 | Business Analysis | Conference call regarding business analysis |
| Cathy Gao | 10/18/10 | 8.0 | Business Analysis | Financial analysis related to business analysis |
| Christopher Yamamoto | 10/18/10 | 0.5 | Business Analysis | Conference call regarding business analysis |
| Jamie O'Connell | 10/18/10 | 0.5 | Business Analysis | Review materials related to business analysis |
| Jamie O'Connell | 10/18/10 | 0.7 | Business Analysis | Conference call with management regarding business analysis |
| Jamie O'Connell | 10/18/10 | 0.2 | Business Analysis | Correspondence regarding business analysis |
| Kathleen Wu | 10/18/10 | 0.5 | Business Analysis | Conference call regarding business analysis |
| Patrick Schumacher | 10/18/10 | 0.5 | Business Analysis | Conference call regarding business analysis |
| Cathy Gao | 10/19/10 | 5.0 | Business Analysis | Financial analysis related to business analysis |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Christopher Yamamoto | 10/19/10 | 3.0 | Business Analysis | Financial analysis related to business analysis |
| Jamie O'Connell | 10/19/10 | 0.3 | Business Analysis | Review materials related to business analysis |
| Jamie O'Connell | 10/19/10 | 0.4 | Business Analysis | Call with H. La Force regarding business analysis |
| Kathleen Wu | 10/19/10 | 8.0 | Business Analysis | Financial analysis related to business analysis |
| Patrick Schumacher | 10/19/10 | 2.0 | Business Analysis | Financial analysis related to business analysis |
| Cathy Gao | 10/20/10 | 5.0 | Business Analysis | Financial analysis related to business analysis |
| Christopher Yamamoto | 10/20/10 | 3.0 | Business Analysis | Financial analysis related to business analysis |
| Jamie O'Connell | 10/20/10 | 0.3 | Business Analysis | Call with management and counsel regarding business analysis |
| Jamie O'Connell | 10/20/10 | 0.1 | Business Analysis | Call with J. McFarland regarding business analysis |
| Jamie O'Connell | 10/20/10 | 0.2 | Business Analysis | Correspondence to financial advisors regarding business analysis |
| Kathleen Wu | 10/20/10 | 5.0 | Business Analysis | Financial analysis related to business analysis |
| Cathy Gao | 10/21/10 | 0.5 | Business Analysis | Call with Elyse Filon |
| Christopher Yamamoto | 10/21/10 | 2.0 | Business Analysis | Financial analysis related to business analysis |
| Kathleen Wu | 10/21/10 | 5.0 | Business Analysis | Financial analysis related to business analysis |
| Kathleen Wu | 10/21/10 | 0.5 | Business Analysis | Call with Elyse Filon |
| Patrick Schumacher | 10/21/10 | 1.0 | Business Analysis | Financial analysis related to business analysis |
| Cathy Gao | 10/22/10 | 0.5 | Business Analysis | Call with Jeremy Rohen |
| Christopher Yamamoto | 10/22/10 | 0.5 | Business Analysis | Call with Jeremy Rohen |
| Jamie O'Connell | 10/22/10 | 0.1 | Business Analysis | Call with G. Poling |
| Kathleen Wu | 10/22/10 | 0.5 | Business Analysis | Call with Jeremy Rohen |
| Christopher Yamamoto | 10/25/10 | 2.0 | Business Analysis | Financial analysis related to business analysis |
| Kathleen Wu | 10/25/10 | 3.0 | Business Analysis | Financial analysis related to business analysis |
| Patrick Schumacher | 10/25/10 | 2.0 | Business Analysis | Financial analysis related to business analysis |
| Christopher Yamamoto | 10/26/10 | 2.0 | Business Analysis | Financial analysis related to business analysis |
| Kathleen Wu | 10/26/10 | 2.0 | Business Analysis | Financial analysis related to business analysis |
| Patrick Schumacher | 10/26/10 | 2.0 | Business Analysis | Financial analysis related to business analysis |
| Christopher Yamamoto | 10/27/10 | 4.0 | Business Analysis | Financial analysis related to business analysis |
| Kathleen Wu | 10/27/10 | 2.0 | Business Analysis | Financial analysis related to business analysis |
| Alexander Lambert | 10/28/10 | 1.0 | Business Analysis | Business analysis |
| Christopher Yamamoto | 10/28/10 | 2.0 | Business Analysis | Financial analysis related to business analysis |
| Jamie O'Connell | 10/28/10 | 0.5 | Business Analysis | Financial analysis |
| Kathleen Wu | 10/28/10 | 0.5 | Business Analysis | Financial analysis related to business analysis |
| Alexander Lambert | 10/29/10 | 0.7 | Business Analysis | Call with management regarding business analysis |
| Alexander Lambert | 10/29/10 | 0.2 | Business Analysis | Follow-up internal call |
| Cathy Gao | 10/29/10 | 0.7 | Business Analysis | Call with management regarding business analysis |
| Cathy Gao | 10/29/10 | 2.0 | Business Analysis | Financial analysis related to business analysis |
| Christopher Yamamoto | 10/29/10 | 4.0 | Business Analysis | Financial analysis related to business analysis |
| Christopher Yamamoto | 10/29/10 | 0.7 | Business Analysis | Call with management regarding business analysis |
| Jamie O'Connell | 10/29/10 | 0.4 | Business Analysis | Financial analysis |
| Jamie O'Connell | 10/29/10 | 0.7 | Business Analysis | Call with management regarding business analysis |
| Jamie O'Connell | 10/29/10 | 0.2 | Business Analysis | Follow-up internal call |
| Jamie O'Connell | 10/29/10 | 0.3 | Business Analysis | Correspondence regarding business analysis |
| Jonathan Kaufman | 10/29/10 | 0.7 | Business Analysis | Call with management regarding business analysis |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jonathan Kaufman | 10/29/10 | 0.2 | Business Analysis | Follow-up internal call |
| Kathleen Wu | 10/29/10 | 0.7 | Business Analysis | Call with management regarding business analysis |
| Kathleen Wu | 10/29/10 | 0.7 | Business Analysis | Call with management regarding business analysis |
| Patrick Schumacher | 10/29/10 | 0.7 | Business Analysis | Call with management regarding business analysis |
| | | 292.6 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 10/08/10 | 0.2 | Claims Analysis Objection/Resolution | Review correspondence from J. Baer regarding claims |
| Jamie O'Connell | 10/14/10 | 0.2 | Claims Analysis Objection/Resolution | Correspondence regarding claims |
| Jamie O'Connell | 10/26/10 | 0.2 | Claims Analysis Objection/Resolution | Review correspondence regarding claims |
| | | **0.6** | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 10/14/10 | 7.5 | Corporate Finance | Third Quarter Business Review at Grace |
| Jonathan Kaufman | 10/14/10 | 7.5 | Corporate Finance | Third Quarter Business Review at Grace |
| | | 15.0 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Alexander Lambert | 10/01/10 | 0.5 | Financing | Exit financing key terms analysis |
| Jonathan Kaufman | 10/01/10 | 0.5 | Financing | Exit financing key terms analysis |
| | | 1.0 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 10/14/10 | 3.5 | Non-Working Travel Time | Travel to Grace's offices in Maryland |
| Jonathan Kaufman | 10/14/10 | 2.0 | Non-Working Travel Time | Travel from Chicago to BWI |
| Jonathan Kaufman | 10/14/10 | 2.0 | Non-Working Travel Time | Travel from Baltimore Penn to NYC |
| | | 7.5 | | |