# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., et al., [1] | ) Case No. 01-1139 (JKF) |
| | ) |
| Debtors. | ) |
| | ) |

**Objection Deadline: December 27, 2010 at 4:00 p.m.**
**Hearing Date: Scheduled if Necessary**

## ONE HUNDRED AND FOURTEENTH MONTHLY APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 3, 2001 |
| Period for which Compensation and Reimbursement is Sought: | September 1, 2010 through September 30, 2010 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $34,366.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $40,806.91 |

This is a:    xx monthly         _ interim         _ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company

91100-001\DOCS_DE:165676.1

12/6/10
25873

The total time expended for preparation of this fee application is approximately

3.0 hours and the corresponding compensation requested is approximately $1,000.00.[2]

## PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 07/10/01 | 04/02/01 – 04/30/01 | $ 62,472.75 | $ 23,277.13 | $ 62,472.75 | $ 23,277.13 |
| 08/09/01 | 05/01/01 – 05/31/01 | $ 29,929.00 | $ 15,670.64 | $ 29,929.00 | $ 15,670.64 |
| 09/07/01 | 06/01/01 – 06/30/01 | $ 30,195.50 | $ 37,763.45 | $ 30,195.50 | $ 37,763.45 |
| 09/11/01 | 07/01/01 – 07/31/01 | $ 17,040.50 | $ 20,323.76 | $ 17,040.50 | $ 18,184.95[3] |
| 10/31/01 | 08/01/01 – 08/31/01 | $ 9,407.50 | $ 20,486.61 | $ 9,407.50 | $ 20,486.61 |
| 11/13/01 | 09/01/01 – 09/30/01 | $ 13,158.00 | $ 10,035.46 | $ 13,158.00 | $ 10,035.46 |
| 11/27/01 | 10/01/01 – 10/31/01 | $ 13,420.75 | $ 8,922.92 | $ 13,420.75 | $ 8,922.92 |
| 01/22/02 | 11/01/01 – 11/30/01 | $ 39,991.50 | $ 22,398.11 | $ 39,991.50 | $ 22,398.11 |
| 01/30/02 | 12/01/01 – 12/31/01 | $ 35,017.00 | $ 13,575.07 | $ 32,778.50 | $ 13,575.07 |
| 04/02/02 | 01/01/02 – 01/31/02 | $ 48,356.50 | $ 38,671.08 | $ 48,356.50 | $ 38,671.08 |
| 05/31/02 | 02/01/02 – 02/28/02 | $ 46,611.50 | $ 25,627.01 | $ 46,611.50 | $ 25,627.01 |
| 06/06/02 | 03/01/02 – 03/31/02 | $ 44,145.00 | $ 29,280.21 | $ 41,141.00[4] | $ 29,280.21 |
| 06/28/02 | 04/01/02 – 04/30/02 | $ 49,562.00 | $ 25,475.46 | $ 49,562.00 | $ 25,475.46 |
| 07/12/02 | 05/01/02 – 05/31/02 | $ 42,495.50 | $ 21,543.54 | $ 42,495.50 | $ 21,543.54 |
| 08/13/02 | 06/01/02 – 06/30/02 | $ 32,819.00 | $ 29,869.61 | $ 32,539.00[5] | $ 29,776.36[6] |
| 10/01/02 | 07/01/02 – 07/31/02 | $ 22,630.00 | $ 17,187.01 | $ 22,630.00 | $ 17,187.01 |
| 10/30/02 | 08/01/02 – 08/31/02 | $ 34,536.00 | $ 45,540.43 | $ 34,536.00 | $ 45,540.43 |
| 11/14/02 | 09/01/02 – 09/30/02 | $ 32,858.50 | $ 33,313.79 | $ 30,731.00[7] | $ 11,436.76[8] |
| 12/30/02 | 10/01/02 – 10/31/02 | $ 19,370.50 | $ 24,488.86 | $ 19,370.50 | $ 24,488.86 |

---

[2] The actual number of hours expended preparing this Application and the corresponding compensation requested will be set forth in PSZ&J's subsequent fee applications.

[3] In the Court's Order approving quarterly fee applications for the First, Second & Third Periods, the Court approved $248,394.00 in fees which reflects a reduction of $2,483.50. For the purposes of this application, we have noted the reduction in the last month of that period.

[4] In the Court's Order approving quarterly fee applications for the Fourth Period, the Court approved $136,109.00 for fees which reflects a reduction of $3,004.00. For the purposes of this application, we have noted the reduction in the last month of that period.

[5] In the Court's Order approving quarterly fee applications for the Fifth Period, the Court approved $124,596.50 for fees which reflects a reduction of $280.00. For the purposes of this application, we have noted the reduction in the last month of that period.

[6] In the Court's Order approving quarterly fee applications for the Fifth Period, the Court approved $76,795.36 for expenses which reflects a reduction of $93.25. For the purposes of this application, we have noted the reduction in the last month of that period.

[7] In the Court's Order approving quarterly fee applications for the Sixth Period, the Court approved $87,897.00 for fees which reflects a reduction of $2,127.50. For the purposes of this application, we have noted the reduction in the last month of that period.

[8] In the Court's Order approving quarterly fee applications for the Sixth Period, the Court approved $95,393.85 for expenses which reflects a reduction of $647.38. For the purposes of this application, we have noted the reduction in the last month of that period.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 01/21/03 | 11/01/02 – 11/30/02 | $ 25,948.50 | $ 31,181.03 | $ 25,948.50 | $ 31,181.03 |
| 01/30/03 | 12/01/02 – 12/31/02 | $ 16,407.00 | $ 14,016.95 | $ 16,263.00[9] | $ 14,016.95 |
| 03/18/03 | 01/01/03 – 01/31/03 | $ 25,984.50 | $ 19,035.00 | $ 25,984.50 | $ 19,035.00 |
| 04/23/05 | 02/01/03 – 02/28/03 | $ 18,094.50 | $ 23,616.14 | $ 18,094.50 | $ 23,616.14 |
| 06/17/03 | 03/01/03 – 03/31/03 | $ 15,853.00 | $ 15,586.33 | $ 15,740.50[10] | $ 15,586.33 |
| 07/21/03 | 04/01/03 – 04/30/03 | $ 12,140.50[11] | $ 17,776.64 | $ 12,140.50 | $ 17,776.64 |
| 08/13/03 | 05/01/03 – 05/31/03 | $ 13,234.50 | $ 16,624.15 | $ 13,234.50 | $ 16,624.15 |
| 09/02/03 | 06/01/03 – 06/30/03 | $ 11,137.00 | $ 14,033.07 | $ 9,888.50 | $ 14,033.07 |
| 09/29/03 | 07/01/03 – 07/31/03 | $ 18,546.50 | $ 18,663.30 | $ 18,546.50 | $ 18,663.30 |
| 10/24/03 | 08/01/03 – 08/31/03 | $ 20,376.00 | $ 43,075.91 | $ 20,376.00 | $ 43,075.91 |
| 10/30/03 | 09/01/03 – 09/30/03 | $ 24,433.50 | $ 19,744.93 | $ 24,410.00[12] | $ 19,744.93 |
| 12/03/03 | 10/01/03 – 10/31/03 | $ 22,988.00 | $ 30,531.15 | $ 22,988.00 | $ 30,531.15 |
| 12/29/03 | 11/01/03 – 11/30/03 | $ 20,729.50 | $ 33,211.18 | $ 20,729.50 | $ 33,211.18 |
| 01/26/04 | 12/01/03 – 12/31/03 | $ 22,073.00 | $ 19,772.62 | $ 22,073.00 | $ 19,772.62 |
| 03/24/04 | 01/01/04 – 01/31/04 | $ 22,238.50 | $ 13,200.84 | $ 22,238.50 | $ 13,200.84 |
| 04/05/04 | 02/01/04 – 02/29/04 | $ 20,551.50 | $ 13,096.88 | $ 20,551.50 | $ 13,096.88 |
| 05/11/04 | 03/01/04 – 03/31/04 | $ 25,911.00 | $ 19,056.44 | $ 25,911.00 | $ 19,056.44 |
| 06/18/04 | 04/01/04 – 04/30/04 | $ 21,730.50 | $ 15,444.69 | $ 21,730.50 | $ 15,444.69 |
| 07/20/04 | 05/01/04 – 05/31/04 | $ 21,891.00 | $ 20,728.27 | $ 21,891.00 | $ 20,728.27 |
| 07/30/04 | 06/01/04 – 06/30/04 | $ 25,219.00 | $ 33,778.62 | $ 25,219.00 | $ 33,778.62 |
| 09/27/04 | 07/01/04 – 07/31/04 | $ 18,385.50 | $ 24,458.32 | $ 18,385.50 | $ 24,458.32 |
| 10/14/04 | 08/01/04 – 08/31/04 | $ 36,394.00 | $ 45,292.19 | $ 36,394.00 | $ 45,292.19 |
| 12/17/04 | 09/01/04 – 09/30/04 | $ 30,767.50 | $ 25,111.50 | $ 30,767.50 | $ 25,111.50 |
| 01/12/05 | 10/01/04 – 10/31/04 | $ 48,426.50 | $ 38,476.13 | $ 48,426.50 | $ 38,476.13 |
| 01/28/05 | 11/01/04 – 11/30/04 | $ 38,293.00 | $ 45,333.34 | $ 38,293.00 | $ 45,333.34 |
| 02/03/05 | 12/01/04 – 12/31/04 | $ 35,898.50 | $ 32,468.11 | $ 35,898.50 | $ 32,468.11 |
| 03/25/05 | 01/01/05 – 01/31/05 | $ 43,205.00 | $ 43,350.70 | $ 43,147.00[13] | $ 43,350.70 |
| 04/11/05 | 02/01/05 – 02/28/05 | $ 31,155.00 | $ 48,274.20 | $ 31,155.00 | $ 48,274.20 |
| 04/27/05 | 03/01/05 – 03/31/05 | $ 24,291.50 | $ 22,823.74 | $ 24,291.50 | $ 22,823.74 |
| 06/22/05 | 04/01/05 – 04/30/05 | $ 37,512.00 | $ 14,813.08 | $ 37,512.00 | $ 14,813.08 |
| 07/15/05 | 05/01/05 – 05/31/05 | $ 26,114.50 | $ 43,949.18 | $ 26,114.50 | $ 43,949.18 |
| 08/19/05 | 06/01/05 – 06/30/05 | $ 27,609.50 | $ 21,315.97 | $ 27,609.50 | $ 21,315.97 |
| 10/03/05 | 07/01/05 – 07/31/05 | $ 38,213.00 | $ 44,301.75 | $ 38,213.00 | $ 44,301.75 |

[9] In the Court's Order approving quarterly fee applications for the Seventh Period, the Court approved $61,582.00 for fees which reflects a reduction of $144.00. For the purposes of this application, we have noted the reduction in the last month of that period.
[10] In the Court's Order approving quarterly fee applications for the Eighth Period, the Court approved $59,819.50 for fees which reflects a reduction of $112.50. For the purposes of this application, we have noted the reduction in the last month of that period.
[11] Due to a clerical error, an incorrect amount was requested in the April 2003 fee application although the correct amount was requested in the Ninth Quarterly Fee Application. This amount reflects the correct amount on the bill attached to the April 2003 Fee Application.
[12] In the Court's Order approving quarterly fee applications for the Tenth Period, the Court approved $63,332.50 for fees which reflects a reduction of $23.50. For the purposes of this application, we have noted the reduction in the last month of that period.
[13] This amount reflects a reduction of $58.00 due to a billing error in the January 2005 Fee Application which resulted in an over-bill of $58.00.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 10/28/05 | 08/01/05 – 08/31/05 | $ 28,971.50 | $ 31,439.92 | $ 28,971.50 | $ 31,439.92 |
| 11/28/05 | 09/01/05 – 09/30/05 | $ 44,764.00 | $ 36,267.24 | $ 44,386.00[14] | $ 36,267.24 |
| 12/20/05 | 10/01/05 – 10/31/05 | $ 50,950.00 | $ 103,851.05 | $ 50,950.00 | $ 103,851.05 |
| 01/13/06 | 11/01/05 – 11/30/05 | $ 36,400.50 | $ 43,157.91 | $ 36,400.50 | $ 43,157.91 |
| 02/01/06 | 12/01/05 – 12/31/05 | $ 36,758.50 | $ 43,874.74 | $ 36,758.50 | $ 43,874.74 |
| 03/28/06 | 01/01/06 – 01/31/06 | $ 52,254.00 | $ 48,711.17 | $ 41,803.20 | $ 48,711.17 |
| 04/14/06 | 02/01/06 – 02/28/06 | $ 33,777.00 | $ 20,287.51 | $ 27,021.60 | $ 20,287.51 |
| 05/23/06 | 03/01/06 – 03/31/06 | $ 37,490.00 | $ 42,269.65 | $ 29,992.00 | $ 42,269.65 |
| 06/08/06 | 04/01/06 – 04/30/06 | $ 23,329.00 | $ 13,404.99 | $ 23,329.00 | $ 13,404.99 |
| 07/10/06 | 05/01/06 – 05/31/06 | $ 22,086.50 | $ 20,308.04 | $ 22,086.50 | $ 20,308.04 |
| 09/11/06 | 06/01/06 – 06/30/06 | $ 28,381.00 | $ 20,172.11 | $ 28,381.00 | $ 20,172.11 |
| 09/26/06 | 07/01/06 – 07/31/06 | $ 42,241.50 | $ 17,213.10 | $ 42,241.50 | $ 17,213.10 |
| 10/18/06 | 08/01/06 – 08/31/06 | $ 34,823.50 | $ 52,621.31 | $ 34,823.50 | $ 52,621.31 |
| 11/30/06 | 09/01/06 – 09/30/06 | $ 38,083.50 | $ 37,349.95 | $ 38,083.50 | $ 37,349.95 |
| 01/05/07 | 10/01/06 – 10/31/06 | $ 46,850.00 | $ 33,686.75 | $ 46,850.00 | $ 33,686.75 |
| 01/16/07 | 11/01/06 – 11/30/06 | $ 58,085.50 | $ 46,386.50 | $ 58,085.50 | $ 46,386.50 |
| 01/29/07 | 12/01/06 – 12/31/06 | $ 68,530.75 | $ 75,908.53 | $ 68,530.75 | $ 75,908.53 |
| 03/14/07 | 01/01/07 – 01/31/07 | $ 48,436.00 | $ 37,841.07 | $ 48,436.00 | $ 37,841.07 |
| 04/10/07 | 02/01/07 – 02/28/07 | $ 50,806.00 | $ 56,496.93 | $ 50,806.00 | $ 56,496.93 |
| 05/30/07 | 03/01/07 – 03/31/07 | $ 73,009.50 | $ 50,234.71 | $ 73,009.50 | $ 50,234.71 |
| 06/21/07 | 04/01/07 – 04/30/07 | $ 66,798.50 | $ 33,725.68 | $ 66,798.50 | $ 33,725.68 |
| 07/26/07 | 05/01/07 – 05/31/07 | $ 76,830.00 | $ 51,572.69 | $ 76,830.00 | $ 51,572.69 |
| 08/13/07 | 06/01/07 – 06/30/07 | $ 58,121.75 | $ 59,565.35 | $ 58,121.75 | $ 59,565.35 |
| 09/27/07 | 07/01/07 – 07/31/07 | $ 59,295.25 | $ 47,248.88 | $ 59,295.25 | $ 47,248.88 |
| 10/29/07 | 08/01/07 – 08/31/07 | $ 47,800.00 | $ 37,403.65 | $ 47,800.00 | $ 37,403.65 |
| 12/10/07 | 09/01/07 – 09/30/07 | $ 30,816.50 | $ 44,491.86 | $ 30,191.00[15] | $ 44,491.86 |
| 01/07/08 | 10/01/07 – 10/31/07 | $ 46,538.50 | $ 74,986.20 | $ 46,538.50 | $ 74,986.20 |
| 01/14/08 | 11/01/07 – 11/30/07 | $ 43,130.00 | $ 30,908.27 | $ 43,130.00 | $ 30,908.27 |
| 01/24/08 | 12/01/07 – 12/31/07 | $ 37,358.00 | $ 35,631.22 | $ 37,358.00 | $ 35,631.22 |
| 04/03/08 | 01/01/08 – 01/31/08 | $ 64,549.00 | $ 30,696.23 | $ 64,549.00 | $ 30,696.23 |
| 04/21/08 | 02/01/08 – 02/28/08 | $ 45,108.00 | $ 42,260.40[16] | $ 45,108.00 | $ 45,260.40 |
| 05/19/08 | 03/01/08 – 03/31/08 | $ 56,820.50 | $ 34,316.25 | $ 56,705.00[17] | $ 34,316.25 |
| 06/11/08 | 04/01/08 – 04/30/08 | $ 55,454.00 | $ 37,166.47 | $ 55,454.00 | $ 37,166.47 |

[14] In the Court's Order approving quarterly fee applications for the Eighteenth Period, the Court approved $111,570.50 for fees which reflects a reduction of $378.00. For the purposes of this application, we have noted the reduction in the last month of that period.

[15] In the Court's Order approving quarterly fee applications for the Twenty-Sixth Period, the Court approved $137,286.25 for fees which reflects a reduction of $625.50. For the purposes of this application, we have noted the reduction in the last month of that period.

[16] Due to a clerical error, an incorrect amount was requested for the expenses in the February 2008 fee application. This amount reflects the correct amount on the bill attached to the February 2008 Fee Application. The correct amount was used in the Twenty-Eighth Quarterly Fee Application.

[17] In the Court's Order approving quarterly fee applications for the Twenty-Eighth Period, the Court approved $166,362.00 for fees which reflects a reduction of $115.50. For the purposes of this application, we have noted the reduction in the last month of that period.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 07/22/08 | 05/01/08 – 05/31/08 | $ 58,966.50 | $ 57,918.40 | $ 58,966.50 | $ 57,918.40 |
| 09/08/08 | 06/01/08 – 06/30/08 | $ 50,398.50 | $ 21,811.39 | $ 50,398.50[18] | $ 21,811.39 |
| 10/06/08 | 07/01/08 – 07/31/08 | $ 39,130.00 | $ 17,128.61 | $ 39,130.00 | $ 17,128.61 |
| 11/13/08 | 08/01/08 – 08/31/08 | $ 56,001.00 | $ 27,354.65 | $ 56,001.00 | $ 27,354.65 |
| 12/12/08 | 09/01/08 – 09/30/08 | $ 58,093.00 | $ 44,691.35 | $ 58,093.00 | $ 44,691.35 |
| 12/23/08 | 10/01/08 – 10/31/08 | $ 46,731.50 | $ 38,800.84 | $ 46,731.50 | $ 38,800.84 |
| 01/26/09 | 11/01/08 – 11/30/08 | $ 46,403.50 | $ 64,553.04 | $ 46,403.50 | $ 64,553.04 |
| 02/02/09 | 12/01/08 – 12/31/08 | $ 32,219.50 | $ 27,822.32 | $ 32,219.50 | $ 27,822.32 |
| 03/16/09 | 01/01/09 – 01/31/09 | $ 41,936.00 | $ 20,299.51 | $ 41,936.00 | $ 20,299.51 |
| 04/16/09 | 02/01/09 – 02/28/09 | $ 41,657.00 | $ 61,986.07 | $ 41,657.00 | $ 61,986.07 |
| 05/28/09 | 03/01/09 – 03/31/09 | $ 51,084.00 | $ 51,311.89 | $ 51,084.00 | $ 51,311.89 |
| 07/02/09 | 04/01/09 – 04/30/09 | $ 43,256.50 | $ 37,702.45 | $ 43,256.50 | $ 37,702.45 |
| 07/13/09 | 05/01/09 – 05/31/09 | $ 40,151.50 | $ 54,233.58 | $ 40,151.50 | $ 54,233.58 |
| 08/28/09 | 06/01/09 – 06/30/09 | $ 70,308.75 | $ 45,620.00 | $ 70,136.75[19] | $ 45,620.00 |
| 09/23/09 | 07/01/09 – 07/31/09 | $ 63,523.00 | $ 46,872.03 | $ 63,523.00 | $ 46,872.03 |
| 11/18/09 | 08/01/09 – 08/31/09 | $ 96,237.50 | $ 87,635.51 | $ 96,237.50 | $ 87,635.51 |
| 01/04/10 | 09/01/09 – 09/30/09 | $ 91,703.75 | $ 60,811.25 | $ 91,660.75[20] | $ 60,811.25 |
| 01/26/10 | 10/01/09 – 10/31/09 | $ 60,418.50 | $ 43,672.01 | $ 48,334.80 | $ 43,672.01 |
| 02/01/10 | 11/01/09 – 11/30/09 | $ 41,014.50 | $ 43,579.44 | $ 32,811.60 | $ 43,579.44 |
| 02/03/10 | 12/01/09 – 12/31/09 | $ 35,879.50 | $ 40,986.26 | $ 28,703.60 | $ 40,986.26 |
| 04/15/10 | 01/01/10 – 01/31/10 | $ 25,612.00 | $ 5,644.96 | $ 20,489.60 | $ 5,644.96 |
| 06/11/10 | 02/01/10 – 02/28/10 | $ 37,587.50 | $ 33,213.19 | $ 30,070.00 | $ 33,213.19 |
| 07/08/10 | 03/01/10 – 03/31/10 | $ 46,034.00 | $ 48,879.82 | $ 36,827.20 | $ 48,879.82 |
| 08/02/10 | 04/01/10 – 04/30/10 | $ 32,883.00 | $ 23,142.50 | $ 26,306.40 | $ 23,142.50 |
| 08/09/10 | 05/01/10 – 05/31/10 | $ 26,764.50 | $ 19,750.85 | $ 21,411.60 | $ 19,750.85 |
| 09/07/10 | 06/01/10 – 06/30/10 | $ 29,903.00 | $ 40,369.91 | $ 23,922.40 | $ 40,369.91 |
| 10/29/10 | 07/01/10 – 07/31/10 | $ 26,342.50 | $ 12,679.56 | $ 21,074.00 | $ 12,679.56 |
| 11/18/10 | 08/01/10 – 08/31/10 | $ 27,390.00 | $ 32,330.18 | Pending | Pending |

[18] In the Court's Order approving quarterly fee applications for the Twenty-Ninth Period, the Court approved $164,715.80 for fees which reflects a reduction of $103.20. For the purposes of this application, we have noted the reduction in the last month of that period.

[19] In the Court's Order approving quarterly fee applications for the Thirtieth Period, the Court approved $153,544.75 for fees which reflects a reduction of $172.00. For the purposes of this application, we have noted the reduction in the last month of that period.

[20] In the Court's Order approving quarterly fee applications for the Thirty-First Period, the Court approved $251,421.25 for fees which reflects a reduction of $43.00. For the purposes of this application, we have noted the reduction in the last month of that period.

## PSZ&J PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Laura Davis Jones | Partner 2000; Member of DE Bar since 1986 | $855.00 | 0.60 | $ 513.00 |
| James E. O'Neill | Partner 2005; Member of DE Bar since 2001; Member of PA Bar since 1985 | $625.00 | 16.80 | $10,500.00 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $515.00 | 3.00 | $ 1,545.00 |
| Kathleen P. Makowski | Of Counsel 2008; Member of PA Bar since 1996; Member of DE Bar since 1997 | $450.00 | 7.30 | $ 3,285.00 |
| Patricia E. Cuniff | Paralegal 2000 | $225.00 | 27.70 | $ 6,232.50 |
| Karina K. Yee | Paralegal 2000 | $225.00 | 1.00 | $ 225.00 |
| Louise R. Tuschak | Paralegal 2000 | $225.00 | 3.00 | $ 675.00 |
| Margaret L. Oberholzer | Paralegal 2000 | $220.00 | 32.30 | $ 7,106.00 |
| Cheryl A. Knotts | Paralegal 2000 | $215.00 | 2.50 | $ 537.50 |
| Sheryle L. Pitman | Case Management Assistant 2001 | $150.00 | 19.80 | $ 2,970.00 |
| Beatrice M. Koveleski | Case Management Assistant 2009 | $150.00 | 2.00 | $ 300.00 |
| Dina K. Whaley | Case Management Assistant 2010 | $150.00 | 1.50 | $ 225.00 |
| Karen S. Neil | Case Management Assistant 2003 | $140.00 | 1.80 | $ 252.00 |

**Total Fees:** $  34,366.00
**Total Hours:**        119.30
**Blended Rate:** $      288.06

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Asset Disposition | 0.50 | $   225.00 |
| Case Administration | 42.40 | $ 7,789.50 |
| WRG-Claim Analysis (Asbestos) | 1.40 | $   450.00 |
| WRG-Claim Analysis | 5.90 | $ 2,346.50 |
| WRG-Employ. App., Others | 3.20 | $ 1,057.50 |
| WRG-Fee Apps., Applicant | 8.80 | $ 3,359.50 |
| WRG-Fee Applications, Others | 43.30 | $13,706.00 |
| Litigation (Non-Bankruptcy) | 12.30 | $ 4,814.50 |
| Operations | 1.50 | $   617.50 |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Conference Call | CourtCall | $       30.00 |
| Delivery/Courier Service | Tristate | $ 5,502.95 |
| Express Mail | DHL and Federal Express | $   839.26 |
| Fax Transmittal | Outgoing only | $ 3,494.00 |
| Outside Services | Digital Legal Services | $ 8,569.80 |
| Court Research | Pacer | $   353.76 |
| Postage | US Mail | $ 6,180.54 |
| Reproduction Expense | | $14,427.50 |
| Reproduction/ Scan Copy | | $ 1,409.10 |

WHEREFORE, PSZ&J respectfully requests that, for the period September 1, 2010 through September 30, 2010, an interim allowance be made to PSZ&J for compensation in the amount of $34,366.00 and actual and necessary expenses in the amount of $40,806.91 for a total allowance of $75,172.91; payment of $27,492.80 (80% of the allowed fees) and reimbursement of $40,806.91 (100% of the allowed expenses) be authorized for a total payment of $68,299.71; and for such other and further relief as this Court may deem just and proper.

Dated: December 3, 2010

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for Debtors and Debtors in Possession

# VERIFICATION

STATE OF DELAWARE     :
                                          :
COUNTY OF NEW CASTLE  :

Laura Davis Jones, after being duly sworn according to law, deposes and says:

a)     I am a partner with the applicant law firm Pachulski Stang Ziehl & Jones

LLP, and have been admitted to appear before this Court.

b)     I am familiar with the work performed on behalf of the Debtors by the

lawyers and paraprofessionals of PSZ&J.

c)     I have reviewed the foregoing Application and the facts set forth therein

are true and correct to the best of my knowledge, information and belief.  Moreover, I have

reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C.

§§105(a) and 331 Establishing Revised Procedures for Interim Compensation and

Reimbursement of Expenses for Professionals and Official Committee Members, signed April

17; 2002, and submit that the Application substantially complies with such Rule and Order.

                                                                  Laura Davis Jones

SWORN AND SUBSCRIBED
before me this 6th day of _____, 2010.

Notary Public
My Commission Expires: Aug 18, 2011

DEBRA L. YOUNG
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 13, 2011

# EXHIBIT A

# PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

September 30, 2010

Invoice Number **92000**    **91100  00001**    **LDJ**

Mark Shelnitz, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

| | |
|---|---:|
| Balance forward as of last invoice, dated:  August 31, 2010 | $111,850.81 |
| Net balance forward | $111,850.81 |

Re:  W.R. Grace and Co.

**Statement of Professional Services Rendered Through**    **09/30/2010**

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Asset Disposition [B130]** | | | | | |
| 09/21/10 | KPM | Draft emails to R. Higgins regarding Project Mallard notice | 0.20 | 450.00 | $90.00 |
| 09/27/10 | KPM | Telephone call from D. Carrigan regarding asset purchase inquiry | 0.10 | 450.00 | $45.00 |
| 09/27/10 | KPM | Draft emails to R. Higgins regarding asset purchase inquiry | 0.20 | 450.00 | $90.00 |
| | **Task Code Total** | | **0.50** | | **$225.00** |
| **Case Administration [B110]** | | | | | |
| 09/01/10 | PEC | Update critical dates | 0.60 | 225.00 | $135.00 |
| 09/01/10 | PEC | Review docket | 0.20 | 225.00 | $45.00 |
| 09/01/10 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 225.00 | $45.00 |
| 09/01/10 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.20 | 150.00 | $30.00 |
| 09/01/10 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.20 | 150.00 | $30.00 |
| 09/02/10 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 225.00 | $67.50 |
| 09/02/10 | PEC | Update critical dates | 0.50 | 225.00 | $112.50 |
| 09/02/10 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.10 | 150.00 | $15.00 |
| 09/02/10 | JEO | Review monthly operating report for July 2010 | 0.40 | 625.00 | $250.00 |

**Invoice number 92000**     91100  00001                                   **Page  2**

| | | | | | |
|---|---|---|---|---|---|
| 09/03/10 | CAK | Review documents and organize to file. | 0.10 | 215.00 | $21.50 |
| 09/03/10 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 225.00 | $45.00 |
| 09/03/10 | PEC | Review docket | 0.20 | 225.00 | $45.00 |
| 09/03/10 | PEC | Update critical dates | 0.20 | 225.00 | $45.00 |
| 09/03/10 | KSN | Prepare hearing binders for 9/13/10 hearing. | 0.50 | 140.00 | $70.00 |
| 09/03/10 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.20 | 150.00 | $30.00 |
| 09/03/10 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.10 | 150.00 | $15.00 |
| 09/07/10 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 225.00 | $67.50 |
| 09/07/10 | PEC | Review docket | 0.20 | 225.00 | $45.00 |
| 09/07/10 | PEC | Update critical dates | 0.20 | 225.00 | $45.00 |
| 09/07/10 | SLP | Maintain docket control. | 2.30 | 150.00 | $345.00 |
| 09/07/10 | MLO | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 220.00 | $44.00 |
| 09/07/10 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 150.00 | $15.00 |
| 09/07/10 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.10 | 150.00 | $15.00 |
| 09/08/10 | SLP | Maintain docket control. | 3.30 | 150.00 | $495.00 |
| 09/08/10 | KSN | Prepare hearing binders for 9/13/10 hearing. | 0.30 | 140.00 | $42.00 |
| 09/08/10 | MLO | Review daily correspondence and pleadings and forward to the appropriate parties | 0.10 | 220.00 | $22.00 |
| 09/08/10 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 150.00 | $15.00 |
| 09/08/10 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 225.00 | $67.50 |
| 09/09/10 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 225.00 | $67.50 |
| 09/09/10 | PEC | Review docket | 0.20 | 225.00 | $45.00 |
| 09/09/10 | PEC | Update critical dates | 0.80 | 225.00 | $180.00 |
| 09/09/10 | SLP | Maintain docket control. | 1.30 | 150.00 | $195.00 |
| 09/09/10 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 150.00 | $15.00 |
| 09/09/10 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.20 | 150.00 | $30.00 |
| 09/10/10 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 225.00 | $45.00 |
| 09/10/10 | PEC | Review docket | 0.20 | 225.00 | $45.00 |
| 09/10/10 | PEC | Update critical dates | 0.40 | 225.00 | $90.00 |
| 09/10/10 | SLP | Maintain docket control. | 2.00 | 150.00 | $300.00 |
| 09/13/10 | CAK | Review document and organize to file | 0.10 | 215.00 | $21.50 |
| 09/13/10 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 225.00 | $45.00 |
| 09/13/10 | PEC | Update critical dates | 0.30 | 225.00 | $67.50 |
| 09/13/10 | PEC | Review daily correspondence and pleadings and forward to | 0.30 | 225.00 | $67.50 |

|  |  | the appropriate parties |  |  |  |
|---|---|---|---|---|---|
| 09/13/10 | SLP | Maintain docket control. | 1.30 | 150.00 | $195.00 |
| 09/13/10 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 150.00 | $15.00 |
| 09/13/10 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.10 | 150.00 | $15.00 |
| 09/14/10 | PEC | Review docket | 0.20 | 225.00 | $45.00 |
| 09/14/10 | PEC | Update critical dates | 0.60 | 225.00 | $135.00 |
| 09/14/10 | MLO | Review daily correspondence and pleadings and forward to the appropriate parties | 0.10 | 220.00 | $22.00 |
| 09/14/10 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 150.00 | $15.00 |
| 09/15/10 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 225.00 | $67.50 |
| 09/15/10 | PEC | Review docket | 0.10 | 225.00 | $22.50 |
| 09/15/10 | PEC | Update critical dates | 0.60 | 225.00 | $135.00 |
| 09/15/10 | SLP | Maintain docket control. | 1.00 | 150.00 | $150.00 |
| 09/15/10 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 150.00 | $15.00 |
| 09/16/10 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 225.00 | $45.00 |
| 09/16/10 | PEC | Update critical dates | 0.30 | 225.00 | $67.50 |
| 09/17/10 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 225.00 | $67.50 |
| 09/17/10 | PEC | Review docket | 0.10 | 225.00 | $22.50 |
| 09/17/10 | PEC | Update critical dates | 0.60 | 225.00 | $135.00 |
| 09/17/10 | SLP | Maintain docket control. | 2.00 | 150.00 | $300.00 |
| 09/17/10 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 150.00 | $15.00 |
| 09/17/10 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.10 | 150.00 | $15.00 |
| 09/20/10 | PEC | Update critical dates | 0.20 | 225.00 | $45.00 |
| 09/20/10 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 225.00 | $45.00 |
| 09/20/10 | PEC | Review docket | 0.10 | 225.00 | $22.50 |
| 09/20/10 | SLP | Maintain docket control. | 1.00 | 150.00 | $150.00 |
| 09/20/10 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 150.00 | $15.00 |
| 09/20/10 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.10 | 150.00 | $15.00 |
| 09/21/10 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 225.00 | $67.50 |
| 09/21/10 | PEC | Review docket | 0.20 | 225.00 | $45.00 |
| 09/21/10 | PEC | Update critical dates | 0.20 | 225.00 | $45.00 |
| 09/21/10 | SLP | Maintain docket control. | 1.00 | 150.00 | $150.00 |
| 09/21/10 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 150.00 | $15.00 |
| 09/22/10 | PEC | Update critical dates | 0.20 | 225.00 | $45.00 |

**Invoice number 92000**          91100   00001                                **Page 4**

| Date | Init | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 09/22/10 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 225.00 | $67.50 |
| 09/22/10 | SLP | Maintain docket control. | 1.00 | 150.00 | $150.00 |
| 09/22/10 | MLO | Review daily correspondence and pleadings and forward to the appropriate parties | 0.10 | 220.00 | $22.00 |
| 09/22/10 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 150.00 | $15.00 |
| 09/23/10 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 150.00 | $15.00 |
| 09/23/10 | CAK | Review document and organize to file. | 0.10 | 215.00 | $21.50 |
| 09/23/10 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 225.00 | $67.50 |
| 09/23/10 | PEC | Review docket | 0.10 | 225.00 | $22.50 |
| 09/23/10 | MLO | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 220.00 | $44.00 |
| 09/23/10 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.10 | 150.00 | $15.00 |
| 09/24/10 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 225.00 | $67.50 |
| 09/24/10 | PEC | Update critical dates | 0.30 | 225.00 | $67.50 |
| 09/24/10 | SLP | Maintain docket control. | 1.30 | 150.00 | $195.00 |
| 09/24/10 | MLO | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 220.00 | $66.00 |
| 09/24/10 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.20 | 150.00 | $30.00 |
| 09/27/10 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 225.00 | $67.50 |
| 09/27/10 | PEC | Review docket | 0.20 | 225.00 | $45.00 |
| 09/27/10 | PEC | Update critical dates | 0.20 | 225.00 | $45.00 |
| 09/27/10 | SLP | Maintain docket control. | 1.00 | 150.00 | $150.00 |
| 09/27/10 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.20 | 150.00 | $30.00 |
| 09/28/10 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 225.00 | $45.00 |
| 09/28/10 | PEC | Review docket | 0.10 | 225.00 | $22.50 |
| 09/28/10 | PEC | Update critical dates | 0.30 | 225.00 | $67.50 |
| 09/28/10 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.10 | 150.00 | $15.00 |
| 09/29/10 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 225.00 | $67.50 |
| 09/29/10 | PEC | Update critical dates | 0.60 | 225.00 | $135.00 |
| 09/29/10 | MLO | Review daily correspondence and pleadings and forward to the appropriate parties | 0.10 | 220.00 | $22.00 |
| 09/29/10 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 150.00 | $15.00 |
| 09/29/10 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.10 | 150.00 | $15.00 |
| 09/30/10 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 225.00 | $67.50 |

**Invoice number 92000**    91100   00001                                  **Page 5**

| 09/30/10 | PEC | Update critical dates | 0.40 | 225.00 | $90.00 |
|---|---|---|---|---|---|
| 09/30/10 | SLP | Maintain docket control. | 1.30 | 150.00 | $195.00 |
| 09/30/10 | KSN | Prepare hearing binders for 10/18/10 hearing. | 1.00 | 140.00 | $140.00 |
| 09/30/10 | MLO | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 220.00 | $66.00 |
| 09/30/10 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.20 | 150.00 | $30.00 |
| | | **Task Code Total** | **42.40** | | **$7,789.50** |

### WRG-Claim Analysis (Asbestos)

| 09/20/10 | KPM | Review and respond to email from R. Higgins regarding filing and service of Seaboard settlement motion | 0.10 | 450.00 | $45.00 |
|---|---|---|---|---|---|
| 09/20/10 | KPM | Draft email to Patricia Cuniff regarding filing and service of Seaboard settlement notice | 0.10 | 450.00 | $45.00 |
| 09/20/10 | KPM | Review and execute Seaboard II settlement notice | 0.10 | 450.00 | $45.00 |
| 09/29/10 | PEC | Draft Notice of Filing Federal Insurance Settlement Motion and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 225.00 | $180.00 |
| 09/29/10 | KPM | Review and respond to email from L. Esayian (Kirkland) regarding filing and service of Federal settlement motion | 0.10 | 450.00 | $45.00 |
| 09/29/10 | KPM | Draft email to Patricia Cuniff regarding filing and service of Federal settlement motion | 0.10 | 450.00 | $45.00 |
| 09/29/10 | KPM | Review and execute Federal settlement motion | 0.10 | 450.00 | $45.00 |
| | | **Task Code Total** | **1.40** | | **$450.00** |

### WRG Claim Analysis

| 09/07/10 | JEO | Review status of McGuire employee matter | 0.70 | 625.00 | $437.50 |
|---|---|---|---|---|---|
| 09/07/10 | KPM | Review and respond to email from P. Higgins regarding affidavit of service for McGuire settlement | 0.10 | 450.00 | $45.00 |
| 09/07/10 | KPM | Draft email to Patricia Cuniff regarding affidavit of service for McGuire claims | 0.10 | 450.00 | $45.00 |
| 09/08/10 | MLO | Review docket regarding objections to NC Tax settlement | 0.20 | 220.00 | $44.00 |
| 09/08/10 | KPM | Review and respond to emails from R. Higgins regarding any objections for North Carolina tax settlement | 0.20 | 450.00 | $90.00 |
| 09/08/10 | KPM | Draft emails to Lynzy Oberholzer regarding status of North Carolina tax settlement | 0.20 | 450.00 | $90.00 |
| 09/13/10 | PEC | Prepare Certification of Counsel Regarding Agreed Order Resolving Motion of James P. Mcguire for Reconsideration of Disallowance of Employee Claim No. 12926 and Withdraw same with Prejudice for filing and service | 0.40 | 225.00 | $90.00 |
| 09/13/10 | KPM | Review and respond to email from R. Higgins regarding certification of counsel for McGuire employee claim reconsideration | 0.10 | 450.00 | $45.00 |

**Invoice number 92000**     91100   00001                                    **Page 6**

| Date | | Description | | | |
|---|---|---|---|---|---|
| 09/13/10 | KPM | Review and execute certification of counsel for McGuire employee claim reconsideration | 0.10 | 450.00 | $45.00 |
| 09/20/10 | PEC | Prepare Claim Settlement Notice Regarding Claim No. 1926 for filing and service (.3); Draft Certificate of Service (.1) | 0.40 | 225.00 | $90.00 |
| 09/20/10 | KPM | Review and respond to email from R. Higgins regarding 2-page correction for employee claims motion exhibit | 0.10 | 450.00 | $45.00 |
| 09/21/10 | JEO | Email with R. Higgins regarding reviewed employee order | 0.30 | 625.00 | $187.50 |
| 09/23/10 | KPM | Draft emails to Patricia Cuniff regarding status of certification of counsel regarding employee claims disallowance order | 0.20 | 450.00 | $90.00 |
| 09/23/10 | KPM | Draft emails to R. Higgins regarding status of certification of counsel regarding employee claims disallowance order | 0.20 | 450.00 | $90.00 |
| 09/23/10 | PEC | Prepare Certification of Counsel Regarding Reinstatement of Certain Employee Claims for filing and service | 0.50 | 225.00 | $112.50 |
| 09/23/10 | JEO | Review status of employee order | 0.20 | 625.00 | $125.00 |
| 09/27/10 | KPM | Review and respond to email from Chambers regarding certification of counsel for employee claims order | 0.10 | 450.00 | $45.00 |
| 09/27/10 | KPM | Review and respond to emails from James E. O'Neill regarding certification of counsel for employee claims order | 0.20 | 450.00 | $90.00 |
| 09/27/10 | KPM | Review and respond to email from R. Higgins regarding certification of counsel for employee claims order | 0.10 | 450.00 | $45.00 |
| 09/29/10 | KPM | Telephone call with R. Higgins regarding certification of counsel and order on employee claims | 0.10 | 450.00 | $45.00 |
| 09/29/10 | PEC | Draft Notice of Withdrawal of Certification of Counsel Regarding Employee Claims (.2); Prepare for filing (.2) | 0.40 | 225.00 | $90.00 |
| 09/29/10 | KPM | Draft emails to James E. O'Neill and Patricia Cuniff regarding status of exhibits to employee claims order | 0.30 | 450.00 | $135.00 |
| 09/29/10 | KPM | Draft emails to R. Higgins regarding certification of counsel for revised order on employee claims | 0.20 | 450.00 | $90.00 |
| 09/29/10 | KPM | Draft email to Patricia Cuniff regarding withdrawal of original certification of counsel and order on employee claims | 0.10 | 450.00 | $45.00 |
| 09/29/10 | PEC | Prepare Certification of Counsel Regarding Reinstatement of Claims Inadvertently Disallowed in Order of July 3, 2010, Disallowing Certain Employee Claims for filing and service | 0.40 | 225.00 | $90.00 |
| | **Task Code Total** | | **5.90** | | **$2,346.50** |

### WRG-Employ. App., Others

| Date | | Description | | | |
|---|---|---|---|---|---|
| 09/07/10 | KPM | Draft email to James E. O'Neill regarding R. Higgins inquiry concerning retention of investment banker | 0.10 | 450.00 | $45.00 |
| 09/13/10 | PEC | Prepare Application to Employ/Retain Seale & Associates, Inc. as Financial Advisor to the Debtors and Authorizing the Debtors to (A) Enter Into Financial Advisor Engagement Letter; and (B) Pay Certain Fees and Expenses In Connection Therewith for filing and service | 0.60 | 225.00 | $135.00 |

**Invoice number 92000**     91100   00001                                **Page 7**

(.3); Draft Notice and Certificate of Service (.3)

| | | | | | |
|---|---|---|---|---|---|
| 09/13/10 | PEC | Prepare Motion Pursuant to Section 107 Authorizing the Debtors to File Unredacted Form of Seale Engagement Letter Under Seal for filing and service | 0.30 | 225.00 | $67.50 |
| 09/13/10 | KPM | Prepare documents from R. Higgins regarding Seale retention documents | 0.50 | 450.00 | $225.00 |
| 09/13/10 | KPM | Draft emails to R. Higgins regarding filing and service of Seale retention application | 0.20 | 450.00 | $90.00 |
| 09/13/10 | KPM | Review and respond to email from R. Higgins regarding filing and service of Seale retention documents | 0.10 | 450.00 | $45.00 |
| 09/15/10 | PEC | Draft Notice of Withdrawal of Debtors' Application for Order Authorizing Debtors to (A) Enter into Financial Advisor Engagement Letter; and (B) Pay Certain Fees and Expenses in Connection Therewith (.2); Prepare for filing and service (.2) | 0.40 | 225.00 | $90.00 |
| 09/15/10 | PEC | Draft Notice of Withdrawal of Debtors' Motion Pursuant to Section 107 Authorizing Debtors to File Unredacted Form of Seale Engagement Letter Under Seal (.2); Prepare for filing and service (.2) | 0.40 | 225.00 | $90.00 |
| 09/15/10 | KPM | Telephone call with R. Higgins regarding withdrawal of Seale retention documents | 0.10 | 450.00 | $45.00 |
| 09/15/10 | KPM | Review and respond to emails from R. Higgins regarding withdrawal of Seale retention documents | 0.20 | 450.00 | $90.00 |
| 09/15/10 | KPM | Draft emails to Patricia Cuniff regarding withdrawal of Seale retention documents | 0.20 | 450.00 | $90.00 |
| 09/15/10 | KPM | Review and respond to email from Janet Baer regarding withdrawal of Seale retention documents | 0.10 | 450.00 | $45.00 |

|  |  |  |
|---|---|---|
| **Task Code Total** | 3.20 | $1,057.50 |

**WRG-Fee Apps., Applicant**

| | | | | | |
|---|---|---|---|---|---|
| 09/01/10 | MLO | Draft and coordinate filing of certification of no objection regarding June 2010 fee application of PSZ&J (.2); prepare and coordinate service of same (.2) | 0.40 | 220.00 | $88.00 |
| 09/02/10 | WLR | Draft June 2010 fee application | 0.40 | 515.00 | $206.00 |
| 09/02/10 | WLR | Prepare June 2010 fee application | 0.40 | 515.00 | $206.00 |
| 09/02/10 | WLR | Review and revise June 2010 fee application | 0.80 | 515.00 | $412.00 |
| 09/02/10 | PEC | Prepare July 2010 Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 225.00 | $112.50 |
| 09/03/10 | CAK | Review and edit June bill. | 0.40 | 215.00 | $86.00 |
| 09/03/10 | LDJ | Review and finalize interim fee application (June 2010) | 0.30 | 855.00 | $256.50 |
| 09/06/10 | CAK | Review and update June Fee Application. | 0.50 | 215.00 | $107.50 |
| 09/07/10 | CAK | Edit June Fee Application; coordinate posting, filing and service of same. | 0.20 | 215.00 | $43.00 |
| 09/07/10 | MLO | Prepare June 2010 Monthly Fee Application of PSZ&J for filing and service (.2); prepare and coordinate service re: same (.2); coordinate filing of same (.1) | 0.50 | 220.00 | $110.00 |
| 09/07/10 | JEO | Review PSZ&J June 2010 fee application | 0.20 | 625.00 | $125.00 |

**Invoice number 92000**      91100  00001                                    **Page 8**

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/09/10 | WLR | Prepare July 2010 fee application | 0.50 | 515.00 | $257.50 |
| 09/10/10 | CAK | Update spreadsheet with amounts requested in 37th Quarterly Fee Application; prepare exhibits to same. | 0.40 | 215.00 | $86.00 |
| 09/10/10 | CAK | Review and update 37th Quarterly Fee Application. | 0.50 | 215.00 | $107.50 |
| 09/10/10 | WLR | Review correspondence from Liliana Gardiazabal re July 2010 fee application | 0.10 | 515.00 | $51.50 |
| 09/11/10 | LDJ | Review and finalize thirty-seventh quarterly fee application | 0.30 | 855.00 | $256.50 |
| 09/13/10 | CAK | Edit 37th Quarterly Fee Application; coordinate filing and service of same. | 0.20 | 215.00 | $43.00 |
| 09/13/10 | LT | Research and draft notice, then file and serve the 37th quarterly application for PSZ&J | 0.80 | 225.00 | $180.00 |
| 09/13/10 | JEO | Review quarterly fee application for PSZ&J | 0.20 | 625.00 | $125.00 |
| 09/20/10 | WLR | Review and revise 38th quarterly fee application | 0.80 | 515.00 | $412.00 |
| 09/28/10 | MLO | Draft and coordinate filing of certification of no objection regarding June 2010 fee application of PSZ&J (.2); prepare and coordinate service of same (.2) | 0.40 | 220.00 | $88.00 |
| | **Task Code Total** | | **8.80** | | **$3,359.50** |

**WRG-Fee Applications, Others**

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/01/10 | JEO | Review Foley Hoag July 2010 fee application | 0.20 | 625.00 | $125.00 |
| 09/01/10 | MLO | Prepare July 2010 Monthly Fee Application of Foley Hoag for filing and service (.2); prepare and coordinate service re: same (.2); coordinate filing of same (.1) | 0.50 | 220.00 | $110.00 |
| 09/01/10 | MLO | Correspondence with B. Ruhlander re: 36th quarterly fee charts | 0.10 | 220.00 | $22.00 |
| 09/01/10 | MLO | Draft and prepare certifications of counsel and order re: 36th quarterly fee hearing | 0.50 | 220.00 | $110.00 |
| 09/02/10 | JEO | Review Beveridge & Diamond July fee application | 0.20 | 625.00 | $125.00 |
| 09/02/10 | JEO | Review Casner Edwards quarterly fee application | 0.20 | 625.00 | $125.00 |
| 09/02/10 | JEO | Review Kaye Scholer July 2010 fee application | 0.20 | 625.00 | $125.00 |
| 09/02/10 | JEO | Prepare for fee hearing | 0.40 | 625.00 | $250.00 |
| 09/02/10 | MLO | Prepare July 2010 Monthly Fee Application of Kaye Scholer for filing and service (.2); prepare and coordinate service re: same (.2); coordinate filing of same (.1) | 0.50 | 220.00 | $110.00 |
| 09/02/10 | MLO | Prepare July 2010 Monthly Fee Application of Beveridge & Diamond for filing and service (.2); coordinate service re: same (.1); coordinate filing of same (.1) | 0.40 | 220.00 | $88.00 |
| 09/02/10 | MLO | Prepare 37th Quarterly Fee Application of Casner & Edwards for filing and service (.2); prepare and coordinate service re: same (.2); coordinate filing of same (.1); research and telephone call with M. Bouyear regarding same (.2) | 0.70 | 220.00 | $154.00 |
| 09/02/10 | MLO | Correspondence re: Kaye Scholer fee applications and research re: same | 0.40 | 220.00 | $88.00 |
| 09/03/10 | JEO | Review Fragomen March 2010 fee application | 0.20 | 625.00 | $125.00 |
| 09/03/10 | JEO | Review Fragomen July 2009 fee application | 0.20 | 625.00 | $125.00 |

Invoice number 92000          91100   00001          **Page  9**

| 09/03/10 | JEO | Review Fragomen June 2009 fee application | 0.20 | 625.00 | $125.00 |
| 09/03/10 | JEO | Review Fragomen April 2009 fee application | 0.20 | 625.00 | $125.00 |
| 09/03/10 | JEO | Review Fragomen March  2009 fee application | 0.20 | 625.00 | $125.00 |
| 09/03/10 | JEO | Review Fragomen February 2009 fee application | 0.20 | 625.00 | $125.00 |
| 09/03/10 | JEO | Review Fragomen January 2009 fee application | 0.20 | 625.00 | $125.00 |
| 09/03/10 | JEO | Review Fragomen December 2008 fee application | 0.20 | 625.00 | $125.00 |
| 09/03/10 | JEO | Review Fragomen November 2008 fee application | 0.20 | 625.00 | $125.00 |
| 09/03/10 | JEO | Review Fragomen October 2008 fee application | 0.20 | 625.00 | $125.00 |
| 09/03/10 | JEO | Review Fragomen February 2010 fee application | 0.20 | 625.00 | $125.00 |
| 09/03/10 | JEO | Review Fragomen January 2010 fee application | 0.20 | 625.00 | $125.00 |
| 09/03/10 | JEO | Review Fragomen December 2009 fee application | 0.20 | 625.00 | $125.00 |
| 09/03/10 | JEO | Review Fragomen November 2009 fee application | 0.20 | 625.00 | $125.00 |
| 09/03/10 | JEO | Review Fragomen October 2009 fee application | 0.20 | 625.00 | $125.00 |
| 09/03/10 | JEO | Review Fragomen September 2009 fee application | 0.20 | 625.00 | $125.00 |
| 09/03/10 | JEO | Review Fragomen August 2009 fee application | 0.20 | 625.00 | $125.00 |
| 09/03/10 | JEO | Review fee related document for fee hearing | 0.40 | 625.00 | $250.00 |
| 09/03/10 | MLO | Prepare December 2008 Monthly Fee Application of Fragomen for filing and service (.1); coordinate filing and service of same (.1) | 0.20 | 220.00 | $44.00 |
| 09/03/10 | MLO | Prepare January 2009 Monthly Fee Application of Fragomen for filing and service (.1); coordinate filing and service of same (.1) | 0.20 | 220.00 | $44.00 |
| 09/03/10 | MLO | Prepare February 2009 Monthly Fee Application of Fragomen for filing and service (.1); coordinate filing and service of same (.1) | 0.20 | 220.00 | $44.00 |
| 09/03/10 | MLO | Prepare March 2009 Monthly Fee Application of Fragomen for filing and service (.1); coordinate filing and service of same (.1) | 0.20 | 220.00 | $44.00 |
| 09/03/10 | MLO | Prepare April 2009 Monthly Fee Application of Fragomen for filing and service (.1); coordinate filing and service of same (.1) | 0.20 | 220.00 | $44.00 |
| 09/03/10 | MLO | Prepare June 2009 Monthly Fee Application of Fragomen for filing and service (.1); coordinate filing and service of same (.1) | 0.20 | 220.00 | $44.00 |
| 09/03/10 | MLO | Prepare July 2009 Monthly Fee Application of Fragomen for filing and service (.1); coordinate filing and service of same (.1) | 0.20 | 220.00 | $44.00 |
| 09/03/10 | MLO | Prepare August 2009 Monthly Fee Application of Fragomen for filing and service (.1); coordinate filing and service of same (.1) | 0.20 | 220.00 | $44.00 |
| 09/03/10 | MLO | Prepare September 2009 Monthly Fee Application of Fragomen for filing and service (.1); coordinate filing and service of same (.1) | 0.20 | 220.00 | $44.00 |
| 09/03/10 | MLO | Prepare October 2009 Monthly Fee Application of Fragomen for filing and service (.1); coordinate filing and service of same (.1) | 0.20 | 220.00 | $44.00 |
| 09/03/10 | MLO | Prepare November 2009 Monthly Fee Application of Fragomen for filing and service (.1); coordinate filing and service of same (.1) | 0.20 | 220.00 | $44.00 |
| 09/03/10 | MLO | Prepare December 2009 Monthly Fee Application of | 0.20 | 220.00 | $44.00 |

|  |  | Fragomen for filing and service (.1); coordinate filing and service of same (.1) |  |  |  |
|---|---|---|---|---|---|
| 09/03/10 | MLO | Prepare January 2010 Monthly Fee Application of Fragomen for filing and service (.1); coordinate filing and service of same (.1) | 0.20 | 220.00 | $44.00 |
| 09/03/10 | MLO | Prepare February 2010 Monthly Fee Application of Fragomen for filing and service (.1); coordinate filing and service of same (.1) | 0.20 | 220.00 | $44.00 |
| 09/03/10 | MLO | Work on certifications of counsel re: 36th quarterly fee hearing and finalize same (.4); discuss same, coordinate filing of same (.2); prepare and execute service of same (.2) | 0.80 | 220.00 | $176.00 |
| 09/03/10 | MLO | Correspond with J. O'Neill regarding fee applications | 0.10 | 220.00 | $22.00 |
| 09/03/10 | MLO | Correspond with S. Bettridge (Fragomen) regarding fee applications | 0.10 | 220.00 | $22.00 |
| 09/03/10 | MLO | Prepare October 2008 Monthly Fee Application of Fragomen for filing and service (.1); prepare and coordinate service re: same (.2); coordinate filing of same (.1) | 0.40 | 220.00 | $88.00 |
| 09/03/10 | MLO | Prepare November 2008 Monthly Fee Application of Fragomen for filing and service (.1); coordinate filing and service of same (.1) | 0.20 | 220.00 | $44.00 |
| 09/03/10 | JEO | Prepare March 2010 Monthly Fee Application of Fragomen for filing and service (.1); coordinate filing and service of same (.1) | 0.20 | 220.00 | $44.00 |
| 09/03/10 | MLO | Prepare October - December 2008 Quarterly Fee Application of Fragomen for filing and service (.1); prepare and coordinate service re: same (.2); coordinate filing of same (.1) | 0.40 | 220.00 | $88.00 |
| 09/03/10 | MLO | Prepare January - March 2009 Quarterly Fee Application of Fragomen for filing and service (.1); coordinate filing and service of same (.1) | 0.20 | 220.00 | $44.00 |
| 09/03/10 | MLO | Prepare April - June 2009 Quarterly Fee Application of Fragomen for filing and service (.1); coordinate filing and service of same (.1) | 0.20 | 220.00 | $44.00 |
| 09/03/10 | MLO | Prepare July - September 2009 Quarterly Fee Application of Fragomen for filing and service (.1); coordinate filing and service of same (.1) | 0.20 | 220.00 | $44.00 |
| 09/03/10 | MLO | Prepare October - December 2009 Quarterly Fee Application of Fragomen for filing and service (.1); coordinate filing and service of same (.1) | 0.20 | 220.00 | $44.00 |
| 09/03/10 | MLO | Prepare January - March 2010 Quarterly Fee Application of Fragomen for filing and service (.1); coordinate filing and service of same (.1) | 0.20 | 220.00 | $44.00 |
| 09/07/10 | JEO | Review Ogilvy & Renault July 2010 fee application | 0.20 | 625.00 | $125.00 |
| 09/07/10 | MLO | Correspondence to chambers regarding certifications of counsel re: 36th quarterly fees | 0.20 | 220.00 | $44.00 |
| 09/07/10 | MLO | Correspond with fee auditor re: Fragomen fee applications | 0.10 | 220.00 | $22.00 |
| 09/07/10 | MLO | Draft and coordinate filing of certification of no objection regarding May 2010 fee application of Steptoe (.2); prepare and coordinate service of same (.2) | 0.40 | 220.00 | $88.00 |
| 09/07/10 | MLO | Draft and coordinate filing of certification of no objection | 0.30 | 220.00 | $66.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | regarding June 2010 fee application of Steptoe (.2); coordinate service of same (.1) | | | |
| 09/07/10 | MLO | Prepare July 2010 Monthly Fee Application of Ogilvy Renault for filing and service (.2); coordinate service re: same (.1); coordinate filing of same (.1) | 0.40 | 220.00 | $88.00 |
| 09/08/10 | MLO | Draft and coordinate filing of certification of no objection regarding June 2010 fee application of Beveridge & Diamond (.2); prepare and coordinate service of same (.2) | 0.40 | 220.00 | $88.00 |
| 09/09/10 | JEO | Review Blackstone July 2010 fee application | 0.20 | 625.00 | $125.00 |
| 09/09/10 | JEO | Work on fee issues for 9/13 hearing (Canadian ZAI Counsel) | 0.80 | 625.00 | $500.00 |
| 09/09/10 | MLO | Prepare July 2010 Monthly Fee Application of Blackstone for filing and service (.2); prepare and coordinate service re: same (.2); coordinate filing of same (.1) | 0.50 | 220.00 | $110.00 |
| 09/10/10 | JEO | Work on amended fee documents and prepare for hearing | 0.60 | 625.00 | $375.00 |
| 09/10/10 | KPM | Review and execute Woodcock & Washburn's quarterly fee application | 0.10 | 450.00 | $45.00 |
| 09/10/10 | MLO | Prepare 37th Quarterly Fee Application of Woodcock Washburn for filing and service (.2); prepare and execute service re: same (.2); coordinate filing of same (.1) | 0.50 | 220.00 | $110.00 |
| 09/10/10 | MLO | Draft revised certification of counsel re: 36th quarterly fee order and correspondence re: same (.4); discuss, finalize and file same (.2) prepare and execute service of same (.2); prepare and coordinate filing of affidavit of service re: same (.1) | 0.90 | 220.00 | $198.00 |
| 09/13/10 | LT | Research then file and serve the July fee application for Woodcock Washburn | 0.60 | 225.00 | $135.00 |
| 09/13/10 | JEO | Review Woodcock Washburn fee application | 0.20 | 625.00 | $125.00 |
| 09/14/10 | JEO | Review Day Pitney July 2010 fee application | 0.20 | 625.00 | $125.00 |
| 09/14/10 | JEO | Review Casner & Edwards July 2010 fee application | 0.20 | 625.00 | $125.00 |
| 09/14/10 | MLO | Prepare July 2010 Monthly Fee Application of Day Pitney for filing and service (.2); prepare and coordinate service re: same (.2); coordinate filing of same (.1) | 0.50 | 220.00 | $110.00 |
| 09/14/10 | MLO | Prepare July 2010 Monthly Fee Application of Casner & Edwards for filing and service (.2); coordinate service re: same (.1); coordinate filing of same (.1) | 0.40 | 220.00 | $88.00 |
| 09/16/10 | JEO | Review Blackstone quarterly fee application | 0.20 | 625.00 | $125.00 |
| 09/16/10 | MLO | Prepare 33rd Quarterly Fee Application of Blackstone for filing and service (.2); prepare and coordinate service re: same (.2); coordinate filing of same (.1) | 0.50 | 220.00 | $110.00 |
| 09/17/10 | MLO | Draft and coordinate filing of certification of no objection regarding November 2009 fee application of Deloitte Tax (.2); prepare and coordinate service of same (.2) | 0.40 | 220.00 | $88.00 |
| 09/17/10 | MLO | Draft and coordinate filing of certification of no objection regarding December 2009 fee application of Deloitte Tax (.2); coordinate service of same (.1) | 0.30 | 220.00 | $66.00 |
| 09/17/10 | MLO | Draft and coordinate filing of certification of no objection regarding January 2010 fee application of Deloitte Tax (.2); coordinate service of same (.1) | 0.30 | 220.00 | $66.00 |
| 09/17/10 | MLO | Draft and coordinate filing of certification of no objection regarding February 2010 fee application of Deloitte Tax (.2); coordinate service of same (.1) | 0.30 | 220.00 | $66.00 |