IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: January 4, 2010 |

## SUMMARY APPLICATION OF KAYESCHOLER LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR INTELLECTUAL PROPERTY FOR W.R. GRACE & CO., ET AL., THROUGH THE MONTHLY PERIOD OF November 30, 2010

| | |
|---|---|
| Name *of Applicant*: | **Kaye Scholer LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention as Special Counsel for Intellectual Property | **Retention Order entered April 7, 2010** |
| Period for which compensation and reimbursement is sought | **November 1, 2010 - November 30, 2010** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$12,479.67** |
| Amount of Expense Reimbursement sought | **$ 16.62** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville, Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc., (f/k/a Dearborn International Holdings, Inc.,), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation Gracoal, Inc., Gracoal II, Inc., Guantica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc., (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Kaye Scholer LLP submits this application for fees and expenses for the month of November 2010. This is the seventh application for compensation for services that has been filed with the Bankruptcy Court by Kaye Scholer LLP. Previously, Kaye Scholer was appointed Ordinary Course Professional. On April 7, 2010, based on a motion made by Debtor on February 11, 2010, the Bankruptcy Court entered an order authorizing Kaye Scholer LLP to provide further services to Debtor as Special Counsel for Intellectual Property.

The monthly applications previously filed by Kaye Scholer LLP are shown in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 01/01/2010-05/31/2010 | July 2, 2010 | $74,212.84 | $26.58 |
| 06/01/2010-06/30/2010 | July 28, 2010 | $6,707.61 | 0.00 |
| 07/01/2010-07/31/2010 | August 11, 2010 | $17,395.49 | $5.60 |
| 08/01/2010-08/31/2010 | September 21, 2010 | $15,779.61 | 0.00 |
| 09/01/2010-09/30/2010 | October 20, 2010 | $17,440.92 | $0.40 |
| 10/01/2010-10/31/2010 | November 8, 2010 | $13,194.09 | $0.20 |

During this fee period, Kaye Scholer LLP provided intellectual property services in connection with various matters, which are detailed in the attached fee schedules for the matters, and a procedural matter relating to preparation of petitions for submission to this court.

The Kaye Scholer professional who rendered the legal services during the fee period is:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| John P. Rynkiewicz | Counsel | 1981 | Intellectual Property | $567.00 | 22.01 | $12,479.67 |

Total Fees: $12,496.29

**WHEREFORE,** Applicant respectfully requests (a) that an allowance be made to it, as fully described above, for (i) 80% of the amount of $12,496.29, for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee period (November 1, 2010-November 30, 2010), and (b) that the fees are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated: December 13, 2010

John P. Rynkiewicz
Kaye Scholer LLP
901 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 682-3671
jrynkiewicz@kayescholer.com

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co-Conn.                                    December 10, 2010
      7500 Grace Drive
      Columbia, Maryland 21004
      Attn: Robert A. Maggio, Chief Patent Counsel


**RE:** General                                          **Invoice#:** 654086
**Our File Number:** 63812/0001
**Client Reference:** 100062                              **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2010

---

|            |                                                                                 | Hours |
|------------|---------------------------------------------------------------------------------|-------|
| 11/02/2010 | Rynkiewicz, John P                                                               | 1.42  |
|            | Beginning of the month review of multiple GRACE matters, issues and status.     |       |
| 11/30/2010 | Rynkiewicz, John P                                                               | 1.25  |
|            | End of the month review and overview of multiple GRACE matters, outstanding issues and related work. |       |

Total Hours................ 2.67

Fees through 11/30/2010.................................... $1,513.89


\*--------------------------------TIME AND FEE SUMMARY-------------------------------\*

|                     | Rate     | Hours | Fees       |
|---------------------|----------|-------|------------|
| Rynkiewicz, John P  | $567.00  | 2.67  | $1,513.89  |
| Fees through 11/30/2010.............. | | 2.67 | $1,513.89 |

\*--------------------COSTS ADVANCED THROUGH 11/30/2010-------------------\*

| Duplicating |  | $1.40 |
|-------------|--|-------|

Total Costs through 11/30/2010......................... $1.40

KAYE SCHOLER LLP

TO:    W.R. Grace & Co-Conn.                                    December 10, 2010

RE: General                                                    Invoice#: 654086
**Our File Number:** 63812/0001
**Client Reference:** 100062                                    PAGE:    2

---

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 623145 | 01/28/2010 | $1,091.23 |
| 628636 | 03/31/2010 | 1,050.08 |
| 628637 | 03/31/2010 | 1,690.79 |
| 637193 | 06/30/2010 | 3,978.07 |
| 639770 | 07/28/2010 | 813.08 |
| 641101 | 08/10/2010 | 3,477.98 |
| 643967 | 09/09/2010 | 1,171.42 |
| 647685 | 10/18/2010 | 472.96 |
| 650334 | 11/04/2010 | 1,752.23 |
| Prior Balance Due........................................................................ | | $15,497.84 |

| | |
|---|---|
| Fees this Invoice.......................................................................... | $1,513.89 |
| Costs this Invoice........................................................................ | $1.40 |
| Total Due this Invoice................................................................ | $1,515.29 |
| Prior Balance Due (from above)................................................. | 15,497.84 |
| **TOTAL DUE**........................................................................... | **$17,013.13** |

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).
NET DUE UPON RECEIPT

# **K**AYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0001
Invoice Number: 654086
Total Amount Due: $17,013.13

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn                                   December 10, 2010
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.


RE: I. GRACE Trademarks                            Invoice#: 654087
**Our File Number:** 63812/0003
**Client Reference:** 100063                        **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2010

|  |  | **Hours** |
|---|---|---|
| 11/18/2010  Rynkiewicz, John P | | 2.50 |
| | Review issues, and revise outline of possible settlement terms. | |
| | Total Hours.................. | 2.50 |
| | Fees through 11/30/2010.................................... | $1,417.50 |

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 2.50 | $1,417.50 |
| Fees through 11/30/2010.............. | | 2.50 | $1,417.50 |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 623146 | 01/28/2010 | $406.98 |
| 628638 | 03/31/2010 | 435.46 |
| 628639 | 03/31/2010 | 605.56 |
| 637194 | 06/30/2010 | 1,485.54 |
| 639771 | 07/28/2010 | 349.27 |
| 643965 | 09/09/2010 | 453.60 |
| 647687 | 10/18/2010 | 481.95 |
| 650336 | 11/04/2010 | 1,793.64 |
| Prior Balance Due.................................................... | | $6,012.00 |

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                    December 10, 2010

**RE**: I. GRACE Trademarks                                **Invoice#**: 654087
**Our File Number**: 63812/0003
**Client Reference**: 100063                                **PAGE**:    2

| | |
|---|---:|
| Fees this Invoice............................................................. | $1,417.50 |
| Total Due this Invoice.................................................... | $1,417.50 |
| Prior Balance Due (from above)..................................... | 6,012.00 |
| **TOTAL DUE**............................................................ | **$7,429.50** |

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
  666 5th Avenue
  New York, New York 10103
  Attention: Yoannis Cepeda
  Telephone: 212.559.1980

  ABA Routing Number: 021000089
  Bank Identification Code/SWIFT Code: CITIUS33
  Account Name: Kaye Scholer LLP
  Account Number: 9981494431

  RE: W.R. Grace Trademarks
  Our File Number: 63812/0003
  Invoice Number: 654087
  Total Amount Due: $7,429.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn                           December 10, 2010
      6200 Whittemore Avenue
      Cambridge, Massachusetts  002140-169
      Attn: Craig K. Leon, Esq.


**RE: BIFLEX**                                    **Invoice#:** 654088
**Our File Number:** 63812/0104
**Client Reference:** 100112                      **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2010

|  |  | **Hours** |
|---|---|---|
| 11/04/2010  Rynkiewicz, John P | | 2.50 |
| Review files, opposition and work on proposed settlement. | | |
| | Total Hours................. | 2.50 |
| | Fees through 11/30/2010.................................... | $1,417.50 |

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 2.50 | $1,417.50 |
| Fees through 11/30/2010.............. | | 2.50 | $1,417.50 |

\*-----------------------COSTS ADVANCED THROUGH 11/30/2010-----------------------\*

| | |
|---|---|
| Messengers/Courier | $12.52 |
| Total Costs through 11/30/2010......................... | $12.52 |

| | |
|---|---|
| Fees this Invoice........................................................ | $1,417.50 |
| Costs this Invoice...................................................... | $12.52 |
| **Total Due this Invoice...............................................** | **$1,430.02** |

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0104
Invoice Number: 654088
Total Amount Due: $1,430.02

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co-Conn.                                      December 10, 2010
       7500 Grace Drive
       Columbia, Maryland 21004
       Attn: Robert A. Maggio, Chief Patent Counsel

**RE:** Davison FCC                                     **Invoice#:** 654094
**Our File Number:** 63812/3002
**Client Reference:** 100075                            **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2010

|  |  | **Hours** |
|---|---|---|
| 11/01/2010 | Rynkiewicz, John P | 0.75 |
|  | Review Grace issues in PHOENIX cross-market/multi-country searches; review emails and send comments to Grace re same. | |
|  | Total Hours................. | 0.75 |
|  | Fees through 11/30/2010.................................... $425.25 | |

\*-------------------------------TIME AND FEE SUMMARY-------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 0.75 | $425.25 |
| Fees through 11/30/2010............... | | 0.75 | $425.25 |

\*--------------------COSTS ADVANCED THROUGH 11/30/2010--------------------\*

| Duplicating | $2.70 |
|---|---|
| Total Costs through 11/30/2010......................... | $2.70 |

| Fees this Invoice........................................................................... | $425.25 |
|---|---|
| Costs this Invoice.......................................................................... | $2.70 |
| **Total Due this Invoice.............................................................** | **$427.95** |

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/3002
Invoice Number: 654094
Total Amount Due: $427.95

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co. - Conn.                                     December 10, 2010
      62 Whittemore Avenue
      Cambridge, Massachusetts  02140-1692
      Attn: Craig K. Leon, Esq.


**RE:** Massachusetts Div. Trademarks - General          **Invoice#:** 654092
**Our File Number:** 63812/2000
**Client Reference:** 100114                              **PAGE:**   1

===================================================================

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2010

===================================================================

|  |  | Hours |
|---|---|---|
| 11/01/2010 | Rynkiewicz, John P | 0.17 |
|  | Review Grace correspondence to Japanese agents re Japanese Reg. Nos. 4460402 and 4460393 and decision not to renew.  Review prior communications re same. |  |
|  | Total Hours................. | 0.17 |
|  | Fees through 11/30/2010.................................... | $96.39 |


\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 0.17 | $96.39 |
| Fees through 11/30/2010............... | | 0.17 | $96.39 |


| | |
|---|---|
| Fees this Invoice......................................................... | $96.39 |
| **Total Due this Invoice............................................** | **$96.39** |

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/2000
Invoice Number: 654092
Total Amount Due: $96.39

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · MENLO PARK · NEW YORK · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn                                December 10, 2010
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.

**RE:** Potential Trademark Oppositions                **Invoice#:** 654091
**Our File Number:** 63812/0112                              **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2010

|  |  | Hours |
|---|---|---|
| 11/22/2010 | Rynkiewicz, John P | 1.75 |
|  | Review matters of more concern and possibly headed towards opposition; review series of prior communications re same; assess issues, pros and cons of potential oppositions. |  |
| 11/23/2010 | Rynkiewicz, John P | 0.42 |
|  | Review Grace email and  GIFTS OF GRACE, Appln. Ser. No. 85/053,726 application; assess potential opposition concerns; review USPTO database and records re same. |  |
| 11/23/2010 | Rynkiewicz, John P | 1.25 |
|  | Review Grace email and correspondence from Uexkuell re potential opposition of MedGRACe mark in Germany; review Class 5 issues and Grace's rights; review older divested Grace business feed and fertilizer goods covered by Grace's German Class 5 reg., assess possible EC regs. as support; review SODASORB product and Davison subproduct lines. |  |
| 11/29/2010 | Rynkiewicz, John P | 0.75 |
|  | Review Grace correspondence and South African agents' letter re Trade Mark Application No 2006/28831 GRACE and settlement; review comments and recommendations of agents, any issues and possible remaining deadline to oppose; assess need to pursue or close files. |  |

Total Hours................. 4.17

Fees through 11/30/2010.................................... $2,364.39

**K**AYE SCHOLER LLP

TO:   W.R. Grace & Co.-Conn                                    December 10, 2010

**RE:** Potential Trademark Oppositions                    **Invoice#:** 654091
**Our File Number:** 63812/0112                                **PAGE:**   2

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 4.17 | $2,364.39 |
| Fees through 11/30/2010............... | | 4.17 | $2,364.39 |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 647693 | 10/18/2010 | $963.90 |
| 650352 | 11/04/2010 | 2,313.36 |
| Prior Balance Due........................................................... | | $3,277.26 |

| | |
|---|---|
| Fees this Invoice........................................................... | $2,364.39 |
| Total Due this Invoice................................................. | $2,364.39 |
| Prior Balance Due (from above).................................. | 3,277.26 |
| **TOTAL DUE**........................................................... | **$5,641.65** |

# **K**AYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## **WIRE TRANSFER INSTRUCTIONS**

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0112
Invoice Number: 654091
Total Amount Due: $5,641.65

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.

December 10, 2010

**RE:** Trademark Watches
**Our File Number:** 63812/0111

**Invoice#:** 654090
**PAGE:** 1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2010

| | | Hours |
|---|---|---|
| 11/01/2010 | Rynkiewicz, John P | 1.00 |
| | Review Grace email and watch report dated November 1, 2010, from Corsearch; review multiple marks; advise Grace re same and make recommendations re GRACEWORKS. | |
| 11/01/2010 | Rynkiewicz, John P | 0.67 |
| | Additional review and time re two GRACEWORKS marks, search terms, third party uses to advise Grace re issues and possible oppositions. | |
| 11/02/2010 | Rynkiewicz, John P | 1.00 |
| | Review multiple Grace notices and watch notices, check status and updates; overview re same. | |
| 11/16/2010 | Rynkiewicz, John P | 1.50 |
| | Review series of Grace emails, potential oppositions, notices; check deadlines in potential opposition matters. | |
| 11/23/2010 | Rynkiewicz, John P | 0.42 |
| | Review Grace email and Remfry Watch Re: Grace & Design, Appl. No. 1863987 in India; assess confusion and whether action is needed. | |

Total Hours................. 4.59

Fees through 11/30/2010.................................. $2,602.53

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 4.59 | $2,602.53 |
| Fees through 11/30/2010.............. | | 4.59 | $2,602.53 |

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                          December 10, 2010

**RE:** Trademark Watches                              **Invoice#:** 654090
**Our File Number:** 63812/0111                        **PAGE:**    2

---

*-------------------------------OUTSTANDING BALANCE-------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 647691 | 10/18/2010 | $802.87 |
| 650345 | 11/04/2010 | 1,842.75 |
| Prior Balance Due........................................................................... | | $2,645.62 |

| | |
|---|---|
| Fees this Invoice............................................................ | $2,602.53 |
| Total Due this Invoice..................................................... | $2,602.53 |
| Prior Balance Due (from above)................................... | 2,645.62 |
| **TOTAL DUE**.......................................................... | **$5,248.15** |

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0111
Invoice Number: 654090
Total Amount Due: $5,248.15

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn                                    December 10, 2010
       Legal Department
       7500 Grace Drive
       Columbia, Maryland 21044
       Attn: Robert A. Maggio, Esq.

**RE:** Special Counsel                                      **Invoice#:** 654089
**Our File Number:** 63812/0108
**Client Reference:** 100071                                 **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2010

| | | Hours |
|---|---|---|
| 11/01/2010 | Rynkiewicz, John P | 0.58 |
| | Review Grace fee Applications, document from Warren H. Smith & Associates, P.C. auditing firm) and issues; research billings and outline response. | |
| 11/09/2010 | Rynkiewicz, John P | 0.75 |
| | Prepare new Grace fee Application for bankruptcy attorneys; review matters, billings and totals. | |
| 11/11/2010 | Rynkiewicz, John P | 0.75 |
| | Work on response to Grace Fee Audit. | |
| 11/12/2010 | Rynkiewicz, John P | 0.75 |
| | Draft, revise and finalize Response to fee Auditor report. | |
| 11/15/2010 | Rynkiewicz, John P | 0.67 |
| | Work on Grace fee applications.; send to Delaware filing firm. | |
| 11/29/2010 | Rynkiewicz, John P | 0.83 |
| | Emails and send Grace Fee Application to Delaware bankruptcy attorneys/firm; tel conf with R. Woodruff of Grace re bills, payment status; review series of prior Fee Applications. | |
| 11/30/2010 | Rynkiewicz, John P | 0.33 |
| | Email to Delaware filing firm Tel conf with R. Woodruff re latest Grace fee applications; review bilss. | |

Total Hours................. 4.66

Fees through 11/30/2010.................................... $2,642.22

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                December 10, 2010

**RE:** Special Counsel                                   **Invoice#:** 654089
**Our File Number:** 63812/0108
**Client Reference:** 100071                              **PAGE:**   2

---

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 4.66 | $2,642.22 |
| Fees through 11/30/2010............... | | 4.66 | $2,642.22 |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 628642 | 03/31/2010 | $484.20 |
| 637196 | 06/30/2010 | 1,008.17 |
| 643961 | 09/09/2010 | 321.37 |
| 647689 | 10/18/2010 | 217.65 |
| 650341 | 11/04/2010 | 901.53 |
| Prior Balance Due........................................................... | | $2,932.92 |

| | |
|---|---|
| Fees this Invoice................................................ | $2,642.22 |
| Total Due this Invoice........................................ | $2,642.22 |
| Prior Balance Due (from above)................................. | 2,932.92 |
| **TOTAL DUE**........................................................ | **$5,575.14** |

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0108
Invoice Number: 654089
Total Amount Due: $5,575.14

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.