IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | **Related to Docket No. 25924** |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 14th day of December, 2010, I caused a copy of the following document to be served on the individuals on the attached service list via email; and on the 15th day of December, 2010, I caused a copy of the following document to be served on the individuals on the attached service list via hand delivery and federal express in the manner indicated:

**APPLICATION OF KAYESCHOLER LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR INTELLECTUAL PROPERTY FOR W.R. GRACE & CO., ET AL. THROUGH THE MONTHLY PERIOD OF NOVEMBER 30, 2010**

/s/ James E. O'Neill
James E. O'Neill (Bar No. 4042)

**Grace Monthly Fee Application Service List**
Case N. 01-1139 (JKF)
Doc. No. 45804v4
01 – Hand Delivery
02 – Federal Express
21 - E-Mail

*Hand Delivery*
(Trustee)
Office of the United States Trustee
David Klauder, Esquire
844 King Street, Suite 2311
Wilmington, DE 19801

*Federal Express and E-mail:*
*richard.finke@grace.com*
(Debtors)
Richard C. Finke, Esquire
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

*Federal Express and E-mail:*
*feeaudit@whsmithlaw.com*
(Fee Auditor)
Warren H. Smith
Warren H. Smith and Associates
Republic Center
325 N. St. Paul, Suite 1250
Dallas, TX 75201

*E-mail: joneill@pszjlaw.com*
(Co-Counsel for the Debtors)
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(Courier 19801)

*E-mail: mlastowski@duanemorris.com*
(Counsel for the Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

*E-mail: mjoseph@ferryjoseph.com*
(Counsel to the Official Committee of Asbestos Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

*E-mail: mhurford@camlev.com*
(Counsel to the Official Committee of Personal Injury Claimants)
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

*E-mail: tcurrier@saul.com*
(Counsel to the Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899

*E-mail: jcp@pgslaw.com*
(Co-Counsel to David T. Austern, Personal Injury Future Claimant's Representative)
John C. Phillips, Jr., Esquire
Philips, Goldman & Spence, P.A.,
1200 North Broom Street
Wilmington, DE 19806

*E-mail: khill@svglaw.com*
(Co-Counsel to the Hon. Alexander M. Sanders, Jr., Property Damages Future Claims Representative)
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

*E-mail: john.donley@kirkland.com*
*adam.paul@kirkland.com*
(Co-Counsel for the Debtors)
John Donley, Esquire
Adam Paul, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

*E-mail: jbaer@jsbpc.com*
(Co-Counsel for the Debtors)
Janet S. Baer, Esquire
The Law Offices of Janet S. Baer P.C.
70 West Madison Street, Suite 2100
Chicago, IL 60602

*E-mail: david.heller@lw.com*
(Co-Counsel to the debtor-in-possession lender)
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

*E-mail: WSKatchen@duanemorris.com*
(Counsel for the Official Committee of Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ 07102

*E-mail: lkruger@stroock.com*
(Counsel for the Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

*E-mail: sbaena@bilzin.com*
(Counsel to the Official Committee of Asbestos Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

*E-mail: ei@capdale.com*
(Counsel to the Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

*E-mail: pbentley@kramerlevin.com*
(Counsel to the Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*E-mail: rfrankel@orrick.com*
(Co-Counsel to David T. Austern, Personal Injury Future Claimant's Representative)
Richard Frankel, Esquire
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005

*E-mail: arich@alanrichlaw.com*
(Co-Counsel to the Hon. Alexander M. Sanders, Jr., Property Damages Future Claims Representative)
Alan B. Rich, Esquire
Law Office of Alan B. Rich
1201 Elm Street, Suite 4244
Dallas, TX 75270