# Notice Recipients

District/Off: 0311−1            User: Brandon            Date Created: 12/16/2010
Case: 01−01139−JKF            Form ID: ntcBK            Total: 16

**Recipients of Notice of Electronic Filing:**
ust        United States Trustee        USTPREGION03.WL.ECF@USDOJ.GOV
aty        Daniel K. Hogan        dkhogan@dkhogan.com, keharvey@dkhogan.com
aty        Kathleen P. Makowski        kmakowski@pszjlaw.com
aty        Paul W. Turner        pturner@carlilelawfirm.com

                                                                        TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        W.R. Grace &Co., et al.        7500 Grace Drive        Columbia, MD 21044
aty        Curtis A. Hehn        Pachulski Stang Ziehl Young Jones &Wein        919 N. Market Street        17th Floor        Wilmington, DE 19801
aty        David W. Carickhoff        Blank Rome LLP        1201 Market Street, Suite 800        Wilmington, DE 19801
aty        David W. Carickhoff        Blank Rome LLP        1201 Market Street, Suite 800        Wilmington, DE 19801
aty        James E. O'Neill        Pachulski Stang Ziehl &Jones LLP        919 North Market Street, 17th Floor        PO Box 8705        Wilmington, DE 19899−8705
aty        James E. O'Neill        Pachulski Stang Ziehl &Jones LLP        919 North Market Street, 17th Floor        P.O. Box 8705        Wilmington, DE 19899−8705
aty        Kathleen P. Makowski        Pachulski Stang Ziehl &Jones LLP        919 North Market Street, 17th Floor        P.O. Box 8705        Wilmington, DE 19899
aty        Kathleen P. Makowski        Pachulski Stang Ziehl &Jones LLP        919 North Market Street, 17th Floor        P.O. Box 8705        Wilmington, DE 19899
aty        Laura Davis Jones        Pachulski Stang Ziehl &Jones LLP        919 N. Market Street        17th Floor        Wilmington, DE 19899−8705
aty        Mark M. Billion        Pachulski Stang Ziehl &Jones LLP        919 N. Market Street        17th Floor        Wilmington, DE 19702
aty        Timothy P. Cairns        Pachulski Stang Young &Jones LLP        919 N. Market Street        17th Floor        Wilmington, DE 19801
aty        Timothy P. Cairns        Pachulski Stang Ziehl &Jones LLP        919 N. Market St., 17th Floor        Wilmington, DE 19801

                                                                        TOTAL: 12