IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

In Re:

| | |
|---|---|
| **Just For Feet, Inc.**<br>Debtor(s) | **Chapter 7**<br>**Case No.: 99-4110** |
| **Access Beyond Techologies, Inc.**<br>Debtor(s) | **Chapter 7**<br>**Case No.: 98-2276** |
| **Federal-Mogul Global, Inc.**<br>Debtor(s) | **Chapter 11**<br>**Case No.: 01-10578** |
| **The Flintkote Company**<br>Debtor(s) | **Chapter 11**<br>**Case No.: 04-11300** |
| **ACandS, Inc.**<br>Debtor(s) | **Chapter 11**<br>**Case No.: 02-12687** |
| **Kaiser Aluminum Corporation**<br>Debtor(s) | **Chapter 11**<br>**Case No.: 02-10429** |
| **W.R. Grace & Co.**<br>Debtor(s) | **Chapter 11**<br>**Case No.: 01-1139** |
| **Specialty Products Holdings Corp.**<br>Debtor(s) | **Chapter 11**<br>**Case No.: 10-11780** |

## NOTICE OF LOCATION CHANGE FOR JANUARY 10, 2011

All hearings scheduled for Monday January 10, 2011 in Wilmington, Delaware have been moved to Pittsburgh. Counsel may participate by phone or through video conference in Wilmington Delaware. Please contact CourtCall and sign up by noon two business days before the hearing. Local Counsel shall send out notices to all parties of interest that do not receive electronic notices.

_December 16, 2010_
Date

_Judith K. Fitzgerald_
The Honorable Judith K. Fitzgerald