THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 16th day of December, 2010, true and correct copies of *Debtors' Responses and Objections to Claimants Neutocrete, NSI and FTF's First Set of Interrogatories, Requests for Production of Documents and Requests for Admission Directed to Debtors* were served on the individuals listed on Exhibit A attached hereto in the manner indicated therein.

Dated:  December 17, 2010

KIRKLAND & ELLIS LLP
Adam Paul
John Donley
300 N. LaSalle St.
Chicago, Illinois 60654
(312) 862-2000

and

THE LAW OFFICES OF JANET S. BAER, P.C.
Janet S. Baer, P.C.
Roger J. Higgins
70 W. Madison St., Suite 2100
Chicago, Illinois 60602
(312) 641-2162

91100-001\DOCS_DE:166205.1

and

PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
---
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(302) 652-4100
(302) 652-4400

Co-Counsel for the Debtors and Debtors-in-Possession

# **EXHIBIT A**

**W.R. Grace Neutocrete Discovery Service List**
Case No. 01-1139
Doc. No. 166211
01 – E-mail
01 – First Class Mail

**E-Mail and First Class Mail**
stamoulis@swdelaw.com
(Counsel for Neutocrete, NSI and FTF)
Stamatios Stamoulis, Esquire
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809