IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION
FOR THE PERIOD OCTOBER 1, 2010, THROUGH OCTOBER 31, 2010**

**WRG-0076**
**VALVED COVER SYSTEM**

| 10/05/2010 | GHL | Review of advisory action and email communication with Mr. Cross transmitting and advising on same; | 0.30 |
|---|---|---|---|
| 10/22/2010 | GHL | Review of pending office action and attendance to filing RCE with claims from previous amendment. | 0.30 |

SERVICES                    $        357.00

| | GHL | GARY H. LEVIN | 0.60 | hours @ | $595.00 |
|---|---|---|---|---|---|

**DISBURSEMENTS:**

| PATENT OFFICE FEES (RCE) | 810.00 |
|---|---|
| PATENT OFFICE FEES (Extension of Time) | 130.00 |

DISBURSEMENT TOTAL                    $        940.00

SERVICE TOTAL                    $        357.00

**INVOICE TOTAL**                    **$      1,297.00**

**WRG-0088**
## STUDY OF THIRD-PARTY PATENT RELATING TO POLYMERIZING PROCESS AND SECTION 271(f) ISSUE RELATING TO CATALYST

| | | | |
|---|---|---|---|
| 10/12/2010 | GHL | Preparation of non-infringement opinion relating to Grace's proposed export of catalyst-support precursor for use in making three-part catalyst system in view of third-party patent including review of notes of the composition and manufacture of the precursor, review of relevant case law on 35 U.S.C. §271(f) and previous opinion on applicability to patents on chemical compounds, drafting of the opinion. | 2.20 |
| 10/13/2010 | JML | Research chemical cases relating to 271(f). | 1.20 |
| 10/14/2010 | GHL | Continued analysis of issues under 35 U.S.C. §271(f), review of results of legal research, preparation of written opinion, and transmittal of opinion to Mr. Maggio. | 6.30 |

SERVICES                          $      5,369.50

| | | | | | |
|---|---|---|---|---|---|
| | GHL | GARY H. LEVIN | 8.50 | hours @ | $595.00 |
| | JML | JUSTINE M. LEACH | 1.20 | hours @ | $260.00 |

**DISBURSEMENTS:**

| | |
|---|---|
| COMPUTER SEARCH | 30.14 |

DISBURSEMENT TOTAL                    $         30.14

SERVICE TOTAL                         $      5,369.50

**INVOICE TOTAL**                     $      **5,399.64**

**W. R. Grace & Co.-Conn. v.**
**Intercat, Inc. and Conoco**
**Civil Action No. 93-522**
**District of Delaware**

| | | | |
|---|---|---|---|
| 10/27/2010 | GHL | Telephone conference with Mr. Cross regarding Intercat's request for release arising from proposed pay-off of amounts due from previous Delaware litigation; consideration of the issues, including review of Intercat-Grace Settlement Agreement relating to Minnesota litigation as affecting those amounts, review of Intercat's proposed release language; further telephone conference with Messrs. Maggio and cross on effect of the proposed release and related issues. | 1.10 |

SERVICES                              $        654.50

| | | | | |
|---|---|---|---|---|
| | GHL | GARY H. LEVIN | 1.10 | hours at $ | 595.00 |

**INVOICE TOTAL**                              $        **654.50**