**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**October 2010**

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Month Ended October 31, 2010

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| George Baccash | Tax Partner | 30 | Integrated Audit | $ 592.80 | 14.0 | $ 8,299.20 |
| Robert Eydt | Audit Partner | 20+ | Integrated Audit | $ 1,019.81 | 2.0 | $ 2,039.62 |
| Edward Abahonnie | Tax Partner | 20+ | Integrated Audit | $ 831.85 | 5.0 | $ 4,159.25 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 720.09 | 42.0 | $ 30,243.78 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | $ 955.04 | 6.5 | $ 6,207.76 |
| John Newstead | Audit Partner | 10+ | Integrated Audit | $ 666.75 | 2.0 | $ 1,333.50 |
| Brett Cohen | Audit Partner | 20+ | Integrated Audit | $ 1,019.81 | 2.2 | $ 2,243.58 |
| David Sands | Audit Director | 9 | Integrated Audit | $ 422.91 | 3.7 | $ 1,564.77 |
| Camilla Harris | Audit Director | 9 | Integrated Audit | $ 817.88 | 1.0 | $ 817.88 |
| Jerry Puzey | Tax Director | 9 | Integrated Audit | $ 395.20 | 26.0 | $ 10,275.20 |
| Steven Halterman | Audit Director | 9 | Integrated Audit | $ 817.88 | 2.0 | $ 1,635.76 |
| Yosef Barbut | Audit Director | 9 | Integrated Audit | $ 817.88 | 8.0 | $ 6,543.04 |
| Justin Bray | Audit Senior Manager | 8 | Integrated Audit | $ 422.91 | 115.5 | $ 48,846.11 |
| Daniel McGill | Audit Senior Manager | 8 | Integrated Audit | $ 739.14 | 2.0 | $ 1,478.28 |
| Alison Garleb | Audit Manager | 7 | Integrated Audit | $ 320.04 | 68.6 | $ 21,954.74 |
| Brett Czajkowski | Audit Manager | 6 | Integrated Audit | $ 306.07 | 15.7 | $ 4,805.30 |
| Brian Wiegmann | Audit Manager | 6 | Integrated Audit | $ 496.57 | 1.0 | $ 496.57 |
| Todd Chesla | Tax Manager | 6 | Integrated Audit | $ 301.60 | 35.5 | $ 10,706.80 |
| Jacqueline Bravo | Tax Manager | 4 | Integrated Audit | $ 301.60 | 4.0 | $ 1,206.40 |
| Pavel Katsiak | Audit Senior Associate | 4 | Integrated Audit | $ 233.68 | 170.6 | $ 39,865.81 |
| Alexandra L. Schmidt | Audit Senior Associate | 3 | Integrated Audit | $ 215.90 | 155.3 | $ 33,529.27 |
| Phillip Crosby | Audit Senior Associate | 3 | Integrated Audit | $ 227.33 | 30.5 | $ 6,933.57 |
| Elizabeth Sama | Tax Senior Associate | 3 | Integrated Audit | $ 228.80 | 39.0 | $ 8,923.20 |
| Madeleine Lederer | Audit Experienced Associate | 3 | Integrated Audit | $ 161.29 | 86.4 | $ 13,935.46 |
| Ryan Boyle | Audit Experienced Associate | 3 | Integrated Audit | $ 180.34 | 4.4 | $ 793.50 |
| Kathleen Bradley | Audit Experienced Associate | 1 | Integrated Audit | $ 161.29 | 60.9 | $ 9,822.56 |
| Shawn C. McNeilly | Audit Experienced Associate | 1 | Integrated Audit | $ 161.29 | 176.3 | $ 28,435.43 |
| Veronica Flores | Tax Associate | 1 | Integrated Audit | $ 156.00 | 31.9 | $ 4,976.40 |
| Jamie Kunkel | Audit Associate | 1 | Integrated Audit | $ 127.00 | 60.4 | $ 7,670.80 |
| Maria E. Lejbman | Project Specialist | 1 | Integrated Audit | $ 135.42 | 2.5 | $ 338.55 |
| Magy Fuentes Ramirez | Project Specialist | 1 | Integrated Audit | $ 135.42 | 4.9 | $ 666.27 |
| Maria Rattaro | Project Specialist | 1 | Integrated Audit | $ 135.42 | 3.5 | $ 473.97 |
| Juan Munoz | Project Specialist | 1 | Integrated Audit | $ 135.42 | 4.5 | $ 609.39 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Sebastian Calderone | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 10.4 | $ | 1,408.37 |
| Marcos Rasmussen | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 5.5 | $ | 738.04 |
| Luciana Herrera | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 4.5 | $ | 609.39 |
| Paula A. Bianchi | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 12.3 | $ | 1,669.73 |
| Ramiro Alvarz Rodriquez | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 4.0 | $ | 541.68 |
| Maria D. Blanes | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 3.5 | $ | 473.97 |
| Gustavo Finklestien | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 7.0 | $ | 947.94 |
| Totals | | | | | | 1,234.9 | $ | 328,220.83 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals       4.0       $ 523.24

## Summary of PwC's Fees By Project Category: September 2010

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 4.0 | $523.24 |

| | | |
|---|---|---|
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 1234.9 | $ 328,220.83 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 1238.9 | $ 328,744.07 |

Expense Summary
June 2010

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 2,660.77 |
| Lodging | N/A | $ 313.49 |
| Sundry | N/A | $ 9.95 |
| Business Meals | N/A | $ 613.29 |
| TOTAL: | | $ 3,597.50 |