# EXHIBIT - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended October 31, 2010

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| George Baccash | Integrated Audit | 10/1/10 | $ 82.00 | | | | 162 miles to and from client = * .5 =82 |
| | Integrated Audit | 10/5/10 | | | | $ 96.82 | Dinner meeting to discuss Q3 and International tax with D. Libow (Grace), J. Puzey (PwC) and E. Filon (Grace) |
| Tom Smith | Integrated Audit | 9/20/10 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 9/21/10 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 9/30/10 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 10/11/10 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 10/14/10 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 10/18/10 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| Justin Bray | Integrated Audit | 9/30/10 | $ 244.40 | | | | Airfare to Miami for meeting with PwC-Tax team in PwC-Miami office |
| | Integrated Audit | 9/30/10 | $ 35.00 | | | | Taxi from airport to PwC-Miami office |
| | Integrated Audit | 9/30/10 | $ 6.00 | | | | Mileage to airport (less 34 mile normal commute)(12 miles * $0.50) |
| | Integrated Audit | 9/30/10 | | | | $ 5.29 | Out-of-town breakfast while traveling; 1 person - J Bray (PwC) |
| | Integrated Audit | 9/30/10 | | | | $ 100.00 | Out-of-town dinner; 2 people - J Bray (PwC) and K Bradley (PwC) |
| | Integrated Audit | 10/1/10 | $ 30.00 | | | | Taxi from PwC-Miami office to airport |
| | Integrated Audit | 10/1/10 | $ 44.00 | | | | Parking at airport |
| | Integrated Audit | 10/1/10 | | $ 180.80 | | | Hotel in Miami, FL (1 night, $160 room rate, $20.80 taxes) |
| | Integrated Audit | 10/1/10 | $ 6.00 | | | | Mileage from airport (less 34 mile normal commute)(12 miles * $0.50) |
| | Integrated Audit | 10/1/10 | | | | $ 43.86 | Out-of-town meal while traveling; 2 people - J Bray (PwC) and K Bradley (PwC) |
| | Integrated Audit | 10/5/10 | | | | $ 17.49 | Lunch meeting; 2 people - J Bray (PwC) and P Katsiak (PwC) |
| | Integrated Audit | 10/5/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 10/7/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 10/11/10 | $ 10.50 | | | | Mileage to Grace one-way (less 34 mile roundtrip normal commute)(21 miles * $0.50) |
| | Integrated Audit | 10/11/10 | $ 8.00 | | | | Mileage from Grace to airport (16 miles * $0.50) |
| | Integrated Audit | 10/11/10 | $ 412.40 | | | | Airfare to Ft. Lauderdale for meetings at the Grace - Boca Raton office |
| | Integrated Audit | 10/11/10 | | | | $ 49.50 | Out-of-town dinner while traveling; 1 person - J Bray (PwC) |
| | Integrated Audit | 10/12/10 | | $ 132.69 | | | Hotel in Boca Raton, FL (1 night, $119 room rate, $13.69 taxes) |
| | Integrated Audit | 10/12/10 | | | $ 9.95 | | Internet connection charges |
| | Integrated Audit | 10/12/10 | $ 63.07 | | | | Rental car charge |
| | Integrated Audit | 10/12/10 | | | | $ 31.18 | Out-of-town dinner while traveling; 1 person - J Bray (PwC) |
| | Integrated Audit | 10/12/10 | $ 38.00 | | | | Parking at airport |
| | Integrated Audit | 10/12/10 | $ 6.00 | | | | Mileage from airport (less 34 mile normal commute)(12 miles * $0.50) |
| | Integrated Audit | 10/13/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 10/14/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 10/18/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 10/19/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 10/20/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 10/25/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 10/27/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 10/28/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| Allison Garleb | Integrated Audit | 10/4/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 10/5/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 10/7/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 10/12/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 10/13/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 10/14/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 10/15/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 10/18/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 10/19/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 10/20/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 10/22/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 10/25/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 10/26/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |

| Name | Category | Date | Transportation | Lodging | Sundry | Business Meals | Description |
|---|---|---|---|---|---|---|---|
| Todd Chesla | Integrated Audit | 10/27/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 10/28/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 10/29/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 10/12/10 | $ 46.00 | | | | Mileage in excess of daily commute (92 miles round trip * $.50 rate) |
| | Integrated Audit | 10/13/10 | $ 46.00 | | | | Mileage in excess of daily commute (92 miles round trip * $.50 rate) |
| | Integrated Audit | 10/14/10 | $ 46.00 | | | | Mileage in excess of daily commute (92 miles round trip * $.50 rate) |
| Pavel Katsiak | Integrated Audit | 10/1/10 | $ 26.45 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 10/4/10 | $ 26.45 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 10/5/10 | $ 26.45 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 10/6/10 | $ 26.45 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 10/7/10 | $ 26.45 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 10/8/10 | $ 26.45 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 10/11/10 | $ 26.45 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 10/12/10 | $ 26.45 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 10/13/10 | $ 26.45 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 10/14/10 | $ 26.45 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 10/15/10 | $ 26.45 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 10/18/10 | $ 26.45 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 10/19/10 | $ 26.45 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 10/20/10 | $ 26.45 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 10/21/10 | $ 26.45 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 10/22/10 | $ 26.45 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 10/25/10 | $ 26.45 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 10/26/10 | $ 26.45 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 10/27/10 | $ 26.45 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| Jacqueline Bravo | Integrated Audit | 10/5/10 | $ 70.00 | | | | Mileage (176 miles - 36 miles normal commute = 140 miles *$0.50/mile) in addition to standard commute to PwC office in McLean, VA. 1.50 tolls each way x 2.= 3 |
| | Integrated Audit | 10/5/10 | $ 3.00 | | | | |
| Elizabeth Sama | Integrated Audit | 10/13/10 | $ 2.75 | | | | Tolls |
| | Integrated Audit | 10/14/10 | $ 2.75 | | | | Tolls |
| | Integrated Audit | 10/13/10 | $ 50.00 | | | | Roundtrip (104 miles) From Miami to Client (66miles less 12 miles regular office commute= 50 Miles) |
| | Integrated Audit | 10/14/10 | $ 50.00 | | | | Roundtrip (104 miles) From Miami to Client (66miles less 12 miles regular office commute= 50 Miles) |
| Phillip Crosby | Integrated Audit | 10/29/10 | $ 42.00 | | | | Mileage in excess over regular commute of 84 miles round trip |
| Madeleine Lederer | Integrated Audit | 10/11/10 | $ 33.00 | | | | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | Integrated Audit | 10/12/10 | $ 33.00 | | | | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | Integrated Audit | 10/13/10 | $ 33.00 | | | | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | Integrated Audit | 10/14/10 | $ 33.00 | | | | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | Integrated Audit | 10/15/10 | $ 33.00 | | | | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | Integrated Audit | 10/18/10 | $ 33.00 | | | | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | Integrated Audit | 10/19/10 | $ 33.00 | | | | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | Integrated Audit | 10/20/10 | $ 33.00 | | | | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| Kathleen Bradley | Integrated Audit | 10/4/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 10/5/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| Jamie Kunkel | Integrated Audit | 10/19/10 | | | | $164.25 | Overtime meal at Macaroni Grill for 10. T. Puglisi (Grace), S.Smith (Grace), M. Brown (Grace), S. Caslin (Grace), A. Schmidt (PwC), M. Lederer (PwC), P. Katsiak (PwC), S. McNeilly (PwC), N. Johnson (PwC), J. Kunkel (PwC) |
| | Integrated Audit | 10/19/10 | $ 50.40 | | | | 16.8 miles past the office driven each way from my house to W.R. Grace's campus. 2*16.8*3*.5=$50.40 |
| | Integrated Audit | 10/20/10 | | | | $79.73 | Overtime meal at Uno's Chicago Grill for 7. PwC: A. Schmidt, M. Lederer, P. Katsiak, S. McNeilly, N. Johnson, J. Kunkel; Grace: T. Puglisi |
| | Integrated Audit | 10/21/10 | | | | 25.17 | Overtime meal at chick-fil-a for 4. PwC: P. Katsiak, A. Schmidt, N. Johnson, J. Kunkel |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| | $ 3,597.50 | $ 2,660.77 | $ 313.49 | $ 9.95 | $ 613.29 |

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended October 31, 2010

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| George Baccash | 10/1/10 | Audit Partner | $ 82.00 | 162 miles to and from client = * .5 =82 |
| | 10/5/10 | Audit Partner | $ 96.82 | Dinner meeting to discuss Q3 and International tax with D. Libow (Grace), J. Puzey (PwC) and E. Filon (Grace) |
| Tom Smith | 9/20/10 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 9/21/10 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 9/30/10 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 10/11/10 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 10/14/10 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 10/18/10 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| Justin Bray | 9/30/10 | Audit Senior Manager | $ 244.40 | Airfare to Miami for meeting with PwC-Tax team in PwC-Miami office |
| | 9/30/10 | Audit Senior Manager | $ 35.00 | Taxi from airport to PwC-Miami office |
| | 9/30/10 | Audit Senior Manager | $ 6.00 | Mileage to airport (less 34 mile normal commute)(12 miles * $0.50) |
| | 9/30/10 | Audit Senior Manager | $ 5.29 | Out-of-town breakfast while traveling; 1 person - J Bray (PwC) |
| | 9/30/10 | Audit Senior Manager | $ 100.00 | Out-of-town dinner; 2 people - J Bray (PwC) and K Bradley (PwC) |
| | 10/1/10 | Audit Senior Manager | $ 30.00 | Taxi from PwC-Miami office to airport |
| | 10/1/10 | Audit Senior Manager | $ 44.00 | Parking at airport |
| | 10/1/10 | Audit Senior Manager | $ 180.80 | Hotel in Miami, FL (1 night, $160 room rate, $20.80 taxes) |
| | 10/1/10 | Audit Senior Manager | $ 6.00 | Mileage from airport (less 34 mile normal commute)(12 miles * $0.50) |
| | 10/1/10 | Audit Senior Manager | $ 43.86 | Out-of-town meal while traveling, 2 people - J Bray (PwC) and K Bradley (PwC) |
| | 10/5/10 | Audit Senior Manager | $ 17.49 | Lunch meeting; 2 people - J Bray (PwC) and P Katsiak (PwC) |
| | 10/5/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 10/7/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 10/11/10 | Audit Senior Manager | $ 10.50 | Mileage to Grace one-way (less 34 mile roundtrip normal commute)(21 miles * $0.50) |
| | 10/11/10 | Audit Senior Manager | $ 8.00 | Mileage from Grace to airport (16 miles * $0.50) |
| | 10/11/10 | Audit Senior Manager | $ 412.40 | Airfare to Ft. Lauderdale for meetings at the Grace - Boca Raton office |
| | 10/11/10 | Audit Senior Manager | $ 49.50 | Out-of-town dinner while traveling; 1 person - J Bray (PwC) |
| | 10/12/10 | Audit Senior Manager | $ 132.69 | Hotel in Boca Raton, FL (1 night, $119 room rate, $13.69 taxes) |
| | 10/12/10 | Audit Senior Manager | $ 9.95 | Internet connection charges |
| | 10/12/10 | Audit Senior Manager | $ 63.07 | Rental car charge |
| | 10/12/10 | Audit Senior Manager | $ 31.18 | Out-of-town dinner while traveling; 1 person - J Bray (PwC) |
| | 10/12/10 | Audit Senior Manager | $ 38.00 | Parking at airport |
| | 10/12/10 | Audit Senior Manager | $ 6.00 | Mileage from airport (less 34 mile normal commute)(12 miles * $0.50) |
| | 10/13/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 10/14/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 10/18/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 10/19/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 10/20/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 10/25/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 10/27/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 10/28/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| Alison Garleb | 10/4/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 10/5/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 10/7/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 10/12/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 10/13/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 10/14/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 10/15/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |

| Name | Date | Role | | Amount | Description |
|---|---|---|---|---|---|
| | 10/18/10 | Audit Manager | $ | 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 10/19/10 | Audit Manager | $ | 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 10/20/10 | Audit Manager | $ | 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 10/22/10 | Audit Manager | $ | 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 10/25/10 | Audit Manager | $ | 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 10/26/10 | Audit Manager | $ | 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 10/27/10 | Audit Manager | $ | 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 10/28/10 | Audit Manager | $ | 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 10/29/10 | Audit Manager | $ | 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| Todd Chesla | 10/12/10 | Audit Manager | $ | 46.00 | Mileage in excess of daily commute (92 miles round trip * $.50 rate) |
| | 10/13/10 | Audit Manager | $ | 46.00 | Mileage in excess of daily commute (92 miles round trip * $.50 rate) |
| | 10/14/10 | Audit Manager | $ | 46.00 | Mileage in excess of daily commute (92 miles round trip * $.50 rate) |
| Pavel Katsiak | 10/1/10 | Audit Senior Associate | $ | 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 10/4/10 | Audit Senior Associate | $ | 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 10/5/10 | Audit Senior Associate | $ | 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 10/6/10 | Audit Senior Associate | $ | 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 10/7/10 | Audit Senior Associate | $ | 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 10/8/10 | Audit Senior Associate | $ | 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 10/11/10 | Audit Senior Associate | $ | 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 10/12/10 | Audit Senior Associate | $ | 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 10/13/10 | Audit Senior Associate | $ | 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 10/14/10 | Audit Senior Associate | $ | 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 10/15/10 | Audit Senior Associate | $ | 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 10/18/10 | Audit Senior Associate | $ | 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 10/19/10 | Audit Senior Associate | $ | 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 10/20/10 | Audit Senior Associate | $ | 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 10/21/10 | Audit Senior Associate | $ | 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 10/22/10 | Audit Senior Associate | $ | 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 10/25/10 | Audit Senior Associate | $ | 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 10/26/10 | Audit Senior Associate | $ | 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 10/27/10 | Audit Senior Associate | $ | 26.45 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| Jacqueline Bravo | 10/5/10 | Tax Manager | $ | 70.00 | Mileage (176 miles - 36 miles normal commute = 140 miles *$0.50/mile) in addition to standard commute to PwC office in McLean, VA. |
| | 10/5/10 | Tax Manager | $ | 3.00 | 1.50 tolls each way x 2 .= 3 |
| Elizabeth Sama | 10/13/10 | Tax Senior Associate | $ | 2.75 | Tolls |
| | 10/14/10 | Tax Senior Associate | $ | 2.75 | Tolls |
| | 10/13/10 | Tax Senior Associate | $ | 50.00 | Roundtrip (104 miles) From Miami to Client (66miles less 12 miles regular office commute= 50 Miles) |
| | 10/14/10 | Tax Senior Associate | $ | 50.00 | Roundtrip (104 miles) From Miami to Client (66miles less 12 miles regular office commute= 50 Miles) |
| Phillip Crosby | 10/29/10 | Audit Senior Associate | $ | 42.00 | Mileage in excess over regular commute of 84 miles round trip |
| Madeleine Lederer | 10/11/10 | Audit Experienced Associate | $ | 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | 10/12/10 | Audit Experienced Associate | $ | 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | 10/13/10 | Audit Experienced Associate | $ | 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | 10/14/10 | Audit Experienced Associate | $ | 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | 10/15/10 | Audit Experienced Associate | $ | 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | 10/18/10 | Audit Experienced Associate | $ | 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | 10/19/10 | Audit Experienced Associate | $ | 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | 10/20/10 | Audit Experienced Associate | $ | 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| Kathleen Bradley | 10/4/10 | Audit Experienced Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |

| | | | | | |
|---|---|---|---|---|---|
| | 10/5/10 | Audit Experienced Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| Jamie Kunkel | 10/19/10 | Audit Associate | $ | 164.25 | Overtime meal at Macaroni Grill for 10. T. Puglisi (Grace), S.Smith (Grace), M. Brown (Grace), S. Caslin (Grace), A. Schmidt (PwC), M. Lederer (PwC), P. Katsiak (PwC), S. McNeilly (PwC), N. Johnson (PwC), J. Kunkel (PwC) |
| | 10/19/10 | Audit Associate | $ | 50.40 | 16.8 miles past the office driven each way from my house to W.R. Grace's campus. 2*16.8*3*.5=$50.40 |
| | 10/20/10 | Audit Associate | $ | 79.73 | Overtime meal at Uno's Chicago Grill for 7. PwC: A. Schmidt, M. Lederer, P. Katsiak, S. McNeilly, N. Johnson, J. Kunkel; Grace: T. Puglisi |
| | 10/21/10 | Audit Associate | $ | 25.17 | Overtime meal at chick-fil-a for 4. PwC: P. Katsiak, A. Schmidt, N. Johnson, J. Kunkel |
| | | | **Total** | | |
| | | | $ | 3,597.50 | |

**Summary**