IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>Re Docket No. 25801 |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 25801

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **Eightieth Interim Application of Capstone Advisory Group, LLC, Financial Advisors to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred (for the Period from September 1, 2010 through September 30, 2010)** (the "Application") [Docket No. 25801] filed on November 23, 2010.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than December 13, 2010 at 4:00 p.m.

[REMAINDER OF PAGE HAS BEEN INTENTIONALLY LEFT BLANK]

DM3\1584454.1

Pursuant to the Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals and Members of the Official Committees and Consideration of Fee Applications entered November 20, 2001, the Debtors are hereby authorized to immediately pay eighty percent (80%) of requested compensation in the amount of $51,987.20 and one hundred percent (100%) of expenses of $137.27 without further order from the court.

Dated: December 21, 2010
      Wilmington, Delaware

/s/ Michael R. Lastowski
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:  (302)-657-4900
Facsimile:  (302)-657-4901
Email:  mlastowski@duanemorris.com
       rwriley@duanemorris.com

*Co-Counsel for the Official*
*Committee of Unsecured Creditors*