IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

(Curtis Bay RCRA 2)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD 21044

November 30, 2010  
Client/Matter # 01246-013923  
Invoice # 138814  
Federal ID# 52-1247549

For Legal Services Rendered Through 10/31/10 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Curtis Bay RCRA 2</u>
<u>100104</u>

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 10/01/10 | P. Marks | C300 | 0.60 | Review confidentiality information from B. Errera and conference with L. Kiddoo re same; emails to B. Maggio and L. Duff. |
| 10/04/10 | P. Marks | C300 | 0.30 | Followup re confidential business information. |
| 10/06/10 | P. Marks | C300 | 0.20 | Review progress on CBI issues. |
| 10/07/10 | P. Marks | C300 | 0.30 | Prepare for client meeting re documents. |
| 10/08/10 | P. Marks | C300 | 6.50 | Prepare for and conduct conference with L. Duff, L. Kiddoo and J. Hain (via telephone) re detailed redaction of documents for confidential business information. |
| 10/08/10 | L. Kiddoo | C300 | 5.00 | Prepare for conference with P. Marks and L. Duff re CBI claim; conference with P. Marks and L. Duff re CBI claim; review letter to EPA, all Grace submittals and original EPA inspection reports. |
| 10/11/10 | L. Kiddoo | C300 | 0.80 | Review notes from October 8 conference with L. Duff and P. Marks; compile EPA requests and EPA inspection report; conference with T. Horch re pdf versions of documents. |

BEVERIDGE & DIAMOND, P.C.                                     INVOICE #  138814
                                                              November 30, 2010
                                                              PAGE   2

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 10/11/10 | T. Horch | C300 | 3.00 | Scan and organize notebook documents per L. Kiddoo re: EPA requests and attachments. |
| 10/12/10 | L. Kiddoo | C300 | 3.80 | Redact documents for EPA substantiation per October 8 conference with P. Marks and L. Duff; compile questions for P. Marks; compile documents for staff to create binders. |
| 10/12/10 | T. Horch | C300 | 2.50 | Scan and organize notebook documents per L. Kiddoo. |
| 10/13/10 | P. Marks | C300 | 1.00 | Prepare CBI information; conference with L. Kiddoo re same. |
| 10/13/10 | L. Kiddoo | C300 | 1.00 | Prepare for conference with P. Marks; conference with P. Marks re questions pertaining to redactions of EPA investigation report and consistency throughout; discuss presentation of final binder(s). |
| 10/14/10 | L. Kiddoo | C300 | 2.60 | Email P. Marks discussion items for J. Howell call; conference with P. Marks re J. Howell telephone conference; prepare binder/documents/table of contents for copies; edit new redactions based on 10/13 meeting; email P. Marks' redaction documents for client. |
| 10/15/10 | P. Marks | C300 | 1.10 | Telephone conference with J. Howell (EPA); email to L. Duff re same; conference with L. Kiddoo re same, documents and revisions to EPA letter re privacy issues. |
| 10/15/10 | L. Kiddoo | C300 | 1.90 | Edit letter from P. Marks to EPA re privacy of employee information and other October 14 conference comments; review binders; conference with P. Marks; email letter to L. Duff letter and information re overnight delivery of documents. |
| 10/18/10 | P. Marks | C300 | 1.00 | Prepare CBI response; coordinate with L. Duff re same. |
| 10/19/10 | P. Marks | C300 | 1.10 | Prepare for and telephone conference with client team re testing and MDE's recent inquiry to both BFI and Baltimore City. |
| 10/21/10 | P. Marks | C300 | 0.40 | Complete and send response to EPA re CBI. |
| 10/21/10 | L. Kiddoo | C300 | 0.50 | Complete final letter edits and compile materials to send overnight to EPA re CBI substantiation. |

```
BEVERIDGE & DIAMOND, P.C.                                INVOICE #  138814
                                                         November 30, 2010
                                                         PAGE   3


10/22/10    P. Marks          C300           0.10   Prepare email to EPA.

10/25/10    P. Marks          C300           0.20   Review new MDE letter; emails re same.

10/26/10    P. Marks          C300           0.20   Followup email exchange with EPA (J. Howell).



                                    Total Hours :              34.10

                                    Total Fees  :         $10,302.50
```

BEVERIDGE & DIAMOND, P.C.

INVOICE # 138814
November 30, 2010
PAGE  4

**Time Summary :**

|            | Title      | Hours Worked | Billed Per Hour | Bill Amount |
|------------|------------|-------------:|----------------:|------------:|
| P. Marks   | Principal  | 13.00        | $440.00         | $5,720.00   |
| L. Kiddoo  | Associate  | 15.60        | $225.00         | $3,510.00   |
| T. Horch   | Paralegal  | 5.50         | $195.00         | $1,072.50   |

**Total Fees:** $10,302.50

**Summary by Task Codes :**

| CODE  | Hours  | Bill Amount  |
|-------|-------:|-------------:|
| C300  | 34.10  | $10,302.50   |
| Total | 34.10  | $10,302.50   |

**Total Fees :** 34.10   $10,302.50

**Summary by Disbursement Codes :**

|       |                   | Bill Amount |
|-------|-------------------|------------:|
| 002   | Postage           | $0.44       |
| 005   | Messenger Service | $0.00       |
| 007   | Express Delivery  | $33.70      |
| 011   | Travel Expenses   | $18.00      |
| E101  | Copying           | $188.25     |

**Total Disbursements :** $240.39

**TOTAL DUE :** $10,542.89

# EXHIBIT B

**(Investigation of VC Processing Facilities)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                                  November 30, 2010
Attn: Richard Finke                                Client/Matter #  01246-014352
7500 Grace Drive                                   Invoice # 138815
Columbia, MD  21044                                Federal ID# 52-1247549

For Legal Services Rendered Through 10/31/10 in Connection With:

**Investigation of VC Processing Facilities**
**100045**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 10/04/10 | P. Marks | C300 | 0.50 | Review and evaluate Omaha purchase and sale agreement. |
| 10/05/10 | K. Bourdeau | C300 | 0.20 | E-mail communications re follow-up action items re Omaha facility. |
| 10/06/10 | K. Bourdeau | C300 | 0.70 | Conference with P. Marks re reaction to purchase and sale agreement with the Gutter Company and path forward re same; communications with client re same, response to EPA information requests. |
| 10/06/10 | P. Marks | C300 | 1.20 | Client emails re purchase and sale agreement; telephone conference with K. Bourdeau re evaluation of Omaha purchase and sale agreement and prepare for discussion with client. |
| 10/07/10 | P. Marks | C300 | 1.00 | Prepare for and conduct call with client team re Omaha; post call evaluation associated with bankruptcy resolution. |
| 10/19/10 | K. Bourdeau | C300 | 1.20 | Review R. Finke and related e-mails re EPA path forward on Omaha site with removal action; review P. Marks response re same; prepare detailed response to R. Finke re relevant considerations. |
| 10/19/10 | P. Marks | C300 | 0.60 | Review client email; provide information re same and coordinate with K. Bourdeau re additional input. |

BEVERIDGE & DIAMOND, P.C.                              INVOICE # 138815
                                                       November 30, 2010
                                                       PAGE   2


               Total Hours :                    5.40

               Total Fees  :               $2,817.00

BEVERIDGE & DIAMOND, P.C.                                      INVOICE # 138815
                                                               November 30, 2010
                                                               PAGE   3


**Time Summary :**

|              | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| K. Bourdeau  | 2.10 | $650.00 | $1,365.00 |
| P. Marks     | 3.30 | $440.00 | $1,452.00 |
| **Total Fees :** | | | **$2,817.00** |


**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---:|---:|
| C300 | 5.40 | $2,817.00 |
| Total | 5.40 | $2,817.00 |
| **Total Fees :** | **5.40** | **$2,817.00** |


**Summary by Disbursement Codes :**

| | | Bill Amount |
|---|---|---:|
| E105 | Telephone | $11.90 |
| **Total Disbursements :** | | **$11.90** |

                                              **TOTAL DUE :**          **$2,828.90**

# EXHIBIT C

**(Bankruptcy Fee Application)**

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

November 30, 2010
Client/Matter #  01246-012629
Invoice # 138813
Federal ID# 52-1247549

For Legal Services Rendered Through 10/31/10 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Bankruptcy Fee Application**
**100035**

**Disbursements:**

| | |
|---|---:|
| Copying | 91.95 |
| Postage | 8.70 |
| **Total Disbursements :** | **$100.65** |
| **TOTAL DUE :** | **$100.65** |