# ATTACHMENT 3

`IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | |
| | ) | Case No.  01-01139 (JFK) |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Objection Date: |

FIFTY-NINTH MONTHLY APPLICATION OF
BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | ~~August 1, 2010 through August 31, 2010~~ September          September |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $25,288.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $251.36 |

This is a:     ___XX____ monthly          _____ interim          _____ final application.

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[2] | $ 57.62 | $46,587.50[3] | $ 57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 -- 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 – 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 -- 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 -- 7/31/06 | $ 4,307.50 | $ 14.21 | $ 4,307.50 | $ 14.21 |
| 9/25/06 | 8/1/06 -- 8/31/06 | $4,812.50 | $ 131.31 | $4,812.50 | $ 131.31 |
| 10/30/06 | 9/1/06 -- 9/30/06 | $16,988.75 | $ 287.83 | $16,988.75 | $ 287.83 |
| 12/1/06 | 10/1/06 -- 10/31/06 | $19,348.25 | $ 210.02 | $19,348.25 | $ 210.02 |
| 1/11/07 | 11/1/06 - 11/30/06 | $34,281.25 | $ 425.47 | $34,281.25 | $ 425.47 |
| 3/7/07 | 12/1/06 - 12/31/06 | $43,924.00 | $ 338.42 | $43,924.00 | $ 338.42 |
| 3/7/07 | 1/1/07 - 1/31/07 | $51,760.00 | $ 211.32 | $51,760.00 | $ 211.32 |
| 6/4/07 | 2/1/07 - 2/28/07 | $36,245.00 | $ 94.79 | $36,245.00 | $ 94.79 |
| 6/4/07 | 3/1/07 - 3/31/07 | $33,840.00 | $ 480.06 | $33,840.00 | $ 480.06 |
| 6/18/07 | 4/1/07-4/30/07 | $35,377.50 | $ 514.32 | $35,377.50 | $ 514.32 |
| 6/18/07 | 5/1/07 – 5/31/07 | $17,681.25 | $ 389.29 | $17,681.25 | $ 389.29 |
| 8/23/07 | 6/1/07 - 6/30/07 | $22,225.00 | $ 133.35 | $22,225.00 | $ 133.35 |
| 10/11/07 | 7/1/07-7/31/07 | $31,450.00 | $ 248.66 | $31,100.00 | $ 248.66 |
| 10/11/07 | 8/1/07 - 8/31/07 | $30,497.50 | $ 567.93 | $29,875.50 | $ 567.93 |
| 10/19/07 | 9/1/07 - 9/30/07 | $18,575.00 | $ 311.53 | $18,575.00 | $ 311.53 |
| 1/2/08 | 10/1/07 – 10/31/07 | $7,217.50 | $ 791.76 | $7,217.50 | $ 791.76 |
| 1/2/08 | 11/1/07-11/30/07 | $5,200.00 | $ 111.41 | $5,200.00 | $ 111.41 |
| 4/29/08 | 12/1/07-12/31/07 | $8,670.00 | $ 142.43 | $8,670.00 | $ 142.43 |
| 4/29/08 | 1/1/08 – 2/28/08 | $19,480.00 | $ 74.16 | $19,480.00 | $ 74.16 |
| 5/5/08 | 3/1/08-3/31/08 | $6,320.00 | $ 81.38 | $6,320.00 | $ 81.38 |
| 6/23/08 | 4/1/08-4/30/08 | $5,358.00 | $ 54.14 | $5,358.00 | $ 54.14 |
| 7/21/08 | 5/1/08-5/31/08 | $32,068.00 | $ 19.86 | $32,068.00 | $ 19.86 |
| 9/3/08 | 6/1/08 – 6/30/08 | $39,793.00 | $ 1,384.81 | $39,793.00 | $ 1,384.81 |

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 9/15/08 | 7/1/08-7/31/08 | $89,644 | $273.65 | $89,644 | $273.65 |
| 11/14/08 | 8/1/08-8/31/08 | $50,539.50 | $224.70 | $50,539.50 | $224.70 |
| 11/14/08 | 9/1/08 - 9/30/08 | 3,905.50 | $986.54 | 3,905.50 | $986.54 |
| 2/6/09 | 10/1/08 - 10/31/08 | 1,360.00 | $365.78 | 1,360.00 | $365.78 |
| 2/6/09 | 11/1/08 - 11/30/08 | $920.00 | $524.75 | $920.00 | $524.75 |
| 3/24/09 | 12/1/08 - 12/31/08 | $2,702.50 | $11.37 | $2,702.50 | $11.37 |
| 3/30/09 | 1/1/09 - 1/31/09 | $25,585.00 | $1.40 | $25,585.00 | $1.40 |
| 4/21/09 | 2/1/09 - 2/28/09 | $39,237.00 | $516.80 | $39,237.00 | $516.80 |
| 4/30/09 | 3/1/09 - 3/31/09 | $ 8,128.00 | $ 46.35 | $ 8,128.00 | $ 46.35 |
| 7/7/09 | 4/1/09 - 4/30/09 | $ 80,837.00 | $1,411.58 | $ 80,837.00 | $1,411.58 |
| 7/20/09 | 5/1/09 - 5/31/09 | $ 80,837.00 | $ 1,411.58 | $ 80,837.00 | $ 1,411.58 |
| 9/2/09 | 6/1/09 - 6/30/09 | $38,481.50 | $ 888.98 | $38,481.50 | $ 888.98 |
| 9/15/09 | 7/1/089 - 7/31/09 | $6,972.00 | $ 534.11 | $6,972.00 | $ 534.11 |
| 10/1/09 | 8/1/09 - 8/31/09 | $1,991.50 | $ 5.80 | $1,991.50 | $ 5.80 |
| 11/2/09 | 9/1/09 - 9/30/09 | $ 6,836.00 | $ 53.92 | $ 6,836.00 | $ 53.92 |
| 12/9/09 | 10/1/09 - 10/31/09 | $ 15,246.00 | $ 75.86 | $ 15,246.00 | $ 75.86 |
| 1/4/10 | 11/1/09 - 11/30/09 | $ 14,828.50 | $ 56.80 | $ 14,828.50 | $ 56.80 |
| 2/3/10 | 12/1/09 - 12/31/09 | $ 7,224.00 | $ 84.20 | $ 7,224.00 | $ 84.20 |
| 3/31/10 | 1/1/10 - 1/31/10 | $ 2,778.00 | $ 36.85 | $ 2,778.00 | $ 36.85 |
| 3/31/10 | 2/1/10 - 2/28/10 | $ 4,449.50 | $12.27 | $ 4,449.50 | $12.27 |
| 5/17/10 | 3/1/10 – 3/31/2010 | $ 24,367.50 | $11.00 | $ 24,367.50 | $11.00 |
| 7/1/10 | 4/1/10 – 4/30/10 | $ 10,250.00 | $ 82.97 | Pending | Pending |
| 7/1/10 | 5/1/10 – 5/31/10 | $ 3,476.00 | $ 23.86 | Pending | Pending |
| 8/16/10 | 6/1/10 – 6/30/10 | $ 24,234.00 | $ 19.20 | Pending | Pending |
| 8/30/10 | 7/1/10 - 7/31/10 | $ 20,113.50 | $ 18.28 | Pending | Pending |
| 10/25/10 | 8/1/10 - 8/31/10 | $2,986.00 | $ 235.07 | Pending | Pending |

B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Karl S. Bourdeau | Principal; Joined Firm 1980; Member of DC Bar since 1978 | $650.00 | 5.90 | $3,835.00 |
| Pamela D. Marks | Principal; Joined Firm 1997; Member of MD Bar since 1986 | $440.00 | 29.70 | $13,068.00 |
| Lindsey Kiddoo | Joined firm 2010; MD Bar Membership pending | $225.00 | 28.60 | $6,435.00 |
| Tracy Horch | Paralegal | $195.00 | 10.00 | $1,950.00 |

Total Fees:        $25,288.00
Total Hours:          74.20
Blended Rate:       $340.00

TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 74.20 | $25,288 |

EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense |
|---|---|---|
| Duplicating | | $245.49 |
| Postage | | $2.27 |
| Long Distance Telephone | | $3.60 |

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period

September 1, 2010 through September 30, 2010, an interim allowance be made to Beveridge &

Diamond, P.C. for compensation in the amount of $25,288.00 and actual and necessary expenses

---

[6] These amounts are the sum total from all of the invoices attached hereto.

[7] These amounts are the sum total of the disbursements as shown on all of the invoices attached hereto.

[8] B&D may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

in the amount of $251.36 for a total allowance of $25,539.36 and payment of $20,230.40 (80%

of the allowed fees) and reimbursement of $251.36 (100% of the allowed expenses) be

authorized for a total payment of $20,481.76 and for such other and further relief as this Court

may deem just and proper.

Dated: November ____4____, 2010        BEVERIDGE & DIAMOND, P.C.

Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone:  410-230-1315
Facsimile:  410-230-1389
Counsel for Debtors and Debtors in Possession

<u>VERIFICATION</u>

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a)  I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b)  I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c)  I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

_____
Pamela D. Marks


SWORN AND SUBSCRIBED
before me this 4th day of November, 2010.


_____
Notary Public:  Debora R. Melnyk
My Commission Expires:  May 27, 2013

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30,  2010

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (Curtis Bay FUSRAP Bankruptcy Claim Resolution)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300


W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

October 29, 2010
Client/Matter #  01246-011548
Invoice # 138201
Federal ID# 52-1247549

For Legal Services Rendered Through 09/30/10 in Connection With:

**PLEASE REMIT PAYMENT TO :**      **BEVERIDGE & DIAMOND, P.C.**
                                   **SUITE 700**
                                   **1350 I STREET, N.W.**
                                   **WASHINGTON, D.C. 20005-3311**


**Curtis Bay FUSRAP Bankruptcy Claim Resolution**


| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 09/04/10 | P. Marks | 0.20 | Review information. |

|  |  |
|--|--|
| **Total Hours :** | 0.20 |
| **Total Fees :** | $88.00 |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  138201
October 29, 2010
PAGE  2

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.20 | $440.00 | $88.00 |
| **Total Fees :** | | | $88.00 |
| **TOTAL DUE :** | | | $88.00 |

# EXHIBIT B

## (Curtis Bay RCRA 2)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300


W. R. Grace & Co. - Conn                    October 29, 2010
Attn: Lydia B. Duff, Esq.                   Client/Matter #  01246-013923
7500 Grace Drive                            Invoice # 138204
Columbia, MD  21044                         Federal ID# 52-1247549

---

For Legal Services Rendered Through 09/30/10 in Connection With:

**PLEASE REMIT PAYMENT TO :**      BEVERIDGE & DIAMOND, P.C.
                                   SUITE 700
                                   1350 I STREET, N.W.
                                   WASHINGTON, D.C. 20005-3311

<u>Curtis Bay RCRA 2</u>

| | | | |
|---|---|---|---|
| 09/01/10 | P. Marks | 0.40 | Review file; prepare for and contact EPA counsel (J. O'Neill). |
| 09/08/10 | P. Marks | 0.20 | Review email from EPA (J. Howell); evaluate same and response. |
| 09/10/10 | P. Marks | 0.30 | Voicemail and emails to L. Duff re EPA counsel change. |
| 09/13/10 | P. Marks | 1.30 | Voicemail to J. Howell; telephone conference with L. Duff re same; review letter from J. Howell re Confidential Business Information; direct L. Kiddoo re same. |
| 09/13/10 | L. Kiddoo | 2.50 | Conference with P. Marks re Grace confidential business information challenge; review challenge letter; research re same. |
| 09/14/10 | L. Kiddoo | 5.00 | Research re CBI policies and cases; conference with P. Marks re same; followup research. |
| 09/15/10 | P. Marks | 1.20 | Direct L. Kiddoo re CBI research, document review and letter preparation; telephone conference with L. Duff and B. Errera re open issues and tasks. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  138204
October 29, 2010
PAGE  2

| 09/15/10 | L. Kiddoo | 5.20 | Compile summary and analysis for P. Marks re factors that will apply to support Grace's CBI assertions; conference with P. Marks re above summary and documents challenge for CBI claim; compile binder of materials and discuss draft letter; prepare markup of redaction P. Marks' conference with Grace week of 09/20. |
| --- | --- | --- | --- |
| 09/16/10 | P. Marks | 1.20 | Access CBI issues and review of L. Kiddoo research; telephone conference with J. Howell (EPA) re her new role on case, next steps, and CBI issues; evaluate same. |
| 09/16/10 | L. Kiddoo | 4.50 | Compile binder and table of contents for inspection report and EPA Grace's responses including all attachments; prepare letter to EPA in accordance with EPA CBI claim substantiation letter; review examples of CBI claim substantiations; prepare summary to P. Marks. |
| 09/17/10 | P. Marks | 1.10 | Telephone conference with L. Duff re EPA and tasks; prepare summary email for L. Duff re J. Howell (EPA) telephone conference; direct L. Kiddoo re draft CBI letter to J. Howell and evaluate same. |
| 09/17/10 | L. Kiddoo | 3.80 | Telephone conference with P. Marks re: CBI issues; prepare redaction. |
| 09/20/10 | P. Marks | 1.60 | Coordinate with L. Kiddoo re CBI issues and letter preparation; coordinate with B. Errera re obtaining full submittals for our CBI review; telephone conferences with L. Duff re tasks. |
| 09/21/10 | L. Kiddoo | 0.30 | Conference with T. Horch re: Grace RCRA document binders; email P. Marks re: missing final documents. |
| 09/21/10 | T. Horch | 5.00 | Review notebooks of information and put notebooks together with information received from WR Grace per P. Marks. |
| 09/22/10 | P. Marks | 1.70 | Evaluate CBI issues and documents; direct L. Kiddoo re same; prepare for client meeting re same and EPA investigation. |
| 09/22/10 | L. Kiddoo | 5.80 | Review Grace binders compiled by T. Horch and D. Davis; create table of contents and cover pages in preparation  for P. Marks' conference with Grace; review Grace submittals and identify potential reading for and tabbing |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  138204
October 29, 2010
PAGE  3

|  |  |  |  |
|---|---|---|---|
|  |  |  | information to discuss as CBI in preparation for meeting with client; conference with P. Marks re method of coding CBI for conference with client and draft letter to EPA; followup preparation of draft letter to EPA. |
| 09/23/10 | P. Marks | 5.00 | Prepare for and conduct conference with L. Duff and Curtis Bay plant personnel re followup questions on EPA investigation and re confidential business information substantiation. |
| 09/27/10 | P. Marks | 4.70 | Detailed CBI assessment of submittals in preparation of response to EPA; telephone conference with L. Duff re same; telephone conference with B. Maggio re same; telephone conference with J. Howell (EPA) re CBI due date. |
| 09/27/10 | L. Kiddoo | 1.50 | Complete final binder of EPA submittals; conference with P. Marks re status of CBI coding; followup redaction tasks; direct T. Horch re redaction tasks; coordinate with P. Marks re same. |
| 09/27/10 | T. Horch | 2.50 | Review, organize, scan and redact documents from notebook per L. Kiddoo; redact documents in e-copy from P. Marks notes. |
| 09/28/10 | P. Marks | 1.40 | Prepare CBI response; direct staff and L. Kiddoo re same; prepare letter to J. Howell (EPA) re same. |
| 09/28/10 | L. Kiddoo | 0.50 | Conference with P. Marks and T. Horch re CBI redaction process progress and remaining steps. |
| 09/28/10 | T. Horch | 2.50 | Review P. Marks mark ups and redact from ecopy and hard copies; meet with L. Kiddoo and P. Marks to review project. |
| 09/29/10 | P. Marks | 1.90 | Prepare for and conduct telephone conference with B. Errera and L. Kiddoo re review of documents and CBI protection procedures; followup assessment and direction to L. Kiddoo re same. |
| 09/29/10 | L. Kiddoo | 2.50 | Prepare documents for telephone conference with P. Marks and B. Errera; telephone conference with P. Marks and B. Errera; email P. Marks re items to discuss with L. Duff re answer from telephone conference. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  138204
October 29, 2010
PAGE  4

| 09/30/10 | P. Marks | 0.30 | Review CBI released information from B. Errera; coordinate with L. Kiddoo re same. |
| 09/30/10 | L. Kiddoo | 1.00 | Update latter to J. Howell re CBI claims with information from 9/29 telephone conference with B. Errera; review 2/13/10 submission attachments and compare against EPA's initial investigation attachments to determine if any are identical. |

**Total Hours :**                    64.90

**Total Fees :**            $19,097.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  138204
October 29, 2010
PAGE  5

**Disbursements:**

| | |
|---|---|
| Long Distance Telephone | 0.40 |
| Duplicating | 236.49 |

Total Disbursements :          $236.89

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 22.30 | $440.00 | $9,812.00 |
| L. Kiddoo | 32.60 | $225.00 | $7,335.00 |
| T. Horch | 10.00 | $195.00 | $1,950.00 |

Total Fees :          $19,097.00

Less 4 hrs Associate  :          (900.00)

Total Disbursements :          $236.89

TOTAL DUE :          $18,433.89

# EXHIBIT C

## (Investigation of VC Processing Facilities)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                            October 29, 2010
Attn: Richard Finke                          Client/Matter #  01246-014352
7500 Grace Drive                             Invoice # 138202
Columbia, MD  21044                          Federal ID# 52-1247549

---

For Legal Services Rendered Through 09/30/10 in Connection With:

**Investigation of VC Processing Facilities**

| | | | |
|---|---|---|---|
| 09/01/10 | K. Bourdeau | 0.50 | Review R. Finke e-mail and Remediation report re results of Omaha facility sampling; communications with R. Finke and P. Marks re same. |
| 09/01/10 | P. Marks | 0.20 | Coordinate with K. Bourdeau and client re Omaha report. |
| 09/10/10 | P. Marks | 0.80 | Review mineral products information. |
| 09/12/10 | P. Marks | 1.10 | Review Mineral Products information; prepare comments for R. Finke. |
| 09/13/10 | K. Bourdeau | 0.50 | Review P. Marks draft comments on EPA sampling report for Omaha facility; evaluate same and prepare e-mail to P. Marks re additional comments. |
| 09/13/10 | P. Marks | 2.60 | Review and evaluate EPA's Omaha report and appendices, including activity logs; prepare comments for R. Finke re same. |
| 09/14/10 | K. Bourdeau | 0.20 | Communications with P. Marks re comments on EPA's Omaha facility sampling report. |
| 09/26/10 | K. Bourdeau | 1.70 | Re-review Remedium summary report and e-mail communications to date re results of EPA Omaha, Nebraska sampling; review EPA sampling report and prepare comments/questions thereon and follow-up options; e-mail communications with |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 138202
October 29, 2010
PAGE  2

P. Marks re same.

| | | | |
|---|---|---|---|
| 09/27/10 | K. Bourdeau | 2.30 | Conference with P. Marks re preparation for call with WR Grace re response to EPA sampling report on Omaha, Nebraska facility; participate in WR Grace conference call re same; review EPA information request and Grace response thereto and transactional documents with the Gutter Company; follow-up conference with P. Marks; follow up e-mail communications re transactional documents. |
| 09/27/10 | P. Marks | 1.90 | Prepare for and conduct telephone conference with R. Finke, B. Emmett, Remedium and K. Bourdeau re status of Omaha assessment, potential paths forward; post call assessment with K. Bourdeau. |
| 09/28/10 | P. Marks | 0.60 | Telephone conference with R. Finke re conference call followup and next steps; evaluate same. |
| 09/29/10 | K. Bourdeau | 0.70 | Follow-up communications with P. Marks re path forward; communications with B. Emmett re Uniform Purchase Agreement; review Uniform Purchase Agreement. |

|  |  |
|---|---|
| **Total Hours :** | **13.10** |
| **Total Fees :** | **$7,003.00** |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 138202
October 29, 2010
PAGE   3

## Disbursements:

Long Distance Telephone                              3.20


Total Disbursements :                    $3.20


## Time Summary:

|              | Hours Worked | Billed Per Hour | Bill Amount |
|--------------|--------------|-----------------|-------------|
| K. Bourdeau  | 5.90         | $650.00         | $3,835.00   |
| P. Marks     | 7.20         | $440.00         | $3,168.00   |

Total Fees :                    $7,003.00

Total Disbursements :                    $3.20

TOTAL DUE :                    $7,006.20

# EXHIBIT D

## (Bankruptcy Fee Application)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn                         October 29, 2010
Attn: Lydia B. Duff, Esq.                        Client/Matter #  01246-012629
7500 Grace Drive                                 Invoice # 138203
Columbia, MD  21044                              Federal ID# 52-1247549

For Legal Services Rendered Through 09/30/10 in Connection With:

**PLEASE REMIT PAYMENT TO :**     **BEVERIDGE & DIAMOND, P.C.**
                                  **SUITE 700**
                                  **1350 I STREET, N.W.**
                                  **WASHINGTON, D.C. 20005-3311**

**Bankruptcy Fee Application**

**Disbursements:**

| | |
|---|---|
| Postage | 2.27 |
| Duplicating | 9.00 |

**Total Disbursements :**        **$11.27**

**TOTAL DUE :**        **$11.27**