# EXHIBIT A

CERTIFICATE OF INSURANCE

# W.R. GRACE & CO.

This is to certify that this Certificate of Insurance neither affirmatively nor negatively amends, extends or alters the coverage afforded by such Policy or Policies.

Name and Address of Insured:

Burlington Northern Inc.
St. Paul, Minnesota

Name and Address of Certificate Holder:           CONTINENTAL CASUALTY COMPANY
[   Burlington Northern Inc,           ]
[   St. Paul, Minnesota                ]

| Type of Insurance | Policy # | Exp. Date | Limits of Liability |
|---|---|---|---|
| 1) Workmens Compensation Employers Liability | | | |
| 2) Comprehensive General Liability | | | |
| 3) Comprehensive Auto Liability | | | |
| 4) Owners Landlords and Tenants Liability Insurance | CCP9060456 | 6/30/77 | B.I. $100,000 each person<br>B.I. $500,000 each occurrence<br>P.D. $500,000 each occurrence |

Description and location of operations of the Insured: All operations of the Insured, as respects Zonolite Division Plant
    4 Miles East of Libby,
    Lincoln County
    Montana

In the event of cancellation of the insurance, the Company agrees to give 10 day(s) written notice to the party at whose request this Certificate is issued.

Date of Certificate Issuance:              Authorized Representative:

4/20/74                                    *Vivan Kalker*
                                           19020415

BURL003513A

**Marsh & McLennan**

Marsh & McLennan, Incorporated
1221 Avenue of the Americas, New York, New York 10020
Telephone 212 997-2000

Confirmation

N° 97515

Date February 22, 1977

W. R. Grace & Co., Zonolite Division
a/c Burlington Northern, Inc.
1114 Ave. of the Americas
New York, New York

Insured

Burlington Northern, Inc.

| Insured by | Amount | Rate or Premium | Effective | Expiring |
|---|---|---|---|---|
| Continental Casualty Co. 127 John Street | | | 4/20/77 | |
| Attn: Mr. W. Sellar | Owner's Land lords & Tenants Liability Insurance Renew as expiring Policy # CCP 906-04-56 for ~~a further term of 3 years~~ effective 4/20/77 | | | |

Extend P/R To 6/30/77

We have a signed binder effecting the foregoing. Please notify the undersigned immediately of changes, if any, you wish to make in the above arrangements; otherwise completing documents or premium statement will be prepared and sent to you.

By Frank J. Nasella

Unit I    10020422

☐ ☐ ☐ ☐

12.59 REV.
012PNB00745

**EXHIBIT BNSF 20**

BURL003514A