# EXHIBIT C

MARSH & MCLENNAN, INC. NYL 19-81

COMMERCIAL CASUALTY POLICY

DECLARATIONS

CNA Plaza, Chicago, Illinois 60685

INSURANCE IS PROVIDED BY THE COMPANY DESIGNATED BELOW (A stock insurance company, herein called the company)

- [x] Continental Casualty Company
- [ ] National Fire Insurance Company of Hartford
- [ ] American Casualty Company of Reading, Pa.
- [ ] Transportation Insurance Company
- [ ] Transcontinental Insurance Company
- [ ] Valley Forge Insurance Company

Item 1. PREFIX CCP POLICY NUMBER 2483440

NAMED INSURED & ADDRESS: Number & Street, Town, County & State

BURLINGTON NORTHERN, INC.
ST. PAUL, MINNESOTA

BUSINESS OF INSURED: RAILROAD

[ ] INDIVIDUAL [ ] PARTNERSHIP [x] CORPORATION [ ] JOINT VENTURE [ ] OTHER

2. Policy Period: 6-30-81 To 6-30-84 12:01 A.M., STANDARD TIME AT THE ADDRESS OF THE NAMED INSURED AS STATED HEREIN.

3. Audit Period: Annual, unless otherwise stated.

4. The insurance afforded is only with respect to the following Coverage Part(s) indicated by specific premium charge(s).

| ADVANCE PREMIUMS | COVERAGE PART(S) | ADVANCE PREMIUMS | COVERAGE PART(S) |
|---|---|---|---|
| $ | Comprehensive General Liability Insurance | $ | Completed Operations and Products Liability Insurance |
| $ | Comprehensive Automobile Liability Insurance | $ | Comprehensive Personal Insurance |
| $ | Automobile Medical Payments Insurance | $ | Garage Insurance |
| $ | Uninsured Motorists Insurance | $ INCL. IN COMPOSITE RATE | Owners' and Contractors' Protective Liability Insurance |
| $ | Automobile Physical Damage Insurance | $ | Premises Medical Payments Insurance |
| $ | Contractual Liability Insurance | $ | Uninsured Motorists Insurance |
| $ | Manufacturers' and Contractors' Liability Insurance | $ | Basic Automobile Liability Insurance |
| $ | Owners', Landlords' and Tenants' Liability Insurance | $ | Automobile Medical Payments Insurance |
| | | $ | Uninsured Motorists Insurance |
| $ | Form numbers of endorsements attached at issuance include: | | |
| $ INCL. IN COMPOSITE RATE | Total Advance Premium for this policy. | C-39022-A | |

5. If Policy Period more than one year:
$ Gross Premium $ Discount $ Net Premium
Premium is payable:
$ On effective date of Policy $ 1st Anniversary $ 2nd Anniversary

6. This declarations page is issued in conjunction with and forms a part of an insurance policy which is completed with the addition of the coverage part(s) indicated above by an advance premium and if any, by additional declarations, schedule(s), and endorsement(s). Such Coverage Part(s), and if any, additional declarations, schedule(s) and endorsement(s) disclose all hazards insured hereunder known to exist at the effective date of this policy, unless otherwise stated herein.*

7. During the past three years no insurer has cancelled insurance, issued to the named insured, similar to that afforded hereunder, unless otherwise stated herein.*

*ABSENCE OF AN ENTRY MEANS "NO EXCEPTION".

IN WITNESS WHEREOF, The Company designated on this declarations page has executed and attested these presents; but this policy shall not be valid unless countersigned by the duly authorized agent of the Company at the agency hereinbefore mentioned.

Secretary Chairman of the Board Countersigned by

G-31995-B

GCO000212

EXHIBIT BNSF 18

BURL003509A

CO PR PT
1 52 99

| ☐ EXPERIENCE RECORDED | | | | | RETROSPECTIVE ☒ | | | |
|---|---|---|---|---|---|---|---|---|
| NON-PART. | | PART | S | COVERAGE | L.P. CODE | MOD | COMM | [illegible] |
| LOSS LIMIT | | | | W. C. 31 | | | | |
| GROUP CODE | | 956 | | AUTO 34 | | | | |
| [illegible] | Incl in Composite Rate | | | PHY D. 36 | | | | |
| ENG. | C | ELEV. | | MISC. 32 | 1 | 100 | 100 | 0 |
| DEPT. | | [illegible] | | [illegible] | | | | |
| UNDERWRITER'S INITIALS | | | | | | | | |

chg 40/00

GCO000213

BURL003510A

Endorsement to Policy No. CCP 248 3440
ENDT. #1

COVERAGE PART — OCP

## OWNERS' AND CONTRACTORS' PROTECTIVE LIABILITY INSURANCE
## COVERAGE FOR OPERATIONS OF DESIGNATED CONTRACTOR

### ADDITIONAL DECLARATIONS

Designation of Contractor
Mailing Address (enter below)

W. R. GRACE & CO., ZONOLITE DIVISION
1114 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK

Location of Covered Operations (enter below)

LIBBY, MONTANA

☒ Check here if the following provision is applicable: The person or organization designated above as the Contractor has undertaken to pay the premium for this policy and shall be entitled to receive any return premium, if any, which may become payable under the terms of this policy.

### SCHEDULE

| | Coverages | Limits of Liability — Each Occurrence | Limits of Liability — Aggregate |
|---|---|---|---|
| Owner's and Contractor's Protective Liability Insurance | A—Bodily Injury Liability | $ 500,000. | |
| | B—Property Damage Liability | $ 500,000. | 100000 $ 500,000. |

| Description of Hazards | Code No. | Premium Bases | Rates — Bodily Injury | Rates — Property Damage | Advance Premiums — Bodily Injury | Advance Premiums — Property Damage |
|---|---|---|---|---|---|---|
| Independent Contractors | | (a) Cost | (a) Per $100 of Cost | | | |
| ZONOLITE DIVISION PLANT – 4 MILES EAST OF LIBBY, LINCOLN CO. MONTANA | R/A 40006 | | | | INCLUDED IN COMPOSITE RATE | |
| Total Advance Premium | | | | | | |

When used as a premium basis:
"cost" means the total cost to the named insured with respect to operations performed for the named insured during the policy period by independent contractors of all work let or sub-let in connection with each specific project, including the cost of all labor, materials and equipment furnished, used or delivered for use in the execution of such work, whether furnished by the owner, contractor or subcontractor, including all fees, allowances, bonuses or commissions made, paid or due.

I. COVERAGE A—BODILY INJURY LIABILITY
COVERAGE B—PROPERTY DAMAGE LIABILITY

The company will pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages because of

A. bodily injury or
B. property damage

to which this policy applies, caused by an occurrence and arising out of (1) operations performed for the named insured by the contractor designated in the declarations at the location designated therein or (2) acts or omissions of the named insured in connection with his general supervision of such operations, and the company shall have the right and duty to defend any suit against the insured seeking damages on account of such bodily injury or property damage, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

Exclusions

This policy does not apply:

(a) to liability assumed by the insured under any contract or agreement except an incidental contract; but this exclusion does not apply to a warranty that work performed by the designated contractor will be done in a workmanlike manner;

(b) to bodily injury or property damage occurring after
(1) all work on the project (other than service, maintenance or repairs) to be performed by or on behalf of the named insured at the site of the covered operations has been completed or
(2) that portion of the designated contractor's work out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project;

(c) to bodily injury or property damage arising out of any act or omission of the named insured or any of his employees, other than general supervision of work performed for the named insured by the designated contractor;

(d) to any obligation for which the insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(e) to bodily injury to any employee of the insured arising out of and in the course of his employment by the insured or to any obligation of the insured to indemnify another because of damages arising out of such injury; but

this exclusion does not apply to liab[illegible] [illegible]umed by the insured under an incidental contract;

(f) to property damage to

(1) property owned or occupied by or [illegible] the insured,

(2) property used by the insured,

(3) property in the care, custody or control of the insured or as to which the insured is for any purpose exercising physical control, or

(4) work performed for the insured by the designated contractor;

(g) to bodily injury or property damage due to war, whether or not declared, civil war, insurrection, rebellion or revolution or to any act or condition incident to any of the foregoing, with respect to (1) liability assumed by the insured under an incidental contract, or (2) expenses for first aid under the Supplementary Payments provision of the policy;

(h) to bodily injury or property damage arising out of (1) the ownership, maintenance, operation, use, loading or unloading of any mobile equipment while being used in any prearranged or organized racing, speed or demolition contest or in any stunting activity or in practice or preparation for any such contest or activity or (2) the operation or use of any snowmobile or trailer designed for use therewith;

(i) to bodily injury or property damage arising out of the discharge, dispersal, release or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids or gases, waste materials or other irritants, contaminants or pollutants into or upon land, the atmosphere or any water course or body of water; but this exclusion does not apply if such discharge, dispersal, release or escape is sudden and accidental;

(j) to loss of use of tangible property which has not been physically injured or destroyed resulting from

(1) a delay in or lack of performance by or on behalf of the named insured of any contract or agreement, or

(2) the failure of the named insured's products or work performed by or on behalf of the named insured to meet the level of performance, quality, fitness or durability warranted or represented by the named insured;

but this exclusion does not apply to loss of use of other tangible property resulting from the sudden and accidental physical injury to or destruction of the named insured's products or work performed by or on behalf of the named insured after such products or work have been put to use by any person or organization other than an insured.

## II. PERSONS INSURED

Each of the following is an insured under this policy to the extent set forth below:

(a) if the named insured is designated in the declarations as an individual, the person so designated and his spouse;

(b) if the named insured is designated in the declarations as a partnership or joint venture, the pa[illegible]nership or joint venture so designated and any partner or member there[illegible] [illegible]t only with respect to his liability as such;

(c) if the named insu[illegible] is designated in the declarations as other than an individual, partnership or joint venture, the organization so designated and any executive officer, director or stockholder thereof while acting within the scope of his duties as such; and

(d) any person (other than an employee of the named insured) or organization while acting as real estate manager for the named insured.

## III. LIMITS OF LIABILITY

Regardless of the number of (1) insureds under this policy, (2) persons or organizations who sustain bodily injury or property damage, or (3) claims made or suits brought on account of bodily injury or property damage, the company's liability is limited as follows:

Coverage A—The total liability of the company for all damages, including damages for care and loss of services, because of bodily injury sustained by one or more persons as the result of any one occurrence shall not exceed the limit of bodily injury liability stated in the declarations as applicable to "each occurrence".

Coverage B—The total liability of the company for all damages because of all property damage sustained by one or more persons or organizations as the result of any one occurrence shall not exceed the limit of property damage liability stated in the declarations as applicable to "each occurrence".

Subject to the above provision respecting "each occurrence", the total liability of the company for all damages because of all property damage to which this coverage applies shall not exceed the limit of property damage liability stated in the declarations as "aggregate". If more than one project is designated in the schedule, such aggregate limit shall apply separately with respect to each project.

Coverages A and B—For the purpose of determining the limit of the company's liability, all bodily injury and property damage arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one occurrence.

## IV. ADDITIONAL DEFINITION

When used in reference to this insurance (including endorsements forming a part of the policy):

"work" includes materials, parts and equipment furnished in connection therewith.

## V. POLICY TERRITORY

This policy applies only to bodily injury or property damage which occurs within the policy territory.

GCO000215

BURL003512A