# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I, Henry J. Jaffe, do hereby certify that on December 23, 2010, I served Objection of BNSF Railway Company to Debtors' Motion Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014, and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Between W.R. Grace & Co. and The CNA Companies (the "Objection") by causing copies thereof to be served via hand delivery and facsimile upon the entities on the service list attached hereto as **Exhibit A**. I further certify that on December 23, 2010, I served the Objection by causing copies thereof to be served via first class mail, postage prepaid and facsimile upon the entities on the service list attached hereto as **Exhibit B**.

Dated: December 23, 2010
      Wilmington, Delaware

PEPPER HAMILTON LLP

/s/ Henry J. Jaffe
Henry J. Jaffe (DE No. 2987)
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(Courier No. 19801)
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

Counsel for BNSF Railway Company

Of Counsel:

Edward C. Toole, Jr.
Linda J. Casey
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000
Fax: (215) 981-4750

Counsel for BNSF Railway Company

#13527185 v1

## EXHIBIT A

Debtors
c/o James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Fax: 302-652-4400

David Klauder, Esq.
Office of the United States Trustee
844 King Street
Suite 2311
Wilmington, DE 19801
Fax: 302-573-6497

Official Committee of Unsecured Creditors
c/o Michael R. Lastowski, Esq.
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
Fax: 302-657-4901

Official Committee of Asbestos Property Damage Claimants
c/o Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Fax: 302-575-1714

Official Committee of Asbestos Personal Injury Claimants
c/o Marla Eskin, Esq.
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
Fax: 302-426-9947

Official Committee of Equity Holders
c/o Teresa K.D. Currier, Esq.
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899-1397
Fax: 302-421-6813

Asbestos PT Future Claimants' Representative
c/o John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
Fax: 302-655-4210

Asbestos PD Future Claimants' Representative
c/o Karl Hill, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
Fax: 302-888-0606

## EXHIBIT B

Debtors
c/o Lisa G. Esayian, Esq.
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654
Fax: 312-862-2200

Debtors
c/o Janet S. Baer, Esq.
The Law Offices of Janet S. Baer, P.C.
70 West Madison Street, Suite 2100
Chicago, IL 60602
Fax: 312-641-2165)

Official Committee of Unsecured Creditors
c/o Lewis Kruger, Esq.
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
Fax:  212-806-6006

Official Committee of Asbestos Property
Damage Claimants
c/o Scott L. Baena, Esq.
Bilzin, Sumberg, Baena, Price & Axelrod
1450 Brickell Avenue, Suite 2300
Miami, FL 33131
Fax: 305-374-7593

Official Committee of Asbestos Personal
Injury Claimants
c/o Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Fax: 212-644-6755

Official Committee of Equity Holders
c/o Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022
Fax: 212-715-8000

Asbestos PT Future Claimants'
Representative
c/o Richard H. Wyron, Esq.
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005
Fax: 202-339-8500

Asbestos PD Future Claimants'
Representative
c/o Alan B. Rich, Esq.
Law Office of Alan B. Rich, Esq.
1201 Elm Street, Suite 4244
Dallas, TX 75270
Fax: 214-749-0325

CNA Companies
c/o Michael S. Giannotto, Esq.
Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC 20001
Fax 202-346-4444