UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | * | Chapter 11 |
| | * | |
| W.R. GRACE & CO., *et al.*, | * | Case No. 01-01139 (JKF) |
| | * | Jointly Administered |
| Debtor | * | |
| | * | Objection Deadline: December 23, 2010 |
| | * | at 4:00 p.m. |
| | * | Hearing Date: January 10, 2011 |
| | * | at 9:00 a.m. |
| | * | Related Docket No. 25776 |

## CERTIFICATE OF SERVICE

I, Kerri K. Mumford, hereby certify that on the 23rd of December, 2010, I served a copy of *Libby Claimants' Objection to Debtors' Motion to Approve Settlement with the CNA Companies*, on the individuals on the attached service list in the manner indicated.

/s/ Kerri K. Mumford

{393.001-W0012107.}

**Via Hand Delivery**

(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Kathleen P. Makowski, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705

(Copy Service)
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

(Counsel to Scotts Company LLC)
Robert J. Steam, Jr.
Cory D. Kandestin, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

(Counsel to The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

(Counsel to Maryland Casualty)
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

(Counsel to DIP Lender)
Steven M. Yoder, Esquire
Potter Anderson & Coroon LLP
1313 North Market Street
Wilmington, DE 19899-0951

(Counsel to Asbestos PT Committee)
Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, #300
Wilmington, DE 19801

(Counsel to Ingersoll-Rand Fluid Products and State of Montana)
Francis A. Monaco, Jr., Esquire
Womble Carlye Sandridge & Rice LLC
222 Delaware Avenue, 15th Floor
Wilmington, DE 19801

(Counsel to Asbestos PD Committee)
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box *636*
Wilmington, DE 19899-0636

(Counsel to Century Indemnity Company)
Curtis Crowther, Esquire
White and Williams LLP
824 North Market Street, Suite 902
P.O. Box. 709
Wilmington, DE 19801

(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

(Counsel to First Union Leasing)
John D. Demmy, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, Suite 700
Wilmington, DE 19801-1270

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899

(Counsel to Mark Hankin and HanMar Associates, Fireman's Fund Insurance Co.)
Thomas G. Whalen, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, 7 t Floor
Wilmington, DE 19801

(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

(Counsel to Equity Committee)
Teresa K.D. Currier, Esquire
Saul Ewing
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

(Counsel for Reaud, Morgan & Quinn, Inc.
and Environmental Litigation Group, PC)
Kathleen Miller, Esquire
Smith, Katzenstein & Jenkins LLP
800 Delaware Avenue, Suite 1000
P.O. Box 410
Wilmington, DE 19899

(Counsel to Union Tank Car Company and Samson)
Rachel B. Mersky, Esquire
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

(Counsel to The Delaware Division of Revenue)
Allison E. Reardon
Delaware Division of Revenue
820 N. French Street, 8th Floor
Wilmington, DE 19801

(Counsel to Allstate Insurance Company)
James S. Yoder, Esquire
White and Williams LLP
824 Market Street, Suite 902
Wilmington, DE 19899-0709

(Counsel to the Libby Mine Claimants)
Steven K. Kortanek, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

(Counsel to Everest Reinsurance Company and Mt. McKinley Insurance Company)
Brian L. Kasprzak, Esquire
Marks, O'Neill, O'Brien and Courtney, P.C.
913 North Market Street, Suite 800
Wilmington, DE 19801

(L.A. Unified School District)
William F. Taylor, Jr., Esquire
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19899

(Counsel for David T. Austern)
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Employers Commercial Union n/k/a OneBeacon
America Insurance Co and Unigard Insurance Co)
David P. Primack, Esquire
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801-1254

(Counsel to Anderson Memorial Hospital)
Christopher D. Loizides, Esquire
Loizides & Associates
Legal Arts Bldg.
1225 King Street, Suite 800
Wilmington, DE 19801

(Counsel to Representative Counsel to Canadian ZAI Claimants)
Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

(Counsel to PacifiCorp)
Richard S. Cobb, Esquire
Megan N. Harper, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

(Counsel to CNA Financial Corporation)
Carmella P. Keener, Esquire
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

Robert Jacobs, Esquire
Maria Rosoff Eskin
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899

(Counsel to State of California, Dept. of General Svcs)
Tobey M. Daluz, Esquire
Leslie C. Heilman, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801

(Counsel to Macerich Fresno LP)
William P. Bowden, Esquire
Amanda M. Winfree, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

(Counsel to Sealed Air Corporation)
Mark S. Chehi, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

(Counsel to PDFCR)
Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

(Counsel to Zonolite Attic Litigation Plaintiffs and Gamma Holding, NV)
William D. Sullivan, Esquire
4E. 8th Street, Suite 400
Wilmington, DE 19801

(Counsel to Arrowood Indemnity, U.S. Fire Insurance, Royal Insurance)
Ian Connor Bifferato, Esquire
Garvan F. McDaniel, Esquire
Bifferato LLC
800 King Street, First Floor
P.O. Box 2165
Wilmington, DE 19899-2165

(Attorneys for PPG Industries, Inc.)
William M. Aukamp, Esquire
Archer & Greiner
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

(Counsel to Federal Insurance Co.)
Barry M. Klayman, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

(Counsel to Mian Realty, LLC)
Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

(Counsel to Wausau and National Casualty)
Eric Lopez Schnabel, Esquire
Robert W. Mallard, Esquire
Dorsey & Whitney LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801

(Counsel to Defendant BNSF Railway Company)
Evelyn J. Meltzer, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709

## Via Foreign First Class Mail

(Canadian Counsel to Debtor)
Derrick C. Tay
Ogilvy Renault LLP
Royal Bank Plaza, South Tower
200 Bay Street, Suite 3800
Toronto, Ontario M5J 2Z4
CANADA

(Counsel to Canadian ZAI Claimants)
Yves Lauzon, Esquire
Michel Belanger, Esquire
LAUZON BELANGER, INC..
286 Street Paul West
MontrØal (Quebec)
H2Y 2A3

(Counsel to Her Majesty the Queen in Right of Canada as represented by The Attorney General of Canada)
Jacqueline Dais-Visca, Senior Counsel
Business Law Section
The Exchange Tower
King Street West 3400
C.P. 36
Toronto, Ontario M5X 1K6

NORTEL
Chris Paczynski, Analyst
Global Credit Management
195 The West Mall
Toronto, Ontario
M9C SKi

**Via First Class**

| | | |
|---|---|---|
| Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P.O. Box 7040<br>Dover, DE 19903 | Cindy Schultz<br>Ingersoll-Rand Fluid Products<br>One Aro Center<br>P.O. Box 151<br>Bryan, OH 43506 | John P. Dillman, Esquire<br>Linebarger Heard Goggan Blair<br>Graham Peæa & Sampson, LLP<br>P.O. Box 3064<br>Houston, TX 77253-3064 |
| (Tennessee Department of Environment and Conservation - Superfund)<br>Paul G. Sumers, Esquire<br>TN Attorney General's Office, Bankr. Unit<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | (Counsel to The Texas Comptroller of Public Accounts)<br>Mark Browning, Esquire<br>Assistant Attorney General<br>do Sherri K. Simpson, Legal Assistant<br>Office of the Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Danice Sims<br>P.O. Box *66658*<br>Baton Rouge, LA 70896 |
| (Counsel to Toyota Motor Credit)<br>Robert T. Aulgur, Jr., Esquire<br>P.O. Box 617<br>Odessa, DE 19730 | (Comptroller of Public Accounts of the State of Texas)<br>William A. Frazell, Esquire<br>Assistant Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Attn: Diane Stewart<br>Peoples First Community Bank<br>P.O. Box 59950<br>Panama City, FL 32412-0950 |
| General Motors Acceptance Corporation<br>P.O. Box 5055<br>Troy, MI 48007-5055 | Steven B. Flancher, Esquire<br>Assistant Attorney General<br>Department of Attorney General<br>Revenue and Collections Division<br>P.O. Box 30754<br>Lansing, MI 48909 | (Missouri Department of Revenue)<br>Missouri Department of Revenue<br>Bankruptcy Unit<br>Gary L. Barnhart<br>P.O. Box 475<br>Jefferson City, MO 65105-0475 |
| (Peters, Smith & Company)<br>Mr. Charles C. Trascher III, Esquire<br>Snellings, Breard, Sartor, Inabnett & Trascher, LLP<br>P.O. Box 2055<br>Monroe, LA 71207 | Margaret A. Holland<br>Deputy Attorney General<br>New Jersey Attorney General's Office<br>Division of Law<br>R.J. Hughes Justice Complex<br>P.O. Box 106<br>Trenton, NJ 08625 | (Counsel to Iowa Dept. of Revenue)<br>John Waters, Esquire<br>Iowa Department of Revenue<br>Collections Section<br>P.O. Box 10457<br>Des Moines, IA *50306* |

| | | |
|---|---|---|
| Rachel Jeanne Lehr<br>Deputy Attorney General<br>Office of the Attorney General<br>R.J. Hughes Justice Complex<br>P.O. Box 093<br>Trenton, NJ 08625 | (Co-Counsel to Debtor)<br>John Donley, Esquire<br>Adam Paul, Esquire<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654 | Mr. Mark Hankin<br>HanMar Associates, M.L.P.<br>P.O. Box 26767<br>Elkins Park, PA 19027 |
| (Co-Counsel to Debtor)<br>The Law Offices of Janet S. Baer P. C.<br>70 W. Madison Street, Suite 2100<br>Chicago, IL 60602 | (W. R. Grace & Co.)<br>Mark Shelnitz<br>W.R. Grace and Co.<br>7500 Grace Drive<br>Columbia, MD 21044 | (Counsel to the City of Knoxville)<br>Hillary Browning-Jones<br>Assistant City Attorney<br>P.O. Box 1631<br>Knoxville, TN 37901 |
| (Counsel to Asbestos PI Committee)<br>Elihu Inselbuch, Esquire<br>Rita Tobin, Esquire<br>Caplin & Drysdale, Chartered<br>375 Park Avenue, 35th Floor<br>New York, NY 10152-3500 | Xerox Capital Services, LLC<br>P.O. Box 660502<br>Dallas, TX 75266-0502 | Trade-Debt.Net<br>2 Stamford Plaza #1501<br>Stamford, CT 06901-3263 |
| (Official Committee of Unsecured Creditors)<br>Lewis Kruger, Esquire<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982 | (Official Committee of Property Damage Claimants)<br>Scott L. Baena, Esquire<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 South Biscayne Blvd, Suite 2500<br>Miami, FL 33131 | Michael A. Berman<br>Securities & Exchange Commission<br>Office of General Counsel-Bankruptcy<br>100 F Street, NE<br>Washington, DC 20549 |
| (Counsel to Equity Committee)<br>Philip Bentley, Esquire<br>Doug Mannal<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | James D. Freeman, Esquire<br>Jerel L. Ellington, Esquire<br>U.S. Department of Justice<br>Environmental Enforcement Section<br>1961 Stout Street - Eighth Floor<br>Denver, CO 80294-1961 | (Counsel to Sealed Air Corporation)<br>D. J. Baker, Esquire<br>Skadden, Arps, Slate, Meagher & Flom<br>Four Times Square<br>New York, NY 10036 |
| Todd Meyers, Esquire<br>Kilpatrick Stockton<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309 | (Counsel to DIP Lender)<br>David S. Heller, Esquire<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, IL 60606 | Office of Reorganization<br>Securities & Exchange Commission<br>Suite 1000<br>3475 Lenox Road, N.E.<br>Atlanta, GA 30326-1232 |

| | | |
|---|---|---|
| Charles E. Boulbol, Esquire<br>26 Broadway, 17th Floor<br>New York, NY 10004 | Internal Revenue Service<br>Attn: Insolvency<br>31 Hopkins Plaza, Room 1150<br>Baltimore, MD 21201 | Ira S. Greene, Esquire<br>Hogan & Hartson LLP<br>875 Third Avenue<br>New York, NY 10022-6225 |
| James A. Sylvester, Esquire<br>Intercat, Inc.<br>2399 Highway 34 #C1<br>Manasquan, NJ 08736-1500 | Pamela Zilly<br>Richard Shinder<br>Barry Korn<br>The Blackstone Group<br>345 Park Avenue, 30t Floor<br>New York, NY 10154 | Steven J. Johnson, Esquire<br>Gibson, Dunn & Crutcher LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1125 |
| Jan M. Hayden<br>William H. Patrick<br>Heller, Draper, Hayden, Patrick & Horn<br>650 Poydras Street, Suite 2500<br>New Orleans, LA 70130-6103 | Charlotte Kienke, Esquire<br>Schneider National, Inc.<br>P.O. Box 2545<br>3101 S. Packerland<br>Green Bay, WI 54306 | (Counsel to Asbestos Claimants)<br>Michael J. Hanners, Esquire<br>Silber Pearlman, LLP.<br>2711 North Haskell Avenue<br>5th Floor<br>LB 32<br>Dallas, TX 75204-2911 |
| David S. Rosenbloom, Esquire<br>Jeffrey E. Stone, Esquire<br>Lewis S. Rosenbloom, Esquire<br>McDermott, Will & Emery<br>227 West Monroe Street<br>Chicago, IL 60606-5096 | Alan R. Brayton, Esquire<br>Brayton & Purcell<br>222 Rush Landing Road<br>Novato, CA 94945 | Charles L. Finke, Assistant General Counsel<br>Brad Rogers, Esquire<br>Office of the General Counsel<br>Pension Benefit Guaranty Corp<br>1200 K. Street, N. W.<br>Washington, D.C. 20005-4026 |
| Jonathan W. Young<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive, Suite 3000<br>Chicago, IL 60606-1229 | Russell W. Budd<br>Baron & Budd, P.C.<br>3102 Oak Lawn Avenue<br>P.O. Box 8705<br>Dallas, TX 75219 | Bernice Conn, Esquire<br>Robins, Kaplan, Miller & Ciresi LLP<br>2049 Century Park East, Suite 3700<br>Los Angeles, CA 90067 |
| Shelby A. Jordan, Esquire<br>Nathaniel Peter Holzer. Esquire<br>Jordan, Hyden, Womble & Cuibreth, P.C.<br>500 N. Shoreline Blvd., Suite 900<br>Corpus Christi, TX 78471 | Steven J. Kherkher, Esquire<br>Laurence G. Tien, Esquire<br>Williams Kherkher Hart & Boundas, LLP<br>8441 Gulf Freeway, Suite #600<br>Houston, TX 77017 | The Mills Corporation<br>Ontario Mills LP<br>Legal Department<br>225 W. Washington Street<br>Indianapolis, IN 46204-3435 |

| | | |
|---|---|---|
| Delta Chemical Corporation<br>2601 Cannery Avenue<br>Baltimore, MD 21226-1595 | T. Kellan Grant<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive, Suite 3000<br>Chicago, IL 60606-1229 | Steven T. Hoort, Esquire<br>Ropes & Gray<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600 |
| The Gibson Law Firm, PLLC<br>P.O. Box 6005<br>447 Northpark Drive<br>Ridgeland, MS 39157 | Peter Van N. Lockwood, Esquire<br>Julie W. Davis, Esquire<br>Trevor W. Swett, III, Esquire<br>Nathan D. Finch, Esquire<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Washington, DC 20005 | Christopher L. Beard, Esquire<br>The Beard Group<br>502 W. Patrick Street<br>Frederick, MD 21701 |
| Peter A. Chapman<br>572 Fernwood Lane<br>Fairless Hills, PA 19030 | Paul M. Matheny<br>The Law Offices of<br>Peter G. Angelos, P.C.<br>210 W. Pennsylvania Avenue, Suite 300<br>Towson, MD 21204-4546 | Elizabeth S. Kardos, Esquire<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102-5310 |
| Michael J. Urbis<br>Jordan, Hyden, Womble & Cuibreth, P.C.<br>1534 E. 6th Street, Suite 104<br>Brownsville, TX 78520 | (Counsel to Public Service Electric and Gas Company)<br>William E. Frese, Esquire<br>Attn: Sheree L. Kelly, Esquire<br>80 Park Plaza, T5D<br>P.O. Box 570<br>Newark, NJ 07101 | Mary A. Coventry<br>Sealed Air Corporation<br>200 Riverfront Blvd.<br>Elmwood Park, NJ 07407-1033 |
| (Counsel to Official Committee of Unsecured Creditors)<br>William S. Katchen, Esquire<br>Duane Morris LLP<br>744 Broad Street, Suite 1200<br>Newark, NJ 07102-3889 | Katherine White<br>Sealed Air Corporation<br>200 Riverfront Boulevard<br>Elmwood Park, NJ 07407 | (Counsel to numerous asbestos claimants)<br>Scott W. Wert, Esquire<br>Foster & Sear, LLP<br>817 Greenview Drive<br>Grand Prairie, TX 75050 |
| Joseph T. Kremer, Esquire<br>Lipsiptz, Green, Fahringer, Roll, Salisbury & Cambria, LLP<br>42 Delaware Avenue, Suite 300<br>Buffalo, NY 14202 | (Counsel to Berry & Berry)<br>C. Randall Bupp, Esquire<br>Bardelli, Straw & Cavin LLP<br>2000 Crow Canyon Place, Suite 330<br>San Ramon, CA 94583 | Paul D. Henderson, Esquire<br>Paul D. Henderson, P.C.<br>712 Division Avenue<br>Orange, TX 77630 |

{393.001-W0012107.}

| | | |
|---|---|---|
| Anton Volovsek<br>P.O. Box 128<br>601 King Street<br>Cottonwood, ID 83522 | (Counsel to Weatherford U.S. Inc., and Weatherford International Inc.)<br>Peter S. Goodman, Esquire<br>Andrews & Kurth LLP<br>450 Lexington Avenue, 15th Floor<br>New York, NY 10017 | (Counsel to SAP America, Inc.)<br>Stephanie Nolan Deviney<br>Brown & Connery, LLP<br>360 Haddon Avenue<br>P.O. Box 539<br>Westmont, NJ 08108 |
| Jonathan H. Alden, Esquire<br>Assistant General Counsel<br>3900 Commonwealth Boulevard, MS 35<br>Tallahassee, FL 32399-3000 | Margaret Ann Nolan, County Solicitor<br>Camela Chapman, Senior Assistant County Solicitor<br>Howard County Office of Law<br>George Howard Building<br>3430 Courthouse Drive, 3id Floor<br>Ellicott City, MD 21043 | State Library of Ohio<br>do Michelle T. Sutter<br>Revenue Recovery<br>Office of the Attorney General<br>150 East Gay Street, 23rd Floor<br>Columbus, OH 43215 |
| M. Diane Jasinski, Esquire<br>Michael D. Hess<br>Corporation Counsel of the City of New York<br>100 Church Street, Room 6-127<br>New York, NY 10007 | Rosa Dominy<br>Bankruptcy Administration<br>lOS Capital, Inc.<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA 31208-3708 | Janet Napolitano<br>Robert R. Hall<br>Russell W. Savory<br>1275 West Washington Street<br>Phoenix, AZ 85007-1278 |
| Greif, Inc.<br>Attn: Credit Department<br>366 Greif Parkway<br>Delaware, OH 43015 | Russell W. Savory<br>Gotten, Wilson & Savory, PLLC<br>88 Union Avenue, 14th Floor<br>Memphis, TN 38103 | Credit Manager<br>Belz Enterprises<br>100 Peabody Place, Suite 1400<br>Memphis, TN 38103 |
| Cohn D. Moore<br>Provost & Umphrey<br>Law Firm, L.L.P.<br>490 Park Street<br>Beaumont, TX 77704 | James P. Ruggeri<br>Scott A. Shail<br>Hogan & Harton L.L.P.<br>555 Thirteenth Street, N.W.<br>Washington, D.C. 20004-1109 | Kevin James<br>Deputy Attorney General<br>1515 Clay Street, 20th Floor<br>Oakland, CA 94612-1413 |
| Daniel H. Slate, Esquire<br>Hughes Hubbard & Reed LLP<br>350 South Grand Avenue<br>Los Angeles, CA 90071-3442 | Dorine Vork, Esquire<br>Stibbe, P.C.<br>489 Fifth Avenue, 32'' Floor<br>New York, NY 10017 | Andrea L. Hazzard, Esquire<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004-1482 |

{393.001-W0012107.}

| | | |
|---|---|---|
| Suexirda Prayaga<br>7365 MacLeod Lane<br>Ofallon, MO 63366 | Authur Stein, Esquire<br>1041 W. Lacey Road<br>P.O. Box 1070<br>Forked River, NJ 08731-6070 | Bart Hartman<br>Treasurer - Tax Collector<br>Attn: Elizabeth Molina<br>1600 Pacific Highway, Room 162<br>San Diego, CA 92101 |
| Robert H. Rosenbaum, Esquire<br>M. Evan Meyers, Esquire<br>Meyers, Rodbell & Rosenbaum, P.A<br>Berkshire Building<br>6801 Kenilworth Avenue, Suite 400<br>Riverdale, MD 20737-1385 | David Aelvoet, Esquire<br>Linebarger Goggan Blair Graham Pena & Sampson, LLP<br>Travis Park Plaza Building<br>711 Navarro, Suite 300<br>San Antonio, TX 78205 | Robert Cimino, Esquire<br>Suffolk County Attorney<br>Attn: Diane Leonardo Beckmann, AsStreet County<br>H. Lee Dennison Building<br>100 Veterans Memorial Highway<br>P.O. Box 6100<br>Hauppauge, NY 11788-0099 |
| Robert M. Horkovich, Esquire<br>Anderson, Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020-1182 | (Counsel to Dow Chemical Company, Hampshire Chemical Corporation and Union Carbide Corporation)<br>Kathleen Maxwell<br>Legal Department<br>The Dow Chemical Company<br>2030 Dow Center/Office 732<br>Midland, MI 48674 | E. Katherine Wells, Esquire<br>South Carolina Department of Health and Environmental Control<br>2600 Bull Street<br>Columbia, SC 29201-1708 |
| (The Dow Chemical Company)<br>Anne Marie P. Kelley, Esquire<br>Dilworth Paxson, LLP<br>Liberty View - Suite 700<br>457 Haddonfield Road<br>Cherry Hill, NJ 08002 | James M. Garner, Esquire<br>Sher Gamer Cahill Richter Klein & Hilbert, L.L.C.<br>909 Poydras Street, Suite 2800<br>New Orleans, LA 70112-1033 | (Counsel to General Electric Capital Corporation)<br>Ronald S. Beacher, Esquire<br>Pitney, Hardin, Kipp & Szuch LLP<br>7 Times Square<br>New York, NY 10036-6524 |
| William H. Johnson, Esquire<br>Norfolk Southern Corporation<br>Law Department<br>Three Commercial Place<br>Norfolk, VA 23510-9242 | Gina Baker Hantel, Esquire<br>Attorney General Office<br>Bankruptcy Division<br>State of Tennessee<br>425 5th Avenue North, Floor 2<br>Nashville, TN 37243 | (Counsel to Wells Fargo Bank Minnesota, National Association)<br>Pillsbury Winthrop LLP<br>1540 Broadway #9<br>New York, NY 10036-4039 |
| (Counsel to Wells Fargo Bank Minnesota, National Association)<br>Craig Barbarosh, Esquire<br>Pillsbury Winthrop LLP<br>650 Town Center Drive, Suite 700<br>Costa Mesa, CA 92626-7122 | (Counsel to Anderson Memorial Hospital)<br>Daniel A. Speights, Esquire<br>Speights & Runyan<br>200 Jackson Avenue, East<br>P.O. Box 685<br>Hampton, SC 29924 | (Counsel to Aldine Independent School District)<br>Aldine Independent School District<br>Jonathan C. Hantke, Esquire<br>Pamela H. Walters, Esquire<br>14910 Aldine-Westfield Road<br>Houston, TX 77032 |

Donna J. Petrone, Esquire
ExxonMobil Chemical Company
Law Department - Bankruptcy
13501 Katy Freeway, Room Wl-562
Houston, TX 77079-1398

DAP Products, Inc.
c/o Julien A. Hecht, Esquire
2400 Boston Street, Suite 200
Baltimore, MD 21224

(Counsel to Potash Corp
David W. Wirt, Esquire
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601

(Counsel to Asbestos Claimants)
Deirdre Woulfe Pacheco, Esquire
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095

(Counsel for Reaud, Morgan & Quinn,
Inc. and Environmental Litigation Group,
PC)
Sander L. Esserman, Esquire
Robert T. Brousseau, Esquire
Van J. Hooker, Esquire
Stutzman Bromberg, Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, TX 75201

(Counsel to Fireman's Fund Insurance
Company)
Leonard P. Goldberger, Esquire
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103-1702

Glen W. Morgan, Esquire
Reaud, Morgan & Quinn, Inc.
801 Laurel
Beaumont, TX 77701

(Counsel to Huntsman Corporation)
Randall A. Rios
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana, Suite 4600
Houston, TX 77002

(The Baupost Group LLC)
Gary M. Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

(Zonolite Attic Litigation Plaintiffs)
Elizabeth J. Cabraser, Esquire
Lieff, Cabraser, Heimann & Bernstein,
LLP
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, CA 94111

(Attorney General of PA Commonwealth of
PA, Dept. of Revenue)
Christopher R. Momjian
Senior Deputy Attorney General
I.D. No. 057482
Office of Attorney General
21 S. 12th Street, 3Road Floor
Philadelphia, PA 19107-3603

(Zonolite Attic Litigation Plaintiffs)
Thomas M. Sobol, Esquire
Hagens Berman Sobol Shapiro
55 Cambridge Parkway, Suite 301
Cambridge, MA, 02142

Denise A.Kuhn
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

(Zonolite Attic Litigation Plaintiffs)
Robert M. Fishman, Esquire
Shaw Gussis Domanskis Fishman &
Glantz
321 N. Clark Street, Suite 800
Chicago, Illinois 60610

(Snack, Inc.)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

(W.C. Baker, E.E. Jaques, B.H. Miller,
M.R. Fisher, S.R. Ormsbee, M. Rea and
the Fisher Trust)
Richard B. Specter, Esquire
Corbett, Steelman & Specter
18200 Von Karman Avenue, Suite 900
Irvine, CA 92612

(Counsel to Marco Barbanti)
Darrell W. Scott
The Scott Law Group
926 W. Sprague Avenue, Suite 680
Spokane, WA 99201-5071

William A. Grubbs, Jr.
Southeat Region Assistant Controller
AON Consulting Inc.
1100 Reynolds Boulevard
Winston-Sale, NC 27105

{393.001-W0012107.}

(Counsel to County Of Dallas)
Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1720
Dallas, TX 75201-2691

Michael Selig
Westover Investments, L.L.C.
555 Old Garth Road
Charlottesville, VA 22901

(Counsel to Travelers Casualty and Surety Company)
Lynn K. Neuner, Esquire
Simpson, Thacher, & Bartlett
425 Lexington Avenue
New York, NY 10017-3954

(Hearthside Residential Corp.)
Allan H. Ickowitz, Esquire
Nossaman, Guthner, Knox & Elliott, LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071

(Counsel to Kaneb Pipe Line Operating Partnership LP and Support Terminal Services, Inc.)
Gerald G. Pecht, Esquire
Fulbright & Jaworski, LLP
1301 McKinney, Suite 5100
Houston, TX 77010-3095

(Georgia Department of Revenue)
Oscar B. Fears, III
Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334

Jonathan D. Berger, Esquire
Russell Henkin, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365

Philip J. Ward
Victoria Radd Rollins
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC 20005

(Counsel to Novak Landfill RD/RA Group)
Richard G. Placey, Esquire
Montgomery, McCracken, Walker & Rhoads LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109

Larry A. Feind
133 Peachtree Street, N.E., 7th Floor
Atlanta, GA 30303

DACA V, LLC
Attn: Julie Bubnack
1565 Hotel Cir S, Ste 310
San Diego, CA 92108-3419

(Counsel to Westcor)
Don C. Fletcher, Esquire
The Cavanagh Firm, P.A.
1850 North Central Avenue, Suite 2400
Phoenix, A7,85004

(Counsel to Lawson Electric Co.)
Ronald D. Gorsline
Chambliss, Bahner, & Stophel, P.C.
1000 Tallan Building, Suite 1000
Two Union Square
Chattanooga, TN 37402-2552

(Carteret Venture)
Mr. Harvey Schultz
The Schultz Organization
4 Woods End
Ocean, NJ 07712-4181

Edward H. Tillinghast, III, Esquire
Sheppard, Mullin, Richter & Hampton LLP
Twenty-fourth Floor
30 Rockefeller Plaza
New York, NY 10112

Jon Bauer
Contrarian Capital Management, LLC
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

(Counsel to State of New York, Dept. of Taxation and Finance)
Barbara G. Billet, Esquire
Elaine Z. Cole, Esquire
NY State Department of Taxation & Finance
340 E. Main Street
Rochester, NY 14604

(Counsel to County of San Diego)
Martha E. Romero, Esquire
6516 Bright Avenue
Whittier, CA 90601-4503

{393.001-W0012107.}

(Special Counsel to Debtors)
James J. Restivo, Esquire
Reed Smith LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222-2716

(Counsel to National Union Fire
Insurance Co. of Pittsburgh, PA)
Michael S. Davis, Esquire
Zeichner Eliman & Krause
575 Lexington Avenue, 10th Floor
New York, NY 10022

(Counsel to Certain Underwriters at
Lloyd's London)
Thomas J. Quinn, Esquire
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019-6829

(Counsel to The Burlington Northern
and Santa Fe Railway Company)
Richard A. O'Halloran, Esquire
Burns, White & Hickton, LLC
100 Four Falls, Suite 515
1001 Conshohocken State Road
West Conshohocken, PA 19428

(Counsel to the State of Minnesota)
Ann Beimdiek Kinsella
Assistant Attorney General
445 Minnesota Street, Suite 1200
Street Paul, MN 55101-2127

(Counsel to Union Tank Car Company)
Deborah L. Thorne, Esquire
FabeiHaber LLC
55 East Monroe Street, 40 1h Floor
Chicago, IL 60603

(Counsel to Cornell University)
Anthony F. Parise
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY 14853-2601

Brad N. Friedman
Rachel Fleishman
Milberg Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Plaza
NewYork, NY 10119-0165

(Counsel to Ben Bolt-Palito-Blanco ISD,
Brownsville ISD, Cameron County,
Hildalgo County, Orange Grove, Orange
Grove ISD, Premont ISD)
Lori Gruver Robertson, Esquire
Linebarger Goggan Blair Pena &
Sampson, LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, TX 78760

(Counsel to Town of Acton, MA)
Thomas O. Bean
McDermott, Will & Emery
28 State Street, 34th Floor
Boston, MA 02109-1775

Contrarian Capital Trade Claims LP
Attn: Alisa Minsch
411 W. Putnam Avenue S-225
Greenwich, CT 06830-6263

(Counsel to James Grau, Anna Grau and
Harry Grau & Sons, Inc.)
Edward L. Jacobs, Esquire
Bankemper & Jacobs
The Shaw House
26 Audubon Place
P.O. Box 70
Fort Thomas, KY 41075-0070

Debt Acquisition Co of America V LLC
1565 Hotel Cir 5, Suite 310
San Diego, CA 92108-3419

(Counsel to Royal Insurance)
Carl Pericone, Esquire
Wilson, Elser, Moskowitz, Edelman,
Dicker LLP
150 East 42nd Street
New York, NY 10017-5639

Longacre Master Fund Ltd.
Attn: Maurie Shalome
810 7th Avenue, 33rd Floor
New York, NY 10019-5818

{393.001-W0012107.}2079335v1

Sierra Asset Management LLC
2699 White Road, Suite 225
Irvine, CA 92614-6264

(Counsel for State Street Global Advisors)
Daniel M. Glosband, P.C.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

Lauren Holzman
Claims Processor
Euler Hermes ACT
800 Red Brook Boulevard
Owings Mills, MD 21117

(Counsel to Keri Evans, on behalf of herself and all others similarly situated as Plaintiff in ERJSA litigation, Civil Action No. 04-11380)
Michael S. Etkin, Esquire
Ira M. Levee, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

John Preefer
128 Willow St Apt 6B
Brooklyn, NY 11201

Michael B. Schaedle, Esquire
Blank Rome LLP
One Logan Scuare
130 North 18 Street
Philadelphia, PA 19103

(Counsel to Charlotte Transit Center, Inc.)
Amy Pritchard-Williams, Esquire
Margaret R. Westbrook, Esquire
Kennedy Covington Lobdell & Hickman, LLP
Hearst Tower, 47th Floor
214 N. Tryon Street
Charlotte, NC 28202

Peter B. McGlynn, Esquire
Bruce D. Levin, Esquire
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, MA 02110

(Counsel to Ancel Abadic and 410 additional claimants)
Julie Ardoin, Esquire
Julie Ardoin, LLC
2200 Veterans Memorial Blvd.,
Suite 210
Kenner, LA 70062-4032

(Counsel to David Austern, the Future Claimants' Representative)
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706

(Counsel to Allstate Insurance Company)
Stefano Calogero, Esquire
Andrew K. Craig, Esquire
Cuyler Burk, LLP
Parsippany Corporate Center
Four Century Drive
Parsippany, NJ 07054

(Counsel to Everest Reinsurance Company and Mt. McKinley Insurance Company)
Mark D. Plevin, Esquire
Leslie A. Epley, Esquire
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC *20004-2595*

(Counsel to U.S. Fire Insurance Company)
Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

(Counsel to The Van Cott, Bagley, Cornwall & McCarthy 401(K) Profit Sharing Plan)
J. Robert Nelson, Esquire
Van Cott, Bagley, Cornwall & McCarthy
36 South State Street, Suite 1900
Salt Lake City, Utah 84111

(Counsel to American Premier Underwriters, Inc.)
Matthew J. Siembieda, Esquire
Benjamin G. Stonelake, Esquire
Scott E. Coburn, Esquire
Blank Rome LLP
One Logan Suare
130 North 18' Street
Philadelphia, PA 19103

(Counsel to The Prudential Insurance Company of America)
Joseph L. Schwartz, Esquire
Curtis M. Plaza, Esquire
Craig T. Moran, Esquire
Riker Danzig Scherer Hyland & Perretti
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981

(Transfer Agent)
DK Acquisition Partners
65 East 55th Street, 19th Floor
New York, NY 10022

(Transfer Agent)
Fred Glass
Fair Harbor Capital LLC
1841 Broadway, Suite 1007
New York, NY 10023

{393.001-W0012107.}

(Counsel to Claimants, American Legion, Catholic Diocese of Little Rock, City of Barnesville, Cherry Hill Plaza, Church of the Most Holy Redeemer, Church of Street Joseph, Church of Street Luke, Church of Street Helena, Church of Street Leo the Great, First United Methodist Church, Fargo Housing Authority, Alvin Foss, State of Washington and Port of Seattle)
Fredrick Jekel, Esquire
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

(Counsel to all clients of the Robles law firm)
David Jagolinzer, Esquire
Ferraro & Associates, P.A.
4000 Ponce de Leon Blvd., Suite 700
Miami, FL 33146

(Counsel to the Ad Hoc Committee of Equity Security Holders)
Martin J. Bienenstock, Esquire
Judy G.Z. Liu, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Drive Anthony Pilavas
25-09 31st Avenue
Astoria, NY 11106

Brian D. Salwowski, Esquire
Office of Attorney General
Indiana Gov. Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770

(Counsel to American Employers Insurance Co, Employers Commercial Union n/k/a OneBeacon America Insurance Co and Unigard Insurance Co)
Michael F. Brown, Esquire
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

(Counsel to Macerich Fresno LP)
Gerald F. George, Esquire
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228

(Counsel to State of California, Dept. of General Svcs)
Steven J. Mandelsberg, Esquire
Christina J. Kang, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

(Counsel to Citicorp Del-Lease, Inc. dlb/a Citicorp Dealer Finance)
Sergio I. Scuteri, Esquire
Capehart & Scatchard, P.A.
8000 Midlantic Drive, Suite 300 5
Mount Laurel, NJ 08054

(Counsel for Personal Injury Claimants)
Hal Pitkow, Esquire
The Falls at Lambertville
351 South Main Street
Lambertville, NJ 08530

(Counsel to Anderson Mem. Hosp.)
John W. Kozyak, Esquire
Charles W. Throckmorton, Esquire
David L. Rosendorf, Esquire
Corali Lopez-Castro, Esquire
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134

(Counsel to Macerich Fresno LP)
M. David Minnick, Esquire
Michael P. Ellis, Esquire
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228

(Counsel to HRCL and Eaves)
Joseph D. Frank, Esquire
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60610

(Counsel to Dies & Hile LLP)
Pryor Cashman LLP
Richard Levy, Jr., Esquire
7 Times Square
New York, NY 10036-6569

Jeffrey S. Hebrank, Esquire
Carl P. McNulty, II, Esquire
Burroughs, Hepler, Broom, MacDonald, Hebrank & True, LLP
103 West Vandalia Street, Suite 300
Edwardsville, IL 62025-0510

(Counsel to Hon. Alex M. Sanders, Jr., PDFCR)
Alan B. Rich
Attorney and Counselor
4244 Renaissance Tower
1201 Elm Street
Dallas, TX 75270

(Counsel to ZAI)
Edward J. Westbrook, Esquire
Richardson Patrick Westbrook & Brickman
1037 Chuck Dawley Blvd. - Bldg A
Mount Pleasant, SC 29464

{393.001-W0012107.}

(Counsel to Anderson Mem. Hosp.)
Harley E. Riedel, Esquire
Stichter Riedel Blain & Prosser, P.A.
110 E. Madison Street, Suite 200
Tampa, FL 33602

(Counsel to The Scotts Company LLC)
Robert J. Sidman, Esquire
Tiffany Strelow Cobb, Esquire
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215

Kevin Welch, Esquire
Office of General Counsel
Division of Waste Management
200 Fair Oaks Lane, First Floor
Frankfort, KY 40601

(Counsel to Arrowood Indemnity Company)
Brad Elias, Esquire
O'Melveny & Myers, LLP
Times Square Tower
7 Times Square
New York, NY 10036

(Co-Counsel to Travelers Casualty)
Samuel J. Rubin, Esquire
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

(Counsel to Samson Hydrocarbons)
Greg A. Lawry, Esquire
Locke Lord Bissell & Liddell, LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201

(Counsel to US Dept of Agriculture)
Michael R. Sew Hoy
U.S. Dept of Justice-Civil Division
Commercial Litigation Branch
1100 L Street, NW - 10th Floor
Room 10048
Washington, DC 20005

(Counsel to Plum Creek)
John P. Knapp, Jr.
Miller Nash LLP
4400 Two Union Square
601 Union Street
Seattle, WA 98101-2352

(Counsel to Wausau and National Casualty)
Patrick J. Feeley, Esquire
Cecilie Howard, Esquire
Dorsey & Whitney LLP
250 Park Avenue
New York, NY 10177

(Counsel to Defendant BNSF Railway Company)
Nina M. Varughese, Esq.
Edward C. Toole, Jr., Esq.
Linda J. Casey, Esq.
Pepper Hamilton, LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

(Counsel to Wachovia)
Stephen B. Gunn, Esquire
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202

(Counsel to Neutocrete Products, Inc.
Stamatios Stamoulis, Esquire
Richard C. Weinblatt, Esquire
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809

(Counsel to SimmonsCooper Claimants)
Lauren M. Webb, Esquire
Simmons Browder Gianaris
Angelides & Barnerd LLC
707 Berkshire Boulevard
P.O. Box 521
East Alton, IL 62024

(Counsel for the CAN Companies)
Michael S. Giannotto, Esquire
Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC 20001

{393.001-W0012107.}