## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATION OF COUNSEL REGARDING
## AGREED AMENDMENT TO SECTION 3.1.9 OF THE JOINT PLAN

Counsel for the above-captioned debtors (the "Debtors"), together with counsel for the

Official Committee of Asbestos Personal Injury Claimants, the Official Committee of Equity

Security Holders, and the Asbestos PI Future Claimants' Representative (collectively the "Plan

Proponents"), counsel for certain holders of General Unsecured Claims arising from the Pre-

petition Credit Facilities (the "Bank Lenders"), and counsel for the Official Committee of

Unsecured Creditors (the "UCC") hereby file this Certification of Counsel to reflect agreement

by the Plan Proponents, the Bank Lenders, and the UCC on an amendment to Section 3.1.9 of the

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace 11, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B 11 Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G 11 Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal 11, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

Plan Proponents' First Amended Joint Plan of Reorganization [Dkt. No. 20872] (the "Joint Plan"), as modified. The amendment referenced herein and reflected in **Exhibit A** hereto is intended to supersede the Sixth Plan Modification [Dkt. No. 25931] in its entirety.

1.      The Plan Proponents, the Bank Lenders, and the UCC have agreed to a technical modification to Section 3.1.9 of the Joint Plan to make clear that, on the Effective Date, in addition to principal, the Debtors shall pay (a) any outstanding and undisputed pre-petition interest and (b) post-petition interest on the Bank Lender Claims at the rate of 6.09% from the Petition Date through December 31, 2005 and thereafter at floating prime, in each case compounded quarterly through the Effective Date. This change clarifies that, in addition to principal, any undisputed pre-petition interest and post-petition interest at the rates discussed above shall be paid on the Effective Date.

2.      A blackline of Section 3.1.9 of the Joint Plan reflecting the above-described changes is attached at **Exhibit A**.

3.      The Bank Lenders and the UCC reserve their rights on all other legal arguments and objections raised with respect to confirmation of the Joint Plan, including their arguments and objections respecting default interest.

4.      The Plan Proponents adopt and incorporate by reference as authority and support for the technical modification to Section 3.1.9 of the Joint Plan, the authority cited in the Fifth Set of Modifications, filed on December 8, 2010 [Dkt. No. 25881] as if fully set forth herein.

2

Dated: December 23, 2010

Respectfully submitted,

KIRKLAND & ELLIS LLP
John Donley
Adam Paul
300 North LaSalle
Chicago, IL  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

and

Deanna D. Boll
601 Lexington Avenue
New York, NY  10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

and

THE LAW OFFICES OF JANET S. BAER, P.C.
Janet S. Baer, P.C.
70 W. Madison Street
Suite 2100
Chicago, IL  60602
Telephone: (312) 641-2162

and

PACHULSKI, STANG, ZIEHL & JONES LLP


    /s/ Kathleen P. Makowski
James E. O'Neill (Bar No. 4042)
Timothy Cairns (Bar No. 4228)
Kathleen P. Makowski (Bar No. 3648)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

*Counsel for the Debtors and Debtors in Possession*

3

CAMPBELL & LEVINE, LLC


_____ */s/ Mark T. Hurford*
Mark T. Hurford (No. 3299)
800 N. King Street, Suite 300
Wilmington, DE  19801
Telephone:  (302) 426-1900
Facsimile:  (302) 426-9947


and

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY  10152-3500
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

Peter Van N. Lockwood
Jeffrey A. Liesemer
Kevin Maclay
One Thomas Circle, N.W.
Washington, DC  20005
Telephone:  (202) 862-5000
Facsimile:  (202) 429-3301

*Counsel for the Official Committee of Asbestos
Personal Injury Claimants*

4

PHILLIPS, GOLDMAN & SPENCE, P.A.


   */s/ John C. Phillips*
John C. Phillips (Bar No. 110)
1200 North Broom Street
Wilmington, DE  19806
Telephone:  (302) 655-4200
Facsimile:  (302) 655-4210

<u>and</u>

ORRICK, HERRINGTON & SUTCLIFFE LLP
Roger Frankel
Richard H. Wyron
Jonathan P. Guy
Debra L. Felder
1152 15th Street, NW
Washington, DC  20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

*Counsel for David T. Austern, Asbestos PI Future*
*Claimants' Representative*

5

SAUL EWING LLP

_/s/ Teresa K.D. Currier_
Teresa K.D. Currier (Bar No. 3080)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899
Telephone:  (302) 421-6800
Facsimile:  (302) 421-6813

and

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley
Gregory Horowitz
Douglas Mannal
David E. Blabey, Jr.
1177 Avenue of the Americas
New York, NY  10022
Telephone:  (212) 715-9100
Facsimile: (212) 715-8000

_Counsel for the Official Committee of Equity Security Holders_

6

LANDIS RATH & COBB LLP

_/s/ Richard Cobb_
Richard Cobb (No. 3157)
James Green (No. 4406)
919 Market Street, Suite 600
Post Office Box 2087
Wilmington, DE  19899
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

and

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Stephen J. Shimshak
Andrew N. Rosenberg
Rebecca R. Zubaty
1285 Avenue of the Americas
New York, NY  10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

_Counsel for the Bank Lenders_

7

DUANE MORRIS LLP

   */s/ Michael R. Lastowski*
Michael R. Lastowski (No. 3892)
Richard W. Riley (No. 4052)
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246
Telephone: (302) 657-4942
Facsimile: (302) 657-4901

and

William S. Katchen, Esq.
744 Broad Street, Suite 1200
Newark, NJ  07102-3889
Telephone: (973) 424-2031
Facsimile: (973) 556-1380

and

STROOCK & STROOCK & LAVAN LLP
Lewis Kruger
Kenneth Pasquale
Arlene Krieger
180 Maiden Lane
New York, NY  10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Counsel for the Official Committee of Unsecured
Creditors*