IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION TO THE SIXTEENTH MONTHLY FEE APPLICATION OF SAUL EWING LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010
[RE: DOCKET NO. 25838]**

On December 1, 2010, Saul Ewing LLP ("Saul Ewing"), co-counsel to the Official Committee of Equity Security Holders, filed its Sixteenth Monthly Fee Application for Compensation and Reimbursement of Expenses [Docket No. 25838] (the "Application"). The Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on December 21, 2010. The undersigned hereby certifies that she has received no answer, objection or any responsive pleading with respect to the Application and that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

Pursuant to the Amended Administrative Order Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 19, 2002, the Debtors are authorized to pay Saul Ewing $6,198.80 which represents eighty percent (80%) of the total fees ($7,748.50), and $186.48, which represents 100% of the

WILM 597794

expenses requested in the Application upon the filing of this Certification and without the need for entry of a Court order approving the Application.

                                **SAUL EWING LLP**

                     By: _____
                                Teresa K. D. Currier (No. 3080)
                                222 Delaware Avenue
                                P.O. Box 1266
                                Wilmington, DE 19899
                                (302) 421-6800

                                        -and-

                                KRAMER LEVIN NAFTALIS &
                                FRANKEL LLP
                                Philip Bentley, Esquire
                                Douglas H. Mannal, Esquire
                                1177 Avenue of the Americas
                                New York, New York 10036
                                (212) 715-9100

                                Co-Counsel to the Official Committee of Equity Security Holders

Dated: December 23, 2010

WILM 597794