# Exhibit A

DM3\1588513.1

# DuaneMorris

*FIRM and AFFILIATE OFFICES*
NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

December 6, 2010

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017


W.R. GRACE & CO.

File# K0248-00001        Invoice# 1620253                                IRS# 23-1392502


FOR PROFESSIONAL SERVICES RECORDED
THROUGH 11/30/2010 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 0.90 hrs. at | $710.00 /hr. = | | $639.00 |
| WS KATCHEN | OF COUNSEL | 1.60 hrs. at | $795.00 /hr. = | | $1,272.00 |
| BA GRUPPO | PARALEGAL | 0.10 hrs. at | $305.00 /hr. = | | $30.50 |
| S LENKIEWICZ | PARALEGAL | 3.30 hrs. at | $165.00 /hr. = | | $544.50 |
| | | | | | **$2,486.00** |

Duane Morris
December 6, 2010
Page 2

File # K0248-00001   INVOICE # 1620253
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/4/2010 | 003 | MR LASTOWSKI | REVIEW MONTHLY OPERATING REPORT | 0.10 | $71.00 |
| | | | Code Total | 0.10 | $71.00 |

Duane Morris
December 6, 2010
Page 3

File # K0248-00001  
    W.R. GRACE & CO.

INVOICE # 1620253

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/29/2010 | 004 | BA GRUPPO | RETRIEVAL AND DOWNLOAD OF RECENT OPINION ENTERED IN RE ASARCO CASE - FORWARDING OF SAME TO W.S. KATCHEN | 0.10 | $30.50 |
| | | | Code Total | 0.10 | $30.50 |

Duane Morris
December 6, 2010
Page 4

File # K0248-00001                                                                  INVOICE # 1620253
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/5/2010 | 007 | WS KATCHEN | REVIEW CAPSTONE REPORT (PROJECT 'LILY'). | 0.20 | $159.00 |
| 11/12/2010 | 007 | WS KATCHEN | REVIEW STROOCK MEMO. | 0.30 | $238.50 |
| | | | Code Total | 0.50 | $397.50 |

Duane Morris
December 6, 2010
Page 5

File # K0248-00001                                            INVOICE # 1620253
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/22/2010 | 012 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING DUANE MORRIS 104TH MONTHLY FEE APPLICATION (.3); EFILE SAME (.2) | 0.50 | $82.50 |
| 11/29/2010 | 012 | S LENKIEWICZ | PREPARE DUANE MORRIS 105TH MONTHLY FEE APPLICATION (.5); EFILE SAME (.2) | 0.70 | $115.50 |
| | | | Code Total | 1.20 | $198.00 |

DUANE MORRIS LLP

Duane Morris
December 6, 2010
Page 6

File # K0248-00001                                                                                      INVOICE #  1620253
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/22/2010 | 013 | S LENKIEWICZ | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION REGARDING SSL 114TH MONTHLY FEE APPLICATION (.3); EFILE SAME (.2); FORWARD AS-FILED COPY OF SAME TO D. MOHAMMED (.1) | 0.60 | $99.00 |
| 11/23/2010 | 013 | S LENKIEWICZ | RECEIPT OF CAPSTONE'S 79TH AND 80TH MONTHLY FEE APPLICATIONS AND FINALIZE SAME FOR E-FILING (.6); EFILE SAME (.3); FORWARD EFILING CONFIRMATIONS TO D. MOHAMMAD VIA EMAIL (.1) | 1.00 | $165.00 |
| 11/29/2010 | 013 | S LENKIEWICZ | FINALIZE SSL 115TH MONTHLY APPLICATION AND E-FILE SAME (.4); FORWARD EFILING CONFIRMATION TO D. MOHAMMED (.1) | 0.50 | $82.50 |
| | | | Code Total | 2.10 | $346.50 |

Duane Morris
December 6, 2010
Page 7

File # K0248-00001                                                                                          INVOICE #  1620253
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/8/2010 | 015 | MR LASTOWSKI | REVIEW STATUS OF MATTERS SCHEDULED FOR NOVEMBER OMNIBUS HEARING | 0.60 | $426.00 |
| | | | Code Total | 0.60 | $426.00 |

Duane Morris
December 6, 2010
Page 8

File # K0248-00001                                                                                    INVOICE #  1620253
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/8/2010 | 017 | MR LASTOWSKI | REVIEW ASSOCIATED INTERNATIONAL INSURANCE SETTLEMENT | 0.20 | $142.00 |
| | | | Code Total | 0.20 | $142.00 |

File # K0248-00001                                                          INVOICE #  1620253
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/3/2010 | 025 | WS KATCHEN | UPDATE DOCKET ENTRIES. | 0.20 | $159.00 |
| 11/5/2010 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.10 | $79.50 |
| 11/14/2010 | 025 | WS KATCHEN | REVIEW DEBTORS' MOTION FOR ORDER AUTHORIZING ACQUISITION OF ASSETS IN GR 2008 LLC. | 0.30 | $238.50 |
| 11/14/2010 | 025 | WS KATCHEN | REVIEWED MOTION AUTHORIZING FEE APPLICATION. | 0.20 | $159.00 |
| 11/27/2010 | 025 | WS KATCHEN | REVIEW DEBTORS' MOTION TO APPROVE SETTLEMENT WITH CNA COS. | 0.30 | $238.50 |
| | | | Code Total | 1.10 | $874.50 |

File # K0248-00001                                             INVOICE #  1620253
    W.R. GRACE & CO.

|  |  |  |
|---|---:|---:|
| TOTAL SERVICES | 5.90 | $2,486.00 |

Duane Morris
December 6, 2010
Page 11

File # K0248-00001  
    W.R. GRACE & CO.

INVOICE # 1620253

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 0.90 | 710.00 | 639.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 1.60 | 795.00 | 1,272.00 |
| 02279 | BA GRUPPO | PARALEGAL | 0.10 | 305.00 | 30.50 |
| 03723 | S LENKIEWICZ | PARALEGAL | 3.30 | 165.00 | 544.50 |
| | | | 5.90 | | $2,486.00 |

DUANE MORRIS LLP