# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**NOVEMBER 1, 2010 - NOVEMBER 30, 2010**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 18.0 | $ 12,510.00 |
| 0009 | Asset Dispositions, Sales, Uses and Leases (Section 363) | 20.0 | 14,044.00 |
| 0014 | Case Administration | 2.9 | 697.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 11.1 | 7,768.50 |
| 0018 | Fee Application, Applicant | 9.3 | 3,422.00 |
| 0019 | Creditor Inquiries | 0.2 | 175.00 |
| 0020 | Fee Application, Others | 4.0 | 962.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 5.1 | 3,544.50 |
| 0047 | Tax Issues | 3.3 | 2,293.50 |
| | | | |
| | **TOTAL** | **73.9** | **$ 45,417.00** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | December 20, 2010 |
| INVOICE NO. | 521971 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through November 30, 2010, including:

| | |
|---|---|
| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
| | 699843 0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/09/2010 | Attend to proposed settlement with Associated International Insurance Co. | Krieger, A. | 1.2 |
| 11/22/2010 | Attend to Debtors' motion re: settlement with CNA Companies and Committee memorandum thereon. | Krieger, A. | 5.1 |
| 11/23/2010 | Attend to Debtors' motion settling insurance matters with CNA Companies and Committee memorandum thereon. | Krieger, A. | 1.1 |
| 11/24/2010 | Attend to Debtor's motion re: CNA Companies settlement. | Krieger, A. | 3.6 |
| 11/28/2010 | Attend to Debtors' motion re: CNA Companies' settlement and Committee memorandum thereon. | Krieger, A. | 1.4 |
| 11/29/2010 | Attend to proposed settlement with CNA Companies and preparation of memorandum to the Committee on same. | Krieger, A. | 5.6 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 18.0 | $ 695 | $ 12,510.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 12,510.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 12,510.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Asset Dispositions, Sales, Uses and Leases (Section 363) |
|---|---|
| | 699843  0009 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/01/2010 | Attend to Asset Purchase Agreement for Project Lily transaction (3.0); exchanged memoranda with Capstone re: same (.1). | Krieger, A. | 3.1 |
| 11/02/2010 | Exchanged multiple memoranda with Capstone re: Project Lily and asset purchase agreement terms. | Krieger, A. | 0.6 |
| 11/05/2010 | Exchanged memoranda with J. Dolan re: proposed Project Lily transaction and cash source inquiry. | Krieger, A. | 0.2 |
| 11/09/2010 | T/c with J. Dolan re Project Red Sox and documentation to be obtained (.2); attend to motion and related materials (2.1). | Krieger, A. | 2.3 |
| 11/10/2010 | Exchanged memoranda with J. Baer re: unredacted form of APA for GR 2008 asset acquisition (.2); memoranda to Capstone re: same (.1); attend to review of Debtors' motion and APA (1.8). | Krieger, A. | 2.1 |
| 11/11/2010 | Attend to GR 2008 asset acquisition materials. | Krieger, A. | 2.6 |
| 11/12/2010 | Memorandum and telephone call Capstone re: GR 2008 acquisition terms. | Krieger, A. | 0.3 |
| 11/15/2010 | Telephone call J. McFarland re: Project Red Sox acquisition (.4); exchanged memoranda with Capstone re: Project Red Sox acquisition (.3). | Krieger, A. | 0.7 |
| 11/16/2010 | Attend to memorandum re: questions on Project Red Sox APA (.6); telephone call Capstone re: Project Red Sox (.6). | Krieger, A. | 1.2 |
| 11/16/2010 | Review information re: Project Red Sox. | Kruger, L. | 0.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/17/2010 | Exchanged memoranda with Capstone re: Project Red Sox. | Krieger, A. | 0.2 |
| 11/18/2010 | Exchanged memoranda with Capstone re: Project Red Sox discussions (.1); telephone call Capstone re: Project Red Sox (.2). | Krieger, A. | 0.3 |
| 11/19/2010 | Preparation for conference call with Grace representatives to address Project Red Sox issues; conference call re: same and follow-up t/c Capstone (2.4); review proposed form of order and changes thereto (.2). | Krieger, A. | 2.6 |
| 11/19/2010 | Review Capstone report re: "Project RedSox". | Pasquale, K. | 0.3 |
| 11/22/2010 | Exchanged memoranda with A. Nielsen re: revised APA for Project Red Sox transaction (.2); memorandum to Capstone re: same (.1). | Krieger, A. | 0.3 |
| 11/23/2010 | Attend to revised APA for Project Red Sox transaction and memorandum to Alexander Nielsen re comments on revised APA and proposed form of order. | Krieger, A. | 2.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 19.4 | $ 695 | $ 13,483.00 |
| Kruger, Lewis | 0.3 | 995 | 298.50 |
| Pasquale, Kenneth | 0.3 | 875 | 262.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 14,044.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 14,044.00 |
|-----------------------|-------------|

# STROOCK

| RE | Case Administration<br>699843 0014 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/01/2010 | Obtain and circulate recently docketed pleadings in main case (.3); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.6 |
| 11/02/2010 | Review case dockets and forward updates to working group. | Magzamen, M. | 0.2 |
| 11/03/2010 | Review docket and circulate docket updates to working group. | Magzamen, M. | 0.2 |
| 11/04/2010 | Review docket and circulate docket updates to working group. | Magzamen, M. | 0.1 |
| 11/05/2010 | Review docket and circulate docket updates to working group. | Magzamen, M. | 0.2 |
| 11/08/2010 | Review docket for substantive relevant pleadings and circulate same to team for review. | Braun, D. | 0.1 |
| 11/15/2010 | Review docket status and pleadings; email memo to SSL team re: same. | Wojcik, M. | 0.2 |
| 11/18/2010 | Review and circulate latest case docket (.2); respond to A. Krieger documents request (.1). | Magzamen, M. | 0.3 |
| 11/22/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.3 |
| 11/29/2010 | Obtain and circulate recently docketed pleadings in main case (.4); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.7 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Braun, Danielle E. | 0.1 | $ 275 | $ 27.50 |
| Magzamen, Michael | 1.0 | 305 | 305.00 |
| Mohamed, David | 1.6 | 190 | 304.00 |
| Wojcik, Mark R. | 0.2 | 305 | 61.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 697.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 697.50 |
|---|---|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders' 699843 0017 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 11/04/2010 | Attend to Capstone's memorandum for the Committee re: Project Lily and memorandum to Capstone re: memorandum. | Krieger, A. | 0.9 |
| 11/08/2010 | Preparation of memorandum to the Committee re: settlement of Rower Property claims. | Krieger, A. | 1.7 |
| 11/09/2010 | Attend to memorandum re: Rowe Property settlement. | Krieger, A. | 0.8 |
| 11/11/2010 | Attend to Committee memoranda re: Associated International Insurance Company settlement (.9); Rowe Property Settlement (2.4). | Krieger, A. | 3.3 |
| 11/12/2010 | Committee memorandum re Rowe Property settlement and Associated International Settlement (.9); telephone call Committee member re settlement inquiry (.1). | Krieger, A. | 1.0 |
| 11/12/2010 | Review draft memo re: settlement. | Pasquale, K. | 0.3 |
| 11/19/2010 | Attend to Capstone's draft memorandum for the Committee on the RS Solutions/GR 2008 acquisition and t/c Capstone re memorandum comments (1.0); exchanged memoranda with Capstone re Committee member information (.2). | Krieger, A. | 1.2 |
| 11/30/2010 | Attend to Committee memorandum re CNA settlement. | Krieger, A. | 1.9 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 10.8 | $ 695 | $ 7,506.00 |
| Pasquale, Kenneth | 0.3 | 875 | 262.50 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 7,768.50 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 7,768.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Fee Application, Applicant |
|---|---|
| | 699843  0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/02/2010 | Review, revise SSL's 38th quarterly fee application. | Krieger, A. | 0.6 |
| 11/02/2010 | Review and revise October invoice. | Magzamen, M. | 0.5 |
| 11/03/2010 | Review, revise 38th quarterly fee application (.6); office conference M. Magzamen re: same (.1). | Krieger, A. | 0.7 |
| 11/05/2010 | Prepare October fee app for A. Krieger review (.4); review/revise and verify information in 38th quarterly fee application and oc's w/ A. Krieger re: same (.5). | Magzamen, M. | 0.9 |
| 11/16/2010 | Office conferences M. Magzamen re: 38th quarterly fee application (.2); attend to 114th monthly fee statement (.3). | Krieger, A. | 0.5 |
| 11/16/2010 | Preparation for filing SSL 38th quarterly fee application. | Magzamen, M. | 0.7 |
| 11/17/2010 | Finalize SSL 38th Quarterly Fee Application (1.4); communications w/ Duane Morris re: filing and service (.3); service of filing (.9). | Magzamen, M. | 2.6 |
| 11/17/2010 | Review quarterly fee application. | Pasquale, K. | 0.3 |
| 11/22/2010 | Finalize Stroock's one hundred and fifteenth monthly fee application. | Mohamed, D. | 0.7 |
| 11/29/2010 | Review Stroock's one hundred and fifteenth monthly fee application for filing (.6); prepare certificate of service re same and forward to local counsel for filing (.5); prepare and effectuate service re fee application (.7). | Mohamed, D. | 1.8 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.8 | $ 695 | $ 1,251.00 |
| Magzamen, Michael | 4.7 | 305 | 1,433.50 |
| Mohamed, David | 2.5 | 190 | 475.00 |
| Pasquale, Kenneth | 0.3 | 875 | 262.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,422.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,422.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Creditor Inquiries<br>699843  0019 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/10/2010 | Telephone conference creditor re: confirmation status. | Pasquale, K. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 0.2 | $ 875 | $ 175.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 175.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 175.00 |
|---|---|

# STROOCK

| RE | Environmental Matters/Regulations/Litigation<br>699843 0022 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/03/2010 | Attend to notice of proposed settlement of environmental claims regarding the Rowe Property and preparation of Committee memorandum discussing same. | Krieger, A. | 3.6 |
| 11/04/2010 | Memorandum to Debtors' counsel re: proposed settlement of Rowe property claims. | Krieger, A. | 0.8 |
| 11/11/2010 | Preparation for and participation on conference call with Debtors' representations re: Rowe Property settlement. | Krieger, A. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 5.1 | $ 695 | $ 3,544.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,544.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,544.50 |
|---|---|

# STROOCK

| RE | Expenses |
|----|----------|
|    | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 97.87 |
| Long Distance Telephone | 56.79 |
| O/S Information Services | 152.40 |

| TOTAL DISBURSEMENTS/CHARGES | $ 307.06 |
|---|---|

| TOTAL FOR THIS MATTER | $ 307.06 |
|---|---|

# STROOCK

| RE | Tax Issues |
|----|------------|
|    | 699843  0047 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/30/2010 | Exchanged memoranda with R. Higgins re proposed Massachusetts Tax Settlement Agreement (.2); memoranda to Capstone re same (.2); attend to presentation materials and related case law (2.3); telephone call R. Higgins re settlement and notes thereon (.6). | Krieger, A. | 3.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 3.3 | $ 695 | $ 2,293.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,293.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 2,293.50 |
|-----------------------|------------|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 45,417.00 |
|------------------------------------------|-------------|
| TOTAL DISBURSEMENTS/CHARGES | $ 307.06 |
| TOTAL BILL | $ 45,724.06 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.