# EXHIBIT B

WR GRACE & CO
SUMMARY OF FEES
NOVEMBER 1, 2010 - NOVEMBER 30, 2010

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Kruger, Lewis | 0.3 | $ 995 | $ 298.50 |
| Pasquale, Kenneth | 1.1 | 875 | 962.50 |
|  |  |  |  |
| **Associates** |  |  |  |
| Krieger, Arlene G. | 58.8 | 695 | 40,866.00 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Braun, Danielle E. | 0.1 | 275 | 27.50 |
| Magzamen, Michael | 5.7 | 305 | 1,738.50 |
| Mohamed, David | 7.7 | 190 | 1,463.00 |
| Wojcik, Mark R. | 0.2 | 305 | 61.00 |
|  |  |  |  |
| **TOTAL** | 73.9 |  | $ 45,417.00 |

WR GRACE & CO
SUMMARY OF FEES
NOVEMBER 1, 2010 - NOVEMBER 30, 2010

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Kruger, Lewis | 0.3 | $ 995 | $ 298.50 |
| Pasquale, Kenneth | 1.1 | 875 | 962.50 |
|  |  |  |  |
| **Associates** |  |  |  |
| Krieger, Arlene G. | 58.8 | 695 | 40,866.00 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Braun, Danielle E. | 0.1 | 275 | 27.50 |
| Magzamen, Michael | 5.7 | 305 | 1,738.50 |
| Mohamed, David | 7.7 | 190 | 1,463.00 |
| Wojcik, Mark R. | 0.2 | 305 | 61.00 |
|  |  |  |  |
| **TOTAL** | 73.9 |  | $ 45,417.00 |