# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**NOVEMBER 1, 2010 - NOVEMBER 30, 2010**

| | | |
|---|---|---:|
| Outside Messenger Service | $ | 97.87 |
| Long Distance Telephone | | 56.79 |
| O/S Information Services | | 152.40 |
| | | |
| **TOTAL** | **$** | **307.06** |

# STROOCK

## Disbursement Register

| DATE | December 3, 2010 |
|---|---|
| INVOICE NO. | 521971 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through November 30, 2010, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 11/01/2010 | VENDOR: UPS; INVOICE#: 0000010X827440; DATE: 10/30/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, 325 N St Paul St, Dallas, TX 75201 Tracking #:1Z10X8270190363923 on 10/28/2010 | 9.59 |
| 11/01/2010 | VENDOR: UPS; INVOICE#: 0000010X827440; DATE: 10/30/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 Tracking #:1Z10X8270193769918 on 10/28/2010 | 6.76 |
| 11/01/2010 | VENDOR: UPS; INVOICE#: 0000010X827440; DATE: 10/30/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 Tracking #:1Z10X8270197116142 on 10/28/2010 | 6.76 |
| 11/01/2010 | VENDOR: UPS; INVOICE#: 0000010X827440; DATE: 10/30/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 N Market St, Wilmington, DE 19801 Tracking #:1Z10X8270198395330 on 10/28/2010 | 6.76 |
| 11/22/2010 | VENDOR: UPS; INVOICE#: 0000010X827470; DATE: 11/20/2010; FROM Michael Magzamen, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 Tracking #:1Z10X8272590089408 on 11/17/2010 | 8.79 |
| 11/22/2010 | VENDOR: UPS; INVOICE#: 0000010X827470; DATE: 11/20/2010; | 8.79 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | FROM Michael Magzamen, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 N Market St, Wilmington, DE 19801 Tracking #:1Z10X8272595556322 on 11/17/2010 | |
| 11/22/2010 | VENDOR: UPS; INVOICE#: 0000010X827470; DATE: 11/20/2010; FROM Michael Magzamen, 180 Maiden Lane, New York, NY TO Dave Klauder  Esq. Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 Tracking #:1Z10X8272595992717 on 11/17/2010 | 8.79 |
| 11/22/2010 | VENDOR: UPS; INVOICE#: 0000010X827470; DATE: 11/20/2010; FROM Michael Magzamen, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Warren H. Smith and Associates, 325 N. St. Paul, Dallas, TX 75201 Tracking #:1Z10X8272596409702 on 11/17/2010 | 11.63 |
| 11/29/2010 | VENDOR: UPS; INVOICE#: 0000010X827480; DATE: 11/27/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander  Esq Warren H. Smith and Associates, 325 N St Paul St, Dallas, TX 75201 Tracking #:1Z10X8270196344595 on 11/23/2010 | 9.63 |
| 11/29/2010 | VENDOR: UPS; INVOICE#: 0000010X827480; DATE: 11/27/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 N Market St, Wilmington, DE 19801 Tracking #:1Z10X8270197021002 on 11/23/2010 | 6.79 |
| 11/29/2010 | VENDOR: UPS; INVOICE#: 0000010X827480; DATE: 11/27/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 Tracking #:1Z10X8270198136780 on 11/23/2010 | 6.79 |
| 11/29/2010 | VENDOR: UPS; INVOICE#: 0000010X827480; DATE: 11/27/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder  Esq. Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 Tracking #:1Z10X8270198282014 on 11/23/2010 | 6.79 |

**Outside Messenger Service Total**            **97.87**

**Long Distance Telephone**

| | | |
|------|-------------|--------|
| 11/09/2010 | EXTN.795544, TEL.2015877144, S.T.11:54, DUR.00:07:21 | 4.45 |
| 11/12/2010 | EXTN.795544, TEL.7047151728, S.T.11:37, DUR.00:04:51 | 2.78 |
| 11/15/2010 | VENDOR: Chase Card Services; INVOICE#: 110210; DATE: 11/2/2010  - visa charge 10/21/10 Court Call | 44.00 |
| 11/16/2010 | EXTN.796689, TEL.3026574900, S.T.11:42, DUR.00:01:50 | 1.11 |
| 11/19/2010 | EXTN.795544, TEL.2015877123, S.T.11:37, DUR.00:07:44 | 4.45 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| **Long Distance Telephone Total** | | **56.79** |

**O/S Information Services**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/30/2010 | Pacer Search Service on 7/23/2010 | 0.08 |
| 11/30/2010 | Pacer Search Service on 8/27/2010 | 0.24 |
| 11/30/2010 | Pacer Search Service on 7/26/2010 | 1.36 |
| 11/30/2010 | Pacer Search Service on 7/1/2010 | 8.08 |
| 11/30/2010 | Pacer Search Service on 7/2/2010 | 4.08 |
| 11/30/2010 | Pacer Search Service on 7/6/2010 | 34.08 |
| 11/30/2010 | Pacer Search Service on 7/8/2010 | 1.20 |
| 11/30/2010 | Pacer Search Service on 7/13/2010 | 1.28 |
| 11/30/2010 | Pacer Search Service on 7/13/2010 | 4.16 |
| 11/30/2010 | Pacer Search Service on 7/16/2010 | 0.16 |
| 11/30/2010 | Pacer Search Service on 7/19/2010 | 0.64 |
| 11/30/2010 | Pacer Search Service on 7/21/2010 | 2.56 |
| 11/30/2010 | Pacer Search Service on 7/23/2010 | 5.12 |
| 11/30/2010 | Pacer Search Service on 7/26/2010 | 9.44 |
| 11/30/2010 | Pacer Search Service on 7/27/2010 | 1.04 |
| 11/30/2010 | Pacer Search Service on 7/30/2010 | 3.52 |
| 11/30/2010 | Pacer Search Service on 8/3/2010 | 4.40 |
| 11/30/2010 | Pacer Search Service on 8/4/2010 | 3.12 |
| 11/30/2010 | Pacer Search Service on 8/11/2010 | 0.48 |
| 11/30/2010 | Pacer Search Service on 8/12/2010 | 0.96 |
| 11/30/2010 | Pacer Search Service on 8/13/2010 | 3.20 |
| 11/30/2010 | Pacer Search Service on 8/17/2010 | 0.32 |
| 11/30/2010 | Pacer Search Service on 8/18/2010 | 3.12 |
| 11/30/2010 | Pacer Search Service on 8/19/2010 | 1.28 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/30/2010 | Pacer Search Service on 8/20/2010 | 0.32 |
| 11/30/2010 | Pacer Search Service on 8/25/2010 | 0.32 |
| 11/30/2010 | Pacer Search Service on 8/27/2010 | 5.52 |
| 11/30/2010 | Pacer Search Service on 8/30/2010 | 0.32 |
| 11/30/2010 | Pacer Search Service on 9/1/2010 | 0.48 |
| 11/30/2010 | Pacer Search Service on 9/2/2010 | 2.40 |
| 11/30/2010 | Pacer Search Service on 9/3/2010 | 1.04 |
| 11/30/2010 | Pacer Search Service on 9/7/2010 | 2.56 |
| 11/30/2010 | Pacer Search Service on 9/8/2010 | 0.40 |
| 11/30/2010 | Pacer Search Service on 9/9/2010 | 0.24 |
| 11/30/2010 | Pacer Search Service on 9/10/2010 | 2.08 |
| 11/30/2010 | Pacer Search Service on 9/13/2010 | 0.80 |
| 11/30/2010 | Pacer Search Service on 9/14/2010 | 10.80 |
| 11/30/2010 | Pacer Search Service on 9/15/2010 | 4.48 |
| 11/30/2010 | Pacer Search Service on 9/17/2010 | 1.68 |
| 11/30/2010 | Pacer Search Service on 9/20/2010 | 1.68 |
| 11/30/2010 | Pacer Search Service on 9/21/2010 | 0.96 |
| 11/30/2010 | Pacer Search Service on 9/23/2010 | 0.40 |
| 11/30/2010 | Pacer Search Service on 9/24/2010 | 0.64 |
| 11/30/2010 | Pacer Search Service on 9/27/2010 | 0.08 |
| 11/30/2010 | Pacer Search Service on 9/28/2010 | 2.08 |
| 11/30/2010 | Pacer Search Service on 9/29/2010 | 3.68 |
| 11/30/2010 | Pacer Search Service on 9/30/2010 | 14.40 |
| 11/30/2010 | Pacer Search Service on 7/19/2010 | 0.24 |
| 11/30/2010 | Pacer Search Service on 7/23/2010 | 0.40 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/30/2010 | Pacer Search Service on 8/27/2010 | 0.24 |
| 11/30/2010 | Pacer Search Service on 9/17/2010 | 0.24 |
| | **O/S Information Services Total** | **152.40** |

### BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 97.87 |
| Long Distance Telephone | 56.79 |
| O/S Information Services | 152.40 |

### TOTAL DISBURSEMENTS/CHARGES

$ 307.06

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.