# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: January 17, 2011 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

### FEE DETAIL FOR CASNER & EDWARDS, LLP'S
### ONE HUNDRED AND NINTH MONTHLY FEE APPLICATION
### FOR THE PERIOD FROM OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A
**(Fee Detail)**

## FEES

| LITIGATION AND LITIGATION CONSULTING | $11,379.50 |
|---|---|
| FEE APPLICATION – APPLICANT | $172.50 |
| TOTAL FEES | $11,552.00 |

# CASNER & EDWARDS, LLP

### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

December 22, 2010
Bill Number  128484
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:    Litigation and Litigation Consulting

**LEGAL SERVICES**

THROUGH OCTOBER 31, 2010

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 10/01/10 | RAM | Read selected documents filed in bankruptcy court. | 0.30 Hrs | 103.50 |
| 10/01/10 | ARA | Document control. | 0.50 Hrs | 42.50 |
| 10/05/10 | ARA | Document control. | 4.00 Hrs | 340.00 |
| 10/06/10 | ARA | Document control. | 5.70 Hrs | 484.50 |
| 10/07/10 | ARA | Document control. | 6.00 Hrs | 510.00 |
| 10/08/10 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | 34.50 |
| 10/08/10 | ARA | Document control. | 5.00 Hrs | 425.00 |
| 10/12/10 | ARA | Document control. | 6.00 Hrs | 510.00 |
| 10/13/10 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | 34.50 |
| 10/13/10 | ARA | Quality control production set documents. | 6.10 Hrs | 793.00 |
| 10/14/10 | ARA | Quality control production set documents. | 5.90 Hrs | 767.00 |
| 10/15/10 | ARA | Quality control production set documents. | 6.20 Hrs | 806.00 |

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting


THROUGH OCTOBER 31, 2010

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 10/20/10 | RAM | Read selected documents filed in bankruptcy court. Read updated bankruptcy court docket entries to select documents to read (.2). Telephone conference with J. Hughes re: Davison Chemical issues and read email from Mr. Hughes re: same (.2). | 0.40 Hrs | 138.00 |
| 10/20/10 | ARA | Quality control production set documents. | 6.00 Hrs | 780.00 |
| 10/21/10 | RAM | Conferences with ATI and email to AMH re: legal research on Davison Chemical matter. | 0.30 Hrs | 103.50 |
| 10/21/10 | AMH | Review email from Mr. Hughes and pleadings and documents ; research indemnification issues. | 0.40 Hrs | 136.00 |
| 10/21/10 | ARA | Quality control production set documents. | 6.00 Hrs | 780.00 |
| 10/21/10 | ATI | Research whether jury's finding of liability against RR company prevents application of full indemnification provision. | 2.30 Hrs | 402.50 |
| 10/22/10 | RAM | Conferences with AMH and ATI re: Davison Chemical matter and joint tortfeasor aspect. | 0.40 Hrs | 138.00 |
| 10/22/10 | AMH | Review papers re Norfolk Southern Railway claim; conference with RAM and AI re issues to explore. | 0.50 Hrs | 170.00 |
| 10/22/10 | ARA | Quality control production set documents. | 5.50 Hrs | 715.00 |
| 10/22/10 | ATI | Research re: the effect of jury verdict on claim for indemnification. | 2.00 Hrs | 350.00 |
| 10/25/10 | RAM | Read ATI memo re: Davison Chemical matter; conference with ATI and AMH. Read documents sent by in-house counsel. | 0.40 Hrs | 138.00 |
| 10/25/10 | AMH | Research indemnification issues re Norfolk claim (.5); conference with RAM re issues (.1). | 0.60 Hrs | 204.00 |
| 10/25/10 | ATI | Research re: whether a judgment entered against indemnitee is binding on indemnitee in action against indemnitor. | 1.20 Hrs | 210.00 |
| 10/25/10 | ATI | Draft summary of findings on indemnification research. | 0.30 Hrs | 52.50 |
| 10/26/10 | RAM | Read memo from AMH re: Davison Chemical matter and forward it to J. Hughes; email from J. Hughes re: same. | 0.10 Hrs | 34.50 |

GASNER & EDWARDS LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

THROUGH OCTOBER 31, 2010

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 10/26/10 | AMH | Preparation of memorandum to RAM re liability of Grace to Norfolk for indemnification. | 0.40 Hrs | 136.00 |
| 10/27/10 | ARA | Quality control production set documents. | 3.70 Hrs | 481.00 |
| 10/28/10 | ARA | Quality control production set documents. | 6.00 Hrs | 780.00 |
| 10/29/10 | ARA | Quality control production set documents. | 6.00 Hrs | 780.00 |

TOTAL LEGAL SERVICES        $11,379.50

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---------------|-----|------|--------|
| Robert A. Murphy | 2.10 | 345.00 | 724.50 |
| Andrew M. Higgins | 1.90 | 340.00 | 646.00 |
| Andrew T. Imbriglio | 5.80 | 175.00 | 1,015.00 |
| Angela R. Anderson | 51.40 | 130.00 | 6,682.00 |
| Angela R. Anderson | 27.20 | 85.00 | 2,312.00 |
|  | 88.40 |  | $11,379.50 |

TOTAL THIS BILL        $11,379.50



# CASNER & EDWARDS, LLP

### A T T O R N E Y S   A T   L A W

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

December 22, 2010
Bill Number  128485
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:    Fee Applications, Applicant

**LEGAL SERVICES**

THROUGH OCTOBER 31, 2010

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 10/01/10 | RAM | Telephone conference with in-house counsel that August fee application may be filed; finalize application. | 0.30 Hrs | 103.50 |
| 10/04/10 | RAM | Send August fee application to local counsel to file. | 0.10 Hrs | 34.50 |
| 10/08/10 | RAM | Send as-filed August fee application to fee auditor. | 0.10 Hrs | 34.50 |

TOTAL LEGAL SERVICES          $172.50

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---------------|-----|------|--------|
| Robert A. Murphy | 0.50 | 345.00 | 172.50 |
|  | 0.50 |  | $172.50 |

GASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Fee Applications, Applicant

                                        TOTAL THIS BILL            $172.50

**<u>EXHIBIT B</u>**
**(Expense Detail)**

## EXPENSES

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** | $11,269.49 |
| **FEE APPLICATION – APPLICANT** | $41.13 |
| **TOTAL EXPENSES** | $11,310.62 |



# CASNER & EDWARDS, LLP

A T T O R N E Y S   A T   L A W

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

December 22, 2010
Bill Number  128486
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:    Litigation and Litigation Consulting

**LEGAL SERVICES**

**COSTS**

THROUGH OCTOBER 31, 2010

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 10/06/10 | MERRILL COMMUNICATIONS, LLC: Copies of TEC Systems documents for in-house counsel (8/26/10). | 7.87 | |
| 10/06/10 | MERRILL COMMUNICATIONS, LLC: Copy of  Libby personnel file for in-house counsel on 9/07/10. | 8.70 | |
| 10/06/10 | MERRILL COMMUNICATIONS, LLC: Copy of Libby personnel file for in-house counsel on 09/09/10. | 10.08 | |
| 10/21/10 | MERRILL COMMUNICATIONS, LLC: Copy of Libby personnel file for in-house counsel (9/15/10). | 2.62 | |
| | | | $29.27 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 10/05/10 | 23 copies at $.10 per copy | 2.30 | |
| | | | $2.30 |

EXCESS POSTAGE

| | | | |
|---|---|---|---|
| 10/08/10 | EXCESS POSTAGE | 1.73 | |
| | | | $1.73 |

RENT REIMBURSEMENT

| | | |
|---|---|---|
| 10/01/10 | ONE WINTHROP SQUARE, LLC: Rent and utilities | 11,236.19 |

**CASNER & EDWARDS, LLP**

F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting


**COSTS**

THROUGH OCTOBER 31, 2010

        for document repository at One Winthrop Square -
        October 2010

|  |  |
|---|---|
|  | $11,236.19 |
| TOTAL COSTS | $11,269.49 |
| TOTAL THIS BILL | $11,269.49 |

# CASNER & EDWARDS, LLP

**A T T O R N E Y S   A T   L A W**

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

December 22, 2010
Bill Number  128487
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:   Fee Applications, Applicant

**LEGAL SERVICES**

**COSTS**

THROUGH OCTOBER 31, 2010

FEDERAL EXPRESS

| | | |
|---|---|---|
| 10/04/10 | FEDERAL EXPRESS CORPORATION: To 919 North Market Street, Pachulski Stang Ziehl, Lynzy Oberholzer paralegal from Casner and Edwards on September 13, 2010 by R A Murphy. | 24.11 |
| 10/21/10 | FEDERAL EXPRESS CORPORATION: To 919 North Market Street, Pachulski Stang Ziehl from Casner and Edwards on October 4, 2010 by R A Murphy. | 17.02 |

$41.13

TOTAL COSTS     $41.13

TOTAL THIS BILL     $41.13