## Exhibit A

**November 2010 Fee Detail**

| Matter 3 | | Business Operations | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| JSB | 11/1/2010 | Confer with A. Paul re potential transaction status and issues (.30); prepare correspondence on status re same (.20). | .50 | $625 | $312.50 |
| JSB | 11/3/2010 | Review and respond to correspondence re numerous open tax/ restructuring issues to discuss with Grace attorneys (.40). | .40 | $625 | $250.00 |
| JSB | 11/4/2010 | Review correspondence and confer with J. McFarland re RS Solutions transaction (.40); confer with J. McFarland further re same (.30); confer with A. Paul re memo on outstanding potential motions and related issues (.40); review draft Motion on RS agreement and related correspondence and documents re same (1.50). | 2.60 | $625 | $1,625.00 |
| JSB | 11/5/2010 | Confer with J. McFarland several times re Red Sox transaction issues (.40); review materials re Red Sox Transaction (1.00); prepare correspondence re same (.30); review correspondence re lease and other liability issues (.30); review draft Red Sox Purchase Motion (1.00); participate in call with Financial Advisors and Grace re Red Sox transaction (1.00). | 4.00 | $625 | $2,500.00 |
| RJH | 11/5/2010 | Review and analyze legal issues re Proejct Red Sox (1.70); prepare for and participate in call with committee FA and legal advisors re same (.90). | 2.60 | $475 | $1,235.00 |
| JSB | 11/7/2010 | Review correspondence re Red Sox sale and revise draft motion re same (1.00); prepare correspondence re same (.30). | 1.30 | $625 | $812.50 |
| RJH | 11/8/2010 | Review and comment on revised version of the Project Red Sox motion and exchange correspondence with various parties re same (.40); participate in conference call with client re same (.50); prepare for and participate in telephone conference with client re ongoing business operations (.90). | 1.80 | $475 | $855.00 |
| JSB | 11/10/2010 | Review Grace response to Capstone follow up questions re Project Lily deal (.30); review correspondence re Exit Financing letters and documents and respond to same (.40). | .70 | $625 | $437.50 |
| JSB | 11/15/2010 | Review draft Power Point slides re MA DOR settlement and prepare comments re same (.30). | .30 | $625 | $187.50 |
| JSB | 11/16/2010 | Review correspondence and documentation re subsidiary elimination (1.20). | 1.20 | $625 | $750.00 |
| JSB | 11/17/2010 | Review additional materials re subsidiary elimination (.30); prepare motion to extend exit financing engagement letters (2.10); review previous motion and revise new draft (1.00). | 3.40 | $625 | $2,125.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 11/18/2010 | Confer with J. McFarland re exit financing L/C facility and subsidiary elimination issues (.70); confer with R. Higgins re MA DOR tax settlement issues (.30); review documents re outstanding claims related to subsidiary elimination issues and prepare correspondence re same (.40). | 1.40 | $625 | $875.00 |
| RJH | 11/19/2010 | Prepare form of de minimis asset sale notice (.80). | .80 | $475 | $380.00 |
| JSB | 11/21/2010 | Review and revise draft notice re Traveler's Rest sale (.80); prepare correspondence re same (.30); prepare affidavit re same (.70); revise draft Motion re Exit Financing (.50); prepare correspondence re same (.20); review V. Finkelstein comments on Traveler's Rest Notice (.30). | 2.80 | $625 | $1,750.00 |
| JSB | 11/29/2010 | Review revised Red Sox APA and follow up re same (.40). | .40 | $625 | $250.00 |
| Total | | | 24.20 | | $14,345.00 |

Matter 4                                          Case Administration

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 11/1/2010 | Review newly filed pleadings and attend to same (.50). | .50 | $625 | $312.50 |
| JSB | 11/8/2010 | Confer with J. O'Neill and K. MaKowski re status of various pending matters (.30). | .30 | $625 | $187.50 |
| JSB | 11/10/2010 | Review correspondence re Monthly Operations Reports (.20). | .20 | $625 | $125.00 |
| JSB | 11/12/2010 | Review bankruptcy code and local rules re monthly operating report requirements (.70); review US Trustee's guidelines and manual re same (1.30); prepare memo to client re results of analysis re operating report inquiry and revise same (1.00). | 3.00 | $625 | $1,875.00 |
| JSB | 11/16/2010 | Confer with co-counsel re Court communications (.20); review and respond to information from Canadian counsel re ZAI claims agent inquiry (.30); review newly filed pleadings and attend to same (.30). | .80 | $625 | $500.00 |
| JSB | 11/18/2010 | Review and respond to questions from A. Krieger re various outstanding issues (.30). | .30 | $625 | $187.50 |
| JSB | 11/19/2010 | Review newly filed pleadings and party inquiries and respond re same (.30). | .30 | $625 | $187.50 |
| RJH | 11/29/2010 | Prepare for and participate in telephone conference with K&E re case status and review and analyze task list re same (.70). | .70 | $475 | $332.50 |
| Total | | | 6.10 | | $3,707.50 |

3

Matter 6                           Claim Analysis Objection & Resolution (Non-asbestos)

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 11/1/2010 | Review correspondence from client re NY Hillside claims (.30); respond re same (.20); review correspondence from local counsel and documents re Tantalo/ Seneca Meadows matter (.40); prepare response re same (.40); review correspondence on employee/ director claims and confer with R. Higgins re same (.30); review further correspondence on Hillside and Tantalo and prepare further comments re same (.30); review further correspondence on director and officer claims (.30). | 2.20 | $625 | $1,375.00 |
| RJH | 11/1/2010 | Prepare claim settlement for filing and exchange correspondence with various parties re same (.30); prepare for and participate in telephone conference with I. Slomka re Massachusetts tax settlement (.80); prepare for and participate in telephone conference with I. Slomka and MADOR personnel re same (.80); telephone conference with I. Slomka and C. Finke re same (.60); telephone conference with R. Finke re former D&O claims (.30); legal research, confer with J. Baer and exchange correspondence with various parties re same (.70); telephone conference with A. Lambert and J. Kaufman re tax claims issues and analyze issues re same (.60). | 4.10 | $475 | $1,947.50 |
| RJH | 11/2/2010 | Legal research re Wolter claim (.70). | .70 | $475 | $332.50 |
| JSB | 11/4/2010 | Review correspondence re NY Hillside matter (.20). | .20 | $625 | $125.00 |
| RJH | 11/4/2010 | Exchange correspondence with various parties re open claims matters (.70). | .70 | $475 | $332.50 |
| JSB | 11/8/2010 | Confer with R. Higgins re Red Sox, Neutocrete, MADOR, and other pending matters (.50). | .50 | $625 | $312.50 |
| RJH | 11/8/2010 | Draft motion re Massachusetts Settlement Agreement (3.50); exchange correspondence with various parties re same (.30); attend to matters re Rowe settlement and exchange correspondence with various parties re same (.90); telephone conference with N. Gutierrez et al. re Columbian pension claim and follow up re same (.70). | 5.40 | $475 | $2,565.00 |
| RJH | 11/9/2010 | Legal research re Massachusetts Settlement Agreement (1.10); draft motion re same (4.50); exchange correspondence with C. Finke, J. O'Connell and I. Slomka re same (.80). | 6.40 | $475 | $3,040.00 |
| JSB | 11/10/2010 | Review correspondence re status of MADOR settlement and interest issues (.30). | .30 | $625 | $187.50 |

4

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 11/10/2010 | Prepare for and participate in telephone conference with I. Slomka re Massachusetts tax claim settlement and attend to matters re same (.90); prepare for and participate in telephone conference with client re Rowe/Indmar (1.00). | 1.90 | $475 | $902.50 |
| JSB | 11/11/2010 | Review V. Finkelstein memo re Lease liability analysis (.30); respond re same (.20); review further materials re same (.20). | .70 | $625 | $437.50 |
| RJH | 11/11/2010 | Consider issues re Massachusetts tax settlement agreement and exchange correspondence with various parties re same (.40); telephone conference with C. Finke re same and other issues (.30); prepare for and participate in telephone conference with C. Finke, I. Slomka and J. O'Connell re same (.90); prepare for and participate in telephone conference with A. Krieger, L. Duff and L. Gardner re Rowe/Indmar and follow up re same (.60); legal research re open claim issue (.50); respond to creditor inquiry (.50). | 3.20 | $475 | $1,520.00 |
| JSB | 11/12/2010 | Review Plan and related materials re Lease guaranty liability issues (.50); confer with R. Finke and V. Finkelstein re lease guaranty issues (.50). | 1.00 | $625 | $625.00 |
| RJH | 11/13/2010 | Prepare committee presentation re Massachusetts tax settlement (5.50). | 5.50 | $475 | $2,612.50 |
| JSB | 11/16/2010 | Review correspondence re Tantalo claims status (.20); review correspondence re NY Hillside Claim status and respond re same (.30); follow up on further issues re same (.30). | .80 | $625 | $500.00 |
| RJH | 11/17/2010 | Revise committee presentation re Massachusetts tax settlement and transmit to client (.90). | .90 | $475 | $427.50 |
| RJH | 11/18/2010 | Prepare for and participate in conference call with client and others re Massachusetts tax settlement (1.30); revise presentation re same (.50); telephone conference with G. Hurwitz and C. Finke re same (.30) | 2.10 | $475 | $997.50 |
| JSB | 11/19/2010 | Review correspondence re claims and subsidiary consolidation and prepare follow up re same (.40); review diminimus asset sale order and information on Travelers Rest sale (1.00); prepare Notice re Travelers Rest sale (1.20); prepare correspondence re same (.30). | 2.90 | $625 | $1,812.50 |
| RJH | 11/19/2010 | Draft and revise Massachusetts tax settlement presentation (3.20); revise settlement agreement (1.50); exchange correspondence with various parties and analyze issues raised by same (.60); exchange correpsondence re Rowe/Indmar settlement (.60). | 5.90 | $475 | $2,802.50 |

5

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 11/20/2010 | Draft and revise Massachusetts tax settlement presentation (3.30); exchange correspondence with C. Finke re same (.40). | 3.70 | $475 | $1,757.50 |
| RJH | 11/22/2010 | Exchange correspondence with various parties re Massachusetts tax settlement (.50); revise committee presentation re same (.40). | .90 | $475 | $427.50 |
| JSB | 11/23/2010 | Review correspondence and slides re MA DOR and provide comments re strategy (.30); confer re same (.30). | .60 | $625 | $375.00 |
| RJH | 11/23/2010 | Prepare for and participate in telephone conference with client and Blackstone re Massachusetts tax settlement issues (.60); revise settlement agreement (1.60); exchange correspondence with various parties re same (.30). | 2.50 | $475 | $1,187.50 |
| RJH | 11/29/2010 | Revise committee presentation re Massachusetts tax settlement and exchange correspondence with various parties re same (.50). | .50 | $475 | $237.50 |
| RJH | 11/30/2010 | Telephone conference with C. Finke re Massachusetts tax settlement issues (.80); revise committee presentation (.80); circulate same to committee counsel and follow up on various issues re same (.50); telephone conference with I. Slomka re Massachusetts tax settlement (.30); telephone conference with J. Kaufman re same and follow up (.40); telephone conference with A. Krieger re committee presentation issues (.50); legal research re same (1.10); exchange correspondence with various parties re same (.40). | 4.80 | $475 | $2,280.00 |
| Total | | | 58.40 | | $29,120.00 |

6

| Matter 8 | | Employee Benefits/Pension | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 11/11/2010 | Telephone conference with J. Forgach re employee matter and consider issues re same (.50). | .50 | $475 | $237.50 |
| Total | | | 0.50 | | $ 237.50 |

| Matter 11 | | Fee Applications, Applicant | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 11/1/2010 | Prepare October fee detail (.50); prepare Seventh Quarterly Fee Application (2.20). | 2.70 | $475 | $1,282.50 |
| JSB | 11/2/2010 | Review 3rd Quarterly application and prepare comments re same (.40). | .40 | $625 | $250.00 |
| JSB | 11/3/2010 | Prepare October fee detail (2.00). | 2.00 | $625 | $1,250.00 |
| JSB | 11/7/2010 | Complete preparation/ review of October detailed time entries for fee application (1.00). | 1.00 | $625 | $625.00 |
| JSB | 11/11/2010 | Review draft October combined fee detail (1.30). | 1.30 | $625 | $812.50 |
| RJH | 11/12/2010 | Prepare quarterly fee application for filing (.90). | .90 | $475 | $427.50 |
| RJH | 11/15/2010 | Revise and file quarterly fee application (.70). | .70 | $475 | $332.50 |
| RJH | 11/22/2010 | Revise October fee detail (.50). | .50 | $475 | $237.50 |
| RJH | 11/24/2010 | Prepare October fee application (2.80). | 2.80 | $475 | $1,330.00 |
| JSB | 11/29/2010 | Final review of October fee application and finalize same for filing (.40). | .40 | $625 | $250.00 |
| RJH | 11/29/2010 | Prepare October fee application for filing and exchange correspondence with various parties re same (1.00). | 1.00 | $475 | $475.00 |
| Total | | | 13.70 | | $7,272.50 |

| Matter 12 | | Fee Applications, Others | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| JSB | 11/1/2010 | Review materials re unpaid fees from Fraudulent conveyance proceeding and revise pleadings re same (.80); substantially revise motion re fraudulent conveyance pleadings to address Court issues (1.50). | 2.30 | $625 | $1,437.50 |
| JSB | 11/2/2010 | Prepare correspondence re Fraudulent Conveyance fee motion (.30); review responses re same (.30). | .60 | $625 | $375.00 |
| JSB | 11/4/2010 | Prepare correspondence re filing Fee Applications in Adversary Proceedings (.40); revise Motion re Fees outstanding in Adversary Proceeding (1.50); prepare further correspondence re same (.30). | 2.20 | $625 | $1,375.00 |
| JSB | 11/8/2010 | Review A. Paul further comments to Motion on remaining fees and revise same (1.20); review docket and revise Exhibit to Fee motion re new filing (.30); prepare transmittal re same (.20). | 1.70 | $625 | $1,062.50 |
| Total | | | 6.80 | | $4,250.00 |

| Matter 14 | | Hearings | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 11/9/2010 | Exchange correspondence with J. McFarland re L/C facility extension and consider issues re same (.40); telephone conference with J. McFarland re same (.50). | .90 | $475 | $427.50 |
| Total | | | 0.90 | | $ 427.50 |

| Matter 14 | | Hearings | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| JSB | 11/23/2010 | Review December Omnibus agenda and provide comments re same (.30); respond to inquiries re same (.30). | .60 | $625 | $375.00 |
| JSB | 11/24/2010 | Prepare and respond to correspondence re December and January Omnibus hearings and pending matters re same (.50). | .50 | $625 | $312.50 |
| JSB | 11/30/2010 | Confer with R. Baker re 12/13 hearing on agenda issues (.30); prepare correspondence re same (.30). | .60 | $625 | $375.00 |
| Total | | | 1.70 | | $1,062.50 |

| Matter 15 | | Litigation and Litigation Consulting | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 11/1/2010 | Exchange correspondence with J. Hughes re discovery issue (.30); work on matters re same (.50). | .80 | $475 | $380.00 |
| JSB | 11/2/2010 | Review further information on Tantalo and respond re same (.30); review NuStar comments on Otis PPA and client comments re same (.50); confer with R. Higgins re Neutocrete discovery (.30); prepare correspondence re Neutocrete discovery issues (.20); review draft Otis Motion and Order and prepare comments re same (.80); review correspondence re Neutocrete issues (.40). | 2.50 | $625 | $1,562.50 |
| RJH | 11/2/2010 | Telephone conference with J. Hughes re discovery issue (1.70); analyze and resolve issues re same (.70); prepare discovery response (4.50). | 6.90 | $475 | $3,277.50 |
| JSB | 11/3/2010 | Review current versions of Otis Consent Decree and PPA for call with Otis and Samson (.50); participate in call re same (1.30); review and respond to inquiry re Roe/ Indmar settlement (.30). | 2.10 | $625 | $1,312.50 |
| RJH | 11/3/2010 | Prepare for and participate in telephone conference with J. Hughes and R. Mercer re discovery issues (2.10); review documents re same (3.20). | 5.30 | $475 | $2,517.50 |
| JSB | 11/4/2010 | Review further correspondence and documents re Otis PPA/ Consent Decree issues (.40); prepare correspondence re Betty Yu issue on PPA redactions (.20); review inquiries from Creditors' Committee re Rowe/ Indmar Stipulation (.20). | .80 | $625 | $500.00 |
| JSB | 11/5/2010 | Review Otis PPA for final issues (1.00); prepare correspondence re same and review revisions based on same (.40). | 1.40 | $625 | $875.00 |
| JSB | 11/8/2010 | Review comments from J. McFarland and A. Paul re Red Sox Motion and revise same (2.50); prepare correspondence re same (.40); review correspondence re EPA issues on Otis Consent Decree (.30); respond re same (.10); participate in call with clients on Red Sox transaction (.50); confer with Grace re status of numerous outstanding matters and the potential motions re same (1.00); further revise Red Sox Motion (.50); prepare transmittals re Red Sox draft and final motion (.30); revise redacted APA to be consistent with Red Sox Motion (.50); review R. Finke comments on Otis PPA (.30). | 6.40 | $625 | $4,000.00 |
| RJH | 11/8/2010 | Revise response to discovery (.20); confer with J. Baer re various matters (.20). | .40 | $475 | $190.00 |
| RJH | 11/9/2010 | Telephone conference with J. Hughes re discovery issue (.50). | .50 | $475 | $237.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 11/10/2010 | Review and respond to correspondence re Red Sox documents and prepare explanations re same (.50); review Samson and Grace comments to draft Otis Motion and Order (.50); prepare further revisions and comments re same (.80). | 1.80 | $625 | $1,125.00 |
| RJH | 11/10/2010 | Exchange correspondence with various parties re discovery issues (.30); draft and revise discovery response (1.50); engage in document production (2.20). | 4.00 | $475 | $1,900.00 |
| RJH | 11/11/2010 | Draft and revise discovery response (2.20); engage in document production (3.60). | 5.80 | $475 | $2,755.00 |
| JSB | 11/12/2010 | Review latest Samson comments to Otis PPA (.30); review Nustar and Grace comments re same (.30). | .60 | $625 | $375.00 |
| RJH | 11/12/2010 | Work on document production issues (6.50); revise discovery response (2.30). | 8.80 | $475 | $4,180.00 |
| JSB | 11/15/2010 | Respond to comments re Otis PPA (.30); review and respond re Otis Motion (.30); prepare further comments on all Otis documents and review current fully revised PPA, Motion and Order (.40); review correspondence on MA DEP settlement issues and draft re same (.30); prepare comments re same (.30); review draft Neutocrete discovery responses (.50). | 2.10 | $625 | $1,312.50 |
| RJH | 11/15/2010 | Prepare for and participate in telephone conference with J. Hughes and E. Moeller re discovery issues (1.10); review documents re same (5.20). | 6.30 | $475 | $2,992.50 |
| JSB | 11/16/2010 | Review and respond to further issues on Otis PPA final language (.30); review and respond to further issues and draft language re MA DEP agreement (.40); review draft Neutocrete discovery responses and revise same (1.50). | 2.20 | $625 | $1,375.00 |
| RJH | 11/16/2010 | Meet with E. Moeller and J. Hughes re document production issues and prepare for same (6.50). | 6.50 | $475 | $3,087.50 |
| JSB | 11/17/2010 | Confer with R. Higgins re Neutocrete discovery and related issues (.50); review and respond to correspondence re same (.30); review Nustar's most recent further changes to the Otis PPA (.30); prepare comments re same (.30); review S. Pierce's comments to E. Yu re Otis Consent Decree (.20). | 1.60 | $625 | $1,000.00 |
| RJH | 11/17/2010 | Engage in document production (5.70); telephone conference with C. Irmis re same (.50); confer with J. Baer re same (.50). | 6.70 | $475 | $3,182.50 |
| JSB | 11/18/2010 | Review CNA settlement motion and prepare correspondence re same (.70); confer with R. Finke re NY Hillside claim (.30); confer with V. Finkelstein re Travelers' Rest Sale (.30). | 1.30 | $625 | $812.50 |
| RJH | 11/18/2010 | Engage in document production and resolve issues re same (6.50). | 6.50 | $475 | $3,087.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 11/19/2010 | Review correspondence re further Nustar concerns on Otis PPA and prepare suggested resolution/ changes re same (.50). | .50 | $625 | $312.50 |
| RJH | 11/20/2010 | Revise response to discovery (.60); review, analyze and respond to correspondence re same (.20). | .80 | $475 | $380.00 |
| JSB | 11/21/2010 | Confer with R. Higgins re status of various outstanding claim matters (.30); review Canadian Minutes of Settlement re issues on claims agent and prepare correspondence re same (.80); review draft Objection to Delphi Motion to file amended complaint and prepare comments re same (.80). | 1.90 | $625 | $1,187.50 |
| RJH | 11/22/2010 | Telephone conference with J. Hughes re document production issues (.50); engage in document production (.70); revise response to discovery request (5.40); legal research re same (.40). | 7.00 | $475 | $3,325.00 |
| JSB | 11/23/2010 | Revise Notice and Affidavit re Travelers Rest Sale to reflect client comments (1.20); confer with R. Higgins re discovery issues (.20); review comments from client on Traveler's Rest notice, further revise and prepare transmittal re same (.60); review and respond to comments re Red Sox APA (.40); review transmittal and comments re MA DEP Stipulation (.40); review correspondence re NY Hillside claim objection (.20); review revised Red Sox APA and respond to further client inquiries re same (.30). | 3.30 | $625 | $2,062.50 |
| RJH | 11/23/2010 | Revise response to discovery request (3.60); work on doucment production issues (.80); legal research re same (1.20); exchange correspondence with various parties re same (.70). | 6.30 | $475 | $2,992.50 |
| JSB | 11/24/2010 | Review revised Otis Consent decree from E. Yu and correspondence re same (.40); respond re same (.20). | .60 | $625 | $375.00 |
| RJH | 11/24/2010 | Revise response to discovery request (2.90); exchange correspondence with various parties re discovery request (.60). | 3.50 | $475 | $1,662.50 |
| JSB | 11/29/2010 | Review materials re objection to NY Hillside claim (.70); begin preparation of Objection to NY Hillside Claim (1.20); review comments re Traveler's Rest Notice and follow up re same (.30); revise Traveler's Rest notice (.40); review draft MA DEP motion and follow up re issues on same (.50). | 3.10 | $625 | $1,937.50 |
| RJH | 11/29/2010 | Telephone conference with S. Stamoulis re Neutocrete and follow up re same (.60); exchange correspondence with J. Hughes re discovery issue (.30) | .90 | $475 | $427.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 11/30/2010 | Revise Motion re MA DEP Stipulation to be consistent with same (2.50); prepare correspondence re same (.30); review correspondence re Otis PPA and Constant Decree and respond re same (.40); revise Notice re Traveler's Rest Sale and prepare final documents for filing and service (.70); review revised redacted Red Sox APA and red-line (.30); follow up re same (.20). | 4.40 | $625 | $2,750.00 |
| RJH | 11/30/2010 | Multiple telephone conferences with J. Hughes re discovery issues (1.40); revise discovery response (1.90); draft discovery request and legal research re same (.90). | 4.20 | $475 | $1,995.00 |
| Total | | | 117.80 | | $61,445.00 |

| Matter 16 | | Plan and Disclosure Statement | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| JSB | 11/19/2010 | Participate in call with J. Donley, A. Paul, and representatives of the ACC and FCR re status, technical amendments, and related issues (1.00); review correspondence from P. Lockwood, R. Wyron, T. Freedman, and A. Paul re issues on Plan amendments (.70). | 1.70 | $625 | $1,062.50 |
| JSB | 11/21/2010 | Confer with D. Hogan re Canadian Minutes expiration date and CDN ZAI Claims processing agent questions (.30); review draft 5th Set of Plan Amendments and comments re same (.80); prepare comments re same (.30); review further comments re same (.20); review correspondence to client and summary re Plan Amendment issues (.30). | 1.90 | $625 | $1,187.50 |
| JSB | 11/23/2010 | Review further comments re Plan Amendments (.30); participate in Conference with co-counsel and Grace re same (.60); review further correspondence re same (.20). | 1.10 | $625 | $687.50 |
| JSB | 11/24/2010 | Review correspondence re potential confirmation issues, status, and strategy (.30); review WIP chart from K & E re same (.30); confer with D. Hogan re Canadian deadline issues (.30). | .90 | $625 | $562.50 |
| JSB | 11/29/2010 | Participate in team call re Chapter 11 Plan issues/ status (.50). | .50 | $625 | $312.50 |
| JSB | 11/29/2010 | Confer with D. Hogan and R. Finke re Canadian expiration issues (.30); prepare correspondence re same (.30); several conferences with J. Donley and M. Shelnitz re Plan Amendments, Agenda, and related issues (.50); prepare correspondence re same (.30); review correspondence re further issues on same (.20). | 1.60 | $625 | $1,000.00 |
| Total | | | 7.70 | | $4,812.50 |

Matter 18                  Tax Issues

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 11/4/2010 | Exchange correspondence with various parties re tax refund issue (.50). | .50 | $475 | $237.50 |
| Total | | | 0.50 | | $ 237.50 |

| | Matter 20 | | Travel – Non-working | | | |
|---|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 11/15/2010 | Travel to South Carolina for document discovery (billed at 1/2 time (3.40). | 3.40 | $475 | $1,615.00 |
| RJH | 11/16/2010 | Travel to Chicago from South Carolina after document discovery (billed at 1/2 time) (3.20). | 3.20 | $475 | $1,520.00 |
| Total | | | | | |