## E<small>XHIBIT</small> B

### November 2010 Expense Detail

### EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Airfare, travel service fees | $1,276.09 |
| Telephone | $738.03 |
| Online research | $394.20 |
| Total: | $2,408.32 |

### ITEMIZED EXPENSES

#### Travel

| Date | Amount | Service Description |
|---|---|---|
| 11/15/2010 | $1,014.70 | United Airlines - RJH Roundtrip Airfare to/from Charleston, SC for discovery meetings with client, including fee due to scheduling changes |
| 11/15/2010 | $96.39 | Dinner in Charleston, SC for two people |
| 11/15/2010 | $46.00 | Cab fare from Chicago downtown to O'Hare for trip to Charleston, SC |
| 11/16/2010 | $119.00 | Residence Inn - RJH hotel for one night in Charleston, SC re discovery meetings |
| Total | $1,276.09 | |

### ITEMIZED EXPENSES

#### Non-Travel

| Date | Amount | Service Description |
|---|---|---|
| 11/22/2010 | $61.56 | Sprint - JSB November Broadband charges for Grace |
| 11/22/2010 | $62.86 | Long Distance Telephone - November charges for Grace |
| 11/30/2010 | $552.05 | InterCall - November Conference call charges for Grace |
| 11/30/2010 | $394.20 | Lexis/Nexis - November charges for Grace |
| 11/30/2010 | $61.56 | Sprint - RJH November Broadband Charges for Grace |
| Total | $1,132.23 | |

Total November 2010 Expenses: $1,132.23