

``++++++
`

December 14, 2010

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   183434

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
   THROUGH November 30, 2010

**CLIENT SUMMARY**

**BALANCE AS OF- 11/30/10**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $650.50 | $40.36 | $690.86 |
| **.15543 -** 07 - Applicant's Fee Application | $1,229.50 | $0.00 | $1,229.50 |
| **.15545 -** 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | $247.50 | $0.00 | $247.50 |
| **+** **+`````.17781 -** 30 - Fee Application of Others | $236.50 | ` | $236.50 |
| ***Client Total*** | ***$2,364.00*** | ***$40.36*** | ***$2,404.36*** |



BILZIN SUMBERG BAENA PRICE & AXELROD LLP

1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456   Tel 305.374.7580   Fax 305.374.7593                                              www.bilzin.com

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Sakalo, Jay M | 1.20 | $495.00 | $594.00 |
| Snyder, Jeffrey I | 1.00 | $340.00 | $340.00 |
| Flores, Luisa M | 4.00 | $215.00 | $860.00 |
| Beck, Amuni A | 3.00 | $190.00 | $570.00 |
| **TOTAL PROFESSIONAL FEES THIS PERIOD** | | | ***$2,364.00*** |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Long Distance Telephone | $19.00 |
| Postage | $3.96 |
| Copies | $17.40 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | ***$40.36*** |

| | |
|---|---|
| **TOTAL BALANCE DUE THIS PERIOD** | **$2,404.36** |

**Atty – SLB**
**Client No.: 74817/15537**

**RE: 01- Case Administration**

| Date | Init | Hours | Amount | Description |
|---|---|---|---|---|
| 11/01/10 | AB | 0.10 | 19.00 | 10/15/2010- Review and Analyze docket and send email to M.Kramer and J.Sakalo thereon (.1). |
| 11/01/10 | AB | 0.10 | 19.00 | 10/14/2010- Review and Analyze docket and send email to M.Kramer and J.Sakalo thereon (.1). |
| 11/01/10 | AB | 0.10 | 19.00 | 10/13/2010- Review and Analyze docket and send email to M.Kramer and J.Sakalo thereon (.1). |
| 11/01/10 | AB | 0.10 | 19.00 | 10/12/2010- Review and Analyze docket and send email to M.Kramer and J.Sakalo thereon (.1). |
| 11/01/10 | AB | 0.10 | 19.00 | 10/8/2010- Review and Analyze docket and send email to M.Kramer and J.Sakalo thereon (.1). |
| 11/01/10 | AB | 0.10 | 19.00 | 10/5/2010- Review and Analyze docket and send email to M.Kramer and J.Sakalo thereon (.1). |
| 11/02/10 | JMS | 0.30 | 148.50 | Emails with J. Baer regarding fraudulent transfer fees (.3). |
| 11/02/10 | AB | 0.10 | 19.00 | Analyze docket and send email to J.Sakalo and M.Kramer thereon |
| 11/03/10 | AB | 0.10 | 19.00 | Analyze docket and send email to J.Sakalo and M.Kramer thereon |
| 11/04/10 | JMS | 0.40 | 198.00 | Email exchange with J. Baer regarding fraudulent transfer fees (.4). |
| 11/08/10 | AB | 0.10 | 19.00 | Analyze docket and send email to M.Kramer and J.Sakalo thereon. |
| 11/10/10 | AB | 0.10 | 19.00 | Analyze docket and send email to J. Sakalo and M. Kramer thereon |
| 11/11/10 | AB | 0.10 | 19.00 | Analyze docket and send email to M.Kramer and J.Sakalo thereon |
| 11/12/10 | AB | 0.10 | 19.00 | Analyze docket and email M.Kramer and J.Sakalo thereon |
| 11/15/10 | AB | 0.10 | 19.00 | Analyze docket and email M. Kramer and J. Sakalo thereon |
| 11/16/10 | AB | 0.10 | 19.00 | Analyze docket and email J.Sakalo and M. Kramer thereon |
| 11/17/10 | AB | 0.10 | 19.00 | Analyze docket and email J.Sakalo and M.Kramer thereon |
| 11/24/10 | AB | 0.10 | 19.00 | Analyze docket and email M.Kramer and J.Sakalo thereon |

**PROFESSIONAL SERVICES** $650.50

### COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 11/10/10 | Postage | 3.96 |
| 11/18/10 | Long Distance Telephone (302)575-1555; 25 Mins. | 19.00 |
| 11/01/10 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 11/01/10 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 11/01/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/01/10 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 11/01/10 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 11/02/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/08/10 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 11/08/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/09/10 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 11/09/10 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 11/09/10 | Copies 37 pgs @ 0.10/pg | 3.70 |
| 11/09/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/09/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/09/10 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 11/09/10 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 11/09/10 | Copies 37 pgs @ 0.10/pg | 3.70 |

**TOTAL COSTS ADVANCED** **$40.36**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.70 | $495.00 | $346.50 |
| Beck, Amuni A | 1.60 | $190.00 | $304.00 |
| **TOTAL** | **2.30** | | **$650.50** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone | $19.00 |
| Postage | $3.96 |
| Copies | $17.40 |
| **TOTAL** | **$40.36** |

**CURRENT BALANCE DUE THIS MATTER** **$690.86**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15543

**RE: 07 - Applicant's Fee Application**

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 11/01/10 | LMF | 1.20 | 258.00 | Attend to monthly notice and summary for September fees and begin preparations for quarterly fee application. |
| 11/03/10 | JIS | 0.30 | 102.00 | Review and revise October prebill. |
| 11/08/10 | LMF | 1.10 | 236.50 | Review and edit draft of quarterly application and exhibits and finalize description of service of quarterly application for attorney's review. |
| 11/08/10 | AB | 1.40 | 266.00 | Draft quarterly fee application (1.4). |
| 11/10/10 | LMF | 0.60 | 129.00 | Prepare notice and summary of fees for October for Bilzin Sumberg and send to local counsel for filing. |
| 11/15/10 | JIS | 0.70 | 238.00 | Review and revise 38th Quarterly Interim Fee Application. |

**PROFESSIONAL SERVICES** $1,229.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 1.00 | $340.00 | $340.00 |
| Flores, Luisa M | 2.90 | $215.00 | $623.50 |
| Beck, Amuni A | 1.40 | $190.00 | $266.00 |
| **TOTAL** | **5.30** | | **$1,229.50** |

**CURRENT BALANCE DUE THIS MATTER** $1,229.50

Atty – SLB
Client No.: 74817/15545

**RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| | | | | |
|---|---|---|---|---|
| 11/01/10 | JMS | 0.50 | 247.50 | Review PI discovery disputes relevant to Grace proceeding (.5). |

**PROFESSIONAL SERVICES** $247.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.50 | $495.00 | $247.50 |
| **TOTAL** | ***0.50*** | | ***$247.50*** |

**CURRENT BALANCE DUE THIS MATTER** $247.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/17781

**RE: 30 - Fee Application of Others**

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 11/08/10 | LMF | 0.30 | 64.50 | Review email from LECG and meet with accounting regarding funds outstanding in trust for third party professionals. |
| 11/09/10 | LMF | 0.80 | 172.00 | Attend to several emails from LECG and meetings with accounting regarding outstanding payments and arrange to disburse funds to LECG from trust account. |

**PROFESSIONAL SERVICES** $236.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Flores, Luisa M | 1.10 | $215.00 | $236.50 |
| **TOTAL** | *1.10* | | *$236.50* |

**CURRENT BALANCE DUE THIS MATTER** $236.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP