REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
Richard C. Finke
Assistant General Counsel - Litigation
7500 Grace Drive
Columbia, MD 21044

| | |
|---|---|
| Invoice Number | 2077493 |
| Invoice Date | 12/27/10 |
| Client Number | 172573 |

===============================================================================

Re: W. R. Grace & Co.

(50001) Correa v. W.R. Grace

| | |
|---|---|
| Fees | 3,253.80 |
| Expenses | 0.00 |

TOTAL BALANCE DUE UPON RECEIPT $3,253.80

=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
Richard C. Finke
Assistant General Counsel - Litigation
7500 Grace Drive
Columbia, MD 21044

| | |
|---|---|
| Invoice Number | 2077493 |
| Invoice Date | 12/27/10 |
| Client Number | 172573 |
| Matter Number | 50001 |

Re: (50001) Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2010

| Date | Name | | Hours |
|---|---|---|---|
| 11/05/10 | Husar | Confer with Alissa Enriquez regarding complaint and initial interview, arrange the same, work on follow up. | .40 |
| 11/11/10 | Husar | Review complaint and client documents in preparation for meeting with Alissa Enriquez (1.1) and work on joint representation letter (0.4). | 1.50 |
| 11/15/10 | Husar | Prepare for and meet with Alissa Enriquez to conduct fact finding interview and to discuss and explain joint representation issues (2.3); work on follow up (2.4). | 4.70 |
| | | TOTAL HOURS | 6.60 |

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Linda S. Husar | 6.60 | at | $ 493.00 | = | 3,253.80 |

CURRENT FEES 3,253.80

TOTAL BALANCE DUE UPON RECEIPT $3,253.80

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

| W.R. Grace & Co. | Invoice Number | 2077494 |
|---|---|---|
| Richard C. Finke | Invoice Date | 12/27/10 |
| Assistant General Counsel - Litigation | Client Number | 172573 |
| 7500 Grace Drive | | |
| Columbia, MD 21044 | | |

===============================================================================

Re: W. R. Grace & Co.

(60026) Litigation and Litigation Consulting

| | |
|---|---|
| Fees | 358.50 |
| Expenses | 0.00 |

TOTAL BALANCE DUE UPON RECEIPT $358.50

=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
Richard C. Finke
Assistant General Counsel - Litigation
7500 Grace Drive
Columbia, MD 21044

| | |
|---|---|
| Invoice Number | 2077494 |
| Invoice Date | 12/27/10 |
| Client Number | 172573 |
| Matter Number | 60026 |

Re: (60026) Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2010

| Date | Name | | Hours |
|---|---|---|---|
| 11/01/10 | Ament | Review and respond to e-mail from P. Cuniff re: 11/15/10 preliminary agenda and hearing binder (.10); review hearing binder received from J. O'Neill (.10); e-mails with P. Cuniff re: CNO's (.10); update hearing binder per J. O'Neill request (.10); hand deliver preliminary agenda and hearing binder to Judge Fitzgerald (.10); follow-up e-mail to P. Cuniff re: same (.10). | .60 |
| 11/10/10 | Lord | Research docket and update 2002 and core group service lists. | .40 |
| 11/29/10 | Ament | Review agenda and hearing binder relating to 12/13/10 hearing received from J. O'Neill (.10); e-mails with P. Cuniff re: same (.10); update hearing binder (.20); hand deliver same to Judge Fitzgerald (.10). | .50 |
| 11/30/10 | Ament | E-mails with P. Cuniff re: final agenda for 12/13/10 hearing and preliminary agenda due 12/27/10. | .40 |
| | | TOTAL HOURS | 1.90 |

172573 W. R. Grace & Co.
60026 Litigation and Litigation Consulting
December 27, 2010

Invoice Number 2077494
Page 2

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| John B. Lord | 0.40 | at | $ 240.00 | = | 96.00 |
| Sharon A. Ament | 1.50 | at | $ 175.00 | = | 262.50 |

CURRENT FEES 358.50

TOTAL BALANCE DUE UPON RECEIPT $358.50

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
Richard C. Finke
Assistant General Counsel - Litigation
7500 Grace Drive
Columbia, MD 21044

| | |
|---|---|
| Invoice Number | 2077495 |
| Invoice Date | 12/27/10 |
| Client Number | 172573 |

==========================================================================

Re: W. R. Grace & Co.

(60029) Fee Applications-Applicant

| | |
|---|---|
| Fees | 2,198.00 |
| Expenses | 0.00 |

TOTAL BALANCE DUE UPON RECEIPT $2,198.00
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
Richard C. Finke
Assistant General Counsel - Litigation
7500 Grace Drive
Columbia, MD 21044

| | |
|---|---|
| Invoice Number | 2077495 |
| Invoice Date | 12/27/10 |
| Client Number | 172573 |
| Matter Number | 60029 |

===========================================================================

Re: (60029) Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2010

| Date | Name | | Hours |
|---|---|---|---|
| 11/02/10 | Ament | Attention to billing matters (.10); calculate fees and expenses for quarterly fee application (.80); prepare spreadsheet re: same (.40); continue drafting summary and narrative re: quarterly fee application (.40); review e-mails from A. Muha and P. Dotterer re: billing matters (.10). | 1.80 |
| 11/03/10 | Ament | E-mail litigation task codes to A. Muha per request (.10); continue drafting narrative and summary for 38th quarterly fee application (.20); provide same to A. Muha for review (.10); review e-mail re: October monthly fee application (.10). | .50 |
| 11/03/10 | Muha | Revise fee and expense details for October 2010 monthly application, and multiple e-mails re: same. | .30 |
| 11/04/10 | Ament | Finalize narrative and summary re: 38th quarterly fee application (.10); e-mail same to J. Lord for DE filing (.10); attention to billing matters (.10). | .30 |
| 11/04/10 | Muha | Final revisions to quarterly fee application. | .40 |

172573 W. R. Grace & Co.
60029 Fee Applications-Applicant
December 27, 2010

Invoice Number 2077495
Page 2

| Date | Name | | Hours |
|---|---|---|---|
| 11/05/10 | Ament | Review e-mail from J. Lord re: quarterly fee application. | .10 |
| 11/10/10 | Ament | Review e-mail from J. Lord re: quarterly fee application. | .10 |
| 11/10/10 | Lord | Draft notice and COS for interim fee application (.4); review and revise 38th interim fee application (.2). | .60 |
| 11/11/10 | Lord | Finalize Reed Smith 38th interim fee application for filing and service (.5); e-mail to Debtors re: updated service information for interim fee application (.1) | .60 |
| 11/12/10 | Lord | E-file and serve Reed Smith 38th quarterly fee application. | .40 |
| 11/15/10 | Ament | Review e-mails re: quarterly fee application (.10); attention to billing matters (.10); e-mail to D. Cameron and A. Muha re: same (.10). | .30 |
| 11/17/10 | Ament | Review various e-mails re: October monthly fee application. | .10 |
| 11/17/10 | Muha | Revisions to fee and expense invoices for October 2010 fee application, and emails re: same. | .30 |
| 11/19/10 | Ament | Various e-mails re:billing matters and doeBilling (.20); review e-mail re: October monthly fee application (.10). | .30 |
| 11/23/10 | Ament | Calculate fees and expenses relating to October monthly fee application (.40); prepare spreadsheets re: same (.30); draft October monthly fee application (.30); provide same to A. Muha for review (.10). | 1.10 |
| 11/23/10 | Lord | Research docket and draft CNO to Reed Smith's September monthly fee application. | .20 |

172573 W. R. Grace & Co.
60029 Fee Applications-Applicant
December 27, 2010

Invoice Number 2077495
Page 3

| Date | Name | | Hours |
|---|---|---|---|
| 11/23/10 | Muha | Meeting with S. Ament re: fee application issues, and review monthly app and make final changes to same. | .30 |
| 11/24/10 | Ament | Review A. Muha comments re: October monthly fee application (.10); finalize fee application (.20); e-mail same to J. Lord for DE filing (.10); attention to billing matters (.10); e-mails with J. Lord and A. Muha re: October monthly fee application (.10). | .60 |
| 11/24/10 | Lord | Revise and prepare Reed Smith's 112th monthly fee application for e-filing and service (.6); revise, e-file and serve CNO to Reed Smith September 111th monthly fee application (.2). | .80 |
| 11/30/10 | Lord | E-file and serve Reed Smith October monthly fee application. | .60 |
| | | TOTAL HOURS | 9.70 |

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Andrew J. Muha | 1.30 | at | $ 400.00 | = | 520.00 |
| John B. Lord | 3.20 | at | $ 240.00 | = | 768.00 |
| Sharon A. Ament | 5.20 | at | $ 175.00 | = | 910.00 |

CURRENT FEES 2,198.00

TOTAL BALANCE DUE UPON RECEIPT $2,198.00

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
Richard C. Finke
Assistant General Counsel - Litigation
7500 Grace Drive
Columbia, MD 21044

| | |
|---|---|
| Invoice Number | 2077496 |
| Invoice Date | 12/27/10 |
| Client Number | 172573 |

==============================================================================

Re: W. R. Grace & Co.

(60033) Claim Analysis Objection Resolution & Estimation (Asbestos)

| | | |
|---|---|---|
| Fees | 12,885.50 | |
| Expenses | 0.00 | |
| TOTAL BALANCE DUE UPON RECEIPT | | $12,885.50 |

=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
Richard C. Finke
Assistant General Counsel - Litigation
7500 Grace Drive
Columbia, MD 21044

| | |
|---|---|
| Invoice Number | 2077496 |
| Invoice Date | 12/27/10 |
| Client Number | 172573 |
| Matter Number | 60033 |

===========================================================================

Re: (60033) Claim Analysis Objection Resolution & Estimation (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2010

| Date | Name | | Hours |
|---|---|---|---|
| 11/01/10 | Cameron | Review draft letter to DGS and backup material re: building information. | .70 |
| 11/01/10 | Rea | Letter to DGS re: settlement. | 3.80 |
| 11/02/10 | Cameron | Review draft letter and emails re: same relating to California statute of limitations. | .70 |
| 11/02/10 | Flatley | Review T. Rea draft letter to DGS (0.6); with T. Rea about draft letter (0.2); emails with further comments on issues raised concerning draft (0.3). | 1.10 |
| 11/02/10 | Rea | Conference with L. Flatley re: DGS claim (.3); revised DGS letter (1.4); call with client re: DGS letter (.3); email to team re: DGS letter (.2). | 2.20 |
| 11/03/10 | Cameron | Review draft letter to DGS. | .30 |
| 11/05/10 | Cameron | Review emails regarding DGS letter and information discovered in California. | .60 |
| 11/05/10 | Rea | Email re: DGS claims. | .20 |

172573 W. R. Grace & Co. — Invoice Number 2077496
60033 Claim Analysis Objection Resolution & Estimation (Asbestos) — Page 2
December 27, 2010

| Date | Name | | Hours |
|---|---|---|---|
| 11/06/10 | Cameron | Review materials relating to DGS claims and California statute of limitations. | .60 |
| 11/07/10 | Cameron | Review draft letter to DGS and e-mails to T. Rea regarding same. | .60 |
| 11/08/10 | Cameron | Review materials from T. Rea relating to evidence in DGS buildings. | .90 |
| 11/10/10 | Cameron | Review materials relating to evidence for statute of limitations defense in DGS building. | .90 |
| 11/11/10 | Cameron | Review draft letter, meet with T. Rea and e-mails regarding statute of limitations evidence in DGS buildings. | .80 |
| 11/11/10 | Flatley | R. Finke email and replies, including to T. Rea. | .20 |
| 11/11/10 | Rea | Multiple emails and edits re: DGS letter. | .50 |
| 11/12/10 | Rea | Emails re: DGS letter. | .30 |
| 11/15/10 | Rea | Revised DGS letter. | 1.10 |
| 11/18/10 | Cameron | Review materials regarding California statute of limitation issues. | .90 |
| 11/23/10 | Cameron | Review letter from counsel for DGS and e-mail regarding same (0.6); review W. R. Grace letter to DGS (0.4). | 1.00 |
| 11/23/10 | Rea | Met with J. Restivo on outstanding issues | .20 |
| 11/23/10 | Rea | Emails regarding DGS letter | .20 |
| 11/23/10 | Restivo | Telephone R. Finke (0.3); meeting with T. Rea (0.3); review prior unexecuted settlements, Medicare (0.6). | 1.20 |

172573 W. R. Grace & Co. Invoice Number 2077496
60033 Claim Analysis Objection Resolution & Estimation Page 3
(Asbestos)
December 27, 2010

| Date | Name | | Hours |
|---|---|---|---|
| 11/24/10 | Cameron | Multiple e-mails regarding joint proposal, discovery issues and amended pleadings. | .70 |
| 11/24/10 | Cameron | Review DGS letter and e-mails regarding response/mediation proposal. | .70 |
| 11/24/10 | Flatley | Emails from R. Finke, et al. and replies (0.3); follow-up emails (0.3). | .60 |
| 11/24/10 | Rea | Multiple emails re: DGS claims | .30 |
| 11/24/10 | Restivo | Review and comment re: California DSG and Speights settlements. | .50 |
| 11/27/10 | Cameron | Review materials regarding DGS letter and response. | .40 |
| 11/29/10 | Flatley | Review R. Finke email. | .10 |
| 11/30/10 | Rea | Analysis of Canadian Settlement issue. | .60 |
| | | TOTAL HOURS | 22.90 |

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Lawrence E. Flatley | 2.00 | at | $ 635.00 | = | 1,270.00 |
| Douglas E. Cameron | 9.80 | at | $ 630.00 | = | 6,174.00 |
| James J. Restivo Jr. | 1.70 | at | $ 685.00 | = | 1,164.50 |
| Traci Sands Rea | 9.40 | at | $ 455.00 | = | 4,277.00 |

CURRENT FEES 12,885.50

TOTAL BALANCE DUE UPON RECEIPT $12,885.50

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
Richard C. Finke
Assistant General Counsel - Litigation
7500 Grace Drive
Columbia, MD 21044

| | |
|---|---|
| Invoice Number | 2077498 |
| Invoice Date | 12/27/10 |
| Client Number | 172573 |

===============================================================================

Re: W. R. Grace & Co.

(60040) PA State Tax Advice

| | |
|---|---|
| Fees | 375.00 |
| Expenses | 0.00 |

TOTAL BALANCE DUE UPON RECEIPT $375.00
============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
Richard C. Finke
Assistant General Counsel - Litigation
7500 Grace Drive
Columbia, MD 21044

| | |
|---|---|
| Invoice Number | 2077498 |
| Invoice Date | 12/27/10 |
| Client Number | 172573 |
| Matter Number | 60040 |

Re: (60040) PA State Tax Advice

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2010

| Date | Name | | Hours |
|---|---|---|---|
| 11/02/10 | Sollie | Reviewed email from C. Momjian. | .10 |
| 11/04/10 | Sollie | Follow up with C. Momjian (0.3); updated C. Finke (0.2). | .50 |
| | | TOTAL HOURS | .60 |

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Kyle O. Sollie | 0.60 at | $ 625.00 = | 375.00 |

CURRENT FEES 375.00

TOTAL BALANCE DUE UPON RECEIPT $375.00