```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


   W.R. Grace & Co.                      Invoice Number      2077499
   Richard C. Finke                      Invoice Date       12/27/10
   Assistant General Counsel - Litigation Client Number       172573
   7500 Grace Drive
   Columbia, MD  21044

===============================================================================

Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

      Fees                                    0.00
      Expenses                               76.00

                    TOTAL BALANCE DUE UPON RECEIPT             $76.00
                                                          ==============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


   W.R. Grace & Co.                        Invoice Number      2077499
   Richard C. Finke                        Invoice Date       12/27/10
   Assistant General Counsel - Litigation  Client Number       172573
   7500 Grace Drive                        Matter Number        60026
   Columbia, MD  21044

===========================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

      PACER                                         2.00
      Duplicating/Printing/Scanning                32.90
      Courier Service - Outside                     5.00
      Outside Duplicating                          36.10

                     CURRENT EXPENSES                              76.00
                                                              -----------

                     TOTAL BALANCE DUE UPON RECEIPT              $76.00
                                                              ===========
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


   W.R. Grace & Co.                          Invoice Number     2077499
   Richard C. Finke                          Invoice Date      12/27/10
   Assistant General Counsel - Litigation    Client Number      172573
   7500 Grace Drive                          Matter Number       60026
   Columbia, MD  21044

   ==============================================================================

   Re: (60026)  Litigation and Litigation Consulting



   FOR COSTS ADVANCED AND EXPENSES INCURRED:

   10/27/10   Outside Duplicating                               36.10
              Mailout - Bankruptcy Mailouts/Mailout - Envelope

   10/31/10   PACER                                              1.52

   10/31/10   PACER                                               .48

   11/12/10   Duplicating/Printing/Scanning                     17.00
              ATTY # 0718; 170 COPIES

   11/15/10   Duplicating/Printing/Scanning                      8.40
              ATTY # 0718; 84 COPIES

   11/17/10   Courier Service - Outside -- VENDOR: PARCELS,      5.00
              INC.: Delivery

   11/30/10   Duplicating/Printing/Scanning                      7.50
              ATTY # 0718; 75 COPIES

                            CURRENT EXPENSES                    76.00
                                                          -------------
                            TOTAL BALANCE DUE UPON RECEIPT     $76.00
                                                          =============
```