# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE
PERIOD OF NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010**

---

[1] The Debtors consist of the following 62 entities:  W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Matter 101 – Bankruptcy Matters**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $610.00 | 0.9 | $ 549.00 |
| Adam P. Kahn | Partner | Environmental | $610.00 | 0.4 | $ 244.00 |
| | | | | | |
| **TOTAL** | | | | **1.3** | **$ 793.00** |

**Expenses**

| Description | Total |
|---|---|
| Photocopies | $ 42.50 |
| | |
| **TOTAL** | **$ 42.50** |

B3826364.1



FOLEY
HOAG LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

December 10, 2010
Invoice No.: 472041
Matter No.: 08743.00101

Re:    **Bankruptcy Matters**

For Professional Services rendered through November 30, 2010

| | |
|---|---:|
| Fees | $793.00 |
| Disbursements | <u>42.50</u> |
| **Total Fees and Disbursements** | **<u>$835.50</u>** |

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 472041
December 10, 2010
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 11/08/10 | Jaffe | B160 | Prepare quarterly summaries (0.9). | 0.9 |
| 11/11/10 | Kahn | B160 | Revise quarterly bankruptcy filing (0.4). | 0.4 |
| | | | **Total Hours** | **1.3** |

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 472041
December 10, 2010
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Adam P. Kahn | 0.4 | at | 610.00 | = | 244.00 |
| Seth D. Jaffe | 0.9 | at | 610.00 | = | 549.00 |
| **Total Fees** | | | | | **$793.00** |

### Disbursement Summary

| Date | | Amount |
|---|---|---|
| 11/30/10 | In-House Photocopying | 42.50 |
| | **Total Disbursements** | **$42.50** |

| | | |
|---|---|---|
| **Total Fees** | | $793.00 |
| **Total Disbursements** | | 42.50 |
| **Total Fees and Disbursements** | | **$835.50** |

To ensure proper credit to your account,
please include remittance page with your payment.


FOLEY
HOAG LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

### To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

December 10, 2010
Invoice No.: 472041
Matter No.: 08743.00101

**Re:** **Bankruptcy Matters**

**Total Fees and Disbursements**           **$835.50**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #: 08743.00101, Invoice #: 472041**
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $610.00 | 3.3 | $  2,013.00 |
| | | | | | |
| **TOTAL** | | | | **3.3** | **$  2,013.00** |

B3826364.1

 **FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

December 10, 2010
Invoice No.: 472042
Matter No.: 08743.00102

**Re:    Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through November 30, 2010

Fees                                                    $2,013.00

**Total Fees and Disbursements**                        **$2,013.00**

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 472042
December 10, 2010
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 11/01/10 | Jaffe | P230 | Team telephone conference regarding Shaffers and emails with team regarding same (0.6); telephone call with Mr. Sabath at DOJ and emails with team regarding same (0.3). | 0.9 |
| 11/02/10 | Jaffe | P230 | Telephone conference with team and Mr. Feldman (0.6). | 0.6 |
| 11/10/10 | Jaffe | P230 | Review DOJ summary to court and emails with DOJ and team regarding same (0.4). | 0.4 |
| 11/12/10 | Jaffe | P230 | Emails with Mr. Campbell and J. Polatin regarding Shaffer issues (0.2). | 0.2 |
| 11/17/10 | Jaffe | P230 | Email from Mr. Campbell and review required notices under consent decree (0.3) | 0.3 |
| 11/22/10 | Jaffe | P230 | Review, revise, draft talking points and emails with team regarding same (0.6). | 0.6 |
| 11/30/10 | Jaffe | P230 | Telephone call and email with Ms. Duff regarding potential natural resource damage settlement (0.3). | 0.3 |
| | | | **Total Hours** | **3.3** |

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 472042
December 10, 2010
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 3.3 | at | 610.00 | = | 2,013.00 |
| **Total Fees** | | | | | **$2,013.00** |

| | | |
|---|---|---|
| **Total Fees** | | **$2,013.00** |
| **Total Fees and Disbursements** | | **$2,013.00** |



FOLEY
HOAG LLP

Adam P. Kahn
617-832-1206
Boston

# **REMITTANCE PAGE**

### To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

December 10, 2010
Invoice No.: 472042
Matter No.: 08743.00102

**Re:** **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Total Fees and Disbursements**        **$2,013.00**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 472042
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 103 – Wells G&H Superfund Site

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $610.00 | 25.6 | $ 15,616.00 |
| | | | | | |
| **TOTAL** | | | | **25.6** | **$ 15,616.00** |

### Expenses

| Description | Total |
|---|---|
| Telephone | $       5.20 |
| | |
| **TOTAL** | **$       5.20** |

B3826364.1


**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

December 10, 2010
Invoice No.: 472043
Matter No.: 08743.00103

**Re:** **Wells G&H Superfund Site**

For Professional Services rendered through November 30, 2010

| | |
|---|---|
| Fees | $15,616.00 |
| Disbursements | 5.20 |
| **Total Fees and Disbursements** | **$15,621.20** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 472043
December 10, 2010
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|------------|-----|-----------|-------|
| 11/05/10 | Jaffe | P230 | Review draft Executive Summary for Northeast Quadrant report and emails with team (1.4). | 1.4 |
| 11/08/10 | Jaffe | P230 | Review, revise draft Northeast Quadrant report executive summary (0.8); review, revise draft annual report (1.4). | 2.2 |
| 11/09/10 | Jaffe | P230 | Review, revise annual report and email to team regarding same (1.8); emails with team about indoor air issues and communications with Mr. LeMay at EPA (0.7). | 2.5 |
| 11/12/10 | Jaffe | P230 | Team telephone conference and prepare for same (1.2); emails with team regarding annual report and review same (0.4). | 1.6 |
| 11/15/10 | Jaffe | P230 | Emails with team regarding meeting with EPA and indoor air issues and review reports to EPA regarding same (1.3). | 1.3 |
| 11/16/10 | Jaffe | P230 | Telephone call and email with Ms. Duff regarding allocation and review documents from Ms. Duff regarding same (0.8); emails with team regarding indoor air issues (0.8); review UniFirst report to EPA (0.5). | 2.1 |
| 11/17/10 | Jaffe | P230 | Review, revise draft letter to EPA regarding indoor air issues and emails with team regarding same (1.6). | 1.6 |
| 11/18/10 | Jaffe | P230 | Review allocation issues, including revising letter to Bibler, reviewing GeoTrans contract, and email with Ms. Duff (0.8); review indoor air issues, including reviewing recent data, emails with team regarding well issues, revisions to draft letter to EPA and emails with team regarding same, and preparing for 11/19 call (2.2). | 3.0 |
| 11/19/10 | Jaffe | P230 | Attention to vapor intrusion issues, including telephone conference with UniFirst and Grace teams, Grace team telephone conference, revisions to draft letter to EPA, and emails with team (2.4). | 2.4 |
| 11/22/10 | Jaffe | P230 | Meeting with EPA (1.8); meetings before and after EPA meeting and post-mortem calls with Grace team (3.4); emails with Mr. Guswa (0.1). | 5.3 |

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 472043
December 10, 2010
Page 3

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 11/23/10 | Jaffe | P230 | Attention to indoor air issue, including emails with team regarding summary of EPA meeting, reviewing, revising draft letter to contractors, and emails with team regarding same (1.3). | 1.3 |
| 11/24/10 | Jaffe | P230 | Review, revise, draft letter to EPA regarding indoor air sampling approach, and emails with team regarding same (0.9). | 0.9 |
| | | | **Total Hours** | **25.6** |

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 472043
December 10, 2010
Page 4

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 25.6 | at | 610.00 | = | 15,616.00 |
| | **Total Fees** | | | | **$15,616.00** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 11/19/10 | Telephone 14435358439 - Columbia - MD (USA) | 2.60 |
| 11/22/10 | Telephone 14438035751 - Baltimore - MD (USA) | 2.60 |
| | **Total Disbursements** | **$5.20** |

| | Amount |
|---|---|
| **Total Fees** | $15,616.00 |
| **Total Disbursements** | 5.20 |
| **Total Fees and Disbursements** | $15,621.20 |


## FOLEY HOAG LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

December 10, 2010
Invoice No.: 472043
Matter No.: 08743.00103

**Re:**   **Wells G&H Superfund Site**

**Total Fees and Disbursements**                $15,621.20

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| **Federal Tax ID : 04-2150535** | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00103, **Invoice #:** 472043
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company