# EXHIBIT A

## SUMMARY OF THE PRINCIPAL SERVICES PERFORMED BY THE APPLICANT ON BEHALF OF THE COMMITTEE BY WORK/LITIGATION TASK CODE FOR THE PERIOD FROM JULY 1, 2010 THROUGH SEPTEMBER 30, 2010

**BUSINESS OPERATIONS (TASK CODE NO. 003)**

Applicant reviewed monthly operating reports.

**CASE ADMINISTRATION (TASK CODE NO. 004)**

Applicant monitored docket activity.

**CLAIM ANALYSIS, OBJECTION, RESOLUTION & ESTIMATION (ASBESTOS)(TASK CODE NO. 005)**

Applicant monitored and attended hearings on estimation of asbestos claims and reviewed settlements.

**CLAIM ANALYSIS, OBJECTION, RESOLUTION & ESTIMATION (NON-ASBESTOS)(TASK CODE NO. 006)**

Applicant reviewed issues with respect to consent decree with EPA and review of certificate of counsel regarding reinstatement of claims.

**COMMITTEE (ALL-CREDITORS, NOTEHOLDERS, EQUITY HOLDERS) (TASK CODE NO. 007)**

Applicant analyzed a variety of issues for the Official Committee of Unsecured Creditors and attended meetings of the Committee.

**EMPLOYEE BENEFITS/PENSION (TASK CODE NO. 008)**

Applicant retrieved and reviewed various pleadings regarding employee benefits/pension.

**EMPLOYMENT APPLICATIONS/APPLICANT (TASK CODE NO. 009)**

Applicant reviewed combined fee reports.

**EMPLOYMENT APPLICATIONS/OTHERS (TASK CODE NO. 010)**

Applicant reviewed debtor's application to enter into financial engagement.

**FEE APPLICATIONS (APPLICANT) (TASK CODE NO. 012)**

Applicant prepared and filed its fee applications.

## FEE APPLICATIONS (OTHERS) (TASK CODE NO. 013)

Applicant assisted in the preparation, and coordinated the service and filing of fee applications of other professionals representing the Official Committee of Unsecured Creditors, including Stroock & Stroock & Lavan and Capstone Advisory Group.

## HEARINGS (TASK CODE NO. 015)

Applicant reviewed agenda prepared for various hearings for the benefit of the Committee as necessary.

## LITIGATION AND LITIGATION CONSULTING (TASK CODE NO. 16)

Applicant reviewed pleadings in connection with NJDEP.

## PLAN AND DISCLOSURE STATEMENT (TASK CODE NO. 017)

Applicant reviewed Austen request for judicial notice regarding Garlock.

## OTHER (TASK CODE NO. 025)

Applicant reviewed and retrieved miscellaneous pleadings and memos.

## DATA ANALYSIS (TASK CODE NO. 029)

Applicant reviewed various stipulations regarding claims.

.