**EXHIBIT B**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | **Hearing Date:  To be determined**<br>**Objection Deadline:  September 7, 2010 at 4:00 p.m.** |

**ONE-HUNDRED SECOND MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2010 THROUGH JULY 31, 2010**

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **July 1, 2010 through July 31, 2010** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$4,799.00 (80% $3,839.20)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$302.53** |

This is an: ☒ monthly ☐ interim ☐ final application.

This is the one-hundred second monthly fee application of Duane Morris LLP.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 – 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 – 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 – 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 – 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 – 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – | $22,612.50 | $872.84 | $18,090.00 | $872.84 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| | 1/31/04 | | | | |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | $16,127.20 | $1,841.84 |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | $27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | $39,970.50 | $770.49 |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | $23,416.00 | $81.51 |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | $20,408.50 | $110.79 |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | $20,408.50 | $110.79 |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | $20,049.00 | $7,553.02 |
| July 31, 2007 | 6/1/107 – 6/30/07 | $22,710.50 | $1,017.52 | $22,710.50 | $1,017.52 |
| October 1, 2007 | 7/1/07 – 7/31/07 | $43,373.50 | $1,544.99 | $34,698.80 | $1,544.99 |
| October 1, 2007 | 8/1/07 – 8/31/07 | $23,739.50 | $1,306.17 | $18,991.60 | $1,306.17 |
| October 30, 2007 | 9/1/07 – 9/30/07 | $36,004.00 | $48.39 | $28,803.20 | $48.39 |

4

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| December 3, 2007 | 10/1/07 – 10/31/07 | $28,085.50 | $3,244.17 | $22,468.40 | $3,244.17 |
| January 3, 2008 | 11/1/07 – 11/30/07 | $29,455.00 | $860.54 | $23,564.00 | $860.54 |
| January 29, 2008 | 12/1/07 – 12/31/07 | $49,823.00 | $505.80 | $47,689.06 | $505.80 |
| March 10, 2008[1] | 1/1/08 – 2/29/08 | $58,572.80 | $10,713.36 | $46,858.24 | $10,713.36 |
| May 1, 2008 | 3/1/08 – 3/31/08 | $50,913.00 | $1,171.03 | $50,301.80 | $1,171.03 |
| May 21, 2008 | 4/1/08 – 4/30/08 | $84,772.50 | $1,770.07 | $67,778.00 | $1,770.07 |
| June 27, 2008 | 5/1/08 – 5/31/08 | $23,242.00 | $1,913.97 | $18,593.60 | $1,913.97 |
| July 28, 2008 | 6/1/08 – 6/30/08 | $28,668.00 | $888.00 | $22,934.40 | $888.00 |
| August 28, 2008 | 7/1/08 – 7/31/08 | $30,341.50 | $183.79 | $24,273.20 | $183.79 |
| October 13, 2008 | 8/1/08 – 8/31/08 | $21,406.50 | $2,380.26 | $17,125.20 | $2,380.26 |
| November 12, 2008 | 9/1/08 – 9/30/08 | $25,857.00 | $784.16 | $20,685.60 | $784.16 |
| November 18, 2008 | 10/1/08 – 10/31/08 | $30,909.00 | $2,724.44 | $24,727.20 | $2,724.44 |
| December 30, 2008 | 11/1/08 – 11/30/08 | $14,479.00 | $238.13 | $11,583.20 | $238.13 |
| February 3, 2009 | 12/1/08 – 12/31/08 | $32,930.00 | $825.68 | $26,344.00 | $825.68 |
| February 11, 2009 | 1/1/09 – 1/31/09 | $47,975.00 | $828.47 | $38,380.00 | $828.47 |
| April 2, 2009 | 2/1/09 – 2/28/09 | $33,072.50 | $493.81 | $26,458.00 | $493.81 |
| April 10, 2009 | 3/1/09 – 3/31/09 | $34,393.50 | $2,281.30 | $27,514.80 | $2,281.30 |
| June 5, 2009 | 4/1/09 – 4/30/09 | $33,877.50 | $1,333.84 | $27,102.00 | $1,333.84 |
| June 5, 2009 | 5/1/09 – 5/31/09 | $38,838.00 | $18.92 | $31,070.40 | $18.92 |
| August 19, 2009 | 6/1/09 – 6/30/09 | $102,615.50 | $2,762.47 | $82,092.40 | $2,762.47 |

---

[1] The title of this Application [D.I. 18254] states that the fee application was for the period January 1, 2008 through January 31, 2008, when it should have identified the period as January 1, 2008 through February 29, 2008.

5

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| September 23, 2009 | 7/1/09 – 7/31/09 | $72,966.60 | $1,922.11 | $58,373.28 | $1,922.11 |
| September 24, 2009 | 8/1/09 – 8/31/09 | $66,921.00 | $2,118.21 | $53,536.80 | $2,118.21 |
| October 21, 2009 | 9/1/09 – 9/30/09 | $70,480.00 | $309.20 | $56,384.00 | $309.20 |
| December 1, 2009 | 10/1/09 – 10/31/09 | $33,986.50 | $2,425.29 | $27,189.20 | $2,425.29 |
| December 28, 2009 | 11/1/09-11/30/09 | $32,937.00 | $101.82 | $26,349.60 | $101.82 |
| January 28, 2010 | 12/1/09-12/31/09 | $15,975.00 | $1,870.07 | $12,780.00 | $1,870.07 |
| March 2, 2010 | 1/1/10 – 1/31/10 | $21,378.80 | $81.23 | $17,103.04 | $81.23 |
| March 29, 2010 | 2/1/10 – 2/29/10 | $8,597.50 | $803.88 | $6,878.00 | $803.88 |
| April 28, 2010 | 3/1/10 – 3/31/10 | $18,726.50 | $1,436.91 | $14,981.20 | $1,436.91 |
| May 28, 2010 | 4/1/10 – 4/30/10 | $11,323.50 | $46.14 | $9,058.80 | $46.14 |
| June 28, 2010 | 5/1/10 – 5/31/10 | $6,203.50 | $944.99 | $4,962.80 | $944.99 |
| July 30, 2010 | 6/1/10 – 6/30/10 | $11,249.50 | $605.05 | $8,999.60 | $605.05 |

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Of Counsel/41 years | $795.00 | 3.20 | $2,544.00 |
| Michael R. Lastowski | Partner/27 years | $710.00 | 1.70 | $1,207.00 |
| Beth A. Gruppo | Paralegal | $305.00 | 0.60 | $183.00 |
| Stephanie Lenkiewicz | Paralegal | $165.00 | 3.40 | $561.00 |
| Dawn S. Marra | Legal Assistant | $160.00 | 1.90 | $304.00 |
| Total | | | 10.8 | $4,799.00 |

6

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (04) | 2.30 | $455.00 |
| Claims Analysis (05) | 0.90 | $639.00 |
| Claims Analysis (Non-Asbestos) (06) | 0.50 | $355.00 |
| Committee (All – Creditors, Note Holders, Equity Holders) (07) | 0.30 | $238.50 |
| Employee Benefits/Pension (08) | 0.20 | $32.00 |
| Employment Applications (Others) (10) | 0.30 | $49.50 |
| Fee Applications, Applicant (12) | 1.30 | $323.50 |
| Fee Applications, Other (13) | 2.00 | $330.00 |
| Plan and Disclosure Statement (17) | 0.10 | $71.00 |
| Other (25) | 2.90 | $2,305.50 |
| **TOTAL** | **10.80** | **$4,799.00** |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Overnight Mail | Federal Express | $17.45 |
| Color Printing & Duplicating | | .98 |
| Printing & Duplicating (Internal) | | $284.10 |
| **TOTAL** | | **$ 302.53** |

7

WHEREFORE, Duane Morris LLP respectfully requests that, for the period July 1, 2010 through July 31, 2010, an interim allowance be made to Duane Morris LLP for compensation in the amount of $3,839.20 (80% of allowed fees) and $302.53 for reimbursement of expenses be authorized, and for such other and further relief as this Court may deem just and proper.

Dated: August 18, 2010
   Wilmington, Delaware

     Michael R. Lastowski (DE 3892)
     Richard W. Riley (DE 4052)
     DUANE MORRIS LLP
     1100 North Market Street, Suite 1200
     Wilmington, DE 19801
     Telephone: (302) 657-4900
     Facsimile: (302) 657-4901
     E-mail:  mlastowski@duanemorris.com
         rwriley@duanemorris.com

     - and –

     William S. Katchen
     DUANE MORRIS LLP
     One Riverfront Plaza
     Newark, New Jersey 07102
     Telephone: (973) 424-2000
     Facsimile: (973) 424-2001
     E-mail:  wskatchen@duanemorris.com

     *Co-Counsel for the Official Committee of*
     *Unsecured Creditors of W. R. Grace & Co., et al.*

# Exhibit A

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

August 3, 2010

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1589336                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 07/31/2010 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 1.70 | hrs. at | $710.00 | /hr. = | $1,207.00 |
| WS KATCHEN | OF COUNSEL | 3.20 | hrs. at | $795.00 | /hr. = | $2,544.00 |
| BA GRUPPO | PARALEGAL | 0.60 | hrs. at | $305.00 | /hr. = | $183.00 |
| S LENKIEWICZ | PARALEGAL | 3.40 | hrs. at | $165.00 | /hr. = | $561.00 |
| DS MARRA | LEGAL ASSISTANT | 1.90 | hrs. at | $160.00 | /hr. = | $304.00 |
| | | | | | | $4,799.00 |

DISBURSEMENTS
COLOR PRINTING & DUPLICATING - INTERNAL            .98
OVERNIGHT MAIL                                   17.45
PRINTING & DUPLICATING                          284.10
TOTAL DISBURSEMENTS                                        $302.53

Duane Morris
August 3, 2010
Page 2

File # K0248-00001                                         INVOICE #  1589336
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 7/6/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JUNE 29, 2010 THROUGH JULY 5, 2010 FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1); RECEIVE AND REVIEW CORRESPONDENCE FROM W. KATCHEN REGARDING RETRIEVAL OF ELECTRONICALLY FILED DOCUMENTS (.1); RETRIEVE REQUESTED DOCUMENTS (.2); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1) | 0.60 | $96.00 |
| 7/9/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 7/9/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JULY 6, 2010 THROUGH JULY JULY 8, 2010 FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1). | 0.20 | $32.00 |
| 7/12/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 7/12/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JULY 9, 2010 THROUGH JULY JULY 11, 2010 FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1). | 0.20 | $32.00 |
| 7/13/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |

Duane Morris
August 3, 2010
Page 3

File # K0248-00001                                                    INVOICE #  1589336
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 7/16/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM D. MOHAMED REGARDING CERTIFICATE OF NO OBJECTION REGARDING SEVENTY-FIFTH MONTHLY FEE APPLICATION OF CAPSTONE (.1); DRAFT CERTIFICATE OF NO OBJECTION (.2); ELECTRONICALLY FILE CERTIFICATE OF NO OBJECTION (.1); CORRESPONDENCE TO D. MOHAMED REGARDING SAME (.1) | 0.50 | $80.00 |
| 7/19/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JULY 12, 2010 THROUGH JULY 18, 2010 FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1) | 0.20 | $32.00 |
| 7/21/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 7/22/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 7/27/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| | | | Code Total | 2.30 | $455.00 |

Duane Morris
August 3, 2010
Page 4

File # K0248-00001                                    INVOICE #  1589336
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 7/6/2010 | 005 | MR. LASTOWSKI | REVIEW PALM CREEK MOTION TO FILE LATE FILED PROOF OF CLAIM | 0.30 | $213.00 |
| 7/30/2010 | 005 | MR. LASTOWSKI | REVIEW ZONOLITE CONSENT ORDER | 0.30 | $213.00 |
| 7/30/2010 | 005 | MR. LASTOWSKI | REVIEW AMENDED AND RESTATED TIG SETTLEMENT | 0.30 | $213.00 |
| | | | Code Total | 0.90 | $639.00 |

Duane Morris
August 3, 2010
Page 5

File # K0248-00001

INVOICE # 1589336

     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 7/3/2010 | 006 | MR LASTOWSKI | REVIEW CONSENT DECREE WITH EPA RE: BLACKBURN SUPERFUND SITE | 0.50 | $355.00 |
| | | | Code Total | 0.50 | $355.00 |

Duane Morris
August 3, 2010
Page 6

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1589336

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 7/27/2010 | 007 | WS KATCHEN | REVIEW CAPSTONE ANALYSIS 7/26/10 - DEFINED CONTRIBUTIONS TO PLAN. | 0.30 | $238.50 |
| | | | Code Total | 0.30 | $238.50 |

Duane Morris
August 3, 2010
Page 7

File # K0248-00001
W.R. GRACE & CO.

INVOICE # 1589336

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 7/21/2010 | 008 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JULY 18, 2010 THROUGH JULY 20, 2010 FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1) | 0.20 | $32.00 |
| | | | Code Total | 0.20 | $32.00 |

Duane Morris
August 3, 2010
Page 8

File # K0248-00001                                INVOICE #  1589336
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 7/29/2010 | 010 | S LENKIEWICZ | PREPARE CNO REGARDING CAPSTON'S 76TH MONTHLY FEE APPLICATION (.2); PREPARE AS-FILED COPY OF SAME AND FORWARD TO D. MOHAMMAD (.1) | 0.30 | $49.50 |
| | | | Code Total | 0.30 | $49.50 |

Duane Morris
August 3, 2010
Page 9

INVOICE #  1589336

File # K0248-00001
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 7/21/2010 | 012 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING DUANE MORRIS LLP'S APRIL FEE APPLICATION (.2); EFILE SAME (.1); PREPARE CERTIFICATE OF NO OBJECTION REGARDING DUANE MORRIS LLP'S MAY FEE APPLICATION (.2); EFILE SAME (.1) | 0.60 | $99.00 |
| 7/30/2010 | 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS 101ST MONTHLY FEE APPLICATION | 0.20 | $142.00 |
| 7/30/2010 | 012 | S LENKIEWICZ | PREPARATION OF DUANE MORRIS' 101ST MONTHLY FEE APPLICATION FOR JUNE 2010 | 0.50 | $82.50 |
| | | | Code Total | 1.30 | $323.50 |

Duane Morris
August 3, 2010
Page 10

INVOICE #  1589336

File # K0248-00001
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 7/6/2010 | 013 | S LENKIEWICZ | PREPARE CAPSTONE 76TH MONTHLY FEE APPLICATION, NOTICE AND EXHIBITS FOR E-FILING (.2); EFILE SAME (.1); FORWARD AS-FILED COPY TO D. MOHAMMAD (.1) | 0.40 | $66.00 |
| 7/14/2010 | 013 | S LENKIEWICZ | PREPARATION OF CERTIFICATE OF NO OBJECTION REGARDING CAPSTONE'S 75TH MONTHLY FEE APPLICATION | 0.20 | $33.00 |
| 7/21/2010 | 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING SSL MONTHLY APPLICATION FOR MAY (.2); EFILE SAME (.1); FORWARD AS-FILED COPY TO D. MOHAMMAD (.1); EFILE 77TH MONTHLY FEE APPLICATION OF CAPSTONE (.3); FORWARD AS-FILED COPY TO D. MOHAMMAD (.1) | 0.80 | $132.00 |
| 7/28/2010 | 013 | S LENKIEWICZ | RECEIPT OF SSL'S 111TH MONTHLY FEE APPLICATION VIA EMAIL AND PREPARE FOR EFILING (.2); FINALIZE NOTICE (.1); EFILE APPLICATION (.2); PREPARE AS-FILED COPY AND FORWARD SAME TO D. MOHAMMED (.1) | 0.60 | $99.00 |
| | | | Code Total | 2.00 | $330.00 |

Duane Morris
August 3, 2010
Page 11

File # K0248-00001                                    INVOICE #  1589336
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 7/6/2010 | 017 | MR LASTOWSKI | REVIEW AUSTEN REQUEST FOR JUDICIAL NOTICE RE: (GARLOCK) | 0.10 | $71.00 |
| | | | Code Total | 0.10 | $71.00 |

Duane Morris
August 3, 2010
Page 12

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1589336

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 7/2/2010 | 025 | WS KATCHEN | REVIEW DEBTORS' CERTIFICATION RE: ZONOLITE/EAST HAMPTON MASS. SUPERFUND SITE, ET AL. | 0.20 | $159.00 |
| 7/6/2010 | 025 | WS KATCHEN | REVIEW MOTION OF PLUM CREEK TO ALLOW LATE CLAIM AND EXHIBITS. | 0.90 | $715.50 |
| 7/6/2010 | 025 | WS KATCHEN | REVIEW DOCKET ENTRIES. | 0.30 | $238.50 |
| 7/7/2010 | 025 | WS KATCHEN | REVIEW MOTION OF DEBTORS TO REOPEN ADVERSARY PROCEEDINGS - PROFESSIONAL FEE ISSUE. | 0.20 | $159.00 |
| 7/7/2010 | 025 | WS KATCHEN | REVIEW REQUEST FOR JUDICIAL NOTICE BY FUTURES REP. | 0.10 | $79.50 |
| 7/8/2010 | 025 | WS KATCHEN | REVIEW NOTICE OF AGENDA. | 0.10 | $79.50 |
| 7/14/2010 | 025 | WS KATCHEN | REVIEW NOTICE OF AGENDA. | 0.10 | $79.50 |
| 7/16/2010 | 025 | WS KATCHEN | UPDATE STATUS STROOCK MEMO. | 0.20 | $159.00 |
| 7/19/2010 | 025 | WS KATCHEN | REVIEW DOCKET ENTRIES. | 0.20 | $159.00 |
| 7/26/2010 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $159.00 |
| 7/27/2010 | 025 | WS KATCHEN | REVIEW MOTION TO APPROVE PLUM CREEK TOLLING. | 0.20 | $159.00 |
| 7/29/2010 | 025 | WS KATCHEN | REVIEW DOCKET/PLEADING SERVED. | 0.20 | $159.00 |
| | | | Code Total | 2.90 | $2,305.50 |

Duane Morris
August 3, 2010
Page 13

File # K0248-00001                                    INVOICE #  1589336
         W.R. GRACE & CO.


|                | TOTAL SERVICES | 10.80 | $4,799.00 |
|----------------|----------------|-------|-----------|

Duane Morris
August 3, 2010
Page 14

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1589336

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|--|--------|
| 6/28/2010 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791600583640) | | 10.57 |
| 6/28/2010 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SIEGEL AT W.R. GRACE - COLUMBIA, MD FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791600583434) | | 6.88 |
| | | Total: | $17.45 |
| 7/31/2010 | COLOR PRINTING & DUPLICATING - INTERNAL | | 0.98 |
| | | Total: | $0.98 |
| 7/31/2010 | PRINTING & DUPLICATING | | 284.10 |
| | | Total: | $284.10 |
| | TOTAL DISBURSEMENTS | | $302.53 |

Duane Morris
August 3, 2010
Page 15

File # K0248-00001

INVOICE #  1589336

    W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 1.70 | 710.00 | 1,207.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 3.20 | 795.00 | 2,544.00 |
| 02279 | BA GRUPPO | PARALEGAL | 0.60 | 305.00 | 183.00 |
| 03723 | S LENKIEWICZ | PARALEGAL | 3.40 | 165.00 | 561.00 |
| 03434 | DS MARRA | LEGAL ASSISTANT | 1.90 | 160.00 | 304.00 |
| | | | 10.80 | | $4,799.00 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., ET AL., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Michael R. Lastowski, certify that on August 18, 2010, I served a copy of the *One-Hundred Second Monthly Fee Application of Duane Morris LLP For Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from July 1, 2010 through July 31, 2010* upon the individuals on the attached Service List as indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: August 18, 2010
      Wilmington, Delaware

                                       /s/ Michael R. Lastowski
                                       Michael R. Lastowski (DE ID 3892)
                                       DUANE MORRIS LLP
                                       1100 North Market Street, Suite 1200
                                       Wilmington, DE 19801
                                       302.657-4900

## W. R. GRACE FEE APPLICATION SERVICE LIST

***Hand Delivery***
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801

***Via Overnight Mail***
David B. Siegel, Esquire
Senior Vice President and General Counsel
7500 Grace Drive
Columbia, MD 21044

***Via Overnight Mail***
Steve Bossay, Esquire
Warren H. Smith & Associates
Republic Center
325 N. St. Paul, Suite 4080
Dallas, TX 75201

***Via E-Mail***
william.sparks@grace.com
jbaer@jsbpc.com
joneill@pszyj.com
syoder@potteranderson.com
jsakalo@bilzin.com
ttacconelli@ferryjoseph.com
pvnl@capdale.com
mhurford@del.camlev.com
cl@del.camlev.com
pbentley@kramerlevin.com
currier@klettrooney.com
david.heller@lw.com
carol.hennessey@lw.com
slbossay@whsmithlaw.com
feeaudit@whsmithlaw.com