**EXHIBIT C**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. Grace & Co., et al.,<br><br>       Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>Jointly Administered<br><br>**Hearing Date: To be determined**<br>**Objection Deadline: October 18, 2010 at 4:00 p.m.** |

### ONE-HUNDRED THIRD MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM AUGUST 1, 2010 THROUGH AUGUST 31, 2010

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide<br>Professional Services to: | **Official Committee of<br>Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and<br>reimbursement is sought | **August 1, 2010 through August<br>31, 2010** |
| Amount of Compensation sought as<br>actual, reasonable and necessary: | **$6,063.50 (80% $4,850.80)** |
| Amount of Expense Reimbursement sought<br>as actual, reasonable and necessary: | **$310.09** |

This is an: ☒ monthly ☐ interim ☐ final application.


This is the one-hundred third monthly fee application of Duane Morris LLP.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01–7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02–3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 – 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 – 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 – 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 – 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 – 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – | $22,612.50 | $872.84 | $18,090.00 | $872.84 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| | 1/31/04 | | | | |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |

DM3\1497473.1

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | $16,127.20 | $1,841.84 |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | $27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | $39,970.50 | $770.49 |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | $23,416.00 | $81.51 |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | $20,408.50 | $110.79 |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | $20,408.50 | $110.79 |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | $20,049.00 | $7,553.02 |
| July 31, 2007 | 6/1/107 – 6/30/07 | $22,710.50 | $1,017.52 | $22,710.50 | $1,017.52 |
| October 1, 2007 | 7/1/07 – 7/31/07 | $43,373.50 | $1,544.99 | $34,698.80 | $1,544.99 |
| October 1, 2007 | 8/1/07 – 8/31/07 | $23,739.50 | $1,306.17 | $18,991.60 | $1,306.17 |
| October 30, 2007 | 9/1/07 – 9/30/07 | $36,004.00 | $48.39 | $28,803.20 | $48.39 |

4

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| December 3, 2007 | 10/1/07 – 10/31/07 | $28,085.50 | $3,244.17 | $22,468.40 | $3,244.17 |
| January 3, 2008 | 11/1/07 – 11/30/07 | $29,455.00 | $860.54 | $23,564.00 | $860.54 |
| January 29, 2008 | 12/1/07 – 12/31/07 | $49,823.00 | $505.80 | $47,689.06 | $505.80 |
| March 10, 2008[1] | 1/1/08 – 2/29/08 | $58,572.80 | $10,713.36 | $46,858.24 | $10,713.36 |
| May 1, 2008 | 3/1/08 – 3/31/08 | $50,913.00 | $1,171.03 | $50,301.80 | $1,171.03 |
| May 21, 2008 | 4/1/08 – 4/30/08 | $84,772.50 | $1,770.07 | $67,778.00 | $1,770.07 |
| June 27, 2008 | 5/1/08 – 5/31/08 | $23,242.00 | $1,913.97 | $18,593.60 | $1,913.97 |
| July 28, 2008 | 6/1/08 – 6/30/08 | $28,668.00 | $888.00 | $22,934.40 | $888.00 |
| August 28, 2008 | 7/1/08 – 7/31/08 | $30,341.50 | $183.79 | $24,273.20 | $183.79 |
| October 13, 2008 | 8/1/08 – 8/31/08 | $21,406.50 | $2,380.26 | $17,125.20 | $2,380.26 |
| November 12, 2008 | 9/1/08 – 9/30/08 | $25,857.00 | $784.16 | $20,685.60 | $784.16 |
| November 18, 2008 | 10/1/08 – 10/31/08 | $30,909.00 | $2,724.44 | $24,727.20 | $2,724.44 |
| December 30, 2008 | 11/1/08 – 11/30/08 | $14,479.00 | $238.13 | $11,583.20 | $238.13 |
| February 3, 2009 | 12/1/08 – 12/31/08 | $32,930.00 | $825.68 | $26,344.00 | $825.68 |
| February 11, 2009 | 1/1/09 – 1/31/09 | $47,975.00 | $828.47 | $38,380.00 | $828.47 |
| April 2, 2009 | 2/1/09 – 2/28/09 | $33,072.50 | $493.81 | $26,458.00 | $493.81 |
| April 10, 2009 | 3/1/09 – 3/31/09 | $34,393.50 | $2,281.30 | $27,514.80 | $2,281.30 |
| June 5, 2009 | 4/1/09 – 4/30/09 | $33,877.50 | $1,333.84 | $27,102.00 | $1,333.84 |
| June 5, 2009 | 5/1/09 – 5/31/09 | $38,838.00 | $18.92 | $31,070.40 | $18.92 |
| August 19, 2009 | 6/1/09 – 6/30/09 | $102,615.50 | $2,762.47 | $82,092.40 | $2,762.47 |

---

[1] The title of this Application [D.I. 18254] states that the fee application was for the period January 1, 2008 through January 31, 2008, when it should have identified the period as January 1, 2008 through February 29, 2008.

5

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| September 23, 2009 | 7/1/09 – 7/31/09 | $72,966.60 | $1,922.11 | $58,373.28 | $1,922.11 |
| September 24, 2009 | 8/1/09 – 8/31/09 | $66,921.00 | $2,118.21 | $53,536.80 | $2,118.21 |
| October 21, 2009 | 9/1/09 – 9/30/09 | $70,480.00 | $309.20 | $56,384.00 | $309.20 |
| December 1, 2009 | 10/1/09 – 10/31/09 | $33,986.50 | $2,425.29 | $27,189.20 | $2,425.29 |
| December 28, 2009 | 11/1/09- 11/30/09 | $32,937.00 | $101.82 | $26,349.60 | $101.82 |
| January 28, 2010 | 12/1/09- 12/31/09 | $15,975.00 | $1,870.07 | $12,780.00 | $1,870.07 |
| March 2, 2010 | 1/1/10 – 1/31/10 | $21,378.80 | $81.23 | $17,103.04 | $81.23 |
| March 29, 2010 | 2/1/10 – 2/29/10 | $8,597.50 | $803.88 | $6,878.00 | $803.88 |
| April 28, 2010 | 3/1/10 – 3/31/10 | $18,726.50 | $1,436.91 | $14,981.20 | $1,436.91 |
| May 28, 2010 | 4/1/10 – 4/30/10 | $11,323.50 | $46.14 | $9,058.80 | $46.14 |
| June 28, 2010 | 5/1/10 – 5/31/10 | $6,203.50 | $944.99 | $4,962.80 | $944.99 |
| July 30, 2010 | 6/1/10 – 6/30/10 | $11,249.50 | $605.05 | $8,999.60 | $605.05 |
| August 18, 2010 | 7/1/10 – 7/31/10 | $4,799.00 | $302.53 | $3,839.20 | $302.53 |

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Of Counsel/41 years | $795.00 | 2.00 | $2,941.50 |
| Michael R. Lastowski | Partner/27 years | $710.00 | 3.70 | $1,420.00 |
| Beth A. Gruppo | Paralegal | $305.00 | 0.70 | $213.50 |
| Stephanie Lenkiewicz | Paralegal | $165.00 | 6.50 | $1,072.50 |
| Dawn S. Marra | Legal Assistant | $160.00 | 2.60 | $416.00 |
| **Total** | | | **15.50** | **$6,063.50** |

DM3\1497473.1

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (04) | 3.30 | $629.50 |
| Claims Analysis (05) | 1.80 | $1,278.00 |
| Committee (All – Creditors, Note Holders, Equity Holders) (07) | 0.20 | $159.00 |
| Fee Applications, Applicant (12) | 4.60 | $813.50 |
| Fee Applications, Other (13) | 2.10 | $401.00 |
| Other (25) | 2.90 | $2,305.50 |
| Data Analysis (26) | 0.60 | $477.00 |
| **TOTAL** | **15.50** | **$6,063.50** |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Overnight Mail | Federal Express | $19.45 |
| Travel Away from Home | | $36.46 |
| Printing & Duplicating | | $200.00 |
| Court Search Service | | $54.18 |
| **TOTAL** | | **$ 310.09** |

7

WHEREFORE, Duane Morris LLP respectfully requests that, for the period August 1, 2010 through August 31, 2010, an interim allowance be made to Duane Morris LLP for compensation in the amount of $4,850.80 (80% of allowed fees) and $310.09 for reimbursement of expenses be authorized, and for such other and further relief as this Court may deem just and proper.

Dated: September 28, 2010
      Wilmington, Delaware

*/s/ Michael R. Lastowski*
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901
E-mail:     mlastowski@duanemorris.com
            rwriley@duanemorris.com

- and –

William S. Katchen
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:   (973) 424-2000
Facsimile:   (973) 424-2001
E-mail:     wskatchen@duanemorris.com

*Co-Counsel for the Official Committee of*
*Unsecured Creditors of W. R. Grace & Co., et al.*

8

# Exhibit A

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

September 8, 2010


CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017


W.R. GRACE & CO.


File# K0248-00001          Invoice# 1598017                          IRS# 23-1392502


FOR PROFESSIONAL SERVICES RECORDED
THROUGH 08/31/2010 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 2.00 | hrs. at | $710.00 | /hr. = | $1,420.00 |
| WS KATCHEN | OF COUNSEL | 3.70 | hrs. at | $795.00 | /hr. = | $2,941.50 |
| BA GRUPPO | PARALEGAL | 0.70 | hrs. at | $305.00 | /hr. = | $213.50 |
| S LENKIEWICZ | PARALEGAL | 6.50 | hrs. at | $165.00 | /hr. = | $1,072.50 |
| DS MARRA | LEGAL ASSISTANT | 2.60 | hrs. at | $160.00 | /hr. = | $416.00 |
| | | | | | | $6,063.50 |

| | |
|---|---|
| DISBURSEMENTS | |
| COURT SEARCH SERVICE | 54.18 |
| OVERNIGHT MAIL | 19.45 |
| PRINTING & DUPLICATING | 200.00 |
| TRAVEL AWAY FROM HOME | 36.46 |
| TOTAL DISBURSEMENTS | $310.09 |
| | |
| BALANCE DUE THIS INVOICE | $6,373.59 |
| | |
| PREVIOUS BALANCE | $31,554.81 |
| | |
| TOTAL BALANCE DUE | $37,928.40 |

Duane Morris
September 8, 2010
Page 2

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1598017

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/5/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JULY 20, 2010 THROUGH AUGUST 4, 2010 FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1) | 0.20 | $32.00 |
| 8/6/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 8/12/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 8/12/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED AUGUST 5, 2010 THROUGH AUGUST 11, 2010 FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1); CORRESPONDENCE FROM W. KATCHEN REGARDING RETRIEVAL OF ELECTRONICALLY FILED DOCUMENTS (.1); RETRIEVE ELECTRONICALLY FILED DOCUMENTS FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1) | 0.50 | $80.00 |
| 8/16/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 8/17/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED AUGUST 12, 2010 THROUGH AUGUST 16, 2010 FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1); RECEIVE AND REVIEW CORRESPONDENCE FROM W. KATCHEN REGARDING RETRIEVAL OF ELECTRONICALLY FILED DOCUMENTS (.1); RETRIEVE REQUESTED DOCUMENTS (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1) | 0.50 | $80.00 |

Duane Morris
September 8, 2010
Page 3

File # K0248-00001                           INVOICE #  1598017
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 8/23/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 8/24/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM D. MOHAMED REGARDING CERTIFICATE OF NO OBJECTION TO CAPSTONE'S SEVENTY-SEVENTH INTERIM FEE APPLICATION (.1); DRAFT CERTIFICATE OF NO OBJECTION REGARDING SAME (.2); PREPARE CERTIFICATE OF NO OBJECTION FOR ELECTRONIC FILING (.1); ELECTRONICALLY FILE SAME (.1); CORRESPONDENCE TO D. MOHAMED REGARDING SAME (.1) | 0.60 | $96.00 |
| 8/24/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM D. MOHAMED REGARDING CERTIFICATE OF NO OBJECTION TO STROOCK'S ONE HUNDRED AND ELEVENTH FEE APPLICATION (.1); DRAFT CERTIFICATE OF NO OBJECTION REGARDING SAME (.2); PREPARE CERTIFICATE OF NO OBJECTION FOR ELECTRONIC FILING (.1); ELECTRONICALLY FILE SAME (.1); CORRESPONDENCE TO D. MOHAMED REGARDING SAME (.1) | 0.60 | $96.00 |
| 8/26/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 8/26/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED AUGUST 17, 2010 THROUGH AUGUST 25, 2010 FOR ATTORNEY (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1) | 0.20 | $32.00 |
| 8/27/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 8/30/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |

Duane Morris
September 8, 2010
Page 4

File # K0248-00001

    W.R. GRACE & CO.

| DATE | TASK TIMEKEEPER | | HOURS | VALUE |
|------|-----------------|---|-------|-------|
| | | Code Total | 3.30 | $629.50 |

Duane Morris
September 8, 2010
Page 5

File # K0248-00001                                    INVOICE # 1598017
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|-----|-------|-------|
| 8/11/2010 | 005 | MR LASTOWSKI | REVIEW HDI GERLING SETTLEMENT | 0.40 | $284.00 |
| 8/11/2010 | 005 | MR LASTOWSKI | REVIEW DEBTORS' MOTION TO ENFORCE STIPULATION AND ORDER RELATING TO NJDEP AND FOR AN ORDER THAT NJDEP CEASE AND DESIST FROM VIOLATING THE STIPULATION AND ORDER | 1.10 | $781.00 |
| 8/27/2010 | 005 | MR LASTOWSKI | REVIEW HARTFORD SETTLEMENT | 0.30 | $213.00 |
| | | | Code Total | 1.80 | $1,278.00 |

Duane Morris
September 8, 2010
Page 6

File # K0248-00001
     W.R. GRACE & CO.

INVOICE #  1598017

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 8/4/2010 | 007 | WS KATCHEN | REVIEW CAPSTONE REPORT RE: PROJECT OLY. | 0.20 | $159.00 |
| | | | Code Total | 0.20 | $159.00 |

Duane Morris
September 8, 2010
Page 7

File # K0248-00001                                    INVOICE # 1598017
          W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 8/17/2010 | 012 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING DUANE MORRIS' 101ST MONTHLY FEE APPLICATION FOR JULY 2010 | 0.20 | $33.00 |
| 8/17/2010 | 012 | S LENKIEWICZ | REVIEW DOCKET RE ORDER REGARDING 35TH INTERIM FEE APPLICATION HEARING (.3); PREPARATION OF DUANE MORRIS 37TH QUARTERLY FEE APPLICATION (1.1) | 1.40 | $231.00 |
| 8/17/2010 | 012 | S LENKIEWICZ | PREPARATION OF SPREADSHEETS REGARDING DUANE MORRIS 99TH, 100TH AND 101ST MONTHLY FEE APPLICATIONS RE TOTALS FOR QUARTERLY FEE APPLICATION | 1.00 | $165.00 |
| 8/17/2010 | 012 | S LENKIEWICZ | PREPARATION OF DUANE MORRIS' 102ND MONTHLY FEE APPLICATION (.7); PREPARATION OF CERTIFICATE OF SERVICE (.2) | 0.90 | $148.50 |
| 8/18/2010 | 012 | S LENKIEWICZ | FINALIZE AND EFILE DUANE MORRIS 37TH QUARTERLY FEE APPLICATION (.4); FINALIZE AND EFILE DUANE MORRIS 102ND MONTHLY FEE APPLICATION (.3); PREPARE SERVICE RE SAME (.2); CALENDAR DEADLINES (.1) | 1.00 | $165.00 |
| 8/24/2010 | 012 | MR LASTOWSKI | EXECUTE DUANE MORRIS 105TH MONTHLY FEE APPLICATION | 0.10 | $71.00 |
| | | | Code Total | 4.60 | $813.50 |

Duane Morris
September 8, 2010
Page 8

File # K0248-00001                                    INVOICE # 1598017
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 8/4/2010 | 013 | MR LASTOWSKI | REVIEW DEBTORS' MOTION TO REFER FRESENIUS LITIGATION BACK TO BANKRUPTCY COURT IN ORDER TO PERMIT THE COURT TO ALLOW CERTAIN FEES | 0.10 | $71.00 |
| 8/17/2010 | 013 | S LENKIEWICZ | PREPARE NOTICE OF STROOCK STROOCK & LAVAN 37TH QUARTERLY FEE APPLICATION (.1); PREPARE CERTIFICATE OF SERVICE RE NOTICE (.2); EFILE 37TH QUARTERLY FEE APPLICATION AND EXHIBITS (.3); PREPARE SERVICE OF NOTICE (.2); EMAIL AS-FILED COPY OF QUARTERLY APPLICATION TO D. MOHAMMAD (.1) | 0.90 | $148.50 |
| 8/20/2010 | 013 | S LENKIEWICZ | PREPARE NOTICE OF CAPSTONE 26TH QUARTERLY FEE APPLICATION FOR EFILING (.1); PREPARE CERTIFICATE OF SERVICE RE SAME (.1); FINALIZE 26TH QUARTERLY FEE APPLICATION AND EXHIBITS AND EFILE SAME (.3); FORWARD AS-FILED COPY OF SAME TO D. MOHAMMED (.1) | 0.60 | $99.00 |
| 8/30/2010 | 013 | S LENKIEWICZ | FINALIZE NOTICE OF SSL 112TH MONTHLY FEE APPLICATION (.1); FINALIZE EXHIBITS AND EFILE SSL'S 112TH MONTHLY FEE APPLICATION (.3); FORWARD AS-FILED COPY OF SAME TO D. MOHAMMAD (.1) | 0.50 | $82.50 |
| | | | Code Total | 2.10 | $401.00 |

Duane Morris
September 8, 2010
Page 9

File # K0248-00001                                    INVOICE # 1598017
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 8/4/2010 | 025 | WS KATCHEN | REVIEW DEBTORS' MOTION TO APPROVE AMENDED SETTLEMENT ASBESTOS PI CLAIMS AND TIG INSURANCE. | 0.30 | $238.50 |
| 8/4/2010 | 025 | WS KATCHEN | REVIEW AUGUST 9 AGENDA. | 0.10 | $79.50 |
| 8/9/2010 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION FOR TRANSFER ADVERSARY PROCEEDINGS. | 0.10 | $79.50 |
| 8/10/2010 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION TO APPROVE AMENDED SETTLEMENT AGREEMENT WITH HDI - GERLING INDUSTRIE. | 0.30 | $238.50 |
| 8/12/2010 | 025 | WS KATCHEN | REVIEW EXHIBITS TO DEBTORS' MOTION V. NJDEP (APPENDIX). | 0.70 | $556.50 |
| 8/16/2010 | 025 | WS KATCHEN | REVIEW CERTIFICATE OF COUNSEL RE: STIPULATION TO AMEND STIPULATION - CLAIM OF NATIONAL UNION FIRE INSURANCE COMPANY. | 0.10 | $79.50 |
| 8/16/2010 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $159.00 |
| 8/17/2010 | 025 | WS KATCHEN | REVIEW STATE OF MONTANA LETTER BRIEF AND AUTHORITIES CITED 607 F3D 114. | 1.00 | $795.00 |
| 8/23/2010 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.10 | $79.50 |
| | | | Code Total | 2.90 | $2,305.50 |

Duane Morris
September 8, 2010
Page 10

File # K0248-00001                                    INVOICE #  1598017
       W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 8/23/2010 | 029 | WS KATCHEN | REVIEW DEBTORJ'S RESPONSE TO STATE OF MONTANA. | 0.20 | $159.00 |
| 8/23/2010 | 029 | WS KATCHEN | REVIEW OBJECTION BY DEBTOR TO MOTION OF MCGUIRE - CLAIM 12926. | 0.20 | $159.00 |
| 8/23/2010 | 029 | WS KATCHEN | REVIEW STIPULATION STATE OF N. CAROLINA CLAIM 512. | 0.20 | $159.00 |
| | | | Code Total | 0.60 | $477.00 |

Duane Morris
September 8, 2010
Page 11

File # K0248-00001

INVOICE #  1598017

W.R. GRACE & CO.

· TOTAL SERVICES                    15.50     $6,063.50

Duane Morris
September 8, 2010
Page 12

File # K0248-00001                                   INVOICE # 1598017
W.R. GRACE & CO.

| DATE | DISBURSEMENTS | AMOUNT |
|------|---------------|--------|
| 8/31/2010 | TRAVEL AWAY FROM HOME | 36.46 |
| | Total: | $36.46 |
| 7/30/2010 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SIEGEL AT WR GRACE - COLUMBIA, MD FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #793778103623) | 7.80 |
| 7/30/2010 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798901851620) | 11.65 |
| | Total: | $19.45 |
| 8/31/2010 | COURT SEARCH SERVICE | 54.18 |
| | Total: | $54.18 |
| 8/31/2010 | PRINTING & DUPLICATING | 200.00 |
| | Total: | $200.00 |
| | TOTAL DISBURSEMENTS | $310.09 |

DUANE MORRIS LLP

Duane Morris
September 8, 2010
Page 13

File # K0248-00001                                    INVOICE #  1598017
      W.R. GRACE & CO.

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 02394 | MR LASTOWSKI | PARTNER | 2.00 | 710.00 | 1,420.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 3.70 | 795.00 | 2,941.50 |
| 02279 | BA GRUPPO | PARALEGAL | 0.70 | 305.00 | 213.50 |
| 03723 | S LENKIEWICZ | PARALEGAL | 6.50 | 165.00 | 1,072.50 |
| 03434 | DS MARRA | LEGAL ASSISTANT | 2.60 | 160.00 | 416.00 |
| | | | 15.50 | | $6,063.50 |