**EXHIBIT D**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | **Hearing Date:  To be determined**<br>**Objection Deadline:  November 17, 2010 at 4:00 p.m.** |

**ONE-HUNDRED FOURTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010**

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide<br>Professional Services to: | **Official Committee of<br>Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and<br>reimbursement is sought | **September 1, 2010 through<br>September 30, 2010** |
| Amount of Compensation sought as<br>actual, reasonable and necessary: | **$9,657.50 (80% $7,726.00)** |
| Amount of Expense Reimbursement sought<br>as actual, reasonable and necessary: | **$570.26** |

This is an: ☒ monthly  ☐ interim  ☐ final application.

This is the one-hundred fourth monthly fee application of Duane Morris LLP.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01–7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02–3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 – 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 – 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 – 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 – 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 – 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – | $22,612.50 | $872.84 | $18,090.00 | $872.84 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| | 1/31/04 | | | | |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |

3

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | $16,127.20 | $1,841.84 |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | $27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | $39,970.50 | $770.49 |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | $23,416.00 | $81.51 |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | $20,408.50 | $110.79 |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | $20,408.50 | $110.79 |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | $20,049.00 | $7,553.02 |
| July 31, 2007 | 6/1/107 – 6/30/07 | $22,710.50 | $1,017.52 | $22,710.50 | $1,017.52 |
| October 1, 2007 | 7/1/07 – 7/31/07 | $43,373.50 | $1,544.99 | $34,698.80 | $1,544.99 |
| October 1, 2007 | 8/1/07 – 8/31/07 | $23,739.50 | $1,306.17 | $18,991.60 | $1,306.17 |
| October 30, 2007 | 9/1/07 – 9/30/07 | $36,004.00 | $48.39 | $28,803.20 | $48.39 |

4

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| December 3, 2007 | 10/1/07 – 10/31/07 | $28,085.50 | $3,244.17 | $22,468.40 | $3,244.17 |
| January 3, 2008 | 11/1/07 – 11/30/07 | $29,455.00 | $860.54 | $23,564.00 | $860.54 |
| January 29, 2008 | 12/1/07 – 12/31/07 | $49,823.00 | $505.80 | $47,689.06 | $505.80 |
| March 10, 2008[1] | 1/1/08 – 2/29/08 | $58,572.80 | $10,713.36 | $46,858.24 | $10,713.36 |
| May 1, 2008 | 3/1/08 – 3/31/08 | $50,913.00 | $1,171.03 | $50,301.80 | $1,171.03 |
| May 21, 2008 | 4/1/08 – 4/30/08 | $84,772.50 | $1,770.07 | $67,778.00 | $1,770.07 |
| June 27, 2008 | 5/1/08 – 5/31/08 | $23,242.00 | $1,913.97 | $18,593.60 | $1,913.97 |
| July 28, 2008 | 6/1/08 – 6/30/08 | $28,668.00 | $888.00 | $22,934.40 | $888.00 |
| August 28, 2008 | 7/1/08 – 7/31/08 | $30,341.50 | $183.79 | $24,273.20 | $183.79 |
| October 13, 2008 | 8/1/08 – 8/31/08 | $21,406.50 | $2,380.26 | $17,125.20 | $2,380.26 |
| November 12, 2008 | 9/1/08 – 9/30/08 | $25,857.00 | $784.16 | $20,685.60 | $784.16 |
| November 18, 2008 | 10/1/08 – 10/31/08 | $30,909.00 | $2,724.44 | $24,727.20 | $2,724.44 |
| December 30, 2008 | 11/1/08 – 11/30/08 | $14,479.00 | $238.13 | $11,583.20 | $238.13 |
| February 3, 2009 | 12/1/08 – 12/31/08 | $32,930.00 | $825.68 | $26,344.00 | $825.68 |
| February 11, 2009 | 1/1/09 – 1/31/09 | $47,975.00 | $828.47 | $38,380.00 | $828.47 |
| April 2, 2009 | 2/1/09 – 2/28/09 | $33,072.50 | $493.81 | $26,458.00 | $493.81 |
| April 10, 2009 | 3/1/09 – 3/31/09 | $34,393.50 | $2,281.30 | $27,514.80 | $2,281.30 |
| June 5, 2009 | 4/1/09 – 4/30/09 | $33,877.50 | $1,333.84 | $27,102.00 | $1,333.84 |
| June 5, 2009 | 5/1/09 – 5/31/09 | $38,838.00 | $18.92 | $31,070.40 | $18.92 |
| August 19, 2009 | 6/1/09 – 6/30/09 | $102,615.50 | $2,762.47 | $82,092.40 | $2,762.47 |

---

[1] The title of this Application [D.I. 18254] states that the fee application was for the period January 1, 2008 through January 31, 2008, when it should have identified the period as January 1, 2008 through February 29, 2008.

DM3\1512699.1

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| September 23, 2009 | 7/1/09 – 7/31/09 | $72,966.60 | $1,922.11 | $58,373.28 | $1,922.11 |
| September 24, 2009 | 8/1/09 – 8/31/09 | $66,921.00 | $2,118.21 | $53,536.80 | $2,118.21 |
| October 21, 2009 | 9/1/09 – 9/30/09 | $70,480.00 | $309.20 | $56,384.00 | $309.20 |
| December 1, 2009 | 10/1/09 – 10/31/09 | $33,986.50 | $2,425.29 | $27,189.20 | $2,425.29 |
| December 28, 2009 | 11/1/09- 11/30/09 | $32,937.00 | $101.82 | $26,349.60 | $101.82 |
| January 28, 2010 | 12/1/09- 12/31/09 | $15,975.00 | $1,870.07 | $12,780.00 | $1,870.07 |
| March 2, 2010 | 1/1/10 – 1/31/10 | $21,378.80 | $81.23 | $17,103.04 | $81.23 |
| March 29, 2010 | 2/1/10 – 2/29/10 | $8,597.50 | $803.88 | $6,878.00 | $803.88 |
| April 28, 2010 | 3/1/10 – 3/31/10 | $18,726.50 | $1,436.91 | $14,981.20 | $1,436.91 |
| May 28, 2010 | 4/1/10 – 4/30/10 | $11,323.50 | $46.14 | $9,058.80 | $46.14 |
| June 28, 2010 | 5/1/10 – 5/31/10 | $6,203.50 | $944.99 | $4,962.80 | $944.99 |
| July 30, 2010 | 6/1/10 – 6/30/10 | $11,249.50 | $605.05 | $8,999.60 | $605.05 |
| August 18, 2010 | 7/1/10 – 7/31/10 | $4,799.00 | $302.53 | $3,839.20 | $302.53 |
| September 28, 2010 | 8/1/10 – 8/30/10 | $6,063.50 | $310.09 | $4,850.80 | $310.09 |

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Of Counsel/41 years | $795.00 | 7.20 | $5,724.00 |
| Michael R. Lastowski | Partner/27 years | $710.00 | 4.20 | $2,982.00 |
| Beth A. Gruppo | Paralegal | $305.00 | 0.60 | $183.00 |
| Stephanie Lenkiewicz | Paralegal | $165.00 | 3.30 | $544.50 |
| Dawn S. Marra | Legal Assistant | $160.00 | 1.40 | $224.00 |
| **Total** | | | **16.70** | **$9,657.50** |

6

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Business Operations (03) | 0.70 | $497.00 |
| Case Administration (04) | 1.40 | $311.00 |
| Claims Analysis (05) | 0.50 | $355.00 |
| Claims Analysis and Resolution (Non-Asbestos) (06) | 0.30 | $213.00 |
| Committee (All -- Creditors, Note Holders, Equity Holders) (07) | 2.90 | $2,254.50 |
| Employment Applications, Applicant (09) | 0.20 | $142.00 |
| Employment Applications, Others (10) | 0.80 | $238.00 |
| Fee Applications, Applicant (12) | 2.10 | $401.00 |
| Fee Applications, Other (13) | 1.30 | $214.50 |
| Hearings (15) | 1.30 | $923.00 |
| Litigation and Litigation Consulting (16) | 0.30 | $213.00 |
| Other (25) | 4.90 | $3,895.50 |
| **TOTAL** | **16.70** | **$9,657.50** |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Overnight Mail | Federal Express | $28.94 |
| Postage | | $502.40 |
| Messenger Service | | $20.00 |
| Court Search Service | | $18.92 |
| **TOTAL** | | **$570.26** |

7

WHEREFORE, Duane Morris LLP respectfully requests that, for the period September 1, 2010 through September 30, 2010, an interim allowance be made to Duane Morris LLP for compensation in the amount of $7,726.00 (80% of allowed fees) and $570.26 for reimbursement of expenses be authorized, and for such other and further relief as this Court may deem just and proper.

Dated: October 28, 2010
Wilmington, Delaware

/s/ Michael R. Lastowski
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:    mlastowski@duanemorris.com
rwriley@duanemorris.com

- and –

William S. Katchen
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:    (973) 424-2000
Facsimile:    (973) 424-2001
E-mail:    wskatchen@duanemorris.com

*Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.*

8

# Exhibit A

# Duane Morris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

October 6, 2010

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1605078                IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 09/30/2010 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 4.20 | hrs. at | $710.00 /hr. = | $2,982.00 |
| WS KATCHEN | OF COUNSEL | 7.20 | hrs. at | $795.00 /hr. = | $5,724.00 |
| BA GRUPPO | PARALEGAL | 0.60 | hrs. at | $305.00 /hr. = | $183.00 |
| S LENKIEWICZ | PARALEGAL | 3.30 | hrs. at | $165.00 /hr. = | $544.50 |
| DS MARRA | LEGAL ASSISTANT | 1.40 | hrs. at | $160.00 /hr. = | $224.00 |
| | | | | | $9,657.50 |

DISBURSEMENTS
| | |
|---|---|
| COURT SEARCH SERVICE | 18.92 |
| MESSENGER SERVICE | 20.00 |
| OVERNIGHT MAIL | 28.94 |
| POSTAGE | 502.40 |
| TOTAL DISBURSEMENTS | $570.26 |

BALANCE DUE THIS INVOICE          $10,227.76

PREVIOUS BALANCE                  $13,460.52

TOTAL BALANCE DUE                 $23,688.28

Duane Morris
October 6, 2010
Page 2

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1605078

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/3/2010 | 003 | MR LASTOWSKI | REVIEW MONTHLY OPERATING REPORT | 0.20 | $142.00 |
| 9/17/2010 | 003 | MR LASTOWSKI | REVIEW MOTION FOR AUTHORITY TO PURCHASE SYNTHETECH | 0.50 | $355.00 |
| | | | Code Total | 0.70 | $497.00 |

Duane Morris
October 6, 2010
Page 3

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1605078

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/7/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED AUGUST 26, 2010 THROUGH SEPTEMBER 6, 2010 FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1) | 0.20 | $32.00 |
| 9/9/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 9/9/2010 | 004 | BA GRUPPO | RETRIEVAL, DOWNLOAD AND FORWARDING TO W.S.KATCHEN OF OPINION IN RE QUIGLEY COMPANY CASE RE ASBESTOS DEBTOR | 0.10 | $30.50 |
| 9/10/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 9/13/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 9/15/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS SEPTEMBER 7, 2010 THROUGH SEPTEMBER 14, 2010 FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1) | 0.20 | $32.00 |
| 9/16/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 9/24/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED SEPTEMBER 19, 2010 THROUGH SEPTEMBER 24, 2010 FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1) | 0.20 | $32.00 |
| 9/28/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED SEPTEMBER 24, 2010 THROUGH SEPTEMBER 26, 2010 FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1) | 0.20 | $32.00 |

Duane Morris
October 6, 2010
Page 4

File # K0248-00001                                    INVOICE #  1605078
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/30/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| | | | Code Total | 1.40 | $311.00 |

Duane Morris
October 6, 2010
Page 5

File # K0248-00001                                    INVOICE #  1605078
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 9/30/2010 | 005 | MR LASTOWSKI | REVIEW PROPOSED FEDERAL INSURANCE COMPANY SETTLEMENT | 0.50 | $355.00 |
| | | | Code Total | 0.50 | $355.00 |

Duane Morris
October 6, 2010
Page 6

File # K0248-00001                                          INVOICE #  1605078
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 9/30/2010 | 006 | MR LASTOWSKI | REVIEW CERTIFICATE OF COUNSEL RE: REINSTATEMENT OF CLAIMS | 0.30 | $213.00 |
| | | | Code Total | 0.30 | $213.00 |

Duane Morris
October 6, 2010
Page 7

File # K0248-00001                                      INVOICE #  1605078
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 8/31/2010 | 007 | WS KATCHEN | REVIEW COMMITTEE MEMO FROM STROOCK. | 0.10 | $79.50 |
| 9/7/2010 | 007 | WS KATCHEN | REVIEW STROOCK MEMO TO COMMITTEE RE: NJDEP. | 0.20 | $159.00 |
| 9/13/2010 | 007 | WS KATCHEN | PREPARE FOR MEETING WITH COMMITTEE MEMBER REVIEW LATEST 524(G)(4), AND (2)(B)(I)(II) OPINION - SDNY BANKRUPTCY CT. (IN RE: QUIQULEY COMPANY). | 1.40 | $1,113.00 |
| 9/13/2010 | 007 | WS KATCHEN | EMAIL COMMITTEE MEMBER. | 0.10 | $79.50 |
| 9/15/2010 | 007 | WS KATCHEN | MEMO TO STROOCK. | 0.20 | $159.00 |
| 9/16/2010 | 007 | WS KATCHEN | RESEARCH MEMO TO COMMITTEE MEMBER/PLAN ISSUE. | 0.30 | $238.50 |
| 9/23/2010 | 007 | MR LASTOWSKI | REVIEW DOCKET RE: CASE STATUS | 0.40 | $284.00 |
| 9/28/2010 | 007 | MR LASTOWSKI | TELEPHONE CALL FROM KEVIN COHART (CREDITOR/BMW CONSTRUCTORS) | 0.20 | $142.00 |
| | | | Code Total | 2.90 | $2,254.50 |

Duane Morris
October 6, 2010
Page 8

File # K0248-00001                                      INVOICE # 1605078
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|-----|-------|-------|
| 9/3/2010 | 009 | MR LASTOWSKI | REVIEW COMBINED FINAL FEE REPORT | 0.20 | $142.00 |
| | | | Code Total | 0.20 | $142.00 |

Duane Morris
October 6, 2010
Page 9

File # K0248-00001                                          INVOICE #  1605078
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/14/2010 | 010 | MR LASTOWSKI | REVIEW DEBTOR'S APPLICATION TO ENTER INTO FINANCIAL ENGAGEMENT | 0.20 | $142.00 |
| 9/23/2010 | 010 | DS MARRA | DRAFT CERTIFICATION OF NO OBJECTION REGARDING ONE HUNDRED AND TWELFTH FEE APPLICATION OF STROOCK, STROOCK AND LAVAN (.3); REVIEW ELECTRONIC DOCKET OF PLEADINGS FILED FOR OBJECTIONS TO FEE APPLICATION (.1); PREPARE CERTIFICATION OF NO OBJECTION FOR ELECTRONIC FILING (.1); ELECTRONICALLY FILE SAME (.1) | 0.60 | $96.00 |
| | | | Code Total | 0.80 | $238.00 |

Duane Morris
October 6, 2010
Page 10

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1605078

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/7/2010 | 012 | S LENKIEWICZ | REVIEW FEE AUDITOR'S REPORT FOR 36TH INTERIM PERIOD AND 36TH INTERIM FEE APPLICATION (.2); EMAIL TO M. LASTOWSKI RE SAME (.1) | .0.30 | $49.50 |
| 9/7/2010 | 012 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO DUANE MORRIS 102ND MONTHLY FEE APPLICATION (.1); PREPARE CERTIFICATE OF NO OBJECTION RE SAME (.2) | 0.30 | $49.50 |
| 9/10/2010 | 012 | S LENKIEWICZ | RECEIPT AND REVIEW OF JULY INVOICE FROM J. PALO | 0.10 | $16.50 |
| 9/13/2010 | 012 | S LENKIEWICZ | REVISE CNO REGARDING DUANE MORRIS 102ND MONTHLY FEE APPLICATION (.1); EFILE SAME (.2) | 0.30 | $49.50 |
| 9/14/2010 | 012 | MR LASTOWSKI | REVIEW FEE AUDITOR'S FINAL REPORT | 0.10 | $71.00 |
| 9/28/2010 | 012 | S LENKIEWICZ | PREPARE DUANE MORRIS 103RD MONTHLY FEE APPLICATION (.7); EFILE AND COORDINATE SERVICE OF SAME (.3) | 1.00 | $165.00 |
| | | | Code Total | 2.10 | $401.00 |

Duane Morris
October 6, 2010
Page 11

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1605078

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 9/2/2010 | 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING SSL 36TH QUARTERLY FEE APPLICATION (.2); PREPARE CERTIFICATE OF NO OBJECTION REGARDING CAPSTONE 25TH QUARTERLY FEE APPLICATION (.2); EFILE SAME (.2); FORWARD AS FILED COPIES TO D. MOHAMMAD (.1) | 0.70 | $115.50 |
| 9/28/2010 | 013 | S LENKIEWICZ | PREPARE SSL 113TH MONTHLY FEE APPLICATION FOR FILING (.2); EFILE SAME (.3); FORWARD AS-FILED COPY AND CONFIRMATION TO D. MOHAMMED (.1) | 0.60 | $99.00 |
| | | | Code Total | 1.30 | $214.50 |

Duane Morris
October 6, 2010
Page 12

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1605078

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 9/10/2010 | 015 | MR LASTOWSKI | REVIEW AGENDA FOR SEPTEMBER OMNIBUS AND ITEMS IDENTIFIED THEREIN | 1.30 | $923.00 |
| | | | Code Total | 1.30 | $923.00 |

Duane Morris
October 6, 2010
Page 13

File # K0248-00001                                    INVOICE #  1605078
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 9/29/2010 | 016 | MR LASTOWSKI | REVIEW CERTIFICATION OF COUNSEL RE: WITHDRAWAL OF MOTION (NJDEP) | 0.30 | $213.00 |
| | | | Code Total | 0.30 | $213.00 |

Duane Morris
October 6, 2010
Page 14

File # K0248-00001                                          INVOICE #  1605078
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 8/31/2010 | 025 | WS KATCHEN | RESEARCH ON COVERAGE ISSUE. | 0.40 | $318.00 |
| 9/7/2010 | 025 | WS KATCHEN | REVIEW LATEST NY SUPREME CT. OPINION - USF&G V. AM. RE. | 0.30 | $238.50 |
| 9/7/2010 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION TO APPROVE SETTLEMENT WITH THE HARTFORD PARTIES/REVIEW SETTLEMENT AGREEMENT. | 0.40 | $318.00 |
| 9/7/2010 | 025 | WS KATCHEN | REVIEW CERTIFICATION OF NO OBJECTION RE: SETTLEMENT (I) TIG INSURANCE. | 0.10 | $79.50 |
| 9/7/2010 | 025 | WS KATCHEN | REVIEW CERTIFICATION OF NO OBJECTION RE: SETTLEMENT (I) HDI - GERLING. | 0.10 | $79.50 |
| 9/13/2010 | 025 | WS KATCHEN | REVIEW CERTIFICATION RE: ZAI. | 0.10 | $79.50 |
| 9/13/2010 | 025 | WS KATCHEN | REVIEW ORDER AUTHORIZING SETTLEMENT (I) MORGUARD INVESTMENTS. | 0.10 | $79.50 |
| 9/13/2010 | 025 | WS KATCHEN | REVIEW ORDER AUTHORIZING SETTLEMENT (II) UNIV. OF GUELPH. | 0.10 | $79.50 |
| 9/13/2010 | 025 | WS KATCHEN | REVIEW ORDER AUTHORIZING SETTLEMENT (III) NATIONAL UNION FIRE INS. CO. | 0.10 | $79.50 |
| 9/13/2010 | 025 | WS KATCHEN | REVIEW ORDER DISALLOWING PD DAMAGE CLAIM UNDER B.C. LIMITATIONS PERIOD. | 0.10 | $79.50 |
| 9/13/2010 | 025 | WS KATCHEN | REVIEW ORDER AUTHORIZING SETTLEMENT (I) MCMASTER UNIV. CLAIM. | 0.10 | $79.50 |
| 9/13/2010 | 025 | WS KATCHEN | REVIEW ORDER AUTHORIZING SETTLEMENT (II) TORONTO DISTRICT SCHOOL BOARD. | 0.10 | $79.50 |
| 9/13/2010 | 025 | WS KATCHEN | REVIEW ORDER AUTHORIZING SETTLEMENT (III) ATLANTIC SHOPPING CENTERS. | 0.10 | $79.50 |
| 9/15/2010 | 025 | WS KATCHEN | RESEARCH LATEST INTEREST RATE ISSUE (ASARCO). | 0.50 | $397.50 |
| 9/15/2010 | 025 | WS KATCHEN | REVIEW CITED AUTHORITY IN CLAIM OBJECTION. | 0.40 | $318.00 |
| 9/16/2010 | 025 | WS KATCHEN | REVIEW DEBTORS' APPLICATION RE: ENGAGEMENT OF FINANCIAL ADVISOR (SEALE ASSOC.) MOTION TO FILE UNDER SEAL. | 0.30 | $238.50 |
| 9/19/2010 | 025 | WS KATCHEN | REVIEW MOTION BY DEBTORS' TO AUTHORIZE PURCHASE OF SYNTHETECH INC., AND MERGER TRANSACTION. | 0.40 | $318.00 |

Duane Morris
October 6, 2010
Page 15

File # K0248-00001                                          INVOICE #  1605078
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/27/2010 | 025 | WS KATCHEN | REVIEW CLAIMS SETTLEMENT NOTICE & STIPULATION (SEABOAR GROUP II). | 0.20 | $159.00 |
| 9/27/2010 | 025 | WS KATCHEN | REVIEW CERTIFICATE OF COUNSEL RE: REINSTATEMENT OF CLAIMS. | 0.10 | $79.50 |
| 9/27/2010 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $159.00 |
| 9/27/2010 | 025 | WS KATCHEN | REVIEW STROOCK MEMO RE: HARTFORD INS. | 0.20 | $159.00 |
| 9/27/2010 | 025 | WS KATCHEN | REVIEW CAPSTONE MEMO RE: PROJECT "MALLARD". | 0.20 | $159.00 |
| 9/29/2010 | 025 | WS KATCHEN | REVIEW CAPSTONE REPORT. | 0.30 | $238.50 |
| | | | Code Total | 4.90 | $3,895.50 |

Duane Morris
October 6, 2010
Page 16

File # K0248-00001                                      INVOICE #  1605078
     W.R. GRACE & CO.


|  | | |
|---|---|---|
| TOTAL SERVICES | 16.70 | $9,657.50 |

Duane Morris
October 6, 2010
Page 17

File # K0248-00001                                           INVOICE #  1605078
     W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 9/30/2010 | POSTAGE | | 502.40 |
| | | Total: | $502.40 |
| 8/18/2010 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #793834442004) | | 19.95 |
| 8/18/2010 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGEL AT WR GRACE - COLUMBIA, MD FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #793834430158) | | 8.99 |
| | | Total: | $28.94 |
| 9/30/2010 | MESSENGER SERVICE | | 20.00 |
| | | Total: | $20.00 |
| 9/30/2010 | COURT SEARCH SERVICE | | 18.92 |
| | | Total: | $18.92 |
| | TOTAL DISBURSEMENTS | | $570.26 |

Duane Morris
October 6, 2010
Page 18

File # K0248-00001                                    INVOICE # 1605078
     W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 4.20 | 710.00 | 2,982.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 7.20 | 795.00 | 5,724.00 |
| 02279 | BA GRUPPO | PARALEGAL | 0.60 | 305.00 | 183.00 |
| 03723 | S LENKIEWICZ | PARALEGAL | 3.30 | 165.00 | 544.50 |
| 03434 | DS MARRA | LEGAL ASSISTANT | 1.40 | 160.00 | 224.00 |
| | | | 16.70 | | $9,657.50 |