**EXHIBIT A**

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

December 28, 2010

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 558681
056772

---

### CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

**056772-00001/CASE ADMINISTRATION**

| | |
|---|---:|
| FEES................................................................................................................ | $348.00 |
| DISBURSEMENTS ........................................................................................ | 19.59 |
| MATTER TOTAL............................................................................................ | $367.59 |

**056772-00002/CREDITOR COMMITTEE**

| | |
|---|---:|
| FEES................................................................................................................ | $3,487.50 |
| DISBURSEMENTS ........................................................................................ | 0.00 |
| MATTER TOTAL............................................................................................ | $3,487.50 |

**056772-00008/FEE APPLICATIONS, APPLICANT**

| | |
|---|---:|
| FEES................................................................................................................ | $1,386.00 |
| DISBURSEMENTS ........................................................................................ | 0.00 |
| MATTER TOTAL............................................................................................ | $1,386.00 |
| CLIENT GRAND TOTAL............................................................................... | $5,241.09 |

---

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| To: | Citibank, N.A. |
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 37613572 |
| By Order of: | Invoice No. 558681 |
| Citibank Contact: | Deborah Hosking (212) 559-8634 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

Kramer Levin Naftalis & Frankel LLP                                                          Page No. 2

W.R. GRACE & CO. EQUITY COMMITTEE                                        December 28, 2010
056772-00001                                                                                   Invoice No. 558681

## CASE ADMINISTRATION

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/19/10 | WIERMAN, LAUREN E | Update case calendar with critical dates. | 0.80 | 232.00 |
| 11/29/10 | WIERMAN, LAUREN E | Discussion with K. Robertson re outstanding courtcall invoices. | 0.40 | 116.00 |

**TOTAL HOURS AND FEES**                                                                     **1.20**    **$348.00**

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| WESTLAW ON-LINE RESEARCH | 19.59 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                                 **$19.59**

**TOTAL FOR THIS MATTER**                                                              **$367.59**

Kramer Levin Naftalis & Frankel LLP                                                Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE                                       December 28, 2010
056772-00002                                                             Invoice No. 558681

## CREDITOR COMMITTEE

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/04/10 | BLABEY, DAVID E | Prepare notes and outline for equity committee quarterly call. | 2.60 | 1,638.00 |
| 11/08/10 | BENTLEY, PHILIP | TC DB and trade emails re recent developments | 0.40 | 318.00 |
| 11/08/10 | BLABEY, DAVID E | Exchange emails re quarterly committee call (.1) and discuss call with P. Bentley (.2) and prepare notes for call (.4). | 0.70 | 441.00 |
| 11/09/10 | BENTLEY, PHILIP | Committee call (0.4), and discs DB re same (0.1) | 0.50 | 397.50 |
| 11/09/10 | BLABEY, DAVID E | Prepare for (.5) and participate in quarterly committee meeting (.6). | 1.10 | 693.00 |
| **TOTAL HOURS AND FEES** | | | **5.30** | **$3,487.50** |

**TOTAL FOR THIS MATTER**                                                    **$3,487.50**

Kramer Levin Naftalis & Frankel LLP                                      Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                                        December 28, 2010
056772-00008                                                             Invoice No. 558681

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/17/10 | BLABEY, DAVID E | Prepare quarterly fee application. | 1.70 | 1,071.00 |
| 11/30/10 | BLABEY, DAVID E | Prepare October fee application. | 0.50 | 315.00 |
| **TOTAL HOURS AND FEES** | | | **2.20** | **$1,386.00** |

**TOTAL FOR THIS MATTER**                                      **$1,386.00**