**EXHIBIT B**

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    1
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/28/2010 12:29:14

Matter No: 056772-00001                                           Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:    3093955
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services
------------------------------------------------------------------------------------------------------------------------------------
                                                      PRE-BILLING SUMMARY REPORT
------------------------------------------------------------------------------------------------------------------------------------
            UNBILLED TIME FROM:                                           TO:
            UNBILLED DISB FROM:      11/04/2010                           TO:      11/04/2010
------------------------------------------------------------------------------------------------------------------------------------
                                             FEES                                COSTS
                                             ----                                -----
            GROSS BILLABLE AMOUNT:            0.00                               19.59
            AMOUNT WRITTEN DOWN:
                         PREMIUM:
               ON ACCOUNT BILLED:
       DEDUCTED FROM PAID RETAINER:
                   AMOUNT BILLED:
                       THRU DATE:                                                11/04/2010
        CLOSE MATTER/FINAL BILLING?     YES    OR    NO
        EXPECTED DATE OF COLLECTION:

          BILLING PARTNER APPROVAL:
                                         BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                  BILLING COMMENTS:


                                     ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH

                              FEES:              0.00
                     DISBURSEMENTS:             19.59    UNIDENTIFIED RECEIPTS:          0.00
                      FEE RETAINER:              0.00       PAID FEE RETAINER:           0.00
                     DISB RETAINER:              0.00      PAID DISB RETAINER:           0.00
                  TOTAL OUTSTANDING:            19.59      TOTAL AVAILABLE FUNDS:        0.00
                                                                   TRUST BALANCE:
                                                       BILLING HISTORY
                                                       ---------------
                DATE OF LAST BILL:             11/30/10        LAST PAYMENT DATE:     12/22/10
                 LAST BILL NUMBER:              558297 ACTUAL FEES BILLED TO DATE:   361,674.00
                                                       ON ACCOUNT FEES BILLED TO DATE:      0.00
                                                          TOTAL FEES BILLED TO DATE:  361,674.00
           LAST BILL THRU DATE:                10/31/10    FEES WRITTEN OFF TO DATE:   85,614.00
                                                           COSTS WRITTEN OFF TO DATE:  23,134.83
FOR ACCTG USE ONLY:                            Write Down/Up Reason Codes:
                                               ---------------------------
           (1) Exceeded Fixed Fee              (4) Excessive Legal Time       (7) Fixed Fee
           (2) Late Time & Costs Posted        (5) Business Development       (8) Premium
           (3) Pre-arranged Discount           (6) Summer Associate           (9) Rounding             (10) Client Arrangement

  BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    2
                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/28/2010 12:29:14

Matter No: 056772-00001                                               Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:    3093955
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                       Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                       Status        : ACTIVE

U N B I L L E D    C O S T S    S U M M A R Y -------------- Total Unbilled ----------------
Code  Description                           Oldest      Latest        Total
                                            Entry       Entry         Amount

0917  WESTLAW ON-LINE RESEARCH              11/04/10    11/04/10       19.59

          Total                                                        19.59


U N B I L L E D    C O S T S   D E T A I L
Description/Code                              Employee           Date         Amount       Index#   Batch No   Batch Date


WESTLAW ON-LINE RESEARCH 0917
    WESTLAW ON-LINE RESE                      BLABEY, D E        11/04/10      19.59       9223495   996518    12/01/10
                                             0917 WESTLAW ON-LINE RESE Total :  19.59



          Costs Total :                                                        19.59
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    3
                                                *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/28/2010 12:29:14

Matter No: 056772-00001                                      Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    3093955
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status       : ACTIVE

BILLING    INSTRUCTIONS    FOR  UNBILLED   COSTS  SUMMARY
Code Description           Amount          Bill        W/o / W/u       Transfer To   Clnt/Mtr    Carry Forward
----------------------    ----------      --------    -------------   ------------------------   --------------

0917 WESTLAW ON-LINE RESEARCH    19.59    _____  _____    _____    _____


         Costs Total :         19.59      _____  _____    _____    _____
```