# EXHIBIT A

Invoice # 37672 1                                            Nov. 1- Nov. 30, 2010

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555   Fax:   (302) 575-1714

WR Grace PD Committee                             Nov. 1, 2010 through Nov. 30, 2010
                                                                            Inv #:         37672

**RE:**   WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 16.00 | 4,082.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.10 | 32.50 |
| B18 | Fee Applications, Others - | 3.60 | 612.00 |
| B25 | Fee Applications, Applicant - | 4.30 | 816.50 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 3.00 | 975.00 |
| B32 | Litigation and Litigation Consulting - | 0.20 | 54.00 |
| B34 | Fraudulent Conveyance Adv. Proceeding - | 7.10 | 1,983.00 |
| B36 | Plan and Disclosure Statement - | 0.90 | 192.50 |
| B37 | Hearings - | 0.30 | 97.50 |
| | **Total** | **35.50** | **$8,845.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 270.00 | 8.90 | 2,403.00 |
| Regina Matozzo | 200.00 | 7.40 | 1,480.00 |
| Theodore J. Tacconelli | 325.00 | 11.90 | 3,867.50 |
| Legal Assistant - SEK | 150.00 | 0.30 | 45.00 |
| Legal Assistant - KC | 150.00 | 7.00 | 1,050.00 |
| **Total** | | **35.50** | **$8,845.50** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                                                                        **$560.73**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Nov-01-10 | *Fraudulent Conveyance Adv. Proceeding-* Confer with TJT re: preparation of final fee application in fraudulent transfer adversary | 0.20 | LLC |
| | *Case Administration -* Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration -* Review dockets re: status for week ending 10/29/10; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement -* Research transfer of insurance rights | 0.30 | RM |
| | *Case Administration -* Review Case Status Memo re: week ending 10/29 | 0.10 | TJT |
| | *Case Administration -* Review notice of withdrawal of appearance by attorney at K&E | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Certificate of No Objection re: Debtors Motion to approve settlement with Federal Insurance Co. | 0.10 | TJT |
| Nov-02-10 | *Case Administration -* Review case management memo re: week ending 10-29-2010 | 0.10 | LLC |
| | *Case Administration -* Review notice of withdrawal of appearance and forward same to KC | 0.10 | LLC |
| | *Case Administration -* Review notice of appearance and forward same to KC | 0.10 | LLC |
| | *Litigation and Litigation Consulting -* Confer with T. Tacconelli re: debtor's motion re: filing of fee apps in fraudulent transfer adversary action | 0.20 | LLC |
| | *Case Administration -* Review daily memos | 0.10 | TJT |
| | *Case Administration -* Review 4 miscellaneous Certificate of No Objection's filed by PI Committee | 0.10 | TJT |
| | *Case Administration -* Review correspondence from J. Sakalo re: adversary's 02-2210 and 02-2211 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Notice of Withdrawal of Certificate of No Objection re: Debtors Motion to Approve Settlement with Federal Insurance Co. | 0.10 | TJT |
| Nov-03-10 | *Case Administration -* Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Plan and Disclosure Statement -* Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration -* Review daily memos | 0.10 | TJT |
| | *Case Administration -* Review Notice of Appearance of new attorneys for K&E, confer with KC re: core service list revision | 0.20 | TJT |
| | *Case Administration -* Correspondence with J. Baer re: adversary's 02-2210 and 02-2211 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Stipulation Resolving Claims of Kokkinos | 0.10 | TJT |
| | *Case Administration -* Receive, distribute 10-18-10 hearing transcript | 0.20 | SEK |
| Nov-04-10 | *Fraudulent Conveyance Adv. Proceeding-* Confer with TJT re: status of re-filing fee applications in fraudulent transfer actions | 0.20 | LLC |
| | *Fraudulent Conveyance Adv. Proceeding-* E-mail from TJT re: debtor's request to file certain fee applications in fraudulent transfer adversaries | 0.10 | LLC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Fraudulent Conveyance Adv. Proceeding-* Further confer with T. Tacconelli re: filing of certain fee applications in fraudulent transfer adversaries | 0.20 | LLC |
| | *Fraudulent Conveyance Adv. Proceeding-* Review files and dockets re: status of fee applications filed in fraudulent transfer adversaries | 1.00 | LLC |
| | *Case Administration -* Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration -* Review daily memos | 0.10 | TJT |
| | *Case Administration -* Review correspondence from J. Baer re: adversaries 02-2210 and 02-2211 | 0.10 | TJT |
| | *Case Administration -* Correspondence with J. Sakalo re: adversaries 02-2210 and 02-2211 | 0.20 | TJT |
| | *Case Administration -* Confer with L. Coggins re: adversaries 02-2210 and 02-2211 | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* -Review correspondence from R. Ramphall re: committee meeting | 0.10 | TJT |
| | *Case Administration -* Review recent filings regarding changes to service list; review core/2002 service list and make revisions accordingly | 0.20 | KC |
| | *Case Administration -* Payment received; updated payment received chart accordingly | 0.10 | KC |
| | *Fee Applications, Others -* Download Bilzin documents re: 111th monthly fee app for Sept. 2010; review same and prepare cos | 0.20 | KC |
| Nov-05-10 | *Case Administration -* Review agenda re: 11-15 hearing | 0.10 | LLC |
| | *Fee Applications, Others -* Review Bilzin Sept. 2010 fee application for filing and confer with KC re: same | 0.20 | LLC |
| | *Fraudulent Conveyance Adv. Proceeding-* Confer with T. Tacconelli re: filing of certain fee applications in fraudulent transfer adversary and responding to debtors re: same | 0.10 | LLC |
| | *Fraudulent Conveyance Adv. Proceeding-* Further review of file and dockets and file appropriate fee applications in fraudulent transfer adversaries | 2.10 | LLC |
| | *Fraudulent Conveyance Adv. Proceeding-* Email to debtor's counsel re: filing of certain documents in fraudulent transfer adversaries and status of other fee applications previously filed | 0.20 | LLC |
| | *Fraudulent Conveyance Adv. Proceeding-* Confer with KC re: filing of fee apps in fraudulent transfer adversaries and background re: same | 0.20 | LLC |
| | *Case Administration -* Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration -* Review daily memos | 0.10 | TJT |
| | *Case Administration -* Review 2 miscellaneous CNO's filed by Debtors | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Claim Settlement Notice re: claims #s 1641 and 14037 with attachments | 0.60 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review order approving settlement with Federal Ins. Co. | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding-* Confer with L. Coggins re: adversary cases | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding-* Review correspondence from | 0.10 | TJT |

3

|  |  |  |  |
|---|---|---|---|
|  | L. Coggins re: adversary cases |  |  |
|  | *Fraudulent Conveyance Adv. Proceeding*- Review correspondence from J. Sakalo re: adversary cases | 0.10 | TJT |
|  | *Hearings* - Review correspondence from J. Sakalo re: 11/15 hearing | 0.10 | TJT |
|  | *Hearings* - Review Notice of Cancellation of 11/15 hearing, confer with Para | 0.20 | TJT |
|  | *Fee Applications, Others* - Revise, prepare documents Bilzin's 111th Monthly fee application for Sept. 2010 for filing | 0.10 | KC |
|  | *Fee Applications, Others* - Efile and service of Bilzin's 111th Monthly fee application for Sept. 2010 | 0.20 | KC |
| Nov-07-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review Debtors Monthly Operating Report for September, 2010 | 0.50 | TJT |
|  | *Fraudulent Conveyance Adv. Proceeding*- Review documents re: adversary cases | 0.10 | TJT |
| Nov-08-10 | *Case Administration* - Review case management memo re: week ending Nov. 5, 2010 | 0.10 | LLC |
|  | *Fraudulent Conveyance Adv. Proceeding*- Confer with TJT re: filing of various fee applications in fraudulent transfer actions and going forward | 0.10 | LLC |
|  | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* -  Review dockets re: status for week ending 11/05/10; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
|  | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
|  | *Case Administration* - Review Case Status Memo for week ending 11/5 | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Debtor's Motion to Approve Settlement with Associated International Ins. Co. with attachments | 0.70 | TJT |
|  | *Fraudulent Conveyance Adv. Proceeding*- Confer with L. Coggins re: adversary cases | 0.10 | TJT |
| Nov-09-10 | *Case Administration* -  Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Fraudulent Conveyance Adv. Proceeding*- Review Motion for Payment of Holdbacks with attachment | 0.30 | TJT |
| Nov-10-10 | *Case Administration* - Review notice of address change and forward same to KC | 0.10 | LLC |
|  | *Fraudulent Conveyance Adv. Proceeding*- Confer with TJT re: debtor's motion for approval to pay fees from fraudulent transfer actions and review file re: numbers and applications noted in said motion | 1.20 | LLC |
|  | *Case Administration* -  Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review Notice of Change of Address for Marshals of MA | 0.10 | TJT |
|  | *Fraudulent Conveyance Adv. Proceeding*- Confer with L. Coggins re: | 0.20 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Motion for Payment of Holdbacks | | |
| Nov-11-10 | *Fraudulent Conveyance Adv. Proceeding-* Confer with TJT re: debtors' motion to approve fees from fraudulent transfer actions | 0.20 | LLC |
| | *Case Administration -* Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration -* Review daily memos | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding-* Obtain missing page to exhibit A to Motion for Payment of Holdbacks, confer with L. Coggins re: same | 0.20 | TJT |
| | *Fee Applications, Others -* Email from L. Flores with attached fee app for month of Oct 2010; download documents | 0.10 | KC |
| Nov-12-10 | *Fee Applications, Applicant -* Confer with KC re: various fee application issues | 0.10 | LLC |
| | *Case Administration -* Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration -* Review daily memos | 0.10 | TJT |
| | *Case Administration -* Review Debtors Motion to Acquire GR2008 with attachment | 0.80 | TJT |
| | *Fee Applications, Applicant -* Continued draft preparation of 38th quarterly fee application | 0.50 | KC |
| Nov-13-10 | *Case Administration -* Review daily memos | 0.10 | TJT |
| | *Case Administration -* Review two miscellaneous CNO's filed by Debtors | 0.10 | TJT |
| Nov-15-10 | *Case Administration -* Review case management memo re: week ending 11-12-2010 | 0.10 | LLC |
| | *Case Administration -* Review order re: 2011 omnibus hearing time and forward same to KC | 0.10 | LLC |
| | *Fee Applications, Applicant -* Review 38th Quarterly fee app and confer with KC re: same | 0.20 | LLC |
| | *Case Administration -* Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration -* Review dockets re: stats for week ending 11/12/10; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement -* Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration -* Review case status memo for week ending 11/12 | 0.10 | TJT |
| | *Fee Applications, Others -* Email from and to L. Flores re: 38th quarterly fee app; download attachments | 0.10 | KC |
| | *Fee Applications, Applicant -* Revision to and preparation of 38th quarterly fee application documents for filing | 0.20 | KC |
| | *Fee Applications, Applicant -* Efile of 38th quarterly fee application and service of same | 0.20 | KC |
| | *Fee Applications, Applicant -* Coordinate service of notice of 38 quarterly fee application for filing; call to and e-mail with Blue Marble re: same | 0.10 | KC |
| Nov-16-10 | *Case Administration -* Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: | 0.30 | RM |

| Date | Description | Hours | Staff |
|---|---|---|---|
| | same | | |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Withdrawal of Document filed by PI Committee | 0.10 | TJT |
| | *Case Administration* - Review e-mail from LLC re: amended order re: Hearings | 0.10 | KC |
| | *Fee Applications, Others* - Begin draft of notice, cos for Bilzin's 38th Quarterly fee application | 0.20 | KC |
| Nov-17-10 | *Fee Applications, Others* - Review Bilzin 38th quarterly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Order re: change of starting time for 2011 omnibus *Hearings*, prepare correspondence to co-counsel re: same | 0.20 | TJT |
| | *Fee Applications, Others* - Complete review, draft and preparation of documents, cos and Exhibit C, for 38th Quarterly fee application | 0.50 | KC |
| | *Fee Applications, Others* - Efile and service of 38th Quarterly fee application | 0.20 | KC |
| | *Fee Applications, Others* - Coordinate service of notice of 38th Quarterly fee application; call to and e-mail Blue Marble | 0.20 | KC |
| Nov-18-10 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review 2 miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor Final Report re: Scarfone Hawkins 37th Interim Period | 0.10 | TJT |
| | *Plan and Disclosure Statement* - teleconference with M. Kramer re: status of plan confirmation and related issues | 0.10 | TJT |
| Nov-19-10 | *Fee Applications, Applicant* - Review CNO re: Sept. 2010 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review docket for objections to Sept. 2010 monthly fee application | 0.10 | KC |
| | *Fee Applications, Applicant* - Draft Certificate of No Objection and COS for Sept. 2010 monthly fee application | 0.20 | KC |
| | *Fee Applications, Applicant* - Efile and service of Certificate of No Objection for Sept. 2010 monthly fee application | 0.10 | KC |
| Nov-21-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review two miscellaneous certificate of no objection filed by Debtors | 0.10 | TJT |
| Nov-22-10 | *Case Administration* - Review case management memo re: week ending 11-19-2010 | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, | 0.20 | RM |

|  |  |  |  |
|---|---|---|---|
|  | district court and adversary proceedings, memos to T. Tacconelli re: same |  |  |
|  | *Case Administration* - Review dockets re: stats for week ending 11/19/10; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
|  | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
|  | *Case Administration* - Review case status memo for week ending 11/19 | 0.10 | TJT |
|  | *Case Administration* - Review 4 miscellaneous certificates of no objection filed by PI Committee | 0.10 | TJT |
|  | *Case Administration* - Voice mail message from Jeane Whalen @ Nutter, McClennen and Fish LLP re: service list | 0.10 | KC |
| Nov-23-10 | *Case Administration* - Confer with KC re: service issue and review dockets and file re: same | 0.50 | LLC |
|  | *Fee Applications, Others* - Review Bilzin Oct. 2010 fee application for filing and confer with KC re: same | 0.10 | LLC |
|  | *Fee Applications, Others* - Review CNO re: Bilzin's 38th Quarterly fee application for filing | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Review Certificate of No Objection re: 38th Quarterly fee application for filing | 0.10 | LLC |
|  | *Case Administration* -  Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Call to Jeane Whalen @ Nutter, McClennen and Fish LLP re: service list | 0.10 | KC |
|  | *Case Administration* - Review of 2002 service list; confer with LLC re: 2002 service list update and call from Jeane Whalen re: deleting Steven Bourne from service list | 0.20 | KC |
|  | *Fee Applications, Others* - Draft Certificate of No Objection re: Oct. 2010 fee application | 0.20 | KC |
|  | *Fee Applications, Others* - Draft Certificate of No Objection re: July 1, 2010 Through Sept. 30, 2010 Quarterly fee app | 0.20 | KC |
|  | *Fee Applications, Applicant* - Begin draft of October 2010 fee application;  run pre-bill | 0.30 | KC |
|  | *Fee Applications, Applicant* - Draft Certificate of No Objection re: Oct. 2010 fee application | 0.20 | KC |
|  | *Fee Applications, Applicant* - Draft Certificate of No Objection re: July 1, 2010 Through Sept. 30, 2010 Quarterly fee app | 0.20 | KC |
| Nov-24-10 | *Case Administration* -  Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Debtors Motion to Approve Settlement with CNA with attachments | 1.20 | TJT |
| Nov-26-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Review and revise Ferry Joseph and Pearce's October prebill | 0.50 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Certificate of No Objection re: Debtors Claim Settlement Notice re: Claims 1641 and 14037 | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Nov-27-10 | *Case Administration* - Review Notice of Revised 2011 Omnibus Hearing Scheduling Order and review changes and revise 2011 hearing calendar | 0.30 | TJT |
| | *Case Administration* - memo to K. Callahan re: Revised 2011 Omnibus Hearing Scheduling Order | 0.10 | TJT |
| Nov-29-10 | *Case Administration* - Review case management memo re: week ending 11-26-2010 | 0.10 | LLC |
| | *Fraudulent Conveyance Adv. Proceeding-* Review CNO re: renewed motion for order approving remaining fee apps in fraudulent conveyance action | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review dockets re: status for week ending 11/26/10; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 11/26 | 0.10 | TJT |
| | *Case Administration* - Confer with SEK re: revised 2011 hearing scheduling order | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor Final Report re: Blackstone 37 Interim Period | 0.10 | TJT |
| | *Case Administration* - Correspondence from T. Tacconelli re: revised omnibus hearing dates; review same | 0.10 | KC |
| | *Fee Applications, Others* - Review docket for objections for 111th monthly fee application for Sept. 2010 | 0.10 | KC |
| | *Fee Applications, Others* - Draft Certificate of No Objection and cos for 111th monthly fee application for Sept. 2010 | 0.20 | KC |
| | *Fee Applications, Others* - Note from LLC and revisions to 112th monthly fee app for Oct 2010 | 0.10 | KC |
| | *Fee Applications, Others* - Efile and service of 112th monthly fee app for Oct 2010 | 0.20 | KC |
| | *Fee Applications, Applicant* - Review statement for month of October, revisions to same | 0.30 | KC |
| | *Fee Applications, Applicant* - Begin draft of Oct 2010 monthly fee application | 0.30 | KC |
| Nov-30-10 | *Fee Applications, Others* - Review CNO re: Bilzin Sept. 2010 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Oct. 2010 fee app and confer with KC re: revisions to same | 0.20 | LLC |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Certificate of No Objection re: Debtor's Motion to approve settlement with Associated International Insurance Co. | 0.30 | TJT |
| | *Case Administration* - Review 2011 hearing schedule | 0.10 | SEK |
| | *Fee Applications, Others* - Efile CNO re: 111th fee application; service of same | 0.20 | KC |
| | *Fee Applications, Applicant* - Efile 114th monthly fee app for Oct. 2010; service of same | 0.30 | KC |

Invoice # 37672 9                                                                                                  Nov. 1- Nov. 30, 2010

| | | |
|---|---:|---|
| *Fee Applications, Applicant* - Revisions to Oct. 2010 fee app | 0.10 | KC |
| Totals | 35.50 | |

### DISBURSEMENTS

| | | |
|---|---|---:|
| Nov-03-10 | Photocopy Cost | 0.60 |
| Nov-04-10 | Photocopy Cost | 1.40 |
| Nov-05-10 | Photocopy Cost | 3.20 |
| | Cost Advance - postage | 0.95 |
| Nov-08-10 | Cost Advance - postage (5 @.44) | 2.20 |
| Nov-11-10 | Photocopy Cost | 0.50 |
| | Cost Advance - First State Deliveries - hand delivery | 6.50 |
| Nov-15-10 | Photocopy Cost | 7.60 |
| | Cost Advance - postage (1.90 x 2) | 3.80 |
| Nov-16-10 | Cost Advance - postage (5 x 1.39) | 6.95 |
| Nov-17-10 | Photocopy Cost | 8.80 |
| | Cost Advance - postage | 2.07 |
| Nov-18-10 | Cost Advance - First State Deliveries - hand delivery | 6.50 |
| Nov-19-10 | Photocopy Cost | 0.60 |
| Nov-22-10 | Cost Advance - J&J Court Transcribers | 67.99 |
| | Cost Advance - postage | 0.44 |
| Nov-29-10 | Photocopy Cost | 2.60 |
| | Cost Advance - Blue Marble - hand deliveries (Inv # 14599) | 418.00 |
| | Cost Advance - postage | 1.22 |
| Nov-30-10 | Photocopy Cost | 7.40 |
| | Cost Advance - First State Deliveries - hand delivery | 6.50 |
| | Cost Advance - postage 8 @ .44 | 3.52 |
| | Cost Advance - postage | 1.39 |
| | Totals | $560.73 |
| | **Total Fees & Disbursements** | **$9,406.23** |