IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 1/24/2011 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF <u>AMENDED</u> APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE TWENTY-EIGHTH MONTHLY INTERIM <u>PERIOD FROM DECEMBER 1, 2010 THROUGH DECEMER 31, 2010</u>**

Name of Applicant:                          Alan B. Rich, Esq.

Authorized to Provide Services To:          Hon. Alexander M. Sanders, Jr.,
                                            Legal Representative for Future Asbestos-
                                            Related Property Damage Claimants
                                            and Holders of Demands

Date of Retention:                          September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:                December 1, 2010 through December 31, 2010

Amount of Fees Sought as Actual
Reasonable and Necessary:                   $13,572.00   [80% of $16,965.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:           $1,146.02

This is a(n):   ☒Monthly      ☐Interim      ☐Final Application

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|---|---|---|---|---|---|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | CNO Filed | CNO Filed |
| | | | | | |
| | | | | | |
| | | | | | |

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 26 years, and his billing rate is $650 per hour. In this Application period Mr. Rich billed 26.1 hours,[2] for a total amount billed of $16,965.00 of which 80% is currently sought, in the amount of $13,572.00, plus 100% of the expenses incurred during this period, in the amount of $1,146.02, for a total currently sought of $14,718.02.

---

[2] Travel Time is included in this figure at 50% of actual time.

As stated above, this is the Twenty-Eighth application for monthly fees and expenses. The time for preparation of the Original and this Amended Application is approximately 1.0 hour, for which $650.00 will be requested in a future application.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 17.5 | $11,375.00 |
| Travel | 13.6    (@100%) | $4,420.00   (@50%) |
| Fee Application Matters (Monthly & Quarterly, incl. FCR's ) | 1.8 | $1,170.00 |
| TOTAL | 32.9 | $16,965.00 |

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel | 1,146.02 |
| TOTAL | 1,146.02 |

//
//
//
//
//
//
//
//
//
//
//
//
//

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

    I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

    Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**CERTIFICATE OF SERVICE**

    I certify that on the 3rd day of January, 2011, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
4244 Renaissance Tower
1401 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (December, 2010)

**Client**

Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|---|---|---|
| 12/1/2010 | Review CNO re Associated International Settlement | 0.1 |
| 12/1/2010 | Prepare 19th Monthly Fee Application of PD FCR | 0.5 |
| 12/1/2010 | Prepare 27th Monthly Fee Application | 1.0 |
| 12/1/2010 | Review CNO's for Canadian ZAI fee applications | 0.1 |
| 12/1/2010 | Review October, 2010 Monthly Operating Report | 0.4 |
| 12/1/2010 | Review Notice of Sale of Greenville SC property | 0.5 |
| 12/1/2010 | Review Revised presentatation re settlement of Massachusetts tax claims | 0.4 |
| 12/2/2010 | Attend Debtors' teleconference re proposed settlement of Massachusetts tax claims | 0.7 |

| | | |
|---|---|---|
| 12/2/2010 | Email from Debtors re question regarding sale of Greenville SC property | 0.1 |
| 12/2/2010 | Review Fee Auditor's Report on 37th Quarterly Fee Applications and email to client re same | 0.2 |
| 12/3/2010 | Review Revised agreement to purchase concrete technology business | 1.0 |
| 12/3/2010 | Review Fifth set of Plan Modifications | 2.0 |
| 12/3/2010 | Review AXA and London Market counsel withdrawls of appearance | 0.1 |
| 12/3/2010 | Review Debtors' 37th Quarterly Fee recommendation chart | 0.1 |
| 12/3/2010 | Review CNO re Order Approving Holdback payments from fraudulent conveyance litigation | 0.1 |
| 12/6/2010 | Review additional plan modification to resolved PD Claims exhibit | 0.2 |
| 12/6/2010 | Review Canadian ZAI Counsel 8th fee applications | 0.2 |
| 12/6/2010 | Review Certification of Counsel re 37th Quarter Project Categories | 0.1 |
| 12/6/2010 | Review Certification of Counsel re 37th Quarter Fees | 0.1 |
| 12/6/2010 | Review Motion to Approve Settlement with Swiss Re | 1.0 |
| 12/6/2010 | Review Claim Objection to claim of NY Hillside | 1.0 |
| 12/7/2010 | Review Motion to Approve Settlement of Massachusetts Tax Claims and email to J. Baer re same | 0.8 |
| 12/7/2010 | Review Agenda for December Omnibus hearing | 0.2 |
| 12/8/2010 | Review Order re Confirmation Issues for December Omnibus hearing | 0.1 |
| 12/8/2010 | Email to client re status and December Omnibus hearing | 0.1 |
| 12/8/2010 | Review Libby Discovery requests to CNA and Debtors | 0.3 |

| | | |
|---|---|---|
| 12/9/2010 | Review Order approving Associated settlement | 0.1 |
| 12/9/2010 | Review Order approving purchase of concrete technology business | 0.1 |
| 12/9/2010 | Review Notice of Service of 5th Set of Plan Modifications and emails to client and Class 7A trustee-nominee re same | 0.5 |
| 12/9/2010 | Emails to and from client re December omnibus hearing | 0.1 |
| 12/9/2010 | Prepare and file CNOs for 38th Quarterly Fee Applications of Alan B. Rich and Hon. Alexander Sanders, Jr. | 0.3 |
| 12/10/2010 | Review Order approving 37th Quarterly Fee Applications | 0.1 |
| 12/10/2010 | Review CNO's re Canadian ZAI counsel 3rd Quarterly Fee Applications | 0.1 |
| 12/10/2010 | Review Revised Agenda for December Omnibus hearing | 0.1 |
| 12/12/2010 | Travel to Wilmington for Omnibus hearing (5.6 hrs.@50%) | 2.8 |
| 12/13/2010 | Attend December Omnibus hearing | 1.7 |
| 12/13/2010 | Travel from Wilmington to Dallas (8 hrs.@50%) | 4.0 |
| 12/14/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 12/15/2010 | Review Motion to Approve Stipulation resolving claims of Massachusetts Department of Environmental Protection | 0.6 |
| 12/16/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 12/17/2010 | Review Order re location of January 2011 Omnibus hearing | 0.1 |
| 12/17/2010 | Review 6th Plan Modifications | 0.3 |
| 12/17/2010 | Review Debtors' Neutocrete Discovery responses | 0.3 |
| 12/19/2010 | Review Miscellaneous ECF Notices | 0.1 |

| | | |
|---|---|---|
| 12/20/2010 | Review Hillside response to claim objection | 0.1 |
| 12/20/2010 | Attend telephonic Status conference | 0.4 |
| 12/21/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 12/22/2010 | Prepare Certificates of No Objection to Fee Applications of Alan Rich (27th) and PDFCR (19th) and attention to filing and service of same | 0.4 |
| 12/23/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 12/24/2010 | Review BNSF Objection to CNA settlement | 0.5 |
| 12/24/2010 | Review Certification of Counsel re Plan Modification to Section 3.1.9 | 0.2 |
| 12/24/2010 | Review Libby Claimants' Objection to CNA Settlement | 0.5 |
| 12/27/2010 | Review CNO re Swiss Re Settlement | 0.1 |
| 12/27/2010 | Review CNO re Massachusetts Tax Clams settlement | 0.1 |
| 12/28/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 12/29/2010 | Review CNO's re Canadian ZAI counsel monthly fee Applications | 0.1 |
| 12/29/2010 | Review Letter Agreement extending Canadian ZAI Minutes of Settlement and emails to and from client and US ZAI counsel re same | 0.3 |
| 12/30/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 12/31/2010 | Review Miscellaneous ECF Notices | 0.1 |

Total:   26.1 hours @ $650/hour = $16,965.00

Expenses:   $1,146.02 (Detail on Exhibit 1)

**Total Fees and Expenses Due:  $18,111.02**

EXPENSES FOR DECEMBER 2010                                                                                               EXHIBIT 1

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|---|---|---|
| 12/12/2010 | RT Coach Airfare | $849.40 |
| 12/12/2009 | Car Rental | $36.41 |
| 12/12/2010 | Hotel | $185.90 |
| 12/12/2010 | Dinner | $34.22 |
| 12/13/2010 | Parking | $10.00 |
| 12/13/2010 | Lunch | $5.28 |
| 12/13/2010 | Lunch | $0.99 |
| 12/13/2010 | Airport Parking | $23.82 |
|  | TOTAL EXPENSES | $1,146.02 |