# EXHIBIT 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| W. R. GRACE & CO., et al.,[1] | * | Chapter 11 |
| | * | |
| Debtors. | * | Case No. 01-01139 (JKF) |
| | * | (Jointly Administered) |
| | * | |
| | * | Related Docket Nos. 25776, 25954, 25955 |
| | * | |
| | * | Hearing Date:  January 10, 2011 at 9:00 a.m. |

------------------------------------------------------x

**ORDER GRANTING CNA COMPANIES' MOTION FOR LEAVE TO FILE REPLY IN
SUPPORT OF THE DEBTORS' MOTION FOR AN ORDER APPROVING THE
SETTLEMENT BETWEEN W.R. GRACE & CO. AND THE CNA COMPANIES
PURSUANT TO SECTIONS 105, 363, 1107, AND 1108 OF THE BANKRUPTCY CODE
AND RULES 2002, 6004, 9014, AND 9019
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Upon consideration of the Motion of the CNA Companies for the entry of an order, as set forth in the Motion, for leave to file a Reply in support of *Debtors' Motion Pursuant to Sections 105, 363, 1107, and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014, and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Agreement between W. R. Grace & Co. and the CNA Companies*" (Dkt. 25776); and due and proper notice of the Motion having been given, and cause appearing for the relief sought in the Motion, it is hereby

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that leave is granted for the CNA Companies to file the Reply and the accompanying Declaration of Daniel P. Caswell, as submitted with the Motion, on January 3, 2011, in accordance with the undersigned's Chambers Procedures.

Pittsburgh, Pennsylvania

January ____, 2011

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge