**CERTIFICATE OF SERVICE**

I, Edward B. Rosenthal, hereby certify that on this 3rd day of January, 2011, that a copy of the foregoing *CNA Companies' Motion for Leave to File Reply in Support of the Debtors' Motion for an Order Approving the Settlement Between W.R. Grace & Co. and the CNA Companies Pursuant to Sections 105, 363, 1107, and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014, and 9019 of the Federal Rules of Bankruptcy Procedure* to be served by the CM/ECF System for the United States Bankruptcy Court for the District of Delaware to all registered parties **and** in the manner indicated to the individuals listed below.

/s/ Edward B. Rosenthal
Edward B. Rosenthal (Bar No. 3131)

**Via Hand Delivery**
Henry J. Jaffe, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, DE 19899-1709
*Counsel for BNSF Railway Company*

**Via U.S. Mail**
Edward C. Toole, Jr., Esquire
Linda J. Casey, Esquire
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
*Counsel for BNSF Railway Company*

**Via Hand Delivery**
Adam G. Landis, Esquire
Kerri Mumford, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19801
*Counsel for Libby Claimants*

**Via U.S. Mail**
Daniel C. Cohn, Esquire
Olga L. Gordon, Esquire
Ryan M. MacDonald, Esquire
Murtha Cullina, LLP
99 High Street, 20th Floor
Boston, MA 02110
*Counsel for Libby Claimants*

**Via Hand Delivery**
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
*Co-Counsel for the Debtors and Debtors in Possession*

**Via Hand Delivery**
David Klauder, Esquire
Office of the United States Trustee
844 King Street
Suite 2311
Wilmington, DE 19801
*U.S. Trustee*

**Via Hand Delivery**
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
*Counsel for the Official Committee of Unsecured Creditors*

**Via Hand Delivery**
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE19899
*Counsel for the Official Committee of Equity Holders*

**Via Hand Delivery**
Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
*Counsel to the Asbestos PD Future Claimants' Representative*

**Via U.S. Mail**
Lisa G. Esayian, Esquire
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654
*Co-Counsel for the Debtors and Debtors in Possession*

**Via U.S. Mail**
Janet S. Baer, Esquire
The Law Offices of Janet S. Baer P.C.
70 West Madison Street, Suite 2100
Chicago, IL 60602
*Co-Counsel for the Debtors and Debtors in Possession*

**Via U.S. Mail**
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
*Counsel for the Official Committee of Asbestos Personal Injury Claimants*

**Via Hand Delivery**
Marla Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
*Counsel for the Official Committee of Asbestos Personal Injury Claimants*

**Via Hand Delivery**
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
*Counsel for Asbestos PI Future Claimants' Representative*

**Via U.S Mail**
Richard H. Wyron, Esquire
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, NW
Washington, DC 20005
*Counsel for Asbestos PI Future Claimants' Representative*

**Via Hand Delivery**
Teresa K.D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
*Counsel for the Official Committee of Equity Security Holders*

**Via U.S. Mail**
Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022
*Counsel for the Official Committee of Equity Security Holders*

**Via U.S. Mail**
Alan B. Rich, Esquire
Law office of Alan B. Rich, Esquire
1201 Elm Street, Suite 4244
Dallas, TX 75270
*Counsel for PD Future Claimants' Representative*

**Via U.S. Mail**
Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
*Counsel for the Official Committee of Unsecured Creditors*

**Via U.S. Mail**
Scott L. Baena, Esquire
Bilzin, Sumberg, Baena, Price & Axelrod
1450 Brickell Avenue, Suite 2300
Miami, FL 33131
*Counsel for the Official Committee of Asbestos Property Damage Claimants*