IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO. | § | |
| a Delaware corporation, et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |
| | § | Re: Docket No. 25912 |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 25912

The undersigned hereby certifies that, as of the date hereof, he or she has received no answer, objection or other responsive pleading to the Notice of Monthly Fee and Expense Invoice (the "Invoice"), for November 1, 2010 through November 30, 2010 filed on December 10, 2010. The undersigned further certifies that he or she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Invoice appears thereon. Pursuant to the Invoice, objections to the Invoice were to be filed and served no later than December 30, 2010. Thus Debtors are authorized to pay the undersigned eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Invoice.

January 3, 2011                                    **WARREN H. SMITH & ASSOCIATES, P.C.**

                                                   By: /s/ Warren H. Smith
                                                       Warren H. Smith
                                                       State Bar No. 18757050

                                                   325 N. St. Paul Street, Suite 1250
                                                   Republic Center
                                                   Dallas, Texas 75201
                                                   (214) 698-3868
                                                   (214) 722-0081 (FAX)
                                                   **FEE AUDITOR**

WRGraceCN011.10