IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related Docket Nos.  25776,  25954, 25955, 25997** |

**JOINDER OF DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, AND THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS IN DEBTORS' MOTION FOR AN ORDER APPROVING SETTLEMENT AGREEMENT AND MUTUAL RELEASE WITH THE CNA COMPANIES AND DEBTORS' REPLY TO OBJECTIONS OF THE LIBBY CLAIMANTS AND BNSF RAILWAY**

David T. Austern, the Court-appointed legal representative for future asbestos personal injury claimants (the "PI FCR"), and the Official Committee of Asbestos Personal Injury Claimants (the "ACC") hereby join in and support the *Debtors' Motion Pursuant to Sections 105, 363, 1107, and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014, and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Agreement between W.R. Grace & Co. and the CNA Companies* (the "Motion") (Dkt. No. 25776) and the *Debtors' Reply to Objections of the Libby Claimants and of BNSF Railway to Debtors' Motion for an Order Approving the Settlement Agreement and Mutual Release with the CNA Companies* (the "Reply") (Dkt. No. 25997).

WHEREFORE, for the reasons stated in the Motion and the Reply, the PI FCR and ACC respectfully request that the Court enter an order approving the settlement agreement and mutual release between W.R. Grace & Co. and the CNA Companies, and granting such other and further relief as the Court deems just and proper.

{D0193477.1 }

Dated:  January 3, 2011

Respectfully submitted,

PHILLIPS, GOLDMAN & SPENCE, P.A.

*/s/ John C. Phillips*
John C. Phillips (Bar No. 110)
1200 North Broom Street
Wilmington, DE 19806
Telephone:  (302) 655-4200
Facsimile:  (302) 655-4210

*and*

ORRICK, HERRINGTON & SUTCLIFFE LLP
Roger Frankel
Richard H. Wyron
Debra L. Felder
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

*Counsel for David T. Austern,
Asbestos PI Future Claimants' Representative*

CAMPBELL & LEVINE, LLC

*/s/ Mark T. Hurford*
Mark T. Hurford (Bar No. 3299)
800 N. King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900
Facsimile: (302) 426-9947

*and*

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

Peter Van N. Lockwood
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

*Counsel for the Official Committee*
*of Asbestos Personal Injury Claimants*