IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on January 3, 2011 I caused a copy of the foregoing *Joinder of David T. Austern, Asbestos PI Future Claimants' Representative, and the Official Committee of Asbestos Personal Injury Claimants in Debtors' Motion for an Order Approving Settlement Agreement and Mutual Release with the CNA Companies and Debtors' Reply to Objections of the Libby Claimants and BNSF Railway* to be served upon the parties on the attached service list via first class U. S. Mail.

                                                                        /s/Mark T. Hurford
                                                                        Mark T. Hurford (I.D. 3299)

Dated: January 3, 2011

{D0193491.1 }