# EXHIBIT A

# PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

December 30, 2010

Invoice Number **92454**        91100  00001        LDJ

Mark Shelnitz, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

| | |
|---|---:|
| Balance forward as of last invoice, dated: October 31, 2010 | $119,052.21 |
| A/R Adjustments | -$37,934.33 |
| Net balance forward | $81,117.88 |

Re:  W.R. Grace and Co.

**Statement of Professional Services Rendered Through**        **10/31/2010**

| | | | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| **Asset Disposition [B130]** | | | | | |
| 10/18/10 | KPM | Review and respond to email from R. Higgins regarding status of Project Mallard order | 0.10 | 450.00 | $45.00 |
| | Task Code Total | | 0.10 | | $45.00 |
| **Case Administration [B110]** | | | | | |
| 10/01/10 | PEC | Review docket | 0.20 | 225.00 | $45.00 |
| 10/01/10 | PEC | Update critical dates | 0.30 | 225.00 | $67.50 |
| 10/01/10 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 225.00 | $45.00 |
| 10/01/10 | SLP | Maintain docket control. | 3.00 | 150.00 | $450.00 |
| 10/01/10 | KSN | Prepare hearing binders for 10/18/10 hearing. | 1.50 | 140.00 | $210.00 |
| 10/01/10 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.30 | 150.00 | $45.00 |
| 10/04/10 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 225.00 | $67.50 |
| 10/04/10 | PEC | Review docket | 0.20 | 225.00 | $45.00 |
| 10/04/10 | PEC | Update critical dates | 0.80 | 225.00 | $180.00 |
| 10/04/10 | SLP | Maintan docket control. | 1.30 | 150.00 | $195.00 |
| 10/04/10 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.30 | 150.00 | $45.00 |

**Invoice number 92454**       91100  00001                                                                        **Page 2**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/05/10 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 225.00 | $45.00 |
| 10/05/10 | PEC | Review docket | 0.20 | 225.00 | $45.00 |
| 10/05/10 | PEC | Update critical dates | 0.80 | 225.00 | $180.00 |
| 10/05/10 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 150.00 | $15.00 |
| 10/06/10 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 225.00 | $67.50 |
| 10/06/10 | PEC | Update critical dates | 0.80 | 225.00 | $180.00 |
| 10/06/10 | MLO | Review daily correspondence and pleadings and forward to the appropriate parties | 0.10 | 220.00 | $22.00 |
| 10/06/10 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 150.00 | $15.00 |
| 10/06/10 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.10 | 150.00 | $15.00 |
| 10/07/10 | CAK | Review document and organize to file. | 0.10 | 215.00 | $21.50 |
| 10/07/10 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 225.00 | $67.50 |
| 10/07/10 | PEC | Review docket | 0.20 | 225.00 | $45.00 |
| 10/07/10 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 150.00 | $15.00 |
| 10/07/10 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.10 | 150.00 | $15.00 |
| 10/08/10 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 225.00 | $67.50 |
| 10/08/10 | PEC | Review Core Service List and revise | 0.50 | 225.00 | $112.50 |
| 10/08/10 | PEC | Update critical dates | 0.30 | 225.00 | $67.50 |
| 10/08/10 | PEC | Review docket | 0.20 | 225.00 | $45.00 |
| 10/08/10 | KSN | Prepare hearing binders for 10/18/10 hearing. | 0.70 | 140.00 | $98.00 |
| 10/08/10 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 150.00 | $15.00 |
| 10/11/10 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 225.00 | $45.00 |
| 10/11/10 | PEC | Update critical dates | 0.20 | 225.00 | $45.00 |
| 10/12/10 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 225.00 | $45.00 |
| 10/12/10 | PEC | Review docket | 0.10 | 225.00 | $22.50 |
| 10/12/10 | PEC | Update critical dates | 0.30 | 225.00 | $67.50 |
| 10/12/10 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 150.00 | $15.00 |
| 10/12/10 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.10 | 150.00 | $15.00 |
| 10/13/10 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 225.00 | $67.50 |
| 10/13/10 | PEC | Review Docket | 0.20 | 225.00 | $45.00 |
| 10/13/10 | MLO | Review daily correspondence and pleadings and forward to the appropriate parties | 0.10 | 220.00 | $22.00 |
| 10/13/10 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.10 | 150.00 | $15.00 |

Invoice number 92454      91100   00001      Page 3

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/14/10 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 225.00 | $67.50 |
| 10/14/10 | PEC | Update critical dates | 0.30 | 225.00 | $67.50 |
| 10/14/10 | MLO | Review daily correspondence and pleadings and forward to the appropriate parties | 0.10 | 220.00 | $22.00 |
| 10/14/10 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.20 | 150.00 | $30.00 |
| 10/18/10 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 225.00 | $67.50 |
| 10/18/10 | PEC | Review docket | 0.20 | 225.00 | $45.00 |
| 10/18/10 | PEC | Update critical dates | 0.30 | 225.00 | $67.50 |
| 10/18/10 | SLP | Maintain docket control. | 2.30 | 150.00 | $345.00 |
| 10/18/10 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 150.00 | $15.00 |
| 10/19/10 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 225.00 | $67.50 |
| 10/19/10 | PEC | Update critical dates | 0.20 | 225.00 | $45.00 |
| 10/19/10 | SLP | Maintain docket control. | 2.30 | 150.00 | $345.00 |
| 10/19/10 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 150.00 | $15.00 |
| 10/20/10 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 225.00 | $67.50 |
| 10/20/10 | PEC | Update critical dates | 0.30 | 225.00 | $67.50 |
| 10/20/10 | SLP | Maintain docket control. | 3.00 | 150.00 | $450.00 |
| 10/20/10 | MLO | Review daily correspondence and pleadings and forward to the appropriate parties | 0.10 | 220.00 | $22.00 |
| 10/20/10 | MLO | Correspondence with case administrator | 0.10 | 220.00 | $22.00 |
| 10/20/10 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 150.00 | $15.00 |
| 10/21/10 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 225.00 | $67.50 |
| 10/21/10 | PEC | Update critical dates | 0.30 | 225.00 | $67.50 |
| 10/21/10 | SLP | Maintain docket control. | 2.30 | 150.00 | $345.00 |
| 10/21/10 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 150.00 | $15.00 |
| 10/22/10 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 225.00 | $67.50 |
| 10/22/10 | PEC | Review docket | 0.20 | 225.00 | $45.00 |
| 10/22/10 | PEC | Update critical dates | 0.20 | 225.00 | $45.00 |
| 10/22/10 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 150.00 | $15.00 |
| 10/22/10 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.10 | 150.00 | $15.00 |
| 10/25/10 | PEC | Update critical dates | 0.30 | 225.00 | $67.50 |
| 10/25/10 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 225.00 | $67.50 |
| 10/25/10 | SLP | Maintain docket control. | 2.00 | 150.00 | $300.00 |
| 10/25/10 | BMK | Prepared daily memo narrative and coordinated client | 0.10 | 150.00 | $15.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | distribution. | | | |
| 10/25/10 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.10 | 150.00 | $15.00 |
| 10/26/10 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 225.00 | $67.50 |
| 10/26/10 | PEC | Update critical dates | 0.30 | 225.00 | $67.50 |
| 10/26/10 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 150.00 | $15.00 |
| 10/26/10 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.10 | 150.00 | $15.00 |
| 10/27/10 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 225.00 | $67.50 |
| 10/27/10 | PEC | Review docket | 0.20 | 225.00 | $45.00 |
| 10/27/10 | PEC | Update critical dates | 0.30 | 225.00 | $67.50 |
| 10/27/10 | MLO | Review daily correspondence and pleadings and forward to the appropriate parties | 0.10 | 220.00 | $22.00 |
| 10/27/10 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 150.00 | $15.00 |
| 10/27/10 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.10 | 150.00 | $15.00 |
| 10/28/10 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 225.00 | $67.50 |
| 10/28/10 | PEC | Update critical dates | 0.20 | 225.00 | $45.00 |
| 10/28/10 | PEC | Review docket | 0.10 | 225.00 | $22.50 |
| 10/28/10 | SLP | Maintain docket control. | 1.30 | 150.00 | $195.00 |
| 10/28/10 | KSN | Prepare hearing binders for 11/15/10 hearing. | 0.50 | 140.00 | $70.00 |
| 10/28/10 | MLO | Review daily correspondence and pleadings and forward to the appropriate parties | 0.10 | 220.00 | $22.00 |
| 10/28/10 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 150.00 | $15.00 |
| 10/28/10 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.10 | 150.00 | $15.00 |
| 10/29/10 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 225.00 | $45.00 |
| 10/29/10 | SLP | Maintain docket control. | 1.00 | 150.00 | $150.00 |
| 10/29/10 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.10 | 150.00 | $15.00 |
| | | **Task Code Total** | **39.40** | | **$7,003.50** |

**WRG-Claim Analysis (Asbestos)**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/04/10 | PEC | Draft Certification of No Objection Regarding the Debtors Hartford Settlement Motion and Certificate of Service (.3); Prepare for filing and service (.2) | 0.50 | 225.00 | $112.50 |
| 10/04/10 | KPM | Review and respond to email from L. Esayian (Kirkland) regarding Cert of No Obj. for Hartford settlement motion | 0.10 | 450.00 | $45.00 |
| 10/04/10 | KPM | Draft email to Patricia Cuniff regarding Cert of No Obj. for | 0.10 | 450.00 | $45.00 |

**Invoice number 92454**      91100   00001                                                                                                  **Page 5**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Hartford settlement motion | | | |
| 10/04/10 | KPM | Review and execute Cert of No Obj. for Hartford settlement motion | 0.10 | 450.00 | $45.00 |
| 10/21/10 | PEC | Draft Certificate of No Objection Regarding Claim Settlement Notice (Claim Nos. 512) and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 225.00 | $135.00 |
| 10/21/10 | PEC | Draft Certificate of No Objection Regarding Claim Settlement Notice (Claim Nos. 1926) and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 225.00 | $135.00 |
| 10/21/10 | KPM | Review and respond to email from R. Higgins regarding status of Seaboard II settlement | 0.10 | 450.00 | $45.00 |
| 10/21/10 | KPM | Draft email to Seaboard settlement agreement | 0.10 | 450.00 | $45.00 |
| 10/22/10 | PEC | Serve [Signed] Order Pursuant to Secs. 105, 363, 1107, 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Fed.R.Bankr.P. Approving the Settlement Agreement Between W.R. Grace & Co. and the Hartford Parties (.2); Draft Certificate of Service and prepare for filing (.2) | 0.40 | 225.00 | $90.00 |
| 10/28/10 | PEC | Prepare Claim Settlement Notice (Claim Nos. 1641 & 14037) for filing and service (.3); Draft Certificate of Service (.1) | 0.40 | 225.00 | $90.00 |
| 10/28/10 | KPM | Review and respond to email from R. Higgins regarding filing Rowe settlement motion | 0.10 | 450.00 | $45.00 |
| 10/28/10 | KPM | Review and execute Rowe settlement motion | 0.10 | 450.00 | $45.00 |
| | | **Task Code Total** | **3.20** | | **$877.50** |

**WRG Claim Analysis**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/06/10 | KPM | Review and respond to email from R. Higgins regarding status of employee claims order | 0.20 | 450.00 | $90.00 |
| 10/06/10 | KPM | Draft email to Patricia Cuniff regarding status of revised employee claims order | 0.20 | 450.00 | $90.00 |
| 10/15/10 | KPM | Review and respond to emails from R. Higgins regarding status of revised employee claim order | 0.20 | 450.00 | $90.00 |
| 10/17/10 | KPM | Draft email to Patricia Cuniff regarding status of revised employee claims objection order | 0.10 | 450.00 | $45.00 |
| 10/21/10 | KPM | Draft emails to Patricia Cuniff regarding status of exhibits to revised order on employee claims | 0.20 | 450.00 | $90.00 |
| 10/22/10 | PEC | Serve [Signed] CORRECTED Order Disallowing Employee Claims (Substantive) (.2); Prepare for filing and service (.2) | 0.40 | 225.00 | $90.00 |
| 10/22/10 | KPM | Review and respond to emails from R. Higgins regarding status of revised employee claim order | 0.20 | 450.00 | $90.00 |
| | | **Task Code Total** | **1.50** | | **$585.00** |

**WRG-Fee Apps., Applicant**

Invoice number 92454        91100   00001                                    Page 6

| 10/18/10 | WLR | Draft 39th quarterly fee application | 0.50 | 515.00 | $257.50 |
|---|---|---|---|---|---|
| 10/22/10 | WLR | Prepare July 2010 fee application | 0.50 | 515.00 | $257.50 |
| 10/23/10 | WLR | Draft July 2010 fee application | 0.40 | 515.00 | $206.00 |
| 10/27/10 | WLR | Review and revise July 2010 fee application | 0.90 | 515.00 | $463.50 |
| 10/28/10 | LDJ | Review and finalize interim fee application (July 2010) | 0.30 | 855.00 | $256.50 |
| 10/28/10 | CAK | Review and update July Fee Application. | 0.30 | 215.00 | $64.50 |
| 10/29/10 | CAK | Edit July Fee Application; coordinate posting, filing and service of same. | 0.20 | 215.00 | $43.00 |
| 10/29/10 | MLO | Prepare July 2010 Monthly Fee Application of PSZ&J for filing and service (.2); prepare and coordinate service re: same (.2); coordinate filing of same (.1) | 0.50 | 220.00 | $110.00 |
| 10/30/10 | WLR | Prepare Aug. 2010 fee application | 1.30 | 515.00 | $669.50 |
| | | **Task Code Total** | **4.90** | | **$2,328.00** |

**WRG-Fee Applications, Others**

| 10/01/10 | MLO | Prepare and execute supplemental service re: K&E's 37th quarterly fee application and correspondence regarding same | 0.30 | 220.00 | $66.00 |
|---|---|---|---|---|---|
| 10/01/10 | MLO | Coordinate filing of supplement to K&E's August 2010 monthly fee application (.1); prepare and coordinate service of same (.2) | 0.30 | 220.00 | $66.00 |
| 10/05/10 | JEO | Review Casner & Edwards August 2010 fee application | 0.20 | 625.00 | $125.00 |
| 10/05/10 | MLO | Prepare August 2010 Monthly Fee Application of Casner & Edwards for filing and service (.1); draft affidavit of service re: same (.1); prepare and coordinate service of same (.2); coordinate filing of same (.1) | 0.50 | 220.00 | $110.00 |
| 10/05/10 | MLO | Draft certification of no objection regarding July 2010 monthly fee application of Woodcock Washburn (.1); prepare and coordinate service of same (.2); coordinate filing of same (.1) | 0.40 | 220.00 | $88.00 |
| 10/05/10 | MLO | Draft certification of no objection regarding July 2010 monthly fee application of Day Pitney (.1); coordinate service of same (.1); coordinate filing of same (.1) | 0.30 | 220.00 | $66.00 |
| 10/05/10 | MLO | Draft certification of no objection regarding July 2010 monthly fee application of Casner & Edwards (.1); coordinate service of same (.1); coordinate filing of same (.1) | 0.30 | 220.00 | $66.00 |
| 10/06/10 | JEO | Statement of OCP compensation | 0.30 | 625.00 | $187.50 |
| 10/06/10 | KPM | Review and respond to email to R. Higgins regarding 3rd quarterly report of OCP payments | 0.10 | 450.00 | $45.00 |
| 10/07/10 | JEO | Review Day Pitney interim fee application for August 2010 | 0.20 | 625.00 | $125.00 |
| 10/07/10 | MLO | Prepare August 2010 Monthly Fee Application of Day Pitney for filing and service (.1); draft affidavit of service re: same (.1); prepare and coordinate service of same (.2); coordinate filing of same (.1) | 0.50 | 220.00 | $110.00 |
| 10/08/10 | JEO | Draft letter to Judge Buckwalter regarding fraudulent transfer adversary | 0.80 | 625.00 | $500.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/11/10 | MLO | Correspond with S. Bettridge re: Fragomen fee applications | 0.10 | 220.00 | $22.00 |
| 10/13/10 | MLO | Prepare August 2010 Monthly Fee Application of Ogilvy Renault for filing and service (.2); prepare and coordinate service re: same (.2); coordinate filing of same (.1) | 0.50 | 220.00 | $110.00 |
| 10/14/10 | JEO | Review Ogilvy August 2010 fee application | 0.20 | 625.00 | $125.00 |
| 10/14/10 | MLO | Draft and coordinate filing of certification of no objection regarding April 2010 fee application of Fragomen (.2); prepare and coordinate service of same (.2) | 0.40 | 220.00 | $88.00 |
| 10/14/10 | MLO | Draft and coordinate filing of certification of no objection regarding May 2010 fee application of Fragomen (.2); coordinate service of same (.1) | 0.30 | 220.00 | $66.00 |
| 10/14/10 | MLO | Draft and coordinate filing of certification of no objection regarding August 2010 fee application of Kaye Scholer (.2); coordinate service of same (.1) | 0.30 | 220.00 | $66.00 |
| 10/14/10 | MLO | Draft and coordinate filing of certification of no objection regarding June 2010 fee application of Fragomen (.2); coordinate service of same (.1) | 0.30 | 220.00 | $66.00 |
| 10/14/10 | MLO | Draft and coordinate filing of certification of no objection regarding July 2010 fee application of Fragomen (.2); coordinate service of same (.1) | 0.30 | 220.00 | $66.00 |
| 10/14/10 | MLO | Draft and coordinate filing of certification of no objection regarding August 2010 fee application of Fragomen (.2); coordinate service of same (.1) | 0.30 | 220.00 | $66.00 |
| 10/19/10 | JEO | Review Woodcock Washburn quarterly fee application | 0.20 | 625.00 | $125.00 |
| 10/19/10 | MLO | Prepare August 2010 Monthly Fee Application of Woodcock Washburn for filing and service (.2); prepare and coordinate service re: same (.2); coordinate filing of same (.1) | 0.50 | 220.00 | $110.00 |
| 10/20/10 | JEO | Review Kaye Scholer September 2010 fee application | 0.20 | 625.00 | $125.00 |
| 10/20/10 | MLO | Correspondence re: Steptoe fee applications | 0.10 | 220.00 | $22.00 |
| 10/20/10 | MLO | Draft and coordinate filing of certification of no objection regarding December 2009 fee application of Baker Donelson (.2); prepare and coordinate service of same (.2) | 0.40 | 220.00 | $88.00 |
| 10/20/10 | MLO | Draft and coordinate filing of certification of no objection regarding January 2010 fee application of Baker Donelson (.2); coordinate service of same (.1) | 0.30 | 220.00 | $66.00 |
| 10/20/10 | MLO | Draft and coordinate filing of certification of no objection regarding February 2010 fee application of Baker Donelson (.2); coordinate service of same (.1) | 0.30 | 220.00 | $66.00 |
| 10/20/10 | MLO | Draft and coordinate filing of certification of no objection regarding March 2010 fee application of Baker Donelson (.2); coordinate service of same (.1) | 0.30 | 220.00 | $66.00 |
| 10/20/10 | MLO | Draft and coordinate filing of certification of no objection regarding April 2010 fee application of Baker Donelson (.2); coordinate service of same (.1) | 0.30 | 220.00 | $66.00 |
| 10/20/10 | MLO | Draft and coordinate filing of certification of no objection regarding May 2010 fee application of Baker Donelson (.2); coordinate service of same (.1) | 0.30 | 220.00 | $66.00 |
| 10/20/10 | MLO | Draft and coordinate filing of certification of no objection regarding June 2010 fee application of Baker Donelson (.2); coordinate service of same (.1) | 0.30 | 220.00 | $66.00 |

| Invoice number 92454 | | 91100   00001 | | | Page 8 |
|---|---|---|---|---|---|
| 10/20/10 | MLO | Draft and coordinate filing of certification of no objection regarding July 2010 fee application of Baker Donelson (.2); coordinate service of same (.1) | 0.30 | 220.00 | $66.00 |
| 10/20/10 | MLO | Draft and coordinate filing of certification of no objection regarding August 2010 fee application of Baker Donelson (.2); coordinate service of same (.1) | 0.30 | 220.00 | $66.00 |
| 10/20/10 | MLO | Draft and coordinate filing of certification of no objection regarding August 2010 fee application of Foley Hoag (.2); coordinate service of same (.1) | 0.30 | 220.00 | $66.00 |
| 10/20/10 | MLO | Draft and coordinate filing of certification of no objection regarding August 2010 fee application of Law Offices of Janet S. Baer (.2); coordinate service of same (.1) | 0.30 | 220.00 | $66.00 |
| 10/20/10 | MLO | Draft and coordinate filing of certification of no objection regarding August 2010 fee application of Kirkland & Ellis (.2); coordinate service of same (.1) | 0.30 | 220.00 | $66.00 |
| 10/20/10 | MLO | Prepare September 2010 Monthly Fee Application of Kaye Scholer for filing and service (.2); prepare and coordinate service re: same (.2); coordinate filing of same (.1) | 0.50 | 220.00 | $110.00 |
| 10/22/10 | LT | Research and draft the notice of filing of Steptoe and Johnson's thirty-seventh quarterly fee application then prepare and execute service and coordinate filing same | 0.80 | 225.00 | $180.00 |
| 10/22/10 | JEO | Review Steptoe Johnson quarterly fee application | 0.20 | 625.00 | $125.00 |
| 10/25/10 | JEO | Review Beveridge & Diamond fee application for August 2010 | 0.20 | 625.00 | $125.00 |
| 10/25/10 | MLO | Prepare August 2010 Monthly Fee Application of Beveridge & Diamond for filing and service (.2); prepare and coordinate service re: same (.2); coordinate filing of same (.1) | 0.50 | 220.00 | $110.00 |
| 10/25/10 | MLO | Prepare 21st Quarterly Fee Application of Beveridge & Diamond for filing and service (.3); prepare and coordinate service re: same (.2); coordinate filing of same (.1) | 0.60 | 220.00 | $132.00 |
| 10/26/10 | MLO | Draft and coordinate filing of certification of no objection regarding August 2010 fee application of Casner & Edwards (.2); prepare and coordinate service of same (.2) | 0.40 | 220.00 | $88.00 |
| 10/27/10 | JEO | Review Jan Baer fee application | 0.20 | 625.00 | $125.00 |
| 10/27/10 | MLO | Prepare September 2010 Monthly Fee Application of Law Offices of Janet S. Baer for filing and service (.2); prepare and coordinate service re: same (.2); coordinate filing of same (.1) | 0.50 | 220.00 | $110.00 |
| 10/28/10 | JEO | Review Foley Hoag September 2010 fee application | 0.20 | 625.00 | $125.00 |
| 10/28/10 | MLO | Prepare September 2010 Monthly Fee Application of Foley Hoag for filing and service (.2); prepare and coordinate service re: same (.2); coordinate filing of same (.1) | 0.50 | 220.00 | $110.00 |
| 10/28/10 | MLO | Draft and coordinate filing of certification of no objection regarding August 2010 monthly fee application of Day Pitney (.2); prepare and coordinate service of same (.2) | 0.40 | 220.00 | $88.00 |
| | | **Task Code Total** | 16.60 | | $4,853.50 |

**Litigation (Non-Bankruptcy)**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/01/10 | PEC | Revise and review Notice of Agenda for 10/18/10 Hearing | 0.80 | 225.00 | $180.00 |
| 10/01/10 | PEC | Review Preliminary Hearing Binders for 10/18/10 Hearing | 0.30 | 225.00 | $67.50 |
| 10/04/10 | PEC | E-mail final Preliminary Agenda to Judge Fitzgerald's chambers | 0.10 | 225.00 | $22.50 |
| 10/04/10 | KPM | Draft email to Patricia Cuniff regarding comments to critical dates | 0.10 | 450.00 | $45.00 |
| 10/04/10 | KPM | Review critical dates | 0.20 | 450.00 | $90.00 |
| 10/06/10 | KPM | Draft emails to James E. O'Neill regarding status of preliminary agenda | 0.20 | 450.00 | $90.00 |
| 10/06/10 | KPM | Draft emails to Patricia Cuniff regarding status of preliminary agenda | 0.20 | 450.00 | $90.00 |
| 10/07/10 | KPM | Draft email to Patricia Cuniff regarding revisions for 10/18/10 agenda | 0.10 | 450.00 | $45.00 |
| 10/08/10 | PEC | Revise and review Final Agenda for 10/18/10 Hearing | 0.50 | 225.00 | $112.50 |
| 10/12/10 | PEC | Revise and review 10/18/10 Agenda | 0.40 | 225.00 | $90.00 |
| 10/12/10 | PEC | Prepare service list for 10/18/10 Agenda | 0.30 | 225.00 | $67.50 |
| 10/12/10 | PEC | File and serve Notice of Agenda for 10/18/10 Hearing (.3); Draft Certificate of Service (.1) | 0.40 | 225.00 | $90.00 |
| 10/12/10 | JEO | Work on agenda of matters scheduled for October 18, 2010 hearing | 0.80 | 625.00 | $500.00 |
| 10/15/10 | KKY | E-mail to R. Finke re 10/18/10 agenda | 0.10 | 225.00 | $22.50 |
| 10/18/10 | JEO | Prepare for and attend omnibus hearing | 1.00 | 625.00 | $625.00 |
| 10/21/10 | JEO | Preview calendar for 2011 hearings | 0.40 | 625.00 | $250.00 |
| 10/22/10 | PEC | Serve [Signed] Order Dismissing Debtors' Motion for Order Enforcing the 2009 Stipulation and Order and Ordering the New Jersey Department of Environmental Protection to Cease and Desist from Further Violations Thereof (.2); Draft Affidavit of Service and prepare for filing (.2) | 0.40 | 225.00 | $90.00 |
| 10/22/10 | PEC | File and serve Certification of Counsel re: 2011 Omnibus Hearing Dates (.4); Draft Certificate of Service (.1) | 0.50 | 225.00 | $112.50 |
| 10/22/10 | LT | Serve and coordinate filing the certification of counsel regarding hearing dates | 0.60 | 225.00 | $135.00 |
| 10/22/10 | JEO | Review and finalize certificate of counsel on 2011 Omnibus hearing order | 0.40 | 625.00 | $250.00 |
| 10/25/10 | PEC | Prepare Notice of Settlement re: Debtors' Thirty-Seventh Quarterly Report of Settlement from July 1, 2010 through September 30, 2010, in Accordance with that Certain Amended Order Authorizing and Approving an Omnibus Procedure for Settling Certain Claims and Causes of Action Brought by or Against the Debtors in a Judicial, Administrative, Arbitral or other Action or Proceeding for filing and service (.5); Draft Certificate of Service (.1) | 0.60 | 225.00 | $135.00 |
| 10/25/10 | KPM | Review and respond to email from R. Higgins regarding filing 37th quarterly settlement report | 0.10 | 450.00 | $45.00 |
| 10/25/10 | KPM | Review and execute notice of 37th quarterly settlement report | 0.10 | 450.00 | $45.00 |
| 10/25/10 | KPM | Review and calendar order setting omnibus hearing dates | 0.10 | 450.00 | $45.00 |
| 10/28/10 | PEC | Draft Notice of Agenda for 11/15/10 Hearing | 0.80 | 225.00 | $180.00 |
| 10/28/10 | JEO | Review and circulate draft agenda for November 15, 2010 | 0.50 | 625.00 | $312.50 |

**Invoice number 92454**     91100   00001                                                                **Page 10**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | omnibus hearing | | | |
| 10/28/10 | JEO | Follow up with court regarding order in fraudulent convenance adversary actions | 0.60 | 625.00 | $375.00 |
| 10/28/10 | KPM | Draft email to Janet Baer regarding District Court orders | 0.20 | 450.00 | $90.00 |
| 10/29/10 | PEC | Revise and review Agenda for 11/15/10 Hearing | 0.30 | 225.00 | $67.50 |
| 10/29/10 | PEC | Review Hearing Binder for 11/15/10 Hearing | 0.20 | 225.00 | $45.00 |
| | | **Task Code Total** | **11.30** | | **$4,315.00** |

**Operations [B210]**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/22/10 | PEC | Serve [Signed] Order Authorizing the Debtors to Enter into Agreements to Purchase Synthetech, Inc., Consummating the Transactions Contemplated Thereby and Merging the Acquiring Entity into W. R. Grace & Co. - Conn (.2); Prepare for filing and service (.2) | 0.40 | 225.00 | $90.00 |
| | | **Task Code Total** | **0.40** | | **$90.00** |
| | | **Total professional services:** | **77.40** | | **$20,097.50** |

### Costs Advanced:

| Date | Code | Description | Amount |
|---|---|---|---|
| 10/01/2010 | DC | 91100.00001 TriState Courier Charges for 10-01-10 | $5.00 |
| 10/01/2010 | DC | 91100.00001 TriState Courier Charges for 10-01-10 | $35.00 |
| 10/01/2010 | DC | 91100.00001 TriState Courier Charges for 10-01-10 | $40.00 |
| 10/01/2010 | DC | 91100.00001 TriState Courier Charges for 10-01-10 | $16.20 |
| 10/01/2010 | DC | 91100.00001 TriState Courier Charges for 10-01-10 | $16.20 |
| 10/01/2010 | DC | 91100.00001 TriState Courier Charges for 10-01-10 | $9.00 |
| 10/01/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-01-10 | $28.33 |
| 10/01/2010 | PAC | 91100.00001 PACER Charges for 10-01-10 | $27.12 |
| 10/01/2010 | PO | 91100.00001 :Postage Charges for 10-01-10 | $1.90 |
| 10/01/2010 | PO | 91100.00001 :Postage Charges for 10-01-10 | $31.33 |
| 10/01/2010 | PO | 91100.00001 :Postage Charges for 10-01-10 | $4.90 |
| 10/01/2010 | PO | 91100.00001 :Postage Charges for 10-01-10 | $20.90 |
| 10/01/2010 | RE | ( 574 @0.10 PER PG) | $57.40 |
| 10/01/2010 | RE | ( 6 @0.10 PER PG) | $0.60 |
| 10/01/2010 | RE | ( 76 @0.10 PER PG) | $7.60 |
| 10/01/2010 | RE | ( 85 @0.10 PER PG) | $8.50 |
| 10/01/2010 | RE | ( 14 @0.10 PER PG) | $1.40 |
| 10/01/2010 | RE | ( 182 @0.10 PER PG) | $18.20 |
| 10/01/2010 | RE | ( 136 @0.10 PER PG) | $13.60 |
| 10/01/2010 | RE | ( 255 @0.10 PER PG) | $25.50 |
| 10/01/2010 | RE | ( 2 @0.10 PER PG) | $0.20 |

**Invoice number 92454**     91100   00001     **Page 11**

| Date | Code | Description | Amount |
|---|---|---|---|
| 10/01/2010 | RE | ( 155 @0.10 PER PG) | $15.50 |
| 10/01/2010 | RE | ( 1258 @0.10 PER PG) | $125.80 |
| 10/01/2010 | RE | ( 742 @0.10 PER PG) | $74.20 |
| 10/01/2010 | RE | ( 189 @0.10 PER PG) | $18.90 |
| 10/01/2010 | RE | ( 26 @0.10 PER PG) | $2.60 |
| 10/01/2010 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | $0.90 |
| 10/01/2010 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | $0.90 |
| 10/01/2010 | RE2 | SCAN/COPY ( 144 @0.10 PER PG) | $14.40 |
| 10/01/2010 | RE2 | SCAN/COPY ( 144 @0.10 PER PG) | $14.40 |
| 10/01/2010 | RE2 | SCAN/COPY ( 144 @0.10 PER PG) | $14.40 |
| 10/01/2010 | RE2 | SCAN/COPY ( 144 @0.10 PER PG) | $14.40 |
| 10/01/2010 | RE2 | SCAN/COPY ( 147 @0.10 PER PG) | $14.70 |
| 10/04/2010 | DC | 91100.00001 TriState Courier Charges for 10-04-10 | $81.00 |
| 10/04/2010 | DC | 91100.00001 TriState Courier Charges for 10-04-10 | $9.38 |
| 10/04/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-04-10 | $20.03 |
| 10/04/2010 | PAC | 91100.00001 PACER Charges for 10-04-10 | $2.64 |
| 10/04/2010 | PO | 91100.00001 :Postage Charges for 10-04-10 | $11.44 |
| 10/04/2010 | RE | ( 44 @0.10 PER PG) | $4.40 |
| 10/04/2010 | RE | ( 8 @0.10 PER PG) | $0.80 |
| 10/04/2010 | RE | ( 15 @0.10 PER PG) | $1.50 |
| 10/04/2010 | RE | ( 136 @0.10 PER PG) | $13.60 |
| 10/04/2010 | RE | ( 76 @0.10 PER PG) | $7.60 |
| 10/04/2010 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | $2.70 |
| 10/05/2010 | DC | 91100.00001 TriState Courier Charges for 10-05-10 | $6.19 |
| 10/05/2010 | DC | 91100.00001 TriState Courier Charges for 10-05-10 | $72.00 |
| 10/05/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-05-10 | $16.36 |
| 10/05/2010 | PAC | 91100.00001 PACER Charges for 10-05-10 | $20.88 |
| 10/05/2010 | PO | 91100.00001 :Postage Charges for 10-05-10 | $11.55 |
| 10/05/2010 | RE | ( 16 @0.10 PER PG) | $1.60 |
| 10/05/2010 | RE | ( 529 @0.10 PER PG) | $52.90 |
| 10/05/2010 | RE | ( 108 @0.10 PER PG) | $10.80 |
| 10/05/2010 | RE | ( 10 @0.10 PER PG) | $1.00 |
| 10/05/2010 | RE | ( 144 @0.10 PER PG) | $14.40 |
| 10/05/2010 | RE | ( 17 @0.10 PER PG) | $1.70 |
| 10/06/2010 | DC | 91100.00001 TriState Courier Charges for 10-06-10 | $6.19 |
| 10/06/2010 | DC | 91100.00001 TriState Courier Charges for 10-06-10 | $108.00 |
| 10/06/2010 | DC | 91100.00001 TriState Courier Charges for 10-06-10 | $16.20 |
| 10/06/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-06-10 | $10.15 |
| 10/06/2010 | PAC | 91100.00001 PACER Charges for 10-06-10 | $6.16 |
| 10/06/2010 | PO | 91100.00001 :Postage Charges for 10-06-10 | $219.45 |
| 10/06/2010 | PO | 91100.00001 :Postage Charges for 10-06-10 | $5.16 |
| 10/06/2010 | RE | ( 12 @0.10 PER PG) | $1.20 |
| 10/06/2010 | RE | ( 99 @0.10 PER PG) | $9.90 |

Invoice number 92454         91100   00001                                      Page 12

| Date | Code | Description | Amount |
|---|---|---|---|
| 10/06/2010 | RE | ( 20 @0.10 PER PG) | $2.00 |
| 10/06/2010 | RE | ( 64 @0.10 PER PG) | $6.40 |
| 10/06/2010 | RE | ( 1785 @0.10 PER PG) | $178.50 |
| 10/06/2010 | RE | ( 1 @0.10 PER PG) | $0.10 |
| 10/07/2010 | DC | 91100.00001 TriState Courier Charges for 10-07-10 | $7.78 |
| 10/07/2010 | DC | 91100.00001 TriState Courier Charges for 10-07-10 | $16.20 |
| 10/07/2010 | DC | 91100.00001 TriState Courier Charges for 10-07-10 | $24.00 |
| 10/07/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-07-10 | $16.36 |
| 10/07/2010 | FE | 91100.00001 FedEx Charges for 10-07-10 | $10.42 |
| 10/07/2010 | FE | 91100.00001 FedEx Charges for 10-07-10 | $6.98 |
| 10/07/2010 | PAC | 91100.00001 PACER Charges for 10-07-10 | $3.52 |
| 10/07/2010 | RE | ( 12 @0.10 PER PG) | $1.20 |
| 10/07/2010 | RE | ( 48 @0.10 PER PG) | $4.80 |
| 10/07/2010 | RE | ( 68 @0.10 PER PG) | $6.80 |
| 10/07/2010 | RE | ( 76 @0.10 PER PG) | $7.60 |
| 10/07/2010 | RE | ( 99 @0.10 PER PG) | $9.90 |
| 10/07/2010 | RE2 | SCAN/COPY ( 33 @0.10 PER PG) | $3.30 |
| 10/08/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-08-10 | $10.15 |
| 10/08/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-08-10 | $6.21 |
| 10/08/2010 | PAC | 91100.00001 PACER Charges for 10-08-10 | $43.12 |
| 10/08/2010 | PO | 91100.00001 :Postage Charges for 10-08-10 | $7.74 |
| 10/08/2010 | RE | ( 2 @0.10 PER PG) | $0.20 |
| 10/08/2010 | RE | ( 15 @0.10 PER PG) | $1.50 |
| 10/08/2010 | RE | ( 75 @0.10 PER PG) | $7.50 |
| 10/09/2010 | RE | ( 1 @0.10 PER PG) | $0.10 |
| 10/11/2010 | FX | (CORR 16 @1.00 PER PG) | $16.00 |
| 10/11/2010 | PAC | 91100.00001 PACER Charges for 10-11-10 | $30.72 |
| 10/11/2010 | RE | ( 10 @0.10 PER PG) | $1.00 |
| 10/11/2010 | RE | ( 16 @0.10 PER PG) | $1.60 |
| 10/11/2010 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | $2.50 |
| 10/11/2010 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | $4.00 |
| 10/12/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-12-10 | $10.15 |
| 10/12/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-12-10 | $8.30 |
| 10/12/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-12-10 | $6.21 |
| 10/12/2010 | PAC | 91100.00001 PACER Charges for 10-12-10 | $11.20 |
| 10/12/2010 | PO | 91100.00001 :Postage Charges for 10-12-10 | $1.05 |
| 10/12/2010 | RE | ( 6 @0.10 PER PG) | $0.60 |
| 10/12/2010 | RE | ( 40 @0.10 PER PG) | $4.00 |
| 10/12/2010 | RE | ( 97 @0.10 PER PG) | $9.70 |
| 10/13/2010 | DC | 91100.00001 TriState Courier Charges for 10-13-10 | $6.83 |
| 10/13/2010 | DC | 91100.00001 TriState Courier Charges for 10-13-10 | $90.00 |
| 10/13/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-13-10 | $10.43 |
| 10/13/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-13-10 | $6.98 |

Invoice number 92454   91100  00001   Page 13

| Date | Code | Description | Amount |
|---|---|---|---|
| 10/13/2010 | FX | (CORR 5 @1.00 PER PG) | $5.00 |
| 10/13/2010 | PAC | 91100.00001 PACER Charges for 10-13-10 | $3.44 |
| 10/13/2010 | RE | ( 38 @0.10 PER PG) | $3.80 |
| 10/13/2010 | RE | ( 42 @0.10 PER PG) | $4.20 |
| 10/13/2010 | RE | ( 63 @0.10 PER PG) | $6.30 |
| 10/13/2010 | RE | ( 111 @0.10 PER PG) | $11.10 |
| 10/13/2010 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | $1.40 |
| 10/14/2010 | DC | 91100.00001 TriState Courier Charges for 10-14-10 | $6.19 |
| 10/14/2010 | DC | 91100.00001 TriState Courier Charges for 10-14-10 | $63.00 |
| 10/14/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-14-10 | $10.15 |
| 10/14/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-14-10 | $6.21 |
| 10/14/2010 | PAC | 91100.00001 PACER Charges for 10-14-10 | $10.88 |
| 10/14/2010 | PO | 91100.00001 :Postage Charges for 10-14-10 | $2.78 |
| 10/14/2010 | PO | 91100.00001 :Postage Charges for 10-14-10 | $13.42 |
| 10/14/2010 | RE | ( 38 @0.10 PER PG) | $3.80 |
| 10/14/2010 | RE | ( 216 @0.10 PER PG) | $21.60 |
| 10/14/2010 | RE | ( 1086 @0.10 PER PG) | $108.60 |
| 10/15/2010 | PAC | 91100.00001 PACER Charges for 10-15-10 | $8.64 |
| 10/15/2010 | RE | ( 6 @0.10 PER PG) | $0.60 |
| 10/15/2010 | RE | ( 6 @0.10 PER PG) | $0.60 |
| 10/15/2010 | RE | ( 126 @0.10 PER PG) | $12.60 |
| 10/15/2010 | RE | ( 153 @0.10 PER PG) | $15.30 |
| 10/18/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-18-10 | $10.15 |
| 10/18/2010 | PAC | 91100.00001 PACER Charges for 10-18-10 | $18.16 |
| 10/18/2010 | RE | ( 78 @0.10 PER PG) | $7.80 |
| 10/18/2010 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 10/19/2010 | DC | 91100.00001 TriState Courier Charges for 10-19-10 | $6.48 |
| 10/19/2010 | DC | 91100.00001 TriState Courier Charges for 10-19-10 | $9.00 |
| 10/19/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-19-10 | $10.15 |
| 10/19/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-19-10 | $6.98 |
| 10/19/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-19-10 | $10.43 |
| 10/19/2010 | PAC | 91100.00001 PACER Charges for 10-19-10 | $6.48 |
| 10/19/2010 | RE | ( 10 @0.10 PER PG) | $1.00 |
| 10/19/2010 | RE | ( 27 @0.10 PER PG) | $2.70 |
| 10/20/2010 | DC | 91100.00001 TriState Courier Charges for 10-20-10 | $6.83 |
| 10/20/2010 | DC | 91100.00001 TriState Courier Charges for 10-20-10 | $63.00 |
| 10/20/2010 | DC | 91100.00001 TriState Courier Charges for 10-20-10 | $9.00 |
| 10/20/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-20-10 | $16.36 |
| 10/20/2010 | PAC | 91100.00001 PACER Charges for 10-20-10 | $14.24 |
| 10/20/2010 | PO | 91100.00001 :Postage Charges for 10-20-10 | $17.16 |
| 10/20/2010 | RE | ( 42 @0.10 PER PG) | $4.20 |
| 10/20/2010 | RE | ( 62 @0.10 PER PG) | $6.20 |
| 10/20/2010 | RE | ( 74 @0.10 PER PG) | $7.40 |

| Invoice number 92454 | | 91100   00001 | Page 14 |
|---|---|---|---|
| 10/20/2010 | RE | ( 79 @0.10 PER PG) | $7.90 |
| 10/20/2010 | RE | ( 338 @0.10 PER PG) | $33.80 |
| 10/20/2010 | RE | ( 379 @0.10 PER PG) | $37.90 |
| 10/20/2010 | RE | ( 432 @0.10 PER PG) | $43.20 |
| 10/20/2010 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | $2.50 |
| 10/20/2010 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | $2.50 |
| 10/21/2010 | DC | 91100.00001 TriState Courier Charges for 10-21-10 | $9.38 |
| 10/21/2010 | DC | 91100.00001 TriState Courier Charges for 10-21-10 | $72.00 |
| 10/21/2010 | DC | 91100.00001 TriState Courier Charges for 10-21-10 | $16.20 |
| 10/21/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-21-10 | $19.44 |
| 10/21/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-21-10 | $19.44 |
| 10/21/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-21-10 | $8.75 |
| 10/21/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-21-10 | $8.75 |
| 10/21/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-21-10 | $6.98 |
| 10/21/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-21-10 | $10.43 |
| 10/21/2010 | PAC | 91100.00001 PACER Charges for 10-21-10 | $31.92 |
| 10/21/2010 | PO | 91100.00001 :Postage Charges for 10-21-10 | $1.05 |
| 10/21/2010 | PO | 91100.00001 :Postage Charges for 10-21-10 | $24.15 |
| 10/21/2010 | RE | ( 9 @0.10 PER PG) | $0.90 |
| 10/21/2010 | RE | ( 92 @0.10 PER PG) | $9.20 |
| 10/21/2010 | RE | ( 321 @0.10 PER PG) | $32.10 |
| 10/21/2010 | RE | ( 332 @0.10 PER PG) | $33.20 |
| 10/21/2010 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 10/21/2010 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 10/21/2010 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | $2.00 |
| 10/21/2010 | RE2 | SCAN/COPY ( 48 @0.10 PER PG) | $4.80 |
| 10/21/2010 | RE2 | SCAN/COPY ( 48 @0.10 PER PG) | $4.80 |
| 10/21/2010 | RE2 | SCAN/COPY ( 48 @0.10 PER PG) | $4.80 |
| 10/21/2010 | RE2 | SCAN/COPY ( 48 @0.10 PER PG) | $4.80 |
| 10/21/2010 | RE2 | SCAN/COPY ( 49 @0.10 PER PG) | $4.90 |
| 10/21/2010 | RE2 | SCAN/COPY ( 61 @0.10 PER PG) | $6.10 |
| 10/21/2010 | RE2 | SCAN/COPY ( 61 @0.10 PER PG) | $6.10 |
| 10/22/2010 | DC | 91100.00001 TriState Courier Charges for 10-22-10 | $7.78 |
| 10/22/2010 | DC | 91100.00001 TriState Courier Charges for 10-22-10 | $63.00 |
| 10/22/2010 | DC | 91100.00001 TriState Courier Charges for 10-22-10 | $170.00 |
| 10/22/2010 | DC | 91100.00001 TriState Courier Charges for 10-22-10 | $16.20 |
| 10/22/2010 | DC | 91100.00001 TriState Courier Charges for 10-22-10 | $342.00 |
| 10/22/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-22-10 | $10.15 |
| 10/22/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-22-10 | $6.98 |
| 10/22/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-22-10 | $6.98 |
| 10/22/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-22-10 | $6.98 |
| 10/22/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-22-10 | $10.15 |
| 10/22/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-22-10 | $6.98 |

| Invoice number 92454 | | 91100   00001 | Page 15 |
|---|---|---|---|
| 10/22/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-22-10 | $10.15 |
| 10/22/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-22-10 | $6.98 |
| 10/22/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-22-10 | $10.15 |
| 10/22/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-22-10 | $6.98 |
| 10/22/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-22-10 | $10.43 |
| 10/22/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-22-10 | $6.21 |
| 10/22/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-22-10 | $6.21 |
| 10/22/2010 | PAC | 91100.00001 PACER Charges for 10-22-10 | $8.40 |
| 10/22/2010 | PO | 91100.00001 :Postage Charges for 10-22-10 | $63.16 |
| 10/22/2010 | PO | 91100.00001 :Postage Charges for 10-22-10 | $1,995.75 |
| 10/22/2010 | PO | 91100.00001 :Postage Charges for 10-22-10 | $254.98 |
| 10/22/2010 | PO | 91100.00001 :Postage Charges for 10-22-10 | $8.00 |
| 10/22/2010 | RE | ( 20 @0.10 PER PG) | $2.00 |
| 10/22/2010 | RE | ( 34 @0.10 PER PG) | $3.40 |
| 10/22/2010 | RE | ( 42 @0.10 PER PG) | $4.20 |
| 10/22/2010 | RE | ( 64 @0.10 PER PG) | $6.40 |
| 10/22/2010 | RE | ( 450 @0.10 PER PG) | $45.00 |
| 10/22/2010 | RE | ( 655 @0.10 PER PG) | $65.50 |
| 10/22/2010 | RE | ( 1020 @0.10 PER PG) | $102.00 |
| 10/22/2010 | RE | ( 1275 @0.10 PER PG) | $127.50 |
| 10/22/2010 | RE | ( 2320 @0.10 PER PG) | $232.00 |
| 10/22/2010 | RE | ( 2813 @0.10 PER PG) | $281.30 |
| 10/22/2010 | RE | ( 6175 @0.10 PER PG) | $617.50 |
| 10/22/2010 | RE | ( 8385 @0.10 PER PG) | $838.50 |
| 10/22/2010 | RE | ( 40225 @0.10 PER PG) | $4,022.50 |
| 10/22/2010 | RE2 | SCAN/COPY ( 4940 @0.10 PER PG) | $494.00 |
| 10/25/2010 | DC | 91100.00001 TriState Courier Charges for 10-25-10 | $81.00 |
| 10/25/2010 | DC | 91100.00001 TriState Courier Charges for 10-25-10 | $5.00 |
| 10/25/2010 | DC | 91100.00001 TriState Courier Charges for 10-25-10 | $220.00 |
| 10/25/2010 | DC | 91100.00001 TriState Courier Charges for 10-25-10 | $16.20 |
| 10/25/2010 | DC | 91100.00001 TriState Courier Charges for 10-25-10 | $16.20 |
| 10/25/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-25-10 | $21.15 |
| 10/25/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-25-10 | $17.21 |
| 10/25/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-25-10 | $10.43 |
| 10/25/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-25-10 | $10.15 |
| 10/25/2010 | OS | Digital Legal Services, 2295 copies | $275.40 |
| 10/25/2010 | OS | Digital Legal Services, postage | $261.18 |
| 10/25/2010 | PAC | 91100.00001 PACER Charges for 10-25-10 | $6.72 |
| 10/25/2010 | PO | 91100.00001 :Postage Charges for 10-25-10 | $9.80 |
| 10/25/2010 | PO | 91100.00001 :Postage Charges for 10-25-10 | $33.00 |
| 10/25/2010 | PO | 91100.00001 :Postage Charges for 10-25-10 | $40.62 |
| 10/25/2010 | RE | Reproduction Expense. [E101] 17 pgs, WLR | $1.70 |
| 10/25/2010 | RE | ( 2 @0.10 PER PG) | $0.20 |

Invoice number 92454        91100   00001                                        Page 16

| Date | Code | Description | Amount |
|---|---|---|---|
| 10/25/2010 | RE | ( 26 @0.10 PER PG) | $2.60 |
| 10/25/2010 | RE | ( 65 @0.10 PER PG) | $6.50 |
| 10/25/2010 | RE | ( 88 @0.10 PER PG) | $8.80 |
| 10/25/2010 | RE | ( 216 @0.10 PER PG) | $21.60 |
| 10/25/2010 | RE | ( 1362 @0.10 PER PG) | $136.20 |
| 10/25/2010 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | $2.20 |
| 10/25/2010 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | $2.20 |
| 10/26/2010 | DC | 91100.00001 TriState Courier Charges for 10-26-10 | $5.00 |
| 10/26/2010 | DC | 91100.00001 TriState Courier Charges for 10-26-10 | $16.20 |
| 10/26/2010 | DC | 91100.00001 TriState Courier Charges for 10-26-10 | $54.00 |
| 10/26/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-26-10 | $11.00 |
| 10/26/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-26-10 | $14.30 |
| 10/26/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-26-10 | $11.00 |
| 10/26/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-26-10 | $11.00 |
| 10/26/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-26-10 | $11.00 |
| 10/26/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-26-10 | $16.36 |
| 10/26/2010 | PAC | 91100.00001 PACER Charges for 10-26-10 | $2.40 |
| 10/26/2010 | PO | 91100.00001 :Postage Charges for 10-26-10 | $11.55 |
| 10/26/2010 | RE | ( 36 @0.10 PER PG) | $3.60 |
| 10/26/2010 | RE | ( 120 @0.10 PER PG) | $12.00 |
| 10/26/2010 | RE | ( 137 @0.10 PER PG) | $13.70 |
| 10/27/2010 | DC | 91100.00001 TriState Courier Charges for 10-27-10 | $220.00 |
| 10/27/2010 | DC | 91100.00001 TriState Courier Charges for 10-27-10 | $6.83 |
| 10/27/2010 | DC | 91100.00001 TriState Courier Charges for 10-27-10 | $9.00 |
| 10/27/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-27-10 | $16.36 |
| 10/27/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-27-10 | $6.98 |
| 10/27/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-27-10 | $10.43 |
| 10/27/2010 | OS | Digital Legal Services, 765 copies | $91.80 |
| 10/27/2010 | OS | Digital Legal Services, postage | $94.96 |
| 10/27/2010 | RE | Reproduction Expense. [E101] 8 pgs, WLR | $0.80 |
| 10/27/2010 | RE | ( 2 @0.10 PER PG) | $0.20 |
| 10/27/2010 | RE | ( 2 @0.10 PER PG) | $0.20 |
| 10/27/2010 | RE | ( 18 @0.10 PER PG) | $1.80 |
| 10/27/2010 | RE | ( 31 @0.10 PER PG) | $3.10 |
| 10/27/2010 | RE | ( 41 @0.10 PER PG) | $4.10 |
| 10/27/2010 | RE | ( 64 @0.10 PER PG) | $6.40 |
| 10/27/2010 | RE | ( 78 @0.10 PER PG) | $7.80 |
| 10/27/2010 | RE | ( 97 @0.10 PER PG) | $9.70 |
| 10/27/2010 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | $2.50 |
| 10/28/2010 | DC | 91100.00001 TriState Courier Charges for 10-28-10 | $5.00 |
| 10/28/2010 | DC | 91100.00001 TriState Courier Charges for 10-28-10 | $7.25 |
| 10/28/2010 | DC | 91100.00001 TriState Courier Charges for 10-28-10 | $16.20 |
| 10/28/2010 | DC | 91100.00001 TriState Courier Charges for 10-28-10 | $54.00 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 10/28/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-28-10 | $10.43 |
| 10/28/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-28-10 | $6.98 |
| 10/28/2010 | OS | Digital Legal Services, 16065 copies | $1,927.80 |
| 10/28/2010 | OS | Digital Legal Services, postage | $554.54 |
| 10/28/2010 | PAC | 91100.00001 PACER Charges for 10-28-10 | $30.88 |
| 10/28/2010 | PO | 91100.00001 :Postage Charges for 10-28-10 | $11.55 |
| 10/28/2010 | PO | 91100.00001 :Postage Charges for 10-28-10 | $2.58 |
| 10/28/2010 | RE | ( 4 @0.10 PER PG) | $0.40 |
| 10/28/2010 | RE | ( 8 @0.10 PER PG) | $0.80 |
| 10/28/2010 | RE | ( 32 @0.10 PER PG) | $3.20 |
| 10/28/2010 | RE | ( 36 @0.10 PER PG) | $3.60 |
| 10/28/2010 | RE | ( 65 @0.10 PER PG) | $6.50 |
| 10/28/2010 | RE | ( 72 @0.10 PER PG) | $7.20 |
| 10/28/2010 | RE | ( 101 @0.10 PER PG) | $10.10 |
| 10/28/2010 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | $4.00 |
| 10/29/2010 | DC | 91100.00001 TriState Courier Charges for 10-29-10 | $5.00 |
| 10/29/2010 | DC | 91100.00001 TriState Courier Charges for 10-29-10 | $200.00 |
| 10/29/2010 | DC | 91100.00001 TriState Courier Charges for 10-29-10 | $16.20 |
| 10/29/2010 | DC | 91100.00001 TriState Courier Charges for 10-29-10 | $16.20 |
| 10/29/2010 | DC | 91100.00001 TriState Courier Charges for 10-29-10 | $9.00 |
| 10/29/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-29-10 | $18.08 |
| 10/29/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-29-10 | $6.98 |
| 10/29/2010 | DH | 91100.00001 DHL Worldwide Express Charges for 10-29-10 | $10.43 |
| 10/29/2010 | FE | 91100.00001 FedEx Charges for 10-29-10 | $8.29 |
| 10/29/2010 | PAC | 91100.00001 PACER Charges for 10-29-10 | $6.08 |
| 10/29/2010 | RE | ( 60 @0.10 PER PG) | $6.00 |
| 10/29/2010 | RE | ( 105 @0.10 PER PG) | $10.50 |
| 10/29/2010 | RE | ( 358 @0.10 PER PG) | $35.80 |

Total Expenses:                                                                    $17,836.83

## Summary:

| | |
|---|---|
| Total professional services | $20,097.50 |
| Total expenses | $17,836.83 |
| **Net current charges** | $37,934.33 |
| Net balance forward | $81,117.88 |
| **Total balance now due** | $119,052.21 |

| | | | | |
|---|---|---|---|---|
| BMK | Koveleski, Beatrice M. | 2.20 | 150.00 | $330.00 |
| CAK | Knotts, Cheryl A. | 0.60 | 215.00 | $129.00 |

**Invoice number 92454**     91100   00001                                                                         Page  18

| DKW | Whaley, Dina K. | 1.00 | 150.00 | $150.00 |
| JEO | O'Neill, James E. | 6.60 | 625.00 | $4,125.00 |
| KKY | Yee, Karina K. | 0.10 | 225.00 | $22.50 |
| KPM | Makowski, Kathleen P. | 3.30 | 450.00 | $1,485.00 |
| KSN | Neil, Karen S. | 2.70 | 140.00 | $378.00 |
| LDJ | Jones, Laura Davis | 0.30 | 855.00 | $256.50 |
| LT | Tuschak, Louise R. | 1.40 | 225.00 | $315.00 |
| MLO | Oberholzer, Margaret L. | 14.00 | 220.00 | $3,080.00 |
| PEC | Cuniff, Patricia E. | 23.10 | 225.00 | $5,197.50 |
| SLP | Pitman, L. Sheryle | 18.50 | 150.00 | $2,775.00 |
| WLR | Ramseyer, William L. | 3.60 | 515.00 | $1,854.00 |
|   |   | 77.40 |   | $20,097.50 |

## Task Code Summary

|   |   | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition [B130] | 0.10 | $45.00 |
| CA | Case Administration [B110] | 39.40 | $7,003.50 |
| CR01 | WRG-Claim Analysis (Asbestos) | 3.20 | $877.50 |
| CR02 | WRG Claim Analysis | 1.50 | $585.00 |
| FA | WRG-Fee Apps., Applicant | 4.90 | $2,328.00 |
| FA01 | WRG-Fee Applications, Others | 16.60 | $4,853.50 |
| LN | Litigation (Non-Bankruptcy) | 11.30 | $4,315.00 |
| OP | Operations [B210] | 0.40 | $90.00 |
|   |   | 77.40 | $20,097.50 |

## Expense Code Summary

| Delivery/Courier Service | $2,403.51 |
| DHL- Worldwide Express | $619.48 |
| Federal Express [E108] | $25.69 |
| Fax Transmittal [E104] | $21.00 |
| Outside Services | $3,205.68 |
| Pacer - Court Research | $293.60 |
| Postage [E108] | $2,804.97 |
| Reproduction Expense [E101] | $7,823.80 |
| Reproduction/ Scan Copy | $639.10 |
|   | $17,836.83 |