Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

# Saul Ewing
LLP

| | | |
|---|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number | 2114129 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date | 12/06/10 |
| Peninsula Capital Advisors LLC | Client Number | 359022 |
| 404B East Main Street | Matter Number | 00014 |
| Charlottesville, VA  22902 | | |

Re:    Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Photocopying | 15.30 |
| Telephone | 0.24 |
| Docket Entries | 77.80 |
| Federal Express | 81.57 |
| CURRENT EXPENSES | 174.91 |

| | |
|---|---|
| **TOTAL AMOUNT OF THIS  INVOICE** | 174.91 |

| | |
|---|---|
| **NET AMOUNT OF THIS INVOICE** | 174.91 |

P.O. Box 1266 ◆ Wilmington, DE 19899-1266 ◆ Phone: (302) 421-6800 ◆ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ◆ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing
### LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | |
| c/o R. Ted. Wechsler, Chairman | |
| Peninsula Capital Advisors LLC | |
| 404B East Main Street | |
| Charlottesville, VA  22902 | |

| | |
|---|---|
| Invoice Number | 2114125 |
| Invoice Date | 12/06/10 |
| Client Number | 359022 |
| Matter Number | 00001 |

Re:    Asset Disposition

FOR PROFESSIONAL SERVICES RENDERED THROUGH  11/30/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/08/10 | TKD | Review Motion and Agreement to Acquire Assets of Joint Venture/Limited Liability Company | 0.5 | 312.50 |
| 11/12/10 | TKD | Review Claim Settlement Notice for Rowe claim settlement | 0.3 | 187.50 |
| 11/18/10 | TKD | Review Motion  for an Order Approving the Settlement Agreement Between W.R. Grace & Co. and the CNA Companies | 0.5 | 312.50 |
| | | TOTAL HOURS | 1.3 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 1.3 | at | $625.00 | = | 812.50 |

CURRENT FEES                                                              812.50

**TOTAL AMOUNT OF THIS  INVOICE**                        812.50

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE     MARYLAND     NEW JERSEY     NEW YORK     PENNSYLVANIA     WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00001
12/06/10

**NET AMOUNT OF THIS INVOICE**                    812.50

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

# Saul Ewing
LLP

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | |
| c/o R. Ted. Wechsler, Chairman | |
| Peninsula Capital Advisors LLC | |
| 404B East Main Street | |
| Charlottesville, VA  22902 | |

| | |
|---|---|
| Invoice Number | 2114126 |
| Invoice Date | 12/06/10 |
| Client Number | 359022 |
| Matter Number | 00004 |

Re:   Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH  11/30/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/01/10 | TKD | Review all filings and distribute to team | 0.3 | 187.50 |
| 11/02/10 | TKD | Review all filings and distribute to team | 0.4 | 250.00 |
| 11/03/10 | TKD | Review all filings and distribute to team | 0.3 | 187.50 |
| 11/04/10 | TKD | Review all filings and distribute to team | 0.3 | 187.50 |
| 11/05/10 | TKD | Review all filings and share with team | 0.3 | 187.50 |
| 11/08/10 | TKD | Review all filings and share with team | 0.3 | 187.50 |
| 11/09/10 | TKD | Review all case filings and distribute to team | 0.3 | 187.50 |
| 11/10/10 | TKD | Review all filings and distribute to team | 0.5 | 312.50 |
| 11/11/10 | TKD | Review all filings and distribute to team | 0.4 | 250.00 |
| 11/12/10 | TKD | Review all filings and distribute to team | 0.3 | 187.50 |
| 11/15/10 | TKD | Review all filings and distribute to team | 0.5 | 312.50 |
| 11/16/10 | TKD | Review all filings and distribute to team | 0.5 | 312.50 |
| 11/17/10 | TKD | Review all filings and share with team | 0.3 | 187.50 |
| 11/18/10 | TKD | Review all filings and share with team | 0.4 | 250.00 |
| 11/19/10 | TKD | Review all filings and share with team | 0.3 | 187.50 |
| 11/22/10 | TKD | Review all filings in the case and share with team | 0.3 | 187.50 |
| 11/23/10 | TKD | Review all filings and share with team | 0.3 | 187.50 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE     MARYLAND     NEW JERSEY     NEW YORK     PENNSYLVANIA     WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00004
12/06/10

WR Grace - Official Committee of Equity Security Holders   Invoice Number  2114126
Case Administration                                                                      Page 2

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 11/29/10 | TKD | Review all filings and share with team | 0.4 | 250.00 |
| 11/29/10 | TBB | Calendar hearing dates | 0.3 | 54.00 |
| 11/30/10 | TKD | Review all filings and distribute to team | 0.6 | 375.00 |
| | | TOTAL HOURS | 7.3 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|----|------|---|-------|
| Tracy B. Buck | 0.3 | at | $180.00 | = | 54.00 |
| Teresa K.D. Currier | 7.0 | at | $625.00 | = | 4,375.00 |
| CURRENT FEES | | | | | 4,429.00 |

TOTAL AMOUNT OF THIS  INVOICE                                    4,429.00

NET AMOUNT OF THIS INVOICE                                       4,429.00

**Saul Ewing** LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA  22902

| | |
|---|---|
| Invoice Number | 2114127 |
| Invoice Date | 12/06/10 |
| Client Number | 359022 |
| Matter Number | 00007 |

Re:  Claim Analysis Objestions & Resolutions (Non-Asbestos)

FOR PROFESSIONAL SERVICES RENDERED THROUGH  11/30/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/02/10 | TKD | Review Stipulation Resolving Claim of Chris and Cheryl Kokkinos | 0.1 | 62.50 |
| | | TOTAL HOURS | 0.1 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.1 | at | $625.00 | = | 62.50 |

| | |
|---|---|
| CURRENT FEES | 62.50 |
| **TOTAL AMOUNT OF THIS  INVOICE** | 62.50 |
| **NET AMOUNT OF THIS INVOICE** | 62.50 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing
### LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | |
| c/o R. Ted. Wechsler, Chairman | |
| Peninsula Capital Advisors LLC | |
| 404B East Main Street | |
| Charlottesville, VA 22902 | |

| | |
|---|---|
| Invoice Number | 2114128 |
| Invoice Date | 12/06/10 |
| Client Number | 359022 |
| Matter Number | 00008 |

Re:    Committee: Creditors', Noteholders' Or Equity Holders'

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/09/10 | TKD | Attend WRGrace Equity Committee Meeting/call | 0.7 | 437.50 |
| | | TOTAL HOURS | 0.7 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.7 | at | $625.00 | = | 437.50 |

| | |
|---|---|
| CURRENT FEES | 437.50 |

| | |
|---|---|
| **TOTAL AMOUNT OF THIS INVOICE** | 437.50 |
| **NET AMOUNT OF THIS INVOICE** | 437.50 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

**Saul Ewing** LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2114130 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 12/06/10 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00015 |
| Charlottesville, VA  22902 | |

Re:    Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH  11/30/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/11/10 | TKD | Review and approve fee application for filing | 0.3 | 187.50 |
| 11/11/10 | TBB | Draft affidavit of service; update service list | 0.2 | 36.00 |
| 11/11/10 | TBB | File and serve Saul Ewing's fifteenth monthly fee application. | 0.8 | 144.00 |
| 11/19/10 | TBB | Draft Saul Ewing's Sixth Quarterly Fee Application | 1.5 | 270.00 |
| 11/19/10 | TBB | File and serve Saul Ewing's 6th Quarterly Fee application | 0.8 | 144.00 |
| 11/29/10 | TKD | Review, revise our fee application | 0.7 | 437.50 |
| 11/29/10 | TBB | Revisions to bills and Saul Ewing's sixteenth monthly fee application | 0.3 | 54.00 |

TOTAL HOURS        4.6

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 3.6 | at | $180.00 | = | 648.00 |
| Teresa K.D. Currier | 1.0 | at | $625.00 | = | 625.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00015
12/06/10

CURRENT FEES                                      1,273.00

**TOTAL AMOUNT OF THIS  INVOICE**                    1,273.00

**NET AMOUNT OF THIS INVOICE**                       1,273.00

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

# Saul Ewing
LLP

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA  22902

| | |
|---|---|
| Invoice Number | 2114131 |
| Invoice Date | 12/06/10 |
| Client Number | 359022 |
| Matter Number | 00016 |

Re:   Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH  11/30/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/17/10 | TKD | Work on preparation and filing of two CNOs for Kramer Levin fee applications | 0.6 | 375.00 |
| 11/17/10 | TBB | Draft CNO to Kramer Levin's 106 and 107 monthly fee applications | 0.5 | 90.00 |
| 11/18/10 | TKD | Supervised filing of Kramer Levin Quarterly fee application | 0.3 | 187.50 |
| 11/18/10 | TBB | Draft affidavit of service and file same (0.2) serve CNOs to Kramer Levin's 106 and 107 monthly fee applications (0.4) | 0.6 | 108.00 |
| 11/18/10 | TBB | Draft Notice of Service to Kramer Levin's 34th Quarterly fee application | 0.3 | 54.00 |
| 11/18/10 | TBB | File Kramer Levin's 34th quarterly fee application | 0.2 | 36.00 |
| 11/19/10 | TKD | Review CNO on next Kramer Levin fee app; supervised filing of same | 0.2 | 125.00 |
| 11/19/10 | TBB | Draft CNO to Kramer Levin's one hundred ninth monthly fee application. | 0.3 | 54.00 |
| 11/19/10 | TBB | Review docket for any objections filed. | 0.3 | 54.00 |
| 11/19/10 | TBB | Draft affidavit of service and file same | 0.2 | 36.00 |
| 11/19/10 | TBB | Serve Kramer Levin's thirty fourth quarterly fee application | 0.5 | 90.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE      MARYLAND      NEW JERSEY      NEW YORK      PENNSYLVANIA      WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00016
12/06/10

WR Grace - Official Committee of Equity Security Holders   Invoice Number 2114131
Fee Applications/Others                                    Page 2

TOTAL HOURS                    4.0

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 2.9 | at | $180.00 | = | 522.00 |
| Teresa K.D. Currier | 1.1 | at | $625.00 | = | 687.50 |

CURRENT FEES                                1,209.50

**TOTAL AMOUNT OF THIS INVOICE**            1,209.50

**NET AMOUNT OF THIS INVOICE**              1,209.50

# Saul Ewing
### LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA  22902

| | |
|---|---|
| Invoice Number | 2114132 |
| Invoice Date | 12/06/10 |
| Client Number | 359022 |
| Matter Number | 00017 |

Re:    Hearings

FOR PROFESSIONAL SERVICES RENDERED THROUGH  11/30/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/29/10 | TKD | Recalendar omnibus hearings | 0.2 | 125.00 |
| | | TOTAL HOURS | 0.2 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.2 | at | $625.00 | = | 125.00 |

| | |
|---|---|
| CURRENT FEES | 125.00 |
| **TOTAL AMOUNT OF THIS  INVOICE** | 125.00 |
| **NET AMOUNT OF THIS INVOICE** | 125.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE      MARYLAND      NEW JERSEY      NEW YORK      PENNSYLVANIA      WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP