# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP

# INVOICES FOR THE TIME PERIOD

# NOVEMBER 1-30, 2010



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

December 15, 2010
Client No. 17367
Invoice No. 1285065

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through November 30, 2010 in connection with the matters described on the attached pages: | $ | 90,305.50 |
| DISBURSEMENTS as per attached pages: | | 1,240.49 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount): | $ | **91,545.99** |

Matter(s): 17367/11, 12, 13, 2, 7, 8, 9

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$273,758.73
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| REMITTANCE ADDRESS: | ELECTRONIC FUNDS TRANSFERS: | ELECTRONIC FUNDS TRANSFERS: |
|---|---|---|
| Orrick, Herrington & Sutcliffe LLP | **Wire Transfers Only:** | **ACH Transfers Only:** |
| 4253 Collections Center Drive | *ABA Number 0260-0959-3* | *ABA Number 121-000358* |
| Chicago, IL 60693 | Bank of America | Bank of America |
| Reference: 17367/ Invoice: 1285065 | 100 West 33rd Street, NY, NY 10001 | San Francisco Main Branch |
| E.I.N. 94-2952627 | Account of | Account of |
| Overnight deliveries: (312) 974-1642 | Orrick, Herrington & Sutcliffe LLP | Orrick, Herrington & Sutcliffe LLP |
| | Account Number: 1499410382 | Account Number: 1499410382 |
| | Reference: 17367/ Invoice: 1285065 | Reference: 17367/ Invoice: 1285065 |
| | E.I.N. 94-2952627 | E.I.N. 94-2952627 |


ORRICK

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

December 15, 2010
Client No. 17367
Invoice No. 1285065

Orrick Contact: Roger Frankel

For Legal Services Rendered Through November 30, 2010 in Connection With:

## Matter: 2 - Case Administration

| Date | Timekeeper | Description | | | Hours |
|---|---|---|---|---|---|
| 11/18/10 | D. Fullem | Review docket updates. | | | 0.20 |
| | | Total Hours | | 0.20 | |
| | | Total For Services | | | $53.00 |

| **Timekeeper Summary** | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 0.20 | 265.00 | 53.00 |
| Total All Timekeepers | 0.20 | $265.00 | $53.00 |

Disbursements
   Express Delivery                            10.73
                        Total Disbursements              $10.73

                        **Total For This Matter**        $63.73


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 2

December 15, 2010
Invoice No. 1285065

For Legal Services Rendered Through November 30, 2010 in Connection With:

**Matter: 7 - Insurance Matters**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/01/10 | P. Mahaley | Draft revisions to insurance settlement agreements. | 2.40 |
| 11/02/10 | P. Mahaley | Review and revise insurance settlement agreements and associated approval motion papers. | 1.90 |
| 11/04/10 | P. Mahaley | Revise draft insurance settlement agreement and related motion papers. | 3.20 |
| 11/05/10 | P. Mahaley | Revise drafts of insurance settlement agreement and related motion papers. | 3.00 |
| 11/08/10 | P. Mahaley | Review and analyze insurance settlement documents and related motion papers. | 0.50 |
| 11/09/10 | P. Mahaley | Analyze proposed revisions to insurance settlement agreement and related documents and update drafts re same. | 2.10 |
| 11/10/10 | P. Mahaley | Telephone conference with counsel for Committee re 524(g) protection for insurers. | 1.50 |
| 11/12/10 | P. Mahaley | Communicate with counsel for ACC re proposed approaches to insurers re settlement. | 0.30 |
| 11/15/10 | P. Mahaley | Review and analyze new insurance settlement proposals (1.5); revise insurance settlement and related motion documents (1.8). | 3.30 |
| 11/17/10 | P. Mahaley | Revise insurance settlement agreement and related motion papers. | 4.60 |
| 11/18/10 | P. Mahaley | Finalize insurance settlement agreement and related motion papers (1.3); review and analyze proposed changes to insurance settlement agreement (.9). | 2.20 |
| 11/19/10 | P. Mahaley | Revise insurance settlement agreement (1.3); analyze Plan document changes needed to reflect recent insurance settlements (1.4). | 2.70 |
| 11/22/10 | P. Mahaley | Telephone conference with R. Horkovich, R. Wyron and R. Chung re proposed new insurance settlement demands (1.0); assist in revising Plan documents re insurance settlements (2.4). | 3.40 |
| 11/23/10 | P. Mahaley | Analyze proposed new cash-out demands to insurers and confer with R. Wyron re same (1.2); assist in revising Plan documents re insurance settlement agreements (1.6); draft revisions to insurance settlement agreements and draft related motion papers (2.9). | 5.70 |
| 11/24/10 | P. Mahaley | Analyze new settlement proposals to insurers with reimbursement agreements. | 0.70 |

Case 01-01139-AMC    Doc 26010-3    Filed 01/04/11    Page 5 of 15



**ORRICK**

| | | | |
|---|---|---|---|
| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367 | | | December 15, 2010 |
| page 3 | | | Invoice No. 1285065 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/29/10 | P. Mahaley | Review and revise draft brief challenging determination by administrator of insolvent insurer. | 0.90 |
| 11/30/10 | P. Mahaley | Revise present value analysis of insurance settlements. | 1.20 |

|  |  |  |
|---|---|---|
| Total Hours | 39.60 | |
| Total For Services | | $25,740.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Peri N. Mahaley | 39.60 | 650.00 | 25,740.00 |
| Total All Timekeepers | 39.60 | $650.00 | $25,740.00 |

Disbursements
|   |   |   |
|---|---|---|
| Document Reproduction | 3.30 | |
| Telephone | 0.54 | |
| Total Disbursements | | $3.84 |

**Total For This Matter**                                      **$25,743.84**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 4

December 15, 2010
Invoice No. 1285065

For Legal Services Rendered Through November 30, 2010 in Connection With:

**Matter: 8 - Litigation**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 11/01/10 | S. Cruzado | Review recently filed documents. | 1.50 |
| 11/01/10 | R. Wyron | Review final changes to settlement agreement (.3); call with insurer counsel re issues and follow-up (.4). | 0.70 |
| 11/02/10 | R. Wyron | Work on insurance agreement and follow-up (1.1); review TDP re subpoena issues (.4); review draft approval order and motion, and organize notes (.3). | 1.80 |
| 11/02/10 | R. Frankel | Review revised motion from insurer counsel to approve settlement, review related settlement agreement. | 0.90 |
| 11/02/10 | R. Frankel | Confer with R. Wyron re case issues (.4); telephone conference with D. Austern re case issues (.2). | 0.60 |
| 11/02/10 | R. Frankel | Review revised order re insurance settlement (.5); review revised insurance settlement agreement (.6). | 1.10 |
| 11/03/10 | R. Wyron | Review latest insurer draft settlement agreement (.8); follow-up with insurer counsel, ACC counsel, debtors' counsel and P. Mahaley re issues (.6); draft changes (.3); call to insurer counsel re issues (.2); finalize order (.2); confer with R. Frankel (.3). | 2.40 |
| 11/03/10 | R. Frankel | Review changes to pleadings regarding approval of insurance settlement (.4); review series of emails regarding same (.3) | 0.70 |
| 11/03/10 | R. Frankel | Review code, consider issues in 363 sale order related to insurance settlement (.5); confer with R. Wyron regarding same (.3). | 0.80 |
| 11/04/10 | R. Wyron | Review final changes to draft settlement agreement (.6); call with insurer counsel and follow-up (.8); review draft motion and order (.9). | 2.30 |
| 11/04/10 | R. Frankel | Review draft insurance settlement agreement. | 0.80 |
| 11/04/10 | R. Frankel | Telephone conference with client regarding case issues, status (.3); telephone conference with R. Wyron regarding same (.2). | 0.50 |
| 11/05/10 | D. Fullem | Review latest 10-Q filing; e-mail to R. Frankel and R. Wyron. | 0.20 |
| 11/05/10 | D. Fullem | Review e-mail from D. Felder regarding November 15 omnibus hearing. | 0.10 |
| 11/05/10 | R. Wyron | Review further revised settlement agreement and follow-up (.9); review and revise approval motion and order (1.9); confer with P. Mahaley and follow-up (.6). | 3.40 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 5

December 15, 2010
Invoice No. 1285065

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 11/05/10 | R. Frankel | Review Form 10-Q filed by Grace. | 0.80 |
| 11/05/10 | R. Frankel | Review series of e-mails re insurance settlement. | 0.50 |
| 11/05/10 | R. Frankel | Review final changes to insurance settlement agreement, approval order. | 1.10 |
| 11/08/10 | D. Fullem | Review Grace 10-Q. | 0.20 |
| 11/08/10 | R. Wyron | Review additional revisions to settlement agreement and approval order (.8); calls (separate) to P. Mahaley and M. Giannotto re issues (.4). | 1.20 |
| 11/09/10 | R. Wyron | Review insurer objections (.8); work on insurance settlement (.9); follow-up on approval motion issues (.6); draft 524(g) language (.7). | 3.00 |
| 11/09/10 | R. Frankel | Confer with R. Wyron re insurance settlement, plan modifications (.4); review final changes to insurance settlement agreement (.5). | 0.90 |
| 11/10/10 | D. Felder | Review Debtors' asset purchase motion and related pleadings regarding 2008 LLC formation. | 1.30 |
| 11/10/10 | R. Wyron | Review issues on insurance settlement and follow-up e-mail re same (.7); call re 524(g) issues with ACC (1.1); e-mail re potential plan change (.2). | 2.00 |
| 11/10/10 | R. Frankel | Review motion of debtor to acquire assets of undisclosed seller (.6); review redacted asset purchase agreement (.6). | 1.20 |
| 11/10/10 | R. Frankel | Confer with R. Wyron re final insurance settlement agreement, next steps (.5); notes re same for J. Aldock meeting (.3). | 0.80 |
| 11/10/10 | R. Frankel | Confer with J. Aldock re insurance settlement, approval strategy (1.5); notes re same (.2). | 1.70 |
| 11/11/10 | D. Felder | Review memo from Lincoln regarding acquisition and follow-up telephone conference with J. Radecki regarding same. | 0.50 |
| 11/11/10 | R. Wyron | Review RSS motion (.3); review Lincoln analysis (.4); call to J. Radecki and follow-up (.3); review objection chart and develop analysis (.8); call with L. Esayian re 524(g) and follow-up e-mail re same (.6). | 2.40 |
| 11/11/10 | R. Frankel | Review memo from Lincoln properties re Project Red Sox (.7); review D. Felder e-mail/memo re earlier court approval (.4). | 1.10 |
| 11/12/10 | D. Fullem | Review docket updates for the week. | 0.20 |
| 11/12/10 | R. Wyron | Confer with P. Mahaley re strategy re remaining insurer objectors and follow-up (.6); review analysis re objections remaining (.4). | 1.00 |
| 11/15/10 | R. Wyron | Review CNA issues with P. Mahaley and respond to R. Horkovich. | 0.70 |
| 11/15/10 | R. Frankel | Review CNA status with R. Wyron. | 0.30 |
| 11/16/10 | S. Cruzado | Review recently filed documents. | 1.50 |


ORRICK

| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367 | | | December 15, 2010 Invoice No. 1285065 | |
|---|---|---|---|
| page 6 | | | |
| 11/16/10 | R. Wyron | Review information re insurance settlement and follow-up. | 0.30 |
| 11/17/10 | R. Wyron | Finalize insurance settlement and e-mails re same (.4); review hearing agenda (.2). | 0.60 |
| 11/17/10 | R. Frankel | Series of e-mails re approval of insurance settlement. | 0.20 |
| 11/17/10 | R. Frankel | Telephone conference with J. Aldock re approval process (.3); review, consider e-mail re ACC approval (.2). | 0.50 |
| 11/18/10 | R. Wyron | Prepare for call with Debtors and ACC re strategy (.4); review and respond to e-mails re CNA agreement (.3); begin review re potential objections (.5). | 1.20 |
| 11/18/10 | R. Frankel | Review e-mails re possible objector negotiations re settlement. | 0.30 |
| 11/18/10 | R. Frankel | Review as-filed order on insurance settlement. | 0.50 |
| 11/19/10 | R. Wyron | Review pending issues (.3); status call with counsel for Debtors and ACC and follow-up (.6); call with ACC counsel re settlement negotiations and follow-up (1.2); call to CNA counsel re motion (.3); review mootness research (.6); review insurance settlement draft and provide comments (.7). | 3.70 |
| 11/19/10 | R. Frankel | Review settlement, sort files (.4); review Libby files (.4). | 0.80 |
| 11/19/10 | R. Frankel | Confer with R. Wyron in preparation for call with Kirkland (.2); telephone conference with Kirkland team, R. Wyron and P. Lockwood (1.1); notes re same (.2). | 1.50 |
| 11/19/10 | R. Frankel | Telephone conference with R. Wyron, P. Lockwood re objectors and settlement (.6); notes re same (.2). | 0.80 |
| 11/20/10 | R. Frankel | Review transcript of confirmation hearing re insurance company protection (.3); notes re same (.1). | 0.40 |
| 11/20/10 | R. Frankel | Review issues regarding equitable mootness. | 2.40 |
| 11/20/10 | R. Frankel | Review updated insurance chart, related series of e-mails re 524 protection. | 0.60 |
| 11/22/10 | R. Wyron | Call re CNA settlement agreement and follow-up (.4); call with ACC counsel on reimbursement agreement issues, and follow-up (.8). | 1.20 |
| 11/22/10 | R. Frankel | Review objector files re status of 2009, 2010 settlement terms. | 1.30 |
| 11/23/10 | R. Wyron | Calls with P. Mahaley on strategy for additional settlements and follow-up (.6); review Libby issues and follow-up (.7); review additional settlement issues (.3). | 1.60 |
| 11/23/10 | R. Frankel | Review e-mails re Libby settlement discussions. | 0.40 |
| 11/24/10 | R. Wyron | Review information from R. Horkovich re CNA issues (.3); call with P. Mahaley and follow-up (.2). | 0.50 |
| 11/24/10 | R. Frankel | Review files re CNA pending motion. | 0.70 |
| 11/26/10 | R. Frankel | Review February draft settlement agreement, revised plan documents re settlement with objector (1.7); review further offers and counters (.7). | 2.40 |

# ORRICK

| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367 | December 15, 2010 |
|---|---|
| page 7 | Invoice No. 1285065 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/29/10 | D. Felder | Telephone conference with J. Solganick regarding update. | 0.10 |
| 11/29/10 | R. Wyron | Confer with R. Frankel re strategy for CNA motion and follow-up e-mail re same. | 0.40 |
| 11/29/10 | R. Frankel | Telephone conference with J. Aldock re settlement discussions with various objectors (.5); confer with R. Wyron re various settlement issues (.4); review files re multi-party settlement (.8). | 1.70 |
| 11/30/10 | S. Cruzado | Review recently filed documents. | 1.50 |

Total Hours    65.80
Total For Services    $56,206.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Stephen C. Cruzado | 4.50 | 240.00 | 1,080.00 |
| Debra Felder | 1.90 | 645.00 | 1,225.50 |
| Roger Frankel | 28.30 | 985.00 | 27,875.50 |
| Debra O. Fullem | 0.70 | 265.00 | 185.50 |
| Richard H. Wyron | 30.40 | 850.00 | 25,840.00 |
| Total All Timekeepers | 65.80 | $854.20 | $56,206.50 |

Disbursements
| | |
|---|---|
| Other Business Meals | 15.00 |
| Outside Services | 294.72 |
| Telephone | 7.56 |
| Westlaw Research | 34.71 |
| Total Disbursements | $351.99 |

**Total For This Matter**    **$56,558.49**


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 8

December 15, 2010
Invoice No. 1285065

For Legal Services Rendered Through November 30, 2010 in Connection With:

**Matter: 9 - Plan & Disclosure Statement**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/19/10 | R. Wyron | Review proposed technical plan amendments and follow-up re same. | 0.60 |
| 11/30/10 | R. Wyron | Call to J. Radecki (.2); review asset analysis for financial review (.8); begin review of plan modifications (.4). | 1.40 |
| 11/30/10 | R. Frankel | Review 5th set of plan modifications and related exhibits from Kirkland. | 1.80 |

Total Hours 3.80
Total For Services $3,473.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 1.80 | 985.00 | 1,773.00 |
| Richard H. Wyron | 2.00 | 850.00 | 1,700.00 |
| Total All Timekeepers | 3.80 | $913.95 | $3,473.00 |

**Total For This Matter** $3,473.00



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 9

December 15, 2010
Invoice No. 1285065

For Legal Services Rendered Through November 30, 2010 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 11/04/10 | D. Fullem | Prepare e-mails to Lincoln and Towers regarding quarterly fee application filings for Apr-Jun time period. | 0.40 |
| 11/05/10 | D. Fullem | Review and respond to e-mail from K. Boeger at Towers regarding filing of September monthly and Apr-June quarterly. | 0.20 |
| 11/08/10 | D. Fullem | Coordinate finalizing, filing and serving of Lincoln Partners and Towers Watson's quarterly fee applications for the time period April-June 2010. | 1.00 |
| 11/08/10 | D. Fullem | Coordinate finalizing, filing and serving of Towers Watson September 2010 monthly fee application. | 0.50 |
| 11/15/10 | D. Fullem | Review latest status of Lincoln monthly and quarterly fee apps to be filed. | 0.30 |
| 11/15/10 | D. Fullem | Review and respond to e-mail from B. Ruhlander regarding Lincoln. | 0.20 |
| 11/16/10 | D. Fullem | Review e-mail from C. Burke re Lincoln October monthly fee application. | 0.20 |
| 11/17/10 | D. Fullem | Review e-mail from B. Ruhlander regarding question on Lincoln expense in Apr-Jun fee application. | 0.10 |
| 11/18/10 | D. Fullem | Review and respond to e-mail from C. Burke regarding Lincoln's October monthly fee application. | 0.20 |
| 11/19/10 | D. Fullem | Prepare CNOs for Lincoln's August and September fee applications; coordinate filing, serving of same. | 0.50 |
| 11/19/10 | D. Felder | Review CNOs for Lincoln fee applications. | 0.10 |
| 11/22/10 | D. Fullem | Revise and finalize notice and related documents for Lincoln October fee application (.6); coordinate signature on Notice (.1); coordinate with local counsel to file same (.1). | 0.80 |
| 11/22/10 | D. Felder | Review Lincoln's fee application. | 0.10 |
| 11/29/10 | D. Fullem | Review D. Felder e-mail; prepare CNO for Tower's September fee application; arrange for D. Felder review/signature. | 0.30 |
| 11/30/10 | D. Fullem | Review docket update for recent status of compensation applications. | 0.20 |
| 11/30/10 | D. Fullem | Coordinate filing, serving of CNO for Towers' September fee application. | 0.30 |

Total Hours 5.40


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 10

December 15, 2010
Invoice No. 1285065

Total For Services     $1,507.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 0.20 | 645.00 | 129.00 |
| Debra O. Fullem | 5.20 | 265.00 | 1,378.00 |
| Total All Timekeepers | 5.40 | $279.07 | $1,507.00 |

Disbursements
    Document Reproduction     305.90
    Express Delivery     35.33
    Outside Services     12.96
    Postage     329.64
    Total Disbursements     $683.83

**Total For This Matter**     **$2,190.83**


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 11

December 15, 2010
Invoice No. 1285065

For Legal Services Rendered Through November 30, 2010 in Connection With:

**Matter: 12 - Retention of Professionals - Orrick**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/10/10 | D. Fullem | Review and respond to e-mail from D. Felder regarding disclosure issues. | 0.20 |
| 11/18/10 | D. Fullem | Review and respond to e-mail from R. Wyron; research filed disclosures as to Oracle as client; inform R. Wyron regarding information. | 1.00 |

Total Hours 1.20
Total For Services $318.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 1.20 | 265.00 | 318.00 |
| Total All Timekeepers | 1.20 | $265.00 | $318.00 |

**Total For This Matter** $318.00



# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 12

December 15, 2010  
Invoice No. 1285065

For Legal Services Rendered Through November 30, 2010 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/04/10 | D. Fullem | Review October prebill. | 1.00 |
| 11/05/10 | D. Felder | Review October prebill. | 1.00 |
| 11/08/10 | R. Wyron | Review quarterly fee application and follow-up. | 0.30 |
| 11/11/10 | R. Wyron | Review October prebill. | 0.40 |
| 11/15/10 | D. Fullem | Review e-mail from B. Ruhlander and inquiry on meal and travel charges; research and prepare e-mail providing additional information. | 0.40 |
| 11/15/10 | D. Fullem | Review and respond to e-mail from D. Felder regarding CNO to be filed on Orrick's September fee application. | 0.20 |
| 11/16/10 | D. Fullem | Prepare CNO for Orrick's September fee application; coordinate filing, serving same. | 0.50 |
| 11/19/10 | D. Fullem | Review status of account, fee application filings, prepare updated charts and circulate same. | 0.40 |
| 11/22/10 | D. Fullem | Review, revise and finalize October fee application (1.1); coordinate with local counsel to file same (.1). | 1.20 |
| 11/22/10 | D. Felder | Review October fee application and conference with D. Fullem regarding same. | 0.30 |
| 11/30/10 | D. Fullem | Prepare draft of quarterly fee application for Jul-Sep 2010 time period. | 1.00 |
| 11/30/10 | D. Fullem | Review status of payments, fee requests, pending matters; update fee/expense chart; circulate to group. | 0.60 |
| 11/30/10 | R. Wyron | Review status of fee applications and CNOs, and follow-up. | 0.20 |

Total Hours 7.50  
Total For Services $3,008.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 1.30 | 645.00 | 838.50 |
| Debra O. Fullem | 5.30 | 265.00 | 1,404.50 |
| Richard H. Wyron | 0.90 | 850.00 | 765.00 |
| Total All Timekeepers | 7.50 | $401.07 | $3,008.00 |

Disbursements


**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 13

December 15, 2010
Invoice No. 1285065

| | | |
|---|---:|---:|
| Document Reproduction | 1.30 | |
| Outside Services | 188.80 | |
| Total Disbursements | | $190.10 |

**Total For This Matter**     **$3,198.10**

\* \* \* **COMBINED TOTALS** \* \* \*

| | | |
|---|---:|---:|
| Total Hours | 123.50 | |
| Total Fees, all Matters | | $90,305.50 |
| Total Disbursements, all Matters | | $1,240.49 |
| Total Amount Due | | $91,545.99 |