# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Date: January 25, 2011**

**Hearing Deadline:  to be scheduled, if necessary**

### FEE DETAIL FOR OGILVY RENAULT LLP'S FORTY-SEVENTH MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



OGILVY
RENAULT

| | | |
|---|---|---|
| Client: | W.R. GRACE & CO. | December 15, 2010 |
| RE: | Chapter 11 Proceedings, General Matters | INVOICE: 1043140 |
| Matter No.: | 01016442-0001 | |

100035

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:    Richard Finke
              Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending November 30, 2010

| | |
|---|---|
| FEES | $1,774.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 61.62 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $1,836.12 |

TOTAL IN US FUNDS: $1,765.50



Payable upon receipt

Please remit by Bank Transfer to
RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, CANADA
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
Including invoice number on transfer order.

OGILVY RENAULT LLP / S.E.N.C.R.L., s.r.l.

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street, P.O. Box 84
Toronto, Ontario  M5J 2Z4
CANADA

T: 416.216.4000
F: 416.216.3930
toronto@ogilvyrenault.com

ogilvyrenault.com



W.R. GRACE & CO.                                              01016442-0001

RE:   Chapter 11 Proceedings, General Matters

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 1/11/10 | Katie Legree | Drafting 45th Monthly Fee Application (1.40); forwarding same to R. Finke for comment (0.10); finalizing 45th Monthly Fee Application (0.10); emailing same to L. Oberholzer for service and filing (0.10); forwarding same to fee auditor (0.10); drafting 15th Quarterly Interim Fee Application (2.10); forwarding same to R. Finke for comment (0.10); finalizing same and forwarding same to T. Walsh for signature (0.10). | 4.10 | $717.50 |
| 3/11/10 | Teresa Walsh | Review and swearing of 15th Quarterly Interim Fee Application. | 0.30 | $172.50 |
| 3/11/10 | Katie Legree | Finalizing 15th Quarterly Interim Fee Application (0.10); emailing same to L. Oberholzer and Fee Auditor (0.20). | 0.30 | $52.50 |
| 8/11/10 | Adrienne Glen | Correspondence regarding request by K. Ferbers for information as to status of U.S. confirmation of the Plan. | 0.30 | $84.00 |
| 8/11/10 | Orestes Pasparakis | Following-up on status. | 0.30 | $228.00 |
| 9/11/10 | Orestes Pasparakis | Following-up on status. | 0.50 | $380.00 |
| 9/11/10 | Adrienne Glen | Drafting email response to K. Ferbers regarding his request for status update. | 0.50 | $140.00 |
| | | **TOTAL FEES** | | **$1,774.50** |

DISBURSEMENTS – NON TAXABLE

| | |
|---|---|
| Courier service | 61.62 |
| | $61.62 |

INVOICE: 1043140