# EXHIBIT A

W.R. GRACE & CO., et al.  
CDN ZAI CLASS ACTION

U.S. FEE APPLICATION  
DATE:  
November 30, 2010  
OUR FILE NO: 05L121

# Scarfone Hawkins LLP
B A R R I S T E R S   A N D   S O L I C I T O R S

| ONE JAMES STREET SOUTH | TELEPHONE |
|---|---|
| 14TH FLOOR | 905-523-1333 |
| P.O. BOX 926, DEPOT #1 | |
| HAMILTON, ONTARIO | TELEFAX |
| L8N 3P9 | 905-523-5878 |

H.S.T. REGISTRATION NO.  **873984314 RT – 0001**

### CANADIAN ZAI MONTHLY FEE APPLICATION
**(November 1, 2010 – November 30, 2010)**

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11 /01/10 | *receipt of and respond to class member inquiries* | DT | $475.00 | 0.25 | $118.75 |
| 11 /01/10 | *receipt Careen Hannouche email re: meeting* | DT | $475.00 | 0.10 | $47.50 |
| 11 /01/10 | *receipt Careen Hannouche email, memo to Matt Moloci re: meeting* | DT | $475.00 | 0.10 | $47.50 |
| 11 /01/10 | *Emails from David Thompson and Careen Hannouche regarding scheduling of meeting in Montreal with Lauzon, Belanger concerning claims administration* | MGM | $375.00 | 0.10 | $37.50 |
| 11 /02/10 | *receipt of and respond to class member inquiries* | DT | $475.00 | 0.25 | $118.75 |
| 11 /02/10 | *receipt Matt Moloci memo, letter to Careen Hannouche and Michel Belanger, etc., memo to Matt Moloci* | DT | $475.00 | 0.25 | $118.75 |
| 11 /02/10 | *Emails from David Thompson regarding scheduling of meeting in Montreal with Lauzon, Belanger concerning claims administration; email reply to Thompson* | MGM | $375.00 | 0.10 | $37.50 |
| 11 /03/10 | *receipt of class member inquiry via email and respond to same* | DT | $475.00 | 0.10 | $47.50 |
| 11 /03/10 | *Email from David Thompson to Careen Hannouche and Michel Belanger concerning Collectiva information and application for appointment as claims administrator* | MGM | $375.00 | 0.10 | $37.50 |
| 11 /03/10 | *Email from David Thompson to Careen Hannouche and Michel Belanger concerning proposed meeting in Montreal regarding claims administration* | MGM | $375.00 | 0.10 | $37.50 |
| 11 /04/10 | *emails to and from Careen Hannouche regarding information from Collectiva* | DT | $475.00 | 0.10 | $47.50 |
| 11 /04/10 | *emails to and from Anna Vetere (Collectiva) re: appointment as Claims Administrator* | DT | $475.00 | 0.10 | $47.50 |

| 11/04/10 | receipt Careen Hannouche email, memo to Matt Moloci, receipt Matt Moloci memo, letter to Careen Hannouche | DT | $475.00 | 0.25 | $118.75 |
|---|---|---|---|---|---|
| 11/04/10 | receipt of and respond to class member inquiries | DT | $475.00 | 0.10 | $47.50 |
| 11/04/10 | Email reply Careen Hannouche to David Thompson concerning Collectiva information and application for appointment as claims administrator; email from Anna Vetere of Collectiva; email reply from Thompson to Vetere; further email from Hannouche regarding proposed meeting in January 2011 for review of claims administration procedures and application for appointment of Collectiva as claims administrator; further emails from and to Thompson in follow-up regarding claims administration and proposed meeting | MGM | $375.00 | 0.20 | $75.00 |
| 11/05/10 | receipt of and respond to various class member inquiries | DT | $475.00 | 0.25 | $118.75 |
| 11/05/10 | receipt Careen Hannouche email, etc., letter to Careen re: arranging meeting between counsel | DT | $475.00 | 0.10 | $47.50 |
| 11/05/10 | emails to and from Careen Hannouche, make arrangements and book trip to Montreal travel (January 12, 2011) re: meeting with Collectiva for Claims Administration Process | DT | $475.00 | 0.45 | $213.75 |
| 11/05/10 | Emails from David Thompson and Careen Hannouche regarding proposed meeting in Montreal to address claims administration | MGM | $375.00 | 0.10 | $37.50 |
| 11/08/10 | receipt Keith Ferbers' email requesting an update as to the status of U.S. approval | DT | $475.00 | 0.10 | $47.50 |
| 11/08/10 | finalize arrangements for meeting in Montreal, letter to Careen Hannouche and Michel Belanger, memo to Matt Moloci | DT | $475.00 | 0.25 | $118.75 |
| 11/08/10 | Email from Keith Ferbers to Orestes Pasparakis requesting status report concerning U.S. plan approval | MGM | $375.00 | 0.10 | $37.50 |
| 11/09/10 | follow-up email to Dan Hogan regarding application for approval of CDN claims administrator | DT | $475.00 | 0.10 | $47.50 |
| 11/09/10 | receipt Careen Hannouche email enclosing Dan Hogan invoice, memo to Cindy Yates to process payment of invoice, receipt Keith Ferber email | DT | $475.00 | 0.25 | $118.75 |
| 11/09/10 | Email from David Thompson to Dan Hogan regarding application for approval of CDN claims administrator | MGM | $375.00 | 0.10 | $37.50 |
| 11/10/10 | receipt Karen Harvey email, memo to Matt Moloci, letter to Careen Hannouche with respect to the Hogan Firm August 2010 fee application, etc. | DT | $475.00 | 0.10 | $47.50 |
| 11/10/10 | Email from Karen Harvey with attached remittance advice regarding payment of The Hogan Firm's August, 2010, monthly fee application; follow-up email from Cindy Yates to Sue McCormick; email from David Thompson to Careen Hannouche regarding receipt and reconciliation of funds | MGM | $375.00 | 0.10 | $37.50 |
| 11/10/10 | Email from David Thompson confirming travel arrangements and meeting schedule for Montreal meeting concerning claims administration; reply to Thompson; further email from Thompson to Careen Hannouche confirming travel and meeting arrangements | MGM | $375.00 | 0.10 | $37.50 |
| 11/12/10 | receipt Karen Harvey email with respect to wire transfer of funds of Hogan August 2010 monthly application | DT | $475.00 | 0.10 | $47.50 |

| Date | Description | Attorney | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/12/10 | *receipt and respond to various class member inquiries* | DT | $475.00 | 0.25 | $118.75 |
| 11/12/10 | *Email from Karen Harvey regarding bank wire of funds in payment of The Hogan Firm's Sixth Monthly Fee Application for August, 2010* | MGM | $375.00 | 0.10 | $37.50 |
| 11/15/10 | *follow-up email to Dan Hogan re: claims administrator approval process* | DT | $475.00 | 0.10 | $47.50 |
| 11/15/10 | *receipt Careen Hannouche email confirming possible January meeting* | DT | $475.00 | 0.10 | $47.50 |
| 11/15/10 | *memos to and from Cindy Yates, receipt Sue McCormick memo re: receipt of wire transfer money, memo to Matt Moloci* | DT | $475.00 | 0.25 | $118.75 |
| 11/15/10 | *emails to and from Karen Harvey, sign certification and return, letter to Collectiva, etc.* | DT | $475.00 | 0.25 | $118.75 |
| 11/15/10 | *emails to and from Dan Hogan with respect to claims administration* | DT | $475.00 | 0.25 | $118.75 |
| 11/15/10 | *Email from Careen Hannouche confirming meetings in Montreal on January 12 and 13, 2011, to address claims administration* | MGM | $375.00 | 0.10 | $37.50 |
| 11/15/10 | *Emails from David Thompson and Cindy Yates regarding receipt and application of payment from Grace to The Hogan Firm* | MGM | $375.00 | 0.10 | $37.50 |
| 11/15/10 | *Emails from David Thompson to and from Dan Hogan regarding proposed application to Court for appointment of Claims Administrator* | MGM | $375.00 | 0.10 | $37.50 |
| 11/15/10 | *Emails from Karen Harvey regarding Third Quarterly Fee applications; review; email reply from David Thompson to Harvey* | MGM | $375.00 | 0.20 | $75.00 |
| 11/16/10 | *receipt Karen Harvey emails, letters to and from Orestes Pasparakis, letter to Dan Hogan, etc.* | DT | $475.00 | 0.35 | $166.25 |
| 11/16/10 | *Email from David Thompson to Anna Vetere regarding Collectiva promotional materials; email reply from Vetere* | MGM | $375.00 | 0.20 | $75.00 |
| 11/16/10 | *Email from David Thompson to Orestes Pasparakis regarding application for appointment of Collective as claims administrator; email reply from Pasparakis* | MGM | $375.00 | 0.20 | $75.00 |
| 11/16/10 | *Emails from Karen Harvey to James Luckey and counsel with attached Notices of 3rd Quarterly Fee Applications of The Hogan Firm, Scarfone Hawkins LLP and Lauzon Belanger for service and filing; review all* | MGM | $375.00 | 0.30 | $112.50 |
| 11/17/10 | *emails to and from Dan Hogan regarding follow-up with U.S. counsel regarding appointment of claims administrator* | DT | $475.00 | 0.10 | $47.50 |
| 11/17/10 | *Further email from David Thompson to Orestes Pasparakis regarding application to appoint Collectiva as Claims Administrator; email reply from Dan Hogan regarding follow-up with U.S. counsel regarding application to appoint Collectiva as claims administrator; email reply from Thompson to Hogan* | MGM | $375.00 | 0.20 | $75.00 |
| 11/18/10 | *receipt of and respond to several class member inquiries* | DT | $475.00 | 0.25 | $118.75 |
| 11/22/10 | *receipt of and respond to various class member inquiries, etc.* | DT | $475.00 | 0.35 | $166.25 |
| 11/22/10 | *receipt "Collectiva" letter, letter to Dan Hogan and co-counsel re: appointment of Claims Administrator* | DT | $475.00 | 0.25 | $118.75 |

| Date | Description | | Rate | Hours | Total |
|---|---|---|---|---|---|
| 11 /22/10 | Email inquiry from possible CDN ZAI PD claimant Val | MGM | $375.00 | 0.10 | $37.50 |
| 11 /24/10 | receipt Dan Hogan email, receipt MGM memo, letter to Hogan and co-counsel, review Amended and Restated Minutes of Settlement | DT | $475.00 | 0.40 | $190.00 |
| 11 /24/10 | Email report from Dan Hogan regarding discussions with Jan Baer concerning coordination for application seeking appointment of CDN Claims Administrator and possible correspondence to Judge Fitzgerald concerning expiry of CDN settlement; email reply to Hogan; further emails from David Thompson and Hogan concerning issues raised and addressed | MGM | $375.00 | 0.30 | $112.50 |
| 11 /24/10 | Email from David Thompson to Dan Hogan with attached correspondence and brochure received from Collectiva Class Action Services Inc. for review and consideration concerning proposed appointment as CDN Claims Administrator; review | MGM | $375.00 | 0.30 | $112.50 |
| 11 /25/10 | Email from David Thompson to Dan Hogan regarding court approval and appointment of claims administrator and follow-up with Grace U.S. counsel; review | MGM | $375.00 | 0.10 | $37.50 |
| 11 /29/10 | receipt of and respond to various class member inquiries | DT | $475.00 | 0.25 | $118.75 |
| 11 /29/10 | emails to and from Keith Ferbers re: status of U.S. Confirmation Order and follow-up with Orestes Pasparakis | DT | $475.00 | 0.10 | $47.50 |
| 11 /29/10 | Email from Keith Ferbers requesting update regarding U.S. Confirmation; email reply from David Thompson to Ferbers; reply from Ferbers | MGM | $375.00 | 0.20 | $75.00 |
| 11 /30/10 | receipt of and respond to various and multiple class member inquiries | DT | $475.00 | 0.25 | $118.75 |
| 11 /30/10 | review dockets for period November 1, 2010 to November 30, 2010, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson and Matt Moloci, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosed monthly fee application for the period November 1, 2010 to November 30, 2010 | LC | $90.00 | 5.00 | 450.00 |
| | | | **SUB-TOTAL** | **15.4** | **$5,030.00** |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON | DT | 6.80 | $475.00 | $3,230.00 | $419.90 |
| MATTHEW G. MOLOCI | MGM | 3.60 | $375.00 | $1,350.00 | $175.50 |
| LAW CLERK Cindy Yates 25 years | CY | 5.00 | $90.00 | $450.00 | $58.50 |
| **SUB-TOTAL:** | | 15.4 | | $5,030.00 | $653.90 |
| **TOTAL FEES AND TAXES:** | | | | | **$5,683.90** |

THIS IS OUR FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.


**\*Del. Bankr. LR 2016-2(e)(iii) allows for**
**$.10 per page for photocopies.**