# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
AVOCATS • ATTORNEYS

December 15, 2010

RE :   W.R. GRACE & CO., and al.
       U.S. FEE APPLICATION
       CDN ZAI CLASS ACTION
       Our file :  222

**CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION**
**(November 1st 2010 to November 30th 2010)**

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**Our fees :**

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2010-11-04 | CH | Email to Mr. Thompson re: appointment of claims administrator | 0.17 | 285.00 | 48.45 |
| 2010-11-04 | CH | Email to Mr. Thompson re: meeting for discussion of claims administration | 0.08 | 285.00 | 22.80 |
| 2010-11-09 | CH | Email to Mr. Thompson re: The Hogan Firm invoice for professional services | 0.08 | 285.00 | 22.80 |
| 2010-11-11 | CH | Email to Kathy David (Rust Consulting) re: number of Quebec claims | 0.17 | 285.00 | 48.45 |
| 2010-11-11 | CH | Review of certain of the approx. 14,000 claim forms received from Rust Consulting | 2.00 | 285.00 | 570.00 |
| 2010-11-15 | CH | Email to Cindy Yates re: wire transfer The Hogan Firm fees for August 2010 | 0.08 | 285.00 | 22.80 |
| 2010-11-15 | CH | Email to Karen Harvey re: payment of August 2010 monthly application | 0.17 | 285.00 | 48.45 |
| 2010-11-16 | MB | Review of emails from David Thompson and Orestes Pasparakis re: Collectiva | 0.33 | 350.00 | 115.50 |
| 2010-11-16 | MB | Meeting with Anna Vetere and Careen Hannouche | 1.50 | 350.00 | 525.00 |
| 2010-11-16 | CH | Review of 3rd Quarterly Application prepared by Karen Harvey | 0.42 | 285.00 | 119.70 |
| 2010-11-16 | CH | Email to Karen Harvey re: review of 3rd Quarterly Application | 0.08 | 285.00 | 22.80 |
| 2010-11-23 | CH | Review of billing for monthly application of October 2010 | 0.33 | 285.00 | 94.05 |
| 2010-11-23 | CH | Email to Karen Harvey re: October monthly application | 0.08 | 285.00 | 22.80 |
| 2010-11-25 | MB | Review of emails between Dan Hogan, Matt Moloci and David Thompson | 0.50 | 350.00 | 175.00 |

- 2 -

| | | | | | | |
|---|---|---|---|---|---|---|
| 2010-11-26 | CH | Review of email exchange between Mr. Thompson and Mr. Hogan re: claims administration | 0.33 | 285.00 | | 94.05 |
| | | **OUR FEES :** | **6.32** | | | **1,952.65** |

TIME SUMMARY BY LAWYER

| | | | |
|---|---|---|---|
| MB | 350.00 | 2.33 | 815.50 |
| CH | 285.00 | 3.99 | 1,137.15 |

|  |  |
|---|---|
| Total G.S.T. | 97.63 |
| Total Q.S.T. | 153.77 |
| **TOTAL** | **$   2,204.05** |

\# G.S.T.   814682340 RT 0001
\# Q.S.T.   1211542736 TQ 0001