Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period November 1, 2010 through November 30, 2010

| Date | Staff | Description | Hours | 2010 Rate | Amount |
|---|---|---|---|---|---|
| **Bradley Rapp - Senior Managing Director** | | | | | |
| 07-Nov-10 | BR | Review of weekly update report on Grace. | 0.10 | $ 595.00 | $ 59.50 |
| 07-Nov-10 | BR | Review of overview of Project Red Sox. | 0.20 | $ 595.00 | $ 119.00 |
| 11-Nov-10 | BR | Review of weekly update report on Grace. | 0.10 | $ 595.00 | $ 59.50 |
| 13-Nov-10 | BR | Review of documents in connection with Debtor's proposed motion to acquire assets of undisclosed seller, including redacted asset purchase agreement. | 3.80 | $ 595.00 | $ 2,261.00 |
| 18-Nov-10 | BR | Review of weekly update report on Grace. | 0.10 | $ 595.00 | $ 59.50 |
| 23-Nov-10 | BR | Review of COFC memo re advice to ACC with respect to Debtor's motion for an acquisition (Project Red Sox). | 0.10 | $ 595.00 | $ 59.50 |
| 27-Nov-10 | BR | Review of Grace 10-Q for the quarter ended September 30, 2010. | 2.70 | $ 595.00 | $ 1,606.50 |
| 28-Nov-10 | BR | Continued review of Grace 10-Q for the quarter ended September 30, 2010. | 1.90 | $ 595.00 | $ 1,130.50 |
| 29-Nov-10 | BR | Comparison of Grace operating performance for the 3Q10 with the corresponding period from 2009. | 1.40 | $ 595.00 | $ 833.00 |
| 29-Nov-10 | BR | Review of COFC's weekly update report on Grace. | 0.10 | $ 595.00 | $ 59.50 |
| 30-Nov-10 | BR | Review of proposed settlement agreement with a state taxing authority in preparation for conference call with debtor and its financial advisor to discuss the same. | 0.30 | $ 595.00 | $ 178.50 |
| | | Total Bradley Rapp | 10.80 | | $ 6,426.00 |
| **James Sinclair - Senior Managing Director** | | | | | |
| 01-Nov-10 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 03-Nov-10 | JS | Review, analyze Project Red Sox proposed acquisition information in preparation for conference call with Company and Blackstone on 11/5/10. | 0.80 | $ 595.00 | $ 476.00 |
| 04-Nov-10 | JS | Write memorandum to ACC counsel (T. Sweet) regarding value of the package to the Asbestos Trust in accordance with the Plan at the request of | 0.80 | $ 595.00 | $ 476.00 |
| 05-Nov-10 | JS | Review Project Red Sox materials, draft questions in preparation for conference call with Company and Blackstone on 11/5/10. | 0.70 | $ 595.00 | $ 416.50 |
| 05-Nov-10 | JS | Conference call with Company and Blackstone regarding prospective acquisitions of Project Red Sox. | 0.50 | $ 595.00 | $ 297.50 |
| 08-Nov-10 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| 08-Nov-10 | JS | Review, analyze 3rd Quarter 2010 10-Q for monitoring and for purposes of advising ACC counsel. | 2.80 | $ 595.00 | $ 1,666.00 |
| 08-Nov-10 | JS | Review Chemical Week article 'Profit Recovery Continues' regarding the volume growth and margin expansion among specialty chemical companies in the 3rd Quarter 2010 and favorable outlook for monitoring and for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 15-Nov-10 | JS | Review, analyze Project Red Sox Motion and Exhibits (Purchase Agreement et al.) for purposes of advising ACC counsel. | 2.20 | $ 595.00 | $ 1,309.00 |
| 16-Nov-10 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| 22-Nov-10 | JS | Review information on Project Red Sox, write memorandum to ACC counsel regarding the acquisition of Project Red Sox by Grace for purposes of advising ACC counsel. | 1.40 | $ 595.00 | $ 833.00 |
| 23-Nov-10 | JS | Call with ACC counsel (Hurford) regarding Project Red Sox acquisition for purposes of advising counsel. | 0.40 | $ 595.00 | $ 238.00 |
| 29-Nov-10 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 30-Nov-10 | JS | Review, analyze Company memorandum on Massachusetts Tax Settlement for purposes of advising ACC counsel. | 2.20 | $ 595.00 | $ 1,309.00 |
| | | Total James Sinclair | 14.60 | | $ 8,687.00 |
| **Peter Cramp - Senior Analyst** | | | | | |
| 01-Nov-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $ 275.00 | $ 385.00 |
| 05-Nov-10 | PC | Review Project Red Sox materials for due diligence. | 0.50 | $ 275.00 | $ 137.50 |
| 08-Nov-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 275.00 | $ 440.00 |
| 15-Nov-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $ 275.00 | $ 412.50 |
| 22-Nov-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 275.00 | $ 440.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period November 1, 2010 through November 30, 2010

| Date | Staff | Description | Hours | 2010 Rate | Amount |
|---|---|---|---|---|---|
| 24-Nov-10 | PC | Review October Fee Application. | 0.40 | $ 275.00 | $ 110.00 |
| 29-Nov-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $ 275.00 | $ 385.00 |
| 30-Nov-10 | PC | Review Massachusetts Tax Settlement materials in preparation for conference call with Company on 12/2/2010. | 0.60 | $ 275.00 | $ 165.00 |
| | | Total Peter Cramp | 9.00 | | $ 2,475.00 |
| Gibbons Sinclair - Senior Analyst | | | | | |
| 24-Nov-10 | GS | Draft WR Grace October 2010 invoice. | 1.70 | $ 275.00 | $ 467.50 |
| | | Total Gibbons Sinclair | 1.70 | | $ 467.50 |
| | | **TOTAL** | 36.10 | | $ 18,055.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period November 1, 2010 through November 30, 2010

| Date | Staff | Description | Hours | 2010 Rate | Amount |
|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | |
| 01-Nov-10 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 01-Nov-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $ 275.00 | $ 385.00 |
| 04-Nov-10 | JS | Write memorandum to ACC counsel (T. Sweet) regarding value of the package to the Asbestos Trust in accordance with the Plan at the request of | 0.80 | $ 595.00 | $ 476.00 |
| 07-Nov-10 | BR | Review of weekly update report on Grace. | 0.10 | $ 595.00 | $ 59.50 |
| 08-Nov-10 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| 08-Nov-10 | JS | Review Chemical Week article 'Profit Recovery Continues' regarding the volume growth and margin expansion among specialty chemical companies in the 3rd Quarter 2010 and favorable outlook for monitoring and for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 08-Nov-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 275.00 | $ 440.00 |
| 11-Nov-10 | BR | Review of weekly update report on Grace. | 0.10 | $ 595.00 | $ 59.50 |
| 15-Nov-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $ 275.00 | $ 412.50 |
| 16-Nov-10 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| 18-Nov-10 | BR | Review of weekly update report on Grace. | 0.10 | $ 595.00 | $ 59.50 |
| 22-Nov-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 275.00 | $ 440.00 |
| 29-Nov-10 | BR | Review of COFC's weekly update report on Grace. | 0.10 | $ 595.00 | $ 59.50 |
| 29-Nov-10 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 29-Nov-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $ 275.00 | $ 385.00 |
| | | Total Asset Analysis and Recovery | 11.50 | | $ 4,442.50 |
| **Business Operations** | | | | | |
| 08-Nov-10 | JS | Review, analyze 3rd Quarter 2010 10-Q for monitoring and for purposes of advising ACC counsel | 2.80 | $ 595.00 | $ 1,666.00 |
| 27-Nov-10 | BR | Review of Grace 10-Q for the quarter ended September 30, 2010. | 2.70 | $ 595.00 | $ 1,606.50 |
| 28-Nov-10 | BR | Continued review of Grace 10-Q for the quarter ended September 30, 2010. | 1.90 | $ 595.00 | $ 1,130.50 |
| 29-Nov-10 | BR | Comparison of Grace operating performance for the 3Q10 with the corresponding period from 2009. | 1.40 | $ 595.00 | $ 833.00 |
| | | Total Business Operations | 8.80 | | $ 5,236.00 |
| **Fee Applications (Applicant)** | | | | | |
| 24-Nov-10 | PC | Review October Fee Application. | 0.40 | $ 275.00 | $ 110.00 |
| 24-Nov-10 | GS | Draft WR Grace October 2010 invoice. | 1.70 | $ 275.00 | $ 467.50 |
| | | Total Fee Applications (Applicant) | 2.10 | | $ 577.50 |
| **Asset Disposition** | | | | | |
| 03-Nov-10 | JS | Review, analyze Project Red Sox proposed acquisition information in preparation for conference call with Company and Blackstone on 11/5/10. | 0.80 | $ 595.00 | $ 476.00 |
| 05-Nov-10 | JS | Review Project Red Sox materials, draft questions in preparation for conference call with Company and Blackstone on 11/5/10. | 0.70 | $ 595.00 | $ 416.50 |
| 05-Nov-10 | JS | Conference call with Company and Blackstone regarding prospective acquisitions of Project Red Sox. | 0.50 | $ 595.00 | $ 297.50 |
| 05-Nov-10 | PC | Review Project Red Sox materials for due diligence. | 0.50 | $ 275.00 | $ 137.50 |
| 07-Nov-10 | BR | Review of overview of Project Red Sox. | 0.20 | $ 595.00 | $ 119.00 |
| 13-Nov-10 | BR | Review of documents in connection with Debtor's proposed motion to acquire assets of undisclosed seller, including redacted asset purchase agreement. | 3.80 | $ 595.00 | $ 2,261.00 |
| 15-Nov-10 | JS | Review, analyze Project Red Sox Motion and Exhibits (Purchase Agreement et al.) for purposes of advising ACC counsel. | 2.20 | $ 595.00 | $ 1,309.00 |
| 22-Nov-10 | JS | Review information on Project Red Sox, write memorandum to ACC counsel regarding the acquisition of Project Red Sox by Grace for purposes of advising ACC counsel. | 1.40 | $ 595.00 | $ 833.00 |
| 23-Nov-10 | BR | Review of COFC memo re advice to ACC with respect to Debtor's motion for an acquisition (Project Red Sox). | 0.10 | $ 595.00 | $ 59.50 |
| 23-Nov-10 | JS | Call with ACC counsel (Hurford) regarding Project Red Sox acquisition for purposes of advising counsel. | 0.40 | $ 595.00 | $ 238.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period November 1, 2010 through November 30, 2010

| Date | Staff | Description | Hours | 2010 Rate | Amount |
|---|---|---|---|---|---|
| | | Total Asset Disposition | 10.60 | | $ 6,147.00 |
| **Tax Issues** | | | | | |
| 30-Nov-10 | BR | Review of proposed settlement agreement with a state taxing authority in preparation for conference call with debtor and its financial advisor to discuss the same. | 0.30 | $ 595.00 | $ 178.50 |
| 30-Nov-10 | JS | Review, analyze Company memorandum on Massachusetts Tax Settlement for purposes of advising ACC counsel. | 2.20 | $ 595.00 | $ 1,309.00 |
| 30-Nov-10 | PC | Review Massachusetts Tax Settlement materials in preparation for conference call with Company on 12/2/2010. | 0.60 | $ 275.00 | $ 165.00 |
| | | Total Tax Issues | 3.10 | | $ 1,652.50 |
| | | **TOTAL** | 36.10 | | $ 18,055.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period November 1, 2010 through November 30, 2010
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 10.80 | $ 595.00 | $ 6,426.00 |
| James Sinclair - Senior Managing Director | 14.60 | $ 595.00 | $ 8,687.00 |
| Peter Cramp - Senior Analyst | 9.00 | $ 275.00 | $ 2,475.00 |
| Gibbons Sinclair - Senior Analyst | 1.70 | $ 275.00 | $ 467.50 |
| Total Professional Hours and Fees | 36.10 | | $ 18,055.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - November 1, 2010 through November 30, 2010

| Date | Description of Item | Amount |
|---|---|---|
|  | No Expenses during this Period |  |
|  | Total Expenses November 1, 2010 through November 30, 2010 | $0.00 |