## EXHIBIT A

### Case Administration (1.70 Hours; $ 1,273.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.10 | $860 | 946.00 |
| Rita C. Tobin | .60 | $545 | 327.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/01/10 | PVL | 860.00 | 0.50 | Review docs for filing. |
| 11/01/10 | RCT | 545.00 | 0.20 | Review local counsel records and docket re EI update (0.2) |
| 11/02/10 | PVL | 860.00 | 0.10 | Review 6 miscellaneous filings. |
| 11/08/10 | PVL | 860.00 | 0.10 | Review 6 misc filings. |
| 11/08/10 | RCT | 545.00 | 0.20 | Review local counsel records and docket re EI update (0.2) |
| 11/15/10 | PVL | 860.00 | 0.10 | Review 4 misc filings. |
| 11/16/10 | RCT | 545.00 | 0.20 | Review local counsel records and docket weekly update (0.2) |
| 11/22/10 | PVL | 860.00 | 0.10 | Review 4 misc filings. |
| 11/23/10 | PVL | 860.00 | 0.20 | Review 5 misc filings (.1); review e-mail and reply (.1). |

**Total Task Code .04          1.70**

### Committee, Creditors', Noteholders' or Equity Holders' (.30 Hours; $ 285.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .30 | $950 | 285.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/02/10 | EI | 950.00 | 0.30 | Memo to Committee re: Associated International settlement proposal and follow-up memos to R. Jacobs (.3). |

{D0193630.1 }

**Total Task Code .07          .30**


**<u>Fee Applications, Applicant (8.30 Hours; $ 3,518.50)</u>**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 5.30 | $545 | 2,888.50 |
| Eugenia Benetos | 3.00 | $210 | 630.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/01/10 | RCT | 545.00 | 0.20 | Review fee apps scheduled for November (0.2) |
| 11/02/10 | RCT | 545.00 | 0.40 | Review fee-related emails and conf. EB re same (0.4) |
| 11/03/10 | RCT | 545.00 | 0.60 | Address fee issues (0.6) |
| 11/04/10 | RCT | 545.00 | 0.50 | Address fee and expense issues re monthly fee app filing (0.5) |
| 11/10/10 | RCT | 545.00 | 0.30 | Review pre-bills (0.3) |
| 11/12/10 | RCT | 545.00 | 1.30 | Review interim fee app (1.3) |
| 11/12/10 | RCT | 545.00 | 0.30 | Review exhibits (0.3) |
| 11/15/10 | EB | 210.00 | 1.10 | Work on interim fee application. |
| 11/16/10 | EB | 210.00 | 0.20 | Prepare email to local counsel re: documents for filing. |
| 11/18/10 | RCT | 545.00 | 1.00 | Review monthly fee app (1.0) |
| 11/18/10 | EB | 210.00 | 1.10 | Work on monthly fee application. |
| 11/29/10 | RCT | 545.00 | 0.70 | Address payment issues (0.7) |
| 11/29/10 | EB | 210.00 | 0.60 | Perform review of fee application schedule (.2); create memo re: check breakdown for EI and JR (.4) |


**Total Task Code .12          8.30**


**<u>Plan & Disclosure Statement (11.80 Hours; $ 9,831.00)</u>**

{D0193630.1 }

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $950 | 190.00 |
| Peter Van N. Lockwood | 10.40 | $860 | 8,944.00 |
| Ann C. McMillan | 1.00 | $595 | 595.00 |
| Jeffrey A. Liesemer | .20 | $510 | 102.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/01/10 | ACM | 595.00 | 0.60 | Review Associated Settlement Agreement and send e-mail to B. Horkovitch re same. |
| 11/02/10 | PVL | 860.00 | 1.20 | Review revised draft CNA approval motion (.4); review revised draft CNA agmt (.4); review revised draft CNA approval order (.2); review email and reply (.2). |
| 11/03/10 | PVL | 860.00 | 0.10 | Review revised draft approval order and email. |
| 11/04/10 | PVL | 860.00 | 0.90 | Review revised drafts of CNA agmt and approval order (.6); teleconference EI (.3). |
| 11/04/10 | EI | 950.00 | 0.10 | Status inquiry re: insurance (.1). |
| 11/05/10 | PVL | 860.00 | 0.50 | Review revised drafts of CNA agmt and approval order and Esayian email. |
| 11/05/10 | EI | 950.00 | 0.10 | Memo re: insurance settlement (.1). |
| 11/08/10 | PVL | 860.00 | 1.00 | Review email (.1); review revised draft CNA agmt and email Giannotto (.3); teleconference Horkovich (.6). |
| 11/08/10 | ACM | 595.00 | 0.10 | Teleconference B. Horkovich re insurance issue. |
| 11/09/10 | PVL | 860.00 | 0.80 | Review email and reply (.2); review revised CNA approval motion (.4); review revised CNA agmt and order (.2). |
| 11/10/10 | PVL | 860.00 | 1.20 | Review email and reply (.1); teleconference Wyron, Mehaley and Horkovich (1.1). |
| 11/11/10 | PVL | 860.00 | 0.40 | Review email and reply (.1); teleconference Horkovich (.3). |
| 11/12/10 | PVL | 860.00 | 0.40 | Review draft memo to ACC and teleconference LK re same (.2); review email and reply (.2). |

| | | | | |
|---|---|---|---|---|
| 11/12/10 | JAL | 510.00 | 0.20 | Review and analysis of memo from PVNL re: proposed settlement w/CNA. |
| 11/14/10 | ACM | 595.00 | 0.20 | Send e-mails to PVNL re insurance proceeds valuation. |
| 11/15/10 | PVL | 860.00 | 0.20 | Review e-mail and reply (.1); review revised CNA motion and order (.1). |
| 11/16/10 | PVL | 860.00 | 0.10 | Review e-mail. |
| 11/17/10 | PVL | 860.00 | 0.20 | Review e-mail (.1); review Horkovich memo (.1). |
| 11/18/10 | PVL | 860.00 | 0.20 | Review e-mail and reply (.1); teleconference Cooney (.1). |
| 11/19/10 | PVL | 860.00 | 2.20 | Teleconference Donley, Paul, Baer, Freedman, Frankel and Wyron (1.0); confer Frankel and Wyron (.7); e-mail Cooney (.1); research (.1); e-mail Wyron (.1); teleconference Cooney (.2). |
| 11/19/10 | ACM | 595.00 | 0.10 | Exchange e-mails with D. Ball re TDP. |
| 11/29/10 | PVL | 860.00 | 0.40 | Review Horkovich and Chung e-mail and reply (.2); teleconference Horkovich (.1); review draft response re Integrity (.1). |
| 11/30/10 | PVL | 860.00 | 0.60 | Review draft POR revisions and Donley e-mail and reply (.4); review draft revised POR and exhibits (.2). |

**Total Task Code .17**          **11.80**

<u>Other Charges</u>:

| | |
|---|---|
| Air Freight & Express Mail | 34.89 |
| Long Distance-Equitrac In-House | 1.28 |
| Xeroxing | 5.90 |
| **Total:** | **$ 42.07** |