**EXHIBIT B**

**Case Administration (1.70 Hours; $ 1,273.00)**

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04        1.70**

**Committee, Creditors', Noteholders' or Equity Holders' (.30 Hours; $ 285.00)**

Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07        .30**

**Fee Applications, Applicant (8.30 Hours; $ 3,518.50)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12        8.30**

**Plan & Disclosure Statement (11.80 Hours; $ 9,831.00)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17        11.80**

{D0193631.1 }