## **EXHIBIT C**

<u>Other Charges</u>:

| | |
|---|---:|
| Air Freight & Express Mail | 34.89 |
| Long Distance-Equitrac In-House | 1.28 |
| Xeroxing | 5.90 |
| **Total:** | **$ 42.07** |

{D0193632.1 }