PREBILL / CONTROL REPORT

**Client Number: 4642**                    **Grace Asbestos Personal Injury Claimants**

**Matter     000**                          **Disbursements**

Attn:

**Matter     000**                                                                 Trans Date Range: 1/1/1950  t

**Disbursements**

Bill Cycle:        Monthly            Style:         i1        Start:    4/16/2001    Last Billed :    11/18/2010

Client Retainers Available          $4,759.14    Committed to Invoices:          $0.00        Remaining:

Total Expenses Billed To Date       $3,884,213.14   Billing Empl:         0120
                                                    Responsible Empl:     0120

                                                    Alternate Empl:       0120
                                                    Originating Empl:     0120

**Summary by Employee**

|      |          |                    | ---------- A C T U A L ---------- || ---------- B I L L I |
| Empl | Initials | Name               | Hours | Amount | Hours |
|------|----------|--------------------|-------|--------|-------|
| 0120 | EI       | Elihu  Inselbuch   | 0.00  | 35.69  | 0.00  |
| 0999 | C&D      | Caplin & Drysdale  | 0.00  | 6.38   | 0.00  |
| **Total Fees** |   |            | **0.00** | **42.07** | **0.00** |

**Detail Time / Expense by Date**

|         |                                                     |           |            |           |      | ---------- A C T U A L ---------- ||
| TransNo.| Description                                         | TransType | Trans Date | Work Empl | Rate | Hours | Amount |
|---------|-----------------------------------------------------|-----------|------------|-----------|------|-------|--------|
| 2617170 | Equitrac - Long Distance to 14142649461             | E         | 11/03/2010 | 0999 C&D  |      | 0.00  | $0.04  |
| 2617539 | Federal Express -Delivery to K.Hemming, 10/25/10 (EI)| E        | 11/08/2010 | 0120 EI   |      | 0.00  | $14.50 |
| 2617671 | Equitrac - Long Distance to 18054993572             | E         | 11/08/2010 | 0999 C&D  |      | 0.00  | $0.12  |
| 2617672 | Equitrac - Long Distance to 12122781322             | E         | 11/08/2010 | 0999 C&D  |      | 0.00  | $0.28  |
| 2618391 | Equitrac - Long Distance to 12123197125             | E         | 11/14/2010 | 0999 C&D  |      | 0.00  | $0.36  |
| 2618617 | Equitrac - Long Distance to 12123197125             | E         | 11/15/2010 | 0999 C&D  |      | 0.00  | $0.04  |
| 2623685 | Photocopy                                           | E         | 11/16/2010 | 0999 C&D  |      | 0.00  | $3.30  |
| 2623893 | Photocopy                                           | E         | 11/18/2010 | 0999 C&D  |      | 0.00  | $1.80  |
| 2624641 | Equitrac - Long Distance to 17735026166             | E         | 11/20/2010 | 0999 C&D  |      | 0.00  | $0.36  |
| 2624808 | Equitrac - Long Distance to 13369269145             | E         | 11/24/2010 | 0999      |      | 0.00  |        |

|  |  |  |  |  | C&D |  | $0.08 |
|---|---|---|---|---|---|---|---|
| 2624965 | Federal Express -Delivery to K.Hemming, 11/16/10 (EI) | E | 11/30/2010 | 0120 | | | |
|  |  |  |  |  | EI | 0.00 | $12.60 |
| 2624967 | Federal Express -Delivery to K.Hemming, 11/18/10 (EI; Split b/w clients 4642 & 5334) | E | 11/30/2010 | 0120 | | | |
|  |  |  |  |  | EI | 0.00 | $7.79 |
| 2630289 | NYO Copy Charges, 11/2010  (EI) | E | 11/30/2010 | 0120 | | | |
|  |  |  |  |  | EI | 0.00 | $0.80 |

**Total Expenses**                                                                      0.00

    Matter Total Fees                                                                      0.00

    Matter Total Expenses                                                                 42.07

    Matter Total                                                                    0.00    42.07

    Prebill Total Fees

    Prebill Total Expenses

    Prebill Total                                                                          0.00

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 74,690 | 05/21/2010 | 32,577.50 | 6,515.50 |
| 75,024 | 06/18/2010 | 30,260.00 | 6,052.00 |
| 75,954 | 07/20/2010 | 9,500.50 | 1,900.10 |
| 76,402 | 08/17/2010 | 9,721.50 | 1,944.30 |
| 77,013 | 09/24/2010 | 9,302.00 | 1,860.40 |
| 77,889 | 10/25/2010 | 12,901.00 | 2,580.20 |
| 78,379 | 11/18/2010 | 9,510.86 | 9,510.86 |
|  |  | 184,971.86 | 33,625.09 |

Page: 1

12/21/2010

Print Date/Time: 12/21/2010   7:32:10PM

Invoice #

:o: 11/30/2010

13,655

$4,759.14

Elihu  Inselbuch
Elihu  Inselbuch

Elihu  Inselbuch
Elihu  Inselbuch

N G---------

| Amount |
|---|
| 35.69 |
| 6.38 |
| **42.07** |

---------- B I L L I N G---------

| Rate | Hours | Amount | | Cumulative |
|---|---|---|---|---|
| | 0.00 | $0.04 | 0.04 | |
| | 0.00 | $14.50 | 14.54 | |
| | 0.00 | $0.12 | 14.66 | |
| | 0.00 | $0.28 | 14.94 | |
| | 0.00 | $0.36 | 15.30 | |
| | 0.00 | $0.04 | 15.34 | |
| | 0.00 | $3.30 | 18.64 | |
| | 0.00 | $1.80 | 20.44 | |
| | 0.00 | $0.36 | 20.80 | |

|  | 0.00 | $0.08 | 20.88 |
|---|---|---|---|
|  | 0.00 | $12.60 | 33.48 |
|  | 0.00 | $7.79 | 41.27 |
|  | 0.00 | $0.80 | 42.07 |
| $42.07 | 0.00 |  | $42.07 |
|  |  | 0.00 |  |
|  |  | 42.07 |  |
|  | 0.00 | 42.07 |  |

| $42.07 |  | $42.07 |
|---|---|---|
| $42.07 | 0.00 | $42.07 |