IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al.[1] ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Hearing Date: January 10, 2011, at 9:00 a.m. |
| ) | Agenda Item No. 6 |
| ) | |
| | Re: Docket Nos. 25864, 25965 |

## CERTIFICATION OF COUNSEL ATTACHING AFFIDAVIT REGARDING OBJECTION SEEKING DISALLOWANCE OF CLAIM NO. 2114 OF N.Y. HILLSIDE, INC.

1. On December 3, 2010, the Debtors filed their Objection Seeking Disallowance of Claim No. 2114 of NY Hillside, Inc. (the "Objection") (Docket No. 25864).

2. On December 19, 2010, a *pro se* Response to the Objection was sent to counsel for the Debtors, which the Debtors filed with the Court on December 28, 2010 (the Response")(Docket No. 25965).

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

3. In the Response, NY Hillside made certain allegations with respect to the operations Grace Petroleum Corporation ("GPC") and Samson Hydrocarbons Company relating to certain real properties located in Los Angeles County, California which are the subject of the case captioned <u>Petro Resources, Inc. vs. N. Y. Hillside, Inc, et al</u>, Case No. BC 222456, in the Superior Court of California, Los Angeles County (the "Petro Suit"), which involved alleged contamination of certain oil and gas properties that Petro Resources, Inc. had leased to NY Hillside ("the Subject Property).

4. Attached as Exhibit 1 hereto is the Affidavit of Michael G. Daniel, the General Counsel of SGH Enterprises, Inc., f/k/a Samson Hydrocarbons Company. The Affidavit is filed with respect to the Objection to address the factual misstatements made about Samson and GPC in the NY Hillside Response.

5. Specifically, NY Hillside alleges in its Response that GPC or Samson was involved in operations on the Subject Property from approximately 1960 to 2000. This is false.

6. As indicated in the Objection, GPC assigned all of its interest in the Subject Property, including its Oil and Gas Leases, to Petro Resources, Inc. and divested itself of any interest in operations on the Subject Property no later than April, 1989, approximately 11 years earlier than alleged by NY Hillside and 3 years before Samson Investment Company purchased the stock of GPC in 1992. After April, 1989, GPC was not involved in any further operations on the Subject Property. And, at no time did Samson own the Subject Property or participate in any operations on the Subject Property. ( See Daniel Affidavit at para. 4-5.)

7. In the Response, NY Hillside further suggests that the Settlement Agreement that Samson entered into with NY Hillside in December 2001 regarding the Petro Suit was intended

2

to settle Samson's alleged responsibility for contamination on the Subject Property. This is also false.

8. As provide in paragraph 7 of the Daniel Affidavit, Samson's participation in the Settlement Agreement was for the purpose of resolving any and all liability of Samson in the Petro Suit including any alleged liability of Samson Investment Company, Samson Hydrocarbons Company and GPC. Samson had no liability of its own with respect to the matter and was only involved in the Petro Suit because Samson Hydrocarbons Company was the successor to GPC.

9. Pursuant to this Certification of Counsel, the Debtors submit the Daniel Affidavit in further support of the Objection and seek disallowance of NY Hillside's claim.

Dated: January 5, 2011

KIRKLAND & ELLIS LLP
Adam Paul
John Donley
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

and

BAER HIGGINS FRUCHTMAN LLC
Janet S. Baer, P.C.
Roger J. Higgins P.C.
70 W. Madison St., Suite 2100
Chicago, IL 60602-4253
Telephone: (312) 641-2162
Facsimile: (312( 641-2165

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors-in-Possession

4

DOCS_DE:166735.1