## EXHIBIT 1

**Affidavit of Michael G. Daniel**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.[1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Hearing Date: January 10, 2011, at 9:00 a.m. |
| | ) Objection Deadline: December 23, 2010 |

**AFFIDAVIT OF MICHAEL G. DANIEL REGARDING DEBTORS OBJECTION
SEEKING DISALLOWANCE OF CLAIM NO. 2114 OF N.Y. HILLSIDE, INC.**

I, Michael G. Daniel, being first duly sworn, on oath state as follows:

1. I am the Vice President and General Counsel of Samson Investment Company and the General Counsel of SGH Enterprises, Inc. f/k/a Samson Hydrocarbons Company.

2. This Affidavit is based on my own personal knowledge and based on a review of relevant records.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

3. On or about December 30, 1992, Grace Energy Corporation ("Grace Energy"), the holder of 100% of the stock of Grace Petroleum Company ("GPC"), entered into an Agreement for the Purchase and Sale of the Stock of GPC with Samson Investment Company (the "Sale Agreement") whereby Grace Energy sold all of the stock of GPC to Samson Investment Company. Thereafter, GPC changed its name to Samson Hydrocarbons Company. (Hereinafter, Samson Investment Company and Samson Hydrocarbons Company may also be referred to collectively as "Samson").

4. At the time Samson Investment Company purchased the stock of GPC from Grace Energy, GPC had no operations at or ownership in the real properties located in Los Angeles County, California which are the subject of the case captioned Petro Resources, Inc. vs. N. Y. Hillside, Inc., et al, Case No. BC 222456, in the Superior Court of California, Los Angeles County (the "Petro Suit"), which involved alleged contamination of certain oil and gas properties that Petro Resources, Inc. had leased to NY Hillside (the "Subject Property"). GPC had assigned all of its interest in the Subject Properties, including its Oil and Gas Leases to Petro Resources, Inc. and divested itself of any interest in operations on the Subject Properties no later than April, 1989, approximately 3 years before Samson Investment Company purchased the stock of GPC.

5. At no time did Samson own the Subject Property or participate in any operations on the Subject Property.

6. On or about July 5, 2001, NY Hillside Inc. filed an Amendment to its Second Amended Cross-Complaint in the Petro Suit[2] wherein NY Hillside added Samson as an additional Cross-Defendant. In the Amendment, NY Hillside alleged that Samson was an entity

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Objection Seeking Disallowance of Claim No. 2441 of N. Y. Hillside, Inc. filed by Grace on or about December 3, 2010 (Docket No. 25864).

which "in or around 1992 purchased all of the stock and assets of [GPC] an operator of the Subject Properties."

7.  In December, 2001, Samson entered into a Settlement Agreement and Mutual Release (the "Settlement Agreement") with NY Hillside and certain other settling cross-defendants in the Petro Suit. Each of the settling cross-defendants agreed to pay $25,000 in settlement to NY Hillside. Samson's participation in the Settlement Agreement was for the purpose of resolving any and all alleged liability of Samson in the Petro Suit, including any alleged liability of Samson Investment Company, Samson Hydrocarbons Company, and GPC. Samson had no liability of its own with respect to the matter and was only involved in the Petro Suit because Samson Hydrocarbons Company was the successor to GPC.

8.  On or about March 31, 2003, Samson filed proofs of claim against various Grace Debtors in their bankruptcy cases. Among the claims asserted therein, Samson seeks recovery from Grace Energy and W. R. Grace & Co.-Conn. ("Grace Conn") of the $25,000 it paid to NY Hillside under the Settlement Agreement to settle the Petro Suit, as well as Samson's legal costs therein. Samson asserts its claims under Article XIII of the Sale Agreement whereby Samson asserts that Grace Energy and Grace-Conn indemnified Samson for claims such as those asserted against Samson by NY Hillside in the Petro Suit.

January 3, 2011

Michael G. Daniel
Vice President and General Counsel, Samson Investment Company;
General Counsel, SGH Enterprises, Inc. f/k/a Samson Hydrocarbons Company.

STATE OF OKLAHOMA        )
                         ) ss.
COUNTY OF TULSA          )

BEFORE ME, the undersigned, a Notary Public in and for said County and State, on this day personally appeared Michael G. Daniel, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and considerations therein expressed.

GIVEN under my hand and seal of office this 3rd day of January, 2011.

_Linda Paschall_
Notary Public

My Commission Expires:

3-12-2012

Notary Public
State of Oklahoma
LINDA PASCHALL
TULSA COUNTY
COMMISSION #00003582
Comm. Exp. 03-12-2012