IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.* | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| | ) | |
| | ) | **Hearing Date: January 10, 2011 at 9:00 a.m.** |
| | ) | **Objection Deadline: December 23, 2010 4:00 p.m.** |
| | ) | **Agenda No. 6** |
| | ) | **Dkt. Nos. 25776, 25954, 25955 , 25993** |

## ORDER GRANTING DEBTORS' MOTION FOR LEAVE TO FILE REPLY TO OBJECTIONS OF THE LIBBY CLAIMANTS AND BNSF RAILWAY TO DEBTORS' MOTION FOR AN ORDER APPROVING THE SETTLEMENT WITH THE CNA COMPANIES

Upon the motion Debtors for leave to file a Reply (the "Reply") to the Objections of the Libby Claimants and BNSF Railway to Debtors' Motion for an Order Approving the Settlement with the CNA Companies and due and proper notice of the Motion having been given, and cause appearing for the relief sought in the Motion, it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that leave is granted for the Debtors to file the Reply; and it is further

ORDERED, the Debtors are granted leave to exceed the five-page limit for replies.

Dated: __1|6|11__

_Judith K. Fitzgerald_
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge