EXHIBIT A

## Settled Tax Amounts

| YEAR | W. R. GRACE-CONN. | OTHER DEBTOR ENTITIES | CHOMERICS TRANSACTION | SETTLED TAX AMOUNT | PREPETITION INTEREST | TOTAL TAX + INTEREST |
|---|---|---|---|---|---|---|
| 1990 | $93,806.00 | $0.00 | $0.00 | $93,806.00 | $174,470.96 | $268,276.96 |
| 1991 | $970,128.00 | $0.00 | $0.00 | $970,128.00 | $1,426,124.60 | $2,396,252.60 |
| 1992 | $184,065.00 | $0.00 | $0.00 | $184,065.00 | $207,129.63 | $391,194.63 |
| 1993 | $(35,638.00) | $0.00 | $0.00 | $(35,638.00) | $(30,292.75) | ($65,930.75) |
| 1994 | $418,049.00 | $738,370.00 | $49,881.00 | $1,206,300.00 | $953,202.71 | $2,159,502.71 |
| 1995 | $0.00 | $759,724.00 | $0.00 | $759,724.00 | $467,584.43 | $1,227,308.43 |
| 1996 (9/30) | $39,687.00 | $857,380.00 | $0.00 | $897,067.00 | $450,577.44 | $1,347,644.44 |
| 1996 (12/31) | $423,247.00 | $20,125.00 | $0.00 | $443,372.00 | $206,483.40 | $649,855.40 |
| 1997 | $4,232,255.00 | $168,550.00 | $0.00 | $4,400,805.00 | $1,435,756.97 | $5,836,561.97 |
| 1998 | $0.00 | $0.00 | $0.00 | $0.00 | $0 | $0 |
| 1999 | $712,937.00 | $0.00 | $0.00 | $712,937.00 | $78,302.43 | $791,239.43 |
| TOTALS | $7,038,536.00 | $2,544,149.00 | $49,881.00 | $9,632,566.00 | $5,369,339.82 | |
| | | ALLOWED MASSACHUSETTS TAX CLAIM AMOUNT | | | | $15,001,905.82 |