## EXHIBIT B

## Previously Resolved Claims

| Claim No. | Debtor | Tax Year | Amount | Priority | Asserted Basis | Disallowance |
|---|---|---|---|---|---|---|
| 282 | G C Management, Inc. | 1999-2000 | $966.93<br>$95.76 | Priority<br>Unsecured | Corporate Excise Tax | Expunged via Order, docket no. 4346, entered August 25, 2003 |
| 283 | Alewife Boston Ltd. | 1995-2001 | $4,904.49<br>$1,192.52 | Priority<br>Unsecured | Sales and Corporate Excise Taxes | Expunged via Order, docket no. 4346, entered August 25, 2003 |
| 284 | Alewife Land Corporation | 1995-2001 | $4,354.74<br>$1,042.04 | Priority<br>Unsecured | Sales and Corporate Excise Taxes | Expunged via Order, docket no. 9297, entered August 29, 2005 |
| 285 | Amicon, Inc. | 1995-2000 | $15,752.97<br>$4,266.76 | Priority<br>Unsecured | Corporate Excise Tax | Expunged via Order, docket no. 4346, entered August 25, 2003 |
| 286 | CCHP, Inc. | 2000 | $5,225.44<br>$78.00 | Priority<br>Unsecured | Corporate Excise Tax | Claim withdrawn on July 2, 2001 |
| 287 | Five Alewife Boston Ltd. | 1990-1993, 1999-2000 | $5,151.42<br>$433.15 | Priority<br>Unsecured | Corporate Excise Tax | Claim withdrawn on July 2, 2001 |
| 289 | L B Realty, Inc. | 1988, 1999-2000 | $1,612.58<br>$268.61 | Priority<br>Unsecured | Corporate Excise Tax | Claim withdrawn on July 2, 2001 |
| 290 | MRA Staffing Systems, Inc. | 1999-2000 | $2,221.33<br>$362.98 | Priority<br>Unsecured | Corporate Excise Tax | Claim withdrawn on July 2, 2001 |
| 291 | W.R. Grace & Co.-Conn. | 1976, 1980, 2000, 2001 | $1,762,847.06<br>$8,266.00 | Priority<br>Unsecured | Withholding and Corporate Excise Taxes | Expunged via Order, docket no. 4346, entered August 25, 2003 |
| 336 | Dewey and Almy LLC | 1999-2000 | $966.93<br>$95.76 | Priority<br>Unsecured | Corporate Excise Tax | Expunged via Order, docket no. 9297, entered August 29, 2005 |
| 608 | W.R. Grace & Co.-Conn. | 1991-2000 | $5,999,176.40<br>$636,923.92 | Priority<br>Unsecured | Sales, Withholding and Corporate Excise Taxes | Expunged via Order, docket no. 4346, entered August 25, 2003 |

| Claim No. | Debtor | Tax Year | Amount | Priority | Asserted Basis | Disallowance |
|---|---|---|---|---|---|---|
| 1479 | W.R. Grace & Co.-Conn | 1991-2000 | $6,017,476.89 | Priority | Sales, Withholding and Corporate Excise Taxes | Expunged via Order, docket no. 4346, entered August 25, 2003 |
|  |  |  | $536,753.08 | Unsecured |  |  |
| 1480 | Alewife Boston Ltd. | 1995-2001 | $3,250.59 | Priority | Sales Tax | Expunged via Order, docket no. 9297, entered August 29, 2005 |
|  |  |  | $830.00 | Unsecured |  |  |
| 1481 | Alewife Land Corporation | 1995-2001 | $3,250.59 | Priority | Sales Tax | Expunged via Order, docket no. 9297, entered August 29, 2005 |
|  |  |  | $830.00 | Unsecured |  |  |
| 1483 | Dewey and Almy, LLC | 2000 | $458.23 | Priority | Corporate Excise Tax | Expunged via Order, docket no. 4346, entered August 25, 2003 |
|  |  |  | $6.84 | Unsecured |  |  |
| 1484 | G C Management, Inc. | 1992-1993, 1999-2001 | $5,588.18 | Priority | Corporate Excise Tax | Expunged via Order, docket no. 4346, entered August 25, 2003 |
|  |  |  | $218.88 | Unsecured |  |  |
| 1486 | W.R. Grace & Co.-Conn. | 1991-2000 | $6,017,476.89 | Priority | Sales, Withholding and Corporate Excise Taxes | Expunged via Order, docket no. 4346, entered August 25, 2003 |
|  |  |  | $536,753.08 | Unsecured |  |  |
| 1487 | Alewife Boston Ltd. | 1995-2001 | $3,250.59 | Priority | Sales Tax | Expunged via Order, docket no. 4346, entered August 25, 2003 |
|  |  |  | $830.00 | Unsecured |  |  |
| 1488 | Alewife Land Corporation | 1995-2001 | $3,250.59 | Priority | Sales Tax | Expunged via Order, docket no. 4346, entered August 25, 2003 |
|  |  |  | $830.00 | Unsecured |  |  |
| 1489 | Amicon, Inc. | 1997-2001 | $3,215.92 | Priority | Corporate Excise Tax | Expunged via Order, docket no. 4346, entered August 25, 2003 |
|  |  |  | $218.88 | Unsecured |  |  |
| 1490 | Dewey and Almy LLC | 2000 | $458.23 | Priority | Corporate Excise Tax | Expunged via Order, docket no. 4346, entered August 25, 2003 |
|  |  |  | $6.84 | Unsecured |  |  |

| Claim No. | Debtor | Tax Year | Amount | Priority | Asserted Basis | Disallowance |
|---|---|---|---|---|---|---|
| 1491 | G C Management, Inc. | 1992-1993, 1999-2001 | $5,588.18 | Priority | Corporate Excise Tax | Expunged via Order, docket no. 4346, entered August 25, 2003 |
| | | | $218.88 | Unsecured | | |
| 1492 | Remedium Group, Inc. | 1997, 1999, 2000-2001 | $2,827.14 | Priority | Corporate Excise Tax | Expunged via Order, docket no. 4346, entered August 25, 2003 |
| | | | $218.88 | Unsecured | | |
| 2337 | W.R. Grace & Co.-Conn. | 1991-2000 | $4,645,278.69 | Priority | Sales, Withholding and Corporate Excise Taxes | Expunged via Order, docket no. 4346, entered August 25, 2003 |
| | | | $7,150.00 | Unsecured | | |
| 4081 | W.R. Grace & Co.-Conn. | 1991-2000 | $35,434,634.69 | Priority | Sales, Withholding and Corporate Excise Taxes | Expunged via Order, docket no. 5646, entered May 24, 2004 |
| 15333 | W.R. Grace & Co.-Conn | 1991-2000 | $35,423,945.06 | Priority | Sales, Withholding and Corporate Excise Taxes | Expunged via Order, docket no. 8030, entered February 28, 2005 |