## EXHIBIT C

## Remaining Unresolved Claims

| Claim No. | Debtor | Tax Year | Amount | Priority | Basis |
|---|---|---|---|---|---|
| 281 | Remedium Group, Inc. | 2000-2001 | $6,289.02 | Priority | Withholding Tax |
|  |  |  | $503.67 | Unsecured |  |
| 288 | Grace Tarpon Investors, Inc. | 1993-2000 | $2,887.79 | Priority | Corporate Excise Tax |
|  |  |  | $464.72 | Unsecured |  |
| 1482 | Amicon, Inc. | 1997-2001 | $3,215.92 | Priority | Corporate Excise Tax |
|  |  |  | $218.88 | Unsecured |  |
| 1485 | Remedium Group, Inc. | 1997 1999-2001 | $2,827.14 | Priority | Corporate Excise Tax |
|  |  |  | $2,18.88 | Unsecured |  |
| 4080 | Amicon, Inc. | 1994 1996-1997, 1999-2001 | $737,677.91 | Priority | Corporate Excise Tax |
|  |  |  | $218.88 | Unsecured |  |
| 4082 | CB Biomedical, Inc. | 1996-1997 | $7,033.00 | Priority | Corporate Excise Tax |
| 2389 | Dewey and Almy, LLC | Unknown | $458.23 | Priority | Unknown |
|  |  |  | $6.84 | Unsecured |  |
| 4078 | GC Management, Inc. | 1999-2001 | $1,500.91 | Priority | Corporate excise tax |
|  |  |  | $218.88 | Unsecured |  |
| 4079 | Remedium Group, Inc. | 1994, 1997, 1999-2001 | $217,213.91 | Priority | Corporate Excise Tax |
|  |  |  | $218.88 | Unsecured |  |
| 15370 | W.R. Grace & Co.-Conn. | 2000 1991-1999 | $34,805,361.23 | Priority | Withholding and Corporate Excise Taxes |