IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 1/26/11; 4:00 p.m., ET |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALEXANDER M. SANDERS, JR. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE TWENTIETH MONTHLY INTERIM PERIOD FROM DECEMBER 1, 2010 THROUGH DECEMBER 31, 2010**

Name of Applicant:                          Hon. Alexander M. Sanders, Jr.

Authorized to Provide Services To:          Future Asbestos-Related Property Damage
                                            Claimants and Holders of Demands

Date of Retention:                          September 22, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:                December 1, 2010 through December 31, 2010

Amount of Fees Sought as Actual
Reasonable and Necessary:                   $4,248.00   [80% of $5,310.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:           $58.00

This is a(n):   ☒Monthly       ☐Interim       ☐Final Application

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 2/26/2009 | Inception to 2-26-2009 | $15,428.00 | $0 | Paid | Paid |
| 4/6/2009 | 2-26-2009 to 3-31-2009 | $17,892.00 | $2,305.49 | Paid | Paid |
| 5/27/2009 | 4-1-2009 to 4-30-2009 | $864.00 | $0 | Paid | Paid |
| 6/5/2009 | 5-1-2009 to 5-31-2009 | $16,308.00 | $747.20 | Paid | Paid |
| 7/23/2009 | 6-1-2009 to 6-30-2009 | $2,844.00 | $0 | Paid | Paid |
| 10/7/2009 | 7-1-2009 to 7-31-2009 | $8,460.00 | $0 | Paid | Paid |
| 10/7/2009 | 8-1-2009 to 8-31-2009 | $3,168.00 | $0 | Paid | Paid |
| 10/7/2009 | 9-1-2009 to 9-30-2009 | $38,304.00 | $3,904.58 | Paid | Paid |
| 11/4/2009 | 10-1-2009 to 10-31-2009 | $11,664.00 | $1,336.21 | Paid | Paid |
| 12/7/2009 | 11-1-2009 to 11-30-2009 | $5,292.00 | $0 | Paid | Paid |
| 1/7/2010 | 12-1-2009 to 12-31-2009 | $1,440.00 | $37.00 | Paid | Paid |
| 2/9/2010 | 1-1-2010 to 1-31-2010 | $18,972.00 | $2,992.32 | Paid | Paid |
| 3/12/2010 | 2-1-2010 to 2-28-2010 | $360.00 | $30.00 | Paid | Paid |
| 4/20/2010 | 3-1-2010 to 3-31-2010 | $2,016.00 | $0 | Paid | Paid |
| 5/5/2010 | 4-1-2010 to 4-30-2010 | $1,332.00 | $72.00 | Paid | Paid |
| 6/3/2010 | 5-1-2010 to 5-31-2010 | $2,484.00 | $0 | Paid | Paid |
| 9/17/2010 | 6-1-2010 to 6-30-2010 | $3,348.00 | $30.00 | Paid | Paid |
| 10/26/2010 | 7-1-2010 to 9-30-2010 | $390.00 | $30.00 | Paid | Paid |
| 12/1/2010 | 12-1-2010 to 12-31-2010 | $972.00 | $0 | CNO Filed | CNO Filed |

---

[1] At 80% of the total incurred.

Alexander M. Sanders, Jr. is the only attorney providing services in this Fee Application period. Judge Sanders has practiced law for over 40 years, and his billing rate is $450 per hour. In this Application period Judge Sanders billed 11.7 hours,[2] for a total amount billed of $5,310.00, of which 80% is currently sought, in the amount of $4,248.00, plus 100% of the expenses incurred, $58.00, for a total of $4,306.00.

As stated above, this is the Twentieth application for monthly fees and expenses. The time for preparation of this Application is approximately .5 hours, for which $325.00 will be requested in a future application of my counsel.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 11.7 | $5,310.00 |
| TOTAL | 11.7 | $5,310.00 |

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Courtcall | $58.00 |
| TOTAL | $58.00 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

---

[2] Non-Productive travel time, if any, is included in this figure, but at 50% of the actual time.

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**CERTIFICATE OF SERVICE**

I certify that on the 6th day of January, 2011, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

*ALEXANDER M. SANDERS, JR.*
*SANDERS & NETTLES, LLC*
*Attorneys at Law*
*19 Water Street*
*Columbia, South Carolina 29201*

*Mailing address:*   *19 Water Street*
*Charleston, SC 29401*

## INVOICE FOR PROFESSIONAL SERVICES 12/1/10 – 12/31/10

As Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

*In re W. R. Grace,* No. 01-1139 (Bankr.D.Del)

| Date | Services Performed | Time |
|---|---|---|
| 12/1/10 | Review of certain documents, including Notice of Proposed Sale on Real Property in Greenville County, SC, with attached exhibits (approx. 25 pages) | 1.0 |
| 12/6/10 | Review of e-mail from Lisa Esayian to Alan Rich re: Proposed Plan Modification | 0.5 |
|  | Review of various documents re: proposed plan modifications (approx. 100 pages) | 3.5 |
| 12/9/10 | Review of Order re: issues for December 13, 2010, Omnibus Hearing | 0.1 |
| 12/11/10 | Review of Order Approving Quarterly Fee Applications for the Thirty-seventh Period, with attachments (7 pages) | 0.3 |
| 12/12/10 | Review of Fifth Set of Plan Modifications, with attachments (approx. 375 pages) | 5.1 |
| 12/13/10 | Participation by telephone in the Omnibus Hearing before Judge Fitzgerald | 1.3 |

|  |  |  |
|---|---|---|
| 11.7 @ $450/hour | $ | 5,310.00 |
| Expenses (Attached) |  | 58.00 |
| TOTAL: | $ | 5,368.00. |

Expenses

Conference appearance by telephone before Judge Fitzgerald,
Scheduled for 12/13/10                                                                                   $58.00