# EXHIBIT A

**WR Grace**
**November 2010 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 1 | Review/analyze docket items | 0.3 |
|  | F/U on 3Q earnings releases | 1.0 |
| Tue 2 | Review/analyze docket items | 0.8 |
| Wed 3 | Comm w/Blackstone (AL) re Proj Red Sox | 0.2 |
|  | Analysis Red Sox | 1.5 |
|  | Review/analyze docket items | 0.9 |
| Thu 4 | F/U analysis Red Sox | 1.2 |
|  | F/U analysis Red Sox original trans | 1.1 |
|  | Review/analyze docket items | 0.3 |
| Fri 5 | Comms w/OHS (Dfe) re Grace hearing cxl, Red Sox | 0.5 |
|  | Prep/ Conf call w/Co re Red Sox | 1.0 |
|  | F/U analysis Red Sox | 1.0 |
|  | Review/analyze docket items | 0.4 |
| Mon 8 | Review Molycorp deal | 0.7 |
|  | Compile/review October hours | 2.0 |
|  | Rare earths analysis | 2.5 |
|  | Review/analyze docket items | 1.2 |
| Tue 9 | Review chinese announcement | 0.5 |
|  | Comm w/OHS (RF) re financial review mtg | 0.6 |
|  | Draft/review RSS memo to client | 1.3 |
|  | Comm w/OHS (RW) re environmental liabilities | 0.7 |
|  | Review/analyze docket items | 2.2 |
| Wed 10 | Draft/review RSS memo to client | 0.9 |
|  | Review/analyze docket items | 0.1 |
| Thu 11 | Comm w/OHS (RW) re RSS | 0.3 |
|  | Final review RSS memo | 1.0 |
|  | Review/analyze docket items | 0.2 |
| Fri 12 | Review/analyze docket items | 0.2 |
|  | Review fee auditor questions | 1.0 |
| Mon 15 | Comm w/OHS (Dfe) re hearing calendar | 0.5 |
|  | Review/edit Oct fee app | 1.1 |
|  | Research/draft reply to fee auditor | 0.8 |
|  | Review/analyze docket items | 0.4 |
| Tue 16 | Review/analyze docket items | 0.3 |
| Wed 17 | Review/analyze docket items | 0.9 |
| Thu 18 | Review/analyze docket items | 0.3 |
| Fri 19 | Review Synthetech close | 0.5 |
|  | Review/analyze docket items | 2.0 |
| Mon 22 | Review/analyze docket items | 0.4 |
|  | Review MOR | 2.0 |
| Tue 23 | Review/analyze docket items | 0.2 |
| Wed 24 | Review/analyze docket items | 0.1 |
| Mon 29 | Review/draft financial presentation | 2.5 |
|  | Review/analyze docket items | 0.5 |
| Tue 30 | Review/analyze docket items | 0.3 |
|  | Comm w/OHS (RW) re insurance settlements | 0.3 |
|  | Comm w/Blackstone (AL) re Mass tax settlemt | 0.5 |
|  | Review Mass tax settle materials | 0.7 |
|  | Review Co presentation at Citi conference | 1.0 |
|  | TOTAL TIME (hrs) | 40.9 |

**WR Grace**
**November 2010 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 1 | Review/analysis docket items | 0.4 |
| Tue 2 | Review/analysis docket items | 0.3 |
| Wed 3 | Review/analysis docket items | 0.3 |
| | Review Project Red Sox information | 1.0 |
| | Fee application preparation | 0.5 |
| Thu 4 | Review/analysis docket items | 0.5 |
| Fri 5 | Review/analysis docket items | 0.2 |
| | CC re: Project Red Sox and prep | 1.0 |
| Mon 8 | Review/analysis docket items | 0.8 |
| | Disclosure issues | 2.0 |
| Tue 9 | Review/analysis docket items | 1.2 |
| | Financial analysis | 1.0 |
| Wed 10 | Review/analysis docket items | 0.3 |
| | Preparation of memo re: Project Red Sox | 2.0 |
| Thu 11 | Review/analysis docket items | 0.2 |
| | Preparation of memo re: Project Red Sox | 1.0 |
| Fri 12 | Review/analysis docket items | 0.4 |
| Mon 15 | Review/analysis docket items | 0.4 |
| | Fee application review | 1.0 |
| | Response to fee auditor inquiry | 1.0 |
| Tue 16 | Review/analysis docket items | 0.3 |
| | Response to fee auditor inquiry | 0.5 |
| Wed 17 | Review/analysis docket items | 0.5 |
| Thu 18 | Review/analysis docket items | 0.2 |
| Fri 19 | Review/analysis docket items | 0.7 |
| Mon 22 | Review/analysis docket items | 0.5 |
| Tue 23 | Review/analysis docket items | 0.2 |
| Wed 24 | Review/analysis docket items | 0.3 |
| | Preparation of financial presentation for FCR | 2.0 |
| Mon 29 | Review/analysis docket items | 0.4 |
| | Preparation of financial presentation for FCR | 3.0 |
| Tue 30 | Review/analysis docket items | 0.4 |
| | Preparation of financial presentation for FCR | 2.5 |
| | Review of Tax Settlement information | 1.0 |
| | TOTAL TIME (hrs) | 28.0 |

**WR Grace**
**November 2010 Time - George Coles, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Mon 1 | Review/analysis docket items | 0.3 |
| Wed 3 | Review/analysis docket items | 0.5 |
| Fri 5 | CC re:  Project Red Sox and prep | 1.0 |
| Mon 8 | Financial analysis | 2.0 |
| Tue 9 | Financial analysis | 1.5 |
| Wed 10 | Review/analysis docket items | 0.2 |
| Thu 11 | Preparation of memo re: Project Red Sox | 0.5 |
| Fri 12 | Review/analysis docket items | 0.3 |
| Wed 17 | Review/analysis docket items | 0.5 |
| Sun 28 | Preparation of financial presentation for FCR | 6.5 |
| Mon 29 | Review/analysis docket items | 0.5 |
| Mon 29 | Preparation of financial presentation for FCR | 7.0 |
| Tue 30 | Preparation of financial presentation for FCR | 5.0 |
| | TOTAL TIME (hrs) | 25.8 |

**WR Grace**
**November 2010 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Wed 3 | Review Project Red Sox information | 2.0 |
| Thu 4 | Fee application preparation | 2.0 |
| Fri 5 | Review/analysis docket items | 0.5 |
| | CC re:  Project Red Sox and prep | 1.0 |
| Sat 6 | Preparation of memo re: Project Red Sox | 3.0 |
| Mon 8 | Preparation of memo re: Project Red Sox | 1.0 |
| | Review/analysis docket items | 0.5 |
| Tue 9 | Preparation of memo re: Project Red Sox | 1.0 |
| | Review/analysis docket items | 0.5 |
| Mon 15 | Fee application preparation | 2.0 |
| Tue 16 | Review/analysis docket items | 0.5 |
| Wed 17 | Review/analysis docket items | 0.5 |
| Thu 18 | Review/analysis docket items | 0.5 |
| Fri 19 | Review/analysis docket items | 0.5 |
| Mon 22 | Review/analysis docket items | 0.5 |
| Fri 26 | Preparation of financial presentation for FCR | 2.0 |
| Sun 28 | Preparation of financial presentation for FCR | 5.0 |
| Mon 29 | Preparation of financial presentation for FCR | 3.0 |
| | Review of Tax Settlement information | 0.5 |
| | TOTAL TIME (hrs) | 26.5 |