# EXHIBIT B

**W.R. Grace**
**Detail of expenses (November 1, 2010 – November 30, 2010)**

Communication
Telephone                                                                  $ 88.39
Express Mail                                                               $ 12.71
          **Total Communication:**                       **$ 101.10**

Administrative
Fee for Public Access to Electronic Court Records      $ 16.88

          **Total Administrative:**                        **$  16.88**

**TOTAL EXPENSES:**                                                **$ 117.98**