# Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

January 07, 2011

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #10208

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 12/1/2010 | AL | Update database with Kaye Scholer's Amended October fee application (hard copy) (.2); Foley's October fee application (hard copy) (.2) | 0.40 | 18.00 |
| | BSR | detailed review of Fragomen's 31st through 37th interim fee applications (2.5); add to fee and expense chart (.2) and omnibus final report (.5); email to Melanie White re same (.2) | 3.40 | 901.00 |
| | BSR | detailed review of Fragomen's 33rd interim fee application (.2); add Fragomen 33rd interim fees and expenses to the combined no objection final report (.1), the fee and exhibit chart (.1) and email same to Melanie White for inclusion on the project category spreadsheet (.1) | 0.50 | 132.50 |
| | BSR | receive, review, and respond to question from Melanie White re fees of Holme, Capstone, Woodcock Washburn, and BMC in order to complete project category spreadsheet | 0.60 | 159.00 |
| | BSR | detailed review of Fragomen's October, Nov., and Dec. 2008 monthly invoices | 0.60 | 159.00 |
| | BSR | Draft e-mail to Melanie White re project categorys spreadsheet (.1); make revisions to same (.1) | 0.20 | 53.00 |
| | MW | Receive and review fee exhibit for 37th interim hearing (.1); compare all totals to project category spreadsheet (1.4); exchange multiple emails with B. Ruhlander re same (.2); Begin drafting revisions to 37th interim project category spreadsheet (2.9). | 4.60 | 644.00 |
| 12/2/2010 | WHS | detailed review of, and revisions to, omnibus final report 37Q 4-6.10 | 0.30 | 88.50 |
| | MW | Continue drafting 37th interim project category spreadsheet (2.4); confer with B. Ruhlander re same (.1). | 2.50 | 350.00 |

W.R. Grace & Co.                                                                                      Page    2

|  |  | Hours | Amount |
|---|---|---|---|
| 12/2/2010 BSR | Left detailed telephone voicemail for Scott Bettridge of Fragomen regarding firm's 31st through 37th interim fee applications; telephone conference with Scott Bettridge re same | 0.10 | 26.50 |
| AL | Receive approved version of Omnibus' 37Q FR from W. Smith (.1); update database with same (.1); electronic filing with the court of Omnibus' 37Q FR (.3); draft email to B. Ruhlander re same (.1) | 0.60 | 27.00 |
| AL | Update database with Capstone's 38Q fee application (.2); Kramer's October fee application (.2); Saul Ewing October fee application (.2); Bilzin's October fee application (.2) | 0.80 | 36.00 |
| 12/3/2010 BSR | telephone conference with Melanie White re project category spreadsheet | 0.30 | 79.50 |
| AL | Update database with Casner's July summary (.1); Kramer's October electronic detail (.1); Ewing's October electronic detail (.1); Capstone's 38Q electronic detail (.1); Alan Rich's November electronic detail (.1); Judge Sander's November electronic detail (.1); K&E's October electronic detail (.1); Pachulski's July (.1) and August (.1) full electronic detail; K&E's October fee application (.2); Woodcock's 38Q fee application (.2); Casner's 38Q fee application (.2); Reed's October fee application (.2) | 1.70 | 76.50 |
| MW | Finish drafting 37th interim project category spreadsheet for all applicants (3.0); draft emails to Jamie O'Neill and Lynzy Oberholzer re final version of same (.1); telephone conference with B. Ruhlander re same (.1). | 3.20 | 448.00 |
| 12/6/2010 MW | Research PACER for upcoming hearing notices (.4); draft email to B. Ruhlander re same (.1). | 0.50 | 70.00 |
| BSR | receive, review, and respond to email from Warren Smith re fee hearing set for Dec. 13 | 0.10 | 26.50 |
| JAW | detailed review of Janet S. Baer October 2010 fee application (2.30); draft summary of same (0.20) | 2.50 | 381.25 |
| 12/7/2010 AL | Update database with Ferry's October fee application (.2); K&E's 38Q fee application (.2); Pachulski's September fee application (.2); Ogilvy's October electronic detail (.1) | 0.70 | 31.50 |
| 12/8/2010 JAW | Proofread W.H. Smith's November 2010 fee detail and Notice (0.40); e-mail to M. White regarding any revisions to same (0.10) | 0.50 | 76.25 |
| 12/9/2010 BSR | research docket for signed fee order | 0.10 | 26.50 |
| AL | Begin hearing preparation for 12.13.10 hearing (1.2); Research PACER for agenda for 12.13 hearing at 9:00 a.m (CST) (.4); update database with same (.1); draft email to W. Smith, B. Ruhlander and M. White re agenda (.1) | 1.80 | 81.00 |
| MW | Draft monthly fee application of WHS&A for November (2.0); preliminary review of same (.3); send same to J. Wehrmann for review (.1). | 2.40 | 336.00 |

W.R. Grace & Co.

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 12/10/2010 | MW | Exchange multiple emails with B. Ruhlander re status of hearing. | 0.20 | 28.00 |
| | AL | Revise and finalize monthly fee application of WHSA (.3); electronic filing with court re same (.4); prepare same for service (.2); update database with finale version (.1) | 1.00 | 45.00 |
| | AL | Receive, and review email from B. Ruhlander re cancellation of 12.13 hearing and signed fee order (.1); update database with signed hearing fee order (.1) | 0.20 | 9.00 |
| | AL | Update database with Pitney's October electronic detail (.1); PWC's September CNO (.1); Day Pitney's October electronic detail (.1) | 0.30 | 13.50 |
| | BSR | Research docket for signed fee order (.1); draft email to Jamie O'Neill and Warren Smith re same (.1) | 0.20 | 53.00 |
| 12/13/2010 | AL | Update database with Blackstone's October electronic detail | 0.10 | 4.50 |
| 12/14/2010 | AL | Update database with Blackstone's October fee application (hard copy) | 0.20 | 9.00 |
| 12/16/2010 | MW | Office conference with B. Ruhlander and A. Lopez re spreadsheet project for all prior interim applicants (.3); begin researching PACER for docket numbers, amounts applied for, fee auditor's recommendations and final reports (3.9) | 4.20 | 588.00 |
| | AL | Update database with Kaye Scholer's November electronic detail (.1); Scholer November fee application (hard copy) (.2) | 0.30 | 13.50 |
| 12/17/2010 | AL | Update database with Pachulski's 38Q fee application (.2) | 0.20 | 9.00 |
| | MW | Continue researching PACER for docket numbers, amounts applied for, fee auditor's recommendations and final reports for the twelfth and thirteenth interims (4.9) | 4.90 | 686.00 |
| 12/20/2010 | JAW | detailed review of K&E October 2010 fee application (2.60); draft summary of same (0.10) | 2.70 | 411.75 |
| | JAW | detailed review of Pachulski September 2010 fee application (0.70); draft summary of same (0.10) | 0.80 | 122.00 |
| | AL | Update database with Woodcock's November electronic detail (.1); update database with Beveridge's July through September fee application (.2) | 0.30 | 13.50 |
| 12/21/2010 | AL | Update database with PWC's October electronic detail | 0.10 | 4.50 |
| 12/22/2010 | AL | Update database with Woodcock's October fee application (.2); Beveridge's October fee application (.2); Beveridge's October electronic detail (.1) | 0.50 | 22.50 |
| 12/28/2010 | AL | Update database with PWC's October fee application | 0.20 | 9.00 |

W.R. Grace & Co.                                                                                    Page    4

|  |  | Hours | Amount |
|---|---|---|---|
| 12/29/2010 AL | Update database with Baer's November fee application (.2); Casner's October fee application (.2); Stroock's November fee application (.2); Stroock's November electronic detail (.1); Casner's October electronic detail (.1); Baer's October electronic detail (.1); Reed's November electronic detail (.1) | 1.00 | 45.00 |
| MW | research PACER for objections to November fee application of WHS&A in preparation for drafting CNO (.8) | 0.80 | 112.00 |
| 12/30/2010 AL | Draft CNO re November monthly fee application of WHS&A (.4); electronic filing with Court (.3); update database re same (.1). | 0.80 | 36.00 |
| **For professional services rendered** | | **47.40** | **$6,462.25** |

Additional Charges :

| 12/31/2010 Court Call for Telephonic Hearing | 30.00 |
|---|---|
| Third party copies & document prep/setup. | 180.28 |
| PACER Charges | 20.24 |
| **Total additional charges** | **$230.52** |
| **Total amount of this bill** | **$6,692.77** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Anthony Lopez | 11.20 | 45.00 | $504.00 |
| Bobbi S. Ruhlander | 6.10 | 265.00 | $1,616.50 |
| James A. Wehrmann | 6.50 | 152.50 | $991.25 |
| Melanie White | 23.30 | 140.00 | $3,262.00 |
| Warren H Smith | 0.30 | 295.00 | $88.50 |