IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al | ) | Case No.: 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 7th day of January, a true and correct copy of *CNA Companies' Objections and Responses to the Libby Claimants' Request for Production of Documents* was served in the manner indicated upon the following:

**Via Hand Delivery**
Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
*Counsel for Libby Claimants*

**Via E-Mail**
dcohn@murthalaw.com
ogordon@murthalaw.com
Daniel C. Cohn, Esquire
Olga L. Gordon, Esquire
Murtha Cullina, LLP
99 High Street, 20th Floor
Boston, MA 02110
*Counsel for Libby Claimants*

Dated: January 7, 2011

FORD MARRIN ESPOSITO WITMEYER
& GLESER, L.L.P.

Elizabeth DeCristofaro (*pro hac vice*)
Wall Street Plaza, 23rd Floor
New York, New York 10005-1875
Telephone: (212) 269-4900
Facsimile: (212) 344-4294

ROSENTHAL, MONHAIT & GODDESS,
P.A.

By: */s/ Edward B. Rosenthal*
Edward B. Rosenthal (*Bar No. 3131*)
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, Delaware 19899
Telephone: (302) 656-4433
Facsimile: (302) 658-7567

| | |
|---|---|
| WILDMAN, HARROLD, ALLEN & DIXON LLP<br>Jonathan W. Young<br>Jeff Chang<br>225 West Wacker Drive<br>Chicago, Illinois 60606-1229<br>Telephone:  (312) 201-2662<br>Facsimile:  (312) 416-4524 | GOODWIN PROCTER LLP<br>Daniel M. Glosband (*pro hac vice*)<br>Exchange Place<br>Boston, Massachusetts 02109<br>Telephone: (617) 570-1000<br>Facsimile: (617) 523-1231<br>– and –<br>Michael S. Giannotto (*pro hac vice*)<br>Frederick C. Schafrick (*pro hac vice*)<br>901 New York Avenue, N.W.<br>Washington, D.C. 20001<br>Telephone:  (202) 346-4000<br>Facsimile:  (202) 346-4444 |

*Counsel for the CNA Companies*

## **CERTIFICATE OF SERVICE**

I, Edward B. Rosenthal, hereby certify that on this 7th day of January, 2011, that a copy of the foregoing *Notice of Service* to be served by the CM/ECF System for the United States Bankruptcy Court for the District of Delaware to all registered parties in this case.

/s/ Edward B. Rosenthal_____
Edward B. Rosenthal (Bar No. 3131)