IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**Re: Docket No. 26005**

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
JANUARY 10, 2011, AT 9:00 A.M. BEFORE THE HONORABLE JUDITH K.
FITZGERALD IN PITTSBURGH, PENNSYLVANIA**

**PLEASE NOTE THIS HEARING WILL TAKE PLACE
IN PITTSBURGH, PENNSYLVANIA.**

**Any party participating telephonically must make arrangements through
CourtCall by telephone (866-582-6878) or facsimile (866-533-2946),
no later than 12:00 p.m., January 6, 2011**

**CONTINUED MATTERS:**

1.    Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Related Documents:

a.      [Signed] Order Approving Stipulation to Continue Hearing Pending Mediation [Filed: 1/7/10] (Docket No. 24122)

Response Deadline: September 12, 2008, at 4:00 p.m. *(extended until September 26, 2008 for A/N)*

Responses Received:

a.      Response By New York State Department of Taxation and Finance to Debtors' Twenty Fifth Omnibus Objection to Claims [Filed: 9/5/08] (Docket No. 19469)

b.      Response of Commonwealth of Pennsylvania, Department of Revenue to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

c.      Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

d.      Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

Status: This matter is continued to February 14, 2011, at 9:00 a.m.

2.      Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 3/28/07] (Docket No. 15013)

Related Documents:

a.      [Signed] Order Continuing Debtors' Objection to Claim Filed by Massachusetts Department of Revenue [Filed: 8/24/09] (Docket No. 23119)

b.      Motion for an Order Approving: (I) Settlement of Massachusetts Tax Claims; and (II) Payment of Amounts Owed Upon Entry of Order [Filed: 12/6/10] (Docket No. 25868)

Response Deadline: April 13, 2007, at 4:00 p.m.

Responses Received:

a.      Response in Opposition By Commissioner of Massachusetts Department of Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department of Revenue [Filed: 4/13/07] (Docket No. 15170)

**Status: The Court has entered an Order resolving this matter. See Agenda Item No. 4 below.**

**UNCONTESTED MATTERS:**

3.    Debtors' Motion Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Agreement Between W. R. Grace & Co. and Swiss Reinsurance Company and European Reinsurance Company of Zurich [Filed: 12/3/10] (Docket No. 25863)

Related Documents:

   a.    [Proposed] Order Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Agreement Between W. R. Grace & Co. and Swiss Reinsurance Company and European Reinsurance Company of Zurich [Filed: 12/3/10] (Docket No. 25863)

   b.    Certification of No Objection Regarding Debtors' Motion Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Agreement Between W. R. Grace & Co. and Swiss Reinsurance Company and European Reinsurance Company of Zurich [Filed: 12/27/10] (Docket No. 25960)

   c.    **[Signed] Order Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Agreement Between W. R. Grace & Co. and Swiss Reinsurance Company and European Reinsurance Company of Zurich [Filed: 1/6/11] (Docket No. 26034)**

Response Deadline: December 23, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status:** **The Court has entered an Order approving this Motion.**

4.    Motion for an Order Approving: (I) Settlement of Massachusetts Tax Claims; and (II) Payment of Amounts Owed Upon Entry of Order [Filed: 12/6/10] (Docket No. 25868)

Related Documents:

   a.    [Proposed] Order Approving: (I) Settlement of Massachusetts Tax Claims; and (II) Payment of Amounts Owed Upon Entry of Order [Filed: 12/6/10] (Docket No. 25868, Exhibit A)

   b.    Certification of No Objection Regarding Motion for an Order Approving: (I) Settlement of Massachusetts Tax Claims; and (II) Payment of Amounts Owed Upon Entry of Order [Filed: 12/27/10] (Docket No. 25961)

   c.    **[Signed] Order Approving: (I) Settlement of Massachusetts Tax Claims; and (II) Payment of Amounts Owed Upon Entry of Order [Filed: 1/6/11] (Docket No. 26035)**

Response Deadline: December 23, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: The Court has entered an Order approving this Motion.**

**CONTESTED MATTERS:**

5.  Debtors' Motion Pursuant to Sections 105, 363, 1107, and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014, and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Between W. R. Grace & Co. and the CNA Companies [Filed: 11/18/10] (Docket No. 25776)

Related Documents:

a.  [Proposed] Order Pursuant to Sections 105, 363, 1107, and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014, and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Between W. R. Grace & Co. and the CNA Companies [Filed: 11/18/10] (Docket No. 25776)

Response Deadline: December 23, 2010, at 4:00 p.m.

Responses Received:

a.  Objection of BNSF Railway Company to Debtors' Motion Pursuant to Sections 105, 363, 1107, and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014, and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Between W. R. Grace & Co. and the CNA Companies [Filed: 12/23/10] (Docket No. 25954)

b.  Libby Claimants' Objection to Debtors' Motion to Approve Settlement with the CNA Companies [Filed: 12/23/10] (Docket No. 25955)

Reply Deadline: January 3, 2011, at 4:00 p.m.

Replies Received:

a.  Debtors' Motion for Leave to File Reply to Objections of the Libby Claimants and BNSF Railway to Debtors' Motion for an Order Approving the Settlement with the CNA Companies [Filed: 1/3/11] (Docket No. 25997)

(i.)  Debtors' Reply to Objections of the Libby Claimants and BNSF Railway to Debtors' Motion for an Order Approving the Settlement with the CNA Companies [Filed: 1/3/11] (Docket No. 25997, Exhibit 1)

(ii.)  [Proposed] Order Granting Debtors' Motion for Leave to File Reply to Objections of the Libby Claimants and BNSF Railway to Debtors' Motion for an Order Approving the Settlement with the CNA Companies [Filed: 1/3/11] (Docket No. 25997)

(iii.)  **[Signed] Order Granting Debtors' Motion for Leave to File Reply to Objections of the Libby Claimants and BNSF Railway to Debtors' Motion for an Order Approving the Settlement with the CNA Companies [Filed: 1/6/11] (Docket No. 26033)**

      **(iv.)** **Debtors' Reply to Objections of the Libby Claimants and BNSF Railway to Debtors' Motion for an Order Approving the Settlement with the CNA Companies [Filed: 1/6/11] (Docket No. 26039)**

  b. Joinder of David T. Austern, Asbestos PI Future Claimants' Representative, and the Official Committee of Asbestos Personal Injury Claimants in Debtors' Motion for an Order Approving Settlement Agreement and Mutual Release with the CNA Companies and Debtors' Reply to Objections of the Libby Claimants and BNSF Railway [Filed: 1/3/11] (Docket No. 26004)

  c. CNA Companies' Motion for Leave to File Reply in Support the Debtors' Motion for an Order Approving the Settlement Between W. R. Grace & Co. and CNA Companies Pursuant to Sections 105, 363, 1107, and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014, and 9019 of the Federal Rules of Bankruptcy Procedure [Filed: 1/3/11] (Docket No. 25998)

      **(i.)** Reply Memorandum of the CNA Companies in Support of the Debtors' Motion for an Order Approving the Settlement Between W. R. Grace & Co. and the CAN Companies [Filed: 1/3/11] (Docket No. 25998, Exhibit 1)

      **(ii.)** Declaration of Daniel P. Caswell in Support of the CNA Companies' Reply on Debtors' Motion for an Order Approving Settlement Between W. R. Grace & Co. and the CNA Companies [Filed: 1/3/11] (Docket No. 25998, Exhibit 2)

      **(iii.)** [Proposed] Order Granting CNA Companies' Motion for Leave to File Reply in Support of the Debtors' Motion for an Order Approving the Settlement Between W. R. Grace & Co. and CNA Companies Pursuant to Sections 105, 363, 1107, and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014, and 9019 of the Federal Rules of Bankruptcy Procedure [Filed: 1/3/11] (Docket No. 25998, Exhibit 3)

      **(iv.)** **Order Granting CNA Companies' Motion for Leave to File Reply in Support of the Debtors' Motion for an Order Approving the Settlement Between W. R. Grace & Co. and CNA Companies Pursuant to Sections 105, 363, 1107, and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014, and 9019 of the Federal Rules of Bankruptcy Procedure [Filed: 1/7/11] (Docket No. 26046)**

      **(v.)** **Reply in Support of the Debtors' Motion for an Order Approving the Settlement Between W. R. Grace & Co. and CNA Companies Pursuant to Sections 105, 363, 1107, and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014, and 9019 of the Federal Rules of Bankruptcy Procedure [Filed: 1/7/11] (Docket No. 26048)**

Status: This matter will go forward.

6. Objection Seeking Disallowance of Claim No. 2114 of N.Y. Hillside, Inc. [Filed: 12/3/10] (Docket No. 25864)

Related Documents:

  a. [Proposed] Order Disallowing Claim No. 2114 of N.Y. Hillside, Inc. [Filed:

12/3/10] (Docket No. 25864, Exhibit 1)

b.      **Certification of Counsel Attaching Affidavit Regarding Objection Seeking Disallowance of Claim No. 2114 of N.Y. Hillside, Inc. [Filed: 1/5/11] (Docket No. 26025)**

      (i.)      **Affidavit of Michael G. Daniel Regarding Debtors Objection Seeking Disallowance of Claim No. 2114 of N.Y. Hillside, Inc. [Filed: 1/5/11] (Docket No. 26025, Exhibit 1)**

Response Deadline: December 23, 2010, at 4:00 p.m.

Responses Received:

a.      Letter Response of Claimant, N.Y. Hillside, Inc. dated December 18, 2010 [Filed: TBD] (Docket No. TBD)

Status: This matter will go forward.

Dated: January 7, 2011

KIRKLAND & ELLIS LLP
John Donley
Adam Paul
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

and

THE LAW OFFICES OF JANET S. BAER, P.C.
Janet S. Baer, P.C.
Roger J. Higgins
70 W. Madison St., Suite 2100
Chicago, IL 60602-4253
(312) 641-2162

and

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:     (302) 652-4100
Facsimile:     (302) 652-4400

Co-Counsel for the Debtors and Debtors-in-Possession