IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD NOVEMBER 1, 2010, THROUGH NOVEMBER 30, 2010**

## WRG-0068
## MULTI-ADDITIVE AND CATALYST LOADING SYSTEM

| 11/01/2010 | NAG | Review issue fee checklist, receipt and review of executed assignment document from client' preparation of and attendance to payment of the Base Issue Fee and recordation of assignment with the United States Patent and Trademark Office on November 1, 2010, preparation of correspondence to client forwarding copy of Base Issue Fee Transmittal and advising of approximate issuance of patent; | 1.50 |
|---|---|---|---|
| 11/03/2010 | NAG | Receipt and review of original assignment document from the Patent and Trademark Office, preparation of correspondence to Mr. Cross on November 3, 2010 forwarding copy of recorded assignment and updating file to reflect assignee. | .60 |

|  | SERVICES | $ | 409.50 |

| | NAG | NOREEN GARONSKI | 2.10 | hours @ | $195.00 |

**DISBURSEMENTS:**

| PATENT OFFICE FEES – PUBLICATION FEE | 300.00 |
|---|---|
| PATENT OFFICE FEES – UTILITY ISSUE FEE | 1,510.00 |
| PATENT OFFICE FEES – RECORDATION OF ASSIGNMENT FEE | 40.00 |

| DISBURSEMENT TOTAL | $ | 1,850.00 |
|---|---|---|
| SERVICE TOTAL | $ | 409.50 |
| **INVOICE TOTAL** | $ | **2,259.50** |

## WRG-0095
## ANALYSIS OF THIRD PARTY PATENT
## RELATING TO CHROMATOGRAPHY SYSTEM

| 11/11/2010 | GHL | Telephone conference with Mr. Bunch regarding communication from third party regarding proposed meeting to discuss patent and Grace's proposed liquid chromatography system, and preparation of Rule 408 Agreement to cover the meeting. | .50 |
|---|---|---|---|

|  | SERVICES | $ | 297.50 |
|---|---|---|---|

| | GHL | GARY H. LEVIN | 0.50 | hours @ | $595.00 |
|---|---|---|---|---|---|

| | **INVOICE TOTAL** | $ | **297.50** |
|---|---|---|---|

## WRG-0096
## SYSTEM AND PROCESS FOR INJECTING CATALYST AND/OR ADDITIVE INTO A FLUIDIZED CATALYTIC CRACKING UNIT

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/01/2010 | NG | Preparation of draft divisional application, drawing and application data sheet. | 2.50 |
| 11/02/2010 | NG | Review of file and corresponding application to compile documentation necessary for citing to the United States Patent and Trademark Office and preparation of PTO 1449 form. | 2.00 |
| 11/17/2010 | NG | Receipt and review of communication from client authorizing filing of divisional application and preparation of additional documentation necessary for filing application in the Patent and Trademark Office and attendance to filing divisional application with the United States Patent and Trademark Office. | 2.00 |
| 11/18/2010 | NG | Preparation of correspondence to Mr. Cross on November 18, 2010 forwarding copies of divisional application as filed and supporting documentation. | .60 |

SERVICES  $  1,384.50

| | | | | |
|---|---|---|---|---|
| NAG | NOREEN GARONSKI | 7.10 | hours @ | $195.00 |

**DISBURSEMENTS:**

| | |
|---|---|
| PATENT OFFICE FEES – UTILITY EXAMINATION FEE | 220.00 |
| PATENT OFFICE FEES – UTILITY SEARCH FEE | 540.00 |
| PATENT OFFICE FEES – BASIC FILING FEE | 330.00 |

DISBURSEMENT TOTAL  $  1,090.00

SERVICE TOTAL  $  1,384.50

**INVOICE TOTAL**  $  **2,474.50**

## WRG-0097
## EVALUATION OF THIRD-PARTY PATENTS ON CEMENT MIXING

| 11/08/2010 | GHL | Evaluation of possible relevance of third-party patents to Grace's proposed cement delivery trucks and monitoring systems, including preliminary review of the patents and claims, telephone conference with Mr. Leon and Mr. Holder to receive background on the proposed delivery and monitoring systems, and initial evaluation with Mr. Leon of issues to be addressed. | 2.50 |
|---|---|---|---|
| 11/09/2010 | GHL | Further review of the patents. | 1.10 |
| 11/10/2010 | GHL | Review of compendium/summary of prior art as received from Mr. Leon, further review of the patents, and further telephone conference with Mr. Leon regarding strategy for invalidity analysis. | 2.20 |
| 11/12/2010 | GHL | Further review of patents to develop claim scope for freedom-to-operate analysis. | 1.20 |
| 11/15/2010 | GHL | Further review of the patents and begin review of prosecution history in preparation for claim construction for invalidity analysis. | 1.60 |
| 11/16/2010 | GHL | Further review of prosecution history of third-party patents, begin review of prior art as received from Mr. Leon; telephone conference with Mr. Leon regarding status of analysis. | 1.20 |
| 11/18/2010 | GHL | Further review of additional prior art references as identified by Mr. Leon and consideration of invalidity analysis in view of same. | 1.20 |
| 11/18/2010 | MAK | Consideration and analysis of specification, claims and prosecution history of the patent. | 1.80 |
| 11/19/2010 | MAK | Consideration and analysis of claims in light of the specification and prosecution history, meeting with Mr. Levin regarding technical aspects of the disclosure and interpretation of the claims. | 3.00 |
| 11/19/2010 | GHL | Review of prior art as identified by Mr. Leon, conference with Woodcock associate Mr. Koptiw regarding description of certain claim terms in the third-party patents and claim interpretation issues arising from same, and telephone conference with Mr. Leon regarding prior art analysis. | 3.50 |
| 11/22/2010 | GHL | Continued review of prior art and begin development of claim chart. | 2.50 |
| 11/23/2010 | GHL | Further review of prior art references and begin mapping to claims of the third-party patents. | 2.30 |
| 11/24/2010 | GHL | Work on claim chart of prior art references. | 2.00 |
| 11/29/2010 | GHL | Further work on claim chart and preparation for scheduled telephone conference with Mr. Leon. | 1.10 |

|  | SERVICES |  |  | $ | 14,792.00 |

| | GHL | GARY H. LEVIN | 22.40 | hours @ | $595.00 |
|---|---|---|---|---|---|
| | MAK | MICHAEL A. KOPTIW | 4.80 | hours @ | $305.00 |

**DISBURSEMENTS:**

| PATENT COPIES – THE PATENT PLACE, INC. | 450.00 |
|---|---|

| DISBURSEMENT TOTAL | $ | 450.00 |
|---|---|---|
| SERVICE TOTAL | $ | 14,792.00 |
| **INVOICE TOTAL** | $ | **15,242.00** |