IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S MONTHLY FEE APPLICATION FOR THE PERIOD NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (Curtis Bay RCRA 2)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

December 23, 2010
Client/Matter # 01246-013923
Invoice # 139305
Federal ID# 52-1247549

---

For Legal Services Rendered Through 11/30/10 in Connection With:

**PLEASE REMIT PAYMENT TO :** **BEVERIDGE & DIAMOND, P.C.**
**SUITE 700**
**1350 I STREET, N.W.**
**WASHINGTON, D.C. 20005-3311**

**Curtis Bay RCRA 2**
**100104**

| | | | | |
|---|---|---|---|---|
| 11/11/10 | P. Marks | L120 | 2.80 | Research and evaluate letter from EPA; prepare e-mail to L. Duff re same; telephone conference with L. Duff re same; prepare communications for client team re same. |
| 11/12/10 | P. Marks | L120 | 0.20 | Review client e-mails. |
| 11/16/10 | P. Marks | L160 | 0.90 | Telephone conference with J. Howell (EPA) re next steps and open issues; follow-up e-mails re same; evaluate same. |
| 11/17/10 | P. Marks | L120 | 2.00 | Evaluate EPA calculations; telephone conference with L. Duff re same, strategy and preparation for client meeting; post call assessment; direct H. Knight re updating research. |
| 11/17/10 | H. Knight | L120 | 2.00 | Research re manufacturing process unit exemption, and conferences and e-mail correspondence with P. Marks re same. |
| 11/19/10 | P. Marks | L120 | 2.20 | Prepare for and conference with L. Duff, B. Corcoran, K. Ethier and team re strategy for EPA negotiations; evaluate same. |

| | | | | |
|---|---|---|---|---|
| 11/22/10 | P. Marks | L120 | 2.30 | Coordinate with client and EPA re meeting and prepare for same. |
| 11/23/10 | P. Marks | L120 | 4.30 | Prepare for EPA meeting; conference with J. Wojtanik and B. Errera at Curtis Bay re same; follow-up evaluation. |
| 11/24/10 | P. Marks | L120 | 1.70 | Meeting preparation. |
| 11/29/10 | P. Marks | L120 | 6.70 | Prepare for and attend client meetings; prepare for EPA negotiations. |
| 11/30/10 | P. Marks | L120 | 7.40 | Prepare for and conduct negotiations with EPA Region 3 in Philadelphia; pre and post meeting evaluation with client team. |

**Total Hours :** **32.50**

**Total Fees :** **$13,940.00**

**Time Summary :**

| | Title | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|---|
| P. Marks | Principal | 30.50 | $440.00 | $13,420.00 |
| H. Knight | Associate | 2.00 | $260.00 | $520.00 |

**Total Fees: $13,940.00**

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 | | |
| L120 | 31.60 | $13,544.00 |
| L160 | 0.90 | $396.00 |
| | ------- | --------- |
| Total L100 | 32.50 | $13,940.00 |

**Total Fees : 32.50 $13,940.00**

**Summary by Disbursement Codes :**

| | | Bill Amount |
|---|---|---|
| E101 | Copying | $4.60 |
| E105 | Telephone | $8.47 |
| E107 | Delivery Services/Messengers | $13.56 |

**Total Disbursements : $26.63**

**TOTAL DUE : $13,966.63**

# EXHIBIT B

## (Investigation of VC Processing Facilities)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
**SUITE 2210**
**201 NORTH CHARLES STREET**
**BALTIMORE, MD 21201-4150**
**(410) 230-1300**

W. R. Grace & Co.
Attn: Richard Finke
7500 Grace Drive
Columbia, MD 21044

December 23, 2010
Client/Matter # 01246-014352
Invoice # 139304
Federal ID# 52-1247549

---

For Legal Services Rendered Through 11/30/10 in Connection With:

**PLEASE REMIT PAYMENT TO :** **BEVERIDGE & DIAMOND, P.C.**
**SUITE 700**
**1350 I STREET, N.W.**
**WASHINGTON, D.C. 20005-3311**

**Investigation of VC Processing Facilities**
**100045**

**Disbursements:**

| | |
|---|---|
| Telephone | 7.78 |
| **Total Disbursements :** | **$7.78** |
| **TOTAL DUE :** | **$7.78** |

# EXHIBIT C

## (Bankruptcy Fee Application)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

December 23, 2010
Client/Matter # 01246-012629
Invoice # 139303
Federal ID# 52-1247549

For Legal Services Rendered Through 11/30/10 in Connection With:

**PLEASE REMIT PAYMENT TO :** **BEVERIDGE & DIAMOND, P.C.**
**SUITE 700**
**1350 I STREET, N.W.**
**WASHINGTON, D.C. 20005-3311**

**Bankruptcy Fee Application**
**100035**

**Disbursements:**

| | |
|---|---|
| Copying | 13.20 |
| Postage | 2.95 |

**Total Disbursements :** **$16.15**

**TOTAL DUE :** **$16.15**