# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:** January 31, 2011, at 4:00 p.m. |
| | ) | **Hearing Date:**   TBD only if necessary |

## FEE DETAIL FOR KIRKLAND & ELLIS LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company and H-G Coal Company.

# EXHIBIT A

### Matter 18 - Other - Fees

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 11/8/2010 | Robert S Ryland | .20 | Review issues re EEO clause and Office of Federal Contract Compliance Programs jurisdiction (.1); confer with M. Shelnitz re same (.1). |
| 11/10/2010 | H Boyd Greene, IV | 2.00 | Confer with S. Ahern and R. Ryland re EEO clause and Office of Federal Contract Compliance Programs enforcement issues (.3); review applicability of EEO clause (.3); review contract documentation re same (.3); conduct legal research re same (1.0); confer with R. Ryland re same (.1). |
| 11/10/2010 | Robert S Ryland | 1.30 | Confer with S. Ahern and H. Greene re EEO clause and Office of Federal Contract Compliance Programs enforcement issues (.3); review jurisdiction (.3); review contract documentation re same (.3); conduct legal research re same (.3); confer with H. Greene re same (.1). |
| 11/11/2010 | H Boyd Greene, IV | 2.50 | Conduct follow-up research re EEO/OFCCP issues (1.7); review recent ALJ decision and outline issues re same (.5); confer with R. Ryland re same (.1); review implication or prior Affirmative Action Program (.2). |
| 11/11/2010 | Robert S Ryland | 1.00 | Conduct further research re EEO clause and Office of Federal Contract Compliance Programs enforcement issues (.5); review recent ALJ decision and outline issues re same (.2); review issues and possible concern re Functional Affirmative Action Program agreement (.2); confer with B. Greene re same (.1). |
| 11/12/2010 | H Boyd Greene, IV | 1.00 | Finalize summary of equal opportunity and government contracts issues. |
| | Total: | 8.00 | |

A-2

## Matter 20 - Case Administration - Fees

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 11/1/2010 | Deanna D Boll | .30 | Confer with J. O'Neill re withdrawal of T. Freedman notice and K&E revised notice of appearance (.2); confer with J. Donley re same (.1). |
| 11/2/2010 | Mathias M Mondino | 1.30 | Review and disseminate recently filed pleadings. |
| 11/3/2010 | Mathias M Mondino | 1.50 | Review and disseminate recently filed pleadings. |
| 11/8/2010 | Kimberly K Love | 3.00 | Review and obtain information to update case calendar and revise case calendar. |
| 11/8/2010 | Deanna D Boll | .20 | Confer with A. Paul re case status. |
| 11/9/2010 | Mathias M Mondino | 1.00 | Review and disseminate recently filed pleadings. |
| 11/12/2010 | Mathias M Mondino | .80 | Review and disseminate recently filed pleadings. |
| 11/15/2010 | Mathias M Mondino | 1.50 | Review and disseminate recently filed pleadings. |
| 11/17/2010 | Mathias M Mondino | 2.00 | Review and disseminate recently filed pleadings. |
| 11/29/2010 | Deborah L Bibbs | 1.10 | Review docket updates and revise critical dates list. |
|  | Total: | 12.70 |  |

## Matter 23 - Business Operations - Fees

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 11/1/2010 | Kimberly K Love | .50 | Review and obtain information re corporate matter requested by J. Donley. |
| 11/1/2010 | Adam C Paul | .80 | Confer with J. Baer re confidential transaction (.4); confer with J. Donley re same (.4). |
| 11/1/2010 | John Donley | 1.40 | Review documents re corporate matter (.5); confer with M. Shelnitz, J. Sprayregen and others re same (.5); confer and correspond with J. Sprayregen and A. Paul re same and confidentiality/filing issues (.4). |
| 11/2/2010 | Kimberly K Love | 3.50 | Review and obtain information re filings re corporate matter as requested by A. Paul. |
| 11/2/2010 | Adam C Paul | 1.90 | Analyze materials re confidential transaction (1.6); confer with B. Weiland re same (.3). |
| 11/3/2010 | Kimberly K Love | 2.50 | Review and obtain information re redacted filings as requested by A. Paul re corporate matter. |
| 11/3/2010 | Adam C Paul | 2.20 | Analyze background re possible transaction (1.9); correspond with J. Sprayregen re same (.3). |
| 11/5/2010 | Adam C Paul | .30 | Correspond with J. Baer re possible transaction and agenda. |
| 11/16/2010 | John Donley | .90 | Review research re filing under seal re corporate matters and revise draft memorandum. |
| 11/19/2010 | Kimberly K Love | .50 | Review and obtain information requested by J. Baer re corporate matter. |
| 11/29/2010 | Adam C Paul | .50 | Analyze and revise notice re corporate transaction. |
|  | Total: | 15.00 |  |

## **Matter 30 - Hearings - Fees**

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 11/23/2010 | John Donley | .30 | Review draft omnibus agenda and correspond with J. Baer, J. O'Neill, L. Esayian and A. Paul re same. |
| 11/29/2010 | John Donley | .20 | Confer and correspond with J. Baer re omnibus hearing and deadline issues. |
| 11/30/2010 | John Donley | .20 | Confer with J. Baer and M. Shelnitz re modifications and omnibus hearing. |
| | Total: | .70 | |

**Matter 32 - Fee Applications, Applicant - Fees**

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Narrative</u> |
|---|---|---|---|
| 11/1/2010 | Deanna D Boll | .60 | Confer with T. Wallace re fees (.1); confer with H. Bull and B. Harding re Huron invoice (from criminal case) and review issues re privilege involving same for fee response (.5). |
| 11/1/2010 | Holly Bull | 2.20 | Draft and revise fee reply and follow up on needed information for same. |
| 11/2/2010 | Deanna D Boll | 1.10 | Confer with H. Bull re fee response and edit and revise September fee application. |
| 11/2/2010 | Holly Bull | 1.50 | Correspond with M. McCarthy re needed fee reply information (.3); draft fee reply portions and confer with D. Boll re same (1.2). |
| 11/3/2010 | Deanna D Boll | .50 | Confer with H. Bull re fee auditor reply (.3); confer with M. McCarthy re September fee application (.2). |
| 11/3/2010 | Holly Bull | 4.30 | Review information and prepare exhibits to fee reply (1.1); review hearing agendas and transcripts for same (.9); draft and revise fee reply (2.0); confer with D. Boll re same (.3). |
| 11/3/2010 | Maureen McCarthy | 2.20 | Draft September fee application. |
| 11/4/2010 | Deanna D Boll | .80 | Confer with H. Bull re fee auditor report and draft partial response re same (.5); confer with M. McCarthy re September fee application and review issues re same (.3). |
| 11/4/2010 | Holly Bull | 1.90 | Complete draft of fee reply and confer with D. Boll re same. |
| 11/4/2010 | Maureen McCarthy | .60 | Finalize September fee application for filing and service. |
| 11/5/2010 | Holly Bull | 2.50 | Review and edit first-round October invoices for fee application. |
| 11/8/2010 | Deanna D Boll | .30 | Confer with H. Bull re fee auditor response. |
| 11/8/2010 | Holly Bull | 2.80 | Review and edit first-round invoices (2.5); confer with D. Boll re fee auditor reply (.3). |
| 11/11/2010 | Deanna D Boll | .20 | Confer with J. Donley and T. Wallace re fee issues. |
| 11/12/2010 | Deanna D Boll | 1.50 | Confer with T. Wallace, J. Donley, and C. Greco re fee application (.3); edit and revise fee response and confer with B. Ruhlander re same (1.2). |
| 11/12/2010 | Lisa G Esayian | .30 | Provide information to D. Boll re Maryland Casualty claim for response to fee auditor questions. |
| 11/14/2010 | Holly Bull | .60 | Review final revisions to fee auditor reply. |
| 11/15/2010 | Holly Bull | 2.50 | Review and edit second-round invoices and late-entered time for October fee application. |

A-6

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 11/16/2010 | Holly Bull | 2.80 | Review and edit second-round invoices. |
| 11/17/2010 | Deanna D Boll | .10 | Confer with J. Donley re fee issues. |
| 11/18/2010 | Deanna D Boll | .50 | Confer with M. McCarthy re fees and review issues re same (.3); review final fee auditor report and confer with B. Ruhlander, R. Oslan, et al. re same (.2). |
| 11/20/2010 | Deanna D Boll | .70 | Edit October fee application. |
| 11/22/2010 | Deanna D Boll | .10 | Confer with J. Donley re final fee auditor report. |
| 11/29/2010 | Maureen McCarthy | 4.20 | Draft 38th quarterly fee application. |
|  | Total: | 34.80 |  |

### Matter 37 - Plan and Disclosure Statement - Fees

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 11/1/2010 | Beth Friedman | .70 | Research case docket re Leslie Controls and obtain transcripts as requested. |
| 11/1/2010 | Lisa G Esayian | 1.30 | Correspond with K. Makowski re certificate of no objection for Federal settlement (.2); review additional proposed revisions to CNA settlement (.8); correspond with R. Finke and J. Posner re same (.3). |
| 11/2/2010 | Deanna D Boll | 3.80 | Confer with D. Turetsky re CNA settlement and plan modifications (.8); confer with M. Araki and J. Baer re confirmation objections and pending claims and review issues re same (2.7); analyze CNA settlement agreement (.3). |
| 11/2/2010 | John Donley | .80 | Review documents/drafts relating to CNA and insurance settlements. |
| 11/2/2010 | Lisa G Esayian | .50 | Correspond with working group re CNA settlement. |
| 11/3/2010 | Deanna D Boll | .20 | Confer with J. Donley re Canadian confirmation issues. |
| 11/3/2010 | Adam C Paul | .70 | Analyze upcoming motions. |
| 11/3/2010 | John Donley | .30 | Continue review/analysis of CNA issues (.1); confer with L. Esayian re same (.2). |
| 11/3/2010 | Lisa G Esayian | 4.50 | Review additional CNA revisions to settlement agreement (.8); correspond with FCR's counsel re same (.2); confer with J. Posner re CNA issues (.8); revise portions of CNA agreement (.7); review revisions to CNA settlement approval motion (.8); further revise same (.5); correspond with R. Wyron re same (.2); update chart re insurance settlements (.3); confer with J. Donley re same (.2). |
| 11/4/2010 | Deanna D Boll | 2.00 | Confer with J. Baer and J. O'Neill re confirmation issues (.5); review issues re confirmation and potential appeals (1.5). |
| 11/4/2010 | Lisa G Esayian | 5.00 | Revise CNA settlement per additional comments from client (1.0); confer with E. DeCristofaro re CNA settlement issues (.8); confer with P. Mahaley re same (.5); circulate CNA settlement revisions (.4); correspond with D. Turetsky and N. Coco re CNA issues (.3); prepare chart re steps to be taken post-confirmation to implement various insurance settlements (1.0); address/consider issues re remaining unsettled insurers (1.0). |

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 11/5/2010 | Lisa G Esayian | .4.50 | Correspond with K. Makowski re motion for approval of Associated International settlement (.2); revise proposed approval order for CNA settlement (.5); correspond with R. Finke re same (.3); review further CNA revisions to settlement (.8); confer and correspond with R. Finke, J. Posner, E. DeCristofaro and R. Wyron re same (2.2); work on issues re remaining unsettled insurers (.5). |
| 11/8/2010 | Deanna D Boll | 3.30 | Analyze issues re confirmation and closing issues. |
| 11/8/2010 | Ashley S Gregory | 2.00 | Revise accounting definitions. |
| 11/8/2010 | Lisa G Esayian | 4.50 | Correspond with R. Finke re CNA retro premium issues (.7); confer with E. DeCristofaro re settlement agreement issues (.7); correspond with CNA's counsel and FCR's and ACC's counsel re same (.8); confer with R. Finke re CNA settlement (.4); review and revise CNA approval order (.5); review revised CNA motion and notice (.4); consider next steps re CNA settlement after filing of approval motion (.5); review status of various PD claims appeals, remaining claims and settlements (.5). |
| 11/9/2010 | Deanna D Boll | 3.00 | Confer with A. Paul and L. Esayian re Anderson Memorial issues (.3); review briefing re same (1.0); analyze issues re potential appeals (1.0); confer with M. Araki re outstanding issues re Anderson claims (.7). |
| 11/9/2010 | Lisa G Esayian | 1.00 | Correspond with R. Wyron and P. Mahaley re CNA proposed revisions to settlement agreement (.4); review additional proposed revisions (.1); confer with D. Boll and A. Paul re Anderson Memorial (.3); confer with R. Finke re CNA issues (.2). |
| 11/10/2010 | Deanna D Boll | 6.00 | Review and analyze issues re Garlock (1.5); confer with L. Esayian re Anderson (.2); draft and revise appellate briefing chart and review objections for same (4.3). |
| 11/10/2010 | Ashley S Gregory | 1.00 | Revise accounting definitions. |
| 11/10/2010 | Lisa G Esayian | 1.00 | Confer with P. Mahaley re final revisions to CNA settlement and timing of filing (.4); confer with R. Finke re CNA issues (.4); confer with D. Boll re Anderson issues (.2). |
| 11/11/2010 | Kimberly K Love | 2.00 | Review and obtain information re plan proponents' pre-trial insurance briefing as requested by L. Esayian. |

A-9

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 11/11/2010 | Deanna D Boll | 5.00 | Confer with A. Paul re Anderson (.1); confer with J. Donley re briefing chart (.2); revise appellate issue list and review objections re same (4.7). |
| 11/11/2010 | John Donley | .20 | Confer with D. Boll re briefing issues. |
| 11/11/2010 | Lisa G Esayian | 2.50 | Confer with R. Wyron re CNA issues and other insurance issues (.8); revise approval motion for CNA settlement (.5); review proposed settlement agreements with certain insurers (1.2). |
| 11/12/2010 | Deanna D Boll | 2.90 | Confer with L. Esayian re MCC (.1); edit appellate issue list and review objections to confirmation for same (2.8). |
| 11/15/2010 | Deanna D Boll | 2.50 | Revise potential appellate issues list and confer with A. Paul, J. Donley and L. Esayian re same. |
| 11/15/2010 | John Donley | .40 | Correspond with A. Paul and D. Boll re appeal issues and to-do projects. |
| 11/16/2010 | Deanna D Boll | 3.60 | Edit appellate issue list (1.2); analyze issues re closing documents and effective date tasks (2.4). |
| 11/16/2010 | Adam C Paul | .70 | Analyze recently-filed pleadings (.3); analyze upcoming critical dates (.4). |
| 11/16/2010 | Lisa G Esayian | .70 | Update R. Finke re CNA issues (.4); correspond with various parties re CNA issues (.3). |
| 11/17/2010 | Kimberly K Love | 1.00 | Prepare and organize materials re Anderson Memorial requested by L. Esayian (.5); prepare and organize plan information requested by L. Esayian (.5). |
| 11/17/2010 | Deanna D Boll | 3.50 | Analyze issues re closing and potential appeals. |
| 11/17/2010 | Christian O Nagler | 3.80 | Confer with client re description of notes and review and consider issues re same. |
| 11/17/2010 | Adam C Paul | 1.40 | Confer with J. Donley re confirmation issues (.8); confer with B. Weiland re same (.4); correspond with L. Esayian re AMH objections (.2). |
| 11/17/2010 | Ashley S Gregory | 5.00 | Confer with client and K&E re accounting definitions, prepare for same and review/consider issues re same. |
| 11/17/2010 | Lisa G Esayian | 1.00 | Correspond with B. Horkovich re potential settlement with Swiss Re (.3); correspond with R. Finke re final version of CNA settlement (.2); correspond with various parties re finalizing and filing CNA settlement (.3); correspond with A. Paul re AMH (.2). |
| 11/18/2010 | Deanna D Boll | .50 | Confer with L. Esayian re CNA settlement and review motion re same. |

A-10

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 11/18/2010 | John Donley | .40 | Review various recent pleadings and orders (.2); review CNA motion papers (.2). |
| 11/18/2010 | Lisa G Esayian | 1.00 | Correspond with K. Makowski re filing CNA approval motion (.3); draft summary of key points of CNA agreement for M. Shelnitz and R. Finke (.7). |
| 11/19/2010 | Deanna D Boll | 7.10 | Confer with J. Baer and M. Sew Hoy re Forest Service confirmation questions (.2); confer with J. Donley and L. Esayian re CNA objections (.2); edit plan documents and fifth set of plan modifications (5.5); confer with B. Horkovich, L. Esayian, P. Mahaley, et al. re same and review/address issues re same (1.2). |
| 11/19/2010 | Adam C Paul | 1.60 | Confer with ACC and FCR re status and strategy (.9); prepare for same (.7). |
| 11/19/2010 | John Donley | 2.00 | Prepare for conference with ACC and FCR (.5); review draft plan modifications and ACC/FCR proposal (.6); confer with P. Lockwood, R. Wyron, R. Frankel, J. Baer and A. Paul re joint strategy/plan proponent issues (.9). |
| 11/19/2010 | Lisa G Esayian | .30 | Confer with D. Boll, P. Mahaley and R. Horkovich re updates to plan's insurance exhibits. |
| 11/20/2010 | Deanna D Boll | 3.80 | Review and edit plan documents (2.9); confer with P. Lockwood, A. Paul, R. Wyron, et al. re same (.9). |
| 11/21/2010 | Lisa G Esayian | 1.70 | Revise and add to draft notice of fifth set of modifications to joint plan (.4); correspond with P. Mahaley re proposed revisions to schedule of settled insurers attached to insurance transfer agreement (.3); revise plan's PD exhibits (.8); correspond with D. Boll re same (.2). |
| 11/22/2010 | Deanna D Boll | 8.30 | Analyze issues re equitable mootness (2.5); analyze issues re Adelphia and potential relationship to Libby (1.2); edit and revise plan exhibits and fifth set of plan modifications (4.6). |
| 11/22/2010 | Adam C Paul | 2.70 | Analyze plan modifications and related pleadings (1.7); confer with J. Donley, D. Boll and L. Esayian re same (.6); correspond with team members re same (.4). |

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 11/22/2010 | John Donley | 5.70 | Review and revise plan modifications relating to variety of issues, including technical modifications, conforming to confirmation order, status updates, insurance and trust issues, and edit notice and motion re same (2.5); confer and correspond with D. Boll, A. Paul, J. Baer re same (1.0); review research re 1127(a), (b) and (f), 1129 and other Code provisions that may affect modifications (.8); review and analyze correspondence from R. Wyron, P. Lockwood and J. Baer re plan modifications and joint defense strategy (.5); confer with L. Esayian and A. Paul re insurance issue (.4); draft outline of points and options in client correspondence for M. Shelnitz and R. Finke (.5). |
| 11/22/2010 | Lisa G Esayian | 1.30 | Correspond with P. Mahaley and R. Horkovich re potential insurance settlements (.3); confer with J. Donley and A. Paul re potential plan modifications (.4); follow up on issues and further correspond with team members re same (.6). |
| 11/23/2010 | Kimberly K Love | .50 | Review and obtain information re chart of final plan objections as requested by L. Esayian. |
| 11/23/2010 | Deanna D Boll | 3.70 | Review chart re insurer settlements (.2); edit plan exhibits (1.8); confer with J. Donley re filing status (.2); analyze issues re equitable mootness (1.5). |
| 11/23/2010 | John Donley | 2.30 | Continue review and analysis of plan modifications, timing and due process issues (1.4); correspond with L. Esayian, A. Paul and D. Boll re revisions relating to insurance (.4); confer with M. Shelnitz and R. Finke re plan modifications and related issues (.3); confer with L. Esayian re insurance-related modifications (.2). |
| 11/23/2010 | Lisa G Esayian | .80 | Correspond with J. Donley, A. Paul and D. Boll re potential plan modifications (.5); confer with R. Finke re plan PD exhibits (.3). |
| 11/23/2010 | Lisa G Esayian | 2.20 | Review proposed terms for Swiss Re settlement (.3); correspond with R. Finke and J. Posner re same (.4); provide comments re draft settlement agreement to P. Mahaley (.7); update chart of post-petition settlements (.8). |
| 11/24/2010 | Deanna D Boll | 4.50 | Edit and revise fifth set of plan modifications and exhibits (3.4); confer with L. Esayian re PD exhibits (.2); analyze issues re substantial consummation (.9). |

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 11/24/2010 | Adam C Paul | .70 | Analyze and revise agenda (.4); correspond with J. Baer re same (.3). |
| 11/24/2010 | Brad Weiland | 2.20 | Correspond with team members re confirmation process and client conference (.3); prepare and revise materials re potential plan issues (1.5); confer with K. Kokontis re same (.4). |
| 11/24/2010 | Lisa G Esayian | 2.80 | Review key Anderson Memorial objections in preparation for post-confirmation activity (.8); provide comments to P. Mahaley re motion to approve Swiss Re settlement (.3); confer with D. Boll re PD exhibits (.2); rurther revise and update plan exhibit 25 (PD CMO and amended order) (1.0); correspond with R. Finke re same (.2); confer with D. Boll re plan modifications (.3). |
| 11/25/2010 | Deanna D Boll | 1.80 | Edit and revise fifth set of plan modifications and exhibits. |
| 11/26/2010 | Brad Weiland | 2.00 | Correspond with team members re potential appeals items (.8); review and analyze work in process materials re same (1.2). |
| 11/29/2010 | Deanna D Boll | 4.50 | Revise and edit plan documents (2.3); confer with legal assistants, J. Baer, J. Donley and L. Esayian re same (.5); participate in WIP call with K&E and J. Baer (.4); analyze issues re equitable mootness (1.3). |
| 11/29/2010 | Adam C Paul | .40 | Analyze plan modifications and justifications. |
| 11/29/2010 | John Donley | 1.70 | Review various recent pleadings (.3); outline appeal and briefing issues (.6); review settled insurer sections of technical plan modifications (.3); confer with D. Boll, L. Esayian and others re same (.5). |
| 11/29/2010 | Lisa G Esayian | 2.00 | Correspond with J. O'Neill re certificate of no objection for Associated International insurance settlement and review draft of same (.3); correspond with J. McElhemey and B. Horkovich re dividend payments from certain insolvent insurers (.4); correspond with D. Boll re plan modifications (.3); confer with J. Donley and team re current status of various projects and potential post-confirmation tasks (.5); review correspondence re status of negotiations with remaining unsettled insurers (.5). |
| 11/30/2010 | Deanna D Boll | 8.00 | Review and edit plan documents and confer with B. Horkovich, J. Baer, P. Mahaley, P. Lockwood, R. Wyron, et al. re same. (5.2); examine law re equitable mootness and substantial consummation (2.8). |

A-13

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 11/30/2010 | Adam C Paul | 1.80 | Confer with J. Donley, J. Baer, P. Lockwood, R. Frankel and R. Wyron re confirmation issues (.8); prepare for confirmation and possible appeals (.4); analyze and revise plan modification pleadings (.6). |
| 11/30/2010 | John Donley | 1.80 | Review technical plan modifications and blacklines, including revisions to plan Exhibits 5, 6 and 21 (.6); review draft of accompanying pleading (.3); confer with J. Baer, D. Boll, A. Paul, P. Lockwood, R. Frankel and R. Wyron re modifications, timing and omnibus issues (.9). |
| 11/30/2010 | Lisa G Esayian | 2.50 | Confer with various parties re issues re CNA settlement (.5); review status of various Anderson Memorial appeals (.2); correspond with various insurers re potential settlements (.5); correspond with various parties re potential plan modifications (.5); revise notice re same (.8). |
| | Total: | 164.90 | |

## Matter 41 - Tax Issues - Fees

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 11/16/2010 | Todd F Maynes, P.C. | .30 | Correspond internally re 5% shareholders. |
| 11/17/2010 | Todd F Maynes, P.C. | .20 | Correspond internally re 5% shareholders. |
| 11/18/2010 | Todd F Maynes, P.C. | .30 | Confer and correspond re structure alternatives. |
| 11/19/2010 | Todd F Maynes, P.C. | .30 | Correspond internally re 5% shareholders. |
| | Total: | 1.10 | |

**Matter 54 - Employment Applications, Applicant - Fees**

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 11/4/2010 | Deanna D Boll | .20 | Confer with J. Donley re conflicts issues. |
| 11/29/2010 | Linda A Scussel | 6.50 | Conduct analysis update for supplemental disclosure of creditors/parties submitted as 5% equity holders, bank creditors, customers, debtholders, insurers, and officers and directors. |
| 11/30/2010 | Linda A Scussel | 6.50 | Conduct analysis update for supplemental disclosure of creditors/parties submitted as lessors, letters of credit, ordinary course professionals, significant equity holders, and top 30 unsecured creditors. |
|  | Total: | 13.20 |  |

## Matter 59 - Lyondell Reclamation Claims - Fees

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 11/4/2010 | Nate Kritzer | .20 | Review challenged Lyondell proofs of claim (.1); confer with C. Greco re same (.1). |
| 11/9/2010 | Christopher T Greco | .20 | Correspond with N. Kritzer and R. Finke re Lyondell claims. |
| 11/15/2010 | Nate Kritzer | .50 | Coordinate with K. Love to search for rejected/assumed contracts in Lyondell bankruptcy (.2); review Grace/Basell USA contracts (.3). |
| 11/15/2010 | Kimberly K Love | 6.00 | Obtain and prepare information re Grace and Lyondell assumptions as requested by N. Kritzer. |
| 11/16/2010 | Nate Kritzer | .60 | Confer with C. Greco re settlement of Lyondell claims (.2); further confer with D. Fischer and C. Greco re same (.2); review Lyondell schedule of assumed contracts (.2). |
| 11/16/2010 | Kimberly K Love | 2.00 | Review and obtain information re Grace and Lyondell assumptions as requested by N. Kritzer. |
| 11/17/2010 | Christopher T Greco | .50 | Correspond with CWT and N. Kritzer re Lyondell claims and review materials re same. |
| 11/23/2010 | Christopher T Greco | .30 | Correspond with team members re Lyondell claims and proposed CWT stipulation. |
| 11/28/2010 | Christopher T Greco | .20 | Correspond with team members re proposed Lyondell stipulation and comments to same. |
| 11/28/2010 | Kristina Alexander | 2.20 | Review claims against Lyondell (1.2); review and revise Lyondell's counsel's stipulation to resolve same (.8); correspond with C. Greco re relevant issues (.2). |
| 11/29/2010 | Christopher T Greco | .70 | Correspond with team members re potential Lyondell stipulation (.3); confer with working group re status update (.4). |
| 11/30/2010 | Christopher T Greco | .40 | Correspond with K. Alexander and N. Kritzer re Lyondell stipulation for claims and review and comment on same. |
| | Total: | 13.80 | |

**Matter 60 - Delphi Preference Defense - Fees**

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 11/1/2010 | Kristina Alexander | .80 | Confer with counsel to Delphi re preference action and correspond with C. Greco re same. |
| 11/2/2010 | Beth Friedman | .50 | Obtain precedent re Delphi matter as requested. |
| 11/2/2010 | Maura Klugman | .80 | Obtain precedent re Debtors' motion re Delphi. |
| 11/4/2010 | Beth Friedman | .60 | Obtain precedent and hearing transcripts re Delphi matter as requested. |
| 11/8/2010 | Maura Klugman | 6.00 | Review transcript of first wave motion to dismiss hearing (re Delphi). |
| 11/9/2010 | Maura Klugman | 3.50 | Review bankruptcy docket re notice of service issues. |
| 11/10/2010 | Christopher T Greco | .20 | Correspond re potential objection and motion to dismiss re Delphi matter. |
| 11/10/2010 | Matthew F Dexter | .20 | Confer with M. Klugman re opposition to motion for leave to amend re Delphi matter. |
| 11/10/2010 | Maura Klugman | 6.30 | Review original motion to dismiss to identify relevant arguments (2.8); confer with M. Dexter re same (.2); review law in motion to dismiss (2.3); review disclosure statements (1.0). |
| 11/11/2010 | Maura Klugman | 7.50 | Draft opposition to Debtors' motion to amend Delphi complaint (3.9); research case law re various legal issues for same (3.0); review bankruptcy docket re same (.6). |
| 11/12/2010 | Kristina Alexander | .30 | Confer with M. Klugman re Delphi matter. |
| 11/12/2010 | Maura Klugman | 3.80 | Confer with K. Alexander re possible Delphi prejudice arguments and opposition (.3); draft opposition to motion to amend (3.5). |
| 11/14/2010 | Maura Klugman | 5.50 | Draft opposition to motion to amend. |
| 11/15/2010 | Matthew F Dexter | .60 | Confer with M. Klugman re opposition to debtors' motion to amend Delphi complaint. |
| 11/15/2010 | Maura Klugman | 2.30 | Confer with M. Dexter re edits to Delphi motion (.6); edit draft (1.7). |
| 11/16/2010 | Kristina Alexander | .40 | Confer with various team members re response to Delphi. |
| 11/16/2010 | Deanna D Boll | .20 | Confer with K. Alexander and M. Klugman re Delphi strategy. |
| 11/16/2010 | Maura Klugman | .80 | Confer with K. Alexander and D. Boll re edits to Delphi motion (.2); revise draft motion (.6). |
| 11/17/2010 | Deanna D Boll | .40 | Confer with M. Klugman re Delphi motion strategy. |
| 11/17/2010 | Matthew F Dexter | 1.50 | Review and revise draft opposition to Debtors' motion to amend Delphi adversary complaint. |

A-18

| Date | Name | Hours | Narrative |
|------|------|-------|-----------|
| 11/17/2010 | Maura Klugman | 1.00 | Confer with D. Boll re bankruptcy and effect of Delphi preference action (.4); create and review table of authorities for brief (.3); research issues re filing brief (.3). |
| 11/18/2010 | Matthew F Dexter | 6.80 | Draft and revise opposition to Debtors' Delphi motion (4.8); confer with M. Klugman re same (.5); review docket and disclosure statement re same (1.5). |
| 11/18/2010 | Maura Klugman | 1.50 | Edit draft opposition to Delphi motion to amend (1.0); confer with M. Dexter re same (.5). |
| 11/19/2010 | Kristina Alexander | 1.20 | Review and comment on Delphi motion (.8); confer with M. Klugman and M. Dexter re same (.4). |
| 11/19/2010 | Matthew F Dexter | 1.70 | Review and revise opposition to Debtors' motion to amend adversary proceeding complaint re Delphi (1.2); confer with K. Alexander and M. Klugman re same (.5). |
| 11/22/2010 | Christopher T Greco | .40 | Review Delphi pleading and confer with team and client re same. |
| 11/22/2010 | Kristina Alexander | 2.80 | Confer with L. Marchman, M. Klugman and C. Greco re motion and business strategy for resolving Delphi preference action (.5); research issues re same (2.3). |
| 11/22/2010 | Maura Klugman | 4.00 | Confer with client and C. Greco re opposition to motion to amend (.5); revise opposition per comments from C. Greco, J. Baer and M. Dexter (2.8); edit brief (.7). |
| 11/22/2010 | John Donley | 1.00 | Review and edit draft Delphi preference brief and correspond with C. Greco, J. Baer, A. Paul and team re same. |
| 11/23/2010 | Christopher T Greco | .50 | Correspond with team re Delphi avoidance pleading and review same. |
| 11/23/2010 | Matthew F Dexter | .80 | Review and revise Delphi opposition to motion to amend (.6); confer with M. Klugman re same (.2). |
| 11/24/2010 | Christopher T Greco | .80 | Review motion to dismiss amended complaint and correspond with J. Hughes, M. Klugman and J. Donley re same. |
| 11/24/2010 | Maura Klugman | 1.80 | Finalize and file opposition to Debtors' motion to amend Delphi (1.3); correspond with R. Orren re same (.5). |
|  | Total: | 66.50 |  |

# EXHIBIT B

## Matter 52 – Expenses – Expenses

| Service Description | Amount |
|---|---|
| Standard Copies or Prints | $553.20 |
| Scanned Images | $39.50 |
| Overnight Delivery | $7.60 |
| Outside Messenger Services | $145.70 |
| Appearance Fees | $192.00 |
| Outside Database Services | $1,162.50 |
| Computer Database Research | $55.87 |
| Electronic Data Storage | $1,727.53 |
| **Total:** | **$3,883.90** |

## Matter 52 – Expenses – Itemized Expenses

| Date | Amount | Description |
|------|-------:|-------------|
| 10/7/2010 | 55.87 | WEST, Computer Database Research, DONLEY, JOHN W., 10/7/2010 |
| 10/12/2010 | 29.14 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LA SALLE, Holly Bull, 10/12/2010 |
| 10/18/2010 | 29.14 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LA SALLE, Holly Bull, 10/18/2010 |
| 10/22/2010 | 29.14 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LA SALLE, Holly Bull, 10/22/2010 |
| 10/30/2010 | 1,162.50 | C2 LEGAL - Outside Database Services, User License Fee |
| 10/31/2010 | 30.00 | COURTCALL, LLC - Appearance Fees - CCID 3799838 10/18/2010 Hearing - Roger Higgins, U.S. Bankruptcy Court-Delaware. |
| 10/31/2010 | 30.00 | COURTCALL, LLC - Appearance Fees - CCID 3799886 10/18/2010 Hearing - John Donley, U.S. Bankruptcy Court-Delaware. |
| 10/31/2010 | 44.00 | COURTCALL, LLC - Appearance Fees - CCID 3799832 10/18/2010 Hearing - Adam Paul, U.S. Banruptcy Court-Delaware. |
| 10/31/2010 | 44.00 | COURTCALL, LLC - Appearance Fees - CCID 3800663 10/18/2010 Hearing - Theodore Freedman, U.S. Banruptcy Court-Delaware. |
| 10/31/2010 | 44.00 | COURTCALL, LLC - Appearance Fees - CCID 3799804 10/18/2010 Hearing - Janet Baer, U.S. Banruptcy Court-Delaware. |
| 11/1/2010 | 0.70 | Standard Prints |
| 11/1/2010 | 1.30 | Standard Prints |
| 11/1/2010 | 10.40 | Standard Copies or Prints |
| 11/1/2010 | 0.60 | Scanned Images |
| 11/1/2010 | 8.80 | Standard Prints |
| 11/2/2010 | 1.10 | Scanned Images |
| 11/2/2010 | 0.10 | Standard Prints |
| 11/3/2010 | 1.90 | Standard Prints |
| 11/3/2010 | 0.10 | Standard Prints |
| 11/3/2010 | 0.20 | Standard Prints |
| 11/3/2010 | 3.80 | Standard Prints |
| 11/3/2010 | 1.60 | Scanned Images |
| 11/4/2010 | 14.90 | Standard Prints |
| 11/4/2010 | 20.50 | Standard Prints |
| 11/4/2010 | 2.10 | Standard Prints |
| 11/4/2010 | 1.00 | Standard Prints |
| 11/4/2010 | 1.60 | Scanned Images |
| 11/4/2010 | 0.80 | Standard Prints |
| 11/5/2010 | 9.20 | Standard Prints |

| Date | Amount | Description |
|------|--------|-------------|
| 11/5/2010 | 7.70 | Standard Prints |
| 11/5/2010 | 1.10 | Scanned Images |
| 11/5/2010 | 29.14 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LA SALLE, Holly Bull, 11/5/2010 |
| 11/8/2010 | 13.60 | Standard Prints |
| 11/8/2010 | 0.10 | Standard Prints |
| 11/8/2010 | 26.00 | Standard Prints |
| 11/8/2010 | 14.50 | Standard Copies or Prints |
| 11/8/2010 | 0.20 | Standard Prints |
| 11/8/2010 | 3.90 | Scanned Images |
| 11/8/2010 | 4.10 | Scanned Images |
| 11/9/2010 | 12.40 | Standard Prints |
| 11/9/2010 | 0.30 | Standard Prints |
| 11/9/2010 | 29.14 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LA SALLE, Holly Bull, 11/9/2010 |
| 11/10/2010 | 0.60 | Standard Prints |
| 11/10/2010 | 0.20 | Standard Prints |
| 11/11/2010 | 10.00 | Standard Prints |
| 11/11/2010 | 3.90 | Standard Prints |
| 11/11/2010 | 0.20 | Standard Prints |
| 11/11/2010 | 1.80 | Standard Copies or Prints |
| 11/11/2010 | 3.10 | Standard Prints |
| 11/11/2010 | 2.20 | Scanned Images |
| 11/11/2010 | 0.20 | Scanned Images |
| 11/11/2010 | 0.20 | Standard Prints |
| 11/12/2010 | 0.10 | Standard Prints |
| 11/12/2010 | 0.30 | Standard Prints |
| 11/12/2010 | 1.80 | Standard Prints |
| 11/12/2010 | 1.60 | Standard Prints |
| 11/12/2010 | 11.80 | Standard Prints |
| 11/12/2010 | 7.60 | Fed Exp to: Warren H. Smith, DALLAS, TX from: Sonya Kahn |
| 11/15/2010 | 1.60 | Standard Prints |
| 11/15/2010 | 0.10 | Scanned Images |
| 11/15/2010 | 0.30 | Scanned Images |
| 11/16/2010 | 3.30 | Standard Copies or Prints |
| 11/16/2010 | 0.40 | Standard Prints |
| 11/16/2010 | 0.60 | Standard Prints |
| 11/17/2010 | 0.50 | Standard Prints |

| Date | Amount | Description |
|------|--------|-------------|
| 11/17/2010 | 10.20 | Standard Prints |
| 11/17/2010 | 0.40 | Standard Prints |
| 11/17/2010 | 1.10 | Standard Prints |
| 11/17/2010 | 0.10 | Scanned Images |
| 11/17/2010 | 1.00 | Standard Prints |
| 11/18/2010 | 0.10 | Standard Copies or Prints |
| 11/18/2010 | 18.70 | Standard Prints |
| 11/18/2010 | 1.10 | Standard Prints |
| 11/18/2010 | 0.10 | Standard Prints |
| 11/18/2010 | 1.20 | Standard Prints |
| 11/18/2010 | 26.30 | Standard Copies or Prints |
| 11/18/2010 | 0.40 | Scanned Images |
| 11/19/2010 | 2.40 | Standard Prints |
| 11/19/2010 | 0.10 | Standard Prints |
| 11/19/2010 | 2.10 | Standard Prints |
| 11/19/2010 | 0.20 | Standard Prints |
| 11/19/2010 | 1.00 | Standard Prints |
| 11/19/2010 | 0.50 | Scanned Images |
| 11/19/2010 | 6.10 | Scanned Images |
| 11/19/2010 | 0.90 | Scanned Images |
| 11/19/2010 | 54.10 | Standard Prints |
| 11/22/2010 | 3.00 | Standard Prints |
| 11/22/2010 | 21.70 | Standard Prints |
| 11/22/2010 | 1.80 | Standard Prints |
| 11/22/2010 | 0.60 | Standard Prints |
| 11/22/2010 | 2.40 | Standard Prints |
| 11/22/2010 | 4.10 | Scanned Images |
| 11/22/2010 | 24.40 | Standard Prints |
| 11/22/2010 | 4.60 | Standard Prints |
| 11/23/2010 | 3.50 | Standard Prints |
| 11/23/2010 | 3.90 | Standard Prints |
| 11/23/2010 | 0.50 | Standard Prints |
| 11/23/2010 | 11.90 | Standard Prints |
| 11/23/2010 | 0.40 | Scanned Images |
| 11/23/2010 | 0.60 | Scanned Images |
| 11/24/2010 | 5.10 | Standard Prints |
| 11/24/2010 | 3.80 | Standard Prints |

| Date | Amount | Description |
|------|-------:|-------------|
| 11/24/2010 | 59.20 | Standard Copies or Prints |
| 11/24/2010 | 0.10 | Standard Prints |
| 11/24/2010 | 0.20 | Scanned Images |
| 11/24/2010 | 14.60 | Standard Prints |
| 11/29/2010 | 1.10 | Standard Prints |
| 11/29/2010 | 0.40 | Standard Prints |
| 11/29/2010 | 8.80 | Standard Prints |
| 11/29/2010 | 1.10 | Standard Prints |
| 11/29/2010 | 12.10 | Standard Prints |
| 11/29/2010 | 1.10 | Standard Prints |
| 11/29/2010 | 0.50 | Scanned Images |
| 11/30/2010 | 5.50 | Standard Prints |
| 11/30/2010 | 6.90 | Standard Prints |
| 11/30/2010 | 1.20 | Standard Prints |
| 11/30/2010 | 2.20 | Standard Prints |
| 11/30/2010 | 10.60 | Standard Prints |
| 11/30/2010 | 0.60 | Standard Prints |
| 11/30/2010 | 1.10 | Scanned Images |
| 11/30/2010 | 0.20 | Scanned Images |
| 11/30/2010 | 7.60 | Scanned Images |
| 11/30/2010 | 27.80 | Standard Prints |
| 11/30/2010 | 1,727.53 | Electronic Data Storage |
| Total: | 3,883.90 | |

B-6

**<u>Matter 60 – Delphi Preference Defense – Expenses</u>**

| <u>Service Description</u> | <u>Amount</u> |
|---|---|
| Standard Copies or Prints | $36.00 |
| Overnight Delivery | $290.01 |
| Court Reporter Fee/Deposition | $508.75 |
| **Total:** | **$834.76** |

### Matter 60 – Delphi Preference Defense – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 11/10/2010 | 17.60 | Standard Prints |
| 11/10/2010 | 472.45 | ECHO REPORTING - Court Reporter Fee/Deposition, Court Reporter, 10/1/10 |
| 11/11/2010 | 36.30 | VERITEXT NEW YORK REPORTING CO LLC - Court Reporter Fee/Deposition, Certified Transcript of Hearing |
| 11/12/2010 | 0.20 | Standard Prints |
| 11/15/2010 | 2.40 | Standard Prints |
| 11/17/2010 | 5.00 | Standard Prints |
| 11/17/2010 | 2.40 | Standard Prints |
| 11/19/2010 | 3.60 | Standard Prints |
| 11/23/2010 | 2.40 | Standard Prints |
| 11/23/2010 | 2.30 | Standard Prints |
| 11/24/2010 | 45.57 | Fed Exp to: Alicia M. Leonhard, NEW YORK, NY from: Robert Orren |
| 11/24/2010 | 45.57 | Fed Exp to: Alicia M. Leonhard, BROOKLYN, NY from: Robert Orren |
| 11/24/2010 | 52.51 | Fed Exp to: DPH Holdings Corp., et al., TROY, MI from: Robert Orren |
| 11/24/2010 | 45.57 | Fed Exp to: Eric B. Fisher, NEW YORK, NY from: Robert Orren |
| 11/24/2010 | 52.51 | Fed Exp to: Cynthia J. Haffey, DETROIT, MI from: Robert Orren |
| 11/24/2010 | 48.28 | Fed Exp to: Honorable Robert D. Drain, WHITE PLAINS, NY from: Robert Orren |
| 11/30/2010 | 0.10 | Standard Prints |
| Total: | 834.76 | |