# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: February 1, 2011 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## ONE HUNDRED AND TENTH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A
**(Fee Detail)**

**FEES**

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** | $10,426.00 |
| **FEE APPLICATION – APPLICANT** | $1,069.50 |
| **TOTAL FEES** | $11,495.50 |

# CASNER & EDWARDS, LLP

E  A T T O R N E Y S   A T   L A W

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

January 6, 2011
Bill Number  129035
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:    Litigation and Litigation Consulting

**LEGAL SERVICES**

THROUGH NOVEMBER 30, 2010

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/01/10 | ARA | Quality control production set documents. | 2.20 Hrs | 286.00 |
| 11/02/10 | ARA | Document control. | 2.00 Hrs | 170.00 |
| 11/02/10 | ARA | Quality control production set documents. | 2.80 Hrs | 364.00 |
| 11/03/10 | ARA | Quality control production set documents. | 7.10 Hrs | 923.00 |
| 11/04/10 | ARA | Quality control production set documents. | 6.00 Hrs | 780.00 |
| 11/05/10 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | 34.50 |
| 11/05/10 | ARA | Document control. | 3.00 Hrs | 255.00 |
| 11/05/10 | ARA | Quality control production set documents. | 3.50 Hrs | 455.00 |
| 11/08/10 | ARA | Document control. | 1.50 Hrs | 127.50 |
| 11/08/10 | ARA | Quality control abatement binder documents. | 3.50 Hrs | 455.00 |
| 11/09/10 | RAM | Read selected documents filed in bankruptcy cases. | 0.30 Hrs | 103.50 |

F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH NOVEMBER 30, 2010

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/09/10 | ARA | Quality control abatement binder documents (4.6). Return MTM's call re: attorney review documents and review attorney review numbered documents on printout (1.9). | 6.50 Hrs | 845.00 |
| 11/10/10 | ARA | Continue review of attorney review numbered documents. | 6.20 Hrs | 806.00 |
| 11/11/10 | RAM | Emails from/to PM, two in-house counsels and MTM re: renewing lease for Winthrop Square. | 0.20 Hrs | 69.00 |
| 11/11/10 | MTM | Meeting with ARA at Winthrop Square re: issue of box of Attorney Review materials. | 1.10 Hrs | 324.50 |
| 11/11/10 | ARA | Review attorney review numbered documents (5.4); discuss attorney review documents with MTM (1.1). | 6.50 Hrs | 845.00 |
| 11/15/10 | RAM | Email to in-house counsel that M. Goldberg never worked on Libby issues. | 0.10 Hrs | No Charge |
| 11/15/10 | ARA | Document control. | 6.00 Hrs | 510.00 |
| 11/16/10 | ARA | Document control. | 6.50 Hrs | 552.50 |
| 11/17/10 | ARA | Document control. | 5.00 Hrs | 650.00 |
| 11/18/10 | RAM | Email from MTM re: G. Zucker. | 0.10 Hrs | No Charge |
| 11/18/10 | ARA | Document control. | 6.00 Hrs | 780.00 |
| 11/19/10 | RAM | Email from in-house counsel that we should renew lease at Winthrop Square for one year. | 0.10 Hrs | No Charge |
| 11/19/10 | ARA | Document control. | 5.30 Hrs | 450.50 |
| 11/24/10 | RAM | Read updated bankruptcy court docket entries to select documents to read. Read selected documents filed in bankruptcy court. | 0.50 Hrs | 172.50 |
| 11/29/10 | ARA | Document control. | 4.00 Hrs | 340.00 |
| 11/30/10 | ARA | Document control. | 1.50 Hrs | 127.50 |

TOTAL LEGAL SERVICES   $10,426.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---------------|-----|------|--------|
| Robert A. Murphy | 1.10 | 345.00 | 379.50 |

KASNER & EDWARDS LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

| | | | |
|---|---|---|---|
| Matthew T. Murphy | 1.10 | 295.00 | 324.50 |
| Angela R. Anderson | 55.30 | 130.00 | 7,189.00 |
| Angela R. Anderson | 29.80 | 85.00 | 2,533.00 |
| Robert A. Murphy | 0.30 | 345.00 | No Charge |
| | 87.60 | | $10,426.00 |

TOTAL THIS BILL          $10,426.00

# CASNER & EDWARDS, LLP

### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

January 6, 2011
Bill Number  129036
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:    Fee Applications, Applicant

**LEGAL SERVICES**

THROUGH NOVEMBER 30, 2010

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/05/10 | RAM | Work on September fee application. | 0.30 Hrs | 103.50 |
| 11/06/10 | RAM | Work on September fee application. | 0.50 Hrs | 172.50 |
| 11/09/10 | RAM | Work on September fee application. | 0.70 Hrs | 241.50 |
| 11/10/10 | RAM | Work on September fee application and send it to in-house counsels for review. | 0.20 Hrs | 69.00 |
| 11/15/10 | RAM | Email from in-house counsel that fee application may be filed. | 0.10 Hrs | No Charge |
| 11/20/10 | RAM | Finalize September fee application and send it to Delaware counsel to file. | 0.50 Hrs | 172.50 |
| 11/24/10 | RAM | Work on Quarterly fee application and send it to Delaware counsel to file (.4). Send "as filed" September fee application to fee auditor (.1). | 0.50 Hrs | 172.50 |
| 11/29/10 | RAM | Telephone conference with MB re: Grace billing code issue. | 0.10 Hrs | No Charge |
| 11/30/10 | RAM | Work on October fee application. Email from/to J. Deckman to verify hourly rates of attorneys and paralegals. | 0.40 Hrs | 138.00 |

Mark A. Shelnitz
Re:    Fee Applications, Applicant

TOTAL LEGAL SERVICES        $1,069.50

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 3.10 | 345.00 | 1,069.50 |
| Robert A. Murphy | 0.20 | 345.00 | No Charge |
|  | 3.30 |  | $1,069.50 |

TOTAL THIS BILL        $1,069.50

## EXHIBIT B
**(Expense Detail)**

## EXPENSES

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** | $11,705.56 |
| **FEE APPLICATION – APPLICANT** | $1.05 |
| **TOTAL EXPENSES** | $11,706.61 |

# CASNER & EDWARDS, LLP

### A T T O R N E Y S   A T   L A W

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

January 6, 2011
Bill Number  129037
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:    Litigation and Litigation Consulting

**LEGAL SERVICES**

**COSTS**

THROUGH NOVEMBER 30, 2010

RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 11/01/10 | ONE WINTHROP SQUARE, LLC: Rent and utilites for document repository at One Winthrop Square - November 2010. | 11,302.51 | |
| | | | $11,302.51 |
| MISCELLANEOUS | | | |
| 11/09/10 | RECORDKEEPER ARCHIVE CENTERS,: Storage 11/01/10 through 11/30/10. | 403.05 | |
| | | | $403.05 |
| | TOTAL COSTS | | $11,705.56 |
| | TOTAL THIS BILL | | $11,705.56 |

# CASNER & EDWARDS, LLP

E  A  T  T  O  R  N  E  Y  S     A  T     L  A  W

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

January 6, 2011
Bill Number  129038
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:    Fee Applications, Applicant

**LEGAL SERVICES**

**COSTS**

THROUGH NOVEMBER 30, 2010

EXCESS POSTAGE
11/24/10        EXCESS POSTAGE                                          1.05
                                                                                        $1.05

                                        TOTAL COSTS                              $1.05


                                        TOTAL THIS BILL                          $1.05