# Exhibit A

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

VIRGINIA RODRIGUEZ

14-October-2010

C/O ERNST & YOUNG

2323 VICTORY AVENUE
SUITE 2000
DALLAS TEXAS 75219
UNITED STATES OF AMERICA

FOR PROFESSIONAL SERVICES RENDERED

 Employee: REGIS SILVA

 Fragomen Invoice Number: IN-US00155170

 Fragomen Manager: GRAHAM LEES

 Fragomen Case Number: 258636

 Client: W.R. GRACE & CO.

 Total Legal Fees: 0.00

 Total Disbursements: 1,942.50

 Invoice Total: (USD) 1,942.50

| | Fee/Disbursement |
|---|---:|
| DISBURSEMENTS<br>(work carried out by FRAGOMEN - LONDON)<br><br>For professional services rendered with respect to the coordination of Spanish work permit application for Regis Silva | 872.51 |
| Third party vendor professional fees (PO-0000258636-00002) | 977.49 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 92.50 |

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.
Employee: REGIS SILVA

|  |  |
|---:|---|
| Comments: | |
| Application Approval Date: | |
| Application File Date: | |
| Authorizing Manager: | |
| Case Initiation Date: | 08 Feb 2010 |
| Cost Center: | |
| Employee ID: | |
| Number of Dependents: | 0 |
| PO #: | |
| Receiving Country: | SPAIN |
| Sending Country: | BRAZIL |

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia                                                              October 20, 2010
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

---

FOR PROFESSIONAL SERVICES RENDERED

RE: Xu ZHAO                                                                 Invoice #: 10.40730655

Preparation and submission of Form I-907 Request for Premium Processing Service of nonimmigrant petition.

|  |  |
|---|---|
| Total Legal Fees | $250.00 |

**Disbursements**

| | |
|---|---|
| Fedex (domestic) | $29.00 |
| USCIS Filing Fee for I-907 (Premium Processing Fee) | $1,000.00 |
| Miscellaneous expenses | $10.00 |
| Total Disbursements | $1,039.00 |
| Please Remit | $1,289.00 |

*[Handwritten: pd 11/30/10  — 1000.00]*
*[Handwritten: $ 289.00]*

---

**Checks**                                                                  **Wire Transfers**
Please send checks made payable to:
FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP                    FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive                                                          The Northern Trust Company
Suite # 6072                                                                       Account # 30147775
Chicago, Illinois 60675-6072                                             ABA Transit # 071000152
                                                                                               Swift Code: CNORUS44

\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\*

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

VIRGINIA RODRIGUEZ
C/O ERNST & YOUNG
2323 VICTORY AVENUE
SUITE 2000
DALLAS TEXAS 75219
UNITED STATES OF AMERICA

25-October-2010

FOR PROFESSIONAL SERVICES RENDERED

Employee: YOUCEF BOUDEFFA

Fragomen Invoice Number: IN-US00156087

Fragomen Manager: GRAHAM LEES

Fragomen Case Number: 275411

Client: W.R. GRACE & CO.

Total Legal Fees:    0.00

Total Disbursements: 2,016.88

Invoice Total: (USD)   2,016.88

|  | Fee/Disbursement |
|---|---|
| DISBURSEMENTS (work carried out by FRAGOMEN - BRUSSELS) | |
| Assistance with obtaining work and residence permit extension on behalf of Youcef Boudeffa. Application filed with immigration authorities. | 1,850.00 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 92.50 |
| Other-Disbursements (including registered mail to send the application to the authorities, express courier to collect the work permit and to deliver it to the employee) | 74.38 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.
Employee: YOUCEF BOUDEFFA

---

Comments:
Application Approval Date: 22 Sep 2010
Application File Date: 05 May 2010
Authorizing Manager:
Case Initiation Date: 14 Apr 2010
Cost Center:
Employee ID:
Expiry Date: 05 May 2011
Number of Dependents: 0
PO #:
Receiving Country: BELGIUM
Sending Country: BELGIUM

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia  
W. R. Grace & Co.  
7500 Grace Drive  
Columbia, MD 21044  
USA

October 31, 2010

**FOR PROFESSIONAL SERVICES RENDERED**

RE: Anthea PEREIRA

Invoice #: 10.40733822

Preparation and submission of Form I-907 Request for Premium Processing Service for a nonimmigrant petition and preparation and submission of letter to USCIS requesting that pending petition be converted to premium processing.

Total Legal Fees     $500.00

**Disbursements**

| | |
|---|---|
| USCIS Filing Fee for I-907 (Premium Processing Fee) | $1,000.00 |
| Fedex (domestic) | $29.00 |
| Miscellaneous expenses | $20.00 |

Total Disbursements     $1,049.00

Please Remit     $1,549.00

*[handwritten: pd 11/30/10 — 1000.00 / 549.00]*

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\*

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

VIRGINIA RODRIGUEZ                                          31-October-2010
C/O ERNST & YOUNG
2323 VICTORY AVENUE
SUITE 2000
DALLAS TEXAS 75219
UNITED STATES OF AMERICA

---

FOR PROFESSIONAL SERVICES RENDERED

   Employee: KATI HAZRATI

   Fragomen Invoice Number: IN-US00158212

   Fragomen Manager: NANCY SHARP

   Fragomen Case Number: 281423

   Client: W.R. GRACE & CO.

   Total Legal Fees:    0.00

   Total Disbursements: 2,342.63

   Invoice Total: (USD)  2,342.63

|  | Fee/Disbursement |
|---|---|
| DISBURSEMENTS (work carried out by FRAGOMEN - BRUSSELS) | |
| Application filed with immigration authorities on behalf of Ms. Hazrati. | 1,950.00 |
| For our professional services in respect of assistance with the Limosa declaration for Kati Hazrati on behalf of W.R. Grace & Co | 200.00 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 107.50 |
| Other-Disbursements (including registered mail to send the application to the authorities, express courier to collect the work permit and to deliver it to the employee) | 85.13 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.
Employee: KATI HAZRATI

| | |
|---|---|
| Comments: | |
| Application Approval Date: | 22 Sep 2010 |
| Application File Date: | 08 Sep 2010 |
| Authorizing Manager: | Julie McHargue |
| Case Initiation Date: | 07 May 2010 |
| Cost Center: | |
| Employee ID: | |
| Expiry Date: | 14 Sep 2011 |
| Number of Dependents: | 0 |
| PO #: | |
| Receiving Country: | BELGIUM |
| Sending Country: | UNITED STATES OF AMERICA |