# Exhibit A

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

VIRGINIA RODRIGUEZ
C/O ERNST & YOUNG
2323 VICTORY AVENUE
SUITE 2000
DALLAS TEXAS 75219
UNITED STATES OF AMERICA

23-November-2010

FOR PROFESSIONAL SERVICES RENDERED

Employee: TODD DINOIA

Fragomen Invoice Number: IN-US00159400

Fragomen Manager: GRAHAM LEES

Fragomen Case Number: 293453

Client: W.R. GRACE & CO.

Total Legal Fees:     0.00

Total Disbursements: 3,011.16

Invoice Total: (USD)  3,011.16

|  | Fee/Disbursement |
|---|---|
| DISBURSEMENTS<br>(work carried out by FRAGOMEN - BRUSSELS)<br><br>Assistance with obtaining work and residence permit extension on behalf of Todd Dinoia and three dependents. Application filed with immigration authorities. | 2,600.00 |
| For our professional services in respect of assistance with the Limosa declaration for Todd Dinoia on behalf of W.R. Grace & Co | 200.00 |
| Other-Disbursements (including registered mail to send the application to the authorities, express courier to collect the work permit and to deliver it to the employee) | 81.16 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 130.00 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.
Employee: TODD DINOIA

Comments:

Application Approval Date: 04 Oct 2010

Application File Date: 24 Aug 2010

Authorizing Manager:

Case Initiation Date: 24 Jun 2010

Cost Center:

Employee ID:

Expiry Date: 31 Aug 2011

Number of Dependents: 0

PO #:

Receiving Country: BELGIUM

Sending Country: BELGIUM

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

November 30, 2010

FOR PROFESSIONAL SERVICES RENDERED
RE: Enzo ORELLANA

Invoice #: 10.40739726

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the Department of Labor (DOL). Preparation and filing of Labor Condition Application (LCA) with the Department of Labor.

Preparation of Nonimmigrant Visa Petition requesting extension of H-1B Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

|  |  |
|---|---:|
| Total Legal Fees | $1,100.00 |

**Disbursements**

| | |
|---|---:|
| USCIS Filing Fee for I-129 (H-1B case) | $320.00 |
| USCIS Filing Fee for I-907 (Premium Processing Fee) | $1,000.00 |
| Fedex (domestic) | $58.00 |
| Miscellaneous expenses | $44.00 |
| Total Disbursements | $1,422.00 |
| Please Remit | $2,522.00 |

---

**Checks**

Please send checks made payable to:
FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite # 6072
Chicago, Illinois 60675-6072

**Wire Transfers**

FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
The Northern Trust Company
Account # 30147775
ABA Transit # 071000152
Swift Code: CNORUS44

*** Please return invoice with check or include invoice number on wire transfer instructions ***

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia                                                                                      November 30, 2010
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

**FOR PROFESSIONAL SERVICES RENDERED**
  RE: Enzo ORELLANA                                                                Invoice #: 10.40741778

Initiation, Email Communication, Preparation (including coordination of photo to specifications), and submission of Diversity Immigrant green card lottery entry.

|  | Total Legal Fees | $100.00 |
|---|---|---|

**Disbursements**

Miscellaneous expenses                                                                                                        $5.00

|  | Total Disbursements | $5.00 |
|---|---|---|
|  | Please Remit | $105.00 |

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

*** Please return invoice with check or include invoice number on wire transfer instructions ***

**Additional Comments:**
For billing inquiries, please call 305-774-5800

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

November 30, 2010

**FOR PROFESSIONAL SERVICES RENDERED**

RE: Larisa CIOACA

Invoice #: 10.40741777

Initiation, Email Communication, Preparation (including coordination of photo to specifications), and submission of Diversity Immigrant green card lottery entry.

| | | |
|---|---:|---:|
| | Total Legal Fees | $100.00 |

**Disbursements**

| | | |
|---|---:|---:|
| Miscellaneous expenses | | $5.00 |
| | Total Disbursements | $5.00 |
| | Please Remit | $105.00 |

**Checks**

Please send checks made payable to:
FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite # 6072
Chicago, Illinois 60675-6072

**Wire Transfers**

FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
The Northern Trust Company
Account # 30147775
ABA Transit # 071000152
Swift Code: CNORUS44

\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\*

**Additional Comments:**
For billing inquiries, please call 305-774-5800

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

November 30, 2010

**FOR PROFESSIONAL SERVICES RENDERED**

RE: Pinar GUVENC

Invoice #: 10.40741779

Initiation, Email Communication, Preparation (including coordination of photo to specifications), and submission of Diversity Immigrant green card lottery entry.

|  |  |
|---|---|
| Total Legal Fees | $100.00 |

**Disbursements**

|  |  |
|---|---|
| Miscellaneous expenses | $5.00 |
| Total Disbursements | $5.00 |
| Please Remit | $105.00 |

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\*

**Additional Comments:**
For billing inquiries, please call 305-774-5800

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

November 30, 2010

---

**FOR PROFESSIONAL SERVICES RENDERED**

RE: Ricardo DUARTE PINTO

Invoice #: 10.40741780

Preparation of Application to Change Nonimmigrant Visa Classification of accompanying dependent family member(s) including Form I-539. Transmittal of prepared drafts and Petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the USCIS.

|  |  |
|---|---:|
| **Total Legal Fees** | $800.00 |

**Disbursements**

| | |
|---|---:|
| Fedex (domestic) | $58.00 |
| USCIS Filing Fee for Form I-539 | $300.00 |
| Miscellaneous expenses | $32.00 |
| **Total Disbursements** | $390.00 |
| **Please Remit** | **$1,190.00** |

---

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to:<br>FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP<br>75 Remittance Drive<br>Suite # 6072<br>Chicago, Illinois 60675-6072 | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP<br>The Northern Trust Company<br>Account # 30147775<br>ABA Transit # 071000152<br>Swift Code: CNORUS44 |

*** Please return invoice with check or include invoice number on wire transfer instructions ***

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

November 30, 2010

---

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Karla VELEZ CEDENO**    Invoice #: 10.40741781

Preparation of petition for immigrant preference classification as a member of the professions holding an advanced degree or as an individual of exceptional ability under Section 203(b)(2) of the Immigration Act of 1990, following the approval of the Application for Alien Employment Certification. Preparation of Form I-140, Immigrant Petition for Alien Worker. Collection, analysis and organization of supporting documentation of qualifying employment experience; documentation of education; and other evidence demonstrating eligibility for such classification. Transmittal of prepared drafts to client for final review. Final preparation and submission to the Regional Service Center of the USCIS.

| | |
|---|---:|
| **Total Legal Fees** | $1,100.00 |

**Disbursements**

| | |
|---|---:|
| Fedex (domestic) | $29.00 |
| Miscellaneous expenses | $44.00 |
| **Total Disbursements** | $73.00 |
| **Please Remit** | $1,173.00 |

---

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to:<br>FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP<br>75 Remittance Drive<br>Suite # 6072<br>Chicago, Illinois 60675-6072 | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP<br>The Northern Trust Company<br>Account # 30147775<br>ABA Transit # 071000152<br>Swift Code: CNORUS44 |

\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\*

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

November 30, 2010

FOR PROFESSIONAL SERVICES RENDERED

RE: Zhijie DU

Invoice #: 10.40743761

Preparation and submission of Form I-907 Request for Premium Processing Service for a nonimmigrant petition and preparation and submission of letter to USCIS requesting that pending petition be converted to premium processing.

| | |
|---|---:|
| Total Legal Fees | $500.00 |

**Disbursements**

| | |
|---|---:|
| Fedex (domestic) | $29.00 |
| USCIS Filing Fee for I-907 (Premium Processing Fee) | $1,225.00 |
| Miscellaneous expenses | $20.00 |
| Total Disbursements | $1,274.00 |
| Please Remit | $1,774.00 |

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

*** Please return invoice with check or include invoice number on wire transfer instructions ***