# Exhibit A

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

December 8, 2010

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Enzo ORELLANA**

Invoice #: 11.40764679

Preparation of petition to amend temporary nonimmigrant classification as an H-1B professional. Preparation of Forms I-129 with supplement and letter in support of petition. Transmittal of drafts prepared and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

|  |  |
|---|---:|
| **Total Legal Fees** | $1,100.00 |

**Disbursements**

|  |  |
|---|---:|
| Fedex (domestic) | $58.00 |
| USCIS Filing Fee for I-907 (Premium Processing Fee) | $1,225.00 |
| USCIS Filing Fee for I-129 | $325.00 |
| **Total Disbursements** | $1,608.00 |
| **Please Remit** | **$2,708.00** |

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to:<br>FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP<br>75 Remittance Drive<br>Suite # 6072<br>Chicago, Illinois 60675-6072 | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP<br>The Northern Trust Company<br>Account # 30147775<br>ABA Transit # 071000152<br>Swift Code: CNORUS44 |

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***