# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ACANDS, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 02-12687 (JKF) |
| In re<br><br>ARMSTRONG WORLD INDUSTRIES, INC.,<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 00-4471 (JKF) |
| In re<br><br>COMBUSTION ENGINEERING, INC.,<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 03-10495 |
| In re<br><br>THE FLINKTOTE COMPANY and FLINKTOTE MINES LIMITED,<br><br>Debtors. | Chapter 11<br><br>Case No. 04-11300<br>Jointly Administered |
| In re<br><br>KAISER ALUMINUM CORP., *et. al*.<br><br>Debtors. | Chapter 11<br><br>Case No. 02-10429<br>Jointly Administered |
| In re<br><br>OWENS CORNING, *et. al*.<br><br>Debtors. | Chapter 11<br><br>Case No. 00-03837<br>Jointly Administered |
| In re<br><br>UNITED STATES MINERAL PRODUCTS, d/b/a ISOLATEK INTERNATIONAL,<br><br>Debtor. | Chapter 11<br><br>Case No. 01-02471 |

| | |
|---|---|
| In re<br><br>USG CORP., *et. al*.<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 01-2094<br>Jointly Administered |
| In re<br><br>W.R. GRACE & CO., *et. al*.<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139<br>Jointly Administered |

**ORDER LIMITING NOTICE OF THE MOTION OF GARLOCK SEALING TECHNOLOGIES LLC FOR ORDER AUTHORIZING ACCESS TO 2019 STATEMENTS FILED IN THIS COURT WITH RESPECT TO CASES WHICH ARE CLOSED**

Upon the motion of (the "Motion") of Garlock Sealing Technologies LLC ("Garlock") for the entry of an order, pursuant to section 105 of title 11 of the United States Code and Rule 2002 of the Federal Rules of Bankruptcy Procedure, limiting notice with respect to the *Motion of Garlock Sealing Technologies LLC for Order Authorizing Access to 2019 Statements Filed in this Court* (the "Motion to Unseal");[1] the Court having considered the Motion; the Court having jurisdiction over this matter; venue being appropriate; notice of the Motion having been found proper under the circumstances; and just cause for the relief requested in the Motion being present;

**IT IS HEREBY ORDERED THAT:**

1.  The Motion is GRANTED.

2.  Garlock's notice of the Motion to Unseal upon the following parties was sufficient and appropriate under the circumstances, and thus is approved: (i) all law firms for asbestos personal injury claimants that have filed statements pursuant to Rule 2019 of the

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to such terms in the Motion or, if not defined therein, in the Motion to Unseal.

Federal Rules of Bankruptcy Procedure and that Garlock seeks through the Motion to Unseal to have unsealed, (ii) counsel of record for the debtors in each of the Bankruptcy Cases, (iii) counsel for any statutory committee appointed in the Bankruptcy Cases, (iv) counsel for all trustees of any trusts created in the Bankruptcy Cases pursuant to section 524(g) of title 11 of the United States Code, and (v) the Office of the United States Trustee for the districts in which each of the Bankruptcy Cases is venued.

Dated: January 12, 2011

*Judith K. Fitzgerald*
THE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY JUDGE