IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.[1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Re docket no. 25864, 26025 |
| | ) January 10. 2011 Hearing Agenda item no. 6 |
| | ) |

## CERTIFICATION OF COUNSEL REGARDING ORDER DISALLOWING CLAIM NO. 2114 OF N. Y. HILLSIDE, INC.

1. On January 10, 2011, the parties appeared before the Court on the Debtors' *Objection Seeking Disallowance of Claim No. 2114 of N.Y. Hillside, Inc.* (the "Objection") (Docket No. 25864).

2. At that time, NY Hillside, Inc. was not represented by counsel. However, Charles Jurgens appeared *pro se* and indicated he was appearing on behalf of NY Hillside, Inc.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company and H-G Coal Company.

3. At that time, after hearing certain arguments of counsel for the Debtors and Mr. Jurgens, the Court indicated that NY Hillside, Inc. could not appear through Mr. Jurgens to defend the Objection given NY Hillside, Inc. was a corporation. The Court ruled that that the Debtors' Objection would be sustained, without prejudice to NY Hillside's right to re-assert the claim upon a proper motion being brought by counsel for NY Hillside, Inc.

4. Attached hereto is the draft Order that the Debtors were directed by the Court to prepare based on the Court's ruling.

5. A copy of the draft Order was sent to Mr. Jurgens on January 12, 2011 and he was asked to provide any comments he may have to the form of the Order by noon eastern on January 13, 2011.

6. Mr. Jurgens did not comment on the form of the Order. However, on January 11, 2011, Mr. Jurgens faxed to counsel for the Debtors a document entitled "Notice of Dissolution of Claimant NY Hillside, Inc. and Appearance in Pro Se by Successor In Interest Charles F. Jurgens (the "Notice"). Mr. Jurgens indicated that he also filed a copy of the Notice with the Court but as of the date of this Certification, the Notice has not appeared on the docket.

7. Consistent with the Court's directions on January 10, 2011, the Debtors respectfully request entry of the attached Order.

Dated: January 13, 2011

KIRKLAND & ELLIS LLP
Adam Paul
John Donley
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000

2

and

BAER HIGGINS FRUCHTMAN LLC
Janet S. Baer, P.C.
Roger J. Higgins
111 East Wacker Drive, Suite 2800
Chicago, IL 60601
(312) 836-4047

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100
(302) 652-4400

Co-Counsel for the Debtors and Debtors-in-Possession