# EXHIBIT A

**WR Grace**
**July 2010 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Thu 1 | Review/analysis docket items | 0.5 |
| Fri 2 | Review/analysis docket items | 0.3 |
| Tue 6 | Review/analysis docket items | 0.4 |
| Wed 7 | Prep pension issue call | 2.0 |
| | Review/analysis docket items | 0.2 |
| Thu 8 | AON/Grace pension call | 1.2 |
| | Comm w/OHS (Dfe) re pension call | 0.7 |
| | Review/analysis docket items | 0.4 |
| Fri 9 | Review analsis of pension options | 0.7 |
| | Review/edit pension memo | 2.2 |
| | Review/analysis docket items | 0.8 |
| Mon 12 | review news re earnings announcement | 0.4 |
| | Comm w/OHS (RF) re earnings | 0.4 |
| | Review/analysis docket items | 1.0 |
| Tue 13 | Review/analysis docket items | 0.2 |
| Wed 14 | Prep and hearing attendance | 1.4 |
| | Comm w/OHS (Dfe) re hearing | 0.3 |
| | Review/analysis docket items | 0.4 |
| Thu 15 | Review/analysis docket items | 0.3 |
| Fri 16 | Review/analysis docket items | 0.5 |
| Mon 19 | Review/analysis docket items | 0.3 |
| | Compile/review Grace time sheets | 1.5 |
| Tue 20 | Review/analysis docket items | 0.5 |
| Wed 21 | Review/analysis docket items | 0.3 |
| Thu 22 | Comm w/Blackstone re pension funding schedule | 0.2 |
| | Review Grace earning announce and news | 1.4 |
| | Review/analysis docket items | 0.5 |
| Fri 23 | Audio replay Grace earnings | 1.0 |
| | Review/process fee app | 1.2 |
| | Review/analysis docket items | 0.7 |
| Mon 26 | Comm w/OHS (RF) re asbestos case sceanrios | 1.0 |
| | Review/analysis docket items | 0.2 |
| Tue 27 | Review/analysis docket items | 0.3 |
| Wed 28 | Comm w/OHS (Dfe) re confirmation order | 0.5 |
| | Review/edit fincl results memo | 2.3 |
| | Review/analysis docket items | 0.7 |
| Thu 29 | Review/analysis docket items | 0.2 |
| Fri 30 | Review/analysis docket items | 0.4 |
| | TOTAL TIME (hrs) | 27.5 |

**WR Grace**
**July 2010 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Thu 1 | Review/analysis docket items | 0.4 |
| Fri 2 | Review/analysis docket items | 0.3 |
| Mon 5 | Review/analysis docket items | 0.4 |
| Tue 6 | Review/analysis docket items | 0.7 |
| | Review MOR | 1.0 |
| Wed 7 | Review retirement plan information | 1.0 |
| | Review/analysis docket items | 0.5 |
| Thu 8 | Review/analysis docket items | 0.5 |
| | Review retirement plan information | 0.7 |
| | Conference call re:  retirement plan issues | 0.8 |
| | Preparation of memo re:  retirement plan issues | 1.5 |
| Fri 9 | Review/analysis docket items | 0.1 |
| Mon 12 | Review/analysis docket items | 0.2 |
| Tue 13 | Review/analysis docket items | 0.4 |
| Wed 14 | Review/analysis docket items | 0.8 |
| | Court hearing | 1.5 |
| Thu 15 | Review/analysis docket items | 0.4 |
| Fri 16 | Review/analysis docket items | 0.5 |
| Mon 19 | Review/analysis docket items | 0.8 |
| Tue 20 | Review/analysis docket items | 0.4 |
| Wed 21 | Review/analysis docket items | 0.3 |
| Thu 22 | Review/analysis docket items | 0.7 |
| | Analysis of financial results | 1.0 |
| Fri 23 | Review/analysis docket items | 0.5 |
| Mon 26 | Review/analysis docket items | 0.4 |
| Tue 27 | Review/analysis docket items | 0.7 |
| | Preparation of memo re:  financial results | 1.5 |
| Wed 28 | Review/analysis docket items | 0.5 |
| | Preparation of memo re:  financial results | 1.0 |
| Thu 29 | Review/analysis docket items | 0.4 |
| Fri 30 | Review/analysis docket items | 0.7 |
| | TOTAL TIME (hrs) | 20.6 |

**WR Grace**
**July 2010 Time - George Coles, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Tue 7 | Review docket | 1.5 |
| Thu 8 | Prep for Pension Call | 1.0 |
| Thu 8 | Grace Pension Call | 0.8 |
| Thu 8 | Memo to FCR | 1.3 |
| Thu 15 | Review docket | 1.0 |
| Fri 23 | Review Q2 Financial Results | 2.5 |
| Mon 26 | Review Q2 Financial Results | 3.5 |
| Mon 26 | Financial analysis | 3.0 |
| Mon 26 | Memo to FCR | 1.0 |
| Tue 27 | Memo to FCR | 2.0 |
| Wed 28 | Review docket | 1.5 |
| Thu 30 | Review docket | 1.0 |
| | TOTAL TIME (hrs) | 20.0 |

**WR Grace**
**July 2010 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Wed 7 | Review docket | 1.5 |
| Thu 8 | Prep for Pension Call | 2.0 |
| Thu 8 | Grace Pension Call | 0.8 |
| Mon 12 | Review docket | 0.5 |
| Wed 14 | Review docket | 0.5 |
| Fri 16 | Review docket | 1.0 |
| Thu 22 | Grace Earnings Webcast | 0.5 |
| Fri 23 | Review Q2 Financial Results | 3.0 |
| Mon 26 | Review Q2 Financial Results | 3.0 |
| Mon 26 | Financial analysis | 3.0 |
| Tue 27 | Review docket | 0.5 |
| Thu 29 | Review docket | 0.5 |
|  | TOTAL TIME (hrs) | 16.8 |

# EXHIBIT A

**WR Grace**
**August 2010 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 2 | Review/analysis docket items | 0.4 |
| Tue 3 | Comm w/OHS (RW) re schedule, case issues | 1.0 |
|  | Comm w/OHS (Dfe) re omnibus cxl | 0.2 |
| Thu 12 | Comm w/OHS (RF) re case issues | 1.0 |
| Mon 16 | Review/analysis docket items | 0.3 |
| Tue 17 | Comm w/OHS (RF) re FCR comm | 0.5 |
| Wed 18 | Review/analysis docket items | 0.4 |
| Thu 19 | Review/analysis docket items | 0.7 |
| Fri 20 | Compile hrs | 1.0 |
|  | Review/analysis docket items | 0.2 |
| Mon 23 | Comm w/OHS (Dfu) re fee apps/auditor | 0.8 |
|  | Review/analysis docket items | 0.6 |
| Tue 24 | Comm w/OHS (Dfu) re fee apps/auditor | 1.4 |
|  | Review/analysis docket items | 0.6 |
| Wed 25 | Review/analysis docket items | 0.5 |
| Thu 26 | Review/analysis docket items | 0.7 |
|  | Review approve fee apps | 1.2 |
| Fri 27 | Review/analysis docket items | 0.2 |
| Mon 30 | Review/analysis docket items | 0.4 |
| Tue 31 | Review/analysis docket items | 0.3 |
|  | TOTAL TIME (hrs) | 12.4 |

**WR Grace**
**August 2010 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 2 | Review/analysis docket items | 0.4 |
| Tue 3 | Review/analysis docket items | 0.9 |
|  | Comm w/ OHS re: case issues | 1.0 |
| Wed 4 | Review/analysis docket items | 0.2 |
| Thu 5 | Review/analysis docket items | 0.3 |
| Fri 6 | Review/analysis docket items | 0.5 |
| Mon 9 | Review of SEC filings | 1.5 |
|  | Review/analysis docket items | 0.6 |
| Tue 10 | Review/analysis docket items | 0.4 |
| Wed 11 | Review/analysis docket items | 0.2 |
| Thu 12 | Review/analysis docket items | 0.3 |
|  | Comm w/ OHS re: case issues | 1.0 |
| Fri 13 | Review/analysis docket items | 0.4 |
| Mon 16 | Review/analysis docket items | 0.3 |
| Tue 17 | Review/analysis docket items | 0.4 |
| Wed 18 | Review/analysis docket items | 0.2 |
| Thu 19 | Review/analysis docket items | 0.3 |
| Fri 20 | Review/analysis docket items | 0.4 |
|  | Fee application preparation | 1.0 |
| Mon 23 | Comm w/OHS re: fee auditor | 0.8 |
|  | Review/analysis docket items | 0.4 |
| Tue 24 | Comm w/ fee auditor | 1.5 |
|  | Review/analysis docket items | 0.4 |
| Wed 25 | Review/analysis docket items | 0.2 |
|  | Review fee apps | 0.5 |
| Thu 26 | Review/analysis docket items | 0.4 |
| Fri 27 | Review/analysis docket items | 0.3 |
| Mon 30 | Review/analysis docket items | 0.2 |
| Tue 31 | Review/analysis docket items | 0.3 |
|  | TOTAL TIME (hrs) | 15.3 |

**WR Grace**
**August 2010 Time - George Coles, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Tue 3 | Review/analysis docket items | 1.0 |
| Tue 10 | Review SEC filing | 1.0 |
| Tue 10 | Financial review | 2.0 |
| Mon 16 | Review/analysis docket items | 1.0 |
| Mon 30 | Review/analysis docket items | 1.0 |
|  | TOTAL TIME (hrs) | 6.0 |

**WR Grace**
**August 2010 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Mon 2 | Review docket | 1.0 |
| Thu 5 | Review docket | 1.0 |
| Mon 9 | Review of SEC filings | 2.0 |
| Thu 19 | Fee application preparation | 0.5 |
| Wed 25 | Review docket | 1.0 |
| Tue 31 | Review docket | 1.0 |
| | TOTAL TIME (hrs) | 6.5 |

# EXHIBIT A

**WR Grace**
**September 2010 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Wed 1 | Review/analysis docket items | 0.3 |
| Thu 2 | Review/analysis docket items | 0.2 |
| Fri 3 | Review/analysis docket items | 0.4 |
| Tue 7 | Review/analysis docket items | 0.5 |
| Wed 8 | Comm w/Blackstone (JOC) re Synthetech transaction | 0.5 |
|  | Review/analysis docket items | 0.4 |
| Thu 9 | Comm w/Blackstone (JOC) re Synthetech transaction | 0.4 |
|  | Comm w/OHS (Dfu) re omnibus hearing | 0.3 |
|  | Review/analyze Synthtech presentation materials | 2.0 |
|  | Review/analysis docket items | 0.4 |
| Fri 10 | C/C re Synthetech acquisition | 2.0 |
|  | Comm w/OHS (Dfu) re omnibus | 0.3 |
|  | Comm w/OHS (Dfe) re acquisition | 0.5 |
|  | Review/analysis docket items | 0.2 |
| Mon 13 | Prep/attend omnibus | 1.5 |
|  | Acquisition analysis | 2.5 |
|  | Review/analysis docket items | 0.4 |
| Tue 14 | Mult comm w/OHS (RF) re acquisition | 0.8 |
|  | Acquisition analysis | 2.0 |
|  | Workup Grace timesheet | 1.8 |
|  | Review/analysis docket items | 0.3 |
| Wed 15 | Review Syn motion/pa | 3.0 |
|  | Acquisition analysis | 2.1 |
|  | Comm w/Blackstone (JOC) re Taurus contract | 0.4 |
|  | Review/analysis docket items | 1.1 |
| Thu 16 | Review/analyze Taurus contract | 2.2 |
|  | Review /submit Grace timesheet | 1.0 |
|  | Review/analysis docket items | .1.2 |
| Fri 17 | Review/analyze Taurus contract | 1.0 |
|  | Review/analysis docket items | 0.2 |
|  | Comm w/OHS (Dfe) re acquisition | 0.9 |
| Mon 20 | Review/analyze Taurus contract | 1.0 |
|  | Review/analysis docket items | 0.3 |
| Tue 21 | Acquisition analysis | 2.0 |
|  | Review/analysis docket items | 0.2 |
| Wed 22 | Review/analysis docket items | 0.4 |
| Thu 23 | Final review memo re acquisition | 2.2 |
|  | Review/analysis docket items | ,3 |
| Fri 24 | Review/analysis docket items | 0.2 |
| Mon 27 | Comm w/OHS (Dfe) re acquisition followup | 1.0 |
|  | Review/analysis docket items | 0.3 |
| Tue 28 | Review/analysis docket items | 0.3 |
| Wed 29 | Review/analysis docket items | 1.4 |
| Thu 30 | Review/analysis docket items | 0.4 |
|  | TOTAL TIME (hrs) | 39.3 |

**WR Grace**
**September 2010 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Wed 1 | Review/analysis docket items | 0.7 |
| Thu 2 | Review/analysis docket items | 0.5 |
| Fri 3 | Review/analysis docket items | 0.2 |
| Tue 7 | Review/analysis docket items | 0.3 |
|  | Review MOR | 1.0 |
| Wed 8 | Review/analysis docket items | 0.5 |
| Thu 9 | Review/analysis docket items | 0.5 |
|  | Review Project Mallard diligence info | 1.5 |
| Fri 10 | Review/analysis docket items | 0.3 |
|  | CC re: Project Mallard and prep | 2.0 |
|  | Comm w/ OHS re: Proj Mallard | 0.5 |
| Mon 13 | Review/analysis docket items | 0.3 |
|  | Hearing/prep | 1.0 |
|  | Proj Mallard analysis/memo | 1.5 |
| Tue 14 | Review/analysis docket items | 0.7 |
|  | Proj Mallard analysis/memo | 2.0 |
| Wed 15 | Review/analysis docket items | 0.2 |
|  | Proj Mallard analysis/memo | 1.5 |
| Thu 16 | Review/analysis docket items | 0.4 |
| Fri 17 | Review/analysis docket items | 0.5 |
| Mon 20 | Proj Mallard analysis/memo | 1.5 |
|  | Review/analysis docket items | 0.4 |
| Tue 21 | Review/analysis docket items | 0.3 |
| Wed 22 | Review/analysis docket items | 0.4 |
| Thu 23 | Review/analysis docket items | 0.2 |
|  | Proj Mallard analysis/memo | 2.0 |
| Fri 24 | Review/analysis docket items | 0.3 |
| Mon 27 | Review/analysis docket items | 0.4 |
|  | Proj Mallard analysis/memo | 1.0 |
| Tue 28 | Review/analysis docket items | 0.3 |
| Wed 29 | Review/analysis docket items | 0.7 |
| Thu 30 | Review/analysis docket items | 0.4 |
|  | Prep fee app | 1.0 |
|  | TOTAL TIME (hrs) | 25.0 |

**WR Grace**
**September 2010 Time - George Coles, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Fri 3 | Review/analysis docket items | 1.0 |
| Thu 9 | Prep for call / review Synthetech transaction | 2.0 |
| Fri 10 | Comm w/Blackstone (JOC) re Synthetech transaction | 0.5 |
| Mon 13 | Prep/attend omnibus | 1.5 |
| Mon 13 | Grace memo re acquisition | 2.5 |
| Tue 14 | Grace memo re acquisition | 1.5 |
| Wed 15 | Review/analysis docket items | 1.0 |
| Tue 21 | Review/analysis docket items | 1.5 |
| Tue 21 | Financial analysis | 1.5 |
| Wed 22 | Grace memo | 0.8 |
| Thu 30 | Review/analysis docket items | 1.0 |
|  | TOTAL TIME (hrs) | 14.8 |

**WR Grace**
**September 2010 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Fri 3 | Review docket | 1.0 |
| Thu 9 | Prep for call / review Synthetech transaction | 2.0 |
| Fri 10 | Comm w/Blackstone (JOC) re Synthetech transaction | 0.5 |
| Wed 15 | Review docket | 1.0 |
| Thu 16 | Review docket | 1.0 |
| Fri 16 | Financial analysis | 1.0 |
| Tue 21 | Review docket | 1.5 |
| Wed 22 | Financial analysis | 2.0 |
| Thu 23 | Review docket | 1.0 |
| Fri 24 | Review docket | 1.0 |
| | TOTAL TIME (hrs) | 12.0 |