# EXHIBIT B

**W.R. Grace**
**Lincoln Expense Detail Report (July 1, 2010 – September 30, 2010)**
(Dates Represent Posting Date of Expense)

July 2010
Telephone                                                                $   251.30

August 2010
Telephone                                                                $    49.21

September 2010
Telephone                                                                $   151.30

**TOTAL EXPENSES:**                                             **$   451.81**