## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE                                          :
                                               :          Chapter 11
W. R. GRACE & CO.                              :
                                               :          Case No. 01-01139 (JKF)
                        Debtor.                :

## <u>NOTICE OF CHANGE OF FIRM NAME</u>

PLEASE TAKE NOTICE that effective November 1, 2010, Smith, Katzenstein & Furlow

LLP, changed its name to Smith, Katzenstein & Jenkins LLP.  The address, phone numbers and

fax numbers have not been affected by this change.

Dated:  January 14, 2011                  SMITH, KATZENSTEIN & JENKINS LLP

                                          <u>*/s/Kathleen M. Miller*</u>
                                          Kathleen M. Miller (I.D. No. 2898)
                                          800 Delaware Avenue, 10th Floor
                                          P.O. Box 410
                                          Wilmington, DE  19899
                                          Courier 19801
                                          Phone: (302) 652-8400
                                          Fax: (302) 652-8405
                                          E-mail: <u>kmiller@skjlaw.com</u>
                                          Please note new email address.

                                          *Attorneys for PricewaterhouseCoopers LLP*

02411|PLDG|10130742.DOC}