**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**

**November 2010**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| George Baccash | Audit Partner | 30 | Integrated Audit | $ 723.90 | 2.0 | $ 1,447.80 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 720.09 | 41.5 | $ 29,883.74 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | $ 955.04 | 2.5 | $ 2,387.60 |
| John Newstead | Audit Partner | 10+ | Integrated Audit | $ 666.75 | 5.0 | $ 3,333.75 |
| Cody Smith | Audit Partner | 20+ | Integrated Audit | $ 1,019.81 | 1.0 | $ 1,019.81 |
| Gail Hadley | Audit Partner | 20+ | Integrated Audit | $ 1,019.81 | 2.0 | $ 2,039.62 |
| Jody Underhill | Tax Director | 9 | Integrated Audit | $ 395.20 | 45.0 | $ 17,784.00 |
| David Sands | Director | 9 | Integrated Audit | $ 422.91 | 4.4 | $ 1,860.80 |
| Camilla Harris | Director | 9 | Integrated Audit | $ 817.88 | 1.0 | $ 817.88 |
| Justin Bray | Audit Senior Manager | 8 | Integrated Audit | $ 422.91 | 85.9 | $ 36,327.97 |
| Brett Czajkowski | Audit Manager | 6 | Integrated Audit | $ 306.07 | 23.1 | $ 7,070.22 |
| Brian Wiegmann | Audit Manager | 6 | Integrated Audit | $ 496.57 | 0.5 | $ 248.29 |
| Jason Morrissey | Audit Manager | 6 | Integrated Audit | $ 320.04 | 14.5 | $ 4,640.58 |
| Todd Chesla | Audit Manager | 6 | Integrated Audit | $ 301.60 | 11.5 | $ 3,468.40 |
| Pavel Katsiak | Audit Senior Associate | 4 | Integrated Audit | $ 233.68 | 122.9 | $ 28,719.27 |
| Alexandra L. Schmidt | Audit Senior Associate | 3 | Integrated Audit | $ 215.90 | 95.7 | $ 20,661.63 |
| Phillip Crosby | Audit Senior Associate | 3 | Integrated Audit | $ 227.33 | 67.0 | $ 15,231.11 |
| Elizabeth Sama | Tax Senior Associate | 3 | Integrated Audit | $ 228.80 | 26.0 | $ 5,948.80 |
| Madeleine Lederer | Audit Experienced Associate | 3 | Integrated Audit | $ 161.29 | 57.6 | $ 9,290.30 |
| Ryan Boyle | Audit Experienced Associate | 3 | Integrated Audit | $ 180.34 | 37.2 | $ 6,708.65 |
| Kathleen Bradley | Audit Experienced Associate | 1 | Integrated Audit | $ 161.29 | 118.6 | $ 19,130.61 |
| Kristina N. Johnson | Audit Experienced Associate | 1 | Integrated Audit | $ 161.29 | 167.3 | $ 26,983.82 |
| Shawn C. McNeilly | Audit Experienced Associate | 1 | Integrated Audit | $ 161.29 | 40.2 | $ 6,483.86 |

| | | | | |
|---|---|---|---|---|
| Jamie Kunkel | Audit Associate | 1 | Integrated Audit | $ 127.00 | 86.2 | $ 10,947.40 |
| Luciana Herrera | Project Specialist | 1 | Integrated Audit | $ 135.42 | 12.5 | $ 1,692.75 |
| Totals | | | | | 1,071.1 | $ 264,128.65 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals   87   $ 12,492.23

## Summary of PwC's Fees By Project Category:
## November 2010

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 87.0 | $12,492.23 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation | | |

| | | |
|---|---|---|
| Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial- Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 1071.1 | $ 264,128.65 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 1158.1 | $ 276,620.88 |

Expense Summary
November 2010

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 11,926.02 |
| Lodging | N/A | $ 2,876.95 |
| Sundry | N/A | $ 196.78 |
| Business Meals | N/A | $ 1,249.36 |
| TOTAL: | | $ 16,249.11 |