# Exhibit - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended November 30, 2010

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Tom Smith | Integrated Audit | 11/01/10 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile) |
| | Integrated Audit | 11/03/10 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile) |
| | Integrated Audit | 11/05/10 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile) |
| | Integrated Audit | 11/08/10 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile) |
| | Integrated Audit | 11/23/10 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile) |
| | Integrated Audit | 11/10/10 | | $ 131.11 | | | Hotel - Worms, Germany |
| | Integrated Audit | 11/11/10 | | $ 131.12 | | | Hotel - Worms, Germany |
| | Integrated Audit | 11/10/10 | | | | $ 12.45 | Breakfast - Worms, Germany |
| | Integrated Audit | 11/10/10 | | | | 85.53 | TSmith and PKatsiak - Dinner - Worms, Germany |
| | Integrated Audit | 11/11/10 | | | | 12.45 | Breakfast - Worms, Germany |
| | Integrated Audit | 11/09/10 | 19.00 | | | | Mileage to/from Dulles airport (38 * .5 per mile) |
| | Integrated Audit | 11/09/10 | 3,537.84 | | | | Airfare to Frankfurt, Germany for trip to Worms, Germany |
| | Integrated Audit | 11/03/10 | 25.00 | | | | Parking - St. Regis - Wash DC - Meeting w/MTomkins, Audit Committee Chair |
| | Integrated Audit | 11/04/10 | 25.00 | | | | Parking - St. Regis - Wash DC - Audit Committee Meeting |
| Jody Underhill | Integrated Audit | 11/11/10 | $ 233.40 | | | | Roundtrip airfare Miami-Ft. Lauderdale-Miami for WR Grace audit planning meeting |
| | Integrated Audit | 11/15/10 | | | | $ 21.95 | Dinner for myself at airport while on client travel |
| | Integrated Audit | 11/16/10 | $ 25.00 | | | | Travel fee for baggage |
| | Integrated Audit | 11/16/10 | $ 20.00 | | | | Parking at airport in Miami to attend client meeting |
| | Integrated Audit | 11/16/10 | $ 20.00 | | | | Parking at airport in Miami to attend client meeting |
| | Integrated Audit | 11/16/10 | $ 20.00 | | | | Parking at airport in Miami to attend client meeting |
| | Integrated Audit | 11/16/10 | $ 5.00 | | | | Parking at WR Grace office in Boca Raton for client meeting |
| | Integrated Audit | 11/16/10 | | | | $ 10.00 | Breakfast for self while on travel for client business |
| | Integrated Audit | 11/16/10 | | | | 9.87 | Lunch for self while on travel for client business |
| | Integrated Audit | 11/16/10 | | | | 19.82 | Dinner for self while on travel for client business |
| | Integrated Audit | 11/17/10 | $ 233.40 | | | | Roundtrip airfare Miami-Ft. Lauderdale-Miami for WR Grace audit planning meeting |
| | Integrated Audit | 11/17/10 | | | | $ 11.48 | Donuts for WR Grace team meeting |
| | Integrated Audit | 11/17/10 | | | | 8.79 | Donuts for WR Grace team meeting |
| | Integrated Audit | 11/17/10 | | | | 35.89 | Dinner for self at airport due to flight delay while on business travel |
| | Integrated Audit | 11/17/10 | $ 8.45 | | | | Fuel for rental car on client business |
| | Integrated Audit | 11/17/10 | $ 25.00 | | | | Travel fee for baggage |
| | Integrated Audit | 11/17/10 | $ 152.93 | | | | Rental car for client meeting while on travel |
| | Integrated Audit | 11/17/10 | | | | $ 8.50 | Lunch for self while on client business |
| | Integrated Audit | 11/18/10 | | $ 376.88 | | | Hotel in Boca Raton, FL (2 nights, $149 room rate, $39.44 taxes) |
| | Integrated Audit | 11/23/10 | $ 62.31 | | | | Rental car for client meeting while on travel |
| | Integrated Audit | 11/29/10 | $ 10.00 | | | | Parking for client meeting |
| | Integrated Audit | 11/29/10 | | | | $ 20.00 | Dinner for self at airport due to flight delay while on business travel |
| Justin Bray | Integrated Audit | 11/1/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 11/2/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 11/3/10 | $ 41.00 | | | | Mileage to St Regis Hotel, Washington, DC, then to Grace-Columbia, MD office and return roundtrip (less 68 mile roundtrip normal commute)(82 miles * $0.50) |
| | Integrated Audit | 11/3/10 | $ 25.00 | | | | Parking at St Regis Hotel, Washington, DC for Audit Committee meeting |
| | Integrated Audit | 11/4/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 11/8/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 11/10/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 11/11/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 11/15/10 | $ 6.00 | | | | Mileage to airport (less 34 mile normal commute)(12 miles * $0.50) |
| | Integrated Audit | 11/15/10 | $ 414.40 | | | | Airfare to Ft. Lauderdale for meetings at the Grace - Boca Raton office |
| | Integrated Audit | 11/15/10 | | | | $ 362.49 | Out-of-town dinner with client - 5 people: S Scarlis (Grace), K Franks (Grace), H Janes (Grace), K Bradley (PwC), J Bray (PwC) |
| | Integrated Audit | 11/16/10 | $ 5.00 | | | | Parking fee for rental car |
| | Integrated Audit | 11/17/10 | $ 135.15 | | | | Rental car charge |

| Name | Category | Date | Amount | | Total | Description |
|---|---|---|---|---|---|---|
| | Integrated Audit | 11/17/10 | | $ | 9.91 | Fuel for rental car |
| | Integrated Audit | 11/17/10 | | | 41.37 | Out-of-town dinner while traveling with client - 3 people: D Richardson (Grace), K Bradley (PwC), J Bray (PwC) |
| | Integrated Audit | 11/17/10 | $ | 66.00 | | Parking at airport |
| | Integrated Audit | 11/17/10 | $ | 6.00 | | Mileage from airport (less 34 mile normal commute)(12 miles * $0.50) |
| | Integrated Audit | 11/17/10 | | | 309.98 | Hotel in Boca Raton, FL (2 nights, $139 room rate, $31.98 taxes) |
| | Integrated Audit | 11/17/10 | | $ | 21.28 | Internet connection charge at hotel |
| | Integrated Audit | 11/18/10 | $ | 21.00 | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 11/22/10 | $ | 21.00 | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| Brett Czajkowski | | | | | | |
| | Integrated Audit | 11/9/10 | $ | 20.00 | | Mileage (76 miles - 36 miles normal commute = 40 miles *$0.50/mile) in addition to standard commute to PwC office in McLean, VA. |
| Pavel Katsiak | | | | | | |
| | Integrated Audit | 11/1/10 | $ | 26.36 | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 11/2/10 | $ | 26.36 | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 11/3/10 | $ | 26.36 | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 11/4/10 | $ | 26.36 | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 11/5/10 | $ | 26.36 | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 11/8/10 | $ | 26.36 | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 11/10/10 | $ | 1,374.80 | | Flight from IAD to FRA to meet with PwC Germany and Grace management |
| | Integrated Audit | 11/10/10 | | | 16.70 | Dinner when travelling to Germany |
| | Integrated Audit | 11/10/10 | $ | 87.75 | | Cab from Arlington, VA to IAD |
| | Integrated Audit | 11/11/10 | | $ | 41.10 | Internet charges while in Germany |
| | Integrated Audit | 11/12/10 | | | 13.40 | Dinner while in Germany |
| | Integrated Audit | 11/13/10 | | $ | 492.45 | Lodging while in Germany (the total in includes the daily rate plus the VAT) |
| | Integrated Audit | 11/13/10 | | | 22.78 | Dinner when returning from Germany |
| | Integrated Audit | 11/16/10 | $ | 26.36 | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 11/17/10 | $ | 26.36 | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 11/18/10 | $ | 26.36 | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 11/19/10 | $ | 26.36 | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 11/22/10 | $ | 26.36 | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 11/23/10 | $ | 26.36 | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 11/30/10 | $ | 26.36 | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| Elizabeth Sama | | | | | | |
| | Integrated Audit | 11/15/10 | $ | 52.00 | | Roundtrip (100 miles) From Miami to Client (66miles less 16 miles regular office commute= 50 Miles) |
| | Integrated Audit | 11/16/10 | $ | 52.00 | | Roundtrip (100 miles) From Miami to Client (66miles less 16 miles regular office commute= 50 Miles) |
| | Integrated Audit | 11/17/10 | $ | 51.50 | | Roundtrip (100 miles) From Miami to Client (66miles less 16 miles regular office commute= 50 Miles) |
| Kristina Johnson | | | | | | |
| | Integrated Audit | 9/21/10 | $ | 118.40 | | Flight from Newport News, VA to Chattanooga, TN site for inventory and controls testing. Flight was on 9/26. |
| | Integrated Audit | 9/21/10 | $ | 235.90 | | Return flight to Newport News, VA from Chattanooga, TN site for inventory and controls testing. Flight was on 10/3. |
| | Integrated Audit | 9/21/10 | | $ | 7.00 | Travel service fee. |
| | Integrated Audit | 9/26/10 | $ | 19.00 | | 38 miles from family home in Hampton Roads to Newport News airport * $0.50 = $19.00 |
| | Integrated Audit | 9/26/10 | | $ | 25.00 | Baggage fee for travel to Chattanooga, TN site for Controls and Inventory testing. |
| | Integrated Audit | 9/26/10 | | | 26.42 | Meal at Atlanta airport for 1, myself. |
| | Integrated Audit | 9/26/10 | | | 27.13 | Dinner for 1, myself, in Chattanooga. |
| | Integrated Audit | 9/27/10 | | | 22.15 | Dinner for 1, myself, in Chattanooga. |
| | Integrated Audit | 9/27/10 | | | 4.35 | Breakfast for 1, myself, in Chattanooga. |
| | Integrated Audit | 9/28/10 | | | 89.37 | Dinner for 2 in Chattanooga. Myself (PwC) and S. Caslin (Grace). |
| | Integrated Audit | 9/29/10 | | | 15.37 | Dinner for 2 in Chattanooga. Myself (PwC) and S. Caslin (Grace). |
| | Integrated Audit | 9/30/10 | $ | 15.00 | | Parking fees while in Chattanooga, TN. |
| | Integrated Audit | 9/30/10 | | | 171.72 | Dinner for 5 in Chattanooga. Myself (PwC) and S. Caslin, J. Couste, J. Ladd, and J. Peacock (all Grace). |
| | Integrated Audit | 10/1/10 | $ | 26.95 | | Fuel for rental car. |
| | Integrated Audit | 10/1/10 | | $ | 6.08 | Breakfast for 1, myself, in Chattanooga, TN. |
| | Integrated Audit | 10/2/10 | $ | 973.90 | | Hotel stay in Chattanooga from 9/26 through 10/1 (5 nights $169/night rate + $25.78 taxes) |
| | Integrated Audit | 10/3/10 | $ | 464.38 | | Rental car for the time in Chattanooga, TN. |
| | Integrated Audit | 10/3/10 | | $ | 25.00 | Baggage fee for 1, myself, in Chattanooga, TN. |
| | Integrated Audit | 10/3/10 | | | 3.24 | Breakfast for 1, myself, in Chattanooga, TN. |
| | Integrated Audit | 10/3/10 | $ | 19.00 | | Baggage fee for travel from Chattanooga, TN site for Controls and Inventory testing. 38 miles to family home in Hampton Roads from Newport News airport * $0.50 = $19.00 |
| | Integrated Audit | 10/5/10 | $ | 32.00 | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32.00 |
| | Integrated Audit | 10/6/10 | $ | 32.00 | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32.00 |
| | Integrated Audit | 10/7/10 | $ | 32.00 | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32.00 |

| Name | Task | Date | Amount | | Detail |
|---|---|---|---|---|---|
| | Integrated Audit | 10/8/10 | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32.00 |
| | Integrated Audit | 10/11/10 | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32.00 |
| | Integrated Audit | 10/11/10 | $ | 21.68 | Overtime meal at client site for 1, myself. |
| | Integrated Audit | 10/12/10 | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32.00 |
| | Integrated Audit | 10/13/10 | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32.00 |
| | Integrated Audit | 10/14/10 | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32.00 |
| | Integrated Audit | 10/15/10 | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32.00 |
| | Integrated Audit | 10/15/10 | $ | 13.65 | Postage to overnight the bankruptcy submission. |
| | Integrated Audit | 10/15/10 | $ | 6.00 | 12 miles roundtrip to the post office for bankruptcy submission. 12 miles * $0.50 = $6.00. |
| | Integrated Audit | 10/18/10 | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32.00 |
| | Integrated Audit | 10/18/10 | $ | 6.00 | 12 miles roundtrip to get dinner. 12 miles * $0.50 = $6.00. |
| | Integrated Audit | 10/18/10 | $ | 205.67 | S. Caslin, J. Day, K. Franks (all Grace). |
| | Integrated Audit | 10/19/10 | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32.00 |
| | Integrated Audit | 10/20/10 | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32.00 |
| | Integrated Audit | 10/20/10 | $ | 414.80 | was 10/29, but it was delayed until 10/30. The airline comped the hotel for 10/29. |
| | Integrated Audit | 10/20/10 | $ | 7.00 | Travel service fee. |
| | Integrated Audit | 10/21/10 | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32.00 |
| | Integrated Audit | 10/22/10 | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32.00 |
| | Integrated Audit | 10/25/10 | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32.00 |
| | Integrated Audit | 10/26/10 | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32.00 |
| | Integrated Audit | 10/27/10 | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32.00 |
| | Integrated Audit | 10/28/10 | $ | 16.00 | Dinner for 2 while in Lake Charles, LA. Myself (PwC) and G. Wang (Grace). |
| | Integrated Audit | 10/28/10 | $ | 9.00 | Mileage from the client site to the airport. 18 miles * $0.50 = $9.00. |
| | Integrated Audit | 10/29/10 | $ | 5.40 | Fuel for rental car. |
| | Integrated Audit | 10/29/10 | $ | 64.48 | Dinner for 2 while in Lake Charles, LA. Myself (PwC) and G. Wang (Grace). |
| | Integrated Audit | 10/29/10 | $ | 76.91 | Rental car for the time in Lake Charles, LA. |
| | Integrated Audit | 10/29/10 | $ | 151.53 | Hotel stay for one night in Lake Charles, LA ($139/night +$12.53 taxes) |
| | Integrated Audit | 10/30/10 | $ | 13.40 | Breakfast at the airport in Houston for 2. Myself (PwC) and G. Wang (Grace). |
| | Integrated Audit | 10/30/10 | $ | 60.00 | Parking at Baltimore airport while in Lake Charles. |
| | Integrated Audit | 10/30/10 | $ | 10.49 | Dinner for 1, myself, on the way home from Lake Charles. |
| | Integrated Audit | 10/30/10 | $ | 4.87 | Breakfast on the way to the airport in Houston for 2. Myself (PwC) and G. Wang (Grace). |
| | Integrated Audit | 10/30/10 | $ | 20.00 | Mileage from the BWI airport back home after the trip. 40 miles * $0.50= $20.00. |
| | Integrated Audit | 11/1/10 | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32.00 |
| | Integrated Audit | 11/2/10 | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32.00 |
| | Integrated Audit | 11/3/10 | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32.00 |
| | Integrated Audit | 11/4/10 | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32.00 |
| **Phillip Crosby** | | | | | |
| | Integrated Audit | 11/3/10 | $ | 42.00 | Mileage in excess over regular commute of 84 miles round trip |
| | Integrated Audit | 11/5/10 | $ | 42.00 | Mileage in excess over regular commute of 84 miles round trip |
| | Integrated Audit | 11/9/10 | $ | 42.00 | Mileage in excess over regular commute of 84 miles round trip |
| | Integrated Audit | 11/10/10 | $ | 42.00 | Mileage in excess over regular commute of 84 miles round trip |
| | Integrated Audit | 11/15/10 | $ | 42.00 | Mileage in excess over regular commute of 84 miles round trip |
| | Integrated Audit | 11/17/10 | $ | 42.00 | Mileage in excess over regular commute of 84 miles round trip |
| **Madeleine Lederer** | | | | | |
| | Integrated Audit | 11/15/10 | $ | 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | Integrated Audit | 11/16/10 | $ | 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | Integrated Audit | 11/17/10 | $ | 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | Integrated Audit | 11/18/10 | $ | 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | Integrated Audit | 11/19/10 | $ | 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | Integrated Audit | 11/22/10 | $ | 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | Integrated Audit | 11/23/10 | $ | 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | Integrated Audit | 11/29/10 | $ | 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| **Kathleen Bradley** | | | | | |
| | Integrated Audit | 11/1/10 | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 11/2/10 | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 11/3/10 | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 11/4/10 | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 11/5/10 | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 11/8/10 | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 11/9/10 | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |

| Name | Type | Date | Transportation | Lodging | Sundry | Business Meals | Description |
|---|---|---|---|---|---|---|---|
| | Integrated Audit | 11/10/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 11/11/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 11/12/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 11/15/10 | $ 414.40 | | | | Round trip coach airfare from Baltimore, MD to Boca Raton, FL |
| | Integrated Audit | 11/15/10 | | | | $ 6.18 | Breakfast for 1 (K.Bradley, PwC) while traveling |
| | Integrated Audit | 11/15/10 | $ 66.00 | | | | Parking at the airport for flight |
| | Integrated Audit | 11/15/10 | | $ 278.00 | | | Hilton Hotel for 2 Nights ($139 per night) in Boca Raton, FL |
| | Integrated Audit | 11/15/10 | | $ 31.98 | | | Taxes on Hilton Hotel room for 2 nights in Boca Raton, FL |
| | Integrated Audit | 11/15/10 | $ 13.00 | | | | 40 miles home from the airport from trip to client site in Cambridge, MA - 14 miles normal commute to office = 26 miles excess * .5 = 13. |
| | Integrated Audit | 11/18/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 11/19/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 11/23/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 11/29/10 | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| Jamie Kunkel | Integrated Audit | 10/25/10 | $ 16.80 | | | | 33.6 miles everyday in excess of normal commute *.5 = $16.80 |
| | Integrated Audit | 10/26/10 | $ 16.80 | | | | 33.6 miles everyday in excess of normal commute *.5 = $16.80 |
| | Integrated Audit | 10/27/10 | $ 16.80 | | | | 33.6 miles everyday in excess of normal commute *.5 = $16.80 |
| | Integrated Audit | 10/28/10 | $ 16.80 | | | | 33.6 miles everyday in excess of normal commute *.5 = $16.80 |
| | Integrated Audit | 10/29/10 | $ 16.80 | | | | 33.6 miles everyday in excess of normal commute *.5 = $16.80 |
| | Integrated Audit | 11/1/10 | $ 16.80 | | | | 33.6 miles everyday in excess of normal commute *.5 = $16.80 |
| | Integrated Audit | 11/2/10 | $ 16.80 | | | | 33.6 miles everyday in excess of normal commute *.5 = $16.80 |
| | Integrated Audit | 11/3/10 | $ 16.80 | | | | 33.6 miles everyday in excess of normal commute *.5 = $16.80 |
| | Integrated Audit | 11/4/10 | $ 16.80 | | | | 33.6 miles everyday in excess of normal commute *.5 = $16.80 |
| | Integrated Audit | 11/5/10 | $ 16.80 | | $ 42.57 | | Steel toed boots from Sears, required for observing physical inventory. |
| | Integrated Audit | 11/8/10 | $ 16.80 | | | | 33.6 miles everyday in excess of normal commute *.5 = $16.80 |
| | Integrated Audit | 11/9/10 | $ 16.80 | | | | 33.6 miles everyday in excess of normal commute *.5 = $16.80 |
| | Integrated Audit | 11/10/10 | $ 16.80 | | | | 33.6 miles everyday in excess of normal commute *.5 = $16.80 |
| | Integrated Audit | 11/11/10 | $ 16.80 | | | | 33.6 miles everyday in excess of normal commute *.5 = $16.80 |
| | Integrated Audit | 11/15/10 | $ 16.80 | | | | 33.6 miles everyday in excess of normal commute *.5 = $16.80 |
| | Integrated Audit | 11/16/10 | $ 16.80 | | | | 33.6 miles everyday in excess of normal commute *.5 = $16.80 |
| | Integrated Audit | 11/17/10 | $ 16.80 | | | | 33.6 miles everyday in excess of normal commute *.5 = $16.80 |
| | Integrated Audit | 11/22/10 | $ 16.80 | | | | 33.6 miles everyday in excess of normal commute *.5 = $16.80 |
| | Integrated Audit | 11/23/10 | $ 16.80 | | | | 33.6 miles everyday in excess of normal commute *.5 = $16.80 |
| | Integrated Audit | 11/23/10 | $ 618.81 | | | | Flight to and from Inventory in Nashville TN on Weds December 8th through Friday December 10th |
| Melanie Schwartz | Integrated Audit | | | | $ 14.18 | | Postage for mailing bankruptcy reporting to Court |

### Summary

| Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|
| $ 16,249.11 | $ 11,926.02 | $ 2,876.95 | $ 196.78 | $ 1,249.36 |