UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:
    W. R. GRACE & CO.,

            Debtor.

Case No. 01-1139(JJF)
Chapter 11

**NOTICE OF WITHDRAWAL OF REQUEST FOR NOTICE**

The undersigned representative for Belz Enterprises and its related entities hereby gives Notice of the Withdrawal of its Request for Notice filed in this Honorable Court, and requests that it be removed from all mailing and notification lists in connection with this case.

Respectfully submitted,

GOTTEN, WILSON, SAVORY & BEARD, PLLC

/s/ Russell W. Savory

_____
Russell W. Savory
88 Union Avenue, 14th Floor
Memphis, Tennessee  38103
901-523-1110

CERTIFICATE OF SERVICE

I, Russell W. Savory, hereby certify that a true and genuine copy of the foregoing pleading was served upon the United States Trustee and Laura D. Jones, Esq., P.O. Box 8705, Wilmington, DE  19899, by electronic notice this 19th day of January, 2011.

/s/ Russell W. Savory

_____
Russell W. Savory