# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | | Re: Docket Nos. 20872, 20874, and 20877 |

## NOTICE OF AMENDMENT TO CDN ZAI MINUTES OF SETTLEMENT AND DEFINITION 69 TO THE FIRST AMENDED JOINT PLAN OF REORGANIZATION

Please take notice that the above-captioned debtors (the "Debtors"), together with the Official Committee of Asbestos Personal Injury Claimants, the Official Committee of Equity Security Holders, and the Asbestos PI Future Claimants' Representative (collectively the "Plan Proponents") hereby submit this notice with respect to (i) the Amendment to the CDN ZAI Minutes of Settlement as defined and described in the Plan Proponents' First Amended Joint Plan of Reorganization [Dkt. No. 20872] (the "Joint Plan"), as modified, and as contained in

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

Exhibits 9 and 34 of the Exhibit Book to the Joint Plan; and (ii) the amendment to the definition of CDN ZAI Minutes of Settlement as provided for in Article I, section 1.1.69 of the Joint Plan.

1. On October 17, 2008, the CCAA Court[2] approved the original CDN ZAI Minutes of Settlement (the "Original Minutes"). The Bankruptcy Court was advised of the terms of the Original Minutes on October 20, 2008. The Original Minutes were filed with the Joint Plan as Exhibit 9.

2. Pursuant to their terms, the Original Minutes became null and void because the U.S. Confirmation Order (as defined in the Original Minutes) was not obtained by October 31, 2009.

3. On December 13, 2009, the CCAA Court approved the Amended and Restated CDN ZAI Minutes of Settlement (the "Amended Minutes"). The Bankruptcy Court was thereafter advised of the Amended Minutes and the Amended Minutes were filed with the Joint Plan as Exhibit 34.

4. Paragraph 20 of the Amended Minutes provides that "[u]nless otherwise agreed to by the Parties" in the event the U.S. Confirmation Order is not entered on or before December 31, 2010, the Amended Minutes shall be considered null and void. The Amended Minutes also provided for, among other things, additional compensation to be paid by Grace to the CDN ZAI PD Claims Fund for the benefit of Claimants, including an additional $500,000 (Canadian) if the U.S. Confirmation Order was not entered by June 30, 2010.

5. Pursuant to section 3.1.8(b)(i) of the Joint Plan, "[a]ll CDN ZAI PD Claims shall be resolved in accordance with the terms, provisions, and procedures outlined in the CDN ZAI Minutes of Settlement." Further, section 3.1.8(b)(ii) provides that "Confirmation of this Plan

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Joint Plan, the Original Minutes or the Amended Minutes, as applicable.

shall constitute approval by this Court of the settlement reflected in the CDN ZAI Minutes of Settlement for all purposes including to the extent required by Bankruptcy Rule 9019."

6. Article I, section 1.1.69 of the Joint Plan defines CDN ZAI Minutes of Settlement as "the minutes of settlement included as Exhibit 9 in the Exhibit Book and the Amended and Restated CDN ZAI Minutes of Settlement included as Exhibit 34 in the Exhibit Book, which together explain how all CDN ZAI PD and CDN ZAI PI Claims against the Debtors and the Sealed Air Indemnified Parties are treated under the Plan."

7. On December 20, 2010, the Bankruptcy Court advised the parties that it did not expect to issue a ruling on Confirmation of the Joint Plan on or before December 31, 2010 but did expect to issue such ruling in January, 2011. As a result, the Court requested the partiesdiscuss an extension of the deadline set forth in paragraph 20 of the Amended Minutes.

8. The parties thereafter agreed to certain modifications to the Amended Minutes, as outlined in the amendment, attached hereto as <u>Exhibit A</u> (the "Amendment").Pursuant to the Amendment, the Amended Minutes are modified as follows:

(a) sub-paragraph 11(a) of the Amended Minutes shall read "in the event that the U.S. Confirmation Order is entered by the U.S. Court on or before January 31, 2011, the amount of eight million, five hundred and ninety-five thousand, six hundred and thirty-two dollars and forty-four cents Canadian (CDN$8,595,632.44);"

(b) sub-paragraph 11(b) of the Amended Minutes shall read "in the event that the U.S. Confirmation Order is entered by the U.S. Court after January 31, 2011 but on or before July 31, 2011, the amount of nine million, ninety-five thousand, six hundred and thirty-two dollars and forty-four cents Canadian (CDN$9,095,632.44);" and

(c) sub-paragraph 20(c) of the Amended Minutes shall read "the U.S. Confirmation Order is not entered by the U.S. Court on or before July 31, 2011; or".

9. The parties agreed that the vote which the CCAA Representative Counsel made pursuant to the Original Settlement in favor of the First Amended Joint Plan constituted a vote pursuant to the Amended Minutes and theAmendment in favor of the First Amended Joint Plan. Further, on behalf of the CDN ZAI Claimants, CCAA Representative Counsel shall, in any future vote, vote in favor of the First Amended Joint Plan incorporating the Amended Minutes and theAmendment, provided that the U.S. Confirmation Order is entered on or before July 31, 2011.

10. The parties also agreed that upon execution of the Amendment, as soon as reasonably practicable:

(a) Grace Canada shall bring a motion in the CCAA Court for an order approving the Amendment;

(b) Grace shall advise the U.S. Court of the Amendment; and

(c) Grace shall revise the definition of CDN ZAI Minutes of Settlement in the First Amended Joint Plan to include the Amendment.

11. On January 17, 2011, the CCAA Court entered an Order approving the Amendment. A copy of the Order approving the Amendment is attached hereto as Exhibit B.

12. By this Notice, Grace is advising this Court of the Amendment and revising the definition of the CDN ZAI Minutes of Settlement as set forth in Article I, section 1.1.69of the Joint Plan as follows to include the Amendment:

> "**CDN ZAI Minutes of Settlement**" shall mean the minutes of settlement included as Exhibit 9 in the Exhibit Book, the Amended and Restated CDN Minutes of Settlement included as Exhibit 34 in the Exhibit Book and the

Amendment to the Amended and Restated CDN Minutes of Settlement included as Exhibit 35 in the Exhibit Book.

13. The Debtors hereby adopt and incorporate by reference as authority and support for the modification to the definition of CDN ZAI Minutes of Settlement under the Plan as set forth herein, the authority cited in the Fifth Set of Modifications, filed on December 8, 2010 [Dkt. No. 25881] as if fully set forth herein.

*[Remainder of Page Intentionally Left Blank]*

Dated: January 19, 2011

Wilmington, Delaware

Respectfully submitted,

KIRKLAND & ELLIS LLP
John Donley
Adam Paul
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

and

Deanna D. Boll
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

and

BAER HIGGINS FRUCHTMAN LLC
Janet S. Baer, P.C.
111 E. Wacker Drive
Suite 2800
Chicago, IL 60601
Telephone: (312) 836-4022
Facsimile: (312) 577-0737

and

PACHULSKI STANG ZIEHL & JONES LLP

_/s/ James E. O'Neill_
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy Cairns (Bar No. 4228)
Kathleen P. Makowski (Bar No. 3648)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

*Counsel for the Debtors and Debtors in Possession*

CAMPBELL & LEVINE, LLC

/s/ Mark T. Hurford
Mark T. Hurford (No. 3299)
800 N. King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900
Facsimile: (302) 426-9947

**and**

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

Peter Van N. Lockwood
Jeffrey A. Liesemer
Kevin Maclay
One Thomas Circle, N.W.
Washington, DC 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

*Counsel for the Official Committee of Asbestos Personal Injury Claimants*

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ John C. Phillips
John C. Phillips (Bar No. 110)
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200
Facsimile: (302) 655-4210

and

ORRICK, HERRINGTON & SUTCLIFFE LLP
Roger Frankel
Richard H. Wyron
Jonathan P. Guy
Debra L. Felder
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

*Counsel for David T. Austern, Asbestos PI Future Claimants' Representative*

SAUL EWING LLP

/s/ Teresa K. D. Currier
Teresa K.D. Currier (Bar No. 3080)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Facsimile: (302) 421-6813

and

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley
Gregory Horowitz
Douglas Mannal
David E. Blabey, Jr.
1177 Avenue of the Americas
New York, NY 10022
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the Official Committee of Equity Security Holders*