# **EXHIBIT B**

Court File No. 01-CL-4081



## ONTARIO
## SUPERIOR COURT OF JUSTICE
## (COMMERCIAL LIST)

| | | |
|---|---|---|
| THE HONOURABLE | ) | MONDAY, THE 17th DAY |
| JUSTICE MORAWETZ | ) ) | OF JANUARY, 2011 |

**IN THE MATTER OF S. 18.6 OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF GRACE CANADA, INC.**

Applicant

### ORDER

**THIS MOTION** made by Grace Canada, Inc. (hereinafter referred to as the "Applicant") was heard this day at 330 University Avenue, Toronto, Ontario,

**ON READING** the Applicant's Motion Record and upon hearing the submissions of counsel for the Applicant, and other parties whose names appear on the counsel slip, no one appearing for the other parties served with the Applicant's Motion Record:

1.  **THIS COURT ORDERS** that the Amended and Restated CDN ZAI Minutes of Settlement dated November 16, 2009 (the "Amended Settlement") among the Applicant, W.R. Grace & Co. (on its own behalf and on behalf of the U.S. Debtors (as defined in the Amended Settlement)), and representative counsel previously appointed in these proceedings, relating to the settlement of all CDN ZAI Claims (as defined in the Amended Settlement) is hereby modified pursuant to the terms of the Amendment to the Amended and Restated CDN ZAI Minutes of Settlement, attached hereto as Schedule "A" (the "Amendment").

- 2 -

2.      **THIS COURT ORDERS** that for greater certainty, the Amended Settlement shall continue in full force and effect and shall not be considered null and void so long as the U.S. Confirmation Order (as defined in the Amended Settlement) is entered by July 31, 2011, subject to the terms of the Amendment.

3.      **THIS COURT ORDERS** that the Stay period referred to in paragraphs 4 and 5 of the Initial Order, as amended, be and is hereby extended to September 1, 2011.

_[signature]_

ENTERED AT / INSCRIT À TORONTO
ON / BOOK NO:
LE / DANS LE REGISTRE NO.:

JAN 17 2011

PER / PAR:    _NB_

DOCSTOR: 2087630\1

SCHEDULE "A"

## ONTARIO
## SUPERIOR COURT OF JUSTICE
## COMMERCIAL LIST

### IN THE MATTER OF S. 18.6 OF THE *COMPANIES CREDITORS ARRANGMENT ACT, R.S.C. 1985, c. C-36*, AS AMENDED

### AMENDMENT TO AMENDED AND RESTATED CDN ZAI MINUTES OF SETTLEMENT

### AND IN THE MATTER OF GRACE CANADA, INC.

1. On December 13, 2009, the CCAA Court approved the Amended and Restated CDN ZAI Minutes of Settlement (the "Amended Minutes") in the above-referenced case.

2. Paragraph 20 of the Amended Minutes provides that: "[u]nless otherwise agreed to by the Parties," in the event the U.S. Confirmation Order[1] is not entered on or before December 31, 2010, the Amended Minutes shall be considered null and void.

3. Based on the foregoing, the parties to the Amended Minutes (the "Parties") agree to amend the Amended Minutes as follows:

(a) sub-paragraph 11(a) of the Amended Minutes shall read "in the event that the U.S. Confirmation Order is entered by the U.S. Court on or before January 31, 2011, the amount of eight million, five hundred and ninety-five thousand, six hundred and thirty-two dollars and forty-four cents Canadian (CDN$8,595,632.44);"

(b) sub-paragraph 11(b) of the Amended Minutes shall read "in the event that the U.S. Confirmation Order is entered by the U.S. Court after January 31, 2011 but on or before July 31, 2011, the amount of nine million, ninety-five thousand, six hundred and thirty-two dollars and forty-four cents Canada (CDN$9,095,632.44) ;" and

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Amended Minutes.

K&E 18140924

(c) sub-paragraph 20(c) of the Amended Minutes shall read "the U.S. Confirmation Order is not entered by the U.S. Court on or before July 31, 2011; or".

4. The vote which the CCAA Representative Counsel made pursuant to the Original Settlement in favour of the First Amended Joint Plan shall constitute a vote pursuant to the Amended Minutes and this further Amendment in favour of the First Amended Joint Plan. Further, on behalf of the CDN ZAI Claimants, CCAA Representative Counsel shall, in any future vote, vote in favour of the First Amended Joint Plan incorporating the Amended Minutes and this further Amendment, provided the U.S. Confirmation Order is entered on or before July 31, 2011.

5. Upon execution of this Amendment, as soon as reasonably practicable:

(a) Grace Canada shall bring a motion in the CCAA Court for an order approving this Amendment;

(b) Grace shall advise the U.S. Court of this Amendment; and

(c) Grace shall revise the definition of CDN ZAI Minutes of Settlement in the First Amended Joint Plan to include this Amendment.

Dated: January 11, 2011

　　　　　　　　　　　　　　　　　　W. R. Grace & Co., on its own behalf and on behalf of
　　　　　　　　　　　　　　　　　　the other debtors in possession in its chapter 11 cases

　　　　　　　　　　　　　　　　　　Per: _____
　　　　　　　　　　　　　　　　　　Name: Mark A. Shelnitz
　　　　　　　　　　　　　　　　　　Title: VP, General Counsel and Secretary


　　　　　　　　　　　　　　　　　　Grace Canada, Inc.

　　　　　　　　　　　　　　　　　　Per: _____
　　　　　　　　　　　　　　　　　　Name: W. Brian McGowan
　　　　　　　　　　　　　　　　　　Title: President

SCARFONE HAWKINS LLP, on its own behalf and in its capacity as representative counsel, on behalf of all holders of CDN ZAI Claims

Per: _____
    Name: David Thompson
    Title: Partner

LAUZON BELANGER LESPÉRANCE INC. on its own behalf and in its capacity as representative counsel on behalf of all holders of CDN ZAI Claims

Per: _____
    Name: Michel Bélanger
    Title: Partner

3

| | |
|---|---|
| IN THE MATTER OF S. 18.6 OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED<br><br>AND IN THE MATTER OF GRACE CANADA, INC. | Court File No: 01-CL-4081 |

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
(Commercial List)

Proceeding commenced at Toronto

**ORDER**

**OGILVY RENAULT LLP**
Barristers & Solicitors
Suite 3800, PO Box 84
Royal Bank Plaza, South Tower
200 Bay Street
Toronto, Ontario  M5J 2Z4

**DERRICK C. TAY**
LSUC #21152A
Tel: 416.216.4832
Fax: 416.216.3930

**ORESTES PASPARAKIS**
LSUC # 36851T
Tel: 416.216.4815
Fax: 416.216.3930

Lawyers for the Applicant

DOCSTOR: 2087630\1