# EIGHTY-FIRST INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010)

ATTACHMENT B

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Professional
## For the Period 10/1/10 through 10/31/10

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $760 | 4.80 | $3,648.00 |
| S. Cunningham | Member | $760 | 5.60 | $4,256.00 |
| R. Frezza | Member | $670 | 11.20 | $7,504.00 |
| J. Dolan | Consultant | $445 | 42.20 | $18,779.00 |
| M. Desalvio | Research | $175 | 0.50 | $87.50 |
| N. Backer | Paraprofessional | $120 | 3.30 | $396.00 |
| **For the Period 10/1/10 through 10/31/10** | | | **67.60** | **$34,670.50** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Task Code
## For the Period 10/1/10 through 10/31/10

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions/Divestitures | During the Fee Application period, the Applicant prepared various analyses of proposed acquisition and prepared report to the Committee thereon. | 5.10 | $2,607.50 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims, interest calculations and various settlements. | 6.20 | $3,452.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions and counsel reports and participated in calls with Committee members. | 8.60 | $4,596.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the August and September monthly fee statements. | 6.20 | $1,686.50 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding the monthly results and 3Q10 results and prepared various analyses and prepared a report to the Committee thereon. | 41.1 | $22,240.50 |
| 21. Research | During the Fee Application period, the Applicant researched peer value information to assist team in determining valuation multiple. | 0.50 | $87.50 |
| **For the Period 10/1/10 through 10/31/10** | | **67.60** | **$34,670.50** |

**W.R. Grace & Co.**
**Capstone Advisory Group, LLC**
**Detailed Time Description by Task Code**
**For the Period 10/1/10 through 10/31/10**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 01. Acquisitions/Divestitures | | | |
| 10/22/2010 | J. Dolan | 2.20 | Prepared request for information regarding Project Lily. |
| 10/22/2010 | R. Frezza | 0.90 | Prepared request for information related to acquisition. |
| 10/29/2010 | R. Frezza | 0.80 | Reviewed Project Lily information and directed staff for follow up issues. |
| 10/29/2010 | J. Dolan | 1.10 | Reviewed information received from Blackstone regarding Project Lily. |
| Subtotal | | 5.0 | |
| 03. Claims Analysis & Valuation | | | |
| 10/7/2010 | E. Ordway | 0.80 | Read Counsels' memo re: settlement of various "minor" claims. |
| 10/7/2010 | J. Dolan | 0.50 | Read and analyzed counsels' memo on recent settlement. |
| 10/12/2010 | E. Ordway | 0.30 | Read and analyzed Counsels' report re: 2 proposed settlements. |
| 10/12/2010 | J. Dolan | 1.80 | Reviewed analyst reports for impact issues on multiple valuation. |
| 10/18/2010 | E. Ordway | 0.70 | Read and analyzed counsels' report re: latest court hearing. |
| 10/19/2010 | J. Dolan | 1.20 | Updated interest calculations and other assumptions. |
| 10/21/2010 | E. Ordway | 0.40 | Read and analyzed counsels' report re: settlement of insurance coverage issues. |
| 10/21/2010 | J. Dolan | 0.50 | Read and analyzed counsels' memo on recent settlement. |
| Subtotal | | 6.20 | |
| 04. Creditor Committee Matters | | | |
| 10/4/2010 | J. Dolan | 0.50 | Read and analyzed docket submissions. |
| 10/5/2010 | J. Dolan | 0.60 | Read and analyzed recent docket submissions. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/6/2010 | R. Frezza | 1.30 | Update to work plan and review of case status, confirmation issues, etc. |
| 10/7/2010 | J. Dolan | 0.50 | Read and analyzed counsels' memo on claim settlement. |
| 10/11/2010 | J. Dolan | 0.90 | Read and analyzed recent docket submissions. |
| 10/11/2010 | J. Dolan | 0.60 | Read and analyzed docket submissions. |
| 10/13/2010 | R. Frezza | 0.70 | Call with creditor regarding case status and interest calculations. |
| 10/13/2010 | J. Dolan | 0.60 | Call with creditor regarding case status and interest calculations. |
| 10/18/2010 | R. Frezza | 1.00 | Call with lender regarding interest calculations and reconciliation of numbers. |
| 10/18/2010 | J. Dolan | 1.10 | Call with lender regarding interest calculations and reconciliation of amounts. |
| 10/19/2010 | J. Dolan | 0.50 | Responded to lender inquiry. |
| 10/29/2010 | E. Ordway | 0.30 | Conference call with creditor inquiring about case status and operating performance. |
| Subtotal | | 8.60 | |
| 07. Fee Applications & Invoices | | | |
| 10/5/2010 | J. Dolan | 0.90 | Prepared August fee application. |
| 10/11/2010 | J. Dolan | 0.70 | Prepared Aug fee application. |
| 10/12/2010 | J. Dolan | 0.60 | Prepared August fee application. |
| 10/19/2010 | J. Dolan | 0.70 | Prepared September fee application. |
| 10/22/2010 | N. Backer | 1.70 | Prepared September fee application. |
| 10/25/2010 | N. Backer | 1.60 | Prepared August Fee application. |
| Subtotal | | 6.20 | |
| 08. Financial Analysis - Schedules & Statements | | | |
| 10/4/2010 | S. Cunningham | 0.80 | Read and analyzed monthly financials. |
| 10/5/2010 | S. Cunningham | 1.40 | Read and analyzed monthly financials. |
| 10/5/2010 | J. Dolan | 1.20 | Read and analyzed October monthly statements. |
| 10/7/2010 | S. Cunningham | 1.80 | Read and analyzed Quarterly financial reports. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/13/2010 | S. Cunningham | 1.60 | Read and analyzed Quarterly financial reports. |
| 10/21/2010 | R. Frezza | 1.70 | Read and analyzed 3Q10 financial data for report to the Committee. |
| 10/21/2010 | R. Frezza | 1.10 | Participated in earnings call and began preparation of summary memo for counsel. |
| 10/21/2010 | R. Frezza | 2.30 | Read and analyzed investor business update and press release for 3Q10. |
| 10/21/2010 | E. Ordway | 0.70 | Read and analyzed investor update data and provided staff with items to follow up on. |
| 10/21/2010 | J. Dolan | 3.30 | Read and analyzed investor business update and press release for 3Q10 in anticipation of investor call. |
| 10/21/2010 | J. Dolan | 1.60 | Prepared for and participated in investor call for 3Q10. |
| 10/22/2010 | J. Dolan | 1.60 | Reviewed 3Q10 financial information and began preparation of report to the Committee. |
| 10/25/2010 | E. Ordway | 0.70 | Read and analyzed 3rd Q financial data and summarized key items to be noted in our Committee report. |
| 10/25/2010 | J. Dolan | 1.10 | Reviewed 3Q10 financial data. |
| 10/25/2010 | J. Dolan | 2.70 | Began preparing schedules for 3Q10 report to Committee based on investor call. |
| 10/26/2010 | R. Frezza | 1.40 | Reviewed financial data and directed team to review issues for report. |
| 10/26/2010 | J. Dolan | 3.10 | Prepared various analyses based on 3Q10 results for report to the Committee. |
| 10/27/2010 | E. Ordway | 0.90 | Continued to read and analyze 3rd Q financial data and noted items for staff to report on in our Committee report. |
| 10/27/2010 | J. Dolan | 0.80 | Prepared actual to plan analysis on a quarterly and year-to-date basis. |
| 10/27/2010 | J. Dolan | 2.90 | Prepared analyses and reviewed press release and related 3Q10 financial data. |
| 10/28/2010 | J. Dolan | 3.80 | Prepared analysis for 3Q10 report to the Committee. |
| 10/29/2010 | J. Dolan | 3.40 | Read and analyzed latest analyst reports for Grace and chemical industry to determine valuation multiples. |
| 10/29/2010 | J. Dolan | 1.20 | Prepared actual to prior year analyses for report to the Committee. |
| Subtotal | | 41.1 | |
| 21. Research | | | |
| 10/26/2010 | M. Desalvio | 0.50 | Retrieved industry analyst reports for current issues for use in Committee report. |
| Subtotal | | 0.50 | |
| **Total Hours** | | **67.60** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 10/1/2010 through 10/31/2010

| Date | Professional | Detail | Amount |
|---|---|---|---|
| Research | | | |
| 10/11/2010 | Capstone Expense | Pacer - research tool | $4.32 |
| Subtotal - Research | | | $4.32 |
| Telecom | | | |
| 10/2/2010 | Capstone Expense | September Telecom - Saddle Brook Office. | $67.20 |
| Subtotal - Telecom | | | $67.20 |
| **For the Period 10/1/2010 through 10/31/2010** | | | $71.52 |