Attention Sherry Stiles
From Charles Jurgens
Re: W. R. Grace Bankruptcy Claim 2114 N Y Hillside, Inc
January 14, 2011

The attached Notice of Dissolution was expressed mailed January 11, 2011. Please advise date of hearing. Thank you

*Charles Jurgens*

01/14/2011 10:05 Case 01-01139-AMC Doc 26094 Filed 01/20/11 Page 1 of 4 PAGE 01

Attention Sherry Stiles
From Charles Jurgens
Re: W. R. Grace Bankruptcy Claim 2114 N Y Hillside, Inc
January 14, 2011

The attached Notice of Dissolution was expressed mailed January 11, 2011. Please advise date of hearing. Thank you

Charles F. Jurgens, Pro Se
16547 ACADEMIA DR.
ENCINO CA 91436
818-783-4692

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No.: 01-01139 (JFK) |
| | (Jointly Administered) |
| W. R. Grace & CO., et al | |
| | NOTICE OF DISSOLUTION OF CLAIMANT NY |
| Debtors | HILLSIDE, INC., CLAIM 2114 |
| | |
| | APPEARANCE IN PRO SE BY SUCCESSOR IN |
| | INTEREST CHARLES F. JURGENS |

1. Claim 2114 was filed in the proceeding by NY Hillside, Inc., a California corporation.

2. NY Hillside, Inc. was dissolved in 2003. A copy of a Certificate of Dissolution from the California Secretary of State is attached hereto.

3. In accordance with the provisions of California *Corporations Code* Section 2006, NY Hillside, Inc.'s claim in this proceeding was distributed, as an asset of the dissolved corporation, to its shareholders, myself and Mr. Mahgiub El Arabi.

4. It is therefore requested that Charles F. Jurgens and Mahguib El Arabi be substituted as claimants in this proceeding as the successors in interest to NY Hillside, Inc.

5. I further request that the Court accept my appearance in this matter Pro Se.

6. It is further requested that the "Response to Objection Seeking Disallowance of Claim No. 2114" which was filed with the court in the name of N Y Hillside, Inc. be recognized as a response from the successors in interest to NY Hillside, Inc.

RESPECTFULLY SUBMITTED

---

Charles F. Jurgens, Claimant    January 10, 2011

*Charles F Jurgens*

(Summary of pleading) - 1

D0717286



### SECRETARY OF STATE

I, *Kevin Shelley*, Secretary of State of the State of California, hereby certify:

That the attached transcript of __1__ page(s) has been compared with the record on file in this office, of which it purports to be a copy, and that it is full, true and correct.

*IN WITNESS WHEREOF,* I execute this certificate and affix the Great Seal of the State of California this day of

OCT 2 8 2003



Secretary of State

Sec/State Form CE-107 (rev. 1/03)

OSP 03 80510

D0717286

**CERTIFICATE OF DISSOLUTION**

**ENDORSED - FILED**
In the office of the Secretary of State
of the State of California

OCT 0 1 2003

**KEVIN SHELLEY**
Secretary of State

The undersigned certifies that:

1. I constitute a majority of the directors now in office of N Y Hillside, Inc. a California corporation.
2. The corporation has been completely wound up.
3. The corporation's known debts and liabilities have been actually paid.
4. The known assets have been distributed to the persons entitled thereto.
5. The tax liability will be satisfied on a taxes paid basis.
6. The election to dissolve was made by the vote of all the outstanding shares.
7. The corporation is dissolved.

I further declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

Date: September 30, 2003

Charles F. Jurgens
Director

