UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re

W.R. GRACE & CO., et al.[1]

Debtors.

:
:
:
:
:
:
:

Chapter 11
Case No. 01-01139 (JKF)
(Jointly Administered)

---

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE WITHDRAW** the appearance of Cuyler Burk, P.C., as attorneys for interested party Allstate Insurance Company, solely as successor-in-interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company in this action, and

**PLEASE ENTER** the appearance of Windels Marx Lane & Mittendorf, LLP, as attorneys for interested party Interested Party, Allstate Insurance Company, solely as successor-in-interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company in the above-referenced matter.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson, Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

{10614883:1}

7063058v.1

-2-

| | |
|---|---|
| CUYLER BURK, P.C. | WINDELS MARX LANE & MITTENDORF, LLP |
| *Jaclyn D. Malyk* (signature)<br>Jaclyn DiLascio Malyk, Esquire<br>Parsippany Corporate Center<br>Four Century Drive<br>Parsippany, NJ 07054<br>Tel 973-734-3200<br>Fax: 973-734-3201 | /s/ Stefano Calogero<br>Stefano Calogero, Esquire<br>Andrew K. Craig, Esquire<br>One Giralda Farms - Suite 380<br>Madison, New Jersey 07940<br>Tel: 973.966.3200<br>Fax: 973.966.3250<br>Email: scalogero@windelsmarx.com<br>Email: acraig@windelsmarx.com |
| Dated: January 20, 2011 | Dated: January 20, 2011 |

/s/ James S. Yoder
James S. Yoder (DE# 2643)
WHITE AND WILLIAMS LLP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: 302-467-4524
Fax:   302-467-4554
Email: yoderj@whiteandwilliams.com
*Attorneys for Allstate Insurance Company, solely as successor-in-interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company*

Dated: January 20, 2011