UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------
In re                                : Chapter 11
                                     : Case No. 01-01139 (JKF)
**W.R. GRACE & CO., et al.**         : (Jointly Administered)
Debtors.                             :
                                     :
------------------------------------------------

## CERTIFICATE OF SERVICE

I, James S. Yoder, Esquire, certify that I am not less than 18 years of age, and that I caused service of the **Notice of Substitution of Counsel** to be made on January 20, 2011 to be made electronically upon all parties capable of receiving such service. Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: January 20, 2011

/s/ James S. Yoder
James S. Yoder (#2643)

{10614883:1}
7063058v.1