**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139(JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Re: Docket Nos.: 25776, 25954, 25955, 25997, 25998, 26004 and 26088 |
| | | January 10, 2011 Hearing Agenda Item No. 5 |

**CERTIFICATION OF COUNSEL FOR BNSF RAILWAY COMPANY REGARDING ORDER ON DEBTORS' MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT WITH THE CNA COMPANIES**

1.  On January 19, 2010, the Debtors filed the Certification Of Counsel Regarding Order On Debtors' Motion For Approval Of Settlement Agreement With The CNA Companies (Docket No. 26088) and a Proposed Order.

2.  Undersigned counsel has been informed by his colleagues that BNSF Railway Company had not seen the proposed language regarding resolution of its insurance policies prior to the filing of the Proposed Order on the record in these proceedings. Now that BNSF has had an opportunity to review the revised Proposed Order, it does not object to its entry.

Nonetheless, BNSF reserves its rights regarding objections to the underlying CNA Settlement Agreement.

#13746353 v3

-2-

Dated: January 20, 2011
       Wilmington, Delaware

Of Counsel:

Edward C. Toole, Jr.
Linda J. Casey
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000
Fax: (215) 981-4750

Counsel for BNSF Railway Company

PEPPER HAMILTON LLP

/s/ Henry J. Jaffe
Henry J. Jaffe (DE No. 2987)
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(Courier No. 19801)
Telephone: (302) 777-6500
Facsimile:  (302) 421-8390

Counsel for BNSF Railway Company

#13746353 v3