IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I, Henry J. Jaffe, do hereby certify that on January 20, 2011, I served the Certification Of Counsel For BNSF Railway Company Regarding Order On Debtors' Motion For Approval Of Settlement Agreement With The CNA Companies (the "Certification") by causing copies thereof to be served via hand delivery and facsimile upon the entities on the service list attached hereto as **Exhibit A**. I further certify that on January 20, 2011, I served the Certification by causing copies thereof to be served via first class mail, postage prepaid and facsimile upon the entities on the service list attached hereto as **Exhibit B.**

Dated:  January 20, 2011
         Wilmington, Delaware

PEPPER HAMILTON LLP

/s/ Henry J. Jaffe
Henry J. Jaffe (DE No. 2987)
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(Courier No. 19801)
Telephone: (302) 777-6500
Facsimile:  (302) 421-8390

Counsel for BNSF Railway Company

Of Counsel:

Edward C. Toole, Jr.
Linda J. Casey
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000
Fax: (215) 981-4750

Counsel for BNSF Railway Company

#13746617 v1

-2-

# EXHIBIT A

Debtors
c/o James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Fax: 302-652-4400

David Klauder, Esq.
Office of the United States Trustee
844 King Street
Suite 2311
Wilmington, DE 19801
Fax: 302-573-6497

Official Committee of Asbestos Personal Injury Claimants
c/o Marla Eskin, Esq.
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
Fax: 302-426-9947

Official Committee of Asbestos Property Damage Claimants
c/o Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Fax: 302-575-1714

Asbestos PT Future Claimants' Representative
c/o John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
Fax: 302-655-4210

Asbestos PD Future Claimants' Representative
c/o Karl Hill, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
Fax: 302-888-0606

Libby Claimants
c/o Kerri K. Mumford, Esq.
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801
Fax: 302-467-4450

#13746617 v1

## EXHIBIT B

| | |
|---|---|
| Debtors<br>c/o Lisa G. Esayian, Esq.<br>Kirkland & Ellis LLP<br>300 N. LaSalle<br>Chicago, IL 60654<br>Fax: 312-862-2200 | Debtors<br>c/o Janet S. Baer, Esq.<br>The Law Offices of Janet S. Baer, P.C.<br>70 West Madison Street, Suite 2100<br>Chicago, IL 60602<br>Fax: 312-641-2165) |
| Official Committee of Asbestos Personal Injury Claimants<br>c/o Elihu Inselbuch, Esq.<br>Caplin & Drysdale, Chartered<br>375 Park Avenue, 35th Floor<br>New York, NY 10152-3500<br>Fax: 212-644-6755 | Official Committee of Asbestos Property Damage Claimants<br>c/o Scott L. Baena, Esq.<br>Bilzin, Sumberg, Baena, Price & Axelrod<br>1450 Brickell Avenue, Suite 2300<br>Miami, FL 33131<br>Fax: 305-374-7593 |
| Asbestos PI Future Claimants' Representative<br>c/o Richard H. Wyron, Esq.<br>Orrick, Herrington & Sutcliffe LLP<br>1152 15th Street, NW<br>Washington, DC 20005<br>Fax: 202-339-8500 | Asbestos PD Future Claimants' Representative<br>c/o Alan B. Rich, Esq.<br>Law Office of Alan B. Rich, Esq.<br>1201 Elm Street, Suite 4244<br>Dallas, TX 75270<br>Fax: 214-749-0325 |
| CNA Companies<br>c/o Michael S. Giannotto, Esq.<br>Goodwin Procter LLP<br>901 New York Avenue, NW<br>Washington, DC 20001<br>Fax: 202-346-4444 | Libby Claimants<br>c/o Daniel C. Cohn, Esq.<br>Olga L. Gordon, Esq.<br>Murtha Cullina LLP<br>99 High Street<br>Boston, MA 02110<br>Fax: 617-482-3868 |

#13746617 v1