**Attachment B**
**To Fee Application**
Summary of PwC's Fees By Professional
Darex Puerto Rico Project for July 2010

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Ramon E. Ponte | Audit Partner | 20+ | Darex | $ 575.05 | 3.0 | 1,725.1 |
| Thomas E Smith | Audit Partner | 21 | Darex | $ 606.69 | 5.0 | 3,033.5 |
| Jerry Brent Puzey | Tax Director | 6 | Darex | $ 406.60 | 4.0 | 1,626.4 |
| Alison Nicole Garleb | Audit Manager | 7 | Darex | $ 257.91 | 43.0 | 11,090.0 |
| Jacqueline Bravo | Tax Senior Associate | 4 | Darex | $ 279.75 | 17.9 | 5,007.6 |
| Mariana Isturiz Espinoza | Manager | 4 | Darex | $ 310.30 | 4.0 | 1,241.2 |
| Pavel Katsiak | Audit Senior Associate | 3 | Darex | $ 196.88 | 11.5 | 2,264.1 |
| Michael Dineen | Audit Associate | 2 | Darex | $ 109.14 | 51.1 | 5,577.1 |
| Leah Morelle | Audit Associate | 2 | Darex | $ 145.35 | 203.1 | 29,520.1 |
| Kathleen Elizabeth Bradley | Audit Associate | <2 | Darex | $ 127.55 | 46.4 | 5,918.2 |
| | | | | | | |
| Totals | | | | | 389.0 | $ 67,003.30 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals       0.0       $ 0.00

Summary of PwC's Fees By Project Category:
Darex Puerto Rico Project for July 2010

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | | |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 389.0 | $ 67,003.30 |

| | | |
|---|---|---|
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 389.0 | $ 67,003.30 |

Expense Summary
Darex Puerto Rico Project for July 2010

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 131.00 |
| Lodging | N/A | $ 0.00 |
| Sundry | N/A | $ 37.15 |
| Business Meals | N/A | $ 450.00 |
| TOTAL: | | $ 618.15 |