# EXHIBIT - A

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Month Ended July 31, 2010

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Ramon E. Ponte | Audit Partner | 20+ | Darex | $ 575.05 | 3.0 | 1,725.1 |
| Thomas E Smith | Audit Partner | 21 | Darex | $ 606.69 | 5.0 | 3,033.5 |
| Jerry Brent Puzey | Tax Director | 6 | Darex | $ 406.60 | 4.0 | 1,626.4 |
| Alison Nicole Garleb | Audit Manager | 7 | Darex | $ 257.91 | 43.0 | 11,090.0 |
| Jacqueline Bravo | Tax Senior Associate | 4 | Darex | $ 279.75 | 17.9 | 5,007.6 |
| Mariana Isturiz Espinoza | Manager | 4 | Darex | $ 310.30 | 4.0 | 1,241.2 |
| Pavel Katsiak | Audit Senior Associate | 3 | Darex | $ 196.88 | 11.5 | 2,264.1 |
| Michael Dineen | Audit Associate | 2 | Darex | $ 109.14 | 51.1 | 5,577.1 |
| Leah Morelle | Audit Associate | 2 | Darex | $ 145.35 | 203.1 | 29,520.1 |
| Kathleen Elizabeth Bradley | Audit Associate | <2 | Darex | $ 127.55 | 46.4 | 5,918.2 |
| Totals | | | | | 389.0 | $ 67,003.30 |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended July 31, 2010

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

Name: Ramon Ponte

| Date | Hours | Description of Services Provided |
|---|---|---|
| 18-Jan | 1.1 | Document planning section for the database for Darex Puerto Rico audit |
| 18-Jan | 0.4 | Discuss audit with A. Garteb and J. Bray (PwC) |
| 10-Jul | 0.5 | Review of financial statements of Darex Puerto Rico in connection with issuance of those statements for filing with Puerto Rico Tax Authorities. |
| 13-Jul | 1.0 | Review of financial statements of Darex Puerto Rico in connection with issuance of those statements for filing with Puerto Rico Tax Authorities. |
| | **3.0** | **Total Grace Financial Statement Audit Charged** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended July 31, 2010

Name: Thomas E. Smith

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

| Date | Hours | Description of Services Provided |
|---|---|---|
| 5-May | 0.3 | Review audit strategy memo |
| 17-May | 0.7 | Review audit strategy memo |
| 17-May | 0.3 | Review other planning information |
| 3-Jun | 0.5 | Review final planning information |
| 6-Jul | 0.5 | Review draft financial statements |
| 8-Jul | 0.4 | Meet with T. Puglisi (Grace) to discuss draft financial statements |
| 8-Jul | 0.6 | Review audit workpapers - inventory matter |
| 9-Jul | 1.2 | Review final workpapers |
| 9-Jul | 0.5 | Discuss audit matters with A.Garleb (PwC) |
| | 5.0 | Total Grace Financial Statement Audit Charged Hours |

**W.R. Grace & Co.**
**Time Summary Report - Time Tracking**
**Month ended July 31, 2010**

## FINANCIAL STATEMENT AUDIT TIME INCURRED

**Name: Jerry Puzey**

| Date | Hours | Description of Services Provided |
|---|---|---|
| 8-Jul | 0.8 | Conference call with PwC Puerto Rico office |
| 8-Jul | 1.1 | Review of the Puerto Rico foreign tax credit |
| 8-Jul | 2.1 | Full review of the Darex provision files |
| | **4.0** | Total Grace Financial Statement Audit Charged Hours |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended July 31, 2010

Name: Alison Garleb

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

| Date | Hours | Description of Services Provided |
|---|---|---|
| 5-Jan | 0.9 | Determine materiality |
| 6-Jan | 0.6 | Document materiality. |
| 7-Jan | 1.3 | Document planning section for the database for Darex Puerto Rico audit |
| 8-Jan | 0.2 | Document planning section for the database for Darex Puerto Rico audit |
| 12-Jan | 0.4 | Document planning section for the database for Darex Puerto Rico audit |
| 13-Jan | 0.9 | Research materiality metrics to determine alternate materiality for audit |
| 14-Jan | 0.4 | Discuss audit with T. Smith and J. Bray (PwC) |
| 14-Jan | 0.4 | Research materiality metrics to determine alternate materiality for audit |
| 15-Jan | 1.3 | Research materiality metrics to determine alternate materiality for audit |
| 15-Jan | 1.2 | Document planning section for the database for Darex Puerto Rico audit |
| 15-Jan | 0.9 | Review planning documentation |
| 16-Jan | 0.3 | Document planning section for the database for Darex Puerto Rico audit |
| 16-Jan | 0.4 | Research materiality metrics to determine alternate materiality for audit |
| 18-Jan | 0.3 | Discuss audit with R. Ponte and J. Bray (PwC) |
| 19-Jan | 0.9 | Review summary, plan and results document |
| 19-Jan | 0.3 | Discuss audit with L. Morelle (PwC) |
| 20-Jan | 0.3 | Discuss audit with L. Morelle (PwC) |
| 20-Jan | 0.6 | Discuss projections for Darex Puerto Rico with C. Benitez (Grace) and L. Morelle (PwC) |
| 22-Jan | 0.2 | Discuss audit with L. Morelle (PwC) |
| 25-Jan | 0.4 | Prepare for audit status meeting with management |
| 2-Feb | 0.5 | Discuss audit with B. Dockman, T. Puglisi, and V. Leo (Grace) |
| 2-Feb | 0.9 | Research materiality metrics to determine alternate materiality for audit |
| 10-Mar | 1.2 | Research materiality metrics to determine alternate materiality for audit |
| 10-Mar | 1.4 | Review summary, plan and results and planning |
| 12-Mar | 0.7 | Research materiality metrics to determine alternate materiality for audit |
| 12-Mar | 0.6 | Discuss audit with B. Dockman, T. Puglisi, and V. Leo (Grace) |
| 22-Mar | 0.1 | Document planning section for the database for Darex Puerto Rico audit |
| 22-Mar | 2.4 | Document alternate materiality memo |
| 24-Mar | 0.5 | Document alternate materiality memo |
| 1-Jul | 0.3 | Review financial statements |
| 1-Jul | 1.5 | Review audit documentation |
| 1-Jul | 0.5 | Discuss inventory capitalization with J. Bray and P. Katsiak (PwC) |
| 6-Jul | 0.4 | Review audit documentation |
| 6-Jul | 0.3 | Discuss audit status with P. Katsiak (PwC) |
| 6-Jul | 0.5 | Discuss audit status with T. Puglisi (Grace) |
| 6-Jul | 0.5 | Discuss valuation allowance release with T. Smith and J. Bravo (PwC) |

| Date | Hours | Description |
|---|---|---|
| 6-Jul | 1.2 | Discuss audit status with T. Puglisi, J. McElhenney, and V. Leo (Grace) and P. Katsiak and K. Bradley (PwC) |
| 7-Jul | 1.2 | Discuss inventory capitalization with T. Puglisi, J. McElhenney, V. Leo, J. Mac, M. Hayward, and P. Bray (Grace) and P. Katsiak and K. Bradley (PwC) |
| 7-Jul | 0.3 | Discuss audit status with P. Katsiak (PwC) |
| 7-Jul | 0.3 | Discuss audit status with T. Puglisi (Grace) and P. Katsiak (PwC) |
| 7-Jul | 0.2 | Discuss audit status with P. Katsiak and K. Bradley (PwC) |
| 7-Jul | 0.3 | Review planning documentation |
| 8-Jul | 0.5 | Discuss inventory capitalization with P. Katsiak (PwC) |
| 8-Jul | 0.5 | Discuss audit status with T. Smith and P. Katsiak (PwC) |
| 8-Jul | 0.8 | Discuss prior period items with T. Smith, B. Bishop, and P. Katsiak (PwC) |
| 8-Jul | 1.0 | Discuss valuation allowance release with J. Bravo (PwC) and T. Puglisi (Grace) |
| 9-Jul | 0.8 | Research valuation allowance issue |
| 9-Jul | 0.5 | Discuss valuation allowance release with T. Smith and J. Bravo (PwC) |
| 9-Jul | 3.6 | Review audit documentation |
| 12-Jul | 1.2 | Review audit documentation |
| 12-Jul | 0.7 | Address financial statement comments |
| 12-Jul | 0.8 | Research and discuss valuation allowance release with J. Bravo and Y. Llavona (PwC) |
| 12-Jul | 0.8 | Document and discuss valuation allowance release with J. Bravo and T. Smith (PwC) |
| 13-Jul | 3.6 | Review audit documentation |
| 13-Jul | 0.2 | Address financial statement comments |
| | 43.0 | Total Grace Financial Statement Audit Charged Hours - 7/1 - 7/31/10 |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended July 31, 2010

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

Name: Jacqueline Bravo

| Date | Hours | Description of Services Provided |
|---|---|---|
| 18-Jun | 4.0 | Review of Darex Puerto Rico Current Tax Provision |
| 21-Jun | 1.0 | Review of Darex Puerto Rico Deferred Tax Provision |
| 22-Jun | 0.8 | Ticking and tying book amounts to provision |
| 30-Jun | 1.5 | Review of Income Tax Payable account |
| 1-Jul | 1.0 | Analysis of Foreign Tax Credits |
| 6-Jul | 1.5 | Discussion with D. Libow, Grace, regarding Puerto Rico Tax Rate |
| 7-Jul | 0.3 | Call with Allison Garleb, PwC regarding Darex Provision |
| 7-Jul | 0.9 | Research on Valuation allowances |
| 8-Jul | 1.7 | Review of updated Darex Puerto Rico Provision |
| 8-Jul | 1.0 | Review and tie out of financial statements |
| 9-Jul | 0.5 | Call with Tom Smith, PwC, regarding need for Valuation Allowance |
| 9-Jul | 1.0 | Analysis of projections for Foreign Tax Valuation Allowance |
| 9-Jul | 1.5 | Documentation on Foreign Tax Valuation Allowance |
| 12-Jul | 1.2 | Prepared Tax Account Rollforward |
| | 17.9 | Total Grace Financial Statement Audit Charged Hours - 7/1 - 7/31/10 |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended July 31, 2010

## FINANCIAL STATEMENT AUDIT TIME INCURRED

Name: Maria Isturiz Espinoza

| Date | Hours | Description of Services Provided |
|---|---|---|
| 11-Jun | 2.0 | Review data sent for transfer pricing analysis |
| 15-Jun | 1.0 | Internal discussion on results of transfer pricing review |
| 16-Jun | 1.0 | Email team with results of transfer pricing review |
| | 4.0 | Total Grace Financial Statement Audit Charged Hours |

need to fix formatting of this tab

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended July 31, 2010

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

Name: Pavel Katsiak

| Date | Hours | Description of Services Provided |
|---|---|---|
| 6-Jul | 2.0 | Calling in to Darex Puerto Rico discussion with A. Garleb (PwC), V. Leo, J. Mac and T. Puglisi (Grace) |
| 7-Jul | 0.6 | Discussing Inventory Mark-up adjustment with Grace management (V. Leo, Grace) |
| 7-Jul | 0.6 | Reviewing the documentation to establish the relevant facts and circumstances related to the inventory mark-up |
| 7-Jul | 1.1 | Reviewing various steps in the audit file |
| 7-Jul | 0.7 | Circling back with the client (T. Puglisi, Grace) regarding various financial statements disclosure items |
| 8-Jul | 0.3 | Discussing inventory capitalization adjustments to be made with Grace (T. Puglisi and V. Leo) |
| 8-Jul | 1.2 | Reviewing the documentation of the inventory capitalization and inventory mark-up analysis |
| 8-Jul | 0.5 | Circling back with the PwC tax team on the open issues (J. Bravo, PwC) |
| 9-Jul | 0.5 | Preparing the schedule of adjustments posted by management |
| 9-Jul | 1.6 | Preparing the schedule of unadjusted differences and out of period adjustments |
| 9-Jul | 1.2 | Preparing the SAB 109 (Materiality) memo |
| 9-Jul | 0.7 | Circling back with Grace management on the management representation letter |
| 13-Jul | 0.3 | Coordinating the communication with the PwC team in Puerto Rico |
| 13-Jul | 0.2 | Reviewing External Workpapers |
| | 11.5 | **Total Grace Financial Statement Audit Charged Hours - 7/1 - 7/31/10** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended July 31, 2010

## FINANCIAL STATEMENT AUDIT TIME INCURRED

Name: Michael Dineen

| Date | Hours | Description of Services Provided |
|---|---|---|
| 13-Jan | 0.3 | I reviewed my audit areas. |
| 13-Jan | 0.2 | I worked on the Cash Lead Sheet, filling in numbers from the Trial Balance. |
| 13-Jan | 0.3 | I worked on the AP Lead sheet, filling in numbers from the Trial Balance. |
| 13-Jan | 2.3 | I worked on Bank Transfers Testing, setting up the spreadsheet for testing. |
| 13-Jan | 0.4 | I worked on Bank Transfers Testing, setting up the spreadsheet for testing. |
| 13-Jan | 1.0 | I met with Julia Mac (Grace) to discuss inquiries related to Cash |
| 13-Jan | 0.7 | I worked on the PP&E Lead Sheet and Rollforward, filling in numbers from the Trial Balance and footing the schedule. |
| 13-Jan | 4.3 | I worked on the PP&E Additions Testing (making selections), reviewed the PP&E Accounting Policy, and worked on completing an analytic of the Company's Depreciation Expense, setting up all spreadsheets for testing. |
| 13-Jan | 0.4 | I compiled an open items list and reviewed the remainder of my main audit areas. |
| 14-Jan | 1.0 | I worked on completing an analytic of the Company's Depreciation Expense, filling in numbers and investigating variances. |
| 14-Jan | 2.8 | I reviewed the Company's Articles of Incorporation and Equity Section of the audit. |
| 14-Jan | 2.5 | I worked on the AP Lead Sheet, setup templates for testing, documenting what I could within the section, and started the Search for Unrecorded Liabilities, making selections. |
| 14-Jan | 0.9 | Asset Additions. |
| 14-Jan | 0.4 | I met with Julia Mac (Grace) to discuss inquiries related to Cash and Bank Reconciliation Testing. |
| 14-Jan | 0.6 | I met with Jack McGee (Grace) to discuss inquiries I had related to PP&E Fixed Asset Additions testing and the Depreciation Analytic. |
| 14-Jan | 2.3 | I worked on completing the Depreciation Analytic. |
| 15-Jan | 2.2 | I worked on the AP Lead Sheet, the Search for Unrecorded Liabilities, and documentation of results. |
| 15-Jan | 0.7 | I worked on Bank Reconciliation Testing, completing what I could after meeting with Julia Mac, (Grace), and completed templates. |
| 15-Jan | 1.3 | I worked on the completion of PP&E Depreciation Analytic, making sure things tied, were explainable, and calculated correctly. |
| 15-Jan | 1.1 | I worked on PP&E Templates and Documentation. |
| 15-Jan | 3.1 | I worked on Fixed Asset Additions Testing and inquiries, meeting with Jack McGee, (Grace), to review variances. |
| 15-Jan | 0.1 | I worked on Fixed Asset Additions Testing and documentation. |
| 18-Jan | 0.3 | I met with Julia Mac (Grace) to review inquiries I had related to Cash and Bank Reconciliation Testing. |
| 18-Jan | 3.2 | Search. |
| 18-Jan | 3.3 | I worked on the Revenue Lead Sheet and Substantive Analytics, filling in numbers from the Trial Balance. |
| 19-Jan | 0.6 | I worked on Accrued Commissions, tying numbers from the reconciliation to support and documentation. |
| 20-Jan | 0.8 | I worked on Accrued Commissions, tying numbers from the reconciliation to support and documentation. |
| 20-Jan | 1.2 | I worked on Bank Reconciliation Testing. |
| 21-Jan | 0.5 | (Grace). |
| 8-Feb | 1.7 | (Grace). |

| Date | Hours | Description |
|---|---|---|
| 8-Feb | 0.7 | I worked on Cash Confirmation Tie-Out and the Cash Section's documentation. |
| 8-Feb | 0.8 | I worked on the PP&E Section's Documentation. |
| 8-Feb | 1.3 | I worked on the Search for Unrecorded Liabilities and the AP Section's documentation. |
| 8-Feb | 0.5 | I worked on documenting the Accruals Section. |
| 29-Mar | 1.5 | I worked on the AP Search for Unrecorded Liabilities, completing the spreadsheet with further information I received. |
| 29-Mar | 1.9 | I worked on tying out Volume Rebates and documentation of the AP and Accruals sections. |
| 29-Mar | 1.5 | analytic. |
| 29-Mar | 1.5 | completion of the analytics. |
| 30-Mar | 1.1 | I worked on AP Detailed Listing Testing |
| | **51.1** | **Total Grace Financial Statement Audit Charged Hours - through 3/31/10** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended July 31, 2010

Name: Leah Morelle

FINANCIAL STATEMENT AUDIT TIME INCURRED

| Date | Hours | Description of Services Provided |
|---|---|---|
| 13-Dec | 1.0 | Created Darex Puerto Rico 12/31/2009 database |
| 13-Dec | 0.6 | Began documenting planning activities such as the Audit Strategy Memo and Summary, Plan and Results. |
| 13-Dec | 0.2 | Held team planning/kick-off meeting with M. Dineen (PwC) |
| 13-Dec | 0.3 | Prepared the Engagement Letter |
| 18-Dec | 0.3 | Discussed with G. Hannigan (PwC) plan for GCP and AR confirmations process |
| 18-Dec | 1.7 | Preparing for the audit of Darex Puerto Rico |
| 4-Jan | 0.8 | Continued to document planning activities such as the Audit Strategy Memo |
| 4-Jan | 0.1 | Documented my understand and evaluate information systems and business processes |
| 4-Jan | 0.1 | Obtained Compensation Committee's charter |
| 4-Jan | 0.2 | Gathered information needed to scope ITGC work |
| 4-Jan | 0.3 | Evaluated entity level controls over IT |
| 4-Jan | 0.3 | Evaluated information technology general controls |
| 4-Jan | 0.4 | Reviewed the inventory observation documentation obtained from Jorge Santiago (PwC) for the inventory observation |
| 5-Jan | 0.5 | Completed client acceptance/continuance procedures |
| 5-Jan | 0.2 | Reviewed independence procedures |
| 5-Jan | 0.3 | Reviewed planning to use the work of internal audit |
| 5-Jan | 0.5 | Reviewed the Fraud Risk Assessment Memo |
| 5-Jan | 0.3 | Reviewed Audit of Income Taxes Planning Guide and Appendix 2 |
| 5-Jan | 0.3 | Reviewed the Stock-Based Compensation Audit Planning and Completion Guide (public companies) |
| 5-Jan | 0.1 | Reviewed TeamFind retention/archive estimated dates |
| 5-Jan | 0.1 | Reviewed QRP sign-off for planning activities |
| 6-Jan | 1.0 | Continued to document planning activities such as the materiality determination |
| 7-Jan | 1.7 | Prepared selections for accounts receivable confirmations. |
| 7-Jan | 0.3 | Contacted Julia Mac to confirm fieldwork schedule and questions regarding audit control tool. |
| 13-Jan | 0.5 | Discussed with Michael Dineen (PwC) his roles and responsibilities throughout the audit. |
| 13-Jan | 0.3 | Met with Victor Leo and Julia Mac to have welcome introductions. |
| 13-Jan | 1.3 | Coached Michael Dineen (PwC) through cash testing and PPE additions testing. |
| 13-Jan | 0.8 | Continued to document planning activities such as the materiality determination |
| 13-Jan | 0.7 | Updated Summary Plan & Results for manager comments provided. |
| 13-Jan | 0.5 | Prepared Accounts receivable Comparative summary |
| 13-Jan | 0.5 | Prepared Inventory Comparative summary |
| 13-Jan | 1.3 | Reviewed inventory reconciliation. |
| 13-Jan | 1.5 | Began to document the physical inventory instructions provided to Jorge Santiago (PwC) for the inventory observation |
| 13-Jan | 0.8 | Reviewed Jorge Santiago's documentation of inventory observation |
| 13-Jan | 1.1 | Documented my understanding of Darex PR's standard costing procedures |
| 13-Jan | 0.8 | Began perform cutoff testing of year-end inventory. |
| 13-Jan | 0.8 | Tested the elimination of intercompany profits for inventory. |
| 13-Jan | 0.1 | Documented tax disclosures |
| 13-Jan | 0.3 | Reviewed prior years documentation of the transfer pricing adjustment and SGA adjustment |
| 14-Jan | 1.3 | Updated audit control tool for requested received. |
| 14-Jan | 0.8 | Met with Julia Mac and Victor Leo to discuss the audit control tool |
| 14-Jan | 0.6 | Went with Michael Dineen (PwC) to meet with Jack McGee, to discuss fixed asset additions testing. |
| 14-Jan | 1.1 | Discussing the testing plan with Michael Dineen (PwC |
| 14-Jan | 0.8 | Documented sales/accounts receivable cutoff |

| Date | Hours | Description |
|---|---|---|
| 14-Jan | 3.4 | Documented physical inventory observation performed on 10/30/2009 |
| 14-Jan | 1.5 | Worked on cutoff testing of year-end inventory. |
| 14-Jan | 0.5 | Spoke with Jorge Santiago (PwC) about the inventory observation performed, via telephone. |
| 14-Jan | 0.5 | Met with Michelle Hayward (GCP) to discuss inventory cut-off questions. |
| 14-Jan | 0.3 | Reviewed prior years documentation of the transfer pricing adjustment and SGA adjustment |
| 14-Jan | 0.5 | Reviewed MyClient database for steps not applicable to Darex PR. |
| 15-Jan | 0.5 | Continued to document planning activities such as the materiality determination |
| 15-Jan | 0.3 | Updated the audit control tool for items requested and received. |
| 15-Jan | 0.3 | Updated Summary Plan & Results for manager comments provided. |
| 15-Jan | 0.5 | Discussion with Julia Mac selections made to confirm accounts receivable |
| 15-Jan | 0.8 | Updated documentation around the physical inventory observation after discussion with Jorge Santiago. |
| 15-Jan | 0.8 | Reviewed detailed inventory listings for unusual items |
| 15-Jan | 0.6 | Reviewed documentation around the testing of the intercompany balance schedule |
| 15-Jan | 0.5 | Discussed with Michael Dineen (PwC) Property, plant & equipment Substantive Analytics to be performed. |
| 15-Jan | 0.2 | Reviewed fixed asset rollforward to ensure appropriate testing approach. |
| 15-Jan | 0.5 | Reviewed the testing of fixed asset disposals |
| 15-Jan | 0.3 | Reviewed testing performed for the accounting for new lease agreements |
| 15-Jan | 0.5 | Meeting with Victor Leo and Julia Mac to discuss audit control tool. |
| 15-Jan | 1.0 | Put together Darex PR review agenda |
| 15-Jan | 1.1 | Updated the audit control tool |
| 18-Jan | 0.3 | Continued to document planning activities such as the materiality determination |
| 18-Jan | 0.5 | Prepared accounts receivable confirmation obtained and mailed out |
| 18-Jan | 0.4 | Reviewed testing of bank accounts transfers |
| 18-Jan | 0.4 | Reviewed related party arrangements within cash |
| 18-Jan | 1.3 | Prepared Inventory Substantive analytics |
| 18-Jan | 3.3 | Reviewed the assessment of the allowance for doubtful accounts |
| 18-Jan | 0.5 | Reviewed bad debt write-offs |
| 18-Jan | 0.6 | Began to review the testing of the search for unrecorded liabilities |
| 18-Jan | 0.5 | Completed the review of the detailed inventory listings for unusual items |
| 18-Jan | 0.3 | Worked on inventory cutoff testing |
| 18-Jan | 1.9 | Began to test the lower of cost or market valuation for inventory. |
| 19-Jan | 0.5 | Updated audit control tool. |
| 19-Jan | 0.4 | Updated inventory substantive analytics |
| 19-Jan | 0.5 | Reviewed the fixed asset accounting policy |
| 19-Jan | 0.8 | Preliminarily reviewed fixed asset additions testing |
| 19-Jan | 0.8 | Preliminarily reviewed the testing of depreciation expense |
| 19-Jan | 0.5 | Preliminarily reviewed the accruals and other liabilities comparative summary |
| 20-Jan | 0.8 | Updated audit control tool |
| 20-Jan | 0.5 | Updated the accounts receivable comparative summary |
| 20-Jan | 0.4 | Tested accounts receivable reconciliation |
| 20-Jan | 0.3 | Update documentation around the accounts receivable confirmations |
| 20-Jan | 0.3 | Updated the inventory comparative summary |
| 20-Jan | 0.1 | Document Inventory - Substantive analytics |
| 20-Jan | 0.8 | Updated audit control tool |
| 20-Jan | 1.2 | Met with Julia Mac and Victor Leo to discuss the audit control tool |
| 21-Jan | 0.8 | Met with Michelle Hayward to discuss inventory questions |
| 21-Jan | 2.3 | Completed Summary Plan & Results |
| 21-Jan | 0.5 | Worked with Michael Dineen (PwC) to compose listing of question for Julia Mac regarding bank reconciliation testing. |
| 21-Jan | 1.3 | Contact Jorge Santiago regarding inventory observations questions |
| 21-Jan | 2.2 | Reviewed property taxes payable |
| 21-Jan | 0.8 | Documented understand standard costing procedures |
| 22-Jan | 0.5 | Updated audit control tool |
| 22-Jan | 1.2 | Met with Julia Mac and Victor Leo to discuss the audit control tool |

| Date | Hours | Description |
|---|---|---|
| 22-Jan | 0.5 | Updated documentation for significant contracts |
| 22-Jan | 1.2 | Preliminarily reviewed bank account confirmations and reached out to Julia Mac regarding a Bank of America account. |
| 22-Jan | 0.3 | Discussed with Julia Mac the progress of my follow-up question to the allowance for doubtful accounts calculation. |
| 22-Jan | 1.5 | Reviewed Property Tax Payable |
| 22-Jan | 0.9 | Worked on accounts receivable substantive analytics |
| 22-Jan | 1.0 | Preliminary reviewed accruals and other liabilities testing |
| 16-May | 0.3 | Telephone discussion with Jorge Santiago regarding Darex PR inventory observation performed. |
| 22-Jan | 1.0 | Updated documentation on significant new contracts |
| 16-May | 0.3 | Updated documentation on the understanding of internal control components at the entity and management/business unit level |
| 17-Mar | 0.8 | Updated audit control tool / reviewed tool for what has yet to be received. |
| 17-Mar | 0.5 | Preliminarily reviewed the Cash - Comparative summary |
| 17-Mar | 0.5 | Completed the accounts receivable confirmations for confirmations received |
| 17-Mar | 1.0 | Reviewed consider financial condition of depositories |
| 17-Mar | 0.3 | Reviewed consider classification of cash equivalents and cash overdrafts |
| 17-Mar | 0.3 | Preliminarily reviewed consider checks released after year-end |
| 17-Mar | 0.3 | Circled back with Julia Mac regarding the Bank of America confirmation |
| 17-Mar | 0.3 | Updated audit control tool |
| 18-Mar | 1.3 | Performed 10/30/2009 cut-off testing |
| 17-Mar | 1.3 | Began to review the test of depreciation expense |
| 19-Mar | 2.0 | Updated audit control tool and reached out to Julia Mac to discuss open items |
| 23-Mar | 0.5 | Updated audit control tool |
| 23-Mar | 0.8 | Completed documenting the physical inventory observation |
| 23-Mar | 0.5 | Completed documenting standard costing procedures |
| 23-Mar | 1.3 | Updated documentation around the inventory cutoff testing - year-end |
| 23-Mar | 1.2 | Preliminarily reviewed the Property, plant & equipment - Detailed analysis and listing |
| 23-Mar | 0.8 | Reviewed the testing of fully depreciated fixed assets |
| 24-Mar | 0.5 | Update audit control tool |
| 24-Mar | 0.7 | Began to review the search for unrecorded liabilities testing |
| 24-Mar | 0.8 | Updated documentation around testing of fixed asset additions |
| 24-Mar | 0.8 | Updated documentation around the testing of depreciation expense |
| 25-Mar | 1.0 | Update documentation for bank reconciliation testing |
| 29-Mar | 0.8 | Documented the Going Concern - Report Modification |
| 29-Mar | 0.8 | Documented loss contingencies and/or commitments |
| 29-Mar | 0.5 | Documented the competence and objectivity of experts and review their methods, assumptions and findings |
| 29-Mar | 0.5 | Documented the quality and effectiveness of the work of internal auditors |
| 29-Mar | 0.5 | Documented the Examine journal entries and other adjustments |
| 29-Mar | 0.8 | Prepared management representation letter |
| 29-Mar | 2.0 | Documented completion procedures |
| 29-Mar | 1.5 | Documented tIndependent Reviewing Partner checklist sign-off |
| 29-Mar | 0.5 | Documented QRP sign off - completion |
| 30-Mar | 1.0 | Spoke with Julia Mac about the bank reconciliations |
| 30-Mar | 0.5 | Reviewed the articles of incorporation |
| 30-Mar | 1.0 | Documented the testing of dividends paid and payable |
| 30-Mar | 1.0 | Reviewed revenue - Substantive analytics |
| 30-Mar | 0.5 | Documented going concern considerations |
| 30-Mar | 2.5 | Worked on the TPA and SGA adjustments |
| 30-Mar | 0.5 | Documented the engagement completion document |
| 30-Mar | 0.5 | Documented client communications - completion |
| 30-Mar | 0.5 | Documented annually review relationship with Audit Committee |
| 31-Mar | 1.0 | Updated audit control tool |
| 1-Apr | 0.5 | Updated TPA documentation |
| 8-Apr | 0.5 | Updated audit control tool |
| 27-Apr | 0.5 | Updated audit control tool |
| 5-May | 4.0 | Documented preliminary analytics |

| Date | Hours | Description |
|---|---|---|
| 6-May | 1.0 | Contacted Julia Mac about audit control tool |
| 7-May | 1.2 | Documented preliminary analytics |
| 7-May | 0.5 | Updated bank reconciliation testing |
| 7-May | 0.3 | Reviewed consider checks released after year-end |
| 7-May | 1.5 | Updated accounts receivable - substantive analytics with flux explanations |
| 7-May | 1.0 | Updated inventory - substantive analytics with flux explanations |
| 7-May | 0.5 | Evaluated revenue recognitions policies |
| 10-May | 0.8 | Updated audit control tool |
| 10-May | 1.0 | Updated documentation on property tax payable |
| 10-May | 1.8 | Updated documentation for Julia Mac's explanation for the variance in the allowance for doubtful accounts |
| 10-May | 2.5 | Documented the round 2 for the search for unrecorded liabilities |
| 11-May | 1.0 | Discussed with Julia Mac bank reconciliations |
| 11-May | 0.6 | Updated accounts receivable - Substantive analytics for flux explanations |
| 11-May | 1.5 | Subcashed accounts receivable |
| 11-May | 0.5 | Updated documentation for dividends paid and payable |
| 11-May | 0.5 | Updating and other completion procedures |
| 12-May | 0.6 | Updated bank reconciliations testing |
| 12-May | 0.3 | Updated vouched not paid testing in accounts payable |
| 12-May | 0.5 | Updated audit control tool |
| 12-May | 1.5 | Updated inventory cutoff testing - year-end |
| 12-May | 1.0 | Updated accrued freight testing and volume rebate testing\ |
| 12-May | 0.5 | Documented testing of dividends paid and payable |
| 12-May | 1.4 | Audit Control Tool discussion with Terry Puglisi and Julia Mac |
| 13-May | 3.0 | Performed Dispenser Testing |
| 14-May | 1.0 | Update documentation for change in materiality |
| 14-May | 0.3 | Updated bank reconciliations testing |
| 14-May | 0.3 | Update documentation for 'allowance for doubtful accounts |
| 14-May | 0.5 | Updated audit control tool |
| 14-May | 1.0 | Completed volume rebate testing |
| 14-May | 0.5 | Updated engagement completion document |
| 17-May | 0.5 | Updated audit control tool |
| 17-May | 0.3 | Contact Julia Mac about subcashing accounts receivable |
| 17-May | 2.3 | Subcashed accounts receivable |
| 17-May | 1.0 | Updated testing of sales commissions |
| 18-May | 0.9 | Addressed coaching notes |
| 18-May | 1.1 | Discussed with Michael Dineen (PwC) his open items and time tracker |
| 18-May | 0.5 | Updated bank confirmation documentation |
| 19-May | 0.3 | Updated audit control tool |
| 19-May | 0.5 | Updated prong 2 of the search for unrecorded liabilities |
| 19-May | 0.9 | Update documentation for SGA and TPA |
| 20-May | 0.5 | Updated audit control tool |
| 20-May | 3.5 | Update documentation for SGA and TPA |
| 21-May | 0.6 | Updated documentation for internal auditors report |
| 21-May | 0.5 | Discussed with Jack McGee internal auditors report |
| 21-May | 1.2 | Update documentation for SGA and TPA |
| 21-May | 0.8 | Updated Management representation letter |
| 24-May | 0.7 | Updated documentation for internal auditors reports |
| 24-May | 1.0 | Identified and evaluated the impact of potential noncompliance with laws and regulations |
| 24-May | 0.5 | Reviewed latest available interim financial statements |
| 24-May | 0.6 | Documented subsequent events procedures |
| 24-May | 0.3 | SAS 99 discussion with Victor Leo, GCP Controller |
| 1-Jun | 0.5 | Updated documentation for confirmation for accounts receivable received. |
| 1-Jun | 1.5 | Prepared Cost of sales - Substantive analytics |
| 1-Jun | 3.5 | Updated documentation of TPA and SGA |
| 2-Jun | 1.4 | Prepared Cost of sales - Comparative summary |
| 2-Jun | 0.6 | Prepared Operating expenses - Comparative summary |

| Date | Hours | Description |
|---|---|---|
| 2-Jun | 0.5 | Prepared Operating expenses - Substantive analytics |
| 3-Jun | 0.8 | Completed round 2 of the search for unrecorded liabilities |
| 3-Jun | 1.5 | Complete Revenue Analytics |
| 3-Jun | 2.0 | Completed Cost of Goods Sold Analytics |
| 3-Jun | 2.2 | Completed Operating Expense Analytics |
| 3-Jun | 1.2 | Completed sales commissions testing |
| 7-Jun | 3.0 | Update TPA Documentation with support provided by Julia Mac |
| 9-Jun | 0.5 | Updated audit control tool and tried to contact Julia Mac to discuss |
| 17-Jun | 0.5 | Prepared schedule to track open steps |
| 17-Jun | 1.0 | Began to look at supporting schedules provided by Terry Puglisi |
| 17-Jun | 1.0 | Began to tie-down financial statements |
| 17-Jun | 0.5 | Organized all Darex Puerto Rico external workpapers |
| 18-Jun | 2.0 | Tied down financial statements |
| 18-Jun | 1.2 | Prepared cash flow reconciliation |
| 18-Jun | 2.4 | Completed all lead schedule to ensure they tied and agreed directly to the financials statements |
| 18-Jun | 0.3 | Sent tax team all documents need for their income tax analysis |
| 18-Jun | 0.3 | Updated audit control tool |
| 18-Jun | 0.9 | Documented financial audit report step and other completion procedures steps |
| 18-Jun | 2.2 | Completed final analytics |
| 21-Jun | 0.3 | Updated preliminary analytics |
| 21-Jun | 2.3 | Documented the SUD and SAD Critical Matters |
| 21-Jun | 2.2 | Complete equity tie-down and reviewed corresponding top-side entries |
| 21-Jun | 0.5 | Updated materiality determination |
| 21-Jun | 0.5 | Sent Josh and Terry Financial Statement Comments |
| 23-Jun | 1.7 | Updated engagement sign-off step |
| 23-Jun | 2.6 | Prepared the final SP&R |
| 23-Jun | 0.5 | Address manager comments on financials |
| **Total Grace Financial Statement Audit Charged Hours** | **203.1** | |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended July 31, 2010

## FINANCIAL STATEMENT AUDIT TIME INCURRED

Name: Kathleen Bradley

| Date | Hours | Description of Services Provided |
|---|---|---|
| 25-Jun | 1.1 | Reviewing Darex Puerto Rico 2009 Financial Statement tie out done by L.Morelle (PwC) |
| 25-Jun | 0.9 | Reviewing status of Darex Puerto Rico 2009 database and audit documentation |
| 28-Jun | 0.8 | Creating an outstanding items list for the 2009 Darex Puerto Rica audit to give to T.Puglisi (Grace) |
| 28-Jun | 0.6 | Discussing outstanding items list with T.Puglisi, V.Leo and J.Mac (all Grace) |
| 29-Jun | 0.7 | Meeting with T.Puglisi (Grace) to discuss T.Smith's (PwC) comments on Darex Puerto Rico Financial Statements |
| 29-Jun | 0.8 | Setting up Darex Puerto Rico Final Analytics |
| 29-Jun | 0.9 | Working on documenting change in inventory balance in Darex Puerto Rico final analytics |
| 29-Jun | 1.1 | Working on documenting change in liabilities in Darex Puerto Rico final analytics |
| 29-Jun | 0.6 | Working on documenting changes in operating expenses balance for Darex final analytics |
| 29-Jun | 0.9 | Working on accounts receivable review notes from A.Garleb (Grace) |
| 29-Jun | 1.0 | Working on accruals and other liabilities review notes from A.Garleb (Grace) |
| 30-Jun | 0.6 | Working on Transfer Pricing Adjustments testing for Darex Puerto Rico |
| 30-Jun | 0.8 | Working on Selling General and Administrative expense testing for Darex Puerto Rico |
| 30-Jun | 0.9 | Discussing documents needed for goods in transit testing with J.Mac (Grace) |
| 30-Jun | 1.0 | Documenting adjusting journal entries to be booked by Grace for Darex Puerto Rico statements |
| 30-Jun | 0.7 | Reviewing Darex Puerto Rico inventory capitalization calculations |
| 1-Jul | 0.9 | Performing testing over Goods In Transit items for Darex Puerto Rico |
| 1-Jul | 0.8 | Emailing J.Mac (Grace) regarding adjustments needed due to results of goods in transit testing |
| 1-Jul | 0.9 | Calculating what the inventory capitalization allocation should be from Grace to Darex Puerto Rica |
| 1-Jul | 0.8 | Discussing inventory capitalization with V.Leo (Grace) and J.Mac (Grace) |
| 1-Jul | 1.1 | Researching Darex Puerto Rico values for manufacturing variance, purchase price variance and overhead in SAP |
| 1-Jul | 1.0 | Calculating Darex inventory turnover for 2008 and 2009 |
| 6-Jul | 0.6 | Using inventory turnover ratios calculated to calculate portion of variances to be allocated to Darex Puerto Rico |
| 6-Jul | 0.9 | Working on documenting Darex Puerto Rico completion steps |
| 6-Jul | 1.1 | Documenting J.Mac (Grace) responses to SAS 99 fraud inquiries |
| 6-Jul | 0.7 | Documenting adjustment journal entries made due to testing performed over Darex accruals |
| 6-Jul | 0.8 | Documenting adjusting journal entries made due to testing performed over Darex operating expenses |
| 6-Jul | 0.9 | Reviewing proposed adjustments to Darex financial statements for intercompany mark up required due to intercompany sales made between Grace and Darex |
| 7-Jul | 0.8 | Reviewing intercompany invoice between Grace and Darex to verify intercompany standard cost and percentage of mark up applied |
| 7-Jul | 0.7 | Tying out provided by Grace amount of Purchase Price Variance for Darex to SAP |
| 7-Jul | 0.9 | Tying out provided by Grace amount of manufacturing variance to SAP |
| 7-Jul | 0.8 | Tying out provided by Grace amount of factory overhead for Darex to SAP |
| 7-Jul | 1.0 | Recalculating Grace suggested inventory capitalization allocation to Darex using provided by Grace inventory variances |

| Date | Hours | Description |
|---|---|---|
| 7-Jul | 0.7 | Reviewing amount of intercompany accounts payable recorded by Darex |
| 7-Jul | 0.9 | Tying out newest version of financial statements to the database |
| 7-Jul | 0.7 | Updating Accruals and other liabilities lead schedule based on adjustments booked |
| 8-Jul | 0.8 | Reviewing schedule of out of period and unadjusted differences |
| 8-Jul | 0.8 | Updating schedule of out of period unadjusted differences based on inventory capitalization issues found |
| 8-Jul | 0.9 | Typing up opinion letter for T.Smith (PwC) to sign for Darex audit |
| 8-Jul | 1.1 | Updating audit documentation to reflect report signing and release date |
| 8-Jul | 0.7 | Working on updating and other completion procedures documentation |
| 8-Jul | 0.9 | Reviewing most recent Darex Puerto Rico trial balances to look for any material changes since financial statement date |
| 8-Jul | 0.8 | Completing documentation of final analytical procedures based on updated financial statement balances |
| 9-Jul | 0.9 | Documented summary of unadjusted difference found during cut off testing procedures |
| 9-Jul | 1.0 | Documenting summary of unadjusted difference found during testing of Liabilities Subject to Compromise and related interest expense |
| 9-Jul | 0.7 | Documenting Adjusting Journal Entry booked by management relating to cash balance and bank reconciliation testing performed |
| 9-Jul | 0.9 | Documenting Inventory summary of adjusted difference due to improper inventory capitalization |
| 9-Jul | 0.8 | Documenting Adjusting Journal Entry booked by management in current year for inventory capitalization and intercompany mark up |
| 9-Jul | 1.1 | Editing documentation of inventory capitalization and intercompany mark up per review comments from P.Katsiak (PwC) |
| 9-Jul | 0.6 | Discussing any remaining outstanding Darex audit items with T.Puglisi (Grace) |
| 12-Jul | 1.1 | Creating file of requested documents from PwC Puerto Rico office for them to issue opinions on Darex Puerto Rico audit, to be used by Grace when filing Darex Puerto Rico taxes |
| 12-Jul | 0.9 | Finalizing Darex financial statement tie out of final version of financial statements |
| 13-Jul | 1.0 | Finalizing external workpaper binders for Darex Puerto Rico |
| 14-Jul | 1.0 | Discussing signed opinion letters provided by PwC Puerto Rico office with T.Puglisi (Grace), to be used to file Darex Puerto Rico tax returns |
| | 46.4 | Total Grace Financial Statement Audit Charged Hours - 7/1-7/31/10 |