# EXHIBIT - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended June 30, 2010

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Thomas Smith | Darex | 5/17/10 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| Leah Morelle | Darex | 1/6/10 | $ 7.00 | | | | Parking at the office with boxes transported to client site |
| | Darex | 1/19/10 | $ 24.00 | | | | Parking at the office with boxes transported from client site |
| Michael Dineen | Darex | 1/13/10 | $ 8.00 | | | | Mileage in excess of daily commute (26 miles - 10 normal commute miles * rate - 0.5 per mile) |
| | Darex | 1/14/10 | $ 8.00 | | | | Mileage in excess of daily commute (26 miles - 10 normal commute miles * rate - 0.5 per mile) |
| | Darex | 1/15/10 | | | | $ 109.00 | Overtime dinner for 4 people, including L. Morelle (PwC), A. Park (PwC), A. Wang (PwC), and M. Dineen (PwC). |
| | | 1/15/10 | $ 8.00 | | | | Mileage in excess of daily commute (26 miles - 10 normal commute miles * rate - 0.5 per mile) |
| | | 1/18/10 | | | | $ 211.00 | Meal for 7 people including: L. Morelle (PwC), A. Park (PwC), A. Wang (PwC), M. Dineen (PwC), S. Rahmani (PwC), W. Diaz (Grace), and V. Leo (Grace) |
| | | 1/18/10 | $ 8.00 | | | | Mileage in excess of daily commute (26 miles - 10 normal commute miles * rate - 0.5 per mile) |
| | | 1/18/10 | | | | $ 130.00 | Overtime meal for 5 people including: L. Morelle (PwC), A. Park (PwC), A. Wang (PwC), M. Dineen (PwC), and S. Rahmani (PwC). |
| Christopher Campbell | Darex | 7/15/10 | | | $ 17.15 | | Postage for Bankruptcy Court Filing Documents |
| Kathleen Bradley | Darex | 5/21/10 | | | $ 20.00 | | Fee paid to send bank confirmation for Darex |
| Corey Clines | Darex | 7/14/10 | $ 33.00 | | | | Mileage in excess of daily commute (110 miles - 44 normal commute miles * rate - 0.5 per mile) |
| Summary | | Total | Transportation | Lodging | Sundry | Business Meals | |
| | | $ 618.15 | $ 131.00 | $ - | $ 37.15 | 450.00 | |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
For the Month Ended June 30, 2010

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| Thomas Smith | 5/17/10 | Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| Leah Morelle | 1/6/10 | Associate | $ 7.00 | Parking at the office with boxes transported to client site |
|  | 1/19/10 |  | $ 24.00 | Parking at the office with boxes transported from client site |
| Michael Dineen | 1/13/10 | Associate | $ 8.00 | Mileage in excess of daily commute (26 miles - 10 normal commute miles * rate - 0.5 per mile) |
|  | 1/14/10 |  | $ 8.00 | Mileage in excess of daily commute (26 miles - 10 normal commute miles * rate - 0.5 per mile) |
|  | 1/14/10 |  | $ 109.00 | Overtime dinner for 4 people, including L. Morelle (PwC), A. Park (PwC), A. Wang (PwC), and M. Dineen (PwC). |
|  | 1/15/10 |  | $ 8.00 | Mileage in excess of daily commute (26 miles - 10 normal commute miles * rate - 0.5 per mile) |
|  | 1/15/10 |  | $ 211.00 | Meal for 7 people including: L. Morelle (PwC), A. Park (PwC), A. Wang (PwC), M. Dineen (PwC), S. Rahmani (PwC), W. Diaz (Grace), and V. Leo (Grace) |
|  | 1/18/10 |  | $ 8.00 | Mileage in excess of daily commute (26 miles - 10 normal commute miles * rate - 0.5 per mile) |
|  | 1/18/10 |  | $ 130.00 | Overtime meal for 5 people including: L. Morelle (PwC), A. Park (PwC), A. Wang (PwC), M. Dineen (PwC), and S. Rahmani (PwC). |
| Christopher Campbell | 7/15/10 | Senior | $ 17.15 | Postage for Bankruptcy Court Filing Documents |
| Kathleen Bradley | 5/21/10 | Associate | $ 20.00 | Fee paid to send bank confirmation for Darex |
| Corey Cines | 7/14/10 | Intern | $ 33.00 | Mileage in excess of daily commute (110 miles - 44 normal commute miles * rate - 0.5 per mile) |
| Summary |  |  | $ Total 618.15 |  |