## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of **January, 2011** a copy of the *Fee Application of PricewaterhouseCoopers LLP, Auditors And Tax Consultants For Debtors, For Allowance Of Compensation And Reimbursement Of Expenses for the Darex Puerto Rico July 2010* was served on the following parties in the manner herein indicated:

W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
Attn: David B. Siegel, Senior Vice President and General Counsel
VIA U.S. MAIL/E-MAIL IN PDF FORMAT TO
william.sparks@grace.com

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705
VIA E-MAIL IN PDF FORMAT TO
ljones@pszjlaw.com

Neil Glassman, Esq.
Kathryn Sallie, Esq.
Bayard
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
VIA E-MAIL IN PDF FORMAT TO
nglassman@bayardlaw.com

Michael R. Lastowski, Esq.
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
VIA E-MAIL IN PDF FORMAT TO
mlastowski@duanemorris.com

Douglas Bacon Esq.
Carol Hennessey, Esq.
Latham & Watkins
Sears Tower
Suite 5800
Chicago, IL 60606
VIA E-MAIL IN PDF FORMAT TO
douglas.bacon@lw.com and
carol.hennessey@lw.com

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
VIA E-MAIL IN PDF FORMAT TO
ttacconelli@ferryjoseph.com

Mark Hurford, Esq.
Campbell & Levine, LLC
800 N. King Street
Suite 300
Wilmington, DE 19801
VIA E-MAIL IN PDF FORMAT TO
mhurford@camlev.com

Teresa K.D. Currier, Esq.
Saul Ewing LLP
222 Delaware Avenue
Wilmington DE 19801
VIA E-MAIL IN PDF FORMAT TO
tcurrier@saul.com.

Frank J. Perch, Esq.
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801
VIA U.S. MAIL

02411|PLDG|10131588.WPD

Carol Hennessey, Esq.
Douglas Bacon, Esq.
Latham & Watkins
Sears Tower
Suite 5800
Chicago, IL 60606
VIA E-MAIL IN PDF FORMAT
TO carol.hennessey@lw.com and douglas.bacon@lw.com

Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
VIA E-MAIL IN PDF FORMAT
TO akrieger@stroock.com

Scott L. Baena, Esq.
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131
VIA E-MAIL IN PDF FORMAT
TO jsakalo@bilzin.com

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022
VIA E-MAIL IN PDF FORMAT
TO pvnl@capdale.com

Philip Bentley, Esq.
Kramer, Levin, Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022
VIA E-MAIL IN PDF FORMAT
TO pbentley@kramerlevin.com

Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 North Saint Paul Street
Dallas, TX 75201
VIA U.S. MAIL/E-MAIL IN AN ELECTRONIC FORMAT TO whsmith@whsmithlaw.com

Michael A. Berman
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F. Street NE
Washington, DC 20549

Janet S. Baer, Esq.
Baer Higgins Fruchtman LLC
111 East Wacker Drive
Suite 2800
Chicago, IL 60601
VIA E-MAIL IN PDF FORMAT TO
Email: jbaer@bhflaw.net

/s/Kathleen M. Miller
Kathleen M. Miller