Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Month Ended July 31, 2010

**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**Shared Services Project for July 2010**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Charles Aird | Audit Sr. Managing Director | | Shared Services | $ 520.00 | 1.5 | $ 780.00 |
| Derek Sappenfield | Audit Director | | Shared Services | $ 487.17 | 23.0 | $ 11,205.00 |
| Remco DeRechter | Audit Manager | | Shared Services | $ 330.00 | 97.5 | $ 32,175.00 |
| Totals | | | | | 122.0 | $ 44,160.00 |

$ 268.80

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals          2.4

**Summary of PwC's Fees By Project Category:**
**Shared Services Project for July 2010**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |

| | Service Provider | Total Expenses |
|---|---|---|
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 2.4 | $268.80 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 122.0 | $ 44,160.00 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 124.4 | $ 44,428.80 |

Expense Summary
Shared Services Project for July  2010

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 930.80 |
| Lodging | N/A | $ 388.22 |
| Sundry | N/A | $ 0.00 |
| Business Meals | N/A | $ 84.24 |
| TOTAL: | | $ 1,403.26 |