# EXHIBIT - A

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Month Ended July 31, 2010

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Charles Aird | Audit Sr. Managing Director | | Shared Services | $ 520.00 | 1.5 | $ 780.00 |
| Derek Sappenfield | Audit Director | | Shared Services | $ 487.17 | 23.0 | $ 11,205.00 |
| Remco DeRechter | Audit Manager | | Shared Services | $ 330.00 | 97.5 | $ 32,175.00 |
| Totals | | | | | 122.0 | $ 44,160.00 |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended July 31, 2010

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

Name: Charles Aird

| Date | Hours | Description of Services Provided |
|---|---|---|
| 29-Jun | 1.5 | Review documentation of the shared service locations |
| | **1.5** | Total Grace Financial Statement Audit Charged Hours |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended July 31, 2010

FINANCIAL STATEMENT AUDIT TIME INCURRED

Name: Derek Sappenfield

| Date | Hours | Description of Services Provided |
|---|---|---|
| 17-Jun | 2.0 | Review Research documentation of the shared service locations |
| 21-Jun | 2.0 | Review Research documentation of the shared service locations |
| 24-Jun | 5.0 | Review Research documentation of the shared service locations |
| 24-Jul | 4.0 | Review Assessment of the shared service locations |
| 29-Jul | 10.0 | Review Documentation of the shared service locations |
| | 23.0 | Total Grace Financial Statement Audit Charged Hours for July |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended July 31, 2010

## FINANCIAL STATEMENT AUDIT TIME INCURRED

Name: Remco DeRechter

| Date | Hours | Description of Services Provided |
|---|---|---|
| 14-Jun | 8.0 | Research shared service locations |
| 15-Jun | 8.0 | Research shared service locations |
| 16-Jun | 8.0 | Research shared service locations |
| 17-Jun | 5.0 | Research shared service locations |
| 17-Jun | 3.0 | Client update meeting. |
| 18-Jun | 8.0 | Research shared service locations |
| 21-Jun | 5.0 | Research shared service locations |
| 21-Jun | 3.0 | Assess and compare shared service locations |
| 21-Jun | 2.0 | Assess and compare shared service locations |
| 22-Jun | 3.0 | Research locations shared service locations |
| 22-Jun | 5.0 | Assess and compare shared service locations |
| 23-Jun | 8.0 | Assess and compare shared service locations |
| 24-Jun | 8.0 | Assess and compare shared service locations |
| 25-Jun | 3.0 | Assess and compare shared service locations |
| 25-Jun | 5.0 | Develop documentation for the shared service locations |
| 28-Jun | 8.0 | Develop documentation for the shared service locations |
| 29-Jun | 4.0 | Develop documentation for the shared service locations |
| 30-Jun | 3.5 | Develop documentation for the shared service locations |

**97.5**  Total Grace Financial Statement Audit Charged Hours for July