# EXHIBIT - B

W.R. Grace & Co.
Fee Application Preparation
Month ended July 31, 2010

## FEE APPLICATION PREPARATION

| Date | Hours | Description of Services Provided | Bill Rate | Extended Cost |
|---|---|---|---|---|
| Name: Kristina Johnson | | | | |
| 14-Jul | 0.9 | Prepare monthly fee application documents | $ 127.00 | $ 114.30 |
| | 0.9 | | | |
| Name: Melanie Schwartz | | | | |
| 7-Sep | 0.4 | Prepare monthly fee application documents | $ 103.00 | $ 41.20 |
| 24-Sep | 1.10 | Prepare monthly fee application documents | $ 103.00 | $ 113.30 |
| | 1.5 | | | |
| | 2.4 | Total Grace Fee Application Charged Hours | | $ 268.80 |

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended July 31, 2010

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| Derek Sappenfeld | 6/21/10 | Director | $ 60.00 | Mileage in excess of daily commute (120 miles * rate - 0.5 per mile). |
| | 6/24/10 | Director | $ 9.19 | Meal |
| | 6/24/10 | Director | $ 5.82 | Meal |
| | 7/13/10 | Director | $ 60.00 | Mileage in excess of daily commute (120 miles * rate - 0.5 per mile). |
| Remco De Rechter | 6/21/10 | Manager | $ 598.59 | Roundtrip coach airfare from NY to Baltimore, MD to work on Shared Services |
| | 6/21/10 | Manager | $ 7.00 | Travel service fee for roundtrip coach airfare from NY to Baltimore, MD |
| | 6/21/10 | Manager | $ 16.90 | Taxi to airport from office |
| | 6/23/10 | Manager | $ 16.20 | Lunch for myself at airport |
| | 6/23/10 | Manager | $ 40.00 | Taxi from BWI to client site - Columbia, MD |
| | 6/23/10 | Manager | $ 37.35 | Taxi from client site to hotel |
| | 6/24/10 | Manager | $ 19.96 | Dinner for myself at hotel |
| | 6/24/10 | Manager | $ 60.00 | Taxi from hotel in Bethesda, MD to client site in Columbia, MD |
| | 6/24/10 | Manager | $ 388.22 | Room charge for 3 nights in Bethesda, MD (nightly rate of 119/night plus approx 10/night in taxes and fees) |
| | 6/24/10 | Manager | $ 34.28 | Taxi from airport in NY to home |
| | 6/24/10 | Manager | $ 33.07 | Dinner for myself at airport |
| | 6/30/10 | Manager | $ 16.68 | Taxi from office to home |

Summary

Total $ 1,403.26