**Attachment B**
**To Fee Application**
Summary of PwC's Fees By Professional
Controls Optimization Project for June 2010

Professional Profiles
W.R. Grace & Co. Time Tracking - Controls Optimization Project
For the Period June 30, 2010

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| John Edward Newstead | Audit Partner | 10+ | Controls Optimization | $ 578.55 | 11.1 | $ 6,421.91 |
| Thomas E Smith | Audit Partner | 10+ | Controls Optimization | $ 624.83 | 5.5 | $ 3,436.59 |
| David C Sands | Director | 8 | Controls Optimization | $ 366.97 | 11.8 | $ 4,330.25 |
| Alison Nicole Garleb | Audit Manager | 6 | Controls Optimization | $ 260.07 | 15.3 | $ 3,979.07 |
| Brett Czajkowski | Audit Senior Associate | 4 | Controls Optimization | $ 197.26 | 2.2 | $ 433.97 |
| Pavel Katsiak | Audit Senior Associate | 3 | Controls Optimization | $ 187.34 | 11.4 | $ 2,135.68 |
| Corey C Cines | Audit Intern | <1 | Controls Optimization | $ 55.10 | 1.0 | $ 55.10 |
| | | | | | | |
| Totals | | | | | 58.3 | $ 20,792.56 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals          0.0                    $ 0.00

Summary of PwC's Fees By Project Category:
Controls Optimization Project for June 2010

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', | | |

| Category | | Amount |
|---|---|---|
| Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | | |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 58.3 | $ 20,792.56 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 58.3 | $ 20,792.56 |

Expense Summary
Controls Optimization Project for June 2010

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 105.00 |
| Lodging | N/A | $ 0.00 |
| Sundry | N/A | $ 0.00 |
| Business Meals | N/A | $ 0.00 |

| TOTAL: | $ 105.00 |