# EXHIBIT - A

**Professional Profiles**
**W.R. Grace & Co. Time Tracking - Controls Optimization Project**
**For the Period June 30, 2010**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| John Edward Newstead | Audit Partner | 10+ | Controls Optimization | $ 578.55 | 11.1 | $ 6,421.91 |
| Thomas E Smith | Audit Partner | 10+ | Controls Optimization | $ 624.83 | 5.5 | $ 3,436.59 |
| David C Sands | Director | 8 | Controls Optimization | $ 366.97 | 11.8 | $ 4,330.25 |
| Alison Nicole Garieb | Audit Manager | 6 | Controls Optimization | $ 260.07 | 15.3 | $ 3,979.07 |
| Brett Czajkowski | Audit Senior Associate | 4 | Controls Optimization | $ 197.26 | 2.2 | $ 433.97 |
| Pavel Katsiak | Audit Senior Associate | 3 | Controls Optimization | $ 187.34 | 11.4 | $ 2,135.68 |
| Corey C Cines | Audit Intern | <1 | Controls Optimization | $ 55.10 | 1.0 | $ 55.10 |
| Totals | | | | | 58.3 | $ 20,792.56 |

W. R. Grace & Co.
Time Summary Report - Controls Optimization Project
For Month Ended June 30, 2010

Name: John Newstead

**CONTROLS OPTIMIZATION PROJECT TIME INCURRED**

| Date | Hours | Description of Services Provided |
|---|---|---|
| 1-Jun | 1.1 | Meeting with D.Sands (PwC) and B.Czajkowski (PwC) to discuss project findings and results of discussions with Grace Internal Audit |
| 1-Jun | 0.7 | Review of progress through working papers. |
| 2-Jun | 0.8 | Meeting with D.Sands (PwC), E.Bull (Grace) and P.Katsiak (PwC), A.Garleb (PwC) to discuss progress of the project |
| 2-Jun | 0.9 | Reviewing Internal Audit's documentation of results to date |
| 3-Jun | 1.0 | Review of progress through working papers. |
| 4-Jun | 0.5 | Review of progress through working papers. |
| 7-Jun | 1.3 | Review of progress through working papers. |
| 8-Jun | 1.0 | Review of progress through working papers. |
| 9-Jun | 1.1 | Discussing final results of project with D.Sands (PwC) and B.Czajkowski (PwC) |
| 10-Jun | 1.4 | Reviewing final documentation of project for submission to Grace management |
| 11-Jun | 1.3 | Meeting with E.Bull (Grace), B.Dockman (Grace), T.Smith (PwC), D.Sands (PwC), P.Katsiak (PwC) and A.Garleb (PwC) to discuss conclusion of the project and results |
| | 11.1 | Total Grace Controls Project Hours |

W. R. Grace & Co.
Time Summary Report - Controls Optimization Project
For Month Ended June 30, 2010

Name: Thomas Smith

CONTROLS OPTIMIZATION PROJECT TIME INCURRED

| Date | Hours | Description of Services Provided |
|---|---|---|
| 7-Jun | 0.6 | Meeting with A.Garleb, P.Katsiak (all PwC) to discuss project results |
| 8-Jun | 0.9 | Reviewing documentation of Internal Audit's results |
| 9-Jun | 1.3 | Discussing changes and suggestions with E.Bull (Grace) and A.Garleb (PwC) |
| 10-Jun | 1.4 | Reviewing final documentation of project for submission to Grace management |
| 11-Jun | 1.3 | Meeting with E.Bull (Grace), B.Dockman (Grace), J.Newstead (PwC), D.Sands (PwC), P.Katsiak (PwC) and A.Garleb (PwC) to discuss conclusion of the project and results |
| | 5.5 | Total Grace Controls Project Hours |

W. R. Grace & Co.
Time Summary Report - Controls Optimization Project
For Month Ended June 30, 2010

**Name: David Sands**

## CONTROLS OPTIMIZATION PROJECT TIME INCURRED

| Date | Hours | Description of Services Provided |
|---|---|---|
| 1-Jun | 1.1 | Meeting with J.Newstead (PwC) and B.Czajkowski (PwC) to discuss project findings and results of discussions with Grace Internal Audit |
| 1-Jun | 2.6 | Meeting with E. Henry (Grace) to discuss approach to rationalization |
| 2-Jun | 0.8 | Meeting with D.Sands (PwC), E.Bull (Grace), A.Garleb (PwC) and P.Katsiak (PwC) to discuss progress of the project |
| 2-Jun | 0.9 | Reviewing Internal Audit's documentation of results to date |
| 3-Jun | 1.1 | Review of controls |
| 7-Jun | 1.2 | Meeting with Internal Audit to discuss outstanding questions. Present from Grace: E. Henry and G. Arnold, from PwC: A. Garleb, P. Katsiak |
| 8-Jun | 1.7 | Meetings with Internal Audit, E.Henry (Grace) and G. Arnold (Grace) to discuss rationals for |
| 9-Jun | 1.1 | Discussing final results of project with J.Newstead (PwC) and B.Czajkowski (PwC) |
| 11-Jun | 1.3 | Meeting with E.Bull (Grace), B.Dockman (Grace), T.Smith (PwC), J.Newstead (PwC), P.Katsiak (PwC) and A.Garleb (PwC) to discuss conclusion of the project and results |
| | **11.8** | Total Grace Controls Project Hours |

W. R. Grace & Co.
Time Summary Report - Controls Optimization Project
For Month Ended June 30, 2010

Name: Alison Garleb

## CONTROLS OPTIMIZATION PROJECT TIME INCURRED

| Date | Hours | Description of Services Provided |
|---|---|---|
| 1-Jun | 0.6 | Review internal controls documents |
| 1-Jun | 1.1 | Review internal controls documents |
| 2-Jun | 0.9 | Meeting with D.Sands (PwC), E.Bull (Grace) and P.Katsiak (PwC) to discuss progress of the project |
| 2-Jun | 0.9 | Review internal controls documents |
| 3-Jun | 0.7 | Review internal controls documents |
| 7-Jun | 1.8 | Meeting with Internal Audit to discuss outstanding questions. Present from Grace: E. Henry and G. Arnold, from PwC: D.Sands, P. Katsiak |
| 7-Jun | 0.8 | Meeting with T.Smith, P.Katsiak (all PwC) to discuss project results |
| 8-Jun | 0.5 | Prepare for internal controls meeting |
| 8-Jun | 0.9 | Review internal controls documents |
| 9-Jun | 1.2 | Discussing final results of project with D.Sands (PwC) and B.Czajkowski (PwC) |
| 9-Jun | 1.9 | Discussing changes and suggestions with E.Bull (Grace) and T.Smith (PwC) |
| 10-Jun | 0.5 | Prepare for internal controls meeting |
| 10-Jun | 1.9 | Reviewing final documentation of project for submission to Grace management |
| 11-Jun | 1.6 | Meeting with E.Bull (Grace), B.Dockman (Grace), T.Smith (PwC), J.Newstead (PwC), P.Katsiak (PwC) and D.Sands (PwC) to discuss conclusion of the project and results |
| | 15.3 | Total Grace Controls Project Hours |

W. R. Grace & Co.
Time Summary Report - Controls Optimization Project
For Month Ended June 30, 2010

## CONTROLS OPTIMIZATION PROJECT TIME INCURRED

Name: David Sands

| Date | Hours | Description of Services Provided |
|---|---|---|
| 1-Jun | 1.1 | Meeting with J.Newstead (PwC) and D.Sands(PwC) to discuss project findings and results of discussions with Grace Internal Audit (PwC) |
| 9-Jun | 1.1 | Discussing final results of project with D.Sands (PwC) and J.Newstead |
| | 2.2 | Total Grace Controls Project Hours |

W. R. Grace & Co.
Time Summary Report - Controls Optimization Project
For Month Ended June 30, 2010

Name: Pavel Katsiak

## CONTROLS OPTIMIZATION PROJECT TIME INCURRED

| Date | Hours | Description of Services Provided |
|---|---|---|
| 1-Jun | 1.7 | Meeting with E. Henry (Grace) to discuss the progress on the controls project and define expectations |
| 1-Jun | 1.6 | Performing analysis of the controls matrices to determine redundant controls |
| 2-Jun | 0.9 | Meeting with D.Sands (PwC), E.Bull (Grace) and A.Garleb (PwC) to discuss progress of the project |
| 3-Jun | 1.3 | Performing analysis of the controls matrices to determine redundant controls |
| 7-Jun | 1.5 | Meeting with Internal Audit to discuss outstanding questions. Present from Grace: E. Henry and G. Arnold, from PwC: D.Sands, A.Garleb |
| 7-Jun | 0.6 | Meeting with T.Smith, A.Garleb (all PwC) to discuss project results |
| 8-Jun | 1.0 | Catching up with Internal Audit to discuss outstanding work for the Controls Optimization Project |
| 11-Jun | 1.3 | Meeting with E.Bull (Grace), B.Dockman (Grace), T.Smith (PwC), J.Newstead (PwC), A.Garleb (PwC) and D.Sands (PwC) to discuss conclusion of the project and results |
| 11-Jun | 1.5 | Reviewing the documentation related to the controls optimization results |
| | 11.4 | Total Grace Controls Project Hours |

W. R. Grace & Co.
Time Summary Report - Controls Optimization Project
For Month Ended June 30, 2010

**CONTROLS OPTIMIZATION PROJECT TIME INCURRED**

Name: Corey Cines

| Date | Hours | Description of Services Provided |
|---|---|---|
| 11-Jun | 1.0 | Preparing materials for PwC meeting with WR Grace management to discuss completion of controls project |
| | **1.0** | **Total Grace Controls Project Hours** |