# EXHIBIT - B

**W.R. Grace & Co. Expense Detail**
**Controls Optimization Project**
**For the Month June 2010**

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| David Sands | Controls Project | 6/7/10 | $ 35.00 | | | | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess * .50 = $35 |
| | Controls Project | 6/8/10 | $ 35.00 | | | | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess * .50 = $35 |
| | Controls Project | 6/11/10 | $ 35.00 | | | | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess * .50 = $35 |
| Summary | | Total $ 105.00 | Transportation $ 105.00 | Lodging $ - | Sundry $ - | Business Meals $ - | |

**W.R. Grace & Co. Expense Detail**
**Controls Optimization Project**
**For the Month June 2010**

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| David Sands | 6/7/10 | Director | $ 35.00 | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess * .50 = $35 |
| | 6/8/10 | Director | $ 35.00 | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess * .50 = $35 |
| | 6/11/10 | Director | $ 35.00 | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess * .50 = $35 |
| Summary | | | Total $ 105.00 | |