# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP

# INVOICES FOR THE TIME PERIOD

# December 1-31, 2010

| | |
|---|---|
| David Austern, Futures Claims Representative for<br>W.R. Grace & Co.<br>c/o Claims Resolution Management Corp.<br>3110 Fairview Park Drive, Suite 200<br>Falls Church, VA 22042 | January 12, 2011<br>Client No. 17367<br>**Invoice No. 1290409**<br>*Replaces Invoice 1287627* |

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through December 31, 2010 in connection with the matters described on the attached pages: | $ | 131,470.75 |
| DISBURSEMENTS as per attached pages: | | 2,190.83 |
| **TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount)**: | **$** | **133,661.58** |

Matter(s):  17367/11, 13, 15, 2, 7, 8, 9

### DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$185,803.41
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **ELECTRONIC FUNDS TRANSFERS:** |
|---|---|---|
| *Orrick, Herrington & Sutcliffe LLP*<br>*4253 Collections Center Drive*<br>*Chicago, IL 60693*<br>*Reference: 17367/ Invoice: 1290409*<br>*E.I.N. 94-2952627*<br>*Overnight deliveries:  (312) 974-1642* | ***Wire Transfers Only:***<br>*ABA Number 0260-0959-3*<br>*Bank of America*<br>*100 West 33rd Street, NY, NY 10001*<br>*Account of*<br>*Orrick, Herrington & Sutcliffe LLP*<br>*Account Number: 1499410382*<br>*Reference: 17367/ Invoice: 1290409*<br>*E.I.N. 94-2952627* | ***ACH Transfers Only:***<br>*ABA Number 121-000358*<br>*Bank of America*<br>*San Francisco Main Branch*<br>*Account of*<br>*Orrick, Herrington & Sutcliffe LLP*<br>*Account Number: 1499410382*<br>*Reference: 17367/ Invoice: 1290409*<br>*E.I.N. 94-2952627* |

| | |
|---|---|
| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367<br>page 2 | January 12, 2011<br>Invoice No. 1290409 |

For Legal Services Rendered Through December 31, 2010 in Connection With:

**Matter:  7 - Insurance Matters**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 12/01/10 | R. Wyron | Analyze settlement numbers and values for discussion with J. Radecki (1.1); call with J. Radecki re estimates (.3); confer with R. Frankel re same and follow-up (.3); review demand letters (.2). | 1.90 |
| 12/02/10 | P. Mahaley | Assist R. Wyron in analyzing potential range of insurance recovery. | 1.00 |
| 12/03/10 | P. Mahaley | Finalize insurance settlement agreement and motion papers for filing. | 1.20 |
| 12/07/10 | P. Mahaley | Revise documentation re insurance settlement agreement. | 0.50 |
| 12/09/10 | P. Mahaley | Prepare for and participate in telephone conference with insurer counsel re potential objections to insurance settlement agreement. | 2.00 |
| 12/15/10 | P. Mahaley | Telephone conference with debtors' counsel re preparing arguments for anticipated objections to approval of insurance settlement agreement. | 1.80 |
| 12/21/10 | P. Mahaley | Telephone conference with Plan Proponents' counsel re preparing to respond to anticipated objections to insurance settlement agreement. | 1.00 |
| 12/27/10 | P. Mahaley | Review and analyze objections to insurance settlement (1.5); telephone conference with R. Frankel, R. Wyron and D. Felder re responses to objections to insurance settlement agreement (1.0). | 2.50 |
| 12/29/10 | D. Felder | Review e-mail correspondence regarding replies to objections to CNA settlement motion. | 0.50 |
| 12/30/10 | P. Mahaley | Review and revise draft briefs responding to objections to approval of insurance settlement agreement (3.4); office conference with R. Wyron re analysis of draft briefs responding to objections to approval of insurance settlement agreement (1.0). | 4.40 |
| 12/31/10 | P. Mahaley | Telephone conference with Plan Proponents' counsel re proposed revisions to briefing in reply to objections re approval of insurance settlement agreement. | 1.00 |

|  |  |
|---|---|
| Total Hours | 17.80 |
| Total For Services | $11,947.50 |

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 3

January 12, 2011  
Invoice No. 1290409

| **Timekeeper Summary** | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 0.50 | 645.00 | 322.50 |
| Peri N. Mahaley | 15.40 | 650.00 | 10,010.00 |
| Richard H. Wyron | 1.90 | 850.00 | 1,615.00 |
| Total All Timekeepers | 17.80 | $671.21 | $11,947.50 |

Disbursements
  Document Reproduction         3.30
  Telephone                     5.51
  Westlaw Research            169.46
            Total Disbursements         $178.27

**Total For This Matter**         **$12,125.77**

| | | | |
|---|---|---|---|
| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367<br>page 4 | | | January 12, 2011<br>Invoice No. 1290409 |

For Legal Services Rendered Through December 31, 2010 in Connection With:

**Matter:  8 - Litigation**

| | | | |
|---|---|---|---|
| 12/01/10 | D. Felder | Review recently filed pleadings regarding notice of sale of South Carolina property (.5); review e-mail correspondence from J. Baer regarding plan issues (.1); review powerpoint presentation regarding Massachusetts tax settlement (.8). | 1.40 |
| 12/01/10 | R. Frankel | Confer with R. Wyron re valuation of settled and unsettled insurance, meeting with J. Radecki. | 0.60 |
| 12/02/10 | D. Felder | Review revised powerpoint regarding Massachusetts tax settlement and prepare for conference call with Debtors regarding same (.5); participate in conference call with Debtors regarding same (.8); follow-up with J. Solganick and e-mail correspondence to R. Frankel and R. Wyron regarding same (.5); review recently filed pleadings (.6). | 2.40 |
| 12/03/10 | R. Frankel | Review due diligence materials and presentation re settlement of Massachusetts tax claims. | 0.70 |
| 12/04/10 | R. Frankel | Review latest insurance status chart from P. Mahaley. | 0.90 |
| 12/06/10 | D. Felder | Review blackline of LLC agreement regarding proposed modifications and e-mail to J. Baer regarding same (.7); review COC regarding same (.2). | 0.90 |
| 12/06/10 | R. Frankel | Review objection to claim of New York Hillside. | 0.60 |
| 12/07/10 | R. Wyron | Confer with P. Mahaley re CNA (.3); call with M. Giannotto and follow-up (.8); e-mails re strategy (.2); review discovery requests and follow-up (.3). | 1.60 |
| 12/07/10 | R. Frankel | Review discovery from Libby in connection with CNA settlement. | 0.80 |
| 12/07/10 | R. Frankel | Telephone conference with J. Aldock regarding 9019 settlement issues (.5); telephone conference with R. Wyron regarding same (.3); prepare notes regarding same (.1). | 0.90 |
| 12/08/10 | D. Felder | Review pleadings regarding insurance settlement issues and conference with H. Quinn regarding same (1.5); review Lincoln's financial presentation in preparation for telephone conference (.5); review recently filed pleadings (.8). | 2.80 |
| 12/08/10 | R. Frankel | Telephone conference with objector counsel re Judge Fitzgerald order. | 0.20 |
| 12/08/10 | R. Frankel | Review agenda for 12/13 hearing (.2); consider Judge's order re same (.1) | 0.30 |

| | | | |
|---|---|---|---:|
| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367 page 5 | | January 12, 2011 Invoice No. 1290409 | |
| 12/09/10 | D. Felder | Review pleadings regarding CNA settlement agreement (.6); telephone conference with M. Giannatto, R. Wyron and P. Mahaley regarding CNA settlement agreement and strategy regarding same (1.0); follow-up regarding same (.2). | 1.80 |
| 12/09/10 | R. Wyron | Review Libby objection to Royal settlement (1.2); call with M. Giannotto re strategy for CNA motion and follow-up (1.1); confer with R. Frankel and follow-up on interest issue (.2); begin review of Libby objections to confirmation (.8). | 3.30 |
| 12/10/10 | D. Felder | Review recently filed pleadings and amended omnibus hearing agenda (1.2); review issues regarding CNA settlement agreement (1.0). | 2.20 |
| 12/10/10 | R. Wyron | Review e-mails re hearing and respond (.2); confer with R. Frankel re strategy (.2); review Libby pleadings (.8). | 1.20 |
| 12/13/10 | R. Wyron | review litigation issues on CNA motion and outline re same (1.3); review analysis re post-petition interest (.4). | 2.60 |
| 12/15/10 | D. Felder | Review Debtors' objection seeking disallowance of New York Hillside claim (.3); review Debtors' motion regarding Massachusetts tax settlement (.7); review docket and other recently filed pleadings (1.0). | 2.00 |
| 12/15/10 | D. Felder | Review pleadings and hearing transcript regarding Royal settlement agreement (3.0); prepare outline of issues regarding CNA settlement (2.0); telephone conference with L. Esayian, R. Wyron and P. Mahaley regarding same (1.2); review hearing transcripts regarding confirmation issues and BNSF and review follow-up correspondence from L. Esayian regarding same (1.0). | 7.20 |
| 12/15/10 | R. Wyron | Review outline of objection to CNA settlement and organize notes (.8); call with Debtors' counsel re issues and follow-up (1.6); review BNSF issues and transcripts (.8). | 3.20 |
| 12/17/10 | R. Wyron | Call with D. Glosband re CNA motion and potential objections, and follow-up (.6); organize notes for call with Plan Proponents (.4); confer with P. Lockwood re strategy and follow-up (.7); call to M. Kramer re PD issues (.2). | 1.90 |
| 12/20/10 | R. Wyron | Review issues on CNA motion and prepare for call re same . | 1.10 |
| 12/20/10 | R. Frankel | Review e-mails re CNA settlement responses (.4); confer with R. Wyron re same (.3). | 0.70 |
| 12/21/10 | R. Wyron | Prepare for call on CNA motion (.4); call with plan proponents re CNA motion and follow-up (1.1); review deposition testimony (.3). | 1.80 |
| 12/21/10 | R. Frankel | Confer with R. Wyron re CNA call. | 0.30 |
| 12/22/10 | R. Wyron | Review Libby issues and organize notes. | 0.80 |

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 6

January 12, 2011  
Invoice No. 1290409

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 12/23/10 | R. Wyron | Begin review of BNSF objections (.3); review research (.4); review Royal pleadings (1.8). | 2.50 |
| 12/23/10 | R. Frankel | Review draft BNSF objection. | 0.60 |
| 12/24/10 | R. Wyron | Begin detailed review of BNSF objections to CNA settlement. | 1.90 |
| 12/24/10 | R. Frankel | Review objection of Libby Claimants and transcript (2.6); prepare notes re same (.7). | 3.30 |
| 12/24/10 | R. Frankel | Review objection of BNSF and exhibits (1.1); notes re same (.5). | 1.60 |
| 12/26/10 | R. Wyron | Begin detailed review of Libby objection to CNA settlement. | 2.70 |
| 12/26/10 | R. Frankel | Review objection e-mail to ACC with open issues (.3); prepare note, consider same (.3). | 0.60 |
| 12/27/10 | D. Felder | Review BNSF and Libby's objections to CNA settlement agreement and prepare list of issues regarding same (2.5); conference with R. Frankel, R. Wyron and P. Mahaley regarding same and follow-up (1.0). | 3.50 |
| 12/27/10 | R. Wyron | Continue analysis of objections to CNA motion (2.7); call with other parties concerning joint response on CNA motion and follow-up (1.8); meet with team re strategy on response to objections to CNA motion and follow-up (1.1). | 5.60 |
| 12/27/10 | R. Frankel | Review issues re Libby objection to CNA motion with R. Wyron. | 0.30 |
| 12/27/10 | R. Frankel | Confer with R. Wyron, D. Felder, P. Mahaley re CNA settlement objections (.8); notes re same (.3). | 1.10 |
| 12/27/10 | R. Frankel | Confer with R. Wyron re conference call with Grace re CNA settlement (.3); note re same (.1). | 0.40 |
| 12/28/10 | J. Burke | Research regarding case law re insurer buy back of insurance policy in settlement pursuant to section 363. | 0.80 |
| 12/28/10 | D. Felder | Review e-mail correspondence regarding reply to BNSF and Libby objections to CNA settlement agreement. | 0.50 |
| 12/28/10 | R. Wyron | Continue work on response to Libby objection (.8); call with CNA and Plan Proponents co-counsel re joint reply to objections (1.6); review cases (1.3); organize notes and outline of issues (.6). | 4.30 |
| 12/29/10 | R. Frankel | Review cases cited in Libby objection to CNA settlement. | 1.20 |
| 12/29/10 | R. Frankel | Review draft Reply and Affidavit of CNA (1.8); review draft Reply of Grace (.9). | 2.70 |
| 12/29/10 | R. Frankel | Review J. Baer letter with Canadian ZAI claimants. | 0.30 |
| 12/30/10 | D. Felder | Review Debtors' and CNA's reply to Libby and BNSF objections to CNA settlement agreement. | 1.50 |

| | | | |
|---|---|---|---:|
| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367 page 7 | | | January 12, 2011 Invoice No. 1290409 |
| 12/30/10 | R. Wyron | Review draft reply to CNA objections and organize notes (2.3); confer with P. Mahaley re strategy and follow-up (.8); review markups of pleadings in response to objections to CNA settlement (.9). | 4.00 |
| 12/30/10 | R. Frankel | Review revised versions of Debtors' Reply, CNA Reply and Affidavit. | 1.70 |
| 12/31/10 | R. Wyron | Review revised pleadings re CNA motion (1.4); call with counsel re replies to objections to CNA motion and follow-up (1.1). | 2.50 |
| 12/31/10 | R. Frankel | Review latest papers, e-mails in preparation for conference call. | 0.70 |
| 12/31/10 | R. Frankel | Telephone conference with CNA counsel, Kirkland, R. Wyron, P. Lockwood re replies to Libby, January 10 hearing (1.0); notes re same (.2). | 1.20 |

|  | Total Hours | 89.70 | |
|---|---|---|---|
|  | Total For Services |  | $73,479.50 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---:|---:|---:|
| James W. Burke | 0.80 | 445.00 | 356.00 |
| Debra Felder | 26.20 | 645.00 | 16,899.00 |
| Roger Frankel | 21.70 | 985.00 | 21,374.50 |
| Richard H. Wyron | 41.00 | 850.00 | 34,850.00 |
| Total All Timekeepers | 89.70 | $819.17 | $73,479.50 |

Disbursements

| | |
|---|---:|
| Document Reproduction | 49.20 |
| Local Taxi Expense | 134.62 |
| NY Cafeteria | 43.55 |
| Other Business Meals | 150.40 |
| Out of Town Business Meals | 66.00 |
| Outside Services | 246.00 |
| Parking Expense | 54.00 |
| Secretarial/Staff Overtime | 98.72 |
| Telephone | 14.94 |
| Travel Expense, Air Fare | 656.40 |
| Travel Expense, Local | 284.36 |
| Westlaw Research | 214.37 |
| Total Disbursements | $2,012.56 |

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 8

January 12, 2011
Invoice No. 1290409

**Total For This Matter**     **$75,492.06**

| | | | |
|---|---|---|---|
| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367 | | | January 12, 2011 |
| | | | Invoice No. 1290409 |
| page 9 | | | |

For Legal Services Rendered Through December 31, 2010 in Connection With:

**Matter:  9 - Plan & Disclosure Statement**

| | | | |
|---|---|---|---|
| 12/01/10 | D. Felder | Review plan modifications and e-mail correspondence regarding same. | 2.50 |
| 12/01/10 | R. Wyron | Review plan changes (.4); review notice (.3); confer with R. Frankel re strategy and follow-up e-mails re same (.4). | 1.10 |
| 12/01/10 | R. Frankel | Review documents re Greenville County sale of property. | 0.40 |
| 12/01/10 | R. Frankel | Further conversations with R. Wyron re plan modification procedure. | 0.60 |
| 12/01/10 | R. Frankel | Confer with R. Wyron re procedure for approval of modifications to plan (.5); review code, rules (.4). | 0.90 |
| 12/02/10 | D. Felder | Review plan modifications and e-mail correspondence regarding same. | 0.80 |
| 12/02/10 | R. Wyron | Review plan changes and organize notes (.8); respond to e-mails re changes and follow-up (.6); call with Grace counsel and follow-up (.7); review Royal issues (.6); review R. Horkovich drafts (.4). | 3.10 |
| 12/02/10 | R. Frankel | Review revised plan modifications from Kirkland (.7); review further suggested changes to documents from R. Wyron (.4). | 1.10 |
| 12/02/10 | R. Frankel | Review series of e-mails re set of modification documents, procedural issues. | 0.80 |
| 12/02/10 | R. Frankel | Telephone conference with Kirkland, J. Baer, R. Wyron re plan modifications (.6); prepare notes re same (.2). | 0.80 |
| 12/02/10 | R. Frankel | Review code, rules re plan modification per conference call. | 0.50 |
| 12/03/10 | R. Wyron | Review exhibit with P. Mahaley and follow-up. | 0.30 |
| 12/03/10 | R. Frankel | Review materials re plan modifications sent by Kirkland. | 0.60 |
| 12/06/10 | D. Felder | Review plan modifications regarding PD claims and e-mail from L. Esayian regarding same. | 0.30 |
| 12/06/10 | R. Wyron | Review additional plan changes and respond to e-mails re same. | 0.40 |
| 12/06/10 | R. Frankel | Review further modifications to plan from Kirkland. | 0.30 |
| 12/07/10 | D. Felder | Review Court's order regarding December 13 hearing (.1); review plan issues regarding same and e-mail correspondence with R. Frankel (.3); telephone conference with M. Hurford regarding same (.5). | 0.90 |
| 12/07/10 | R. Wyron | Review Court's order (.2); review plan and follow-up with R. Frankel (.8). | 1.00 |

| | | David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367 page 10 | January 12, 2011 Invoice No. 1290409 |
|---|---|---|---|
| 12/07/10 | R. Frankel | Review, consider order of court related to Plan Confirmation (.5); review relevant plan sections (.7). | 1.20 |
| 12/08/10 | D. Felder | Telephonic participation in Lincoln's financial presentation (1.3); e-mail correspondence with J. Phillips and R. Wyron regarding plan modifications (.1). | 1.40 |
| 12/08/10 | R. Wyron | Meet with D. Austern, Lincoln team and R. Frankel re financial update (1.9); review financial analysis (.4); call with J. Donley re Court's order and follow-up (.4); review plan provisions in response to Court's order (.6); confer with R. Frankel re strategy and follow-up (.5). | 3.80 |
| 12/08/10 | R. Frankel | Confer with J. Radecki, D. Austern, R. Wyron re Grace financial update. | 1.90 |
| 12/08/10 | R. Frankel | Review plan in connection with order. | 0.40 |
| 12/08/10 | R. Frankel | Review Lincoln International presentation. | 0.80 |
| 12/09/10 | R. Frankel | Review Lincoln e-mail re interest, plan language in preparation for conference call, status conference. | 0.90 |
| 12/10/10 | R. Frankel | Review chart of objections and objections relating to J. Fitzgerald order. | 1.70 |
| 12/10/10 | R. Frankel | Telephone conference with J. Donley, A. Paul, P. Lockwood in preparation for hearing (.5); notes re same (.1). | 0.60 |
| 12/10/10 | R. Frankel | Telephone conference with R. Wyron re conference call, omnibus hearing. | 0.30 |
| 12/10/10 | R. Frankel | Review cases in preparation for hearing. | 0.80 |
| 12/12/10 | R. Wyron | Review materials for 12/13 hearing. | 0.60 |
| 12/13/10 | R. Wyron | Attend hearing on plan issues (1.2) | 1.20 |
| 12/13/10 | R. Frankel | Review materials in preparation for hearing in DE. | 1.50 |
| 12/13/10 | R. Frankel | Attend hearing in DE re plan confirmation status. | 2.10 |
| 12/13/10 | R. Frankel | Review results of hearing, next step with R. Wyron, D. Austern (telephone) (.3); prepare notes re hearing (.4). | 0.70 |
| 12/16/10 | D. Felder | Review sixth set of plan modifications. | 0.20 |
| 12/16/10 | R. Wyron | Review draft Sixth Plan Amendment and follow-up (.4); e-mails re same (.2). | 0.60 |
| 12/16/10 | R. Frankel | Review 6th modification to plan, consider changes to treatment (.5); e-mails re same (.1). | 0.60 |
| 12/17/10 | D. Felder | Review recently filed pleadings. | 0.40 |
| 12/20/10 | D. Felder | Participate in telephonic status conference regarding plan confirmation issues (.2); telephone conference with M. Hurford regarding same (.3). | 0.50 |
| 12/20/10 | R. Wyron | Call with the Court re confirmation. | 0.30 |
| 12/20/10 | R. Frankel | Telephone conference status call with Judge Fitzgerald re confirmation issues (.4); confer with R. Wyron re same (.3). | 0.70 |
| 12/21/10 | D. Felder | Telephone conference with J. Radecki regarding update. | 0.20 |
| 12/21/10 | D. Felder | Review seventh set of plan modifications. | 0.10 |

| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367 page 11 | | | January 12, 2011 Invoice No. 1290409 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/21/10 | R. Wyron | Review plan amendments and follow-up (.6); call with A. Paul on plan issues and follow-up e-mail re same (.7). | 1.30 |
| 12/21/10 | R. Frankel | Review draft seventh plan modification, e-mails re same (.5); confer with R. Wyron re same (.4); review sixth amendment (.3). | 1.20 |
| 12/22/10 | R. Wyron | Review plan amendment and follow-up. | 0.40 |
| 12/22/10 | R. Frankel | Review 7th modification to plan and COC with certain bank lenders (.5); confer with R. Wyron re same (.2). | 0.70 |
| 12/23/10 | R. Wyron | Review CoC on Seventh Plan Amendment and respond to e-mails re same. | 0.30 |

|  | Total Hours | 43.80 |  |
|---|---|---|---|
|  | Total For Services |  | $38,717.00 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Debra Felder | 7.30 | 645.00 | 4,708.50 |
| Roger Frankel | 22.10 | 985.00 | 21,768.50 |
| Richard H. Wyron | 14.40 | 850.00 | 12,240.00 |
| Total All Timekeepers | 43.80 | $883.95 | $38,717.00 |

**Total For This Matter**     **$38,717.00**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 12

January 12, 2011  
Invoice No. 1290409

For Legal Services Rendered Through December 31, 2010 in Connection With:

**Matter:  11 - Compensation of Professionals - Other**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/02/10 | D. Fullem | Review final report by fee auditor on last quarterly filings. | 0.20 |
| 12/13/10 | D. Fullem | Review signed Order by Court on quarterly fee applications to confirm amounts are correct as to Lincoln, Towers and Orrick; e-mail R. Wyron and D. Felder re same. | 0.30 |
| 12/15/10 | D. Fullem | Review e-mail from D. Felder regarding objection deadline for Lincoln October fee application. | 0.10 |
| 12/17/10 | D. Fullem | Prepare CNO for Lincoln October fee application; coordinate filing and serving of same. | 0.40 |

|  |  |  |
|---|---|---|
| Total Hours | 1.00 |  |
| Total For Services |  | $265.00 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Debra O. Fullem | 1.00 | 265.00 | 265.00 |
| Total All Timekeepers | 1.00 | $265.00 | $265.00 |

**Total For This Matter**     **$265.00**

| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367 page 13 | January 12, 2011 Invoice No. 1290409 |
|---|---|

For Legal Services Rendered Through December 31, 2010 in Connection With:

**Matter:  13 - Compensation of Professionals - Orrick**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/01/10 | D. Fullem | Review e-mail to R. Wyron with spreadsheets updating fees/expenses. | 0.20 |
| 12/02/10 | D. Fullem | Review final report by fee auditor on last quarterly filings. | 0.20 |
| 12/03/10 | D. Fullem | Review November prebill. | 1.00 |
| 12/06/10 | D. Felder | Review November prebill. | 1.10 |
| 12/15/10 | D. Fullem | Review e-mail from D. Felder regarding objection deadline for Orrick October fee application. | 0.10 |
| 12/17/10 | D. Fullem | Prepare CNO for Orrick October fee application; coordinate filing and serving of same. | 0.40 |
| 12/17/10 | D. Felder | Review CNOs. | 0.10 |
| 12/21/10 | D. Fullem | Review recent fee/expense spreadsheet. | 0.10 |
| 12/21/10 | D. Fullem | Confer with H. Quinn regarding draft of November fee application and timing of fiing same; prepare e-mail to C. Hartman regarding same. | 0.20 |

|  | Total Hours | 3.40 |  |
|---|---|---|---|
|  | Total For Services |  | $1,357.00 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Debra Felder | 1.20 | 645.00 | 774.00 |
| Debra O. Fullem | 2.20 | 265.00 | 583.00 |
| Total All Timekeepers | 3.40 | $399.12 | $1,357.00 |

| **Total For This Matter** | **$1,357.00** |
|---|---|

| | |
|---|---|
| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367 | January 12, 2011 |
| | Invoice No. 1290409 |
| page 14 | |

For Legal Services Rendered Through December 31, 2010 in Connection With:

**Matter:  15 - Travel Time (Non-Working)**

| | | | |
|---|---|---|---:|
| 12/06/10 | R. Frankel | Travel to NY for financial meeting. | 2.00 |
| 12/08/10 | R. Wyron | Travel to NY for financial meeting and return. | 3.00 |
| 12/08/10 | R. Frankel | Travel from NY to DC. | 2.70 |
| 12/13/10 | R. Wyron | Travel to hearing and settlement meeting. | 1.50 |
| 12/13/10 | R. Frankel | Travel to and from Wilmington. | 3.00 |

|  |  |  |
|---|---:|---:|
| Total Hours | 12.20 | |
| Total For Services | | $5,704.75 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---:|---:|---:|
| Roger Frankel | 7.70 | 492.50 | 3,792.25 |
| Richard H. Wyron | 4.50 | 425.00 | 1,912.50 |
| Total All Timekeepers | 12.20 | $467.60 | $5,704.75 |

|  |  |
|---|---:|
| **Total For This Matter** | **$5,704.75** |

* * * **COMBINED TOTALS** * * *

|  |  |  |
|---|---:|---:|
| Total Hours | 167.90 | |
| Total Fees, all Matters | | $131,470.75 |
| Total Disbursements, all Matters | | $2,190.83 |
| Total Amount Due | | $133,661.58 |