# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

Invoice Number 2116786
Invoice Date 01/11/11
Client Number 359022
Matter Number 00001

Re:  Asset Disposition

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/06/10 | TKD | Review Motion to approve Settlement Agreement with Swiss Re and Zurich for buy back of their excess policies | 0.4 | 250.00 |
| 12/07/10 | TKD | Reviewed Motion to approve settlement of Massachusetts Tax Claims | 0.3 | 187.50 |
| 12/22/10 | TKD | Review Motion Of Debtors For Entry Of An Order Authorizing Entry Into A Stipulation Resolving Claims Of The Massachusetts Department Of Environmental Protection | 0.3 | 187.50 |
| 12/22/10 | TKD | Review Motion for an Order Approving: (I) Settlement of Massachusetts Tax Claim; and (II) Payment of Amounts Owed Upon Entry of Order | 0.3 | 187.50 |
| 12/22/10 | TKD | Review Notice of Sale , Proposed, of Certain Real Property in Greenville County, South Carolina Pursuant to Order Establishing Procedures for the Sale of De Minimis Assets | 0.2 | 125.00 |
| 12/27/10 | TKD | Review BNSF Objection to Settlement with CNA Companies | 0.4 | 250.00 |
| 12/27/10 | TKD | Review Libby Claimants' Objection to Settlement with the CNA Companies | 0.6 | 375.00 |
| | | TOTAL HOURS | 2.5 | |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022  WR Grace - Official Committee of Equity Security Holders    Invoice Number 2116786
00001   Asset Disposition                                             Page 2
01/11/11

## TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 2.5 | at | $625.00 | = | 1,562.50 |

CURRENT FEES      1,562.50

**TOTAL AMOUNT OF THIS INVOICE**      1,562.50

**NET AMOUNT OF THIS INVOICE**      1,562.50

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2116787 |
| Invoice Date | 01/11/11 |
| Client Number | 359022 |
| Matter Number | 00003 |

Re: Business Operations

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/01/10 | TKD | Briefly review Monthly Operating Report | 0.3 | 187.50 |
| | | TOTAL HOURS | 0.3 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.3 | at | $625.00 | = | 187.50 |

**CURRENT FEES**   187.50

**TOTAL AMOUNT OF THIS INVOICE**   187.50

**NET AMOUNT OF THIS INVOICE**   187.50

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2116788 |
| Invoice Date | 01/11/11 |
| Client Number | 359022 |
| Matter Number | 00004 |

Re: Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/01/10 | TKD | Review all filings and share with our team | 0.4 | 250.00 |
| 12/01/10 | TBB | Calendar objection deadlines | 0.2 | 36.00 |
| 12/02/10 | TKD | Review all filings and share with team | 0.3 | 187.50 |
| 12/03/10 | TKD | Review all filings and share with our team | 0.2 | 125.00 |
| 12/06/10 | TKD | Review all filings and share with team | 0.4 | 250.00 |
| 12/07/10 | TKD | Review all filings and share with team | 0.3 | 187.50 |
| 12/08/10 | TKD | Review notice of 5th set of plan modifications; contact with David Blabey to approve signing; contact with Debtors' counsel re approving Notice of 5th set of plan modifications | 0.4 | 250.00 |
| 12/09/10 | TKD | Review all filings and share with our team | 0.3 | 187.50 |
| 12/10/10 | TKD | Review all filings and share with team | 0.3 | 187.50 |
| 12/10/10 | TKD | Review Kramer Levin CNO for filing, review docket to support CNO; communications with David Blabey about CNO and filing same | 0.4 | 250.00 |
| 12/13/10 | TKD | Review all filings and share with team | 0.3 | 187.50 |
| 12/15/10 | TKD | Review all filings and share with team | 0.3 | 187.50 |
| 12/16/10 | TKD | Review all ecf filings and pleadings; share with team | 0.3 | 187.50 |
| 12/17/10 | TKD | Review all filings and ecfs and share with team | 0.5 | 312.50 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00004
01/11/11

WR Grace - Official Committee of Equity Security Holders   Invoice Number 2116788
Case Administration                                         Page 2

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/20/10 | TKD | Review all filings and share with team | 0.3 | 187.50 |
| 12/21/10 | TKD | Review all ecf filings and share with team | 0.2 | 125.00 |
| 12/22/10 | TKD | Review all ecf filings and share with team | 0.4 | 250.00 |
| 12/23/10 | TKD | Review all ecf filings and share with our team | 0.3 | 187.50 |
| 12/27/10 | TKD | Review filings and share with team | 0.4 | 250.00 |
| 12/28/10 | TKD | Review all ecf filings and distribute to team | 0.2 | 125.00 |
| 12/29/10 | TKD | Review all filings and share with team | 0.2 | 125.00 |
| 12/30/10 | TKD | Review all filings and share with team | 0.2 | 125.00 |

TOTAL HOURS   6.8

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 0.2 | at | $180.00 | = | 36.00 |
| Teresa K.D. Currier | 6.6 | at | $625.00 | = | 4,125.00 |

CURRENT FEES   4,161.00

**TOTAL AMOUNT OF THIS INVOICE**   4,161.00

**NET AMOUNT OF THIS INVOICE**   4,161.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2116789 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 01/11/11 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00007 |
| Charlottesville, VA 22902 | |

Re: Claim Analysis Objestions & Resolutions (Non-Asbestos)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/03/10 | TKD | Review Claim Objection filed as to NY Hillside | 0.4 | 250.00 |
| | | TOTAL HOURS | 0.4 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.4 | at | $625.00 | = | 250.00 |

CURRENT FEES                                                                 250.00

**TOTAL AMOUNT OF THIS INVOICE**                                             250.00

**NET AMOUNT OF THIS INVOICE**                                               250.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2116791 |
| Invoice Date | 01/11/11 |
| Client Number | 359022 |
| Matter Number | 00015 |

Re:  Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/01/10 | TBB | Draft Notice and affidavit of service to Saul Ewing's 16th monthly fee application. | 0.3 | 54.00 |
| 12/01/10 | TBB | File and serve Saul Ewing's 16th monthly fee application | 0.8 | 144.00 |
| 12/03/10 | TBB | Search the docket for objections to Saul Ewing's Fifteenth Fee Application | 0.3 | 54.00 |
| 12/03/10 | TBB | Draft CNO to Saul Ewing's fifteenth monthly fee application | 0.3 | 54.00 |
| 12/03/10 | TBB | Review and revise pre-bills | 0.3 | 54.00 |
| 12/13/10 | TBB | File and serve CNO to Saul Ewing's sixth quarterly fee application. | 0.8 | 144.00 |
| 12/23/10 | TBB | Draft CNO to Saul Ewing's 16th monthly fee application | 0.3 | 54.00 |
| 12/23/10 | TBB | Draft affidavit of service | 0.2 | 36.00 |
| 12/23/10 | TBB | File and serve CNO to Saul Ewing's 16th monthly fee application | 0.5 | 90.00 |
| 12/30/10 | TKD | Review notice for Kramer Levin fee app; Supervise filing of same | 0.4 | 250.00 |
| | | TOTAL HOURS | 4.2 | |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00015
01/11/11

WR Grace - Official Committee of Equity Security Holders   Invoice Number  2116791
Fee Applications/Applicant                                   Page 2

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 3.8 | at | $180.00 | = | 684.00 |
| Teresa K.D. Currier | 0.4 | at | $625.00 | = | 250.00 |

CURRENT FEES                                                 934.00

**TOTAL AMOUNT OF THIS INVOICE**                             934.00

**NET AMOUNT OF THIS INVOICE**                               934.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2116792 |
| Invoice Date | 01/11/11 |
| Client Number | 359022 |
| Matter Number | 00016 |

Re:   Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/01/10 | TBB | Draft Notice and affidavit of service to Kramer Levin's 110th monthly fee application. | 0.3 | 54.00 |
| 12/01/10 | TBB | File and serve Kramer Levin's 110th monthly fee application. | 0.8 | 144.00 |
| 12/08/10 | TBB | Draft CNO to Kramer Levin's thirty fourth quarterly fee application. | 0.5 | 90.00 |
| 12/10/10 | TBB | Draft CNO to Kramer Levin's thirty-Fourth Fee Application (0.4); e-mail to D Blabely regarding same (0.1) | 0.5 | 90.00 |
| 12/10/10 | TBB | Search docket for any objections filed to Kramer Levin's Thirty Fourth Quarterly Fee Application. | 0.4 | 72.00 |
| 12/23/10 | TKD | Review and approve CNOs for Kramer Levin and for Saul Ewing | 0.2 | 125.00 |
| 12/23/10 | TBB | Draft Kramer Levin's CNO to 110th monthly fee application | 0.3 | 54.00 |
| 12/23/10 | TBB | Draft affidavit of service | 0.2 | 36.00 |
| 12/23/10 | TBB | File and serve Kramer Levin's CNO to 110th monthly fee application | 0.5 | 90.00 |
| 12/30/10 | TKD | Oversee filing of Kramer Levin fee application | 0.5 | 312.50 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00016
01/11/11

WR Grace - Official Committee of Equity Security Holders    Invoice Number 2116792
Fee Applications/Others                                      Page 2

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/30/10 | TBB | Review fee application and draft notice for Kramer Levin's 111th monthly fee application | 0.4 | 72.00 |
| 12/30/10 | TBB | Correspondence with T. Currier regarding Notice | 0.1 | 18.00 |
| 12/30/10 | TBB | File Kramer Levin's 111th monthly fee application | 0.5 | 90.00 |
| | | TOTAL HOURS | 5.2 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 4.5 | at | $180.00 | = | 810.00 |
| Teresa K.D. Currier | 0.7 | at | $625.00 | = | 437.50 |

CURRENT FEES                                                 1,247.50

**TOTAL AMOUNT OF THIS INVOICE**                             1,247.50

**NET AMOUNT OF THIS INVOICE**                               1,247.50

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2116793 |
| Invoice Date | 01/11/11 |
| Client Number | 359022 |
| Matter Number | 00020 |

Re: Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/16/10 | TKD | Review proposed Sixth Set of Modifications to Plan; Communicate with David Blabey about signing; Communicate authority to Debtors for Sixth Set of Modifications | 0.8 | 500.00 |
| 12/22/10 | TKD | Review Libby discovery directed to debtors; and LIbby discovery directed to CNA | 0.4 | 250.00 |
| 12/23/10 | TKD | Review 6th set of plan modifications; communicate with David Blabey; approve same for filing | 0.6 | 375.00 |
| | | TOTAL HOURS | 1.8 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 1.8 | at | $625.00 | = | 1,125.00 |

CURRENT FEES        1,125.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00020
01/11/11

WR Grace - Official Committee of Equity Security Holders   Invoice Number 2116793
Plan and Disclosure Statement                                Page 2

| | |
|---|---:|
| **TOTAL AMOUNT OF THIS INVOICE** | 1,125.00 |
| **NET AMOUNT OF THIS INVOICE** | 1,125.00 |

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2116790 |
| Invoice Date | 01/11/11 |
| Client Number | 359022 |
| Matter Number | 00014 |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Photocopying | 30.10 |
| Federal Express | 106.40 |
| CURRENT EXPENSES | 136.50 |
| **TOTAL AMOUNT OF THIS INVOICE** | 136.50 |
| **NET AMOUNT OF THIS INVOICE** | 136.50 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP