# EXHIBIT A



# THE HOGAN FIRM

Attorneys at Law
1311 Delaware Avenue
Wilmington, DE 19806
EIN 51-0352711

302-656-7540

Invoice submitted to:

### *Canadian ZAI Claimants*

*c/o Lauzon Belanger Lesperance inc.*
*Attn: Yves Lauzon*
*286, rue St-Paul Quest, bureau 100*
*Montreal, QUEBEC H2Y 2A3*
*Canada*

January 03, 2011
In Reference To: *Canadian Zonolite Attic Insulation Claimants*
   *WRGrace Chapter 11 Bankruptcy*

   *Our File No. 060124-01*

Invoice # 17542

**Professional Services**

|   |   |   | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/1/2010 | GP | Calculations for breakdown of fees for projected categories for Lauzon Belanger and The Hogan Firms October fee applications. | 2.00<br>190.00/hr | 380.00 |
|   | KEH | Preparation of 8th monthly application of The Hogan Firm. | 1.40<br>190.00/hr | 266.00 |
|   | KEH | Revise invoice to include rates and totals; Begin Preparation of 8th Monthly fee application of Lauzon Belanger Lesperance for the period October 1, 2010, through October 31, 2010. | 1.20<br>190.00/hr | 228.00 |
|   | KEH | E-mail correspondence to/from Cindy Yates regarding time/expense statement for SH for October 2010. | 0.20<br>190.00/hr | 38.00 |
|   | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Debtor-In-Possession Monthly Operating Report for Filing Period October 2010 Filed by W.R. Grace & Co., et al. | 0.40<br>350.00/hr | 140.00 |
|   | DKH | E-mail correspondence with David Thompson concerning conversation with Jan Baer concerning the proposed correspondence the Debtor wanted me to send to Judge Fitzgerald | 0.30<br>350.00/hr | 105.00 |

| Canadian ZAI Claimants | | | 1/3/2011 | 17542 | Page 2 |
|---|---|---|---|---|---|
| | | | | Hrs/Rate | Amount |
| | | concerning the deadline contained in the ARMOS and its impact on confirmation. | | | |
| 12/2/2010 | KEH | E-mail correspondence with Cindy Yates transmitting time/expense statement for Scarfone Hawkins for the period October 1, 2010 - October 31, 2010; save to brad page and print for review. | | 0.30<br>190.00/hr | 57.00 |
| | KEH | Preparation of 8th Monthly fee application of Scarfone Hawkins for the period October 1, 2010 - October 31, 2010. | | 1.10<br>190.00/hr | 209.00 |
| | KEH | Review time/expense statement for Scarfone Hawkins for October, 2010; meet with DKHogan re: same; E-mail correspondence with Cindy Yates regarding generalized time entries and need for revisions. | | 0.50<br>190.00/hr | 95.00 |
| | KEH | E-mail correspondence from Cindy Yates at Scarfone Hawkins transmitting amended time/expense statement; review same. | | 0.30<br>190.00/hr | 57.00 |
| | DKH | E-mail correspondence with dummail@deb.uscourts.gov. Retrieved and reviewed Examiner's Report Fee Auditor's Combined Final Report Regarding Those Applications with no Fee or Expense Issues for the 37th Interim Period Filed by Warren H. Smith & Associates, P.C. Reviewed same for treatment of Representative Counsel fee applications. | | 0.40<br>350.00/hr | 140.00 |
| | DKH | E-mail correspondence with Cindy Yates. Reviewed Scarfone Hawkins LLP Monthly Fee Application for October 1, 2010 - October 31, 2010. | | 0.60<br>350.00/hr | 210.00 |
| | DKH | E-mail correspondence with Cindy Yates concerning fact that some of the time entries on the SH October invoice are too general. | | 0.10<br>350.00/hr | 35.00 |
| | DKH | E-mail correspondence from David Thompson concerning sharing the Collectiva materials with Jan Baer and related issues. | | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence from Matt Moloci concerning Collectiva being best suited due to the work it has already undertaken in the notice and claims process. | | 0.20<br>350.00/hr | 70.00 |
| 12/3/2010 | GP | Calculations for breakdown of fees for projected categories for Scarfone Hawkins' October Fee Application. | | 0.70<br>190.00/hr | 133.00 |
| | KEH | Complete draft of LBL's 8th monthly fee application and transmit to Careen Hannouche for review and execution of certification. | | 0.50<br>190.00/hr | 95.00 |
| | KEH | E-mail correspondence from Careen Hannouche transmitting execution certification regarding LBL's 8th fee application. | | 0.20<br>190.00/hr | 38.00 |

| Canadian ZAI Claimants | | | 1/3/2011 | 17542 | Page   3 |
|---|---|---|---|---|---|
| | | | | _Hrs/Rate_ | _Amount_ |
| 12/3/2010 | KEH | Complete draft of fee application and e-mail correspondence with David Thompson transmitting the draft of SH's 8th monthly fee application for review and execution of certification. | | 0.50<br>190.00/hr | 95.00 |
| | KEH | E-mail correspondence with Cindy Yates re: David Thompson's certification. | | 0.10<br>190.00/hr | 19.00 |
| | KEH | E-mail correspondence from Cindy Yates transmitting David Thompson's certification for the 8th monthly fee application of Scarfone Hawkins. | | 0.20<br>190.00/hr | 38.00 |
| | KEH | Prepare for filing and electronically file the Eighth Monthly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants [docket No. 25856]. | | 0.50<br>190.00/hr | 95.00 |
| | KEH | E-mail correspondence with Fee Auditor transmitting, in Word format, the Eighth Monthly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants [docket No. 25856]. | | 0.20<br>190.00/hr | 38.00 |
| | KEH | Prepare for and electronically file the Eighth Monthly Application of Scarfone Hawkins as Special Counsel for the Canadian ZAI Claimants [Docket No. 25858]. | | 0.50<br>190.00/hr | 95.00 |
| | KEH | E-mail correspondence with Fee Auditor transmitting, in Word format, the Eighth Monthly Application of Scarfone Hawkins as Special Counsel for the Canadian ZAI Claimants [Docket No. 25858]. | | 0.20<br>190.00/hr | 38.00 |
| | KEH | Prepare for, and electronically file, the Eighth Monthly Application of Lauzon Bélanger Lespérance as Special Counsel for the Canadian ZAI Claimants [Docket No. 25857]. | | 0.50<br>190.00/hr | 95.00 |
| | KEH | E-mail correspondence with Fee Auditor transmitting, in Word format, the Eighth Monthly Application of Lauzon Bélanger Lespérance as Special Counsel for the Canadian ZAI Claimants [Docket No. 25857]. | | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence with IKON Office Solutions transmitting, for service, the Eighth Monthly Application of The Hogan Firm, filed today, December 3, 2010, Docket No. 25856. | | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence with IKON Office Solutions transmitting, for service, the Eighth Monthly Application of Scarfone Hawkins, filed today, December 3, 2010, Docket No. 25858. | | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence with IKON Office Solutions transmitting, for service, the Eighth Monthly Application of Lauzon Belanger Lesperance, filed today, December 3, 2010, Docket No. 25857. | | 0.20<br>190.00/hr | 38.00 |

| Canadian ZAI Claimants | | | 1/3/2011 | 17542 | Page 4 |
|---|---|---|---|---|---|
| | | | | Hrs/Rate | Amount |
| 12/3/2010 | KEH | E-mail correspondence with Luckey, James, of IKON Office Solutions confirming receipt of documents for service. | | 0.10<br>190.00/hr | 19.00 |
| | DKH | E-mail correspondence with Careen Hannouche. Reviewed and revised draft of LBL's 8th monthly application for the period October 1 – October 31. | | 0.70<br>350.00/hr | 245.00 |
| | DKH | E-mail correspondence from Careen Hannouche regarding Collectiva's experience in class action matters. | | 0.20<br>350.00/hr | 70.00 |
| | DKH | E-mail correspondence to Careen Hannouche requesting the updated materials for Collectiva. | | 0.20<br>350.00/hr | 70.00 |
| | DKH | E-mail correspondence Careen Hannouche transmitting the signed certification for the LBL October 2010 invoice. Reviewed same. | | 0.30<br>350.00/hr | 105.00 |
| | DKH | Reviewed and revised a draft of SH's 8th monthly fee application for the period October 1 – October 31, 2010. | | 0.50<br>350.00/hr | 175.00 |
| | DKH | Reviewed and revised Monthly Application for Compensation of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants for the period October 1, 2010, to October 31, 2010. | | 0.50<br>350.00/hr | 175.00 |
| | DKH | E-mail correspondence with dummail@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants for the period October 1, 2010, to October 31, 2010. | | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with dummail@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period October 1, 2010, to October 31, 2010 Filed by Canadian ZAI Claimants. | | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence from Cindy Yates transmitting the executed certification for Scarfone Hawkins for October 2010. | | 0.10<br>350.00/hr | 35.00 |
| | DKH | E-mail correspondence with dummail@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period October 1, 2010, to October 31, 2010 Filed by Canadian ZAI Claimants. | | 0.30<br>350.00/hr | 105.00 |
| | DKH | Reviewed service of 8th monthly fee applications on fee auditor as well as parties required by court rule. | | 0.40<br>350.00/hr | 140.00 |
| | DKH | E-mail correspondence with dummail@deb.uscourts.gov. Reviewed Motion to Approve Compromise under Rule 9019 re: Debtors' Motion Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy | | 0.40<br>350.00/hr | 140.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | Canadian ZAI Claimants          1/3/2011     17542      Page  5 | | |
| | | Code and Rule 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Agreement between W.R.Grace & Co. and Swiss Reinsurance Company and European Reinsurance Company of Zurich. | | |
| 12/6/2010 | DKH | E-mail correspondence with David Thompson concerning information forwarded was the most updated materials that we received from Collectiva. | 0.20<br>350.00/hr | 70.00 |
| | DKH | E-mail correspondence to 'Lauren Mrowka' concerning information forwarded on the materials that she received from Collectiva. | 0.10<br>350.00/hr | 35.00 |
| | DKH | E-mail correspondence with dummail@deb.uscourts.gov.  Reviewed Certification of Counsel Regarding Thirty-Seventh Quarter Project Category Summary -Re: Various Docket Items - Agenda Item No. 3 for December 13, 2010 hearing Filed by W.R. Grace & Co., et al. | 0.30<br>350.00/hr | 105.00 |
| 12/7/2010 | DKH | E-mail correspondence from Careen Hannouche concerning no further materials than those provided to David by Anna Vetere of Collectiva. | 0.10<br>350.00/hr | 35.00 |
| | DKH | E-mail correspondence with dummail@deb.uscourts.gov.  Retrieved and reviewed Certification of Counsel Regarding Order Approving Quarterly Fee Applications For The Thirty-Seventh Period-Re: Various Docket Items - Agenda Item No. 3 for December 13, 2010 hearing Filed by W.R. Grace & Co., et al. | 0.40<br>350.00/hr | 140.00 |
| | DKH | E-mail correspondence with dummail@deb.uscourts.gov.  Retrieved and reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al. | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with dummail@deb.uscourts.gov.  Retrieved and reviewed Order Regarding Issues to be Addressed at the Omnibus Hearing on December 13, 2010, Related to Plan Confirmation. Signed on 12/7/2010. | 0.30<br>350.00/hr | 105.00 |
| 12/8/2010 | DKH | E-mail correspondence with dummail@deb.uscourts.gov.  Retrieved and reviewed Notice of Service of Notice of Fifth Set of Modifications to Joint Plan of Reorganization. (related document(s)[20872], [20874], [20877]) Filed by W.R. Grace & Co., et al. | 0.80<br>350.00/hr | 280.00 |
| | DKH | E-mail correspondence with dummail@deb.uscourts.gov. Reviewed Order Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014, and 9019 of the Fed.R.Bankr.P. Approving the Settlement Agreement Between W.R. Grace * Co. and Associated International Insurance Company. | 0.20<br>350.00/hr | 70.00 |
| 12/9/2010 | KEH | E-mail correspondence from Grace Accounts Payable - Payment (80%) of THF's Monthly Fee application for September 2010; post to trust account. | 0.40<br>190.00/hr | 76.00 |

| Canadian ZAI Claimants | | | 1/3/2011 | 17542 | Page 6 |
|---|---|---|---|---|---|
| | | | | Hrs/Rate | Amount |
| 12/9/2010 | KEH | E-mail correspondence with WSFS Bank regarding wire transfer of funds to Scarfone Hawkins; Telephone call to WSFS Bank re: same. | | 0.30 190.00/hr | 57.00 |
| | KEH | Prepare Request for Outgoing Funds Transfer to Scarfone Hawkins, re: THF's September 2010 fee application; fax same to WSFS Bank. | | 0.40 190.00/hr | 76.00 |
| | KEH | E-mail correspondence from Tracey Parramore at WSFS Bank re: further instructions regarding wire to Scarfone Hawkins. | | 0.10 190.00/hr | 19.00 |
| 12/10/2010 | KEH | Review docket for objections; Prepare Certificate of No Objection, re: Docket No. 25759 - 3rd Quarterly Application of The Hogan Firm for the Period July 1, 2010 through September 30, 2010. | | 0.40 190.00/hr | 76.00 |
| | KEH | E-mail correspondence to James Luckey at IKON Office Solutions transmitting the Certificate of No Objection, re: Docket No. 25759 - 3rd Quarterly Application of The Hogan Firm for the Period July 1, 2010 through September 30, 2010, for service. | | 0.20 190.00/hr | 38.00 |
| | KEH | Reviewed Docket for objections; Prepare Certificate of No Objection, re: Docket No. 25761 - 3rd Quarterly Application of Lauzon Belanger Lesperance for the Period July 1, 2010 through September 30, 2010. | | 0.40 190.00/hr | 76.00 |
| | KEH | E-mail correspondence to James Luckey at IKON transmitting the Certificate of No Objection, re: Docket No. 25761 - 3rd Quarterly Application of Lauzon Belanger Lesperance for the Period July 1, 2010 through September 30, 2010, for service. | | 0.20 190.00/hr | 38.00 |
| | KEH | Review docket for objections; Prepare Certificate of No Objection, re: Docket No. 25760 - 3rd Quarterly Application of Scarfone Hawkins for the Period July 1, 2010 through September 30, 2010. | | 0.40 190.00/hr | 76.00 |
| | KEH | E-mail correspondence to James Luckey at IKON transmitting the Certificate of No Objection, re: Docket No. 25760 - 3rd Quarterly Application of Scarfone Hawkins for the Period July 1, 2010 through September 30, 2010, for service. | | 0.20 190.00/hr | 38.00 |
| | KEH | E-file Certificate of No Objection, re: Docket No. 25761 - 3rd Quarterly Application of Lauzon Belanger Lesperance for the Period July 1, 2010 through September 30, 2010. [Docket No. 25908] | | 0.20 190.00/hr | 38.00 |
| | KEH | Efile Certificate of No Objection, re: Docket No. 25760 - 3rd Quarterly Application of Scarfone Hawkins for the Period July 1, 2010 through September 30, 2010. [docket No. 25907] | | 0.20 190.00/hr | 38.00 |
| | KEH | Certificate of No Objection, re: Docket No. 25759 - 3rd Quarterly Application of The Hogan Firm for the Period July 1, 2010 through September 30, 2010. [Docket No. 25906] | | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence from Luckey, James, at IKON, confirming receipt of documents for service. | | 0.10 190.00/hr | 19.00 |

| Canadian ZAI Claimants | | | 1/3/2011 | 17542 | Page 7 |
|---|---|---|---|---|---|
| | | | | *Hrs/Rate* | *Amount* |
| 12/10/2010 | KEH | E-mail correspondence with Daniel Hogan, re: confirmation of Grace wire in RULE 1.15A ATTORNEY TRUST ACCOUNT. | | 0.10<br>190.00/hr | 19.00 |
| | DKH | E-mail correspondence with dummail@deb.uscourts.gov. Retrieved and reviewed Order Approving Quarterly Fee Applications for the Thirty-Seventh Period(related document(s)[25866]). Signed on 12/10/2010. | | 0.30<br>350.00/hr | 105.00 |
| | DKH | Reviewed docket for objections to the Third Quarterly Application for Compensation of The Hogan Firm for Services Rendered and Reimbursement of Expenses as Counsel to the Representative Counsel for the Canadian ZAI Claimants for the period July 1, 2010, to September 30, 2010. | | 0.30<br>350.00/hr | 105.00 |
| | DKH | Reviewed Certificate of No Objection Regarding the Third Quarterly Application for Compensation of The Hogan Firm for Services Rendered and Reimbursement of Expenses as Counsel to the Representative Counsel for the Canadian ZAI Claimants for the period July 1, 2010, to September 30, 2010. | | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with dummail@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Third Quarterly Application for Compensation of The Hogan Firm for Services Rendered and Reimbursement of Expenses as Counsel to the Representative Counsel for the Canadian ZAI Claimants for the period July 1, 2010, to September 30, 2010. | | 0.30<br>350.00/hr | 105.00 |
| | DKH | Reviewed Certificate of No Objection Regarding the Third Quarterly Application for Compensation of Scarfone Hawkins for Services Rendered and Reimbursement of Expenses as Special Counsel for the Canadian ZAI Claimants for the period July 1, 2010, to September 30, 2010. | | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with dummail@deb.uscourts.gov.  Reviewed receipt for efiling of Certificate of No Objection Regarding the Third Quarterly Application for Compensation of Scarfone Hawkins for Services Rendered and Reimbursement of Expenses as Special Counsel for the Canadian ZAI Claimants for the period July 1, 2010, to September 30, 2010. | | 0.30<br>350.00/hr | 105.00 |
| | DKH | Reviewed Certificate of No Objection Regarding the Third Quarterly Application for Compensation of Lauzon Belanger Lesperance for Services Rendered and Reimbursement of Expenses as Special Counsel for the Canadian ZAI Claimants for the period July 1, 2010, to September 30, 2010. | | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with dummail@deb.uscourts.gov.  Reviewed receipt for efiling of Certificate of No Objection Regarding the Third Quarterly Application for Compensation of Lauzon Belanger Lesperance for Services Rendered and Reimbursement of | | 0.30<br>350.00/hr | 105.00 |

| Canadian ZAI Claimants | | | 1/3/2011 | 17542 | Page 8 |
|---|---|---|---|---|---|
| | | | | Hrs/Rate | Amount |
| | | Expenses as Special Counsel for the Canadian ZAI Claimants for the period July 1, 2010, to September 30, 2010. | | | |
| 12/10/2010 | DKH | E-mail correspondence with Jan Baer concerning follow up on the Canadian claims administrator issue. | | 0.30 350.00/hr | 105.00 |
| | DKH | E-mail correspondence with dummail@deb.uscourts.gov. Retrieved and reviewed Amended Notice of Agenda of Matters Scheduled for Hearing (related document(s)[25869]) Filed by W.R. Grace & Co., et al.. Hearing scheduled for 12/13/2010 at 10:00 AM. | | 0.30 350.00/hr | 105.00 |
| 12/13/2010 | DKH | Attended Omnibus hearing for update on confirmation of plan. | | 1.80 350.00/hr | 630.00 |
| 12/14/2010 | KEH | E-mail correspondence with Parramore, Tracey, at WSFS confirming that wire is in US Dollars. | | 0.10 190.00/hr | 19.00 |
| | KEH | E-mail correspondence with 'tparramore@wsfsbank.com' at WSFS Bank re: wire instructions. | | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with Tracey Parramore at WSFS Bank confirming receipt of instructions and will confirm when wire is sent. | | 0.10 190.00/hr | 19.00 |
| | KEH | E-mail correspondence to/from Tracey Parramore at WSFS confirming transmittal of funds to Scarfone Hawkins. | | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with 'thompson@shlaw.ca';'moloci@shlaw.ca';'Cindy Yates' re: initiated wire to Scarfone Hawkins account in the amount of $12,555.98. This is payment for The Hogan Firms Seventh Monthly Fee Application for the Period September 1, 2010, through September 30, 2010. (80% fees: $12,086.40; and 100% costs: $469.58); Also, request for confirmation of payment for 7th monthly applications. | | 0.30 190.00/hr | 57.00 |
| 12/15/2010 | KEH | Receive and revise invoice for LBL (add Rate and Amount). | | 0.40 190.00/hr | 76.00 |
| | KEH | E-mail correspondence with Careen Hannouche, re: time/expense statement for LBL for the period November 1, through November 30, 2010. | | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with Careen Hannouche confirming that payment was received, re: 7th Monthly Application, from Grace on December 10th in the amount of $1618.62. | | 0.20 190.00/hr | 38.00 |
| | DKH | E-mail correspondence with Careen Hannouche transmitting fee details for LBL for November 2010. Reviewed same. | | 0.40 350.00/hr | 140.00 |

Canadian ZAI Claimants                                                      1/3/2011       17542              Page    9

|            |     |                                                                                                                                                                                                                           | Hrs/Rate         | Amount |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|--------|
| 12/16/2010 | DKH | E-mail correspondence with dummail@deb.uscourts.gov. Reviewed Notice of Location Change for January 10, 2011. Hearings Will now be Held in Pittsburgh, PA.                                                                            | 0.20 350.00/hr   | 70.00  |
|            | DKH | E-mail correspondence with dummail@deb.uscourts.gov. Retrieved and reviewed Notice of Service Notice of Sixth Modification to Joint Plan of Reorganization (related document(s)[20872], [20874], [20877]) Filed by W.R. Grace & Co., et al. | 0.40 350.00/hr   | 140.00 |
| 12/17/2010 | KEH | Telephone call to CourtCall to schedule telephonic appearance for DKHogan; E-mail correspondence with response@courtcall.com confirming registration.                                                                                  | 0.20 190.00/hr   | 38.00  |
|            | DKH | E-mail correspondence with  CourtCall transmitting CONFIRMATION for January 2011 hearing.                                                                                                                                              | 0.30 350.00/hr   | 105.00 |
| 12/20/2010 | DKH | Telephone conference with Judge Fitzgerald and Debtors counsel concerning confirmation order timing and ARMOS.                                                                                                                        | 0.50 350.00/hr   | 175.00 |
|            | DKH | E-mail correspondence from Jan Baer concerning fact that  Judge Fitzgerald would like to have a status call in the Grace case today to discuss status with respect to the Chapter 11 Plan Confirmation decision and the implications of year end. | 0.30 350.00/hr   | 105.00 |
|            | DKH | E-mail correspondence with David Thompson asking me what the odds are that Judge Fitzgerald will issue a Confirmation Order by December 31, 2010.                                                                                      | 0.20 350.00/hr   | 70.00  |
|            | DKH | Telephone conversation with Jan Baer concerning claims administration issue and the call set for later today with Judge Fitzgerald.                                                                                                    | 0.30 350.00/hr   | 105.00 |
|            | DKH | E-mail correspondence with David Thompson, Matt Moloci, Careen Hannouche and Michel Belanger suggesting that we provide full and transparent details to Grace regarding the LBL-Collectiva relationship.                              | 0.30 350.00/hr   | 105.00 |
|            | DKH | E-mail correspondence with 'Janet S. Baer' confirming receipt of her message and informing her that I will be on the call.                                                                                                            | 0.10 350.00/hr   | 35.00  |
|            | DKH | E-mail correspondence with David Thompson, Matt Moloci, Careen Hannouche and Michel Belanger informing them about the teleconference called today by Judge Fitzgerald to inform all interested parties that she will not get the confirmation order entered until sometime in January 2011. | 0.30 350.00/hr   | 105.00 |
|            | DKH | E-mail correspondence with David Thompson about the timing of a teleconference tomorrow.                                                                                                                                              | 0.10 350.00/hr   | 35.00  |

| Canadian ZAI Claimants | | | 1/3/2011 | 17542 | Page 10 |
|---|---|---|---|---|---|
| | | | | Hrs/Rate | Amount |
| 12/21/2010 | GP | Calculations for breakdown of fees for projected categories for The Hogan Firm and Lauzon Belanger's Ninth Monthly Fee Applications. | | 1.20<br>190.00/hr | 228.00 |
| | KEH | Received payment advice from W.R. Grace - review and post to spreadsheet; begin preparation of THF's quarterly application for October 1, 2010 through December 31, 2010 (add payment information). | | 0.90<br>190.00/hr | 171.00 |
| | KEH | Begin preparation of THF's Ninth Monthly Fee Application for the Period November 1, 2010, through November 30, 2010. | | 1.30<br>190.00/hr | 247.00 |
| | KEH | Begin preparation of Lauzon Belanger Lesperance's Ninth Monthly Fee Application for the period November 1, 2010, through November 30, 2010. | | 0.50<br>190.00/hr | 95.00 |
| | KEH | E-mail correspondence with 'Cindy Yates' re: payment for the September 2010 application. Also, request for November time and expense statement. | | 0.20<br>190.00/hr | 38.00 |
| | DKH | Telephone conversation with Jan Baer concerning Minutes of Settlement. | | 0.20<br>350.00/hr | 70.00 |
| | DKH | Telephone conversation with Representative Counsel concerning yesterday's hearing and the confirmation process. | | 0.70<br>350.00/hr | 245.00 |
| | DKH | E-mail correspondence with Careen Hannouche informing me that she is sending a hard copy brochure and original letter from Collectiva in respect of the possible motion seeking appointment of Collectiva as Claims Administrator. | | 0.20<br>350.00/hr | 70.00 |
| 12/22/2010 | KEH | Further preparation of THF's 9th Monthly Fee Application - add category breakdown and exhibits. | | 0.30<br>190.00/hr | 57.00 |
| | KEH | Further preparation of LBL's 9th Monthly Fee Application. | | 0.30<br>190.00/hr | 57.00 |
| | KEH | E-mail correspondence with Daniel Hogan, re: wire received from WRGrace. | | 0.10<br>190.00/hr | 19.00 |
| | DKH | Telephone conference with Canadian Representative Counsel concerning negotiations with Grace. | | 0.50<br>350.00/hr | 175.00 |
| | DKH | Telephone conversation with Jan Baer concerning additional compensation to the Canadian Fund. | | 0.30<br>350.00/hr | 105.00 |
| | DKH | Telephone conversation with David Thompson concerning discussions with Jan Baer. | | 0.30<br>350.00/hr | 105.00 |

| Canadian ZAI Claimants | | | 1/3/2011 | 17542 | Page  11 |
|---|---|---|---|---|---|
| | | | | *Hrs/Rate* | *Amount* |
| 12/22/2010 | DKH | E-mail correspondence with Careen Hannouche outlining the details on the relationship between Collectiva and Lauzon Bélanger Lespérance. | | 0.30 350.00/hr | 105.00 |
| | DKH | Telephone call to leave detailed message for Jan Baer explaining our situation and the need for additional time. | | 0.20 350.00/hr | 70.00 |
| 12/23/2010 | KEH | Multiple telephone calls with WSFS Bank re: WRGrace deposit and wiring of funds to Scarfone Hawkins. | | 0.60 190.00/hr | 114.00 |
| | KEH | Telephone calls to WSFS Bank to wire funds to Scarfone Hawkins - more information needed; Telephone call back from WSFS Bank, need Canadian Swift Code. | | 0.40 190.00/hr | 76.00 |
| | KEH | E-mail correspondence with 'Helen Martin';'Cindy Yates' at Scarfone Hawkins, re: attempt to get funds wired to SH from WSFS account. WSFS needs a Swift Code for Canadian Imperial Bank.  We have a Swift Code for the US Bank of America, however, they said they need it for the Canadian Bank | | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with Cindy Yates re: Swift Codes for wire transfers. | | 0.10 190.00/hr | 19.00 |
| | KEH | E-mail correspondence with WSFS Bank wire department confirming wire transfer to Scarfone Hawkins, Canadian Imperial Bank, for WRG-THF HOLDBACK APR 1- JUN 30. | | 0.20 190.00/hr | 38.00 |
| | DKH | Numerous telephone conversations with Representative Counsel about the Court's request for additional time and issues related to the CCAA proceeding and the need for additional compensation. | | 2.00 350.00/hr | 700.00 |
| | DKH | E-mail correspondence with Matt Moloci following up regarding teleconferences David and I had with Orestes Pasparakis. | | 0.20 350.00/hr | 70.00 |
| | DKH | E-mail correspondence with Matt Moloci and Careen Hannouche to capture the dynamics of the current situation. | | 0.20 350.00/hr | 70.00 |
| | DKH | E-mail correspondence from David Thompson regarding his take on the issues of the current situation. | | 0.10 350.00/hr | 35.00 |
| | DKH | E-mail correspondence from Careen Hannouche regarding the request for another extension and what we should receive some in the form of compensation. | | 0.20 350.00/hr | 70.00 |
| | DKH | E-mail correspondence with dummail@deb.uscourts.gov.  Retrieved and reviewed Certification of Counsel Regarding Agreed Amendment to Section 3.1.9 of the Joint Plan Filed by W.R. Grace & Co., et al. | | 0.30 350.00/hr | 105.00 |

| Canadian ZAI Claimants | | | 1/3/2011 | 17542 | Page  12 |
|---|---|---|---|---|---|
| | | | | _Hrs/Rate_ | _Amount_ |
| 12/24/2010 | DKH | E-mail correspondence from Jan Baer checking in to see if I had any news from the folks in Canada re the Grace matter. | | 0.20<br>350.00/hr | 70.00 |
| | DKH | Telephone call to Jan Baer regarding news from the folks in Canada re the Grace matter. | | 0.10<br>350.00/hr | 35.00 |
| | DKH | E-mail correspondence with David Thompson and Matt Moloci regarding communication from Jan Baer. | | 0.10<br>350.00/hr | 35.00 |
| 12/26/2010 | DKH | E-mail correspondence with David Thompson and Matt Moloci requesting an update on the situation. | | 0.10<br>350.00/hr | 35.00 |
| 12/27/2010 | DKH | Telephone conversation with Matt Moloci concerning request made by Judge Fitzgerald and our request for additional compensation. | | 0.50<br>350.00/hr | 175.00 |
| | DKH | E-mail correspondence with Matt Moloci articulating their position that Grace must pay (or better stated, the Plan must provide) some additional amount of money in exchange for the requested extension. | | 0.30<br>350.00/hr | 105.00 |
| | DKH | Telephone conversation with Jan Bear and John Donnelly concerning AMROS. | | 0.50<br>350.00/hr | 175.00 |
| | DKH | Teleconference with David Thompson and Matt Moloci concerning conversation with Jan Bear and John Donnelly. | | 0.50<br>350.00/hr | 175.00 |
| 12/28/2010 | DKH | E-mail correspondence with Matt Moloci concerning propose wording for the changes to the claims administration and distribution protocol in the Amended and Restated Minutes of Settlement. | | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with Jan Baer transmitting a letter outlining our | | 0.40<br>350.00/hr | 140.00 |
| | | agreement regarding the extension of the term of the Canadian Minutes.  Reviewed same. | | | |
| | DKH | E-mail correspondence with Matt Moloci and David Thompson transmitting letter outlining our agreement regarding the extension of the term of the Canadian Minutes. | | 0.20<br>350.00/hr | 70.00 |
| | DKH | Teleconference with Matt Moloci concerning letter outlining our agreement regarding the extension of the term of the Canadian Minutes, | | 0.40<br>350.00/hr | 140.00 |
| | DKH | E-mail correspondence with Matt Moloci concerning the proposed changes to the claims administration process. | | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with 'Janet S. Baer' transmitting the executed letter agreement regarding the extension of the term of the Canadian Minutes. | | 0.20<br>350.00/hr | 70.00 |

Canadian ZAI Claimants　　　　　　　　　　　　　　　　　　　1/3/2011　　　17542　　　Page 13

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/28/2010 | DKH | E-mail correspondence from Jan Baer concerning fact that she is drafting the pleading to evidence the changes to our agreement. | 0.20<br>350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with Matt Moloci concerning the timing of receipt of the draft or term sheet. | 0.10<br>350.00/hr | 35.00 |
|  | DKH | E-mail correspondence from Jan Baer requesting that I call to discuss the Grace Canada agreement and procedural issues. Orestes thinks they need to file something in Canada re the procedural changes and the additional consideration. | 0.20<br>350.00/hr | 70.00 |
| 12/29/2010 | KEH | Review Docket; Prepare CNO for the Eighth Monthly Application of The Hogan Firm for the period October 1, 2010, through October 31, 2010. | 0.30<br>190.00/hr | 57.00 |
|  | KEH | Review Docket; Prepare CNO for the Eighth Monthly Application of Scarfone Hawkins for the period October 1, 2010, through October 31, 2010. | 0.30<br>190.00/hr | 57.00 |
|  | KEH | Review Docket; Prepare CNO for the Eighth Monthly Application of LBL for the period October 1, 2010, through October 31, 2010. | 0.30<br>190.00/hr | 57.00 |
|  | KEH | E-mail correspondence with 'Cindy Yates', re: request for November time/expense statement for Scarfone Hawkins. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with 'jluckey@ikon.com';'DL-Wilmington Fax' re: service of three certificates of no objection, The Hogan Firm, Scarfone Hawkins, and Lauzon Belanger Lesperance, as indicated on service list.  Billing reference CNOs-8th Monthly | 0.20<br>190.00/hr | 38.00 |
|  | KEH | E-mail correspondence from/to James Luckey at IKON, question regarding service of CNOs. | 0.20<br>190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly Time/Expense Summary for November, 2010; attach to brad page and print for review. | 0.30<br>190.00/hr | 57.00 |
|  | KEH | Begin preparation of Scarfone Hawkins' Ninth Monthly Fee Application for the Period November 1, 2010, through November 30, 2010. | 1.10<br>190.00/hr | 209.00 |
|  | KEH | E-file CNO for the Eighth Monthly Application of The Hogan Firm for the period October 1, 2010, through October 31, 2010. | 0.20<br>190.00/hr | 38.00 |
|  | KEH | E-file CNO for the Eighth Monthly Application of Scarfone Hawkins for the period October 1, 2010, through October 31, 2010. | 0.20<br>190.00/hr | 38.00 |
|  | KEH | E-file CNO for the Eighth Monthly Application of LBL for the period October 1, 2010, through October 31, 2010. | 0.20<br>190.00/hr | 38.00 |

| Canadian ZAI Claimants | | | 1/3/2011 | 17542 | Page 14 |
|---|---|---|---|---|---|
| | | | | *Hrs/Rate* | *Amount* |
| 12/29/2010 | DKH | E-mail correspondence with Matt Moloci about latest request from Jan Baer. | | 0.20<br>350.00/hr | 70.00 |
| | DKH | Telephone conversation with Jan Baer concerning the Grace Canada agreement and procedural issues. | | 0.30<br>350.00/hr | 105.00 |
| | DKH | Reviewed Certificate of No Objection (No Order Required) Regarding the Eighth Monthly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants for the Period October 1, 2010, to October 31, 2010. | | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with dummail@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Eighth Monthly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants for the Period October 1, 2010, to October 31, 2010. | | 0.30<br>350.00/hr | 105.00 |
| | DKH | Reviewed Certificate of No Objection (No Order Required) Regarding the Eighth Monthly Application of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the Period October 1, 2010, to October 31, 2010. | | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with dummail@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Eighth Monthly Application of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the Period October 1, 2010, to October 31, 2010. | | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence from Matt Moloci regarding fact that he has spoken with Orestes and had a further teleconference with Orestes and Jan Baer. In brief, we're all on the same page at the moment and nothing further needs to be done before December 31st, 2010. | | 0.20<br>350.00/hr | 70.00 |
| | DKH | E-mail correspondence from matt Moloci concerning how our deal may affect the Crown's interest. | | 0.10<br>350.00/hr | 35.00 |
| | DKH | Reviewed Certificate of No Objection (No Order Required) Regarding the Eighth Monthly Application of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the Period October 1, 2010, to October 31, 2010. | | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with dummail@deb.uscourts.gov. Reviewed receipt for efiling Certificate of No Objection (No Order Required) Regarding the Eighth Monthly Application of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the Period October 1, 2010, to October 31, 2010. | | 0.30<br>350.00/hr | 105.00 |

Case 01-01139-AMC    Doc 26131-1    Filed 01/28/11    Page 15 of 17

| | | | | |
|---|---|---|---|---|
| Canadian ZAI Claimants | | 1/3/2011 | 17542 | Page   15 |

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 12/30/2010 | KEH | E-mail correspondence from Cindy Yates, re: receipt September application payment. | | 0.10 190.00/hr | 19.00 |
| | KEH | E-mail correspondence with 'Cindy Yates' re: clarification of payment for September fee application of Scarfone Hawkins. | | 0.10 190.00/hr | 19.00 |
| | KEH | E-mail correspondence with Cindy Yates transmitting payment information for payment of Scarfone Hawkins' September fee application. | | 0.10 190.00/hr | 19.00 |
| | **For professional services rendered** | | | 58.00 | **$15,868.00** |
| | **Additional Charges :** | | | | |
| 12/1/2010 | IKON Office Solutions- CNO's 7th Monthly | | | | 77.35 |
| 12/6/2010 | IKON Office Solutions- 8th Monthly Apps THF, SH, LBL | | | | 21.25 |
| 12/10/2010 | IKON Office Solutions- CNO 3rd Quarter | | | | 188.73 |
| 12/29/2010 | IKON Office Solutions- 8th Monthly CNOs | | | | 75.45 |
| 12/30/2010 | Photocopies (162 @ .10) | | | | 16.20 |
| | **Total additional charges** | | | | **$378.98** |
| | **Total amount of this bill** | | | | **$16,246.98** |
| | **Previous balance** | | | | **$14,468.72** |
| | **Accounts receivable transactions** | | | | |
| 12/13/2010 | Payment - Thank You. Check No. 983 3886 | | | | ($14,468.72) |
| 12/31/2010 | Credit - 11/18/2010 - IKON Office Solutions 3rd Quarterly Appls - Billed twice | | | | ($1,690.37) |
| | **Total payments and adjustments** | | | | **($16,159.09)** |
| | **Balance due** | | | | **$14,556.61** |

*****TERMS: PAYMENT DUE UPON RECEIPT*****

INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH

Canadian ZAI Claimants                                          1/3/2011        17542            Page   16

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Daniel K. Hogan | 30.30 | 350.00 | $10,605.00 |
| Gabrielle Palagruto | 3.90 | 190.00 | $741.00 |
| Karen E. Harvey | 23.80 | 190.00 | $4,522.00 |