# EXHIBIT A

W.R. GRACE & CO., et al.  
CDN ZAI CLASS ACTION

U.S. FEE APPLICATION  
DATE:  
December 31, 2010  
OUR FILE NO: 05L121

# Scarfone Hawkins LLP
BARRISTERS AND SOLICITORS

ONE JAMES STREET SOUTH  
14TH FLOOR  
P.O. BOX 926, DEPOT #1  
HAMILTON, ONTARIO  
L8N 3P9

TELEPHONE  
905-523-1333

TELEFAX  
905-523-5878

H.S.T. REGISTRATION NO. **873984314 RT – 0001**

**CANADIAN ZAI MONTHLY FEE APPLICATION**  
**(December 1, 2010 – December 31, 2010)**

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 12 /01/10 | *Emails from Karen Harvey and Cindy Yates regarding November time and disbursement summary* | MGM | $375.00 | 0.10 | $37.50 |
| 12 /01/10 | *Email report from Dan Hogan regarding communications with Grace U.S. counsel concerning proposed application for appointment of claims administrator; review* | MGM | $375.00 | 0.10 | $37.50 |
| 12 /02/10 | *receipt Dan Hogan email and email response to Dan Hogan re: Claims Administrator appointment* | DT | $475.00 | 0.10 | $47.50 |
| 12 /02/10 | *emails to and from Careen Hannouche re: Collectiva and appointment as claims administrator* | DT | $475.00 | 0.25 | $118.75 |
| 12 /02/10 | *emails to and from Karen Harvey, amend and revise account, discuss and review with Cindy Yates* | DT | $475.00 | 0.25 | $118.75 |
| 12 /02/10 | *Email from Careen Hannouche regarding application to appoint Collectiva as claims administrator and proposed response to Dan Hogan's inquiries; review and consider issues; email reply from David Thompson to Careen Hannouche with comments; further email from David Thompson to Dan Hogan with comments regarding application for appointment of Collectiva as claims administrator; review; email reply to all counsel with comments* | MGM | $375.00 | 0.40 | $150.00 |
| 12 /02/10 | *Email from Cindy Yates to Karen Harvey with attached October, 2010 fee application of Scarfone Hawkins; review; email reply from Karen Harvey* | MGM | $375.00 | 0.10 | $37.50 |
| 12 /03/10 | *receipt Dan Hogan email, receipt Careen Hannouche email both re: Collectiva as claims administrator, letter to Dan Hogan providing information and brochure* | DT | $475.00 | 0.35 | $166.25 |
| 12 /03/10 | *receipt Fee Application (8th Monthly) Special Counsel, review same, review certification of counsel, execute same, receipt and review Dan Hogan and Lauzon Belanger* | DT | $475.00 | 0.50 | $237.50 |

| | | | | | |
|---|---|---|---|---|---|
| | *Special Counsel applications, discuss with Cindy Yates* | | | | |
| 12 /03/10 | *Email from Careen Hannouche to Dan Hogan regarding application for appointment of Collectiva as claims administrator in follow-up to prior emails and comments; review; email reply from Dan Hogan* | MGM | $375.00 | 0.20 | $75.00 |
| 12 /03/10 | *Email from Karen Harvey with attached draft 8th Monthly Fee Application (October, 2010) for SH; review; further email from Harvey with attached 8th Monthly Fee Application of The Hogan Firm; review; further email from Harvey with final version of 8th Monthly Fee Applications of SH and LBL; further emails from Harvey filing fee applications; review all* | MGM | $375.00 | 0.20 | $75.00 |
| 12 /06/10 | *receipt of and respond to class member inquiries* | DT | $475.00 | 0.25 | $118.75 |
| 12 /06/10 | *Email from David Thompson to Dan Hogan regarding Collectiva information and materials; email reply from Hogan* | MGM | $375.00 | 0.10 | $37.50 |
| 12 /07/10 | *Email from Careen Hannouche to Dan Hogan regarding Collectiva information and materials* | MGM | $375.00 | 0.10 | $37.50 |
| 12 /10/10 | *receipt of and respond to class member inquiries* | DT | $475.00 | 0.25 | $118.75 |
| 12 /10/10 | *Emails from Karen Harvey with attached 3rd Quarterly Applications; review* | MGM | $375.00 | 0.20 | $75.00 |
| 12 /13/10 | *receipt and respond to class member inquiries* | DT | $475.00 | 0.25 | $118.75 |
| 12 /13/10 | *follow-ups re: account for year-end and GST adjustment* | DT | $475.00 | 0.25 | $118.75 |
| 12 /13/10 | *Emails from and to Cindy Yates and Sue McCormick regarding account rendered and resolving Goods and Services Tax issues; conferences with Yates and David Thompson* | MGM | $375.00 | 0.30 | $112.50 |
| 12 /14/10 | *emails to and from Karen Harvey with respect to wire transfer re: The Hogan Firm's Seventh Monthly Fee Application for the Period September 1, 2010, through September 30, 2010* | DT | $475.00 | 0.10 | $47.50 |
| 12 /14/10 | *class member follow-ups - respond to inquiries* | DT | $475.00 | 0.25 | $118.75 |
| 12 /14/10 | *Email from Karen Harvey regarding wire transfer and part payment of September Fee Applications; email reply from David Thompson* | MGM | $375.00 | 0.10 | $37.50 |
| 12 /16/10 | *memos to and from Cindy Yates, receipt wire transfer of money from The Hogan Firm, email to Careen Hannouche re: wire transfer of money, discuss with Matt Moloci re: December 31st deadline* | DT | $475.00 | 0.35 | $166.25 |
| 12 /16/10 | *Letter from Anna Vetere of Collectiva forwarding original promotional brochure* | MGM | $375.00 | 0.10 | $37.50 |
| 12 /16/10 | *Emails from Cindy Yates confirming payments from Grace* | MGM | $375.00 | 0.10 | $37.50 |
| 12 /17/10 | *receipt Careen Hannouche email re: receipt of wire transfer money* | DT | $475.00 | 0.10 | $47.50 |
| 12 /17/10 | *Email from David Thompson concerning December 31st deadline under Amended Minutes of Settlement and* | MGM | $375.00 | 0.10 | $37.50 |

Case 01-01139-AMC    Doc 26132-1    Filed 01/28/11    Page 4 of 7

3

| Date | Description | Atty | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | *possible discussions with Grace counsel* | | | | |
| 12 /20/10 | *memos to and from Matt Moloci, follow-up email to Dan Hogan* | DT | $475.00 | 0.25 | $118.75 |
| 12 /20/10 | *email to Dan Hogan re: status of plan confirmation order* | DT | $475.00 | 0.25 | $118.75 |
| 12 /20/10 | *Email to David Thompson regarding possible expiry of Amended Minutes of Settlement and follow-up with Grace counsel; email from Thompson to Dan Hogan regarding issue of expiry of Amended Minutes of Settlement; email reply from Dan Hogan with update regarding possible appointment of Collective as CDN ZAI claims administrator and possible expiry of settlement; review; further emails from Thompson and Hogan; further report from Dan Hogan in follow-up to case conference with Judge Fitzgerald; email from and to Thompson and Hogan regarding proposed teleconference in follow-up* | MGM | $375.00 | 0.40 | $150.00 |
| 12 /21/10 | *memos to and from Dan Hogan re: status of order, emails to and from Careen Hannouche and Dan Hogan re: telephone conference call discuss status of order* | DT | $475.00 | 0.25 | $118.75 |
| 12 /21/10 | *telephone conference call - Dan Hogan, Careen Hannouche, Michel Belanger, David Thompson and Matt Moloci re: Plan Confirmation issues and December 31st expiry of Amended and Restated Minutes of Settlement* | DT | $475.00 | 0.60 | $285.00 |
| 12 /21/10 | *Emails from and to counsel; conference wit David Thompson, teleconference with Dan Hogan, Thompson, Michel Belanger and Careen Hannouche; receive Hogan's report regarding teleconference among Judge Fitzgerald and counsel regarding delay in decision concerning proposed Plan of Re-organization; discuss implications on Canadian ZAI Settlement and possible extension of settlement terms* | MGM | $375.00 | 0.80 | $300.00 |
| 12 /21/10 | *Email from Cindy Yates to Karen Harvey confirming receipt of September, 2010, fee application payment; reply from Harvey* | MGM | $375.00 | 0.10 | $37.50 |
| 12 /22/10 | *receipt Careen Hannouche email re: Collectiva parties and receipt Dan Hogan email re: call to Jan Baer* | DT | $475.00 | 0.10 | $47.50 |
| 12 /22/10 | *telephone to Orestes Pasparakis, telephone to Dan Hogan, review and discuss with MGM, etc., re: extension of Amended and Restated Minutes of Settlement* | DT | $475.00 | 1.50 | $712.50 |
| 12 /22/10 | *further follow-up with Dan Hogan, telephone message to Careen Hannouche, memo to file, options, etc., re: Amended and Restated Minutes of Settlement* | DT | $475.00 | 0.50 | $237.50 |
| 12 /22/10 | *memo to MGM re: telephone call to Dan Hogan re: telephone to Jan Baer* | DT | $475.00 | 0.10 | $47.50 |
| 12 /22/10 | *Emails from and to Orestes Pasparakis in follow-up to Justice Fitzgerald's conference call with counsel and Grace's request for an extension of time to terms of Canadian ZAI Settlement; conference with David Thompson; teleconference with Pasparakis and Thompson; teleconference with Dan Hogan; further conference with Thompson regarding follow-up by Jan Baer with Dan Hogan* | MGM | $375.00 | 1.60 | $600.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 12/22/10 | Email from Careen Hannouche to Dan Hogan with particulars concerning Collectiva in support of application for appointment as claims administrator; review; email reply from Hogan to Hannouche; review | MGM | $375.00 | 0.30 | $112.50 |
| 12/23/10 | receipt MGM memo, receipt Dan Hogan email, all re: status of negotiations for extension, email to Dan Hogan, memo to MGM | DT | $475.00 | 0.35 | $166.25 |
| 12/23/10 | receipt of and respond to various class member inquiries re: status of settlement | DT | $475.00 | 0.25 | $118.75 |
| 12/23/10 | receipt Careen Hannouche email, memo to file, discuss with MGM re: extension of December 31st deadline in Amended and Restated Minutes of Settlement | DT | $475.00 | 0.35 | $166.25 |
| 12/23/10 | Emails from and to Careen Hannouche, Dan Hogan and David Thompson regarding possible further amendment to settlement; conferences with Thompson | MGM | $375.00 | 0.50 | $187.50 |
| 12/23/10 | Emails from Cindy Yates and Karen Harvey regarding bank wire and issues regarding payments from fee applications; email from David Thompson | MGM | $375.00 | 0.10 | $37.50 |
| 12/24/10 | Email from Dan Hogan forwarding email from Jan Baer regarding possible extension of CDN ZAI settlement; review; conference with David Thompson; email reply from Thompson to Hogan | MGM | $375.00 | 0.20 | $75.00 |
| 12/27/10 | Emails from and to Dan Hogan and David Thompson regarding Grace request for an extension to the Amended and Restated Minutes of Settlement; several teleconferences with Dan Hogan regarding discussions with Grace U.S. counsel and proposed terms of an extension of the CDN ZAI Amended and Restated Minutes of Settlement; further emails to and from David Thompson and Dan Hogan | MGM | $375.00 | 1.60 | $600.00 |
| 12/27/10 | Email inquiry from CDN ZAI PD claimant Tim Kwiatkowski | MGM | $375.00 | 0.10 | $37.50 |
| 12/28/10 | Email to Dan Hogan regarding extension of Amended and Restated Minutes of Settlement and further terms concerning claims administration and distribution protocol; email from David Thompson confirming views and position; teleconference with Hogan; further email to Thompson regarding website postings of CDN ZAI settlement and update regarding extension and other issues; further email from Hogan with attached letter from Jan Baer setting out terms of extension; reply to Hogan; email from Hogan to Baer with attached letter agreement to terms of settlement extension; further emails from and to Hogan and Baer regarding draft term sheet and possible changes to CDN ZAI claims administration process | MGM | $375.00 | 1.30 | $487.50 |
| 12/28/10 | Email reply to inquiry from CDN ZAI PD claimant Tim Kwiatkowski | MGM | $375.00 | 0.20 | $75.00 |
| 12/29/10 | discussions with Matt Moloci, various and numerous emails to and from Dan Hogan, emails to Careen Hannouche, discuss and follow-up re: extension to Amended and Restated Minutes of Settlement, memo to Cindy Yates with respect to update of website, memos to and from Matt Moloci | DT | $475.00 | 1.50 | $712.50 |
| 12/29/10 | discuss and review with Matt Moloci re: amendment to plan distribution process and settlement administration, memo to | DT | $475.00 | 1.00 | $475.00 |

| | | | | | |
|---|---|---|---|---|---|
| | *file, email to Careen Hannouche to suggest telephone conference, receipt Jan Baer email, Orestes Pasparakis email, Jacqueline Dais Visca emails, etc., all with respect to extension to Amended and Restated Minutes of Settlement* | | | | |
| 12/29/10 | *Teleconference with Orestes Pasparakis regarding terms of extension of termination provision of Amended and Restated Minutes of Settlement concerning CDN ZAI claims; teleconference with Pasparakis and Baer; email from Dan Hogan forwarding email inquiry from Jan Baer regarding CCAA procedure and amended minutes of settlement;; email report to Hogan, Thompson, Michel Belanger and Careen Hannouche; multiple emails to and from Pasparakis, Thompson, Hogan and Hannouche* | MGM | $375.00 | 1.50 | $562.50 |
| 12/29/10 | *Emails to and from David Thompson regarding website postings and update regarding Amended and Restated Minutes of Settlement, expiry and extension* | MGM | $375.00 | 0.20 | $75.00 |
| 12/29/10 | *Email from Karen Harvey to Cindy Yates requesting November 2010 time and expense statement; email to Yates; email from Yates to Harvey with attached November monthly fee application of Scarfone Hawkins; review* | MGM | $375.00 | 0.20 | $75.00 |
| 12/29/10 | *Email from Karen Harvey with attached Certificates of No Objection regarding 8th Monthly Fee Applications; review* | MGM | $375.00 | 0.10 | $37.50 |
| 12/30/10 | *review Amended and Restated Minutes of Settlement, memo to file re: suggested revisions to Administration protocol, memo to Matt Moloci, receipt Careen Hannouche email* | DT | $475.00 | 0.75 | $356.25 |
| 12/30/10 | *update website content to deal with extension of deadline in Amended and Restated Minutes of Settlement, memos to and from Cindy Yates, memo to file, prepare updated content, memo to Matt Moloci* | DT | $475.00 | 0.50 | $237.50 |
| 12/30/10 | *receipt of and respond to various class member inquiries re: December 31 deadline, memos to Matt Moloci re: updates website content* | DT | $475.00 | 0.25 | $118.75 |
| 12/30/10 | *receipt Careen Hannouche email re: conference call and memo to Matt Moloci, email to Careen Hannouche re: amendments to Amended and Restated Minutes of Settlement* | DT | $475.00 | 0.25 | $118.75 |
| 12/30/10 | *Email from Careen Hannouche scheduling teleconference to discuss amendments to minutes of settlement* | MGM | $375.00 | 0.10 | $37.50 |
| 12/31/10 | *prepare for telephone conference call with Michel Belanger and Careen Hannouche, review Amended and Restated Minutes of Settlement and memo to file* | DT | $475.00 | 0.25 | $118.75 |
| 12/31/10 | *telephone conference call between David Thompson, Matt Moloci, Michel Belanger and Careen Hannouche re: extension of terms of Amended and Restated Minutes of Settlement and possible changes/amendments to structure of claims administration and distribution protocol* | DT | $475.00 | 1.00 | $475.00 |
| 12/31/10 | *letter to Jan Baer, Orestes Pasparakis, Dan Hogan, Michel Belanger and Careen Hannouche, etc., re: no amendments to claim administration protocol at this time* | DT | $475.00 | 0.10 | $47.50 |
| 12/31/10 | *Teleconference with David Thompson, Michel Belanger and Careen Hannouche regarding possible changes to CDN ZAI claims administration and distribution protocol; review and consider issues; further conference with Thompson* | MGM | $375.00 | 1.00 | $375.00 |

| 12/31/10 | review dockets for period December 1, 2010 to December 31, 2010, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson and Matt Moloci, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosed monthly fee application for the period December 1, 2010 to December 31, 2010 | LC | $90.00 | 5.00 | $450.00 |
|---|---|---|---|---|---|
| | | | **SUB-TOTAL** | **30.85** | **$11,478.75** |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON | DT | 13.35 | $475.00 | $6,341.25 | $824.36 |
| MATTHEW G. MOLOCI | MGM | 12.50 | $375.00 | $4,687.50 | $609.38 |
| LAW CLERK Cindy Yates 25 years | CY | 5.00 | $90.00 | $450.00 | $58.50 |
| **SUB-TOTAL:** | | 30.85 | | $11,478.75 | $1,492.24 |
| **TOTAL FEES AND TAXES:** | | | | | $12,970.99 |

**DISBURSEMENTS SUMMARY**

| DATE | DISBURSEMENT | H.S.T EXEMPT | H.S.T NON-EXEMPT | PLUS 13% H.S.T | TOTAL |
|---|---|---|---|---|---|
| 12/01/10 12/31/10 | Long Distance Calls – Various calls from December 1, 2010 through to December 31, 2010 | | $18.86 | $2.45 | $21.31 |
| **TOTAL DISBURSEMENTS:** | | | $18.86 | $2.45 | $21.31 |
| **TOTAL FEES, DISBURSEMENTS AND APPLICABLE TAXES:** | | | | | $12,992.30 |

THIS IS OUR FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.


**\*Del. Bankr. LR 2016-2(e)(iii) allows for $.10 per page for photocopies.**

\*\* HST of 13% came into effect July 1, 2010 replacing GST of 5%