# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
AVOCATS • ATTORNEYS

January 19, 2011

RE :   W.R. GRACE & CO., and al.
       U.S. FEE APPLICATION
       CDN ZAI CLASS ACTION
       Our file:  222

**CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION**
(December 1st 2010 to December 31st 2010)

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**Our fees :**

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2010-12-01 | CH | Review of email from Daniel Hogan re: exchange with Jan Baer on appointment of Collectiva; | 0.17 | 285.00 | 48.45 |
| 2010-12-02 | CH | Email to Mr. Thompson and Moloci re: Mr. Hogan's email about Collectiva and claims administration; | 0.25 | 285.00 | 71.25 |
| 2010-12-02 | MB | Review of email from Mr. Thompson, Moloci and Careen Hannouche re: Collectiva; | 0.25 | 350.00 | 87.50 |
| 2010-12-02 | MB | Meeting with Ms. Hannouche (Collectiva promotional material and letter to Dan Hogan); | 0.50 | 350.00 | 175.00 |
| 2010-12-02 | CH | Meeting with Mr. Bélanger (Collectiva material and letter to Daniel Hogan); | 0.50 | 285.00 | 142.50 |
| 2010-12-03 | CH | Email to Cindy Yates re: bank charge on wire transfer of November; | 0.08 | 285.00 | 22.80 |
| 2010-12-03 | CH | Email to Mr. Hogan re: Collectiva /claims administration; | 0.25 | 285.00 | 71.25 |
| 2010-12-03 | CH | Review of the 8th monthly application for compensation prepared by Karen Harvey, signature of the certification and response to Karen Harvey; | 0.42 | 285.00 | 119.70 |
| 2010-12-03 | MB | Review of emails from Ms. Hannouche and Dan Hogan re: Collectiva promotional material; | 0.25 | 350.00 | 87.50 |
| 2010-12-06 | CH | Telephone conversation with class members; | 1.50 | 285.00 | 427.50 |
| 2010-12-08 | CH | Email to David Thompson re: portion of Daniel Hogan's fees for the month of November; | 0.25 | 285.00 | 71.25 |
| 2010-12-14 | CH | Review of fee details for November 2010; | 0.42 | 285.00 | 119.70 |
| 2010-12-15 | CH | Email to Karen Harvey re: fee details November 2010; | 0.08 | 285.00 | 22.80 |
| 2010-12-15 | CH | Email to class members; | 0.50 | 285.00 | 142.50 |
| 2010-12-20 | CH | Review of email exchange between Daniel Hogan and David Thompson and Matt Moloci re: Justice Fitzgerald and confirmation order timing; | 0.25 | 285.00 | 71.25 |

| Date | Lawyer | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2010-12-20 | MB | Telephone conversation with class members (returned calls); | 1.25 | 350.00 | 437.50 |
| 2010-12-21 | CH | Email to Dan Hogan, David Thompson and Matt Moloci re: conference call; | 0.08 | 285.00 | 22.80 |
| 2010-12-21 | CH | Conference call with Daniel Hogan, Matt Moloci, David Thompson and Michel Bélanger re: confirmation order and Amended and Restated Minutes of Settlement and appointment of Collectiva; | 0.58 | 285.00 | 165.30 |
| 2010-12-21 | MB | Conference call with Daniel Hogan, Matt Moloci, David Thompson and Careen Hannouche re: confirmation order and appointment of Collectiva; | 0.58 | 350.00 | 203.00 |
| 2010-12-21 | CH | Email to Dan Hogan re: relationship between Collectiva and Lauzon Bélanger Lespérance; | 0.33 | 285.00 | 94.05 |
| 2010-12-21 | MB | Review of emails from Mr. Hogan and David Thompson re: Collectiva and confirmation order; | 0.50 | 350.00 | 175.00 |
| 2010-12-21 | MB | Drafting of a response re: Collectiva; | 0.65 | 350.00 | 227.50 |
| 2010-12-23 | CH | Email to Daniel Hogan, Matt Moloci, David Thompson and Michel Bélanger re: extension plan approval; | 0.25 | 285.00 | 71.25 |
| 2010-12-31 | CH | Conference call with Mr. Thompson, Mr. Moloci and Mr. Bélanger re: amendment to Amended and Restated Minutes of Settlement; | 1.00 | 285.00 | 285.00 |
| 2010-12-31 | MB | Conference call with Mr. Hogan, Thompson, Moloci and Ms. Hannouche re: amendment to Minutes of Settlement and Crown issue; | 1.00 | 350.00 | 350.00 |
| | | **OUR FEES :** | **11.89** | | **$ 3,712.35** |

TIME SUMMARY BY LAWYER

| | | | |
|---|---|---|---|
| MB | 350.00 | 4.98 | 1,743.00 |
| CH | 285.00 | 6.91 | 1,969.35 |

**DISBURSEMENTS**

Photocopies (6 X .10¢)     .60

**TOTAL DISBURSEMENTS**     .60

**TOTAL FEES AND DISBURSEMENTS**     $ 3,712.95

Total G.S.T.     185.65
Total Q.S.T.     331.38

**TOTAL**     $ 4,229.98

\# G.S.T.  814682340 RT 0001
\# Q.S.T.  1211542736 TQ 0001