# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| IN RE: | |
|---|---|
| ACandS, Inc. | Case No.: 02-12687 |
| Armstrong World Industries, Inc. | Case No.: 00-4471 |
| Combustion Engineering, Inc. | Case No.: 03-10495 |
| The Flintkote Company | Case No.: 04-11300 |
| Kaiser Aluminum Corp. | Case No.: 02-10429 |
| Owens Corning | Case No.: 00-3837 |
| US Mineral Products Company | Case No.: 01-2471 |
| USG Corp. | Case No.: 01-2094 |
| W.R. Grace & Co. | Case No.: 01-1139 |
| Debtors. | |

**NOTICE OF SERVICE OF (I) MOTION OF GARLOCK SEALING TECHNOLOGIES LLC FOR ORDERS AUTHORIZING ACCESS TO 2019 STATEMENTS FILED IN THIS COURT AND FOR RELATED RELIEF AND (II) MOTION OF GARLOCK SEALING TECHNOLOGIES LLC FOR ENTRY OF AN ORDER LIMITING NOTICE OF THE MOTION OF GARLOCK SEALING TECHNOLOGIES LLC FOR ORDER AUTHORIZING ACCESS TO 2019 STATEMENTS FILED IN THIS COURT**

The undersigned hereby certifies that on January 14, 2011, full copies of the following were served by first class mail, postage prepaid upon the law firms and other parties on the service list attached hereto as **Exhibit 1**:

- Motion of Garlock Sealing Technologies LLC for Orders Authorizing Access to 2019 Statements Filed in this Court and for Related Relief (filed 1/10/11);

- Notice of Hearing and Response Deadline for Motion of Garlock Sealing Technologies LLC for Orders Authorizing Access to 2019 Statements Filed in this Court and for Related Relief (filed 1/10/11); and

- [Proposed] Order Granting Motion of Garlock Sealing Technologies LLC for Orders Authorizing Access to 2019 Statements Filed in this Court and for Related Relief.

      In addition, as set out in the Affidavit of Elizabeth Barry Regarding Service of Notice of Motion of Garlock Sealing Technologies LLC for Orders Authorizing Access to 2019 Statements Filed in this Court and for Related Relief (attached hereto as **Exhibit 2**), a copy of the Notice of Motion of Garlock Sealing Technologies LLC for Orders Authorizing Access to 2019 Statements Filed in this Court and for Related Relief (attached as **Exhibit A** to Exhibit 2) was served on the parties listed on **Exhibit B** to Exhibit 2 on January 14, 2011 by first class mail, postage prepaid, which are all the parties on the 2002 Service Lists for the cases indicated on Exhibit B.

Dated: January 28, 2011

By /s/ Richard C. Worf, Jr.
Garland S. Cassada
Richard C. Worf, Jr.
ROBINSON, BRADSHAW & HINSON
101 North Tryon Street, Suite 1900
Charlotte, NC 28246
Tel: 704-377-8317
Fax: 704-373-3917

-and-

MORRIS, NICHOLS, ARSHT & TUNNELL LP

Gregory W. Werkheiser
DE Bar No. 3553
Matthew B. Harvey
DE Bar No. 5186
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Tel: 302-658-9200
Fax: 302-658-3989