# EXHIBIT 1

Ambrose & Dennis
130 W Second Street, Suite 999
Dayton, OH  45504

Antonio D. Pyle, P.C.
227 Upper Baird Road
Stowe, VT  05672

Archer & Greiner, PC
1300 North Market St., Suite 700
Wilmington, DE  19801

Asbestos Associates
P.O. Box 2079
Hattiesburg, MS  39403

Asbestos Processing, LLC
500 Central Avenue
Laurel, MS  39440

Ashcraft & Gerel, LLP
10 E. Baltimore St., Suite 1212
Baltimore, MD  21202

Baggett, McCall, Burgess, Watson & Gaughan
3006 County Club Road
Lake Charles, LA  70605

Baldwin & Baldwin, LLP
400 W. Houston Street
Marshall, TX  75671

Ballard Spahr Andrews & Ingersoll
919 Market Street, 12th Floor
Wilmington, DE  19801

Barlow Garsek & Simon LLP
3815 Lisbon Street
Fort Worth, TX  76107

Baron & Budd
The Centrium-Suite 1000
3102 Oak Lawn Avenue

Dallas, TX 75219

Barton and Williams
18702-A Crestwood Drive
Hagerstown MD 21742

Bevan & Associates
10360 Northfield Road
Northfield, OH 44067

Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, LLP
1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131-3456

Bingham McCutchen LLP
One State Street
Hartford, CT 06103

Booth & McCarthy
901 West Main Street, Suite 201
Bridgeport, WV 26330

Brayton & Purcell
621 SW Morrison Street, Suite 950
Portland, OR 97205

Brent Coon & Associates
917 Franklin Street, Suite 210
Houston, TX 77002

Brookman Rosenberg Brown and Sandler
30 South 15th Street, Floor 17
Philadelphia, PA 19102

Brown & Gould, LLP
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814

Bruce Ahnfeldt Law Offices
1005 Jefferson St
Napa, Ca. 94559

Bruegger & McCullough, P.C.
9400 N. Central Expressway, Suite 1305
Dallas, TX 75231

Buchanan Ingersoll PC.
One Oxford Center, 20th Fl. 301 Grant St
Pittsburgh, PA 15219

Byrd & Associates
427 East Fortification Street
Jackson, MS 39202

Byrd, Gibbs & Martin, PLLC
427 East Fortification St.
Jackson, MS 39205

Campbell, Cherry, Harrison, Davis & Dove, P.C.
5 Ritchie Road
Waco, TX 76712

Camp Fiorante Matthews
#400 - 856 Homer Street
Vancouver, BC
Canada V6B 2W5

Canterbury, Stuber, Elder, Gooch & Surratt
Occidental Tower
5005 LBJ Freeway, Suite 1000
Dallas, Texas 75244-6136

Carlie Law Firm
400 South Alamo Boulevard
Marshall, TX 75670

Caroselli Beachler McTiernan & Conboy
c/o Craig E. Coleman
312 Boulevard of the Allies, 8th Floor
Pittsburgh, PA 15222

Carter & Tate
2 East Bryan St., Suite 600
P.O. Box 9060
Savannah, GA 31412

Cascino Vaughan Law Offices
220 S. Ashland Avenue
Chicago, IL 60607

Casey Gerry Reed & Schenk
110 Laurel Street

San Diego, CA  92101

Chris Parks Associates
1 Plaza Square
Port Arthur, TX  77642

Christopher E. Kittell Law Firm
160 Shaw Avenue
Drew, MS  38737

Clapper, Patti, Schweizer & Mason
2330 Marinship Way, Suite 140
Sausalito, CA 94965

Coady Law Firm
205 Portland Street
Boston, MA  02114

Cohen & Grigsby, P.C.
626 Liberty Avenue
Pittsburgh, PA  15222-3152

Contrada & Associates
6641 Sylvania Avenue, Suite 8
Sylvania, OH  43560

Cooney and Conway
120 N. LaSalle Street, Suite 3000
Chicago, IL  60602

Cooper & Tuerk
201 N. Charles Street, Suite 2300
Baltimore, MD  21201

Cumbest, Cumbest, Hunter & McCormick, P.A.
729 Watts Avenue, Drawer 1287
Pascagoula, MS  39067

Cunningham & Lyons, S.C.
1749 N. Prospect Avenue
Milwaukee, WI  53202

David Law Firm, P.C.
10655 Six Pines Drive, Suite 260
The Woodlands, TX  77380

David Nutt & Associates
605 Crescent Boulevard, Suite 200
Ridgeland, MS  39157

Deakle-Couch Law Firm
802 N. Main Street
P.O. Box 2072
Hattiesburg, MS 39403

Dies, Dies & Henderson
1009 Green Avenue
Orange, TX  77630

Dies & Hile, L.L.P.
1009 Green Ave
Orange, TX 77630

Dilworth Paxson, LLP
457 Haddonfield Road, Suite 700
Cherry Hill, NJ  08002

Donaldson and Black, P.A.
208 W. Wendover Avenue
Greensboro, NC  27401-1307

Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE  19801-1659

Early Ludwick Sweeney & Strauss
265 Church St., 11th Floor
P.O. Box 1866
New Haven, CT  06508

Edward O. Moody
801 West 4th Street
Little Rock, AR  72201-2107

Embrey & Neusner
118 Poquonock Road
Groton, CT  06340

Environmental Attorneys Group, P.C.
2145 14th Ave. South
Birmingham, AL  35205

Environmental Litigation Group, PC
3529 7th Avenue South
Birmingham, AL  35222

Ferraro & Associates, P.A.
598 Madison Avenue, Suite 2
New York, NY  10022

Floyd Jones Rios Wahrlich, P.C.
700 Louisiana Street
Houston, Texas 77002

Foster & Sear, LLP
c/o Scott W. Wert
524 E. Lamar Boulevard, Suite 200
Arlington, TX  76011

G. Patterson Keahey
#1 Independence Plaza, Suite 612
Birmingham, AL  35209

George & Sipes
156 East Market St., Suite 600
Indianapolis, IN  46204

Gertler Gertler Vincent & Plotkin
129 Carondelet Street
New Orleans, LA  70130

Gibbons, Del Deo, Dolan, Griffinger & Vecchione
One Gateway Center
Newark, NJ  07102-5310

Gibson Law Firm
447 Northpark Drive
Ridgeland, MS  39157

Gilbert Heintz & Randolph, LLP
1100 New York Avenue, NW, Suite 700
Washington, DC  20005

Gillenwater Nichol & Associates
6401 Baum Drive
Knoxville, TN  37919

Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904

Glass, Lebovitz, Kasheta & Bren, LLC
441 Salem Turnpike
Bozrah, CT 06334

Glasser & Glasser, P.L.C.
999 Waterside Drive, Suite 600
Norfolk, VA 23510-3320

Goldberg Persky & White, P.C.
1030 5th Avenue, Floor 3
Pittsburgh, PA 15219

Goldenberg, Miller, Heller & Antognoli Rowland Short & Gori, P.C.
227 S. State Route 157
P.O. Box 959
Edwardsville, IL 62025

Goodman, Meagher & Enoch, LLP
111 North Charles Street, 7th Floor
Baltimore, Maryland 21201

Greitzer and Locks Law Firm
1500 Walnut St., 20th Floor
Philadelphia, PA 19102

Guy & Brock
909 Delaware Ave.
McComb, MS 39648

Hal Pitkow
138 N. State St.
Newtown, PA 18940

Hartley & O'Brien
2001 Main Street
Wagner Boulevard, Suite 600
Wheeling, WV 26003

Harvitz & Schwartz, L.C.
2018 Hanawha Boulevard East
Charleston, WV 25311

Heard, Robbins, Cloud, Lubel & Greenwood, LLP
910 Travis, Suite 2020
Houston, TX  77002

Herschel L. Hobson
2190 Harrison
Beaumont, TX  77701

Hissey Kientz LLP
9442 Capital of Texas Highway North
Suite 400
Austin, TX  78769

Hissey, Kientz & Herron, P.L.L.C.
16800 Imperial Valley Drive, Suite 130
Houston, TX  77060

Hobin, Shingler & Simon, LLP
1011 A Street
Antioch, CA  94509

Hoffman Law Firm
4514 Cole Avenue, Suite 806
Dallas, TX  75205

Hossley & Embry, LLP
209 Henry Street
Dallas, TX  75226

Howard, Brenner & Nass, P.C.
1608 Walnut Street, Suite 1700
Philadelphia, PA  19103

Howard, Reed & Taylor
516 North Columbia Street
Covington, LA  70433

Hoyle, Fickler, Herschel & Mathes LLP
One South Broad Street
Suite 1500
Philadelphia, PA 19107

Jacobs & Crumplar, P.A.
2 East 7th Street
Wilmington, DE  19899

James F. Humphreys & Associates, L.C.
500 Virginia Street East
United Center-Suite 800
Charleston, WV 25301

Jaspan Schlesinger Hoffman LLP
913 North Market Street, 12th Floor
Wilmington, DE 19801

Jeffrey S. Mutnick Law Ofcs.
737 SW Vista Ave.
Portland, OR 97205

Jim Zadeh, PC.
115 W 2nd St Ste 201
Fort Worth, TX 76102

John Arthur Eaves Law Firm
101 North State St.
Jackson, MS 39201

Jones Martin Parris & Tessener
410 Glenwood Avenue, Suite 200
Raleigh, NC 27603

Joseph C. Blanks, P.C.
Post Office Drawer 999
Doucette, TX 75942

Joseph Donald Carona, Jr.
1009 West Green Avenue
Orange, TX 77630

Julie Ardoin, LLC
909 Poydras St., Suite 2550
New Orleans, LA 70112

Kaeske Law Firm, Inc.
6301 Gaston Avenue
Dallas, TX 75214-3922

Karon & Dalimonte
85 Devonshire Street, Suite 1000
Boston, MA 02109

Kazan, McClain, Lyons, Greenwood & Harley
171 Twelfth Street, Third Floor
Oakland, CA 94607

Kelley & Ferraro, LLP
127 Public Square
Cleveland, OH 44114

Kleinberg, Kaplan, Wolff & Cohen, P.C.
551 Fifth Ave.
New York, NY 10176

Klinger Law Office
15141 Lakeview Drive
Baytown, TX 77520

Koonz, McKenney, Johnson, DePaolis & Lightfoot, LLP
10300 Eaton Place, Suite 200
Fairfax, VA 22030

Kronish Lieb Weiner & Hellman LLP
1114 Avenue of the Americas
New York, NY 10036-7798

Landry & Swarr, LLC
1010 Common Street, Suite 2050
New Orleans, LA 70112

Landwehr & Hof
225 Baronne St Ste 2116
New Orleans, LA 70112

Landye Bennett Blumstein LLP
1300 Southwest Fifth Avenue, Suite 3500
Portland, OR 97201

Lanier Law Firm
126 East 56th Street, Floor 6
New York, NY 10022

Lanier, Parker & Sullivan, P.C.
1331 Lamar Street, Suite 1500
Houston, TX 77010

Laudig George Rutherford & Sipes

151 North Delaware Street, Suite 1700
Indianapolis, IN 46204

Law Firm of Gilbert T. Adams, P.C.
1855 Calder at Third Street
Beaumont, TX 77701

Law Firm of David M. Lipman, P.A.
5915 Ponce De Leon Boulevard # 44
Miami, FL 33146

Law Office of Bruce L. Ahnfeldt
P.O. Box 6078
Napa, CA 94581

Law Office of George R. Covert
9035 Bluebonnet Boulevard, Suite 2
Baton Rouge, LA 70810

Law Offices of Peter G. Angelos
4061 Powder Mill Road, Suite 315
Beltsville, MD 20705

Law Offices of James M. Barber
604 Virginia Street, Suite E
Charleston, WV 25301-2115

Law Office of Matthew Bergman
10311 SW 116th Place
Vashon, WA 98070-3111

Law Offices of James D. Burn, P.S.
2200 4th Avenue
Seattle, WA 98121

Law Offices of Clifford W. Cuniff
c/o Clifford W. Cuniff
238 G. Westwood Road
Annapolis, MD 21401

Law Offices of George R. Covert
9035 Bluebonnet Boulevard # 2
Baton Rouge, LA 70810

Law Offices of William C. Field
c/o William C. Field

608 Virginia Street East
Charleston, WV 25301

Law Offices of Christopher Grell
c/o Christopher E. Grell
The Broadlake Plaza
360 22nd Street, Suite 320
Oakland, CA 94612

Law Offices of F. Gerald Maples
365 Canal Street # 2670
New Orleans, LA 70130-1193

Law Offices of Peter T. Nicholl
36 South Charles Street, Suite 1700
Baltimore, MD 21201

Law Offices of Jon S. Swartzfager
442 N. 6th Avenue
Laurel, MS 39440

Law Offices of Paul A. Weykamp
16 Stenerson Lane #2
Cockeysville, MD 21030-2214

LeBlanc & Waddell LLP
6955 Perkins Road, Suite 100
Baton Rouge, LA 70808

Levinson Friedman, P.S.
720 Third Avenue, Suite 1800
Seattle, WA 98104

Levy Phillips & Konigsberg, LLP
520 Madison Avenue
New York, NY 10022

Lipsitz & Ponterio, L.L.C.
135 Delaware Avenue, Suite 506
Buffalo, NY 14202

Lipsitz Green Fahringer Roll Salisbury & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY 14202

Lowenstein Sandler PC

1251 Avenue of the Americas
New York, NY 10020

Alwyn H. Luckey, P.A. n/k/a Luckey & Mullins
2016 Bienville Boulevard
Ocean Springs, MS 39564

Lundy & Davis, L.L.P.
501 Broad Street
Lake Charles, LA 70601

Lyons & Ranta LLP
150 North Sunnyslope Road, Suite 270
Brookfield, WI 53005

Madeksho Law Firm, P.L.L.C.
8866 Gulf Freeway #440
Houston, TX 77017

Maples and Lomax, P.A.
2502 Market Street
Paxcagola, MS 39567

Maritime Asbestosis Legal Clinic, a division of the Jacques Admiralty Law Firm
1570 Penobscot Building
Detroit, MI 48226

Martens, Ice, Klass, Legghio & Israel, P.C.
306 South Washington Suite 600
Royal Oak, MI 48607

Martzell & Bickford
338 Lafayette Street
New Orleans, LA 71030

Mathis Law Firm
24 Drayton Street, Suite 705
Savannah, GA 31401

Mazur & Kittell, PLLC
30665 Northwester Highway, Suite 175
Farmington Hills, MI 48334

McClain, Leppert & Maney, P.C.
South Tower Pennzoil Place
711 Louisiana Street, Suite 3100

Houston, TX 77002

McCurdy & McCurdy
524 E. Lamar Boulevard, Suite 250
Arlington, TX 76011

McPherson, Monk, Hughes, Bradley, Wimberley & Steele, LLP
3120 Central Mall Drive
Port Arthur, TX 77642

McTeague, Higbee, Case, Cohen, Whitney & Toker, P.A.
Four Union Park Road
Topshaw, ME 04086

Michael B. Serling, P.C.
280 N. Old Woodward Avenue, Suite 406
Birmingham, MI 48009

Michie Hamlett Lowry Rasmussen & Tweel, PLLC
500 Court Square, Suite 300
Charlottesville, VA 22902

Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front St.
Worcester, MA 01608

Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109

Morris, James, Hitchens & Williams LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899

Morris Nichols Arsht & Tunnell, LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

Morris, Sakalarios & Blackwell, PLLC
1817 Hardy Street
Hattieburg, MS 39401

Motley Rice LLC
28 Bridgeside Boulevard

Mt. Pleasant, SC  29464

Murray Law Firm
2550 LL&E Tower
909 Poydras Street
New Orleans, LA  70112-4000

N. Calhoun Anderson, Jr., P.C.
340 Eisenhower Drive, Suite B
Savannah, GA  31406

Ness, Motley, P.A.
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC  29465

Nix Patterson & Roach, LLP
205 Linda Drive
Daingerfield, TX  75638

Norman & Edem, P.L.L.C.
127 NW 10th St.
Oklahoma City, OK  73103

Norris & Phelps, PLLC
101 Ferguson Street
Hattiesburg, MS  39401-3812

Norton & Melnik
16255 Ventura Boulevard, Suite 200
Encino, CA  91436-2300

O'Brien Law Firm
906 Olive Street, Suite 720
St. Louis, MO  63101

O'Quinn, Laminack & Pirtle
440 Louisiana, Suite 2300
Houston, TX  77002

Odom & Elliott, P.A.
One East Mountain
Fayetteville, AR  72701

Odom Law Firm
1 E Mountain Street

Fayetteville, AR 72701

Otterbourg, Steindler, Houston & Rosen P.C.
230 Park Ave.
New York, NY  10169

The Parron Firm
404 East First Street
Arlington, TX  76010

Patten, Wornom, Hatten & Diamonstein, L.C.
12350 Jefferson Avenue, Suite 300
Newport News, VA  23602

Paul T. Benton
P.O. Box 1341
Biloxi, MS  39533

Paul, Hanley & Harley, LLP
1608 Fourth Street
Berkeley, CA  94710

Paul William Beltz, P.C.
36 Church Street
Buffalo, New York 14202-3905

Peirce, Raimond & Coulter, P.C.
707 Grant Street, Suite 2500
Pittsburgh, PA  15219

Peter T. Enslein, P.C.
1738 Wisconsin Avenue, N.W.
Washington, DC  20007

Pfeifer & Fabian, P.C.
326 Saint Paul St Ste 100
Baltimore, MD  21202

Philip J. Goodman, P.C.
280 North Old Woodward Avenue, Suite 407
Birmingham, Michigan

Phillips, Goldman & Spence, P.A.
1200 North Broom Street,
Wilmington, Delaware 19806

Porter & Malouf, P.A.
P.O. Box 12768
Jackson, MS 39236

Preston Bunnell & Flynn, LLP
1500 SW 1st Avenue
Suite 770
Portland, OR 97201

Pritchard Law Firm
2909 Magnolia Street
Pascagoula, MS 39567

Provost Umphrey Law Firm
490 Park Street
Beaumont, TX 77704

Reaud, Morgan & Quinn, L.L.P.
801 Laurel
Beaumont, TX 77701

Reich & Binstock
4265 San Felipe, Suite 1000
Houston, TX 77027

Reyes, O'Shea & Coloca
1101 Brickell Ave., Suite 1601
Miami, FL 33131

Rhoden, Lacy & Colbert
117 Park Circle Drive
Flowood, MS, 39232-8878

Richard A. Dodd, L.C.
312 S. Houston Ave.
Cameron, TX 76520

Richardson, Patrick, Westbrook & Brickman
1037 Chuck Dawley Boulevard, Building A
Mt. Pleasant, SC 29464

Rhoden Lacy & Colbert
117 Park Circle Drive
Jackson, MS 39232

Robert Peirce & Associates

707 Grant Street, Suite 2500
Pittsburgh, PA 15219

Robert E. Sweeney Co., LPA
55 Public Square, Suite 1500
Cleveland, OH  44113

Roger G. Taylor, II, P.C.
One Allen Center
3400 Penthouse
500 Dallas Street
Houston, TX  77002

Roger G. Worthington, P.C.
273 W. 7th Street
San Pedro, CA  90731

Rose, Klein and Marias
801 S. Grand Avenue, 18th Floor
Los Angeles, CA  90017

Rourke & Blumenthal, L.L.P
495 S: High St., Suite 450
Columbus, OH 43215

Roussel & Roussel
Belle Terre Boulevard at 171 Drive
La Place, LA  70068

Roven, Kaplan & Wells, LLP
2190 North Loop West, Suite 410
Houston, TX  77018-8018

Rudy Cortez
1756 Santa Fe Street
Corpus Christi, TX, 78404-1857

Russell L. Cook, Jr & Associates
1221 Lamar Street, Suite 1300
Houston, TX  77010

Ryan A. Foster & Associates, PLLC
440 Louisiana Street, Suite 850
Houston, TX  77002

Savinis, D'Amico and Kane, LLC

707 Grant St
Pittsburgh, PA 15219

Schmidt & McGartland PLLC
401 E Capitol St
Jackson, MS 39201

Schroeter Goldmark & Bender
500 Central Building
810 Third Avenue
Seattle, WA 98104

Scott C. Taylor, P.A.
1126 Jackson Avenue
Pascagoula, MS 39567

Scott & Scott, Ltd.
5 Old River Place, Suite 204
Jackson, MS 39202

Seeger Weiss LLP
One William Street
New York, NY 10004

Shannon Law Firm, PLLC
100 West Gallatin Street
Hazlehurst, MS 39083

Shein Law Center
121 South Broad Street, 21st Floor
Philadelphia, PA 19107

Shepard Law Firm, P.C.
10 High Street, Suite 100
Boston, MA 02110

Shields Law Firm
235 Peachtree Street, NE, Suite 400
Atlanta, GA 30303

Shinaberry and Meade, L.C.
2018 Kanawha Boulevard East
Charleston, WV 25311-2204

Shivers, Spielberg, Gosnay & Greatrex, LLC
Cherry Hill Plaza, Suite 210

1415 Route 70 East
Cherry Hill, NJ  08034

Shrader & Williamson, LLP
1021 Main Street
Houston, TX  77002

Sieben, Polk, LaVerdiere Jones & Hawn
1640 S. Frontage Road, Suite 200
Hastings, MN  55033

Silber Pearlman, LLP
2711 N. Haskell Avenue, 5th Floor
Dallas, TX  75204

SimmonsCooper LLC
707 Berkshire Blvd.
East Alton, IL  62024

Simon & Shingler, LLP
3220 Lone Tree Way, Suite 100
Antioch, CA  94509

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Smith Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899

Smith Law Firm
503 Key Building
159 S. Main Street
Akron, OH  44308

Speights & Runyan, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, LLP
2500 First Union Financial Center
South Biscayne Boulevard, Suite 200
Miami, FL  33131

Stachyra & Penn
927 Main Street
Racine, WI  53403

Stanley, Mandel & Iola, L.L.P.
3100 Monticello Avenue, Suite 750
Dallas, TX  75205

Stanley Perkins Law Firm
608 Fairview
Greenville, MS  38737

Stephen Shackelford
2001 Airport Road North, Suite 301
Jackson, MS  39232

Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE 19801

Sutter Law Firm
1598 Kanawha Boulevard East
Charleston, WV  25311

Terrell Hogan Ellis Yegelwel, P.A.
233 East Bay St., 8th Floor
Jacksonville, FL  32202

The Bogdan Law Firm
8866 Gulf Freeway, Suite 515
Houston, TX  77017

The David Law Firm
10655 Six Pines Drive, Suite 260
The Woodlands, TX  77380

The Masters Law Firm f/k/a Masters & Taylor, L.C.
181 Summers Street
Charleston, WV  25301

Thompson Hine LLP
3900 Key Tower
127 Public Square
Cleveland, OH  44114

Thornton & Naumes, L.L.P.
100 Summer Street, Floor 30
Boston, MA  02110

Tomblin Carnes McCormack

7004 Bee Caves Rd., Bldg. 1, Ste. 205
Austin, TX 78746

Trine & Metcalf
1435 Arapahoe Ave.
Boulder, CO  80302

Tucker Arensberg, P.C.
1500 One PPG Place,
Pittsburgh, PA 15222

Visse & Yanez, LLP
1375 Sutter Street, Suite 120
San Francisco, CA  94109

Waldman Smallwood Law Firm, P.C.
3550 N. Dowlen, Ste B
Beaumont TX 77706

Walker & Wylder, Ltd.
207 W. Jefferson, Suite 200
Bloomington, IL  61701

Wallace & Graham, P.A.
525 N. Main Street
Salisbury, NC  28144

Ward Black Law
208 West Wendover Ave.
Greensboro, NC  27401

Waters & Kraus LLP
3219 McKinney
Dallas, TX 75204

Watson & Heidelberg, P.A.
520 East Capitol Street
Jackson, MS  39201

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Weitz & Luxenberg, P.C.
700 Broadway
New York, NY  10003

Wellborn Houston, L.L.P.
300 West Main
P.O. Box 1109
Henderson, TX 75653

Werb & Sullivan
300 Delaware Ave., 13th Floor
P.O. Box 25046
Wilmington, DE 19801

Wilentz, Goldman & Spitzer PA
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, NJ 07095

Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5051

William Roberts Wilson, Jr., P.A.
2506 Lakeland Drive, Suite 500
Jackson, MS 39232

Wise & Julian, P.C.
3555 College Avenue
Alton, IL 62002

Zamler Mellen & Shiffman, P.C.
23077 Greenfield, Suite 557
Southfield, Mi 48075

Zeichner, Ellman & Krause, LLP
575 Lexington Ave.
New York, NY 10027

Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Saul Ewing LLP
c/o Jeffery C. Hampton
Centre Square West]
1500 Market St, 38th Fl.
Philadelphia, PA 19102

Andrew J. Muha
David Ziegler
Douglas E. Cameron
James J. Restivo
Brian T. Himmel
Paul M. Singer
Gregory L. Taddonio
Robert B. Simons
Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222-2716

Joel M. Helmrich
Dinsmore & Shohl LLP
One Oxford Centre
301 Grant Street, Suite 2800
Pittsburgh, PA 15219

Gregory L. Taddonio
Reed Smith LLP
225 Fifth Avenue
Suite 1200
Pittsburgh, PA 15222

Lawrence H. Glanzer
Roussos, Lassiter & Glanzer, P.L.C.
P. O. Box 3127
Norfolk, VA 23514-3127

Nicholas R. Pagliari
Quinn Buseck Leemhuis Toohey & Kroto Inc
2222 W. Grandview Blvd.
Erie, PA 16506

Jeffrey N. Rich
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022-6030

Michael G. Zanic
K&L Gates LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222-2613

Bruce L. Ahnfeldt
Law Offices of Bruce L. Ahnfeldt
P.O. Box 6078
Napa, CA 94581

Curtis A. Hehn
James O'Neill
Laura Davis Jones
Michael Paul Migliore
Rachel Lowy Werkheiser
Sandra G.M. Selzer
Scotta Edelen McFarland
Kathleen P. Makowski
Mark M. Billion
Timothy P. Cairns
Pachulski Stang Ziehl Young Jones & Wein
919 N. Market Street , 16th Floor
Wilmington, DE 19801

George C. Greatrex, Jr.
Shivers, Spielberg Gosnay & Greatrex LLC
1415 Rt. 70 East, Suite 210
Cherry Hill, NJ 08034

Sheldon K. Rennie
Fox Rothschild LLP
919 market Street , Suite 1300
Wilmington, DE 19801

Thomas Michael Wilson
Kelley & Ferraro, LLP
1300 East Ninth Street, Suite 1901
Cleveland, OH 44114
Deborah E. Spivack
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, DE 19899

Jason M. Madron
Mark D. Collins
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Joanne Bianco Wills
Klehr Harrison Harvey Branzburg LLP
919 N. Market Street, Suite 1000
Wilmington, DE 19801

Rebecca L. Booth
Morgan Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103

Sharon M Zieg
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg., 17th Floor
1000 West Street
PO Box 391
Wilmington, DE 19899

Jennifer Mo
Paul Hastings Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022

William K. Harrington
Duane Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

Ian Connor Bifferato
Bifferato LLC
800 N. King Street
First Floor
Wilmington, DE 19801

James L. Patton
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391

Jason M. Madron
Kimberly D. Newmarch
Michael Joseph Merchant
Daniel J. DeFranceschi
Richards, Layton & Finger, P.A.
One Rodney Square

P.O. Box 551
Wilmington, DE 19899

Megan Nancy Harper
Landis Rath & Cobb
919 Market Street
Suite 600
Wilmington, DE 19801

Richard F. Rescho
Law Offices of Christopher E. Grell
360 22nd Street, Suite 320
Oakland, CA 94612

Daniel K. Hogan
The Hogan Firm
1311 Delaware Ave
Wilmington, DE 19806

David W. Carickhoff
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Paul W. Turner
The Carlile Law Firm
400 S. Alamo
Marshall, TX 75670

Edwin J. Harron
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391

James D. Pagliaro
Morgan, Lewis, & Brockius LLP
1701 Market Street
Philadelphia, PA 19103

Michael R. Lastowski
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801-1246

Paul N. Heath
Richards Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899

William David Sullivan
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

Christopher Martin Winter
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246

David B. Stratton
Wilmer C Bettinger
Henry Jon Jaffe
J. Gregg Miller
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709

Don A. Beskrone
Ashby & Geddes
500 Delaware Avenue
8th Floor, P.O. Box 1150
Wilmington, DE 19899

Frederick B. Rosner
Jaspan Schlesinger Hoffman
913 North Market Street
12 Floor
Wilmington, DE 19801

Frederick Brian Rosner
Messana Rosner & Stern, LLP
1000 N. West Street
Wilmington, DE 19801

Karen B. Skomorucha
Ashby & Geddes, P.A.
500 Delaware Avenue

8th Floor
P.O. Box 1150
Wilmington, DE 19899

Katharine L. Mayer
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

Laurie S. Polleck
Jaspan Schlesinger Hoffman LLP
913 Market St.
12th Floor
Wilmington, DE 19801

Michael R. Lastowski
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801-1246

Nancy McDonald
McElroy Deutsch & Mulvaney LLP
130 Mount Kemble Avenue
PO Box 2075
Morristown, NJ 07962-2075

Paul J. Dougherty III
McCarter & English
919 Market Street
Wilmington, DE 19801

William R. Firth, III
Gibbons P.C.
1000 N. West Street
Suite 1200
Wilmington, DE 19801

David R. Hurst
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Fl
1000 West Street
Wilmington, DE 19801

Domenic E. Pacitti

Donald J. Detweiler
Jeremy W. Ryan
Maria Aprile Sawczuk
Mark Minuti
Mary Jo Bellew
Saul Ewing LLP
222 Delaware Ave., Ste 1200
P.O. BOX 1266
Wilmington, DE 19899

H. Buswell Roberts, Jr.
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
Toledo, OH 43624

J. Kate Stickles
Cole, Schotz, Meisel, Forman & Leonard,
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Mark S. Chehi
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square, P.O. Box 636
Wilmington, DE 19899-0636

 Michael F. Bonkowski
Cole, Schotz, Meisel, Forman & Leonard,
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Norman L. Pernick
Patrick J. Reilley
Cole, Schotz, Meisel, Forman & Leonard,
500 Delaware Avenue,Suite 1410
Wilmington, DE 19801

Raymond Howard Lemisch
Adelman Lavine Gold and Levin, PC
919 N. Market Street, Suite 710
Wilmington, DE 19801

*U.S. Trustee*
Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970

Pittsburgh, PA 15222

*U.S. Trustee*
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Edwin Beachler
Caroselli Beachler McTiernan & Convoy
20 Stanwix Street
7th Floor
Pittsburgh, PA 15222

Aileen F. Maguire
Kathleen Campbell Davis
Marla Rosoff Eskin
Campbell & Levine
800 King Street , Suite 300
Wilmington, DE 19801

Noel C. Burnham
Burnham Law Associates, LLC
10 Berger Court
Middletown, DE 19709

Stephanie Ann Fox
Klehr Harrison Harvey Branzburg & Ellers
919 Market Street, Suite 1000
Wilmington, DE 19801

Steven K. Kortanek
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Christopher Martin Winter
Michael R. Lastowski
Richard W. Riley
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246