# EXHIBIT 2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| IN RE: | |
|---|---|
| ACandS, Inc. | Case No.: 02-12687 |
| | **Re: Dkt. No. 3639** |
| Armstrong World Industries, Inc. | Case No.: 00-4471 |
| | **Re: Dkt. No. 10698** |
| Combustion Engineering, Inc. | Case No.: 03-10495 |
| | **Re: Dkt. No. 3380** |
| The Flintkote Company | Case No.: 04-11300 |
| | **Re: Dkt. No. 5606** |
| Kaiser Aluminum Corp. | Case No.: 02-10429 |
| | **Re: Dkt. No. 10009** |
| Owens Corning | Case No.: 00-3837 |
| | **Re: Dkt. No. 20954** |
| US Mineral Products Company | Case No.: 01-2471 |
| | **Re: Dkt. No. 3878** |
| USG Corp. | Case No.: 01-2094 |
| | **Re: Dkt. No. 12596** |
| W.R. Grace & Co. | Case No.: 01-1139 |
| | **Re: Dkt. No. 26053** |
| Debtors. | |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | |
|---|---|
| Mid-Valley, Inc. | Case No.: 03-35592 |
| | **Re: Dkt. No. 2770** |
| North American Refractories Co. | Case No.: 02-20198 |
| | **Re: Dkt. No. 6944** |
| Pittsburgh Corning Corp. | Case No.: 00-22876 |
| | **Re: Dkt. No. 8096** |
| Debtors. | |

Hearing Date: February 14, 2011 at 8:30 a.m. (ET)[1]
Objection Deadline: January 28, 2011 at 4:00 p.m. (ET)

## AFFIDAVIT OF ELIZABETH BARRY REGARDING SERVICE OF NOTICE OF MOTION OF GARLOCK SEALING TECHNOLOGIES LLC FOR ORDERS AUTHORIZING ACCESS TO 2019 STATEMENTS FILED IN THIS COURT AND FOR RELATED RELIEF

---

[1]    The hearing will take place at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801.

Elizabeth Barry, being first duly sworn, deposes and says:

1.     I am the Director of Finance at Garrison Litigation Management

Group, Ltd. and the person responsible for service of the Notice of Motion of Garlock

Sealing Technologies LLC for Orders Authorizing Access to 2019 Statements Filed in

this Court and for Related Relief described herein which is attached hereto as Exhibit A.

2.     A copy of the Notice of Motion of Garlock Sealing Technologies LLC for Orders

Authorizing Access to 2019 Statements Filed in this Court and for Related Relief in these actions

has been served on the parties listed on Exhibit B by depositing same for delivery via first-class

mail, postage prepaid on Friday, January 14, 2011.

3.     I declare under penalty of perjury that the foregoing is true and correct to the best

of my knowledge and belief.

FURTHER AFFIANT SAYETH NOT

This 14th day of January, 2011.

Elizabeth Barry

Sworn to and subscribed before me
this 14th day of January, 2011.

Notary Public

My commission expires:

12-8-14

(Notarial Seal)

Kim M. Bamford
Notary Public, State of New York
No. 01BA4866340
Qualified in Monroe County
Commission Expires December 08, 2014

# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| IN RE: | |
|---|---|
| ACandS, Inc. | Case No.: 02-12687 **Re: Dkt. No. 3639** |
| Armstrong World Industries, Inc. | Case No.: 00-4471 **Re: Dkt. No. 10698** |
| Combustion Engineering, Inc. | Case No.: 03-10495 **Re: Dkt. No. 3380** |
| The Flintkote Company | Case No.: 04-11300 **Re: Dkt. No. 5606** |
| Kaiser Aluminum Corp. | Case No.: 02-10429 **Re: Dkt. No. 10009** |
| Owens Corning | Case No.: 00-3837 **Re: Dkt. No. 20954** |
| US Mineral Products Company | Case No.: 01-2471 **Re: Dkt. No. 3878** |
| USG Corp. | Case No.: 01-2094 **Re: Dkt. No. 12596** |
| W.R. Grace & Co. | Case No.: 01-1139 **Re: Dkt. No. 26053** |
| Debtors. | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| Mid-Valley, Inc. | Case No.: 03-35592 **Re: Dkt. No. 2770** |
| North American Refractories Co. | Case No.: 02-20198 **Re: Dkt. No. 6944** |
| Pittsburgh Corning Corp. | Case No.: 00-22876 **Re: Dkt. No. 8096** |
| Debtors. | |

**Hearing Date: February 14, 2011 at 8:30 a.m. (ET)[1]
Objection Deadline: January 28, 2011 at 4:00 p.m. (ET)**

## NOTICE OF MOTION OF GARLOCK SEALING TECHNOLOGIES LLC FOR ORDERS AUTHORIZING ACCESS TO 2019 STATEMENTS FILED <u>IN THIS COURT AND FOR RELATED RELIEF</u>

---

[1]    The hearing will take place at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801.  Please see instructions in this Notice for participating in the hearing telephonically.

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

<u>**The Motion for Access**</u>

On January 10, 2011, Garlock Sealing Technologies, LLC, ("<u>Garlock</u>") filed the **Motion of Garlock Sealing Technologies LLC for Orders Authorizing Access to 2019 Statements Filed in this Court and for Related Relief** (the "<u>Motion for Access</u>") in the United States Bankruptcy Court for the District of Delaware ("<u>Delaware Bankruptcy Court</u>") and the United States Bankruptcy Court for the Western District of Pennsylvania ("<u>W.D. Pa. Bankruptcy Court</u>," and with the Delaware Bankruptcy Court, the "<u>Bankruptcy Courts</u>"), in each of the above-captioned cases (the "<u>Bankruptcy Cases</u>").

By the Motion for Access, Garlock, a debtor-in-possession in bankruptcy cases pending before the United States Bankruptcy Court for the Western District of North Carolina, Charlotte Division, Case No. 10-31607 (the "<u>Garlock Bankruptcy Case</u>"), requests that it be granted access to exhibits (the "<u>2019 Exhibits</u>") to the verified statements filed pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure by certain law firms representing asbestos personal injury claimants. The 2019 Exhibits are presently in the possession, custody or control of the Clerks of the respective Bankruptcy Courts. The information contained in the 2019 Exhibits is relevant in the Garlock Bankruptcy Case, including with respect to Garlock's formulation of a plan of reorganization. The information Garlock seeks from the 2019 Exhibits includes the following for each creditor or equity security holder represented by the entity filing the related Rule 2019 statement: name; personal address; exemplar or an actual copy of each form of agreement or instrument, if any, whereby such entity is empowered to act on behalf of creditors or equity security holders in the Bankruptcy Case; the amount of the claim of any creditor if liquidated; the date of acquisition of the creditor's claim; the type of disease giving rise to the claim; and the pertinent facts and circumstances in connection with the employment of the entity.

In addition, to the extent necessary for the Bankruptcy Court to provide Garlock the relief it seeks with respect to the 2019 Exhibits, Garlock also seeks authority to intervene in each of the Bankruptcy Cases and seeks to reopen any of the Bankruptcy Cases that are closed. The relief Garlock seeks and the bases therefor are more fully described in the Motion for Access.

<u>**How to Obtain a Copy of the Motion for Access**</u>

You may download a copy of the Motion for Access free of charge at:

http://motion.rbh.com

Copies of the Motion for Access may also be obtained on the electronic dockets of any of the Bankruptcy Cases at the following docket numbers:[2]

| Court | Case Name | Case Number | Docket Number |
|-------|-----------|-------------|---------------|
| Delaware Bankruptcy | ACandS, Inc. | 02-12687 | 3639 |

---

[2]   Please note that the same Motion for Access was filed in each of the Bankruptcy Cases; therefore, you need not obtain a copy from each of the Bankruptcy Cases.

| Court | Armstrong World Industries, Inc. | 00-4471 | 10698 |
|---|---|---|---|
| | Combustion Engineering, Inc. | 03-10495 | 3380 |
| | The Flintkote Company | 04-11300 | 5606 |
| | Kaiser Aluminum Corp. | 02-10429 | 10009 |
| | Owens Corning | 00-3837 | 20954 |
| | US Mineral Products Company | 01-2471 | 3878 |
| | USG Corp. | 01-2094 | 12596 |
| | W.R. Grace & Co. | 01-1139 | 26053 |
| W.D. Pa. Bankruptcy Court | Mid-Valley, Inc. | 03-35592 | 2770 |
| | North American Refractories Co. | 02-20198 | 6944 |
| | Pittsburgh Corning Corp. | 00-22876 | 8096 |

Instructions for accessing the Bankruptcy Courts' electronic dockets through PACER may be found at: (i) for the Delaware Bankruptcy Court, www.deb.uscourts.gov; and (ii) for the W.D. Pa. Bankruptcy Court, www.pawb.uscourts.gov. Please note that prior registration with the PACER Service Center and payment of a fee may be required to access such documents. Parties in interest may sign up for a PACER account by visiting the PACER website at http://pacer.psc.uscourts.gov or by calling (800) 676-6856. You may also inspect copies of the Motion for Access at the Office of the Clerk of the applicable Bankruptcy Court during normal business hours: (i) at the Delaware Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, (302) 252-2900; or (ii) at the W.D. Pa. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street Pittsburgh, Pennsylvania 15219, (412) 644-2700.

Finally, you may also obtain a copy of the Motion for Access by written request to Richard C. Worf, 101 N. Tryon St., Suite 1900, Charlotte, NC, 28246 (rworf@rbh.com).

**Deadline and Procedure for Objections or Other Responses to the Motion for Access**

Objections or responses, if any, to the Motion for Access must be in writing, filed on or before **January 28, 2011 at 4:00 p.m. (ET)** (the "Objection Deadline"), and served so as to be received on or before the Objection Deadline by the undersigned counsel for Garlock.

If you object to the relief requested in any of the cases venued in the Delaware Bankruptcy Court, you must file your objection on or before the Objection Deadline with the Clerk of the Delaware Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801. The caption for your objection must include the case or cases in which your objection is made and the objection must be filed in each such case.

If you object to the relief requested in any of the cases venued in the W.D. Pa. Bankruptcy Court, you must file your objection on or before the Objection Deadline with Clerk of the W.D. Pa. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219. The caption for your objection must include the case or cases in which your objection is made and the objection must be filed in each such case.

Only objections made in writing and timely filed and received in accordance with the procedures above will be considered by the Bankruptcy Courts.

**Hearing on Motion for Access**

A hearing on the Motion for Access will be held on **February 14, 2011 at 8:30 a.m. (ET)**, before the Honorable Judith K. Fitzgerald, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801. Pittsburgh, PA based counsel are not required to attend the hearing in person, and may participate telephonically as described below.

**Telephonic Participation in Hearing on Motion for Access**

If you wish to participate in the hearing telephonically, you must make arrangements to do so through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946) no later than **February 10, 2011 at 12:00 p.m. (ET).** Any party that fails to make arrangements through CourtCall by 12:00 p.m. (ET) on February 10, 2011, may be prohibited from participating in the hearing telephonically.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURTS MAY GRANT THE RELIEF REQUESTED BY THE MOTION FOR ACCESS WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 14, 2011             MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By /s/ Gregory W. Werkheiser
Gregory W. Werkheiser
DE Bar No. 3553
Matthew B. Harvey
DE Bar No. 5186
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Tel: 302-658-9200
Fax: 302-658-3989

DEL SOLE CAVANAUGH STROYD LLC

By /s/ Richard A. Swanson
Arthur H. Stroyd, Jr.
PA ID No. 15910

4

Richard A. Swanson
PA ID No. 83868
The Waterfront Building
200 First Avenue, Suite 300
Pittsburgh, PA  15222
Tel: 412-261-2393
Fax: 412-261-2110

- and -

Garland S. Cassada
Richard C. Worf, Jr.
ROBINSON, BRADSHAW & HINSON
101 North Tryon Street, Suite 1900
Charlotte, NC 28246
Tel: 704-377-8317
Fax: 704-373-3917

**Attorneys for Garlock Sealing Technologies, LLC**

# EXHIBIT B

**The Flintkote Company 2002 Service List**
Case No. 04-11300

(Counsel for Debtor)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Scotta E. McFarland, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

(Copy Service)
Parcels, Inc.
Vito I. DiMaio
230 N. Market Street
Wilmington, DE  19801

(United States Trustee)
David Klauder
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

(Counsel for Futures Representative)
James L. Patton, Jr., Esquire
Edwin J. Harron, Esquire
Young, Conaway, Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE  19801

(Counsel for the Official Committee of
Creditors)
Marla Eskin, Esquire
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE  19801

(Counsel for Richard J. Olivier)
Rachel B. Mersky, Esquire
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE  19801

(Counsel for Liberty Mutual)
Charlene D. Davis, Esquire
Eric M. Sutty, Esquire
The Bayard Firm
222 Delaware Avenue-Suite 900
P.O. Box 25130
Wilmington, DE 19899

(Counsel for Century Indemnity Company)
(counsel for Aviva)
Brian L. Kasprzak, Esquire
Michael J. Joyce, Esquire
Marks, O'Neill, O'Brien and Courtney, P.C.
913 North Market Street, Suite 800
Wilmington, DE  19801

(Counsel for Fireman's Fund Insurance
Company)
John D. Demmy, Esquire
Stevens & Lee, P.C.
1105 North Market Street, 7th
Wilmington, DE  19801

(Counsel for Sullivan & Cromwell, LLP)
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
Christopher M. Samis, Esquire
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE  19899

(Counsel for Imperial Tobacco Canada Ltd)
Stephen M. Miller, Esquire
Carl N. Kunz, III, Esquire
Morris James LLP
500 Delaware Avenue, 15th Floor
P.O. Box 2306
Wilmington, DE  19801


(Counsel to 8 East Frederick Place)
Jason Cornell, Esquire
Fox Rothschild
919 N. Market Street, Suite 1300
Wilmington, DE  19801


(Co-Counsel for Debtors)
Kevin T. Lantry, Esquire
Sally S. Neely, Esquire
Jeffrey E. Bjork, Esquire
Sidley, Austin, Brown & Wood LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-6000

(Future Claimants Representative)
John Winship Read, Esquire
Vorys Sater Seymour & Pease LLP
1375 E. Ninth St
2100 One Cleveland Center
Cleveland, OH  44114


(Futures Representative)
Mr. James J. McMonagle
1375 East Ninth Street
2100 One Cleveland Center
Cleveland, OH  44114


(Counsel for Asbestos Claimants)
Alan R. Brayton, Esquire
Brayton Purcell
222 Rush Landing
P.O. Box 6169
Novato, CA  94948-6169

(Special Asbestos Litigation Counsel)
Barbara J. Arison, Esquire
Frantz Ward LLP
127 Public Square, Suite 2500
Cleveland, Ohio  44114


***(counsel for Creditors' Committee)***)
Peter Van N. Lockwood
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005


(Counsel for British American Tobacco)
James A. Pardo, Jr., Esquire
King & Spalding
1180 Peachtree Street NE
Atlanta, Georgia  30309


(Counsel for asbestos tort claimants)
Thomas M. Wilson, Esquire
Kelley & Ferraro, LLP
127 Public Square, Suite 2200
Cleveland, OH 44114


(Counsel for asbestos tort claimants)
Alan R. Brayton, Esquire
Christina C. Subic
Brayton  Purcell
222 Rush Landing Road
Novato, CA 94945


(Counsel for asbestos creditors)
Scott W. Wert, Esquire
Foster & Sear, L.L.P.
817 Greenview Drive
Grand Prairie, TX  75050

(Counsel for Mt. McKinley Insurance
Company f/k/a Gibralter Casualty Company
and Everest Reinsurance Company f/k/a
Prudential Reinsurance Company)
David P. McClain, Esquire
Tony Draper, Esquire
McClain, Leppert & Maney, P.C.
South Tower, Pennzoil Place
711 Louisiana Street, Suite 3100
Houston, TX 77002


(Counsel for Asbestos Claimants)
Scott Galante, Esquire
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464


(Counsel for Flemming, Zulack &
Williamson, LLP)
Cynthia R. Watkins, Esquire
James R. Lynch, Esquire
Flemming, Zulack & Williamson, LLP
One Liberty Plaza, 35th Floor
New York, N.Y. 10006-1404


(Counsel for Pension Benefit Guaranty
Corporation)
Joan Segal, Esquire
Office of the General Counsel
1200 K Street, N.W., Suite 340
Washington, D.C. 20005-4026


(Counsel for Century Indemnity Company)
(counsel for Aviva)
Mark D. Plevin, Esquire
Leslie A. Epley, Esquire
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595

(Counsel for the Creditors)
James E. Wimberley, Esquire
McPherson, Monk, Hughes, Bradley,
Wimberley & Steele, LLP
3120 Central Mall Drive
Port Arthur, TX 77642


(Counsel for the Dickie, McCamey &
Chilcote, P.C.)
Samuel R. Grego, Esquire
Dickie, McCamey & Chilcote, P.C.
Two PPG Place – Suite 400
Pittsburgh, PA 15222


(Counsel for Ancel Abadie and additional
claimants)
Julie A. Ardoin, Esquire
Ardoin Law Firm
2200 Veterans Memorial Blvd., Suite 210
Kenner, LA 70062


(Counsel for Cargille Knolls, et. al)
Albert A. Ciardi, III, Esquire
Ciardi & Ciardi, P.C.
One Commerce Square
2005 Market Street, Suite 2020
Philadelphia, PA 19103


(Counsel for Certain London Market
Insurance Companies)
Robert T. Aulgur, Esquire
Kristi J. Doughty, Esquire
Whittington & Aulgur
651 N. Broad Street, Suite 206
Middletown, DE 19709

(Counsel for James McMonagle)
Reginald W. Jackson, Esquire
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH  43215


(Counsel for Fireman's Fund Insurance
Company)
Leonard P. Goldberger, Esquire
Marnie E. Simon, Esquire
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA  19103


(Counsel for 8 East Frederick Place, LLC)
Ilana Volkov, Esquire
Cole, Schotz, Meisel, Forman & Leonarrd,
P.A.
Court Plaza North
25 Main Street
Hackensack, NJ  07602


(Counsel for 8 East Frederick Place, LLC)
Los Angeles County Treasurer and Tax
Collector
P.O. Box 54110
Los Angeles, CA  90051


(Counsel to Continental Casualty Company
and London Guarantee & Accident
Company of New York)
David C. Christian II, Esquire
Seyfarth Shaw LLP
131 South Dearborn Street, Suite 2400
Chicago, IL  60603


(Counsel to Continental Casualty Company
and London Guarantee & Accident
Company of New York)
Robert W. Dremluk, Esquire
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY  10018


(Counsel for Liberty Mutual Insurance
Company)
Robert B. Millner, Esquire
Sonnenschein, Nath & Rosenthal
8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606


Denise Holland
Settlement Department
Foster & Sear, LLP
817 Greenview Drive
Grand Prairie, TX  75050

*In re: Kaiser Aluminum Corporation*
*Bankruptcy Rule 2002 Service List as of January 12, 2011*

*Representing Debtors*
Daniel J. DeFranceschi
Jason M. Madron
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801

*Representing CII Carbon, L.L.C.*
Karen C. Bifferato
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
The Nemours Building, 1007 North Orange
Street
Wilmington, DE 19801 USA

*Representing Local Counsel for the Official
Committee of Unsecured Creditors*
William P. Bowden
Ashby & Geddes
P.O. Box 1150
222 Delaware Ave.
Wilmington, DE 19899 USA

*Representing Microsoft Corporation and
Hydro Aluminum Jamaica*
Noel C. Burnham
Montgomery, McCracken, Walker &
Rhoads, LLP
300 Delaware Avenue. Ste 750
Wilmington, DE 19801-6600 USA

*Representing Pechiney World Trade USA,
Corp.*
Tobey M. Daluz
Ballard Spahr Andrews & Ingersoll, LLP
919 Market Street 17th Floor
Wilmington, DE 19801

*Representing Noranda Aluminum, Inc.*
Michael D. DeBaecke
Blank Rome
1201 Market Street, Suite 800
Wilmington, DE 19801 USA

Gregg M. Galardi
Skadden Arps Slate Meagher & Flom
P.O. Box 636
One Rodney Square
Wilmington, DE 19899

*Representing AllState Insurance Company
f/k/a Northbrook Insurance Company*
R. Karl Hill
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Ave.
Wilmington, DE 19899  khill@svglaw.com

Robert Jacobs
Jacobs & Crumplar, P.A.
P.O. Box 1271
2 East 7th Street
Wilmington, DE 19899  smaurer@dca.net

David Klauder
Richard M. Schepacarter
Office of the United States Trustee
844 King Street, Suite 2313 Lockbox 35
Wilmington, DE 19801 USA

*Representing Government Agency*
Ellen W. Slights
U.S. Attorney's Office
P.O. Box 2046
1007 Orange Street, 7th Floor
Wilmington, DE 19899 USA

*Representing Ronald Adams Contractors,*
*General Electric Capital Corporation*
Kathleen M. Miller
Smith Katzenstein & Furlow LLP
P.O. Box 410
800 Delaware Avenue, 7th Floor
Wilmington, DE 19801 USA

*Representing Martin J. Murphy*
Sharon Zieg
Erin D. Edwards
Young Conaway Stargatt & Taylor
P.O. Box 391
The Brandywine Building, 1000 West St.,
17th Floor
Wilmington, DE 19801-0391 USA

*Representing Law Debenture Trust*
*Company of New York*
Francis A. Monaco
Monzack and Monaco, P.A.
P.O. Box 2031
1201 N. Orange Street, Suite 400
Wilmington, DE 19899

John Donnan
Kaiser Aluminum Corporation
27422 Portola Parkway, Suite 350
Foothill Ranch, CA 92610-2831

Jami B. Nimeroff
Buchana Ingersoll PC
The Nemours Building, 1007 N. Oranage
Street, Suite 1110
Wilmington, DE 19801-1236

*Representing Ancel Abadie, et al.*
Julie A. Adroin
Julie Adroin, LLC
2200 Veterans Memorial Boulevard
Suite 210
Kenner, LA 70062-4032

*Representing Official Committee of Retired*
*Salaried Employees*
Laurie Polleck
Jaspan Schlesinger Hoffman LLP
913 N. Market Street, 12th Floor
Wilmington, DE 19801

Greg Badura
The CIT Group/Business Credit, Inc.
300 South Grand Avenue, Third Floor
Los Angeles, CA 90071

*Representing The Liverpool Limited*
*Partnership*
David J. Baldwin
Laurie Selber Silverstein
Potter Anderson & Corroon LLP
P.O. Box 951
1313 N. Market Strett, 6th Floor
Wilmington, DE 19899

Gary L. Barnhart
Missouri Dept. of Revenue
P.O. Box 475
301 West High Street, Room 670
Jefferson City, MO 65105-0475

*Representing Daniel Freeman and The*
*Estate of Savannah Olson*
Michael J. Barrie
Schnader Harrison Segal & Lewis LLP
824 N. Market Street, Suite 1001
Wilmington, DE 19801

*Representing Creditors' Committee*
Lisa Beckerman
Akin, Gump, Strauss, Hauer & Feld, L.L.P.
590 Madison Ave.
New York, NY 10022

*Representing AllState Insurance Company,*
*as Sucessor in Interest to Northbrook Excess*
*and Surplus Company, f/ka Northbrook*
*Insurance Company*
Brad A. Berish
Chad H. Gettleman
Adelman & Gettleman Ltd
53 West Jackson Blvd.
Chicago, IL 60604  bberish@ag-ltd.com

Kenneth S. Blumenthal
Rourke & Blumentahl
495 South Hight Street
Columbus, OH 43215

Nick Bowen
Jones Day
2727 N. Harwood St.
Dallas, TX 75201

*Representing Jack T. Marionneaux, Trustee*
*to the Noise Induced Hearing Loss Trust*
*(NIHL PI Trust)*
Jennifer Gilmer Brady
Theresa V. Brown-Edwdards
Potter Anderson & Corroon LLP
P.O. Box 951
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

*Representing Asbestos Plaintiffs*
Alan R. Brayton
Christina C. Skubic
Brayton Purcell
222 Rush Landing Road
Novato, CA 94945
USAbankruptcy@braytonlaw.com

*Representing Rexam Beverage Company*
Charles J. Brown, III
Harvey Pennington, Ltd.
913 Market Street, Suite 702
Wilmington, DE 19801

Michael G. Busenkell
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

*Representing Representative for Future
Silica Claimants*
Steven Buxbaum
Haynes & Boon, LLP
1 Houston Center, 1221 McKinney, Suite
2100
Houston, TX 77010

*Representing Century Indemnity Company,
Pacific Employers Insurance Company, and
Central National Insurance Company of
Omaha*
Guy Cellucci
White and Williams, LLP
1800 One Liberty Plaza
Philadelphia, PA 19103-7395

*Representing Agrium, Inc. and Agrium U.S.
Inc.*
William E. Chipman, Jr.
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801

*Representing Columiba Casualty Insurance
Co, Transcontinental Insurance Co., Harbor
Insurance Co., and Continental Insurance
Co.*
David C. Christian, II
Sara E. Lorber
Seyfarth Shaw LLP
55 East Monroe Street, Suite 4200
Chicago, IL 60603-5803
USAdchristian@seyfarth.com

*Representing Union Industrial Gas &
Supply d/b/a/ Doussan Industrial Gas &
Supply*
D. Wade Cloud, Jr.
R. Mills
Hiersche, Hayward, Drakeley & Urbach,
P.C.
5303 Dallas Parkway, Suite 700
Addison, TX 75001
USAwcloud@hhdulaw.com

Jacob C. Cohn
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103  jcohn@cozen.com

Securities & Exchange Commission
15th & Pennsylvania Avenue, N.W.
Washington, DC 20020

*Representing Evanston Insurance Company
and Associated International Insurance
Company*
Kevin J. Connors
Marshall, Dennehey, Warner, Coleman &
Goggin
P.O. Box 8888
1220 North Market Street, 5th Floor
Wilmington, DE 19899-8888

*Representing Bear, Stearns & Co., Inc.,
Citadel Equity Fund Ltd. and Citadel Credit
Trading Ltd.*
David N. Crapo
Gibbons, Del Deo, Dolan, Griffinger &
Vecchione
One Riverfront Plaza
Newark, NJ 07102

*Representing National Union Fire Insurance
Company of Pittsburgh, PA*
Michael S. Davis
Zeichner Ellman & Krause
575 Lexington Ave.
New York, NY 10022

*Representing Daniel Freeman and The
Esate of Savannah Olson*
Jack D. Davis
The Law Offices of Frederic W. Nessler &
Associates
536 North Bruns Lane, Suite One
Springfield, Il 62702

*Representing Debtors*
Daniel J. DeFranceschi
Jason M. Madron
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square
Wilmington, DE 19801
USAdefranceschi@rlf.com

Katherine M. Determan
Phelps Dunbar LLP
Canal Place, Suite 2000 365 Canal Street
New Orleans, LA 70130-6534

*Representing Harris County, City of
Houston, Houston ISD*
John P. Dillman
Linebarger Goggan Blair Pena & Sampson,
LLP
P.O. Box 17428
1949 South I.H. 35 (78741)
Austin, TX 78760-7428

*Representing Top 50 Unsecured Creditors*
Daegen Duvall
Aleris International, Inc. (formerly Imco
Recycling)
25825 Science Park Drive, Suite 400
Beachwood, OH 44122-7392

Carl A. Ekund
Ballard Spahr Andrews & Ingersoll LLP
1225 17th Street, Suite 2300
Denver, CO 80202

Christopher G. Emch
C. Hick
Foster Pepper & Shefelman PLLC
1111 Third Avenue, Suite 3400
Seattle, WA 98101-3299
USAemchc@foster.com

*Representing General Electric Company*
Michael R. Enright
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103 USAmenright@rc.com

*Representing Legal Representative for
Future Silica Claimants*
Sander L. Esserman
Peter C. D'Apice
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, TX 75201

*Representing MAXXAM Inc.*
Lisa Hill Fenning
Dewey Ballantine LLP
333 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

Anne M. Ferazzi
Legal Representative for Future Silica
Claimants
11923 Winwood
Houston, TX 77024

*Representing Law Debenture Trust
Company of New York*
Daniel R. Fisher
Law Debenture Trust Company of New
York
400 Madison Avenue, 4th Floor
New York, NY 10017

Janet Fitzpatrick
Unisys Corporation
P.O. Box 500, M/S  E8-108
Unisys Way
Blue Bell, PA 19424

*Representing Law Debenture Trust
Company of New York*
Evan D. Flaschen
Gregory W. Nye
Bracewell & Giuliani LLP
Goodwin Square
225 Asylum Street, Suite 2600
Hartford, CT 06103

Ryan A. Foster
Niki Rhodes
The Foster Law Firm P.L.L.C.
440 Louisiana, Suite 2100
Houston, TX 77002

*Representing Alcan*
Liz Freedman
Alcan Inc
1188 Sherbrooke Street West
Montreal, Quebec, --  Canada

*Representing Bank One Trust Company,
N.A.*
Elizabeth J. Futrell
Jones, Walker, Waechter, Poitevent, Carrere
& Denegre, L.L.C
201 St. Charles Avenue - 49th Floor
New Orleans, LA 70170

*Representing The Bank of New York*
James Gadsden
Carter, Ledyard & Milburn
2 Wall Street
New York, NY 10005-2072

*Representing International Union, United
Automobile Aerospace and Agricultural
Implement Workers of America*
Niraj R. Ganatra
International Union, UAW
8000 E. Jefferson Avenue
Detroit, MI 48214

*Representing Asbestos Plaintiffs*
Charles E. Gibson, III
Attorney at Law
620 North Street, Suite 100
Jackson, MS 39202

*Representing Deutsche Bank Trust
Company, National Association*
Kristin K. Going
Gardner Carton & Douglas LLP
1301 K Street, N.W., Suite 900, East Tower
Washington, DC 20005  kgoing@gcd.com

*Representing Century Indemnity Company,
Pacific Employers Insurance Company, and
Central National Insurance Company of
Omaha and Ace Insurance Companies*
Leonard P. Goldberger
Stevens & Lee
1818 Market Street, 29th Floor
Philadelphia, PA 19103

*Representing Attorney for the Debtor*
Gregory M. Gordon
Jones Day
2727 North Harwood St.
Dallas, TX 75201

*Representing MAXXAM Inc.*
Alan Gover
Dewey Ballantine LLP
700 Louisiana, Suite 1900
Houston, TX 77002

*Representing Clark Public Utilities*
Christopher Graham
Louis A. Curcio
Michael Muller
Thacher Proffitt
Two World Financial Center
New York, NY 10281

*Representing Avista Development
Corporation*
Joel Gross
Arnold & Porter, LLP
555 Twelfth Street, N.W.
Washington, DC 20004

*Representing Applera Corporation*
Charles Heinzer
Coporate Counsel
Applera Corporation
301 Merritt 7
Norwalk, Co 06851-1070

*Representing Santown Limited Partnership*
Howard E. Heller
Santown Limited Partnership, c/o Kin
Properties, Inc.
31 Lady Godvia Way
New City, NY 10956

Paul D. Henderson
Paul D. Henderson, P.C.
712 W. Division Avenue
Orange, TX 77630-6320

*Representing Agrium, Inc. and Agrium U.S.
Inc.*
Brian W. Hockett
Mark V. Bossi
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101

*Representing Representative for Future
Silica Claimants*
Daniel K. Hogan
1311 Delaware Avenue
Wilmington, DE 19806

*Representing Official Committee of Retired
Employees*
Frederick D. Holden, Jr.
Orrick, Herrington & Sutcliffe LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105-2669

Edwdard F. Houff
Leigh Ann Clifford
Jennifer Kane
Emergence Strategies LLC
1200 Smith Street, Suite 1600
Houston, TX 77002 USA

John Huige
Unisys Corporation
35550 Jeffers Court
Harrison Twp, MI 48045

*Representing Asbestos Plaintiffs*
James F. Humphreys
J. David Cecil
James F. Humphreys & Associates, L.C.
United Center, Suite 800 500 Virginia
Street, East
Charleston, WV 25301

Jay Hurst
Assistant Attorney General, Office of the
Texas Attorney General, Bankruptcy &
Collections Division
P.O. Box 12548
300 West 15th Street, 8th Floor
Austin, TX 78701

*Representing Bear, Stearns & Co., Inc.*
Blake Huynh
Bear, Stearns & Co., Inc.
383 Madison Avenue
New York, NY 10179

*Representing Official Committee of Asbestos Claimants*
Elihu Inselbuch
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500

*Representing Deutsche Bank Trust Company, National Association*
Harold L. Kaplan
Mark F. Hebbeln
Gardner Carton & Douglas LLP
191 North Wacker Drive, Suite 3700
Chicago, IL 60606

*Representing United Steelworkers of America*
Susan E. Kaufman
Heiman, Gouge & Kaufman, LLP
800 King Street, Suite 303
Wilmington, De 19801

*Representing Official Committee of Unsecured Creditors*
Brian A. Kilmer
Akin Gump Straus Hauer & Feld LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002-2720

Robert Dale Klein
Wharton Levin Ehrmantraut & Klein, P.A.
P.O. Box 551
104 West Street
Annapolis, MD 21404-0551

*Representing The Valspar Corporation*
Faye Knowles
Fredrikson & Byron, P.A.
4000 Pillsbury Center 200 South St.
Minneapolis, MN 55402

Darryl T. Landwehr
Landwehr & Hof
225 Baronne Street, Suite 2116
New Orleans, LA 70112


*Representing Certain Persons with Asbestos
Related Injuries*
Keith Langston
Nix, Patterson & Roach, L.L.P.
205 Linda Drive
Daingerfield, TX 75638


Linda S. Law
The City of Portland, City Attorney's Office
P.O. Box 0
1221 SW 4th Avenue, Room 430
Portland, OR 97204


*Representing International Insurance
Company*
Harry Lee
John F. O'Connor
Steptoe & Johnson LLP
1330 Connecticut Ave., N.W.
Washington, DC 20036


Ari Lefkovits
Lazard Freres & Company LLC
30 Rockefeller Plaza, 61st Floor
New York, NY 10020

*Representing Iron Mountain Information
Management, Inc.*
R. Frederick Linfesty
Iron Mountain Information Management,
Inc.
745 Atlantic Ave.
Boston, MA 02111

*Representing Asbestos Plaintiffs*
Peter Van N. Lockwood
Ronald R. Reinsel
Caplin & Drysdale, Chartered
One Thomas Circle, N.W., 1201 N.W.
Washington, DC 20005-5802


*Representing Claims Agent*
Kathleen M. Logan
Logan and Company
546 Valley Road
Upper Montclair, NJ 07043


*Representing CSX Transportation, Inc.*
John H. Maddock, III
R. Eric Bilik
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219


*Representing James T. Marionneaux,
Trustee to the Noise Induced Hearing Loss
Trust (NIHL PI Trust)*
James P. Magee
Baldwin Haspel LLC
1100 Pydras Street
Suite 2200 Energy Centre
New Orleans, LA 70163


*Representing Pechiney World Trade USA,
Corp.*
Shelley Malinowski
Jenner & Block, LLC
One IBM Plaza
Chicago, IL 60611

*Representing Houghton International*
Glenn A. Manochi
Lightman, Manochi & Christensen
1520 Locust Street, Twelfth Floor
Philadelphia, PA 19102-4401

*Representing Asbestos Plaintiffs*
Paul M. Matheny
The Law Office of Peter G. Angelos, P.C.
5905 Harford Road
Baltimore, MD 21214

*Representing Certain Underwriters at
Lloyd's, London and Certain London Market
Insurers*
Philip R. Matthews
Duane Morris LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105

*Representing Tennessee Department of
Revenue*
Laura L. McCloud
Office of the Tennessee Attorney General  -
Bankruptcy Division
P.O. Box 20207
425 5th Avenue, North
Nashville, TN 37302

*Representing Tennessee Department of
Revenue*
William F. McCormick
Office of the Attorney General for
Tennessee, Bankruptcy Division
P.O. Box 20207
425 5th Avenue, North
Nashville, TN 37202

*Representing Government Agency*
Michael C. Miller
James L. Eggeman
Pension Benefits Guaranty Corporation,
Office of General Counsel
1200 K Street, N.W., Suite 340
Washington, DC 20005-4026

*Representing Affiliated FM Insurance
Company*
Robert B. Millner
Sonnenschein, Nath & Rosenthal
8000 Sears Tower
Chicago, IL 60606

Jon Molendo
PricewaterhouseCoopers LLP
19 Cornwall Court
Birmingham,  B3 2DT

B. Richard Moore, Jr.
Lemle & Kelleher, L.L.P.
Pan American Life Ctr., 601 Poydras Street,
21st Floor
New Orleans, LA 70130-6097

*Representing Hartford Accident & Idemnity
Company*
Duane D. Morse
Wilmer Cutler Pickering LLP
1600 Tysons Blvd., 10th Floor
Tysons Corner, VA 22102

*Representing Law Debenture Trust
Company of New York*
Tina Niehold Moss
Pryor Cashman LLP
410 Park Avenue
New York, NY 10022-4441

Martin J. Murphy
Davis & Young
1200 Fifth Third Center
600 Superior Avenue East
Cleveland, OH 44114

*Representing Commonwealth of
Pennsylvania, Department of Environmental
Protection*
Gail A. Myers
Assistant Counsel
Office of Chief Counsel
400 Waterfront Drive
Pittsburgh, PA 15222-4745

Mike Nienstedt
Witherspoon, Kelley, Davenport & Toole
1100 US Bank Bldg., 422 West Riverside
Spokane, WA 99201-0300

*Representing Certain asbestos claimants*
Deidre W. Pacheco
Wilentz, Goldman & Spitzer
P.O. Box 10
90 Woodbridge Center Drive
Woodbridge, NJ 07095

*Representing The Liverpool Limited
Partnership*
Isaac M. Pachulski
K. John Shaffer
Gina M. Najolia
Stutman, Treister & Glatt, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

*Representing Quality Machine
Manufacturing, Inc.*
Kirk A. Patrick, III
Crawford Lewis, P.L.L.C.
P.O. Box 3656
450 Laurel Street
Baton Rouge, LA 70821-3656

Tracie Patton
Waters & Kraus, LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204  tpatton@awpk.com

*Representing JPMorgan Chase, National
Association*
Timothy R. Pohl
Chris L. Dickerson
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive
Chicago, IL 60606-1285

*Representing Asbestos Plaintiffs*
Timothy W. Porter
Patrick C. Malouf
Porter & Malouf, P.A.
P.O. Box 12768
4670 McWillie Drive
Jackson, MS 39236-2768

*Representing Glencore LTD*
Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

*Representing Santown Limited Partnership*
Jeffrey Rhodes
Dickstein Shapiro LLP
1825 Eye Street, NW
Washington, D.C. 20006-5403

*Representing Certain Persons with*
*Asbestos-related injuries*
Alan B. Rich
Baron & Budd, PC
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

*Representing International Association of*
*Machinists and Aerospace Workers*
*(IAMAW)*
Marianne Goldstein Robbins
Previant, Goldberg, Uelmen, Grantz, Miller
& Brueggeman, S.C.
P.O. Box 12993
1555 N. RiverCenter Drive, Suite 202
Milwaukee, WI 53212

Charles C. Robinson
Garvey Schubert & Barer
1191 2nd Avenue, 18th Floor
Seattle, WA 98101

Amy Sapp
Red Man Pipe & Supply Company
P.O. Box 35632
8023 East 63rd Place
Tulsa, OK 74153

*Representing MAXXAAM*
Eric D. Schwartz
Morris, Nichols Arsht & Tunnell
P.O. Box 1347
1201 N. Market Street
Wilimington, DE 19899

*Representing United Steelworkers of*
*America*
Richard M. Seltzer
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036-6976

*Representing CII Carbon, LLC*
Mark P. Seyler
Barkley & Thompson, L.C.
1515 Poydras Street, Suite 2350
New Orleans, LA 70112

Scott Howard Siegel
The CIT Group / Business Credit, Inc.
300 South Grand Avenue, 10th Floor
Los Angeles, CA 90071

Abby Propis Simms
Laura Bandini
National Labor Relations Board, Special
Litigation Branch
1099 14th St., N.W. Suite 8600
Washington, DC 20570

Kelly Singer
Squire Sanders
1 E. Washington Street, Suite 2700
Phoenix, AZ 85004

*Representing Trusts*
Michael J. Small
Foley & Lardner, LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654

*Representing Fee Auditor*
Warren H. Smith
Steve Bossay
Warren H. Smith & Associates, P.C.
Republic Center, 325 N. Saint Paul, Suite 1275
Dallas, TX 75201

*Representing Johnna Wilson*
Michael G. Stag
Smith Stag LLC
365 Canal Street, Suite 2850
New Orleans, LA 70130

*Representing Creditor*
Walter Stickley
PQ Corporation
1200 W. Swedes Ford Road
Berwyn, PA 19312

Walter A. Stringfellow
Stringfellow & Associates
444 South Flower St., 30th Floor
Los Angeles, CA 90071-2901

*Representing HSBC Bank USA*
Debra SuDock
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

*Representing Bonneville Power Adminstration*
Matthew J. Troy
United States Department of Justice Civil Division
P.O. Box 875
1100 L Street, N.W., Room 10006 Ben Franklin Station
Washington, DC 20044-0875

*Representing Vista Metals Corp.*
Kaye E. Tucker
Tucker Law Firm
9440 Santa Monica Blvd., Suite 504
Beverly Hills, CA 90210

*Representing Top 50 Unsecured Creditors*
David M. Unseth
Bryan Cave LLP
One Metropolitan Square 2111 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

*Representing National Union Fire Insurance Company of Pittsburgh, PA*
Donald L Uttrich
Jackson & Campbell, P.C.
1120 20th Street, N.W. South Tower
Washington, DC 20036-3437
duttrich@jackscamp.com

*Representing Top 50 Unsecured Creditors*
Todd Ware
Producers Gas Sales, Inc.
P.O. Box 430
1500 Grandeville Road
Newark, OH 43055

W.G. Watkins
Jessica DeGroote
Forman Perry Watkins Krutz & Tardy LLP
200 One Jackson Place, 188 East Capitol St.
Jackson, MS 39201-2131

*Representing Bear, Stearns & Co., Inc., Citadel Equity Fund Ltd. and Citadel Credit Trading Ltd.*
Duane D. Werb
Jennifer H. Unhoch
Werb & Sullivan
P.O. Box 25046
300 Delaware Avenue, 13th Floor
Wilmington, DE 19899

*Representing Asbestos Creditors*
Scott W. Wert
Foster & Sear, L.L.P.
524 E. Lamar Blvd., Suite 200
Arlington, TX 76011


*Representing ACE Companies*
Thomas G. Whalen, Jr.
Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE 19801


Clark T. Whitmore
Alain M. Baudry
Maslon Edelman Borman & Brand LLP
3300 Wells Fargo Center, 90 South Seventh
Street
Minneapolis, MN 55402

*Representing Alcoa Inc.*
John M. Wilson
Alcoa, Inc.
390 Park Avenue
New York, NY 10022-4602

*Representing Attorney for the Debtor*
Daniel P. Winikka
Jones Day
2727 North Harwood St.
Dallas, TX 75201


*Representing Daiichi Chuo Kisen Kaisha*
Peter A. Zisser
Holland & Knight LLP
195 Broadway
New York, NY 10007

**AMENDED 2002 SERVICE LIST (10/03/07)**
**NARCO PARTIES REQUESTING NOTICE PURSUANT TO BANKRUPTCY**
**RULE 2002**

| | |
|---|---|
| Theodore Goldberg Esquire<br>Mark C. Meyer Esquire<br>James J. Bedortha Esquire<br>Goldberg, Persky & White, P.C.<br>1030 Fifth Avenue<br>Pittsburgh PA 15219 | Alan B. Rich Esquire<br>Russell W. Budd Esquire<br>Steven D. Wolens Esquire<br>Baron & Budd P.C.<br>3102 Oaklawn Avenue<br>The Centrum, Suite 1100<br>Dallas, TX 75219 |
| Sander L. Esserman Esquire<br>Stutzman Bromberg Esserman & Plifka<br>2323 Bryan Street, STE 2200<br>Dallas TX 75201 | Kevin L. Colosimo Esquire<br>o/b/o Possehl, Inc.<br>Houston Harbaugh, P.C.<br>Three Gateway Center<br>401 Liberty Avenue, 22nd Floor<br>Pittsburgh PA 15222 |
| Robert H. Scheibe Esquire<br>Jay Teitelbaum Esquire<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York NY 10178-0060 | Steven T. Baron Esquire<br>Silber Pearlman, L.L.P.<br>2711 N. Haskell Avenue<br>Fifth Floor, LB 32<br>Dallas TX 75204 |
| Ethan D. Fogel Esquire<br>Juliet Sarkessian Esquire<br>Jeffrey K. Daman Esquire<br>Dechert<br>4000 Bell Atlantic Tower<br>1717 Arch Street<br>Philadelphia PA 19103-2793 | Gary Philip Nelson Esquire<br>Sherrard, German & Kelly, P.C.<br>35th Floor, Freemarkets Center<br>Pittsburgh PA 15222 |
| Steven J. Del Cotto<br>Vesuvius USA Corporation<br>27 Noblestown Road<br>Carnegie PA 15106 | David J. Jury Esquire<br>United Steelworkers of America<br>Five Gateway Center, Room 807<br>Pittsburgh PA 15222 |
| S. James Wallace Esquire<br>Griffith McCague & Wallace, PC<br>STE 3626 Gulf Tower<br>707 Grant Street<br>Pittsburgh PA 15219-1911 | Alan Kellman Esquire<br>The Jaques Admiralty Law Firm, P.C.<br>1570 Penobscot Building<br>Detroit, MI 48226<br>.com |
| Deborah Candace Phillips<br>PA Dept of Labor & Industry<br>914 Penn Avenue, 6th Floor<br>Pittsburgh PA 15222 | Joel M. Walker Esquire<br>Duane Morris LLP<br>600 Grant Street, STE 5010<br>Pittsburgh PA 15219 |

| | |
|---|---|
| William K. Brown<br>Resco Products, Inc.<br>Penn Center West 2, Suite 430<br>Pittsburgh PA 15276 | Thomas E. Reilly Esquire<br>Thomas E. Reilly, P.C.<br>2025 Greentree Road<br>Pittsburgh PA 15220 |
| Pension Benefit Guaranty Corporation<br>Office of the General Counsel<br>Attention: Lawrence F. Landgraff Esquire<br>1200 K Street, N.W.<br>Washington DC 20005 | Robert S. Bernstein Esquire<br>Bernstein Law Firm, P.C.<br>1133 Penn Avenue<br>Pittsburgh PA 15222 |
| Cynthia L. Cosgrove<br>Washington Mills Electro Minerals Corp.<br>PO Box 423<br>Niagara Falls NY 14302 | Charles S. Siegel Esquire<br>Waters & Kraus, LLP<br>3219 McKinney Avenue, Suite 3000<br>Dallas TX 75204 |
| William E. Kelleher, Jr. Esquire<br>Cohen & Grigsby, P.C.<br>11 Stanwix Street, 15th Floor<br>Pittsburgh PA 15222 | Leonard P. Goldberger Esquire<br>Stevens & Lee<br>1818 Market Street, 29th Floor<br>Philadelphia PA 19103 |
| Robert C. Edmundson Esquire<br>PA Department of Revenue<br>5th Floor, Manor Complex<br>564 Forbes Avenue<br>Pittsburgh PA 15219 | Louis C. Long Esquire<br>Meyer Darragh Buckler Bebenek & Eck PLLC<br>US Steel Tower, STE 4850<br>600 Grant Street<br>Pittsburgh PA 15219 |
| George T. Snyder Esquire<br>Stonecipher Cunningham Beard & Schmitt<br>125 First Avenue<br>Pittsburgh PA 15222 | Russell R. Sanders Esquire<br>May, Long & Sanders<br>3030 US Steel Tower<br>600 Grant Street<br>Pittsburgh PA 15219 |
| Clayton M. Creswell Esquire<br>Senior Associate Counsel<br>UMWA Health & Retirement Funds<br>Office of the General Counsel<br>2121 K Street, NW Suite 350<br>Washington DC 20037 | Michael S. Davis Esquire<br>Mary G. McCarthy Esquire<br>Zeichner Ellman & Krause LLP<br>575 Lexington Avenue<br>New York NY 10022 |
| David Lloyd Merrill Esquire<br>Cohen Conway Copeland Klett Paiva &<br>Merrill, P.A.<br>10 Central Parkway, Suite 400<br>PO Box 259<br>Stuart FL 34995-0259 | Suzanne Keys Esquire<br>Byrd, Gibbs & Martin, PLLC<br>PO Box 19<br>Jackson MS 39205 |

| | |
|---|---|
| Jonathan Krassenstein Esquire<br>Krassenstein & Associates<br>7500 Brooktree Road<br>Wexford PA 15090 | Robert M. Fishman Esquire<br>Brian L. Shaw Esquire<br>Allen J. Guon Esquire<br>Shaw Gussis Fishman Glantz & Wolfson, LLC<br>321 N. Clark, Suite 800<br>Chicago IL 60610 |
| Scott W. Wert Esquire<br>Foster & Sear, L.L.P.<br>524 E. Lamar Boulevard, STE 200<br>Arlington TX 76011 | Jennifer L. McBrien Esquire<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York NY 10104-0050 |
| Natalie D. Ramsey Esquire<br>Simon E. Fraser Esquire<br>Montgomery McCracken Walker & Rhoads,<br>LLP<br>123 S.Br oad Street<br>Philadelphia PA 19109 | Beverly Weiss Manne Esquire<br>Michael A. Shiner Esquire<br>Tucker Arensberg PC<br>1500 One PPG Place<br>Pittsburgh PA 15222 |
| Deirdre Woulfe Pacheco Esquire<br>Wilentz Goldman & Spitzer<br>90 Woodbridge Center Drive<br>Suite 900, Box 10<br>Woodbridge NJ 07095-0958 | Alan R. Brayton Esquire<br>Brayton Purcell<br>222 Rush Landing Road<br>Novato CA 94945 |
| Patrick C. Malouf Esquire<br>Porter & Malouf, P.A.<br>PO Box 12768<br>Jackson MS 39236 | David A. Jagonlinzer Esquire<br>Ferraro & Associates<br>4000 Ponce De Leon Blvd., STE 700<br>Miami FL 33146 |
| Joseph F. Rice Esquire<br>Motley Rice LLC<br>28 Bridgeside Boulevard<br>Mt. Pleasant SC 29464 | Jonathan C. Hantke Esquire<br>Pamela H. Walters Esquire<br>Aldine Independent School District<br>14910 Aldine-Westfield Road<br>Houston TX 77032 |
| Deborah L. Thorne Esquire<br>Barnes & Thornburg, LLP<br>One North Wacker Drive, Suite 4400<br>Chicago IL 60606 | Julie A. Ardoin Esquire<br>Julie Ardoin, LLC<br>2200 Veterans Memorial Blvd., Ste 210<br>Kenner, LA 70062-4032 |
| Jeffrey A. Schaffer<br>Spectrum Group Management LLC<br>1250 Broadway, STE 810<br>New York NY 10001 | |
| Shepard A. Hoffman Esquire<br>The Hoffman Law Firm<br>Highland Park Place<br>4514 Cole Avenue, STE 806<br>Dallas TX 75205 | Kimberly M. Stoker Esquire<br>Shapiro Sher Guinto & Sandler<br>36 S. Charles St., 20th Floor<br>Baltimore MD 21201 |

| | |
|---|---|
| Craig Goldblatt Esquire<br>Nancy L. Manzer Esquire<br>Wilmer Cutler Pickering Hale and Dorr, LLP<br>2445 M Street, N.W.<br>Washington DC  20037 | William J. Bowman Esquire<br>Edward B. Parks, II Esquire<br>Hogan & Hartson, LLP<br>555 Thirteenth Street, N.W.<br>Washington DC  20004 |
| Paul S. McGrath, Jr., Esquire<br>Derek J. Ferace Esquire<br>Catherine Martin Christopher, Esquire<br>McGrath & Associates, P.C.<br>Three Gateway Center<br>401 Liberty Avenue, 13th Floor<br>Pittsburgh PA  15222 | |
| Steven J. Kherkher Esquire<br>Williams Bailey Law Firm, L.L.P.<br>8441 Gulf Freeway, STE 600<br>Houston TX  77017 | Michael P. Cascino Esquire<br>Cascino Vaughan Law Offices, Ltd.<br>403 W. North Avenue<br>Chicago IL  60610-1117 |
| Peter G. Angelos Esquire<br>Peter G. Angelos, P.C.<br>5905 Harford Road<br>Baltimore, MD  21214 | David P. McClain Esquire<br>Daniel F. Patchin Esquire<br>McClain, Leppert & Maney, P.C.<br>711 Louisiana, Suite 3100<br>South Tower, Pennzoil Place<br>Houston TX  77002 |
| John D. Cooney Esquire<br>Cooney & Conway<br>120 N. LaSalle, Suite 3000<br>Chicago IL  60602 | Jerrold S. Kulback Esquire<br>Archer & Greiner, P.C.<br>One Centennial Square<br>East Euclid Avenue<br>Haddonfield NJ  08033 |
| Lance J. Vander Linden Esquire<br>Brice, Vander Linden & Wernick, P.C.<br>9441 LBJ Freeway, STE 350<br>Dallas TX  75243 | James E. Wimberley Esquire<br>McPherson, Monk, Hughes, Bradley &<br>Wimberley, L.L.P.<br>3120 Central Mall Drive<br>Port Arthur TX  77642 |
| Carlo R. Wessels Esquire<br>E. Jason Atkins Esquire<br>Hemmer Spoor Pangburn DeFrank PLLC<br>250 Grandview Drive, Suite 200<br>Ft. Mitchell KY  41017 | Kevin R. McNulty Esquire<br>German, Gallagher & Murtagh<br>200 S. Broad Street, #500<br>Philadelphia PA  19102 |
| Joseph C. Gruber Esquire<br>Michael P. Cussen Esquire<br>McCaslin, Imbus & McCaslin<br>632 Vine Street, Suite 900<br>Cincinnati OH  45202 | |

| | James W. Stanley Jr. Esquire<br>Stanley Law Firm, P.A.<br>301 North Broadway<br>North Little Rock AR  72114 |
|---|---|
| Michael Reed Esquire<br>McCreary, Veselka, Bragg & Allen, P.C.<br>PO Box 26990<br>Austin TX  78755 | Sean Johnston<br>The Hartford<br>Hartford Plaza T-6-93<br>Hartford CT  06115 |
| Wayne Karbal<br>Karbal, Cohen, Economou and Dunne<br>200 S. Michigan Avenue, Suite 2100<br>Chicago IL  60604 | Katherine Kakish<br>Assistant Attorney General<br>State of Michigan, Dept. of Treasury<br>Cadillac Place<br>3030 W. Grand Blvd., STE 10-200<br>Detroit MI  48202 |
| Sherry Moreau, Senior Counsel<br>Missouri Department of Revenue<br>General Counsel's Office<br>301 W. High Street, Room 670<br>PO Box 475<br>Jefferson City, MO  65105-0475 | |

**Pittsburgh Corning 2002 Service List**

A. Russell Smith, Esq.
A Russell Smith Law Offices
159 S. Main St.
Akron,O H  44308

R.Horkovich, Esq.
Anderson Kill & Olick
1251 Avenue of the Americas
New York, NY  10020

Antonio D. Pyle, Esquire
Antonio D. Pyle, PC
227 Upper Baird Road
Stowe, VT  05672

Steven B. Flancher, Esq.
Assistant Attorney General MI Revenue Division
First Floor Treasury Bldg
Lansing,M I  48922

Scott Baldwin, Esq..
Baldwin & Baldwin, L.L.P.
400 W. Houston Street
Marshall, TX  75670

IOS Capital Inc.
Bankrupcty Administration
1738 Bass Road
P. O. Box 9115
Macon, GA  31208

Steven T. Baron, Esq.
Baron and Budd
3102 Oak Lawn Avenue
Suite 400
Dallas,T X  75219-6403

Michael Fielding, Esq.
Husch Blackwell ,LLP
2300 Main St.
Two Pershing Sq. STE 1100
Kansas City, MO  64108

Suzanne Keys, Esquire
Byrd Gibbs & Martin, PLLC
P O Box 19
Jackson, MS  39205

Billy H. Davis, Jr. Esq.
Campbell, Cherry, Harrison, Davis, Dove
PO Drawer 21387
Waco, TX  76702

**Pittsburgh Corning 2002 Service list**

C. Ernster, Esq.
Chargois & Ernster, L.L.P.
2700 Post Oak Boulevard
Suite 1350
Houston,T X  77056

Gigi Gibson
The Gibson Law Firm
447 Northpark Drive
Ridgeland, MS 39157

William E. Kelleher, Jr. ,E sq.
Cohen & Grigsby
11 Stanwix Street, 15th Floor
Pittsburgh,P A  15222

Tom Scheidt
DACA V, LLC
1565 Hotel Circle, South
#310
San Diego,CA  92108

Stephen Vaccaro, Esq.
Debevoise & Plimpton
919 Third Avenue
New York, NY  10022

Avaya Communications
Dun & Bradstreet
P.O. Box 5126
Timonium, MD  21094

Mark S. Palmer, Esq.
Duquesne Light Company
P. O. Box 2045
Pittsburgh,P A  15230

David A. Jagolinzer, Esq.
Ferraro & Associates, P.A.
4000 Ponce De Leon Blvd.
Suite 700
Miami,F L  33146

Ryan A. Foster, Esq.
Foster Law Firm
440 Louisiana,
Ste. 2100
Houston,T X  77002

Scott W. Wert, Esquire
McCurdy Law Firm
817 Greenview Drive
Grand  Prairie TX 75050

**Pittsburgh Corning 2002 Service list**

Joseph F. Bishop, Jr. Esq.
Garcia and Bishop
618 E. Rutland Street
Covington, LA  70433

Diana Stoffel
Georgia Pacific Corp.--Collections Div.
133 Peachtree St. N.E.
7th floor
Atlanta,G A  30303

Joshua Colangelo-Bryan, Esq.
Patrick J. Feeley, Esq.
Dorsey & Whitney LLP
250 Park Avenue
New York, NY 10177

John Amato IV, Esq.
Goodman, Meagher & Enoch, LLP
111 N. Charles Street
Seventh Floor
Baltimore,M D  21201

J. Michael Mc.Cague, Esq.
Griffith McCague, & Fernsler, PC
707 Grant St.
Gulf Tower
PIttsburgh,P A  15219

Leslie James, Esq.
Hartley and O'Brien, Parsons, Thompson, Hill
2001 Main St.
Wheeling, WV  26003

Jan M. Hayden, Esq.
Heller, Draper, Hayden, Patrick, & Horn, LLC
650 Poydras St.
Ste. 2500
New Orleans,LA   70130

Robert Jacobs, Esq.
Jacobs & Crumplar, P.A.
2 East 7th Street
Wilmington,D E  19899

J. Michael Riley,Esq.
Jones Martin Parris & Tessener, Law Offices, P.L.L.C.
410 Glenwood Ave. Ste. 200
Raleigh,N C  27603

**Pittsburgh Corning 2002 Service list**

Julie Ardoin, Esq.
Julie Ardoin, LLC
2200 Veterans Memorial Blvd
Suite 210
Kenner,LA   70062-4032

Jackey W. South Esq.
Lundy & Davis, LLP
501 Broad Street
Lake Charles, LA  70601

Thomas Wilson, Esq.
Kelley & Ferraro L.L.P.
2200 Key Tower
127 Public Square
Cleveland, OH  44114

Peter C. DePaolis, Esq.
Koonz, McKenney, Johnson, De Paolis & Lightfoot
10300 Eaton Place
Suite 200
Fairfax,V A  22030

Jonathan T. Krassenstein, Esq.
Krassenstein & Associates
7500 Brooktree Drive
Wexford, PA  15090

Patrick N. Haines, Esq.
Lanier, Parker, Sullivan, PC
6810 FM 1960 West
Houston,T X  77069

Moshe Maimon,E sq.
Levy, Phillips & Konigsberg, LLP
520 Madison Avenue
New York, NY  10022

John Ned Lipsitz,Esq.
Anne E. Joynt
Lipsitz & Ponterio
135 Delaware Ave. Ste 506
Buffalo, NY  14202

**Pittsburgh Corning 2002 Service list**

R. Jeff Carlisle, Esq.
Lynberg & Watkins
888 S. Figueroa Street
Suite 1600
Los Angeles, CA  90017

Robert A. Arcovio, Esq.
Margolis Edelstein
1500 Grant Building
Pittsburgh,P A  15219

J. Michael Baggett, Esq.
McCann, Garland, Ridall & Burke
309 Smithfield St.     Ste 400
Pittsburgh,P A  15222

William F. Taylor, Esq.
Katherine Mayer, Esq.
McCarter & English, LLP
919 North Market Street, Suite 1800
Post Office Box 111
Wilmington,D E  19899

Joseph Lubertazzi, Jr., Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102

James E. Wimberley, Esq.
McPherson, Monk, Hughes, Bradley & Wimberley, LLP
3120 Central Mall Drive
Port Arthur,T X  77642

Richard Milazzo, Esq.
Mendes & Mount
750 Seventh Ave
New York, NY  10019

Missouri Dept. of Revenue Bankruptcy Unit
Missouri Dept. of Revenue Bankruptcy Unit
P.O. Box 475
Jefferson City, MO  65105

**Pittsburgh Corning 2002 Service list**

Natalie D. Ramsey, Esquire
Montgomery McCracken, Walker & Rhoads, LLP
123 Broad Street
Philadelphia,P A  19109

Charles G. Blackwell, Esquire
Morris, Sakalarios & Blackwell, PLLC
1817 Hardy Street
Hattiesburg,M S  39401

Alison Darsey, Esquire
Morris, Sakalarios & Blackwell, PLLC
1817 Hardy Street
Hattiesburg,M S  39401

Stacey Lea Sims, Esquire
Morris, Sakalarios & Blackwell, PLLC
1817  Hardy Street
Hattiesburg,M S  39401

F. Marvin Morris, Esquire
Morris, Sakalarios & Blackwell, PLLC
1817 Hardy Street
Hattiesburg,M S  39401

Sara Morris Farris, Esquire
Morris, Sakalarios & Blackwell, PLLC
1817 Hardy Street
Hattiesburg,M S  39401

Anthony Sakalarios, Esquire
Morris, Sakalarios & Blackwell, PLLC
1817 Hardy Street
Hattiesburg,M S  39401

John Baden, Esq.
Motley Rice
28 Bridgeside Boulevard
Mount Pleasant,S C  29465

Tancred V. Schiavoni
O'Melveny & Meyers
Times Square Tower
7 Times Square
New York, NY  10036

Robert Claude Edmundson, Esq.
PA Department of Revenue
4th FLoor, Manor Complex
564 Forbes Avenue
Pittsburgh,P A  15219

Pittsburgh Corning 2002 Service list

Deborah Candace Phillips, Esq.
PA Dept. of Labor & Industry
Unemployment Compensation Fund
914 Penn Avenue
Pittsburgh,P A  15222

Deborah J. Bisco, Esq.
Pension Benefit Guaranty Corp.
1200 K. Street
Washington,D C  20005

Paul Matheny, Esq.
Peter G. Angelos
5905 Harford Road
Baltimore,M D  21214

Alan S. Miller, Esquire
Picadio Sneath Miller & Norton, P.C.
4710 U.S. Steel Tower
600 Grant Street
Pittsburgh,P A  15219

Robert Shields, III, Esq.
Robert Shields, III, Esquire
2025 Third Avenue
STE 301
Birmingham,A L  35203

Russell R. Johnson III, Esquire
3734 Byfield Place
Richmond,V A  23233

Jeffrey C. Hampton,Esq.
Saul Ewing, LLP
1500 Market St.
Philadelphia,P A  19102

Bethann P. Schaffzin, Esq.
Shein Law Center, Ltd.
121 S. Broad Street 21st Floor
21 st Floor
Philadelphia,P A  19107

Gary Nelson, Esq.
Sherrard, German & Kelly, P.C.
Two PNC Plaza
620 Liberty Plaza
Pittsburgh,P A  15222

Robert W. Phillips, Esq.
Simmons Cooper, LLC
707 Berkshire Blvd.
East Alton, IL  62024

**Pittsburgh Corning 2002 Service list**

Ktherine Kakish, Esq.
State of Michigan, Department of Treasury
3030 W. Grand Boulevard
Suite 10-200
Detroit, MI 48202

Michael A. Cox, Attorney General
State of Michigan, Department of Treasury
3030 W. Grand Boulevard
Suite 10-200
Detroit, MI 48202

Leonard P. Goldberger, Esq.
Stevens & Lee, P.C.
1818 Market Street
29th Floor
Philadelphia, P A 19103

Philip Beard, Esq.
Stonecipher, Cunningham, Beard & Schmitt, P.C. (Gelco)
125 First Ave
Pittsburgh, P A 15222

G. Luke Ashley, Esq.
Thompson & Knight LLP
1700 Pacific Avenue
Suite 3300
Dallas, T X 75201

William A. Frazell, Esq.
TX Comptroller of Pub. Accts. Bankruptcy and Coll. Div
P.O. Box 12548
Austin, TX 78711

William M. Graham, Esq.
Wallace & Graham
525 North Main St.
Salisbury, NC 28144

J.Kevin Watson, Esq.
Watson & Jernigan, P.A.
2829 Lakeland Drive, Mirror Lake Plz  Ste 1502
Jackson, MS 39232

Joseph G. Gibbons, Esq.
White & Williams, LLP
1800 One Liberty Place
Philadelphia, P A 19103

Deirdre Woulfe Pacheco, Esquire
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, N J 07095

**Pittsburgh Corning 2002 Service list**

Mark G. Ledwin, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY  10604

Jeffrey Mutnick
Law Office of Jeffrey S. Mutnick
737 SW Vista Ave.
Portland, OR 97205

Michael J. McGinnis
EL Paso Corporation
1001 Louisiana, Suite 1540 B
Houston, TX 77002

**W. R. Grace 2002 Service List**
Case No. 01-1139 (JKF)
Doc. No. 144642

(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705

(Copy Service)
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

(Counsel to DIP Lender)
Steven M. Yoder, Esquire
Potter Anderson & Coroon LLP
1313 North Market Street
Wilmington, DE 19899-0951

(Counsel to Asbestos PI Committee)
Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, #300
Wilmington, DE 19801

(Counsel to Scotts Company LLC)
Robert J. Stearn, Jr.
Cory D. Kandestin, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

(Counsel to The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

(Counsel to Maryland Casualty)
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

(Counsel to Ingersoll-Rand Fluid
Products
and State of Montana)
Francis A. Monaco, Jr., Esquire
Womble Carlye Sandridge & Rice LLC
222 Delaware Avenue, 15th Floor
Wilmington, DE 19801

(Counsel to Asbestos PD Committee)
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom
LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899

(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

(Counsel for Reaud, Morgan & Quinn,
Inc.
and Environmental Litigation Group,
PC)
Kathleen Miller, Esquire
Smith, Katzenstein & Jenkins LLP
800 Delaware Avenue, Suite 1000
P.O. Box 410
Wilmington, DE  19899

(Counsel to Century Indemnity
Company)
Curtis Crowther, Esquire
White and Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19801

(Counsel to First Union Leasing)
John D. Demmy, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, Suite 700
Wilmington, DE  19801-1270

(Counsel to Mark Hankin and HanMar
Associates, Fireman's Fund Insurance
Co.)
Thomas G. Whalen, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE  19801

(Counsel to Equity Committee)
Teresa K.D. Currier, Esquire
Saul Ewing
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899

(Counsel to Union Tank Car Company
and Samson)
Rachel B. Mersky, Esquire
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE  19801

(Counsel to The Delaware Division of
Revenue)
Allison E. Reardon
Delaware Division of Revenue
820 N. French Street, 8th Floor
Wilmington, DE  19801

(Counsel to the Libby Mine Claimants)
Steven K. Kortanek, Esquire
Klehr, Harrison, Harvey, Branzburg &
Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801


(L.A. Unified School District)
William F. Taylor, Jr., Esquire
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19899


(Counsel for David T. Austern)
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806


(Counsel to Libby Claimants)
Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801


(Counsel to Representative Counsel to
Canadian ZAI Claimants)
Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806


(Counsel to Allstate Insurance
Company)
James S. Yoder, Esquire
White and Williams LLP
824 Market Street, Suite 902
Wilmington, DE 19899-0709


(Counsel to Everest Reinsurance
Company and Mt. McKinley Insurance
Company)
Brian L. Kasprzak, Esquire
Marks, O'Neill, O'Brien and Courtney,
P.C.
913 North Market Street, Suite 800
Wilmington, DE 19801


(Counsel to American Employers Insurance Co,
Employers Commercial Union n/k/a OneBeacon
America Insurance Co and Unigard Insurance Co)
David P. Primack, Esquire
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801-1254


(Counsel to Anderson Memorial
Hospital)
Christopher D. Loizides, Esquire
Loizides & Associates
Legal Arts Bldg.
1225 King Street, Suite 800
Wilmington, DE 19801


(Counsel to PacifiCorp)
Richard S. Cobb, Esquire
Megan N. Harper, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801


(Counsel to CNA Financial Corporation)
Carmella P. Keener, Esquire
Rosenthal, Monhait, Gross & Goddess,
P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

(Counsel to State of California, Dept. of
General Svcs)
Tobey M. Daluz, Esquire
Leslie C. Heilman, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801

(Counsel to Sealed Air Corporation)
Mark S. Chehi, Esquire
Skadden, Arps, Slate, Meagher & Flom
LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

(Counsel to Zonolite Attic Litigation
Plaintiffs and Gamma Holding, NV)
William D. Sullivan, Esquire
4 E. 8th Street, Suite 400
Wilmington, DE 19801

(Attorneys for PPG Industries, Inc.)
William M. Aukamp, Esquire
Archer & Greiner
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

Robert Jacobs, Esquire
Maria Rosoff Eskin
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899

(Counsel to Macerich Fresno LP)
William P. Bowden, Esquire
Amanda M. Winfree, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

(Counsel to PDFCR)
Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

(Counsel to Arrowood Indemnity, U.S.
Fire Insurance, Royal Insurance)
Ian Connor Bifferato, Esquire
Garvan F. McDaniel, Esquire
Bifferato LLC
800 King Street, First Floor
P.O. Box 2165
Wilmington, DE 19899-2165

(Counsel to Federal Insurance Co.)
Barry M. Klayman, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

(Counsel to Mian Realty, LLC)
Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

(Counsel to Wausau and National
Casualty)
Eric Lopez Schnabel, Esquire
Robert W. Mallard, Esquire
Dorsey & Whitney LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE  19801


(Counsel to Defendant BNSF Railway
Company)
Evelyn J. Meltzer, Esq.
Pepper Hamilton LLP
Hercules Plaza,Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE  19899-1709


(Canadian Counsel to Debtor)
Derrick C. Tay
Ogilvy Renault LLP
Royal Bank Plaza, South Tower
200 Bay Street, Suite 3800
Toronto,On tario  M5J  2Z4
CANADA


(Counsel to Canadian ZAI Claimants)
Yves Lauzon, Esquire
Michel Belanger, Esquire
LAUZON BELANGER, INC..
286 Street Paul West
Montréal (Quebec)
H2Y 2A3


(Counsel to Her Majesty the Queen in
Right of Canada as represented by The
Attorney General of Canada)
Jacqueline Dais-Visca, Senior Counsel
Business Law Section
The Exchange Tower
King Street West 3400
C.P. 36
Toronto, Ontario  M5X 1K6


NORTEL
Chris Paczynski, Analyst
Global Credit Management
195 The West Mall
Toronto, Ontario
M9C 5K1


Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903


Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH  43506


John P. Dillman, Esquire
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 3064
Houston, TX  77253-3064

(Tennessee Department of Environment
and Conservation – Superfund)
Paul G. Sumers, Esquire
TN Attorney General's Office, Bankr.
Unit
P.O. Box 20207
Nashville, TN 37202-0207


Danice Sims
P.O. Box 66658
Baton Rouge, LA 70896


(Counsel to Toyota Motor Credit)
Robert T. Aulgur, Jr., Esquire
P.O. Box 617
Odessa, DE 19730


Attn: Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, FL 32412-0950


Steven B. Flancher, Esquire
Assistant Attorney General
Department of Attorney General
Revenue and Collections Division
P.O. Box 30754
Lansing, MI 48909


(Counsel to The Texas Comptroller of
Public Accounts)
Mark Browning, Esquire
Assistant Attorney General
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548


(Comptroller of Public Accounts of the
State of Texas)
William A. Frazell, Esquire
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548


General Motors Acceptance Corporation
P.O. Box 5055
Troy, MI 48007-5055


(Missouri Department of Revenue)
Missouri Department of Revenue
Bankruptcy Unit
Gary L. Barnhart
P.O. Box 475
Jefferson City, MO 65105-0475


(Peters, Smith & Company)
Mr. Charles C. Trascher III, Esquire
Snellings, Breard, Sartor, Inabnett &
Trascher, LLP
P.O. Box 2055
Monroe, LA 71207

Margaret A. Holland
Deputy Attorney General
New Jersey Attorney General's Office
Division of Law
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ  08625

Rachel Jeanne Lehr
Deputy Attorney General
Office of the Attorney General
R.J. Hughes Justice Complex
P.O. Box 093
Trenton, NJ  08625

Mr. Mark Hankin
HanMar Associates, M.L.P.
P.O. Box 26767
Elkins Park, PA 19027

(Counsel to the City of Knoxville)
Hillary Browning-Jones
Assistant City Attorney
P.O. Box 1631
Knoxville, TN  37901

Xerox Capital Services, LLC
P.O. Box 660502
Dallas, TX  75266-0502

Trade-Debt.Net
2 Stamford Plaza #1501
Stamford, CT  06901-3263

(Counsel to Iowa Dept. of Revenue)
John Waters, Esquire
Iowa Department of Revenue
Collections Section
P.O. Box 10457
Des Moines, IA  50306

(Co-Counsel to Debtor)
John Donley, Esquire
Adam Paul, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL  60654

(Co-Counsel to Debtor)
The Law Offices of Janet S. Baer P. C.
70 W. Madison Street, Suite 2100
Chicago, IL 60602

(W. R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

(Counsel to Asbestos PI Committee)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152-3500

(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Strook & Strook & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Baena Price & Axelrod
LLP
200 South Biscayne Blvd, Suite 2500
Miami, FL  33131

Michael A. Berman
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F Street, NE
Washington, DC  20549

(Counsel to Equity Committee)
Philip Bentley, Esquire
Doug Mannal
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

James D. Freeman, Esquire
Jerel L. Ellington, Esquire
U.S. Department of Justice
Environmental Enforcement Section
1961 Stout Street – Eighth Floor
Denver, CO 80294-1961

(Counsel to Sealed Air Corporation)
D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom
LLP
Four Times Square
New York, NY  10036

Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan &
McGarvey PC
745 South Main Street
Kalispel, MT  59901

Todd Meyers, Esquire
Kilpatrick Stockton
1100 Peachtree Street, Suite 2800
Atlanta, GA  30309

(Counsel to DIP Lender)
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL  60606

Office of Reorganization
Securities & Exchange Commission
Suite 1000
3475 Lenox Road, N.E.
Atlanta, GA  30326-1232

Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY  10004

Internal Revenue Service
Attn: Insolvency
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

Ira S. Greene, Esquire
Hogan & Hartson LLP
875 Third Avenue
New York, NY  10022-6225

James A. Sylvester, Esquire
Intercat, Inc.
2399 Highway 34 #C1
Manasquan, NJ  08736-1500


Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA  94304-1125


Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI  54306


David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096


Charles L. Finke, Assistant General
Counsel
Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C.  20005-4026


Pamela Zilly
Richard Shinder
Barry Korn
The Blackstone Group
345 Park Avenue, 30th Floor
New York, NY  10154


Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn,
L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103


(Counsel to Asbestos Claimants)
Ann Harper, Esquire
Baron & Budd
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX  75219


Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA  94945


Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

Russell W. Budd
Baron & Budd, P.C.
3102 Oak Lawn Avenue
P.O. Box 8705
Dallas, TX 75219

Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth,
P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

The Mills Corporation
Ontario Mills LP
Legal Department
225 W. Washington Street
Indianapolis, IN 46204-3435

T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

The Gibson Law Firm, PLLC
P.O. Box 6005
447 Northpark Drive
Ridgeland, MS 39157

Christopher L. Beard, Esquire
The Beard Group
502 W. Patrick Street
Frederick, MD 21701

Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067

Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Kherkher Hart & Boundas,
LLP
8441 Gulf Freeway, Suite #600
Houston, TX 77017

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD 21226-1595

Steven T. Hoort, Esquire
Ropes & Gray
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA 19030

Paul M. Matheny
The Law Offices of
Peter G. Angelos, P.C.
210 W. Pennsylvania Avenue, Suite 300
Towson, MD  21204-4546

Michael J. Urbis
Jordan, Hyden, Womble & Culbreth,
P.C.
1534 E. 6th Street, Suite 104
Brownsville, TX  78520

Mary A. Coventry
Sealed Air Corporation
200 Riverfront Blvd.
Elmwood Park, NJ  07407-1033

Katherine White
Sealed Air Corporation
200 Riverfront Boulevard
Elmwood Park, NJ  07407

Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll,
Salisbury & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY  14202

Paul D. Henderson, Esquire
Paul D. Henderson, P.C.
712 Division Avenue
Orange, TX  77630

Elizabeth S. Kardos, Esquire
Gibbons P.C.
One Gateway Center
Newark, NJ  07102-5310

(Counsel to Public Service Electric and
Gas Company)
William E. Frese, Esquire
Attn:  Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ  07101

(Counsel to Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ  07102-3889

(Counsel to numerous asbestos
claimants)
Scott W. Wert, Esquire
Foster & Sear, LLP
817 Greenview Drive
Grand Prairie, TX  75050

(Counsel to Berry & Berry)
C. Randall Bupp, Esquire
Bardelli, Straw & Cavin LLP
2000 Crow Canyon Place, Suite 330
San Ramon, CA  94583

Anton Volovsek
P.O. Box 128
601 King Street
Cottonwood, ID  83522

(Counsel to Weatherford U.S. Inc., and
Weatherford International Inc.)
Peter S. Goodman, Esquire
Andrews & Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY 10017

(Counsel to SAP America, Inc.)
Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ 08108

Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, FL 32399-3000

Margaret Ann Nolan, County Solicitor
Camela Chapman, Senior Assistant
County Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive, 3rd Floor
Ellicott City, MD 21043

State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
Office of the Attorney General
150 East Gay Street, 23rd Floor
Columbus, OH 43215

M. Diane Jasinski, Esquire
Michael D. Hess
Corporation Counsel of the City of New
York
100 Church Street, Room 6-127
New York, NY 10007

Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Janet Napolitano
Robert R. Hall
Russell W. Savory
1275 West Washington Street
Phoenix, AZ 85007-1278

Greif, Inc.
Attn: Credit Department
366 Greif Parkway
Delaware, OH 43015

Russell W. Savory
Gotten, Wilson & Savory, PLLC
88 Union Avenue, 14th Floor
Memphis, TN 38103

Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, TN  38103

James P. Ruggeri
Scott A. Shail
Shipman & Goodwin LLP
1133 Connecticut Avenue, NW
3rd Floor, Suite A
Washington, D.C.  20036-4305

Daniel H. Slate, Esquire
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA  90071-3442

Andrea L. Hazzard, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004-1482

Authur Stein, Esquire
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ  08731-6070

Robert H. Rosenbaum, Esquire
M. Evan Meyers, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385

Colin D. Moore
Provost & Umphrey
Law Firm, L.L.P.
490 Park Street
Beaumont, TX  77704

Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA  94612-1413

Dorine Vork, Esquire
Stibbe, P.C.
489 Fifth Avenue, 32nd Floor
New York, NY  10017

Suexirda Prayaga
7365 MacLeod Lane
Ofallon, MO  63366

Bart Hartman
Treasurer – Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA  92101

David Aelvoet, Esquire
Linebarger Goggan Blair Graham Pena
& Sampson, LLP
Travis Park Plaza Building
711 Navarro, Suite 300
San Antonio, TX  78205

Robert Cimino, Esquire
Suffolk County Attorney
Attn: Diane Leonardo Beckmann,
AsStreet County
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY  11788-0099


(Counsel to Dow Chemical Company,
Hampshire Chemical Corporation and
Union
Carbide Corporation)
Kathleen Maxwell
Legal Department
The Dow Chemical Company
2030 Dow Center/Office 732
Midland, MI  48674


(The Dow Chemical Company)
Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
Liberty View – Suite 700
457 Haddonfield Road
Cherry Hill, NJ  08002


(Counsel to General Electric Capital
Corporation)
Ronald S. Beacher, Esquire
Pitney, Hardin, Kipp & Szuch LLP
7 Times Square
New York, NY  10036-6524


Gina Baker Hantel, Esquire
Attorney General Office
Bankruptcy Division
State of Tennessee
425 5th Avenue North, Floor 2
Nashville, TN  37243

Robert M. Horkovich, Esquire
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020-1182


Attn: Ted Weschler
Peninsula Capital Advisors, L.L.C.
404 East Main Street, Second Floor
Charlottesville, VA  22902


E. Katherine Wells, Esquire
South Carolina Department of Health
and Environmental Control
2600 Bull Street
Columbia, SC  29201-1708


James M. Garner, Esquire
Sher Garner Cahill Richter Klein &
Hilbert, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, LA  70112-1033


William H. Johnson, Esquire
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA  23510-9242


(Counsel to Wells Fargo Bank
Minnesota, National Association)
Pillsbury Winthrop LLP
1540 Broadway #9
New York, NY  10036-4039

(Counsel to Wells Fargo Bank
Minnesota, National Association)
Craig Barbarosh, Esquire
Pillsbury Winthrop LLP
650 Town Center Drive, Suite 700
Costa Mesa, CA  92626-7122

(Counsel to Aldine Independent School
District)
Aldine Independent School District
Jonathan C. Hantke, Esquire
Pamela H. Walters, Esquire
14910 Aldine-Westfield Road
Houston, TX  77032

DAP Products, Inc.
c/o Julien A. Hecht, Esquire
2400 Boston Street, Suite 200
Baltimore, MD  21224

(Counsel to Asbestos Claimants)
Deirdre Woulfe Pacheco, Esquire
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ  07095

(Counsel to Occidental Permian, Ltd.)
John W. Havins, Esquire
Havins & Associates PC
2211 Norfolk, Suite 525
Houston, TX  77098

(Counsel to Fireman's Fund Insurance
Company)
Leonard P. Goldberger, Esquire
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA  19103-1702

(Counsel to Anderson Memorial
Hospital)
Daniel A. Speights, Esquire
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC  29924

Donna J. Petrone, Esquire
ExxonMobil Chemical Company
Law Department – Bankruptcy
13501 Katy Freeway, Room W1-562
Houston, TX  77079-1398

(Counsel to Potash Corp.)
David W. Wirt, Esquire
Winston & Strawn
35 West Wacker Drive
Chicago, IL  60601

(Counsel for Reaud, Morgan & Quinn,
Inc.
and Environmental Litigation Group,
PC)
Sander L. Esserman, Esquire
Robert T. Brousseau, Esquire
Van J. Hooker, Esquire
Stutzman Bromberg, Esserman & Plifka
PC
2323 Bryan Street, Suite 2200
Dallas, TX  75201

Glen W. Morgan, Esquire
Reaud, Morgan & Quinn, Inc.
801 Laurel
Beaumont, TX  77701

(Counsel to Huntsman Corporation)
Randall A. Rios
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana, Suite 4600
Houston, TX 77002


(Zonolite Attic Litigation Plaintiffs)
Elizabeth J. Cabraser, Esquire
Lieff, Cabraser, Heimann & Bernstein, LLP
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, CA 94111


(Zonolite Attic Litigation Plaintiffs)
Thomas M. Sobol, Esquire
Hagens Berman Sobol Shapiro
55 Cambridge Parkway, Suite 301
Cambridge, MA, 02142


(Zonolite Attic Litigation Plaintiffs)
Robert M. Fishman, Esquire
Shaw Gussis Domanskis Fishman & Glantz
321 N. Clark Street, Suite 800
Chicago, Illinois 60610


Edward H. Tillinghast, III,E squire
Sheppard, Mullin, Richter & Hampton LLP
Twenty-fourth Floor, 30 Rockefeller Plaza
New York, NY 10112


(Counsel to Marco Barbanti)
Darrell W. Scott
The Scott Law Group
926 W. Sprague Avenue, Suite 680
Spokane, WA 99201-5071


(The Baupost Group LLC)
Gary M. Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036


(Attorney General of PA(Commonwealth of PA, Dept. of Revenue)
Christopher R. Momjian
Senior Deputy Attorney General
I.D. No. 057482
Office of Attorney General
21 S. 12th Street, 3[Road] Floor
Philadelphia, PA 19107-3603


Denise A.Kuhn
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603


(Snack, Inc.)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166


(W.C. Baker, E.E. Jaques, B.H. Miller, M.R. Fisher, S.R. Ormsbee, M. Rea and the Fisher Trust)
Richard B. Specter, Esquire
Corbett, Steelman & Specter
18200 Von Karman Avenue, Suite 900
Irvine, CA 92612

William A. Grubbs, Jr.
Southeat Region Assistant Controller
AON Consulting Inc.
1100 Reynolds Boulevard
Winston-Sale, NC  27105

Michael Selig
Westover Investments, L.L.C.
555 Old Garth Road
Charlottesville, VA  22901

(Hearthside Residential Corp.)
Allan H. Ickowitz, Esquire
Nossaman, Guthner, Knox & Elliott,
LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA  90071

(Georgia Department of Revenue)
Oscar B. Fears, III
Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334

Philip J. Ward
Victoria Radd Rollins
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC  20005

Larry A. Feind
133 Peachtree Street, N.E., 7th Floor
Atlanta ,GA  30303

(Counsel to County Of Dallas)
Elizabeth Weller
Linebarger Goggan Blair & Sampson,
LLP
2323 Bryan Street, Suite 1720
Dallas, TX  75201-2691

(Counsel to Travelers Casualty and
Surety Company)
Lynn K. Neuner, Esquire
Simpson, Thacher, & Bartlett
425 Lexington Avenue
New York, NY  10017-3954

(Counsel to Kaneb Pipe Line Operating
Partnership LP and Support Terminal
Services, Inc.)
Gerald G. Pecht, Esquire
Fulbright & Jaworski, LLP
1301 McKinney, Suite 5100
Houston, TX  77010-3095

Jonathan D. Berger, Esquire
Russell Henkin, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103-6365

(Counsel to Novak Landfill RD/RA
Group)
Richard G. Placey, Esquire
Montgomery, McCracken, Walker &
Rhoads LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA  19109

DACA V, LLC
Attn: Julie Bubnack
1565 Hotel Cir S, Ste 310
San Diego, CA 92108-3419


(Counsel to Lawson Electric Co.)
Ronald D. Gorsline
Chambliss, Bahner, & Stophel, P.C.
1000 Tallan Building, Suite 1000
Two Union Square
Chattanooga, TN 37402-2552


Jon Bauer
Contrarian Capital Management, LLC
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830


(Counsel to County of San Diego)
Martha E. Romero, Esquire
6516 Bright Avenue
Whittier, CA 90601-4503


(Counsel to National Union Fire
Insurance Co. of Pittsburgh, PA)
Michael S. Davis, Esquire
Zeichner Ellman & Krause
575 Lexington Avenue, 10th Floor
New York, NY 10022


(Counsel to The Burlington Northern
and Santa Fe Railway Company)
Richard A. O'Halloran, Esquire
Burns, White & Hickton, LLC
100 Four Falls, Suite 515
1001 Conshohocken State Road
West Conshohocken, PA 19428


(Counsel to Westcor)
Don C. Fletcher, Esquire
The Cavanagh Firm, P.A.
1850 North Central Avenue, Suite 2400
Phoenix, AZ 85004


(Carteret Venture)
Mr. Harvey Schultz
The Schultz Organization
4 Woods End
Ocean, NJ 07712-4181


(Counsel to State of New York, Dept. of
Taxation and Finance)
Barbara G. Billet, Esquire
Elaine Z. Cole, Esquire
NY State Department of Taxation &
Finance
340 E. Main Street
Rochester, NY 14604


(Special Counsel to Debtors)
James J. Restivo, Esquire
Reed Smith LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222-2716


(Counsel to Certain Underwriters at
Lloyd's London)
Thomas J. Quinn, Esquire
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019-6829


(Counsel to the State of Minnesota)
Ann Beimdiek Kinsella
Assistant Attorney General
445 Minnesota Street, Suite 1200
Street Paul, MN 55101-2127

(Counsel to Union Tank Car Company)
Deborah L. Thorne, Esquire
FabelHaber LLC
55 East Monroe Street, 40th Floor
Chicago, IL 60603

(Counsel to Cornell University)
Anthony F. Parise
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY 14853-2601

Brad N. Friedman
Rachel Fleishman
Milberg Weiss Bershad Hynes & Lerach
LLP
One Pennsylvania Plaza
New York, NY 10119-0165

(Counsel to the Libby Mine Claimants)
Daniel C. Cohn, Esquire
Christopher M. Candon, Esquire
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA 02110

(Counsel to Ben Bolt-Palito-Blanco ISD,
Brownsville ISD, Cameron County, Hildalgo
County, Orange Grove, Orange Grove ISD,
Premont ISD)
Lori Gruver Robertson, Esquire
Linebarger Goggan Blair Pena &
Sampson, LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, TX 78760

(Counsel to Town of Acton, MA)
Thomas O. Bean
McDermott, Will & Emery
28 State Street, 34th Floor
Boston, MA 02109-1775

Contrarian Capital Trade Claims LP
Attn: Alisa Minsch
411 W. Putnam Avenue S-225
Greenwich, CT 06830-6263

(Counsel to James Grau, Anna Grau and
Harry Grau & Sons, Inc.)
Edward L. Jacobs, Esquire
Bankemper & Jacobs
The Shaw House
26 Audubon Place
P.O. Box 70
Fort Thomas, KY 41075-0070

Debt Acquisition Co of America V LLC
1565 Hotel Cir S, Suite 310
San Diego, CA 92108-3419

(Counsel to Royal Insurance)
Carl Pericone, Esquire
Wilson, Elser, Moskowitz, Edelman,
Dicker LLP
150 East 42nd Street
New York, NY 10017-5639

Longacre Master Fund Ltd.
Attn: Maurie Shalome
810 7th Avenue, 33rd Floor
New York, NY 10019-5818

Sierra Asset Management LLC
2699 White Road, Suite 225
Irvine, CA  92614-6264


(Counsel for State Street Global
Advisors)
Daniel M. Glosband, P.C.
Goodwin Procter LLP
Exchange Place
Boston, MA  02109


John Preefer
128 Willow St Apt 6B
Brooklyn, NY  11201


Michael B. Schaedle, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19103


Peter B. McGlynn, Esquire
Bruce D. Levin, Esquire
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, MA  02110


(Counsel to David Austern, the Future
Claimants' Representative)
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC  20005-1706

Lauren Holzman
Claims Processor
Euler Hermes ACI
800 Red Brook Boulevard
Owings Mills, MD  21117


(Counsel to Keri Evans, on behalf of herself and
all others similarly situated as Plaintiff in ERISA
litigation, Civil Action No. 04-11380)
Michael S. Etkin, Esquire
Ira M. Levee, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068


(Counsel to Charlotte Transit Center,
Inc.)
Amy Pritchard-Williams, Esquire
Margaret R. Westbrook, Esquire
Kennedy Covington Lobdell &
Hickman, LLP
Hearst Tower, 47th Floor
214 N. Tryon Street
Charlotte, NC  28202


(Counsel to Ancel Abadic and 410
additional claimants)
Julie Ardoin, Esquire
Julie Ardoin, LLC
2200 Veterans Memorial Blvd.,
Suite 210
Kenner, LA  70062-4032


(Counsel to Allstate Insurance
Company)
Stefano Calogero, Esquire
Andrew K. Craig, Esquire
Cuyler Burk, LLP
Parsippany Corporate Center
Four Century Drive
Parsippany, NJ  07054

(Counsel to Everest Reinsurance
Company and Mt. McKinley Insurance
Company)
Mark D. Plevin, Esquire
Leslie A. Epley, Esquire
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004-2595


(Counsel to The Van Cott, Bagley,
Cornwall & McCarthy 401(K) Profit
Sharing Plan)
J. Robert Nelson, Esquire
Van Cott, Bagley, Cornwall &
McCarthy
36 South State Street, Suite 1900
Salt Lake City, Utah 84111


(Counsel to Claimants, American Legion,
Catholic Diocese of Little Rock, City of
Barnesville, Cherry Hill Plaza, Church of the
Most Holy Redeemer, Church of Street Joseph,
Church of Street Luke, Church of Street Helena,
Church of Street Leo the Great, First United
Methodist Church, Fargo Housing Authority,
Alvin Foss, State of Washington and Port of
Seattle)
Fredrick Jekel, Esquire
Motley Rice LLC
28 Bridgeside Blvd.,
Mt. Pleasant, SC  29464


(Counsel to American Employers Insurance Co,
Employers Commercial Union n/k/a OneBeacon
A (Counsel to American Employers Insurance
Co, Employers Commercial Union n/k/a
OneBeacon America Insurance Co and Unigard
Insurance Co)
Michael F. Brown, Esquire
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6996

(Counsel to U.S. Fire Insurance
Company)
Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC  20036


(Counsel to American Premier
Underwriters, Inc.)
Matthew J. Siembieda, Esquire
Benjamin G. Stonelake, Esquire
Scott E. Coburn, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19103


(Transfer Agent)
DK Acquisition Partners
65 East 55th Street, 19th Floor
New York, NY  10022


(Transfer Agent)
Fred Glass
Fair Harbor Capital LLC
1841 Broadway, Suite 1007
New York, NY  10023


(Counsel to Macerich Fresno LP)
M. David Minnick, Esquire
Michael P. Ellis, Esquire
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA  94105-2228


(Counsel to Macerich Fresno LP)
Gerald F. George, Esquire
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA  94105-2228

(Counsel to HRCL and Eaves)
Joseph D. Frank, Esquire
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL  60610


(Counsel to all clients of the Robles law
firm)
David Jagolinzer, Esquire
Ferraro & Associates, P.A.
4000 Ponce de Leon Blvd., Suite 700
Miami, FL  33146


(Counsel to PacifiCorp)
Steven  J. McCardell, Esquire
Jared Inouye, Esquire
Durham Jones & Pinegar
111 E. Broadway, Suite 900
Salt Lake City, UT  84111


(Counsel to the Ad Hoc Committee of
Equity Security Holders)
Martin J. Bienenstock, Esquire
Judy G.Z. Liu, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153


Jeffrey S. Hebrank, Esquire
Carl P. McNulty, II, Esquire
Burroughs, Hepler, Broom, MacDonald,
Hebrank & True, LLP
103 West Vandalia Street, Suite 300
Edwardsville, IL  62025-0510


(Counsel to The Prudential Insurance
Company of America)
Joseph L. Schwartz, Esquire
Curtis M. Plaza, Esquire
Craig T. Moran, Esquire
Riker Danzig Scherer Hyland & Perretti
LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ  07962-1981


(Counsel to State of California, Dept. of
General Svcs)
Steven J. Mandelsberg, Esquire
Christina J. Kang, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022


(Counsel to Dies & Hile LLP)
Pryor Cashman LLP
Richard Levy, Jr., Esquire
7 Times Square
New York, NY  10036-6569


(Counsel to Citicorp Del-Lease, Inc.
d/b/a Citicorp Dealer Finance)
Sergio I. Scuteri, Esquire
Capehart & Scatchard, P.A.
8000 Midlantic Drive, Suite 300 S
Mount Laurel, NJ  08054


Drive Anthony Pilavas
25-09 31st Avenue
Astoria, NY  11106

(Counsel for Personal Injury Claimants)
Hal Pitkow, Esquire
The Falls at Lambertville
351 South Main Street
Lambertville, NJ 08530

Brian D. Salwowski, Esquire
Office of Attorney General
Indiana Gov. Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770

(Counsel to ZAI)
Edward J. Westbrook, Esquire
Richardson Patrick Westbrook &
Brickman
1037 Chuck Dawley Blvd. – Bldg A
Mount Pleasant, SC 29464

(Counsel to The Scotts Company LLC)
Robert J. Sidman, Esquire
Tiffany Strelow Cobb, Esquire
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215

(Counsel to Arrowood Indemnity
Company)
Brad Elias, Esquire
O'Melveny & Myers, LLP
Times Square Tower
7 Times Square
New York, NY 10036

(Counsel to Hon. Alex. M. Sanders Jr.,
PDFCR)
Alan B. Rich
Attorney and Counselor
4244 Renaissance Tower
1201 Elm Street
Dallas, TX 75270

(Counsel to Anderson Mem. Hosp.)
John W. Kozyak, Esquire
Charles W. Throckmorton, Esquire
David L. Rosendorf, Esquire
Corali Lopez-Castro, Esquire
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134

(Counsel to Anderson Mem. Hosp.)
Harley E. Riedel, Esquire
Stichter Riedel Blain & Prosser, P.A.
110 E. Madison Street, Suite 200
Tampa, FL 33602

Kevin Welch, Esquire
Office of General Counsel
Division of Waste Management
200 Fair Oaks Lane, First Floor
Frankfort, KY 40601

(Co-Counsel to Travelers Casualty)
Samuel J. Rubin, Esquire
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

(Counsel to Samson Hydrocarbons)
Greg A. Lawry, Esquire
Locke Lord Bissell & Liddell, LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201

(Counsel to US Dept of Agriculture)
Michael R. Sew Hoy
U.S. Dept of Justice-Civil Division
Commercial Litigation Branch
1100 L Street, NW – 10th Floor
Room 10048
Washington, DC  20005


(Counsel to Wausau and National
Casualty)
Patrick J. Feeley, Esquire
Cecilie Howard, Esquire
Dorsey & Whitney LLP
250 Park Avenue
New York, NY  10177


(Counsel to Wachovia)
Stephen B. Gunn, Esquire
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC  28202


(Counsel to Neutocrete Products, Inc.
Stamatios Stamoulis, Esquire
Richard C. Weinblatt, Esquire
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE  19809


(Counsel to SimmonsCooper Claimants)
Lauren M.Webb, Esquire
Simmons Browder Gianaris
Angelides & Barnerd LLC
707 Berkshire Boulevard
P.O. Box 521
East Alton, IL  62024

(Counsel to Plum Creek)
John P. Knapp, Jr.
Miller Nash LLP
4400 Two Union Square
601 Union Street
Seattle, WA  98101-2352


(Counsel to Defendant BNSF Railway
Company)
Nina M. Varughese, Esq.
Edward C. Toole, Jr., Esq.
Linda J. Casey, Esq.
Pepper Hamilton, LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799