# EXHIBIT A

## *Ferry, Joseph & Pearce, P.A.*

824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph: (302) 575-1555    Fax: (302) 575-1714

WR Grace PD Committee                                  December 1, 2010 to December 31, 2010

Inv #:   38001

**RE:**   WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 14.10 | 3,448.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.60 | 195.00 |
| B18 | Fee Applications, Others - | 2.30 | 405.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 0.20 | 65.00 |
| B25 | Fee Applications, Applicant - | 3.40 | 651.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 6.10 | 1,982.50 |
| B34 | Fraudulent Conveyance Adv. Proceeding - | 0.20 | 65.00 |
| B36 | Plan and Disclosure Statement - | 5.00 | 1,600.00 |
| B37 | Hearings - | 3.00 | 975.00 |
| | **Total** | **34.90** | **$9,387.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 270.00 | 1.60 | 432.00 |
| Regina Matozzo | 200.00 | 6.40 | 1,280.00 |
| Theodore J. Tacconelli | 325.00 | 20.80 | 6,760.00 |
| Legal Assistant - SEK | 150.00 | 0.20 | 30.00 |
| Legal Assistant - KC | 150.00 | 5.90 | 885.00 |
| **Total** | | **34.90** | **$9,387.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                              **$1,088.16**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Dec-01-10 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
| Dec-02-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -Review correspondence from R. Ramphall re: committee meeting | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding-* Confer with L. Coggins re: adversary proceedings | 0.10 | TJT |
| Dec-03-10 | *Case Administration* - Review notice of withdrawal of appearance by AXA Belgian and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review notice of withdrawal of appearance by certain London market insurance companies and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Withdrawal of Appearance by AXA Belgium | 0.10 | TJT |
| | *Case Administration* - Review correspondence from J. O'Neill re: 37th Interim Period Fee and Expense Chart and review same | 0.20 | TJT |
| | *Case Administration* - Correspondence to K. Callahan re: 37th Interim Period Fee and Expense Chart | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's final Report re: No Objections Combined Report re: 37th Interim Period | 0.10 | TJT |
| Dec-04-10 | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review Debtors Monthly Operating Report for October 2010 | 0.50 | TJT |
| | *Case Administration* - Review Notice of Withdrawal of Appearance by London Market Insurers | 0.10 | TJT |
| Dec-06-10 | *Case Administration* - Review case management memo re: week ending 12-3-2010 | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* -  Review dockets re: stats for week ending 11/29/10; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 12/3 | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Notice of Sale of Greenville County SC property with attachment | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Debtors Motion to Approve Settlement with Zurich with attachments | 0.80 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Confer with R. Matozzo re: Insurance Transfer Rights | 0.10 | TJT |
| | *Case Administration* - Memo from T. Tacconelli re: fee app docket no. 25225; reviewed total fee amount requested and total expenses requested | 0.10 | KC |
| | *Case Administration* - Received forwarded notice of withdrawal of appearance; review service lists | 0.10 | KC |
| | *Case Administration* - Voice mail message from Mary Caprio @ Intercat Corp. re: change of address; call to Intercat Corp. re: same | 0.10 | KC |
| Dec-07-10 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Certification of Counsel re: 37 Interim Period Project Category Summary and review summary | 0.20 | TJT |
| | *Case Administration* - Confer with K. Callahan re: 37th Interim Period Project Category Summary | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Debtor's Motion to Approve Settlement with State of Massachusetts Division of Revenue with attachments | 0.50 | TJT |
| | *Hearings* - Review agenda for 12/13 hearing | 0.10 | TJT |
| | *Hearings* - Review correspondence from J. Sakalo re: 12/13 hearing coverage | 0.10 | TJT |
| | *Fee Applications, Applicant* - Check docket for objections to 38th quarterly fee app for July through Sept. 2010 | 0.10 | KC |
| | *Fee Applications, Applicant* - Revision to Certificate of No Objection for 38th quarterly fee app for July through Sept. 2010; prepare document for efiling | 0.10 | KC |
| | *Fee Applications, Applicant* - Efile and service of CNO for 38th quarterly fee app for July through Sept. 2010 | 0.30 | KC |
| Dec-08-10 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel re: proposed order re: 37 Interim Quarterly fees | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* Review Notice of Service of Discovery by Libby Claimants and review discovery to CNA and Debtors | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Debtor's Objection to NY Hillside claim with voluminous attachments | 1.30 | TJT |
| | *Plan and Disclosure Statement* - Review Order re: Plan Issues to be addressed at 12/13 hearing, prepare correspondence to M. Kramer re: same | 0.20 | TJT |
| | *Fee Applications, Others* - Review docket for objections to 38th Quarterly fee app for period from July 1, 2010 through Sept. 30, 2010 | 0.10 | KC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection, COS of 38th quarterly fee app documents for filing | 0.10 | KC |
| | *Fee Applications, Others* - Efile and service of Certificate of No Objection of 38th Quarterly fee app | 0.20 | KC |
| Dec-09-10 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel re: Debtors Motion to Acquire Interest in GR 2008 LLC and review revised APA | 0.30 | TJT |
| | *Case Administration* - Review four miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Order re: Debtor's Motion to Approve Settlement with Associated International Ins. Co. | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Fifth Set of Plan Modifications with voluminous attachments | 1.60 | TJT |
| Dec-10-10 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Order re: Debtors Motion to Acquire Interest in GR 2008 LLC | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Complete review of attachments to Notice of Fifth Set of Plan Modifications | 0.80 | TJT |
| Dec-11-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review order re: 37 Interim Period Quarterly Fee Apps. | 0.10 | TJT |
| | *Case Administration* - Review 5 miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding*- Review order re: Final Fee Apps of certain professionals | 0.10 | TJT |
| | *Hearings* - Review Amended Agenda for 12/13 hearing | 0.10 | TJT |
| | *Hearings* - Prepare for 12/13 hearing | 0.20 | TJT |
| Dec-13-10 | *Case Administration* - Review case management memo re: week ending 12-10-2010 | 0.10 | LLC |
| | *Case Administration* - E-mail from KC re: request for expedited transcript | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review case status memo for week ending 12/10 | 0.10 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 1.80 | TJT |
| Dec-14-10 | *Case Administration* - Confer with KC re: retrieving expedited copy of transcript | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with M. Joseph re: status of Plan confirmation | 0.10 | TJT |
| | *Hearings* - Review 12/13 hearing | 0.10 | TJT |
| | *Hearings* - Confer with S. Kreps re: 12/13 hearing transcript | 0.10 | TJT |
| | *Case Administration* - Meeting with T. Tacconelli; request 12/13/10 hearing transcript | 0.20 | SEK |
| | *Case Administration* - E-mail from L. Flores re: expedited transcript request and return e-mail to same; forward request to LLC/ TJT | 0.20 | KC |
| Dec-15-10 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |

| | | | |
|---|---|---|---|
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -Review correspondence from R Ramphall re: committee meeting | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Debtors Motion to Approve Settlement with MassDEP with attachments | 0.70 | TJT |
| | *Hearings* - Review correspondence from co-counsel re: 12/13 hearing transcript, confer with S. Kreps re: same | 0.20 | TJT |
| | *Case Administration* - E-mail from L. Flores re: expedited hearing transcript | 0.10 | KC |
| | *Case Administration* - Call to L. Flores re: expedited hearing transcript | 0.10 | KC |
| | *Case Administration* - Consult with S. Kreps re: expedited hearing transcript | 0.10 | KC |
| | *Case Administration* - Email to L. Flores re: status/ verification of ordering of expedited hearing transcript | 0.10 | KC |
| | *Case Administration* - Email from L. Flores re: transcript needed 12-13; forward to T. Tacconelli and S. Kreps | 0.10 | KC |
| Dec-16-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -Attend committee meeting | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from M. Kramer re: recently filed plan documents | 0.10 | TJT |
| | *Hearings* - Review e-mail from S. Kreps re: 12/13 hearing transcript, confer with S. Kreps re: same | 0.10 | TJT |
| Dec-17-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Notice of Service of Debtor's Response to Neutrocrete Discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of 6th Modification to Joint Plan and review modification | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review 12/13/10 hearing transcript re: plan issues | 0.50 | TJT |
| | *Hearings* - Review Notice of Change of Location for 1/10/11 hearing, prepare correspondence to M. Kramer re: same | 0.20 | TJT |
| Dec-18-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
| Dec-20-10 | *Case Administration* - Review case management memo re: week ending 12-17-2010 | 0.10 | LLC |
| | *Case Administration* - Review notice of substitution of counsel and forward same to KC | 0.10 | LLC |
| | *Fee Applications, Others* - E-mail from KC re: draft CNO's re: fee applications for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review CNO re: Oct. 2010 fee application of Bilzin Sumberg for filing | 0.10 | LLC |
| | *Fee Applications, Others* - E-mail to KC re: filing of CNO's on fee apps | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: Oct. 2010 fee application for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Review dockets re: status for week ending 12/17/10; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 12/17 | 0.10 | TJT |
| | *Case Administration* - Review Notice of Substitution of Counsel for State of Michigan | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review response by NY Hillside to claim objection | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review memo from M. Kramer re: result of hearing today | 0.10 | TJT |
| | *Fee Applications, Others* - Begin draft of Certificate of No Objection for October 2010 fee app | 0.20 | KC |
| | *Fee Applications, Others* - E-mail to LLC re: draft CNO for Oct. 2010 fee app | 0.10 | KC |
| | *Fee Applications, Applicant* - Begin review of Nov. 2010 prebill in prepare for Nov. 2010 fee app | 0.30 | KC |
| | *Fee Applications, Applicant* - Begin draft Certificate of No Objection for October 2010 fee app | 0.20 | KC |
| | *Fee Applications, Applicant* - E-mail to LLC draft Certificate of No Objection for Oct. 2010 fee app for review | 0.10 | KC |
| Dec-21-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with M. Joseph re: new development in plan confirmation proceedings | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Confer with R. Miller re: new development in plan confirmation proceedings and related issues | 0.30 | TJT |
| | *Case Administration* - Email from LLC; review filed substitution of counsel, reviewed 2002 list re: same | 0.20 | KC |
| | *Case Administration* - Review and organize case file | 0.20 | KC |
| | *Fee Applications, Others* - Review docket for objections to 112th fee application for October 2010 | 0.10 | KC |
| | *Fee Applications, Others* - Efile and service of CNO for Oct 2010 fee app | 0.20 | KC |
| | *Fee Applications, Applicant* - Review docket for objections to 114th fee application for October 2010 | 0.10 | KC |
| | *Fee Applications, Applicant* - Efile and service of Certificate of No Objection for Oct 2010 fee app | 0.20 | KC |
| | *Fee Applications, Applicant* - Begin draft of documents for FJP's 15th monthly fee app for Nov. 2010 | 0.20 | KC |
| Dec-22-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce November prebill | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Dec-23-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
| Dec-24-10 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Objection by Libby Claimants to Debtors Motion to Approve Settlement with CNA with | 1.30 | TJT |

| Date | Description | Hours | Staff |
|---|---|---|---|
| | Attachments | | |
| Dec-26-10 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Objection by BNSF to Debtors Motion to Approve Settlement with CNA with Attachments | 0.90 | TJT |
| Dec-27-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review dockets re: status for week ending 12/24/10; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Case Administration* - Review case status memo for week ending 12/24 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Certificate of No Objection re: Debtor's Motion to Approve Settlement with Zurich | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Certification to Counsel re: Agreed Modification to Section 3.1-9 of the Joint Plan and review modifications | 0.30 | TJT |
| Dec-28-10 | *Fee Applications, Others* - E-mail from KC re: Bilzin Nov. 2010 fee app | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin Nov. fee app for filing and e-mail to KC re: same | 0.10 | LLC |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review revised November Ferry Joseph & Pearce prebill, confer with K. Callahan | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Certificate of No Objection re: Debtor's Motion to Approve Settlement re: Mass Tax Claims | 0.10 | TJT |
| | *Fee Applications, Others* - E-mail from L. Flores and response; attachments re: Nov. 2010 fee app included; download same | 0.20 | KC |
| | *Fee Applications, Others* - Review of Nov. 2010 fee application; draft of cos re: same | 0.20 | KC |
| | *Fee Applications, Others* - E-mail to and from LLC re: Bilzin Nov. fee app for filing | 0.10 | KC |
| | *Fee Applications, Applicant* - Revisions to Nov. 2010 bill in preparation for application for fees | 0.20 | KC |
| Dec-29-10 | *Fee Applications, Applicant* - Email from KC re: Nov. 2010 fee app | 0.10 | LLC |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review response to claim objection by NY Hillside as filed with bankruptcy court | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Bloomberg article re: confirmation | 0.10 | TJT |
| | *Fee Applications, Others* - Efile and service of 113th monthly fee app for Nov. 2010 | 0.30 | KC |
| | *Fee Applications, Applicant* - Revisions to Nov. invoice | 0.20 | KC |
| | *Fee Applications, Applicant* - Revisions to Nov. 2010 fee app | 0.10 | KC |
| | *Fee Applications, Applicant* - Email Nov. fee app to LLC for review | 0.10 | KC |
| Dec-30-10 | *Fee Applications, Applicant* - Review Nov. fee app for filing and e-mail to KC re: same | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Payment check received with note from T. Tacconelli; update payments received chart | 0.20 | KC |
| | *Fee Applications, Applicant* - E-mail from LLC re: Nov. 2010 fee application | 0.10 | KC |

| | | | |
|---|---|---:|---|
| | *Fee Applications, Applicant* - Efile and service of Nov. 2010 fee application | 0.20 | KC |
| | Totals | 34.90 | |

## DISBURSEMENTS

| | | |
|---|---|---:|
| Dec-07-10 | Photocopy Cost | 2.80 |
| | Cost Advance -  Blue Marble -  cc  90.00; service 356.94 (Inv # 46762) | 446.94 |
| | Cost Advance -  postage 8 @.44 | 3.52 |
| Dec-08-10 | Photocopy Cost | 4.20 |
| | Cost Advance - Blue Marble - c c 120.00; service 356.94 (Inv # 46773) | 476.94 |
| | Cost Advance - postage 8 x .44 | 3.52 |
| Dec-09-10 | Cost Advance - First State Deliveries  - hand delivery | 6.50 |
| Dec-10-10 | Cost Advance - First State Deliveries  - hand deliveries | 32.50 |
| Dec-13-10 | Cost Advance - First State Deliveries  - hand deliveries | 39.00 |
| Dec-14-10 | Cost Advance - First State Deliveries  - hand deliveries | 39.00 |
| Dec-15-10 | Cost Advance -  West Law - Legal Research  October Acct #1000634693; Inv #0821670327 | 18.72 |
| Dec-21-10 | Photocopy Cost | 4.80 |
| | Cost Advance - postage (8 @ .44) | 3.52 |
| Dec-29-10 | Photocopy Cost | 2.60 |
| Dec-30-10 | Photocopy Cost | 3.60 |
| | Totals | $1,088.16 |

**Total Fees & Disbursements**         **$10,475.16**