# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | |
| ACandS, Inc. | Case No.: 02-12687 |
| Armstrong World Industries, Inc. | Case No.: 00-4471 |
| Combustion Engineering, Inc. | Case No.: 03-10495 |
| The Flintkote Company | Case No. 04-11300 |
| Kaiser Aluminum Corp. | Case No.: 02-10429 |
| Owens Corning | Case No.: 00-3837 |
| US Mineral Products Company | Case No. 01-2471 |
| USG Corp. | Case No. 01-2094 |
| W.R. Grace & Co. | Case No. 01-1139 |
| Debtors | |

## CERTIFICATE OF SERVICE

I, Daniel K Hogan, hereby certify that, on January 28, 2011, a true and correct copy of the *Response of The Law Offices of Peter G. Angelos, P.C., Baron & Budd, P.C., Brayton Purcell, LLP, Hissey Kientz, LLP, The Lipman Law Firm, Reaud Morgan & Quinn, Inc., Thornton & Naumes, LLP, Waters & Kraus, LLP, and Williams Kherkher Hart Boundas, LLP, to the Motion of Garlock Sealing Technologies LLC for Orders Authorizing Access to 2019 Statements filed in this Court and for Related Relief* was served on the parties listed below via first class mail and electronic mail and all other parties registered for electronic service via CM/ECF.

| | |
|---|---|
| Garland S. Cassada | Gregory W. Werkheiser |
| Richard C. Worf, Jr. | Matthew B. Harvey |
| Robinson, Bradshaw & Hinson | Morris, Nichols, Arsht & Tunnell, LP |
| 101 North Tryon Street, Suite 1900 | 1201 North Market Street, 18th Floor |
| Charlotte, NC 28246 | P.O. Box 1347 |
| gcassada@rbh.com | Wilmington, DE 19899-1347 |
| rworf@rbh.com | gwerkheiser@mnat.com |
| | mharvey@mnat.com |

Dated: January 28, 2011  */s/Daniel K. Hogan*
Daniel K. Hogan (DE Bar #2814)
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, DE 19806
Telephone: 302.656.7540
Facsimile: 302.656.7599
E-mail: dkhogan@dkhogan.com