# Exhibit A

# Duane Morris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

January 10, 2011


CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017


W.R. GRACE & CO.


File# K0248-00001        Invoice# 1628285                    IRS# 23-1392502


FOR PROFESSIONAL SERVICES RECORDED
THROUGH 12/31/2010 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 16.90 | hrs. at | $710.00 | /hr. = | $11,999.00 |
| WS KATCHEN | OF COUNSEL | 6.10 | hrs. at | $795.00 | /hr. = | $4,849.50 |
| S LENKIEWICZ | PARALEGAL | 8.40 | hrs. at | $165.00 | /hr. = | $1,386.00 |
| AK GULDALIAN | PARALEGAL | 0.30 | hrs. at | $240.00 | /hr. = | $72.00 |
| | | | | | | $18,306.50 |


DISBURSEMENTS
COURT SEARCH SERVICE                               23.78
PRINTING & DUPLICATING - EXTERNAL                 952.11
TOTAL DISBURSEMENTS                                              $975.89

BALANCE DUE THIS INVOICE                                       $19,282.39

PREVIOUS BALANCE                                               $9,128.68

TOTAL BALANCE DUE                                             $28,411.07

Duane Morris
January 10, 2011
Page 2

File # K0248-00001                                    INVOICE #  1628285
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 12/2/2010 | 003 | MR LASTOWSKI | REVIEW OPERATING REPORTS | 0.20 | $142.00 |
| 12/2/2010 | 003 | MR LASTOWSKI | REVIEW GREENEVILLE SOUTH CAROLINA SALE | 0.30 | $213.00 |
| | | | Code Total | 0.50 | $355.00 |

Duane Morris
January 10, 2011
Page 3

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1628285

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 12/9/2010 | 004 | S LENKIEWICZ | TELEPHONE CALL TO COURTCALL RE TELEPHONIC APPEARANCE FOR HEARING SCHEDULED 12/13/10 | 0.30 | $49.50 |
| | | | Code Total | 0.30 | $49.50 |

Duane Morris
January 10, 2011
Page 4

File # K0248-00001                                          INVOICE #  1628285
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 12/6/2010 | 006 | MR LASTOWSKI | REVIEW OBJECTION TO N.Y HILLSIDE PROOF OF CLAIM | 1.50 | $1,065.00 |
| 12/16/2010 | 006 | MR LASTOWSKI | REVIEW MASSACHUSETTS DEP SETTLEMENT | 0.50 | $355.00 |
| 12/20/2010 | 006 | MR LASTOWSKI | REVIEW HILLSIDE RESPONSE TO CLAIM OBJECTION | 0.10 | $71.00 |
| | | | Code Total | 2.10 | $1,491.00 |

Duane Morris
January 10, 2011
Page 5

File # K0248-00001                                    INVOICE #  1628285
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 12/13/2010 | 007 | WS KATCHEN | PREPARE FOR COMMITTEE CALL. | 0.60 | $477.00 |
| 12/14/2010 | 007 | WS KATCHEN | REVIEW REVISIONS TO PLAN COMMITTEE CONFERENCE CALL. | 1.00 | $795.00 |
| 12/20/2010 | 007 | WS KATCHEN | REVIEW STROOCK MEMO. | 0.10 | $79.50 |
| 12/22/2010 | 007 | WS KATCHEN | REVIEW CAPSTONE REPORT. | 0.30 | $238.50 |
| 12/22/2010 | 007 | WS KATCHEN | REVIEW PLAN AMENDMENT AND REVISED CERTIFICATE OF COUNSEL FOR OCC/EMAIL REPLY TO STROOCK. | 0.30 | $238.50 |
| | | | Code Total | 2.30 | $1,828.50 |

Duane Morris
January 10, 2011
Page 6

File # K0248-00001                                    INVOICE #  1628285
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 12/3/2010 | 009 | MR LASTOWSKI | REVIEW DEBTORS' PROPOSED FEE CHART | 0.30 | $213.00 |
| 12/6/2010 | 009 | MR LASTOWSKI | REVIEW STATUS OF FEE APPLICATIONS | 0.20 | $142.00 |
| | | | Code Total | 0.50 | $355.00 |

Duane Morris
January 10, 2011
Page 7

File # K0248-00001                                        INVOICE #  1628285
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 12/2/2010 | 010 | MR LASTOWSKI | NOTICE OF CAPSTONE'S 27TH QUARTERLY FEE APPLICATION | 0.10 | $71.00 |
| | | | Code Total | 0.10 | $71.00 |

Duane Morris
January 10, 2011
Page 8

File # K0248-00001                                               INVOICE #  1628285
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 12/3/2010 | 012 | S LENKIEWICZ | REVIEW EMAIL FROM M. LASTOWSKI AND ATTACHED FINAL REPORT OF FEE AUDITOR FOR 37TH INTERIM PERIOD (.2); REVIEW 37TH INTERIM FEE APPLICATION AND EMAIL TO M. LASTOWSKI RE SAME (.2) | 0.40 | $66.00 |
| 12/7/2010 | 012 | MR LASTOWSKI | REVIEW PROPOSED FEE ORDER AND WARREN SMITH REPORT RE: SAME | 0.20 | $142.00 |
| 12/7/2010 | 012 | MR LASTOWSKI | REVIEW CERTIFICATION OF COUNSEL RE: QUARTERLY FEE APPLICATIONS FOR THE 37TH PERIOD | 0.20 | $142.00 |
| 12/7/2010 | 012 | S LENKIEWICZ | REVIEW 37TH INTERIM FEE APPLICATION (.1); EMAIL TO M. LASTOWSKI RE TOTALS (.2) | 0.20 | $33.00 |
| 12/20/2010 | 012 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING DUANE MORRIS 105TH MONTHLY FEE APPLICATION | 0.20 | $33.00 |
| 12/23/2010 | 012 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING DUANE MORRIS 105TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.2) | 0.40 | $66.00 |
| 12/28/2010 | 012 | S LENKIEWICZ | PREPARATION OF DUANE MORRIS 106TH MONTHLY FEE APPLICATION | 0.70 | $115.50 |
| 12/28/2010 | 012 | S LENKIEWICZ | PREPARATION OF DUANE MORRIS 38TH QUARTERLY FEE APPLICATION (.7); EFILE SAME (.2) | 0.90 | $148.50 |
| 12/29/2010 | 012 | MR LASTOWSKI | REVIEW AND SIGN 38TH QUARTERLY FEE APPLICATION | 0.30 | $213.00 |
| 12/29/2010 | 012 | S LENKIEWICZ | CONTINUED PREPARATION OF DUANE MORRIS 38TH QUARTERLY FEE APPLICATION(.7); PREPARE EXHIBITS (.3); PREPARATION CERTIFICATE OF SERVICE (.2); PREPARATION OF AFFIDAVIT AND NOTICE (.4) | 1.60 | $264.00 |
| 12/30/2010 | 012 | S LENKIEWICZ | FINALIZE AND EFILE DUANE MORRIS 38TH QUARTERLY FEE APPLICATION (.5); PREPARE SERVICE FOR SAME (.3) | 0.80 | $132.00 |
| | | | Code Total | 5.90 | $1,355.00 |

Duane Morris
January 10, 2011
Page 9

File # K0248-00001                                        INVOICE # 1628285
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 12/9/2010 | 013 | S LENKIEWICZ | PREPARE CERTIFICATES OF NO OBJECTION RE SSL 37TH MONTHLY (.2) AND CAPSTONE 26TH MONTHLY (.2); EFILE SAME (.3); FORWARD AS-FILED COPIES AND EFILING CONFIRMATIONS TO D. MOHAMMAD (.2) | 0.90 | $148.50 |
| 12/20/2010 | 013 | S LENKIEWICZ | PREPARE CERTIFICATES OF NO OBJECTION RE CAPSTONE 79TH MONTHLY (.2); CAPSTONE 80TH MONTHLY (.1); SSL 115TH MONTHLY (.2); EFILE CERTIFICATES OF NO OBJECTION RE CAPSTONE 79TH AND 80TH (.3); FORWARD AS-FILED COPIES AND EFILING CONFIRMATIONS TO D. MOHAMMAD (.1) | 0.90 | $148.50 |
| 12/23/2010 | 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING SSL'S 115TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.2); FORWARD CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $82.50 |
| 12/28/2010 | 013 | S LENKIEWICZ | REVISE NOTICE OF SSL 116TH MONTHLY FEE APPLICATION (.1); FINALIZE AND EFILE SSL 116TH MONTHLY FEE APPLICATION (.4); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $99.00 |
| | | | Code Total | 2.90 | $478.50 |

Duane Morris
January 10, 2011
Page 10

File # K0248-00001                                          INVOICE #  1628285
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 12/1/2010 | 015 | MR LASTOWSKI | REVIEW REVISED SCHEDULING ORDER | 0.10 | $71.00 |
| 12/6/2010 | 015 | MR LASTOWSKI | REVIEW AGENDA NOTICE FOR 12/13/10 OMNIBUS HEARING AND ITEMS IDENTIFIED THEREON | 3.30 | $2,343.00 |
| 12/12/2010 | 015 | MR LASTOWSKI | PREPARE FOR 12/13/10 OMNIBUS HEARING AND ITEMS IDENTIFIED THEREON | 3.20 | $2,272.00 |
| 12/13/2010 | 015 | MR LASTOWSKI | REVIEW STATUS OF AGENDA ITEMS FOR 12/13/10 HEARING | 0.70 | $497.00 |
| | | | Code Total | 7.30 | $5,183.00 |

Duane Morris
January 10, 2011
Page 11

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1628285

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 12/6/2010 | 017 | MR LASTOWSKI | REVIEW PLAN STATUS | 0.90 | $639.00 |
| 12/7/2010 | 017 | MR LASTOWSKI | REVIEW ORDER RE: PLAN MODIFICATIONS | 0.10 | $71.00 |
| 12/9/2010 | 017 | MR LASTOWSKI | REVIEW AND ANALYSIS OF PLAN MODIFICATIONS | 2.80 | $1,988.00 |
| 12/14/2010 | 017 | MR LASTOWSKI | REVIEW PLAN STATUS | 0.80 | $568.00 |
| 12/22/2010 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: DRAFT PLAN AMENDMENTS | 0.10 | $71.00 |
| 12/22/2010 | 017 | MR LASTOWSKI | E-MAIL TO J. O'NEAL RE: DRAFT PLAN AMENDMENTS | 0.10 | $71.00 |
| 12/22/2010 | 017 | MR LASTOWSKI | E-MAIL FROM J. BAER RE: DRAFT PLAN AMENDMENTS | 0.10 | $71.00 |
| 12/22/2010 | 017 | MR LASTOWSKI | REVIEW DRAFT PLAN AMENDMENTS | 0.50 | $355.00 |
| | | | Code Total | 5.40 | $3,834.00 |

Duane Morris
January 10, 2011
Page 12

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1628285

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 12/7/2010 | 019 | MR LASTOWSKI | REVIEW SETTLEMENT OF MASSACHUSETTS TAX CLAIMS | 0.30 | $213.00 |
| | | | Code Total | 0.30 | $213.00 |

Duane Morris
January 10, 2011
Page 13

File # K0248-00001                                        INVOICE #  1628285
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 12/6/2010 | 025 | WS KATCHEN | SALE - GREENVILLE, S.C. REAL PROPERTY. | 0.20 | $159.00 |
| 12/6/2010 | 025 | WS KATCHEN | REVIEW MOTION - 363(B). | 0.30 | $238.50 |
| 12/6/2010 | 025 | WS KATCHEN | ADMINISTRATION ISSUE. | 0.10 | $79.50 |
| 12/6/2010 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $159.00 |
| 12/7/2010 | 025 | WS KATCHEN | REVIEW DECTORS CLAIMS OBJECTION (NY HILLSIDE). | 0.20 | $159.00 |
| 12/7/2010 | 025 | WS KATCHEN | REVIEW DEBTORS' MOTION TO APPROVE SETTLEMENT WITH SWISS REINSURANCE CO. AND EUROPEAN REINSURANCE CO. OF ZURICH. | 0.30 | $238.50 |
| 12/9/2010 | 025 | WS KATCHEN | REVIEW STROOCK MEMO. | 0.20 | $159.00 |
| 12/9/2010 | 025 | WS KATCHEN | REVIEW 2D STROOCK MEMO (CNA). | 0.20 | $159.00 |
| 12/13/2010 | 025 | AK GULDALIAN | RESEARCH CONCERNING BANKRUPTCY CODE SECTION-- ANNOTATIONS AND RELEVANT COLLIER'S SECTIONS (W. KATCHEN) | 0.30 | $72.00 |
| 12/13/2010 | 025 | WS KATCHEN | REVIEW SECTION 507(A)(8) ASSESSMENT ISSUE. | 0.30 | $238.50 |
| 12/13/2010 | 025 | WS KATCHEN | REVIEW 5TH SET OF MODIFICATIONS TO JOINT PLAN OF REORGANIZATION. | 0.70 | $556.50 |
| 12/13/2010 | 025 | WS KATCHEN | REVIEW CAPSTONE MEMO MASS TAX ISSUE. | 0.30 | $238.50 |
| 12/29/2010 | 025 | WS KATCHEN | REVIEW LIBBY CLAIMANTS OBJECTION TO CNA SETTLEMENT. | 0.80 | $636.00 |
| | | | Code Total | 4.10 | $3,093.00 |

Duane Morris
January 10, 2011
Page 14

File # K0248-00001                                    INVOICE #  1628285
  W.R. GRACE & CO.

       TOTAL SERVICES    31.70 $18,306.50

Duane Morris
January 10, 2011
Page 15

File # K0248-00001                                    INVOICE #  1628285
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|--|--------|
| 12/31/2010 | PRINTING & DUPLICATING - EXTERNAL | | 952.11 |
| | | Total: | $952.11 |
| | | | |
| 12/31/2010 | COURT SEARCH SERVICE | | 23.78 |
| | | Total: | $23.78 |
| | | | |
| | TOTAL DISBURSEMENTS | | $975.89 |

DUANE MORRIS LLP

Duane Morris
January 10, 2011
Page 16

File # K0248-00001                                        INVOICE #  1628285
        W.R. GRACE & CO.

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 02394 | MR LASTOWSKI | PARTNER | 16.90 | 710.00 | 11,999.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 6.10 | 795.00 | 4,849.50 |
| 03723 | S LENKIEWICZ | PARALEGAL | 8.40 | 165.00 | 1,386.00 |
| 04410 | AK GULDALIAN | PARALEGAL | 0.30 | 240.00 | 72.00 |
| | | | 31.70 | | $18,306.50 |