# EXHIBIT A

**WR GRACE & CO**

**COMPENSATION BY PROJECT CATEGORY**

**DECEMBER 1, 2010 - DECEMBER 31, 2010**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 2.5 | $  1,827.50 |
| 0009 | Asset Dispositions, Sales, Uses and Leases (Section 363) | 0.4 | 278.00 |
| 0013 | Business Operations | 1.6 | 1,112.00 |
| 0014 | Case Administration | 9.9 | 1,993.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 4.6 | 3,197.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 31.8 | 22,893.00 |
| 0018 | Fee Application, Applicant | 4.1 | 926.00 |
| 0019 | Creditor Inquiries | 3.7 | 3,147.50 |
| 0020 | Fee Application, Others | 2.1 | 399.00 |
| 0035 | Travel - Non Working | 3.5 | 3,062.50 |
| 0036 | Plan and Disclosure Statement | 16.0 | 12,455.00 |
| 0037 | Hearings | 13.9 | 11,562.50 |
| 0047 | Tax Issues | 28.4 | 16,724.50 |
| | | | |
| | Sub Total | 122.5 | $ 79,578.00 |
| | Less 50% Travel | (1.7) | (1,531.25) |
| | Total | 120.8 | $ 78,046.75 |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | January 11, 2011 |
| INVOICE NO. | 524735 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through December 31, 2010, including:

| | |
|---|---|
| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
| | 699843 0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/07/2010 | Attend to settlement with Swiss Re. | Krieger, A. | 0.3 |
| 12/27/2010 | Attend to Libby Claimants' objection to Debtors' Motion approving CNA Settlement Agreement (1.4); attend to BNSF's objection to the proposed CNA Settlement Agreement (.5). | Krieger, A. | 1.9 |
| 12/27/2010 | Review Libby Claimants' objection to CNA settlement. | Kruger, L. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.2 | $ 695 | $ 1,529.00 |
| Kruger, Lewis | 0.3 | 995 | 298.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,827.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,827.50 |
|---|---|

# STROOCK

| RE | Asset Dispositions, Sales, Uses and Leases (Section 363) |
|---|---|
| | 699843  0009 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/07/2010 | Attend to COC re: proposed acquisition of GR 2008 and shareholder's business. | Krieger, A. | 0.1 |
| 12/08/2010 | Exchanged memoranda with J. Baer re: response date and information request on sale of Greenville Property matter. | Krieger, A. | 0.2 |
| 12/09/2010 | Attend to J. Baer response to Greenville Property information request. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.4 | $ 695 | $ 278.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 278.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 278.00 |
|---|---|

# STROOCK

| RE | Business Operations |
|---|---|
|  | 699843  0013 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/21/2010 | Attend to Capstone's report to the Committee re: Debtors' third quarter financial performance and memorandum to Capstone re: same. | Krieger, A. | 1.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.6 | $ 695 | $ 1,112.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,112.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,112.00 |
|---|---|

# STROOCK

| RE | Case Administration<br>699843 0014 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/01/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.5 |
| 12/02/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.3 |
| 12/06/2010 | Obtain and circulate recently docketed pleadings in main case (.8); monitor case docket nos. 01-771, 09-644 and 09-807 (.3); obtain pleadings for attorney review (.4). | Mohamed, D. | 1.5 |
| 12/07/2010 | Memoranda to DM re: Court call arrangements for 12/13/10 hearing. | Krieger, A. | 0.1 |
| 12/07/2010 | Obtain and circulate recently docketed pleadings in main case (.7); schedule A. Krieger to appear telephonically at 12/13/10 hearing (.1); obtain documents for review (.3). | Mohamed, D. | 1.1 |
| 12/08/2010 | Obtain and circulate recently docketed pleadings in main case (.5); prepare documents for attorney review (.4); review case file documents (.7); schedule L. Kruger to appear telephonically for 12/13/10 hearing (.1). | Mohamed, D. | 1.7 |
| 12/09/2010 | Obtain documents for attorney review. | Mohamed, D. | 0.4 |
| 12/10/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.3 |
| 12/15/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.3 |
| 12/16/2010 | Attend to notice changing the hearing locations. | Krieger, A. | 0.1 |
| 12/16/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |
| 12/20/2010 | Obtain and circulate recently docketed pleadings in main case (.4); review case file | Mohamed, D. | 1.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | documents (.8); review case docket nos. 01-771, 09-644 and 09-807 (.3). | | |
| 12/21/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.3 |
| 12/23/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.7 |
| 12/30/2010 | Research and obtain plan documents for attorney review. | Mohamed, D. | 0.6 |
| 12/30/2010 | Review and prepare FTP link re: amended plan and emails w/ A. Krieger re: same. | Wojcik, M. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.2 | $ 695 | $ 139.00 |
| Mohamed, David | 9.6 | 190 | 1,824.00 |
| Wojcik, Mark R. | 0.1 | 305 | 30.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,993.50 |
|-------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 1,993.50 |
|------------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) 699843 0015 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/01/2010 | Memorandum to Capstone re: Massachusetts DOR tax settlement and information sought in support of settlement (.4); preparation for 12/2/10 conference call on proposed Massachusetts Tax Settlement (1.8). | Krieger, A. | 2.2 |
| 12/02/2010 | Attend to revised presentation materials (.1); telephone call J. Dolan re settlement information (.2); conference call with C. Finke, I. Slomka, R. Higgins, representatives of other parties re proposed settlement of Massachusetts' tax claims and follow up telephone conferences J. Dolan (1.3); attend to information request and memorandum to R. Higgins re same (.2). | Krieger, A. | 1.8 |
| 12/07/2010 | Office conference K. Pasquale re: pending settlements, including proposed settlement with the Massachusetts Department of Revenue (.2); memorandum seeking additional information to Debtors' counsel re: proposed sale of Greenville property (.4). | Krieger, A. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 4.6 | $ 695 | $ 3,197.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,197.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,197.00 |
|---|---|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders' |
|---|---|
| | 699843  0017 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/01/2010 | Review and revise memorandum to the Committee re: CNA settlement. | Krieger, A. | 4.7 |
| 12/03/2010 | Review and revise Committee memorandum re: CNA settlement (1.6); attend to Committee memorandum re: sale of property in Greenville, S.C. (1.7). | Krieger, A. | 3.3 |
| 12/06/2010 | Telephone conference C. Freedgood re: status. | Pasquale, K. | 0.2 |
| 12/07/2010 | Attend to memorandum for the Committee re: proposed sale of Greenville property (1.4); memorandum to the Committee re: 12/13/10 hearing (.2). | Krieger, A. | 1.6 |
| 12/07/2010 | Confer A. Krieger re: Mass. tax settlement. | Pasquale, K. | 0.2 |
| 12/08/2010 | Telephone conference and memorandum with Committee members re: 12/14/10 conference call (.3); attend to Libby Claimants' discovery of CNA and the Debtors re: information underlying dispute between CNA and Libby and revise Committee memorandum re: same (2.4). | Krieger, A. | 2.7 |
| 12/08/2010 | Review memo to Committee re: CNA settlement. | Kruger, L. | 0.2 |
| 12/08/2010 | Review draft memo re: CNA settlement. | Pasquale, K. | 0.4 |
| 12/09/2010 | Exchanged memoranda with Capstone re: 12/14/10 conference call (.2); attend to memoranda for the Committee re: sale of Greenville Property and CNA settlement (3.1); attend to Capstone's memorandum for the Committee re: Massachusetts tax settlement and preparation of related materials (3.3). | Krieger, A. | 6.6 |
| 12/09/2010 | Review and revise draft memos to Committee. | Pasquale, K. | 0.2 |
| 12/10/2010 | Attend to Committee memoranda re: | Krieger, A. | 3.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Massachusetts tax settlement and prepared proposed changes thereto (2.8); exchanged memoranda and telephone call J. Dolan re: comments to Committee memorandum (1.1). | | |
| 12/10/2010 | Review memo to Committee re: Mass Tax settlement (.1); review Capstone memo re: same (.1). | Kruger, L. | 0.2 |
| 12/10/2010 | Review Capstone memo re: Mass tax settlement and review draft memo to Committee re: same. | Pasquale, K. | 0.3 |
| 12/13/2010 | Memorandum to the Committee re: proposed settlement of Massachusetts tax claims (.1); memorandum to the Committee re: 12/12/10 conference call (.3). | Krieger, A. | 0.4 |
| 12/14/2010 | Preparation for and conference call with Committee re: 12/13/10 hearing on plan issues and Massachusetts tax settlement. | Krieger, A. | 1.1 |
| 12/14/2010 | T/c with AK, KP and Committee re: court hearing and interest issue. | Kruger, L. | 0.7 |
| 12/14/2010 | Committee conference call re: status. | Pasquale, K. | 0.3 |
| 12/17/2010 | Memorandum for the Committee re: fifth plan amendment. | Krieger, A. | 0.8 |
| 12/20/2010 | Memorandum to the Committee re: today's plan confirmation status conference. | Krieger, A. | 0.5 |
| 12/21/2010 | Review PPI analysis. | Kruger, L. | 0.2 |
| 12/22/2010 | Memoranda to the Committee re: COC and further amendment to plan section 3.1.9 (.7); memorandum to Duane Morris re: COC and plan amendment (.2). | Krieger, A. | 0.9 |
| 12/22/2010 | Review Capstone analysis of 3rd quarter results. | Kruger, L. | 0.2 |
| 12/22/2010 | Attention to Capstone report re: 3d quarter results. | Pasquale, K. | 0.3 |
| 12/23/2010 | Memoranda from the Committee members re: proposed modifications to section 3.1.9 of the | Krieger, A. | 0.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Plan and provisions of the certificate of counsel (.1); exchanged memoranda with KP re: same (.2); memoranda to M. Lastowski re: COC and plan amendment (.1). | | |
| 12/29/2010 | Attend to documentation request by Committee member and responsive e-mail. | Krieger, A. | 0.5 |
| 12/30/2010 | Attend to documentation for Committee member and exchanged memoranda with D.M., M.W. re: same (.6); attend to memorandum to Committee re: Plan (.4). | Krieger, A. | 1.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 28.4 | $ 695 | $ 19,738.00 |
| Kruger, Lewis | 1.5 | 995 | 1,492.50 |
| Pasquale, Kenneth | 1.9 | 875 | 1,662.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 22,893.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 22,893.00 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Fee Application, Applicant 699843 0018 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 12/02/2010 | Office conference M. Magzamen re: inquiry on November 2010 fee statement. | Krieger, A. | 0.1 |
| 12/02/2010 | Review/revise SSL November fee statement (.3); oc w/ A. Krieger re: same (.1). | Magzamen, M. | 0.4 |
| 12/03/2010 | Exchanged memoranda with DM re: 37th fee and expense chart. | Krieger, A. | 0.1 |
| 12/03/2010 | Prepare draft of Stroock's one hundred and sixteenth monthly fee application. | Mohamed, D. | 1.1 |
| 12/20/2010 | Revise draft of Stroock's one hundred and sixteenth monthly fee application. | Mohamed, D. | 0.8 |
| 12/28/2010 | Review Stroock's one hundred and sixteenth monthly fee application for filing (.6); prepare certificate of service re same and forward to local counsel for filing (.5); prepare and effectuate service re fee application (.5). | Mohamed, D. | 1.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.2 | $ 695 | $ 139.00 |
| Magzamen, Michael | 0.4 | 305 | 122.00 |
| Mohamed, David | 3.5 | 190 | 665.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 926.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 926.00 |
|---|---|

# STROOCK

| RE | Creditor Inquiries |
|---|---|
| | 699843 0019 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/01/2010 | Emails with creditors (two) re: confirmation status; conference call creditor re: status. | Pasquale, K. | 0.6 |
| 12/03/2010 | T/c bank debt holder re: plan terms and status and possible appellate process. | Krieger, A. | 0.4 |
| 12/03/2010 | Telephone conference creditor re: confirmation issues. | Pasquale, K. | 0.4 |
| 12/09/2010 | Telephone conference creditor re: 12/13 hearing and confirmation issues. | Pasquale, K. | 0.3 |
| 12/13/2010 | T/c creditors re: court hearing. | Kruger, L. | 0.3 |
| 12/13/2010 | Telephone conference's creditors re: court hearing and confirmation issues. | Pasquale, K. | 0.5 |
| 12/14/2010 | Telephone conference creditors re: court hearing and confirmation. | Pasquale, K. | 0.4 |
| 12/17/2010 | Telephone conference creditor re: PPI. | Pasquale, K. | 0.3 |
| 12/22/2010 | Telephone call bank debt holder re: 12/20/10 plan status conference. | Krieger, A. | 0.3 |
| 12/22/2010 | Telephone conference creditor re: plan modifications. | Pasquale, K. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.7 | $ 695 | $ 486.50 |
| Kruger, Lewis | 0.3 | 995 | 298.50 |
| Pasquale, Kenneth | 2.7 | 875 | 2,362.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,147.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,147.50 |
|---|---|

# STROOCK

| RE | Fee Application, Others 699843 0020 |
|----|-------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 12/01/2010 | Review Capstone's twenty-seventh quarterly fee application for filing (.8); prepare notice and certificate of service re: same and forward to local counsel for filing (.7); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 2.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Mohamed, David | 2.1 | $ 190 | $ 399.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 399.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 399.00 |
|-----------------------|----------|

# STROOCK

| RE | Expenses |
|----|----------|
|    | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|------------------------------------------|--------|

## MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 60.00 |
| Local Transportation | 38.35 |
| Long Distance Telephone | 26.30 |
| Lexis/Nexis | 1809.75 |
| Travel Expenses - Transportation | 243.00 |
| Westlaw | 61.00 |

| TOTAL DISBURSEMENTS/CHARGES | $ 2,238.40 |
|-----------------------------|------------|

| TOTAL FOR THIS MATTER | $ 2,238.40 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Travel - Non Working |
|----|----------------------|
|    | 699843  0035         |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 12/13/2010 | Travel to attend court hearing. | Pasquale, K. | 3.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Pasquale, Kenneth | 3.5 | $ 875 | $ 3,062.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,062.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 3,062.50 |
|-----------------------|------------|

# STROOCK

| RE | Plan and Disclosure Statement<br>699843 0036 | | |
|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/01/2010 | Exchanged memoranda with KP re: Plan terms and confirmation issues. | Krieger, A. | 0.1 |
| 12/02/2010 | Attend to Plan terms and confirmation issues. | Krieger, A. | 4.2 |
| 12/02/2010 | Obtain and fwd confirmation issues precedent to A. Krieger. | Magzamen, M. | 0.1 |
| 12/03/2010 | Preparation for and conference call KP, M. Phillips re: confirmation issues (.6); o/c KP re: plan provisions (.1). | Krieger, A. | 0.7 |
| 12/03/2010 | Prep for and conference call with M. Phillips re: confirmation issues. | Pasquale, K. | 0.7 |
| 12/06/2010 | Attend to updated interest computations and telephone conference Capstone re: same. | Krieger, A. | 0.2 |
| 12/07/2010 | Attention to and emails re: court order re: plan issues for 12/13 hearing; attention to Capstone updated spreadsheets re: PPI. | Pasquale, K. | 0.6 |
| 12/08/2010 | Attend to fifth set of modifications to the proposed Plan. | Krieger, A. | 0.8 |
| 12/08/2010 | Conference call with lenders' counsel re: 12/13 court hearing (.4); prep. for same (review confirmation record) (2.4). | Pasquale, K. | 2.8 |
| 12/16/2010 | Attend to KP email and fifth plan amendment modifying treatment of Class 9 claims (.3); telephone call L. Kruger re same (.1). | Krieger, A. | 0.4 |
| 12/16/2010 | Review POR modifications. | Kruger, L. | 0.3 |
| 12/16/2010 | Telephone conference J. Baer re: POR modification (.1); attention to modifications (.5); telephone conference A. Rosenberg re: same (.3). | Pasquale, K. | 0.9 |
| 12/20/2010 | Confer A. Krieger re: court teleconference. | Pasquale, K. | 0.2 |
| 12/21/2010 | Telephone call and e-mails Capstone re: post- | Krieger, A. | 0.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | petition interest computations (.7); e-mail to R. Zubaty re interest computations (.1); exchanged memoranda with KP re: same (.1). | | |
| 12/21/2010 | Emails re: PPI analysis. | Pasquale, K. | 0.2 |
| 12/22/2010 | Attend to proposed further modification of section 3.1.9 Creditor treatment under the plan, office conference KP re: same and multiple emails with KP, Paul Weiss counsel (.6); attend to Plan Proponents' revised COC re: section 3.1.9 (.1). | Krieger, A. | 0.7 |
| 12/22/2010 | Review POR modification re: PPI and e-mails re: same. | Kruger, L. | 0.2 |
| 12/22/2010 | Reviewed proposed plan modification re: PPI and emails re: same (.4); attention to plan proponents' proposed certification of counsel re: PPI and emails re: same (.7). | Pasquale, K. | 1.1 |
| 12/23/2010 | Telephone conference J. Baer re: PPI certification (.1); attention to same (.2). | Pasquale, K. | 0.3 |
| 12/29/2010 | Attend to e-mails from J. Baer and P. Lockwood re: agreement with Canadian ZAI Claimants extending Minutes of Settlement with modifications, and preparation of memorandum re: same. | Krieger, A. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 8.6 | $ 695 | $ 5,977.00 |
| Kruger, Lewis | 0.5 | 995 | 497.50 |
| Magzamen, Michael | 0.1 | 305 | 30.50 |
| Pasquale, Kenneth | 6.8 | 875 | 5,950.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 12,455.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 12,455.00 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Hearings |
|---|---|
| | 699843 0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/07/2010 | Attend to 12/13/10 agenda notice (.1); attend to Court's order scheduling confirmation related matters for 12/13/10 hearing and exchanged memoranda re: same (.4). | Krieger, A. | 0.5 |
| 12/07/2010 | E-mails from Cobb re: court order re: 12/13/10 hearing (.1); e-mail from Rosenberg re: court order re: 12/13/10 hearing (.1); e-mails AK; Margaret Phillips, KP re: same and re: issues for court hearing (.3); review court order re: 12/13/10 hearing (.2). | Kruger, L. | 0.7 |
| 12/08/2010 | Exchanged memoranda with L. Kruger and D. Mohamed re: 12/13/10 hearing (.2); exchanged memoranda re: 12/13/10 hearing and preparation therefore (.1); conference call with KP, A. Rosenberg, others re: 12/13/10 hearing and issues raised by the court (.5); review plan and other materials in preparation for 12/13/10 hearing (.7). | Krieger, A. | 1.5 |
| 12/09/2010 | Prep for 12/13 court hearing re: confirmation issues. | Pasquale, K. | 2.1 |
| 12/10/2010 | Attend to amended agenda notice for 12/13/10 hearing. | Krieger, A. | 0.1 |
| 12/10/2010 | Continued review of confirmation record in prep for 12/13 hearing. | Pasquale, K. | 2.3 |
| 12/13/2010 | Attend (telephonically) plan confirmation status hearing and exchanged memoranda with KP re: same. | Krieger, A. | 1.8 |
| 12/13/2010 | Attend court hearing telephonically re: interest issue on bank debt. | Kruger, L. | 0.8 |
| 12/13/2010 | Prep. for and court hearing. | Pasquale, K. | 2.5 |
| 12/20/2010 | Attend to J. Baer memorandum re: status conference (.1); and exchanged memoranda with LK, KP, others re: same (.2); attend court | Krieger, A. | 0.9 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | scheduled conference call and office conference LK re: same (.5); office conference KP re: status conference (.1). | | |
| 12/20/2010 | E-mails AK and KP re: status conference (.2); t/c with AK re: court conference call (.2); attend court hearing by conference call (.3). | Kruger, L. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 4.8 | $ 695 | $ 3,336.00 |
| Kruger, Lewis | 2.2 | 995 | 2,189.00 |
| Pasquale, Kenneth | 6.9 | 875 | 6,037.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 11,562.50 |
|-------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 11,562.50 |
|-----------------------|-------------|

# STROOCK

| | | | |
|---|---|---|---|
| RE | Tax Issues 699843 0047 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/03/2010 | Attend to Debtors' response to the information request re: Massachusetts Tax Settlement and t/c J. Dolan re: same (.6); prepare memoranda to Debtors' counsel re: request for additional information (.4). | Krieger, A. | 1.0 |
| 12/07/2010 | Attend to Debtors' motion re: settlement with Massachusetts Department of Revenue and review of tax claims (.9); telephone call R. Higgins re: information request (.1); memorandum to Capstone re: status of same (.1). | Krieger, A. | 1.1 |
| 12/08/2010 | Review A. Krieger email and consider issue (1.0); review document re: same (1.0). | Greenberg, M. | 2.0 |
| 12/08/2010 | Exchanged memoranda with M. Greenberg re: tax settlement (.6); exchanged memoranda with and telephone conference Capstone re same (.7); office conference and exchanged emails with G. Sasson re: case law review of MADOR tax claims (.5). | Krieger, A. | 1.8 |
| 12/08/2010 | Research regarding net-worth tax. | Sasson, G. | 2.0 |
| 12/09/2010 | Review materials re: priority taxes and motion to pay Mass. tax. | Greenberg, M. | 1.5 |
| 12/09/2010 | Attend to case law re: MADOR tax claims treatment (1.5); exchanged memoranda with R. Higgins re: seeking additional information re: MADOR tax claims (.2); office conferences G. Sasson and exchange memoranda re: factual information and case law review (2.0). | Krieger, A. | 3.7 |
| 12/09/2010 | Research regarding net-worth and other priority taxes (5.0); discussions with A. Krieger regarding same (.5). | Sasson, G. | 5.5 |
| 12/10/2010 | Review materials and analysis re: priority taxes and Massachusetts tax claim (1.5); call with A. Krieger re: same (.5). | Greenberg, M. | 2.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 12/10/2010 | Office conference G. Sasson re: nature of Massachusetts tax claims and conference call with M. Greenberg re: same (1.0); further exchange of memoranda and office conferences with G. Sasson (.6); memorandum to Debtors' counsel re: additional inquiry re MADOR settlement (.1); attend to case law (1.2). | Krieger, A. | 2.9 |
| 12/10/2010 | Meeting with A. Krieger and call with M. Greenberg to discuss tax priority (1.0); attention to further research regarding tax priority (2.0). | Sasson, G. | 3.0 |
| 12/12/2010 | Review material forwarded by G. Sasson re: priority taxes; analysis re: same. | Greenberg, M. | 0.8 |
| 12/12/2010 | Attend to case law re: Massachusetts Tax settlement. | Krieger, A. | 0.5 |
| 12/13/2010 | Discussed tax issues with A. Krieger (.1); preparation of material for Committee conference call (.5). | Sasson, G. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Greenberg, Mayer | 6.3 | $ 895 | $ 5,638.50 |
| Krieger, Arlene G. | 11.0 | 695 | 7,645.00 |
| Sasson, Gabriel | 11.1 | 310 | 3,441.00 |

| | | |
|---|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 16,724.50 |

| | | |
|---|---|---|
| TOTAL FOR THIS MATTER | | $ 16,724.50 |

| | | |
|---|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 79,578.00 |
| TOTAL DISBURSEMENTS/CHARGES | | $ 2,238.40 |
| TOTAL BILL | | $ 81,816.40 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.