# EXHIBIT B

## WR GRACE & CO
## SUMMARY OF FEES
## DECEMBER 1, 2010 - DECEMBER 31, 2010

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Greenberg, Mayer | 6.3 | $ 895 | $ 5,638.50 |
| Kruger, Lewis | 4.8 | 995 | 4,776.00 |
| Pasquale, Kenneth | 21.8 | 875 | 19,075.00 |
| | | | |
| **Associates** | | | |
| Krieger, Arlene G. | 62.7 | 695 | 43,576.50 |
| Sasson, Gabriel | 11.1 | 310 | 3,441.00 |
| | | | |
| **Paraprofessionals** | | | |
| Magzamen, Michael | 0.5 | 305 | 152.50 |
| Mohamed, David | 15.2 | 190 | 2,888.00 |
| Wojcik, Mark R. | 0.1 | 305 | 30.50 |
| | | | |
| **Sub Total** | **122.5** | | **$79,578.00** |
| **Less 50% Travel** | **(1.7)** | | **(1,531.25)** |
| **Total** | **120.8** | | **$78,046.75** |