# EXHIBIT C

## WR GRACE & CO
## DISBURSEMENT SUMMARY
## DECEMBER 1, 2010 - DECEMBER 31, 2010

| | | |
|---|---|---:|
| Outside Messenger Service | $ | 60.00 |
| Local Transportation | | 38.35 |
| Long Distance Telephone | | 26.30 |
| Lexis/Nexis | | 1,809.75 |
| Travel Expenses - Transportation | | 243.00 |
| Westlaw | | 61.00 |
| | | |
| TOTAL | $ | 2,238.40 |

# STROOCK

## Disbursement Register

| DATE | January 11, 2011 |
|---|---|
| INVOICE NO. | 524735 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through December 31, 2010, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

**Outside Messenger Service**

| | | |
|---|---|---|
| 12/07/2010 | VENDOR: UPS; INVOICE#: 0000010X827490; DATE: 12/04/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 N Market St, Wilmington, DE 19801 Tracking #:1Z10X8270195166986 on 11/29/2010 | 6.79 |
| 12/07/2010 | VENDOR: UPS; INVOICE#: 0000010X827490; DATE: 12/04/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, 325 N St Paul St, Dallas, TX 75201 Tracking #:1Z10X8270195186795 on 11/29/2010 | 9.63 |
| 12/07/2010 | VENDOR: UPS; INVOICE#: 0000010X827490; DATE: 12/04/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 Tracking #:1Z10X8270196395209 on 11/29/2010 | 6.79 |
| 12/07/2010 | VENDOR: UPS; INVOICE#: 0000010X827490; DATE: 12/04/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 Tracking #:1Z10X8270197379770 on 11/29/2010 | 6.79 |
| 12/07/2010 | VENDOR: UPS; INVOICE#: 0000010X827490; DATE: 12/04/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, 325 N St Paul St, Dallas, TX 75201 Tracking #:1Z10X8270190221166 on 12/01/2010 | 9.63 |
| 12/07/2010 | VENDOR: UPS; INVOICE#: 0000010X827490; DATE: 12/04/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn | 6.79 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

PAGE: 2

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | S. Marra Duane Morris LLP, 1100 N Market St, Wilmington, DE 19801 Tracking #:1Z10X8270192915172 on 12/01/2010 | |
| 12/07/2010 | VENDOR: UPS; INVOICE#: 0000010X827490; DATE: 12/04/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 Tracking #:1Z10X8270196042232 on 12/01/2010 | 6.79 |
| 12/07/2010 | VENDOR: UPS; INVOICE#: 0000010X827490; DATE: 12/04/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 Tracking #:1Z10X8270198577045 on 12/01/2010 | 6.79 |
| **Outside Messenger Service Total** | | **60.00** |

**Local Transportation**

| | | |
|---|---|---|
| 12/14/2010 | VENDOR(EE): KPASQUALE: 12/13/10 - 12/13/10; DATE: 12-14-2010; Court hearing in Wilmington, DE. | 18.35 |
| 12/30/2010 | VENDOR: Petty Cash; INVOICE#: 123010; DATE: 1/4/2011 A. Krieger    12-9-2010    Late work transp. | 20.00 |
| **Local Transportation Total** | | **38.35** |

**Long Distance Telephone**

| | | |
|---|---|---|
| 12/02/2010 | EXTN.795544, TEL.2015877144, S.T.10:43, DUR.00:29:15 | 16.68 |
| 12/03/2010 | EXTN.795544, TEL.2015877144, S.T.11:54, DUR.00:00:40 | 0.56 |
| 12/06/2010 | EXTN.795544, TEL.2015877144, S.T.14:37, DUR.00:02:15 | 1.67 |
| 12/07/2010 | EXTN.795544, TEL.3126660431, S.T.15:47, DUR.00:02:42 | 1.67 |
| 12/19/2010 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-121910; DATE: 12/19/2010 - Teleconference    12-14-2010 | 5.72 |
| **Long Distance Telephone Total** | | **26.30** |

**Lexis/Nexis**

| | | |
|---|---|---|
| 12/08/2010 | Research on 12/08/2010 | 681.25 |
| 12/09/2010 | Research on 12/09/2010 | 629.25 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| PAGE: 3 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| 12/10/2010 | Research on 12/10/2010 | 499.25 |
| | **Lexis/Nexis Total** | **1,809.75** |
| | | |
| **Travel Expenses - Transportation** | | |
| 12/14/2010 | VENDOR(EE): KPASQUALE: 12/13/10 - 12/13/10; DATE: 12-14-2010; Court hearing in Wilmington, DE. | 243.00 |
| | **Travel Expenses - Transportation Total** | **243.00** |
| | | |
| **Westlaw** | | |
| 12/17/2010 | Transactional Search by Krieger, Arlene G. | 61.00 |
| | **Westlaw Total** | **61.00** |

### BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 60.00 |
| Local Transportation | 38.35 |
| Long Distance Telephone | 26.30 |
| Lexis/Nexis | 1809.75 |
| Travel Expenses - Transportation | 243.00 |
| Westlaw | 61.00 |
| | |
| TOTAL DISBURSEMENTS/CHARGES | $ 2,238.40 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.