# EXHIBIT A

```
                  UNITED STATES BANKRUPTCY COURT
                  WESTERN DISTRICT OF PENNSYLVANIA


IN RE:                          .    Case No. 00-22876 (JKF)
                                .
                                .
                                .
PITTSBURGH CORNING              .
CORPORATION,                    .
                                .    5414 USX Tower Building
                                .    Pittsburgh, PA 15219
                                .
              Debtor.           .    December 3, 2009
. . . . . . . . . . . . . . . . .    1:07 p.m.


                      TRANSCRIPT OF HEARING
              BEFORE HONORABLE JUDITH K. FITZGERALD
              UNITED STATES BANKRUPTCY COURT JUDGE


APPEARANCES:

For the Debtor:        Reed Smith LLP
                       By:  DOUGLAS E. CAMERON, ESQ.
                            DAVID ZIEGLER, ESQ.
                            JAMES J. RESTIVO, JR., ESQ.
                       435 Sixth Avenue
                       Pittsburgh, PA 15219

For ACC:               Caplin & Drysdale, Chartered
                       By:  PETER VAN N. LOCKWOOD, ESQ.
                       One Thomas Circle, N.W.
                       Washington, DC 20005

                       Campbell & Levine
                       By:  DAVID SALZMAN, ESQ.
                       1700 Grant Building
                       Pittsburgh, PA 15219

Audio Operator:        Cathy Younker


Proceedings recorded by electronic sound recording, transcript
             produced by transcription service
```
_____

**J&J COURT TRANSCRIBERS, INC.**
**268 Evergreen Avenue**
**Hamilton, New Jersey 08619**
**E-mail: jjcourt@optonline.net**

**(609) 586-2311    Fax No. (609) 587-3599**

APPEARANCES (cont'd.):

| | |
|---|---|
| For Various Claimant Firms: | Stutzman, Bromberg, Esserman<br>By:  DAVID J. PARSONS, ESQ.<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201-2689 |
| For Mt. McKinley Ins. Co., Everest Reinsurance: | McClain, Maney & Patchin<br>By:  DAVID P. McCLAIN, ESQ.<br>South Tower - Pennzoil Place<br>711 Louisiana, Suite 3100<br>Houston, TX 77002 |
| For Century Ins. Co.: | O'Melveny & Myers, LLP<br>By:  TANCRED SCHIAVONI, ESQ.<br>     GARY SVIRSKY, ESQ.<br>Times Square Tower<br>Seven Times Square<br>New York, NY |
| For Certain Pittsburgh Corning Cancer Claimants: | Montgomery, McCracken, Walker<br>  & Rhoads, LLP<br>By:  NATALIE D. RAMSEY, ESQ.<br>123 South Broad Street<br>Philadelphia, PA 19109 |
| For London Market Insurers: | Duane Morris LLP<br>By:  RUSSELL W. ROTEN, ESQ.<br>633 West 5th Street, Suite 6400<br>Los Angeles, CA 90071<br><br>Tucker, Arnsberg<br>By:  MICHAEL SHINER, ESQ.<br>1500 One PPG Place<br>Pittsburgh, PA |
| For Debtor: | Ward, Norris, Heller & Reidy<br>By:  CHRISTIN MURPHY, ESQ.<br>     CHERYL HELLER, ESQ.<br>300 State Street<br>Rochester, NY |
| For Future Claims Rep: | Young, Conaway, Stargatt & Taylor<br>By:  EDWARD HERRON, ESQ.<br>     SHARON ZIEG, ESQ.<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 |

**J&J COURT TRANSCRIBERS, INC.**

3

APPEARANCES (cont'd.):

| | |
|---|---|
| For Future Claims Rep: | Dinsmore & Shohl, LLP<br>By: JOEL HELMRICH, ESQ.<br>One Oxford Centre<br>301 Grant Street, Suite 2800<br>Pittsburgh, PA 15219 |
| For PPG: | Kirkpatrick & Lockhart<br>By: DAVID MURDOCH, ESQ.<br>    DAVID McGONIGLE, ESQ.<br>    MICHAEL NELSON, ESQ.<br>    DAVID ACETO, ESQ.<br>535 Smithfield Street<br>Pittsburgh, PA |
| For Committee of Unsecured Trade Creditors: | Leech, Tishman, Fuscaldo & Lampl<br>By: DAVID LAMPL, ESQ.<br>    CRYSTAL THORNTON-ILLAR, ESQ.<br>1800 Frick Building<br>Pittsburgh, PA 15219 |
| For James Dennis: | Zeichner, Ellman & Krause LLP<br>By: MICHAEL DAVIS, ESQ.<br>575 Lexington Avenue<br>New York, NY 10022 |
| For Corning Inc.: | Thorp, Reed & Armstrong<br>By: KIMBERLY LUFF WAKIM, ESQ.<br>    ELENE MOUNTIS MORAN, ESQ.<br>301 Grant Street, 14th Floor<br>Pittsburgh, PA 15219 |
| For Lumbermens: | Fox Rothschild<br>By: JOHN GOTASKIE, ESQ.<br>625 Liberty Avenue, 29th Floor<br>Pittsburgh, PA 15222-3115 |
| For Travelers Casualty: | Debevoise & Plimpton, LLP<br>By: ROBERT D. GOODMAN, ESQ.<br>913 3rd Avenue<br>New York, NY 10022-3916 |
| For Garlock Sealing Technologies: | Del, Sole, Cavanaugh & Stroyd<br>By: ART STROYD, ESQ.<br>The Waterfront Building<br>200 First Avenue, Suite 300<br>Pittsburgh, PA 15222 |

**J&J COURT TRANSCRIBERS, INC.**

   4

```
APPEARANCES (cont'd.):

For Continental
Casualty:                 By:  GEORGE SNYDER, ESQ.

For Garlock Sealing       Robinson, Bradshaw & Hinson
Technologies:             By:  GARLAND S. CASSADA, ESQ.
                          101 North Tryon Street, Suite 1900
                          Charlotte, NC 28246

TELEPHONIC APPEARANCES:

For Everest Insurance:    Walker, Wilcox & Matousek
                          By:  FRED ALVAREZ, ESQ.
                          225 West Washington Street, Suite 2400
                          Chicago, IL 60606

For NorthStar             Skadden, Arps, Slale, Meagher
Reinsurance Corp.:           & Flom, LLP
                          By:  MICHAEL J. BALCH, ESQ.
                          Four Times Square
                          New York, NY 10036

For Travelers Casualty:   Travelers Casualty and Surety
                          By:  LEONARD BIERINGER, ESQ.

For AllState Insurance:   Rivkin Radler LLP
                          By:  MICHAEL E. BUCKLEY, ESQ.

For AIG:                  Lynberg & Watkins
                          By:  R. JEFF CARLISLE, ESQ.
                          888 S. Figueroa St., 16th Floor
                          Los Angeles, CA 90017

For Employee Insurance    Dorsey & Whitney, LLP
of Wausau:                By:  JOSHUA COLANGELO-BRYAN, ESQ.

For AIG:                  Zeichner, Elfman & Krause, LLP
                          By:  PETER JANOVSKY, ESQ.

For AIG:                  Mound, Cotton, Wollan & Greengrass
                          By:  JAMES DENNIS, ESQ.
                          24 Whitehall Street
                          New York, NY 10004-1416

For Zurich:               Meckler, Bulger & Tilson
                          By:  KAREN M. DIXON, ESQ.
                          123 North Wacker Dr., Suite 1800
                          Chicago, IL 60606
```

**J&J COURT TRANSCRIBERS, INC.**

5

TELEPHONIC APPEARANCES (cont'd.):

| | |
|---|---|
| For Continental: | Carroll, Burdick & McDonough<br>By: ORDNEY L. ESHELMAN, ESQ.<br>44 Montgomery Street, Suite 400<br>San Francisco, CA 94104 |
| For All the Future Claimants: | By: LAWRENCE FITZPATRICK, ESQ. |
| For Insurance Counsel to ACC: | Anderson, Kill & Olick<br>By: ROBERT M. HORKOVICH, ESQ. |
| For Debtor: | Corning Incorporated<br>By: LINDA E. JOLLY, ESQ.<br>One Riverfront Plaza<br>Corning, NY |
| For Agricultural Insurance: | Lindabury, McCormick & Estabrook<br>By: JAY LAVROFF, ESQ. |
| For Zurich: | Wilson, Elser, Moskowitz, Edelman<br>By: MARK LEDWIN, ESQ. |
| For Berkshire Hathaway: | Graham Curtin<br>By: ROBERT MAURIELLO, ESQ. |
| For Official Committee of Unsecured Asbestos Creditors: | Campbell & Levine<br>By: PHILLIP MILCH, ESQ.<br>1700 Grant Building<br>Pittsburgh, PA 15219 |
| For Garlock Sealing: | Morris, James LLP<br>By: ERIC J. MONZO, ESQ.<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801-1494 |
| For Sherrard, German & Kelly: | Sherrard, German & Kelly PC<br>By: GARY PHILLIP NELSON, ESQ. |
| For Debtor: | Pittsburgh Corning Corporation<br>By: JOSEPH NESE, ESQ. |
| For Royal Alliance: | Wilson, Elser, Moskowitz, Edelman<br>By: CARL PERNICONE, ESQ. |

**J&J COURT TRANSCRIBERS, INC.**

```
TELEPHONIC APPEARANCES (cont'd.):

For Federal Insurance:    Cozen O'Connor
                          By:  WILLIAM SHELLEY, ESQ.
                          1900 Market Street
                          Philadelphia, PA 19103

For Evanston Insurance    Traub, Lieberman, Straus
& Associated Int'l.:      By:  ROBERT SIEGEL, ESQ.
                          Mid-Westchester Executive Park
                          Seven Skyline Drive
                          Hawthorne, NY 10532

For Lumbermens Mutual:    Charlston, Revich & Wollitz, LLP
                          By:  STEPHEN P. SOSKIN, ESQ.
                          1925 Century Park East, Suite 1250
                          Los Angeles, CA 90067-2746

For Travelers Casualty:   Debevoise & Plimpton, LLP
                          By:  STEVE VACCARO, ESQ.
```

**J&J COURT TRANSCRIBERS, INC.**

1  that's what they do.  I'm sorry.
2          MR. CASSADA:  Well, that's what we will offer Your
3  Honor in connection with our objection.
4          THE COURT:  No, you need to give me an affidavit now
5  that says this is what's happened in the past.
6          MR. CASSADA:  Your Honor, the evidence --
7          THE COURT:  This is -- this, I'm sorry.
8          MR. CASSADA:  The evidence that we submitted in the
9  W.R. Grace case shows that that is precisely what happened
10 and --
11         THE COURT:  That is not what I view that evidence as
12 precisely having shown and -- Number 1.  Number 2, there will
13 always be people who will lie, cheat and defraud entities.  We
14 can't stop that process in human nature.
15         The issue isn't whether or not this trust can stop
16 everybody from filing a fraudulent claim.  The issue is whether
17 or not the trust operates in a reasonable fashion to ferret out
18 the claims for which this debtor would be responsible and to
19 pay them in a uniform fashion and the future demands, as well.
20 That's what the intent is.  And if it works, that's what the
21 whole -- that's why 524(g) is in the code.
22         MR. CASSADA:  Right.  But, it doesn't work for co-
23 defendants who have contribution claims because the -- at its
24 heart, the contributions claim is a right not to have to pay
25 whatever portion of Pittsburgh Corning's share that it cannot

1    THE COURT: Well, if you're suggesting that --
2    MR. CASSADA: -- what I'm suggesting to you --
3    THE COURT: -- if you're suggesting that because they
4 vote they pretend they -- that they purport, not pretend,
5 pardon me, purport to have a claim against the debtor, I
6 believe that the ballots are with the ballot agent, are they
7 not? And they're not under seal, so if you want to know who
8 the claimants are who voted in this case I'll give you access
9 to the ballots. That should satisfy the problem because that
10 will not then put before the public anything about the
11 information that has been kept confidential, and it will tell
12 you who actually is asserting a claim against the estate
13 because they will be the people who voted.
14   MR. CASSADA: Well, if the 2019 statements, Your
15 Honor, have verified statements that these people were injured
16 by Pittsburgh Corning and I want to point out --
17   THE COURT: Well, they can't have voted in this case
18 if they don't contend that they were injured --
19   MR. CASSADA: Okay.
20   THE COURT: -- by Pittsburgh Corning.
21   MR. CASSADA: But, I want to point out that these
22 same people who, I think this Court has concluded, have a
23 privacy right with respect to who they are and what injury they
24 have, they're filing cases out in public courts identifying
25 themselves and their injuries.

1  they filed a ballot, they're clearly claiming a stake in the
2  case.  To the extent that they're on a 2019 statement, they may
3  or may not be claiming a stake in the case.
4         MR. CASSADA:  I never -- but, Your Honor, federal --
5  in federal court, people aren't permitted to come in and
6  present their interest in secret in the Court.  They've got to
7  identify themselves.
8         THE COURT:  This 2019 statement has been upheld in
9  the format that it is by the District Court and by the Circuit.
10 So, in this case it's been approved.
11        MR. CASSADA:  Well, I -- I'm -- apologize, Your
12 Honor.  I'm not familiar with those cases and I don't know what
13 was --
14        THE COURT:  Well, I wasn't either until somebody
15 cited it.  I didn't even know had been appealed.
16        MR. CASSADA:  Okay.
17        THE COURT:  I had to go look up the ruling --
18        MR. CASSADA:  I don't know what --
19        THE COURT:  -- but, that's apparently the case.
20        MR. CASSADA:  I don't know what was at issue in those
21 cases, but for someone who's not been involved in this case, it
22 was extraordinary news to me that a claimant can come in and
23 the identity and disease of these claimants who are suing
24 people in the tort system would be considered to be a matter of
25 privacy.