# EXHIBIT B

```
                    UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF DELAWARE
                                          .
                                          .
                                          .
IN RE:                                    .    Chapter 11
                                          .
Specialty Products Holding                .
Corp., et al.,                            .
                                          .
     Debtors.                             .    Bankruptcy #10-11780 (JKF)
..................................................................
                                          .
Specialty Products Holding                .
Corp., Bondex International,              .
Inc.,                                     .
                                          .
     Plaintiffs,                          .
                                          .
     v.                                   .
                                          .
Those Parties Listed on                   .
Exhibit A to Complaint and                .
John and Jane Does 1-1000,                .
                                          .
     Defendants.                          .    Adversary #10-51085 (JKF)
..................................................................


                           Wilmington, DE
                          October 18, 2010
                             11:07 a.m.

                    TRANSCRIPT OF OMNIBUS HEARING
                BEFORE THE HONORABLE JUDITH K. FITZGERALD
                    UNITED STATES BANKRUPTCY JUDGE


   APPEARANCES:

   For The Debtor:              Gregory Gordon, Esq.
                                Jones Day
                                2727 North Harwood St.
                                Dallas, TX 75201
```

2

                                      Dan Prieto, Esq.
Jones Day
2727 North Harwood St.
Dallas, TX 75201

Daniel DeFranceschi, Esq.
Richards Layton & Finger, PA
One Rodney Square
920 North King St.
Wilmington, DE, 19801

Michael Evert, Esq.
Evert, Weathersby & Houff
3405 Piedmont Rd.-Ste. 200
Atlanta, GA 30305

| | |
|---|---|
| For the Asbestos Claimants: Committee | Natalie Ramsey, Esq.<br>Montgomery McCracken Walker & Rhoads, LLP<br>123 South Broad St.<br>Avenue of the Arts<br>Philadelphia, PA 19109<br><br>Mark Sheppard, Esq.<br>Montgomery McCracken Walker & Rhoads, LLP<br>123 South Broad St.<br>Avenue of the Arts<br>Philadelphia, PA 19109 |
| For Travelers: | Seth Niederman, Esq.<br>Fox Rothschild, LLP<br>Citizens Bank Center<br>919 N. Market St.-Ste. 1300<br>Wilmington, DE 19899 |
| For The Futures Rep.: | Edwin Harron, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>1000 North West St.<br>Wilmington, DE 19801 |
| For Wachovia: | Stacy Newman, Esq.<br>Ashby & Geddes, P.A.<br>500 Delaware Ave.<br>Wilmington, DE 19899 |

|  |  |
|---|---|
|  | Robert Gonnello, Esq.<br>Otterbourg Steindler Houston<br>& Rosen, P.C.<br>230 Park Ave.<br>New York, NY 10169 |
| For Allstate: | Michael Migliore, Esq.<br>Smith Katzenstein & Furlow, LLP<br>800 Delaware Ave.-Ste 1000<br>Wilmington, DE 19899 |
| For The United States:<br>Trustee | David Klauder, Esq.<br>Office of the U.S. Trustee<br>844 King St.-Ste. 2207<br>Wilmington, DE 19801 |
| (Via Telephone)<br>For The Debtors: | Edward Houff, Esq.<br>Evert Weathersby & Houff<br>Suntrust Bank Building<br>120 E. Baltimore St.-Ste. 1300<br>Baltimore, MD 21202 |
| For Continental Casualty:<br>Co. and Columbia Casualty<br>Co. | David C. Christian, Esq.<br>Seyfarth Shaw, LLP<br>131 South Dearborn St.<br>Suite 2400<br>Chicago, IL 60603 |
| For McKinley Insurance Co.: | Leslie A. Davis, Esq.<br>Crowell & Moring, LLP<br>1001 Pennsylvania Ave., N.W.<br>Washington, DC 20004<br><br>Stacie B. Lieberman, Esq.<br>Crowell & Moring, LLP<br>1001 Pennsylvania Ave., N.W.<br>Washington, DC 20004<br><br>Mark Plevin, Esq.<br>Crowell & Moring, LLP<br>1001 Pennsylvania Ave., N.W.<br>Washington, DC 20004<br><br>Michael F. Duggan, Esq.<br>Marks O'Neill O'Brien<br>& Courtney, P.C.<br>913 N. Market St.-Ste. 800<br>Wilmington, DE 19801 |

                                                                            4

|  |  |
|---|---|
|  | Brian L. Kasprzak, Esq.<br>Marks O'Neill O'Brien<br>& Courtney, P.C.<br>913 N. Market St.-Ste. 800<br>Wilmington, DE 19801 |
| For Allstate: | Howard J. Fishman, Esq.<br>Aronberg Goldgehn Davis<br>& Garmisa<br>330 N. Wabash Ave.-Ste. 1700<br>Chicago, IL 60611 |
| For Wachovia: | Andrew Karmer, Esq.<br>Otterbourg Steindler Houston<br>& Rosen, P.C.<br>230 Park Ave.<br>New York, NY 10169 |
| For Travelers: | Mindy Lok, Esq.<br>Simpson Thatcher<br>& Bartlett, LLP<br>425 Lexington Ave.<br>New Ypork, NY 10017 |
| For Century Indemnity Co.: | Charles Nerko, Esq.<br>O'Melveny & Myers, LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br><br>Tancred V. Schiavoni<br>O'Melveny & Myers, LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br><br>Gary Svirsky, Esq.<br>O'Melveny & Myers, LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036 |
| For The United States:<br>Trustee | Richard Schepacarter, Esq.<br>Office of the U.S. Trustee<br>844 King St.-Ste. 2207<br>Wilmington, DE 19801 |

                                                                5

    **Audio Operator:**            **Brandon McCarthy**

    **Transcribing Firm:**         **Writer's Cramp, Inc.**
                                   **6 Norton Rd.**
                                   **Monmouth Jct., NJ 08852**
                                   **732-329-0191**

**Proceedings recorded by electronic sound recording, transcript produced by transcription service.**

1   Representative himself is essentially that which was
2   applicable to the ACC in paragraph 3.  Paragraph 4 changes the
3   motions hearing date to be -- it says November 15, is that the
4   correct date?
5           MR. GORDON:  Yes, Your Honor.
6           THE COURT:  All right, thank you.  November 15,
7   indicates that the right of the FCR Committee to request
8   additional extensions, the rights of the Debtors or insurers
9   to oppose it, and to seek a ruling on their motions, all of
10  that is preserved, and the Debtors are to serve a copy on
11  Parties-In-Interest who haven't received electronic notice.
12  So that's the order that I intend to sign.  Having heard that
13  recitation, is there anyone opposed to the entry of that
14  order?
15          MR. CHRISTIAN:  Your Honor, David Christian.  I have
16  no problem with that order.  I do think that the hearing date
17  in November is after the changeover to standard time.
18          THE COURT:  Oh, okay.  Well, let me see what it says
19  here.  It does say Daylight Time.  Why don't I just say
20  prevailing Eastern Time?  Okay, I've made that change.  Thank
21  you.  Anything else?
22          ALL:  (No verbal response).
23          THE COURT:  All right.  With that change, I've
24  signed the order.
25          MR. HARRON:  Thank you, Your Honor.