# EXHIBIT C

## Ramsey, Natalie

**From:** Ramsey, Natalie
**Sent:** Wednesday, January 26, 2011 3:08 PM
**To:** 'Cassada, Garland'; 'Worf, Richard C. Jr'
**Subject:** Garlock's Motion for Access to the 2019 Statements filed before Judge Fitzgerald

Dear Garland and Richard,

In paragraphs 21 and 22 of the above motion, you reference a summary of the results of a sampling of voting records in PCC. I am representing (a) Kazan, McClain, Lyons, Greenwood & Harley, (b) Waters & Kraus LLP, (c) Stanley, Mandel & Iola, L.L.P., (d) Simmons Browder Gianaris Angelides & Barnerd LLC, (e) Bergman, Draper & Frockt, (f) Gori Jullian & Associates, P.C., (g) Early, Lucarelli, Sweeney & Strauss, (h) Cooney & Conway, (i) George & Sipes LLP, (j) Lipsitz & Ponterio, LLC, (k) Bifferato LLC, and (l) my firm, Montgomery, McCracken, Walker & Rhoads, LLP, in responding to the Motion. To the extent that the sampling conducted involved any of these firms, would you be willing to share the results with me?

Thank you for your consideration of this request.

    Kind regards, Natalie

Natalie D. Ramsey, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 S Broad Street
Philadelphia, PA 19109
  and
1105 N. Market Street, Suite 1500
Wilmington, Delaware 19801
direct dial: 215-772-7354 (Monday, Friday)
direct dial: 302-504-7830 (Tuesday, Wednesday, Thursday)
email: nramsey@mmwr.com

1/28/2011