# EXHIBIT G

Commonwealth of _____          :
                                       : AFFIDAVIT OF JOHN H. SCHUMACHER
County of _____                :

I, John H. Schumacher, declare as follows:

1. "My name is John H. Schumacher. I am over eighteen years of age and am legally competent to make this affidavit. This affidavit, which is true and correct, is based on my personal knowledge. I have never been convicted of a felony or a crime of moral turpitude,

2. From approximately 1966 to 1970, I was employed by the Robert Johnson Flooring Company whereby I worked as a laborer and as installer on various commercial and residential remodeling projects. During this entire time, I assisted in installing asbestos-containing floor tiles manufactured by Amtico, Azrock, Armstrong and Congoleum. I know this given that the boxes the tiles were packaged in contained the names of the manufacturers. I had to cut and sand the floor tiles which caused dust to billow up into the air which I inhaled. In addition, each time I opened up a box of tiles, there would be residue and dust inside the box which I also breathed. I never saw any warnings regarding the hazards of asbestos on the floor tiles or the packages that the floor tiles came in. I breathed the dust that was generated from this work. I installed tiles manufactured by Amtico, Azrock, Armstrong and Congoleum on a routine basis throughout the four (4) years I was employed with the Robert Johnson Flooring Company.

3. During the four years I was employed by the Robert Johnson Flooring Company, I also routinely worked in very close proximity to contractors performing drywall and joint compound work. Although I never did any of the joint compound work myself, I was often in close proximity to others who would be working with the joint compound products. During these four (4) years, I routinely breathed dust from asbestos-containing joint compound materials manufactured by Bondex, Georgia-Pacific and United States Gypsum. I recall a large amount of dust was created when the contractors would mix, sand and sweep the dry joint compound products. There were many occasions when I personally would have to sweep up the dust that was generated through the mixing and sanding of the dry joint compound products. I often breathed the dust that was generated from this work.

4. From approximately 1970 to 1975, I served in the US Army as welder, Specialist 4th Class. In the later part of 1973, I reported aboard the LTC John U.D. Page, an Army beach discharge vessel. While on board, I served as the ship's welder. During the course of my work aboard this ship, I worked with and around Johns Manville insulation and other asbestos-containing products located within the engine room. While aboard the LTC John U.D. Page, I frequently worked with and around asbestos-containing gaskets manufactured by Garlock and John Crane. I routinely removed John Crane and Garlock gaskets that were baked on the flanges of valves and pumps. This work was typically done by using a scraper and wire brush to scrape off the asbestos gasket material. There were also times when I used a powered scraper to remove the baked on asbestos gaskets. I also worked in close proximity to others who were performing this very same work on a regular basis. Because of the high temperature and high pressure, the existing gaskets adhered to the flanges, which made them very difficult to remove. Once the existing gaskets were removed from the valves and pumps, I would take sheets of Garlock and

John Crane gasket material, place it over the flange, and proceeded to use a ball peen hammer to tap out new gaskets for the particular piece of equipment I was working on. My work removing and replacing asbestos-containing gaskets generated dusty conditions. I breathed the dust that was generated from this work.

5. In late 1974, I was reassigned to an Army LCU vessel where I routinely worked with the same asbestos-containing products as described above aboard LTC John U.D. Page. I served aboard this vessel until my honorable discharge from the US Army in March of 1975.

6. From approximately spring of 1975 until the fall of 1975, I worked as a laborer with Ace Boiler Co., located in Newark, New Jersey for approximately 4 to 5 months. As a laborer, I was responsible for tearing out old boilers from various commercial job sites, including, but not limited to, large apartment buildings. During these 4 to 5 months, I was routinely exposed to asbestos while working to remove various boilers that were manufactured by Cleaver Brooks, American Standard, Superior and Pacific Boilers. As part of my duties, I routinely had to remove asbestos insulation located on the exterior of boilers as well as underneath the metal casing of boilers. I personally had to remove this asbestos insulation, by hand, before completely tearing down the boilers. In addition, for every boiler I worked on, I removed the firebrick located inside the fire boxes. This tear out work created very dusty conditions. I breathed the dust that was generated from this work. I never saw any warnings regarding the hazards of asbestos on any of the boilers I worked on.

Further, your affiant sayeth no."

_John H. Schumacher_ (signed)
John H. Schumacher

Subscribed and sworn to before more by the said John H. Schumacher this 22 day of August, 2009.

_(signed)_
Notary Public in and for Pennsylvania
The Commonwealth of Columbia

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
April A. Fetterman, Notary Public
Locust Twp, Columbia County
My Commission Expires Feb. 17, 2010
Member, Pennsylvania Association of Notaries