<u>EXHIBIT A</u>

**December 2010 Fee Detail**

**Matter 3**                                        **Business Operations**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 12/9/2010 | Analyze foreign holding company issues (.80); telephone conference with E. Filon re same (.50); exchange correspondence with various parties re same (.60). | 1.90 | $475 | $902.50 |
| JSB | 12/10/2010 | Review correspondence re Foreign Holding Company structure and potential motion re same (.20). | .20 | $625 | $125.00 |
| RJH | 12/13/2010 | Draft and revise foreign holding company motion and circulate same for comment (1.90). | 1.90 | $475 | $902.50 |
| JSB | 12/14/2010 | Review and respond to correspondence re Foreign Holding Company issues and confer re same (.30). | .30 | $625 | $187.50 |
| RJH | 12/14/2010 | Review and analyze comments to foreign holding company motion and revise, circulate and further revise same (2.50). | 2.50 | $475 | $1,187.50 |
| RJH | 12/15/2010 | Revise foreign holding company motion and circulate to client (1.30); confer with J. Baer re same (.20); further revise motion and circulate (.90). | 2.40 | $475 | $1,140.00 |
| JSB | 12/16/2010 | Participate in call with clients re Foreign Holding Company issues (1.20); confer further re same (.30); confer with J. McFarland re merger of Synthetech issues (.20); review Synthetech order and prepare correspondence re same (.30). | 2.00 | $625 | $1,250.00 |
| RJH | 12/16/2010 | Prepare for and participate in telephone conference with client and advisors re foreign holding company motion (1.20); revise same (.40). | 1.60 | $475 | $760.00 |
| RJH | 12/17/2010 | Revise foreign holding company motion and circulate to client and advisors (4.70). | 4.70 | $475 | $2,232.50 |
| RJH | 12/20/2010 | Exchange correspondence with various parties re foreign holding company motion (.40); telephone conference with J. O'Connell re same (.50); review and revise same (.80). | 1.70 | $475 | $807.50 |
| JSB | 12/22/2010 | Confer with R. Higgins re Foreign Holding Company Motion and issues (.30). | .30 | $625 | $187.50 |
| RJH | 12/22/2010 | Prepare for and participate in telephone conference with client and advisors re foreign holding company motion (1.20); revise same (4.20); telephone conference with E. Filon re same (.30); legal research re same (.50). | 6.20 | $475 | $2,945.00 |
| RJH | 12/23/2010 | Revise foreign holding company motion and exchange correspondence with various parties re same (4.20). | 4.20 | $475 | $1,995.00 |
| RJH | 12/24/2010 | Correspond with various parties re proposed foreign holding company structure and revise documentation re same (2.80). | 2.80 | $475 | $1,330.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 12/27/2010 | Telephone conferences and correspond with various parties and consider issues re foreign holding company structure (1.20). | 1.20 | $475 | $570.00 |
| Total | | | 33.90 | | $16,522.50 |

Matter 4                                    Case Administration

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 12/6/2010 | Confer with Grace team re status of all pending matters (.50). | .50 | $625 | $312.50 |
| RJH | 12/6/2010 | Prepare for and participate in weekly professionals' telephone conference re case status (.70). | .70 | $475 | $332.50 |
| JSB | 12/7/2010 | Review several case inquiries and respond re same (.30). | .30 | $625 | $187.50 |
| JSB | 12/8/2010 | Review correspondence from creditors re status and follow up re same (.30). | .30 | $625 | $187.50 |
| RJH | 12/8/2010 | Review and analyze K&E work-in-progress chart and attend to issues arising therefrom (.40). | .40 | $475 | $190.00 |
| JSB | 12/14/2010 | Review and attend to newly filed pleadings and related matters (1.20); confer with creditors re status of case and plan confirmation (.30); confer with N. Lencz re Bolduc claim assignment issue (.30). | 1.80 | $625 | $1,125.00 |
| RJH | 12/20/2010 | Prepare for and participate in telephone conference with professionals re case status (.50). | .50 | $475 | $237.50 |
| Total | | | 4.50 | | $2,572.50 |

| Matter 6 | | Claim Analysis Objection & Resolution (Non-asbestos) | | | |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 12/1/2010 | Legal research re Massachusetts tax settlement issues (2.30); prepare for and participate in telephone conference with C. Finke, I. Slomka and J. Kaufman re same (.90); prepare for presentation to committees (2.50); revise settlement agreement (1.30); telephone conferences with I. Slomka and C. Finke re same (1.10); telephone conference with S. Murphy and I. Slomka re same (.70); review and analyze MA DOR settlement agreement proposed changes re same (.50). | 9.30 | $475 | $4,417.50 |
| JSB | 12/2/2010 | Confer with R. Higgins re MA DOR tax settlement issues and comments from A. Krieger (.30); review correspondence re same (.20). | .50 | $625 | $312.50 |
| RJH | 12/2/2010 | Prepare for and participate in telephone conference with committee professionals re Massachusetts tax settlement agreement issues (1.40); follow-on telephone conference with C. Finke and I. Slomka re same (.80); revise settlement agreement (1.30); exchange correspondence with S. Murphy re same (.70); telephone conferences and exchange correspondence with C. Finke and I. Slomka re same (.80); revise motion (2.60); revise MADEP motion (.70). | 8.30 | $475 | $3,942.50 |
| JSB | 12/3/2010 | Review draft MA DOR motion on settlement (.50); provide comments re same (.20). | .70 | $625 | $437.50 |
| RJH | 12/3/2010 | Telephone conference with S. Murphy re Massachusetts Settlement Agreement issues (.80); telephone conferences with C. Finke re same (.70); draft responses to committee queries re same (2.20); exchange correspondence with various parties re same (.50); draft and revise motion re same (2.20); draft and revise agreement (1.10). | 7.50 | $475 | $3,562.50 |
| RJH | 12/6/2010 | Revise Massachusetts Settlement Agreement motion and prepare same for filing (2.60). | 2.60 | $475 | $1,235.00 |
| RJH | 12/7/2010 | Telephone conferences with C. Finke re various tax issues (.80); review and respond to correspondence re Massachusetts tax settlement issues (1.10); legal research re same (1.50); telephone conferences with client and exchange correspondence with various parties re employee claim inquiry (.70). | 4.10 | $475 | $1,947.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 12/8/2010 | Attend to matters re employee claim inquiry and exchange correspondence with R. Finke, J. Forgach and D. Blakney re same (1.00); revise draft response to Committee re Massachusetts tax settlement (1.10); legal research re same (.50); exchange correspondence with the client and others re same (.60); prepare for and participate in telephone conference with C. Finke re same (.60). | 3.80 | $475 | $1,805.00 |
| RJH | 12/9/2010 | Telephone conference with C. Finke re Massachusetts tax settlement issues (.60); draft response to A. Krieger re same (.80); legal research re same (.50); exchange correspondence with various parties re same (.40). | 2.30 | $475 | $1,092.50 |
| RJH | 12/10/2010 | Legal research additional Massachusetts tax settlement issues (.60); telephone conference with C. Finke re same and committee issues (.50); exchange correspondence with various parties re same (.60); telephone conference with I. Slomka and follow up re same (.70). | 2.40 | $475 | $1,140.00 |
| RJH | 12/13/2010 | Prepare for and participate in conference call with client re Massachusetts tax settlement issues (.50); draft correspondence to A. Krieger re same (.40); telephone conference with M. Araki re open claims issues and follow up re same (.50). | 1.40 | $475 | $665.00 |
| RJH | 12/14/2010 | Review and analyze various open claims issues (.50). | .50 | $475 | $237.50 |
| RJH | 12/15/2010 | Review and respond to correspondence re Massachusetts tax settlement (.40); review and analyze various open claims issues (.40). | .80 | $475 | $380.00 |
| RJH | 12/17/2010 | Analyze various open claims issues (.80). | .80 | $475 | $380.00 |
| JSB | 12/20/2010 | Review Bolduc claims and confer re same (.30); confer with M. Hurford re Grace tax matter (.20) | .50 | $625 | $312.50 |
| RJH | 12/20/2010 | Analyze, resolve issues and draft correspondence re various open claims issues (.50). | .50 | $475 | $237.50 |
| JSB | 12/21/2010 | Confer with R. Finke re NY Hillside response and follow up re same (.30). | .30 | $625 | $187.50 |
| JSB | 12/22/2010 | Review NY Hillside materials re Samson issues (.30); prepare correspondence re same (.30); review Samson response re same (.20). | .80 | $625 | $500.00 |
| Total | | | 47.10 | | $22,792.50 |

Matter 11                                    **Fee Applications, Applicant**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 12/6/2010 | Telephone conference and exchange correspondence with H. Humphries re timekeeping issues (.50). | .50 | $475 | $237.50 |
| JSB | 12/20/2010 | Review detailed time for November fee application and prepare expenses re same (1.50). | 1.50 | $625 | $937.50 |
| RJH | 12/22/2010 | Prepare November fee detail (1.10). | 1.10 | $475 | $522.50 |
| JSB | 12/23/2010 | Review consolidated November fee statement (.50). | .50 | $625 | $312.50 |
| RJH | 12/23/2010 | Prepare November fee detail and exchange correspondence re same (.50). | .50 | $475 | $237.50 |
| JSB | 12/27/2010 | Final review of November, 2010 fee application for filing (.30). | .30 | $625 | $187.50 |
| RJH | 12/27/2010 | Draft and revise November fee application and exchange correspondence with various parties re same (2.60). | 2.60 | $475 | $1,235.00 |
| RJH | 12/28/2010 | Prepare November fee application for filing and assist in same (.50). | .50 | $475 | $237.50 |
| Total | | | 7.50 | | $3,907.50 |

Matter 13                                     Financing

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 12/8/2010 | Exchange correspondence with J. McFarland and S. Tetro re L/C Facility renewal (.50); analyze constituent documents re same (.10). | .60 | $475 | $285.00 |
| RJH | 12/13/2010 | Review and analyze letter of credit documentation (.50); draft motion re same (.80). | 1.30 | $475 | $617.50 |
| RJH | 12/20/2010 | Exchange correspondence with various parties re L/C Amendment issues (.50); draft form of L/C Order (2.20); legal research re same (.60). | 3.30 | $475 | $1,567.50 |
| RJH | 12/21/2010 | Revise L/C Facility amendment order and attend to issues re same (1.20). | 1.20 | $475 | $570.00 |
| Total | | | 6.40 | | $3,040.00 |

**Matter 14**                                                    **Hearings**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 12/6/2010 | Prepare correspondence re December hearing and revised COC and APA re Red Sox matter (.40); follow up re same (.30). | .70 | $625 | $437.50 |
| JSB | 12/8/2010 | Confer with R. Baker (twice) re 12/13 hearing issues (.40); confer with J. Donley and M. Shelnitz re same (.40). | .80 | $625 | $500.00 |
| JSB | 12/9/2010 | Confer with R. Higgins re documents necessary for 12/13 hearing preparation (.20); prepare correspondence to Delaware counsel re hearing preparation for 12/13 (.30); review and respond to further correspondence re 12/13 hearing issues (.40). | .90 | $625 | $562.50 |
| JSB | 12/10/2010 | Confer with Grace team re status of all matters and preparation for 12/13 hearing (.50); confer with clients re preparation for 12/13 hearing on Plan issues (1.00); review final revised 12/13 agenda and prepare comments re same (.30). | 1.80 | $625 | $1,125.00 |
| JSB | 12/12/2010 | Assemble materials for 12/13 hearing and review agenda re same (.40); review materials re Plan issues in preparation for 12/13 hearing (.50). | .90 | $625 | $562.50 |
| JSB | 12/13/2010 | Review materials and confer with client and co-counsel in preparation for 12/13 Omnibus hearing (1.50; attend and conduct portions of 12/13 omnibus hearing (2.0); confer with clients after same (1.50). | 5.00 | $625 | $3,125.00 |
| RJH | 12/13/2010 | Prepare for and participate in omnibus hearing (1.80). | 1.80 | $475 | $855.00 |
| RJH | 12/20/2010 | Prepare for and participate in telephone conference with chambers (.80); follow up re same (.30). | 1.10 | $475 | $522.50 |
| JSB | 12/21/2010 | Review 1/10 Agenda and prepare comments re same (.30); review and respond to issues re same (.30). | .60 | $625 | $375.00 |
| Total | | | 13.60 | | $8,065.00 |

8

| | Matter 15 | Litigation and Litigation Consulting | | | |
|---|---|---|---|---|---|

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 12/1/2010 | Continue preparation of objection to NY Hillside Claim (2.50); confer with R. Higgins re Neutocrete discovery status (.30); revise NY Hillside objection and prepare transmittal re same (2.70); review A. Paul comments to MA DEP motion (.50); review and respond to correspondence re RS APA (.30); revise MA DEP Motion based on co-counsel comments (.90). | 7.20 | $625 | $4,500.00 |
| RJH | 12/1/2010 | Telephone conference with J. Hughes re discovery issue and follow up re same (.70). | .70 | $475 | $332.50 |
| JSB | 12/2/2010 | Review and respond to inquiries re South Carolina sale notice (.40); prepare further revisions to MA DEP motion and correspondence re same (.80); review correspondence and documentation re Novak Group claim (.30); revise NY Hillside Objection as per client comments (.50); revise RS APA and prepare correspondence re same (.50); prepare correspondence re NY Hillside Objection (.20); prepare COC re RS APA (.90); prepare transmittal to the committees re revised RS APA (.30); revised RS draft order (.50); review comments from co-counsel to NY Hillside objection (.40). | 4.80 | $625 | $3,000.00 |
| JSB | 12/3/2010 | Review Samson and client comments re Otis EPA consent decree (.30); review most recent draft correspondence with the committees re MA DOR Stipulation (.30); prepare further revisions to MA DEP motion and transmittal re same (.70); assemble exhibits for MA DEP motion filing (.40); confer with R. Higgins re expert issues (.30); review further correspondence re Otis Consent Decree and respond re same (.30); review and revise NY Hillside objection in light of co-counsel comments (.80); review and assemble exhibits to NY Hillside Objection and prepare directions re filing (1.10); revise COC and Order re RS Sale (1.20); prepare transmittal and Exhibits re RS Sale Order and APA (.40). | 5.80 | $625 | $3,625.00 |
| RJH | 12/3/2010 | Telephone conference with J. Hughes re discovery issue and follow up re same (.50). | .50 | $475 | $237.50 |
| JSB | 12/6/2010 | Review correspondence and revisions from MA DEP, L. Gardner, and A. Paul re MA DEP Motion and Stipulation (.50); confer with L. Duff re same (.30). | .80 | $625 | $500.00 |
| RJH | 12/6/2010 | Engage in document production re claim litigation (2.10); legal research issues re same (.40). | 2.50 | $475 | $1,187.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 12/7/2010 | Review correspondence re MA DEP settlement (.20); review correspondence re MA DOR settlement (.30); review correspondence and respond re NY Hillside and South Carolina sale (.40); review correspondence re CNA/Libby discovery (.20). | 1.10 | $625 | $687.50 |
| RJH | 12/7/2010 | Engage in document production re claim litigation (2.50); review and analyze Libby document production request (.30). | 2.80 | $475 | $1,330.00 |
| JSB | 12/8/2010 | Review follow up correspondence re several pending motions (.30); review correspondence re latest issues on Otis PPA and consent decree and prepare comments re same (.30). | .60 | $625 | $375.00 |
| RJH | 12/8/2010 | Engage in document production (3.10); revise response re same (1.50). | 4.60 | $475 | $2,185.00 |
| JSB | 12/9/2010 | Prepare response to A. Krieger questions on Greenville sale (.50); confer re discovery status on claim (.20); review and respond to correspondence re Otis/ NuStar issues (.30); review and respond to correspondence re Olden interest issue (.30). | 1.30 | $625 | $812.50 |
| RJH | 12/9/2010 | Revise response to document discovery request (1.90); telephone conference with C. Irmis re discovery issues (.40); engage in document production (.50); telephone conference with J. Hughes re same (.40); exchange correspondence with various parties re same (.50). | 3.70 | $475 | $1,757.50 |
| JSB | 12/10/2010 | Review further correspondence on Plan confirmation issues (.30); follow up with Canadian counsel re status (.30); confer with ACC and FCR re Plan issues for 12/13 hearing (.20); review additional correspondence re Plan confirmation matters (.30). | 1.10 | $625 | $687.50 |
| JSB | 12/10/2010 | Review MA DEP changes to Stipulation and Motion on settlement and prepare comments re same (.40); review correspondence re holding company, MA DEP, MA DOR, and Neutocrete matters (.30); confer with NuStar, Samson, USEPA, and Grace counsel re Otis PPA and Consent Decree (1.10); confer further with R. Spence and R. Finke re Otis agreement (.30). | 2.10 | $625 | $1,312.50 |
| RJH | 12/10/2010 | Meet and confer with C. Irmis re document production issues (.50); engage in document production (1.20); prepare for and participate in telephone conference with J. Hughes re draft response (.80); revise response and circulate to co-counsel and client (1.50); exchange correspondence with E. Moeller re claim litigation (.30). | 4.30 | $475 | $2,042.50 |
| RJH | 12/13/2010 | Work on document production issues (2.30); exchange correspondence with various parties re same (.50); meet with C. Irmis re same (.60). | 3.40 | $475 | $1,615.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 12/14/2010 | Confer with co-counsel re status of Plan issues from 12/13 hearing (.90); review correspondence re same (.30); confer with clients and co-counsel re same (1.50); confer with J. O'Connell re status of plan issues (.30). | 3.00 | $625 | $1,875.00 |
| JSB | 12/14/2010 | Confer with R. Higgins re Neutocrete discovery issues (several conferences) (.40). | .40 | $625 | $250.00 |
| RJH | 12/14/2010 | Engage in legal research re claim litigation (1.00); engage in document production (3.00); meet with C. Irmis re same (.50); telephone conference with R. Mercer re same (.60); telephone conference with E. Moeller re same (.90); confer with J. Baer re same and other issues (.40). | 6.40 | $475 | $3,040.00 |
| JSB | 12/15/2010 | Review and prepare final revisions on MA DEP Motion and Stipulation (1.50); prepare same for filing (.30); review draft Foreign Holdco Motion and confer and prepare comments re same (.90); prepare correspondence re MA DOR and Greenville status (.20); review revised Foreign Holding Company Motion (.50). | 3.40 | $625 | $2,125.00 |
| RJH | 12/15/2010 | Revise response to document discovery request (1.40); telephone conference with J. Hughes re same and related issues (.50); legal research re claims litigation (.90); telephone conference with C. Irmis re document production (.50). | 3.30 | $475 | $1,567.50 |
| JSB | 12/16/2010 | Review "final" draft of discovery responses (2.0); confer re comments/ issues and revisions on same (.50); review draft Blackburn Consent Decree and provide comments re same (.80). | 3.30 | $625 | $2,062.50 |
| RJH | 12/16/2010 | Engage in document production (2.50); telephone conference with C. Irmis re same (.20); meet and confer with C. Irmis re same (.30); confer with J. Baer re response to discovery request (.50); exchange correspondence with J. Hughes re same (.40); telephone conference with J. Hughes re same (.20); revise same (2.50). | 6.60 | $475 | $3,135.00 |
| JSB | 12/17/2010 | Review correspondence re Oldon interest issue and documentation re same (.30); prepare withdrawal re GTE claims (.30); review GTC POC's re Seneca (.30); review "response" to NY Hillside objection (.20). | 1.10 | $625 | $687.50 |
| RJH | 12/17/2010 | Exchange correspondence with various parties re document discovery issues and resolve same (1.10). | 1.10 | $475 | $522.50 |
| RJH | 12/20/2010 | Exchange correspondence with various parties re claims litigation (.30); analyze legal issues re same (.40). | .70 | $475 | $332.50 |
| JSB | 12/21/2010 | Review revised draft Holding Company motion (.30). | .30 | $625 | $187.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 12/21/2010 | Prepare for and participate in telephone conferences with client re claims litigation (.70); legal research and draft discovery documents re same (2.50). | 3.20 | $475 | $1,520.00 |
| JSB | 12/23/2010 | Review correspondence re NY Hillside and new Samson claim (.20); prepare correspondence re same (.20); review correspondence on Ft. Peck matter (.20). | .60 | $625 | $375.00 |
| RJH | 12/23/2010 | Participate in telephone conference with E. Moeller re various issues and attend to same (.70). | .70 | $475 | $332.50 |
| JSB | 12/24/2010 | Review BNSF and Libby objections to CNA settlement and discovery requests (1.70). | 1.70 | $625 | $1,062.50 |
| JSB | 12/29/2010 | Review Libby objection to CNA Motion and prepare insert for Reply re same (.70); review comments re same (.30); prepare correspondence and review materials re NY Hillside/Samson issues (.40). | 1.40 | $625 | $875.00 |
| Total | | | 84.50 | | $46,137.50 |

| | | Matter 16 | Plan and Disclosure Statement | | | |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 12/1/2010 | Continue preparation of objection to NY Hillside Claim (2.50); confer with R. Higgins re Neutocrete discovery status (.30); revise NY Hillside objection and prepare transmittal re same (2.70); review A. Paul comments to MA DEP motion (.50); review and respond to correspondence re RS APA (.30); revise MA DEP Motion based on co-counsel comments (.90). | 7.20 | $625 | $4,500.00 |
| RJH | 12/1/2010 | Telephone conference with J. Hughes re discovery issue and follow up re same (.70). | .70 | $475 | $332.50 |
| JSB | 12/2/2010 | Review and respond to inquiries re South Carolina sale notice (.40); prepare further revisions to MA DEP motion and correspondence re same (.80); review correspondence and documentation re Novak Group claim (.30); revise NY Hillside Objection as per client comments (.50); revise RS APA and prepare correspondence re same (.50); prepare correspondence re NY Hillside Objection (.20); prepare COC re RS APA (.90); prepare transmittal to the committees re revised RS APA (.30); revised RS draft order (.50); review comments from co-counsel to NY Hillside objection (.40). | 4.80 | $625 | $3,000.00 |
| JSB | 12/3/2010 | Review Samson and client comments re Otis EPA consent decree (.30); review most recent draft correspondence with the committees re MA DOR Stipulation (.30); prepare further revisions to MA DEP motion and transmittal re same (.70); assemble exhibits for MA DEP motion filing (.40); confer with R. Higgins re expert issues (.30); review further correspondence re Otis Consent Decree and respond re same (.30); review and revise NY Hillside objection in light of co-counsel comments (.80); review and assemble exhibits to NY Hillside Objection and prepare directions re filing (1.10); revise COC and Order re RS Sale (1.20); prepare transmittal and Exhibits re RS Sale Order and APA (.40). | 5.80 | $625 | $3,625.00 |
| RJH | 12/3/2010 | Telephone conference with J. Hughes re discovery issue and follow up re same (.50). | .50 | $475 | $237.50 |
| JSB | 12/6/2010 | Review correspondence and revisions from MA DEP, L. Gardner, and A. Paul re MA DEP Motion and Stipulation (.50); confer with L. Duff re same (.30). | .80 | $625 | $500.00 |
| RJH | 12/6/2010 | Engage in document production re claim litigation (2.10); legal research issues re same (.40). | 2.50 | $475 | $1,187.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 12/7/2010 | Review correspondence re MA DEP settlement (.20); review correspondence re MA DOR settlement (.30); review correspondence and respond re NY Hillside and South Carolina sale (.40); review correspondence re CNA/Libby discovery (.20). | 1.10 | $625 | $687.50 |
| RJH | 12/7/2010 | Engage in document production re claim litigation (2.50); review and analyze Libby document production request (.30). | 2.80 | $475 | $1,330.00 |
| JSB | 12/8/2010 | Review follow up correspondence re several pending motions (.30); review correspondence re latest issues on Otis PPA and consent decree and prepare comments re same (.30). | .60 | $625 | $375.00 |
| RJH | 12/8/2010 | Engage in document production (3.10); revise response re same (1.50). | 4.60 | $475 | $2,185.00 |
| JSB | 12/9/2010 | Prepare response to A. Krieger questions on Greenville sale (.50); confer re discovery status on claim (.20); review and respond to correspondence re Otis/ NuStar issues (.30); review and respond to correspondence re Olden interest issue (.30). | 1.30 | $625 | $812.50 |
| RJH | 12/9/2010 | Revise response to document discovery request (1.90); telephone conference with C. Irmis re discovery issues (.40); engage in document production (.50); telephone conference with J. Hughes re same (.40); exchange correspondence with various parties re same (.50). | 3.70 | $475 | $1,757.50 |
| JSB | 12/10/2010 | Review further correspondence on Plan confirmation issues (.30); follow up with Canadian counsel re status (.30); confer with ACC and FCR re Plan issues for 12/13 hearing (.20); review additional correspondence re Plan confirmation matters (.30). | 1.10 | $625 | $687.50 |
| JSB | 12/10/2010 | Review MA DEP changes to Stipulation and Motion on settlement and prepare comments re same (.40); review correspondence re holding company, MA DEP, MA DOR, and Neutocrete matters (.30); confer with NuStar, Samson, USEPA, and Grace counsel re Otis PPA and Consent Decree (1.10); confer further with R. Spence and R. Finke re Otis agreement (.30). | 2.10 | $625 | $1,312.50 |
| RJH | 12/10/2010 | Meet and confer with C. Irmis re document production issues (.50); engage in document production (1.20); prepare for and participate in telephone conference with J. Hughes re draft response (.80); revise response and circulate to co-counsel and client (1.50); exchange correspondence with E. Moeller re claim litigation (.30). | 4.30 | $475 | $2,042.50 |
| RJH | 12/13/2010 | Work on document production issues (2.30); exchange correspondence with various parties re same (.50); meet with C. Irmis re same (.60). | 3.40 | $475 | $1,615.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 12/14/2010 | Confer with co-counsel re status of Plan issues from 12/13 hearing (.90); review correspondence re same (.30); confer with clients and co-counsel re same (1.50); confer with J. O'Connell re status of plan issues (.30). | 3.00 | $625 | $1,875.00 |
| JSB | 12/14/2010 | Confer with R. Higgins re Neutocrete discovery issues (several conferences) (.40). | .40 | $625 | $250.00 |
| RJH | 12/14/2010 | Engage in legal research re claims litigation (1.00); engage in document production (3.00); meet with C. Irmis re same (.50); telephone conference with R. Mercer re same (.60); telephone conference with E. Moeller re same (.90); confer with J. Baer re same and other issues (.40). | 6.40 | $475 | $3,040.00 |
| JSB | 12/15/2010 | Review and prepare final revisions on MA DEP Motion and Stipulation (1.50); prepare same for filing (.30); review draft Foreign Holdco Motion and confer and prepare comments re same (.90); prepare correspondence re MA DOR and Greenville status (.20); review revised Foreign Holding Company Motion (.50). | 3.40 | $625 | $2,125.00 |
| RJH | 12/15/2010 | Revise response to document discovery request (1.40); telephone conference with J. Hughes re same and related issues (.50); legal research re claims litigation (.90); telephone conference with C. Irmis re document production (.50). | 3.30 | $475 | $1,567.50 |
| JSB | 12/16/2010 | Review "final" draft of discovery responses (2.0); confer re comments/ issues and revisions on same (.50); review draft Blackburn Consent Decree and provide comments re same (.80). | 3.30 | $625 | $2,062.50 |
| RJH | 12/16/2010 | Engage in document production (2.50); telephone conference with C. Irmis re same (.20); meet and confer with C. Irmis re same (.30); confer with J. Baer re response to discovery request (.50); exchange correspondence with J. Hughes re same (.40); telephone conference with J. Hughes re same (.20); revise same (2.50). | 6.60 | $475 | $3,135.00 |
| JSB | 12/17/2010 | Review correspondence re Oldon interest issue and documentation re same (.30); prepare withdrawal re GTE claims (.30); review GTC POC's re Seneca (.30); review "response" to NY Hillside objection (.20). | 1.10 | $625 | $687.50 |
| RJH | 12/17/2010 | Exchange correspondence with various parties re document discovery issues and resolve same (1.10). | 1.10 | $475 | $522.50 |
| RJH | 12/20/2010 | Exchange correspondence with various parties re claims litigation (.30); analyze legal issues re same (.40). | .70 | $475 | $332.50 |
| JSB | 12/21/2010 | Review revised draft Holding Company motion (.30). | .30 | $625 | $187.50 |

15

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 12/21/2010 | Prepare for and participate in telephone conferences with client re claims litigation (.70); legal research and draft discovery documents re same (2.50). | 3.20 | $475 | $1,520.00 |
| JSB | 12/23/2010 | Review correspondence re NY Hillside and new Samson claim (.20); prepare correspondence re same (.20); review correspondence on Ft. Peck matter (.20). | .60 | $625 | $375.00 |
| RJH | 12/23/2010 | Participate in telephone conference with E. Moeller re various issues and attend to same (.70). | .70 | $475 | $332.50 |
| JSB | 12/24/2010 | Review BNSF and Libby objections to CNA settlement and discovery requests (1.70). | 1.70 | $625 | $1,062.50 |
| JSB | 12/29/2010 | Review Libby objection to CNA Motion and prepare insert for Reply re same (.70); review comments re same (.30); prepare correspondence and review materials re NY Hillside/Samson issues (.40). | 1.40 | $625 | $875.00 |
| Total | | | 84.50 | | $46,137.50 |

Matter 18                                    **Tax Issues**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 12/1/2010 | Review and respond to correspondence re Plan Amendments re 5th Plan modifications (.40); review draft Notice re same (.30). | .70 | $625 | $437.50 |
| JSB | 12/2/2010 | Confer with co-counsel re Plan Amendment issues (.30); confer with plan proponents re Plan modifications and related issues (.50). | .80 | $625 | $500.00 |
| JSB | 12/7/2010 | Review Order re Plan issues and confer with co-counsel and clients re same (.70); review correspondence re same (.30). | 1.00 | $625 | $625.00 |
| RJH | 12/7/2010 | Review and analyze issues re confirmation order and respond to same (.50). | .50 | $475 | $237.50 |
| JSB | 12/8/2010 | Review correspondence and materials re Plan issues (.40); confer with Court re 12/13 hearing (.30); prepare correspondence re same (.30); participate in call with Grace team re Court's Plan inquiries re 12/13 hearing (.80); review correspondence re Plan issues raised by Court (.30). | 2.10 | $625 | $1,312.50 |
| RJH | 12/8/2010 | Prepare for and participate in telephone conference with Debtors' professionals re Court's order re confirmation (.90). | .90 | $475 | $427.50 |
| JSB | 12/9/2010 | Review correspondence re Plan issues for 12/13 hearing (.30); respond re same (.30). | .60 | $625 | $375.00 |
| RJH | 12/9/2010 | Analyze and confer with J. Baer re plan amendment issues (.50). | .50 | $475 | $237.50 |
| RJH | 12/10/2010 | Prepare and participate in call re confirmation issues and follow up re same (.60). | .60 | $475 | $285.00 |
| JSB | 12/12/2010 | Review materials re Plan amendments for 12/13 hearing (.40); review correspondence from Canadian Special Counsel re claims administrator for CDN Claims Trust (.30). | .70 | $625 | $437.50 |
| JSB | 12/15/2010 | Review revisions to Plan section 3.1.9 and confer with co-counsel re same (.80); review follow up correspondence re same (.30); review claims information re interest dispute re Plan issues (.30); confer with co-counsel further re 3.1.9 issue (.20); confer with client re same (.70); review further revisions to 3.1.9 and Notice re same and revise same (.50); confer re Notice issues (.20); review further comments re Plan 3.1.9 and Notice re same (.30). | 3.30 | $625 | $2,062.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 12/16/2010 | Confer with J. O'Connell re status of Plan, timing, and exit financing (.30); review and respond to various correspondence re revisions to Plan section 3.1.9 and confer re same (.40); confer with M. Shelnitz and review and respond to correspondence re Plan amendment (.40); confer with client, court, and counsel for committees re Plan amendment (.60). | 1.70 | $625 | $1,062.50 |
| JSB | 12/17/2010 | Review correspondence from co-counsel re Plan status and prepare follow up re same (.30); review and respond to further information re Plan status (.30); review correspondence from client and co-counsel on lender issues and follow up re same (.40). | 1.00 | $625 | $625.00 |
| JSB | 12/20/2010 | Review correspondence re Plan status/ issues and potential timing (.30); confer with Court re Status call on confirmation (.30); prepare notice re same (.30); confer with several parties re same (.50); review Plan re year end implications for Plan Status call (.40); confer with clients and co-counsel re same (.50); participate in call with Court re Plan status (.50); participate in call with clients and co-counsel re same (.50); confer with co-counsel re all Plan and other outstanding issues (.40); confer with Canadian counsel re status (.30). | 4.00 | $625 | $2,500.00 |
| JSB | 12/21/2010 | Review further revisions to section 3.1.9 of the Plan and comments re same (.40); confer with co-counsel re same (.50); review revised draft of Plan amendment and further confer with co-counsel re same (.50); confer with clients re same (.50); review revised draft and correspondence/ comments from plan co-proponents (.50). | 2.40 | $625 | $1,500.00 |
| RJH | 12/21/2010 | Review and revise draft hearing agenda and exchange correspondence with various parties re same (.60). | .60 | $475 | $285.00 |
| JSB | 12/22/2010 | Confer with Canadian counsel and prepare summary of discussion for clients and co-counsel (.30); confer with J. Donley re conference with lenders on Plan amendment (.20); review correspondence re same (.20); review draft COC re same and prepare revisions to same (.30); confer with co-counsel re same (.40); review correspondence re Canadian issues and confer with counsel re same (.40); prepare correspondence re same (.30); confer with Canadian counsel re same (.20); prepare follow up correspondence re same (.30). | 2.60 | $625 | $1,625.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 12/23/2010 | Review most recent version of Plan amendments and correspondence re same (.40); prepare correspondence re same (.30); confer with co-counsel and committee counsel several times re Plan Amendment status (.60); confer with client and Court re same (several) conferences (.70); numerous conference re final Plan amendment filing, status, and Canadian issues (.40); review correspondence re Libby and BNSF objections to CNA settlement (.30). | 2.70 | $625 | $1,687.50 |
| JSB | 12/24/2010 | Numerous conferences with clients and co-counsel re Canadian matter (.40); prepare correspondence re same (.30). | .70 | $625 | $437.50 |
| JSB | 12/27/2010 | Confer with J. Donley re Canadian and Plan status (.30); confer with client re same (.50); confer with Canadian counsel and co-counsel re status and potential Canadian Minutes amendments (.40); further confer with clients re same (.40); several further conferences re Canadian issues (.50); confer with J. Donley and clients re CNA settlement and related objections filed and implications re same (.50); numerous conferences with Canadian counsel and co-counsel re CDN Minute issues (.60); prepare correspondence re same (.30); confer with clients re same (.40); prepare letter confirming understanding re Canadian agreement (.50); further confer re same (.30). | 4.70 | $625 | $2,937.50 |
| RJH | 12/27/2010 | Attend to matters regarding certificate of no objection for Massachusetts tax settlement motion (.40). | .40 | $475 | $190.00 |
| JSB | 12/28/2010 | Review comments re Libby objections to CNA motion and Plan related issues (.30); review draft Press Release and provide comments re same (.30); review Canadian Minutes of Settlement re further amendments (.40); confer with J. Donley re same (.30): review Chapter 11 Plan re Canadian issues and begin preparation of notice re amendment to same (1.60); participate in conference with clients and co-counsel re CNA settlement issues (.50); review and respond to inquiry from Canadian counsel re Court approval issues (.30); continue preparation of Notice re Canadian matters (1.20); prepare correspondence re Canadian Notice (.30) confer with co-counsel re Canadian Notice issues (.30); prepare correspondence to Canadian counsel and clients re same (.30); review and respond to various comments and issues re Canadian Court approval re same (.30). | 6.10 | $625 | $3,812.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 12/29/2010 | Confer with D. Hogan re Canadian procedural issues re agreement on Minutes (.30); confer with Canadian counsel re procedure on settlement (.40); prepare correspondence to clients re same (.40); review and further comment re Canadian issues (.40); prepare correspondence to Grace Committees and FCR's re Canadian extension (.30). | 1.80 | $625 | $1,125.00 |
| JSB | 12/30/2010 | Review materials from Samson re NY Hillside (.50); prepare memo re same (.40); confer with E. Mack re same (.30); review Ft. Peck and related correspondence re appropriate response letter (.50); prepare response letter re same (.30); review various correspondence re CNA Reply and respond re same (.40); review draft Reply re CNA and Motion for Leave re same (1.10); prepare revisions to CNA Motion for Leave (.50). | 4.00 | $625 | $2,500.00 |
| Total | | | 44.40 | | $27,225.00 |

**Matter 20**                                **Travel – Non-Working**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 12/12/2010 | Travel from Chicago to Wilmington for 12/13 Omnibus hearing (billed at 1/2 time) (2.50). | 2.50 | $625 | $1,562.50 |
| JSB | 12/13/2010 | Travel from Delaware back to Chicago after 12/13 hearing (billed at half time) (2.50). | 2.50 | $625 | $1,562.50 |
| Total | | | 5.00 | | $3,125.00 |