# EXHIBIT B

### December 2010 Expense Detail

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---:|
| Airfare/Local Transportation/Other Travel Expenses | $1,247.70 |
| Long Distance/Conference Telephone Charges/Internet | $3,153.53 |
| Online research | $394.20 |
| Delivery services/messengers | $161.34 |
| **Total**: | **$4,956.77** |

## ITEMIZED EXPENSES

### TRAVEL

| Date | Amount | Service Description |
|---|---:|---|
| 12/12/2010 | $42.00 | 303 Taxi - cab fare for JSB from Wilmette, IL to O'Hare for trip to Wilmington for Grace Omnibus hearing |
| 12/12/2010 | $15.00 | Food for JSB at O'Hare prior to flight to Philadelphia for Grace Omnibus hearing. |
| 12/12/2010 | $561.40 | United Airlines - JSB Round-trip Airfare to/from Philadelphia for Grace Omnibus hearing, including travel fees |
| 12/12/2010 | $124.90 | Boston Coach - Car for JSB from Philadelphia airport to Wilmington for Grace Omnibus hearing (late night transportation) |
| 12/12/2010 | $12.50 | Food for JSB at Hotel DuPont |
| 12/13/2010 | $449.90 | Hotel DuPont - JSB hotel in Wilmington for Grace Omnibus hearing |
| 12/13/2010 | $42.00 | 303 Taxi - cab fare for JSB from O'Hare to Wilmette, IL after trip to Wilmington for Grace Omnibus hearing |
| Total | $1,247.70 | |

### NON-TRAVEL

| Date | Amount | Service Description |
|---|---:|---|
| 12/11/2010 | $912.36 | Sprint - JSB December Internet Charges ( including International) for Grace |
| 12/16/2010 | $394.20 | Lexis/Nexis - December charges for Grace |
| 12/16/2010 | $13.56 | Chicago Messenger - Document delivery re Neutocrete Discovery documents |
| 12/19/2010 | $40.20 | Federal Express - Charges re Litigation documents |

|  | Service Description | | Amount |
|---|---|---|---|
| 12/21/2010 | $107.58 | Federal Express - Charges re Neutocrete Discovery | |
| 12/31/2010 | $2,241.17 | InterCall - December Conference call charges for Grace | |
| Total | $3,709.07 | | |

Total December2010 Expenses: $4,956.77