## EXHIBIT A

### W. R. Grace & Co., et al.

### District of Delaware, Bankruptcy Case No. 01-1139

### Report on De Minimis Asset Sales October 1, 2010, through December 31, 2010

*Part I – Sales in excess of $25,000, but less than $250,000*

   NONE

*Part II – Sales equal to or less than $25,000*

   NONE

DOCS_DE:167340.1