## EXHIBIT A

**W. R. Grace & Co., et al.,**
**District of Delaware, Bankruptcy Case No. 01-1139**

**Report on Settlements of Certain Claims and Causes of Action**
**October 1, 2010, through December 31, 2010**

### Settlements Greater than $50,000, But Less Than $1,000,000

| Date | Dkt | Notice of Settlement |
|------|-----|----------------------|
| -- | -- | [none] |

### Settlements Less Than $50,000

| Date | Claim | Settlement |
|------|-------|------------|
| 2/16/10 | 13939 | Stipulation Resolving Claim of Chris and Cheryl Kokkinos |