# EXHIBIT A
# to 4th Qtrly

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., _et. al_., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: December 23, 2010 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

**EIGHTH MONTHLY APPLICATION OF THE HOGAN FIRM AS COUNSEL
TO THE REPRESENTATIVE COUNSEL
AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS**

Name of Applicant: The Hogan Firm

Authorized to Provide
Professional Services to: Lauzon Bélanger and Scarfone Hawkins LLP
("Representative Counsel") as Special Counsel for
the Canadian ZAI Claimants by Appointment Order,
Dated March 19, 2010 [Docket No. 24508]

Date of Retention: March 19, 2010 _nunc pro tunc_ to December 21, 2009

Period for which compensation
and reimbursement is sought: October 1, 2010, through October 31, 2010

Amount of compensation sought
as actual, reasonable and necessary: $   10,300.00

Amount of expense reimbursement
sought as actual, reasonable and necessary: $       132.92

This is Applicant's Eighth Monthly Application.

[Remainder of Page Intentionally Left Blank]

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| **04/30/2010 Dkt. #24701** | **December 22, 2009 - March 31, 2010** | **$ 56,262.00 Reduction -$687.00** | **$ 2,056.92** | **$ 45,009.60 $ 10,565.40** | **$ 2,056.92** |
| 06/01/2010 Dkt. #24873 | April 1, 2010 – April 30, 2010 | $ 37,248.00 | $ 562.10 | $ 29,798.40 | $ 562.10 |
| 06/30/2010 Dkt. #25014 | May 1, 2010 – May 31, 2010 | $ 31,588.00 | $ 2,237.65 | $ 25,270.40 | $ 2,237.65 |
| 07/28/2010 Dkt. #25126 | June 1, 2010 – June 30, 2010 | $ 28,580.00 | $ 1,860.20 | $ 22,864.00 | $ 1,860.20 |
| 08/31/2010 Dkt. #25296 | July 1, 2010 – July 31, 2010 | $ 21,993.00 | $ 203.15 | $17,594.40 | $ 203.15 |
| 09/29/2010 Dkt. #25496 | August 1, 2010 – August 31, 2010 | $ 19,978.00 | $ 2,003.31 | $ 15,982.40 | $ 2,003.31 |
| 10/29/2010 Dkt. #2664 | September 1, 2010 – September 30, 2010 | $15,108.00 | $ 469.58 | Pending | Pending |

**Fee Detail by Professional for the Period of October 1, 2010, through October 31, 2010:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Daniel K. Hogan | President. Member DE bar since 1990 | $350.00 | 18.30 | $ 6,405.00 |
| Karen E. Harvey | Paralegal - since 1996 | $190.00 | 20.50 | $ 3,895.00 |
| Gillian L. Andrews | Paralegal - since 2006 | $190.00 | 0.00 | 0.00 |
| Gabrielle Palagruto | Paralegal - since 2008 | $190.00 | 0.00 | 0.00 |
| **Grand Total** | | | **38.80** | **$10,300.00** |
| Blended Rate | | | | $ 265.46 |
| Blended Rate (excluding paralegal time): | | | | $ 350.00 |

**Monthly Compensation by Matter Description for the Period of October 1, 2010, through October 31, 2010**:

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 04 - Case Administration | 9.50 | $ 3,245.00 |
| 11 - Fee Applications, Applicant | 7.60 | $ 1,764.00 |
| 12 - Fee Applications, Others | 14.40 | $ 3,488.00 |
| 14 - Hearings | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 24 - Other | 7.30 | $ 1,803.00 |
| **TOTAL** | **38.80** | **$ 10,300.00** |

**Monthly Expense Summary for the Period October 1, 2010, through October 31, 2010**:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopies (In House) | 225 @ .10 | $ 22.50 |
| CM/ECF | U.S. Bankruptcy Court | 0.00 |
| Court Telephonic Appearance | CourtCall | 0.00 |
| Postage | N/A | 0.00 |
| Overnight Express Mail | Federal Express | $ 31.07 |
| Outside Copy & Serve | IKON Office Solutions | $ 79.35 |
| **TOTAL** | | **$ 132.92** |

PLEASE TAKE NOTICE that The Hogan Firm (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for October 1, 2010, through October 31, 2010, (this "Monthly Fee Statement")[1] pursuant to the terms of the Modified Order Granting Application Authorizing Retention of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants [Docket No. 24509] and the Amended Administrative Order Under 11

---

[1] Applicant's Invoice for October 1, 2010, through October 31, 2010, is attached hereto as **Exhibit A.**

U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before December 23, 2010, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period October 1, 2010, through October 31, 2010, an allowance be made to The Hogan Firm for compensation in the amount of $10,300.00 and actual and necessary expenses in the amount of

$132.92 for a total allowance of $10,432.92; Actual Interim Payment of $8,240.00 (80% of the allowed fees) and reimbursement of $132.92 (100% of the allowed expenses) be authorized for a total payment of $8,372.92; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee.   A true and correct copy of the Certification of Daniel K. Hogan is attached hereto as **Exhibit B**.

Dated: December 3, 2010                              Respectfully submitted,

                                        By:      */s/ Daniel K. Hogan*_____
                                                Daniel K. Hogan (DE Bar No. 2814)
                                                THE HOGAN FIRM
                                                1311 Delaware Avenue
                                                Wilmington, Delaware 19806
                                                Telephone: 302.656.7540
                                                Facsimile: 302.656.7599
                                                Email: dkhogan@dkhogan.com

                                                **Counsel to the Representative Counsel as Special
                                                Counsel for the Canadian ZAI Claimants**

# EXHIBIT A



# THE HOGAN FIRM

Attorneys at Law
1311 Delaware Avenue
Wilmington, DE  19806
EIN 51-0352711

302-656-7540

Invoice submitted to:

**Lauzon Belanger, inc.**

*c/o Yves Lauzon*

*Lauzon Belanger inc.*

*286, rue St-Paul Quest, bureau 100*

*Montreal, QUEBEC H2Y 2A3*

*Canada*

November 01, 2010
In Reference To: *Canadian Zonolite Claimants*
*WRGrace Chapter 11 Bankruptcy*

*Our File No. 060124-01*

Invoice #  17394

### Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/1/2010 | KEH | Check bank account for incoming wires; Emailed John Port at Grace, re: Holdback for THF, SH & LBL - released on 9/17/10 for payment. | 0.30 190.00/hr | 57.00 |
| | KEH | E-mail correspondence with Cindy Yates, re: receipt of holdback for Scarfone Hawkins. | 0.10 190.00/hr | 19.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Debtor-In-Possession Monthly Operating Report for Filing Period August 1-31, 2010 Filed by W.R. Grace & Co., et al. | 0.40 350.00/hr | 140.00 |
| | DKH | Reviewed schedule of holdback payments associated with Scarfone Hawkins, Lauzon Belanger and the Hogan Firm. | 0.30 350.00/hr | 105.00 |
| 10/4/2010 | KEH | E-mail correspondence with Careen Hannouche at LBL, re: whether or not holdback payment of $3,228.69 has been received. | 0.10 190.00/hr | 19.00 |
| | DKH | E-mail correspondence with Careen Hannouche concerning holdback status of Lauzon Belanger. | 0.10 350.00/hr | 35.00 |

Lauzon Belanger, inc.                                      *11/1/2010*   *17394*        Page    2

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 10/5/2010 | KEH | E-mail correspondence with Careen Hannouche - holdback payment was received but was short on funds; email to Grace, re: shortage. | 0.30<br>190.00/hr | 57.00 |
|  | DKH | E-mail correspondence with Careen Hannouche concerning status of payments received by Lauzon Belanger; reviewed and compared to Grace's payment schedule. | 0.30<br>350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with Karen E. Harvey concerning shortage in Lauzon Belanger's holdback payment. | 0.10<br>350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with Thierry, Sharon concerning the status of holdback payments. | 0.10<br>350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with O'Neil, Christi concerning the error in payment made in the holdback remittance to Lauzon Belanger. | 0.20<br>350.00/hr | 70.00 |
| 10/6/2010 | DKH | E-mail correspondence with Bridget Scott (David Thompson) concerning an update on the confirmation process. | 0.20<br>350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Statement of Professionals' Compensation Paid to Ordinary Course Professionals From July 1, 2010 Through September 30, 2010. Filed by W.R. Grace & Co., et al. | 0.50<br>350.00/hr | 175.00 |
|  | DKH | Telephone conversation with Jan Baer concerning issues related to confirmation of the W.R. Grace plan and related issues. | 0.30<br>350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with David Thompson and Matt Moloci concerning my conversation with Jan Baer concerning the timing of confirmation and related issues. | 0.30<br>350.00/hr | 105.00 |
| 10/7/2010 | DKH | Telephone conversation with Jan Baer concerning next omnibus hearing and need to elicit timing of confirmation order from Judge Fitzgerald. | 0.20<br>350.00/hr | 70.00 |
| 10/8/2010 | DKH | Reviewed wire received from Grace for holdback. | 0.30<br>350.00/hr | 105.00 |
| 10/12/2010 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 10/18/2010 at 10:00 AM. | 0.30<br>350.00/hr | 105.00 |
| 10/13/2010 | KEH | Telephone call to CourtCall to schedule telephonic appearance of DKHogan at 10-18-10 hearing. | 0.20<br>190.00/hr | 38.00 |
|  | DKH | E-mail correspondence with response@courtcall.com.  Reviewed reservation for telephonic court appearance. | 0.20<br>350.00/hr | 70.00 |

Lauzon Belanger, inc.                                        *11/1/2010*   *17394*        Page   3

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 10/13/2010 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Dismissing Debtors' Motion for Order Enforcing the 2009 Stipulation and Order and Ordering the New Jersey Department of Environmental Protection to Cease and Desist from Further Violations Thereof. (Related Doc # [25203], [23783], [25527]) Order Signed on 10/13/2010. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Pursuant to Secs. 105, 363, 1107, 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Fed.R.Bankr.P. Approving the Settlement Agreement Between W.R. Grace & Co. and the Hartford Parties. | 0.30 350.00/hr | 105.00 |
| 10/14/2010 | KEH | Begin preparation of THF's monthly fee application for September 2010 | 0.80 190.00/hr | 152.00 |
| 10/15/2010 | KEH | Further preparation of THF's monthly fee application for September 2010 - code time/expense summary with project categories. | 1.50 190.00/hr | 285.00 |
|  | KEH | E-mail correspondence with Careen Hannouche transmitting LBL's Time/Expense summary for September 2010; attach to brad page and print for review. | 0.30 190.00/hr | 57.00 |
|  | DKH | E-mail correspondence with Careen Hannouche transmitting the Lauzon Belanger monthly invoice for September 1st – September 30th 2010. Reviewed same. | 0.60 350.00/hr | 210.00 |
|  | DKH | E-mail correspondence with Bridget Scott ( David Thompson) concerning the development of the Canadian Claims Administration Protocol and issues related thereto. | 0.30 350.00/hr | 105.00 |
| 10/17/2010 | DKH | E-mail correspondence with Dallas Pedri concerning whether it is at all possible to still receive money if his household contains Vermiculite. | 0.20 350.00/hr | 70.00 |
| 10/18/2010 | KEH | Further preparation of THF's monthly fee application for September 2010 - Certification and Affidavit of Service. | 0.20 190.00/hr | 38.00 |
|  | DKH | Telephone conversation with Jan Baer concerning omnibus hearing held today and likely timing of confirmation order. | 0.30 350.00/hr | 105.00 |
| 10/19/2010 | KEH | E-mail correspondence with Grace Accounts Payable transmitting Remittance Advice for $17,797.55 payment; print for review; add payment to Excel Spreadsheet and update calculations. | 0.70 190.00/hr | 133.00 |
|  | KEH | Revise THF's 7th Monthly Fee Application for September 2010 with payment from WRGrace for July application. | 0.20 190.00/hr | 38.00 |
|  | KEH | Meeting with DKHogan, re: THF's 7th Monthly Fee Application for September 2010 - send via email with documents for review. | 0.30 190.00/hr | 57.00 |

Lauzon Belanger, inc.                                      *11/1/2010*   *17394*        Page    4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/19/2010 | KEH | E-mail correspondence with Grace  Accounts Payable transmitting Grace Remittance Advice - print and review. | 0.30 190.00/hr | 57.00 |
|  | KEH | E-mail correspondence with Daniel K. Hogan transmitting Grace Remittance Advice. | 0.10 190.00/hr | 19.00 |
|  | KEH | Revise THF's application with payment from Grace and email to DKHogan - payment scheduled for deposit 10/20/10. | 0.30 190.00/hr | 57.00 |
|  | KEH | E-mail correspondence from Cindy Yates, re: reconciling recent payments received; review and revise Excel spreadsheet and email to Cindy at SH. | 0.40 190.00/hr | 76.00 |
|  | KEH | E-mail correspondence with SH & LBL, re: payment for the July applications. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with Cindy Yates, re: no payment received for SH's July application. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with Careen Hannouche, re: no payment received for LBL's July application. | 0.10 190.00/hr | 19.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Authorizing the Debtors to Enter into Agreements to Purchase Synthetech, Inc., Consummating the Transactions Contemplated Thereby and Merging the Acquiring Entity into W. R. Grace & Co. - Conn (related document(s)[25407]). Signed on 10/18/2010. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with Karen E. Harvey concerning receipt of payment for THF July payment; reviewed spreadsheet that tracks payments to Special Counsel. | 0.50 350.00/hr | 175.00 |
|  | DKH | Reviewed and revised The Hogan Firm's September invoice. | 0.40 350.00/hr | 140.00 |
|  | DKH | E-mail correspondence with Careen Hannouche concerning status of July payment. | 0.10 350.00/hr | 35.00 |
| 10/20/2010 | KEH | E-mail correspondence from 'O'Neil, Christi' at Grace, re: corrected entries and payment of shortage will be paid accordingly w/next payment due. | 0.10 190.00/hr | 19.00 |
|  | DKH | Reviewed Amended Minutes of Settlement, the CCAA Endorsement and the Order Appointing Special Counsel for the purpose of determining whether the development of the Canadian Claims protocol is included within the fee application purview.  Reviewed case law. | 2.50 350.00/hr | 875.00 |

Lauzon Belanger, inc.                                             *11/1/2010*    *17394*         Page    5

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 10/21/2010 | KEH | E-mail correspondence with Cindy Yates, re: clarifications on Grace payment spreadsheet. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with Cindy Yates, re: received $16,045.90 CAD from WR Grace in payment of SH's July, 2010 application; revise Grace payment spreadsheet with same. | 0.30 190.00/hr | 57.00 |
|  | KEH | E-mail correspondence with Careen Hannouche at LBL, re: status of payment from Grace. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with Careen Hannouche, re: no payment has been received for LBL's July application. | 0.10 190.00/hr | 19.00 |
| 10/22/2010 | KEH | E-mail correspondence with Careen Hannouche, re: received payment of LBL's July application in the amount of $3 446.13; revise Grace payment spreadsheet with same. | 0.30 190.00/hr | 57.00 |
|  | KEH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly Time/Expense Summary for September 1, 2010 - September 30, 2010; attach to brad page and print for review. | 0.30 190.00/hr | 57.00 |
|  | DKH | E-mail correspondence with Careen Hannouche acknowledging payment of July's invoice. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Certification of Counsel re: 2011 Omnibus Hearing Dates Filed by W.R. Grace & Co., et al. | 0.30 350.00/hr | 105.00 |
| 10/25/2010 | KEH | Telephone call to Christiana Wire Department to transfer funds to Scarfone Hawkins account for July 1 through July 31, 2010 - $17,797.55; telephone call from Adrienne in wire department to confirm wire. | 0.30 190.00/hr | 57.00 |
|  | KEH | Update spreadsheet for WRGrace payments, i.e., Scarfone Hawkins & LBL for payments of July applications. | 0.30 190.00/hr | 57.00 |
|  | KEH | E-mail correspondence with 'thompson@shlaw.ca';'moloci@shlaw.ca';'Cindy Yates, re: initiated wire to Scarfone Hawkins in the amount of $17,797.55 - transfer confirmed; Payment for The Hogan Firms Fifth Monthly Fee Application for the Period July 1, 2010, through July 31, 2010.  (80% fees: $17,594.40; and 100% costs: $203.15). | 0.20 190.00/hr | 38.00 |
|  | KEH | Revise LBL's Time/Expense Statement for September to include rates and totals. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with 'careen.hannouche@lauzonbelanger.qc.ca', re: change in taxes. QST - PST. | 0.20 190.00/hr | 38.00 |

Lauzon Belanger, inc.                                      *11/1/2010*    *17394*        Page    6

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 10/25/2010 | KEH | Preparation of LBL monthly fee application for September 1, 2010 through September 30, 2010. | 0.80 190.00/hr | 152.00 |
|  | KEH | Researched P.S.T (Provincial Sales Tax) on web - unsure if QST is now PST - wait to hear from Careen Hannouche. | 0.20 190.00/hr | 38.00 |
|  | KEH | Meeting with DKHogan, re: status and timing for filing monthly fee applications. | 0.20 190.00/hr | 38.00 |
|  | KEH | Begin preparation of SH's monthly application for September 1, 2010 through September 30, 2010. | 1.30 190.00/hr | 247.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed MODIFIED Order Scheduling Omnibus Hearing Dates for 2011 (related document(s)[25631]). Signed on 10/25/2010. | 0.40 350.00/hr | 140.00 |
|  | DKH | Reviewed changes in taxes on Lauzon Belanger's latest invoice. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with Careen Hannouche concerning change in taxes. | 0.10 350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Settlement re: Debtors' Thirty-Seventh Quarterly Report of Settlement from July 1, 2010 through September 30, 2010, in Accordance with that Certain Amended Order Authorizing and Approving an Omnibus Procedure for Settling Certain Claims and Causes of Action Brought by or Against the Debtors in a Judicial, Administrative, Arbitral or other Action or Proceeding. Filed by W.R. Grace & Co., et al. | 0.40 350.00/hr | 140.00 |
| 10/26/2010 | KEH | Further preparation of SH's monthly application for September 1, 2010 through September 30, 2010;  complete affidavit of service - Thompson affidavit and Exhibit A & Exhibit B in preparation for filing on 10/19/10. | 0.40 190.00/hr | 76.00 |
|  | KEH | Revise LBL's Time/Expense Statement, re: PST - QST; revise 7th application, re: same; complete affidavit of service - Hannouche affidavit and Exhibit A in preparation for filing on 10/19/10. | 0.30 190.00/hr | 57.00 |
|  | KEH | Review, revise and print THF's 7th monthly application for approval for filing on October 29, 2010 - prepare Exhibit A. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence from Cindy Yates, re: confirmation of wire from THF. | 0.10 190.00/hr | 19.00 |
|  | DKH | E-mail correspondence with Charmaine Wilson concerning the claim of VonWin Capital Management, LP. | 0.20 350.00/hr | 70.00 |

Lauzon Belanger, inc.                                    *11/1/2010*   *17394*        Page    7

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 10/27/2010 | KEH | E-mail correspondence with Bobbi Ruhlander, re: review of The Hogan Firms June 2010 monthly fee application - no objection to the fees or expenses. Do not The Hogan Firm's quarterly application; review for same. | 0.20 190.00/hr | 38.00 |
|  | DKH | E-mail correspondence with James O'Neill concerning claim of VonWin Capital Management, LP. | 0.10 350.00/hr | 35.00 |
| 10/28/2010 | KEH | E-mail correspondence with Bobbi Ruhlander transmitting additional copy of 2nd Quarterly application for THF. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with Bobbi Ruhlander, re: transmission of fee applications. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with Bobbi Ruhlander, re: THF's monthly applications. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with Bobbi Ruhlander, re: Scarfone Hawkins' May 2010 monthly application - meal charges: 05/17/10 David Thompson Travel Expense for meeting with class counsel in Winnipeg, Manitoba  Hys Winnipeg, meal with Matt Moloci and Michel Belanger $320.00; and  June 2010 monthly application: 06/24/10  David Thompson  Travel Expense  Meal at Verses Restaurant  Class Counsel meeting in Montreal at Lauzon Belanger $100.00 | 0.20 190.00/hr | 38.00 |
|  |  | Please provide the number of people dining. |  |  |
|  | KEH | E-mail correspondence with Bobbi Ruhlander, re: no issues or objections to The Hogan Firms fee application for the 37th interim period (April-June 2010). | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with Bobbi Ruhlander, re: no issues or objections to Lauzon Belanger's fee application for the 37th interim period (April – June 2010) | 0.10 190.00/hr | 19.00 |
|  | DKH | E-mail correspondence with David Thompson concerning the development of the Canadian Claims Administration Protocol and the corresponding fees that will be incurred for the work. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with Bobbi Ruhlander concerning Scarfone Hawkins' application covering the period of April through June 2010 and minor issues related thereto. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with Bobbi Ruhlander concerning The Hogan Firm's fee application for the 37th interim period (April-June 2010). | 0.20 350.00/hr | 70.00 |

Lauzon Belanger, inc.                                  *11/1/2010*   *17394*      Page    8

|  |  | | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 10/28/2010 | DKH | E-mail correspondence with Bobbi Ruhlander concerning Lauzon Belanger's fee application for the 37th interim period (April – June 2010). | 0.10 350.00/hr | 35.00 |
| 10/29/2010 | KEH | E-mail correspondence with Scarfone Hawkins transmitting informal report regarding fee application. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with Careen Hannouche, re: no issues or objection to LBL's application. | 0.10 190.00/hr | 19.00 |
|  | KEH | Meeting with DKHogan, re: monthly fee applications for Scarfone Hawkins and Lauzon Belanger Lesperance. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with Careen Hannouche transmitting 7th monthly fee application for LBL along with certification for execution. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with David Thompson at SH transmitting 7th monthly fee application for along with certification for execution. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with Careen Hannouche, re: change on page 5 of application, re: amount of costs; revise same. | 0.20 190.00/hr | 38.00 |
|  | KEH | Email to Careen Hannouche Transmitting revised application for review. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with Careen Hannouche transmitting executed certification for 7th monthly fee application of LBL; attach same to brad page. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with Cindy Yates transmitting certificate of David Thompson regarding the 7th monthly fee application of Scarfone Hawkins; attach to brad page. | 0.20 190.00/hr | 38.00 |
|  | KEH | Prepare for electronic filing of the Seventh Monthly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants; electronically file same in the U.S. Bankruptcy Court, Docket No. 25664. | 0.50 190.00/hr | 95.00 |
|  | KEH | Prepare for electronic filing of the Seventh Monthly Application of Scarfone Hawkins as Special Counsel for the Canadian ZAI Claimants; electronic filing of same in the U.S. Bankruptcy Court, Docket No. 25666. | 0.50 190.00/hr | 95.00 |
|  | KEH | Prepare for electronic filing of the Monthly Application of Lauzon Bélanger Lespérance as Special Counsel for the Canadian ZAI Claimants; electronically file same in the U.S. Bankruptcy Court, Docket No. 25665 | 0.50 190.00/hr | 95.00 |
|  | KEH | E-mail correspondence with Fee Auditor transmitting, in Word format, the Seventh Monthly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the | 0.20 190.00/hr | 38.00 |

Lauzon Belanger, inc.                                                    *11/1/2010*   *17394*        Page    9

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| | | Canadian ZAI Claimants.  The application was filed in the U.S. Bankruptcy Court, Docket No. 25664. | | |
| 10/29/2010 | KEH | E-mail correspondence with the Fee Auditor transmitting, in Word format, the Seventh Monthly Application of Scarfone Hawkins as Special Counsel for the Canadian ZAI Claimants.  The application was filed in the U.S. Bankruptcy Court, Docket No. 25666. | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with the Fee Auditor transmitting, in Word format, the Seventh Monthly Application of Lauzon Bélanger Lespérance as Special Counsel for the Canadian ZAI Claimants. The application was filed in the U.S. Bankruptcy Court, Docket No. 25665 | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with IKON Office Solutions transmitting Seventh Monthly Application of The Hogan Firm for hand delivery to: Office of the United States Trustee, David Klauder, Esquire, 844 King Street, Suite 2311, Wilmington, DE 19801 | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with IKON Office Solutions transmitting Seventh Monthly Application of Scarfone Hawkins for hand delivery to: Office of the United States Trustee, David Klauder, Esquire, 844 King Street, Suite 2311, Wilmington, DE 19801 | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with IKON Office Solutions transmitting Seventh Monthly Application of Lauzon Belanger Lesperance for hand delivery to: Office of the United States Trustee, David Klauder, Esquire, 844 King Street, Suite 2311, Wilmington, DE 19801 | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with Service Parties transmitting, for service, the Seventh Monthly Application of The Hogan Firm, filed October 29, 2010, Docket No. 25664 | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with Service Parties transmitting, for service, the Seventh Monthly Application of Scarfone Hawkins, filed October 29, 2010, Docket No. 25666. | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with Service Parties transmitting, for service, the Seventh Monthly Application of Lauzon Belanger Lesperance, filed October 29, 2010, Docket No. 25665 | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence from Luckey, James, at IKON confirming receipt of 3 fee applications for service. | 0.10 190.00/hr | 19.00 |
| | KEH | E-mail correspondence with Careen Hannouche, regarding quarterly fee application. | 0.10 190.00/hr | 19.00 |
| | KEH | E-mail correspondence with Lauren Mrowka at Scarfone Hawkins regarding the response to be transmitted to the Fee Auditor. | 0.10 190.00/hr | 19.00 |

Lauzon Belanger, inc.                                    *11/1/2010*   *17394*        Page   10

| | | | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 10/29/2010 | KEH | E-mail correspondence with Bobbi Ruhlander, re: Scarfone Hawkins' response to inquiries: Item 1 - the dinner was for 3 people and they are content that reimbursement for the charge should be reduced to the guideline amount of $55.00 per person. | 0.20 190.00/hr | 38.00 |
| | | Item 2 - the meal charge in Montreal was for 2 people, David Thompson and Matthew Moloci.  This dinner charge seems to comply with the $55.00 per person guideline. | | |
| | KEH | Review docket to check for objections or responses to the Sixth Monthly Fee Applications. | 0.20 190.00/hr | 38.00 |
| | KEH | Prepare Certificate of No Objection Regarding Docket No. 25496 (Sixth monthly application of The Hogan Firm - August 1, 2010, through August 31, 2010). | 0.30 190.00/hr | 57.00 |
| | KEH | Prepare Certificate of No Objection Regarding Docket No. 25497 (Sixth monthly application of Scarfone Hawkins - August 1, 2010, through August 31, 2010). | 0.30 190.00/hr | 57.00 |
| | KEH | Prepare Certificate of No Objection Regarding Docket No. 25498 (Sixth monthly application of Lauzon Belanger Lesperance - August 1, 2010, through August 31, 2010). | 0.30 190.00/hr | 57.00 |
| | KEH | E-file Certificate of No Objection Regarding Docket No. 25496 (Sixth monthly application of The Hogan Firm - August 1, 2010, through August 31, 2010). | 0.20 190.00/hr | 38.00 |
| | KEH | E-file Certificate of No Objection Regarding Docket No. 25497 (Sixth monthly application of Scarfone Hawkins - August 1, 2010, through August 31, 2010). | 0.20 190.00/hr | 38.00 |
| | KEH | E-file Certificate of No Objection Regarding Docket No. 25498 (Sixth monthly application of Lauzon Belanger Lesperance - August 1, 2010, through August 31, 2010). | 0.20 190.00/hr | 38.00 |
| | KEH | E-mail correspondence with James Luckey at IKON transmitting CNOs for service. | 0.20 190.00/hr | 38.00 |
| | DKH | E-mail correspondence with Lauren Mrowka (David Thompson) concerning development of the claims administration process in Canada. | 0.30 350.00/hr | 105.00 |
| | DKH | Reviewed and revised Lauzon Belanger's 7th monthly fee application. | 0.60 350.00/hr | 210.00 |
| | DKH | Reviewed and revised Scarfone Hawkins the 7th monthly fee application. | 0.70 350.00/hr | 245.00 |

Lauzon Belanger, inc.                                                      *11/1/2010*    *17394*        Page   11

|  |  | | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 10/29/2010 | DKH | E-mail correspondence with David Thompson concerning the 7th monthly fee application. | 0.10 350.00/hr | 35.00 |
|  | DKH | Reviewed and revised The Hogan Firm's 7th Monthly Application. | 0.70 350.00/hr | 245.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants (Seventh Monthly Application) for the period September 1, 2010, to September 30, 2010 Filed by Canadian ZAI Claimants. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants (Seventh Monthly Application) for the period September 1, 2010, to September 30, 2010 Filed by Canadian ZAI Claimants. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with David Thompson concerning his update on Representative Counsels plans relating to the claims administrative process and his anticipated actions. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with Lauren Mrowka (David Thompson) concerning appointing Collectiva" as Claims Administrator in Canada and related issues. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with Lauren Mrowka (David Thomson) concerning his follow-up response to Bobbi Ruhlander's e-mail of October 29th. | 0.30 350.00/hr | 105.00 |
|  | DKH | Reviewed and revised 6th Monthly certificates of no objection for The Hogan Firm, Lauzon Belanger, and Scarfone Hawkins. | 0.40 350.00/hr | 140.00 |
|  | DKH | Reviewed docket for objections to 6th Monthly applications of The Hogan Firm, Lauzon Belanger, and Scarfone Hawkins. | 0.40 350.00/hr | 140.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Sixth Monthly Application for Compensation of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants for the period August 1, 2010 to August 31, 2010 (related document(s)[25496]) Filed by Canadian ZAI Claimants. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Sixth Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for | 0.30 350.00/hr | 105.00 |

Lauzon Belanger, inc.                                      *11/1/2010*   *17394*        Page   12

|  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|
|  | the period August 1, 2010, to August 31, 2010 (related document(s)[25498]) Filed by Canadian ZAI Claimants. |  |  |
| 10/29/2010 DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Sixth Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period August 1, 2010, to August 31, 2010 (related document(s)[25497]) Filed by Canadian ZAI Claimants. | 0.30 350.00/hr | 105.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation of Scarfone Hawkins as Special Counsel for the Canadian ZAI Claimants (Seventh Monthly Application) for the period September 1, 2010, to September 30, 2010 Filed by Canadian ZAI Claimants. | 0.20 350.00/hr | 70.00 |
| | *For professional services rendered* | 38.80 | *$10,300.00* |

**Additional Charges :**

| 10/14/2010 | Photocopies - In-house THF Monthly Appl. | 3.70 |
|---|---|---|
| 10/28/2010 | In-House Photocopies 10/15/10 - 10/29/10 (KEH) | 18.80 |
| 10/29/2010 | Federal Express to Fee Auditor - 7th Monthly Applications | 31.07 |
| | IKON Office Solutions - Inv. WIL10110004 - CNOs - 6th Monthly | 79.35 |
| | *Total additional charges* | *$132.92* |
| | *Total amount of this bill* | *$10,432.92* |
| | *Previous balance* | *$15,577.58* |

**Accounts receivable transactions**

| 10/25/2010 | Payment - Thank You. Check No. 978 9986 | ($15,577.58) |
|---|---|---|
| | *Total payments and adjustments* | *($15,577.58)* |
| | **Balance due** | **$10,432.92** |

Lauzon Belanger, inc.                                    *11/1/2010    17394*        Page    13


****TERMS: PAYMENT DUE UPON RECEIPT****

INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH


**Timekeeper Summary**

| Name | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Daniel K. Hogan | 18.30 | 350.00 | $6,405.00 |
| Karen E. Harvey | 20.50 | 190.00 | $3,895.00 |

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

STATE OF DELAWARE      :
                                : ss
COUNTY OF NEW CASTLE   :

     I, Daniel K. Hogan, after being duly sworn according to law, depose and say as follows:

     1.      I am the sole shareholder of the applicant firm, The Hogan Firm ("Firm"), and I am admitted to appear before this Court.

     2.      The Firm has rendered professional services as counsel to Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants by appointment order, dated March 19, 2010 [Docket No. 24508].

     3.      I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of The Hogan Firm.

     4.      I have reviewed the foregoing monthly application of The Hogan Firm and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

     I verify under penalty of perjury that the foregoing is true and correct.

                                  Daniel K. Hogan (DE #2814)

SWORN AND SUBSCRIBED
Before me this 3rd day of December 2010.

Notary Public
My Commission Expires: 6/19/13

GILLIAN LORRAINE ANDREWS
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires June 19, 2013

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### AFFIDAVIT OF SERVICE

I, Karen E. Harvey, being duly sworn according to law, deposes and says that she is employed by The Hogan Firm, counsel to the Representative Counsel for the Canadian ZAI Claimants in the above-captioned action, and that on the 3rd day of December, 2010, she caused a copy of the **Eighth Monthly Application of The Hogan Firm As Counsel To The Representative Counsel for the Canadian ZAI Claimants** to be served upon the Notice Parties, in the manner indicated on the attached service list, in accordance with the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

Karen E. Harvey

SWORN TO AND SUBSCRIBED
By me on this 3rd day of December 2010

Notary Public
My Commission Expires: 6/19/13

GILLIAN LORRAINE ANDREWS
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires June 19, 2013

**Grace Monthly Fee Application Service List**

**01 – Hand Delivery**
**02 – Federal Express**
**22 – E-mail**

*Hand Delivery*
(Trustee)
Office of the United States Trustee
David Klauder, Esquire
844 King Street, Suite 2311
Wilmington, DE 19801

*Federal Express & E-mail:*
*Richard.finke@grace.com*
~~John.port@grace.com~~
(Debtors)
Richard C. Finke, Esquire
~~John Port, Esquire~~
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

*Federal Express & E-mail:*
*feeaudit@whsmithlaw.com*
(Fee Auditor)
Warren H. Smith
Warren H. Smith and Associates
Republic Center
325 N. St. Paul, Ste. 1250
Dallas, TX 75201

*E-mail: joneill@pszjlaw.com*
(Co-Counsel for Debtors)
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market St., 17th Floor
Wilmington, DE 19899

*E-mail: mlastowski@duanemorris.com*
(Counsel for Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market St., Ste. 1200
Wilmington, DE 19801

*E-mail: mjoseph@ferryjoseph.com*
(Counsel to Official Committee of Asbestos
Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Ste. 904
Wilmington, DE 19899

*E-mail: mhurford@camlev.com*
(Counsel to Official Committee of Personal
Injury Claimants)
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

*E-mail: tcurrier@saul.com*
(Counsel to Official Committee of Equity
Holders)
Teresa K.D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Ste. 1200
Wilmington, DE 19899

*E-mail: jcp@pgslaw.com*
(Co-Counsel to David T. Austern, Personal
Injury Future Claimant's Representative)
John C. Phillips, Jr., Esquire
Philips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

*E-mail: khill@svglaw.com*
(Co-Counsel to the Hon. Alexander M.
Sanders, Jr., Property Damages Future
Claims Representative)
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Ste. 1500
Wilmington, DE 19801

*E-mail: tfreedman@kirkland.com*
(Co-Counsel for Debtors)
Theodore L. Freedman, Esquire
Kirkland & Ellis
Citigroup Center
601 Lexington Avenue
New York, NY 10022

*E-mail: jbaer@jsbpc.com*
(Co-counsel for Debtors)
Janet S. Baer, Esquire
The Law Offices of Janet S. Baer PC
70 West Madison St., Ste. 2100
Chicago, IL 60602

*E-mail: david.heller@lw.com*
(Co-Counsel to Debtor-In-Possession
Lender)
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Ste. 5800
233 South Wacker Dr.
Chicago, IL 60606

*E-mail: wskatchen@duanemorris.com*
(Counsel for Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street, Ste. 1200
Newark, NJ 07102

*E-mail: lkruger@stroock.com*
(Counsel for Official Committee of
Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

*E-mail: sbaena@bilzin.com*
(Counsel of Official Committee of Asbestos
Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Ste 2500
Miami, FL 33131

*E-mail: ei@capdale.com*
(Counsel to Official Committee of Personal
Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue., 35th Floor
New York, NY 10152

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*E-mail: rfrankel@orrick.com*
(Co-Counsel to David T. Austern, Personal
Injury Future Claimant's Representative)
Richard Frankel, Esquire
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005

*E-mail: arich@alanrichlaw.com*
(Co-Counsel to the Hon. Alexander M.
Sanders, Jr., Property Damages Future
Claims Representative)
Alan B. Rich, Esquire
Law Office of Alan B. Rich
1401 Elm Street, Suite 4620
Dallas, TX 75202