# EXHIBIT B
# to 4th Qtrly

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: January 24, 2011 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

**NINTH MONTHLY APPLICATION OF THE HOGAN FIRM AS COUNSEL
TO THE REPRESENTATIVE COUNSEL
AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS**

| | |
|---|---|
| Name of Applicant: | The Hogan Firm |
| Authorized to Provide Professional Services to: | Lauzon Bélanger and Scarfone Hawkins LLP ("Representative Counsel") as Special Counsel for the Canadian ZAI Claimants by Appointment Order, Dated March 19, 2010 [Docket No. 24508] |
| Date of Retention: | March 19, 2010 *nunc pro tunc* to December 21, 2009 |
| Period for which compensation and reimbursement is sought: | November 1, 2010, through November 30, 2010 |
| Amount of compensation sought as actual, reasonable and necessary: | $    10,964.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $    1,814.35 |

This is Applicant's Ninth Monthly Application.

[Remainder of Page Intentionally Left Blank]

Docket No. 26017
Filed 1/5/2011

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24701 | December 22, 2009 - March 31, 2010 | $ 56,262.00 Reduction -$687.00 | $ 2,056.92 | $ 45,009.60 $ 10,565.40 | $ 2,056.92 |
| 06/01/2010 Dkt. #24873 | April 1, 2010 – April 30, 2010 | $ 37,248.00 | $ 562.10 | $ 29,798.40 $ 7,449.60 | $ 562.10 |
| 06/30/2010 Dkt. #25014 | May 1, 2010 – May 31, 2010 | $ 31,588.00 | $ 2,237.65 | $ 25,270.40 $ 6,317.60 | $ 2,237.65 |
| 07/28/2010 Dkt. #25126 | June 1, 2010 – June 30, 2010 | $ 28,580.00 | $ 1,860.20 | $ 22,864.00 $ 5,716.00 | $ 1,860.20 |
| 08/31/2010 Dkt. #25296 | July 1, 2010 – July 31, 2010 | $ 21,993.00 | $ 203.15 | $17,594.40 | $ 203.15 |
| 09/29/2010 Dkt. #25496 | August 1, 2010 – August 31, 2010 | $ 19,978.00 | $ 2,003.31 | $ 15,982.40 | $ 2,003.31 |
| 10/29/2010 Dkt. #2664 | September 1, 2010 – September 30, 2010 | $15,108.00 | $ 469.58 | $12,086.40 | $ 469.58 |
| 12/03/2010 Dkt. # 25856 | October 1, 2010 – October 31, 2010 | $ 10,300.00 | $ 132.92 | Pending | Pending |

[Remainder of Page Intentionally Left Blank]

**Fee Detail by Professional for the Period of November 1, 2010, through November 30, 2010:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Daniel K. Hogan | President. Member DE bar since 1990 | $350.00 | 21.50 | $ 7,525.00 |
| Karen E. Harvey | Paralegal - since 1996 | $190.00 | 18.10 | $ 3,439.00 |
| Gillian L. Andrews | Paralegal - since 2006 | $190.00 | 0.00 | 0.00 |
| Gabrielle Palagruto | Paralegal - since 2008 | $190.00 | 0.00 | 0.00 |
| **Grand Total** | | | **39.60** | **$10,964.00** |
| Blended Rate | | | | $ 276.87 |
| Blended Rate (excluding paralegal time): | | | | $ 350.00 |

**Monthly Compensation by Matter Description for the Period of November 1, 2010, through November 30, 2010**:

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 04 - Case Administration | 6.70 | $ 2,345.00 |
| 11 - Fee Applications, Applicant | 13.80 | $ 3,358.00 |
| 12 - Fee Applications, Others | 15.80 | $ 4,234.00 |
| 14 - Hearings | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 1.40 | $ 490.00 |
| 24 – Other | 1.90 | $ 537.00 |
| **TOTAL** | **39.60** | **$ 10,964.00** |

**Monthly Expense Summary for the Period November 1, 2010, through November 30, 2010**:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| CM/ECF | U.S. Bankruptcy Court | $ 10.00 |
| Court Telephonic Appearance | CourtCall | 0.00 |
| Postage | N/A | 0.00 |
| Overnight Express Mail | Federal Express | $ 34.63 |
| Outside Copy & Serve | IKON Office Solutions | $ 1,769.72 |
| **TOTAL** | | **$ 1,814.35** |

PLEASE TAKE NOTICE that The Hogan Firm (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for November 1, 2010, through November 30, 2010, (this "Monthly Fee Statement")[1] pursuant to the terms of the Modified Order Granting Application Authorizing Retention of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants [Docket No. 24509] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before January 24, 2011, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

---

[1] Applicant's Invoice for November 1, 2010, through November 30, 2010, is attached hereto as **Exhibit A.**

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period November 1, 2010, through November 30, 2010, an allowance be made to The Hogan Firm for compensation in the amount of $10,964.00 and actual and necessary expenses in the amount of $1,814.35 for a total allowance of $12,778.35; Actual Interim Payment of $8,771.20 (80% of the allowed fees) and reimbursement of $1,814.35 (100% of the allowed expenses) be authorized for a total payment of $10,585.55; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee. A true and correct copy of the Certification of Daniel K. Hogan is attached hereto as **Exhibit B**.

Dated: January 5, 2011          Respectfully submitted,

By:     */s/ Daniel K. Hogan*
        Daniel K. Hogan (DE Bar No. 2814)
        THE HOGAN FIRM
        1311 Delaware Avenue
        Wilmington, Delaware 19806
        Telephone: 302.656.7540
        Facsimile: 302.656.7599
        Email: dkhogan@dkhogan.com

**Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants**

# EXHIBIT A



# THE HOGAN FIRM
Attorneys at Law
1311 Delaware Avenue
Wilmington, DE  19806
EIN 51-0352711

302-656-7540

Invoice submitted to:

*Canadian ZAI Claimants*

*c/o Lauzon Belanger Lesperance inc.*

*Attn: Yves Lauzon*

*286, rue St-Paul Quest, bureau 100*

*Montreal, QUEBEC H2Y 2A3*

*Canada*

December 01, 2010

In Reference To: *Canadian Zonolite Attic Insulation Claimants*
  *WRGrace Chapter 11 Bankruptcy*

  *Our File No. 060124-01*

Invoice #  17460

**Professional Services**

|   |   |   | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/1/2010 | KEH | E-mail correspondence with Federal Express trackingmail@fedex.com, with confirmation of delivery of fee applications to Fee Auditor. | 0.10<br>190.00/hr | 19.00 |
|  | DKH | E-mail correspondence with trackingmail@fedex.com.  Reviewed tracking for delivery of fee apps. | 0.10<br>350.00/hr | 35.00 |
| 11/5/2010 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Agenda of Matters Scheduled for Hearing. Filed by W.R. Grace & Co., et al.. Hearing scheduled for 11/15/2010 at 10:00 AM. | 0.30<br>350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Motion to Approve Compromise under Rule 9019 /Motion Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Agreement Between W.R. Grace & Co. and Associated International Insurance Company. | 0.40<br>350.00/hr | 140.00 |

| Canadian ZAI Claimants | | | 12/1/2010 | 17460 | Page 2 |
|---|---|---|---|---|---|
| | | | | Hrs/Rate | Amount |
| 11/5/2010 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Debtor-In-Possession Monthly Operating Report for Filing Period September 2010 for W.R. Grace & Co., et al., Filed by W.R. Grace & Co., et al. | | 0.30<br>350.00/hr | 105.00 |
| 11/8/2010 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Motion to Authorize the Debtors to Acquire Assets of Seller, Including Limited Liability Company Interest in GR 2008 LLC Filed by W.R. Grace & Co., et al. | | 0.30<br>350.00/hr | 105.00 |
| 11/9/2010 | KEH | Preparation - The Hogan Firm's 3rd Quarterly Application. | | 0.50<br>190.00/hr | 95.00 |
| | KEH | E-mail correspondence from Careen Hannouche, re: name change and revision on documents. | | 0.10<br>190.00/hr | 19.00 |
| | DKH | E-mail correspondence with Lauren Mrowka (David Thompson) asking if it is premature for us to apply to the US Court for approval of Collectiva as Claims Administrator. Reviewed scenario associated with request. | | 0.40<br>350.00/hr | 140.00 |
| 11/10/2010 | KEH | Quarterly Application preparation - update spreadsheet. | | 0.40<br>190.00/hr | 76.00 |
| | KEH | Received payment information from WRGrace - posted to payment spreadsheet. | | 0.40<br>190.00/hr | 76.00 |
| | DKH | E-mail correspondence with Karen E. Harvey concerning certain Grace Remittance Advice received; reviewed same. | | 0.20<br>350.00/hr | 70.00 |
| 11/12/2010 | KEH | Check Christiana Banking & Trust for wire, re: THF's August 2010 application - confirm; telephone call to wire department to initiate wire to Scarfone Hawkins. | | 0.50<br>190.00/hr | 95.00 |
| | KEH | E-mail correspondence with 'thompson@shlaw.ca';'moloci@shlaw.ca';'Cindy Yates', re: wire to Scarfone Hawkins account in the amount of $17,985.71; payment for The Hogan Firms Sixth Monthly Fee Application for the Period August 1, 2010, through August 31, 2010. (80% fees: $15,982.40; and 100% costs: $2,003.31); need notification when payment for your 6th monthly applications is received. | | 0.30<br>190.00/hr | 57.00 |
| | DKH | E-mail correspondence with Karen E. Harvey concerning initiating wire to Scarfone Hawkins; reviewed wire details. | | 0.30<br>350.00/hr | 105.00 |
| 11/15/2010 | KEH | THF 3rd Quarterly Application | | 2.10<br>190.00/hr | 399.00 |
| | KEH | SH 3rd Quarterly Application | | 3.20<br>190.00/hr | 608.00 |

| Canadian ZAI Claimants | | | 12/1/2010   17460 | Page   3 |
|---|---|---|---|---|
| | | | *Hrs/Rate* | *Amount* |
| 11/15/2010 | KEH | LBL 3rd Quarterly Application | 0.80<br>190.00/hr | 152.00 |
| | KEH | E-mail correspondence to Patty Cuniff at PSZYJW requesting updated 2002 Service List for WRGrace. | 0.10<br>190.00/hr | 19.00 |
| | KEH | E-mail correspondence to Patty Cuniff at PSZYJW regarding emails being returned that were sent to John Port at W.R. Grace - john.port@grace.com | 0.10<br>190.00/hr | 19.00 |
| | KEH | E-mail correspondence with Cindy Yates & Careen Hannouche re: Third Quarterly Applications requesting notification of receipt of the wire for payment of the August 2010 application so it may be added to the quarterly application. | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence from Careen Hannouche - payment received from Grace for LBL's 6th monthly application (August 2010) in the amount of $2051.86. | 0.10<br>190.00/hr | 19.00 |
| | KEH | E-mail correspondence from Patricia Cuniff at PSZYJW transmitting current 2002 Service List; review and save to brad page. | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence from Patricia Cuniff at PSZYJW, re: returned emails from John Port - send emails for WRGrace to Richard Finke only; make revisions to service lists. | 0.30<br>190.00/hr | 57.00 |
| | KEH | E-mail correspondence with Careen Hannouche re: date of payment for LBL's 6th monthly application. | 0.10<br>190.00/hr | 19.00 |
| | KEH | E-mail correspondence from Cindy Yates confirming receipt of payment from WRGrace for SH's 6th monthly application. | 0.10<br>190.00/hr | 19.00 |
| | KEH | E-mail correspondence to/from Cindy Yates, re: Certification of David Thompson for 3rd Quarterly Application. | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence to Scarfone Hawkins transmitting, For review and approval, the 3rd Quarterly Fee Application. | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence to Careen Hannouche transmitting certification regarding LBL's 3rd quarterly application for execution. | 0.10<br>190.00/hr | 19.00 |
| | KEH | E-mail correspondence from Careen Hannouche transmitting executed certification for 3rd Quarterly Appl of LBL. | 0.10<br>190.00/hr | 19.00 |
| | KEH | E-mail correspondence from David Thompson approving SH's 3rd Quarterly fee application for filing. | 0.10<br>190.00/hr | 19.00 |

| Canadian ZAI Claimants | | | 12/1/2010    17460 | Page    4 |
|---|---|---|---|---|
| | | | *Hrs/Rate* | *Amount* |
| 11/15/2010 DKH | E-mail correspondence with Lauren Mrowka (David Thompson) regarding what is required for me to apply to the US Court for approval of Collectiva as Claims Administrator and whether we should proceed now or wait until after confirmation. | | 0.30<br>350.00/hr | 105.00 |
| DKH | Began process of completing the Third Quarterly Applications; reviewed docket and prior monthly applications. | | 1.30<br>350.00/hr | 455.00 |
| DKH | E-mail correspondence with Careen Hannouche concerning fact that they received payment from Grace for our 6th monthly application (August 2010). | | 0.20<br>350.00/hr | 70.00 |
| DKH | E-mail correspondence with Patricia Cuniff instructing us to send emails to Richard Finke and not John Port. | | 0.10<br>350.00/hr | 35.00 |
| DKH | E-mail correspondence with Careen Hannouche informing us of date of payment; reviewed spreadsheet of payments to Representative Counsel and the Hogan Firm for details on current status of payments and for input into quarterly fee applications. | | 1.00<br>350.00/hr | 350.00 |
| DKH | E-mail correspondence with Karen E. Harvey.  Reviewed certifications for delivery to Representative Counsel. | | 0.30<br>350.00/hr | 105.00 |
| DKH | E-mail correspondence with Cindy Yates transmitting the executed certification for the quarterly fee application of Scarfone Hawkins. | | 0.10<br>350.00/hr | 35.00 |
| DKH | Reviewed and revised the 3rd Quarterly Fee Application for Scarfone Hawkins. | | 1.30<br>350.00/hr | 455.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Changing 2011 Omnibus Hearing Times. Calendared changes. | | 0.30<br>350.00/hr | 105.00 |
| DKH | E-mail correspondence with Careen Hannouche transmitting the executed certification for the Lauzon Belanger quarterly fee application. | | 0.20<br>350.00/hr | 70.00 |
| DKH | E-mail correspondence with David Thompson concerning talking to Debtors counsel first and taking their temperature on the matter of claims administrator before proceeding to prepare and file the motion. | | 0.20<br>350.00/hr | 70.00 |
| DKH | E-mail correspondence with David Thompson concerning fact that they have not discussed motion concerning claims administrator with Canadian Counsel for Grace. | | 0.20<br>350.00/hr | 70.00 |
| DKH | E-mail correspondence with David Thompson approving 3rd Quarterly Fee application of Scarfone Hawkins. | | 0.10<br>350.00/hr | 35.00 |

| Canadian ZAI Claimants | | | 12/1/2010 | 17460 | Page 5 |
|---|---|---|---|---|---|
| | | | | *Hrs/Rate* | *Amount* |
| 11/16/2010 KEH | LBL 3rd Quarterly Application - cont'd | | | 1.30<br>190.00/hr | 247.00 |
| KEH | Meeting with DKHogan; revise | | | 1.00<br>190.00/hr | 190.00 |
| KEH | THF - efile 3rd Quarterly Application | | | 0.40<br>190.00/hr | 76.00 |
| KEH | Prepare for service, and transmit to IKON for service, 3rd Quarterly Applications. | | | 0.70<br>190.00/hr | 133.00 |
| KEH | E-mail correspondence with Careen Hannouche transmitting LBL's 3rd Quarterly Application for review/approval. | | | 0.20<br>190.00/hr | 38.00 |
| KEH | E-mail correspondence from Careen Hannouche approving LBL's 3rd Quarterly Application for filing. | | | 0.10<br>190.00/hr | 19.00 |
| KEH | E-mail correspondence from Luckey, James, at IKON Office Solutions, confirming receipt of requests for physical service of 3rd Quarterly Applications. | | | 0.10<br>190.00/hr | 19.00 |
| DKH | Reviewed draft of LBL's 3rd Quarterly Application. | | | 0.80<br>350.00/hr | 280.00 |
| DKH | Reviewed the Hogan Firm's 3rd Quarterly Application and made changes. | | | 1.20<br>350.00/hr | 420.00 |
| DKH | E-mail correspondence with Careen Hannouche concerning her review of the 3rd Quarterly Application. | | | 0.20<br>350.00/hr | 70.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Quarterly Application for Compensation of The Hogan Firm for Services Rendered and Reimbursement of Expenses as Counsel to the Representative Counsel for the Canadian ZAI Claimants for the period July 1, 2010, to September 30, 2010. Filed by Canadian ZAI Claimants. | | | 0.30<br>350.00/hr | 105.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Quarterly Application for Compensation of Scarfone Hawkins for Services Rendered and Reimbursement of Expenses as Special Counsel for the Canadian ZAI Claimants for the period July 1, 2010, to September 30, 2010. Filed by Canadian ZAI Claimants. | | | 0.30<br>350.00/hr | 105.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Quarterly Application for Compensation of Lauzon Belanger Lespérance for Services Rendered and Reimbursement of Expenses as Special Counsel for | | | 0.30<br>350.00/hr | 105.00 |

| Canadian ZAI Claimants | | | 12/1/2010   17460 | Page   6 |
|---|---|---|---|---|
| | | | *Hrs/Rate* | *Amount* |
| | | the Canadian ZAI Claimants for the period July 1, 2010, to September 30, 2010. Filed by Canadian ZAI Claimants. | | |
| 11/16/2010 | DKH | E-mail correspondence with Karen E. Harvey. Reviewed the Notice of Third Quarterly Application of The Hogan Firm. | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with Karen E. Harvey. Reviewed the service process for the service of the Notice of Third Quarterly Application of The Hogan Firm. | 0.20<br>350.00/hr | 70.00 |
| | DKH | E-mail correspondence with Karen E. Harvey. Reviewed the Notice of Third Quarterly Application of Scarfone Hawkins. | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with Karen E. Harvey. Reviewed the service process for the Notice of Third Quarterly Application of Scarfone Hawkins. | 0.20<br>350.00/hr | 70.00 |
| | DKH | E-mail correspondence with Karen E. Harvey. Reviewed the Notice of Third Quarterly Application of Lauzon Belanger Lespérance. | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with Karen E. Harvey. Reviewed the service process for the Notice of Third Quarterly Application of Lauzon Belanger Lespérance. | 0.20<br>350.00/hr | 70.00 |
| 11/17/2010 | KEH | E-mail correspondence with trackingmail@fedex.com - confirming delivery of 3rd Quarterly applications to Warren H. Smith and Assoc. | 0.10<br>190.00/hr | 19.00 |
| | KEH | E-mail correspondence with Bobbi Ruhlander, re: Scarfone Hawkins fee application. | 0.10<br>190.00/hr | 19.00 |
| | DKH | E-mail correspondence with Bridget Scott (David Thompson) about claims administrator motion. | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence to David Thompson concerning motion for appointment of claims administrator. | 0.20<br>350.00/hr | 70.00 |
| 11/18/2010 | KEH | E-mail correspondence from Bobbi Ruhlander transmitting the fee auditors final report re Scarfone Hawkins quarterly application (37th Int); it was filed with the court and mailed, November 18, 2010; save to brad page and print for review. | 0.20<br>190.00/hr | 38.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Fee Auditor's Report Fee Auditor's Final Report Regarding Quarterly Fee Application of Scarfone Hawkins LLP for the Period of April 1, 2010 through June 30, 2010 Filed by Warren H. Smith & Associates, P.C. | 0.30<br>350.00/hr | 105.00 |

Canadian ZAI Claimants　　　　　　　　　　　　　　　　　　　　　　*12/1/2010　17460*　　　Page　7

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---:|---:|
| 11/18/2010 | DKH | E-mail correspondence with Bobbi Ruhlander transmitting Fee Auditor's Report Fee Auditor's Final Report Regarding Quarterly Fee Application of Scarfone Hawkins LLP for the Period of April 1, 2010 through June 30, 2010. | 0.20<br>350.00/hr | 70.00 |
| 11/19/2010 | KEH | E-mail correspondence to WRGrace Accounts Payable transmitting Daniel K. Hogans Authorization to Change Direct Deposit. | 0.10<br>190.00/hr | 19.00 |
| 11/22/2010 | DKH | Telephone conversation with Janet S. Baer concerning effective date, letter to Judge Fitzgerald, and motion to approve Canadian claims administrator. | 0.50<br>350.00/hr | 175.00 |
|  | DKH | Reviewed ZAI Minutes and the Plan on issue of Court's jurisdiction for approval of Canadian Claims administrator. | 1.40<br>350.00/hr | 490.00 |
|  | DKH | E-mail correspondence from Jan Baer concerning her read on the issue of the Court's jurisdiction to approve the Canadian claims administrator. | 0.30<br>350.00/hr | 105.00 |
| 11/23/2010 | KEH | E-mail correspondence from Careen Hannouche transmitting Lauzon Bélanger Lespérances time/expense statement for the month of October 2010; review and attach to brad page. | 0.20<br>190.00/hr | 38.00 |
|  | DKH | E-mail correspondence with Careen Hannouche transmitting Lauzon Bélanger Lespérance's application for the month of October 2010. Reviewed same. | 0.40<br>350.00/hr | 140.00 |
| 11/24/2010 | DKH | E-mail correspondence to Jan Baer concerning appointment of CDN claims administrator and possible letter to Judge Fitzgerald. | 0.30<br>350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with David Thompson and Matt Moloci concerning motion to appoint CDN claims administrator and possible letter to Judge Fitzgerald. | 0.30<br>350.00/hr | 105.00 |
|  | DKH | E-mail correspondence from Jan Baer concerning followup to request to write letter to Judge Fitzgerald. | 0.10<br>350.00/hr | 35.00 |
|  | DKH | E-mail correspondence from Matt Moloci concerning Representative Counsel's position on the motion to approve CDN claims administrator and on possible letter to Judge Fitzgerald. | 0.30<br>350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with 'Matt Moloci' concerning representative counsel's position on a letter to Judge Fitzgerald. | 0.20<br>350.00/hr | 70.00 |
|  | DKH | E-mail correspondence from David Thompson concerning email from Matt Moloci on letter to Judge Fitzgerald. | 0.10<br>350.00/hr | 35.00 |
|  | DKH | Received and reviewed copy of correspondence and promotional brochure relating to Collectiva Class Action Services Inc. | 1.00<br>350.00/hr | 350.00 |

| Canadian ZAI Claimants | | | 12/1/2010 | 17460 | Page 8 |
|---|---|---|---|---|---|

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/24/2010 | DKH | E-mail correspondence with dummail@deb.uscourts.gov. Reviewed Notice of Hearing /Notice of Revised Omnibus Hearing Scheduling Order for 2011. | 0.30<br>350.00/hr | 105.00 |
| 11/25/2010 | DKH | E-mail correspondence from David Thompson concerning suggestion from him that I propose to Debtors that we bring the application shortly and that it be on a consent basis. | 0.20<br>350.00/hr | 70.00 |
| 11/30/2010 | KEH | Meeting with DKHogan regarding CNOs for the 7th monthly fee applications; review deadline for filing objections (monthly and quarterly); review docket for objections. | 0.50<br>190.00/hr | 95.00 |
| | KEH | Prepare CNO Re: Seventh Monthly Application of The Hogan Firm for the Period September 1, 2010, through September 30, 2010; electronically file same. | 0.50<br>190.00/hr | 95.00 |
| | KEH | Prepare CNO Re: Seventh Monthly Application of Scarfone Hawkins for the Period September 1, 2010, through September 30, 2010; electronically file same. | 0.50<br>190.00/hr | 95.00 |
| | KEH | Prepare CNO Re: Seventh Monthly Application of Lauzon Belanger Lespérance for the Period September 1, 2010, through September 30, 2010; electronically file same. | 0.50<br>190.00/hr | 95.00 |
| | KEH | Begin preparation of the 8th monthly fee application for The Hogan Firm for the period October 1, 2010, through October 31, 2010. | 1.20<br>190.00/hr | 228.00 |
| | KEH | E-mail correspondence to Daniel Hogan transmitting draft of CNOs for review. | 0.10<br>190.00/hr | 19.00 |
| | DKH | Telephone conversation with Jan Baer concerning Debtors' request that Canadian Representative Counsel send a letter to Judge Fitzgerald concerning the deadline contained in the MOS. We also discussed the CDN claims administrator issue. | 0.40<br>350.00/hr | 140.00 |
| | DKH | Reviewed and revised CNO for The Hogan Firm for the 7th period. | 0.30<br>350.00/hr | 105.00 |
| | DKH | Reviewed and revised CNO for Scarfone Hawkins for the 7th period. | 0.30<br>350.00/hr | 105.00 |
| | DKH | Reviewed and revised CNO for LBL for the 7th period. | 0.30<br>350.00/hr | 105.00 |
| | DKH | Reviewed docket for objections to Representative Counsel for the 7th period. | 0.40<br>350.00/hr | 140.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Seventh Monthly Application for Compensation of The Hogan Firm as Counsel to the Representative | 0.30<br>350.00/hr | 105.00 |

| | | | |
|---|---|---|---|
| Canadian ZAI Claimants | | 12/1/2010   17460 | Page   9 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | Counsel as Special Counsel for the Canadian ZAI Claimants for the period September 1, 2010, to September 30, 2010 (related document(s)[25664]) Filed by Canadian ZAI Claimants. | | |
| 11/30/2010 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Seventh Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period September 1, 2010, to September 30, 2010 (related document(s)[25666]) Filed by Canadian ZAI Claimants. | 0.30 350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Seventh Monthly Application for Compensation of Lauzon Belanger Lespérance as Special Counsel for the Canadian ZAI Claimants for the period September 1, 2010, to September 30, 2010 (related document(s)[25665]) Filed by Canadian ZAI Claimants. | 0.30 350.00/hr | 105.00 |
| | | **For professional services rendered** | 39.60 | *$10,964.00* |
| | | **Additional Charges :** | | |
| 11/1/2010 | | IKON Office Solutions (CNOs copy & serve) Inv. WIL10110004 | | 79.35 |
| 11/16/2010 | | Federal Express - Quarterly Applications to Fee Auditor | | 34.63 |
| 11/18/2010 | | IKON Office Solutions- LBL3, SH3, and THF3 Qtr. | | 1,690.37 |
| | | ~~IKON Office Solutions (3rd Quarterly Appls - copy & serve)~~ | | ~~1,690.37~~ |
| 11/30/2010 | | CM/ECF - Bankruptcy Court Document Charges | | 10.00 |
| | | **Total additional charges** | | ~~$3,504.72~~ $ 1,814.35 |
| | | **Total amount of this bill** | | ~~$14,468.72~~ $12,778.35 |
| | | **Previous balance** | | *$10,432.92* |
| | | **Accounts receivable transactions** | | |
| 11/16/2010 | | Payment - Thank You. Check No. 979 0000 | | ($10,432.92) |
| | | **Total payments and adjustments** | | *($10,432.92)* |

| | | | |
|---|---|---|---|
| Canadian ZAI Claimants | *12/1/2010   17460* | | Page   10 |

| | *Amount* |
|---|---:|
| **Balance due** | **$14,468.72** |

*****TERMS: PAYMENT DUE UPON RECEIPT*****

INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Daniel K. Hogan | 21.50 | 350.00 | $7,525.00 |
| Karen E. Harvey | 18.10 | 190.00 | $3,439.00 |

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

STATE OF DELAWARE         :
                          : ss
COUNTY OF NEW CASTLE      :

I, Daniel K. Hogan, after being duly sworn according to law, depose and say as follows:

1. I am the sole shareholder of the applicant firm, The Hogan Firm ("Firm"), and I am admitted to appear before this Court.

2. The Firm has rendered professional services as counsel to Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants by appointment order, dated March 19, 2010 [Docket No. 24508].

3. I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of The Hogan Firm.

4. I have reviewed the foregoing monthly application of The Hogan Firm and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

Daniel K. Hogan (DE #2814)

SWORN AND SUBSCRIBED
Before me this 5th day of Jan, 2011.

Notary Public
My Commission Expires: 6/19/13

GILLIAN LORRAINE ANDREWS
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires June 19, 2013