# EXHIBIT A
# to 4th Qtrly

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: December 23, 2010 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

## EIGHTH MONTHLY APPLICATION OF SCARFONE HAWKINS LLP
## AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS

Name of Applicant:                    Scarfone Hawkins LLP

Authorized to Provide
Professional Services to:             Canadian Zonolite Attic Insulation Claimants
                                      ("Canadian ZAI Claimants")

Date of Retention:                    March 19, 2010 *nunc pro tunc* December 21, 2009

Period for which compensation
and reimbursement is sought:          October 1, 2010, through October 31, 2010

Amount of compensation sought
as actual, reasonable and necessary:  CDN $ 6,840.00

Amount of expense reimbursement
(includes Harmonized Sales Tax of 13%[1])
sought as actual, reasonable and necessary:  CDN $    897.99

This Applicant's Eighth Monthly Application.

[Remainder of Page Intentionally Left Blank]

---

[1] On July 1, 2010, the Harmonized Sales Tax (HST) took effect in Ontario and is applied to most purchases and transactions. The 13% HST replaces the federal goods and services tax (GST) and the provincial sales tax (PST).

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees (CDN $) | Requested Expenses (CDN $) | Paid Fees (CDN $) | Paid Expenses (CDN $) |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24697 | December 21, 2009 - March 31, 2010 | $ 98,678.75 | $ 10,399.55 | $ 78,943.00 | $ 10,399.55 |
| 06/01/2010 Dkt. #24878 | April 1, 2010 – April 30, 2010 | $ 14,765.25 | $ 812.67 | $ 11,812.20 | $ 812.67 |
| 06/30/2010 Dkt. #25015 | May 1, 2010 – May 31, 2010 | $ 21,221.25 | $ 3,327.71 | $ 16,977.00 | $ 3,327.71 |
| 07/28/2010 Dkt. #25127 | June 1, 2010 – June 30, 2010 | $ 23,507.50 | $ 2,994.15 | $ 18,806.00 | $ 2,994.15 |
| 08/31/2010 Dkt. #25297 | July 1, 2010 – July 31, 2010 | $ 17,232.50 | $ 2,259.90 | $ 13,786.00 | $ 2,259.90 |
| 09/29/2010 Dkt. #25497 | August 1, 2010 – August 31, 2010 | $ 10,663.75 | $ 1,403.95 | $ 8,531.00 | $ 1,403.95 |
| 10/29/2010 Dkt. #25666 | September 1, 2010 – September 30, 2010 | $ 5,833.75 | $ 2,153.94 | Pending | Pending |

**Fee Detail by Professional for the Period of October 1, 2010, through October 31, 2010:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees (CDN $) |
|---|---|---|---|---|
| David Thompson | Partner, 22 Years 1988 | $475.00 | 8.40 | $ 3,990.00 |
| Matthew G. Moloci | Partner, 12 Years 1998 | $375.00 | 6.40 | $ 2,400.00 |
| Cindy Yates | Law Clerk, 25 years, 1985 | $90.00 | 5.00 | $ 450.00 |
| **Grand Total** | | | **19.80** | **$ 6,840.00** |
| Blended Rate | | | | 345.45 |

**Monthly Compensation by Matter Description for the Period of October 1, 2010, through October 31, 2010:**

| Project Category | Total Hours | Total Fees (CDN $) |
|---|---|---|
| 04 - Case Administration | 12.25 | $ 5,298.75 |
| 11 - Fee Applications, Applicant | 6.55 | $ 1,096.25 |
| 12 - Fee Applications, Others | 0.10 | $ 37.50 |
| 14 - Hearings | N/A | 0.00 |
| 16 - Plan and Disclosure Statement | N/A | 0.00 |
| 20 - Travel (Non-Working) | N/A | 0.00 |
| 24 - Other | 0.90 | $ 407.50 |
| **TOTAL** | **19.80** | **$ 6,840.00** |

**Monthly Expense Summary for the Period October 1, 2010, through October 31, 2010:**

| Expense Category | Service Provider (if applicable) | Total Expenses (CDN $) |
|---|---|---|
| Photocopies (In House) | | 0.00 |
| Postage | | 0.00 |
| Long Distance Calls | | $ 7.78 |
| Harmonized Sales Tax 13% | | $ 890.21 |
| **TOTAL** | | **$ 897.99** |

PLEASE TAKE NOTICE that Scarfone Hawkins LLP (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for October 1, 2010, through October 31, 2010, (this "Monthly Fee Statement")[2] pursuant to the Modified Order Granting The Canadian ZAI Claimants' Application for Appointment of Special Counsel [Docket No. 24508] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised

---

[2]Applicant's Invoice for October 1, 2010, through October 31, 2010, is attached hereto as **Exhibit A.**

Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before December 23, 2010, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or a partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant at a later date, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period October 1, 2010, through October 31, 2010, an allowance be made to Scarfone Hawkins LLP for compensation in the amount of CDN $6,840.00, and actual and necessary expenses in the amount of CDN $897.99 (includes 13% Harmonized Sales Tax) for a total allowance of CDN

$7,737.99; Actual Interim Payment of CDN $5,472.00 (80% of the allowed fees) and

reimbursement of CDN $897.99 (100% of the allowed expenses) be authorized for a total payment

of CDN $6,369.99; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the

description of services set forth herein of work performed are in compliance with the requirements

of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines

and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the

Executive Office for the United States Trustee.   A true and correct copy of the Certification of

David Thompson is attached hereto as **Exhibit B**.


Dated: December 3, 2010                    Respectfully submitted,

                                   By:      */s/ Daniel K. Hogan*
                                           Daniel K. Hogan (DE Bar No. 2814)
                                           THE HOGAN FIRM
                                           1311 Delaware Avenue
                                           Wilmington, Delaware 19806
                                           Telephone: 302.656.7540
                                           Facsimile: 302.656.7599
                                           Email: dkhogan@dkhogan.com


                                           **Counsel to the Representative Counsel as Special
                                           Counsel for the Canadian ZAI Claimants**

# EXHIBIT A

W.R. GRACE & CO., et al.                     U.S. FEE APPLICATION
CDN ZAI CLASS ACTION                         DATE:
                                             October 31, 2010
                                             OUR FILE NO: 05L121

# Scarfone Hawkins LLP
## B A R R I S T E R S   A N D   S O L I C I T O R S
ONE JAMES STREET SOUTH          TELEPHONE
14TH FLOOR                      905-523-1333
P.O. BOX 926, DEPOT #1
HAMILTON, ONTARIO               TELEFAX
L8N 3P9                         905-523-5878

H.S.T. REGISTRATION NO.   **873984314 RT – 0001**

---

### CANADIAN ZAI MONTHLY FEE APPLICATION
### (October 1, 2010 – October 31, 2010)

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|------|----------------------|--------|---------|-------|--------|
| 10 /01/10 | *Email from Karen Harvey to John Port, Sharon Thierry and Christi O'Neill regarding payments of Q1 holdbacks; email reply from Cindy Yates to Harvey confirming receipt of payment* | MGM | $375.00 | 0.10 | $37.50 |
| 10 /04/10 | *emails to and from Karen Harvey re: holdback amounts* | DT | $475.00 | 0.10 | $47.50 |
| 10 /05/10 | *receipt of and respond to class member inquiries* | DT | $475.00 | 0.25 | $118.75 |
| 10 /05/10 | *receipt Karen Harvey emails, email to Dan Hogan re: update from Grace* | DT | $475.00 | 0.25 | $118.75 |
| 10 /05/10 | *Emails from Karen Harvey* | MGM | $375.00 | 0.25 | $93.75 |
| 10 /06/10 | *Email from Karen Harvey; email from Daniel Hogan* | MGM | $375.00 | 0.20 | $75.00 |
| 10 /07/10 | *receipt Dan Hogan email, email to Dan Hogan, receipt of and respond to class member inquiries* | DT | $475.00 | 0.25 | $118.75 |
| 10 /08/10 | *receipt Karen Harvey email, letter to Karen Harvey, memos to and from Cindy Yates re: Dan Hogan holdback monies and chart* | DT | $475.00 | 0.25 | $118.75 |
| 10 /08/10 | *Email from Karen Harvey* | MGM | $375.00 | 0.10 | $37.50 |
| 10 /13/10 | *receipt of and respond to various class member inquiries regarding status of matters, email to Dan Hogan* | DT | $475.00 | 0.25 | $118.75 |
| 10 /14/10 | *email to Dan Hogan re: plan confirmation* | DT | $475.00 | 0.10 | $47.50 |
| 10 /14/10 | *Email from Cindy Yates; Email from Karen Harvey* | MGM | $375.00 | 0.20 | $75.00 |
| 10 /15/10 | *follow-up with Dan Hogan re: Canadian Claims Administration Protocol  issues, memo to BS, follow-up on* | DT | $475.00 | 0.35 | $166.25 |

| | *class member inquiries* | | | | |
|---|---|---|---|---|---|
| 10 /15/10 | *receipt Careen Hannouche email, memo to Cindy Yates, receipt Keith Ferbers' email, receipt Matt Moloci memo* | DT | $475.00 | 0.25 | $118.75 |
| 10 /15/10 | *Email from Keith Ferbers; email to Keith Ferbers and David Thompson; Email from Careen Hannouche; receipt and review David Thompson e-mail to Dan Hogan* | MGM | $375.00 | 0.30 | $112.50 |
| 10 /18/10 | *receipt of and respond to class member inquiries* | DT | $475.00 | 0.25 | $118.75 |
| 10 /18/10 | *receipt of and respond to class member inquiries* | DT | $475.00 | 0.10 | $47.50 |
| 10 /19/10 | *receipt of and respond to class member inquiries* | DT | $475.00 | 0.10 | $47.50 |
| 10 /19/10 | *meet with Matt Moloci and Cindy Yates, review of Grace payment chart, reconciliation of Hogan accounts and payments, review status of holdback amounts and discuss status of plan confirmation and further follow-up with Dan Hogan* | DT | $475.00 | 0.50 | $237.50 |
| 10 /19/10 | *receipt Karen Harvey emails, email to Careen Hannouche, receipt Careen Hannouche email, meet to discuss Karen Harvey chart with Cindy Yates and Matt Moloci, memo to file* | DT | $475.00 | 0.75 | $356.25 |
| 10 /19/10 | *Meet with David Thompson and Cindy Yates, review of Grace payment chart, reconciliation of Hogan accounts and payments, review status of holdback amounts and discuss status of plan confirmation and further follow-up with Dan Hogan* | MGM | $375.00 | 0.50 | $187.50 |
| 10 /19/10 | *Emails from Karen Harvey; Email from Careen Hannouche* | MGM | $375.00 | 0.10 | $37.50 |
| 10 /19/10 | *Meet to discuss Karen Harvey chart with David Thompson and Cindy Yates* | MGM | $375.00 | 0.25 | $93.75 |
| 10 /20/10 | *telephone to Orestes Pasparakis, discuss and review with Matt Moloci re: status of Claims Administration Process work* | DT | $475.00 | 0.50 | $237.50 |
| 10 /20/10 | *Teleconference with possible CDN ZAI PD claimant Mike Leo regarding ZAI in attic  of home; discuss various issues concerning ZAI, claims process and deadline* | MGM | $375.00 | 0.30 | $112.50 |
| 10 /20/10 | *Teleconference with Orestes Pasparakis regarding status of U.S. Plan Approval and possible extension of settlement; conference with David Thompson regarding claims process and information received from Rust Consulting* | MGM | $375.00 | 0.50 | $187.50 |
| 10 /21/10 | *emails to and from Careen Hannouche* | DT | $475.00 | 0.10 | $47.50 |
| 10 /21/10 | *Receipt and review emails from David Thompson to Careen Hannouche; Email from Cindy Yates forwarding Karen Harvey email; email from Careen Hannouche* | MGM | $375.00 | 0.40 | $150.00 |
| 10 /22/10 | *emails to and from Careen Hannouche* | DT | $475.00 | 0.25 | $118.75 |
| 10 /22/10 | *Email to and from Cindy Yates; Email from Careen Hannouche; Receipt and review email from David Thompson to Careen Hannouche; Receipt and review email from Cindy Yates to Karen Harvey* | MGM | $375.00 | 0.40 | $150.00 |
| 10 /25/10 | *receipt Karen Harvey email re: wire transfer* | DT | $475.00 | 0.10 | $47.50 |

| 10 /25/10 | Email from Karen Harvey regarding  payment receipt of The Hogan Firm's 5th Monthly Fee Application and transfer of funds to Scarfone Hawkins | MGM | $375.00 | 0.10 | $37.50 |
|---|---|---|---|---|---|
| 10 /26/10 | receipt of and respond to class member inquiries | DT | $475.00 | 0.10 | $47.50 |
| 10 /26/10 | receipt Cindy Yates memo, memo to Cindy Yates re: wire transfer of money to Lauzon Belanger, letter to Dan Hogan, etc., receipt Careen Hannouche email and reconciliation chart, receipt of Matt Moloci memo | DT | $475.00 | 0.35 | $166.25 |
| 10 /26/10 | telephone conference call with Careen Hannouche and Michel Belanger, follow-up letter to co-counsel, etc. | DT | $475.00 | 0.40 | $190.00 |
| 10 /26/10 | memo to file re: appointment of Claims Administrator | DT | $475.00 | 0.25 | $118.75 |
| 10 /26/10 | Review file and materials regarding reconciliation of Hogan accounts among Ferbers, Merchant, Lauzon and Scarfone firms; emails from and to David Thompson and Careen Hannouche; email from Cindy Yates; conference with David Thompson; teleconference with Thompson, Hannouche and Michel Belanger regarding reconciliation of Hogan accounts and sharing among counsel, claims administration and appointment of claims administrator | MGM | $375.00 | 1.00 | $375.00 |
| 10 /28/10 | receipt Karen Harvey email | DT | $475.00 | 0.10 | $47.50 |
| 10 /28/10 | receipt Dan Hogan email, discuss with MGM, detailed email to Dan Hogan re: appointment of Canadian Claims Administrator, memo to file | DT | $475.00 | 0.50 | $237.50 |
| 10 /28/10 | letter to Careen Hannouche and Michel Belanger re: arrange planning session meeting in Montreal | DT | $475.00 | 0.25 | $118.75 |
| 10 /28/10 | review Amended and Restated Minutes of Settlement, court order, letter to Dan Hogan, letter to co-counsel | DT | $475.00 | 0.35 | $166.25 |
| 10 /28/10 | receipt of and respond to class member inquiries | DT | $475.00 | 0.25 | $118.75 |
| 10 /28/10 | memo to clerk re: travel and accommodation arrangements for planning session in Montreal | DT | $475.00 | 0.25 | $118.75 |
| 10 /28/10 | Email from Karen Harvey; Email from David Thompson to Careen Hannouche and Michel Belanger re:  arrange planning sessions meeting in Montreal; Emails from and to Careen Hannouche; Email from Daniel Hogan and discuss with David Thompson | MGM | $375.00 | 1.00 | $375.00 |
| 10 /29/10 | receipt of and respond to class member inquiry, via email | DT | $475.00 | 0.10 | $47.50 |
| 10 /29/10 | receipt Karen Harvey email, review and answer fee auditor's inquiry, letter to Dan Hogan and Karen Harvey | DT | $475.00 | 0.25 | $118.75 |
| 10 /29/10 | emails to and from Karen Harvey re: fee auditor inquiry | DT | $475.00 | 0.10 | $47.50 |
| 10 /29/10 | receipt Dan Hogan email re: fee auditor inquiry | DT | $475.00 | 0.10 | $47.50 |
| 10 /29/10 | memos to and from Matt Moloci re: Montreal meeting, letter to Careen Hannouche re: Claims Administration Process | DT | $475.00 | 0.25 | $118.75 |
| 10 /29/10 | receipt Dan Hogan email re: fee auditor inquiry | DT | $475.00 | 0.10 | $47.50 |
| 10 /29/10 | Emails from Karen Harvey; review attachments and fee auditor inquiry; receipt of emails from David Thompson to | MGM | $375.00 | 0.70 | $262.50 |

| | | | | | |
|---|---|---|---|---|---|
| | *Daniel Hogan and Karen Harvey; Email from Daniel Hogan; emails to and from David Thompson re:  Montreal meeting; Email from David Thompson to Careen Hannouche re: Claims Administration Process* | | | | |
| 10 /29/10 | *review dockets for period September 1, 2010 to September 30, 2010, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson and Matt Moloci, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosed monthly fee application for the period September 1, 2010 to September 30, 2010* | CY | $90.00 | 5.00 | 450.00 |
| | | **SUB-TOTAL** | | **19.80** | **$6,840.00** |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON | DT | 8.40 | $475.00 | $3,990.00 | $518.70 |
| MATTHEW G.  MOLOCI | MGM | 6.40 | $375.00 | $2,400.00 | $312.00 |
| LAW CLERK Cindy Yates 25 years | CY | 5.00 | $90.00 | $450.00 | $58.50 |
| **SUB-TOTAL:** | | **19.80** | | **$6,840.00** | **$889.20** |
| **TOTAL FEES AND TAXES:** | | | | | **$7,729.20** |

**DISBURSEMENTS SUMMARY**

| DATE | DISBURSEMENT | H.S.T EXEMPT | H.S.T NON-EXEMPT | PLUS 13% H.S.T | TOTAL |
|---|---|---|---|---|---|
| 10/01/10 10/31/10 | Long Distance Calls – Various calls from October 1, 2010 through to October 31, 2010 | | $7.78 | | $7.78 |
| **TOTAL DISBURSEMENTS:** | | | **$7.78** | **$1.01** | **$8.79** |
| **TOTAL FEES, DISBURSEMENTS AND APPLICABLE TAXES:** | | | | | **$7,737.99** |

THIS IS OUR FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.


**\*Del. Bankr. LR 2016-2(e)(iii) allows for
$.10 per page for photocopies.**

\*\* HST of 13% came into effect July 1, 2010
replacing GST of 5%

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

PROVINCE OF ONTARIO     :

: ss

CITY OF HAMILTON         :

I, David Thompson, after being duly sworn according to law, depose and say as follows:

1.    I am a partner of the applicant firm, Scarfone Hawkins LLP (the "Firm").

2.    On February 9, 2006, the CCAA Court entered an Order appointing Lauzon Bélanger inc. and Scarfone Hawkins LLP as Representative Counsel ("Representative Counsel").

3.    On March 19, 2010, this Court signed a Modified Order appointing Representative Counsel as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants *nunc pro tunc* to December 21, 2009, through the effective date of the plan.

4.    Special Counsel has rendered professional services as counsel for the Canadian ZAI Claimants.

5.    I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of the Firm.

4.    I have reviewed the foregoing monthly application of Scarfone Hawkins as Special Counsel and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

David Thompson

SWORN AND SUBSCRIBED
Before me this 3rd day of December, 2010.

Notary Public
My Commission Expires: _____

Cindy Lea Yates, a Commissioner, etc.,
City of Hamilton, for Scarfone Hawkins LLP,
Barristers and Solicitors.
Expires March 21, 2012.

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

I, Karen E. Harvey, being duly sworn according to law, deposes and says that she is employed by The Hogan Firm, counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants in the above-captioned action, and that on the 3rd day of December, 2010, she caused a copy of the **Eighth Monthly Application of Scarfone Hawkins As Special Counsel For The Canadian ZAI Claimants** to be served upon the Notice Parties, in the manner indicated on the attached service list, in accordance with the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

Karen E. Harvey

SWORN TO AND SUBSCRIBED
By me on this _3rd_ day of _December_ 2010

Notary Public
My Commission Expires: _6/19/13_

GILLIAN LORRAINE ANDREWS
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires June 19, 2013

**Grace Monthly Fee Application Service List**

**01 – Hand Delivery**
**02 – Federal Express**
**22 – E-mail**

*Hand Delivery*
(Trustee)
Office of the United States Trustee
David Klauder, Esquire
844 King Street, Suite 2311
Wilmington, DE 19801

*Federal Express & E-mail:*
*Richard.finke@grace.com*
~~John.port@grace.com~~
(Debtors)
Richard C. Finke, Esquire
~~John Port, Esquire~~
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

*Federal Express & E-mail:*
*feeaudit@whsmithlaw.com*
(Fee Auditor)
Warren H. Smith
Warren H. Smith and Associates
Republic Center
325 N. St. Paul, Ste. 1250
Dallas, TX 75201

*E-mail:* *joneill@pszjlaw.com*
(Co-Counsel for Debtors)
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market St., 17th Floor
Wilmington, DE 19899

*E-mail:* *mlastowski@duanemorris.com*
(Counsel for Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market St., Ste. 1200
Wilmington, DE 19801

*E-mail:* *mjoseph@ferryjoseph.com*
(Counsel to Official Committee of Asbestos
Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Ste. 904
Wilmington, DE 19899

*E-mail:* *mhurford@camlev.com*
(Counsel to Official Committee of Personal
Injury Claimants)
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

*E-mail:* *tcurrier@saul.com*
(Counsel to Official Committee of Equity
Holders)
Teresa K.D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Ste. 1200
Wilmington, DE 19899

*E-mail:* *jcp@pgslaw.com*
(Co-Counsel to David T. Austern, Personal
Injury Future Claimant's Representative)
John C. Phillips, Jr., Esquire
Philips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

*E-mail:* *khill@svglaw.com*
(Co-Counsel to the Hon. Alexander M.
Sanders, Jr., Property Damages Future
Claims Representative)
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Ste. 1500
Wilmington, DE 19801

*E-mail: tfreedman@kirkland.com*
(Co-Counsel for Debtors)
Theodore L. Freedman, Esquire
Kirkland & Ellis
Citigroup Center
601 Lexington Avenue
New York, NY 10022

*E-mail: jbaer@jsbpc.com*
(Co-counsel for Debtors)
Janet S. Baer, Esquire
The Law Offices of Janet S. Baer PC
70 West Madison St., Ste. 2100
Chicago, IL 60602

*E-mail: david.heller@lw.com*
(Co-Counsel to Debtor-In-Possession
Lender)
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Ste. 5800
233 South Wacker Dr.
Chicago, IL 60606

*E-mail: wskatchen@duanemorris.com*
(Counsel for Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street, Ste. 1200
Newark, NJ 07102

*E-mail: lkruger@stroock.com*
(Counsel for Official Committee of
Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

*E-mail: sbaena@bilzin.com*
(Counsel to Official Committee of Asbestos
Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Ste 2500
Miami, FL 33131

*E-mail: ei@capdale.com*
(Counsel to Official Committee of Personal
Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue., 35th Floor
New York, NY 10152

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*E-mail: rfrankel@orrick.com*
(Co-Counsel to David T. Austern, Personal
Injury Future Claimant's Representative)
Richard Frankel, Esquire
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005

*E-mail: arich@alanrichlaw.com*
(Co-Counsel to the Hon. Alexander M.
Sanders, Jr., Property Damages Future
Claims Representative)
Alan B. Rich, Esquire
Law Office of Alan B. Rich
1401 Elm Street, Suite 4620
Dallas, TX 75202