# EXHIBIT C
# to 4th Qtrly

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: February 15, 2011 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

**TENTH MONTHLY APPLICATION OF SCARFONE HAWKINS LLP
AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS**

Name of Applicant:                                    Scarfone Hawkins LLP

Authorized to Provide
Professional Services to:                           Canadian Zonolite Attic Insulation Claimants
                                                                    ("Canadian ZAI Claimants")

Date of Retention:                                      March 19, 2010 *nunc pro tunc* December 21, 2009

Period for which compensation
and reimbursement is sought:                  December 1, 2010, through December 31, 2010

Amount of compensation sought
as actual, reasonable and necessary:      CDN $         11,478.75

Amount of expense reimbursement
(includes Harmonized Sales Tax of 13%[1])
sought as actual, reasonable and necessary:   CDN $         1,513.55

This Applicant's Tenth Monthly Application.

[Remainder of Page Intentionally Left Blank]

---

[1] On July 1, 2010, the Harmonized Sales Tax (HST) took effect in Ontario and is applied to most purchases and transactions. The 13% HST replaces the federal goods and services tax (GST) and the provincial sales tax (PST).

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees (CDN $) | Requested Expenses (CDN $) | Paid Fees (CDN $) | Paid Expenses (CDN $) |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24697 | December 21, 2009 - March 31, 2010 | $ 98,678.75 Reduction -$708.50 | $ 10,399.55 | $ 78,943.00 $ 19,027.25 | $ 10,399.55 |
| 06/01/2010 Dkt. #24878 | April 1, 2010 – April 30, 2010 | $ 14,765.25 | $ 812.67 | $ 11,812.20 $ 2,953.05 | $ 812.67 |
| 06/30/2010 Dkt. #25015 | May 1, 2010 – May 31, 2010 | $ 21,221.25 | $ 3,327.71 | $ 16,977.00 $ 4,244.25 | $ 3,327.71 |
| 07/28/2010 Dkt. #25127 | June 1, 2010 – June 30, 2010 | $ 23,507.50 | $ 2,994.15 | $ 18,806.00 $ 4,701.50 | $ 2,994.15 |
| 08/31/2010 Dkt. #25297 | July 1, 2010 – July 31, 2010 | $ 17,232.50 | $ 2,259.90 | $ 13,786.00 | $ 2,259.90 |
| 09/29/2010 Dkt. #25497 | August 1, 2010 – August 31, 2010 | $ 10,663.75 | $ 1,403.95 | $ 8,531.00 | $ 1,403.95 |
| 10/29/2010 Dkt. #25666 | September 1, 2010 – September 30, 2010 | $ 5,833.75 | $ 2,153.94 | $ 4,667.00 | $ 2,153.94 |
| 12/03/2010 Dkt. #25858 | October 1, 2010 – October 31, 2010 | $ 6,840.00 | $ 897.99 | $ 5,472.00 | $ 897.99 |
| 01/05/2011 Dkt. #26018 | November 1, 2010 – November 30, 2010 | $ 5,030.00 | $ 653.90 | Pending | Pending |

[Remainder of Page Intentionally Left Blank]

Page | 2

**Fee Detail by Professional for the Period of December 1, 2010, through December 31, 2010:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees (CDN $) |
|---|---|---|---|---|
| David Thompson | Partner, 22 Years 1988 | $475.00 | 13.35 | $ 6,341.25 |
| Matthew G. Moloci | Partner, 12 Years 1998 | $375.00 | 12.50 | $ 4,687.50 |
| Cindy Yates | Law Clerk, 25 years, 1985 | $90.00 | 5.00 | $ 450.00 |
| **Grand Total** | | | **30.85** | **$ 11,478.75** |
| Blended Rate | | | | $ 372.08 |

**Monthly Compensation by Matter Description for the Period of December 1, 2010, through December 31, 2010**:

| Project Category | Total Hours | Total Fees (CDN $) |
|---|---|---|
| 04 - Case Administration | 25.80 | $ 9,320.00 |
| 11 - Fee Applications, Applicant | 1.65 | $ 693.75 |
| 12 - Fee Applications, Others | N/A | 0.00 |
| 14 - Hearings | N/A | 0.00 |
| 16 - Plan and Disclosure Statement | 1.90 | 822.50 |
| 20 - Travel (Non-Working) | N/A | 0.00 |
| 24 - Other | 1.50 | 642.50 |
| **TOTAL** | **30.85** | **$ 11,478.75** |

**Monthly Expense Summary for the Period December 1, 2010, through December 31, 2010**:

| Expense Category | Service Provider (if applicable) | Total Expenses (CDN $) |
| --- | --- | --- |
| Photocopies (In House) | | 0.00 |
| Postage | | 0.00 |
| Long Distance Calls | | 18.86 |
| Harmonized Sales Tax 13% | | $ 1,494.69 |
| **TOTAL** | | **$ 1,513.55** |

PLEASE TAKE NOTICE that Scarfone Hawkins LLP (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for December 1, 2010, through December 31, 2010, (this "Monthly Fee Statement")[2] pursuant to the Modified Order Granting The Canadian ZAI Claimants' Application for Appointment of Special Counsel [Docket No. 24508] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before February 15, 2011, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

---

[2] Applicant's Invoice for December 1, 2010, through December 31, 2010, is attached hereto as **Exhibit A.**

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or a partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant at a later date, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period December 1, 2010, through December 31, 2010, an allowance be made to Scarfone Hawkins LLP for compensation in the amount of CDN $11,478.75, and actual and necessary expenses in the amount of CDN $1,513.55 (includes 13% Harmonized Sales Tax) for a total allowance of CDN $12,992.30; Actual Interim Payment of CDN $9,183.00 (80% of the allowed fees) and reimbursement of CDN $1,513.55 (100% of the allowed expenses) be authorized for a total payment of CDN $10,696.55; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the

Executive Office for the United States Trustee. A true and correct copy of the Certification of David Thompson is attached hereto as **Exhibit B**.

Dated: January 28, 2011            Respectfully submitted,

           By:    */s/ Daniel K. Hogan*
                    Daniel K. Hogan (DE Bar No. 2814)
                    THE HOGAN FIRM
                    1311 Delaware Avenue
                    Wilmington, Delaware 19806
                    Telephone: 302.656.7540
                    Facsimile: 302.656.7599
                    Email: dkhogan@dkhogan.com

                    **Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants**

# EXHIBIT A

W.R. GRACE & CO., et al.  
CDN ZAI CLASS ACTION

U.S. FEE APPLICATION  
DATE:  
December 31, 2010  
OUR FILE NO: 05L121

# Scarfone Hawkins LLP
BARRISTERS AND SOLICITORS

ONE JAMES STREET SOUTH  TELEPHONE  
14TH FLOOR  905-523-1333  
P.O. BOX 926, DEPOT #1  
HAMILTON, ONTARIO  TELEFAX  
L8N 3P9  905-523-5878

H.S.T. REGISTRATION NO. **873984314 RT – 0001**

**CANADIAN ZAI MONTHLY FEE APPLICATION**  
**(December 1, 2010 – December 31, 2010)**

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 12/01/10 | *Emails from Karen Harvey and Cindy Yates regarding November time and disbursement summary* | MGM | $375.00 | 0.10 | $37.50 |
| 12/01/10 | *Email report from Dan Hogan regarding communications with Grace U.S. counsel concerning proposed application for appointment of claims administrator; review* | MGM | $375.00 | 0.10 | $37.50 |
| 12/02/10 | *receipt Dan Hogan email and email response to Dan Hogan re: Claims Administrator appointment* | DT | $475.00 | 0.10 | $47.50 |
| 12/02/10 | *emails to and from Careen Hannouche re: Collectiva and appointment as claims administrator* | DT | $475.00 | 0.25 | $118.75 |
| 12/02/10 | *emails to and from Karen Harvey, amend and revise account, discuss and review with Cindy Yates* | DT | $475.00 | 0.25 | $118.75 |
| 12/02/10 | *Email from Careen Hannouche regarding application to appoint Collectiva as claims administrator and proposed response to Dan Hogan's inquiries; review and consider issues; email reply from David Thompson to Careen Hannouche with comments; further email from David Thompson to Dan Hogan with comments regarding application for appointment of Collectiva as claims administrator; review; email reply to all counsel with comments* | MGM | $375.00 | 0.40 | $150.00 |
| 12/02/10 | *Email from Cindy Yates to Karen Harvey with attached October, 2010 fee application of Scarfone Hawkins; review; email reply from Karen Harvey* | MGM | $375.00 | 0.10 | $37.50 |
| 12/03/10 | *receipt Dan Hogan email, receipt Careen Hannouche email both re: Collectiva as claims administrator, letter to Dan Hogan providing information and brochure* | DT | $475.00 | 0.35 | $166.25 |
| 12/03/10 | *receipt Fee Application (8th Monthly) Special Counsel, review same, review certification of counsel, execute same, receipt and review Dan Hogan and Lauzon Belanger* | DT | $475.00 | 0.50 | $237.50 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | *Special Counsel applications, discuss with Cindy Yates* |  |  |  |  |
| 12 /03/10 | *Email from Careen Hannouche to Dan Hogan regarding application for appointment of Collectiva as claims administrator in follow-up to prior emails and comments; review; email reply from Dan Hogan* | MGM | $375.00 | 0.20 | $75.00 |
| 12 /03/10 | *Email from Karen Harvey with attached draft 8th Monthly Fee Application (October, 2010) for SH; review; further email from Harvey with attached 8th Monthly Fee Application of The Hogan Firm; review; further email from Harvey with final version of 8th Monthly Fee Applications of SH and LBL; further emails from Harvey filing fee applications; review all* | MGM | $375.00 | 0.20 | $75.00 |
| 12 /06/10 | *receipt of and respond to class member inquiries* | DT | $475.00 | 0.25 | $118.75 |
| 12 /06/10 | *Email from David Thompson to Dan Hogan regarding Collectiva information and materials; email reply from Hogan* | MGM | $375.00 | 0.10 | $37.50 |
| 12 /07/10 | *Email from Careen Hannouche to Dan Hogan regarding Collectiva information and materials* | MGM | $375.00 | 0.10 | $37.50 |
| 12 /10/10 | *receipt of and respond to class member inquiries* | DT | $475.00 | 0.25 | $118.75 |
| 12 /10/10 | *Emails from Karen Harvey with attached 3rd Quarterly Applications; review* | MGM | $375.00 | 0.20 | $75.00 |
| 12 /13/10 | *receipt and respond to class member inquiries* | DT | $475.00 | 0.25 | $118.75 |
| 12 /13/10 | *follow-ups re: account for year-end and GST adjustment* | DT | $475.00 | 0.25 | $118.75 |
| 12 /13/10 | *Emails from and to Cindy Yates and Sue McCormick regarding account rendered and resolving Goods and Services Tax issues; conferences with Yates and David Thompson* | MGM | $375.00 | 0.30 | $112.50 |
| 12 /14/10 | *emails to and from Karen Harvey with respect to wire transfer re: The Hogan Firm's Seventh Monthly Fee Application for the Period September 1, 2010, through September 30, 2010* | DT | $475.00 | 0.10 | $47.50 |
| 12 /14/10 | *class member follow-ups - respond to inquiries* | DT | $475.00 | 0.25 | $118.75 |
| 12 /14/10 | *Email from Karen Harvey regarding wire transfer and part payment of September Fee Applications; email reply from David Thompson* | MGM | $375.00 | 0.10 | $37.50 |
| 12 /16/10 | *memos to and from Cindy Yates, receipt wire transfer of money from The Hogan Firm, email to Careen Hannouche re: wire transfer of money, discuss with Matt Moloci re: December 31st deadline* | DT | $475.00 | 0.35 | $166.25 |
| 12 /16/10 | *Letter from Anna Vetere of Collectiva forwarding original promotional brochure* | MGM | $375.00 | 0.10 | $37.50 |
| 12 /16/10 | *Emails from Cindy Yates confirming payments from Grace* | MGM | $375.00 | 0.10 | $37.50 |
| 12 /17/10 | *receipt Careen Hannouche email re: receipt of wire transfer money* | DT | $475.00 | 0.10 | $47.50 |
| 12 /17/10 | *Email from David Thompson concerning December 31st deadline under Amended Minutes of Settlement and* | MGM | $375.00 | 0.10 | $37.50 |

| | | | | | |
|---|---|---|---|---|---|
| | *possible discussions with Grace counsel* | | | | |
| 12 /20/10 | *memos to and from Matt Moloci, follow-up email to Dan Hogan* | DT | $475.00 | 0.25 | $118.75 |
| 12 /20/10 | *email to Dan Hogan re: status of plan confirmation order* | DT | $475.00 | 0.25 | $118.75 |
| 12 /20/10 | *Email to David Thompson regarding possible expiry of Amended Minutes of Settlement and follow-up with Grace counsel; email from Thompson to Dan Hogan regarding issue of expiry of Amended Minutes of Settlement; email reply from Dan Hogan with update regarding possible appointment of Collective as CDN ZAI claims administrator and possible expiry of settlement; review; further emails from Thompson and Hogan; further report from Dan Hogan in follow-up to case conference with Judge Fitzgerald; email from and to Thompson and Hogan regarding proposed teleconference in follow-up* | MGM | $375.00 | 0.40 | $150.00 |
| 12 /21/10 | *memos to and from Dan Hogan re: status of order, emails to and from Careen Hannouche and Dan Hogan re: telephone conference call discuss status of order* | DT | $475.00 | 0.25 | $118.75 |
| 12 /21/10 | *telephone conference call - Dan Hogan, Careen Hannouche, Michel Belanger, David Thompson and Matt Moloci re: Plan Confirmation issues and December 31st expiry of Amended and Restated Minutes of Settlement* | DT | $475.00 | 0.60 | $285.00 |
| 12 /21/10 | *Emails from and to counsel; conference wit David Thompson, teleconference with Dan Hogan, Thompson, Michel Belanger and Careen Hannouche; receive Hogan's report regarding teleconference among Judge Fitzgerald and counsel regarding delay in decision concerning proposed Plan of Re-organization; discuss implications on Canadian ZAI Settlement and possible extension of settlement terms* | MGM | $375.00 | 0.80 | $300.00 |
| 12 /21/10 | *Email from Cindy Yates to Karen Harvey confirming receipt of September, 2010, fee application payment; reply from Harvey* | MGM | $375.00 | 0.10 | $37.50 |
| 12 /22/10 | *receipt Careen Hannouche email re: Collectiva parties and receipt Dan Hogan email re: call to Jan Baer* | DT | $475.00 | 0.10 | $47.50 |
| 12 /22/10 | *telephone to Orestes Pasparakis, telephone to Dan Hogan, review and discuss with MGM, etc., re: extension of Amended and Restated Minutes of Settlement* | DT | $475.00 | 1.50 | $712.50 |
| 12 /22/10 | *further follow-up with Dan Hogan, telephone message to Careen Hannouche, memo to file, options, etc., re: Amended and Restated Minutes of Settlement* | DT | $475.00 | 0.50 | $237.50 |
| 12 /22/10 | *memo to MGM re: telephone call to Dan Hogan re: telephone to Jan Baer* | DT | $475.00 | 0.10 | $47.50 |
| 12 /22/10 | *Emails from and to Orestes Pasparakis in follow-up to Justice Fitzgerald's conference call with counsel and Grace's request for an extension of time to terms of Canadian ZAI Settlement; conference with David Thompson; teleconference with Pasparakis and Thompson; teleconference with Dan Hogan; further conference with Thompson regarding follow-up by Jan Baer with Dan Hogan* | MGM | $375.00 | 1.60 | $600.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12 /22/10 | *Email from Careen Hannouche to Dan Hogan with particulars concerning Collectiva in support of application for appointment as claims administrator; review; email reply from Hogan to Hannouche; review* | MGM | $375.00 | 0.30 | $112.50 |
| 12 /23/10 | *receipt MGM memo, receipt Dan Hogan email, all re: status of negotiations for extension, email to Dan Hogan, memo to MGM* | DT | $475.00 | 0.35 | $166.25 |
| 12 /23/10 | *receipt of and respond to various class member inquiries re: status of settlement* | DT | $475.00 | 0.25 | $118.75 |
| 12 /23/10 | *receipt Careen Hannouche email, memo to file, discuss with MGM re: extension of December 31st deadline in Amended and Restated Minutes of Settlement* | DT | $475.00 | 0.35 | $166.25 |
| 12 /23/10 | *Emails from and to Careen Hannouche, Dan Hogan and David Thompson regarding possible further amendment to settlement; conferences with Thompson* | MGM | $375.00 | 0.50 | $187.50 |
| 12 /23/10 | *Emails from Cindy Yates and Karen Harvey regarding bank wire and issues regarding payments from fee applications; email from David Thompson* | MGM | $375.00 | 0.10 | $37.50 |
| 12 /24/10 | *Email from Dan Hogan forwarding email from Jan Baer regarding possible extension of CDN ZAI settlement; review; conference with David Thompson; email reply from Thompson to Hogan* | MGM | $375.00 | 0.20 | $75.00 |
| 12 /27/10 | *Emails from and to Dan Hogan and David Thompson regarding Grace request for an extension to the Amended and Restated Minutes of Settlement; several teleconferences with Dan Hogan regarding discussions with Grace U.S. counsel and proposed terms of an extension of the CDN ZAI Amended and Restated Minutes of Settlement; further emails to and from David Thompson and Dan Hogan* | MGM | $375.00 | 1.60 | $600.00 |
| 12 /27/10 | *Email inquiry from CDN ZAI PD claimant Tim Kwiatkowski* | MGM | $375.00 | 0.10 | $37.50 |
| 12 /28/10 | *Email to Dan Hogan regarding extension of Amended and Restated Minutes of Settlement and further terms concerning claims administration and distribution protocol; email from David Thompson confirming views and position; teleconference with Hogan; further email to Thompson regarding website postings of CDN ZAI settlement and update regarding extension and other issues; further email from Hogan with attached letter from Jan Baer setting out terms of extension; reply to Hogan; email from Hogan to Baer with attached letter agreement to terms of settlement extension; further emails from and to Hogan and Baer regarding draft term sheet and possible changes to CDN ZAI claims administration process* | MGM | $375.00 | 1.30 | $487.50 |
| 12 /28/10 | *Email reply to inquiry from CDN ZAI PD claimant Tim Kwiatkowski* | MGM | $375.00 | 0.20 | $75.00 |
| 12 /29/10 | *discussions with Matt Moloci, various and numerous emails to and from Dan Hogan, emails to Careen Hannouche, discuss and follow-up re: extension to Amended and Restated Minutes of Settlement, memo to Cindy Yates with respect to update of website, memos to and from Matt Moloci* | DT | $475.00 | 1.50 | $712.50 |
| 12 /29/10 | *discuss and review with Matt Moloci re: amendment to plan distribution process and settlement administration, memo to* | DT | $475.00 | 1.00 | $475.00 |

| | | | | | |
|---|---|---|---|---|---|
| | file, email to Careen Hannouche to suggest telephone conference, receipt Jan Baer email, Orestes Pasparakis email, Jacqueline Dais Visca emails, etc., all with respect to extension to Amended and Restated Minutes of Settlement | | | | |
| 12/29/10 | Teleconference with Orestes Pasparakis regarding terms of extension of termination provision of Amended and Restated Minutes of Settlement concerning CDN ZAI claims; teleconference with Pasparakis and Baer; email from Dan Hogan forwarding email inquiry from Jan Baer regarding CCAA procedure and amended minutes of settlement;; email report to Hogan, Thompson, Michel Belanger and Careen Hannouche; multiple emails to and from Pasparakis, Thompson, Hogan and Hannouche | MGM | $375.00 | 1.50 | $562.50 |
| 12/29/10 | Emails to and from David Thompson regarding website postings and update regarding Amended and Restated Minutes of Settlement, expiry and extension | MGM | $375.00 | 0.20 | $75.00 |
| 12/29/10 | Email from Karen Harvey to Cindy Yates requesting November 2010 time and expense statement; email to Yates; email from Yates to Harvey with attached November monthly fee application of Scarfone Hawkins; review | MGM | $375.00 | 0.20 | $75.00 |
| 12/29/10 | Email from Karen Harvey with attached Certificates of No Objection regarding 8th Monthly Fee Applications; review | MGM | $375.00 | 0.10 | $37.50 |
| 12/30/10 | review Amended and Restated Minutes of Settlement, memo to file re: suggested revisions to Administration protocol, memo to Matt Moloci, receipt Careen Hannouche email | DT | $475.00 | 0.75 | $356.25 |
| 12/30/10 | update website content to deal with extension of deadline in Amended and Restated Minutes of Settlement, memos to and from Cindy Yates, memo to file, prepare updated content, memo to Matt Moloci | DT | $475.00 | 0.50 | $237.50 |
| 12/30/10 | receipt of and respond to various class member inquiries re: December 31 deadline, memos to Matt Moloci re: updates website content | DT | $475.00 | 0.25 | $118.75 |
| 12/30/10 | receipt Careen Hannouche email re: conference call and memo to Matt Moloci, email to Careen Hannouche re: amendments to Amended and Restated Minutes of Settlement | DT | $475.00 | 0.25 | $118.75 |
| 12/30/10 | Email from Careen Hannouche scheduling teleconference to discuss amendments to minutes of settlement | MGM | $375.00 | 0.10 | $37.50 |
| 12/31/10 | prepare for telephone conference call with Michel Belanger and Careen Hannouche, review Amended and Restated Minutes of Settlement and memo to file | DT | $475.00 | 0.25 | $118.75 |
| 12/31/10 | telephone conference call between David Thompson, Matt Moloci, Michel Belanger and Careen Hannouche re: extension of terms of Amended and Restated Minutes of Settlement and possible changes/amendments to structure of claims administration and distribution protocol | DT | $475.00 | 1.00 | $475.00 |
| 12/31/10 | letter to Jan Baer, Orestes Pasparakis, Dan Hogan, Michel Belanger and Careen Hannouche, etc., re: no amendments to claim administration protocol at this time | DT | $475.00 | 0.10 | $47.50 |
| 12/31/10 | Teleconference with David Thompson, Michel Belanger and Careen Hannouche regarding possible changes to CDN ZAI claims administration and distribution protocol; review and consider issues; further conference with Thompson | MGM | $375.00 | 1.00 | $375.00 |

| 12/31/10 | review dockets for period December 1, 2010 to December 31, 2010, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson and Matt Moloci, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosed monthly fee application for the period December 1, 2010 to December 31, 2010 | LC | $90.00 | 5.00 | $450.00 |
|---|---|---|---|---|---|
| | | | **SUB-TOTAL** | **30.85** | **$11,478.75** |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON | DT | 13.35 | $475.00 | $6,341.25 | $824.36 |
| MATTHEW G. MOLOCI | MGM | 12.50 | $375.00 | $4,687.50 | $609.38 |
| LAW CLERK Cindy Yates 25 years | CY | 5.00 | $90.00 | $450.00 | $58.50 |
| **SUB-TOTAL:** | | 30.85 | | $11,478.75 | $1,492.24 |
| **TOTAL FEES AND TAXES:** | | | | | $12,970.99 |

**DISBURSEMENTS SUMMARY**

| DATE | DISBURSEMENT | H.S.T EXEMPT | H.S.T NON-EXEMPT | PLUS 13% H.S.T | TOTAL |
|---|---|---|---|---|---|
| 12/01/10 12/31/10 | Long Distance Calls – Various calls from December 1, 2010 through to December 31, 2010 | | $18.86 | $2.45 | $21.31 |
| **TOTAL DISBURSEMENTS:** | | | $18.86 | $2.45 | $21.31 |
| **TOTAL FEES, DISBURSEMENTS AND APPLICABLE TAXES:** | | | | | $12,992.30 |

THIS IS OUR FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.


**\*Del. Bankr. LR 2016-2(e)(iii) allows for
$.10 per page for photocopies.**

\*\* HST of 13% came into effect July 1, 2010
replacing GST of 5%

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

PROVINCE OF ONTARIO  :
: ss
CITY OF HAMILTON  :

I, David Thompson, after being duly sworn according to law, depose and say as follows:

1. I am a partner of the applicant firm, Scarfone Hawkins LLP (the "Firm").

2. On February 9, 2006, the CCAA Court entered an Order appointing Lauzon Bélanger inc. and Scarfone Hawkins LLP as Representative Counsel ("Representative Counsel").

3. On March 19, 2010, this Court signed a Modified Order appointing Representative Counsel as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants *nunc pro tunc* to December 21, 2009, through the effective date of the plan.

4. Special Counsel has rendered professional services as counsel for the Canadian ZAI Claimants.

5. I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of the Firm.

4. I have reviewed the foregoing monthly application of Scarfone Hawkins as Special Counsel and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

David Thompson

SWORN AND SUBSCRIBED
Before me this 25TH day of January, 2011.

_____
Notary Public
My Commission Expires: _____

Cindy Lea Yates, a Commissioner, etc.,
City of Hamilton, for Scarfone Hawkins LLP,
Barristers and Solicitors.
Expires March 21, 2012.