# Exhibit A

B3836404.1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

## FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF DECEMBER 1, 2010 THROUGH DECEMBER 31, 2010

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Matter 88 – Acton Site OU3**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $610.00 | 1.4 | $    854.00 |
|  |  |  |  |  |  |
| **TOTAL** |  |  |  | **1.4** | **$    854.00** |



FOLEY
HOAG LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

January 28, 2011
Invoice No.: 474246
Matter No.: 08743.00088

**Re:    Acton Site OU3**

For Professional Services rendered through December 31, 2010

| | |
|---|---:|
| Fees | $854.00 |
| **Total Fees and Disbursements** | **$854.00** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 474246
January 28, 2011
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 12/02/10 | Jaffe | P230 | Review, revise, draft Landfill Area Groundwater Design Report and emails with team regarding same (1.4). | 1.4 |
| | | | **Total Hours** | **1.4** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 474246
January 28, 2011
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 1.4 | at | 610.00 | = | 854.00 |
| **Total Fees** | | | | | **$854.00** |

| | |
|---|---|
| **Total Fees** | **$854.00** |
| **Total Fees and Disbursements** | **$854.00** |



Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

## To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

January 28, 2011
Invoice No.: 474246
Matter No.: 08743.00088

**Re:    Acton Site OU3**

**Total Fees and Disbursements**                    **$854.00**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Overnight Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 474246
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $610.00 | 9.7 | $ 5,917.00 |
| Lisa A.H. Popadic | Paralegal | Environmental | $235.00 | 0.6 | $ 141.00 |
| | | | | | |
| **TOTAL** | | | | **10.3** | **$ 6,058.00** |

B3836404.1



Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

January 28, 2011
Invoice No.: 474245
Matter No.: 08743.00102

**Re:**    **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through December 31, 2010

|  |  |
|---|---|
| Fees | $6,058.00 |
| **Total Fees and Disbursements** | **$6,058.00** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 474245
January 28, 2011
Page 2

| __Date__ | __Timekeeper__ | __Tsk__ | __Narrative__ | __Hours__ |
|------|------------|-----|-----------|-------|
| 12/01/10 | Jaffe | P230 | Emails with Mr. Bucens regarding Shaffer issues (0.2). | 0.2 |
| 12/03/10 | Jaffe | P230 | Review government motion to enter consent decree and response to comments and emails with government and team regarding same (1.2). | 1.2 |
| 12/06/10 | Jaffe | P230 | Telephone call with Mr. Sabath and Mr. Brock regarding NRD claims and emails with team regarding same (0.6). | 0.6 |
| 12/10/10 | Jaffe | P230 | Emails with team regarding Shaffer obligations (0.4). | 0.4 |
| 12/13/10 | Jaffe | P230 | Emails with team regarding natural resource damages negotiations and emails with Mr. Sabath at DOJ regarding same (0.8). | 0.8 |
| 12/16/10 | Jaffe | P230 | Emails with Mr. Sabath and team regarding RD/RA consent decree status (0.5); emails with team regarding NRD issues and reviewing consent decree regarding same (0.8). | 1.3 |
| 12/17/10 | Jaffe | P230 | Review NRD consent decree compared to RD/RA consent decree, including telephone call with Mr. Bucens and emails with Mr. Bucens and Mr. Campbell (0.9). | 0.9 |
| 12/20/10 | Jaffe | P230 | Emails with Mr. Sabath, court clerk, and team regarding court hearing (0.8). | 0.8 |
| 12/20/10 | Popadic | P230 | E-mails with S. Jaffe regarding preparing notice of appearance and draft, review, and revise same (0.4). | 0.4 |
| 12/21/10 | Popadic | P230 | E-file Notice of Appearance for S. Jaffe and assemble same for paper service (0.2). | 0.2 |
| 12/21/10 | Jaffe | P230 | Court hearing, including preparing for same, and email to team regarding same (1.9). | 1.9 |
| 12/22/10 | Jaffe | P230 | Emails with Mr. Sabath at DOJ and team regarding consent decree entry; emails from court regarding same (0.8). | 0.8 |
| 12/23/10 | Jaffe | P230 | Emails with DOJ and Ms. Duff regarding consent decree and payment issues (.8). | 0.8 |

**Total Hours**    **10.3**

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 474245
January 28, 2011
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Lisa A. Popadic | 0.6 | at | 235.00 | = | 141.00 |
| Seth D. Jaffe | 9.7 | at | 610.00 | = | 5,917.00 |
| **Total Fees** | | | | | **$6,058.00** |

| | |
|---|---|
| **Total Fees** | **$6,058.00** |
| **Total Fees and Disbursements** | **$6,058.00** |


# FOLEY HOAG LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

January 28, 2011
Invoice No.: 474245
Matter No.: 08743.00102

Re:    **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

       **Total Fees and Disbursements**       **$6,058.00**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Overnight Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 474245
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 103 – Wells G&H Superfund Site

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $610.00 | 6.2 | $ 3,782.00 |
| | | | | | |
| TOTAL | | | | 6.2 | $ 3,782.00 |

### Expenses

| Description | Total |
|---|---|
| Taxi Fare | $ 19.00 |
| | |
| TOTAL | $ 19.00 |

B3836404.1


# FOLEY
# HOAG LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

January 28, 2011
Invoice No.: 474243
Matter No.: 08743.00103

**Re:**   **Wells G&H Superfund Site**

For Professional Services rendered through December 31, 2010

| | |
|---|---|
| Fees | $3,782.00 |
| Disbursements | 19.00 |
| **Total Fees and Disbursements** | **$3,801.00** |

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 474243
January 28, 2011
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 12/03/10 | Jaffe | P230 | Review, revise, draft fact sheet from EPA and emails with team regarding same (0.9). | 0.9 |
| 12/06/10 | Jaffe | P230 | Review, revise, draft Northeast Quadrant Report and emails with team regarding same (2.4); emails with team regarding EPA fact sheet on vapor intrusion (0.4). | 2.8 |
| 12/10/10 | Jaffe | P230 | Emails with team regarding Northeast Quadrant Report (0.4). | 0.4 |
| 12/13/10 | Jaffe | P230 | Team telephone conference regarding Northeast Quadrant Report and vapor intrusion sampling and emails with team regarding same (1.4). | 1.4 |
| 12/15/10 | Jaffe | P230 | Review consultant proposals for vapor intrusion work and emails with team regarding same (0.7). | 0.7 |
| | | | **Total Hours** | **6.2** |

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 474243
January 28, 2011
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 6.2 | at | 610.00 | = | 3,782.00 |
| | | **Total Fees** | | | **$3,782.00** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 12/20/10 | Taxi Fare - FOLEY HOAG LLP CAB FARE TO AND FROM 53 STATE STREET FOR GRACE / UNIFIRST MEETING: 11/22/10 | 19.00 |
| | **Total Disbursements** | **$19.00** |

| | |
|---|---|
| **Total Fees** | **$3,782.00** |
| **Total Disbursements** | **19.00** |
| **Total Fees and Disbursements** | **$3,801.00** |

To ensure proper credit to your account,
please include remittance page with your payment.



FOLEY
HOAG LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

January 28, 2011
Invoice No.: 474243
Matter No.: 08743.00103

Re:    **Wells G&H Superfund Site**

**Total Fees and Disbursements**                          **$3,801.00**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Overnight Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00103, **Invoice #:** 474243
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company