# EXHIBIT A
# to 4th Qtrly

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: December 23, 2010 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

**EIGHTH MONTHLY APPLICATION OF LAUZON BÉLANGER LESPÉRANCE AS
SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS**

| | |
|---|---|
| Name of Applicant: | Lauzon Bélanger Lespérance[1] |
| Authorized to Provide Professional Services to: | Canadian Zonolite Attic Insulation Claimants ("Canadian ZAI Claimants") |
| Date of Retention: | March 19, 2010 *nunc pro tunc* December 21, 2009 |
| Period for which compensation and reimbursement is sought: | October 1, 2010, through October 31, 2010 |
| Amount of compensation sought as actual, reasonable and necessary: | CDN $   4,248.75 |
| Amount of expense reimbursement (includes Goods & Services Tax and Quebec Sales Tax) sought as actual, reasonable and necessary: | CDN $      550.52 |

This is Applicant's Eighth Monthly Application.

[Remainder of Page Intentionally Left Blank]

---

[1] On January 18, 2010, Lauzon Bélanger changed its name to Lauzon Bélanger Lespérance.

Docket No. 25857
Filed 12/03/2010

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees (CDN $) | Requested Expenses (CDN $) | Paid Fees (CDN $) | Paid Expenses (CDN $) |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24699 | December 21, 2009 – March 31, 2010 | $ 16,143.45 | $ 2,216.53 | $ 12,914.76 | $ 2,216.53 |
| 06/01/2010 Dkt. #24874 | April 1, 2010 – April 30, 2010 | $ 2,114.70 | $ 272.27 | $ 1,691.76 | $ 272.27 |
| 06/30/2010 Dkt. #25017 | May 1, 2010 – May 31, 2010 | $ 6,109.20 | $ 2,323.63 | $ 4,872.36 | $ 2,323.63 |
| 07/28/2010 Dkt. #25128 | June 1, 2010 – June 30, 2010 | $ 5,118.75 | $ 734.21 | $ 4,095.00 | $ 734.21 |
| 08/31/2010 Dkt. #25299 | July 1, 2010 – July 31, 2010 | $ 3,129.30 | $ 942.69 | $2,503.44 | $ 942.69 |
| 09/29/2010 Dkt. #25498 | August 1, 2010 – August 31, 2010 | $ 2,204.00 | $ 288.66 | $ 1,763.20 | $ 288.66 |
| 10/29/2010 Dkt.#25665 | September 1, 2010 – September 30, 2010 | $ 1,742.30 | $ 224.78 | Pending | Pending |

**Fee Detail by Professional for the Period of October 1, 2010, through October 31, 2010:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees (CDN $) |
|---|---|---|---|---|
| Michel Bélanger | Partner, 14 years - 1994 | $350.00 | 5.91 | $ 2,068.50 |
| Careen Hannouche | Associate, 5 years - 2005 | $285.00 | 7.65 | $ 2,180.25 |
| **Grand Total** | | | **13.56** | **$ 4,248.75** |
| Blended Rate | | | | $ 313.34 |

**Monthly Compensation by Matter Description for the Period of October 1, 2010, through October 31, 2010**:

| Project Category | Total Hours | Total Fees (CDN $) |
|---|---:|---:|
| 04 - Case Administration | 8.49 | $ 2,701.10 |
| 11 - Fee Applications, Applicant | 1.24 | $ 353.40 |
| 12 - Fee Applications, Others | N/A | 0.00 |
| 14 – Hearings | N/A | 0.00 |
| 16 - Plan and Disclosure Statement | N/A | 0.00 |
| 20 - Travel (Non-Working) | N/A | 0.00 |
| 24 – Other | 3.83 | $ 1,194.25 |
| **TOTAL** | **13.56** | **$ 4,248.75** |

**Monthly Expense Summary for the Period October 1, 2010, through October 31, 2010**:

| Expense Category | Service Provider (if applicable) | Total Expenses (CDN $) |
|---|---|---:|
| Long Distance Calls | | 0.00 |
| Photocopies (In-house) | 31 @ .10 | $ 3.10 |
| Travel – Parking | | 0.00 |
| Travel – Lodging | | 0.00 |
| Travel – Meals | | 0.00 |
| Goods & Services Tax (G.S.T.) | | $ 212.59 |
| Quebec Sales Tax (Q.S.T.) | | $ 334.83 |
| **TOTAL** | | **$ 550.52** |

PLEASE TAKE NOTICE that Lauzon Bélanger Lespérance (the "Applicant" and/or "LBL") has today filed this Notice of Monthly Fee and Expenses Invoice for October 1, 2010,

3

through October 31, 2010, (this "Monthly Fee Statement")[2] pursuant to the terms of the Modified Order Granting The Canadian ZAI Claimants' Application For Appointment of Special Counsel [Docket No. 24508] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before December 23, 2010, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or a partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant at a later date, and will be subject to objections at such time.

---

[2]Applicant's Invoice for October 1, 2010, through October 31, 2010, is attached hereto as **Exhibit A.**

PLEASE TAKE FURTHER NOTICE that the Applicant respectfully requests that, for the period October 1, 2010, through October 31, 2010, an allowance be made to LBL for compensation in the amount of CDN $4,248.75 and actual and necessary expenses in the amount of CDN $550.52 (includes Goods & Services Tax and Quebec Sales Tax) for a total allowance of CDN $4,799.27; Actual Interim Payment of CDN $3,399.00 (80% of the allowed fees) and reimbursement of CDN $550.52 (100% of the allowed expenses) be authorized for a total payment of CDN $3,949.52; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee. A true and correct copy of the Certification of Careen Hannouche is attached hereto as **Exhibit B**.

Dated:   December 3, 2010                                    Respectfully submitted,

                                                             */s/Daniel K. Hogan*
                                                             Daniel K. Hogan (DE Bar No. 2814)
                                                             **THE HOGAN FIRM**
                                                             1311 Delaware Avenue
                                                             Wilmington, Delaware 19806
                                                             Telephone: (302) 656.7540
                                                             Facsimile: (302) 656.7599
                                                             E-Mail: dkhogan@dkhogan.com

                                                             **Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants**

# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
### AVOCATS • ATTORNEYS

November 23, 2010

RE :   W.R. GRACE & CO., and al.
       U.S. FEE APPLICATION
       CDN ZAI CLASS ACTION
       Our file :  222

**CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION**
**(October 1st 2010 to October 31st 2010)**

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**Our fees :**

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2010-10-05 | CH | Email to Karen Harvey re: Q10 Holdback Payment | 0.08 | 285.00 | 22.80 |
| 2010-10-05 | CH | Email to a class member re: inquiry on Canadian Settlement and action against Attorney General of Canada | 0.33 | 285.00 | 94.05 |
| 2010-10-05 | MB | Review of exchange of emails between M. O'Neil, Thierry and Karen Harvey re: billing | 0.50 | 350.00 | 175.00 |
| 2010-10-06 | CH | Email to a class member re: plan approval | 0.08 | 285.00 | 22.80 |
| 2010-10-06 | MB | Telephone conversations with class members (3) | 1.00 | 350.00 | 350.00 |
| 2010-10-07 | CH | Email to a class member re: inquiry on settlement | 0.50 | 285.00 | 142.50 |
| 2010-10-08 | CH | Email to Cindy Yates re: confirmation receipt payment Q10 holdback THF fees | 0.08 | 285.00 | 22.80 |
| 2010-10-12 | CH | Telephone conversations with class members re: status of settlement | 0.67 | 285.00 | 190.95 |
| 2010-10-13 | MB | Email to class member | 0.17 | 350.00 | 59.50 |
| 2010-10-14 | CH | Telephone conversations with class members and emails re: inquiry on Canadian Settlement | 0.50 | 285.00 | 142.50 |
| 2010-10-14 | MB | Email to Ms. Hannouche re: claims CD | 0.25 | 350.00 | 87.50 |
| 2010-10-15 | CH | Email to Mr. Thompson re: payment of portion of Mr. Hogan's fees for September | 0.17 | 285.00 | 48.45 |
| 2010-10-15 | CH | Review of September monthly application | 0.42 | 285.00 | 119.70 |
| 2010-10-15 | CH | Email to Karen Harvey re: September monthly application | 0.08 | 285.00 | 22.80 |
| 2010-10-18 | MB | Telephone conversations with class members | 0.33 | 350.00 | 115.50 |
| 2010-10-19 | CH | Email to our plaintiff consumer association re: questions on members' claims and plan approval | 0.33 | 285.00 | 94.05 |
| 2010-10-19 | MB | Review of an email from a class member and response | 0.33 | 350.00 | 115.50 |

LAUZON BÉLANGER LESPÉRANCE INC. | WWW.LBLAVOCATS.CA
286, RUE ST-PAUL OUEST | BUREAU 100 | MONTRÉAL | QUÉBEC | H2Y 2A3 | TÉLÉPHONE : 514.844.4646 | TÉLÉCOPIEUR : 514.844.7009

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2010-10-19 | CH | Email to Karen Harvey re: confirmation of payment of July application | 0.08 | 285.00 | 22.80 |
| 2010-10-20 | MB | Review of emails from David Thompson and Careen Hannouche | 0.25 | 350.00 | 87.50 |
| 2010-10-20 | CH | Telephone conversation re: update on class member's claim in context of Canadian Settlement | 0.17 | 285.00 | 48.45 |
| 2010-10-21 | CH | Review of an email from Mr. Thompson re: amounts owed by Aikins MacAulay and Merchant Law Group | 0.25 | 285.00 | 71.25 |
| 2010-10-21 | CH | Email to Mr. Thompson re: amounts owed by Merchant Law Group and Aikins MacAulay | 0.17 | 285.00 | 48.45 |
| 2010-10-22 | CH | Email to Karen Harvey re: payment of July application | 0.08 | 285.00 | 22.80 |
| 2010-10-22 | CH | Email to Mr. Thompson re: conference call to discuss claims' administration | 0.17 | 285.00 | 48.45 |
| 2010-10-26 | MB | Review of emails from David Thompson re: billing; | 0.33 | 350.00 | 115.50 |
| 2010-10-26 | MB | Meeting with Ms. Hannouche re: review of billing regarding Mr. Ferber and Mr. Merchant's law firms; | 0.50 | 350.00 | 175.00 |
| 2010-10-26 | MB | Conference call with Mrs. Moloci and Thompson and Ms. Hannouche re: claims administration; | 0.67 | 350.00 | 234.50 |
| 2010-10-26 | CH | Review of an email from Mr. Thompson re: outstanding payments Mr. Hogan's fees | 0.17 | 285.00 | 48.45 |
| 2010-10-26 | CH | Review of payments made by Aikins MacAulay, Merchant Law Group, Scarfone Hawkins and Lauzon Bélanger Lespérance (emails and charts) re: Mr. Hogan's fees | 1.00 | 285.00 | 285.00 |
| 2010-10-26 | CH | Email to Mr. Thompson re: outstanding payments Mr. Hogan's fees | 0.25 | 285.00 | 71.25 |
| 2010-10-26 | CH | Conference call with Mr. Thompson, Moloci and Bélanger re: claims administration process | 0.33 | 285.00 | 94.05 |
| 2010-10-27 | MB | Review of emails from David Thompson re : follow-up of conference call | 0.33 | 350.00 | 115.50 |
| 2010-10-27 | CH | Emails to class members re: update on Canadian settlement process | 0.42 | 285.00 | 119.70 |
| 2010-10-27 | MB | Review of emails from class members | 0.50 | 350.00 | 175.00 |
| 2010-10-28 | MB | Letter to Matt Moloci re: meeting for preparation of protocol | 0.25 | 350.00 | 87.50 |
| 2010-10-28 | CH | Email to Mr. Thompson re: meeting for claims administration | 0.08 | 285.00 | 22.80 |
| 2010-10-28 | CH | Email to Mr. Moloci re: CD Rust consulting files | 0.08 | 285.00 | 22.80 |
| 2010-10-28 | CH | Email to Mr. Falquero (Merchant Law Group) re: claim deadline and plan approval timeline | 0.17 | 285.00 | 48.45 |
| 2010-10-28 | CH | Email to Kathy Davis re: class member inquiry | 0.08 | 285.00 | 22.80 |

| | | | | | |
|---|---|---|---|---|---|
| 2010-10-29 | MB | Letter to André Fauteux, journalist (report on claims) | 0.25 | 350.00 | 87.50 |
| 2010-10-29 | MB | Review of emails from Karen Harvey | 0.25 | 350.00 | 87.50 |
| 2010-10-29 | CH | Review of 7th Monthly Application prepared by Karen Harvey | 0.33 | 285.00 | 94.05 |
| 2010-10-29 | CH | Email to Karen Harvey re: 7th Monthly Application | 0.17 | 285.00 | 48.45 |
| 2010-10-29 | CH | Email to Karen Harvey re: signed certification for 7th Monthly Application | 0.08 | 285.00 | 22.80 |
| 2010-10-29 | CH | Review of email correspondence between Mr. Thompson and Mr. Hogan re: Canadian claims administration | 0.33 | 285.00 | 94.05 |
| | | **OUR FEES** | **13.56** | | **4,248.75** |

TIME SUMMARY BY LAWYER

| | | | |
|---|---|---|---|
| MB | 350.00 | 5.91 | 2,068.50 |
| CH | 285.00 | 7.65 | 2,180.25 |

**DISBURSEMENTS**

| | |
|---|---|
| Photocopies (31 X .10¢) | 3.10 |
| **TOTAL DISBURSEMENTS** | **3.10** |
| **TOTAL FEES AND DISBURSEMENTS** | **$ 4,251.85** |
| Total G.S.T. | 212.59 |
| Total Q.S.T. | 334.83 |
| **TOTAL** | **$ 4,799.27** |

# G.S.T.   814682340 RT 0001
# Q.S.T.   1211542736 TQ 0001

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

PROVINCE OF QUEBEC     :
                       : ss
CITY OF MONTREAL       :

I, Careen Hannouche, after being duly sworn according to law, depose and say as follows:

1. I am an associate of the applicant firm, Lauzon Bélanger Lespérance (the "Firm" and/or "LBL").

2. On February 9, 2006, the CCAA Court entered an Order appointing Lauzon Bélanger inc.[1] and Scarfone Hawkins LLP as Representative Counsel ("Representative Counsel").

3. On March 19, 2010, this Court signed a Modified Order appointing Representative Counsel as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants *nunc pro tunc* to December 21, 2009, through the effective date of the plan.

4. Special Counsel has rendered professional services as counsel for the Canadian ZAI Claimants.

3. I am familiar with the other work performed on behalf of Special Counsel LBL by the lawyers and paraprofessionals of the Firm.

4. I have reviewed the foregoing monthly application of Special Counsel LBL and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable

---

[1] On January 18, 2010, Lauzon Bélanger changed its name to Lauzon Bélanger Lespérance.

orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

________________________
Careen Hannouche

SWORN AND SUBSCRIBED
Before me this 3 day of Dec, 2010.

Denise Guérin # 170 779
Notary Public
My Commission Expires: July 24, 2012

Commissaire à l'assermentation
DENISE GUÉRIN
# 170 779

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### AFFIDAVIT OF SERVICE

I, Karen E. Harvey, being duly sworn according to law, deposes and says that she is employed by The Hogan Firm, counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants in the above-captioned action, and that on the 3rd day of December, 2010, she caused a copy of the **Eighth Monthly Application of Lauzon Bélanger Lespérance As Special Counsel For The Canadian ZAI Claimants** to be served upon the Notice Parties, in the manner indicated on the attached service list, in accordance with the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

Karen E. Harvey

SWORN TO AND SUBSCRIBED
By me on this 3rd day of December 2010

Notary Public
My Commission Expires: 6/19/13

GILLIAN LORRAINE ANDREWS
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires June 19, 2013

**Grace Monthly Fee Application Service List**

**01 – Hand Delivery**
**02 – Federal Express**
**22 – E-mail**

*Hand Delivery*
(Trustee)
Office of the United States Trustee
David Klauder, Esquire
844 King Street, Suite 2311
Wilmington, DE 19801

*Federal Express & E-mail:*
*Richard.finke@grace.com*
~~*John.port@grace.com*~~
(Debtors)
Richard C. Finke, Esquire
~~John Port, Esquire~~
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

*Federal Express & E-mail:*
*feeaudit@whsmithlaw.com*
(Fee Auditor)
Warren H. Smith
Warren H. Smith and Associates
Republic Center
325 N. St. Paul, Ste. 1250
Dallas, TX 75201

*E-mail: joneill@pszjlaw.com*
(Co-Counsel for Debtors)
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market St., 17th Floor
Wilmington, DE 19899

*E-mail: mlastowski@duanemorris.com*
(Counsel for Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market St., Ste. 1200
Wilmington, DE 19801

*E-mail: mjoseph@ferryjoseph.com*
(Counsel to Official Committee of Asbestos
Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Ste. 904
Wilmington, DE 19899

*E-mail: mhurford@camlev.com*
(Counsel to Official Committee of Personal
Injury Claimants)
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

*E-mail: tcurrier@saul.com*
(Counsel to Official Committee of Equity
Holders)
Teresa K.D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Ste. 1200
Wilmington, DE 19899

*E-mail: jcp@pgslaw.com*
(Co-Counsel to David T. Austern, Personal
Injury Future Claimant's Representative)
John C. Phillips, Jr., Esquire
Philips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

*E-mail: khill@svglaw.com*
(Co-Counsel to the Hon. Alexander M.
Sanders, Jr., Property Damages Future
Claims Representative)
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Ste. 1500
Wilmington, DE 19801

E-mail: *tfreedman@kirkland.com*
(Co-Counsel for Debtors)
Theodore L. Freedman, Esquire
Kirkland & Ellis
Citigroup Center
601 Lexington Avenue
New York, NY 10022

E-mail: *jbaer@jsbpc.com*
(Co-counsel for Debtors)
Janet S. Baer, Esquire
The Law Offices of Janet S. Baer PC
70 West Madison St., Ste. 2100
Chicago, IL 60602

E-mail: *david.heller@lw.com*
(Co-Counsel to Debtor-In-Possession Lender)
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Ste. 5800
233 South Wacker Dr.
Chicago, IL 60606

E-mail: *wskatchen@duanemorris.com*
(Counsel for Official Committee of Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street, Ste. 1200
Newark, NJ 07102

E-mail: *lkruger@stroock.com*
(Counsel for Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

E-mail: *sbaena@bilzin.com*
(Counsel to Official Committee of Asbestos Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Ste 2500
Miami, FL 33131

E-mail: *ei@capdale.com*
(Counsel to Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue., 35th Floor
New York, NY 10152

E-mail: *pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

E-mail: *rfrankel@orrick.com*
(Co-Counsel to David T. Austern, Personal Injury Future Claimant's Representative)
Richard Frankel, Esquire
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005

E-mail: *arich@alanrichlaw.com*
(Co-Counsel to the Hon. Alexander M. Sanders, Jr., Property Damages Future Claims Representative)
Alan B. Rich, Esquire
Law Office of Alan B. Rich
1401 Elm Street, Suite 4620
Dallas, TX 75202