# EXHIBIT C
# to 4th Qtrly

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: February 15, 2011 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

## TENTH MONTHLY APPLICATION OF LAUZON BÉLANGER LESPÉRANCE AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS

| | |
|---|---|
| Name of Applicant: | Lauzon Bélanger Lespérance[1] |
| Authorized to Provide Professional Services to: | Canadian Zonolite Attic Insulation Claimants ("Canadian ZAI Claimants") |
| Date of Retention: | March 19, 2010 *nunc pro tunc* December 21, 2009 |
| Period for which compensation and reimbursement is sought: | December 1, 2010, through December 31, 2010 |
| Amount of compensation sought as actual, reasonable and necessary: | CDN $   3,712.35 |
| Amount of expense reimbursement (includes Goods & Services Tax and Quebec Sales Tax) sought as actual, reasonable and necessary: | CDN $      517.63 |

This is Applicant's Tenth Monthly Application.

[Remainder of Page Intentionally Left Blank]

---

[1] On January 18, 2010, Lauzon Bélanger changed its name to Lauzon Bélanger Lespérance.

Docket No. 26133
Filed 01/28/2011

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees (CDN $) | Requested Expenses (CDN $) | Paid Fees (CDN $) | Paid Expenses (CDN $) |
| --- | --- | --- | --- | --- | --- |
| **04/30/2010 Dkt. #24699** | **December 21, 2009 – March 31, 2010** | **$ 16,143.45** | **$ 2,216.53** | **$ 12,914.76 $ 3,228.69** | **$ 2,216.53** |
| 06/01/2010 Dkt. #24874 | April 1, 2010 – April 30, 2010 | $ 2,114.70 | $ 272.27 | $ 1,691.76 | $ 272.27 |
| 06/30/2010 Dkt. #25017 | May 1, 2010 – May 31, 2010 | $ 6,109.20 | $ 2,323.63 | $ 4,872.36 | $ 2,323.63 |
| 07/28/2010 Dkt. #25128 | June 1, 2010 – June 30, 2010 | $ 5,118.75 | $ 734.21 | $ 4,095.00 | $ 734.21 |
| 08/31/2010 Dkt. #25299 | July 1, 2010 – July 31, 2010 | $ 3,129.30 | $ 942.69 | $2,503.44 | $ 942.69 |
| 09/29/2010 Dkt. #25498 | August 1, 2010 – August 31, 2010 | $ 2,204.00 | $ 288.66 | $ 1,763.20 | $ 288.66 |
| 10/29/2010 Dkt.#25665 | September 1, 2010 – September 30, 2010 | $ 1,742.30 | $ 224.78 | $ 1,393.84 | $ 224.78 |
| 12/03/2010 Dkt. #25857 | October 1, 2010 – October 31, 2010 | $ 4,248.75 | $ 550.52 | $ 3,399.00 | $ 550.52 |
| 01/05/2011 Dkt. #26019 | November 1, 2010 – November 30, 2010 | $ 1,952.65 | $ 251.40 | Pending | Pending |

[Remainder of Page Intentionally Left Blank]

**Fee Detail by Professional for the Period of December 1, 2010, through December 31, 2010:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees (CDN $) |
|---|---|---|---|---|
| Michel Bélanger | Partner, 14 years - 1994 | $350.00 | 4.98 | $ 1,743.00 |
| Careen Hannouche | Associate, 5 years - 2005 | $285.00 | 6.91 | $ 1,969.35 |
| **Grand Total** | | | **11.89** | **$ 3,712.35** |
| Blended Rate | | | | $ 312.22 |

**Monthly Compensation by Matter Description for the Period of December 1, 2010, through December 31, 2010**:

| Project Category | Total Hours | Total Fees (CDN $) |
|---|---|---|
| 04 - Case Administration | 10.14 | 3,213.60 |
| 11 - Fee Applications, Applicant | 1.17 | 333.45 |
| 12 - Fee Applications, Others | N/A | 0.00 |
| 14 – Hearings | N/A | 0.00 |
| 16 - Plan and Disclosure Statement | .50 | 142.50 |
| 20 - Travel (Non-Working) | N/A | 0.00 |
| 24 – Other | .08 | 22.80 |
| **TOTAL** | **11.89** | **$ 3,712.35** |

3

**Monthly Expense Summary for the Period December 1, 2010, through December 31, 2010**:

| Expense Category | Service Provider (if applicable) | Total Expenses (CDN $) |
|---|---|---|
| Long Distance Calls | | 0.00 |
| Photocopies (In-house) | | 0.60 |
| Travel – Parking | | 0.00 |
| Travel – Lodging | | 0.00 |
| Travel – Meals | | 0.00 |
| Goods & Services Tax (G.S.T.) | | $ 185.65 |
| Quebec Sales Tax (Q.S.T.) | | $ 331.38 |
| **TOTAL** | | **$ 517.63** |

PLEASE TAKE NOTICE that Lauzon Bélanger Lespérance (the "Applicant" and/or "LBL") has today filed this Notice of Monthly Fee and Expenses Invoice for December 1, 2010, through December 31, 2010, (this "Monthly Fee Statement")[2] pursuant to the terms of the Modified Order Granting The Canadian ZAI Claimants' Application For Appointment of Special Counsel [Docket No. 24508] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before February 15, 2011, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

---

[2] Applicant's Invoice for December 1, 2010, through December 31, 2010, is attached hereto as **Exhibit A.**

4

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or a partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant at a later date, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that the Applicant respectfully requests that, for the period December 1, 2010, through December 31, 2010, an allowance be made to LBL for compensation in the amount of CDN $3,712.35 and actual and necessary expenses in the amount of CDN $517.63 (includes Goods & Services Tax and Quebec Sales Tax) for a total allowance of CDN $4,229.98; Actual Interim Payment of CDN $2,969.88 (80% of the allowed fees) and reimbursement of CDN $517.63 (100% of the allowed expenses) be authorized for a total payment of CDN $3,487.51; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines

5

and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee. A true and correct copy of the Certification of Careen Hannouche is attached hereto as **Exhibit B**.

Dated:   January 28, 2011                                     Respectfully submitted,

*/s/Daniel K. Hogan*
Daniel K. Hogan (DE Bar No. 2814)
**THE HOGAN FIRM**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656.7540
Facsimile: (302) 656.7599
E-Mail: dkhogan@dkhogan.com

**Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants**

# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
AVOCATS • ATTORNEYS

January 19, 2011

RE :   W.R. GRACE & CO., and al.
       U.S. FEE APPLICATION
       CDN ZAI CLASS ACTION
       Our file:  222

### CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION
### (December 1st 2010 to December 31st 2010)

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**Our fees :**

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2010-12-01 | CH | Review of email from Daniel Hogan re: exchange with Jan Baer on appointment of Collectiva; | 0.17 | 285.00 | 48.45 |
| 2010-12-02 | CH | Email to Mr. Thompson and Moloci re: Mr. Hogan's email about Collectiva and claims administration; | 0.25 | 285.00 | 71.25 |
| 2010-12-02 | MB | Review of email from Mr. Thompson, Moloci and Careen Hannouche re: Collectiva; | 0.25 | 350.00 | 87.50 |
| 2010-12-02 | MB | Meeting with Ms. Hannouche (Collectiva promotional material and letter to Dan Hogan); | 0.50 | 350.00 | 175.00 |
| 2010-12-02 | CH | Meeting with Mr. Bélanger (Collectiva material and letter to Daniel Hogan); | 0.50 | 285.00 | 142.50 |
| 2010-12-03 | CH | Email to Cindy Yates re: bank charge on wire transfer of November; | 0.08 | 285.00 | 22.80 |
| 2010-12-03 | CH | Email to Mr. Hogan re: Collectiva /claims administration; | 0.25 | 285.00 | 71.25 |
| 2010-12-03 | CH | Review of the 8th monthly application for compensation prepared by Karen Harvey, signature of the certification and response to Karen Harvey; | 0.42 | 285.00 | 119.70 |
| 2010-12-03 | MB | Review of emails from Ms. Hannouche and Dan Hogan re: Collectiva promotional material; | 0.25 | 350.00 | 87.50 |
| 2010-12-06 | CH | Telephone conversation with class members; | 1.50 | 285.00 | 427.50 |
| 2010-12-08 | CH | Email to David Thompson re: portion of Daniel Hogan's fees for the month of November; | 0.25 | 285.00 | 71.25 |
| 2010-12-14 | CH | Review of fee details for November 2010; | 0.42 | 285.00 | 119.70 |
| 2010-12-15 | CH | Email to Karen Harvey re: fee details November 2010; | 0.08 | 285.00 | 22.80 |
| 2010-12-15 | CH | Email to class members; | 0.50 | 285.00 | 142.50 |
| 2010-12-20 | CH | Review of email exchange between Daniel Hogan and David Thompson and Matt Moloci re: Justice Fitzgerald and confirmation order timing; | 0.25 | 285.00 | 71.25 |

- 2 -

| Date | Lawyer | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2010-12-20 | MB | Telephone conversation with class members (returned calls); | 1.25 | 350.00 | 437.50 |
| 2010-12-21 | CH | Email to Dan Hogan, David Thompson and Matt Moloci re: conference call; | 0.08 | 285.00 | 22.80 |
| 2010-12-21 | CH | Conference call with Daniel Hogan, Matt Moloci, David Thompson and Michel Bélanger re: confirmation order and Amended and Restated Minutes of Settlement and appointment of Collectiva; | 0.58 | 285.00 | 165.30 |
| 2010-12-21 | MB | Conference call with Daniel Hogan, Matt Moloci, David Thompson and Careen Hannouche re: confirmation order and appointment of Collectiva; | 0.58 | 350.00 | 203.00 |
| 2010-12-21 | CH | Email to Dan Hogan re: relationship between Collectiva and Lauzon Bélanger Lespérance; | 0.33 | 285.00 | 94.05 |
| 2010-12-21 | MB | Review of emails from Mr. Hogan and David Thompson re: Collectiva and confirmation order; | 0.50 | 350.00 | 175.00 |
| 2010-12-21 | MB | Drafting of a response re: Collectiva; | 0.65 | 350.00 | 227.50 |
| 2010-12-23 | CH | Email to Daniel Hogan, Matt Moloci, David Thompson and Michel Bélanger re: extension plan approval; | 0.25 | 285.00 | 71.25 |
| 2010-12-31 | CH | Conference call with Mr. Thompson, Mr. Moloci and Mr. Bélanger re: amendment to Amended and Restated Minutes of Settlement; | 1.00 | 285.00 | 285.00 |
| 2010-12-31 | MB | Conference call with Mr. Hogan, Thompson, Moloci and Ms. Hannouche re: amendment to Minutes of Settlement and Crown issue; | 1.00 | 350.00 | 350.00 |
| | | **OUR FEES :** | **11.89** | | **$ 3,712.35** |

TIME SUMMARY BY LAWYER

| | | | |
|---|---|---|---|
| MB | 350.00 | 4.98 | 1,743.00 |
| CH | 285.00 | 6.91 | 1,969.35 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Photocopies (6 X .10¢) | | .60 |
| **TOTAL DISBURSEMENTS** | | **.60** |
| **TOTAL FEES AND DISBURSEMENTS** | | **$ 3,712.95** |
| Total G.S.T. | | 185.65 |
| Total Q.S.T. | | 331.38 |
| **TOTAL** | | **$ 4,229.98** |

# G.S.T.  814682340 RT 0001
# Q.S.T.  1211542736 TQ 0001

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

PROVINCE OF QUEBEC        :
                          : ss
CITY OF MONTREAL          :

I, Careen Hannouche, after being duly sworn according to law, depose and say as follows:

1.      I am an associate of the applicant firm, Lauzon Bélanger Lespérance (the "Firm" and/or "LBL").

2.      On February 9, 2006, the CCAA Court entered an Order appointing Lauzon Bélanger inc.[1] and Scarfone Hawkins LLP as Representative Counsel ("Representative Counsel").

3.      On March 19, 2010, this Court signed a Modified Order appointing Representative Counsel as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants *nunc pro tunc* to December 21, 2009, through the effective date of the plan.

4.      Special Counsel has rendered professional services as counsel for the Canadian ZAI Claimants.

3.      I am familiar with the other work performed on behalf of Special Counsel LBL by the lawyers and paraprofessionals of the Firm.

4.      I have reviewed the foregoing monthly application of Special Counsel LBL and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable

---

[1] On January 18, 2010, Lauzon Bélanger changed its name to Lauzon Bélanger Lespérance.

orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

_____
Careen Hannouche

SWORN AND SUBSCRIBED
Before me this  26  day of  JANUARY 2011.

_Denise Guérin_  # 170779
Notary Public
My Commission Expires: July 24, 2012

[Notary seal: DENISE GUÉRIN #170 779]

2