**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et. al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| _____ | ) | Re: Docket No. _____ |

**ORDER GRANTING FOURTH QUARTERLY APPLICATION OF LAUZON BÉLANGER LESPÉRANCE FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
FOR OCTOBER 1, 2010, THROUGH DECEMBER 31,2010**

Lauzon Bélanger, n/k/a Lauzon Bélanger Lespérance, ("Applicant"), as Special Counsel for the Canadian ZAI Claimants pursuant to appointment order, dated March 19, 2010 [Docket No. 24508], filed its Fourth Quarterly Application for Compensation for Services Rendered and Reimbursement of Expenses for the Interim Fee Period From October 1, 2010, through December 31,2010 ("Fourth Quarterly Application"). The Court has reviewed the Fourth Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Fourth Quarterly Application, and any hearing on the Fourth Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Fourth Quarterly Application. Accordingly, it is

ORDERED that the Fourth Quarterly Application is GRANTED on an interim basis. Debtors shall pay to Lauzon Bélanger Lespérance the sum of CDN $9,913.75 as compensation and CDN $1,319.55 as reimbursement of expenses, for a total of CDN $11,233.30 for services rendered and disbursements incurred by Lauzon Bélanger Lespérance for the period October 1, 2010, through December 31,2010, less any amounts previously paid in connection with the monthly fee applications.

Dated: _____

                                                                              Judith K. Fitzgerald
                                                                              United States Bankruptcy Judge