```
                              REED SMITH LLP
                             PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630



    W.R. Grace & Co.                             Invoice Number     2087028
    Richard C. Finke                             Invoice Date       01/28/11
    Assistant General Counsel - Litigation       Client Number       172573
    7500 Grace Drive
    Columbia, MD  21044



===============================================================================

Re: W. R. Grace & Co.


(50001)   Correa v. W.R. Grace

       Fees                                 5,916.00
       Expenses                                 0.00

                      TOTAL BALANCE DUE UPON RECEIPT         $5,916.00
                                                             =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630



   W.R. Grace & Co.                         Invoice Number      2087028
   Richard C. Finke                         Invoice Date       01/28/11
   Assistant General Counsel - Litigation   Client Number       172573
   7500 Grace Drive                         Matter Number        50001
   Columbia, MD  21044
```

===========================================================================

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2010

```
  Date    Name                                               Hours
-------- -----------                                         -----

12/06/10 Husar          Prepare joint representation          1.20
                        letter for Alissa Enriquez (1.1);
                        email to John Forgach regarding
                        the same (.1)

12/08/10 Husar          Research current status of            1.80
                        Correa's workers compensation
                        claims (0.4); calls to claims
                        adjuster regarding the same and to
                        WR Grace's workers compensation
                        attorneys (0.2); review file for
                        evidence of doctor's notes
                        supporting the company's
                        understanding that Plaintiff could
                        not operate a forklift at the time
                        of the RIF (0.4);  work on
                        evaluation of company's obligation
                        to engage in interactive process
                        and possible defenses (0.5);
                        email exchange with John Forgach,
                        work on summary of issues in
                        preparation for call with John
                        Forgach (0.3).

12/09/10 Husar          Confer with WR Grace's workers        2.10
                        compensation attorney and claims
                        adjuster to discuss case
                        background, status and
                        coordination of defenses (0.9);
                        email exchange with John Forgach
                        and Jay Hughes regarding the same
                        (0.1);  check court docket sheet
                        for evidence of service of summons
```

```
172573  W. R. Grace & Co.                       Invoice Number   2087028
50001   Correa v. W.R. Grace                    Page    2
        January 28, 2011
```

| Date | Name | | Hours |
|---|---|---|---|
| | | of complaint (0.3); prepare email to client regarding OSC set for January regarding failure to serve the complaint (0.2);  telecom with Alissa Enriquez regarding status and need for more information and medical certification (0.6). | |
| 12/10/10 | Husar | Review of Correa's personnel file and other documents to determine status of medical condition as it relates to Correa's failure to accommodate claim. | 1.30 |
| 12/17/10 | Husar | Confer with Alissa Enriquez regarding medical certifications provided by Plaintiff and relied on by the company in removing him from forklift duty (0.3); work on coordination of defense with workers compensation counsel and follow up with the client (0.2). | .50 |
| 12/20/10 | Husar | Work on fact finding and coordination of defenses for the workers compensation matter and civil action. | .90 |
| 12/23/10 | Husar | Confer with WR Graces' workers compensation attorney to discuss status of case and next steps and coordination of defense (0.8); prepare for and confer with John Forgach regarding case developments, potential risks and next steps (0.4); calendar deadlines based on service of summons and complaint (0.1); begin work on strategy for response to complaint (0.8). | 2.10 |
| 12/27/10 | Espinosa | Review the complaint and conduct initial research on the sham defendant theory of removal. | .70 |
| 12/28/10 | Espinosa | Confer with L. Husar re the complaint and key background facts. | .50 |

```
172573 W. R. Grace & Co.                        Invoice Number   2087028
50001  Correa v. W.R. Grace                     Page    3
       January 28, 2011


   Date   Name                                                   Hours
 -------- -----------                                             -----

 12/28/10 Husar           Work on outline for response to         1.50
                          complaint and grounds for removal
                          (1.2);  work on review and
                          retrieval of workers compensation
                          documents (0.3).

                                                                 ------
                                               TOTAL HOURS        12.60


 TIME SUMMARY                 Hours          Rate          Value
 -------------------------    ----------------------       -------

 Linda S. Husar               11.40  at  $  493.00  =     5,620.20
 Stephanie Henderson Espin     1.20  at  $  246.50  =       295.80

                              CURRENT FEES                                 5,916.00

                                                                        ------------
                              TOTAL BALANCE DUE UPON RECEIPT               $5,916.00
                                                                        ============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630



   W.R. Grace & Co.                               Invoice Number      2087029
   Richard C. Finke                               Invoice Date       01/28/11
   Assistant General Counsel - Litigation         Client Number        172573
   7500 Grace Drive
   Columbia, MD  21044



==============================================================================

Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

      Fees                                     122.50
      Expenses                                   0.00

                       TOTAL BALANCE DUE UPON RECEIPT        $122.50
                                                             =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630



    W.R. Grace & Co.                         Invoice Number     2087029
    Richard C. Finke                         Invoice Date      01/28/11
    Assistant General Counsel - Litigation   Client Number      172573
    7500 Grace Drive                         Matter Number       60026
    Columbia, MD  21044


==============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2010

   Date   Name                                                        Hours
  ------- -----------                                                 -----

12/09/10 Ament        Coordinate CourtCall for 12/13/10                 .70
                      hearing for J. Restivo and D.
                      Cameron per request (.40); various
                      e-mails and telephone calls re:
                      same (.10); review docket (.10);
                      review Judge Fitzgerald order
                      relating to confirmation issues to
                      be discussed at 12/13/10 hearing
                      (.10).

                                                             ------
                                              TOTAL HOURS       .70


TIME SUMMARY               Hours         Rate           Value
-------------------------  ---------------------       -------
Sharon A. Ament             0.70 at $  175.00  =        122.50

                           CURRENT FEES                                122.50


                                                                 ------------
                           TOTAL BALANCE DUE UPON RECEIPT             $122.50
                                                                 ============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630



   W.R. Grace & Co.                          Invoice Number      2087030
   Richard C. Finke                          Invoice Date        01/28/11
   Assistant General Counsel - Litigation    Client Number        172573
   7500 Grace Drive
   Columbia, MD  21044




===============================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

     Fees                                   1,391.50
     Expenses                                   0.00

                       TOTAL BALANCE DUE UPON RECEIPT         $1,391.50
                                                              =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630



   W.R. Grace & Co.                          Invoice Number      2087030
   Richard C. Finke                          Invoice Date        01/28/11
   Assistant General Counsel - Litigation    Client Number        172573
   7500 Grace Drive                          Matter Number         60029
   Columbia, MD  21044



==============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2010

   Date    Name                                                      Hours
 -------- -----------                                                 -----


 12/02/10 Muha              Revisions to Nov. 2010 fee and              .30
                            expense detail for monthly fee
                            application.

 12/07/10 Ament             Review e-mail re: billing matters.          .10

 12/17/10 Muha              Attend to issues re: electronic             .60
                            submission of fee applications.

 12/21/10 Muha              Revisions to fee and expense                .20
                            detail for Nov. 2010 monthly
                            application.

 12/22/10 Ament             Review e-mail re: November monthly          .20
                            fee application (.10); conference
                            call with P. Dotterer re: same
                            (.10).

 12/28/10 Ament             Review invoices relating to                1.40
                            November monthly fee application
                            and calculate fees and expenses
                            for same (.50); prepare
                            spreadsheets relating to same
                            (.30): draft 113th monthly fee
                            application (.20); provide said
                            information to A. Muha for review
                            (.10); finalize fee application
                            (.10); e-mail same to J. Lord and
                            L. Lankford for DE filing (.10);
                            various e-mails with A. Muha re:
                            fee application (.10).
```

```
172573 W. R. Grace & Co.                        Invoice Number   2087030
60029  Fee Applications-Applicant               Page     2
       January 28, 2011
```

| Date | Name | | Hours |
|---|---|---|---|
| 12/28/10 | Muha | Final review and revisions to monthly fee application, and emails to/from S. Ament re: same. | .50 |
| 12/29/10 | Ament | Attention to billing matters (.10); various e-mails re: same (.20). | .30 |
| 12/29/10 | Lord | Draft, e-file and serve CNO to Reed Smith 112th monthly fee application (.4); revise, e-file and serve Reed Smith 113th monthly fee application (1.1); communicate with S. Ament re: same (.2) | 1.60 |
| 12/30/10 | Ament | Attention to billing matters. | .10 |
| | | TOTAL HOURS | 5.30 |

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Andrew J. Muha | 1.60 at $ 400.00 = | | 640.00 |
| John B. Lord | 1.60 at $ 240.00 = | | 384.00 |
| Sharon A. Ament | 2.10 at $ 175.00 = | | 367.50 |
| | CURRENT FEES | | 1,391.50 |
| | TOTAL BALANCE DUE UPON RECEIPT | | $1,391.50 |

```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630



   W.R. Grace & Co.                              Invoice Number      2087031
   Richard C. Finke                              Invoice Date       01/28/11
   Assistant General Counsel - Litigation        Client Number        172573
   7500 Grace Drive
   Columbia, MD  21044



==============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

     Fees                                         8,343.50
     Expenses                                         0.00

                      TOTAL BALANCE DUE UPON RECEIPT         $8,343.50
                                                           =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630



  W.R. Grace & Co.                           Invoice Number      2087031
  Richard C. Finke                           Invoice Date        01/28/11
  Assistant General Counsel - Litigation     Client Number        172573
  7500 Grace Drive                           Matter Number         60033
  Columbia, MD  21044



==============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2010

  Date    Name                                                    Hours
 -------- -----------                                              -----

 12/01/10 Flatley           Review R. Finke draft and reply.        .20

 12/01/10 Rea               Reviewed letter to DGS.                 .10

 12/02/10 Cameron           Review draft letters regarding          .40
                            Canadian claims.

 12/02/10 Restivo           Telephone conference and emails        1.30
                            with D. Speights et al. re:  two
                            Canadian cases.

 12/09/10 Restivo           Telephone calls with R. Finke and      1.10
                            D. Ziegler re: Omnibus Hearing and
                            other issues.

 12/09/10 Ziegler           Meeting with J. Restivo re omnibus      .20
                            hearing.

 12/09/10 Ziegler           Review order re confirmation            .40
                            issues.

 12/10/10 Cameron           Attention to DGS request for           1.20
                            mediation in California (0.3);
                            Review letter to DGS and documents
                            regarding asbestos removal in DGS
                            buildings (0.9).

 12/13/10 Cameron           Participate (by phone) in Grace        1.40
                            hearing (1.2); review DGS letter
                            (0.2).
```

```
172573 W. R. Grace & Co.                           Invoice Number   2087031
60033  Claim Analysis Objection Resolution & EstimationPage   2
       (Asbestos)
       January 28, 2011


  Date    Name                                                     Hours
 -------- -----------                                               -----

 12/13/10 Flatley         Emails and replies re: Mandelsburg         .40
                          letter (0.2); review draft letter
                          in reply (0.2).

 12/13/10 Rea             Correspondence re:  DGS Mediation.         .70

 12/13/10 Restivo         Teleconference Omnibus Hearing.            .60

 12/13/10 Ziegler         Monitor omnibus hearing                   1.50

 12/13/10 Ziegler         Discuss hearing with J. Restivo            .20

 12/14/10 Cameron         Attention to DGS claim materials.          .90

 12/17/10 Cameron         Review DGS claim materials (0.5);          .90
                          review materials regarding
                          Canadian claims settlements (0.4).

 12/21/10 Cameron         Review DGS materials.                      .80

 12/27/10 Cameron         Review materials relating to DGS           .60
                          and Canadian settled claims.

 12/30/10 Cameron         Review DGS claims materials.               .50
                                                                   ------
                                                  TOTAL HOURS      13.40


 TIME SUMMARY             Hours         Rate           Value
 ------------------------ ---------------------        -------
 Lawrence E. Flatley      0.60  at  $  635.00  =        381.00
 Douglas E. Cameron       6.70  at  $  630.00  =      4,221.00
 James J. Restivo Jr.     3.00  at  $  685.00  =      2,055.00
 David Ziegler            2.30  at  $  575.00  =      1,322.50
 Traci Sands Rea          0.80  at  $  455.00  =        364.00

                          CURRENT FEES                               8,343.50

                                                                  ------------
                          TOTAL BALANCE DUE UPON RECEIPT            $8,343.50
                                                                  ============
```