```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


   W.R. Grace & Co.                          Invoice Number     2087032
   Richard C. Finke                          Invoice Date      01/28/11
   Assistant General Counsel - Litigation    Client Number      172573
   7500 Grace Drive
   Columbia, MD   21044



===============================================================================

Re: W. R. Grace & Co.


(50001)   Correa v. W.R. Grace

      Fees                                     0.00
      Expenses                                629.28

                       TOTAL BALANCE DUE UPON RECEIPT        $629.28
                                                         =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


   W.R. Grace & Co.                          Invoice Number      2087032
   Richard C. Finke                          Invoice Date       01/28/11
   Assistant General Counsel - Litigation    Client Number       172573
   7500 Grace Drive                          Matter Number        50001
   Columbia, MD  21044


==============================================================================

Re: Correa v. W.R. Grace


FOR COSTS ADVANCED AND EXPENSES INCURRED:

     Duplicating/Printing/Scanning              201.80
     Outside Duplicating                        427.48

               CURRENT EXPENSES                                    629.28
                                                              -------------

               TOTAL BALANCE DUE UPON RECEIPT                     $629.28
                                                              =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


   W.R. Grace & Co.                         Invoice Number      2087032
   Richard C. Finke                         Invoice Date       01/28/11
   Assistant General Counsel - Litigation   Client Number       172573
   7500 Grace Drive                         Matter Number         50001
   Columbia, MD  21044


==============================================================================

Re: (50001)  Correa v. W.R. Grace


FOR COSTS ADVANCED AND EXPENSES INCURRED:

12/09/10   Duplicating/Printing/Scanning                          .10
           ATTY # 000349: 1 COPIES

12/28/10   Outside Duplicating -- VENDOR: LA BEST              427.48
           PHOTOCOPIES, INC.: Two copy sets of Alissa
           Enriquez's documents

12/29/10   Duplicating/Printing/Scanning                        40.90
           ATTY # 10398; 409 COPIES

12/30/10   Duplicating/Printing/Scanning                       158.20
           ATTY # 10886; 1582 COPIES

12/30/10   Duplicating/Printing/Scanning                         2.60
           ATTY # 10886; 26 COPIES

                          CURRENT EXPENSES                     629.28
                                                          ------------
                TOTAL BALANCE DUE UPON RECEIPT               $629.28
                                                          ============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630



   W.R. Grace & Co.                              Invoice Number     2087033
   Richard C. Finke                              Invoice Date      01/28/11
   Assistant General Counsel - Litigation        Client Number      172573
   7500 Grace Drive
   Columbia, MD  21044


===============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

     Fees                                           0.00
     Expenses                                     752.30

                    TOTAL BALANCE DUE UPON RECEIPT              $752.30
                                                                =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


  W.R. Grace & Co.                         Invoice Number     2087033
  Richard C. Finke                         Invoice Date       01/28/11
  Assistant General Counsel - Litigation   Client Number       172573
  7500 Grace Drive                         Matter Number        60033
  Columbia, MD  21044


==============================================================================

  Re: Claim Analysis Objection Resolution & Estimation
      (Asbestos)


  FOR COSTS ADVANCED AND EXPENSES INCURRED:

     PACER                                      27.84
     Postage Expense                             4.79
     Messenger Service                           5.25
     Courier Service - Outside                   5.25
     Outside Duplicating                       709.17

                 CURRENT EXPENSES                                752.30
                                                          -------------

                 TOTAL BALANCE DUE UPON RECEIPT                 $752.30
                                                          =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R. Grace & Co.                          Invoice Number    2087033
Richard C. Finke                          Invoice Date      01/28/11
Assistant General Counsel - Litigation    Client Number      172573
7500 Grace Drive                          Matter Number       60033
Columbia, MD  21044
```

==============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 11/15/10 | Outside Duplicating Mailout - Bankruptcy Mailouts/Mailout - Envelopes/postage for service of quarterly Fee App. materials. | 224.40 |
| 11/15/10 | Outside Duplicating Mailout - Bankruptcy Mailouts/Mailout - Envelopes/postage for service of quarterly Fee App. materials. | 460.46 |
| 11/29/10 | Outside Duplicating Mailout - Bankruptcy Mailouts/Mailout - Envelopes/postage for service of quarterly Fee App. materials. | 24.31 |
| 11/29/10 | Messenger Service | 5.25 |
| 11/30/10 | PACER | 6.80 |
| 11/30/10 | PACER | 18.32 |
| 11/30/10 | PACER | 2.72 |
| 11/30/10 | Postage Expense | 1.56 |
| 12/02/10 | Postage Expense Postage Expense: ATTY # 000349 User: Castello, D | 1.05 |
| 12/06/10 | Courier Service - Outside -- VENDOR: JET MESSENGER: Messenger Trip - Bankruptcy Court - Judge Fitzgerald - 11/29/10 | 5.25 |
| 12/13/10 | Postage Expense Postage Expense: ATTY # 001398 User: Castello, D | .44 |
| 12/29/10 | Postage Expense | 1.74 |

```
172573 W. R. Grace & Co.                         Invoice Number   2087033
 60033  Claim Analysis Objection Resolution & EstimationPage    2
        (Asbestos)
        January 28, 2011


                            CURRENT EXPENSES                       752.30
                                                               ------------
                            TOTAL BALANCE DUE UPON RECEIPT        $752.30
                                                               ============
```