**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |

*Objection deadline: 2/21/11 @ 4:00 pm*

**NINETY-THIRD APPLICATION OF BLACKSTONE ADVISORY PARTNERS L.P.**
**AS FINANCIAL ADVISOR TO W.R. GRACE & CO. AND AFFILIATES FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD OF NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010**

Name of Applicant:                          Blackstone Advisory Partners L.P.

Authorized to Provide
Professional Services to:                  Debtors

Date of Retention Order:                  June 22, 2001, effective April 2, 2001

Period for which compensation and
reimbursement is sought:                 November 1, 2010 through November 30, 2010

| | | |
|---|---|---|
| Amount of Compensation | Total | (Holdback @ 20%) |
| sought as actual, reasonable and necessary: | $175,000.00 | ($35,000.00) |

Amount of Expense Reimbursement
sought as actual, reasonable and necessary:    $2,625.52

Amount of Cash Payment Sought:          $142,625.52

This is a  x  monthly  ___ interim  ___ final application

2599748.DOC

Summary of Monthly Applications:

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved | Unpaid |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | -- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

*2599748.DOC*

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved | Unpaid |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
| 04/10/07 | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84 | 100,000.00 | 5,412.84 | -- | -- |
| 06/29/07 | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82 | 100,000.00 | 1,260.82 | -- | -- |
| 06/29/07 | 03/01/07 – 03/31/07 | 100,000.00 | 535.30 | 100,000.00 | 535.30 | -- | -- |
| 09/20/07 | 04/01/07 – 04/30/07 | 100,000.00 | 3,145.97 | 100,000.00 | 3,145.97 | -- | -- |
| 09/20/07 | 05/01/07 – 05/31/07 | 125,000.00 | 148.40 | 125,000.00 | 148.40 | -- | -- |
| 09/20/07 | 06/01/07 – 06/30/07 | 125,000.00 | 584.53 | 125,000.00 | 584.53 | -- | -- |
| 11/19/07 | 07/01/07 – 07/31/07 | 125,000.00 | 786.94 | 125,000.00 | 786.94 | -- | -- |
| 11/19/07 | 08/01/07 – 08/31/07 | -- | 997.55 | -- | 997.55 | -- | -- |
| 11/19/07 | 09/01/07 – 09/30/07 | 75,000.00 | 585.59 | 75,000.00 | 585.59 | -- | -- |
| 03/13/08 | 10/01/07 – 10/31/07 | 100,000.00 | 1,518.85 | 100,000.00 | 1,518.85 | -- | -- |
| 03/13/08 | 11/01/07 – 11/30/07 | 75,000.00 | 241.73 | 75,000.00 | 241.73 | -- | -- |
| 03/13/08 | 12/01/07 – 12/31/07 | 50,000.00 | 270.44 | 50,000.00 | 270.44 | -- | -- |
| 05/22/08 | 01/01/08 – 01/31/08 | 100,000.00 | 2,618.39 | 100,000.00 | 2,618.39 | -- | -- |
| 05/22/08 | 02/01/08 – 02/29/08 | 150,000.00 | 377.34 | 150,000.00 | 377.34 | -- | -- |
| 05/22/08 | 03/01/08 – 03/31/08 | 75,000.00 | 1,468.54 | 75,000.00 | 1,468.54 | -- | -- |
| 10/16/08 | 04/01/08 – 04/30/08 | 150,000.00 | 370.04 | 150,000.00 | 370.04 | -- | -- |
| 10/16/08 | 05/01/08 – 05/31/08 | 125,000.00 | 868.61 | 125,000.00 | 868.61 | -- | -- |
| 10/16/08 | 06/01/08 – 06/30/08 | 175,000.00 | 7,178.80 | 175,000.00 | 7,178.80 | -- | -- |
| 01/09/09 | 07/01/08 – 07/31/08 | 175,000.00 | 1,507.33 | 175,000.00 | 1,507.33 | -- | -- |
| 01/09/09 | 08/01/08 – 08/31/08 | 175,000.00 | 3,482.81 | 175,000.00 | 3,482.81 | -- | -- |
| 01/09/09 | 09/01/08 – 09/30/08 | 175,000.00 | 7,491.74 | 175,000.00 | 7,491.74 | -- | -- |
| 01/09/09 | 10/01/08 – 10/31/08 | 150,000.00 | 3,166.54 | 120,000.00 | 3,166.54 | -- | -- |
| 04/20/09 | 11/01/08 – 11/30/08 | 75,000.00 | 3,762.45 | 75,000.00 | 3,762.45 | -- | -- |
| 04/20/09 | 12/01/08 – 12/31/08 | 75,000.00 | 4,251.05 | 75,000.00 | 4,251.05 | -- | -- |
| 07/06/09 | 01/01/09 – 01/31/09 | 75,000.00 | 407.84 | 75,000.00 | 407.84 | -- | -- |
| .02/06/09 | 02/01/09 – 02/28/09 | 175,000.00 | 840.67 | 175,000.00 | 840.67 | -- | -- |
| 07/06/09 | 03/01/09 – 03/31/09 | 150,000.00 | 1,515.13 | 150,000.00 | 1,515.13 | -- | -- |
| 09/03/09 | 04/01/09 – 04/30/09 | 150,000.00 | 1,757.02 | 150,000.00 | 1,757.02 | -- | 30,000.00 |
| 09/03/09 | 05/01/09 – 05/31/09 | 175,000.00 | 4,503.06 | 175,000.00 | 1,515.13 | -- | -- |
| 09/03/09 | 06/01/09 – 06/30/09 | 175,000.00 | 4,246.49 | 140,000.00 | 4,246.49 | -- | -- |
| 12/14/09 | 07/01/09 – 07/31/09 | 175,000.00 | 10,766.12 | 140,000.00 | 10,766.12 | -- | -- |
| 12/14/09 | 08/01/09 – 08/31/09 | 175,000.00 | 2,367.44 | 140,000.00 | 2,367.44 | -- | -- |
| 12/14/09 | 09/01/09 – 09/30/09 | 100,000.00 | 3,953.33 | 80,000.00 | 3,953.33 | -- | -- |
| 12/15/09 | 10/01/09 – 10/31/09 | 100,000.00 | 1,354.62 | 80,000.00 | 1,354.62 | -- | 20,000.00 |
| -- | 11/01/09 – 11/30/09 | -- | -- | -- | -- | -- | -- |
| 02/12/10 | 12/01/09 – 12/31/09 | 100,000.00 | 1,839.20 | 80,000.00 | 1,839.20 | -- | 20,000.00 |
| 03/12/10 | 01/01/10 – 01/31/10 | 150,000.00 | 1,633.77 | 120,000.00 | 1,633.77 | -- | 30,000.00 |
| -- | 02/01/10 – 02/28/10 | -- | -- | -- | -- | -- | -- |
| 04/29/10 | 03/01/10 – 03/31/10 | 175,000.00 | 4,238.44 | 140,000.00 | 4,238.44 | 35,000.00 | -- |
| 05/28/10 | 04/01/10 – 04/30/10 | 175,000.00 | 4,575.58 | 140,000.00 | 4,575.58 | 35,000.00 | -- |
| 06/25/10 | 05/01/10 – 05/31/10 | 175,000.00 | 7,750.24 | 140,000.00 | 7,750.24 | 35,000.00 | -- |
| 08/05/10 | 06/01/10 – 06/30/10 | 175,000.00 | 5,202.91 | 140,000.00 | 5,202.91 | 35,000.00 | -- |
| 09/09/10 | 07/01/10 – 07/31/10 | 50,000.00 | 6,204.42 | 40,000.00 | 6,204.42 | 10,000.00 | -- |
| -- | 08/01/10 – 08/31/10 | -- | -- | -- | -- | -- | -- |
| 11/16/10 | 09/01/10 – 09/30/10 | 125,000.00 | 2,435.45 | 100,000.00 | 2,435.45 | 25,000.00 | -- |
| 12/13/10 | 10/01/10 – 10/31/10 | 175,000.00 | 475.19 | 140,000.00 | 475.19 | 35,000.00 | -- |

2599748.DOC

# Blackstone Advisory Partners L.P.

January 24, 2011

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | |
|---|---|---:|---:|
| Monthly advisory fee for the period of November 1, 2010 through November 30, 2010: | $ | | 175,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | | (35,000.00) |

Out-of-pocket expenses processed for the period through November 30, 2010:[1]

| | | | |
|---|---|---:|---:|
| Ground Transportation | $ | 943.10 | |
| Communication | | 54.08 | |
| Meals | | 430.92 | |
| Lodging | | 297.32 | |
| Document Production | | 857.60 | |
| Research | | 42.50 | 2,625.52 |
| **Total Amount Due** | $ | | **142,625.52** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

Invoice Number: 52712

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

Blackstone Advisory Partners L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Through November 30, 2010**
**Invoice No. 52712**

|  | GL Detail Nov-10 | | Total Expenses | |
|---|---|---|---|---|
| Ground Transportation - Car Service - Elite | $ | 100.28 | $ | 100.28 |
| Ground Transportation - Local Travel | | 178.82 | | 178.82 |
| Ground Transportation - Out of Town Travel | | 158.00 | | 158.00 |
| Ground Transportation - Railroad | | 506.00 | | 506.00 |
| Communications  - Teleconferencing | | 54.08 | | 54.08 |
| Employee Meals | | 430.92 | | 430.92 |
| Lodging | | 297.32 | | 297.32 |
| Document Production | | 857.60 | | 857.60 |
| Internal Research | | 42.50 | | 42.50 |
| **Total Expenses** | $ | **2,625.52** | $ | **2,625.52** |

| | |
|---|---|
| **Ground Transportation** | 943.10 |
| **Communication** | 54.08 |
| **Meals** | 430.92 |
| **Lodging** | 297.32 |
| **Document Production** | 857.60 |
| **Research** | 42.50 |
| **Total Expenses** | $ 2,625.52 |

W.R. Grace & Co.
Summary of Expenses
Through November 30, 2010
Invoice No. 52712

**Ground Transportation - Car Service - Elite**

| | | |
|---|---|---|
| O'Connell (car to Newark Airport in Newark, NJ from home) | 10/14/10 | 100.28 |
| Subtotal - Ground Transportation - Car Service - Elite | | $      100.28 |

**Ground Transportation - Local Travel**

| | | |
|---|---|---|
| Kaufman (weeknight taxi home from Blackstone after working late) | 10/14/10 | 6.10 |
| Kaufman (weekend taxi to Blackstone from home) | 10/16/10 | 7.80 |
| Kaufman (weekend taxi home from Blackstone) | 10/16/10 | 14.60 |
| Kaufman (weeknight taxi home from Blackstone after working late) | 11/02/10 | 11.00 |
| Lambert (weeknight taxi home from Blackstone after working late) | 09/27/10 | 16.10 |
| Lambert (weeknight taxi home from Blackstone after working late) | 09/28/10 | 17.15 |
| Lambert (weeknight taxi home from Blackstone after working late) | 09/29/10 | 14.60 |
| Lambert (weeknight taxi home from Blackstone after working late) | 10/15/10 | 14.49 |
| Lambert (weekend taxi to Blackstone from home) | 10/16/10 | 13.10 |
| Lambert (weekend taxi home from Blackstone) | 10/16/10 | 10.60 |
| Lambert (weekend taxi to Blackstone from home) | 10/17/10 | 12.20 |
| Lambert (weeknight taxi home from Blackstone after working late) | 11/01/10 | 16.90 |
| Lambert (weeknight taxi home from Blackstone after working late) | 11/03/10 | 10.50 |
| Lambert (weeknight taxi home from Blackstone after working late) | 11/04/10 | 13.68 |
| Subtotal - Ground Transportation - Local Travel | | 178.82 |

**Ground Transportation - Out of Town Travel**

| | | |
|---|---|---|
| Kaufman (car to train station in Baltimore, MD from client offices in Columbia, MD) | 10/14/10 | 80.00 |
| O'Connell (car to client offices in Columbia, MD from train station in Baltimore, MD) | 10/14/10 | 78.00 |
| Subtotal - Ground Transportation - Out of Town Travel | | 158.00 |

**Ground Transportation - Railroad**

| | | |
|---|---|---|
| Kaufman (one-way train travel to New York, NY from Baltimore, MD) | 10/14/10 | 313.00 |
| O'Connell (travel agency fee for booking of one-way train travel to Baltimore, MD from Newark, NJ on 10/14/10) | 10/12/10 | 20.00 |
| O'Connell (one-way train travel to Baltimore, MD from Newark, NJ) | 10/14/10 | 173.00 |
| Subtotal - Ground Transportation - Railroad | | 506.00 |

**Communications  - Teleconferencing**

| | | |
|---|---|---|
| Kaufman | 10/24/10 | 51.54 |
| O'Connell | 10/24/10 | 2.54 |
| Subtotal - Communications - Teleconferencing | | 54.08 |

**Employee Meals**

| | | |
|---|---|---|
| Kaufman (weeknight working dinner meal @ Blackstone while working late) | 07/28/10 | 25.00 |
| Kaufman (weeknight working dinner meal @ Blackstone while working late) | 09/24/10 | 25.00 |
| Kaufman (weeknight working dinner meal @ Blackstone while working late) | 09/28/10 | 25.00 |
| Kaufman (weeknight working dinner meal @ Blackstone while working late) | 10/13/10 | 20.44 |
| Kaufman (working breakfast meal while traveling) | 10/14/10 | 13.55 |
| Kaufman (weeknight working dinner meal @ Blackstone while working late) | 10/14/10 | 25.00 |
| Kaufman (weekend working breakfast meal @ Blackstone) | 10/16/10 | 10.31 |
| Kaufman (weekend working lunch meal @ Blackstone) | 10/16/10 | 25.00 |
| Kaufman (weeknight working dinner meal @ Blackstone while working late) | 11/02/10 | 25.00 |
| Lambert (weeknight working dinner meal @ Blackstone while working late) | 09/27/10 | 17.05 |
| Lambert (weeknight working dinner meal @ Blackstone while working late) | 09/29/10 | 25.00 |
| Lambert (weeknight working dinner meal @ Blackstone while working late) | 10/11/10 | 25.00 |
| Lambert (weeknight working dinner meal @ Blackstone while working late) | 10/15/10 | 25.00 |
| Lambert (weekend working breakfast meal @ Blackstone) | 10/16/10 | 3.91 |
| Lambert (weeknight working dinner meal @ Blackstone while working late) | 11/01/10 | 25.00 |
| Lambert (weeknight working dinner meal @ Blackstone while working late) | 11/03/10 | 25.00 |
| Lambert (weeknight working dinner meal @ Blackstone while working late) | 11/04/10 | 23.65 |
| Lambert (weeknight working dinner meal @ Blackstone while working late) | 11/11/10 | 17.01 |
| O'Connell (weeknight working dinner meal @ Blackstone while working late) | 09/28/10 | 25.00 |
| Subtotal - Employee Meals | | 430.92 |

**Lodging**

| | | |
|---|---|---|
| Kaufman (1 day hotel stay in Baltimore, MD) | 10/13/10 - 10/14/10 | 297.32 |
| Subtotal - Lodging | | 297.32 |

**Document Production**

| | | |
|---|---|---|
| Lambert (1,705 color photocopies calculated @ a rate of $0.36 per page) | 11/02/10 | 613.80 |
| Lambert (2,438 black & white photocopies calculated @ a rate of $0.10 per page) | 11/10/10 | 243.80 |
| Subtotal - Document Production | | 857.60 |

**Internal Research**

| | | |
|---|---|---|
| Lambert (online data research) | 11/01/10 | 42.50 |
| Subtotal - Internal Research | | 42.50 |
| **Total Expenses** | | $      2,625.52 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010**

| Professional | Title | | Hours |
|---|---|---|---|
| Jamie O'Connell | Managing Director | | 21.4 |
| Patrick Schumacher | Managing Director | | 10.0 |
| Jonathan Kaufman | Associate | | 28.7 |
| Christopher Yamamoto | Associate | | 68.0 |
| Alexander Lambert | Analyst | | 51.4 |
| Kathleen Wu | Analyst | | 16.0 |
| Cathy Gao | Analyst | | 84.0 |
| | | **Total** | 279.6 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Cathy Gao | 11/01/10 | 10.0 | Business Analysis | Analysis of business performance and related financial analysis |
| Christopher Yamamoto | 11/01/10 | 4.0 | Business Analysis | Analysis of business performance and related financial analysis |
| Jamie O'Connell | 11/01/10 | 0.6 | Business Analysis | Conference call regarding business analysis |
| Jonathan Kaufman | 11/01/10 | 0.6 | Business Analysis | Conference call regarding business analysis |
| Kathleen Wu | 11/01/10 | 4.0 | Business Analysis | Analysis of business performance and related financial analysis |
| Patrick Schumacher | 11/01/10 | 2.0 | Business Analysis | Financial analysis and presentation to management |
| Cathy Gao | 11/02/10 | 1.0 | Business Analysis | Conference call with management regarding financial analysis |
| Cathy Gao | 11/02/10 | 12.0 | Business Analysis | Analysis of business performance and related financial analysis |
| Christopher Yamamoto | 11/02/10 | 1.0 | Business Analysis | Conference call with management regarding financial analysis |
| Christopher Yamamoto | 11/02/10 | 12.0 | Business Analysis | Analysis of business performance and related financial analysis |
| Jamie O'Connell | 11/02/10 | 0.5 | Business Analysis | Conference call with counsel regarding business analysis |
| Jamie O'Connell | 11/02/10 | 0.2 | Business Analysis | Correspondence to counsel regarding business analysis |
| Jamie O'Connell | 11/02/10 | 0.9 | Business Analysis | Conference call with management regarding business analysis |
| Jonathan Kaufman | 11/02/10 | 0.5 | Business Analysis | Conference call with counsel regarding business analysis |
| Jonathan Kaufman | 11/02/10 | 0.9 | Business Analysis | Conference call with management regarding business analysis |
| Kathleen Wu | 11/02/10 | 1.0 | Business Analysis | Conference call with management regarding financial analysis |
| Kathleen Wu | 11/02/10 | 3.0 | Business Analysis | Analysis of business performance and related financial analysis |
| Patrick Schumacher | 11/02/10 | 1.0 | Business Analysis | Conference call with management regarding financial analysis |
| Alexander Lambert | 11/03/10 | 1.0 | Business Analysis | Conference call with management regarding business analysis |
| Alexander Lambert | 11/03/10 | 0.5 | Business Analysis | Internal meeting with team regarding business analysis |
| Cathy Gao | 11/03/10 | 1.0 | Business Analysis | Conference call with management regarding financial analysis |
| Cathy Gao | 11/03/10 | 15.0 | Business Analysis | Analysis of business performance and related financial analysis |
| Christopher Yamamoto | 11/03/10 | 12.0 | Business Analysis | Analysis of business performance and related financial analysis |
| Christopher Yamamoto | 11/03/10 | 1.0 | Business Analysis | Conference call with management regarding financial analysis |
| Jamie O'Connell | 11/03/10 | 0.5 | Business Analysis | Review presentation and correspondence regarding business analysis |
| Jamie O'Connell | 11/03/10 | 1.0 | Business Analysis | Conference call with management regarding business analysis |
| Jamie O'Connell | 11/03/10 | 0.5 | Business Analysis | Internal meeting with team regarding business analysis |
| Jonathan Kaufman | 11/03/10 | 1.0 | Business Analysis | Conference call with management regarding business analysis |
| Jonathan Kaufman | 11/03/10 | 0.5 | Business Analysis | Internal meeting with team regarding business analysis |
| Kathleen Wu | 11/03/10 | 1.0 | Business Analysis | Conference call with management regarding financial analysis |
| Kathleen Wu | 11/03/10 | 3.0 | Business Analysis | Analysis of business performance and related financial analysis |
| Patrick Schumacher | 11/03/10 | 3.0 | Business Analysis | Financial analysis and presentation to management |
| Patrick Schumacher | 11/03/10 | 1.0 | Business Analysis | Conference call with management regarding financial analysis |
| Alexander Lambert | 11/04/10 | 1.2 | Business Analysis | Conference call with management regarding business analysis |
| Cathy Gao | 11/04/10 | 18.0 | Business Analysis | Analysis of business performance and related financial analysis |
| Christopher Yamamoto | 11/04/10 | 18.0 | Business Analysis | Analysis of business performance and related financial analysis |
| Jamie O'Connell | 11/04/10 | 2.0 | Business Analysis | Prepare material related to business analysis |
| Jamie O'Connell | 11/04/10 | 1.2 | Business Analysis | Conference call with management regarding business analysis |
| Jonathan Kaufman | 11/04/10 | 1.2 | Business Analysis | Conference call with management regarding business analysis |
| Kathleen Wu | 11/04/10 | 3.0 | Business Analysis | Analysis of business performance and related financial analysis |
| Patrick Schumacher | 11/04/10 | 2.0 | Business Analysis | Financial analysis and presentation to management |
| Alexander Lambert | 11/05/10 | 2.0 | Business Analysis | Prepare material related to business analysis |
| Alexander Lambert | 11/05/10 | 1.0 | Business Analysis | Conference call with management regarding business analysis |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Cathy Gao | 11/05/10 | 1.0 | Business Analysis | Conference call with management regarding financial analysis |
| Cathy Gao | 11/05/10 | 12.0 | Business Analysis | Financial / model analysis |
| Christopher Yamamoto | 11/05/10 | 10.0 | Business Analysis | Analysis of business performance and related financial analysis |
| Christopher Yamamoto | 11/05/10 | 1.0 | Business Analysis | Conference call with management regarding financial analysis |
| Jamie O'Connell | 11/05/10 | 0.4 | Business Analysis | Correspondence to committee advisors regarding business analysis |
| Jamie O'Connell | 11/05/10 | 1.0 | Business Analysis | Prepare material related to business analysis |
| Jamie O'Connell | 11/05/10 | 1.0 | Business Analysis | Conference call with management regarding business analysis |
| Jamie O'Connell | 11/05/10 | 0.4 | Business Analysis | Correspondence regarding business analysis |
| Kathleen Wu | 11/05/10 | 1.0 | Business Analysis | Conference call with management regarding financial analysis |
| Patrick Schumacher | 11/05/10 | 1.0 | Business Analysis | Conference call with management regarding financial analysis |
| Jonathan Kaufman | 11/06/10 | 1.0 | Business Analysis | Prepare material related to business analysis |
| Jonathan Kaufman | 11/06/10 | 1.0 | Business Analysis | Conference call with management regarding business analysis |
| Cathy Gao | 11/07/10 | 6.0 | Business Analysis | Financial / model analysis |
| Christopher Yamamoto | 11/07/10 | 4.0 | Business Analysis | Analysis of business performance and related financial analysis |
| Cathy Gao | 11/08/10 | 8.0 | Business Analysis | Financial / model analysis |
| Christopher Yamamoto | 11/08/10 | 5.0 | Business Analysis | Analysis of business performance and related financial analysis |
| Jamie O'Connell | 11/29/10 | 0.3 | Business Analysis | Internal call with team regarding various matters |
| Jonathan Kaufman | 11/29/10 | 0.3 | Business Analysis | Internal call with team regarding various matters |
| | | **201.2** | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 11/03/10 | 0.2 | Case Administration | Review correspondence regarding various motions |
| Jamie O'Connell | 11/08/10 | 0.8 | Case Administration | Conference call with management and counsel regarding various motions |
| Jonathan Kaufman | 11/12/10 | 1.0 | Case Administration | Conference call with management and counsel re: tax claims |
| Jamie O'Connell | 11/18/10 | 0.8 | Case Administration | Conference call with management and counsel regarding draft tax motion |
| Jonathan Kaufman | 11/18/10 | 0.8 | Case Administration | Conference call with management and counsel regarding draft tax motion |
| Jonathan Kaufman | 11/22/10 | 0.5 | Case Administration | Edits to draft tax analysis for committees and correspondence with professionals |
| Alexander Lambert | 11/23/10 | 1.0 | Case Administration | Edits to draft tax analysis for committees and correspondence with professionals |
| Jamie O'Connell | 11/23/10 | 1.0 | Case Administration | Edits to draft tax analysis for committees and correspondence with professionals |
| Jonathan Kaufman | 11/23/10 | 1.0 | Case Administration | Edits to draft tax analysis for committees and correspondence with professionals |
| | | 7.1 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Alexander Lambert | 11/01/10 | 2.5 | Claims Analysis Objection/Resolution | Correspondence with BMC, Grace and other professionals on tax claims |
| Jonathan Kaufman | 11/01/10 | 0.5 | Claims Analysis Objection/Resolution | Correspondence with BMC, Grace and other professionals on tax claims |
| | | 3.0 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 11/05/10 | 0.5 | Committee | Conference call with committee advisors regarding Project Red Sox |
| Jamie O'Connell | 11/11/10 | 0.5 | Committee | Manage committee information request |
| Jamie O'Connell | 11/16/10 | 0.8 | Committee | Manage committee information request |
| Jamie O'Connell | 11/19/10 | 0.6 | Committee | Conference call with management, Capstone and Stroock |
| Jonathan Kaufman | 11/19/10 | 0.6 | Committee | Conference call with management, Capstone and Stroock |
| | | 3.0 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Alexander Lambert | 11/01/10 | 0.5 | Financing | Foreign/domestic internal cash flow analysis for Grace management |
| Jonathan Kaufman | 11/01/10 | 0.5 | Financing | Foreign/domestic internal cash flow analysis for Grace management |
| Jamie O'Connell | 11/02/10 | 0.2 | Financing | Correspondence to management regarding exit financing |
| Alexander Lambert | 11/03/10 | 3.5 | Financing | Foreign/domestic internal cash flow analysis for Grace management |
| Alexander Lambert | 11/04/10 | 4.0 | Financing | Foreign/domestic internal cash flow analysis for Grace management |
| Alexander Lambert | 11/05/10 | 0.8 | Financing | Foreign/domestic internal cash flow analysis for Grace management |
| Alexander Lambert | 11/10/10 | 1.8 | Financing | Exit financing comparables analysis |
| Alexander Lambert | 11/11/10 | 2.5 | Financing | Exit financing comparables analysis |
| Jonathan Kaufman | 11/11/10 | 1.0 | Financing | Exit financing analysis review |
| Alexander Lambert | 11/15/10 | 3.0 | Financing | Exit financing comparables analysis |
| Alexander Lambert | 11/15/10 | 1.5 | Financing | Internal meeting regarding exit financing comparables analysis |
| Jonathan Kaufman | 11/15/10 | 1.5 | Financing | Internal meeting regarding exit financing comparables analysis |
| Alexander Lambert | 11/16/10 | 3.1 | Financing | Foreign/domestic internal cash flow analysis for Grace management |
| Jonathan Kaufman | 11/16/10 | 2.0 | Financing | Exit financing comparables analysis |
| Jonathan Kaufman | 11/16/10 | 1.5 | Financing | Foreign/domestic internal cash flow analysis for Grace management |
| Alexander Lambert | 11/17/10 | 1.8 | Financing | Exit financing comparables analysis |
| Alexander Lambert | 11/17/10 | 1.4 | Financing | Foreign/domestic internal cash flow analysis for Grace management |
| Alexander Lambert | 11/17/10 | 5.5 | Financing | Meeting with management and counsel regarding exit financing |
| Jamie O'Connell | 11/17/10 | 5.5 | Financing | Meeting with management and counsel regarding exit financing |
| Jonathan Kaufman | 11/17/10 | 5.5 | Financing | Meeting with management and counsel regarding exit financing |
| Alexander Lambert | 11/18/10 | 1.2 | Financing | Call with management regarding foreign/domestic cash flow analysis |
| Jonathan Kaufman | 11/18/10 | 1.2 | Financing | Call with management regarding foreign/domestic cash flow analysis |
| Alexander Lambert | 11/19/10 | 0.8 | Financing | Call with management regarding foreign/domestic cash flow analysis |
| Jonathan Kaufman | 11/19/10 | 0.8 | Financing | Call with management regarding foreign/domestic cash flow analysis |
| Alexander Lambert | 11/22/10 | 2.5 | Financing | Foreign/domestic cash flow analysis |
| Alexander Lambert | 11/22/10 | 1.0 | Financing | Internal review on foreign/domestic cash flow analysis |
| Alexander Lambert | 11/22/10 | 1.0 | Financing | Call with Grace management to discuss foreign/domestic cash flow analysis |
| Jonathan Kaufman | 11/22/10 | 1.0 | Financing | Internal review on foreign/domestic cash flow analysis |
| Jonathan Kaufman | 11/22/10 | 1.0 | Financing | Call with Grace management to discuss foreign/domestic cash flow analysis |
| Alexander Lambert | 11/23/10 | 0.8 | Financing | Call with Grace management to discuss foreign/domestic cash flow analysis |
| Alexander Lambert | 11/23/10 | 2.4 | Financing | Foreign/domestic cash flow analysis |
| Alexander Lambert | 11/23/10 | 0.5 | Financing | Foreign/domestic cash flow analysis |
| Jonathan Kaufman | 11/23/10 | 0.8 | Financing | Call with Grace management to discuss foreign/domestic cash flow analysis |
| Jonathan Kaufman | 11/23/10 | 0.5 | Financing | Internal review of foreign/domestic cash flow analysis |
| Alexander Lambert | 11/29/10 | 1.4 | Financing | Foreign/domestic cash flow analysis |
| Alexander Lambert | 11/30/10 | 1.2 | Financing | Foreign/domestic cash flow analysis |
| | | 65.3 | | |