**EXHIBIT A**

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

January 28, 2011

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 560649
056772

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

### 056772-00001/CASE ADMINISTRATION

| | |
|---|---:|
| FEES | $0.00 |
| DISBURSEMENTS | 90.20 |
| MATTER TOTAL | $90.20 |

### 056772-00002/CREDITOR COMMITTEE

| | |
|---|---:|
| FEES | $756.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $756.00 |

### 056772-00007/REORGANIZATION PLAN

| | |
|---|---:|
| FEES | $6,022.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $6,022.50 |

### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---:|
| FEES | $378.00 |
| DISBURSEMENTS | 9.41 |
| MATTER TOTAL | $387.41 |

Amounts due may be remitted by wire transfer.

To: Citibank, N.A.
Citicorp Center 153 E. 53rd Street NY, N.Y. 10043
ABA #021000089
Account: Kramer Levin Naftalis & Frankel LLP Money Market A\C 37613572
By Order of: Invoice No. 560649
Citibank Contact: Deborah Hosking (212) 559-8634

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

Kramer Levin Naftalis & Frankel LLP                                         Page No. 2

W.R. GRACE & CO. EQUITY COMMITTEE                                           January 28, 2011
056772                                                                      Invoice No. 560649

## 056772-00019/HEARINGS

| | |
|---|---:|
| FEES | $1,958.00 |
| DISBURSEMENTS | 44.00 |
| MATTER TOTAL | $2,002.00 |

## 056772-00022/TAX ISSUES

| | |
|---|---:|
| FEES | $1,137.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $1,137.50 |
| CLIENT GRAND TOTAL | $10,395.61 |


Case 01-01139-AMC    Doc 26165-2    Filed 02/01/11    Page 4 of 9

Kramer Levin Naftalis & Frankel LLP                                          Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE                                            January 28, 2011
056772-00001                                                                 Invoice No. 560649

## CASE ADMINISTRATION

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| POSTAGE | 1.32 |
| DOCUMENT RETRIEVAL FEES | 88.88 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$90.20** |
| **TOTAL FOR THIS MATTER** | **$90.20** |

Kramer Levin Naftalis & Frankel LLP                              Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                                January 28, 2011
056772-00002                                                     Invoice No. 560649

## CREDITOR COMMITTEE

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/29/10 | BLABEY, DAVID E | Draft memo to committee regarding plan confirmation issues. | 1.20 | 756.00 |
| **TOTAL HOURS AND FEES** | | | **1.20** | **$756.00** |

**TOTAL FOR THIS MATTER**                                   $756.00

Kramer Levin Naftalis & Frankel LLP                                                  Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE                                                    January 28, 2011
056772-00007                                                                         Invoice No. 560649

## REORGANIZATION PLAN

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/01/10 | BLABEY, DAVID E | Review presentation on settlement with Mass DEP. | 0.20 | 126.00 |
| 12/03/10 | BLABEY, DAVID E | Review edits to APA (.2); review J. Friedman's notes on settlement with Massachusetts department of revenue (.1). | 0.30 | 189.00 |
| 12/06/10 | BLABEY, DAVID E | Review proposed plan modifications. | 1.00 | 630.00 |
| 12/07/10 | BENTLEY, PHILIP | Trade emails re upcoming hearing | 0.20 | 159.00 |
| 12/07/10 | BLABEY, DAVID E | Review Judge's order regarding plan issues and exchange emails with P. Bentley and client re same. | 0.30 | 189.00 |
| 12/08/10 | BENTLEY, PHILIP | Conf DB (.4), and trade emails and voicemails (.2), re next Monday's hearing | 0.60 | 477.00 |
| 12/08/10 | BLABEY, DAVID E | Review case law and pleadings relevant to Court's order on plan-related questions (1) and email to client re same (.2); discuss court order with P. Bentley (.4) and debtors' counsel (.2) and email to P. Bentley re same (.2). | 2.00 | 1,260.00 |
| 12/09/10 | BENTLEY, PHILIP | Trade emails re tomorrow's call with K&E and Monday's hearing | 0.20 | 159.00 |
| 12/10/10 | BENTLEY, PHILIP | Conf call with K&E, and discs D. Eggermann and trade emails, re Monday's hearing | 1.50 | 1,192.50 |
| 12/16/10 | BENTLEY, PHILIP | Trade emails re recent hearing and other asbestos developments | 0.20 | 159.00 |
| 12/22/10 | BLABEY, DAVID E | Review proposed plan modifications (.3); call with Debtors' counsel re same (.1); calls and emails to client re same (.2); review stip with Mass DEP (.2). | 0.80 | 504.00 |
| 12/23/10 | BLABEY, DAVID E | Review proposed set of plan modifications. | 0.30 | 189.00 |
| 12/29/10 | BLABEY, DAVID E | Review objections to CNA settlement. | 1.00 | 630.00 |
| 12/29/10 | BENTLEY, PHILIP | Trade emails re recent developments | 0.10 | 79.50 |
| 12/31/10 | BENTLEY, PHILIP | Review recent emails re plan issues. | 0.10 | 79.50 |

**TOTAL HOURS AND FEES**                                                              **8.80**   **$6,022.50**


**TOTAL FOR THIS MATTER**                                            **$6,022.50**

Kramer Levin Naftalis & Frankel LLP                                                    Page No. 6

W.R. GRACE & CO. EQUITY COMMITTEE                                              January 28, 2011
056772-00008                                                                    Invoice No. 560649

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/29/10 | BLABEY, DAVID E | Prepare November fee application. | 0.60 | 378.00 |
| **TOTAL HOURS AND FEES** | | | **0.60** | **$378.00** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| MESSENGER/COURIER | 9.41 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$9.41** |

**TOTAL FOR THIS MATTER**                                                            **$387.41**

Kramer Levin Naftalis & Frankel LLP                           Page No. 7

W.R. GRACE & CO. EQUITY COMMITTEE                             January 28, 2011
056772-00019                                                  Invoice No. 560649

**HEARINGS**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/07/10 | WIERMAN, LAUREN E | Correspond with courtcall to schedule telephonic appearance for D. Blabey. | 0.40 | 116.00 |
| 12/13/10 | BENTLEY, PHILIP | Telephone attendance at bankruptcy court hearing re confirmation issues (1.6); hearing follow up, including emails and voicemails to Ted Weschler and John Donley (0.4) | 2.00 | 1,590.00 |
| 12/20/10 | BLABEY, DAVID E | Attend court conference by phone (.3) and email to client re same (.1). | 0.40 | 252.00 |

**TOTAL HOURS AND FEES**                                    2.80    $1,958.00

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| OTHER FEES | 44.00 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                           $44.00

**TOTAL FOR THIS MATTER**                                           $2,002.00

Kramer Levin Naftalis & Frankel LLP                                              Page No. 8

W.R. GRACE & CO. EQUITY COMMITTEE                                                January 28, 2011
056772-00022                                                                     Invoice No. 560649

## TAX ISSUES

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/02/10 | FRIEDMAN, JOSHUA | Prepare for (.5) and attend call re mass tax settlement (.6); draft summary re same (1.2); o/m D. Blabey re same (.2) | 2.50 | 1,137.50 |

**TOTAL HOURS AND FEES**                                                         2.50    $1,137.50

**TOTAL FOR THIS MATTER**                                            $1,137.50