**EXHIBIT B**

alp_132r: Matter Detail

Run Date & Time: 01/28/2011 14:25:00

PAGE     1

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        3115384
Bill Frequency: M

Status      : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services

PRE-BILLING SUMMARY REPORT

| | FEES | | COSTS |
|---|---|---|---|
| UNBILLED TIME FROM: | | TO: | |
| UNBILLED DISB FROM: | 12/30/2010 | TO: | 12/31/2010 |
| | | | 90.20 |
| GROSS BILLABLE AMOUNT: | 0.00 | | |
| AMOUNT WRITTEN DOWN: | | | |
| PREMIUM: | | | |
| ON ACCOUNT BILLED: | | | |
| DEDUCTED FROM PAID RETAINER: | | | |
| AMOUNT BILLED: | | | |
| THRU DATE: | | | 12/31/2010 |
| CLOSE MATTER/FINAL BILLING? | YES   OR   NO | | |
| EXPECTED DATE OF COLLECTION: | | | |

BILLING PARTNER APPROVAL:       BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS: | 90.20 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 90.20 | TRUST BALANCE: | |
| | | BILLING HISTORY | |

| | | |
|---|---|---|
| DATE OF LAST BILL: | 12/28/10 | LAST PAYMENT DATE: 01/11/11 |
| LAST BILL NUMBER: | 558661 | ACTUAL FEES BILLED TO DATE: 362,022.00 |
| | | ON ACCOUNT FEES BILLED TO DATE: 0.00 |
| | | TOTAL FEES BILLED TO DATE: 362,022.00 |
| LAST BILL THRU DATE: | 11/30/10 | FEES WRITTEN OFF TO DATE: 65,614.00 |
| | | COSTS WRITTEN OFF TO DATE: 23,177.86 |

FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee          (4) Excessive Legal Time          (7) Fixed Fee
(2) Late Time & Costs Posted     (5) Business Development           (8) Premium
(3) Pre-arranged Discount        (6) Summer Associate              (9) Rounding          (10) Client Arrangement

BILL NUMBER: _____ DATE OF BILL: _____ Processed by: _____ FRC: _____          CRC: _____

alp_132r: Matter Detail

Run Date & Time: 01/28/2011 14:25:00

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    2

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:     3115384
Bill Frequency: M

Status      : ACTIVE

**U N B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Oldest Entry | Latent Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0880 | POSTAGE | 12/30/10 | 12/30/10 | 1.32 |
| 0972 | DOCUMENT RETRIEVAL FEES | 12/31/10 | 12/31/10 | 88.88 |
| | Total | | | 90.20 |

**U N B I L L E D   C O S T S   D E T A I L**

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|------------------|----------|------|--------|--------|----------|------------|
| POSTAGE 0880 | | | | | | |
| POSTAGE | | | | | | |
| BLABEY, DAVID E    17135 | BLABEY, D E | 12/30/10 | 1.32 | 9246757 | 1009590 | 01/03/11 |
| | 0880 POSTAGE Total : | | 1.32 | | | |
| DOCUMENT RETRIEVAL FEES 0972 | | | | | | |
| DOCUMENT RETRIEVAL F | PIZZARELLO, C | 12/31/10 | 88.88 | 9257855 | 1015620 | 01/12/11 |
| Document Retrieval Fees | 0972 DOCUMENT RETRIEVAL F Total : | | 88.88 | | | |
| | Costs Total : | | 90.20 | | | |

alp_132r: Matter Detail

Run Date & Time: 01/28/2011 14:25:00

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    3

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:       3115364
Bill Frequency: M

Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0880 POSTAGE | 1.32 | | | | | |
| 0972 DOCUMENT RETRIEVAL FEES | 88.88 | | | | | |
| Costs Total : | 90.20 | | | | | |

alp_132: Matter Detail

Run Date & Time: 01/28/2011 14:25:00

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    4

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        3115384
Bill Frequency: M

Status      : ACTIVE

Special Billing Instructions:

**PRE-BILLING SUMMARY REPORT**

|  | FEES |  | COSTS |
|---|---|---|---|
| UNBILLED TIME FROM: |  | TO: |  |
| UNBILLED DISB FROM: | 12/01/2010 | TO: | 12/01/2010 |

| | | | | |
|---|---|---|---|---|
| GROSS BILLABLE AMOUNT: | 0.00 | | | 9.41 |
| AMOUNT WRITTEN DOWN: | | | | |
| PREMIUM: | | | | |
| ON ACCOUNT BILLED: | | | | |
| DEDUCTED FROM PAID RETAINER: | | | | |
| AMOUNT BILLED: | | | | |
| THRU DATE: | | | | 12/01/2010 |
| CLOSE MATTER/FINAL BILLING? | YES  OR  NO | | | |
| EXPECTED DATE OF COLLECTION: | | | | |

BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

| | | | |
|---|---|---|---|
| FEES: | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS: | 9.41 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 9.41 | TRUST BALANCE: | |

BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 12/28/10 | LAST PAYMENT DATE: | 01/11/11 |
| LAST BILL NUMBER: | 558661 | ACTUAL FEES BILLED TO DATE: | 219,890.50 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 219,890.50 |
| LAST BILL THRU DATE: | 11/30/10 | FEES WRITTEN OFF TO DATE: | 19,208.00 |
| | | COSTS WRITTEN OFF TO DATE: | 680.64 |

Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee        (4) Excessive Legal Time      (7) Fixed Fee
(2) Late Time & Costs Posted  (5) Business Development       (8) Premium
(3) Pre-arranged Discount     (6) Summer Associate          (9) Rounding      (10) Client Arrangement

FOR ACCTG USE ONLY:        DATE OF BILL:         Processed by:          FRC:          CRC:

BILL NUMBER:

alp_132r: Matter Detail

Run Date & Time: 01/28/2011 14:25:00

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    5

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:      3115384
Bill Frequency: M

Status     : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0930 | MESSENGER/COURIER | 12/01/10 | 12/01/10 | 9.41 |
| | Total | | | 9.41 |

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|------------------|----------|------|--------|--------|----------|------------|
| MESSENGER/COURIER 0930 | | | | | | |
| FEDERAL EXPRESS CORPORAT | BLASBY, D E | 12/01/10 | 9.41 | 9235542 | 1002689 | 12/16/10 |
| Saul Ewing LLP | | | | | | |
| 0930 MESSENGER/COURIER Total : | | | 9.41 | | | |
| | | | | | | |
| Costs Total : | | | 9.41 | | | |

alp_132r: Matter Detail

Run Date & Time: 01/28/2011 14:25:00

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    6

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:      3115384
Bill Frequency: M

Status       : ACTIVE

**B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Amount | | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|------|-------------|--------|--|------|-----------|-------------|----------|---------------|
| 0930 | MESSENGER/COURIER | 9.41 | | | | | | |
| | Costs Total : | 9.41 | | | | | | |

alp_132r: Matter Detail                                                                                          PAGE      7

Run Date & Time: 01/28/2011 14:25:00

Matter No: 056772-00019                          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:     3115384
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : HEARINGS                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                Status        : ACTIVE

Special Billing Instructions:

---

PRE-BILLING SUMMARY REPORT

                                                          TO:
UNBILLED TIME FROM:                                       TO:    11/24/2010
UNBILLED DISB FROM:   11/24/2010

                              FEES                               COSTS

GROSS BILLABLE AMOUNT:        6.00                                 44.00
AMOUNT WRITTEN DOWN:
        PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                                                       11/24/2010
CLOSE MATTER/FINAL BILLING?   YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495   WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

---

ACCOUNTS RECEIVABLE TOTALS                            UNAPPLIED CASH

FEES:                         0.00
DISBURSEMENTS:               44.00           UNIDENTIFIED RECEIPTS:      0.00
FEE RETAINER:                 0.00           PAID FEE RETAINER:         0.00
DISB RETAINER:                0.00           PAID DISB RETAINER:        0.00
TOTAL OUTSTANDING:           44.00           TOTAL AVAILABLE FUNDS:     0.00
                                             TRUST BALANCE:
                                             BILLING HISTORY

DATE OF LAST BILL:    11/30/10               LAST PAYMENT DATE:       01/31/11
LAST BILL NUMBER:     558297  ACTUAL FEES BILLED TO DATE:     451,824.50
                              ON ACCOUNT FEES BILLED TO DATE:       0.00
                              TOTAL FEES BILLED TO DATE:     451,824.50
LAST BILL THRU DATE:  10/31/10  FEES WRITTEN OFF TO DATE:     11,993.18
                              COSTS WRITTEN OFF TO DATE:       1,772.20

Write Down/Up Reason Codes:

FOR ACCTG USE ONLY:   (4) Excessive Legal Time    (7) Fixed Fee
    (1) Exceeded Fixed Fee       (5) Business Development   (8) Premium
    (2) Late Time & Costs Posted (6) Summer Associate       (9) Rounding
    (3) Pre-arranged Discount                               (10) Client Arrangement

BILL NUMBER: _____ DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____

aip_132r: Matter Detail                                                                    PAGE    8

Run Date & Time: 01/28/2011 14:25:00

```
                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                    Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:      3115384
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILLIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                          Status         : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ---------- Total Unbilled ------------
Code Description                    Oldest    Latest      Total
                                   Entry     Entry       Amount
- - -  - - - - - - - - - - - - -   - - - - - -  - - - - - -  - - - - - - -
0990 OTHER FEES                    11/24/10.  11/24/10    44.00

        Total                                             44.00


U N B I L L E D   C O S T S   D E T A I L
Description/Code                     Employee       Date       Amount    Index#   Batch No  Batch Date
- - - - - - - - - - - - - - - - -   - - - - - - -   - - - - - -  - - - - - -  - - - - - -  - - - - - - - -  - - - - - - - - -

OTHER FEES 0990
PLATINUM PLUS FOR BUSINE           ELABBY, D E     11/24/10     44.00    9265279   1019774   01/24/11
PLATINUM PLUS FOR BUSINESS 11/24/10 - CourtCall

0990 OTHER FEES Total :                                        44.00


           Costs Total :                                       44.00
```

alp_132r: Matter Detail

Run Date & Time: 01/28/2011 14:25:00

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    9

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

ProForma Number:  . 3115384
Bill Frequency: M

Status    : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0990 OTHER FEES | 44.00 | | | | | |
| Costs Total : | 44.00 | | | | | |