**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 2/21/2011; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE TWENTY-NINTH MONTHLY INTERIM PERIOD FROM JANUARY 1, 2011 THROUGH JANUARY 31, 2011**

Name of Applicant:     Alan B. Rich, Esq.

Authorized to Provide Services To:     Hon. Alexander M. Sanders, Jr.,
Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

Date of Retention:     September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:     January 1, 2011 through January 31, 2011

Amount of Fees Sought as Actual
Reasonable and Necessary:     $13,416.00   [80% of $16,770.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:     $1,247.19

This is a(n):   ☒Monthly       ☐Interim       ☐Final Application

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|---|---|---|---|---|---|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | CNO Filed | CNO Filed |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 26 years, and his billing rate is $650 per hour. In this Application period Mr. Rich billed 25.8 hours,[2] for a total amount billed of $16,770.00 of which 80% is currently sought, in the amount of $13,416.00, plus 100% of the expenses incurred during this period, in the amount of $1,247.19, for a total currently sought of $14,663.19.

---

[2] Travel Time is included in this figure at 50% of actual time.

As stated above, this is the Twenty-Ninth application for monthly fees and expenses. The time for preparation of this Application is approximately 1.0 hour, for which $650.00 will be requested in a future application.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 18.2 | $11,830.00 |
| Travel | 11.2   (@100%) | $3,640.00   (@50%) |
| Fee Application Matters (incl. FCR's) | 2.0 | $1,300.00 |
| TOTAL | 31.4 | $16,770.00 |

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel | 1,247.19 |
| TOTAL | 1,247.19 |

//
//
//
//
//
//
//
//
//
//
//
//
//
//

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**CERTIFICATE OF SERVICE**

I certify that on the 1st day of February, 2011, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
4244 Renaissance Tower
1401 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (December, 2010)

**Client**

Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|---|---|---|
| 1/2/2011 | Prepare Amended 28th Monthly Fee Application | 1.0 |
| 1/3/2011 | Attention to filing and service of 28th Amended Monthly Fee Application | 0.1 |
| 1/3/2011 | Review Debtors' Motion for Leave to file Reply re CNA settlement motion | 0.5 |
| 1/3/2011 | Review CNA's Motion for Leave to file Reply re CNA settlement motion | 0.7 |
| 1/3/2011 | Emails to and from fee auditor | 0.1 |
| 1/3/2011 | Review PI FCR and ACC Joinder in Debtors' filings re CNA settlement | 0.1 |
| 1/3/2011 | Review Agenda for January Omnibus hearing | 0.1 |
| 1/4/2011 | Review Miscellaneous ECF Notices | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 1/5/2011 | Review Debtors' Motion to Retain Baer, Higgins | 0.3 |
| 1/5/2011 | Review Draft Motion of Debtors to set up foreign holding company structure | 0.3 |
| 1/5/2011 | Review Fee Applications of Canadian ZAI Counsel | 0.3 |
| 1/6/2011 | Review Certification of Counsel and Affidavit re Hillside claim objection | 0.2 |
| 1/6/2011 | Review November Monthly Operating Report | 0.4 |
| 1/6/2011 | Prepare and file 20th Monthly Fee Application of the PD FCR | 0.5 |
| 1/6/2011 | Review Order Approving Swiss Re Settlement | 0.1 |
| 1/6/2011 | Review Order granting Debtors leave to file Reply to Libby and BNSF Responses to CNA Settlement Motion | 0.1 |
| 1/6/2011 | Review Order approving settlement of Massachuetts Tax claims | 0.1 |
| 1/7/2011 | Review 4Q10 Statement of OCP payments | 0.1 |
| 1/7/2011 | Review Amended Agenda for January Omnibus hearing | 0.1 |
| 1/7/2011 | Review CNA's Response to Libby Discovery re CNA Settlement | 0.2 |
| 1/7/2011 | Review Debtors' Response to Libby Discovery re CNA Settlement | 0.2 |
| 1/7/2011 | Review Order granting leave for CNA to file Reply to Libby and BNSF Responses to CNA Settlement Motion | 0.1 |
| 1/9/2011 | Travel (non-productive) to Pittsburgh for January Omnibus hearing (5.6 hrs. @ 50%) | 2.8 |
| 1/10/2011 | Attend January Omnibus hearing | 2.7 |
| 1/10/2011 | Travel (non-productive) from Pittsburgh to Dallas (5.6 hrs. @ 50%) | 2.8 |

| | | |
|---|---|---|
| 1/11/2011 | Review Motion for an Order Authorizing First Amendment to Postpetition Letter of Credit Facility Agreement | 0.3 |
| 1/11/2011 | Review Motion for an Order Extending the Term of the Credit Agreement with Advanced Refining Technologies LLC | 0.2 |
| 1/11/2011 | Review Garlock's Motion to Release 2019 Statements and Motion to Limit Notice and email to ZAI counsel and client re same | 1.5 |
| 1/11/2011 | Draft Correspondence to Garland Cassada re clarification of 2019 Statements Motion and emails to and from other counsel re same | 0.3 |
| 1/12/2011 | Emails to and from E. Westbrook and S. Baena re PD 2019's | 0.2 |
| 1/13/2011 | Review Order Limiting Notice of Garlock Motions for Closed Cases | 0.1 |
| 1/13/2011 | Email from debtors' counsel re 30-day notice on Synthatech merger | 0.1 |
| 1/14/2011 | Review Order disallowing Hillside claim | 0.1 |
| 1/14/2011 | Email to and from client re status | 0.1 |
| 1/14/2011 | Review Notices of Appearance of J. Baer and R. Higgins | 0.1 |
| 1/17/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 1/18/2011 | Telephone Conference with client re status | 0.1 |
| 1/19/2011 | Review Hillside Notice of Dissolution | 0.1 |
| 1/19/2011 | Review Debtors' Certification of Counsel re Order Approving CNA Settlement | 0.2 |
| 1/19/2011 | Review Notice of Amendment to Canadian ZAI Minutes of Settlement | 0.3 |
| 1/20/2011 | Review BNSF Certification of Counsel re CNA settlement | 0.1 |
| 1/20/2011 | Review Libby Claimants Certification of Counsel re CNA settlement | 0.2 |
| 1/21/2011 | Review Miscellaneous ECF Notices | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 1/22/2011 | Review Order Approving CNA settlement | 0.2 |
| 1/24/2011 | Prepare and file CNO for monthly fee application | 0.2 |
| 1/24/2011 | Email to client re Canadian ZAI amendment | 0.1 |
| 1/25/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 1/26/2011 | Prepare and file CNO for Judge Sanders' montly fee application | 0.2 |
| 1/26/2011 | Review CNOs for monthly fee applications for Canadian ZAI counsel | 0.1 |
| 1/27/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 1/28/2011 | Review Garlock's Notice of Service re 2019 motion | 0.1 |
| 1/28/2011 | Review Canadian ZAI counsels' monthly fee applications | 0.2 |
| 1/28/2011 | Review Law Firms' Response to Garlock 2019 Access Motion | 0.5 |
| 1/28/2011 | Review Report of 38th Quarter Asset Sales | 0.1 |
| 1/28/2011 | Review Report of 38th Quarter Settlements | 0.1 |
| 1/28/2011 | Review "Cancer" Lawfirms' Response to Garlock 2019 Access Motion | 0.5 |
| 1/31/2011 | Review CNO re Baer, Higgins Retention | 0.1 |
| 1/31/2011 | Review CNO re Massachusetts DEP settlement | 0.1 |
| 1/31/2011 | Review CNO re Advanced Refining Credit Agreement Amendment | 0.1 |
| 1/31/2011 | Review Memorandum Opinion Recommending Confirmation of Plan | 1.5 |
| 1/31/2011 | Review and Analysis of Findings of Fact and Conclusions of Law Re Recommendation of Confirmation of Plan | 2.5 |
| 1/31/2011 | Email to client re status | 0.1 |
| 1/31/2011 | Email to ZAI Class counsel re confirmation order | 0.3 |

1/31/2011     Review Canadian ZAI counsels' quarterly fee applications                     0.4

   Total:  25.8 hours @ $650/hour = $16,770.00

<u>Expenses</u>:   $1,247.19   (Detail on Exhibit 1)

   **<u>Total Fees and Expenses Due</u>:  $18,017.19**

EXPENSES FOR JANUARY 2011                                                                                                       EXHIBIT 1

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|---|---|---|
| 1/9/2011 | RT Coach Airfare | $779.40 |
| 1/9/2011 | Taxi | $46.70 |
| 1/9/2011 | Dinner | $34.91 |
| 1/10/2011 | Hotel | $295.26 |
| 1/10/2011 | Taxi | $48.00 |
| 1/10/2011 | Lunch | $12.61 |
| 1/10/2011 | Airport Parking | $30.31 |
|  | TOTAL EXPENSES | $1,247.19 |