**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139(JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **D.I. No. 26106** |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that BNSF Railway Company ("BNSF"), appeals under 28 U.S.C. § 158(a) from the Order Pursuant to Sections 105, 363, 1107, and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014, and 9019 of the Federal Rules of Bankruptcy Procedure Approving the Settlement Agreement Between W. R. Grace & Co. and the CNA Companies, as entered by the Bankruptcy Court in these Chapter 11 proceedings on January 22, 2011 (D.I. 26106).

The names of all parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

W.R. Grace & Co., *et al.*, Debtors and Debtors-In-Possession

| | |
|---|---|
| KIRKLAND & ELLIS LLP | PACHULSKI STANG ZIEHL & JONES LLP |
| Lisa G. Esayian | Laura Davis Jones |
| 300 N. LaSalle | James E. O'Neill |
| Chicago, Illinois 60654 | Kathleen P. Makowski |
| Tel.: (312) 862-2000 | Timothy P. Cairns |
| Fax: (312) 862-2200 | 919 North Market Street, 16th Floor |
| | P.O. Box 8705 |
| | Wilmington, Delaware 19899-8705 |
| | (Courier 19801) |
| | Tel.: (302) 652-4100 |
| | Fax: (302) 652-4400 |

BNSF Railway Company

PEPPER HAMILTON LLP
Henry J. Jaffe
1313 North Market Street
PO Box 1709
Wilmington, DE 19899
Tel.: (302) 777-6500
Fax: (302) 421-8390

PEPPER HAMILTON LLP
Edward C. Toole, Jr.
Linda J. Casey
3000 Two Logan Square
18$_{th}$ & Arch Streets
Philadelphia, PA 19103
Tel.: (215) 981-4000
Fax: (215) 981-4750

Libby Claimants

LANDIS RATH & COBB LLP
Adam G. Landis (DE No. 3407)
Kerri Mumford (DE No. 4186)
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19801
Tel.: (302) 467-4400

MURTHA CULLINA, LLP
Daniel C. Cohn
99 High Street, 20th Floor
Boston, MA 02110
Tel.: (617) 457-4000

The CNA Companies

FORD MARRIN ESPOSITO WITMEYER
& GLESER, L.L.P.
Elizabeth DeCristofaro
Wall Street Plaza, 23rd Floor
New York, New York 10005-1875
Tel.: (212) 269-4900
Fax: (212) 344-4294

ROSENTHAL, MONHAIT &
GODDESS, P.A.
Edward B. Rosenthal
P.O. Box 1070
Wilmington, Delaware 19899
Tel.: (302) 656-4433x6
Fax: (302) 658-7567

-and-

WILDMAN, HARROLD, ALLEN &
DIXON LLP
Jonathan W. Young
Jeff Chang
225 West Wacker Drive
Chicago, Illinois 60606-1229
Tel.: (312) 201-2662
Fax: (312) 416-4524

GOODWIN PROCTER LLP
Daniel M. Glosband
Exchange Place
Boston, Massachusetts 02109
Tel.: (617) 570-1000
Fax: (617) 523-1231

-and-

GOODWIN PROCTER LLP
Michael S. Giannotto
Frederick C. Schafrick
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel.: (202) 346-4000
Fax: (202) 346-4444

David T. Austern,
Asbestos PI Future Claimants' Representative

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips
1200 North Broom Street
Wilmington, DE 19806
Tel.: (302) 655-4200
Fax: (302) 655-4210

ORRICK, HERRINGTON &
SUTCLIFFE LLP
Roger Frankel
Richard H. Wyron
Debra L. Felder
1152 15th Street, NW
Washington, DC 20005
Tel.: (202) 339-8400
Fax: (202) 339-8500

Official Committee
of Asbestos Personal Injury Claimants

CAMPBELL & LEVINE, LLC
Mark T. Hurford
800 N. King Street, Suite 300
Wilmington, DE 19801
Tel.: (302) 426-1900
Fax: (302) 426-9947

CAPLIN & DRYSDALE,
CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Tel.: (212) 319-7125
Fax: (212) 644-6755

CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

Respectfully submitted,

Dated: February 1, 2011  PEPPER HAMILTON LLP
       Wilmington, Delaware

/s/ Henry J. Jaffe
Henry J. Jaffe (DE No. 2987)
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Of Counsel:  Wilmington, DE 19899-1709
(Courier No. 19801)
Edward C. Toole, Jr.  Telephone: (302) 777-6500
Linda J. Casey  Facsimile: (302) 421-8390
PEPPER HAMILTON LLP
3000 Two Logan Square  Counsel for BNSF Railway Company
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000
Fax: (215) 981-4750

Counsel for BNSF Railway Company