# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I, Henry J. Jaffe, do hereby certify that on February 1, 2011, I served the foregoing Notice of Appeal by causing copies thereof to be served via hand delivery and facsimile upon the entities on the service list attached hereto as **Exhibit A**. I further certify that on February 1, 2011, I served the Notice of Appeal by causing copies thereof to be served via first class mail, postage prepaid and facsimile upon the entities on the service list attached hereto as **Exhibit B**.

Dated: February 1, 2011
       Wilmington, Delaware

PEPPER HAMILTON LLP

/s/ Henry J. Jaffe
Henry J. Jaffe (DE No. 2987)
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(Courier No. 19801)
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

Counsel for BNSF Railway Company

Of Counsel:

Edward C. Toole, Jr.
Linda J. Casey
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000
Fax: (215) 981-4750

Counsel for BNSF Railway Company

#13793444 v1

# EXHIBIT A

| | |
|---|---|
| Debtors<br>c/o Laura Davis Jones, Esq.<br>James E. O'Neill, Esq.<br>Kathleen P. Makowski, Esq.<br>Timothy P. Cairns, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 16th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>(Courier 19801)<br>Fax: 302-652-4400 | David Klauder, Esq.<br>Office of the United States Trustee<br>844 King Street<br>Suite 2311<br>Wilmington, DE 19801<br>Fax: 302-573-6497 |
| Libby Claimants<br>c/o Adam G. Landis, Esq.<br>Kerri K. Mumford, Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>Fax: 302-467-4450 | The CNA Companies<br>c/o Edward B. Rosenthal, Esq.<br>Rosenthal, Monhait & Goddess, P.A.<br>P.O. Box 1070<br>Wilmington, Delaware 19899<br>Fax: 302-658-7567 |
| David T. Austern, Asbestos PI Future Claimants' Representative<br>c/o John C. Phillips, Jr., Esq.<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>Fax: 302-655-4210 | Official Committee<br>of Asbestos Personal Injury Claimants<br>c/o Mark T. Hurford, Esq.<br>Campbell & Levine, LLC<br>800 N. King Street, Suite 300<br>Wilmington, DE 19801<br>Fax: 302-426-9947 |
| Official Committee of Asbestos Property Damage Claimants<br>c/o Michael B. Joseph, Esq.<br>Ferry & Joseph, P.A.<br>824 Market Street, Suite 904<br>P.O. Box 1351<br>Wilmington, DE 19899<br>Fax: 302-575-1714 | Asbestos PD Future Claimants' Representative<br>c/o Karl Hill, Esq.<br>Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue, Suite 1500<br>P.O. Box 68<br>Wilmington, DE 19899<br>Fax: 302-888-0606 |

# EXHIBIT B

Debtors
c/o Lisa G. Esayian, Esq.
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654
Fax: 312-862-2200

Debtors
c/o Janet S. Baer, Esq.
The Law Offices of Janet S. Baer, P.C.
70 West Madison Street, Suite 2100
Chicago, IL 60602
Fax: 312-641-2165

Libby Claimants
c/o Daniel C. Cohn, Esq.
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110
Fax: 617-482-3868

The CNA Companies
c/o Elizabeth DeCristofaro, Esq.
Ford Marrin Esposito Witmeyer & Gleser, LLP
Wall Street Plaza, 23rd Floor
New York, New York 10005-1875
Fax: 212-344-4294

The CNA Companies
c/o Jonathan W. Young, Esq.
Jeff Chang, Esq.
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, Illinois 60606-1229
Fax: 312-416-4524

The CNA Companies
c/o Daniel M. Glosband, Esq.
Goodwin Procter LLP
Exchange Place
Boston, Massachusetts 02109
Fax: 617-523-1231

The CNA Companies
c/o Michael S. Giannotto, Esq.
Frederick C. Schafrick, Esq.
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Fax: 202-346-4444

David T. Austern, Asbestos PI Future
Claimants' Representative
c/o Richard H. Wyron, Esq.
Roger Frankel, Esq.
Debra L. Felder, Esq.
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005
Fax: 202-339-8500

Official Committee
of Asbestos Personal Injury Claimants
c/o Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Fax: 212-644-6755

Official Committee
of Asbestos Personal Injury Claimants
c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C. 20005
Fax: 202-429-3301

| | |
|---|---|
| Official Committee of Asbestos Property Damage Claimants<br>c/o Scott L. Baena, Esq.<br>Bilzin, Sumberg, Baena, Price & Axelrod<br>1450 Brickell Avenue, Suite 2300<br>Miami, FL 33131<br>Fax: 305-374-7593 | Asbestos PD Future Claimants' Representative<br>c/o Alan B. Rich, Esq.<br>Law Office of Alan B. Rich, Esq.<br>1201 Elm Street, Suite 4244<br>Dallas, TX 75270<br>Fax: 214-749-0325 |