**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
12/31/2010
ACCOUNT NO:      3000-02D
STATEMENT NO:            115

Asset Disposition

PREVIOUS BALANCE                                                                            $51.70

12/28/2010        Payment - Thank you.  (April, 2010 - 20% Fees)                             -7.20

BALANCE DUE                                                                                 $44.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington DE

|  | Page: 1 |
|---|---|
|  | 12/31/2010 |
| ACCOUNT NO: | 3000-03D |
| STATEMENT NO: | 102 |

Business Operations

| | PREVIOUS BALANCE | $2,880.00 |
|---|---|---|
| 12/01/2010 | Payment - Thank you. (September, 2010 - 80% Fees) | -1,065.60 |
| | BALANCE DUE | $1,814.40 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
12/31/2010
ACCOUNT NO:    3000-04D
STATEMENT NO:    115

Case Administration

PREVIOUS BALANCE                                                                            $1,125.97

| | | |
|---|---|---|
| 12/28/2010 | Payment - Thank you.  (April, 2010 - 20% Fees) | -58.10 |
| 12/28/2010 | Payment - Thank you.  (May, 2010 - 20% Fees) | -27.00 |
| | TOTAL PAYMENTS | -85.10 |
| | BALANCE DUE | $1,040.87 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 12/31/2010 |
| Wilmington  DE | ACCOUNT NO:    3000-05D |
|  | STATEMENT NO:    115 |

Claims Analysis Objection & Resolution (Asbestos)

|  |  |  |
|---|---|---|
| PREVIOUS BALANCE |  | $2,465.60 |

| | | |
|---|---|---|
| 12/28/2010 | Payment - Thank you.  (April, 2010 - 20% Fees) | -14.40 |
| 12/28/2010 | Payment - Thank you.  (May, 2010 - 20% Fees) | -36.00 |
| 12/28/2010 | Payment - Thank you.  (June, 2010 - 20% Fees) | -14.40 |
| | TOTAL PAYMENTS | -64.80 |
| | BALANCE DUE | $2,400.80 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
| W.R. Grace | Page: 1 |
| Wilmington DE | 12/31/2010 |
|  | ACCOUNT NO:  3000-06D |
|  | STATEMENT NO:  115 |

Claims Analysis Objection & Resol. (Non-Asbestos)

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $1,208.70 |

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 12/01/2010 | | | | |
| | MTH | Review correspondence from RH re information for presentation re Mass. Tax Claim settlement | 0.40 | 144.00 |
| 12/20/2010 | | | | |
| | MTH | Telephone conference with JB re Mass. Tax Motion and status conference with Court. | 0.20 | 72.00 |
| | MTH | Telephone conference with DF re Mass. Tax Claim Motion and status conference with the Court. | 0.20 | 72.00 |
| | MTH | Multiple correspondence to and from J Sinclair and representatives at Charter Oak re Mass. Tax Settlement Motion; reviewing Motion and draft Memo to Committee re same | 1.40 | 504.00 |
| | | FOR CURRENT SERVICES RENDERED | 2.20 | 792.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 2.20 | $360.00 | $792.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 792.00 |

| Date | Description | Amount |
|---|---|---|
| 12/01/2010 | Payment - Thank you. (September, 2010 - 80% Fees) | -201.60 |
| 12/28/2010 | Payment - Thank you.  (April, 2010 - 20% Fees) | -36.00 |
| 12/28/2010 | Payment - Thank you.  (May, 2010 - 20% Fees) | -428.60 |
| 12/28/2010 | Payment - Thank you.  (June, 2010 - 20% Fees) | -311.20 |
| | TOTAL PAYMENTS | -977.40 |

W.R. Grace

ACCOUNT NO:   3000-06D
STATEMENT NO:     115

Claims Analysis Objection & Resol. (Non-Asbestos)


BALANCE DUE                            $1,023.30


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
12/31/2010
ACCOUNT NO:   3000-07D
STATEMENT NO:   115

Committee, Creditors, Noteholders, Equity Holders

PREVIOUS BALANCE                                                                                    $16,838.74

|  |  | HOURS |  |
|---|---|---|---|
| **12/01/2010** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare and file 2019 of Cooney & Conway; e-mail confirmation of same | 0.30 | 30.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| **12/02/2010** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| **12/03/2010** | | | |
| MK | Review committee events calendar. | 0.10 | 13.50 |
| PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | 0.30 | 30.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| MTH | Prepare weekly recommendation memo and reviewing correspondence from SC to Committee re same | 0.50 | 180.00 |
| DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| **12/06/2010** | | | |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| MTH | Review daily memo | 0.10 | 36.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | | HOURS |  |
|---|---|---|---|---|
| **12/07/2010** | | | | |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| **12/08/2010** | | | | |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | MTH | Correspondence with MRE and PEM re status of Plan Confirmation; discussion with MRE re same | 0.30 | 108.00 |
| **12/09/2010** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| **12/10/2010** | | | | |
| | PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 41.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.50 | 50.00 |
| | DAC | Review counsel's weekly memo | 0.20 | 95.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| | MTH | Prepare weekly recommendation memo | 0.80 | 288.00 |
| | MTH | Review correspondence from SC to Committee re weekly recommendation memo | 0.10 | 36.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| **12/13/2010** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| **12/14/2010** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| | MTH | Telephone conference with Jeff Renebaum re status of case | 0.20 | 72.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

Page: 3
12/31/2010
ACCOUNT NO:        3000-07D
STATEMENT NO:           115

|  |  |  | HOURS |  |
|---|---|---|---|---|
| KH | Review daily memorandum re: fee issues | | 0.10 | 11.00 |
| MTH | Review daily memo | | 0.10 | 36.00 |
| **12/15/2010** | | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 20.00 |
| SMB | Prepare and file 2019 of Edward O'Moody; e-mail confirmation of same | | 0.30 | 30.00 |
| KH | Review daily memorandum re: fee issues | | 0.10 | 11.00 |
| MTH | Review daily memo | | 0.10 | 36.00 |
| **12/16/2010** | | | | |
| PEM | Review memo re: pleadings filed. | | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 20.00 |
| KH | Review daily memorandum re: fee issues | | 0.10 | 11.00 |
| MTH | Review daily memo | | 0.10 | 36.00 |
| **12/17/2010** | | | | |
| PEM | Review weekly recommendation memo re: pending motions and matters. | | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 20.00 |
| KH | Review daily memorandum re: fee issues | | 0.10 | 11.00 |
| MTH | Review daily memo | | 0.10 | 36.00 |
| MTH | Prepare weekly recommendation memo | | 0.50 | 180.00 |
| MTH | Review correspondence from SC to Committee re weekly recommendation memo | | 0.10 | 36.00 |
| DAC | Review counsel's weekly memorandum | | 0.20 | 95.00 |
| SMB | Prepare weekly recommendation memorandum | | 0.50 | 50.00 |
| **12/20/2010** | | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 20.00 |
| KH | Review daily memorandum re: fee issues | | 0.10 | 11.00 |
| MTH | Correspondence to and from PVNL re status conference with Court re Plan Confirmation; drafting Memo to Committee and correspondence to and from PVNL re same | | 0.50 | 180.00 |
| MTH | Review daily memo | | 0.10 | 36.00 |
| **12/21/2010** | | | | |
| MTH | Telephone conference with Joseph Brown re possible asbestos PI claim, ZAI claim | | 0.40 | 144.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 20.00 |
| KH | Review daily memorandum re: fee issues | | 0.10 | 11.00 |
| MTH | Review daily memo | | 0.10 | 36.00 |

Page: 4
12/31/2010
W.R. Grace

ACCOUNT NO:       3000-07D
STATEMENT NO:            115

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 12/22/2010 |  |  |  |  |
|  | PEM | Review memo from counsel re: Plan update. | 0.20 | 83.00 |
|  | MTH | Reviewing and revising memorandum to Committee re Plan status and correspondence to Committee re same | 0.30 | 108.00 |
|  | MTH | Review daily memo | 0.10 | 36.00 |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
|  | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| 12/23/2010 |  |  |  |  |
|  | DAC | Review Counsel's weekly memo | 0.20 | 95.00 |
|  | MTH | Review daily memo | 0.10 | 36.00 |
|  | MTH | Prepare weekly recommendation memo | 0.50 | 180.00 |
|  | MTH | Review correspondence from SB to Committee re weekly recommendation memo | 0.10 | 36.00 |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
|  | SMB | Prepare Flintkote Recommendation Memorandum | 0.20 | 20.00 |
|  | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| 12/28/2010 |  |  |  |  |
|  | MK | Review committee memorandum. | 0.20 | 27.00 |
|  | MK | Review committee events calendar and update attorney case calendar. | 0.10 | 13.50 |
|  | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
|  | MTH | Review correspondence from KLH re Committee communications | 0.10 | 36.00 |
|  | MTH | Review daily memo | 0.10 | 36.00 |
|  | KH | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.30 | 33.00 |
| 12/29/2010 |  |  |  |  |
|  | MTH | Review daily memo | 0.10 | 36.00 |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
|  | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
|  | KH | Review e-mail from MTH re: service list and update e-mail service list | 0.20 | 22.00 |
| 12/30/2010 |  |  |  |  |
|  | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
|  | MTH | Review daily memo | 0.10 | 36.00 |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
|  | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
|  |  | FOR CURRENT SERVICES RENDERED | 17.00 | 4,054.00 |

Page: 5

W.R. Grace

12/31/2010

ACCOUNT NO:      3000-07D
STATEMENT NO:         115

Committee, Creditors, Noteholders, Equity Holders

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.80 | $475.00 | $380.00 |
| Philip E. Milch | 1.20 | 415.00 | 498.00 |
| Michele Kennedy | 0.40 | 135.00 | 54.00 |
| Santae M. Boyd | 5.90 | 100.00 | 590.00 |
| Mark T. Hurford | 6.30 | 360.00 | 2,268.00 |
| Katherine Hemming | 2.40 | 110.00 | 264.00 |

TOTAL CURRENT WORK                                                        4,054.00

| 12/01/2010 | Payment - Thank you. (September, 2010 - 80% Fees) | -3,266.40 |
| 12/28/2010 | Payment - Thank you.  (April, 2010 - 20% Fees) | -1,297.40 |
| 12/28/2010 | Payment - Thank you.  (May, 2010 - 20% Fees) | -837.40 |
| 12/28/2010 | Payment - Thank you.  (June, 2010 - 20% Fees) | -891.70 |
| | TOTAL PAYMENTS | -6,292.90 |
| | BALANCE DUE | $14,599.84 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
12/31/2010
ACCOUNT NO:    3000-08D
STATEMENT NO:    114

Employee Benefits/Pension

| | | |
|---|---|---|
| PREVIOUS BALANCE | | -$373.90 |
| 12/28/2010 | Payment - Thank you.  (June, 2010 - 20% Fees) | -446.40 |
| CREDIT BALANCE | | -$820.30 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
12/31/2010
ACCOUNT NO:  3000-09D
STATEMENT NO:  54

Employee Applications, Applicant

|  |  |  |
|---|---|---|
| | PREVIOUS BALANCE | $4.00 |
| 12/28/2010 | Payment - Thank you.  (June, 2010 - 20% Fees) | -4.00 |
| | BALANCE DUE | $0.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 12/31/2010 |
| Wilmington DE | ACCOUNT NO:    3000-10D |
| | STATEMENT NO:         115 |

Employment Applications, Others

| | | | | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $787.50 |
| | | | HOURS | |
| 12/16/2010 | | | | |
| MTH | Calls to and from M. Kramer re hearing events | | 0.20 | 72.00 |
| | FOR CURRENT SERVICES RENDERED | | 0.20 | 72.00 |

| RECAPITULATION | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
| Mark T. Hurford | 0.20 | $360.00 | $72.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 72.00 |

| | | |
|---|---|---|
| 12/01/2010 | Payment - Thank you. (September, 2010 - 80% Fees) | -57.60 |

| | |
|---|---|
| BALANCE DUE | $801.90 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

|  | Page: 1 |
|---|---|
|  | 12/31/2010 |
| ACCOUNT NO: | 3000-11D |
| STATEMENT NO: | 113 |

Expenses

| | PREVIOUS BALANCE | $4,123.09 |
|---|---|---|
| 12/01/2010 | Printing - November | 67.40 |
| 12/01/2010 | Scanning - November | 4.20 |
| 12/01/2010 | Verizon Long Distance Phone Calls for November, 2010 | 2.26 |
| 12/01/2010 | Pacer Charges for the Month of November | 16.08 |
| 12/03/2010 | Tri State - hand delivery - from Digital Legal re: | 72.00 |
| 12/08/2010 | Tri State - hand delivery - from Digital Legal (11/15/10) | 72.00 |
| 12/08/2010 | Tri State - hand delivery - from Digital Legal to Phillips Goldman Spence(11/16/10) | 17.40 |
| 12/08/2010 | Postage - July to September Certificates of No Objection | 30.58 |
| | TOTAL EXPENSES | 281.92 |
| | TOTAL CURRENT WORK | 281.92 |
| 12/01/2010 | Payment - Thank you. (September, 2010 - 100% Expenses) | -785.81 |
| | BALANCE DUE | $3,619.20 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington DE

Page: 1
12/31/2010
ACCOUNT NO:      3000-12D
STATEMENT NO:          113

Fee Applications, Applicant

|  |  |  |  |
|---|---|---|---|
| PREVIOUS BALANCE |  |  | $3,753.60 |

| Date | | | HOURS | |
|---|---|---|---|---|
| **12/02/2010** | | | | |
| PEM | Review November prebill for Pgh time. | | 0.20 | 83.00 |
| **12/03/2010** | | | | |
| KH | Prepare Excel spreadsheet re: C&L October bill re: professional hours v. project categories | | 0.40 | 44.00 |
| KH | Review e-mail from DS re: October bill(.1); Prepare C&L October fee application(.5); Finalize and e-file application(.3) | | 0.90 | 99.00 |
| **12/08/2010** | | | | |
| KH | Review case docket for objections to C&L Interim Application(.1); Prepare CNO(.2); Finalize and e-file CNO(.2) | | 0.50 | 55.00 |
| MTH | Reviewing docket and signing CNO for C&L | | 0.10 | 36.00 |
| **12/14/2010** | | | | |
| MTH | Reviewing pre bill | | 0.50 | 180.00 |
| | FOR CURRENT SERVICES RENDERED | | 2.60 | 497.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.20 | $415.00 | $83.00 |
| Mark T. Hurford | 0.60 | 360.00 | 216.00 |
| Katherine Hemming | 1.80 | 110.00 | 198.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 497.00 |

| | | |
|---|---|---|
| 12/01/2010 | Payment - Thank you. (September, 2010 - 80% Fees) | -371.20 |

W.R. Grace

Page: 2
12/31/2010
ACCOUNT NO:      3000-12D
STATEMENT NO:         113

Fee Applications, Applicant

| | | |
|---|---|---|
| 12/28/2010 | Payment - Thank you.  (April, 2010 - 20% Fees) | -173.20 |
| 12/28/2010 | Payment - Thank you.  (May, 2010 - 20% Fees) | -163.80 |
| 12/28/2010 | Payment - Thank you.  (June, 2010 - 20% Fees) | -220.20 |
| | TOTAL PAYMENTS | -928.40 |
| | BALANCE DUE | $3,322.20 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
12/31/2010
ACCOUNT NO:      3000-13D
STATEMENT NO:          100

Fee Applications, Others

| | PREVIOUS BALANCE | | $14,083.30 |
|---|---|---|---|

| | | HOURS | |
|---|---|---|---|
| 12/01/2010 | | | |
| MTH | Reviewing correspondence from D.M. re Capstone fee application | 0.10 | 36.00 |
| MTH | Review correspondence from TB re Kramer and Saul fee applications | 0.10 | 36.00 |
| 12/02/2010 | | | |
| KH | Review October fee application of Foley Hoag(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review August fee application of Capstone Advisory Group(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review September fee application of Capstone Advisory Group(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review September fee application of Casner & Edwards(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October fee application of Lincoln Partners Advisors(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October fee application of Orrick Herrington(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October fee application of Janet Baer(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October fee application of Duane Morris(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October fee application of Ferry Joseph(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October fee application of Stroock(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review November fee application of Alan B. Rich(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October fee application of Saul Ewing(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October fee application of Kramer Levin(.1); Update Grace | | |

W.R. Grace

ACCOUNT NO:     3000-13D
STATEMENT NO:          100

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| | Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October fee application of Hon Alexander Sanders(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October fee application of Reed Smith(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October fee application of Kirkland & Ellis(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October fee application of Kaye Scholer(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October fee application of Bilzin Sumberg(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| MTH | Review correspondence from Le re K&E fee application | 0.10 | 36.00 |
| **12/03/2010** | | | |
| KH | Review e-mail from A. Pelton re: October bill(.1); Prepare AKO October fee application(.5); Finalize and e-file application(.3) | 0.90 | 99.00 |
| KH | Review e-mail from B. Lindsay re: October bill(.1); Prepare Charter Oak October fee application(.5); Finalize and e-file application(.3) | 0.90 | 99.00 |
| KH | Review e-mail from E. Benetos re: October fee application(.1); Update C&D October fee application(.3); Finalize and e-file application(.3) | 0.70 | 77.00 |
| KH | E-mail as filed fee applications to R. Finke | 0.10 | 11.00 |
| KH | Review August fee application of Pachulski Stang(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July-September Interim fee application of Kramer Levin(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July-September Interim fee application of Saul Ewing(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July-September Interim fee application of Woodcock Washburn(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July-September Interim fee application of Casner & Edwards(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July-September Interim fee application of Kirkland & Ellis(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July-September Interim fee application of Capstone Advisory Group(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review November-June Interim fee application of Deloitte Tax(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| MTH | Review correspondence from KEH re fee application for Lauzon | 0.10 | 36.00 |
| MTH | Review correspondence from KEH re Scarfone fee application | 0.10 | 36.00 |
| MTH | Review correspondence from JON re draft order re interims and correspondence to KLH re same | 0.20 | 72.00 |
| **12/07/2010** | | | |
| MTH | Review correspondence from PB re Oglivy fee application | 0.10 | 36.00 |

Page: 3

W.R. Grace                                                    12/31/2010
                                          ACCOUNT NO:        3000-13D
                                          STATEMENT NO:      100

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **12/08/2010** |  |  |  |  |
| KH | Review COC re: Order Approving 37th Interim Fee Applications and e-mail MTH re: the same |  | 0.30 | 33.00 |
| KH | Review case docket for objections to C&D Interim Application(.1); Prepare CNO(.2); Finalize and e-file CNO(.2) |  | 0.50 | 55.00 |
| KH | Review case docket for objections to AKO Interim Application(.1); Prepare CNO(.2); Finalize and e-file CNO(.2) |  | 0.50 | 55.00 |
| KH | Review case docket for objections to Charter Oak Interim Application(.1); Prepare CNO(.2); Finalize and e-file CNO(.2) |  | 0.50 | 55.00 |
| MTH | Reviewing COC re proposed fee order and correspondence to and from KLH re same |  | 0.20 | 72.00 |
| **12/10/2010** |  |  |  |  |
| KH | Review October fee application of Scarfone Hawkins(.1); Update Grace Weekly Recommendation Memo(.1) |  | 0.20 | 22.00 |
| KH | Review October fee application of Lauzon Belanger(.1); Update Grace Weekly Recommendation Memo(.1) |  | 0.20 | 22.00 |
| KH | Review October fee application of The Hogan Firm(.1); Update Grace Weekly Recommendation Memo(.1) |  | 0.20 | 22.00 |
| KH | Review October fee application of Ogilvy Renault(.1); Update Grace Weekly Recommendation Memo(.1) |  | 0.20 | 22.00 |
| KH | Review Order Approving Quarterly Fee Applications for the Thirty-Seventh Period |  | 0.20 | 22.00 |
| MTH | Review correspondence from DKW re Day Pitney fee application |  | 0.10 | 36.00 |
| MTH | Review correspondence from YS re PWC fee application |  | 0.10 | 36.00 |
| **12/13/2010** |  |  |  |  |
| KH | Review Renewed Motion for Order Approving Outstanding Fraud Conveyance Fees and meet with MTH re: the same |  | 0.50 | 55.00 |
| MTH | Review correspondence from PB re Blackstone fee application |  | 0.10 | 36.00 |
| MTH | Review correspondence from TB re Saul Ewing CNO |  | 0.10 | 36.00 |
| **12/14/2010** |  |  |  |  |
| MTH | Review correspondence from DP re KayeSholer fee application |  | 0.10 | 36.00 |
| **12/16/2010** |  |  |  |  |
| MTH | Review correspondence from PC re service of Plan Modification |  | 0.10 | 36.00 |
| **12/17/2010** |  |  |  |  |
| KH | Review October fee application of Day Pitney(.1); Update Grace Weekly Recommendation Memo(.1) |  | 0.20 | 22.00 |
| KH | Review November fee application of Warren Smith(.1); Update Grace Weekly Recommendation Memo(.1) |  | 0.20 | 22.00 |
| KH | Review October fee application of Blackstone Advisory(.1); Update Grace Weekly Recommendation Memo(.1) |  | 0.20 | 22.00 |
| KH | Review November fee application of Kaye Scholer(.1); Update Grace |  |  |  |

Page: 4

W.R. Grace

12/31/2010

ACCOUNT NO:     3000-13D
STATEMENT NO:        100

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July-September Interim fee application of Pachulski Stang(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| MTH | Review correspondence from PB re Woodcock fee application | 0.10 | 36.00 |
| MTH | Review correspondence from DF re CNO's entered for Orrick and Lincoln | 0.10 | 36.00 |
| **12/21/2010** |  |  |  |
| MTH | Review correspondence from DKW re Beveridge fee application | 0.10 | 36.00 |
| MTH | Review correspondence from YS re PWC fee application | 0.10 | 36.00 |
| **12/23/2010** |  |  |  |
| KH | Review October fee application of Woodcock Washburn(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July-September Interim fee application of Beveridge & Diamond(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October fee application of Beveridge & Diamond(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October fee application of PwC(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| MTH | Review correspondence from T. Buck re CNO for Kramer Levin | 0.10 | 36.00 |
| **12/28/2010** |  |  |  |
| MTH | Review correspondence from MS re Casner fee application | 0.10 | 36.00 |
| MTH | Review correspondence from Daily memo re Stroock fee application | 0.10 | 36.00 |
| **12/29/2010** |  |  |  |
| MTH | Review correspondence from DP re fee application of Foley Hoag | 0.10 | 36.00 |
| MTH | Review correspondence from J. Lord re fee application of Reed Smith | 0.10 | 36.00 |
| KH | Update Committee Fee and Expense Tracking Chart | 0.30 | 33.00 |
| **12/30/2010** |  |  |  |
| MTH | Review correspondence from DKW re three fee applications | 0.10 | 36.00 |
|  | FOR CURRENT SERVICES RENDERED | 15.80 | 2,388.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 2.60 | $360.00 | $936.00 |
| Katherine Hemming | 13.20 | 110.00 | 1,452.00 |

TOTAL CURRENT WORK                                                                 2,388.00

12/01/2010       Payment - Thank you. (September, 2010 - 80% Fees)                          -3,757.60

Page: 5

W.R. Grace                                                                  12/31/2010
                                                      ACCOUNT NO:       3000-13D
                                                      STATEMENT NO:          100

Fee Applications, Others


| 12/28/2010 | Payment - Thank you.  (April, 2010 - 20% Fees) | -507.40 |
| 12/28/2010 | Payment - Thank you.  (May, 2010 - 20% Fees) | -847.60 |
| 12/28/2010 | Payment - Thank you.  (June, 2010 - 20% Fees) | -840.20 |
| | TOTAL PAYMENTS | -5,952.80 |
| | BALANCE DUE | $10,518.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 12/31/2010 |
| Wilmington DE | ACCOUNT NO: 3000-15D |
|  | STATEMENT NO: 115 |

Hearings

|  |  | HOURS |  |
|---|---|---|---|
| PREVIOUS BALANCE |  |  | $5,896.05 |
| **12/09/2010** |  |  |  |
| MTH | Correspondence and communications re hearing, begin hearing preparations | 0.20 | 72.00 |
| **12/10/2010** |  |  |  |
| KH | Review Amended Agenda for 12/13 and meet with MTH re: the same | 0.30 | 33.00 |
| MTH | Correspondence re Amended Agenda | 0.10 | 36.00 |
| **12/13/2010** |  |  |  |
| MTH | Preparing for and attending hearing | 1.00 | 360.00 |
| **12/17/2010** |  |  |  |
| MTH | Review correspondence from SC to counsel re change in hearing location, reviewing order re same | 0.10 | 36.00 |
| **12/20/2010** |  |  |  |
| MTH | Status conference with the Court re Plan confirmation | 0.50 | 180.00 |
| FOR CURRENT SERVICES RENDERED |  | 2.20 | 717.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.90 | $360.00 | $684.00 |
| Katherine Hemming | 0.30 | 110.00 | 33.00 |

| TOTAL CURRENT WORK |  | 717.00 |
|---|---|---|
| 12/01/2010 | Payment - Thank you. (September, 2010 - 80% Fees) | -731.20 |

Page: 2
12/31/2010

W.R. Grace

ACCOUNT NO:     3000-15D
STATEMENT NO:          115

Hearings

| 12/28/2010 | Payment - Thank you.  (April, 2010 - 20% Fees) | -321.60 |
| 12/28/2010 | Payment - Thank you.  (May, 2010 - 20% Fees) | -72.00 |
| 12/28/2010 | Payment - Thank you.  (June, 2010 - 20% Fees) | -192.00 |
| | TOTAL PAYMENTS | -1,316.80 |
| | BALANCE DUE | $5,296.25 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 12/31/2010 |
| Wilmington  DE | ACCOUNT NO:    3000-16D |
| | STATEMENT NO:        100 |

Litigation and Litigation Consulting

| | | |
|---|---|---|
| PREVIOUS BALANCE | | -$2,565.00 |
| 12/28/2010 | Payment - Thank you.  (June, 2010 - 20% Fees) | -21.60 |
| CREDIT BALANCE | | -$2,586.60 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
12/31/2010
ACCOUNT NO:     3000-17D
STATEMENT NO:          100

Plan and Disclosure Statement

| | | | HOURS | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $2,881.20 |
| **12/07/2010** | | | | |
| | MTH | Reviewing Order entered re issues to be addressed the Plan confirmation and correspondence to and from PVNL re same | 0.40 | 144.00 |
| | MTH | Reviewing correspondence from D. Felder re revised Plan documents | 0.50 | 180.00 |
| | MTH | Review correspondence from CA re RFP directed to Debtors and CNA re Settlement Motion | 0.20 | 72.00 |
| **12/08/2010** | | | | |
| | MTH | Reviewing revised Plan documents and correspondence to and from various counsel re same | 0.50 | 180.00 |
| | MTH | Telephone conference with PVNL re revised Plan documents | 0.10 | 36.00 |
| | MTH | Telephone conference with JON re revised Plan documents | 0.10 | 36.00 |
| **12/14/2010** | | | | |
| | MTH | Discussion with MRE re status of Plan Confirmation | 0.30 | 108.00 |
| **12/16/2010** | | | | |
| | MTH | Multiple correspondence to and from BT and PVNL re Plan confirmation status | 0.20 | 72.00 |
| | MTH | Reviewing correspondence from JON re Plan modifications and COC re same; and responses to same; reviewing correspondence from PVNL re same; reviewing documents re sign-off of same | 0.30 | 108.00 |
| **12/20/2010** | | | | |
| | MTH | Review correspondence from J. Baer re status conference with Court; additional correspondence re same | 0.20 | 72.00 |
| | MTH | Correspondence to and from PVNL re 6th Amendment to Plan | 0.10 | 36.00 |
| **12/21/2010** | | | | |
| | MTH | Review correspondence from DF re possible plan revisions | 0.20 | 72.00 |

Page: 2

W.R. Grace                12/31/2010

ACCOUNT NO:    3000-17D
STATEMENT NO:    100

Plan and Disclosure Statement

| | | HOURS | |
|---|---|---|---|
| **12/22/2010** | | | |
| MTH | Telephone conference with MS re status conference with Court | 0.20 | 72.00 |
| MTH | Review correspondence from JON re COC re section 3.1.9 | 0.30 | 108.00 |
| **12/23/2010** | | | |
| DAC | Review memo about hearing and plan confirmation status;  Discuss | 0.20 | 95.00 |
| MTH | Various correspondence re COC re Plan Amendment re 3.1.9 and telephone discussion with J. O'Neill re same | 0.30 | 108.00 |
| MTH | Review correspondence from LO re COC re amendment to Plan section 3.1.9 | 0.10 | 36.00 |
| **12/29/2010** | | | |
| MTH | Review correspondence from JB and PVNL re letter agreement re Canadian minutes of settlement | 0.20 | 72.00 |
| | FOR CURRENT SERVICES RENDERED | 4.40 | 1,607.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.20 | $475.00 | $95.00 |
| Mark T. Hurford | 4.20 | 360.00 | 1,512.00 |

TOTAL CURRENT WORK           1,607.00

| | | |
|---|---|---|
| 12/01/2010 | Payment - Thank you. (September, 2010 - 80% Fees) | -264.80 |
| 12/28/2010 | Payment - Thank you.  (April, 2010 - 20% Fees) | -465.00 |
| 12/28/2010 | Payment - Thank you.  (May, 2010 - 20% Fees) | -223.20 |
| 12/28/2010 | Payment - Thank you.  (June, 2010 - 20% Fees) | -424.80 |
| | TOTAL PAYMENTS | -1,377.80 |
| | BALANCE DUE | $3,110.40 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
12/31/2010
ACCOUNT NO:    3000-18D
STATEMENT NO:    100

Relief from Stay Proceedings

| | | |
|---|---|---|
| PREVIOUS BALANCE | | -$250.50 |
| 12/28/2010 | Payment - Thank you.  (May, 2010 - 20% Fees) | -7.20 |
| CREDIT BALANCE | | -$257.70 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                      12/31/2010
Wilmington  DE                                        ACCOUNT NO:        3000-20D
                                                      STATEMENT NO:               99

Tax Litigation


PREVIOUS BALANCE                                                        $468.80

BALANCE DUE                                                             $468.80


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 12/31/2010 |
| Wilmington  DE | ACCOUNT NO:     3000-21D |
|  | STATEMENT NO:              91 |

Travel-Non-Working

| | |
|---|---|
| PREVIOUS BALANCE | -$4.00 |
| CREDIT BALANCE | -$4.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
12/31/2010

ACCOUNT NO:    3000-22D
STATEMENT NO:    104

Valuation

| | |
|---|---|
| PREVIOUS BALANCE | $1,185.00 |
| BALANCE DUE | $1,185.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 12/31/2010 |
| Wilmington DE | ACCOUNT NO:  3000-23D |
| | STATEMENT NO:  104 |

ZAI Science Trial

PREVIOUS BALANCE                                                        $1,203.30

BALANCE DUE                                                              $1,203.30

Any payments received after the statement date will be
applied to next month's statement. Please note your
account number on your payment. Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
12/31/2010

ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-02 Asset Disposition | | | | | |
| 51.70 | 0.00 | 0.00 | 0.00 | -7.20 | $44.50 |
| 3000-03 Business Operations | | | | | |
| 2,880.00 | 0.00 | 0.00 | 0.00 | -1,065.60 | $1,814.40 |
| 3000-04 Case Administration | | | | | |
| 1,125.97 | 0.00 | 0.00 | 0.00 | -85.10 | $1,040.87 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,465.60 | 0.00 | 0.00 | 0.00 | -64.80 | $2,400.80 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 1,208.70 | 792.00 | 0.00 | 0.00 | -977.40 | $1,023.30 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 16,838.74 | 4,054.00 | 0.00 | 0.00 | -6,292.90 | $14,599.84 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -373.90 | 0.00 | 0.00 | 0.00 | -446.40 | -$820.30 |
| 3000-09 Employee Applications, Applicant | | | | | |
| 4.00 | 0.00 | 0.00 | 0.00 | -4.00 | $0.00 |
| 3000-10 Employment Applications, Others | | | | | |
| 787.50 | 72.00 | 0.00 | 0.00 | -57.60 | $801.90 |
| 3000-11 Expenses | | | | | |
| 4,123.09 | 0.00 | 281.92 | 0.00 | -785.81 | $3,619.20 |

Page: 2
12/31/2010
W.R. Grace

ACCOUNT NO:       3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-12 Fee Applications, Applicant | | | | | |
| 3,753.60 | 497.00 | 0.00 | 0.00 | -928.40 | $3,322.20 |
| 3000-13 Fee Applications, Others | | | | | |
| 14,083.30 | 2,388.00 | 0.00 | 0.00 | -5,952.80 | $10,518.50 |
| 3000-15 Hearings | | | | | |
| 5,896.05 | 717.00 | 0.00 | 0.00 | -1,316.80 | $5,296.25 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -2,565.00 | 0.00 | 0.00 | 0.00 | -21.60 | -$2,586.60 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 2,881.20 | 1,607.00 | 0.00 | 0.00 | -1,377.80 | $3,110.40 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -250.50 | 0.00 | 0.00 | 0.00 | -7.20 | -$257.70 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| -4.00 | 0.00 | 0.00 | 0.00 | 0.00 | -$4.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 55,763.15 | 10,127.00 | 281.92 | 0.00 | -19,391.41 | $46,780.66 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.