Date: 01/24/11           Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                              HOURS/RATE      AMOUNT
------------------------------------------------------------------------
07/08/10   Relles   / (07) Committee, Creditors'        0.4         190.00
#4901      Respond to Garbowski query re: datasets sent to   475.00
           insurers

07/29/10   Relles   / (07) Committee, Creditors'        0.3         142.50
#4902      Correspondence with Garbowski re: insurer query   475.00
           about original Grace data

09/03/10   Peterson / (07) Committee, Creditors'        1.2         960.00
#4701      Conference call Horkovich and McMillan re: timing of   800.00
           trust payments, and preparation

12/28/10   Peterson / (07) Committee, Creditors'        0.3         240.00
#4705      Send memo to Inselbuch and Horkovich re: trust   800.00
           timing to pay

12/28/10   Relles   / (07) Committee, Creditors'        0.4         190.00
#4904      Finalize analysis for Horkovich              475.00

12/30/10   Peterson / (07) Committee, Creditors'        0.5         400.00
#4706      Telephone Horkovich re: timing of trust payments   800.00

Date: 01/24/11          Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 2

                    W. R. Grace

```
Date/Slip# Description                                        HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
12/20/10   Peterson  / (28) Data Analysis                           0.4     320.00
#4702      Telephone Relles re: timing from receipt to payment    800.00
           by trusts

12/20/10   Peterson  / (28) Data Analysis                           1.2     960.00
#4703      Review data on trust timing of payments               800.00

12/20/10   Relles    / (28) Data Analysis                           1.9     902.50
#4903      Determine timing from receipt to payment by the       475.00
           trusts (1.5); telephone Peterson (0.4) re: same

12/28/10   Peterson  / (28) Data Analysis                           0.6     480.00
#4704      Telephone Relles to discuss trends in time to pay     800.00
           trust claims

12/28/10   Relles    / (28) Data Analysis                           0.6     285.00
#4905      Telephone Peterson to discuss trends in time to pay   475.00
           trust claims
------------------------------------------------------------------------------
```

```
Date: 01/24/11            Legal Analysis Systems, Inc.
Time: 8:00am                                                       Page 3

                W. R. Grace

          Summary Of Time Charges, By Month and Activity
                  July 2010 - December 2010

  MONTH        ACTIVITY                                 HOURS    AMOUNT
  ----------------------------------------------------------------------
  July       - (07) Committee, Creditors'                 0.7     332.50
  July       - (99) Total                                 0.7     332.50

  September  - (07) Committee, Creditors'                 1.2     960.00
  September  - (99) Total                                 1.2     960.00

  December   - (07) Committee, Creditors'                 1.2     830.00
  December   - (28) Data Analysis                         4.7    2947.50
  December   - (99) Total                                 5.9    3777.50

  Total      - (07) Committee, Creditors'                 3.1    2122.50
  Total      - (28) Data Analysis                         4.7    2947.50
  Total      - (99) Total                                 7.8    5070.00

--------------------------------------------------------------------------
```

```
Date: 01/24/11              Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 4

                 W. R. Grace

           Summary Of Time Charges, By Month and Person
                     July 2010 - December 2010

  MONTH        PERSON                                    HOURS      AMOUNT
  ---------------------------------------------------------------
  July       - Relles                                      0.7      332.50
  July       - Total                                       0.7      332.50

  September  - Peterson                                    1.2      960.00
  September  - Total                                       1.2      960.00

  December   - Relles                                      2.9     1377.50
  December   - Peterson                                    3.0     2400.00
  December   - Total                                       5.9     3777.50

  Total      - Relles                                      3.6     1710.00
  Total      - Peterson                                    4.2     3360.00
  Total      - Total                                       7.8     5070.00

  --------------------------------------------------------------------------
```

```
Date: 01/24/11            Legal Analysis Systems, Inc.
Time: 8:00am                                                        Page 5

                 W. R. Grace

        Summary Of Time Charges, By Activity, Month, and Person
                    July 2010 - December 2010

MONTH         PERSON                           HOURS    RATE    AMOUNT
----------------------------------------------------------------------

(07) Committee, Creditors'

July      - Relles                              0.7    475.     332.50
September - Peterson                            1.2    800.     960.00
December  - Relles                              0.4    475.     190.00
December  - Peterson                            0.8    800.     640.00

(28) Data Analysis

December  - Relles                              2.5    475.    1187.50
December  - Peterson                            2.2    800.    1760.00

----------------------------------------------------------------------
```