## EXHIBIT A

**Case Administration (1.40 Hours; $ 1,046.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .90 | $860 | 774.00 |
| Rita C. Tobin | .50 | $545 | 272.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/03/10 | PVL | 860.00 | 0.10 | Review 5 misc filings. |
| 12/06/10 | PVL | 860.00 | 0.30 | Review 12 misc filings (.2); review 10/10 MOR and RE sales notice (.1). |
| 12/07/10 | PVL | 860.00 | 0.10 | Review 4 misc filings. |
| 12/10/10 | PVL | 860.00 | 0.10 | Review 5 misc filings. |
| 12/12/10 | PVL | 860.00 | 0.10 | Review amended agenda. |
| 12/13/10 | PVL | 860.00 | 0.10 | Review 5 misc filings. |
| 12/17/10 | RCT | 545.00 | 0.20 | Review local counsel records and dockets re weekly updates (0.2) |
| 12/17/10 | RCT | 545.00 | 0.30 | Review exhibits (0.3) |
| 12/21/10 | PVL | 860.00 | 0.10 | Review 4 miscellaneous filings. |

**Total Task Code .04       1.40**

**Claim Analysis Objection & Resolution (Non-Asbestos) (.10 Hours; $ 86.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $860 | 86.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/10/10 | PVL | 860.00 | 0.10 | Review Mass tax settlement motion. |

**Total Task Code .06**         .10


**Committee, Creditors', Noteholders' or Equity Holders' (.10 Hours; $ 86.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $860 | 86.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/22/10 | PVL | 860.00 | 0.10 | Review e-mail and reply. |


**Total Task Code .07**         .10


**Fee Applications, Applicant (4.20 Hours; $ 1,686.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 2.40 | $545 | 1,308.00 |
| Eugenia Benetos | 1.80 | $210 | 378.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/03/10 | RCT | 545.00 | 0.10 | Emails to EB re fee order (0.1) |
| 12/08/10 | EB | 210.00 | 0.60 | Update fee application and create memo to EI, JR, and myself re: check breakdown. |
| 12/14/10 | RCT | 545.00 | 1.00 | Address fee issues (1.0) |
| 12/16/10 | RCT | 545.00 | 0.30 | Review prebills (0.3) |
| 12/22/10 | RCT | 545.00 | 1.00 | Review monthly fee app (1.0) |
| 12/22/10 | EB | 210.00 | 1.20 | Work on monthly fee application. |


**Total Task Code .12**         4.20

**Fee Applications, Others (1.10 Hours; $ 561.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Jeffrey A. Liesemer | 1.10 | $510 | 561.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/30/10 | JAL | 510.00 | 0.60 | Review of materials relating to reimbursement of discovery costs. |
| 12/30/10 | JAL | 510.00 | 0.50 | Drafted and revised email to A. Joynt re reimbursement of discovery costs. |

**Total Task Code .13     1.10**


**Plan & Disclosure Statement (19.10 Hours; $ 16,029.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 17.70 | $860 | 15,222.00 |
| Ann C. McMillan | 1.10 | $595 | 654.50 |
| Jeffrey A. Liesemer | .30 | $510 | 153.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/01/10 | PVL | 860.00 | 0.10 | Review e-mail and reply. |
| 12/06/10 | PVL | 860.00 | 0.10 | Review e-mail and revised POR Exh. 21. |
| 12/07/10 | PVL | 860.00 | 0.90 | Review Judge Fitzgerald order and e-mail co-counsel re same (.2); review Libby Cls RFPs to Grace and CNA (.2); review e-mail and reply (.2); teleconference Donley, Paul and Freedman (.3). |
| 12/08/10 | PVL | 860.00 | 0.10 | Teleconference Hurford. |
| 12/09/10 | PVL | 860.00 | 0.30 | Review e-mail and reply (.1); review notice of POR revs (.1); teleconference Klein (.1). |
| 12/10/10 | PVL | 860.00 | 0.70 | Teleconference Donley, Baer, Paul, Boll and Frankel (.6); prep for 12/13 hearing (.1). |
| 12/13/10 | PVL | 860.00 | 1.80 | Attend hearing (1.6); confer Freedman (.2). |
| 12/14/10 | PVL | 860.00 | 0.30 | Confer Finch. |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 12/16/10 | PVL | 860.00 | 0.10 | Review notice of 6th POR mod. |
| 12/16/10 | JAL | 510.00 | 0.20 | Review and analysis of sixth modification to proposed plan. |
| 12/17/10 | PVL | 860.00 | 1.30 | Teleconference Wisler (.7); teleconference Wyron (.6). |
| 12/20/10 | PVL | 860.00 | 1.10 | Teleconference Cooney (.3); teleconference Wisler (.3); teleconference Judge Fitzgerald et al (.4); review e-mail and reply (.1). |
| 12/21/10 | PVL | 860.00 | 1.60 | Teleconference Wyron, Mehaley, Esayian, Glosband, DeChristoforo et al (1.1); review draft BNSF obj. to CNA agmt (.3); review draft 7th POR mod and e-mail Boll and Donley re same (.2). |
| 12/22/10 | JAL | 510.00 | 0.10 | Review of memo from M. Hurford re confirmation issues. |
| 12/23/10 | PVL | 860.00 | 0.60 | Review 7th POR mod (.1); review BNSF obj to CNA agmt (.5). |
| 12/24/10 | PVL | 860.00 | 0.90 | Review Libby Cls obj to CNA settlement. |
| 12/27/10 | PVL | 860.00 | 2.10 | Review e-mail and reply (.1); teleconference Donley (.2); review Libby Cls obj to CNA agmt (.3); teleconference Donley, Esayian, Freedman, Paul and Wyron (1.5). |
| 12/28/10 | PVL | 860.00 | 1.90 | Teleconference Giannotto, Glosband, DeChristoforo, Donley, Esayian and Wyron (1.6); review Esayian e-mail and reply (.3). |
| 12/29/10 | PVL | 860.00 | 0.30 | Review Baer letter to Hogan and e-mail Baer re same. |
| 12/29/10 | ACM | 595.00 | 1.10 | Review M. Peterson materials re insurance valuation. |
| 12/30/10 | PVL | 860.00 | 2.40 | Review e-mail (.1); review drafts of CNA reply to Libby and BNSF briefs and e-mail comments (1.8); review draft of Grace reply to BNSF and Libby briefs and e-mail comments (.5). |
| 12/31/10 | PVL | 860.00 | 1.10 | Teleconference Donley, Esayian, Giannotto, Glosband, DeChristoforo, Wyron, Mehaley and Horkovich. |

**Total Task Code .17        19.10**

**Travel – Non-Working  (2.50 Hours; $ 1,075.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 2.50 | $430 | 1,075.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/13/10 | PVL | 430.00 | 2.50 | Travel to/from Wilmington (half). |

**Total Task Code .16        2.50**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 20.00 |
| Long Distance-Equitrac In-House | 3.08 |
| Meals Related to Travel | 13.75 |
| Research Material | 2.40 |
| Travel Expenses - Ground Transportation | 18.00 |
| Total: | $ 57.23 |