**EXHIBIT B**

**Case Administration (1.40 Hours; $ 1,046.50)**

  Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04  1.40**


**Claims Analysis Objection & Resolution (Asbestos) (.10 Hours; $ 86.00)**

  Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .06  .10**


**Committee, Creditors', Noteholders' or Equity Holders' (.10 Hours; $ 86.00)**

  Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07  .10**


**Fee Applications, Applicant (4.20 Hours; $ 1,686.00)**

  Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12  4.20**


**Fee Applications, Others (1.10 Hours; $ 561.00)**

  Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13  1.10**


**Plan & Disclosure Statement (19.10 Hours; $ 16,029.50)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17          19.10**

**Travel Non Working (2.50 Hours; $ 1,075.00)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21          2.50**