## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 20.00 |
| Long Distance-Equitrac In-House | 3.08 |
| Meals Related to Travel | 13.75 |
| Research Material | 2.40 |
| Travel Expenses - Ground Transportation | 18.00 |
| Total: | $ 57.23 |