| | | |
|---|---|---|
| **Client Number:   4642** | **Grace Asbestos Personal Injury Claimants** | Page: 1 |
| **Matter       000** | **Disbursements** | 1/14/2011 |

Print Date/Time: 01/14/2011 10:32:39AM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 12/31/2010

**Matter       000**
**Disbursements**

| | | | | | |
|---|---|---|---|---|---|
| Bill Cycle: | Monthly | Style: | i1 | Start:   4/16/2001   Last Billed :   12/15/2010 | 13,655 |
| Client Retainers Available | | $4,759.14  Committed to Invoices: | | $0.00   Remaining: | $4,759.14 |

Total Expenses Billed To Date     $3,884,255.21

| | | |
|---|---|---|
| Billing Empl: | 0120 | Elihu  Inselbuch |
| Responsible Empl: | 0120 | Elihu  Inselbuch |
| Alternate Empl: | 0120 | Elihu  Inselbuch |
| Originating Empl: | 0120 | Elihu  Inselbuch |

**Summary by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 51.75 | 0.00 | 51.75 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 2.40 | 0.00 | 2.40 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 3.08 | 0.00 | 3.08 |
| **Total Fees** | | | **0.00** | **57.23** | **0.00** | **57.23** |

**Detail Time / Expense by Date**

| | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2625410 | Pacer Service Center –Svc., 7/1/10 – 9/30/10 (EI) | E | 12/02/2010 | 0120 EI | | 0.00 | $2.40 | | 0.00 | $2.40 | 2.40 |
| 2630883 | Equitrac – Long Distance to 14105314212 | E | 12/06/2010 | 0999 C&D | | 0.00 | $0.16 | | 0.00 | $0.16 | 2.56 |
| 2634668 | Petty Cash –Lunch while on travel to/from Wilmington, DE, 12/12/10  (PVNL) | E | 12/20/2010 | 0020 PVL | | 0.00 | $13.75 | | 0.00 | $13.75 | 16.31 |

| Client Number: | 4642 | | | | Grace Asbestos Personal Injury Claimants | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Matter** | **000** | | | | **Disbursements** | | | | | 1/14/2011 |

Print Date/Time: 01/14/2011 10:32:39AM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2634669 | Petty Cash –Parking at DC Union Station while on travel to/from Wilmington, DE, 12/12/10  (PVNL) | E | 12/20/2010 | 0020 | PVL | 0.00 | $18.00 | 0.00 | $18.00 | 34.31 |
| 2636001 | Equitrac - Long Distance to 13028886258 | E | 12/22/2010 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 34.39 |
| 2636039 | Equitrac - Long Distance to 13028886258 | E | 12/22/2010 | 0999 | C&D | 0.00 | $2.76 | 0.00 | $2.76 | 37.15 |
| 2636091 | Equitrac - Long Distance to 17735026166 | E | 12/22/2010 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 37.19 |
| 2636274 | Equitrac - Long Distance to 13369269145 | E | 12/22/2010 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 37.23 |
| 2636922 | Business Card –ADA Travel reconciliation, re: Agent Fee for Coach Train Fare to/from Wilmington, DE, 12/13/10  (PVNL; Split b/w clients 4642 & 5334) | E | 12/30/2010 | 0020 | PVL | 0.00 | $20.00 | 0.00 | $20.00 | 57.23 |

**Total Expenses**                                                                     $57.23
                                                                               0.00                      0.00              $57.23

|   |   |   |   |   |
|---|---|---|---|---|
| Matter Total Fees | | 0.00 | | 0.00 |
| Matter Total Expenses | | 57.23 | | 57.23 |
| Matter Total | 0.00 | 57.23 | 0.00 | 57.23 |
| Prebill Total Fees | | | | |
| Prebill Total Expenses | | $57.23 | | $57.23 |
| Prebill Total | 0.00 | $57.23 | 0.00 | $57.23 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 76,402 | 08/17/2010 | 9,721.50 | 1,944.30 |
| 77,013 | 09/24/2010 | 9,302.00 | 1,860.40 |
| 77,889 | 10/25/2010 | 12,901.00 | 2,580.20 |
| 78,379 | 11/18/2010 | 9,510.86 | 9,510.86 |
| 78,953 | 12/15/2010 | 14,949.57 | 14,949.57 |
| | | 127,583.43 | 34,107.06 |