Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period December 1, 2010 through December 31, 2010

| Date | Staff | Description | Hours | 2010 Rate | Amount |
|---|---|---|---|---|---|
| **Bradley Rapp - Senior Managing Director** | | | | | |
| 01-Dec-10 | BR | Review of modification to committee presentation relating to settlement agreement with state tax agency. | 0.20 | $ 595.00 | $ 119.00 |
| 02-Dec-10 | BR | Conf call with company and its financial and tax advisors to discuss settlement agreement with a state tax agency. | 0.70 | $ 595.00 | $ 416.50 |
| 06-Dec-10 | BR | Review of weekly update report for Grace. | 0.10 | $ 595.00 | $ 59.50 |
| 14-Dec-10 | BR | Review of weekly update report for Grace. | 0.10 | $ 595.00 | $ 59.50 |
| 17-Dec-10 | BR | Review of Grace monthly operating report for October 2010. | 0.90 | $ 595.00 | $ 535.50 |
| 17-Dec-10 | BR | Review and analysis of Grace monthly financial report for October 2010. | 2.80 | $ 595.00 | $ 1,666.00 |
| 20-Dec-10 | BR | Review of Grace tax settlement agreement with the state of Massachusetts. | 0.90 | $ 595.00 | $ 535.50 |
| 20-Dec-10 | BR | Review of motion for authorization to enter into tax settlement agreement with the state of Massachusetts. | 0.40 | $ 595.00 | $ 238.00 |
| 22-Dec-10 | BR | Review of weekly update report for Grace. | 0.10 | $ 595.00 | $ 59.50 |
| | | Total Bradley Rapp | 6.20 | | $ 3,689.00 |
| **James Sinclair - Senior Managing Director** | | | | | |
| 03-Dec-10 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 13-Dec-10 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| 20-Dec-10 | JS | Review, analyze Motion Approving Settlement on Massachusetts Tax Claims and Exhibits for purposes of advising ACC counsel. | 1.40 | $ 595.00 | $ 833.00 |
| 22-Dec-10 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 27-Dec-10 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| | | Total James Sinclair | 3.70 | | $ 2,201.50 |
| **Peter Cramp - Senior Analyst** | | | | | |
| 02-Dec-10 | PC | Review revised presentation regarding Massachusetts Tax Settlement in preparation for conference call. | 0.50 | $ 275.00 | $ 137.50 |
| 02-Dec-10 | PC | Conference call with Company and financial advisors to discuss Massachusetts Tax Settlement. | 0.70 | $ 275.00 | $ 192.50 |
| 06-Dec-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 275.00 | $ 440.00 |
| 13-Dec-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $ 275.00 | $ 357.50 |
| 20-Dec-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $ 275.00 | $ 385.00 |
| 20-Dec-10 | PC | Write memorandum to ACC and ACC counsel regarding Massachusetts Tax Claim Settlement Motion. | 2.30 | $ 275.00 | $ 632.50 |
| 27-Dec-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $ 275.00 | $ 412.50 |
| | | Total Peter Cramp | 9.30 | | $ 2,557.50 |
| **Gibbons Sinclair - Senior Analyst** | | | | | |
| 23-Dec-10 | GS | Draft WR Grace November 2010 invoice. | 1.60 | $ 275.00 | $ 440.00 |
| | | Total Gibbons Sinclair | 1.60 | | $ 440.00 |
| | | **TOTAL** | 20.80 | | $ 8,888.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period December 1, 2010 through December 31, 2010

| Date | Staff | Description | Hours | 2010 Rate | Amount |
|---|---|---|---|---|---|
| Asset Analysis and Recovery | | | | | |
| 03-Dec-10 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 06-Dec-10 | BR | Review of weekly update report for Grace. | 0.10 | $ 595.00 | $ 59.50 |
| 06-Dec-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 275.00 | $ 440.00 |
| 13-Dec-10 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| 13-Dec-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $ 275.00 | $ 357.50 |
| 14-Dec-10 | BR | Review of weekly update report for Grace. | 0.10 | $ 595.00 | $ 59.50 |
| 20-Dec-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $ 275.00 | $ 385.00 |
| 22-Dec-10 | BR | Review of weekly update report for Grace. | 0.10 | $ 595.00 | $ 59.50 |
| 22-Dec-10 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 27-Dec-10 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 27-Dec-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $ 275.00 | $ 412.50 |
| | | Total Asset Analysis and Recovery | 8.40 | | $ 3,142.00 |
| Fee Applications (Applicant) | | | | | |
| 23-Dec-10 | GS | Draft WR Grace November 2010 invoice. | 1.60 | $ 275.00 | $ 440.00 |
| | | Total Fee Applications (Applicant) | 1.60 | | $ 440.00 |
| Tax Issues | | | | | |
| 01-Dec-10 | BR | Review of modification to committee presentation relating to settlement agreement with state tax agency. | 0.20 | $ 595.00 | $ 119.00 |
| 02-Dec-10 | BR | Conf call with company and its financial and tax advisors to discuss settlement agreement with a state tax agency. | 0.70 | $ 595.00 | $ 416.50 |
| 02-Dec-10 | PC | Review revised presentation regarding Massachusetts Tax Settlement in preparation for conference call. | 0.50 | $ 275.00 | $ 137.50 |
| 02-Dec-10 | PC | Conference call with Company and financial advisors to discuss Massachusetts Tax Settlement. | 0.70 | $ 275.00 | $ 192.50 |
| 20-Dec-10 | BR | Review of Grace tax settlement agreement with the state of Massachusetts. | 0.90 | $ 595.00 | $ 535.50 |
| 20-Dec-10 | BR | Review of motion for authorization to enter into tax settlement agreement with the state of Massachusetts. | 0.40 | $ 595.00 | $ 238.00 |
| 20-Dec-10 | JS | Review, analyze Motion Approving Settlement on Massachusetts Tax Claims and Exhibits for purposes of advising ACC counsel. | 1.40 | $ 595.00 | $ 833.00 |
| 20-Dec-10 | PC | Write memorandum to ACC and ACC counsel regarding Massachusetts Tax Claim Settlement Motion. | 2.30 | $ 275.00 | $ 632.50 |
| | | Total Tax Issues | 7.10 | | $ 3,104.50 |
| Valuation | | | | | |
| 17-Dec-10 | BR | Review of Grace monthly operating report for October 2010. | 0.90 | $ 595.00 | $ 535.50 |
| 17-Dec-10 | BR | Review and analysis of Grace monthly financial report for October 2010. | 2.80 | $ 595.00 | $ 1,666.00 |
| | | Total Valuation | 3.70 | | $ 2,201.50 |
| | | **TOTAL** | 20.80 | | $ 8,888.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period December 1, 2010 through December 31, 2010
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 6.20 | $ 595.00 | $ 3,689.00 |
| James Sinclair - Senior Managing Director | 3.70 | $ 595.00 | $ 2,201.50 |
| Peter Cramp - Senior Analyst | 9.30 | $ 275.00 | $ 2,557.50 |
| Gibbons Sinclair - Senior Analyst | 1.60 | $ 275.00 | $ 440.00 |
| Total Professional Hours and Fees | 20.80 | | $ 8,888.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - December 1, 2010 through December 31, 2010

| Date | Description of Item | Amount |
|---|---|---|
| | No Expenses during this Period | |
| | Total Expenses December 1, 2010 through December 31, 2010 | $0.00 |