
Bilzin Sumberg
ATTORNEYS AT LAW

January 25, 2011

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   185823

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
       THROUGH December 31, 2010

### CLIENT SUMMARY

BALANCE AS OF- 12/31/10

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| 01- Case Administration - .15537 | $152.00 | $230.06 | $382.06 |
| 03 - Creditors Committee - .15539 | $961.50 | $0.00 | $961.50 |
| 07 - Applicant's Fee Application - .15543 | $474.50 | $0.00 | $474.50 |
| 08 - Hearings - .15544 | $2,715.00 | $0.00 | $2,715.00 |
| 18 - Plan & Disclosure Statement - .15554 | $2,815.50 | $0.00 | $2,815.50 |
| *Client Total* | *$7,118.50* | *$230.06* | *$7,348.56* |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456   Tel 305.374.7580   Fax 305.374.7593                    www.bilzin.com

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Baena, Scott L | 1.90 | $675.00 | $1,282.50 |
| Kramer, Matthew I | 6.10 | $425.00 | $2,592.50 |
| Sakalo, Jay M | 4.50 | $495.00 | $2,227.50 |
| Snyder, Jeffrey I | 0.20 | $340.00 | $68.00 |
| Flores, Luisa M | 2.20 | $215.00 | $473.00 |
| Beck, Amuni A | 2.50 | $190.00 | $475.00 |

*TOTAL PROFESSIONAL FEES THIS PERIOD* **$7,118.50**

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Long Distance Telephone | $12.16 |
| Long Distance Telephone-Outside Services | $190.00 |
| Copies | $27.90 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | **$230.06** |

| | |
|---|---|
| TOTAL BALANCE DUE THIS PERIOD | $7,348.56 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

**RE:  01- Case Administration**

| | | | | |
|---|---|---|---|---|
| 12/03/10 | AB | 0.10 | 19.00 | Analysis and review of docket and send email to J.Sakalo and M.Kramer thereon |
| 12/10/10 | AB | 0.30 | 57.00 | Analysis and review of docket and email M.Kramer and J.Sakalo thereon |
| 12/14/10 | AB | 0.10 | 19.00 | Analysis and review of docket and email M. Kramer and J. Sakalo thereon |
| 12/22/10 | AB | 0.10 | 19.00 | Analyze docket and send email to M. Kramer and J.Sakalo thereon |
| 12/27/10 | AB | 0.10 | 19.00 | Analyze docket and email M.Kramer and J. Sakalo thereon |
| 12/28/10 | AB | 0.10 | 19.00 | Analyze docket and email M.Kramer and J. Sakalo thereon |

**PROFESSIONAL SERVICES**                                                                     **$152.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### COSTS ADVANCED

| | | |
|---|---|---|
| 10/21/10 | Long Distance Telephone-Outside Services COURT CALL #3800541 - VENDOR: DINERS CLUB; INVOICE#: 09/24/10-10/26/10; DATE: 10/26/2010  -  Acct. # | 44.00 |
| 10/21/10 | Long Distance Telephone-Outside Services COURT CALL #3800598 - VENDOR: DINERS CLUB; INVOICE#: 09/24/10-10/26/10; DATE: 10/26/2010  -  Acct. # | 51.00 |
| 10/21/10 | Long Distance Telephone-Outside Services COURT CALL #3800619 - VENDOR: DINERS CLUB; INVOICE#: 09/24/10-10/26/10; DATE: 10/26/2010  -  Acct. # | 44.00 |
| 10/21/10 | Long Distance Telephone-Outside Services COURT CALL #3800622 - VENDOR: DINERS CLUB; INVOICE#: 09/24/10-10/26/10; DATE: 10/26/2010  -  Acct. # | 51.00 |
| 12/15/10 | Long Distance Telephone (302)575-1555; 2 Mins. | 1.52 |
| 12/15/10 | Long Distance Telephone (302)575-1555; 3 Mins. | 2.28 |
| 12/16/10 | Long Distance Telephone (302)426-1900; 1 Min. | 0.76 |
| 12/16/10 | Long Distance Telephone (202)339-8567; 8 Mins. | 6.08 |
| 12/16/10 | Long Distance Telephone (202)339-8514; 1 Mins. | 0.76 |
| 12/16/10 | Long Distance Telephone (302)426-9910; 1 Mins. | 0.76 |
| 12/06/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/14/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/15/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/16/10 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/16/10 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/16/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/16/10 | Copies 64 pgs @ 0.10/pg | 6.40 |
| 12/16/10 | Copies 51 pgs @ 0.10/pg | 5.10 |
| 12/16/10 | Copies 51 pgs @ 0.10/pg | 5.10 |
| 12/16/10 | Copies 50 pgs @ 0.10/pg | 5.00 |
| 12/16/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/16/10 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 12/16/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/16/10 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 12/16/10 | Copies 24 pgs @ 0.10/pg | 2.40 |

**TOTAL COSTS ADVANCED**                                                                 **$230.06**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Beck, Amuni A | 0.80 | $190.00 | $152.00 |
| *TOTAL* | *0.80* | | *$152.00* |



BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone | $12.16 |
| Long Distance Telephone-Outside Services | $190.00 |
| Copies | $27.90 |
| *TOTAL* | *$230.06* |

**CURRENT BALANCE DUE THIS MATTER** $382.06

**Atty – SLB**
**Client No.: 74817/15539**

**RE:  03 - Creditors Committee**

| | | | | |
|---|---|---|---|---|
| 12/15/10 | SLB | 0.30 | 202.50 | Interoffice conference with J. Sakalo and M. Kramer in preparation for 12/16 committee meeting (.3). |
| 12/15/10 | JMS | 0.20 | 99.00 | Email exchange with R. Levy regarding committee call (.2). |
| 12/16/10 | SLB | 0.60 | 405.00 | Telephone conference with committee (.6). |
| 12/16/10 | MIK | 0.60 | 255.00 | Attend committee call. |

**PROFESSIONAL SERVICES**                                                                                     **$961.50**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.90 | $675.00 | $607.50 |
| Kramer, Matthew I | 0.60 | $425.00 | $255.00 |
| Sakalo, Jay M | 0.20 | $495.00 | $99.00 |
| *TOTAL* | *1.70* | | *$961.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                                     **$961.50**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15543**

**RE: 07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 12/13/10 | JIS | 0.20 | 68.00 | Review and revise November prebill. |
| 12/22/10 | LMF | 0.90 | 193.50 | Review edits to November statement, prepare notice and summary and submit to co-counsel for filing. |
| 12/28/10 | LMF | 0.30 | 64.50 | Attend to emails and inquiry regarding payment of fees. |
| 12/28/10 | JMS | 0.30 | 148.50 | Email exchange with L. Flores regarding payment of hold back fees (.3). |

**PROFESSIONAL SERVICES** **$474.50**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.30 | $495.00 | $148.50 |
| Snyder, Jeffrey I | 0.20 | $340.00 | $68.00 |
| Flores, Luisa M | 1.20 | $215.00 | $258.00 |
| *TOTAL* | *1.70* | | *$474.50* |

**CURRENT BALANCE DUE THIS MATTER** **$474.50**

**Atty – SLB**
**Client No.: 74817/15544**

**RE:  08 - Hearings**

| | | | | |
|---|---|---|---|---|
| 11/01/10 | AB | 1.50 | 285.00 | 10/13/2010- Arrange telephonic appearances for 17 attorneys attending hearing (.7); email correspondence with attorneys regarding telephonic appearances for hearing (.6); cancel telephonic appearances for two attorneys (.2). |
| 12/13/10 | SLB | 1.00 | 675.00 | Court hearing (1.0). |
| 12/13/10 | JMS | 2.00 | 990.00 | Prepare for and attend omnibus hearing (2.0). |
| 12/20/10 | MIK | 1.80 | 765.00 | Attend telephonic hearing and email committee regarding same. |

**PROFESSIONAL SERVICES** $2,715.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 1.00 | $675.00 | $675.00 |
| Kramer, Matthew I | 1.80 | $425.00 | $765.00 |
| Sakalo, Jay M | 2.00 | $495.00 | $990.00 |
| Beck, Amuni A | 1.50 | $190.00 | $285.00 |
| *TOTAL* | *6.30* | | *$2,715.00* |

**CURRENT BALANCE DUE THIS MATTER** $2,715.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15554**

RE: **18 - Plan & Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| 12/07/10 | LMF | 0.30 | 64.50 | Provide agenda of hearing to M. Dies. |
| 12/07/10 | JMS | 0.70 | 346.50 | Email to Committee regarding hearing agenda (.2); follow up emails with M. Dies thereon (.3); emails with R. Levy thereon (.2). |
| 12/07/10 | AB | 0.20 | 38.00 | Analysis and review of email from J.Sakalo regarding to hearing (.1); arrange telephonic appearances for December 13, 2010 hearing (.1) |
| 12/14/10 | LMF | 0.30 | 64.50 | Arrange to obtain copy of hearing transcript on rush basis. |
| 12/15/10 | LMF | 0.40 | 86.00 | Follow up regarding receipt of expedited hearing transcript. |
| 12/15/10 | JMS | 0.90 | 445.50 | Conference with M. Kramer regarding download from hearing and related issues for Committee call (.9). |
| 12/16/10 | MIK | 3.70 | 1,572.50 | Review plan amendments, 12/13 hearing transcript and applicable caselaw. |
| 12/20/10 | JMS | 0.40 | 198.00 | Review memo from M. Kramer regarding status call with Court on plan confirmation matters (.4). |

**PROFESSIONAL SERVICES**                                                                              **$2,815.50**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 3.70 | $425.00 | $1,572.50 |
| Sakalo, Jay M | 2.00 | $495.00 | $990.00 |
| Flores, Luisa M | 1.00 | $215.00 | $215.00 |
| Beck, Amuni A | 0.20 | $190.00 | $38.00 |
| *TOTAL* | *6.90* | | *$2,815.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                          **$2,815.50**