## IN THE UNITED STATES BANKRUPTCY COURT
## FOR DISTRICT OF DELAWARE

IN RE:                          :       Bankruptcy No. 01-1139 (JKF)

W.R. Grace & Co., *et al.*      :       Chapter 11

    Debtors         :       Jointly Administered


## ORDER


    **AND NOW**, this 3rd day of February, 2011, it is hereby **ORDERED** that a

**STATUS CONFERENCE** is scheduled for <u>Wednesday, February 16, 2011 at 10:00 a.m.</u>

in Courtroom 14A of the United States Courthouse, 601 Market Street, Philadelphia, PA

19106.



BY THE COURT:




*s/ Ronald L. Buckwalter*

RONALD L. BUCKWALTER, S. J.