IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Date: February 23, 2011 |
| | | Hearing Deadline: to be scheduled, if necessary |

FEE DETAIL FOR OGILVY RENAULT LLP'S FORTY-EIGHTH MONTHLY FEE
APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR
THE DEBTORS AND DEBTORS-IN-POSSESSION
FOR THE PERIOD FROM DECEMBER 1, 2010 THROUGH DECEMBER 31, 2010

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



**OGILVY RENAULT**

| | | |
|---|---|---|
| Client: | W.R. GRACE & CO. | January 20, 2011 |
| RE: | Chapter 11 Proceedings, General Matters | INVOICE: 1050875 |
| Matter No.: | 01016442-0001 | |

100035

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:  Richard Finke
            Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending December 31, 2010

| | |
|---|---:|
| FEES | $7,476.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 109.54 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $7,586.04 |

TOTAL IN US FUNDS: $7,437.29

---

Payable upon receipt

Please remit by Bank Transfer to
RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, CANADA
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
including invoice number on transfer order.

OGILVY RENAULT LLP / S.E.N.C.R.L., s.r.l.

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street, P.O. Box 84
Toronto, Ontario  M5J 2Z4
CANADA

T: 416.216.4000
F: 416.216.3930
toronto@ogilvyrenault.com

ogilvyrenault.com



W.R. GRACE & CO.                                                                01016442-0001

RE:  Chapter 11 Proceedings, General Matters

**FEE DETAIL**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 3/12/10 | Katie Legree | Preparing 46th Monthly Fee Application (0.80); forwarding same to R. Finke for comment (0.10). | 0.90 | $157.50 |
| 6/12/10 | Katie Legree | Finalizing 46th Monthly Fee Application and forwarding same to T. Walsh for review and signature (0.10). | 0.10 | $17.50 |
| 7/12/10 | Katie Legree | Finalizing 46th Monthly Fee Application (0.10); forwarding same to L. Oberholzer for service and filing (0.10); forwarding same to fee auditor (0.10). | 0.30 | $52.50 |
| 13/12/10 | Teresa Walsh | Reviewing email from J. Baer regarding proposed class administrator and response. | 0.50 | $287.50 |
| 13/12/10 | Katie Legree | Reviewing November proformas. | 0.10 | $17.50 |
| 20/12/10 | Orestes Pasparakis | Following-up with U.S. counsel. | 0.60 | $456.00 |
| 21/12/10 | Orestes Pasparakis | Following-up on status (0.20); emailing Crown and counsel (0.40); emailing U.S. counsel (0.20). | 0.80 | $608.00 |
| 22/12/10 | Orestes Pasparakis | Participating in telephone call with U.S. Counsel (0.70); following-up with U.S. counsel (0.70). | 1.40 | $1,064.00 |
| 23/12/10 | Orestes Pasparakis | Addressing confirmation issues. | 0.60 | $456.00 |
| 28/12/10 | Orestes Pasparakis | Emails regarding status (0.40); reviewing minutes (0.50); considering Canadian approval (0.40); emails regarding next steps (0.40). | 1.70 | $1,292.00 |
| 29/12/10 | Adrienne Glen | Reviewing various correspondence regarding plan to amend minutes of settlement (0.20); reviewing minutes of settlement and correspondence regarding same (0.50). | 0.70 | $196.00 |
| 29/12/10 | Orestes Pasparakis | Preparing emails to M. Moloci (0.30); preparing emails to J. Dias-Visca (0.30); liaising with A. Paul, D. Boll, J. Donley and J. Baer regarding Canadian modifications (0.40); following-up with J. Baer regarding update in Canada (0.50). | 1.50 | $1,140.00 |

INVOICE: 1050875



W.R. GRACE & CO.  01016442-0001

RE: Chapter 11 Proceedings, General Matters

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 30/12/10 | Orestes Pasparakis | Preparing for telephone call (0.30); participating in telephone call with Representative Counsel (0.40); reviewing emails (0.40); participating in conference call (0.40); reporting to team (0.30). | 1.80 | $1,368.00 |
| 30/12/10 | Adrienne Glen | Drafting notice of motion and order regarding amendment to amended minutes. | 1.30 | $364.00 |
|  |  | **TOTAL FEES** |  | **$7,476.50** |

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---|
| Copies | 78.30 |
| Courier service | 31.24 |
| | $109.54 |

INVOICE: 1050875