**EIGHTY-SECOND INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
<u>(FOR THE PERIOD FROM NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010)</u>**

ATTACHMENT B

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 11/1/10 through 11/30/10**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $760 | 8.90 | $6,764.00 |
| S. Cunningham | Member | $760 | 4.80 | $3,648.00 |
| R. Frezza | Member | $670 | 33.60 | $22,512.00 |
| J. Dolan | Consultant | $445 | 98.20 | $43,699.00 |
| M. Desalvio | Research | $175 | 2.00 | $350.00 |
| N. Backer | Paraprofessional | $120 | 8.30 | $996.00 |
| P. Foose | Paraprofessional | $120 | 0.20 | $24.00 |
| **For the Period 11/1/10 through 11/30/10** | | | **156.00** | **$77,993.00** |

Capstone Advisory Group, LLC
Invoice for the November 2010 Fee Application

Page 1 of 1

## W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Code**
**For the Period 11/1/10 through 11/30/10**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions/Divestitures | During the Fee Application period, the Applicant prepared various analyses of two proposed acquisitions and prepared reports to the Committee thereon. | 87.40 | $45,985.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions and counsel reports. | 4.20 | $2,463.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the September and October monthly fee statements, as well as the 27th Quarterly Fee Application. | 14.30 | $3,727.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding the monthly results and Q3 results, prepared various analyses and prepared a report to the Committee thereon. | 42.20 | $21,965.00 |
| 19. Tax Issues | During the Fee Application Period, the Applicant Read and analyzed tax claim settlement proposal. | 5.90 | $3,503.00 |
| 21. Research | During the Fee Application period, the Applicant prepared peer analysis for 3Q10 report to the Committee. | 2.00 | $350.00 |
| **For the Period 11/1/10 through 11/30/10** | | **156.00** | **$77,993.00** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Detailed Time Description by Task Code
## For the Period 11/1/10 through 11/30/10

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 01. Acquisitions/Divestitures | | | |
| 11/1/2010 | J. Dolan | 2.50 | Prepared analyses and charts related to proposed acquisition Project Lily. |
| 11/1/2010 | J. Dolan | 2.80 | Read and analyzed purchase agreement related to Project Lily and summarized terms. |
| 11/1/2010 | R. Frezza | 2.70 | Read/analyze Grace China Ltd Purchase/sale agreement and provide comments to counsel.  Prepare request list to company. |
| 11/1/2010 | E. Ordway | 0.80 | Analyzed information regarding a potential acquisition and noted items for staff to investigate. |
| 11/1/2010 | J. Dolan | 3.00 | Prepared report to the Committee regarding Project Lily. |
| 11/2/2010 | E. Ordway | 0.70 | Prepared/edited report to the committee re: potential acquisition. |
| 11/2/2010 | J. Dolan | 1.20 | Discussed Project Lily with team and counsel. |
| 11/2/2010 | J. Dolan | 3.20 | Prepared report to the Committee regarding Project Lily including summary of terms and analysis of financial data. |
| 11/2/2010 | J. Dolan | 2.10 | Reviewed Company responses to our inquiries regarding Project Lily and incorporated into report. |
| 11/3/2010 | E. Ordway | 0.50 | Reviewed information pertaining to Project Red Sox. |
| 11/3/2010 | J. Dolan | 1.60 | Prepared report to the Committee regarding Project Lily. |
| 11/3/2010 | J. Dolan | 0.80 | Initial review of Project Red Sox based on information provided by Blackstone. |
| 11/4/2010 | R. Frezza | 1.90 | Prepared/reviewed detail question list on Project Red Sox proposal; read/analyzed asset purchase agreement. |
| 11/4/2010 | J. Dolan | 1.50 | Reviewed prior reports on Red Sox indicating initial investment and compared to current transaction. |
| 11/4/2010 | J. Dolan | 1.80 | Prepared information request list and distributed to Blackstone in anticipation of conf call. |
| 11/4/2010 | J. Dolan | 1.90 | Read and analyzed information received regarding Project Red Sox. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 11/4/2010 | J. Dolan | 2.50 | Finalized report to the Committee regarding Project Lily and distributed it internally and to counsel for review. |
| 11/5/2010 | R. Frezza | 2.10 | Prepared for and participated in call with Company on Red Sox asset acquisition proposal; discussed responses to questions internally. |
| 11/5/2010 | J. Dolan | 0.90 | Prepared team for call regarding Project Red Sox. |
| 11/5/2010 | J. Dolan | 1.80 | Discussed Project Lily memo with counsel, made final changes to report and distributed to Committee. |
| 11/8/2010 | E. Ordway | 0.40 | Continued to analyze Project Red Sox data, noting items for further investigation and analysis by staff. |
| 11/8/2010 | R. Frezza | 0.90 | Continued follow up and discussion re: Red Sox open points. |
| 11/8/2010 | J. Dolan | 0.40 | Update with team on Project Red Sox conference call. |
| 11/9/2010 | J. Dolan | 1.60 | Prepared report to the Committee on Project Red Sox. |
| 11/10/2010 | S. Cunningham | 1.30 | Reviewed information related to Project Red Sox. |
| 11/10/2010 | J. Dolan | 2.60 | Review of unredacted asset purchase agreement. |
| 11/11/2010 | J. Dolan | 2.90 | Prepared financial analysis and commentary for report to the Committee. |
| 11/11/2010 | J. Dolan | 0.60 | Prepared second request for information related to Project Red Sox financial data. |
| 11/11/2010 | R. Frezza | 3.30 | Reviewed the motion issued re: Red Sox and prepared/reviewed detailed question list and provided to Blackstone; had follow up calls with counsel. |
| 11/11/2010 | J. Dolan | 3.10 | Prepared report to the Committee regarding summary of terms, etc. |
| 11/12/2010 | J. Dolan | 1.20 | Call with counsel regarding legal structure of acquisition, follow up call with team and follow up with Blackstone. |
| 11/12/2010 | R. Frezza | 1.70 | Continued follow up with Blackstone at counsel request re: Red Sox and to a lesser extent, Lily. |
| 11/15/2010 | J. Dolan | 0.80 | Corresponded with counsel regarding legal structure. |
| 11/15/2010 | S. Cunningham | 1.30 | Reviewed report and analysis related to Project Red Sox. |
| 11/15/2010 | R. Frezza | 1.80 | Had interactive discussions with counsel re: Red Sox and Project Lily acquisitions; updated questions for Blackstone. |
| 11/16/2010 | E. Ordway | 0.80 | Prepared/edited report to the Committee re: Red Sox Project. |
| 11/16/2010 | J. Dolan | 1.10 | Call with counsel regarding discussions about legal structure of Red Sox. |

**Capstone Advisory Group, LLC**
**Invoice for the November 2010 Fee Application**

Page 2 of 6

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 11/16/2010 | J. Dolan | 3.20 | Prepared report to the Committee regarding Project Red Sox. |
| 11/16/2010 | R. Frezza | 1.90 | Continued follow up with Blackstone at counsel request re: Red Sox and to a lesser extent, Lily. |
| 11/17/2010 | R. Frezza | 2.30 | Prepared report to the Committee related to acquisitions. |
| 11/17/2010 | J. Dolan | 1.00 | Discussed acquisition with counsel and team in anticipation of conference call. |
| 11/18/2010 | J. Dolan | 1.90 | Prepared analyses for report to the Committee regarding Project Red Sox. |
| 11/18/2010 | J. Dolan | 3.80 | Prepared report to the Committee regarding Project Red Sox. |
| 11/18/2010 | R. Frezza | 2.10 | Further follow up with Blackstone on open questions/issues regarding Red Sox at counsel request. |
| 11/19/2010 | J. Dolan | 1.30 | Prepared for and participated in call with Debtors and Blackstone regarding acquisition. |
| 11/19/2010 | R. Frezza | 2.70 | Prepared for and participated in call with Blackstone and MGMT re: follow up info on Red Sox; began review of Red Sox fin statements; continued prep/review of memo to Committee. |
| 11/19/2010 | J. Dolan | 0.50 | Read and analyzed financial data related to acquisition. |
| 11/19/2010 | J. Dolan | 1.60 | Updated report to the Committee based on information received and distributed to team for review. |
| 11/19/2010 | J. Dolan | 0.90 | Discussed acquisition with counsel and distributed report to the Committee. |
| 11/22/2010 | J. Dolan | 2.10 | Read and analyzed revised purchase agreement for Project Red Sox. |
| Subtotal | | 87.40 | |

04. Creditor Committee Matters

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 11/8/2010 | J. Dolan | 0.80 | Read and analyzed recent docket submissions. |
| 11/8/2010 | R. Frezza | 1.10 | Read/analyzed latest docket postings related to emergence et al. |
| 11/12/2010 | J. Dolan | 0.60 | Read and analyzed counsels' memo on insurance settlement. |
| 11/12/2010 | E. Ordway | 0.90 | Read and analyzed counsel's report on insurance company settlement proposals. |
| 11/16/2010 | J. Dolan | 0.60 | Read and analyzed recent docket submissions. |
| 11/19/2010 | E. Ordway | 0.20 | Call with Creditor re: case status. |
| Subtotal | | 4.20 | |

**Capstone Advisory Group, LLC**
**Invoice for the November 2010 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 07. Fee Applications & Invoices | | | |
| 11/12/2010 | P. Foose | 0.20 | Prepared September fee statement. |
| 11/16/2010 | N. Backer | 2.00 | Prepared 27th Quarterly fee statement. |
| 11/16/2010 | J. Dolan | 0.80 | Prepared September fee application. |
| 11/16/2010 | J. Dolan | 0.50 | Reviewed and filed August fee application. |
| 11/16/2010 | N. Backer | 1.50 | Prepared September fee statement. |
| 11/17/2010 | N. Backer | 1.50 | Prepared Oct. Fee statement. |
| 11/17/2010 | E. Ordway | 0.40 | Prepared fee application. |
| 11/18/2010 | J. Dolan | 0.50 | Prepared Sept fee application. |
| 11/21/2010 | N. Backer | 0.30 | Prepared September fee statement. |
| 11/21/2010 | N. Backer | 2.00 | Prepared 27th Quarterly fee application.  (July 2010 - September 2010). |
| 11/22/2010 | J. Dolan | 1.20 | Prepared Quarterly fee application. |
| 11/22/2010 | J. Dolan | 1.10 | Prepared and filed Sept fee application. |
| 11/26/2010 | N. Backer | 1.00 | Prepared Oct Fee statement. |
| 11/29/2010 | J. Dolan | 1.30 | Prepared and finalized quarterly fee application. |
| Subtotal | | 14.30 | |
| 08. Financial Analysis - Schedules & Statements | | | |
| 11/8/2010 | J. Dolan | 1.50 | Read and analyzed Investment Highlights presentation dated 10.21.10 for use in report to Committee. |
| 11/8/2010 | J. Dolan | 1.00 | Read and analyzed monthly financial report. |
| 11/8/2010 | R. Frezza | 2.60 | Read/analyzed Q3 results through review of latest 10Q/earnings release info. |
| 11/8/2010 | J. Dolan | 3.40 | Read and analyzed 3Q10 Form 10Q for results report to the Committee. |
| 11/9/2010 | J. Dolan | 1.50 | Prepared commentary for 3Q10 report to the Committee. |
| 11/9/2010 | J. Dolan | 2.00 | Prepared analyses for 3Q10 report. |

**Capstone Advisory Group, LLC**
**Invoice for the November 2010 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 11/10/2010 | R. Frezza | 2.60 | Continue review of 10Q for Q3. |
| 11/17/2010 | J. Dolan | 1.10 | Read and analyzed Sept financial advisor analyses received from Company. |
| 11/17/2010 | E. Ordway | 0.50 | Read and analyzed 3rd Q performance data. |
| 11/19/2010 | E. Ordway | 1.20 | Continued to read and analyze 3rd Q performance data. |
| 11/22/2010 | J. Dolan | 1.70 | Prepared analysis for 3Q10 report to the Committee. |
| 11/23/2010 | J. Dolan | 1.40 | Prepared cash flow analysis and ROIC analysis for report to the Committee. |
| 11/23/2010 | J. Dolan | 3.50 | Prepared 3Q10 report to the Committee including charts and related commentary. |
| 11/23/2010 | J. Dolan | 2.70 | Continued analysis of 3Q10 results for report to the Committee. |
| 11/23/2010 | E. Ordway | 0.80 | Prepared/edited report to the Committee on 3rd Q performance. |
| 11/29/2010 | E. Ordway | 1.10 | Reviewed analyst reports on chemical industry. |
| 11/29/2010 | S. Cunningham | 2.20 | Read and analyzed 3Q10 Form 10Q and report to the Committee. |
| 11/29/2010 | J. Dolan | 3.40 | Prepared analysis and commentary to 3Q10 report. |
| 11/30/2010 | E. Ordway | 0.60 | Reviewed peer group chart prepared by staff. |
| 11/30/2010 | J. Dolan | 2.20 | Reviewed updated analyst reports for inclusion in Committee report. |
| 11/30/2010 | J. Dolan | 2.90 | Prepared commentary to report for 3Q10 results. |
| 11/30/2010 | J. Dolan | 2.30 | Prepared peer group analysis for multiple valuation. |
| Subtotal | | 42.20 | |

19. Tax Issues

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 11/29/2010 | R. Frezza | 1.80 | Read and analyzed tax claim settlement proposal; reviewed presentation; prepared questions in prep for call with mgmt. |
| 11/29/2010 | J. Dolan | 1.20 | Reviewed and analyzed tax settlement presentation. |
| 11/30/2010 | R. Frezza | 2.10 | Read and analyzed in detail tax claim settlement proposal; reviewed presentation; prepared questions in prep for call with mgmt. |
| 11/30/2010 | J. Dolan | 0.80 | Discussed tax settlement issue with team and counsel. |
| Subtotal | | 5.90 | |

**Capstone Advisory Group, LLC**
**Invoice for the November 2010 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 21. Research | | | |
| 11/30/2010 | M. Desalvio | 2.00 | Prepared peer analysis for 3Q10 report to the Committee and obtained analysts reports for valuation. |
| Subtotal | | 2.00 | |
| **Total Hours** | | **156.00** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 11/1/10 through 11/30/10

| Date | Professional | Detail | Amount |
|------|--------------|--------|--------|
| Research | | | |
| 11/13/2010 | Capstone Expense | Bloomberg | $172.00 |
| 11/13/2010 | Capstone Expense | Pacer- Research tool | $19.28 |
| Subtotal - Research | | | $191.28 |
| Telecom | | | |
| 11/12/2010 | Capstone Expense | October Telecom - Saddle Brook Office | $154.99 |
| Subtotal - Telecom | | | $154.99 |
| **For the Period 11/1/10 through 11/30/10** | | | $346.27 |