# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtor. | Jointly Administered |

## NOTICE OF APPEAL

Claimants injured by exposure to asbestos from the Debtors' operations in Lincoln County, Montana (the "Libby Claimants"),[1] pursuant to 28 U.S.C. § 158(a), and in accordance with Fed. R. Bankr. P. 8001, 8002, and Del. Bankr. L.R. 8001-1, hereby appeal from the Order Pursuant to Sections 105, 363, 1107, and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014, and 9019 of the Federal Rules of Bankruptcy Procedure Approving the Settlement Agreement Between W. R. Grace & Co. and the CNA Companies, by the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge, entered on January 22, 2011 [Docket No. 26106] (the "Order"). A copy of the Order is attached hereto.

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

---

[1] As identified in the Amended and Restated Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 {Docket No. 21365}, as it may be amended and restated from time to time.

| **Party** | **Counsel of Record** |
|---|---|

W.R. Grace & Co, et al., Debtors and Debtors-In-Possession

| | |
|---|---|
| KIRKLAND & ELLIS LLP<br>Lisa G. Esayian<br>300 N. LaSalle<br>Chicago, IL 60654<br>Tel.: (312) 862-2000<br>Fax: (312) 862-2200 | PACHULSKI STANG ZIEHL & JONES LLP<br>Laura Davis Jones<br>James E. O'Neill<br>Kathleen P. Makowski<br>Timothy P. Cairns<br>919 North Market Street, 16th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>(Courier 19801)<br>Tel.: (302) 652-4100<br>Fax: (302) 652-4400 |

BNSF Railway Company

| | |
|---|---|
| PEPPER HAMILTON LLP<br>Henry J. Jaffe<br>1313 North Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899<br>Tel.: (302) 777-6500<br>Fax: (302) 421-8390 | PEPPER HAMILTON LLP<br>Edward C. Toole, Jr.<br>Linda J. Casey<br>3000 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA 19103<br>Tel.: (215) 981-4000<br>Fax: (215) 981-4750 |

Libby Claimants

| | |
|---|---|
| LANDIS RATH & COBB LLP<br>Adam G. Landis (DE No. 3407)<br>Kerri Mumford (DE No. 4186)<br>919 Market Street, Suite 1800<br>P.O. Box 2087<br>Wilmington, DE 19801<br>Tel.: (302) 467-4400<br>Fax: (302) 467-4450 | MURTHA CULLINA LLP<br>Daniel C. Cohn<br>99 High Street, 20th Floor<br>Boston, MA 02110<br>Tel.: (617) 457-4000<br>Fax: (617) 482-3868 |

The CNA Companies

| | |
|---|---|
| FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P.<br>Elizabeth DeCristofaro<br>Wall Street Plaza, 23rd Floor<br>New York, NY 10005-1875<br>Tel.: (212) 269-4900<br>Fax: (212) 344-4294 | ROSENTHAL, MONHAIT & GODDESS, P.A.<br>Edward B. Rosenthal<br>P.O. Box 1070<br>Wilmington, DE 19899<br>Tel.: (302) 656-4433 x6<br>Fax: (302) 658-7567 |

{393.001-W0012795.}

-and-

WILDMAN, HARROLD, ALLEN & DIXON LLP
Jonathan W. Young
Jeff Chang
225 West Wacker Drive
Chicago, IL 60606-1229
Tel.: (312) 201-2662
Fax: (312) 416-4524

GOODWIN PROCTER LLP
Daniel M. Glosband
Exchange Place
Boston, MA 02109
Tel.: (617) 570-1000
Fax: (617) 523-1231

-and-

GOODWIN PROCTER LLP
Michael S. Giannotto
Frederick C. Schafrick
901 New York Avenue, N.W.
Washington, DC 20001
Tel.: (202) 346-4000
Fax: (202) 346-4444

David T. Austern,
Asbestos PI Future Claimants' Representative

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips
1200 North Broom Street
Wilmington, DE 19806
Tel.: (302) 655-4200
Fax: (302) 655-4210

ORRICK, HERRINGTON & SUTCLIFFE LLP
Roger Frankel
Richard H. Wyron
Debra L. Felder
1152 15th Street, N.W.
Washington, DC 20005
Tel.: (202) 339-8400
Fax: (202) 339-8500

Official Committee of
Asbestos Personal Injury Claimants

CAMPBELL & LEVINE, LLC
Mark T. Hurford
800 N. King Street, Suite 300
Wilmington, DE 19801
Tel.: (302) 426-1900
Fax: (302) 426-9947

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Tel.: (212) 319-7125
Fax: (212) 644-6755

{393.001-W0012795.}

CAPLIN & DRYSALE, CHARTERED
Peter Van N. Lockwood
One Thomas Circle, N.W.
Washington, DC 20005
Tel.: (202) 862-5000
Fax: (202) 429-3301

Dated: February 3, 2011
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kerri Mumford*
Adam G. Landis (No. 3407)
Kerri Mumford (No. 4186)
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

and

Daniel C. Cohn
**MURTHA CULLINA, LLP**
99 High Street, 20th Floor
Boston, MA 02110
Telephone: (617) 457-4000
Facsimile: (617) 482-3868

*Counsel to Libby Claimants*