IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE  )
                   ) SS
NEW CASTLE COUNTY  )

      Cathy A. Adams, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for the Libby Claimants in the above-referenced cases, and on the 3rd day of February, 2011, she caused a copy of the following:

### NOTICE OF APPEAL

to be served upon the parties on the attached list via first class mail or in the manner as indicated.

_____
Cathy A. Adams

SWORN TO AND SUBSCRIBED before me this 3rd day of February, 2011.

_____
Notary Public

[Notary Seal: MICHELLE L. IFILL, COMMISSION EXPIRES OCT. 26, 2011, NOTARY PUBLIC, STATE OF DELAWARE]

{393.001-W0012799.}

**W.R. GRACE & CO.,** *et al.*
**Case No. 01-01139 (JKF)**

Service List
<u>Appeal - CNA Settlement</u>

*First Class Mail*
(Counsel for W.R. Grace)
Lisa G. Esayian
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654

*Hand Delivery*
(Counsel for W.R. Grace)
Laura Davis Jones
James E. O'Neill
Kathleen P. Makowski
Timothy P. Cairns
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19801

*Hand Delivery*
(Counsel to BNSF Railway Company)
Henry J. Jaffe
PEPPER HAMILTON LLP
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899

*First Class Mail*
(Counsel to BNSF Railway Company)
Edward C. Toole, Jr.
Linda J. Casey
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

*First Class Mail*
(Counsel to The CNA Companies)
Elizabeth DeCristofaro
FORD MARRIN ESPOSITO WITMEYER
& GLESER, L.L.P.
Wall Street Plaza, 23rd Floor
New York, NY 10005-1875

*First Class Mail*
(Counsel to The CNA Companies)
Jonathan W. Young
Jeff Chang
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Chicago, IL 60606-1229

*First Class Mail*
(Counsel to The CNA Companies)
Michael S. Giannotto
Frederick C. Schafrick
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC 20001

*Hand Delivery*
(Counsel to The CNA Companies)
Edward B. Rosenthal
ROSENTHAL, MONHAIT & GODDESS, P.A.
P.O. Box 1070
Wilmington, DE 19899

*First Class Mail*
(Counsel to The CNA Companies)
Daniel M. Glosband
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109