**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

IN RE:

| | |
|---|---|
| ACandS, Inc. | Case No. 02-12687 |
| Armstrong World Industries, Inc. | Case No. 00-4471 |
| Combustion Engineering, Inc. | Case No. 03-10495 |
| The Flintkote Company | Case No. 04-11300 |
| Kaiser Aluminum Corp. | Case No. 02-10429 |
| Owens Corning | Case No. 00-3837 |
| US Mineral Products Company | Case No. 01-2471 |
| USG Corp. | Case No. 01-2094 |
| W.R. Grace & Co. | Case No. 01-1139 |
| Debtors | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| Mid-Valley, Inc. | Case No. 03-35592 |
| North American Refractories Co. | Case No. 02-20198 |
| Pittsburgh Corning Corp. | Case No. 00-22876 |
| Debtors | |

**JOINDER OF MOTLEY RICE LLC TO RESPONSE OF LAW OFFICE OF PETER G.
ANGELOS, PC, ET AL.,  AND BRIEF OF KAZAN, MCCLAIN, LYONS, GREENWOOD
& HARLEY, ET AL.,  IN OPPOSITION TO THE MOTION OF GARLOCK SEALING
TECHNOLOGIES, LLC, FOR ORDERS AUTHORIZING ACCESS TO 2019
STATEMENTS FILED IN THIS COURT AND FOR RELATED RELIEF**

1

TO THE HONORABLE JUDITH K. FITZGERALD,
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, various claimants represented by Motley Rice LLC. and affiliated co-counsel, (hereinafter "Motley Rice claimants") and hereby file this Joinder to the Response of Law Office of Peter G. Angelos, PC, et al. ("Angelos") and Brief of Kazan, McClain, Lyons, Greenwood & Harley, et al., ("Kazan") in Opposition to the Motion of Garlock Sealing Technologies, LLC ("Garlock") for Orders Authorizing Access to 2019 Statements Filed in This Court and For Related Relief.

In support of their Response, Motley Rice claimants state as follows:

Motley Rice claimants hereby and herewith join in, adopt and incorporate by reference the objections and responses of the Angelos et al  and Kazan et al firms.

WHEREFORE, for the reasons stated herein and the reasons stated in the Responses of the Law Office of Peter G. Angelos, PC, et al., and Kazan, McClain, Lyons, Greenwood & Harley, et al., Motley Rice claimants respectfully request that this Court deny Garlock Sealing Technologies LLC Motion for Orders authorizing Access to 2019 Statements filed in this Court and for Further Relief; and that Motley Rice claimants be granted such other and further relief that this Court deems just and proper.

Signed this 3rd day of February, 2011.

Respectfully submitted,

*/s/ Daniel K. Hogan*
Daniel K. Hogan (De. Bar No. 2814)
The Hogan Firm
1311 Delaware Avenue
Wilmington, Delaware 19806
dkhogan@dkhogan.com
Telephone: (302) 656-7540
Facsimile: (302) 656-7599


**MOTLEY RICE LLC**

Joseph F. Rice
State Bar 4710
jrice@motleyrice.com
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Tel: (843) 216-9000; Fax (843) 216- 9430

John Baden
State Bar 70350
jbaden@motleyrice.com
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Tel: (843) 216-9000; Fax (843) 216- 9430

**Attorneys for Asbestos Claimants
Represented by Motley Rice LLC
And affiliated Co-Counsel**