# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | |
| ACandS, Inc. | Case No.: 02-12687 |
| Armstrong World Industries, Inc. | Case No.: 00-4471 |
| Combustion Engineering, Inc. | Case No.: 03-10495 |
| The Flintkote Company | Case No. 04-11300 |
| Kaiser Aluminum Corp. | Case No.: 02-10429 |
| Owens Corning | Case No.: 00-3837 |
| US Mineral Products Company | Case No. 01-2471 |
| USG Corp. | Case No. 01-2094 |
| W.R. Grace & Co. | Case No. 01-1139 |
| Debtors | |

## CERTIFICATE OF SERVICE

I, Daniel K Hogan, hereby certify that, on February 3, 2011, a true and correct copy of the ***Joinder to the Response of Law Office of Peter G. Angelos, PC, et al., and Brief of Kazan, McClain, Lyons, Greenwood & Harley, et al., in Opposition to the Motion of Garlock Sealing Technologies, LLC for Orders Authorizing Access to 2019 Statements Filed in This Court and For Related Relief*** was served on the parties listed below via first class mail and electronic mail and all other parties registered for electronic service via CM/ECF.

| | |
|---|---|
| Garland S. Cassada<br>Richard C. Worf, Jr.<br>Robinson, Bradshaw & Hinson<br>101 North Tryon Street, Suite 1900<br>Charlotte, NC 28246<br>gcassada@rbh.com<br>rworf@rbh.com | Gregory W. Werkheiser<br>Matthew B. Harvey<br>Morris, Nichols, Arsht & Tunnell, LP<br>1201 North Market Street, 18th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>gwerkheiser@mnat.com<br>mharvey@mnat.com |

Dated: February 3, 2011 　　　　　　　　　*/s/Daniel K. Hogan*
　　　　　　　　　　　　　　　　　　　　　　Daniel K. Hogan (DE Bar #2814)
　　　　　　　　　　　　　　　　　　　　　　THE HOGAN FIRM
　　　　　　　　　　　　　　　　　　　　　　1311 Delaware Avenue
　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19806
　　　　　　　　　　　　　　　　　　　　　　Telephone: 302.656.7540
　　　　　　　　　　　　　　　　　　　　　　Facsimile: 302.656.7599
　　　　　　　　　　　　　　　　　　　　　　E-mail: dkhogan@dkhogan.com