**EXHIBIT A**

# Blackstone Advisory Partners L.P.

February 3, 2011

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---:|
| Monthly advisory fee for the period of July 1, 2010 through July 31, 2010: | $ | 50,000.00 |

Out-of-pocket expenses processed for the period through July 31, 2010: [1]

| | | |
|---|---:|---:|
| Ground Transportation | 3,234.95 | |
| Communications | 61.78 | |
| Meals | 1,528.28 | |
| Research | 1,379.41 | 6,204.42 |
| Less: Payment Received | | (46,204.42) |
| **Total Amount Due** | $ | **10,000.00** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

Invoice Number: 49456

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Partners L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Through July 31, 2010**
**Invoice No. 49456**

| | GL Detail Jul-10 | | Total Expenses |
|---|---|---|---|
| Ground Transportation - Local Travel | $ | 540.95 | $ 540.95 |
| Ground Transportation - Railroad | | 2,694.00 | 2,694.00 |
| Communications - Teleconferencing | | 61.78 | 61.78 |
| Employee Meals | | 1,528.28 | 1,528.28 |
| Internal Research | | 416.25 | 416.25 |
| External Research - Dow Jones | | 639.78 | 639.78 |
| External Research - Reuters | | 323.38 | 323.38 |
| | $ | 6,204.42 | $ 6,204.42 |

| | | |
|---|---|---|
| **Ground Transportation** | $ | **3,234.95** |
| **Communications** | | **61.78** |
| **Meals** | | **1,528.28** |
| **Research** | | **1,379.41** |
| **Total Expenses** | $ | **6,204.42** |

W.R. Grace & Co.
Detail of Expenses Processed
Through July 31, 2010
Invoice No. 49456

**Ground Transportation - Local Travel**

| | | |
|---|---|---|
| Bradley (taxi to train station in New York, NY from home) | 06/03/10 | 10.30 |
| Bradley (taxi to train station in New York, NY from home) | 06/21/10 | 9.84 |
| Bradley (taxi to train station in New York, NY from home) | 06/29/10 | 10.70 |
| Cutler (weeknight taxi home from Blackstone after working late) | 06/18/10 | 7.00 |
| Pikula (weeknight taxi home from Blackstone after working late) | 04/19/10 | 9.30 |
| Pikula (weeknight taxi home from Blackstone after working late) | 04/20/10 | 8.70 |
| Pikula (weeknight taxi home from Blackstone after working late) | 04/21/10 | 9.30 |
| Pikula (weeknight taxi home from Blackstone after working late) | 04/22/10 | 8.70 |
| Pikula (taxi to train station in New York, NY from home) | 04/24/10 | 12.50 |
| Pikula (weekend taxi to Blackstone from home) | 04/25/10 | 10.10 |
| Pikula (weekend taxi home from Blackstone) | 04/25/10 | 8.25 |
| Pikula (weeknight taxi home from Blackstone after working late) | 04/26/10 | 9.70 |
| Pikula (weeknight taxi home from Blackstone after working late) | 04/27/10 | 9.30 |
| Pikula (weeknight taxi home from Blackstone after working late) | 04/29/10 | 9.30 |
| Pikula (weeknight taxi home from Blackstone after working late) | 04/30/10 | 8.90 |
| Pikula (weekend taxi home from Blackstone) | 05/01/10 | 10.80 |
| Pikula (weekend taxi to Blackstone from home) | 05/01/10 | 17.90 |
| Pikula (weekend taxi to Blackstone from home) | 05/01/10 | 9.36 |
| Pikula (weekend taxi to Blackstone from home) | 05/02/10 | 10.75 |
| Pikula (weekend taxi home from Blackstone) | 05/02/10 | 9.20 |
| Pikula (weeknight taxi home from Blackstone after working late) | 05/03/10 | 15.10 |
| Pikula (weeknight taxi home from Blackstone after working late) | 05/04/10 | 15.00 |
| Pikula (weeknight taxi home from Blackstone after working late) | 05/05/10 | 10.87 |
| Pikula (weeknight taxi home from Blackstone after working late) | 05/17/10 | 11.30 |
| Pikula (weeknight taxi home from Blackstone after working late) | 05/20/10 | 10.70 |
| Pikula (weeknight taxi home from Blackstone after working late) | 05/25/10 | 10.30 |
| Pikula (weeknight taxi home from Blackstone after working late) | 05/26/10 | 10.10 |
| Pikula (weeknight taxi home from Blackstone after working late) | 06/02/10 | 8.52 |
| Pikula (weeknight taxi home from Blackstone after working late) | 06/03/10 | 8.15 |
| Pikula (weeknight taxi home from Blackstone after working late) | 06/06/10 | 7.75 |
| Pikula (weekend taxi home from Blackstone) | 06/08/10 | 8.70 |
| Pikula (weekend taxi home from Blackstone) | 06/09/10 | 8.70 |
| Pikula (weeknight taxi home from Blackstone after working late) | 06/10/10 | 7.87 |
| Pikula (weeknight taxi home from Blackstone after working late) | 06/11/10 | 7.70 |
| Pikula (weekend taxi to Blackstone from home) | 06/12/10 | 10.00 |
| Pikula (weekend taxi to Blackstone from home) | 06/12/10 | 8.62 |
| Pikula (weekend taxi to Blackstone from home) | 06/13/10 | 10.92 |
| Pikula (weekend taxi home from Blackstone) | 06/13/10 | 9.50 |
| Pikula (weeknight taxi home from Blackstone after working late) | 06/17/10 | 6.96 |
| Wu (weeknight taxi home from Blackstone after working late) | 05/17/10 | 9.87 |
| Wu (weekend taxi home from Blackstone) | 05/23/10 | 12.40 |
| Wu (weeknight taxi home from Blackstone after working late) | 05/26/10 | 9.37 |
| Wu (weeknight taxi home from Blackstone after working late) | 05/27/10 | 10.90 |
| Wu (weeknight taxi home from Blackstone after working late) | 06/07/10 | 12.40 |
| Wu (weeknight taxi home from Blackstone after working late) | 06/08/10 | 10.50 |
| Wu (weeknight taxi home from Blackstone after working late) | 06/10/10 | 10.50 |
| Wu (weeknight taxi home from Blackstone after working late) | 06/14/10 | 9.87 |
| Yamamoto (weeknight taxi home from Blackstone after working late) | 05/27/10 | 10.70 |
| Yamamoto (weeknight taxi home from Blackstone after working late) | 06/02/10 | 10.90 |
| Yamamoto (weeknight taxi home from Blackstone after working late) | 06/03/10 | 7.10 |
| Yamamoto (taxi home from train station in New York, NY) | 06/04/10 | 13.68 |
| Yamamoto (weeknight taxi home from Blackstone after working late) | 06/11/10 | 11.90 |
| Yamamoto (taxi to train station in New York, NY from home) | 06/21/10 | 6.00 |
| Yamamoto (taxi home from train station in New York, NY) | 06/21/10 | 8.20 |
| **Subtotal - Ground Transportation - Local Travel** | | **$        540.95** |

**Ground Transportation - Railroad**

| | | |
|---|---|---|
| Bradley (round trip train travel to/from Baltimore, MD from/to New York, NY) | 06/03/10 | 230.00 |
| Bradley (round trip train travel to/from Baltimore, MD from/to New York, NY) | 06/21/10 | 323.00 |
| Bradley (round trip train travel to/from Washington, DC from/to New York, NY) | 06/29/10 | 293.00 |
| Schumacher (round trip train travel to/from Baltimore, MD from/to New York, NY) | 06/03/10 | 230.00 |
| Schumacher (round trip train travel to/from Baltimore, MD from/to New York, NY) | 06/21/10 | 323.00 |
| Schumacher (round trip train travel to/from Washington, DC from/to New York, NY) | 06/29/10 | 293.00 |
| Wu (travel agency fee for booking of round trip train travel to Baltimore, MD from/to New York, NY on 04/23/10) | 04/21/10 | 40.00 |
| Wu (round trip train travel to/from Baltimore, MD from/to New York, NY) | 04/23/10 | 346.00 |
| Yamamoto (round trip train travel to/from Baltimore, MD from/to New York, NY) | 06/21/10 | 323.00 |
| Yamamoto (round trip train travel to/from Washington, DC from/to New York, NY) | 06/29/10 | 293.00 |
| **Subtotal - Ground Transportation - Railroad** | | **2,694.00** |

**Communications - Teleconferencing**

| | | |
|---|---|---|
| Kaufman | 06/24/10 | 31.78 |
| O'Connell | 06/24/10 | 30.00 |
| **Subtotal - Communications - Teleconferencing** | | **61.78** |

W.R. Grace & Co.
Detail of Expenses Processed
Through July 31, 2010
Invoice No. 49456

**Employee Meals**

| | | |
|---|---|---|
| Bradley (working lunch meal @ Blackstone) | 04/23/10 | 8.04 |
| Bradley (working breakfast meal while traveling) | 06/03/10 | 14.87 |
| Bradley (working lunch meal while traveling) | 06/03/10 | 10.00 |
| Bradley (working breakfast meal while traveling) | 06/21/10 | 15.75 |
| Bradley (working lunch meal while traveling) | 06/21/10 | 41.07 |
| Bradley (working lunch meal while in traveling) | 06/29/10 | 13.50 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 04/19/10 | 25.00 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 04/20/10 | 24.33 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 04/21/10 | 25.00 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 04/22/10 | 7.24 |
| Pikula (working breakfast meal while traveling) | 04/23/10 | 4.75 |
| Pikula (working lunch meal while traveling) | 04/23/10 | 8.04 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 04/23/10 | 12.21 |
| Pikula (weekend working dinner meal @ Blackstone) | 04/24/10 | 12.00 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 04/26/10 | 11.38 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 04/27/10 | 25.00 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 04/28/10 | 20.59 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 04/29/10 | 25.00 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 04/30/10 | 25.00 |
| Pikula (weekend working lunch meal @ Blackstone) | 05/01/10 | 7.62 |
| Pikula (weekend working dinner meal @ Blackstone) | 05/01/10 | 18.29 |
| Pikula (weekend working dinner meal @ Blackstone) | 05/02/10 | 34.50 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 05/03/10 | 23.34 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 05/04/10 | 23.97 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 05/16/10 | 12.49 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 05/17/10 | 25.00 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 05/18/10 | 25.00 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 05/19/10 | 22.48 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 05/20/10 | 23.82 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 05/21/10 | 25.00 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 05/24/10 | 16.23 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 05/25/10 | 25.00 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 05/26/10 | 21.09 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 05/27/10 | 21.80 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 05/28/10 | 25.00 |
| Pikula (weekend working lunch meal @ Blackstone) | 05/29/10 | 8.97 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 05/31/10 | 24.86 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 06/01/10 | 25.00 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 06/02/10 | 25.00 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 06/03/10 | 25.00 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 06/04/10 | 15.89 |
| Pikula (weekend working dinner meal @ Blackstone) | 06/05/10 | 25.00 |
| Pikula (weekend working dinner meal @ Blackstone) | 06/06/10 | 25.00 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 06/07/10 | 25.00 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 06/08/10 | 22.52 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 06/09/10 | 14.25 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 06/10/10 | 20.44 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 06/11/10 | 11.86 |
| Pikula (weekend working dinner meal @ Blackstone) | 06/12/10 | 25.00 |
| Pikula (weekend working dinner meal @ Blackstone) | 06/13/10 | 25.00 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 06/14/10 | 16.50 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 06/15/10 | 23.66 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 06/16/10 | 25.00 |
| Pikula (weeknight working dinner meal @ Blackstone while working late) | 06/17/10 | 20.75 |
| Schumacher (working lunch meal while traveling) | 04/23/10 | 8.04 |
| Schumacher (working breakfast meal while traveling) | 06/03/10 | 5.15 |
| Schumacher (working lunch meal while traveling) | 06/03/10 | 10.00 |
| Schumacher (working breakfast meal while traveling) | 06/21/10 | 4.90 |
| Wu (weeknight working dinner meal @ Blackstone while working late) | 04/21/10 | 24.24 |
| Wu (working breakfast meal while traveling) | 04/23/10 | 8.13 |
| Wu (working lunch meal while traveling) | 04/23/10 | 5.00 |
| Wu (weeknight working dinner meal @ Blackstone while working late) | 04/23/10 | 24.86 |
| Wu (weeknight working dinner meal @ Blackstone while working late) | 04/26/10 | 24.51 |
| Wu (weeknight working dinner meal @ Blackstone while working late) | 04/27/10 | 9.50 |
| Wu (weeknight working dinner meal @ Blackstone while working late) | 05/17/10 | 25.00 |
| Wu (weeknight working dinner meal @ Blackstone while working late) | 05/20/10 | 25.00 |
| Wu (weeknight working dinner meal @ Blackstone while working late) | 05/27/10 | 25.00 |
| Wu (weekend working dinner meal @ Blackstone while working late) | 05/29/10 | 25.00 |
| Wu (working dinner meal @ Blackstone on holiday) | 05/31/10 | 22.42 |
| Wu (weekend working dinner meal @ Blackstone while working late) | 06/05/10 | 19.53 |
| Wu (weeknight working dinner meal @ Blackstone while working late) | 06/07/10 | 25.00 |
| Wu (weeknight working dinner meal @ Blackstone while working late) | 06/08/10 | 23.72 |
| Wu (weeknight working dinner meal @ Blackstone while working late) | 06/09/10 | 24.76 |
| Wu (weeknight working dinner meal @ Blackstone while working late) | 06/10/10 | 21.07 |

**W.R. Grace & Co.**
**Detail of Expenses Processed**
**Through July 31, 2010**
**Invoice No. 49456**

| | | |
|---|---|---|
| Yamamoto (weeknight working dinner meal @ Blackstone while working late) | 06/02/10 | 23.23 |
| Yamamoto (working breakfast meal while traveling) | 06/22/10 | 5.55 |
| Yamamoto (working breakfast meal while traveling) | 06/29/10 | 11.05 |
| Yamamoto (working lunch meal while traveling) | 06/29/10 | 20.83 |
| Yamamoto (weeknight working dinner meal @ Blackstone while working late) | 06/30/10 | 22.69 |
| **Subtotal - Employee Meals** | | **1,528.28** |
| | | |
| **Internal Research** | | |
| Lambert (online data research) | 07/12/10 | 86.25 |
| Lambert (online data research) | 07/19/10 | 250.00 |
| Yamamoto (online data research) | 06/28/10 | 80.00 |
| **Subtotal - Internal Research** | | **416.25** |
| | | |
| **External Research - Dow Jones** | | |
| Pikula (online data research) | 06/13/10 - 06/19/10 | 639.78 |
| **Subtotal - External Research - Dow Jones** | | **639.78** |
| | | |
| **External Research - Reuters** | | |
| Pikula (online data research) | 06/13/10 - 06/19/10 | 114.10 |
| Yamamoto (online data research) | 06/13/10 - 06/19/10 | 57.05 |
| Yamamoto (online data research) | 06/20/10 - 06/26/10 | 86.06 |
| Yamamoto (online data research) | 06/27/10 - 07/03/10 | 66.17 |
| **Subtotal - External Research - Reuters** | | **323.38** |
| | | |
| **Total Expenses** | | **$  6,204.42** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JULY 1, 2010 THROUGH JULY 31, 2010**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 14.4 |
| Jonathan Kaufman | Associate | 26.5 |
| Alexander Lambert | Analyst | 34.0 |
| | **Total** | **74.8** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2010 THROUGH JULY 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 07/07/10 | 0.3 | Business Analysis | Correspondence regarding business review |
| Jamie O'Connell | 07/14/10 | 0.3 | Business Analysis | Call with M. Shelnitz and M. Conron regarding new business development |
| Jamie O'Connell | 07/15/10 | 0.2 | Business Analysis | Call with J. Baer regarding new business development |
| Jamie O'Connell | 07/20/10 | 0.3 | Business Analysis | Call with M. Shelnitz regarding various matters |
| Jamie O'Connell | 07/21/10 | 0.2 | Business Analysis | Correspondence regarding new business development |
| Jamie O'Connell | 07/22/10 | 1.0 | Business Analysis | Listen to second quarter earnings call |
| | | 2.3 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2010 THROUGH JULY 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 07/07/10 | 0.1 | Committee | Call with J. Sinclair regarding committee information request |
| Jamie O'Connell | 07/20/10 | 0.1 | Committee | Correspondence to J. Forgach regarding committee information request |
| Jamie O'Connell | 07/22/10 | 0.2 | Committee | Correspondence with J. Sinclair regarding committee information request |
| | | 0.4 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2010 THROUGH JULY 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jonathan Kaufman | 07/02/10 | 2.0 | Corporate Finance | Capital structure analysis |
| | | 2.0 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2010 THROUGH JULY 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jonathan Kaufman | 07/01/10 | 0.2 | Employee Benefits/Pension | Correspondence to J. Forgach regarding committee conf call |
| Jamie O'Connell | 07/08/10 | 0.7 | Employee Benefits/Pension | Conference call with management, AON and committee professionals |
| Jonathan Kaufman | 07/08/10 | 0.7 | Employee Benefits/Pension | Conference call with management, AON and committee professionals |
| | | 1.6 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2010 THROUGH JULY 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 07/19/10 | 0.3 | Fee Applications | Review June time records |
| | | 0.3 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
JULY 1, 2010 THROUGH JULY 31, 2010

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jonathan Kaufman | 07/01/10 | 0.3 | Financing | Call with Deutsche Bank on exit financing terms |
| Jonathan Kaufman | 07/01/10 | 0.3 | Financing | Conference call with management regarding exit financing |
| Jonathan Kaufman | 07/01/10 | 0.2 | Financing | Conference call with management regarding hedging policy |
| Alexander Lambert | 07/02/10 | 1.0 | Financing | Internal team meeting to review edits to rating agency presentation |
| Jonathan Kaufman | 07/02/10 | 1.0 | Financing | Internal team meeting to review edits to rating agency presentation |
| Jamie O'Connell | 07/06/10 | 0.9 | Financing | Draft ratings agency presentation |
| Jamie O'Connell | 07/06/10 | 0.2 | Financing | Correspondence regarding various workstreams |
| Alexander Lambert | 07/07/10 | 0.3 | Financing | Review draft ratings agency presentation with J. O'Connell |
| Alexander Lambert | 07/07/10 | 0.5 | Financing | Call with management regarding financial analysis |
| Alexander Lambert | 07/07/10 | 0.3 | Financing | Meeting with J. O'Connell regarding various workstreams |
| Alexander Lambert | 07/07/10 | 0.4 | Financing | Review of draft presentation with J. O'Connell |
| Alexander Lambert | 07/07/10 | 2.0 | Financing | Edits to draft presentation |
| Jamie O'Connell | 07/07/10 | 0.3 | Financing | Review draft ratings agency presentation with A. Lambert |
| Jamie O'Connell | 07/07/10 | 0.5 | Financing | Call with management regarding financial analysis |
| Jamie O'Connell | 07/07/10 | 0.3 | Financing | Meeting with A. Lambert regarding various workstreams |
| Jamie O'Connell | 07/07/10 | 0.4 | Financing | Review of draft presentation with A. Lambert |
| Alexander Lambert | 07/08/10 | 1.5 | Financing | Conference call with management and counsel regarding exit financing |
| Jamie O'Connell | 07/08/10 | 1.5 | Financing | Conference call with management and counsel regarding exit financing |
| Jonathan Kaufman | 07/08/10 | 1.5 | Financing | Conference call with management and counsel regarding exit financing |
| Alexander Lambert | 07/09/10 | 1.0 | Financing | Internal meeting on exit financing |
| Jonathan Kaufman | 07/09/10 | 1.0 | Financing | Internal meeting on exit financing |
| Jamie O'Connell | 07/12/10 | 1.5 | Financing | Conference call with management and counsel regarding exit financing |
| Jamie O'Connell | 07/12/10 | 1.0 | Financing | Conference call with management regarding ratings agency presentation |
| Jonathan Kaufman | 07/12/10 | 1.5 | Financing | Conference call with management and counsel regarding exit financing |
| Jonathan Kaufman | 07/12/10 | 1.0 | Financing | Conference call with management regarding ratings agency presentation |
| Alexander Lambert | 07/13/10 | 3.5 | Financing | Cash sources and uses and interest rate sensitivity analysis |
| Alexander Lambert | 07/14/10 | 3.0 | Financing | Interest rate sensitivity analysis |
| Alexander Lambert | 07/15/10 | 1.0 | Financing | Interest rate sensitivity analysis |
| Jonathan Kaufman | 07/15/10 | 1.0 | Financing | Interest rate sensitivity analysis |
| Alexander Lambert | 07/19/10 | 0.8 | Financing | Call with A. Arshad to review interest rate sensitivity analysis |
| Jamie O'Connell | 07/21/10 | 0.3 | Financing | Correspondence with E. Filon regarding exit financing |
| Alexander Lambert | 07/22/10 | 2.5 | Financing | Interest rate sensitivity analysis |
| Jamie O'Connell | 07/23/10 | 0.5 | Financing | Call with E. Filon regarding exit financing and other matters |
| Jonathan Kaufman | 07/26/10 | 0.5 | Financing | Conference call with management regarding interest rate analysis |
| Alexander Lambert | 07/27/10 | 2.0 | Financing | Conference call with management regarding interest rate hedging analysis |
| Alexander Lambert | 07/27/10 | 1.4 | Financing | Interest rate sensitivity analysis |
| Jamie O'Connell | 07/27/10 | 2.0 | Financing | Conference call with management regarding interest rate hedging analysis |
| Jonathan Kaufman | 07/27/10 | 2.0 | Financing | Conference call with management regarding interest rate hedging analysis |
| Jonathan Kaufman | 07/27/10 | 0.5 | Financing | Correspondence with E. Filon and A. Arshad regarding exit financing |
| Alexander Lambert | 07/28/10 | 0.3 | Financing | Call with Deutsche Bank and management on LC issues re: exit financing |
| Alexander Lambert | 07/28/10 | 1.0 | Financing | Call with management regarding interest rate analysis |
| Alexander Lambert | 07/28/10 | 0.5 | Financing | Interest rate sensitivity analysis |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2010 THROUGH JULY 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 07/28/10 | 0.3 | Financing | Call with Deutsche Bank and management on LC issues re: exit financing |
| Jamie O'Connell | 07/28/10 | 1.0 | Financing | Call with management regarding interest rate analysis |
| Jonathan Kaufman | 07/28/10 | 0.5 | Financing | Correspondence A. Arshad regarding exit financing |
| Jonathan Kaufman | 07/28/10 | 0.3 | Financing | Call with Deutsche Bank and management on LC issues re: exit financing |
| Jonathan Kaufman | 07/28/10 | 1.0 | Financing | Call with management regarding interest rate analysis |
|  |  | 46.2 |  |  |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2010 THROUGH JULY 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Alexander Lambert | 07/14/10 | 3.0 | Non-Working Travel Time | Travel to Columbia, MD for Q2 strategy meeting |
| Jonathan Kaufman | 07/14/10 | 3.0 | Non-Working Travel Time | Travel to Columbia, MD for Q2 strategy meeting |
| Alexander Lambert | 07/15/10 | 3.0 | Non-Working Travel Time | Travel from Columbia, MD for Q2 strategy meeting |
| Jonathan Kaufman | 07/15/10 | 3.0 | Non-Working Travel Time | Travel from Columbia, MD for Q2 strategy meeting |
| | | 12.0 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2010 THROUGH JULY 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Alexander Lambert | 07/15/10 | 5.0 | Other | Grace Q2 strategy meeting in Columbia |
| Jonathan Kaufman | 07/15/10 | 5.0 | Other | Grace Q2 strategy meeting in Columbia |
| | | 10.0 | | |

# Blackstone Advisory Partners L.P.

February 3, 2011

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Monthly advisory fee for the period of September 1, 2010 through September 30, 2010:    $         125,000.00

Out-of-pocket expenses processed for the period through September 30, 2010:[1]

| | | |
|---|---|---|
| Airfare | $        264.70 | |
| Ground Transportation | 1,585.66 | |
| Meals | 317.80 | |
| Lodging | 223.54 | |
| Research | 43.75 | 2,435.45 |
| | | |
| Less: Credit[2] | | (634.29) |
| | | |
| Less: Payment Received | | (101,801.16) |
| | | |
| **Total Amount Due** | $ | **25,000.00** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

Invoice Number: 49881

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

[2] Amount reflects a reduction agreed to between Blackstone and the Fee Auditor of an out-of-town travel expense billed to the Debtors in connection with Blackstone's April 2010 monthly fee application.

Blackstone Advisory Partners L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Through September 30, 2010**
**Invoice No. 49881**

|  | GL Detail Sep-10 | Total Expenses |
|---|---|---|
| Airfare | $ 264.70 | $ 264.70 |
| Ground Transportation - Local Travel | 118.31 | 118.31 |
| Ground Transportation - Out of Town Travel | 226.40 | 226.40 |
| Ground Transportation - Railroad | 1,240.95 | 1,240.95 |
| Employee Meals | 317.80 | 317.80 |
| Lodging | 223.54 | 223.54 |
| Internal Research | 43.75 | 43.75 |
| **Total Expenses** | $ 2,435.45 | $ 2,435.45 |
|  |  |  |
| **Airfare** |  | $ 264.70 |
| **Ground Transportation** |  | 1,585.66 |
| **Meals** |  | 317.80 |
| **Lodging** |  | 223.54 |
| **Research** |  | 43.75 |
|  |  |  |
| **Total Expenses** |  | $ 2,435.45 |

W.R. Grace & Co.
Summary of Expenses
Through September 30, 2010
Invoice No. 49881

**Airfare**

| | | | |
|---|---|---|---|
| Kaufman (travel agency fee for booking of one-way flight to Washington, DC from Queens, NY on 05/24/10) | 05/21/10 | 40.00 | |
| Kaufman (one-way coach class flight to Washington, DC from New York, NY) | 05/24/10 | 224.70 | |
| | Subtotal - Airfare | | $ 264.70 |

**Ground Transportation - Local Travel**

| | | | |
|---|---|---|---|
| Kaufman (taxi to client meeting in New York, NY from Blackstone) | 05/06/10 | 24.24 | |
| Kaufman (taxi to New York Penn Station from Blackstone) | 05/24/10 | 8.60 | |
| Kaufman (weeknight taxi home from Blackstone after working late) | 06/17/10 | 8.70 | |
| Lambert (weeknight taxi home from Blackstone after working late) | 06/23/10 | 15.37 | |
| Lambert (taxi to New York Penn Station from Blackstone) | 06/24/10 | 16.50 | |
| Lambert (taxi to Blackstone from New York Penn Station) | 06/24/10 | 20.75 | |
| Lambert (weeknight taxi home from Blackstone after working late) | 06/24/10 | 16.30 | |
| Lambert (weeknight taxi home from Blackstone after working late) | 07/15/10 | 7.85 | |
| | Subtotal - Ground Transportation - Local Travel | | 118.31 |

**Ground Transportation - Out of Town Travel**

| | | | |
|---|---|---|---|
| Kaufman (car to client offices in Columbia, MD from train station in Baltimore, MD) | 07/15/10 | 113.20 | |
| Kaufman (car to train station in Baltimore, MD from client offices in Columbia, MD) | 07/15/10 | 113.20 | |
| | Subtotal - Ground Transportation - Out of Town Travel | | 226.40 |

**Ground Transportation - Railroad**

| | | | |
|---|---|---|---|
| Kaufman (one-way train trip to New York, NY from Washington, DC) | 05/21/10 | 194.00 | |
| Kaufman (travel agency fee for booking round train travel to/from Baltimore, MD from/to New York, NY on 07/14 & 07/15/10) | 07/14/10 | 40.00 | |
| Kaufman (round train travel to/from Baltimore, MD from/to New York, NY) | 07/14/10 | 407.25 | |
| Lambert (one-way train travel to New York, NY from Wilmington, DE on 07/06/10) | 06/30/10 | 20.00 | |
| Lambert (one-way train travel to New York, NY from Wilmington, DE) | 07/06/10 | 150.70 | |
| Lambert (travel agency fee for booking of round trip train travel to/from Baltimore, MD from/to New York, NY on 07/14 & 07/15/10) | 07/13/10 | 40.00 | |
| Lambert (round trip train travel to/from Baltimore, MD from/to New York, NY) | 07/14/10 & 07/15/10 | 389.00 | |
| | Subtotal - Ground Transportation - Railroad | | 1,240.95 |

**Employee Meals**

| | | | |
|---|---|---|---|
| Kaufman (1 working breakfast meal while traveling) | 05/24/10 | 3.75 | |
| Kaufman (1 working dinner meal while traveling) | 05/24/10 | 34.84 | |
| Kaufman (1 weeknight working dinner meal @ Blackstone while working late) | 06/16/10 | 34.76 | |
| Kaufman (1 weeknight working dinner meal @ Blackstone while working late) | 07/14/10 | 65.00 | |
| Kaufman (1 working breakfast meal @ hotel in Baltimore, MD) | 07/15/10 | 22.08 | |
| Lambert (1 working lunch meal while traveling) | 06/23/10 | 19.50 | |
| Lambert (1 weeknight working dinner meal @ Blackstone while working late) | 06/24/10 | 20.79 | |
| Lambert (1 working dinner meal while in Baltimore, MD) | 07/14/10 | 65.00 | |
| Lambert (1 working breakfast meal @ hotel in Baltimore, MD) | 07/15/10 | 22.08 | |
| O'Connell (1 weeknight working dinner meal @ Blackstone while working late) | 05/27/10 | 30.00 | |
| w | btotal - Employee Meals | | 317.80 |

**Lodging**

| | | | |
|---|---|---|---|
| Kaufman (1 day hotel stay in Baltimore, MD) | 07/14/10 & 07/15/10 | 223.54 | |
| | Subtotal - Lodging | | 223.54 |

**Internal Research**

| | | | |
|---|---|---|---|
| Lambert (online data research) | 08/02/10 | 43.75 | |
| | Subtotal - Internal Research | | 43.75 |

| | | | |
|---|---|---|---|
| | Total Expenses | | $ 2,435.45 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 30.6 |
| Patrick Schumacher | Managing Director | 8.00 |
| Jonathan Kaufman | Associate | 24.4 |
| Christopher Yamamoto | Associate | 21.0 |
| Alexander Lambert | Analyst | 36.5 |
| Kathleen Wu | Analyst | 8.0 |
| Cathy Gao | Analyst | 21.5 |
| | **Total** | **150.0** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 09/01/10 | 0.2 | Business Analysis | Call with G. Young of Grace regarding business analysis |
| Jamie O'Connell | 09/01/10 | 0.3 | Business Analysis | Internal meeting with J. Kaufman regarding various matters |
| Jonathan Kaufman | 09/01/10 | 0.2 | Business Analysis | Call with G. Young of Grace regarding business analysis |
| Jonathan Kaufman | 09/01/10 | 0.3 | Business Analysis | Internal meeting with J. O'Connell regarding various matters |
| Jamie O'Connell | 09/05/10 | 0.5 | Business Analysis | Review materials related to Project Mallard and related correspondence |
| Jonathan Kaufman | 09/05/10 | 1.0 | Business Analysis | Review materials related to Project Mallard |
| Alexander Lambert | 09/07/10 | 1.0 | Business Analysis | Review materials related to Project Mallard |
| Alexander Lambert | 09/07/10 | 1.0 | Business Analysis | Call with G. Young of Grace, J.Baer and R. Higgins of Janet Baer regarding Project Mallard |
| Jamie O'Connell | 09/07/10 | 0.5 | Business Analysis | Review materials related to Project Mallard |
| Jamie O'Connell | 09/07/10 | 1.0 | Business Analysis | Call with G. Young of Grace, J.Baer and R. Higgins of Janet Baer regarding Project Mallard |
| Jamie O'Connell | 09/07/10 | 0.5 | Business Analysis | Call with counsel and correspondence related to Project Mallard |
| Jonathan Kaufman | 09/07/10 | 1.0 | Business Analysis | Review materials related to Project Mallard |
| Jonathan Kaufman | 09/07/10 | 1.0 | Business Analysis | Call with G. Young of Grace, J.Baer and R. Higgins of Janet Baer regarding Project Mallard |
| Jamie O'Connell | 09/08/10 | 0.2 | Business Analysis | Call with management regarding Project Mallard |
| Jamie O'Connell | 09/08/10 | 0.2 | Business Analysis | Correspondence to financial advisors regarding Project Mallard |
| Jamie O'Connell | 09/09/10 | 0.3 | Business Analysis | Call with J. Rohen regarding Project Mallard |
| Jamie O'Connell | 09/09/10 | 0.2 | Business Analysis | Correspondence to financial advisors regarding Project Mallard |
| Alexander Lambert | 09/10/10 | 0.5 | Business Analysis | Conference call with management and advisors regarding Project Mallard |
| Jamie O'Connell | 09/10/10 | 0.5 | Business Analysis | Conference call with management and advisors regarding Project Mallard |
| Jonathan Kaufman | 09/10/10 | 0.5 | Business Analysis | Conference call with management and advisors regarding Project Mallard |
| Christopher Yamamoto | 09/16/10 | 0.5 | Business Analysis | Catch-up with Michael Brown on projections |
| Patrick Schumacher | 09/16/10 | 0.5 | Business Analysis | Catch-up with Michael Brown on projections |
| Jamie O'Connell | 09/23/10 | 1.0 | Business Analysis | Calls regarding business analysis |
| Alexander Lambert | 09/24/10 | 0.4 | Business Analysis | Meeting with J. O'Connell regarding various matters |
| Jamie O'Connell | 09/24/10 | 0.5 | Business Analysis | Review draft motion regarding legal entities |
| Jamie O'Connell | 09/24/10 | 0.5 | Business Analysis | Meeting with J. Kaufman regarding legal entity motion |
| Jamie O'Connell | 09/24/10 | 0.5 | Business Analysis | Calls with R. Higgins regarding draft motion regarding legal entities |
| Jamie O'Connell | 09/24/10 | 0.3 | Business Analysis | Call with management, counsel and committee advisors regarding Project Mallard |
| Jamie O'Connell | 09/24/10 | 0.5 | Business Analysis | Call with G. Young regarding business analysis |
| Jamie O'Connell | 09/24/10 | 0.4 | Business Analysis | Meeting with A. Lambert regarding various matters |
| Jamie O'Connell | 09/24/10 | 0.2 | Business Analysis | Follow-up call with G. Young regarding business analysis |
| Jonathan Kaufman | 09/24/10 | 0.5 | Business Analysis | Review draft motion regarding legal entities |
| Jonathan Kaufman | 09/24/10 | 0.5 | Business Analysis | Meeting with J. O'Connell regarding legal entity motion |
| Jonathan Kaufman | 09/24/10 | 0.7 | Business Analysis | Call with management, counsel and committee advisors regarding Project Mallard |
| Cathy Gao | 09/25/10 | 3.0 | Business Analysis | Financial analysis |
| Christopher Yamamoto | 09/25/10 | 4.0 | Business Analysis | Financial analysis |
| Alexander Lambert | 09/26/10 | 2.0 | Business Analysis | Financial analysis related to business analysis |
| Cathy Gao | 09/26/10 | 3.0 | Business Analysis | Financial analysis |
| Christopher Yamamoto | 09/26/10 | 4.0 | Business Analysis | Financial analysis |
| Jamie O'Connell | 09/26/10 | 0.5 | Business Analysis | Correspondence regarding draft legal entity motion |
| Jonathan Kaufman | 09/26/10 | 1.0 | Business Analysis | Internal analysis preparation |
| Alexander Lambert | 09/27/10 | 0.8 | Business Analysis | Financial analysis related to business analysis |
| Alexander Lambert | 09/27/10 | 1.0 | Business Analysis | Internal meeting regarding financial analysis related to business analysis |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Alexander Lambert | 09/27/10 | 4.0 | Business Analysis | Financial analysis related to business analysis |
| Cathy Gao | 09/27/10 | 8.0 | Business Analysis | Financial analysis related to business analysis |
| Christopher Yamamoto | 09/27/10 | 8.0 | Business Analysis | Financial analysis related to business analysis |
| Jamie O'Connell | 09/27/10 | 0.3 | Business Analysis | Correspondence regarding business analysis |
| Jamie O'Connell | 09/27/10 | 1.0 | Business Analysis | Internal meeting regarding financial analysis |
| Jamie O'Connell | 09/27/10 | 0.9 | Business Analysis | Conference calls with management and counsel regarding Project Mallard |
| Jamie O'Connell | 09/27/10 | 2.0 | Business Analysis | Financial analysis related to business analysis |
| Jonathan Kaufman | 09/27/10 | 1.0 | Business Analysis | Internal meeting regarding financial analysis |
| Patrick Schumacher | 09/27/10 | 3.0 | Business Analysis | Financial analysis related to business analysis |
| Alexander Lambert | 09/28/10 | 5.0 | Business Analysis | Financial analysis related to business analysis |
| Alexander Lambert | 09/28/10 | 1.0 | Business Analysis | Call with management regarding business analysis |
| Cathy Gao | 09/28/10 | 0.5 | Business Analysis | Call with management regarding business analysis |
| Christopher Yamamoto | 09/28/10 | 0.5 | Business Analysis | Call with management regarding business analysis |
| Jamie O'Connell | 09/28/10 | 4.5 | Business Analysis | Financial analysis related to business analysis |
| Jamie O'Connell | 09/28/10 | 1.0 | Business Analysis | Call with management regarding business analysis |
| Jonathan Kaufman | 09/28/10 | 2.0 | Business Analysis | Financial analysis related to business analysis |
| Jonathan Kaufman | 09/28/10 | 1.0 | Business Analysis | Call with management regarding business analysis |
| Kathleen Wu | 09/28/10 | 3.0 | Business Analysis | Financial analysis related to business analysis |
| Patrick Schumacher | 09/28/10 | 0.5 | Business Analysis | Call with management regarding business analysis |
| Alexander Lambert | 09/29/10 | 1.0 | Business Analysis | Internal meeting regarding business analysis |
| Christopher Yamamoto | 09/29/10 | 3.0 | Business Analysis | Financial analysis related to business analysis |
| Jamie O'Connell | 09/29/10 | 0.2 | Business Analysis | Call with M. Brown of Grace regarding business analysis |
| Jamie O'Connell | 09/29/10 | 0.3 | Business Analysis | Correspondence to internal team regarding business analysis |
| Jamie O'Connell | 09/29/10 | 0.7 | Business Analysis | Internal meeting regarding business analysis |
| Jonathan Kaufman | 09/29/10 | 0.7 | Business Analysis | Internal meeting regarding business analysis |
| Jonathan Kaufman | 09/29/10 | 1.0 | Business Analysis | Internal analysis preparation |
| Jonathan Kaufman | 09/29/10 | 1.0 | Business Analysis | Internal meeting regarding business analysis and financial analysis |
| Kathleen Wu | 09/29/10 | 4.0 | Business Analysis | Financial analysis related to business analysis |
| Patrick Schumacher | 09/29/10 | 3.0 | Business Analysis | Financial analysis related to business analysis |
| Cathy Gao | 09/30/10 | 0.5 | Business Analysis | Call with management regarding business analysis |
| Cathy Gao | 09/30/10 | 0.5 | Business Analysis | Call with management regarding business analysis |
| Cathy Gao | 09/30/10 | 6.0 | Business Analysis | Financial Modeling |
| Christopher Yamamoto | 09/30/10 | 0.5 | Business Analysis | Call with management regarding business analysis |
| Christopher Yamamoto | 09/30/10 | 0.5 | Business Analysis | Call with management regarding business analysis |
| Jamie O'Connell | 09/30/10 | 0.6 | Business Analysis | Conference call with management and counsel regarding corporate matters |
| Jamie O'Connell | 09/30/10 | 1.0 | Business Analysis | Calls and internal discussion regarding business analysis |
| Jonathan Kaufman | 09/30/10 | 0.6 | Business Analysis | Conference call with management and counsel regarding corporate matters |
| Jonathan Kaufman | 09/30/10 | 1.0 | Business Analysis | Calls and internal discussion regarding business analysis |
| Kathleen Wu | 09/30/10 | 0.5 | Business Analysis | Call with management regarding business analysis |
| Kathleen Wu | 09/30/10 | 0.5 | Business Analysis | Call with management regarding business analysis |
| Patrick Schumacher | 09/30/10 | 0.5 | Business Analysis | Call with management regarding business analysis |
| Patrick Schumacher | 09/30/10 | 0.5 | Business Analysis | Call with management regarding business analysis |
| | | 112.5 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Alexander Lambert | 09/07/10 | 2.5 | Claims Analysis Objection/Resolution | Claims analysis |
| Alexander Lambert | 09/08/10 | 2.2 | Claims Analysis Objection/Resolution | Claims analysis |
| Alexander Lambert | 09/08/10 | 0.8 | Claims Analysis Objection/Resolution | Call with S. Scarlis regarding claims analysis |
| Alexander Lambert | 09/09/10 | 3.0 | Claims Analysis Objection/Resolution | Claims analysis |
| | | 8.5 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jonathan Kaufman | 09/07/10 | 0.3 | Committee | Correspondence with committee professionals re: Grace Q2 2010 financial briefing |
| Jamie O'Connell | 09/13/10 | 0.2 | Committee | Call with J. Radecki regarding committee information request |
| Jamie O'Connell | 09/14/10 | 0.3 | Committee | Manage committee information requests |
| Jamie O'Connell | 09/15/10 | 0.4 | Committee | Manage committee information request |
| Jonathan Kaufman | 09/15/10 | 0.4 | Committee | Manage committee information request |
| Jamie O'Connell | 09/17/10 | 0.5 | Committee | Calls regarding committee information request |
| Jamie O'Connell | 09/28/10 | 0.2 | Committee | Manage committee information request related to Project Mallard |
| Jamie O'Connell | 09/29/10 | 0.2 | Committee | Call with B. Frezza of Capstone regarding exit financing |
| | | **2.5** | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 09/07/10 | 0.5 | Fee Applications | Review draft fee statement |
| Jonathan Kaufman | 09/07/10 | 0.5 | Fee Applications | Review draft fee statement |
| Jamie O'Connell | 09/09/10 | 0.5 | Fee Applications | Review draft fee application |
| Jamie O'Connell | 09/15/10 | 1.0 | Fee Applications | Review draft fee application |
| | | 2.5 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Alexander Lambert | 09/01/10 | 2.0 | Financing | Call with management and counsel to discuss exit financing |
| Jamie O'Connell | 09/01/10 | 2.0 | Financing | Call with management and counsel to discuss exit financing |
| Jonathan Kaufman | 09/01/10 | 2.0 | Financing | Call with management and counsel to discuss exit financing |
| Jonathan Kaufman | 09/01/10 | 1.2 | Financing | Review and edits of key term sheet for exit financing |
| Jamie O'Connell | 09/02/10 | 0.5 | Financing | Review exit financing analysis |
| Alexander Lambert | 09/10/10 | 1.0 | Financing | Conference call with management regarding exit financing matters |
| Jamie O'Connell | 09/10/10 | 1.0 | Financing | Conference call with management regarding exit financing matters |
| Jonathan Kaufman | 09/10/10 | 1.0 | Financing | Conference call with management regarding exit financing matters |
| Jamie O'Connell | 09/14/10 | 0.2 | Financing | Call with E. Filon regarding various matters |
| Alexander Lambert | 09/15/10 | 1.0 | Financing | Call with E. Filon and J. MacFarland regarding Exit Facility |
| Alexander Lambert | 09/15/10 | 1.0 | Financing | Review of Exit Facility definitions |
| Alexander Lambert | 09/15/10 | 1.8 | Financing | Updates to presentation for rating agencies |
| Jonathan Kaufman | 09/15/10 | 1.0 | Financing | Call with E. Filon and J. MacFarland regarding Exit Facility |
| Jonathan Kaufman | 09/15/10 | 1.0 | Financing | Review of Exit Facility definitions |
| Alexander Lambert | 09/17/10 | 2.0 | Financing | Updates to presentation for rating agencies |
| Alexander Lambert | 09/17/10 | 1.5 | Financing | Call with management and exit financing lenders |
| Jamie O'Connell | 09/17/10 | 1.5 | Financing | Call with management and exit financing lenders |
| Jonathan Kaufman | 09/17/10 | 1.5 | Financing | Call with management and exit financing lenders |
| Jamie O'Connell | 09/30/10 | 0.3 | Financing | Call regarding business analysis |
| Jonathan Kaufman | 09/30/10 | 0.5 | Financing | Conference call with management regarding business analysis |
| | | **24.0** | | |