# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
W.R. Grace & Co., et al.

**Case No.:** 01–01139–JKF

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that the Libby Claimants filed a Notice of Appeal on the Order Approving regarding the Settlement Agreement Between W.R. Grace & Co. and the CNA Companies.

The Notice of Appeal may be viewed at docket number 26193. The order on appeal may be viewed at docket number 26106.

David D. Bird
CLERK OF COURT

Date: 2/4/11
(VAN–440)