# Notice Recipients

District/Off: 0311−1     User: Sherry     Date Created: 2/4/2011
Case: 01−01139−JKF     Form ID: van440     Total: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
5314183    BNSF Railway Company

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
intp    Kirkland &Ellis LLP    200 East Randolp Drive    Chicago, IL 60601
aty    Campbell &Levine, LLC    c/o Aileen F. Maguire, Esquire    1201 N. Market Street    15th Floor    Wilmington, DE 19801
op    Pachulski, Stang, Ziehl, &Jones LLP    919 North Market Street    16th Floor    P.O. Box 8705    Wilmington, DE 19899−8705
aty    Landis Rath &Cobb LLP    919 Market Street, Suite 600    Wilmington, DE 19801

TOTAL: 4