## Exhibit A

CUMULATIVE SUMMARY OF INTERIM APPPLICATIONS OF STEPTOE & JOHNSON LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 1, 2010 THROUGH SEPTEMBER 30, 2010 FOR W.R. GRACE & CO., et al.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 11/04/2010 | 7/1/10 - 7/31/10 | $2,662.00 | $5.10 | $2,129.60 | $5.10 | $532.40 |
| 11/09/2010 | 8/1/10 - 8/31/10 | $1,485.50 | $10.10 | $1,188.40 | $10.10 | $297.10 |
| 11/04/2010 | 9/1/10 - 9/31/10 | $7,693.00 | $.10 | $6,154.40 | $.10 | $1,538.60 |

## CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 32 | Fee Application, Applicant | 2.80 | $1,400.00 |
| 35 | Other Fee Applications | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 41 | Tax Issues | 0 | 0 |
| 46 | Tax Litigation | 14.00 | $10,440.50 |
| 42 | Travel (1/2 total hours billed) | 0 | $ 0 |
| | Total | 16.80 | $11,840.50 |

## CUMULATIVE EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Telephone – Conference Calls | $0 |
| Copies – Matter 32 (Fee Applications) | $12.90 |
| Copies – Matter 46 (Tax Litigation) | $2.40 |
| Computer Database Research | $0 |
| Postage | $0 |
| Federal Express/Overnight Messenger | $0 |
| Facsimile | $0 |
| Meals | $0 |
| Hotel | $0 |
| Local Transportation | $0 |
| Parking | $0 |
| Total | $15.30 |

## Exhibit B
July Fee Application

      Available on the docket of the Bankruptcy Court for the District of Delaware at docket #25699 Case No. 01-01139. Also available upon request from Steptoe & Johnson LLP or Pachulski, Stang, Ziehl, Young & Jones.

## Exhibit C
August Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #25700 under Case No. 01-01139. Also available upon request from Steptoe & Johnson LLP or Pachulski, Stang, Ziehl, Young & Jones.

## Exhibit D
September Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #25701 Case No. 01-01139. Also available upon request from Steptoe & Johnson LLP or Pachulski, Stang, Ziehl, Young & Jones.