# <u>Exhibit B</u>

Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | |
| ACandS, Inc. | Case No.: 02-12687<br>Re: _____ |
| Armstrong World Industries, Inc. | Case No.: 00-4471<br>Re: _____ |
| Combustion Engineering, Inc. | Case No.: 03-10495<br>Re: _____ |
| The Flintkote Company | Case No.: 04-11300<br>Re: _____ |
| Kaiser Aluminum Corp. | Case No.: 02-10429<br>Re: _____ |
| Owens Corning | Case No.: 00-3837<br>Re: _____ |
| US Mineral Products Company | Case No.: 01-2471<br>Re: _____ |
| USG Corp. | Case No.: 01-2094<br>Re: _____ |
| W.R. Grace & Co. | Case No.: 01-1139<br>Re: _____ |
| Debtors. | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| Mid-Valley, Inc. | Case No.: 03-35592<br>Re: _____ |
| North American Refractories Co. | Case No.: 02-20198<br>Re: _____ |
| Pittsburgh Corning Corp. | Case No.: 00-22876<br>Re: _____ |
| Debtors. | |

**ORDER GRANTING MOTION OF GARLOCK SEALING TECHNOLOGIES LLC FOR LEAVE TO FILE A REPLY IN SUPPORT OF MOTION FOR ORDERS AUTHORIZING ACCESS TO 2019 STATEMENTS FILED IN THIS COURT AND FOR RELATED RELIEF**

Upon the motion (the "Motion")[1] of Garlock Sealing Technologies LLC ("Garlock") for leave to file a reply (the "Reply") in support of its Motion for Orders Authorizing Access to 2019 Statements Filed in This Court and For Related Relief; and due and proper notice having been given; and cause appearing for the relief sought in the Motion,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. Leave is hereby granted for Garlock to file the Reply, not to exceed five (5) pages.

3. Pursuant to Del. Bankr. L.R. 7007-2(a)(vii), the Accuride Order shall not be counted toward the above-mentioned five-page limitation.

Dated: _____, 2011        _____
　　　　　　　　　　　　　　　　　　THE HONORABLE JUDITH K. FITZGERALD
　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms not defined herein are defined in the Motion.

2