**CERTIFICATE OF SERVICE**

      I, Matthew B. Harvey, certify that I am not less than 18 years of age, and that service of the foregoing **Motion Of Garlock Sealing Technologies LLC For Leave To File A Reply In Support Of Motion For Orders Authorizing Access To 2019 Statements Filed In This Court And For Related Relief** was caused to be made on February 4, 2011, in the manner indicated upon the parties identified on the attached service list.

Dated: February 4, 2011                           */s/ Matthew B. Harvey*
                                                                          Matthew B. Harvey (No. 5186)