## UNITED STATES BANKRUPTCY COURT
### District of Delaware

| | |
|---|---|
| **In Re:**<br>W.R. Grace & Co., et al. | **Case No.:** 01–01139–JKF<br><br>**Chapter:** 11 |

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that the Libby Claimants filed a Notice of Appeal on the Order Approving regarding the Settlement Agreement Between W.R. Grace & Co. and the CNA Companies.

The Notice of Appeal may be viewed at docket number 26193. The order on appeal may be viewed at docket number 26106.

David D. Bird
CLERK OF COURT

Date: 2/4/11
(VAN–440)

# CERTIFICATE OF NOTICE

```
District/off: 0311-1           User: Sherry                 Page 1 of 1                  Date Rcvd: Feb 04, 2011
Case: 01-01139                 Form ID: van440              Total Noticed: 3

The following entities were noticed by first class mail on Feb 06, 2011.
aty          +Campbell & Levine, LLC,    c/o Aileen F. Maguire, Esquire,    1201 N. Market Street,    15th Floor,
               Wilmington, DE 19801-1147
intp         +Kirkland & Ellis LLP,    200 East Randolp Drive,    Chicago, IL 60601-6436
op            Pachulski, Stang, Ziehl, & Jones LLP,    919 North Market Street,    16th Floor,    P.O. Box 8705,
               Wilmington, DE  19899-8705
The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5314183       BNSF Railway Company
aty          ##+Landis Rath & Cobb LLP,    919 Market Street, Suite 600,    Wilmington, DE 19801-3037
                                                                                           TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 06, 2011**                                  **Signature:**   _Joseph Speetjens_