**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 2/28/2010; 4:00 PM ET |
| | § | Hearing Date: 6/20/2011; 9:00 AM ET |

**NINTH QUARTERLY APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE 39th QUARTERLY
<u>PERIOD FROM OCTOBER 1, 2010 THROUGH DECEMBER 31, 2010</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Alan B. Rich, Esq., pursuant to sections 327, 330 and 331 of title 11 of

the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), the Retention Order (as defined below), the Administrative

Order Under 11 U.S.C. §§105(a) and 331 Establishing Procedures for Interim Compensation and

Reimbursement of Professionals and Official Committee Members (the "Interim Compensation

Order"), the Amended Administrative Order under 11 U.S.C. §§105(a) and 331 Establishing

Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals

and Official Committee Members (the "Amended Interim Compensation Order") and Del. Bankr.

LR 2016-2, and hereby applies for an order allowing him (i) compensation in the

amount of $28,765.00 for the reasonable and necessary legal services he has rendered to

the Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property

Damage Claimants and Holders of Demands and (ii) reimbursement of actual and necessary expenses that he has incurred in the amount of $1,190.02, for a total of $29,955.02, or one hundred percent (100%) of all compensation and expense reimbursement requested, for the period October 1, 2010 through December 31, 2010 (the "Quarterly Fee Application"), and in support of this Quarterly Fee Application, would respectfully show as follows:

SUMMARY

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | October 1, 2010 through December 31, 2010 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $28,765.00 |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $1,190.02 |

This is a(n):   ☐Monthly   ☒Quarterly   ☐Interim   ☐Final Application

PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |

---

[1] At 80% of the total incurred.

| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
|---|---|---|---|---|---|
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |
| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |

| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
|---|---|---|---|---|---|
| 8/2/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | CNO Filed | CNO Filed |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 26 years, and his billing rate is $650 per hour.[2]  In this Quarterly Application period Mr. Rich billed 44.8 hours,[3] for a total amount billed of $28,765.00, of which 80% ($22,992.00) has already been paid or has payment pending, leaving the amount not yet approved or paid of $5,773.00.[4]

---

[2] Up to and including the October, 2010 time period (covering 7.1 hours), his billing rate was $600/hour.

[3] Non-Productive travel time is included in this figure, but at 50% of the actual time.

[4] There was a multiplication error in the 27th Monthly Fee Application, wherein the 7.8 hours spent on confirmation was said to total $5,045.00, when in fact the correct figure is $25.00 more, $5,070.00.  Thus, the total sought in this Quarterly Application is $28,765.00, rather than the stated total of each individual application, which is $28,740.00.

The time for preparation of this Ninth Quarterly Application is approximately 2.0 hours, for which $1,300.00 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 25.3    [at $650/hr]<br>5.2      [at $600/hr] | $16,445.00<br>$3,120.00 |
| Fee Applications | 5.6      [at $650/hr]<br>1.9      [at $600/hr] | $3,640.00<br>$1,140.00 |
| Travel | 13.6    (at 100%) [at $650/hr] | $4,420.00   (at 50%) |
| TOTAL | 51.6 | $28,765.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Court Call<br>Travel | $44.00<br>$1,146.02 |
| TOTAL | $1,190.02 |

## APPLICATION

1.      On April 2, 2001 , (the "Petition Date") each of the Debtors filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code (the "Chapter 11 Cases").  On April 2, 2001, the Court entered an order procedurally consolidating the Chapter 11 Cases for administrative purposes only.  Since the Petition Date, the Debtors are continuing to operate their businesses and manage their properties and assets as debtors-in-possession pursuant to sections 1107(a) and 1108 of the United States Bankruptcy Code.

2.      On May 3, 2001, the Court entered an Interim Compensation Order, as amended by the Amended Interim Compensation Order, establishing procedures for monthly compensation and reimbursement of expenses of professionals (each such application, a "Monthly Fee Application"), and whereby any notice party listed in the Amended Interim Compensation Order may object to such Monthly Fee Application.  If no notice party objects to professional's Monthly Fee Application within twenty (20) days after the date of service of the Monthly Fee Application, the applicable professional may submit to the Court a certification of no objection authorizing the interim compensation and reimbursement of eighty percent (80%) of the fees requested and one hundred percent (100%) of the expenses requested, subject to the filing and approval of the interim and final fee applications of the professional.

3.      Furthermore, and also pursuant to the Amended Interim Compensation Order, within forty-five (45) days of the end of each quarter, professionals are required to file and serve, upon the notice parties, a quarterly request (a "Quarterly Fee Application") for interim Court approval and allowance of the Monthly Fee Applications filed during the quarter covered by that Quarterly Fee Application.  If the Court grants the relief requested by the Quarterly Fee Application, the Debtors are authorized and directed to pay the professional 100% of the fees and expenses requested in the Monthly Fee Applications covered by that Quarterly Fee Application, less any amounts previously paid in connection with the Monthly Fee Applications.  Any payment made pursuant to the Monthly Fee Applications or a Quarterly Fee Application is subject to final approval of all fees and expenses at a hearing on the professional's final fee application.

4.     By an order of this Court, the PD FCR was authorized to retain Alan B. Rich as his counsel, effective as of September 29, 2008 (the "Retention Order").  The Retention Order authorizes the Debtors to compensate Rich at his hourly rate charged for services of this type and to be reimbursed for actual and necessary out-of-pocket expenses that he incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, all applicable local rules and orders of this Court.

5.     This Quarterly Fee Application, which is submitted in accordance with the Amended Interim Compensation Order, is Rich's Ninth Quarterly Fee Application for compensation for services rendered in connection with the Chapter 11 Cases and covers the 39th Quarterly fee period of October 1, 2010 through December 31, 2010 (the "Fee Period").

6.     Rich has filed with the Court the following Monthly Fee Applications for interim compensation during the Fee Period:

(a)     Application of Alan B. Rich, Esq. For Compensation for Services and Reimbursement of Expenses as Counsel to the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Twenty-Sixth Monthly Interim Period from October 1, 2010 Through October 31, 2010, seeking $3,408.00 in fees (80% of $4,260.00) and $44.00 in expenses;

(b)     Application of Alan B. Rich, Esq. For Compensation for Services and Reimbursement of Expenses as Counsel to the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Twenty-Seventh Monthly Interim Period from November 1, 2010 Through November 30, 2010, seeking $6,012.00 in fees (80% of $7,515.00) and $0 in expenses;

(c)     Amended Application of Alan B. Rich, Esq. For Compensation for Services and Reimbursement of Expenses as Counsel to the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Twenty-Eighth Monthly Interim Period from December 1, 2010 Through December 31, 2010, seeking $13,572.00 in fees (80% of $16,965.00) and $1,146.02 in expenses.

7.      The monthly fee applications covered by this Quarterly Fee Application contain detailed daily time logs describing the actual and necessary services provided by Rich during the Fee Period, as well as other detailed information required to be included in fee applications.  The Twenty-Sixth, Twenty-Seventh and Twenty-Eighth (Amended) monthly fee applications (collectively, the "Applications") are attached hereto as Exhibits "1," "2" and "3" respectively.

8.      The periods for objecting to the fee and expense reimbursements relating to the Twenty-Sixth, Twenty-Seventh and Twenty-Eighth (Amended) monthly fee applications have each passed without any objections being filed, whereupon Rich filed Certificates of No Objection with the Court, and Rich has been paid interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested, except for, as of the date hereof, the Twenty-Eighth Application (Amended), for which a Certificate of No Objection has been filed but payment has not yet been received.

9.      Rich has filed eight prior Quarterly Fee Applications.

10.      By this Ninth Quarterly Fee Application, Rich requests that the Court approve the interim allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by Rich from October 1, 2010 through December 31, 2010, and authorize and require payment of said amounts less any amounts previously paid to Rich pursuant to the Monthly Fee Applications and the procedures set forth in the Amended Interim Compensation Order.  As stated above, the full scope of the services provided and the related expenses incurred are fully described in the Monthly Fee Applications that already have been filed with the Court.

11.     Rich reserves his right to seek at a later date compensation for services rendered and expenses incurred during the applicable period that are not otherwise included in the relevant monthly fee application.

12.     At all relevant times, Rich has been a disinterested person as that term is defined in Section 101(14) of the United States Bankruptcy Code, as modified by section 1107(b) of the United States Bankruptcy Code and has not represented or held an interest adverse to the interest of the Debtors.

13.     All services for which compensation is requested by Rich were performed for or on behalf of the PD FCR and not on behalf of any committee, creditor, or other person.

14.     Rich believes that this Quarterly Fee Application complies with the requirements of Del. Bankr. LR 2016-2 and the Amended Interim Compensation Order.

15.     During the Interim Period, Rich has received no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with these Chapter 11 Cases, other than the interim compensation payments pursuant to the Amended Interim Compensation Order.  There is no agreement or understanding between Rich and any other person for the sharing of compensation to be received for services rendered in these cases.

16.     The professional services and related expenses for which Rich requests interim allowance of compensation and reimbursement of expenses were rendered and incurred in connection with these cases in the discharge of Rich's professional responsibilities as counsel for the PD FCR in the Chapter 11 Cases.  Rich's services have been necessary and beneficial to the PD FCR as well as the Debtors and their estates, creditors, and other parties in interest.

17.     Pursuant to Fed R. Bankr. P. 2016(b), Rich has not shared, nor has agreed to share: (a) any compensation it has received or may receive with another party or person, or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

WHEREFORE, Alan B. Rich, Esq. respectfully requests that the Court enter an order, providing that (a) for the period from October 1, 2010 through December 31, 2010, an administrative allowance be made to Rich in the sum of $28,765.00 as compensation for reasonable and necessary professional services rendered to the PD FCR and, in the sum of $1,190.02 for reimbursement of actual and necessary costs and expenses incurred, for a total of $29,955.02; (b) that the Debtors be authorized and directed to pay to Rich the outstanding amount of such sums, less any sums previously paid to Rich pursuant to the Monthly Fee Applications and the procedures set forth in the Amended Interim Compensation Order and (c) this Court grant such other and further relief to which Rich is justly entitled.

//

//

//

//

//

//

//

//

//

-10-

Respectfully Submitted,

_____

Alan B. Rich
Texas Bar No. 16842350
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

<u>DECLARATION</u>

Alan B. Rich, declares as follows:

I am the counsel hired by the PD FCR with the approval of the Court, and am familiar with the legal services which I rendered to the PD FCR.  I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  I believe that this Application substantially complies with Local Bankruptcy Rules for the District of Delaware.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 7, 2011.

_____

## CERTIFICATE OF SERVICE

I certify that on the 7th day of February, 2011, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 11/22/2010 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND
HOLDERS OF DEMANDS FOR THE TWENTY-SIXTH MONTHLY INTERIM
<u>PERIOD FROM OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010</u>**

Name of Applicant:                                    Alan B. Rich, Esq.

Authorized to Provide Services To:          Hon. Alexander M. Sanders, Jr.,
                                                                  Legal Representative for Future Asbestos-
                                                                  Related Property Damage Claimants
                                                                  and Holders of Demands

Date of Retention:                                    September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:               October 1, 2010 through October 31, 2010

Amount of Fees Sought as Actual
Reasonable and Necessary:                     $3,408.00   [80% of $4,260.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:         $44.00

This is a(n):   ☒Monthly        ☐Interim        ☐Final Application

PRIOR APPLICATIONS

| Date  Filed | Period  Covered | Requested  Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

[1] At 80% of the total incurred.

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|---|---|---|---|---|---|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | CNO Filed | CNO Filed |
| | | | | | |
| | | | | | |

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 26 years, and his billing rate is $600 per hour. In this Application period Mr. Rich billed 7.1 hours,[2] for a total amount billed of $4,260.00 of which 80% is currently sought, in the amount of $3,408.00, plus 100% of the expenses incurred during this period, in the amount of $44.00, for a total currently sought of $3,452.00.

As stated above, this is the Twenty-Sixth application for monthly fees and expenses. The time for preparation of this Application is approximately 1.0 hour, for which $600.00 will be requested in a future application.

_____

[2] Non-Productive travel time, if any, is included in this figure, but at 50% of the actual time.

-3-

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 5.2 | $3,120.00 |
| Travel | 0 | 0 |
| Fee Application Matters (Monthly & Quarterly, incl. FCR's ) | 1.9 | $1,140.00 |
| TOTAL | 7.1 hours | $4,260.00 |

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Courtcall | $44.00 |
| TOTAL | $44.00 |

-4-

<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)</u>

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on the 1st day of November, 2010,  this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*

4244 Renaissance Tower
1401 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (September, 2010)

**Client**

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 10/1/2010 | Preparation and filing and service of 25th Monthly Fee Application | 1.0 |
| 10/1/2010 | Review Debtors' August, 2010 Monthly Operating Report | 0.4 |
| 10/4/2010 | Review revised order re Project Mallard | 0.2 |
| 10/5/2010 | Review CNO re Hartford settlement | 0.1 |
| 10/6/2010 | Emails to and from debtor re local counsel | 0.1 |
| 10/6/2010 | Review Statement of Ordinary Course Professionals' payments | 0.2 |
| 10/7/2010 | Draft, file and serve CNO for Judge Sanders' June fee application | 0.2 |
| 10/8/2010 | Review Miscellaneous ECF Notices | 0.1 |

| | | |
|---|---|---|
| 10/11/2010 | Review Debtors' Motion Requesting The United States District Court to Refer Jurisdiction Of Sealed Air and Fresenious Adversary Proceedings Back To The Bankruptcy Court | 0.2 |
| 10/12/2010 | Review Agenda for October Omnibus hearing | 0.2 |
| 10/13/2010 | Review Order approving Hartford settlement | 0.1\ |
| 10/13/2010 | Review Order dismissing motion re New Jersey department of environment stipulation enforcement | 0.1 |
| 10/13/2010 | Email to client re Omnibus hearing | 0.1 |
| 10/14/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 10/15/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 10/16/2010 | Email to K. Hill re status | 0.1 |
| 10/18/2010 | Email from J. Baer re Mallard order | 0.1 |
| 10/18/2010 | Attend telephonic October omnibus hearing | 1.0 |
| 10/19/2010 | Review Corrected Order Overruling Employee Claims (Substantive) | 0.1 |
| 10/19/2010 | Review Order approving Synthatech transaction | 0.2 |
| 10/20/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 10/21/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 10/22/2010 | Preparation and filing and service of CNO for 25th Monthly Fee Application | 0.2 |
| 10/22/2010 | Review CNO's for Claim Settlement Notices 512 and 1926 | 0.1 |
| 10/25/2010 | Review CNO re 2011 Omnibus Hearings | 0.2 |
| 10/25/2010 | Review Modified Order setting 2011 Omnibus Hearing Dates | 0.1 |

| | | |
|---|---|---|
| 10/25/2010 | Review 37th Quarterly Settlement Report | 0.1 |
| 10/26/2010 | Preparation, filing and service of the PD FCR's 18th Monthly Fee Application | 0.5 |
| 10/27/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 10/28/2010 | Review Claim Settlement Notice re Rowe environmental property damage settlement | 0.5 |
| 10/29/2010 | Review Canadian ZAI counsels' fee 7th Fee applications | 0.3 |
| 10/30/2010 | Review CNO's re ZAI counsels' 6th Monthly Fee Applications | 0.1 |

Total: 7.1 hours @ $600.00/hour = $4,260.00

Expenses:   Courtcall (October Omnibus) – $44.00

**Total Fees and Expenses Due:**  $4,304.00

# EXHIBIT 2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 12/21/2010 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE TWENTY-SEVENTH MONTHLY INTERIM PERIOD FROM NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010**

Name of Applicant:                          Alan B. Rich, Esq.

Authorized to Provide Services To:          Hon. Alexander M. Sanders, Jr.,
                                            Legal Representative for Future Asbestos-
                                            Related Property Damage Claimants
                                            and Holders of Demands

Date of Retention:                          September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:                November 1, 2010 through November 30, 2010

Amount of Fees Sought as Actual
Reasonable and Necessary:                   $6,012.00   [80% of $7,515.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:           $0

This is a(n):   ☒Monthly      ☐Interim      ☐Final Application

-1-

PRIOR APPLICATIONS

| Date  Filed | Period  Covered | Requested  Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

[1] At 80% of the total incurred.

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|---|---|---|---|---|---|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | CNO Filed | CNO Filed |
|  |  |  |  |  |  |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 26 years, and his billing rate is $650 per hour.  In this Application period Mr. Rich billed 11.6 hours,[2] for a total amount billed of $7,515.00 of which 80% is currently sought, in the amount of $6,012.00.

As stated above, this is the Twenty-Seventh application for monthly fees and expenses. The time for preparation of this Application is approximately 1.0 hour, for which $650.00 will be requested in a future application.

_____

[2] This figure includes 0.5 hours of time (at $600 per hour) from June, 2010 which was listed, but not included in the total time requested in that bill.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 7.8 | $5,045.00 |
| Travel | 0 | 0 |
| Fee Application Matters (Monthly & Quarterly, incl. FCR's ) | 3.8 | $2,470.00 |
| TOTAL | 11.6 | $7,515.00 |

EXPENSE SUMMARY

| Description | Expense |
|---|---|
|  |  |
| TOTAL | 0.00 |

<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)</u>

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on the 1st day of December, 2010,  this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*

4244 Renaissance Tower
1401 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (November, 2010)

### Client

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

### Matter

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 6/1/2010 | Review Motion to approve settlement agreement with Harper Insurance | 0.5[1] |
| 11/1/2010 | Review CNO's re Federal Insurance Settlement and Review Withdrawal of CNO | 0.2 |
| 11/1/2010 | Preparation of 26th Monthly Fee Application and Notice and attention to filing and service of same | 1.0 |
| 11/2/2010 | Review withdrawal of appearance of Ted Freedman and revised notice of appearance for K&E | 0.1 |
| 11/2/2010 | Review stipulation resolving Kokkinos property claim | 0.1 |

---

[1] The fee auditor noticed that, in the June, 2010 bill, the total time billed was .5 hours less than the total of the line items.  This .5 hour entry was listed, but not counted in the total, so it is included in this bill.

| | | |
|---|---|---|
| 11/3/2010 | Review Pro Hac Vice motion for A. Paul of K&E | 0.1 |
| 11/3/2010 | Review Order approving Federal Insurance Settlement | 0.1 |
| 11/4/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 11/5/2010 | Review Agenda for November Omnibus hearing | 0.2 |
| 11/5/2010 | Email to client re status | 0.1 |
| 11/5/2010 | Review Monthly Operating Report (September 2010) | 0.4 |
| 11/5/2010 | Review Motion to Approve settlement with Associated International Ins. Co. | 0.6 |
| 11/6/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 11/8/2010 | Review Order Referring Jurisdiction to the Bankruptcy Court in Sealed Air and Fresenious | 0.1 |
| 11/9/2010 | Review Donley Pro Hac Vice Order | 0.1 |
| 11/9/2010 | Review Motion to Acquire Concrete Technology company assets | 1.5 |
| 11/10/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 11/11/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 11/12/2010 | Preparation, filing and service of 8th Quarterly Fee Application | 2.0 |
| 11/12/2010 | Preparation, filing and service of 8th Quarterly Fe Application of PD FCR | 0.4 |
| 11/15/2010 | Review Order amended 2011 omnibus hearing date | 0.1 |
| 11/15/2010 | Review Pro Hac Vice Order (Adam Paul) | 0.1 |
| 11/16/2010 | Review Canadian ZAI counsels' Quarterly Fee Applications | 0.3 |

| | | |
|---|---|---|
| 11/17/2010 | Prepare and file CNO for 18th Monthly Fee Application of PD FCR | 0.2 |
| 11/17/2010 | Email to client re pending motion | 0.1 |
| 11/17/2010 | Review Renewed Motion re payment of holdback fees in fraudulent conveyance adversaries | 0.2 |
| 11/18/2010 | Email from client re pending motion | 0.1 |
| 11/18/2010 | Review Fee Auditor's report re 37th Quarterly Fee Application of Scarfone Hawkins, Canadian ZAI counsel | 0.1 |
| 11/18/2010 | Review Motion to Approve Setlement with CNA | 1.0 |
| 11/19/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 11/20/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 11/22/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 11/23/2010 | Review CNO re Claim Settlement Notice (Nos. 1641 amd 14037) | 0.1 |
| 11/24/2010 | Review Revised 2011 Omnibus hearing date order | 0.1 |
| 11/26/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 11/29/2010 | Prepare and file CNO for 26th Monthly Fee Application | 0.2 |
| 11/29/2010 | Email to client re status | 0.1 |
| 11/30/2010 | Emails from client re status | 0.1 |
| 11/30/2010 | Review presentation re settlement of Massachusetts tax claims | 0.5 |

Sub-Total:     0.5 hours @ \$600/hour[2] = \$300.00
               11.1 hours @ \$650.00/hour[3] = \$7,215.00

Total:         \$7,515.00

<u>Expenses</u>:   None

**<u>Total Fees and Expenses Due</u>:** \$7,515.00

---

[2] For the omitted June time entry.

[3] As of November 1, 2010, Mr. Rich's hourly rate became \$650, an 8% increase over his prior hourly rate.

# EXHIBIT 3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 1/24/2011 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF <u>AMENDED</u> APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND
HOLDERS OF DEMANDS FOR THE TWENTY-EIGHTH MONTHLY INTERIM
<u>PERIOD FROM DECEMBER 1, 2010 THROUGH DECEMBER 31, 2010</u>**

Name of Applicant:                             Alan B. Rich, Esq.

Authorized to Provide Services To:        Hon. Alexander M. Sanders, Jr.,
                                             Legal Representative for Future Asbestos-
                                             Related Property Damage Claimants
                                             and Holders of Demands

Date of Retention:                            September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:               December 1, 2010 through December 31, 2010

Amount of Fees Sought as Actual
Reasonable and Necessary:                  $13,572.00   [80% of $16,965.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:          $1,146.02

This is a(n):   ☒Monthly       ☐Interim       ☐Final Application

-1-

<u>PRIOR APPLICATIONS</u>

| Date  Filed | Period  Covered | Requested  Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

[1] At 80% of the total incurred.

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|---|---|---|---|---|---|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | CNO Filed | CNO Filed |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 26 years, and his billing rate is $650 per hour. In this Application period Mr. Rich billed 26.1 hours,[2] for a total amount billed of $16,965.00 of which 80% is currently sought, in the amount of $13,572.00, plus 100% of the expenses incurred during this period, in the amount of $1,146.02, for a total currently sought of $14,718.02.

---

[2] Travel Time is included in this figure at 50% of actual time.

As stated above, this is the Twenty-Eighth application for monthly fees and expenses.

The time for preparation of the Original and this Amended Application is approximately 1.0

hour, for which $650.00 will be requested in a future application.

<u>COMPENSATION BY PROJECT CATEGORY</u>

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 17.5 | $11,375.00 |
| Travel | 13.6    (@100%) | $4,420.00   (@50%) |
| Fee Application Matters (Monthly & Quarterly, incl. FCR's ) | 1.8 | $1,170.00 |
| TOTAL | 32.9 | $16,965.00 |

<u>EXPENSE SUMMARY</u>

| Description | Expense |
|---|---|
| Travel | 1,146.02 |
| TOTAL | 1,146.02 |

//
//
//
//
//
//
//
//
//
//
//
//
//

<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)</u>

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on the 3rd day of January, 2011,  this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*

4244 Renaissance Tower
1401 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (December, 2010)

**Client**

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 12/1/2010 | Review CNO re Associated International Settlement | 0.1 |
| 12/1/2010 | Prepare 19th Monthly Fee Application of PD FCR | 0.5 |
| 12/1/2010 | Prepare 27th Monthly Fee Application | 1.0 |
| 12/1/2010 | Review CNO's for Canadian ZAI fee applications | 0.1 |
| 12/1/2010 | Review October, 2010 Monthly Operating Report | 0.4 |
| 12/1/2010 | Review Notice of Sale of Greenville SC property | 0.5 |
| 12/1/2010 | Review Revised presentatation re settlement of Massachusetts tax claims | 0.4 |
| 12/2/2010 | Attend Debtors' teleconference re proposed settlement of Massachusetts tax claims | 0.7 |

| 12/2/2010 | Email from Debtors re question regarding sale of Greenville SC property | 0.1 |
| 12/2/2010 | Review Fee Auditor's Report on 37th Quarterly Fee Applications and email to client re same | 0.2 |
| 12/3/2010 | Review Revised agreement to purchase concrete technology business | 1.0 |
| 12/3/2010 | Review Fifth set of Plan Modifications | 2.0 |
| 12/3/2010 | Review AXA and London Market counsel withdrawls of appearance | 0.1 |
| 12/3/2010 | Review Debtors' 37th Quarterly Fee recommendation chart | 0.1 |
| 12/3/2010 | Review CNO re Order Approving Holdback payments from fraudulent conveyance litigation | 0.1 |
| 12/6/2010 | Review additional plan modification to resolved PD Claims exhibit | 0.2 |
| 12/6/2010 | Review Canadian ZAI Counsel 8th fee applications | 0.2 |
| 12/6/2010 | Review Certification of Counsel re 37th Quarter Project Categories | 0.1 |
| 12/6/2010 | Review Certification of Counsel re 37th Quarter Fees | 0.1 |
| 12/6/2010 | Review Motion to Approve Settlement with Swiss Re | 1.0 |
| 12/6/2010 | Review Claim Objection to claim of NY Hillside | 1.0 |
| 12/7/2010 | Review Motion to Approve Settlement of Massachusetts Tax Claims and email to J. Baer re same | 0.8 |
| 12/7/2010 | Review Agenda for December Omnibus hearing | 0.2 |
| 12/8/2010 | Review Order re Confirmation Issues for December Omnibus hearing | 0.1 |
| 12/8/2010 | Email to client re status and December Omnibus hearing | 0.1 |
| 12/8/2010 | Review Libby Discovery requests to CNA and Debtors | 0.3 |

| | | |
|---|---|---|
| 12/9/2010 | Review Order approving Associated settlement | 0.1 |
| 12/9/2010 | Review Order approving purchase of concrete technology business | 0.1 |
| 12/9/2010 | Review Notice of Service of 5th Set of Plan Modifications and emails to client and Class 7A trustee-nominee re same | 0.5 |
| 12/9/2010 | Emails to and from client re December omnibus hearing | 0.1 |
| 12/9/2010 | Prepare and file CNOs for 38th Quarterly Fee Applications of Alan B. Rich and Hon. Alexander Sanders, Jr. | 0.3 |
| 12/10/2010 | Review Order approving 37th Quarterly Fee Applications | 0.1 |
| 12/10/2010 | Review CNO's re Canadian ZAI counsel 3rd Quarterly Fee Applications | 0.1 |
| 12/10/2010 | Review Revised Agenda for December Omnibus hearing | 0.1 |
| 12/12/2010 | Travel to Wilmington for Omnibus hearing   (5.6 hrs.@50%) | 2.8 |
| 12/13/2010 | Attend December Omnibus hearing | 1.7 |
| 12/13/2010 | Travel from Wilmington to Dallas     (8 hrs.@50%) | 4.0 |
| 12/14/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 12/15/2010 | Review Motion to Approve Stipulation resolving claims of Massachusetts Department of Environmental Protection | 0.6 |
| 12/16/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 12/17/2010 | Review Order re location of January 2011 Omnibus hearing | 0.1 |
| 12/17/2010 | Review 6th Plan Modifications | 0.3 |
| 12/17/2010 | Review Debtors' Neutocrete Discovery responses | 0.3 |
| 12/19/2010 | Review Miscellaneous ECF Notices | 0.1 |

| | | |
|---|---|---|
| 12/20/2010 | Review Hillside response to claim objection | 0.1 |
| 12/20/2010 | Attend telephonic Status conference | 0.4 |
| 12/21/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 12/22/2010 | Prepare Certificates of No Objection to Fee Applications of Alan Rich (27th) and PDFCR (19th) and attention to filing and service of same | 0.4 |
| 12/23/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 12/24/2010 | Review BNSF Objection to CNA settlement | 0.5 |
| 12/24/2010 | Review Certification of Counsel re Plan Modification to Section 3.1.9 | 0.2 |
| 12/24/2010 | Review Libby Claimants' Objection to CNA Settlement | 0.5 |
| 12/27/2010 | Review CNO re Swiss Re Settlement | 0.1 |
| 12/27/2010 | Review CNO re Massachusetts Tax Clams settlement | 0.1 |
| 12/28/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 12/29/2010 | Review CNO's re Canadian ZAI counsel monthly fee Applications | 0.1 |
| 12/29/2010 | Review Letter Agreement extending Canadian ZAI Minutes of Settlement and emails to and from client and US ZAI counsel re same | 0.3 |
| 12/30/2010 | Review Miscellaneous ECF Notices | 0.1 |
| 12/31/2010 | Review Miscellaneous ECF Notices | 0.1 |

Total:   26.1 hours @ $650/hour = $16,965.00

Expenses:  $1,146.02 (Detail on Exhibit 1)

**Total Fees and Expenses Due:  $18,111.02**

EXPENSES FOR DECEMBER 2010

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|------|------------------------|--------|
| 12/12/2010 | RT Coach Airfare | $849.40 |
| 12/12/2009 | Car Rental | $36.41 |
| 12/12/2010 | Hotel | $185.90 |
| 12/12/2010 | Dinner | $34.22 |
| 12/13/2010 | Parking | $10.00 |
| 12/13/2010 | Lunch | $5.28 |
| 12/13/2010 | Lunch | $0.99 |
| 12/13/2010 | Airport Parking | $23.82 |
| | TOTAL EXPENSES | $1,146.02 |