**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| IN RE:<br><br>ACandS, Inc.<br>Armstrong World Industries, Inc.<br>Combustion Engineering, Inc.<br>The Flintkote Company<br>Kaiser Aluminum Corp.<br>Owens Corning<br>US Mineral Products Company<br>USG Corp.<br>W.R. Grace & Co.<br><br>Debtors. | Case No.: 02-12687 (Rel. Dkt. No. 3639)<br>Case No.: 00-4471 (Rel. Dkt. No. 10698)<br>Case No.: 03-10495 (Rel. Dkt. No. 3380)<br>Case No.: 04-11300 (Rel. Dkt. No. 5606)<br>Case No.: 02-10429 (Rel. Dkt. No. 10009)<br>Case No.: 00-3837 (Rel. Dkt. No. 20954)<br>Case No.: 01-2471 (Rel. Dkt. No. 3878)<br>Case No.: 01-2094 (Rel. Dkt. No. 12596)<br>Case No.: 01-1139 (Rel. Dkt. No. 26053) |
|---|---|

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE:<br><br>Mid-Valley, Inc.<br>North American Refractories Co.<br>Pittsburgh Corning Corp.<br><br>Debtors. | Case No.: 03-35592 (Rel. Dkt. No. 2770)<br>Case No.:02-20198 (Rel. Dkt. No. 6944)<br>Case No.:00-22876 (Rel. Dkt. No. 8096) |
|---|---|

**CERTIFICATE OF SERVICE**

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on February 7, 2011, I caused a copy of the *Joinder and Objection of the Official Committees of Asbestos Claimants in the Flintkote, Grace, Narco and Pittsburgh Corning Bankruptcies to Garlock's Motion for Orders Authorizing Access to 2019 Statements and Related Relief* to be served upon the individuals on the attached service lists via first class mail.

Dated: February 7, 2011

*/s/ Mark T. Hurford*
Mark T. Hurford (DE No. 3299)

{D0195760.1 }