| | |
|---|---|
| Adam H. Isenberg<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102 | Daniel K. Hogan, Esq.<br>The Hogan Firm<br>1311 Delaware Avenue<br>Wilmington, DE 19806 |
| Mark Minuti, Esq.<br>Lucian B. Murley, Esq.<br>Saul Ewing LLP<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899 | Gregg Anderson, Esq.<br>Terry Bryant<br>West Memorial Office Park<br>8584 Katy Freeway, Suite 100<br>Houston, TX 77024 |
| Natalie D. Ramsey, Esq.<br>Laurie A. Krepto, Esq.<br>Montgomery, McCracken, Walker & Rhoads, LLP<br>1105 North Market Street, Suite 1500<br>Wilmington, DE 19801 | Natalie D. Ramsey, Esq.<br>Laurie A. Krepto, Esq.<br>Montgomery, McCracken, Walker & Rhoads, LLP<br>123 S. Broad Street<br>Philadelphia, PA 19109 |
| Ellen C. Brotman<br>Montgomery, McCracken, Walker & Rhoads, LLP<br>123 South Broad Street<br>Avenue of the Arts<br>Philadelphia, PA 19109 | Gregory W. Werkheiser, Esq.<br>Matthew B. Harvey, Esq.<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street, 18th Floor<br>Wilmington, DE 19899-1347 |
| Peter J. Ashcroft, Esq.<br>Bernstein Law Firm, P.C.<br>Suite 2200 Gulf Tower<br>Pittsburgh, PA 15219 | Sander L. Esserman, Esq.<br>David A. Klinger, Esq.<br>David J. Parsons, Esq.<br>Cliff I. Taylor, Esq.<br>Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201 |
| Richard A. Swanson, Esq.<br>Arthur H. Stroyd, Jr., Esq.<br>Del Sole Cavanaugh Stroyd LLC<br>The Waterfront Building<br>200 First Avenue, Suite 300<br>Pittsburgh, PA 15222 | Garland S. Cassada, Esquire<br>Richard C. Worf, Jr.<br>Robinson, Bradshaw & Hinson<br>101 North Tryon Street, Suite 1900<br>Charlotte, NC 28246 |

{D0195741.1 }