IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 14, 2011, AT 9:00 A.M.\* BEFORE THE HONORABLE JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE**

**\*Please take note that all matters will be heard at 9:00 a.m. except for the Garlock Motion (Agenda Item No. 1 below) which will proceed at 8:30 a.m.**

Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., February 10, 2011

**MATTERS SCHEDULED FOR THE 8:30 A.M. HEARING:**

1. Motion of Garlock Sealing Technologies LLC for Order Authorizing Access to 2019 Statements filed in this Court [Filed: 1/10/11] (Docket No. 26053)

    Response Deadline: January 28, 2011, at 4:00 p.m.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Responses Received:

a. Response of the Law Offices of Peter G. Angelos, P.C., Baron & Budd, P.C., Brayton Purcell, LLP, Hissey Kientz, LLP, The Lipman Law Firm, Reaud, Morgan & Quinn, Inc., Thornton & Naumes, LLP, Waters & Kraus, LLP, and Williams Kherkher Hart Boundas, LLP, to the Motion of Garlock Sealing Technologies LLP for Orders Authorizing Access to 2010 Statements Filed in This Court and for Related Relief [Filed: 1/28/11] (Docket No. 26137)

b. Brief of Kazan, McClain, Lyons, Greenwood & Harley, Waters & Kraus LLP, Stanley, Mandel & Iola, L.L.P., Simmons Browder Gianaris Angelides & Barnerd LLC, Bergman, Draper & Frockt, Gori Julian, & Associates, P.C., Early, Lucarelli, Sweeney & Strauss, Cooney & Conway, George & Sipes LLP, Lipsitz & Ponterio, LLC, Bifferato LLC, and Montgomery, McCracken, Walker & Rhoads, LLP, in Opposition to the Motion of Garlock Sealing Technologies, LLC for Order Authorizing Access to 2010 Statements Filed in This Court and for Related Relief [Filed: 1/28/11] (Docket No. 26146)

c. **Joinder of Motley Rice LLC to Response of Law Office of Peter G. Angelos, PC, et al., and Brief of Kazan, McClain, Lyons, Greenwood & Harley, et al., in Opposition to the Motion of Garlock Sealing Technologies, LLC, for Order Authorizing Access to 2019 Statements Filed in this Court and for Related Relief [Filed: 2/3/11] (Docket No. 26195)**

d. **Joinder and Objection of the Official Committees of Asbestos Claimants in the Flintkote, Grace, NARCO and Pittsburgh Corning Bankruptcies to Garlock's Motion for Orders Authorizing Access to 2019 Statements and Related Relief [Filed: 2/7/2011] (Docket No. 26211**)

**Replies Received:**

a. **Motion of Garlock Sealing Technologies LLC for Leave to File a Reply in Support of Motion for Orders Authorizing Access to 2019 Statements Filed in This Court and for Related Relief [Filed: 2/4/11] (Docket No. 26205**)

   (i) **[Proposed] Order Granting Motion of Garlock Sealing Technologies LLC for Leave to File a Reply in Support of Motion for Orders Authorizing Access to 2019 Statement Filed in This Court and for Related Relief [Filed: 2/4/11] (Docket No. 26205**)

Related Documents:

a. [Signed] Modified Order Regarding Notice of the Motion of Garlock Sealing Technologies LLC for Order Authorizing Access to 2019 Statements filed in this Court [Filed: 1/11/11] (Docket No. 26063)

b. [Signed] Order with Respect to Cases which are Closed Limiting Notice of the Motion of Garlock Sealing Technologies LLC for Order Authorizing Access to 2019 Statements filed in this Court [Filed: 1/13/11] (Docket No. 26072)

Status:   This matter will go forward.

**MATTERS SCHEDULED FOR THE 9:00 A.M. HEARING:**

**CONTINUED MATTERS:**

2.  Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

    Response Deadline: September 12, 2008, at 4:00 p.m. *(extended until September 26, 2008 for A/N)*

    Responses Received:

    a.  Response By New York State Department of Taxation and Finance to Debtors' Twenty Fifth Omnibus Objection to Claims [Filed: 9/5/08] (Docket No. 19469)

    b.  Response of Commonwealth of Pennsylvania, Department of Revenue to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

    c.  Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

    d.  Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

    Related Documents:

    a.  [Signed] Order Approving Stipulation to Continue Hearing Pending Mediation [Filed: 1/7/10] (Docket No. 24122)

    Status: This matter is continued to March 28, 2011, at 10:00 a.m.

**RESOLVED MATTERS:**

3.  Motion of Debtors for Entry of an Order Authorizing Entry Into a Stipulation Resolving Claims for the Massachusetts Department of Environmental Protection [Filed: 12/15/10] (Docket No. 25926)

    Response Deadline: January 28, 2011, at 4:00 p.m.

    Responses Received: None as of the date of this Notice of Agenda.

    Related Documents:

    a.  [Proposed] Order Authorizing Entry Into a Stipulation Resolving Claims for the Massachusetts Department of Environmental Protection [Filed: 12/15/10] (Docket No. 25926, Exhibit A)

    b.  Certification of No Objection Regarding of Debtors for Entry of an Order Authorizing Entry Into a Stipulation Resolving Claims for the Massachusetts Department of Environmental Protection [Filed: 1/31/11] (Docket No. 26150)

    c.    **[Signed] Order Authorizing Entry Into a Stipulation Resolving Claims for the Massachusetts Department of Environmental Protection [Filed: 2/4/11] (Docket No. 26199)**

    **Status:** **The Court has entered an order on this matter.**

4.    Application of the Debtors for the Entry of an Order Authorizing the Retention and Employment of Baer Higgins Fruchtman LLC as Co-Counsel to the Debtors [Filed: 1/4/11] (Docket No. 26014)

    Response Deadline: January 28, 2011, at 4:00 p.m.

    Responses Received: None as of the date of this Notice of Agenda.

    Related Documents:

    a.    [Proposed] Order Granting Application of the Debtors for the Entry of an Order Authorizing the Retention and Employment of Baer Higgins Fruchtman LLC as Co-Counsel to the Debtors [Filed: 1/4/11] (Docket No. 26014, Exhibit C)

    b.    Certification of No Objection Regarding Application of the Debtors for the Entry of an Order Authorizing the Retention and Employment of Baer Higgins Fruchtman LLC as Co-Counsel to the Debtors [Filed: 1/31/11] (Docket No. 26151)

    c.    **[Signed] Order Granting Application of the Debtors for the Entry of an Order Authorizing the Retention and Employment of Baer Higgins Fruchtman LLC as Co-Counsel to the Debtors [Filed: 2/4/11] (Docket No. 26199)**

    **Status:** **The Court has entered an order on this matter.**

5.    Motion for an Order Extending the Term of the Credit Agreement with Advanced Refining Technologies LLC [Filed: 1/10/11] (Docket No. 26058)

    Response Deadline: January 28, 2011, at 4:00 p.m.

    Responses Received: None as of the date of this Notice of Agenda.

    Related Documents:

    a.    [Proposed] Order Extending the Term of the Credit Agreement with Advanced Refining Technologies LLC [Filed: 1/10/11] (Docket No. 26058, Exhibit A)

    b.    Certification of No Objection Regarding Motion for an Order Extending the Term of the Credit Agreement with Advanced Refining Technologies LLC [Filed: 1/31/11] (Docket No. 26152)

    c.    **[Signed] Order Motion for an Order Extending the Term of the Credit Agreement with Advanced Refining Technologies LLC [Filed: 2/4/11] (Docket No. 26199)**

    **Status:** **The Court has entered an order on this matter.**

6.  Motion for an Order Authorizing First Amendment to Post-Petition Letter of Credit Facility Agreement [Filed: 1/10/11] (Docket No. 26059)

    <u>Response Deadline:</u> January 28, 2011, at 4:00 p.m.

    <u>Responses Received:</u> None as of the date of this Notice of Agenda.

    <u>Related Documents:</u>

    a.  [Proposed] Final Order Authorizing First Amendment to Post-Petition Letter of Credit Facility Agreement [Filed: 1/10/11] (Docket No. 26059, Exhibit I)

    b.  Certification of No Objection Regarding Motion for an Order Authorizing First Amendment to Post-Petition Letter of Credit Facility Agreement **[Filed: 1/31/11] (Docket No. 26161)**

    c.  **[Signed] Final Order Authorizing First Amendment to Post-Petition Letter of Credit Facility Agreement [Filed: 2/4/11] (Docket No. 26201)**

    **<u>Status:</u> The Court has entered an order on this matter.**

Dated: February 7, 2011

KIRKLAND & ELLIS LLP
John Donley
Adam Paul
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

and

BAER HIGGINS FRUCHTMAN LLC
Janet S. Baer, P.C.
Roger J. Higgins
11 East Wacker Drive
Suite 2800
Chicago, IL 60601
Telephone: (312) 836-4047

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:     (302) 652-4100
Facsimile:     (302) 652-4400

Co-Counsel for the Debtors and Debtors-in-Possession