IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | In Proceedings for a |
| | : | Reorganization under |
| W.R. GRACE & CO., *et al*, | : | Chapter 11 |
| | : | |
| Debtors. | : | Jointly Administered at |
| _____ | : | Case No. 01-01139-JKF |

**NOTICE OF FILING OF RULE 2019 STATEMENT OF REPRESENTATION BY
LIPSITZ & PONTERIO, LLC
(EXHIBITS NOT SCANNED BUT ACCESSIBLE BY COURT ORDER)**

    TO CREDITORS AND OTHER PARTIES IN INTEREST AND ALL PARTIES WHO HAVE REQUESTED NOTICES PURSUANT TO FED.R.BANKR.P. 2002, NOTICE IS HEREBY GIVEN THAT:

    Lipsitz & Ponterio, LLC, in compliance with the October 22, 2004 Order of Court, has filed its Fed.R.Bankr.P. 2019 Statement with the Court, identifying claimants represented by their firm.

    Exhibits have not been scanned, but have been submitted to the Clerk of the Bankruptcy Court, at the address set forth below, on compact disk ("CD"). Said exhibits may be accessed by parties who obtain a Court order authorizing access.

Clerk
United States Bankruptcy Court
District of Delaware
824 Market Street
3rd Floor
Wilmington, DE 19801

Dated: February 8, 2011                      STARK & STARK

                                                                                   By: */s/ John R. Weaver, Jr.*
                                                                                    John R. Weaver, Jr., Esquire
                                                                                     (Delaware Bar Id #0911)
                                                                                     P.O. Box 510
                                                                                     203 West 18th Street
                                                                                     Wilmington, DE  19899
                                                                                     Phone - (302) 428-1077
                                                                                     Fax - (609) 895-7395