## CERTIFICATE OF SERVICE

      I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on February 9, 2011, I caused copies of the *Thirteenth Supplemental Declaration Under Fed. R. Bankr. P. 2014 and 5002 in Support of Application for an Order Authorizing Retention and Employment of Orrick, Herrington & Sutcliffe LLP as Bankruptcy Counsel to David T. Austern as Asbestos PI Future Claimants' Representative,* to be served by first class mail, postage prepaid, on the parties listed on the attached service list.

                                       */S/ DEBRA O. FULLEM*
                                       Debra O. Fullem
                                       Orrick, Herrington & Sutcliffe LLP