## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| W. GRACE & CO., et al.,[1] | ) | Case No. 01-1139(JKF) |
| Debtors. | ) | Jointly Administered |
| | ) Objection Date: March 1, 2011 at 4:00p.m. | |
| | ) Hearing Date: Scheduled if Necessary (Negative Notice) | |

### SIXTY SEVENTH MONTHLY APPLICATION OF DELOITTE TAX LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR THE PERIOD FROM SEPTEMBER 1 THROUGH SEPTEMBER 30, 2010

| | |
|---|---|
| Name of Applicant: | Deloitte Tax LLP ("Deloitte Tax") |
| Authorized to Provide Professional Services to: | The above-captioned Debtors |
| Date of Retention: | December 20, 2004 |
| Period for which Compensation and Expense Reimbursement is Sought: | September 1 - 30, 2010 |
| Amount of Compensation Sought: | $ 14,028.00 |
| Amount of Expense Reimbursement Sought: | 0.00 |
| Total Amount of Compensation and Expense Reimbursement Sought: | $ 14,028.00 |

This is a _x_ Monthly, __Interim, __Final Application

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W. GRACE & CO., et al.,** | ) | **Case No. 01-1139(JKF)** |
| **Debtors.** | ) | **Jointly Administered** |
| | ) Objection Date: March 1, 2011 at 4:00p.m. | |
| | ) Hearing Date: Scheduled if Necessary (Negative Notice) | |

**SIXTY SEVENTH MONTHLY APPLICATION OF**
**DELOITTE TAX LLP FOR COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES TO THE DEBTORS**
**FOR THE PERIOD FROM SEPTEMBER 1 THROUGH SEPTEMBER 30, 2010**

This sixty seventh monthly application (this "Application") of Deloitte Tax LLP ("Deloitte Tax") is for compensation for services rendered in connection with Deloitte Tax's provision of tax services to the Debtors during the period from September 1 through September 30, 2010, and for reimbursement of expenses incurred in connection therewith. Attached hereto as Exhibit A is the Verification of Jared Gordon of Deloitte Tax.

**BACKGROUND**

The Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a), 2016 and 5002 Authorizing the Employment and Retention of Deloitte Tax LLP as Tax Service Providers to the Debtors Nunc Pro Tunc to August 22, 2004 was entered by this Court on December 21, 2004. Prior to August 22, 2004 tax advisory services, for which compensation and expense reimbursement is sought hereunder, along with customs procedures review services, were provided to the Debtors by Deloitte & Touche LLP ("Deloitte & Touche"). As of August 22, 2004, Deloitte & Touche is no longer providing tax services or compensation procedures review services to the Debtors.

**FEE AND EXPENSE REIMBURSEMENT DETAIL**

Attached hereto as Exhibit B is a summary of fees sought by Deloitte Tax, reflecting each

Deloitte Tax professional providing tax advisory services during this sixty seventh period, their position, total hours billed, hourly billing rate, and total fees sought. Attached hereto as Exhibit C are daily entries which set forth each professional providing tax advisory services, the applicable project category, a description of the services, the hours expended, the professionals' hourly billing rates, and the total fees incurred. Attached hereto as Exhibit D are details of the expenses incurred by Deloitte Tax professionals in performing tax advisory services to the Debtors during this monthly period.

Dated: February 7, 2011

DELOITTE TAX LLP

_____
Jared Gordon
Principal
Deloitte Tax LLP
1700 Market Street
25th Floor
Philadelphia, PA 19103
Tel: 1 (215) 299-5214
Main: 1 (215) 246-2300
Fax: 1 (215) 982-6298

Tax service providers for Debtors and Debtors in Possession

## EXHIBIT A

## VERIFICATION OF JARED GORDON

PHILADELPHIA

COMMONWEALTH OF PENNSYLVANIA:

Jared Gordon, after being duly sworn according to law, deposes and says:

a) I am a principal with the applicant firm of Deloitte Tax LLP.

b) I have personal knowledge of Deloitte Tax LLP's retention as tax service providers to the Debtors in these Chapter 11 cases.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have been informed of Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Jared Gordon
Principal

SWORN AND SUBSCRIBED
before me this 8th day of February, 2011

Notary Public
My Commission Expires: December 11, 2011

HIRAM ROSADO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires December 11, 2011

4

**EXHIBIT B**

**W. R. Grace**
**Hours Detail**
**September 1 through September 30, 2010**

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| ROBINS, SCOTT MICHAEL | 1.0 | $480 | $480.00 |
| GORDON, JARED H | 1.9 | $680 | $1,292.00 |
| **Consolidated Returns** | 2.9 | | $1,772.00 |
| | | | |
| GORDON, JARED H | 0.5 | $680 | $340.00 |
| WARE, DAVID WILLIAM | 3.5 | $570 | $1,995.00 |
| **Customs** | 4.0 | | $2,335.00 |
| | | | |
| ALEX, ANU T | 1.0 | $480 | $480.00 |
| WICKERT, DIANE L | 2.9 | $290 | $841.00 |
| **General Administration** | 3.9 | | $1,321.00 |
| | | | |
| WALKER, DEBORAH | 2.0 | $680 | $1,360.00 |
| HEIKKINEN, DEBRA L | 1.6 | $680 | $1,088.00 |
| **Payroll Tax** | 3.6 | | $2,448.00 |
| | | | |
| NG, LINDA LIAN TAT | 1.3 | $680 | $884.00 |
| ITO, HIROAKI | 4.0 | $480 | $1,920.00 |
| **Japan** | 5.3 | | $2,804.00 |
| | | | |
| TROTMAN, SEAN P | 0.5 | $680 | $340.00 |
| **China Stock Plan** | 0.5 | | $340.00 |
| | | | |
| HERNANDEZ, ALVARO JOSE | 0.3 | $290 | $87.00 |
| OTERO, MARIA D | 1.9 | $480 | $912.00 |
| RODRIGUEZ, ZULMA | 0.5 | $480 | $240.00 |
| MONTANEZ, ANA DELIA | 6.1 | $290 | $1,769.00 |
| **P. R. Property Tax** | 8.8 | | $3,008.00 |
| | | | |
| **Subtotal** | 29.0 | | $14,028.00 |
| **Expenses** | | | $0.00 |
| **Total Deloitte Tax LLP Fees for September 2010** | | | $14,028.00 |

**W. R. Grace**
**Hours Detail**
**September 1 through September 30, 2010**

| Date | Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|---|
| 9/11/2010 | GORDON, JARED H | Customs | Carol Finke | Coordinating customs issues with michele mcguire's global trade solutions group | 0.3 | $ 680 | $204.00 |
| 9/13/2010 | GORDON, JARED H | Customs | Carol Finke | Coordinating customs issues with michele mcguire's global trade solutions group | 0.2 | $ 680 | $136.00 |
| 9/23/2010 | GORDON, JARED H | Consolidated Returns | Carol Finke | Research and correspondence regarding consolidated returns in connection w/ Project Mallard | 0.1 | $ 680 | $68.00 |
| 9/24/2010 | GORDON, JARED H | Consolidated Returns | Carol Finke | Research and correspondence regarding Project Mallard (including calls with carol finke & emails with victor penico) | 1.4 | $ 680 | $952.00 |
| 9/27/2010 | GORDON, JARED H | Consolidated Returns | Carol Finke | Correspondence regarding consolidated return and post-merger integration issues in connection w/ Project Mallard | 0.4 | $ 680 | $272.00 |
| 9/30/2010 | ALEX, ANU T | General Administration | Carol Finke | Preparation of bankruptcy billing applications | 1.0 | $ 480 | $480.00 |
| 9/2/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Carole Finke & John Forgach | Discuss IRS submission w/DWalker, review & edit proposed submission; respond to D. Walker | 1.0 | $ 680 | $680.00 |
| 9/7/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Carole Finke & John Forgach | Status update with D. Walker (WNT) re: IRS email on corrections | 0.3 | $ 680 | $204.00 |
| 9/21/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Carole Finke & John Forgach | Follow-up with D. Walker on IRS response | 0.3 | $ 680 | $204.00 |
| 9/1/2010 | WALKER, DEBORAH | Payroll Tax | Carole Finke & John Forgach | Analysis and review of IRS submission | 1.0 | $ 680 | $680.00 |
| 9/2/2010 | WALKER, DEBORAH | Payroll Tax | Carole Finke & John Forgach | Discuss IRS submission w/D Heikkinen; review & edit proposed submission; respond to D. Heikkinen | 0.5 | $ 680 | $340.00 |
| 9/7/2010 | WALKER, DEBORAH | Payroll Tax | Carole Finke & John Forgach | Prep; Status update with D. Heikkinen re: IRS email on corrections | 0.5 | $ 680 | $340.00 |
| 9/13/2010 | WARE, DAVID WILLIAM | Customs | Carol Finke | Review email from Carol, phone call with Carol Finke re: customs duty issue, preliminary research | 1.0 | $ 570 | $570.00 |
| 9/14/2010 | WARE, DAVID WILLIAM | Customs | Carol Finke | Prepare and send email to Carol Finke re: customs duty question | 2.0 | $ 570 | $1,140.00 |
| 9/15/2010 | WARE, DAVID WILLIAM | Customs | Carol Finke | Research, prepare and send email to Carol Finke re: customs duty rate to import catalysts into the US | 0.5 | $ 570 | $285.00 |
| 9/24/2010 | NG, LINDA LIAN TAT | Japan | Carol Finke | Attend call with, and review, an e-mail from, Carol Finke regarding an asset sale vs. a stock sale. | 0.5 | $ 680 | $340.00 |
| 9/27/2010 | NG, LINDA LIAN TAT | Japan | Carol Finke | Review and revise draft responses to Carol Finke regarding tax issues with respect to an asset sale vs. a stock sale. | 0.8 | $ 680 | $544.00 |
| 9/27/2010 | ITO, HIROAKI | Japan | Carol Finke | Research and correspondence regarding Japanese tax implications of asset sale v. stock sale | 4.0 | $ 480 | $1,920.00 |
| 9/9/2010 | WICKERT, DIANE L | General Administration | Carol Finke | Preparation of bankruptcy billing applications | 2.9 | $ 290 | $841.00 |
| 9/7/2010 | TROTMAN, SEAN P | China Stock Plan | Paula Stuard | Correspondence regarding filings in China associated with stock plans. | 0.5 | $ 680 | $340.00 |
| 9/23/2010 | ROBINS, SCOTT MICHAEL | Consolidated Returns | Carol Finke | Follow up with Jared regarding Project Mallard | 1.0 | $ 480 | $480.00 |
| 9/2/2010 | HERNANDEZ, ALVARO JOSE | P. R. Property Tax | Joe Bahorich | Engagement letter | 0.2 | $ 290 | $58.00 |
| 9/9/2010 | HERNANDEZ, ALVARO JOSE | P. R. Property Tax | Joe Bahorich | Archiving billing File | 0.1 | $ 290 | $29.00 |
| 9/2/2010 | OTERO, MARIA D | P. R. Property Tax | Joe Bahorich | review of billing files - practice review compliance | 0.4 | $ 480 | $192.00 |
| 9/8/2010 | OTERO, MARIA D | P. R. Property Tax | Joe Bahorich | engagement letter and review communication via e- | 0.5 | $ 480 | $240.00 |
| 9/10/2010 | OTERO, MARIA D | P. R. Property Tax | Joe Bahorich | Application for amnesty & correspondence with Ana re: alternatives and open items for purposes of filing without payment | 0.5 | $ 480 | $240.00 |
| 9/30/2010 | OTERO, MARIA D | P. R. Property Tax | Joe Bahorich | correspondence regarding invoice | 0.5 | $ 480 | $240.00 |
| 9/8/2010 | RODRIGUEZ, ZULMA | P. R. Property Tax | Joe Bahorich | call from auditor to discuss CRIM amnesty | 0.5 | $ 480 | $240.00 |
| 9/2/2010 | MONTANEZ, ANA DELIA | P. R. Property Tax | Joe Bahorich | CRIM tax compliance | 0.6 | $ 290 | $174.00 |
| 9/3/2010 | MONTANEZ, ANA DELIA | P. R. Property Tax | Joe Bahorich | Phone call with CRIM representative and correspondence with CRIM. | 1.0 | $ 290 | $290.00 |
| 9/9/2010 | MONTANEZ, ANA DELIA | P. R. Property Tax | Joe Bahorich | CRIM tax compliance | 1.0 | $ 290 | $290.00 |
| 9/10/2010 | MONTANEZ, ANA DELIA | P. R. Property Tax | Joe Bahorich | CRIM tax compliance | 1.0 | $ 290 | $290.00 |
| 9/13/2010 | MONTANEZ, ANA DELIA | P. R. Property Tax | Joe Bahorich | CRIM tax compliance | 1.5 | $ 290 | $435.00 |
| 9/14/2010 | MONTANEZ, ANA DELIA | P. R. Property Tax | Joe Bahorich | CRIM tax compliance | 1.0 | $ 290 | $290.00 |
| | | | | **Fees for September 2010** | **29.0** | | **$14,028.00** |

EXHIBIT C

**W. R. Grace**
**Expenses Detail**
**September 1 through September 30, 2010**

| Date | Name | Description | Related Expenses |
|---|---|---|---|
| | Expenses for September 2010 | | $0.00 |