## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| W. GRACE & CO., et al.,[1] | ) | Case No. 01-1139(JKF) |
| Debtors. | ) | **Jointly Administered** |
| | ) Objection Date: March 1, 2011, at 4:00p.m. | |
| | ) Hearing Date: Scheduled if Necessary (Negative Notice) | |

### SIXTY EIGHTH MONTHLY APPLICATION OF DELOITTE TAX LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR THE PERIOD FROM OCTOBER 1 THROUGH OCTOBER 31, 2010

| | |
|---|---|
| Name of Applicant: | Deloitte Tax LLP ("Deloitte Tax") |
| Authorized to Provide Professional Services to: | The above-captioned Debtors |
| Date of Retention: | December 20, 2004 |
| Period for which Compensation and Expense Reimbursement is Sought: | October 1 - 31, 2010 |
| Amount of Compensation Sought: | $ 21,923.50 |
| Amount of Expense Reimbursement Sought: | 10.61 |
| Total Amount of Compensation and Expense Reimbursement Sought: | $ 21,934.11 |

This is a __x__ Monthly, ___ Interim, ___ Final Application

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (Vida Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. GRACE & CO., et al., ) | Case No. 01-1139(JKF) |
| Debtors. ) | Jointly Administered |
| ) Objection Date: March 1, 2011, at 4:00p.m. | |
| ) Hearing Date: Scheduled if Necessary (Negative Notice) | |

### SIXTY EIGHTH MONTHLY APPLICATION OF
### DELOITTE TAX LLP FOR COMPENSATION FOR SERVICES RENDERED AND
### REIMBURSEMENT OF EXPENSES TO THE DEBTORS
### FOR THE PERIOD FROM OCTOBER 1 THROUGH OCTOBER 31, 2010

This sixty eighth monthly application (this "Application") of Deloitte Tax LLP ("Deloitte Tax") is for compensation for services rendered in connection with Deloitte Tax's provision of tax services to the Debtors during the period from October 1 through October 31, 2010, and for reimbursement of expenses incurred in connection therewith. Attached hereto as Exhibit A is the Verification of Jared Gordon of Deloitte Tax.

### BACKGROUND

The Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a), 2016 and 5002 Authorizing the Employment and Retention of Deloitte Tax LLP as Tax Service Providers to the Debtors Nunc Pro Tunc to August 22, 2004 was entered by this Court on December 21, 2004. Prior to August 22, 2004 tax advisory services, for which compensation and expense reimbursement is sought hereunder, along with customs procedures review services, were provided to the Debtors by Deloitte & Touche LLP ("Deloitte & Touche"). As of August 22, 2004, Deloitte & Touche is no longer providing tax services or compensation procedures review services to the Debtors.

### FEE AND EXPENSE REIMBURSEMENT DETAIL

Attached hereto as Exhibit B is a summary of fees sought by Deloitte Tax, reflecting each

2

Deloitte Tax professional providing tax advisory services during this sixty eighth monthly period, their position, total hours billed, hourly billing rate, and total fees sought. Attached hereto as Exhibit C are daily entries which set forth each professional providing tax advisory services, the applicable project category, a description of the services, the hours expended, the professionals' hourly billing rates, and the total fees incurred. Attached hereto as Exhibit D are details of the expenses incurred by Deloitte Tax professionals in performing tax advisory services to the Debtors during this monthly period.

Dated: February 7, 2011

DELOITTE TAX LLP

_Jared Gordon_
Jared Gordon
Principal
Deloitte Tax LLP
1700 Market Street
25th Floor
Philadelphia, PA 19103
Tel: 1 (215) 299-5214
Main: 1 (215) 246-2300
Fax: 1 (215) 982-6298

Tax service providers for Debtors and Debtors in Possession

## EXHIBIT A

## VERIFICATION OF JARED GORDON

PHILADELPHIA

COMMONWEALTH OF PENNSYLVANIA:

Jared Gordon, after being duly sworn according to law, deposes and says:

a) I am a principal with the applicant firm of Deloitte Tax LLP.

b) I have personal knowledge of Deloitte Tax LLP's retention as tax service providers to the Debtors in these Chapter 11 cases.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have been informed of Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Jared Gordon
Principal

SWORN AND SUBSCRIBED
before me this 8th day of February, 2011

Notary Public
My Commission Expires: December 11, 2011

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
NILDA I. ROSADO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires December 11, 2011

4

**EXHIBIT B**

**W. R. Grace**
**Hours Detail**
**October 1 through October 31, 2010**

| Employee | Hours | Billing Rate | Professional Fees |
|---|---:|---:|---:|
| GORDON, JARED H | 0.7 | $680 | $476.00 |
| **General Administration** | **0.7** | | **$476.00** |
| | | | |
| GORDON, JARED H | 0.8 | $680 | $544.00 |
| LIEW, LI MEI | 3.0 | $570 | $1,710.00 |
| **Singapore** | **3.8** | | **$2,254.00** |
| | | | |
| CHURI, PRIYA BHARAT | 3.1 | $480 | $1,488.00 |
| WALKER, DEBORAH | 5.0 | $680 | $3,400.00 |
| HEIKKINEN, DEBRA L | 6.1 | $680 | $4,148.00 |
| COMBS, VANESSA DENISE | 0.6 | $70 | $42.00 |
| SHAIKH, WAQAS UDDIN | 8.2 | $290 | $2,363.50 |
| **Payroll Tax** | **23.0** | | **$11,441.50** |
| | | | |
| HERNANDEZ, ALVARO JOSE | 0.5 | 290 | $145.00 |
| VILLATE, RICARDO J | 2.0 | 680 | $1,360.00 |
| OTERO, MARIA D | 2.2 | 480 | $1,056.00 |
| MONTANEZ, ANA DELIA | 17.9 | 290 | $5,191.00 |
| **Puerto Rico** | **22.6** | | **$7,752.00** |
| | | | |
| **Subtotal** | **50.1** | | **$21,923.50** |
| **Expenses** | | | **$10.61** |
| **Total Deloitte Tax LLP Fees for October 2010** | | | **$21,934.11** |

EXHIBIT C

**W. R. Grace**
**Hours Detail**
**October 1 through October 31, 2010**

| Date | Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|---|
| 10/4/2010 | GORDON, JARED H | General Administration | Carol Finke | bankruptcy fee applications | 0.7 | $ 680 | 476 |
| 10/13/2010 | GORDON, JARED H | Singapore | Carol Finke | singapore coordination | 0.5 | $ 680 | 340 |
| 10/29/2010 | GORDON, JARED H | Singapore | Carol Finke | singapore PE inquiry | 0.3 | $ 680 | 204 |
| 10/7/2010 | WALKER, DEBORAH | Payroll Tax | Carol Finke & John Forgach | Services provided in connection with payroll tax issues | 0.5 | $ 680 | 340 |
| 10/12/2010 | WALKER, DEBORAH | Payroll Tax | Carol Finke & John Forgach | Services provided in connection with payroll tax issues | 0.5 | $ 680 | 340 |
| 10/13/2010 | WALKER, DEBORAH | Payroll Tax | Carol Finke & John Forgach | Call with IRS and Deb Heikkinen re: closing agreement; f/u call with Carol Finke; prep POA | 1.0 | $ 680 | 680 |
| 10/20/2010 | WALKER, DEBORAH | Payroll Tax | Carol Finke & John Forgach | Services provided in connection with payroll tax issues | 0.5 | $ 680 | 340 |
| 10/26/2010 | WALKER, DEBORAH | Payroll Tax | Carol Finke & John Forgach | Prep & call w/ J. Forgach, J. Yale, D. Heikkinen, & Waqas Shaikh; review timeline and FICA spreadsheets | 2.0 | $ 680 | 1,360 |
| 10/29/2010 | WALKER, DEBORAH | Payroll Tax | Carol Finke & John Forgach | Services provided in connection with payroll tax issues | 0.5 | $ 680 | 340 |
| 10/5/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Carol Finke & John Forgach | TC-C. Finke re: IRS correction project | 0.3 | $ 680 | $204.00 |
| 10/13/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Carol Finke & John Forgach | Call with IRS and Deb Walker re: closing agreement; f/u call with Carol Finke; prep POA | 1.0 | $ 680 | $680.00 |
| 10/14/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Carol Finke & John Forgach | Services provided in connection with payroll tax issues | 0.3 | $ 680 | $204.00 |
| 10/20/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Carol Finke & John Forgach | Services provided in connection with payroll tax issues | 1.0 | $ 680 | $680.00 |
| 10/21/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Carol Finke & John Forgach | Forms 2848 | 0.5 | $ 680 | $340.00 |
| 10/25/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Carol Finke & John Forgach | Services provided in connection with payroll tax issues | 0.5 | $ 680 | $340.00 |
| 10/26/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Carol Finke & John Forgach | Prep & call w/ J. Forgach, J. Yale, Deb Walker (WNT), & Waqas Shaikh; review timeline and FICA spreadsheets | 2.0 | $ 680 | $1,360.00 |
| 10/27/2010 | HEIKKINEN, DEBRA L | Payroll Tax | Carol Finke & John Forgach | Services provided in connection with payroll tax issues | 0.5 | $ 680 | $340.00 |
| 10/21/2010 | CHURI, PRIYA BHARAT | Payroll Tax | Carol Finke & John Forgach | assist waqas with POAs | 0.2 | $ 480 | $96.00 |
| 10/25/2010 | CHURI, PRIYA BHARAT | Payroll Tax | Carol Finke & John Forgach | Calculate FICA for Deb | 1.7 | $ 480 | $816.00 |
| 10/26/2010 | CHURI, PRIYA BHARAT | Payroll Tax | Carol Finke & John Forgach | ss med tax calcs revisions for deb | 1.2 | $ 480 | $576.00 |
| 10/22/2010 | COMBS, VANESSA DENISE | Payroll Tax | Carol Finke & John Forgach | Prepare package for overnight mailing per W. Shaikh. | 0.3 | $ 70 | $21.00 |
| 10/26/2010 | COMBS, VANESSA DENISE | Payroll Tax | Carol Finke & John Forgach | Prepare overnight pkg for W. Shaikh | 0.3 | $ 70 | $21.00 |
| 10/15/2010 | SHAIKH, WAQAS UDDIN | Payroll Tax | Carol Finke & John Forgach | Sent J. Forgach an e-mail on the POAs | 0.2 | $ 290 | $43.50 |
| 10/19/2010 | SHAIKH, WAQAS UDDIN | Payroll Tax | Carol Finke & John Forgach | Complete two POAs | 0.6 | $ 290 | $159.50 |
| 10/21/2010 | SHAIKH, WAQAS UDDIN | Payroll Tax | Carol Finke & John Forgach | Created and updated 8 POAs. Created and revised (with Deb) memo sent to client. | 3.2 | $ 290 | $913.50 |
| 10/26/2010 | SHAIKH, WAQAS UDDIN | Payroll Tax | Carol Finke & John Forgach | Correspondence with client. Created timeline document & summary FICA/Medicare share of ER & EE. | 3.8 | $ 290 | $1,087.50 |
| 10/27/2010 | SHAIKH, WAQAS UDDIN | Payroll Tax | Carol Finke & John Forgach | Call with John Forgach on FICA/Medicare amounts for the retirees | 0.6 | $ 290 | $159.50 |
| 10/14/2010 | LIEW, LI MEI | Singapore | Carol Finke | DT Philadelphia re: WR Grace - Singapore tax implications to US co from activities of sales agent in Singapore | 3.0 | $ 570 | $1,710.00 |
| 10/14/2010 | HERNANDEZ, ALVARO JOSE | Puerto Rico | Joe Bahorich | Coordination of Prop Rtns Years 2001 Thru 2006 for Ana Montanez | 0.5 | $ 290 | $145.00 |
| 10/12/2010 | VILLATE, RICARDO J | Puerto Rico | Joe Bahorich | CRIM preparation, correspondence | 1.0 | $ 680 | $680.00 |
| 10/20/2010 | VILLATE, RICARDO J | Puerto Rico | Joe Bahorich | CRIM preparation, correspondence | 0.5 | $ 680 | $340.00 |
| 10/29/2010 | VILLATE, RICARDO J | Puerto Rico | Joe Bahorich | CRIM preparation, correspondence | 0.5 | $ 680 | $340.00 |
| 10/11/2010 | OTERO, MARIA D | Puerto Rico | Joe Bahorich | CRIM correspondence and analysis | 0.5 | $ 480 | $240.00 |
| 10/20/2010 | OTERO, MARIA D | Puerto Rico | Joe Bahorich | discussing 2001-2006 debts & calculation prep for payments | 1.0 | $ 480 | $480.00 |
| 10/25/2010 | OTERO, MARIA D | Puerto Rico | Joe Bahorich | preparing e-mail explaining final outcome at CRIM for RV review | 0.7 | $ 480 | $336.00 |
| 10/11/2010 | MONTANEZ, ANA DELIA | Puerto Rico | Joe Bahorich | CRIM preparation, correspondence and liaison | 1.0 | $ 290 | $290.00 |
| 10/12/2010 | MONTANEZ, ANA DELIA | Puerto Rico | Joe Bahorich | CRIM preparation, correspondence and liaison | 1.5 | $ 290 | $435.00 |
| 10/13/2010 | MONTANEZ, ANA DELIA | Puerto Rico | Joe Bahorich | CRIM preparation, correspondence and liaison | 3.0 | $ 290 | $870.00 |
| 10/14/2010 | MONTANEZ, ANA DELIA | Puerto Rico | Joe Bahorich | CRIM preparation, correspondence and liaison | 2.0 | $ 290 | $580.00 |
| 10/15/2010 | MONTANEZ, ANA DELIA | Puerto Rico | Joe Bahorich | CRIM preparation, correspondence and liaison | 3.5 | $ 290 | $1,015.00 |
| 10/18/2010 | MONTANEZ, ANA DELIA | Puerto Rico | Joe Bahorich | CRIM preparation, correspondence and liaison | 3.5 | $ 290 | $1,015.00 |
| 10/19/2010 | MONTANEZ, ANA DELIA | Puerto Rico | Joe Bahorich | CRIM preparation, correspondence and liaison | 0.5 | $ 290 | $145.00 |
| 10/20/2010 | MONTANEZ, ANA DELIA | Puerto Rico | Joe Bahorich | CRIM preparation, correspondence and liaison | 0.5 | $ 290 | $145.00 |
| 10/21/2010 | MONTANEZ, ANA DELIA | Puerto Rico | Joe Bahorich | CRIM preparation, correspondence and liaison | 0.5 | $ 290 | $145.00 |
| 10/25/2010 | MONTANEZ, ANA DELIA | Puerto Rico | Joe Bahorich | CRIM preparation, correspondence and liaison | 0.5 | $ 290 | $145.00 |
| 10/26/2010 | MONTANEZ, ANA DELIA | Puerto Rico | Joe Bahorich | CRIM preparation, correspondence and liaison | 0.4 | $ 290 | $116.00 |
| 10/27/2010 | MONTANEZ, ANA DELIA | Puerto Rico | Joe Bahorich | CRIM preparation, correspondence and liaison | 0.5 | $ 290 | $145.00 |
| 10/29/2010 | MONTANEZ, ANA DELIA | Puerto Rico | Joe Bahorich | CRIM preparation, correspondence and liaison | 0.5 | $ 290 | $145.00 |

EXHIBIT C

| Date | Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|---|
| | | | | Fees for October 2010 | 50.1 | | $21,923.50 |

**EXHIBIT D**

**W. R. Grace**
**Expenses Detail**
**October 1 through October 31, 2010**

| Date | Name | Description | Related Expenses |
|---|---|---|---:|
| 10/25/2010 | ALEX, ANU T | Cellular Phone/PDA re sept bankr fee applications | $2.35 |
| 10/25/2010 | COMBS, VANESSA DENISE | UPS Courier Fees (overnight package) | $8.26 |
| | **Expenses for October 2010** | | **$10.61** |