**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., et al. | Case No. 01-01139 (JKF) |
| | Jointly Administered |
| Debtors. | |

## NOTICE OF CHANGE OF ADDRESS FOR DUANE MORRIS LLP

PLEASE TAKE NOTICE that the law firm Duane Morris LLP, Delaware, has moved its Wilmington, Delaware office and requests that copies of all pleadings and other papers filed in the above-captioned matter, as well as notices given or required to be given, be given to and served upon the undersigned counsel at the address listed below:

Michael R. Lastowski
DUANE MORRIS LLP
222 Delaware Avenue
Suite 1600
Wilmington, DE 19801

Dated: February 9, 2011

**DUANE MORRIS LLP**

*/s/ Michael R. Lastowski*
Michael R. Lastowski (DE 3892)
222 Delaware Avenue
Suite 1600
Wilmington, DE 19801-1659
Telephone:    (302) 657-4942
Fax:                (302) 657- 4901
E-Mail: mlastowski@duanemorris.com

*Co-Counsel for the Official
Committee of Unsecured Creditors*

DM3\1689458.1