# Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1250
Dallas, TX 75201
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

February 03, 2011

In Reference To:  Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #10234

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/3/2011 | BSR | Receive and review Jan. 10 hearing agenda | 0.10 | 26.50 |
|  | MW | Draft monthly application for compensation of WHS&A for December 2010 (1.9); preliminary review of same (.3); send to J. Wehrmann for final review (.1). | 2.30 | 322.00 |
|  | AL | Update database with Alan Rich's December electronic detail (.2); draft email to Alan Rich requesting hard copy of same (.1); Kramer's November electronic detail (.1) | 0.40 | 18.00 |
|  | WHS | Receive and review agenda | 0.10 | 29.50 |
| 1/4/2011 | AL | Update database with Pachulski's October fee application (.2); Pachulski's October electronic detail (.1); Ewing's November electronic detail (.1); Orrick's November electronic detail (.1); Ewing's November fee application (.2); Orrick's November fee application (.2) | 0.90 | 40.50 |
|  | AL | Update database with Ogilvy's November electronic detail (.1); Ogilvy's November fee application (.2); Orrick's November electronic detail (.2); Ewing's November electronic detail (.1) | 0.60 | 27.00 |
|  | JAW | Detailed review of Janet S. Baer November 2010 fee application (2.80): draft summary of same (0.10) | 2.90 | 442.25 |
| 1/5/2011 | AL | Update database with Lauzon's November electronic detail (.1) and fee application (hard copy) (.2); Scarfone's November electronic detail (.2); Hogan's November electronic detail (.1); Ogilvy's November electronic detail (.1) and hard copy (.2) | 0.80 | 36.00 |
|  | JAW | detailed review of PwC October 2010 fee application (7.20); draft summary of same (1.70) | 8.90 | 1,357.25 |

W.R. Grace & Co.                                                                           Page    2

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/6/2011 | AL | Update database with C&L's November electronic detail (.1); Charter's November electronic detail (.1); AKO's November electronic detail (.1); Caplin's November electronic detail (.1); Sander's December electronic detail (.2); Alan Rich's December electronic detail (.1); Anderson's October summary (.2) | 0.90 | 40.50 |
| | JAW | Proofread WHS&A's  December 2010 fee application and Notice (0.20); e-mail M. White regarding any revisions to same (0.10) | 0.30 | 45.75 |
| | JAW | continued to draft summary of PwC October 2010 fee application (1.30) | 1.30 | 198.25 |
| | MW | Receive and review amended agenda for 1/10 hearing (.2); forward same to B. Ruhlander for review (.1). | 0.30 | 42.00 |
| 1/7/2011 | WHS | Receive and review agenda | 0.10 | 29.50 |
| | AL | Update database with Pitney's November electronic detail (.1); Protiviti's October (.2) November (.1) and December (.2) electronic detail | 0.60 | 27.00 |
| 1/10/2011 | AL | Finalize WHSA's December Fee Application for Court filing (.3); electronic filing with Court re same (.3); update database with same (.2);  prepare same for service (.1) | 0.90 | 40.50 |
| 1/11/2011 | AL | Update database with Beveridge's November electronic detail (.1) and hard copy of same (.2); Pachulski's November electronic detail (.1) and hard copy of same (.2); Woodcock's November electronic detail (.1) | 0.70 | 31.50 |
| 1/12/2011 | BSR | research docket for case status (.2); review pertinent pleadings and orders (.3); email 2011 omnibus hearing schedule to Melanie White and Anthony Lopez (.1) | 0.60 | 159.00 |
| | AL | Update database with Fragoman's October (.1) and November (.2) electronic detail; Casner's November electronic detail (.1) | 0.40 | 18.00 |
| | MW | Receive and review email from B. Ruhlander re updated 38th and 39th interim hearing (.2) and 40th interim hearing (.1); draft emails to W. Smith, A. Lopez and B. Ruhlander re same (.2); receive and review 2011 hearing schedule (.2) | 0.70 | 98.00 |
| 1/13/2011 | AL | Update database with 2011 Omnibus hearing schedule | 0.20 | 9.00 |
| 1/14/2011 | AL | Update database with Lincoln's 38Q electronic detail | 0.20 | 9.00 |
| | JAW | detailed review of Anderson Kill November 2010 fee application (3.30); draft summary of same (0.10) | 3.40 | 518.50 |
| 1/17/2011 | JAW | detailed review of Kirkland & Ellis November 2010 fee application (4.40); draft summary of same (0.40) | 4.80 | 732.00 |
| | AL | Update database with Orrick's 38Q fee application (.2); Lincoln's 38Q fee application (.2); PWC's November electronic detail (.1) | 0.50 | 22.50 |

W.R. Grace & Co.                                                                                    Page    3

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/18/2011 AL | Update database with Casner's November electronic detail | | 0.20 | 9.00 |
| 1/20/2011 AL | Update database with Pachulski's December electronic detail (.1); Capstone's October electronic detail (.1); PWC's November fee application (.2) | | 0.40 | 18.00 |
| 1/24/2011 JAW | detailed review of PwC November 2010 fee application (1.60) | | 1.60 | 244.00 |
| 1/25/2011 JAW | continued detailed review of PwC November 2010 fee application (4.40); draft summary of same (1.90) | | 6.30 | 960.75 |
| BSR | detailed review of Kirkland & Ellis' 38th interim fee application and monthly fee applications (1.0); email to Holly Bull at K&E with inquiry re same (.2) | | 1.20 | 318.00 |
| AL | Update database with K&E's October fee summary (.2); PWC's Special Project's electronic detail for the Months of June and July (.2) | | 0.40 | 18.00 |
| 1/26/2011 MW | research PACER for objections to our fee application (.7); draft certificate of no objection re same (.5). | | 1.20 | 168.00 |
| AL | Update database with Orrick's December electronic detail (.1); Ewing's December electronic detail (.1) | | 0.20 | 9.00 |
| 1/27/2011 JAW | detailed review of Capstone October 2010 fee application (0.60); draft summary of same (0.10) | | 0.70 | 106.75 |
| JAW | detailed review of Casner & Edwards November 2010 fee application (0.40); draft summary of same (0.10) | | 0.50 | 76.25 |
| JAW | detailed review of Pachulski December 2010 fee application (1.00); draft summary of same (0.20) | | 1.20 | 183.00 |
| JAW | detailed review of Beveridge August 2010 fee application (0.50); draft summary of same (0.10) | | 0.60 | 91.50 |
| JAW | detailed review of Beveridge November 2010 fee application (0.40); draft summary of same (0.10) | | 0.50 | 76.25 |
| AL | Update database with Ewing's December electronic detail (.1); PWC (Darex) July electronic detail (.1); PWC (Shared Services) July electronic detail (.2); PWC (COP) June electronic detail (.2) | | 0.60 | 27.00 |
| 1/28/2011 JAW | detailed review of Lauzon's October 2010 fee application (0.20); draft summary of same (0.10) | | 0.30 | 45.75 |
| JAW | detailed review of Kramer Levin November 2010 fee application (0.10); draft summary of same (0.10) | | 0.20 | 30.50 |
| JAW | detailed review of Hogan Firm October 2010 fee application (0.30); draft summary of same (0.10) | | 0.40 | 61.00 |

W.R. Grace & Co.                                                                                                                    Page    4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/28/2011 | JAW | detailed review of Kramer Levin October 2010 fee application (0.10); draft summary of same (0.10) | 0.20 | 30.50 |
|  | JAW | detailed review of Fragomen December 2010 fee application (0.10); draft summary of same (0.10) | 0.20 | 30.50 |
|  | JAW | detailed review of Fragomen November 2010 fee application (0.20); draft summary of same (0.10) | 0.30 | 45.75 |
|  | JAW | detailed review of Ogilvy October 2010 fee application (0.10); draft summary of same (0.10) | 0.20 | 30.50 |
|  | JAW | detailed review of Ogilvy November 2010 fee application (0.10); draft summary of same (0.10) | 0.20 | 30.50 |
|  | AL | Electronic filing with court of WHSA's December CNO | 0.30 | 13.50 |
|  | AL | Update database with Hogan's December electronic detail (.1); Scarfone's December electronic detail (.2); Lauzon's December electronic detail (.1); Ferry's December electronic detail (.2); Stroock's December electronic detail (.2); Baer's December electronic detail (.1); Ewing's December fee application (.2) | 1.10 | 49.50 |
|  | JAW | detailed review of Campbell Levine October 2010 fee application (0.40); draft summary of same (0.10) | 0.50 | 76.25 |
|  | JAW | detailed review of Campbell Levine November 2010 fee application (0.40); draft summary of same (0.10) | 0.50 | 76.25 |
|  | JAW | detailed review of Caplin & Drysdale November 2010 fee application (0.30); draft summary of same (0.10) | 0.40 | 61.00 |
|  | JAW | detailed review of Casner & Edwards October 2010 fee application (0.30); draft summary of same (0.10) | 0.40 | 61.00 |
|  | JAW | detailed review of Charter Oaks October 2010 fee application (0.30); draft summary of same (0.10) | 0.40 | 61.00 |
|  | JAW | detailed review of Charter Oaks November 2010 fee application (0.40); draft summary of same (0.10) | 0.50 | 76.25 |
|  | JAW | detailed review of Bilzin Sumberg November 2010 fee application (0.20); draft summary of same (0.10) | 0.30 | 45.75 |
|  | JAW | detailed review of Fragomen October 2010 fee application (0.10); draft summary of same (0.10) | 0.20 | 30.50 |
|  | JAW | detailed review of Bilzin Sumberg October 2010 fee application (0.20); draft summary of same (0.20) | 0.40 | 61.00 |

W.R. Grace & Co.                                                                                                  Page     5

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/28/2011 | JAW | detailed review of Caplin & Drysdale October 2010 fee application (0.30); draft summary of same (0.10) | 0.40 | 61.00 |
| | JAW | detailed review of Day Pitney October 2010 fee application (0.10); draft summary of same (0.10) | 0.20 | 30.50 |
| | JAW | detailed review of Day Pitney November 2010 fee application (0.10); draft summary of same (0.10) | 0.20 | 30.50 |
| | JAW | detailed review of Ferry Joseph October 2010 fee application (0.30); draft summary of same (0.10) | 0.40 | 61.00 |
| | JAW | detailed review of Ferry Joseph November 2010 fee application (0.30); draft summary of same (0.10) | 0.40 | 61.00 |
| | JAW | detailed review of Foley Hoag October 2010 fee application (0.40); draft summary of same (0.10) | 0.50 | 76.25 |
| | JAW | detailed review of Foley Hoag November 2010 fee application (0.40); draft summary of same (0.10) | 0.50 | 76.25 |
| 1/31/2011 | JAW | detailed review of Scarfone's October invoice (.3), November invoice (.3); prepare summaries re same (.3); detailed review of Lauzon's November invoice (.2); draft summary re same (.2); detailed review of Hogan's November fee application (.3); draft summary re same (.2); detailed review of Stroock's October fee application (.6), November fee application (.9); draft summaries re same (.3); detailed review of Ewing's October fee application (.3), November fees (.3); draft summaries re same (.2); detailed review of Scholer's October fee application (.3), November fee application (.3); draft summaries re same (.4); detailed review of Woodcock's October fee application (.2), November fee application (.2); draft summaries re same (.5). | 6.30 | 960.75 |
| | AL | Update database with Stroock's December fee application (.2); Baer's December fee application (.2); Hogan's December fee application (.1); Lauzon's December fee application (.1); Scarfone's December fee application (.2) | 0.80 | 36.00 |
| | JAW | detailed review of Reed Smith October 2010 fee application (0.30); draft summary of same (0.10) | 0.40 | 61.00 |
| | JAW | detailed review of Reed Smith October 2010 fee application (0.70); draft summary of same (0.10) | 0.80 | 122.00 |
| | JAW | detailed review of Protivi October 2010 fee application (0.10); draft summary of same (0.10) | 0.20 | 30.50 |
| | JAW | detailed review of Pachulski November 2010 fee application (0.90); draft summary of same (0.10) | 1.00 | 152.50 |

W.R. Grace & Co.                                                                                                                          Page    6

|  |  | Hours | Amount |
|---|---|---:|---:|
| 1/31/2011 JAW | detailed review of Pachulski October 2010 fee application (1.00); draft summary of same (0.10) | 1.10 | 167.75 |
| | **For professional services rendered** | **68.70** | **$9,469.50** |

Additional Charges :

| | | |
|---|---|---:|
| 1/31/2011 PACER Charges | | 20.24 |
| | Third party copies & document prep/setup. | 50.40 |
| | **Total additional charges** | **$70.64** |
| | **Total amount of this bill** | **$9,540.14** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Anthony Lopez | 11.10 | 45.00 | $499.50 |
| Bobbi S. Ruhlander | 1.90 | 265.00 | $503.50 |
| James A. Wehrmann | 51.00 | 152.50 | $7,777.50 |
| Melanie White | 4.50 | 140.00 | $630.00 |
| Warren H Smith | 0.20 | 295.00 | $59.00 |