**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | *Objection Deadline: 3/1/11 @ 4:00pm* |

**NINETY-FOURTH APPLICATION OF BLACKSTONE ADVISORY PARTNERS L.P.**
**AS FINANCIAL ADVISOR TO W.R. GRACE & CO. AND AFFILIATES FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD OF DECEMBER 1, 2010 THROUGH DECEMBER 31, 2010**

Name of Applicant:                       Blackstone Advisory Partners L.P.

Authorized to Provide
Professional Services to:                Debtors

Date of Retention Order:                 June 22, 2001, effective April 2, 2001

Period for which compensation and
reimbursement is sought:                 December 1, 2010 through December 31, 2010

Amount of Compensation                   <u>Total</u>        <u>(Holdback @ 20%)</u>
sought as actual, reasonable and necessary:  $125,000.00      ($25,000.00)

Amount of Expense Reimbursement
sought as actual, reasonable and necessary:  $590.30

Amount of Cash Payment Sought:           $100,590.30

This is a _x_ monthly __ interim ____ final application

Summary of Monthly Applications:

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved Holdback(s) | Unpaid Holdbacks |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | | |
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | -- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved | Unpaid |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
| 04/10/07 | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84 | 100,000.00 | 5,412.84 | -- | -- |
| 06/29/07 | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82 | 100,000.00 | 1,260.82 | -- | -- |
| 06/29/07 | 03/01/07 – 03/31/07 | 100,000.00 | 535.30 | 100,000.00 | 535.30 | -- | -- |
| 09/20/07 | 04/01/07 – 04/30/07 | 100,000.00 | 3,145.97 | 100,000.00 | 3,145.97 | -- | -- |
| 09/20/07 | 05/01/07 – 05/31/07 | 125,000.00 | 148.40 | 125,000.00 | 148.40 | -- | -- |
| 09/20/07 | 06/01/07 – 06/30/07 | 125,000.00 | 584.53 | 125,000.00 | 584.53 | -- | -- |
| 11/19/07 | 07/01/07 – 07/31/07 | 125,000.00 | 786.94 | 125,000.00 | 786.94 | -- | -- |
| 11/19/07 | 08/01/07 – 08/31/07 | -- | 997.55 | -- | 997.55 | -- | -- |
| 11/19/07 | 09/01/07 – 09/30/07 | 75,000.00 | 585.59 | 75,000.00 | 585.59 | -- | -- |
| 03/13/08 | 10/01/07 – 10/31/07 | 100,000.00 | 1,518.85 | 100,000.00 | 1,518.85 | -- | -- |
| 03/13/08 | 11/01/07 – 11/30/07 | 75,000.00 | 241.73 | 75,000.00 | 241.73 | -- | -- |
| 03/13/08 | 12/01/07 – 12/31/07 | 50,000.00 | 270.44 | 50,000.00 | 270.44 | -- | -- |
| 05/22/08 | 01/01/08 – 01/31/08 | 100,000.00 | 2,618.39 | 100,000.00 | 2,618.39 | -- | -- |
| 05/22/08 | 02/01/08 – 02/29/08 | 150,000.00 | 377.34 | 150,000.00 | 377.34 | -- | -- |
| 05/22/08 | 03/01/08 – 03/31/08 | 75,000.00 | 1,468.54 | 75,000.00 | 1,468.54 | -- | -- |
| 10/16/08 | 04/01/08 – 04/30/08 | 150,000.00 | 370.04 | 150,000.00 | 370.04 | -- | -- |
| 10/16/08 | 05/01/08 – 05/31/08 | 125,000.00 | 868.61 | 125,000.00 | 868.61 | -- | -- |
| 10/16/08 | 06/01/08 – 06/30/08 | 175,000.00 | 7,178.80 | 175,000.00 | 7,178.80 | -- | -- |
| 01/09/09 | 07/01/08 – 07/31/08 | 175,000.00 | 1,507.33 | 175,000.00 | 1,507.33 | -- | -- |
| 01/09/09 | 08/01/08 – 08/31/08 | 175,000.00 | 3,482.81 | 175,000.00 | 3,482.81 | -- | -- |
| 01/09/09 | 09/01/08 – 09/30/08 | 175,000.00 | 7,491.74 | 175,000.00 | 7,491.74 | -- | -- |
| 01/09/09 | 10/01/08 – 10/31/08 | 150,000.00 | 3,166.54 | 120,000.00 | 3,166.54 | -- | -- |
| 04/20/09 | 11/01/08 – 11/30/08 | 75,000.00 | 3,762.45 | 75,000.00 | 3,762.45 | -- | -- |
| 04/20/09 | 12/01/08 – 12/31/08 | 75,000.00 | 4,251.05 | 75,000.00 | 4,251.05 | -- | -- |
| 07/06/09 | 01/01/09 – 01/31/09 | 75,000.00 | 407.84 | 75,000.00 | 407.84 | -- | -- |
| 07/06/09 | 02/01/09 – 02/28/09 | 175,000.00 | 840.67 | 175,000.00 | 840.67 | -- | -- |
| 07/06/09 | 03/01/09 – 03/31/09 | 150,000.00 | 1,515.13 | 150,000.00 | 1,515.13 | -- | -- |
| 09/03/09 | 04/01/09 – 04/30/09 | 150,000.00 | 1,757.02 | 150,000.00 | 1,757.02 | -- | -- |
| 09/03/09 | 05/01/09 – 05/31/09 | 175,000.00 | 4,503.06 | 175,000.00 | 1,515.13 | -- | -- |
| 09/03/09 | 06/01/09 – 06/30/09 | 175,000.00 | 4,246.49 | 175,000.00 | 4,246.49 | -- | -- |
| 12/14/09 | 07/01/09 – 07/31/09 | 175,000.00 | 10,766.12 | 175,000.00 | 10,766.12 | -- | -- |
| 12/14/09 | 08/01/09 – 08/31/09 | 175,000.00 | 2,367.44 | 175,000.00 | 2,367.44 | -- | -- |
| 12/14/09 | 09/01/09 – 09/30/09 | 100,000.00 | 3,953.33 | 100,000.00 | 3,953.33 | -- | -- |
| 12/15/09 | 10/01/09 – 10/31/09 | 100,000.00 | 1,354.62 | 100,000.00 | 1,354.62 | -- | -- |
| -- | 11/01/09 – 11/30/09 | -- | -- | -- | -- | -- | -- |
| 02/12/10 | 12/01/09 – 12/31/09 | 100,000.00 | 1,839.20 | 100,000.00 | 1,839.20 | -- | -- |
| 03/12/10 | 01/01/10 – 01/31/10 | 150,000.00 | 1,633.77 | 150,000.00 | 1,633.77 | -- | -- |
| -- | 02/01/10 – 02/28/10 | -- | -- | -- | -- | -- | -- |
| 04/29/10 | 03/01/10 – 03/31/10 | 175,000.00 | 4,238.44 | 175,000.00 | 4,238.44 | -- | -- |
| 05/28/10 | 04/01/10 – 04/30/10 | 175,000.00 | 4,575.58 | 175,000.00 | 4,575.58 | -- | -- |
| 06/25/10 | 05/01/10 – 05/31/10 | 175,000.00 | 7,750.24 | 175,000.00 | 7,750.24 | -- | -- |
| 08/05/10 | 06/01/10 – 06/30/10 | 175,000.00 | 5,202.91 | 175,000.00 | 5,202.91 | -- | -- |
| 09/09/10 | 07/01/10 – 07/31/10 | 50,000.00 | 6,204.42 | 40,000.00 | 6,204.42 | 10,000.00 | -- |
| -- | 08/01/10 – 08/31/10 | -- | -- | -- | -- | -- | -- |
| 11/16/10 | 09/01/10 – 09/30/10 | 125,000.00 | 2,435.45 | 100,000.00 | 2,435.45 | 25,000.00 | -- |
| 12/13/10 | 10/01/10 – 10/31/10 | 175,000.00 | 475.19 | 140,000.00 | 475.19 | 35,000.00 | -- |
| 02/01/11 | 11/01/10 – 11/30/10 | 175,000.00 | 2,625.52 | -- | -- | -- | -- |

# Blackstone Advisory Partners L.P.

February 8, 2011

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | |
|---|---|---:|---:|
| Monthly advisory fee for the period of December 1, 2010 through December 31, 2010: | $ | | 125,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | | (25,000.00) |

Out-of-pocket expenses processed for the period through December 31, 2010: [1]

| | | | |
|---|---|---:|---:|
| Ground Transportation | $ | 445.88 | |
| Meals | | 25.00 | |
| Research | | 76.25 | |
| Publishing Services | | 43.17 | 590.30 |
| **Total Amount Due** | | $ | **100,590.30** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

Invoice Number: 54044

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

Blackstone Advisory Partners L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Through December 31, 2010**
**Invoice No. 54044**

|  | GL Detail Dec-10 | | Total Expenses | |
|---|---|---|---|---|
| Ground Transportation - Local Travel | $ | 162.88 | $ | 162.88 |
| Ground Transportation - Railroad |  | 283.00 |  | 283.00 |
| Employee Meals |  | 25.00 |  | 25.00 |
| Internal Research |  | 76.25 |  | 76.25 |
| Publishing Services |  | 43.17 |  | 43.17 |
| **Total Expenses** | $ | **590.30** | $ | **590.30** |
|  |  |  |  |  |
| **Ground Transportation** |  |  | $ | **445.88** |
| **Meals** |  |  |  | **25.00** |
| **Research** |  |  |  | **76.25** |
| **Publishing Services** |  |  |  | **43.17** |
|  |  |  |  |  |
| **Total Expenses** |  |  | $ | **590.30** |

**WR Grace & Guardian**
**Summary of Expenses**
**Through December 31, 2010**
**Invoice No. 54044**

**Ground Transportation - Local Travel**

| | | |
|---|---:|---:|
| Kaufman (taxi to client offices in Columbia, MD from BWI Station in Baltimore, MD) | 05/24/10 | 55.00 |
| Kaufman (taxi to Blackstone with luggage from home for travel to Baltimore, MD) | 07/14/10 | 8.88 |
| Kaufman (taxi to client dinner meeting from BWI Station in Baltimore, MD) | 07/14/10 | 12.00 |
| Kaufman (taxi to hotel from client dinner meeting in Baltimore, MD) | 07/14/10 | 10.00 |
| Kaufman (taxi to hotel from airport in Baltimore, MD) | 10/13/10 | 17.00 |
| Kaufman (taxi to client offices in Columbia, MD from hotel in Baltimore, MD) | 10/14/10 | 60.00 |
| Subtotal - Ground Transportation - Local Travel | | $    162.88 |

**Ground Transportation - Railroad**

| | | |
|---|---:|---:|
| Schlesinger (travel agency fee for booking of round trip train to/from Wilmington, DE from/to New York, NY on 12/13/10) | 12/10/10 | 40.00 |
| Schlesinger (round trip train travel to/from Wilmington, DE from/to New York, NY) | 12/13/10 | 243.00 |
| Subtotal - Ground Transportation - Railroad | | 283.00 |

**Employee Meals**

| | | |
|---|---:|---:|
| Lambert (weekend working dinner meal @ Blackstone) | 10/16/10 | 25.00 |
| Subtotal - Employee Meals | | 25.00 |

**Internal Research**

| | | |
|---|---:|---:|
| Lambert (online data research) | 12/06/10 | 76.25 |
| Subtotal - Internal Research | | 76.25 |

**Publishing Services**

| | | |
|---|---:|---:|
| Lambert (preparation of presentation materials for meetings) | 12/06/10 | 43.17 |
| Subtotal - Publishing Services | | 43.17 |
| Total Expenses | | $    590.30 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**DECEMBER 1, 2010 THROUGH DECEMBER 31, 2010**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 34.1 |
| Patrick Schumacher | Managing Director | 4.0 |
| Jonathan Kaufman | Associate | 10.5 |
| Adam Schlesinger | Associate | 34.5 |
| Christopher Yamamoto | Associate | 2.0 |
| Alexander Lambert | Analyst | 65.3 |
| Cathy Gao | Analyst | 12.0 |
| | **Total** | **162.4** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2010 THROUGH DECEMBER 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 12/07/10 | 0.2 | Business Analysis | Call with counsel |
| Jamie O'Connell | 12/07/10 | 0.2 | Business Analysis | Call with counsel |
| Adam Schlesinger | 12/08/10 | 0.3 | Business Analysis | Call with counsel |
| Jamie O'Connell | 12/08/10 | 0.3 | Business Analysis | Call with counsel |
| Adam Schlesinger | 12/16/10 | 1.2 | Business Analysis | Internal meeting to review analyses |
| Alexander Lambert | 12/16/10 | 1.2 | Business Analysis | Internal meeting to review analyses |
| Jamie O'Connell | 12/16/10 | 1.2 | Business Analysis | Internal meeting to review analyses |
| Adam Schlesinger | 12/17/10 | 2.0 | Business Analysis | Financial analysis |
| Alexander Lambert | 12/17/10 | 4.0 | Business Analysis | Financial analysis |
| Adam Schlesinger | 12/19/10 | 1.0 | Business Analysis | Financial analysis |
| Alexander Lambert | 12/19/10 | 2.5 | Business Analysis | Financial analysis |
| Adam Schlesinger | 12/20/10 | 1.0 | Business Analysis | Internal meetings to review analyses |
| Alexander Lambert | 12/20/10 | 3.5 | Business Analysis | Financial analysis |
| Jamie O'Connell | 12/20/10 | 1.0 | Business Analysis | Internal meetings to review analyses |
| Jonathan Kaufman | 12/20/10 | 1.0 | Business Analysis | Internal team review of analyses |
| Alexander Lambert | 12/21/10 | 2.2 | Business Analysis | Financial analysis |
| Cathy Gao | 12/21/10 | 8.0 | Business Analysis | Capital markets analyst |
| Christopher Yamamoto | 12/21/10 | 2.0 | Business Analysis | Capital markets analyst |
| Patrick Schumacher | 12/21/10 | 3.0 | Business Analysis | Capital markets analyst |
| Alexander Lambert | 12/22/10 | 1.5 | Business Analysis | Financial analysis |
| Cathy Gao | 12/22/10 | 4.0 | Business Analysis | Capital markets analyst |
| Jamie O'Connell | 12/22/10 | 1.5 | Business Analysis | Financial analysis |
| Patrick Schumacher | 12/22/10 | 1.0 | Business Analysis | Capital markets analyst |
| | | 43.8 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2010 THROUGH DECEMBER 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Alexander Lambert | 12/01/10 | 1.0 | Case Administration | Conference call with management and counsel regarding draft tax motion |
| Jonathan Kaufman | 12/01/10 | 1.0 | Case Administration | Conference call with management and counsel regarding draft tax motion |
| Jamie O'Connell | 12/13/10 | 0.5 | Case Administration | Correspondence regarding hearing and draft motions |
| Adam Schlesinger | 12/14/10 | 0.5 | Case Administration | Meeting with J. O'Connell to discuss various matters |
| Jamie O'Connell | 12/14/10 | 2.1 | Case Administration | Review and comment on draft motion |
| Jamie O'Connell | 12/14/10 | 0.5 | Case Administration | Meeting with A. Schlesinger to discuss various matters |
| Jamie O'Connell | 12/15/10 | 0.2 | Case Administration | Review correspondence related to draft motion |
| Jamie O'Connell | 12/16/10 | 1.0 | Case Administration | Conference call with counsel regarding draft motion |
| Jamie O'Connell | 12/20/10 | 0.3 | Case Administration | Call with counsel regarding draft motion |
| Adam Schlesinger | 12/22/10 | 1.0 | Case Administration | Call with management and counsel regarding draft motion |
| Jamie O'Connell | 12/22/10 | 1.0 | Case Administration | Call with management and counsel regarding draft motion |
| Jamie O'Connell | 12/28/10 | 0.8 | Case Administration | Review court filings |
| | | 9.9 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
DECEMBER 1, 2010 THROUGH DECEMBER 31, 2010

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 12/08/10 | 7.5 | Claims Analysis Objection/Resolution | Analysis of pre-petition bank debt claims and related calls and meetings |
| Alexander Lambert | 12/08/10 | 12.0 | Claims Analysis Objection/Resolution | Analysis of pre-petition bank debt claims and related calls and meetings |
| Jamie O'Connell | 12/08/10 | 7.5 | Claims Analysis Objection/Resolution | Analysis of pre-petition bank debt claims and related calls and meetings |
| Adam Schlesinger | 12/09/10 | 0.4 | Claims Analysis Objection/Resolution | Analysis of pre-petition bank debt claims |
| Adam Schlesinger | 12/09/10 | 0.6 | Claims Analysis Objection/Resolution | Call with counsel regarding bank debt claims |
| Alexander Lambert | 12/09/10 | 7.0 | Claims Analysis Objection/Resolution | Analysis of pre-petition bank debt claims and related calls and meetings |
| Jamie O'Connell | 12/09/10 | 5.5 | Claims Analysis Objection/Resolution | Analysis of pre-petition bank debt claims and related calls and meetings |
| Adam Schlesinger | 12/10/10 | 0.5 | Claims Analysis Objection/Resolution | Conference call with counsel regarding bank debt claims |
| Adam Schlesinger | 12/10/10 | 2.0 | Claims Analysis Objection/Resolution | Analysis of pre-petition bank debt claims |
| Alexander Lambert | 12/10/10 | 7.5 | Claims Analysis Objection/Resolution | Analysis of pre-petition bank debt claims and related calls and meetings |
| Jamie O'Connell | 12/10/10 | 0.5 | Claims Analysis Objection/Resolution | Conference call with counsel regarding bank debt claims |
| Jamie O'Connell | 12/10/10 | 0.5 | Claims Analysis Objection/Resolution | Analysis of pre-petition bank debt claims |
| Adam Schlesinger | 12/12/10 | 0.3 | Claims Analysis Objection/Resolution | Internal call regarding bank debt claims |
| Alexander Lambert | 12/12/10 | 0.3 | Claims Analysis Objection/Resolution | Internal call regarding bank debt claims |
| Jamie O'Connell | 12/12/10 | 1.0 | Claims Analysis Objection/Resolution | Analysis of pre-petition bank debt claims and related correspondence |
| Adam Schlesinger | 12/13/10 | 1.0 | Claims Analysis Objection/Resolution | Meeting with counsel regarding bank debt claims |
| Alexander Lambert | 12/13/10 | 1.0 | Claims Analysis Objection/Resolution | Meeting with counsel regarding bank debt claims |
| Jamie O'Connell | 12/13/10 | 1.0 | Claims Analysis Objection/Resolution | Review analyses related to pre-petition bank debt claims prior to court hearing |
| Jamie O'Connell | 12/13/10 | 1.5 | Claims Analysis Objection/Resolution | Prep meeting with counsel and management before court hearing |
| Adam Schlesinger | 12/14/10 | 0.3 | Claims Analysis Objection/Resolution | Call with management regarding pre-petition bank debt claims |
| Adam Schlesinger | 12/14/10 | 0.7 | Claims Analysis Objection/Resolution | Call with management and counsel regarding pre-petition bank debt claims |
| Adam Schlesinger | 12/14/10 | 0.3 | Claims Analysis Objection/Resolution | Call with counsel regarding pre-petition bank debt claims |
| Alexander Lambert | 12/14/10 | 0.3 | Claims Analysis Objection/Resolution | Follow-up call with counsel regarding pre-petition bank debt claims |
| Jamie O'Connell | 12/14/10 | 0.3 | Claims Analysis Objection/Resolution | Call with management regarding pre-petition bank debt claims |
| Jamie O'Connell | 12/14/10 | 0.7 | Claims Analysis Objection/Resolution | Call with management and counsel regarding pre-petition bank debt claims |
| Jamie O'Connell | 12/14/10 | 0.3 | Claims Analysis Objection/Resolution | Follow-up call with counsel regarding pre-petition bank debt claims |
| Jamie O'Connell | 12/15/10 | 0.3 | Claims Analysis Objection/Resolution | Call with counsel regarding pre-petition bank debt claims |
| Jamie O'Connell | 12/22/10 | 0.3 | Claims Analysis Objection/Resolution | Call with counsel regarding pre-petition bank debt claims |
| | | 61.1 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2010 THROUGH DECEMBER 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Alexander Lambert | 12/01/10 | 0.3 | Committee | Correspondence with committees regarding call on tax motion |
| Jonathan Kaufman | 12/01/10 | 0.3 | Committee | Correspondence with committees regarding call on tax motion |
| Adam Schlesinger | 12/02/10 | 0.8 | Committee | Call with committees regarding Mass. tax settlement |
| Alexander Lambert | 12/02/10 | 0.8 | Committee | Call with committees regarding Mass. tax settlement |
| Jonathan Kaufman | 12/02/10 | 0.8 | Committee | Call with committees regarding Mass. tax settlement |
| Jamie O'Connell | 12/20/10 | 0.1 | Committee | Manage committee information request |
| | | 3.1 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
DECEMBER 1, 2010 THROUGH DECEMBER 31, 2010

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Alexander Lambert | 12/01/10 | 0.5 | Financing | Foreign/domestic internal cash flow analysis for Grace management |
| Alexander Lambert | 12/01/10 | 1.0 | Financing | Internal review of key terms sheet |
| Alexander Lambert | 12/01/10 | 1.5 | Financing | Preparation of key terms sheet |
| Jonathan Kaufman | 12/01/10 | 1.0 | Financing | Internal review of key terms sheet |
| Adam Schlesinger | 12/02/10 | 1.5 | Financing | Call with E. Filon regarding exit financing key terms and related presentation |
| Alexander Lambert | 12/02/10 | 1.5 | Financing | Call with E. Filon regarding exit financing key terms and related presentation |
| Jonathan Kaufman | 12/02/10 | 1.5 | Financing | Call with E. Filon regarding exit financing key terms and related presentation |
| Adam Schlesinger | 12/07/10 | 1.0 | Financing | Review of deferred payment obligation agreement / covenants |
| Adam Schlesinger | 12/07/10 | 1.2 | Financing | Conference call with management regarding exit financing |
| Alexander Lambert | 12/07/10 | 1.2 | Financing | Conference call with management regarding exit financing |
| Alexander Lambert | 12/07/10 | 1.0 | Financing | Review of deferred payment obligation agreement / covenants |
| Jamie O'Connell | 12/07/10 | 1.0 | Financing | Analysis related to exit financing |
| Jamie O'Connell | 12/07/10 | 1.2 | Financing | Conference call with management regarding exit financing |
| Jonathan Kaufman | 12/07/10 | 1.2 | Financing | Conference call with management regarding exit financing |
| Adam Schlesinger | 12/10/10 | 1.5 | Financing | Conference call with management regarding domestic cash flow analysis |
| Alexander Lambert | 12/10/10 | 1.5 | Financing | Conference call with management regarding domestic cash flow analysis |
| Jonathan Kaufman | 12/10/10 | 1.5 | Financing | Conference call with management regarding domestic cash flow analysis |
| Alexander Lambert | 12/14/10 | 2.5 | Financing | Foreign/domestic cash flow analysis for management |
| Jamie O'Connell | 12/16/10 | 0.3 | Financing | Call with counsel regarding exit financing |
| Adam Schlesinger | 12/17/10 | 1.2 | Financing | Call with management regarding foreign/domestic cash flow analysis |
| Alexander Lambert | 12/17/10 | 1.2 | Financing | Call with management regarding foreign/domestic cash flow analysis |
| Jonathan Kaufman | 12/17/10 | 1.2 | Financing | Call with management regarding foreign/domestic cash flow analysis |
| Adam Schlesinger | 12/21/10 | 1.0 | Financing | Call with management regarding foreign/domestic cash flow analysis |
| Alexander Lambert | 12/21/10 | 1.8 | Financing | Foreign/domestic cash flow analysis for Grace management |
| Jonathan Kaufman | 12/21/10 | 1.0 | Financing | Call with management regarding foreign/domestic cash flow analysis |
| Alexander Lambert | 12/22/10 | 1.0 | Financing | Call with management regarding foreign/domestic cash flow analysis |
| | | 32.0 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2010 THROUGH DECEMBER 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 12/13/10 | 1.5 | Hearings | Attend December 2010 omnibus hearing |
| Alexander Lambert | 12/13/10 | 1.5 | Hearings | Attend December 2010 omnibus hearing |
| Jamie O'Connell | 12/13/10 | 1.5 | Hearings | Attend December 2010 omnibus hearing |
| | | 4.5 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2010 THROUGH DECEMBER 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 12/13/10 | 2.0 | Non-Working Travel Time | Travel from New York to Wilmington, DE |
| Adam Schlesinger | 12/13/10 | 2.0 | Non-Working Travel Time | Travel from Wilmington, DE to New York |
| Alexander Lambert | 12/13/10 | 2.0 | Non-Working Travel Time | Travel from New York to Wilmington, DE |
| Alexander Lambert | 12/13/10 | 2.0 | Non-Working Travel Time | Travel from Wilmington, DE to New York |
| | | 8.0 | | |