**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**December 2010**

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Month Ended December 31, 2010

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| George Baccash | Audit Partner | 30 | Integrated Audit | $ 723.90 | 4.0 | $ 2,895.60 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 720.09 | 16.5 | $ 11,881.49 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | $ 955.04 | 1.0 | $ 955.04 |
| John Newstead | Audit Partner | 10+ | Integrated Audit | $ 666.75 | 4.5 | $ 3,000.38 |
| Jody Underhill | Tax Director | 9 | Integrated Audit | $ 395.20 | 16.9 | $ 6,678.88 |
| David Sands | Director | 9 | Integrated Audit | $ 422.91 | 3.3 | $ 1,395.60 |
| Justin Bray | Audit Senior Manager | 8 | Integrated Audit | $ 422.91 | 41.5 | $ 17,550.77 |
| Keith Palmer | Audit Manager | 6 | Integrated Audit | $ 477.52 | 3.3 | $ 1,575.82 |
| Brett Czajkowski | Audit Manager | 6 | Integrated Audit | $ 306.07 | 13.3 | $ 4,070.73 |
| Brian Wiegmann | Audit Manager | 6 | Integrated Audit | $ 496.57 | 0.8 | $ 397.26 |
| Jason Morrissey | Audit Manager | 6 | Integrated Audit | $ 320.04 | 23.5 | $ 7,520.94 |
| Pavel Katsiak | Audit Senior Associate | 4 | Integrated Audit | $ 233.68 | 84.3 | $ 19,699.22 |
| Alexandra L. Schmidt | Audit Senior Associate | 3 | Integrated Audit | $ 215.90 | 79.9 | $ 17,250.41 |
| Cameron E Deiter | Audit Senior Associate | 3 | Integrated Audit | $ 318.77 | 2.5 | $ 796.93 |
| Phillip Crosby | Audit Senior Associate | 3 | Integrated Audit | $ 227.33 | 16.0 | $ 3,637.28 |
| Madeleine Lederer | Audit Experienced Associate | 3 | Integrated Audit | $ 161.29 | 38.7 | $ 6,241.92 |
| Kathleen Bradley | Audit Experienced Associate | 1 | Integrated Audit | $ 161.29 | 47.5 | $ 7,661.28 |
| Meihua Gao | Audit Experienced Associate | 1 | Integrated Audit | $ 233.68 | 18.0 | $ 4,206.24 |
| Jamie Kunkel | Audit Associate | 1 | Integrated Audit | $ 127.00 | 100.4 | $ 12,750.80 |
| Delitza Marie Morales | Audit Associate | 1 | Integrated Audit | $ 118.11 | 8.0 | $ 944.88 |
| Adrienne Dikranian | Project Specialist | 1 | Integrated Audit | $ 135.42 | 7.6 | $ 1,029.19 |
| Adrienne Roper | Project Specialist | 1 | Integrated Audit | $ 171.45 | 20.8 | $ 3,566.18 |
| Ailin Iglesias | Project Specialist | 1 | Integrated Audit | $ 135.42 | 2.5 | $ 338.55 |
| Anthony J. Zanella | Project Specialist | 1 | Integrated Audit | $ 135.42 | 0.1 | $ 13.54 |
| Cecilia Sheridan | Project Specialist | 1 | Integrated Audit | $ 135.42 | 2.5 | $ 338.55 |
| Denis Robin | Project Specialist | 1 | Integrated Audit | $ 135.42 | 1.1 | $ 148.96 |
| Gustavo Finkelstein | Project Specialist | 1 | Integrated Audit | $ 135.42 | 1.2 | $ 158.44 |
| Joseph Aiken | Project Specialist | 1 | Integrated Audit | $ 171.45 | 6.4 | $ 1,097.28 |
| Luciana Herrera | Project Specialist | 1 | Integrated Audit | $ 135.42 | 1.5 | $ 203.13 |
| Luz Barcia | Project Specialist | 1 | Integrated Audit | $ 135.42 | 0.4 | $ 54.17 |
| Michael S. Buckland | Project Specialist | 1 | Integrated Audit | $ 135.42 | 2.5 | $ 338.55 |
| Sebastian Calderone | Project Specialist | 1 | Integrated Audit | $ 135.42 | 1.5 | $ 203.13 |
| Stephan T. Gradek | Project Specialist | 1 | Integrated Audit | $ 135.42 | 0.5 | $ 67.71 |
| Stephanie Kichik | Project Specialist | 1 | Integrated Audit | $ 135.42 | 2.0 | $ 270.84 |
| Yamila Pereyra | Project Specialist | 1 | Integrated Audit | $ 135.42 | 3.5 | $ 473.97 |
| Stefanie Kwasiborski | Project Specialist | 1 | Integrated Audit | $ 342.90 | 2.3 | $ 788.67 |
| Totals | | | | | 580.3 | $ 140,202.31 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

| Totals | 27.8 | $ 3,821.68 |
|---|---|---|

## Summary of PwC's Fees By Project Category: December 2010

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 27.8 | $ 3,821.68 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |

| | | |
|---|---|---|
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 580.3 | $ 140,202.15 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 608.1 | $ 144,023.83 |

Expense Summary
December 2010

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 2,813.45 |
| Lodging | N/A | $ 816.35 |
| Sundry | N/A | $ 143.46 |
| Business Meals | N/A | $ 331.19 |
| TOTAL: | | $ 4,104.45 |