# EXHIBIT - A

W.R. Grace & Co.
Fee Application Preparation
Month ended December 31, 2010

| Date | Hours | Description of Services Provided | Bill Rate | | Extended Cost | |
|---|---|---|---|---|---|---|
| FEE APPLICATION PREPARATION | | | | | | |
| | | | | | | |
| **Name: Pavel Katsiak** | | | | | | |
| 17-Dec | 1.8 | Following up with M. Schwartz (PwC) regarding the bankruptcy reporting for various projects | $ | 233.68 | $ | 420.62 |
| | 1.8 | | | | | |
| | | | | | | |
| **Name: Melanie Schwartz** | | | | | | |
| 1-Dec | 4.0 | Fee Application - Bill reconciliation | $ | 130.81 | $ | 523.24 |
| 2-Dec | 3.5 | Fee Application - reconcile expenses | $ | 130.81 | $ | 457.84 |
| 3-Dec | 3.5 | Fee Application - Bill reconciliation | $ | 130.81 | $ | 457.84 |
| 6-Dec | 2.0 | Fee Application - work on reconciliations | $ | 130.81 | $ | 261.62 |
| 7-Dec | 2.0 | Fee Application - work on time transfers into nonbillable code | $ | 130.81 | $ | 261.62 |
| 8-Dec | 1.0 | Fee Application - work on time reconciliations | $ | 130.81 | $ | 130.81 |
| 9-Dec | 0.5 | Fee Application - work on expense reconciliations | $ | 130.81 | $ | 65.41 |
| 10-Dec | 0.5 | Fee Application - work on quarterly files | $ | 130.81 | $ | 65.41 |
| 13-Dec | 2.0 | Fee Application - work on time reconciliations | $ | 130.81 | $ | 261.62 |
| 17-Dec | 2.0 | Fee Application - work on expense reconciliations | $ | 130.81 | $ | 261.62 |
| | | | | | | |
| 21-Dec | 1.0 | Fee Application - work on quarterly files | $ | 130.81 | $ | 130.81 |
| 22-Dec | 1.0 | Fee Application - work on time transfers into nonbillable code | $ | 130.81 | $ | 130.81 |
| 23-Dec | 3.0 | Fee Application - work on time reconciliations | $ | 130.81 | $ | 392.43 |
| | 26.0 | | | | | |
| | | | | | | |
| | 27.8 | **Total Grace Fee Application Charged Hours** | | | $ | 3,821.68 |

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Month Ended December 31, 2010

| Name of Professional | Position with the Firm | Number of Years In Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| George Baccash | Audit Partner | 30 | Integrated Audit | $ 723.90 | 4.0 | $ 2,895.60 |
| Thomas E. Smith | Audit Partner | 20+ | Integrated Audit | $ 720.09 | 16.5 | $ 11,881.49 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | $ 955.04 | 1.0 | $ 955.04 |
| John Newstead | Audit Partner | 10+ | Integrated Audit | $ 666.75 | 4.5 | $ 3,000.38 |
| John Usherni | Tax Director | 16 | Integrated Audit | $ 395.20 | 16.9 | $ 6,674.88 |
| David Sands | Director | 9 | Integrated Audit | $ 422.91 | 3.3 | $ 1,395.60 |
| Justin Bray | Audit Senior Manager | 8 | Integrated Audit | $ 422.91 | 41.5 | $ 17,550.77 |
| Keith Palmer | Audit Manager | 6 | Integrated Audit | $ 477.52 | 3.3 | $ 1,575.82 |
| Brett Czajkowski | Audit Manager | 6 | Integrated Audit | $ 306.07 | 13.3 | $ 4,070.73 |
| Brian Wegmann | Audit Manager | 6 | Integrated Audit | $ 496.97 | 0.6 | $ 397.28 |
| Jason Morrissey | Audit Manager | 6 | Integrated Audit | $ 320.04 | 23.5 | $ 7,520.94 |
| Pavel Kanusk | Audit Senior Associate | 4 | Integrated Audit | $ 233.66 | 84.3 | $ 19,699.22 |
| Alexandra L. Schmidt | Audit Senior Associate | 3 | Integrated Audit | $ 215.90 | 79.9 | $ 17,250.41 |
| Cameron E. Dotter | Audit Senior Associate | 3 | Integrated Audit | $ 318.77 | 2.5 | $ 796.93 |
| Philip Crosby | Audit Senior Associate | 3 | Integrated Audit | $ 227.33 | 16.0 | $ 3,637.28 |
| Madeleine Lederer | Audit Experienced Associate | 3 | Integrated Audit | $ 161.29 | 38.7 | $ 6,241.92 |
| Kathleen Bradley | Audit Experienced Associate | 1 | Integrated Audit | $ 161.29 | 47.5 | $ 7,661.28 |
| Meihua Gao | Audit Experienced Associate | 1 | Integrated Audit | $ 233.68 | 18.0 | $ 4,206.24 |
| Jamie Koukol | Audit Associate | 1 | Integrated Audit | $ 127.00 | 100.4 | $ 12,750.80 |
| Debby Marie Morales | Audit Associate | 1 | Integrated Audit | $ 118.11 | 8.0 | $ 944.88 |
| Adrienne Dkrsnain | Project Specialist | 1 | Integrated Audit | $ 135.42 | 7.6 | $ 1,029.19 |
| Adrienne Roper | Project Specialist | 1 | Integrated Audit | $ 171.45 | 20.8 | $ 3,566.16 |
| Alin Iglesias | Project Specialist | 1 | Integrated Audit | $ 135.42 | 2.5 | $ 338.55 |
| Anthony J. Zonelle | Project Specialist | 1 | Integrated Audit | $ 135.42 | 0.1 | $ 13.54 |
| Cecile Sheridan | Project Specialist | 1 | Integrated Audit | $ 135.42 | 2.5 | $ 338.55 |
| Dena Robin | Project Specialist | 1 | Integrated Audit | $ 135.42 | 1.1 | $ 148.96 |
| Gustavo Finkelstein | Project Specialist | 1 | Integrated Audit | $ 135.42 | 1.2 | $ 158.44 |
| Joseph Aiken | Project Specialist | 1 | Integrated Audit | $ 171.45 | 6.4 | $ 1,097.28 |
| Luciana Herrera | Project Specialist | 1 | Integrated Audit | $ 135.42 | 1.5 | $ 203.13 |
| Luz Barda | Project Specialist | 1 | Integrated Audit | $ 135.42 | 0.4 | $ 54.17 |
| Michael S. Buckland | Project Specialist | 1 | Integrated Audit | $ 135.42 | 2.5 | $ 338.55 |
| Sebastian Calderone | Project Specialist | 1 | Integrated Audit | $ 135.42 | 1.5 | $ 203.13 |
| Stephan Y. Grade | Project Specialist | 1 | Integrated Audit | $ 135.42 | 0.5 | $ 67.71 |
| Stephanie Schade | Project Specialist | 1 | Integrated Audit | $ 135.42 | 2.0 | $ 270.84 |
| Yanula Pereyra | Project Specialist | 1 | Integrated Audit | $ 135.42 | 3.5 | $ 473.97 |
| Stefanie Kwasborski | Project Specialist | 1 | Integrated Audit | $ 342.90 | 2.3 | $ 788.67 |
| **TOTAL** | | | | | 580.3 | $ 140,202.31 |

Meeting with D. Libow (Grace) and M. Pedsvilla (Grace) to discuss TP project.

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended December 31, 2010

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

**Name: Thomas E. Smith**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 2-Dec | 0.8 | Discuss accounting and auditing matters with J.Bray (PwC), A.Schmidt (PwC) and J.Morrissey (PwC) |
| 2-Dec | 0.2 | Review workpapers |
| 3-Dec | 0.9 | Review foreign office instructions |
| 3-Dec | 0.6 | Review documents related to accounting matters |
| 6-Dec | 0.5 | Attend ELC meeting with F. Festa (Grace) |
| 7-Dec | 0.9 | Attend ELC meeting with M.Shelnitz (Grace) |
| 7-Dec | 1.1 | Discuss audit and accounting matters with J.Bray (PwC) |
| 9-Dec | 1.0 | Review audit workpapers |
| 10-Dec | 1.3 | Meet with H.LaForce (Grace) to discuss accounting matters |
| 10-Dec | 1.9 | Meet with team to discuss audit status and key issues |
| 10-Dec | 0.8 | Conference call with J.McCormack (PwC) to discuss audit matters |
| 14-Dec | 0.5 | Review audit workpapers |
| 15-Dec | 0.6 | Attend ELC meeting with B.Corcoran (Grace) |
| 15-Dec | 1.2 | Attend ELC meeting with H.LaForce (Grace) |
| 15-Dec | 1.2 | Meet with B.Dockman (Grace) to discuss accounting matters |
| 16-Dec | 1.0 | Meet with P.Katsiak (PwC) and A.Schmidt (PwC) to discuss audit matters |
| 20-Dec | 0.8 | Review audit information related to acquisitions |
| 20-Dec | 0.7 | Discuss audit and accounting matters with J.Bray (PwC) |
| 22-Dec | 0.5 | Review workpapers |
| | **16.5** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended December 31, 2010

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Jill McCormack** | | |
| 10-Dec | 1.0 | QRP discussion regarding revenue testing |
| | **1.0** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended December 31, 2010

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

Name: John Newstead

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| 1-Dec | 0.4 | Review of work papers/ test results and related emails |
| 9-Dec | 0.5 | Review of work papers/ test results and related emails |
| 13-Dec | 1.0 | Review of work papers/ test results and related emails |
| 15-Dec | 0.4 | Review of work papers/ test results and related emails |
| 15-Dec | 1.0 | IT audit results meeting with G. Kestex (Grace), E. Lerstad (Grace), J. McCarthy (Grace), A. Chou (Grace), B. Summerson (Grace), J. Newstead (PwC), D. Sands (PwC) |
| 16-Dec | 1.2 | Review of work papers/ test results and related emails |
| | **4.5** | **Total Grace Financial Statement Audit Charged Hours** |



W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended December 31, 2010

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Jody Underhill** | | |
| 1-Dec | 0.5 | Follow up email regarding yearend tax provision items |
| 3-Dec | 2.0 | Book travel, review APG - Income Taxes and Appendix I and review TP guide/questionnaire. Follow up emails and telephone conversations regarding same. |
| 10-Dec | 1.0 | Follow up email with D.Libow (Grace) and A.Clark (Grace) regarding meeting for 12/15 and set up travel plans for same. |
| 15-Dec | 5.4 | Call with D Libow (Grace), A Clark (Grace), J Underhill (PwC) |
| 15-Dec | 2.6 | Review with client the FTC and DTA analysis. Included: D.Libow (Grace), A.Clark (Grace) and J.Bray (PwC) and myself. |
| 20-Dec | 2.0 | Review APB 23 schedule sent by D.Libow (Grace) in anticipation of call. Conference call with D.Libow (Grace) to discuss same. |
| 22-Dec | 2.3 | Review provision to return reconciliation received from G.Hurwitz (Grace) and follow up email with J.Bray (PwC) regarding same. |
| 23-Dec | 1.1 | Follow up email with G.Hurwitz (Grace) and A.Clark (Grace) regarding Foreign Tax Credit model and deferred tax roll forward schedule. |
| | **16.9** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended December 31, 2010

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| FINANCIAL STATEMENT AUDIT TIME INCURRED | | |
| **Name: David Sands** | | |
| 6-Dec | 1.2 | Review of ITGC testing results and conclusions |
| 13-Dec | 0.7 | Closing meeting preparation |
| 15-Dec | 1.0 | IT audit results meeting with G. Keesee (Grace), E. Bull (Grace), E. Lerstad (Grace), J. McCarthy (Grace), A. Chou (Grace), B. Summerson (Grace), J. Newstead (PwC), D. Sands (PwC) |
| 22-Dec | 0.4 | Discuss IA results with P. Crosby (PwC) |
| | **3.3** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended December 31, 2010

| Date | Hours | Description of Services Provided |
|---|---|---|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

**Name: Justin Bray**

| Date | Hours | Description of Services Provided |
|---|---|---|
| 2-Dec | 0.9 | Call with T Smith (PwC), A Schmidt (PwC) |
| 2-Dec | 0.6 | Meeting with S Scarlis (Grace) |
| 2-Dec | 0.7 | Review of planning documentation |
| 3-Dec | 0.6 | Meeting with S Scarlis (Grace) |
| 3-Dec | 0.3 | Meeting with T Dyer (Grace) |
| 6-Dec | 0.4 | Meeting with P Katsiak (PwC) |
| 6-Dec | 1.6 | Coordination with international teams |
| 6-Dec | 0.3 | Meeting with J Morrissey (PwC) |
| 7-Dec | 0.5 | Meeting with E Filon (Grace) |
| 7-Dec | 0.4 | Meeting with B Dockman (Grace) |
| 7-Dec | 0.9 | Meeting with B McGowan (Grace), E Bull (Grace), B Kenny (Grace) |
| 7-Dec | 0.4 | Call with P Katsiak (PwC) |
| 7-Dec | 0.8 | Meeting with T Smith (PwC) |
| 7-Dec | 0.7 | Review of accounting guidance on accounting for equity method investments |
| 8-Dec | 2.6 | Meeting with A Schmidt (PwC), J Morrissey (PwC) |
| 8-Dec | 0.4 | Meeting with A Schmidt (PwC), J Morrissey (PwC), P Katsiak (PwC) |
| 8-Dec | 0.8 | Meeting with A Schmidt (PwC) |
| 8-Dec | 0.1 | Meeting with T Puglisi (Grace) |
| 10-Dec | 2.9 | Meeting with T Smith (PwC), J Morrissey (PwC), P Katsiak (PwC), A Schmidt (PwC) |
| 10-Dec | 1.2 | Meeting with T Dyer (Grace) |
| 10-Dec | 0.8 | Call with T Smith (PwC), J Morrissey (PwC), P Katsiak (PwC), A Schmidt (PwC), J McCormack (PwC) |
| 10-Dec | 0.4 | Meeting with B Dockman (Grace), E Filon (Grace) |
| 13-Dec | 0.3 | Meeting with S Scarlis (Grace) |
| 13-Dec | 1.4 | Meeting with P Katsiak (PwC) |
| 14-Dec | 0.9 | Meeting with S Scarlis (Grace), T Puglisi (Grace), J Bahoric (Grace), K Franks (Grace), K Blood (Grace), J Morrissey (PwC), P Katsiak (PwC), A Schmidt (PwC) |
| 15-Dec | 5.4 | Call with D Libow (Grace), A Clark (Grace), J Underhill (PwC) |
| 15-Dec | 2.0 | Meeting with S Scarlis (Grace), T Puglisi (Grace), T Dyer (Grace), J Bahoric (Grace), J Morrissey (PwC), P Katsiak (PwC) |
| 15-Dec | 0.7 | Meeting with T Smith (PwC), A Schmidt (PwC) |
| 16-Dec | 0.7 | Call with S Scarlis (Grace), K Blood (Grace), H Janes (Grace), A Schmidt (PwC) |
| 16-Dec | 0.2 | Review rare earth contract |
| 16-Dec | 0.3 | Research accounting for take or pay contracts |

| Date | Hours | Description |
|------|-------|-------------|
| 16-Dec | 0.8 | Call with P Katsiak (PwC) |
| 17-Dec | 0.4 | Review rare earth contract |
| 17-Dec | 0.7 | Research accounting for take or pay contracts |
| 17-Dec | 1.0 | Meeting with D Pate (Grace), E Henry (Grace), A Schmidt (PwC) |
| 17-Dec | 0.4 | Call with J Morrissey (PwC), P Katsiak (PwC), D Hughes (PwC) |
| 17-Dec | 0.4 | Call with B Wiegmann (PwC) |
| 17-Dec | 0.6 | Meeting with T Dyer (Grace) |
| 17-Dec | 0.5 | Research accounting for business combinations |
| 20-Dec | 1.6 | Meeting with T Dyer (Grace), J Morrissey (PwC) |
| 20-Dec | 0.9 | Meeting with T Smith (PwC), J Morrissey (PwC), P Katsiak (PwC). |
| 20-Dec | 0.8 | Review of independence rules and Company's Audit Committee pre-approval policy |
| 20-Dec | 0.9 | Review of planning documentation |
| 22-Dec | 0.6 | Call with P Katsiak (PwC) and PwC Singapore team |
| 22-Dec | 0.7 | Call with P Katsiak (PwC) |
| 22-Dec | 0.4 | Review of documentation for bill and hold transaction |
| 22-Dec | 0.6 | Review of planning documentation |
| | **41.5** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended December 31, 2010

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Keith Palmer** | | |
| 2-Dec | 0.5 | Self-insurance accrual analysis - Review Marsh actuarial report and provided data |
| 8-Dec | 0.3 | Self-insurance accrual analysis - Review PwC Independent testing exhibits prepared by associate |
| 9-Dec | 0.5 | Self-insurance accrual analysis - Review PwC Independent testing exhibits prepared by associate |
| 10-Dec | 0.5 | Self-insurance accrual analysis - Review PwC Independent testing exhibits prepared by associate |
| 13-Dec | 1.0 | Self-insurance accrual analysis - Review PwC Independent testing exhibits prepared by associate |
| 16-Dec | 0.5 | Self-insurance accrual analysis - Review PwC Independent testing exhibits prepared by associate |
| | **3.3** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended December 31, 2010

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Brett Czajkowski** | | |
| 3-Dec | 0.3 | Review of application controls and key reports testing |
| 3-Dec | 1.6 | Review of SAP security settings and restricted access |
| 6-Dec | 0.6 | Review of application controls and key reports testing |
| 6-Dec | 0.3 | Review of SAP security settings and restricted access |
| 9-Dec | 1.4 | Review of SAP segregation of duties results |
| 10-Dec | 0.5 | Review of SAP segregation of duties results |
| 13-Dec | 0.4 | Review Internal Audit results of segregation of duties and access exceptions noted |
| 14-Dec | 0.5 | Review of application controls and key reports testing |
| 15-Dec | 1.0 | IT audit results meeting with G. Keesee (Grace), E. Bull (Grace), E. Lerstad (Grace), J. McCarthy (Grace), A. Chou (Grace), B. Summerson (Grace), J. Newstead (PwC), D. Sands (PwC) |
| 15-Dec | 1.4 | Review application controls results and impact to financial statement audit |
| 16-Dec | 2.0 | Review application controls results and impact to financial statement audit |
| 17-Dec | 1.4 | Review application controls results and impact to financial statement audit |
| 20-Dec | 1.0 | Review impact of ITGC audit findings to financial statement audit |
| 22-Dec | 0.9 | Review impact of ITGC audit findings to financial statement audit |
| | **13.3** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended December 31, 2010

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |

**Name: Brian Weigmann**

| | | |
|------|-------|--------------------------------|
| 17-Dec | 0.8 | Discuss with audit team some small acquisitions by the Company and the impact of transitioning from equity method accounting to consolidation for one in which the Company previously had a minority investment. |
| | **0.8** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended December 31, 2010

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Jason Morrissey** | | |
| 2-Dec | 1.0 | Discussion with T. Smith (PwC) and J. Bray (PwC) to update audit status |
| 2-Dec | 0.9 | Review of documentation |
| 3-Dec | 1.0 | Discussion of Synthetech acquisition |
| 6-Dec | 1.1 | ELC Meeting with G. Polling (Grace) |
| 6-Dec | 0.8 | Review of documentation |
| 8-Dec | 2.0 | Discussion of Darex Puerto Rico with T. Puglisi (PwC) |
| 8-Dec | 0.5 | Review of documentation |
| 8-Dec | 0.4 | Planning for QRP Call (Quality Slides) |
| 9-Dec | 1.1 | Meeting with GCP President |
| 9-Dec | 0.8 | Review of documentation |
| 10-Dec | 2.0 | Review of documentation |
| 14-Dec | 1.0 | Discussion regarding RS Solutions |
| 14-Dec | 3.8 | Review of documentation |
| 14-Dec | 0.1 | Review of RS Solutions deal |
| 15-Dec | 1.5 | Review of documentation |
| 15-Dec | 0.5 | Discussion with TS regarding RS Solutions deal |
| 16-Dec | 1.0 | Meeting with J. Bray (PwC) to discuss roles |
| 17-Dec | 1.0 | Review of Synthetech deal |
| 17-Dec | 1.0 | Review of controls documentation |
| 20-Dec | 2.0 | Discussion of Synthetech acquisition |
| | **23.5** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended December 31, 2010

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| FINANCIAL STATEMENT AUDIT TIME INCURRED | | |
| **Name: Pavel Katsiak** | | |
| 1-Dec | 0.9 | PwC Internal Status meeting with A. Schmidt (PwC), K. Bradley (PwC), M. Lederer (PwC) |
| 1-Dec | 1.2 | Reviewing the interim audit plan |
| 1-Dec | 0.5 | Coordinating the work of PwC specialists (journal entries) |
| 1-Dec | 1.1 | Reviewing Grace staffing for year end audit |
| 1-Dec | 1.6 | Following up with the team regarding various open matters |
| 2-Dec | 0.8 | Discussing revenue testing sampling with S. Scaris (Grace) |
| 2-Dec | 0.8 | Updating interoffice instructions for France and Singapore |
| 2-Dec | 0.4 | Discussing PwC IT findings and evaluating potential impact on controls (for inventory tolerances) |
| 3-Dec | 0.9 | Meeting with Grace Internal Audit to discuss the entity level controls plan with D. Richards (Grace), E. Bull (Grace) |
| 3-Dec | 0.8 | Meeting with Grace Internal Audit to discuss the update testing for controls with E. Henry (Grace) |
| 3-Dec | 1.3 | Updating international audit instructions |
| 3-Dec | 1.8 | Summarizing the time for the significant audit transactions reviewed during 2010 |
| 6-Dec | 1.7 | Updating directed audit procedures for France |
| 6-Dec | 0.5 | Coordinating the set up of the audit file with the rest of the team |
| 6-Dec | 0.3 | Addressing questions related to the update testing |
| 6-Dec | 0.8 | Updating the list statutory team and the independence confirmations to be sent |
| 8-Dec | 2.0 | Call with PwC Grace team to discuss the audit and the impact of the recent PCAOB quality findings, call included A. Schmidt (PwC), J. Bray (PwC), J. Morrissey (PwC) |
| 9-Dec | 1.1 | Reviewing non-audit services to be provided to Grace Mexico |
| 9-Dec | 0.8 | Call with J. Bray (PwC) to discuss the non-audit services |
| 9-Dec | 0.7 | Discussing accounting for the fixed assets in the Synthetech acquisition |
| 9-Dec | 2.8 | Addressing various audit questions from the team members |
| 9-Dec | 0.5 | Coordinating the entity level controls meetings |
| 9-Dec | 1.1 | Preparing fee update for discussion with the client |
| 10-Dec | 1.1 | Call with Quality Review Partner to discuss the recent PCAOB audit quality findings, call included T. Smith (PwC), J. Bray (PwC), J. Morrissey (PwC), A. Schmidt (PwC), J. McCormack (PwC) |
| 10-Dec | 1.9 | Audit strategy discussion with T. Smith (PwC), J. Bray (PwC), A. Schmidt (PwC) |
| 10-Dec | 0.2 | Review of the quality review partner checklist for independence |
| 10-Dec | 0.2 | Coordinating a call with PwC Singapore |
| 10-Dec | 2.1 | Reviewing the audit strategy to be discussed with the rest of the team |
| 12-Dec | 0.7 | Coordinating a discussion with PwC Singapore to walk through the interoffice instructions |
| 12-Dec | 0.3 | Clarifying the dates for the entity level controls meetings |
| 13-Dec | 1.8 | Review of the draft Summary of Aggregated Deficiencies |
| 13-Dec | 1.2 | Coordinating entity level controls schedule |
| 13-Dec | 0.8 | Following up with PwC IT group regarding certain FX and tolerance controls |

| Date | Hours | Description |
|---|---|---|
| 13-Dec | 1.5 | Circle back with J. Bray (PwC) regarding non-billable time and budget |
| 13-Dec | 1.7 | Reviewing questions from PwC France regarding interoffice instructions |
| 14-Dec | 1.1 | Status meeting with Grace Internal Audit with A. Schmidt (PwC), E. Bull (Grace), E. Henry (Grace), and D. Richards (Grace) |
| 14-Dec | 1.2 | Meeting with PwC IT team to discuss the results of the IT controls testing with P. Crosby (PwC) |
| 14-Dec | 0.9 | Monthly accounting and reporting meeting with management with J. Bray (PwC), J. Morrissey (PwC), A. Schmidt (PwC), S. Scarlis (Grace), and T. Puglisi (Grace) |
| 14-Dec | 0.5 | Researching independence implications of the non-audit services to be provided to Grace |
| 14-Dec | 0.3 | Follow up with PwC IT team on the documentation of the controls deficiencies in the audit file |
| 14-Dec | 1.1 | Review of the revenue testing performed by management |
| 14-Dec | 1.5 | Review of the valuations for the acquisitions |
| 14-Dec | 0.6 | Updating considerations related to re-performance of controls |
| 14-Dec | 0.2 | Reviewing information from K. Blood (Grace) regarding pension assets custodians |
| 14-Dec | 0.6 | Review of the insurance reserves |
| 15-Dec | 1.3 | Entity Level Control meeting with B. Forehand (Grace) and D. Richards (Grace) |
| 15-Dec | 1.2 | Entity Level Control meeting with B. Corcoran (Grace), D. Richards (Grace), E. Bull (Grace), T. Smith (PwC), K. Bradley (PwC) |
| 15-Dec | 2.7 | Call with the valuation specialists to discuss the valuation of Synthetech with J. Bray (PwC), J. Morrissey (PwC), S. Scarlis (Grace), and T. Puglisi (Grace) |
| 15-Dec | 0.7 | Researching Pension accounting (mark to market accounting) |
| 15-Dec | 0.6 | Discussing goodwill impairment testing with A. Schmidt (PwC) |
| 15-Dec | 0.7 | Following up with K. Bradley (PwC) regarding journal entries testing |
| 16-Dec | 1.5 | Call with T. Smith (PwC) to discuss the status of the interim work and significant projects |
| 16-Dec | 0.4 | Coordinating Entity Level Controls schedule |
| 16-Dec | 0.6 | Discussing Lake Charles inventory observations with K. Bradley (PwC) |
| 16-Dec | 0.8 | Review of the independence implications for the services to be provided for Grace Colombia |
| 16-Dec | 0.7 | Following up with PwC Germany regarding the open issues |
| 16-Dec | 0.9 | Preparing a brief write-up on the non-audit services to be provided to Grace |
| 17-Dec | 1.0 | Review of the questions for goodwill impairment testing |
| 17-Dec | 1.8 | Following up with Grace management regarding Synthetech acquisition (obtaining the final signed contract) |
| 17-Dec | 0.6 | Discussion of various matters related to pensions with K. Blood (Grace) |
| 17-Dec | 0.5 | Reviewing the work to be performed over pensions |
| 17-Dec | 1.8 | Reviewing support for the Q4 acquisitions |
| 17-Dec | 0.5 | Coordinating Darex Puerto Rico inventory |
| 20-Dec | 1.9 | Selecting law firms for legal confirmations |
| 20-Dec | 0.3 | Coordinating with PwC UK regarding the pensions testing |
| 20-Dec | 1.7 | Review of the updated Audit Control Tool |
| 20-Dec | 1.4 | Coordinating Darex Puerto Rico inventory |
| 20-Dec | 0.5 | Following up with J. Couste (Grace) regarding Lake Charles inventory |
| 20-Dec | 0.7 | Following up with Internal Audit regarding open controls matters (service organizations, access controls) |
| 21-Dec | 0.3 | Discussing Darex Puerto Rico inventory observation |
| 21-Dec | 1.4 | Review of the revenue testing performed by management |
| 21-Dec | 1.3 | Follow up with Grace Internal Audit regarding update testing |
| 21-Dec | 0.7 | Discuss the client with C. Nevelos (PwC) to provide additional detail regarding his assistance |

| Date | Hours | Description |
|---|---|---|
| 21-Dec | 0.8 | Coordinating census data testing with Grace payroll |
| 22-Dec | 1.3 | Call with PwC Singapore to discuss the directed audit procedures with J. Bray (PwC) |
| 22-Dec | 0.8 | Call with PwC IT team to discuss access controls and related controls deficiencies |
| 22-Dec | 1.1 | Updating Audit Control Tool for the 2010 audit |
| 22-Dec | 0.6 | Review of the 2011 Grace Finance calendar |
| 22-Dec | 1.7 | Following up with D. Armstrong (Grace) regarding legal letters |
| 22-Dec | 0.5 | Following up with PwC UK regarding the testing of the benefit plans |
| 23-Dec | 1.5 | Call with PwC Germany to discuss the preliminary memo |
| 23-Dec | 0.8 | Circling back with PwC Colombia regarding the additional tax services to be performed |
| 23-Dec | 0.4 | Follow up with J. Mac (Grace) to discuss the status of the audit |
| 23-Dec | 0.4 | Call with T. Smith (PwC) to discuss the approval of additional services |
| | **84.3** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended December 31, 2010

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Alexandra L. Schmidt** | | |
| 1-Dec | 3.1 | Review audit risks and controls with K. Bradley (PwC) |
| 1-Dec | 1.5 | Review stock confirmation |
| 1-Dec | 2.3 | Discuss inventory observations with K. Bradley (PwC) and J. Kunkel (PwC) |
| 1-Dec | 1.8 | Set up fraud questionnaire for inventory observations |
| 2-Dec | 2.9 | Review Goodwill impairment memo |
| 2-Dec | 1.6 | Meet with S. Scarlis (Grace) to discuss revenue testing strategy |
| 2-Dec | 3.2 | Set up update testing for internal audit |
| 3-Dec | 3.4 | Work with J. Kunkel (PwC) on controls documentation |
| 3-Dec | 0.8 | Meet with E. Henry (Grace) and P. Katsiak (PwC) to discuss update controls testing |
| 3-Dec | 0.3 | Discuss Lake Charles inventory with K. Bradley (PwC) |
| 3-Dec | 2.1 | Meet with D. Richardson (PwC) to discuss missing documentation in internal audit portal |
| 6-Dec | 1.1 | Controls meeting with G. Poling (Grace), E. Bull (Grace), B. Kenny (Grace) and J. Morrissey (PwC) |
| 6-Dec | 0.9 | Document meeting discussion |
| 6-Dec | 2.5 | Document 404 controls |
| 6-Dec | 1.7 | Discuss update testing with P. Zavadsky (Grace) |
| 7-Dec | 2.1 | Discuss Chicago inventory observation with M. Lederer (PwC) and P. Katsiak (PwC) |
| 7-Dec | 1.4 | Prepare listing of AR confirmations and considerations for selections |
| 8-Dec | 1.3 | Discuss quality webcast with T. Smith (PwC), J. Bray (PwC), and P. Katsiak (PwC) |
| 8-Dec | 2.6 | Call with J. McCormack (PwC), T. Smith (PwC), J. Bray (PwC), and P. Katsiak (PwC) |
| 8-Dec | 0.9 | Put together analysis of quality webcast topics as applies to Grace |
| 9-Dec | 1.0 | Controls meeting with A. Bonham (Grace), E. Bull (Grace), B. Kenny (Grace) and J. Morrissey (PwC) |
| 9-Dec | 0.8 | Document controls meeting discussion |
| 10-Dec | 1.2 | Meet with P. Zavadsky (Grace) to discuss update testing |
| 10-Dec | 3.7 | Update SAD for control deficiencies found by PwC Germany and Internal Audit |
| 13-Dec | 2.4 | Discuss inventory observations with P. Katsiak (PwC) and J. Bray (PwC) |
| 13-Dec | 1.7 | Discuss AR confirmations with K. Bradley (PwC) and J. Kunkel (Grace) |
| 14-Dec | 1.2 | Meeting with E. Bull (Grace) and D. Richardson (Grace) to discuss internal audit status |
| 14-Dec | 2.6 | Research on use of the work of others |
| 14-Dec | 1.4 | Document testing considerations around reperformance |
| 14-Dec | 2.1 | Review revenue testing strategy memo provided by S. Scarlis (Grace) |
| 15-Dec | 1.3 | Controls meeting with H. LaForce (Grace), E. Bull (Grace) B. Kenny (Grace) and T. Smith (PwC) |
| 15-Dec | 0.9 | Document controls meeting discussion |
| 15-Dec | 0.6 | Discuss internal audit reperformance with P. Katsiak (PwC) |
| 15-Dec | 3.2 | Work on Chattanooga inventory observation documentation |
| 15-Dec | 0.4 | Discuss Chattanooga inventory with K. Bradley (PwC) and J. Kunkel (PwC) |
| 15-Dec | 0.3 | Discuss accounts payable control with S. McNeilly (PwC) |

| Date | Hours | Description |
|---|---|---|
| 15-Dec | 1.1 | Discuss Goodwill with T. Puglusi (Grace) |
| 16-Dec | 2.4 | Call with J. Boyd (Grace) and K. Bradley (PwC) to discuss Lake Charles inventory |
| 16-Dec | 0.8 | Meeting with S. Scarlis (Grace), K. Blood (Grace) and J. Bray (PwC) to discuss rare earth contract |
| 16-Dec | 1.3 | Call with T. Smith (PwC) and P. Katsiak (PwC) to discuss audit status |
| 16-Dec | 0.8 | Research derivatives guidance around take or pay contracts |
| 16-Dec | 2.3 | Read rare earth contracts |
| 17-Dec | 0.9 | Controls meeting with D. Pate (Grace), E. Bull (Grace), B. Kenny (Grace) and J. Morrissey (PwC) |
| 17-Dec | 0.7 | Document meeting discussion |
| 17-Dec | 2.1 | Review updated restructuring expense detail |
| 17-Dec | 1.6 | Select additional sample selections for restructuring |
| 17-Dec | 0.3 | Discuss restructuring with A. Lueck (Grace) |
| 17-Dec | 3.3 | Discuss derivatives guidance around rare earth contract with J. Bray (PwC) |
| | **79.9** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended December 31, 2010

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |

**Name: Cameron Deiter**

| 15-Dec | 2.5 | Self-insurance accrual analysis - Review PwC Independent testing exhibits prepared by associate |
| | **2.5** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended December 31, 2010

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

**Name: Phillip Crosby**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 2-Dec | 2.0 | Auto controls testing |
| 3-Feb | 2.0 | SOD review documentation, Database review |
| 6-Dec | 2.0 | Auto controls testing, SOD review documentation |
| 9-Dec | 2.0 | Documentation wrap up |
| 13-Dec | 1.0 | Closing meeting preperation with B Czajkowski (PwC) and D Sands (PwC) |
| 14-Dec | 1.0 | IT audit results dicussion with P. Katsiak (PwC) |
| 17-Dec | 3.0 | Auto controls, copy documentation |
| 20-Dec | 2.0 | Documentation of controls testing |
| 22-Dec | 1.0 | SAD discussion |
| | **16.0** | **Total Grace Financial Statement Audit Charged Hours** |



W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended December 31, 2010

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

**Name: Madeleine Lederer**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 1-Dec | 1.6 | Meeting with A.Schmidt (PwC), K.Bradley (PwC), and J.Kunkel (PwC) regarding Inventory procedures |
| 1-Dec | 1.8 | Sending inquiry for internal controls update testing |
| 1-Dec | 1.2 | Determining for which controls update inquiries are necessary |
| 1-Dec | 0.9 | Booking rental car and hotel for inventory observation in Chicago |
| 3-Dec | 1.1 | Review of audit procedures |
| 7-Dec | 1.0 | Introduction to count teams and count procedures |
| 7-Dec | 1.0 | Observing the count teams counting the inventory in the warehouse |
| 7-Dec | 2.5 | Doing "Floor to sheet" testing procedures |
| 7-Dec | 2.5 | Doing "Sheet to Floor" testing procedures |
| 7-Dec | 1.0 | Documentation of testing procedures of inventory observation |
| 8-Dec | 1.0 | Documentation of testing procedures of inventory observation |
| 8-Dec | 2.0 | Testing tag sheet summary |
| 8-Dec | 1.5 | Counting additional inventory items |
| 8-Dec | 0.5 | Discussion with W.Revoir (Grace) and S.Dietz (Grace) regarding inventory count status |
| 9-Dec | 1.5 | Discussion with A.Schmidt (PwC) and P.Katsiak (PwC) regarding tag testing |
| 9-Dec | 1.0 | Documentation of testing procedures of inventory observation |
| 9-Dec | 1.0 | Documentation of inventory checklist steps |
| 10-Dec | 0.5 | Documentation of internal control update testing |
| 13-Dec | 0.4 | Meeting with J.Bahorich (Grace) regarding insurance reserve valuation |
| 13-Dec | 2.5 | Testing of GCP slow moving and excess inventory reserve |
| 13-Dec | 2.0 | Performing SAP inventory count reconciliation |
| 13-Dec | 0.6 | Working on client emails |
| 13-Dec | 0.5 | Documentation of testing procedures of inventory observation |
| 14-Dec | 1.0 | Meeting with J.Bahorich (Grace) regarding insurance reserve valuation |
| 14-Dec | 1.0 | Meeting with T.Puglisi (Grace) regarding walkthrough of Mergers and Acquisition process |
| 14-Dec | 0.5 | Discussion with K.Palmer (PwC) regarding insurance reserve testing |
| 14-Dec | 0.5 | Discussion with P.Katsiak (PwC) regarding insurance reserve testing at interim |
| 14-Dec | 1.0 | Discussion with D.Richardson (Grace), A.Chou (Grace), and P.Crosby (PwC) regarding inefficient payroll controls |
| 16-Dec | 1.5 | Documentation of Goodwill and indefinite-lived intangible assets - Accounting Policies |
| 16-Dec | 0.5 | Working on client emails |
| 16-Dec | 1.1 | Working on audit procedure "Gain understanding of benefit plans" |
| 16-Dec | 0.6 | Reconciling excess and obsolete inventory |
| 16-Dec | 0.2 | Call with L. Carver (Grace) regarding reconciliation of excess and obsolete inventory |
| 16-Dec | 1.2 | Status discussion with P.Katsiak (PwC) and A.Schmidt (PwC) |

Total Grace Financial Statement Audit Charged Hours

38.7

Total Grace Financial Statement Audit Charged Hours

77.4

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended December 31, 2010

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Kathleen Bradley** | | |
| 1-Dec | 0.8 | Compiling list of statutory teams engagement leader contacts |
| 1-Dec | 1.2 | Sending out international independence confirmations to statutory team engagement partners |
| 2-Dec | 1.0 | Travel time to Chicago for inventory count |
| 3-Dec | 5.5 | Performing inventory count with Chicago 65th WR Grace employees |
| 3-Dec | 1.0 | Documenting results of inventory test counts |
| 3-Dec | 1.5 | Attending meeting to discuss variances between inventory count and SAP with WR Grace Chicago employees, C. Kaczmarksi (Plant Manager) and C. Stasila (Staff Accountant) |
| 13-Dec | 0.9 | Talking to M.Pires (Grace) about compiling information for SAS 99 Journal Entry testing |
| 13-Dec | 1.2 | Filling out information sheets for journal entry testing team |
| 13-Dec | 0.8 | Discussing Accounts receivable confirmation selections with J.Kunkel (PwC) |
| 13-Dec | 1.1 | Compiling bank and debt confirmations information and submitting it |
| 13-Dec | 1.0 | Team status meeting with P.Katsiak, A.Schmidt, J.Kunkel, M.Lederer (all PwC) |
| 14-Dec | 0.6 | Discussing journal entry testing with S.Kwasiborski (PwC) |
| 14-Dec | 0.8 | Discussing tax payment testing selections with K.Franks (Grace) |
| 14-Dec | 0.3 | Reviewing total listing of tax payments through 9/30/2010 |
| 14-Dec | 1.2 | Selecting tax payments for which to receive supporting documentation |
| 14-Dec | 0.8 | Sending additional independence confirmations to international statutory audit teams |
| 14-Dec | 1.3 | Discussing pre petition letters of credit for confirmation with G.Ibar (Grace) |
| 14-Dec | 1.6 | Entity levels controls meeting with B.Corcoran (Grace), E.Bull (Grace), D.Richardson (Grace), P.Katsiak (PwC) and T.Smith (PwC) |
| 14-Dec | 0.9 | Documenting B.Corcoran (Grace) entity levels controls meeting |
| 16-Dec | 1.5 | Call with J.Boyd (Grace) and A.Schmidt (PwC) to discuss Lake Charles inventory testing documentation |
| 15-Dec | 0.5 | Documenting Lake Charles inventory observation based on call with J.Boyd (Grace) |
| 17-Dec | 0.8 | Discussing search for unrecorded liabilities with T.Puglisi (Grace) and J.Kunkel (PwC) |
| 17-Dec | 0.9 | Discussing E-Catalyst inventory on Lake Charles books with P.Katsiak (PwC) |
| 17-Dec | 0.8 | Documenting ECCS consolidation controls update testing |
| 17-Dec | 0.7 | Discussing search for unrecorded liabilities with G.Bode (Grace) |
| 17-Dec | 0.8 | Completing documentation of Chicago 65th inventory |
| 20-Dec | 1.1 | Completing documentation of Chicago 65th inventory |
| 20-Dec | 0.5 | Meeting with S.Kipnis (Grace) to discuss E-Catalyst business and logistics of their inventory balance |
| 20-Dec | 0.9 | Discussing Chattanooga inventory outstanding items with J.Kunkel (PwC) |
| 20-Dec | 0.4 | Reviewing journal entry testing completeness check |
| 20-Dec | 1.1 | Completing documentation of Lake Charles inventory |
| 20-Dec | 0.9 | Preparing cash and debt confirmations to be mailed |
| 20-Dec | 1.3 | Vouching cash payments per general ledger to supporting documentation |
| 20-Dec | 0.8 | Documenting WR Grace's controls over key tax risks |

| | | |
|---|---|---|
| 20-Dec | 1.0 | Discussing WR Grace letters of credit with G.Ibar (Grace) |
| 21-Dec | 0.9 | Vouching cash tax payments per general ledger to supporting documentation |
| 21-Dec | 1.3 | Rolling forward the year end Audit Control Tool |
| 21-Dec | 0.9 | Discussing search for unrecorded liabilities with J.Day (Grace) |
| 21-Dec | 0.9 | Discussing search for unrecorded liabilities with M.Hayward and K.Valickis (Grace) |
| 22-Dec | 2.3 | Working on spreadsheets to compare time billed to bankruptcy court versus time on the WIPs |
| 22-Dec | 0.9 | Documenting walkthroughs |
| 22-Dec | 0.8 | Preparing accounts receivable confirmations to be mailed |
| 23-Dec | 1.0 | Emailing out accounts receivable confirmations for WR Grace |
| 23-Dec | 1.0 | Emailing out accounts receivable confirmations for ART, LLC |
| | **47.5** | **Total Grace Financial Statement Audit Charged Hours** |

Total Grace Financial Statement Audit Charged Hours

95.0

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended December 31, 2010

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| FINANCIAL STATEMENT AUDIT TIME INCURRED | | |
| **Name: Meihua Gao** | | |
| 7-Dec | 1.5 | Self-insurance accrual analysis- Review Marsh actuarial report |
| 7-Dec | 1.0 | Self-insurance accrual analysis- Review last years self-insurance accrual analysis |
| 7-Dec | 1.0 | Self-insurance accrual analysis- Data compilation |
| 8-Dec | 1.5 | Self-insurance accrual analysis- Data compilation |
| 9-Dec | 1.5 | Self-insurance accrual analysis- Data compilation |
| 9-Dec | 3.5 | Self-insurance accrual analysis- Update Independent testing exhibits |
| 10-Dec | 0.5 | Self-insurance accrual analysis- Update Independent testing exhibits |
| | | Self-insurance accrual analysis- Update the data due to the revised Marsh report received and Re-update the |
| 13-Dec | 3.0 | Independent testing exhibits |
| 13-Dec | 0.5 | Self-insurance accrual analysis-Review 10/31/10 reconciliation to Marsh report |
| 14-Dec | 1.0 | Make edits from Tech Review |
| 15-Dec | 1.0 | Prepare Draft memo |
| 16-Dec | 2.0 | Prepare Draft memo & review WR Grace's 11/30 accrual balance sheet |
| | **18.0** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended December 31, 2010

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Jamie Kunkel** | | |
| 1-Dec | 1.9 | Updated IA controls for Davison into individual areas while updating the comprehensive log |
| 1-Dec | 2.1 | Went back and got all the individual location's testing for the various inventory controls (only originally put in one location for each) |
| 1-Dec | 0.4 | Did some last minute things to get ready for everyone to leave for various inventories |
| 1-Dec | 0.6 | Worked on Mellon confirm to be ready to be sent out end of December |
| 1-Dec | 1.1 | Inventory meeting with M. Lederer (PwC) |
| 2-Dec | 1.2 | Set up AR confirmations |
| 2-Dec | 0.9 | Set up Bank account confirmations |
| 2-Dec | 1.4 | Met with Treasury to gather information for bank accounts needed to be confirmed |
| 2-Dec | 1.6 | Set up worksheet for Confirmations |
| 2-Dec | 1.9 | Rolled forward documentation for confirmations, utilizing last years database |
| 6-Dec | 1.6 | Met with A. Schmidt (PwC) to go over ineffective control; what needed to be documented; which were not yet tested etc |
| 6-Dec | 1.9 | Began sorting through the trial balances for company's 1, 32, and 268 to take out all the cash accounts and made an overall spread sheet of their accounts; checked to see if they were all included and noted the ones not included |
| 6-Dec | 2.1 | Looked at last year cash account confirms to obtain some information for this years confirms such as account number, bank contact/address, etc |
| 6-Dec | 1.3 | Met with B. Gardner (Grace) to go over K. Bradley's (PwC) questions about journal entry testing and the schedules they need to provide to us in order to perform testing |
| 6-Dec | 0.3 | Worked on cash confirms |
| 6-Dec | 2.1 | Worked on controls for P. Katsiak (PwC) |
| 7-Dec | 1.1 | Interim testing- repairs and maintenance expense |
| 7-Dec | 2.8 | Worked on the aging accounts receivable testing, tied the total to 11/30 trial balance and targeted individual invoices. Set up a sample selection and template file and emailed them out |
| 7-Dec | 2.7 | Physical inventory in Mt.Pleasant, TN |
| 9-Dec | 20.0 | Controls ineffective listing for A. Schmidt (PwC) |
| 13-Dec | 0.5 | Team status meeting with P.Katsiak, A.Schmidt, M.Lederer (all PwC) |
| 13-Dec | 1.1 | Caught up on client emails |
| 13-Dec | 0.9 | Using blackline I looked at cash in transit as of 10/31 for confirmations that say account is closed and updates confirmation listing |
| 13-Dec | 2.1 | Worked on cash confirms and updates to spreadsheet for K. Bradley (PwC) |
| 13-Dec | 0.7 | Caught up on emails |
| 14-Dec | 0.2 | |

| Date | Hours | Description |
|---|---|---|
| 14-Dec | 1.1 | Set up test 2 full inclusion Mount Pleasant Templates |
| 14-Dec | 0.5 | Talked to K. Blood (Grace) about pension and equity confirms |
| 14-Dec | 2.3 | Worked on test 2 full inclusion testing for Mt. Pleasant |
| 14-Dec | 1.9 | Completed the inventory checklist and fraud questionnaire (SAS 99) for Mount Pleasant physical inventory |
| 15-Dec | 1.9 | Worked on Mt. Pleasant inventory |
| 15-Dec | 0.3 | emailed B. Asbill (Grace), from Chattanooga regarding missing information |
| 15-Dec | 0.8 | Meeting with A. Schmidt (PwC) and K. Bradley (PwC) to go over the correct inventory documentation and what definitely needs to be documented/discussed through our testing |
| 15-Dec | 2.1 | Followed up with B. Asbill (Grace) sent an in-depth explanation to each of our questions and scanned in documents to give him some data, listed in order with background information |
| 15-Dec | 1.8 | Updated my inventory documentation per discussion with K. Bradley (PwC) and A. Schmidt (PwC) |
| 15-Dec | 1.3 | Went through goodwill analysis and compared to last years to see the differences, what had been included/excluded, how things were tested and what information had been supplied |
| 16-Dec | 1.7 | Worked on the goodwill testing; tick marked to memo, tied sales and cost of goods sold to SAP |
| 16-Dec | 1.8 | Worked on the Accounts Receivable Davison tab where I tied to the spreadsheet/balance sheets given in the AR packet for goodwill testing |
| 16-Dec | 1.6 | Worked on the inventory for goodwill where I looked at the reporting units balance sheets and verified them in SAP as well as the break down of items for goodwill |
| 16-Dec | 2.2 | Worked on GCP's goodwill analysis spread sheet tying out the accounts receivable and Inventory as I did for Davison but to their reporting entities |
| 17-Dec | 0.8 | Caught up on emails from Grace |
| 17-Dec | 0.9 | Met with A. Schmidt (PwC) to go over the Chattanooga open items and followed up with B. Asbill (Grace) |
| 17-Dec | 0.6 | Met with A. Schmidt (PwC) to go over the SAD |
| 17-Dec | 1.9 | Worked on interim property plan and equipment EGA's- substantive analytics |
| 17-Dec | 1.6 | Generated the Summary of risks and planned evidence reports for both audit units- as well as created a document with just the analytics for both audit units and saved as an excel document |
| 17-Dec | 1.5 | Created the SAD access control; a document containing the list of controls and the number of users with unauthorized access for P. Katsiak (PwC) |
| 17-Dec | 1.6 | K. Bradley (PwC) updated me on the information needed for debt confirms |
| 20-Dec | 2.1 | Updated the year end audit control, for 2011 dates, and information |
| 20-Dec | 1.7 | Meeting with T. Puglisi (Grace) about unrecorded liabilities testing |
| 20-Dec | 0.5 | Obtained Q1 database to ensure I had them all for year end audit work |
| 20-Dec | 2.1 | Worked on census data testing, set up templates and selected my sample for both full inclusion and false Inclusion |
| 20-Dec | 2.3 | Worked on legal letter confirms, went through ones confirmed last year, researched some of the new companies to see whether they were law firms vs. consulting and put together a comprehensive listing of ones to be confirmed, ones not to be confirmed and why. |
| 21-Dec | 2.5 | Census data testing, updated as of Jan 1 this year and will use assumptions |
| 21-Dec | 0.8 | Worked on AR confirms |
| 22-Dec | 1.1 | Set up analytic for census |
| 22-Dec | 1.6 | Worked on AP Corporate cutoff- payment and account accrued to planning |
| 23-Dec | 1.4 | Worked on legal selections-spending over 100k and those law firms from litigation last year |
| 23-Dec | 1.5 | Researched companies which we owe money too relating to legal matters to ensure law firms and not consulting or other non-legal payments |

Total Grace Financial Statement Audit Charged Hours

100.4

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended December 31, 2010

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Delitiza Marie Morales** | | |
| 1-Dec | 8.0 | Performed Inventory count |
| | **8.0** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended December 31, 2010

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Adrienne Dikranian** | | |
| 15-Dec | 0.4 | Discussed confirmation process with K.Bradley (PwC) |
| 15-Dec | 0.1 | Discussed cash and debt confirmation directions with A.Zanella (PwC) |
| 15-Dec | 0.4 | Created cash confirmations to be sent |
| 15-Dec | 0.4 | Updated debt confirmation templates to be sent |
| 20-Dec | 0.5 | Reviewed debt confirmations to be sent |
| 20-Dec | 0.3 | Sending cash confirmations to client for approval signature |
| 20-Dec | 0.5 | Mailing cash confirmations |
| 21-Dec | 0.2 | Reviewing cash confirmations to be sent electronically versus via paper confirmation |
| 21-Dec | 0.8 | Entering information for electronic cash confirmations |
| 22-Dec | 0.8 | Entering information for electronic cash confirmations |
| 22-Dec | 0.6 | Reviewing information to be sent electronically to client for approval |
| 22-Dec | 0.3 | Discussing confirmations sent with D.Robin (PwC) |
| 22-Dec | 0.7 | Requesting A.Arshad (Grace) to provide approval for confirmations |
| 22-Dec | 0.3 | Initiating and completing payment for electronic confirmation requests |
| 22-Dec | 0.3 | Documenting confirmations sent and creating confirmation log |
| 23-Dec | 1.0 | Prepared and mailed confirmations to third parties. |
| | **7.6** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended December 31, 2010

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Adrienne Roper** | | |
| 20-Dec | 1.7 | Performed various tests over journal entries that may indicate any problems with the integrity of the data provided by the client. |
| 20-Dec | 0.9 | Analyzed where debits do not equal credits within each complete journal entry for company 252 |
| 20-Dec | 1.1 | Analyzed where debits do not equal credits within each complete journal entry for company 1 |
| 20-Dec | 1.3 | Tested the completeness of the provided G/L data extract through a roll-forward of account activity accumulation for company 252. |
| 20-Dec | 1.4 | Tested the completeness of the provided G/L data extract through a roll-forward of account activity accumulation for company 1. |
| 21-Dec | 2.3 | Discussing journal entry testing strategies with S.Kwasborski (PwC) |
| 21-Dec | 0.8 | Performed analysis of journal entry data by the posting sources, showing the number of transactions, amount, and manual/automated classification of the posting source for co 252 |
| 21-Dec | 1.1 | Performed analysis of journal entry data by the posting sources, showing the number of transactions, amount, and manual/automated classification of the posting source for co 1 |
| 22-Dec | 1.3 | Set up and performed analysis of journal entry data by User and the Manual Indicator. |
| 22-Dec | 2.2 | Identified the periods entries are created in and which periods those entries are effective. Analysis done shows the extent of backdating and/or pre-dating of entries. |
| 22-Dec | 0.7 | Performed and verified total revenue activity by week |
| 22-Dec | 1.9 | Tested net income for companies 252 and 1. |
| 23-Dec | 0.8 | Tested to see if there were any journal entries with at least one line item by created the audit-specified number of business days or more after the close of the audit-specified period. |
| 23-Dec | 1.2 | Identified journal entries with a net P&L impact over the audit-specified threshold of $8,000,000 for both company 252 and 1 |
| 23-Dec | 0.6 | Investigated to see if credit memo entries above the audit-specified threshold. |
| 23-Dec | 1.1 | Tested journal entries with a credit to Revenue not offset (debited) to expected accounts. |
| 23-Dec | 0.4 | Analyzed journal entries with a credit to Cost of Goods Sold not offset (debited) to expected accounts. |
| | **20.8** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended December 31, 2010

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Ailin Iglesias** | | |
| 20-Dec | 0.9 | Reviewing list of PwC employees charging time to WR Grace engagement to ensure proper independence |
| 20-Dec | 1.6 | Sending independence confirmations to individuals charging time to WR Grace engagement who have not verified independence |
| | **2.5** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended December 31, 2010

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |

**Name: Anthony Zanella**

| | | |
|---|---|---|
| 14-Dec | 0.1 | Discussed cash and debt confirmation process with A.Dikranian (PwC) |
| | **0.1** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended December 31, 2010

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Cecelia Sheridan** | | |
| 21-Dec | 1.2 | Discussing Audit Strategy Memo roll forward with Y.Pereyra (PwC) |
| 22-Dec | 1.3 | Rolling forward Audit Strategy Memo into new template and updating dates |
| | **2.5** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended December 31, 2010

| Date | Hours | Description of Services Provided |
|---|---|---|
| FINANCIAL STATEMENT AUDIT TIME INCURRED | | |
| Name: Denis Robin | | |
| 16-Dec | 0.7 | Reviewing debt confirmations created |
| 16-Dec | 0.4 | Reviewing the cash confirmations created |
| | 1.1 | Total Grace Financial Statement Audit Charged Hours |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended December 31, 2010

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |

Name:  Gustavo Finklestein

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 15-Dec | 0.6 | Discussing WR Grace restricted entities with S.Calderone (PwC) and L.Herrara (PwC) |
| 15-Dec | 0.6 | Reviewing WR Grace entities in PwC central entities system with client list of WR Grace affiliates |
| | **1.2** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended December 31, 2010

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Joseph Aiken** | | |
| 15-Dec | 0.4 | Import beginning and ending trial balances into Audit Command Language (ACL) for the tested entities: 001 |
| 15-Dec | 0.4 | Import beginning and ending trial balances into Audit Command Language (ACL) for the tested entities: 032 |
| 15-Dec | 0.5 | Import beginning and ending trial balances into Audit Command Language (ACL) for the tested entities: 250 |
| 15-Dec | 0.4 | Import beginning and ending trial balances into Audit Command Language (ACL) for the tested entities: 251 |
| 15-Dec | 0.4 | Import beginning and ending trial balances into Audit Command Language (ACL) for the tested entities: 252 |
| 15-Dec | 0.5 | Import beginning and ending trial balances into Audit Command Language (ACL) for the tested entities: 253 |
| 15-Dec | 0.5 | Import beginning and ending trial balances into Audit Command Language (ACL) for the tested entities: 268 |
| 15-Dec | 0.4 | Import beginning and ending trial balances into Audit Command Language (ACL) for the tested entities: 414 |
| 15-Dec | 0.4 | Import beginning and ending trial balances into Audit Command Language (ACL) for the tested entities: 431 |
| 15-Dec | 0.3 | Import beginning and ending trial balances into Audit Command Language (ACL) for the tested entities: 771 |
| 15-Dec | 0.4 | Import beginning and ending trial balances into Audit Command Language (ACL) for the tested entities: 798 |
| 20-Dec | 0.2 | Importing general ledger data into Audit Command Language (ACL ) for company 001 |
| 20-Dec | 0.2 | Importing general ledger data into Audit Command Language (ACL ) for company 032 |
| 20-Dec | 0.1 | Importing general ledger data into Audit Command Language (ACL ) for company 250 |
| 20-Dec | 0.2 | Importing general ledger data into Audit Command Language (ACL ) for company 251 |
| 20-Dec | 0.1 | Importing general ledger data into Audit Command Language (ACL ) for company 252 |
| 20-Dec | 0.2 | Importing general ledger data into Audit Command Language (ACL ) for company 253 |
| 20-Dec | 0.1 | Importing general ledger data into Audit Command Language (ACL ) for company 268 |
| 20-Dec | 0.1 | Importing general ledger data into Audit Command Language (ACL ) for company 414 |
| 20-Dec | 0.2 | Importing general ledger data into Audit Command Language (ACL ) for company 431 |
| 20-Dec | 0.2 | Importing general ledger data into Audit Command Language (ACL ) for company 771 |
| 20-Dec | 0.2 | Importing general ledger data into Audit Command Language (ACL ) for company 798 |
| | **6.4** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended December 31, 2010

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Luciana Herrera** | | |
| 15-Dec | 0.6 | Discussing WR Grace restricted entities with S.Calderone (PwC) and G.Finkelstein (PwC) |
| 15-Dec | 0.9 | Documenting variances between WR Grace entities list and PwC central entities system |
| | **1.5** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended December 31, 2010

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name: Luz Barcia** | | |
| 23-Dec | 0.4 | Reviewing rolled forward audit strategy memo |
| | **0.4** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended December 31, 2010

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| FINANCIAL STATEMENT AUDIT TIME INCURRED | | |
| | | |
| Name: Michael Buckland | | |
| | | |
| 17-Dec | 0.5 | Reviewing instructions for debt confirmations to be obtained |
| 17-Dec | 0.3 | Discussing debt confirmation procedures and Grace specific inputs with K.Bradley (PwC) |
| 17-Dec | 1.1 | Inputting banks information for debt confirmations |
| 17-Dec | 0.3 | Setting up the template for the confirmations |
| 17-Dec | 0.3 | Reviewing confirmations completed for accuracy before sending for client signature |
| | **2.5** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended December 31, 2010

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |

**Name: Sebastian Calderone**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 15-Dec | 0.6 | Discussing WR Grace restricted entities with L.Herrera and G.Finkelstein (both PwC) |
| 15-Dec | 0.9 | Documenting variances between WR Grace entities list and PwC central entities system |
| | **1.5** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended December 31, 2010

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |

Name: **Stephan Gradek**

| | | |
|------|-----|-----|
| 16-Dec | 0.3 | Reviewing debt confirmations created |
| 16-Dec | 0.2 | Reviewing the cash confirmations created |
| | **0.5** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended December 31, 2010

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

Name: **Stephanie Kichik**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 21-Dec | 1.1 | Performed testing over journal entries with a debit to cost of goods sold and an unusual credit |
| 22-Dec | 0.9 | Reviewing A.Roper (PwC) testing results over WR Grace journal entries |
| | **2.0** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended December 31, 2010

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

Name: Yamila Pereyra

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 21-Dec | 1.2 | Discussing Audit Strategy Memo roll forward with C.Sheridan ( PwC) |
| 22-Dec | 2.3 | Rolling forward Audit Strategy Memo into new template and updating dates |
| | **3.5** | **Total Grace Financial Statement Audit Charged Hours** |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended December 31, 2010

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |

**Name: Stefanie Kwasiborski**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 21-Dec | 2.3 | Discussing journal entry testing strategies with A.Roper (PwC) |
| | 2.3 | Total Grace Financial Statement Audit Charged Hours |