# EXHIBIT - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended December 31, 2010

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Tom Smith | Integrated Audit | 12/7/10 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 12/10/10 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 12/15/10 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 12/20/10 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| John Newstead | Integrated Audit | 12/18/10 | $ 15.00 | | | | Parking to attend meeting |
| Jerry Puzey | Integrated Audit | 7/13/10 | $ 46.00 | | | | Roundtrip 92 miles from Miami to Grace.  This excludes the .5 mile commute from my home to the Miami office. |
| | Integrated Audit | 7/14/10 | $ 46.00 | | | | Roundtrip 92 miles from Miami to Grace.  This excludes the .5 mile commute from my home to the Miami office. |
| | Integrated Audit | 7/15/10 | $ 46.00 | | | | Roundtrip 92 miles from Miami to Grace.  This excludes the 3 mile commute from my home to the Miami office. |
| | Integrated Audit | 7/23/10 | $ 46.00 | | | | Roundtrip 92 miles from Miami to Grace.  This excludes the 3 mile commute from my home to the Miami office. |
| | Integrated Audit | 10/5/10 | $ 46.00 | | | | Roundtrip 92 miles from Miami to Grace.  This excludes the 3 mile commute from my home to the Miami office. |
| | Integrated Audit | 10/6/10 | $ 46.00 | | | | Roundtrip 92 miles from Miami to Grace.  This excludes the 3 mile commute from my home to the Miami office. |
| | Integrated Audit | 10/7/10 | $ 46.00 | | | | Roundtrip 92 miles from Miami to Grace.  This excludes the 3 mile commute from my home to the Miami office. |
| Todd Chesla | Integrated Audit | 11/29/10 | $ 46.00 | | | | Mileage in excess of daily commute from Miami to Boca |
| | Integrated Audit | 11/30/10 | $ 46.00 | | | | Mileage in excess of daily commute from Miami to Boca |
| Justin Bray | Integrated Audit | 12/2/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 12/3/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 12/7/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 12/8/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 12/9/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 12/10/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 12/13/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 12/14/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 12/105/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 12/16/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| Brett Czajkowski | Integrated Audit | 12/15/10 | $ 20.00 | | | | Mileage (76 miles - 36 miles normal commute = 40 miles *$0.50/mile) in addition to standard commute to PwC office in McLean, VA. |
| Pavel Katsiak | Integrated Audit | 12/1/10 | $ 26.42 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 12/2/10 | $ 26.42 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 12/3/10 | $ 26.42 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 11/6/10 | $ 26.42 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 11/7/10 | $ 26.42 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 11/8/10 | $ 26.42 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 11/9/10 | $ 26.42 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 11/10/10 | $ 26.42 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 11/13/10 | $ 26.42 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 11/14/10 | $ 26.42 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 11/15/10 | $ 26.42 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 11/16/10 | $ 26.42 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 11/17/10 | $ 26.42 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| Madeleine Lederer | Integrated Audit | 12/1/10 | $ 33.00 | | | | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | Integrated Audit | 12/6/10 | $ 7.50 | | | | Mileage to Dulles airport - 1 miles normal commute to the office = 15 miles excess * .50= 7.50 for trip to Chicago |
| | Integrated Audit | 12/6/10 | $ 423.40 | | | | Washington Dulles to Chicago Midway Airport, Economy class, Roundtrip on Southwest |

| Name | Matter | Date | Amount | | Description |
|---|---|---|---|---|---|
| | Integrated Audit | 12/6/10 | | $ 64.02 | Steeltoe boots required for inventory observation |
| | Integrated Audit | 12/6/10 | | 75.00 | Dinner: 2 people in attendance (M.Lederer - PwC & K.Blaney - W.R.Grace) |
| | Integrated Audit | 12/7/10 | | 12.00 | Breakfast in Hotel for self |
| | Integrated Audit | 12/7/10 | | 94.32 | Dinner: 2 people in attendance (M.Lederer - PwC & K.Blaney - W.R.Grace) |
| | Integrated Audit | 12/8/10 | $ 270.00 | | 2 nights (12/6/10 - 12/08/10) @$135/night |
| | Integrated Audit | 12/8/10 | $ 26.00 | | Parking 2 nights |
| | Integrated Audit | 12/8/10 | $ 44.56 | | Taxes for 2 night hotel stay in Chicago |
| | Integrated Audit | 12/8/10 | $ 119.53 | | Car rental to commute between plant sites in Chicago |
| | Integrated Audit | 12/8/10 | $ 51.00 | | Parking for 3 days at Dulles International Airport |
| | Integrated Audit | 12/8/10 | $ 7.50 | | 16 miles to Dulles airport - 1 miles normal commute to the office = 15 miles excess * .50= 7.50 |
| | Integrated Audit | 12/9/10 | $ 33.00 | | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | Integrated Audit | 12/13/10 | $ 33.00 | | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | Integrated Audit | 12/14/10 | $ 33.00 | | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | Integrated Audit | 12/16/10 | $ 33.00 | | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| Kathleen Bradley | Integrated Audit | 12/2/10 | $ 307.40 | | Round trip coach airfare from Washington, DC to Chicago, IL |
| | Integrated Audit | 12/2/10 | | 51.35 | Dinner for 2 (K.Bradley, PwC and G.Ilbar, Grace) while traveling |
| | Integrated Audit | 12/3/10 | | 10.37 | Breakfast for 1 (K.Bradley, PwC) while traveling |
| | Integrated Audit | 12/3/10 | $ 34.00 | | Parking at the airport for flight |
| | Integrated Audit | 12/3/10 | $ 189.00 | | Marriott Hotel for 1 Night ($189 per night) in Chicago, IL |
| | Integrated Audit | 12/3/10 | $ 31.19 | | Taxes on Marriott Hotel room for 1 night in Chicago, IL |
| | Integrated Audit | 12/3/10 | | 29.41 | Dinner for 1 (K.Bradley, PwC) while traveling |
| | Integrated Audit | 12/13/10 | $ 8.00 | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 12/14/10 | $ 8.00 | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 12/15/10 | $ 8.00 | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 12/16/10 | $ 8.00 | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 12/17/10 | $ 8.00 | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 12/20/10 | $ 8.00 | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 12/21/10 | $ 8.00 | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 12/22/10 | $ 8.00 | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 12/23/10 | $ 8.00 | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| Jamie Kunkel | Integrated Audit | 11/29/10 | $ 16.80 | | 33.6 miles everyday in excess of normal commute *.5 = $16.80 |
| | Integrated Audit | 11/30/10 | $ 16.80 | | 33.6 miles everyday in excess of normal commute *.5 = $16.80 |
| | Integrated Audit | 12/1/10 | $ 16.80 | | 33.6 miles everyday in excess of normal commute *.5 = $16.80 |
| | Integrated Audit | 12/2/10 | $ 16.80 | | 33.6 miles everyday in excess of normal commute *.5 = $16.80 |
| | Integrated Audit | 12/3/10 | $ 16.80 | | 33.6 miles everyday in excess of normal commute *.5 = $16.80 |
| | Integrated Audit | 12/6/10 | $ 16.80 | | 33.6 miles everyday in excess of normal commute *.5 = $16.80 |
| | Integrated Audit | 12/7/10 | $ 16.80 | | 33.6 miles everyday in excess of normal commute *.5 = $16.80 |
| | Integrated Audit | 12/8/10 | $ 40.32 | | Taxi to airport for inventory in Nashville |
| | Integrated Audit | 12/9/10 | | 6.68 | Breakfast for self Thursday morning at Aloft Hotel before inventory |
| | Integrated Audit | 12/8/10 | | 28.54 | Travel dinner for self on way to inventory in Nashville, TN |
| | Integrated Audit | 12/9/10 | | 7.52 | Dinner Thursday night for self during inventory |
| | Integrated Audit | 12/10/10 | $ 150.29 | | Rental car while in Nashville for inventory |
| | Integrated Audit | 12/10/10 | | 16.00 | Lunch on Friday for self prior to inventory in Nashville |
| | Integrated Audit | 12/10/10 | $ 4.00 | | Metro from airport for inventory back to my house in DC |
| | Integrated Audit | 12/10/10 | $ 216.00 | | Hotel during stay in Nashville, TN for inventory (2 nights) at Aloft hotels @$108/night |
| | Integrated Audit | 12/10/10 | $ 39.60 | | Taxes for hotel stay in Nashville, TN for inventory (2 nights) |
| | Integrated Audit | 12/22/2010 | | 20.77 | Cost to mail confirmations |
| | Integrated Audit | 12/13/2010 | $ 16.80 | | 33.6 miles everyday in excess of normal commute *.5 = $16.80 |
| | Integrated Audit | 12/14/2010 | $ 16.80 | | 33.6 miles everyday in excess of normal commute *.5 = $16.80 |
| | Integrated Audit | 12/15/2010 | $ 16.80 | | 33.6 miles everyday in excess of normal commute *.5 = $16.80 |
| | Integrated Audit | 12/16/2010 | $ 16.80 | | 33.6 miles everyday in excess of normal commute *.5 = $16.80 |
| | Integrated Audit | 12/17/2010 | $ 16.80 | | 33.6 miles everyday in excess of normal commute *.5 = $16.80 |
| | Integrated Audit | 12/20/2010 | $ 16.80 | | 33.6 miles everyday in excess of normal commute *.5 = $16.80 |
| | Integrated Audit | 12/21/2010 | $ 16.80 | | 33.6 miles everyday in excess of normal commute *.5 = $16.80 |
| | Integrated Audit | 12/22/2010 | $ 16.80 | | 33.6 miles everyday in excess of normal commute *.5 = $16.80 |
| Delitza Morales | Integrated Audit | 12/1/10 | $ 35.00 | | Mileage to and from inventory site 70 miles round trip |
| | | | $ 2.00 | | Tolls incurred on travel to inventory site |

| Name | Service | Date | Total | Transportation | Lodging | Sundry | Business Meals | Description |
|---|---|---|---|---|---|---|---|---|
| Christopher Campbell | Integrated Audit | 12/18/11 | | | | $ 51.48 | | Overnight package with letters for bankruptcy court |
| Melanie Schwartz | Integrated Audit | 12/15/10 | | | | $ 7.19 | | Postage to mail documents to bankruptcy court |
| Summary | | | $ 4,104.45 | $ 2,813.45 | $ 816.35 | $ 143.46 | $ 331.19 | |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
For the Month Ended December 31, 2010

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| Tom Smith | 12/7/10 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 12/10/10 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 12/15/10 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 12/20/10 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| John Newstead | 12/15/10 | Tax Partner | $ 15.00 | Parking to attend meeting |
| Jerry Puzey | 7/13/10 | Tax Director | $ 46.00 | Roundtrip 92 miles from Miami to Grace.  This excludes the .5 mile commute from my home to the Miami office. |
| | 7/14/10 | Tax Director | $ 46.00 | Roundtrip 92 miles from Miami to Grace.  This excludes the .5 mile commute from my home to the Miami office. |
| | 7/15/10 | Tax Director | $ 46.00 | Roundtrip 92 miles from Miami to Grace.  This excludes the 3 mile commute from my home to the Miami office. |
| | 7/23/10 | Tax Director | $ 46.00 | Roundtrip 92 miles from Miami to Grace.  This excludes the 3 mile commute from my home to the Miami office. |
| | 10/5/10 | Tax Director | $ 46.00 | Roundtrip 92 miles from Miami to Grace.  This excludes the 3 mile commute from my home to the Miami office. |
| | 10/6/10 | Tax Director | $ 46.00 | Roundtrip 92 miles from Miami to Grace.  This excludes the 3 mile commute from my home to the Miami office. |
| | 10/7/10 | Tax Director | $ 46.00 | Roundtrip 92 miles from Miami to Grace.  This excludes the 3 mile commute from my home to the Miami office. |
| Todd Chesla | 11/29/10 | Tax Manager | $ 46.00 | Travel from Miami to Boca |
| | 11/30/10 | Tax Manager | $ 46.00 | Travel from Miami to Boca |
| Justin Bray | 12/2/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 12/3/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 12/7/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 12/8/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 12/9/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 12/10/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 12/13/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 12/14/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 12/105/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 12/16/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| Brett Czajkowski | 12/15/10 | Audit Manager | $ 20.00 | Mileage (76 miles - 36 miles normal commute = 40 miles *$0.50/mile) in addition to standard commute to PwC office in McLean, VA. |
| Pavel Katsiak | 12/1/10 | Audit Senior Associate | $ 26.42 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 12/2/10 | Audit Senior Associate | $ 26.42 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 12/3/10 | Audit Senior Associate | $ 26.42 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 11/6/10 | Audit Senior Associate | $ 26.42 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 11/7/10 | Audit Senior Associate | $ 26.42 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 11/8/10 | Audit Senior Associate | $ 26.42 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 11/9/10 | Audit Senior Associate | $ 26.42 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 11/10/10 | Audit Senior Associate | $ 26.42 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 11/13/10 | Audit Senior Associate | $ 26.42 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 11/14/10 | Audit Senior Associate | $ 26.42 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 11/15/10 | Audit Senior Associate | $ 26.42 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 11/16/10 | Audit Senior Associate | $ 26.42 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 11/17/10 | Audit Senior Associate | $ 26.42 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| Madeleine Lederer | 12/1/10 | Audit Experienced Associate | $ 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | 12/6/10 | Audit Experienced Associate | $ 7.50 | Mileage to Dulles airport - 1 miles normal commute to the office = 15 miles excess * .50= 7.50 for trip to Chicago |
| | 12/6/10 | Audit Experienced Associate | $ 423.40 | Washington Dulles to Chicago Midway Airport, Economy class, Roundtrip on Southwest |
| | 12/6/10 | Audit Experienced Associate | $ 64.02 | Steeltoe boots required for inventory observation |

| Name | Date | Title | | Amount | Description |
|---|---|---|---|---|---|
| | 12/6/10 | Audit Experienced Associate | $ | 75.00 | Dinner; 2 people in attendance (M.Lederer - PwC & K.Blaney - W.R.Grace) |
| | 12/7/10 | Audit Experienced Associate | $ | 12.00 | Breakfast in Hotel for self |
| | 12/7/10 | Audit Experienced Associate | $ | 94.32 | Dinner; 2 people in attendance (M.Lederer - PwC & K.Blaney - W.R.Grace) |
| | 12/8/10 | Audit Experienced Associate | $ | 270.00 | 2 nights (12/6/10 - 12/08/10) @$135/night |
| | 12/8/10 | Audit Experienced Associate | $ | 28.00 | Parking 2 nights |
| | 12/8/10 | Audit Experienced Associate | $ | 44.56 | Taxes for 2 night hotel stay in Chicago |
| | 12/8/10 | Audit Experienced Associate | $ | 119.53 | Car rental to commute between plant sites in Chicago |
| | 12/8/10 | Audit Experienced Associate | $ | 51.00 | Parking for 3 days at Dulles International Airport |
| | 12/9/10 | Audit Experienced Associate | $ | 7.50 | 16 miles to Dulles airport - 1 miles normal commute to the office = 15 miles excess * .50= 7.50 |
| | 12/13/10 | Audit Experienced Associate | $ | 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | 12/14/10 | Audit Experienced Associate | $ | 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | 12/14/10 | Audit Experienced Associate | $ | 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| | 12/16/10 | Audit Experienced Associate | $ | 33.00 | 68 miles to and from client - 2 miles normal commute to the office = 66 miles every day excess * .50= 33.00 |
| Kathleen Bradley | 12/2/10 | Audit Experienced Associate | $ | 307.40 | Round trip coach airfare from Washington, DC to Chicago, IL |
| | 12/2/10 | Audit Experienced Associate | $ | 51.35 | Dinner for 2 (K.Bradley, PwC and G.Ibar, Grace) while traveling |
| | 12/3/10 | Audit Experienced Associate | $ | 10.37 | Breakfast for 1 (K.Bradley, PwC) while traveling |
| | 12/3/10 | Audit Experienced Associate | $ | 34.00 | Parking at the airport for flight |
| | 12/3/10 | Audit Experienced Associate | $ | 189.00 | Marriott Hotel for 1 Night ($189 per night) in Chicago, IL |
| | 12/3/10 | Audit Experienced Associate | $ | 31.19 | Taxes on Marriott Hotel room for 1 night in Chicago, IL |
| | 12/3/10 | Audit Experienced Associate | $ | 29.41 | Dinner for 1 (K.Bradley, PwC) while traveling |
| | 12/13/10 | Audit Experienced Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 12/14/10 | Audit Experienced Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 12/15/10 | Audit Experienced Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 12/16/10 | Audit Experienced Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 12/17/10 | Audit Experienced Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 12/20/10 | Audit Experienced Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 12/21/10 | Audit Experienced Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 12/22/10 | Audit Experienced Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | 12/23/10 | Audit Experienced Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| Jamie Kunkel | 11/29/10 | Audit Associate | $ | 16.80 | 33.6 miles everyday in excess of normal commute * .5 = $16.80 |
| | 11/30/10 | Audit Associate | $ | 16.80 | 33.6 miles everyday in excess of normal commute * .5 = $16.80 |
| | 12/1/10 | Audit Associate | $ | 16.80 | 33.6 miles everyday in excess of normal commute * .5 = $16.80 |
| | 12/2/10 | Audit Associate | $ | 16.80 | 33.6 miles everyday in excess of normal commute * .5 = $16.80 |
| | 12/3/10 | Audit Associate | $ | 16.80 | 33.6 miles everyday in excess of normal commute * .5 = $16.80 |
| | 12/6/10 | Audit Associate | $ | 16.80 | 33.6 miles everyday in excess of normal commute * .5 = $16.80 |
| | 12/7/10 | Audit Associate | $ | 16.80 | 33.6 miles everyday in excess of normal commute * .5 = $16.80 |
| | 12/8/10 | Audit Associate | $ | 40.32 | Taxi to airport for inventory in Nashville |
| | 12/9/10 | Audit Associate | $ | 6.68 | Breakfast for self Thursday morning at Aloft Hotel before inventory |
| | 12/8/10 | Audit Associate | $ | 28.54 | Travel dinner for self on way to inventory in Nashville, TN |
| | 12/9/10 | Audit Associate | $ | 7.52 | Dinner Thursday night for self during inventory |
| | 12/10/10 | Audit Associate | $ | 150.29 | Rental car while in Nashville for inventory |
| | 12/10/10 | Audit Associate | $ | 16.00 | Lunch on Friday for self prior to inventory in Nashville |
| | 12/10/10 | Audit Associate | $ | 4.00 | Metro from airport for inventory back to my house in DC |
| | 12/10/10 | Audit Associate | $ | 216.00 | Hotel during stay in Nashville, TN for inventory (2 nights) at Aloft hotels @$108/night |
| | 12/10/10 | Audit Associate | $ | 39.60 | Taxes for hotel stay in Nashville, TN for inventory (2 nights) |
| | 12/22/10 | Audit Associate | $ | 20.77 | Cost to mail confirmations |
| | 12/13/2010 | Audit Associate | $ | 16.80 | 33.6 miles everyday in excess of normal commute * .5 = $16.80 |
| | 12/14/2010 | Audit Associate | $ | 16.80 | 33.6 miles everyday in excess of normal commute * .5 = $16.80 |
| | 12/15/2010 | Audit Associate | $ | 16.80 | 33.6 miles everyday in excess of normal commute * .5 = $16.80 |
| | 12/16/2010 | Audit Associate | $ | 16.80 | 33.6 miles everyday in excess of normal commute * .5 = $16.80 |
| | 12/17/2010 | Audit Associate | $ | 16.80 | 33.6 miles everyday in excess of normal commute * .5 = $16.80 |
| | 12/20/2010 | Audit Associate | $ | 16.80 | 33.6 miles everyday in excess of normal commute * .5 = $16.80 |
| | 12/21/2010 | Audit Associate | $ | 16.80 | 33.6 miles everyday in excess of normal commute * .5 = $16.80 |
| | 12/22/2010 | Audit Associate | $ | 16.80 | 33.6 miles everyday in excess of normal commute * .5 = $16.80 |
| Delitza Morales | 12/1/10 | Audit Associate | $ | 35.00 | Mileage to and from Inventory site 70 miles round trip |
| | 12/1/10 | Audit Associate | $ | 2.00 | Tolls incurred on travel to inventory site |
| Christopher Campbell | 12/18/11 | Audit Senior Associate | $ | 51.48 | Overnight package with letters for bankruptcy court |

| Melanie Schwartz | 12/15/10 | Audit Associate | $ | 7.19 | Postage for mailing bankruptcy reporting to Court |

**Summary**

| | Total |
|---|---|
| $ | 4,104.45 |