# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| W. R. GRACE & CO., *et al.*, | ) Case No. 01-01139 (JKF) ) |
| Debtors. | ) (Jointly Administered) ) |
| | ) Re: Docket Nos.: _____ ) |

## ORDER CLARIFYING JANUARY 31 RULINGS

Upon the Plan Proponents' Motion for Clarification of Confirmation Order (the "Motion"), and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and upon consideration of the Motion; and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this court pursuant to 28 U.S.C. § § 1408 and 1409; and notice of the Motion having been appropriate under the circumstances, and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED:

1. The Motion is granted to the extent set forth herein.

2. On January 31, 2011, the Court entered an order confirming the Plan.

3. On January 31, 2011, the Court made findings of fact and conclusions of law, including pursuant to sections 1129 and 524(g) of the Bankruptcy Code, and overruled all objections to the Plan.

4. On January 31, 2011, the Court recommended to the District Court that it enter a proposed order provided by the Court and attached to the Confirmation Order, thereby

2

complying with the requirement of section 524(g)(3)(A) of the Bankruptcy Code that the District Court issue or affirm the Confirmation Order.

5. Any objections to the January 31 Rulings filed pursuant to Bankruptcy Rule 9033 will be stricken *sua sponte* by this Court.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon entry of the Order.

7. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Date: _____, 2011       _____
Wilmington, Delaware                United States Bankruptcy Judge