**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| IN RE: | |
|---|---|
| ACandS, Inc. | Case No.: 02-12687 – D.I. 3651, 3652 |
| Armstrong World Industries, Inc. | Case No.: 00-4471 – D.I. 10712, 10713 |
| Combustion Engineering, Inc. | Case No.: 03-10495 – D.I. 3392, 3393 |
| The Flintkote Company | Case No.: 04-11300 – D.I. 5672, 5674 |
| Kaiser Aluminum Corp. | Case No.: 02-10429 – D.I. 10029, 10030 |
| Owens Corning | Case No.: 00-3837 – D.I. 20970, 20971 |
| US Mineral Products Company | Case No.: 01-2471 – D.I. 3890, 3891 |
| USG Corp. | Case No.: 01-2094 – D.I. 12610, 12611 |
| W.R. Grace & Co. | Case No.: 01-1139 – D.I. 26216, 26222 |
| Debtors. | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on February 9, 2011, copies of the following pleadings docketed in the above-captioned proceedings, were served, in the manner indicated, upon the parties identified on the service list attached hereto:

(i) Order Granting Motion Of Garlock Sealing Technologies LLC For Leave To File A Reply In Support Of Motion For Orders Authorizing Access To 2019 Statements Filed In This Court And For Related Relief (Entered 2/7/11); and

(ii) Reply Of Garlock Sealing Technologies LLC In Support Of Motion For Orders Authorizing Access To 2019 Statements Filed In This Court And For Related Relief (Filed 2/9/11).

Dated: February 10, 2011      MORRIS, NICHOLS, ARSHT & TUNNELL LP

By /s/Matthew B. Harvey
Gregory W. Werkheiser
DE Bar No. 3553
Matthew B. Harvey
DE Bar No. 5186

1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Tel: 302-658-9200
Fax: 302-658-3989

*Co-Counsel for Garlock Sealing Technologies, LLC*

4082552.1