## SERVICE LIST

**VIA HAND DELIVERY**

Richard L. Schepacarter, Esq.
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
J. Caleb Boggs Federal Building
Wilmington, DE  19801

Daniel K. Hogan, Esq.
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE  19806

Mark Minuti
Saul Ewing LLP
222 Delaware Avenue
Suite 1200
Wilmington, DE  19801

Natalie D. Ramsey
Laurie A. Krepto
Montgomery McCracken Walker & Rhoads LLP
1105 North Market Street
Suite 1500
Wilmington, DE  19801

Maria R. Eskin, Esq.
Mark T. Hurford, Esq.
Campbell & Levine LLC
800 North King Street
Suite 300
Wilmington, DE  19801

**VIA FIRST CLASS U.S. MAIL**

Peter J. Ashcroft, Esq.
Bernstein Law Firm, PC
Suite 220 Gulf Tower
Pittsburgh, PA  15219

Sander L. Esserman, Esq.
David A. Klinger, Esq.
David J. Parsons, Esq.
Cliff I. Taylor, Esq.
Stutzman, Bromberg, Esserman & Flifka
2323 Bryan Street
Suite 2200
Dallas, TX  75201

Adam H. Isenberg
Saul Ewing LLP
1500 Market Street
38th Floor
Center Square West
Philadelphia, PA  19102

Natalie D. Ramsey
Laurie A. Krepto
Ellen C. Brotman
Montgomery McCracken Walker & Rhoads LLP
123 S. Broad Street
Avenue of the Arts
Philadelphia, PA  19109

Joseph F. Rice
John Baden
Motley Rice LLC
28 Bridge Boulevard
Mt. Pleasant, SC  29464

James J. Restivo, Jr., Esq.
Douglas E. Cameron, Esq.
David Ziegler, Esq.
Andrew J. Muha, Esq.
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA  15222-2716

Office of the United States Trustee
U.S. Trustee
1001 Liberty Avenue
Suite 970
Liberty Center
Pittsburgh, PA  15222

Philip B. Milch, Esq.
David B. Salzman, Esq.
Campbell & Levine LLC
1700 Grant Building
Pittsburgh, PA  15219

Peter Van N. Lockwood, Esq.
Trevor W. Swett, Esq.
Kevin C. Maclay, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Suite 1100
Washington, DC  20005

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue
35th Floor
New York, NY  10152-3500

Doc# 4076368v1