# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Document No. _____ |
| | ) | |
| | ) | Relates to Document Nos. 26154, 26155 |
| _____ | ) | |

## ORDER

This \_\_\_\_\_ day of February, 2011, upon consideration of the Precautionary Motion for Extension of Time to File Objections to or Appeal From Memorandum Opinion and Recommended Findings of Fact and Conclusions of Law of Bankruptcy Judge, it is hereby ORDERED that said motion is <u>GRANTED</u> and the time to file objections to or appeal from the Memorandum Opinion and Recommended Findings of Fact and Conclusions of Law of Bankruptcy Judge is extended to February 28, 2011.

BY THE COURT

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Court

BANK_FIN:400531-1 024798-139290