**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., et al., | : | Case No. 01-1139 (JKF) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Related Docket No. 26238 |

**ORDER SHORTENING NOTICE WITH RESPECT TO PRECAUTIONARY MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO OR APPEAL FROM MEMORANDUM OPINION AND RECOMMENDED FINDINGS OF FACT AND CONCLUSIONS OF LAW OF BANKRUPTCY JUDGE**

AND NOW, this _____ day of February, 2011, upon consideration of the Motion for an Order Shortening Notice With Respect to Precautionary Motion for Extension of Time to File Objections to or Appeal From Memorandum Opinion and Recommended Findings of Fact and Conclusions of Law of Bankruptcy Judge (the "Motion to Shorten"), the Court HEREBY ORDERS THAT

1. The Motion to Shorten is **GRANTED** and Movants are granted leave from this Court's case management order and the local rules.

2. The Precautionary Motion for Extension of Time to File Objections to or Appeal From Memorandum Opinion and Recommended Findings of Fact and Conclusions of Law of Bankruptcy Judge filed on February 10, 2011 at Docket No. 26238 shall be heard on February ___, 2011 at _____ a.m./p.m.

3. Objections to the Precautionary Motion for Extension of Time to File Objections to or Appeal From Memorandum Opinion and Recommended Findings of Fact and Conclusions of Law of Bankruptcy Judge shall be filed and served on counsel for Movants by February ___, 2011 at _____ a.m./p.m.

Date: _____

                                                    Honorable Judith K. Fitzgerald
                                                    United States Bankruptcy Court