IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., et al., | : | Case No. 01-1139 (JKF) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Related Docket No. 26238 and 26239 |

**ORDER SHORTENING NOTICE WITH RESPECT TO PRECAUTIONARY MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO OR APPEAL FROM MEMORANDUM OPINION AND RECOMMENDED FINDINGS OF FACT AND CONCLUSIONS OF LAW OF BANKRUPTCY JUDGE**

AND NOW, this __10th__ day of February, 2011, upon consideration of the Motion for an Order Shortening Notice With Respect to Precautionary Motion for Extension of Time to File Objections to or Appeal From Memorandum Opinion and Recommended Findings of Fact and Conclusions of Law of Bankruptcy Judge (the "Motion to Shorten"), the Court HEREBY ORDERS THAT

1. The Motion to Shorten is **GRANTED** and Movants are granted leave from this Court's case management order and the local rules.

2. The Precautionary Motion for Extension of Time to File Objections to or Appeal From Memorandum Opinion and Recommended Findings of Fact and Conclusions of Law of Bankruptcy Judge filed on February 10, 2011 at Docket No. 26238 shall be heard on February __14__, 2011 at __9:00__ a.m./~~p.m.~~

3. Objections to the Precautionary Motion for Extension of Time to File Objections to or Appeal From Memorandum Opinion and Recommended Findings of Fact and Conclusions of Law of Bankruptcy Judge shall be filed and served ~~on counsel for Movants by February ___, 2011 at _____ a.m./p.m.~~ no later than noon on SATURDAY, February 12, 2011, and shall be emailed to jkf@pawb.uscourts.gov and Sherry_Stiles@deb.uscourts.gov

Date: Feb. 10, 2011

_Judith K. Fitzgerald_
Honorable Judith K. Fitzgerald
United States Bankruptcy Court

BANK_FIN:400538-1 024798-139290