# Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

---

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


February 08, 2011

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #10242


Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 10/1/2010 | JAW | detailed review of PwC April 2010 fee application (3.00); prepare summary of same (1.50) | 4.50 | 686.25 |
|  | AL | Draft email to Towers Watson requesting editable electronic copies for their July and August fee applications (.1); receive, review and respond to email from Towers' re same (.1) | 0.20 | 9.00 |
|  | AL | Update database with Alan Rich's September e-detail (.1), Kramer's August fee detail (.2); K&E's August fee application (hard copy) (.2) | 0.50 | 22.50 |
|  | JAW | detailed review of Kirkland & Ellis' June 2010 fee application (2.20) | 2.20 | 335.50 |
|  | JAW | detailed review of Kirkland & Ellis' May 2010 fee application (2.10); prepare summary of same (0.20) | 2.30 | 350.75 |
| 10/4/2010 | JAW | detailed review of Kirkland & Ellis' July 2010 fee application (2.00) | 2.00 | 305.00 |
|  | JAW | detailed review of Janet S. Baer July 2010 fee application (1.40); prepare summary of same (0.10) | 1.50 | 228.75 |
|  | JAW | Draft summary of Kirkland & Ellis' June 2010 fee application (0.40) | 0.40 | 61.00 |
|  | MW | Draft monthly application for compensation of WHSA for September (1.6); preliminary review of same (.4); send same to J. Wehrmann for review (.1); revise per J. Wehrmann's comments (.2); finalize for court filing and send to A. Lopez for service (.2). | 2.50 | 350.00 |
|  | AL | Update database with Toer's July (.1) and August (.1) electronic detail; Kramer's August fee application (hard copy) (.2); Capstone's July fee application (hard copy) (.2);  Baker's January - March Interim fee application (hard copy) (.2);  Baker's April - June fee application (hard copy) (.2); Baker's October through December fee application (hard copy) (.2); Bilzin's August fee application (hard copy) (.2); Ferry's August fee application (hard copy) (.2); Reed's August fee application (hard copy) (.2); Pachulski's June | 2.30 | 103.50 |

---

214 698-3868

|            |     |                                                                                                                                                                                                                                  | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
|            |     | electronic detail (.1); AKO's August electronic detail (.1); C&L's August electronic detail (.1); C&D's August electronic detail (.1); Charter Oak's August electronic detail (.1)                                                |       |        |
| 10/5/2010  | AL  | Update database with K&E's April (.1) May (.2) June (.1) and July (.2) electronic detail; Casner's August electronic detail (pdf only) (.1); receive and review email from K&E re same (.1).                                     | 0.80  | 36.00  |
|            | JAW | Proofread September 2010 fee application of WHSmith (0.40); e-mail to M. White regarding revisions needed to same (0.10)                                                                                                         | 0.50  | 76.25  |
|            | JAW | Draft summary of Kirkland & Ellis' July 2010 fee applicaton (0.20)                                                                                                                                                               | 0.20  | 30.50  |
| 10/6/2010  | AL  | Electronic filing with court of WHSA's September fee application (.4); send same for service (.2)                                                                                                                                | 0.60  | 27.00  |
| 10/7/2010  | JAW | detailed review of Janet S. Bear August 2010 fee application (1.40); draft summary of same (0.10)                                                                                                                                | 1.50  | 228.75 |
|            | AL  | Update database with Caplin's August fee application (hard copy) (.2); Charter's August fee application (hard copy) (.2); C&L's August fee application (hard copy) (.2); AKO's August fee application (hard copy) (.2)           | 0.80  | 36.00  |
| 10/8/2010  | MW  | detailed review of Baker Donelson's monthly fee applications for December (1.0), January (.9), February (1.0) and March (.8).                                                                                                    | 3.70  | 518.00 |
|            | JAW | detailed review of Kirkland & Ellis' August 2010 fee application (2.00); draft summary of same (0.10)                                                                                                                            | 2.10  | 320.25 |
|            | JAW | detailed review of Anderson Kill & Olick August 2010 fee application (1.40); draft summary of same (0.10)                                                                                                                        | 1.50  | 228.75 |
| 10/9/2010  | MW  | detailed review of Baker Donelson's monthly fee applications for April (1.1), May (1.0), June (.9), July (.9) and August (1.0); draft email to B. Ruhlander re same (.1).                                                        | 5.00  | 700.00 |
| 10/11/2010 | MW  | Review all 37th interim fee applications to obtain category spreadsheets (1.9); research PACER for applications submitted without category spreadsheets (.8); begin updating category spreadsheet (.3).                          | 3.00  | 420.00 |
|            | AL  | Update database with C&L's August fee application (hard copy) (.2); Pitney's August fee application (hard copy) (.2); Charter's August fee application (hard copy) (.2); C&D's August fee application (hard copy) (.2)           | 0.80  | 36.00  |
| 10/12/2010 | AL  | Update database with HRO's October through December Interim fee application (hard copy)                                                                                                                                          | 0.20  | 9.00   |
| 10/13/2010 | WHS | Receive and review agenda                                                                                                                                                                                                        | 0.10  | 29.50  |
|            | BSR | research docket for case status                                                                                                                                                                                                  | 0.20  | 53.00  |

W.R. Grace & Co. Page 3

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 10/13/2010 | AL | Receive and review email from Ogilvy re August fee application (.1); Update database with Ogilvy's August electronic detail (.1). | 0.20 | 9.00 |
| 10/14/2010 | AL | Assist M. White with 37th interim category spreadsheet | 1.70 | 76.50 |
| | MW | Continue drafting 37th interim category spreadsheet for 32 applicants (4.0); confer with A. Lopez re assistance with same (.1). | 4.10 | 574.00 |
| | AL | Update database with Ogilvy's fee application (hard copy) | 0.20 | 9.00 |
| 10/15/2010 | AL | Update database with HRO's January fee application (electronic pdf only) (.1); draft email to HRO re editable January electronic detail (.1); receive, review and respond to email from HRO's re same (.1) | 0.30 | 13.50 |
| 10/18/2010 | AL | Office conference with B. Ruhlander re 36th interim fee application for all clients | 0.30 | 13.50 |
| | AL | Update database with HRO's January fee application (hard copy) | 0.20 | 9.00 |
| 10/19/2010 | AL | Receive and review email from PWC re August electronic detail (.1); update database with PWC's August electronic detail (pdf version only) (.1); draft email to PWC requesting editable August electronic detail (.1); update database with PWC's editable August electronic detail (.2)  Receive and review email from Woodcock Washburn re August electronic detail (.1); update database with Woodcock's August electronic detail (pdf version only) (.1); draft email to Woodcock requesting editable July and August electronic detail (.1); update database with Woodcock's August fee application (hard copy) (.2); update database with K&E's August electronic detail (.1); receive and review email from B. Ruhlander re K&E's August electronic detail (.1) | 1.20 | 54.00 |
| 10/20/2010 | AL | Update database with Kay Scholer's September fee application (electronic pdf version only) (.1); draft email to Kay Scholer requesting editable electronic detail for the months of July, August and September (.1); telephone conference with Kay Scholer re same (.1); receive, review and respond to email from Kay Scholer re editable electronic detail (.1) | 0.40 | 18.00 |
| | BSR | Receive and review K&E's electronic detail for Amended August 2010 monthly fee application and forward same to Anthony Lopez and James Wehrmann | 0.10 | 26.50 |
| 10/22/2010 | AL | Update database with Kay Scholer's September fee application (hard copy) (.2); update database with HRO's full January electronic detail (.1); receive review and respond to email from Scholer re July - September electronic detail (.1); update database with Scholer's July (.1) August (.2) and September (.1) electronic detail | 0.80 | 36.00 |
| | AL | Research PACER for objections to September fee application (.4); Draft CNO for WHSA's September fee application (.5) | 0.90 | 40.50 |
| | MW | Receive and review 37th interim fee application of Steptoe & Johnson (1.8); revise category spreadsheet re same (.6); email B. Ruhlander re same (.1) | 2.50 | 350.00 |

W.R. Grace & Co. Page 4

| | | Hours | Amount |
|---|---|---:|---:|
| 10/25/2010 AL | Update database with Beveridge's April through June fee application (hard copy) (.2); PWC's August fee application (hard copy) (.2); HRO's February electronic detail (.1) | 0.50 | 22.50 |
| 10/26/2010 BSR | Receive and review fee and expense summaries for Janet Baer's 37th interim fee application (.1), Baker Donelson's 35th, 36th and 37th interim fee applications (.1), Beveridge & Diamond's 37th interim fee application (.1), Bilzin Sumberg's 37th interim fee application (.1), and Campbell & Levine's 37th interim fee application (.1) | 0.50 | 132.50 |
| BSR | Receive and review fee and expense summary for Caplin & Drysdale's 37th interim fee application and research air fare charge | 0.20 | 53.00 |
| BSR | Receive and review fee and expense summary for David Austern (37th) | 0.10 | 26.50 |
| BSR | Receive and review fee and expense summaries for Casner (.1), Charter Oak (.1), and Day Pitney (.1) | 0.30 | 79.50 |
| BSR | Receive and review fee and expense summaries for Ferry Joseph (.1), LAS (.1), Nelson Mullins (.1), Ogilvy Renault (.1), Orrick (.1), Pachulski (.1) and Stroock (.2) for the 37th interim period | 0.80 | 212.00 |
| BSR | detailed review of Blackstone's 37th interim fee application and monthly fee applications | 0.30 | 79.50 |
| BSR | Receive and review fee and expense summary for AKO (37th) | 0.10 | 26.50 |
| BSR | Draft initial report re Blackstone's interim fee application for the 37th interim period | 0.30 | 79.50 |
| AL | Update database with Steptoe's 37Q fee application (hard copy) (.2); Beveridge's August fee application (hard copy) (.2); Orrick's September pdf electronic copy (.1); Sander's 38th interim pdf electronic copy (.1) | 0.60 | 27.00 |
| 10/27/2010 BSR | detailed review of Kaye Scholer's application for January through June 2010 | 0.60 | 159.00 |
| BSR | Draft e-mail to Jamie O'Connell at Blackstone re initial report for Blackstone's 37th interim fee application | 0.10 | 26.50 |
| BSR | detailed review of Holme Roberts & Owen's 35th interim fee application and monthly fee applications | 0.20 | 53.00 |
| BSR | detailed review of Sidley's April 2010 monthly fee application and fee summary re same | 0.80 | 212.00 |
| DTW | Review and revise initial report for 33rd application of Blackstone (.1). | 0.10 | 16.50 |
| BSR | detailed review of The Hogan Firm's June 2010 monthly fee application (.3); draft email to Karen Harvey re same (.1) | 0.40 | 106.00 |

W.R. Grace & Co.                                                                                             Page     5

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 10/27/2010 | BSR | detailed review of Capstone's 37th interim fee application and monthly fee applications | 0.30 | 79.50 |
|  | AL | Electronic filing with the court of WHSA's September CNO | 0.30 | 13.50 |
|  | BSR | Receive and review retention application and order for Kaye Scholer | 0.20 | 53.00 |
|  | AL | Update database with Janet Baer's July (.1) August (.1) and September (.1) electronic detail; Baer's September fee application (hard copy) (.2); Woodcock's July (.1) and August (.1) electronic detail; Reed Smith's September electronic detail (.2); Foley Hoag's September electronic detail (version only) (.1); Kramer's September electronic detail (version only) (.1); receive and review email from Kramer re full September electronic detail (.1); update database with Kramer's full September electronic detail (.1); Stroock's September electronic detail (.1); Ferry's September electronic detail (.2) | 1.60 | 72.00 |
| 10/28/2010 | AL | Receive, review and finalize the IR of Blackstone's 37th Interim (.3); draft email to B. Ruhlander re same (.1); prepare same for service (.1); Receive, review and finalize the IR of K&E's 37th Interim (.3); draft email to B. Ruhlander re same (.1); prepare same for service (.2) | 1.10 | 49.50 |
|  | BSR | detailed review of Kirkland & Ellis' May and June 2010 monthly fee applications and 37th interim fee application, as well as fee summaries re same | 1.00 | 265.00 |
|  | BSR | Draft initial report re Kirkland & Ellis' 37th interim fee application | 0.90 | 238.50 |
|  | BSR | detailed review of Kramer Levin's 37th interim fee application and monthly fee applications, as well as fee summaries re same | 0.10 | 26.50 |
|  | BSR | detailed review of Lauzon Belanger's 37th interim fee application and monthly fee applications | 0.60 | 159.00 |
|  | BSR | detailed review of Scarfone Hawkins' 37th interim fee application and monthly fee applications (.7); draft email to Daniel Hogan re same (.3) | 1.00 | 265.00 |
|  | BSR | detailed review of The Hogan Firm's 37th interim fee application and monthly fee applications | 0.70 | 185.50 |
|  | DTW | Review and revise 37th quarter initial reports for Kaye Scholer and K&E (.1). | 0.10 | 16.50 |
| 10/29/2010 | BSR | detailed review of November 2009 through May 2010 monthly fee applications (.4); research docket for quarterly application (.2); draft email to Tony Scoles at Deloitte Tax re quarterly application and fee discrepancy in May 2010 monthly fee application (.2) | 0.80 | 212.00 |
|  | BSR | detailed review of PwC's April 2010 monthly fee application and fee summary re same (.3); begin review of May and June 2010 monthly fee applications (.2); draft email to Yaprak Soysal requesting revised Exhibit A to May and June 2010 monthly fee applications (.1) | 0.60 | 159.00 |

W.R. Grace & Co. Page 6

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/29/2010 | BSR | detailed review of Foley Hoag's 37th interim fee application and monthly fee applications | 0.50 | 132.50 |
| | BSR | detailed review of Lincoln Partners' April and May 2010 monthly fee application (.1); check to see if June and quarterly applications have been filed (.1) | 0.20 | 53.00 |
| | BSR | detailed review of Steptoe's May and June 2010 monthly fee application (.1); research server for April 2010 monthly fee application (.1) | 0.20 | 53.00 |
| | BSR | detailed review of Woodcock Washburn's 37th interim fee application and monthly fee applications (.2); draft email to Gary Levin re same (.1) | 0.30 | 79.50 |
| | BSR | detailed review of Towers Watson's May and June 2010 monthly fee applications (.1); research server to determine if April 2010 monthly fee application was filed (.1) | 0.20 | 53.00 |
| | BSR | research server for applications not yet received (37th) | 0.30 | 79.50 |
| | AL | Update database with Stroock's September fee application (hard copy) (.2); Foley Hoag's September fee application (hard copy) (.2); Kramer's September fee application (hard copy) (.2); receive and review multiple emails from K. Harvey regarding Canadian Zai Counsel's fee applications for September (.2); update database with electronic fee detail for Lauzon September (.1), Hogan Firm September (.2) and Scarfone September (.2); update database with hard copy fee application of Holme February (.1); update database with 21st interim fee application of Beveridge & Diamond (.2) | 1.60 | 72.00 |
| 11/1/2010 | BSR | detailed review of PwC Control Optimization application for April-May 2010 (.2); email to Kathleen Miller re same (.1) | 0.30 | 79.50 |
| | BSR | detailed review of PwC's May (.2) and June (.2) monthly fee applications; same re PWC's quarterly fee application (.4) | 0.80 | 212.00 |
| | AL | Update database with AKO's September fee application (hard copy) (.2) | 0.20 | 9.00 |
| | AL | Receive, review and respond to email from B. Ruhlander re PWC (COP) March fee application (.1); Research re same (.3) | 0.40 | 18.00 |
| 11/2/2010 | AL | Update database with Hogan's September fee application (hard copy) (.2); Lauzon's September fee application (hard copy) (.2); Scarfone's September fee application (hard copy) (.2); Pachulski's July fee application (hard copy) (.2); receive and review email from B. Ruhlander re PWC's Complete time detail for the months of May and June (.1); update database with same (.2); Ogilvy's September electronic detail (.1); Alan Rich's October electronic detail (.1); C&L's September fee application (hard copy) (.2); Charter Oak's September fee application (hard copy) (.2); Caplin's September fee application (hard copy) (.2); Reed's September fee application (hard copy) (.2); Ferry's September fee application (hard copy) (.2) | 2.30 | 103.50 |

W.R. Grace & Co.                                                                                                                                         Page     7

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                         | Hours | Amount |
|------------|-----|---|---|---|
| 11/3/2010  | JAW | detailed review of PwC August 2010 fee application (2.30); draft summary of same (1.20) | 3.50 | 533.75 |
|            | AL  | Update database with Ogilvy's 38th quarterly fee application (electronic pdf only) (.1); HRO's March electronic detail (.1) | 0.20 | 9.00 |
|            | JAW | detailed review of Casner & Edwards August 2010 fee application (0.10); draft summary of same (0.10) | 0.20 | 30.50 |
|            | JAW | detailed review of Janet S. Baer September 2010 fee application (1.10); draft summary of same (0.10) | 1.20 | 183.00 |
| 11/4/2010  | JAW | Proofread W.H. Smith's October 2010 fee application and fee statement (0.30); e-mail to M. White regarding any revisions to same (0.10) | 0.40 | 61.00 |
|            | AL  | Update database with Steptoe's August (.1) and September (.1) electronic versions; K&E's September electronic detail (.1); Septoe's August (.2) and September (.2) fee applications (hard copies); K&E's September fee application (hard copy) (.2); Bilzin's September electronic detail (.1) | 1.00 | 45.00 |
|            | AL  | Draft assist M. White in WHSA's 38th interim fee chart. | 0.70 | 31.50 |
| 11/5/2010  | AL  | Electronic filing with the court of WHSA's October fee application (.3); update database with same (.2); prepare same for service (.1) | 0.60 | 27.00 |
|            | WHS | Receive and review agenda | 0.10 | 29.50 |
|            | MW  | Draft monthly application for compensation of WHSA for October (1.6); preliminary review of same (.3); send same to J. Wehrmann for review (.1); revise per J. Wehrmann's comments (.2); finalize for court filing and send to A. Lopez for service (.2). | 2.40 | 336.00 |
|            | JAW | Proofread W.H. Smith's Thirty-Eigth Interim Fee Application (July 1, 2010 to Septemebr 30, 2010) and fee statement (0.30); email to M. White regarding any revisions needed to same (0.20) | 0.50 | 76.25 |
| 11/6/2010  | MW  | Draft 38th interim fee application for compensation for July 2010 - September 2010 including detailed review of fees and expenses for interim period (3.9); preliminary review of same (.4); send same to J. Wehrmann for final review (.1); revise per J. Wehrmann's comments (.4); finalize same for court filing (.2) and send to A. Lopez for service (.1). | 5.10 | 714.00 |
| 11/8/2010  | AL  | Update database with Deloitte Tax June (.2) July (.2) and August (.2) fee application (hard copies); Bilzin's September fee application (hard copy) (.2); Ogilvy's July - September fee application (hard copy) (.2); HRO's March fee application (hard copy) (.2);Woodcock's Amended 37Q fee application (hard copy) (.2); Lincoln's 37Q electronic detail (.1); Tower's 37Q electronic detail (.1); Orrick's 37Q electronic detail  (.1);Tower's September electronic detail (.1); Woodcock's September electronic detail (.2) | 2.00 | 90.00 |

W.R. Grace & Co.                                                                                                                           Page     8

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 11/8/2010 | AL | Finalize WHSA's interim fee application for electronic filing (.2); electronic filing with the court of WHSA's Interim fee application (.4); update database with same (.1); prepare fee application for service (.1). | 0.80 | 36.00 |
| 11/9/2010 | AL | Update database with BMC's April (.1) May (.1) and June (.2) electronic detail, BMC's April (.2) May (.1) and June (.2) hard copy fee applications, Lincoln's 37Q fee application (hard copy) (.2), Orrick's 37Q fee application (hard copy) (.2) andTower's 37Q fee application (hard copy) (.2) | 1.50 | 67.50 |
|  | JAW | detailed review of Anderson Kill September 2010 fee application (1.60); draft summary of same (0.20) | 1.80 | 274.50 |
| 11/10/2010 | AL | Update database with Proviti's November expense detail (.1); Pitney's September fee application (electronic) (.1); BMC's 37Q fee application (hard copy) (.2) | 0.40 | 18.00 |
| 11/11/2010 | AL | Update database with Pitney's September fee application (hard copy) (.2); Proviti's November fee application (hard copy) (.2); Saul Ewing's September electronic detail (.1) | 0.50 | 22.50 |
|  | MW | detailed review of Anderson Kill's September fee application for expense issuses (.9); draft summary re same (.5). | 1.40 | 196.00 |
| 11/12/2010 | BSR | detailed review of Steptoe's 37th interim fee application | 0.10 | 26.50 |
|  | BSR | detailed review of Towers Watson's 37th interim fee application and monthly fee applications | 0.30 | 79.50 |
|  | MW | detailed review of Janet Baer's September expenses (.9); draft summary re same (.5); detailed review of PWC's August expenses (1.2); draft summary re same (.8). | 3.40 | 476.00 |
|  | BSR | detailed review of Alan Rich's 37th interim fee application and monthly fee applications | 0.40 | 106.00 |
|  | BSR | detailed review of Alexander Sanders' 37th interim fee application and monthly fee applications | 0.40 | 106.00 |
|  | BSR | Draft e-mail to Lincoln Partners with expense question pertaining to June 2010 monthly fee application | 0.20 | 53.00 |
|  | BSR | detailed review of Lincoln Partners' 37th interim fee application and June 2010 monthly fee application | 0.70 | 185.50 |
|  | BSR | detailed review of Orrick's 37th interim fee application and monthly fee applications and fee summaries (.5); detailed review of expense spreadsheet provided by Orrick (.3) | 0.80 | 212.00 |
|  | AL | Update database with Foley Hoag's 38th interim electronic detail (.2); Ewing's September fee application (hard copy) (.2); Judge Sander's 38th interim electronic detail (.1) | 0.50 | 22.50 |

W.R. Grace & Co. Page 9

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 11/13/2010 | BSR | receive, review and respond to email from Alan Rich re 37th interim fee request | 0.10 | 26.50 |
| 11/15/2010 | MW | detailed review of Foley Hoag's July-September application (1.9); update category spreadsheet for 38th interim (.6). | 2.50 | 350.00 |
| | AL | Update database with Ferry's 38Q fee application (electronic) (.1); Kay Scholer's October electronic detail (.1); Beveridge's September electronic detail (.1). | 0.30 | 13.50 |
| 11/16/2010 | BSR | detailed review of Fragomen's invoices from Oct. 2008 through June 2010 (1.0); left voicemail message with Scott Bettridge of Fragomen re same (.1) | 1.10 | 291.50 |
| | BSR | Receive and review response of Lincoln Partners to our inquiry re 37th interim application | 0.10 | 26.50 |
| | AL | Update database with AKO's September (.1) and 38Q e-detail (.1) ; C&L's 38Q electronic detail (.1); C&D's 38Q electronic detail (.1); Charter Oaks' September (.1) and 38Q e-detail(.1); PWC's September electronic detail (.1); Reed's 38th Interim fee application (hard copy) (.2); Kaye Scholer's October fee application (hard copy) (.2); Beveridge's September fee application (hard copy) (.2); Hogan's July through September interim electronic detail (.1); Scarfone Hawkin's 38th interim electronic detail and exhibits (.2); Lauzon's 38th interim electronic detail and exhibits (.2); PWC's 38th interim electronic detail (.1) | 1.90 | 85.50 |
| 11/17/2010 | JAW | detailed review of Kirkland Ellis' September 2010 fee application (3.00); draft summary of same (0.20) | 3.20 | 488.00 |
| | BSR | research docket for Deloitte Tax's quarterly application for the 37th interim period; email Tony Scoles re same | 0.10 | 26.50 |
| | BSR | Receive and review Orrick's response to our request for additional expense information (37Q) | 0.10 | 26.50 |
| | BSR | Receive and review response of Kaye Scholer to initial report (37Q) | 0.30 | 79.50 |
| | BSR | Receive and review email from Tony Scoles re Deloitte's June 2010 monthly fee application | 0.10 | 26.50 |
| | BSR | Draft final report re Kirkland & Ellis for the 37th interim period | 0.70 | 185.50 |
| | BSR | research responses received to initial reports to date | 0.50 | 132.50 |
| | MW | Begin drafting Category Spreadsheet for the 38th interim (2.0) | 2.00 | 280.00 |
| | BSR | research Blackstone's response to follow-up inquiry. | 0.10 | 26.50 |
| | BSR | Receive and review emails from various applicants concerning 38th interim fee applications; forward to Anthony Lopez. | 0.10 | 26.50 |

W.R. Grace & Co.                      Page 10

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 11/17/2010 | BSR | Draft final report re Scarfone Hawkins for the 37th interim period | 0.50 | 132.50 |
| | AL | Receive and review email from W. Smith re K&E's 37Q FR (.1); finalize same for electronic filing (.3); electronic filing with the court of K&E's 37Q FR (.3); update database with filed version (.1); prepare same for service (.1); Receive and review email from W. Smith re Scarfone's 37Q FR (.1); finalize same for electronic filing (.3); electronic filing with the court of Scarfone's 37Q FR (.2); update database with filed version (.1); prepare same for service (.1) | 1.70 | 76.50 |
| 11/18/2010 | MW | Exchange multiple emails with B. Ruhlander regarding category spreadsheet updates (.3) | 0.30 | 42.00 |
| | WHS | detailed review of FR KE 37Q 4-6.10 | 0.20 | 59.00 |
| | WHS | detailed review of FR Scarfone 37Q 4-6.10 | 0.20 | 59.00 |
| | BSR | receive, review, and respond to email from Melanie White re Capstone's project category summary | 0.10 | 26.50 |
| | BSR | Draft e-mail to K&E re final report (37Q) | 0.10 | 26.50 |
| | BSR | Draft final report re Scarfone Hawkins' application for the 37th interim period | 0.20 | 53.00 |
| | BSR | telephone conference with Scott Bettridge of Fragomen re firm's invoices | 0.10 | 26.50 |
| | AL | Receive, review and respond to email from B. Ruhlander re K&E's 37Q FR (.1); update database with same (.2); draft email to W. Smith re approval of K&E's 37Q FR (.1); Receive, review and respond to email from B. Ruhlander re Scarfone's 37Q FR (.1); update database with same (.2); draft email to W. Smith re approval of Scarfone's 37Q FR (.2); update database with K&E's 37Q IR response (.1); Deloitte Tax June electronic detail (.1); Kaye Scholer's 37Q IR response (.2); Stroock's 38Q fee application (hard copy) (.2); AKO's 38Q fee application (hard copy) (.2); Charter's 38Q fee application (hard copy) (.2); Caplin's 38Q fee application (hard copy) (.2); C&L's 38Q fee application (hard copy) (.2); Pachulski's August electronic detail (.1) | 2.40 | 108.00 |
| 11/19/2010 | BSR | Draft final report re Blackstone (37Q) | 0.60 | 159.00 |
| 11/22/2010 | AL | Update database with Blackstone's September fee detail (.1), Lauzon's interim fee application (hard copy) (.1), Scarfone's interim fee application hard copy (.1) and the Hogan Firm's hard copy interim fee application (.1); Bilzin's 38Q electronic detail (.1); Stroock's 38Q electronic detail (.1) | 0.60 | 27.00 |
| | WHS | detailed review of FR Blackstone 37Q 4-6.10 | 0.20 | 59.00 |
| 11/23/2010 | AL | Receive, review and respond to email from B. Ruhlander re Blackstone's 37Q FR (.1); update database with same (.1); draft email to W. Smith re approval of Blackstone's 37Q FR (.1); Update database with K&E's Amended September electronic detail (.2); Ewing's 38Q fee application (hard copy) (.2); Kramer's 38Q fee application (hard copy) (.2); PWC's | 1.90 | 85.50 |

W.R. Grace & Co.                                                                                                               Page    11

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| | | September fee application (hard copy) (.2); PWC's 38Q hard copy (.2); Deloitte (Tax) 38Q hard copy (.2); Bizlin's 38Q hard copy (.2); Pitney's 38Q hard copy (.2) | | |
| 11/23/2010 | AL | Receive and review email from W. Smith re Blackstone's 37Q FR (.1); update database with same (.1); electronic filing with the court of finalized version of Blackstone's 37Q FR (.3); draft email to B. Ruhlander re finalized version (.1); prepare same for service (.1) | 0.70 | 31.50 |
| | AL | Update database with Casner's September fee application (hard copy) (.2); Capstone's August (.2) and September (.2) fee applications; Casner's September electronic detail (.1) | 0.70 | 31.50 |
| | AL | Research PACER for any objections to WHSA's October fee application (.7); draft Certificate of No Objection to WHSA's October fee application (.7) | 1.40 | 63.00 |
| | AL | Receive, review and respond to email from A. Parnell re AK's Revised 3Q FR (.1); update database with same (.2); draft email to W. Smith re approval of AK's Revised 3Q FR (.1) | 0.40 | 18.00 |
| | BSR | detailed review of Deloitte Tax's June monthly and quarterly applications | 0.30 | 79.50 |
| | JAW | detailed review of Anderson Kill's July 2010 fee application (0.70) | 0.70 | 106.75 |
| 11/24/2010 | JAW | detailed review of Capstone's July 2010 fee application (0.60) | 0.60 | 91.50 |
| | JAW | detailed review of Caplin Drysdale's 38th interim fee application (07-01-10 to 09-30-10) (0.70) | 0.70 | 106.75 |
| | JAW | detailed review of Casner Edwards' July 2010 fee application (0.20) | 0.20 | 30.50 |
| | JAW | detailed review of Campbell Levine's 38th interim fee application (07-01-10 to 09-30-10) (1.00) | 1.00 | 152.50 |
| | JAW | detailed review of Beveridge Diamond's July 2010 fee application (0.40) | 0.40 | 61.00 |
| | JAW | detailed review of Beveridge Diamond's August 2010 fee application (0.10) | 0.10 | 15.25 |
| | JAW | detailed review of Beveridge Diamond's September 2010 fee application (0.40) | 0.40 | 61.00 |
| | JAW | detailed review of Bilzin Sumberg's 38th interim fee application (07-01-10 to 09-30-10) (0.30) | 0.30 | 45.75 |
| | JAW | detailed review of Casner Edwards' August 2010 fee application (0.20) | 0.20 | 30.50 |
| | JAW | detailed review of Day Pitney's July 2010 fee application (0.50) | 0.50 | 76.25 |
| | JAW | detailed review of Charter Oak's 38th interim fee application (07-01-10 to 09-30-10) (0.50) | 0.50 | 76.25 |

W.R. Grace & Co.                                                                                                                Page    12

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/25/2010 | JAW | detailed review of Day Pitney's August 2010 fee application (0.80) | 0.80 | 122.00 |
|  | JAW | detailed review of Day Pitney's September 2010 fee application (0.20) | 0.20 | 30.50 |
|  | JAW | detailed review of Foley Hoag's 38th interim fee application (07-01-10 to 09-30-10) (0.50) | 0.50 | 76.25 |
|  | JAW | detailed review of Ferry Joseph's 38th interim fee application (07-01-10 to 09-30-10) (1.00) | 1.00 | 152.50 |
|  | JAW | detailed review of Fragomen Del Rio's July 2010 and August 2010 fee applications (0.20) | 0.20 | 30.50 |
|  | JAW | detailed review of The Hogan Firm's 38th interim fee application (07-01-10 to 09-30-10) (1.20) | 1.20 | 183.00 |
|  | JAW | detailed review of Deloitte Tax August 2010 fee application (0.10) | 0.10 | 15.25 |
|  | JAW | detailed review of Deloitte Tax July 2010 fee application (0.20) | 0.20 | 30.50 |
| 11/26/2010 | JAW | detailed review of Ogilvy Renault's 38th interim fee application (07-01-10 to 09-30-10) (0.30) | 0.30 | 45.75 |
|  | JAW | detailed review of Duane Morris' July 2010 fee application (0.20) | 0.20 | 30.50 |
|  | JAW | detailed review of Lauzon Belanger's 38th interim fee application (07-01-10 to 09-30-10) (0.30) | 0.30 | 45.75 |
|  | JAW | detailed review of Kaye Scholer's 38th interim fee application (07-01-10 to 09-30-10) (1.10) | 1.10 | 167.75 |
|  | JAW | detailed review of Kramer Levin's 38th interim fee application (07-01-10 to 09-30-10) (0.20) | 0.20 | 30.50 |
| 11/28/2010 | JAW | Draft summary of Campbell Levine's 38th interim fee application (07.01-10 to 09-30-10) (0.20) | 0.20 | 30.50 |
|  | JAW | Draft summary of Beverage Diamond's 38th interim fee application (07.01-10 to 09-30-10) (0.10) | 0.30 | 45.75 |
|  | JAW | Draft summary of Anderson Kill's July 2010 fee application (0.10) | 0.10 | 15.25 |
|  | JAW | Draft summary of Bilzin's 38th interim fee application (07.01-10 to 09-30-10) (0.10) | 0.10 | 15.25 |
| 11/29/2010 | JAW | Draft summary of Deloitte Tax August 2010 fee application (0.10) | 0.10 | 15.25 |
|  | JAW | Draft summary of Deloitte Tax July 2010 fee application (0.10) | 0.10 | 15.25 |
|  | JAW | Draft summary of Pitney's September 2010 fee application (0.10) | 0.10 | 15.25 |

W.R. Grace & Co. Page 13

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 11/29/2010 | JAW | Draft summary of Pitney's August 2010 fee application (0.20) | 0.20 | 30.50 |
| | JAW | Draft summary of Pitney's July 2010 fee application (0.20) | 0.20 | 30.50 |
| | JAW | Draft summary of Charter Oaks' 38th interim fee application (07-01-10 to 09-30-10) (0.10) | 0.10 | 15.25 |
| | JAW | draft summary of Casner Edwards' July 2010 fee application (0.10) | 0.10 | 15.25 |
| | JAW | draft summary of Foley Hoag 38th interim fee application (07-01-10 to 09-30-10) (0.10) | 0.10 | 15.25 |
| | JAW | draft summary of Capstone's 38th interim fee application (07-01-10 to 09-30-10) (0.10) | 0.10 | 15.25 |
| | JAW | draft summary of Ferry Joseph 38th interim fee application (07-01-10 to 09-30-10) (0.10) | 0.10 | 15.25 |
| | JAW | draft summary of Fragoman Del Rio July 2010 and August 2010 fee applications (0.10) | 0.10 | 15.25 |
| | JAW | draft summary of The Hogan Firm 38th interim fee application (07-01-10 to 09-30-10) (0.10) | 0.10 | 15.25 |
| | JAW | draft summary of Kramer Levin 38th interim fee application (07-01-10 to 09-30-10) (0.10) | 0.10 | 15.25 |
| | JAW | draft summary of Kaye Scholer 38th interim fee application (07-01-10 to 09-30-10) (0.10) | 0.10 | 15.25 |
| | JAW | draft summary of Lauzon Belanger 38th interim fee application (07-01-10 to 09-30-10) (0.10) | 0.10 | 15.25 |
| | JAW | draft summary of Duane Morris July 2010 fee application (0.10) | 0.10 | 15.25 |
| | JAW | draft summary of Ogilvy Renault 38th interim fee application (07-01-10 to 09-30-10) (0.20) | 0.20 | 30.50 |
| | BSR | Draft exhibit to proposed fee order (37Q) | 0.30 | 79.50 |
| | AL | electronic filing with the court of WHSA's October CNO (.3) | 0.30 | 13.50 |
| | BSR | Draft omnibus final report for the 37th interim period | 4.10 | 1,086.50 |
| | BSR | telephone conference with Graham Lees of Fragomen re obtaining fee schedule pertaining to overseas fees | 0.10 | 26.50 |
| | BSR | detailed review of BMC's 37th interim fee application and monthly fee applications | 0.90 | 238.50 |

W.R. Grace & Co.                                Page   14

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 11/29/2010 | BSR | Confer with A. Lopez re quarterly application from Holme Roberts & Owen for the 36th interim period. | 0.20 | 53.00 |
| | BSR | telephone conference with Scot Bettridge at Fragomen re items listed as disbursements on firm's invoices | 0.10 | 26.50 |
| | AL | Update database with Pachulski's August fee application (hard copy) (.2); Baer's 38Q fee application (hard copy) (.2); Ferry's 38Q fee application (hard copy) (.2); Ewing's 38Q electronic detail (.1); Kramer's 38Q electronic detail (.1) | 0.80 | 36.00 |
| | AL | Receive and review email from B. Ruhlander re HRO's 36Q fee application (.1); Research PACER for filed version of HRO's 36Q fee application (.6); draft email to B. Ruhlander re same (.1) | 0.80 | 36.00 |
| | JAW | draft summary of Caplin Drysdale's 38th interim fee application (07-01-10 to 09-30-10) (0.10) | 0.10 | 15.25 |
| | JAW | detailed review of Pachulski's July 2010 fee application (0.60); draft summary of same (0.20) | 0.80 | 122.00 |
| | JAW | detailed review of Pachulski's August 2010 fee application (0.70); draft summary of same (0.10) | 0.80 | 122.00 |
| | JAW | detailed review of Reed Smith's 38th interim fee application (07-01-10 to 09-30-10) (0.50); draft summary of same (0.20) | 0.70 | 106.75 |
| | JAW | detailed review of Saul Ewing's 38th interim fee application (07-01-10 to 09-30-10) (0.70); draft summary of same (0.10) | 0.80 | 122.00 |
| | JAW | detailed review of Scarfone Hawkins' 38th interim fee application (07-01-10 to 09-30-10) (0.90); draft summary of same (0.10) | 1.00 | 152.50 |
| | JAW | detailed review of Steptoe & Johnson's July 2010 and August 2010 fee applications (0.20); draft summary of same (0.10) | 0.30 | 45.75 |
| | JAW | detailed review of Stroock's 38th interim fee application (07-01-10 to 09-30-10) (1.50); draft summary of same (0.10) | 1.60 | 244.00 |
| | JAW | detailed review of Wodcock Washburn's 38th interim fee application (07-01-10 to 09-30-10) (0.30); draft summary of same (0.10) | 0.40 | 61.00 |
| 11/30/2010 | JAW | detailed review of of Casner Edwards September 2010 fee application (0.20); draft summary of same (0.10) | 0.30 | 45.75 |
| | JAW | detailed review of of Capstone August 2010 fee application (0.60); draft summary of same (0.10) | 0.70 | 106.75 |
| | AL | Update database with Baer's October fee application (hard copy) (.2); Stroock's October fee application (hard copy) (.2); Reed's October electronic detail (.1) | 0.50 | 22.50 |

W.R. Grace & Co. Page 15

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 11/30/2010 | JAW | detailed review of of PwC September 2010 fee application (4.20); draft summary of same (1.10) | 5.30 | 808.25 |
| | BSR | telephone conference with Graham Lees of Fragomen re schedule of guideline fees to be provided | 0.10 | 26.50 |
| | BSR | telephone conference with Scott Bettridge (Fragomen) requesting expediting of schedule for overseas applications | 0.10 | 26.50 |
| | BSR | Continue drafting exhibit for proposed fee order for 37th interim period | 1.80 | 477.00 |
| | AL | Receive and review email from B. Ruhlander re 37th Interim Fee and Expense Chart (.1); Research PACER for all filed quarterly fee applications for all clients in the 37th interim (2.1); draft email to B. Ruhlander re updated 37th Interim Fee and Expense Chart (.1) | 2.30 | 103.50 |
| | JAW | detailed review of of Capstone September 2010 fee application (0.90); draft summary of same (0.10) | 1.00 | 152.50 |
| 12/1/2010 | MW | Receive and review fee exhibit for 37th interim hearing (.1); compare all totals to project category spreadsheet (1.4); exchange multiple emails with B. Ruhlander re same (.2); Begin drafting revisions to 37th interim project category spreadsheet (2.9). | 4.60 | 644.00 |
| | BSR | Draft e-mail to Melanie White re project categorys spreadsheet (.1); make revisions to same (.1) | 0.20 | 53.00 |
| | BSR | detailed review of Fragomen's October, Nov., and Dec. 2008 monthly invoices | 0.60 | 159.00 |
| | BSR | receive, review, and respond to question from Melanie White re fees of Holme, Capstone, Woodcock Washburn, and BMC in order to complete project category spreadsheet | 0.60 | 159.00 |
| | BSR | detailed review of Fragomen's 31st through 37th interim fee applications (2.5); add to fee and expense chart (.2) and omnibus final report (.5); email to Melanie White re same (.2) | 3.40 | 901.00 |
| | AL | Update database with Kaye Scholer's Amended October fee application (hard copy) (.2); Foley's October fee application (hard copy) (.2) | 0.40 | 18.00 |
| | BSR | detailed review of Fragomen's 33rd interim fee application (.2); add Fragomen 33rd interim fees and expenses to the combined no objection final report (.1), the fee and exhibit chart (.1) and email same to Melanie White for inclusion on the project category spreadsheet (.1) | 0.50 | 132.50 |
| 12/2/2010 | BSR | Left detailed telephone voicemail for Scott Bettridge of Fragomen regarding firm's 31st through 37th interim fee applications; telephone conference with Scott Bettridge re same | 0.10 | 26.50 |

W.R. Grace & Co.           Page   16

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 12/2/2010 | WHS | detailed review of, and revisions to, omnibus final report 37Q 4-6.10 | 0.30 | 88.50 |
| | AL | Update database with Capstone's 38Q fee application (.2); Kramer's October fee application (.2); Saul Ewing October fee application (.2); Bilzin's October fee application (.2) | 0.80 | 36.00 |
| | AL | Receive approved version of Omnibus' 37Q FR from W. Smith (.1); update database with same (.1); electronic filing with the court of Omnibus' 37Q FR (.3); draft email to B. Ruhlander re same (.1) | 0.60 | 27.00 |
| | MW | Continue drafting 37th interim project category spreadsheet (2.4); confer with B. Ruhlander re same (.1). | 2.50 | 350.00 |
| 12/3/2010 | AL | Update database with Casner's July summary (.1); Kramer's October electronic detail (.1); Ewing's October electronic detail (.1); Capstone's 38Q electronic detail (.1); Alan Rich's November electronic detail (.1); Judge Sander's November electronic detail (.1); K&E's October electronic detail (.1); Pachulski's July (.1) and August (.1) full electronic detail; K&E's October fee application (.2); Woodcock's 38Q fee application (.2); Casner's 38Q fee application (.2); Reed's October fee application (.2) | 1.70 | 76.50 |
| | MW | Finish drafting 37th interim project category spreadsheet for all applicants (3.0); draft emails to Jamie O'Neill and Lynzy Oberholzer re final version of same (.1); telephone conference with B. Ruhlander re same (.1). | 3.20 | 448.00 |
| | BSR | telephone conference with Melanie White re project category spreadsheet | 0.30 | 79.50 |
| 12/6/2010 | BSR | receive, review, and respond to email from Warren Smith re fee hearing set for Dec. 13 | 0.10 | 26.50 |
| | JAW | detailed review of Janet S. Baer October 2010 fee application (2.30); draft summary of same (0.20) | 2.50 | 381.25 |
| | MW | Research PACER for upcoming hearing notices (.4); draft email to B. Ruhlander re same (.1). | 0.50 | 70.00 |
| 12/7/2010 | AL | Update database with Ferry's October fee application (.2); K&E's 38Q fee application (.2); Pachulski's September fee application (.2); Ogilvy's October electronic detail (.1) | 0.70 | 31.50 |
| 12/8/2010 | JAW | Proofread W.H. Smith's November 2010 fee detail and Notice (0.40); e-mail to M. White regarding any revisions to same (0.10) | 0.50 | 76.25 |
| 12/9/2010 | AL | Begin hearing preparation for 12.13.10 hearing (1.2); Research PACER for agenda for 12.13 hearing at 9:00 a.m (CST) (.4); update database with same (.1); draft email to W. Smith, B. Ruhlander and M. White re agenda (.1) | 1.80 | 81.00 |
| | MW | Draft monthly fee application of WHS&A for November (2.0); preliminary review of same (.3); send same to J. Wehrmann for review (.1). | 2.40 | 336.00 |

W.R. Grace & Co.                                                                                                           Page    17

|            |     |                                                                                                                                                                                                                 | Hours | Amount |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 12/9/2010  | BSR | research docket for signed fee order                                                                                                                                                                            | 0.10  | 26.50  |
| 12/10/2010 | AL  | Revise and finalize monthly fee application of WHSA (.3); electronic filing with court re same (.4); prepare same for service (.2); update database with finale version (.1)                                    | 1.00  | 45.00  |
|            | AL  | Receive, and review email from B. Ruhlander re cancellation of 12.13 hearing and signed fee order (.1); update database with signed hearing fee order (.1)                                                      | 0.20  | 9.00   |
|            | AL  | Update database with Pitney's October electronic detail (.1); PWC's September CNO (.1); Day Pitney's October electronic detail (.1)                                                                             | 0.30  | 13.50  |
|            | MW  | Exchange multiple emails with B. Ruhlander re status of hearing.                                                                                                                                                | 0.20  | 28.00  |
|            | BSR | Research docket for signed fee order (.1); draft email to Jamie O'Neill and Warren Smith re same (.1)                                                                                                           | 0.20  | 53.00  |
| 12/13/2010 | AL  | Update database with Blackstone's October electronic detail                                                                                                                                                     | 0.10  | 4.50   |
| 12/14/2010 | AL  | Update database with Blackstone's October fee application (hard copy)                                                                                                                                           | 0.20  | 9.00   |
| 12/16/2010 | MW  | Office conference with B. Ruhlander and A. Lopez re spreadsheet project for all prior interim applicants (.3); begin researching PACER for docket numbers, amounts applied for, fee auditor's recommendations and final reports (3.9) | 4.20  | 588.00 |
|            | AL  | Update database with Kaye Scholer's November electronic detail (.1); Scholer November fee application (hard copy) (.2)                                                                                          | 0.30  | 13.50  |
| 12/17/2010 | AL  | Update database with Pachulski's 38Q fee application (.2)                                                                                                                                                       | 0.20  | 9.00   |
|            | MW  | Continue researching PACER for docket numbers, amounts applied for, fee auditor's recommendations and final reports for the twelfth and thirteenth interims (4.9)                                               | 4.90  | 686.00 |
| 12/20/2010 | AL  | Update database with Woodcock's November electronic detail (.1); update database with Beveridge's July through September fee application (.2)                                                                   | 0.30  | 13.50  |
|            | JAW | detailed review of Pachulski September 2010 fee application (0.70); draft summary of same (0.10)                                                                                                                | 0.80  | 122.00 |
|            | JAW | detailed review of K&E October 2010 fee application (2.60); draft summary of same (0.10)                                                                                                                        | 2.70  | 411.75 |
| 12/21/2010 | AL  | Update database with PWC's October electronic detail                                                                                                                                                            | 0.10  | 4.50   |
| 12/22/2010 | AL  | Update database with Woodcock's October fee application (.2); Beveridge's October fee application (.2); Beveridge's October electronic detail (.1)                                                              | 0.50  | 22.50  |

W.R. Grace & Co.     Page 18

| Date | TK | Description | Hours | Amount |
|---|---|---|---:|---:|
| 12/28/2010 | AL | Update database with PWC's October fee application | 0.20 | 9.00 |
| 12/29/2010 | AL | Update database with Baer's November fee application (.2); Casner's October fee application (.2); Stroock's November fee application (.2); Stroock's November electronic detail (.1); Casner's October electronic detail (.1); Baer's October electronic detail (.1); Reed's November electronic detail (.1) | 1.00 | 45.00 |
| | MW | research PACER for objections to November fee application of WHS&A in preparation for drafting CNO (.8) | 0.80 | 112.00 |
| 12/30/2010 | AL | Draft CNO re November monthly fee application of WHS&A (.4); electronic filing with Court (.3); update database re same (.1). | 0.80 | 36.00 |
| 12/31/2010 | JAW | detailed review of Anderson Kill October 2010 fee application (2.70); draft summary of same (0.10) | 2.80 | 427.00 |

**For professional services rendered**     **222.70**     **$31,256.50**

Additional Charges :

| Date | Description | Amount |
|---|---|---:|
| 10/31/2010 | Third party copies & document prep/setup. | 65.65 |
| | PACER Charges | 53.04 |
| | Copying cost | 0.40 |
| 11/30/2010 | Copying cost | 6.30 |
| | Third party copies & document prep/setup. | 199.81 |
| 12/31/2010 | Court Call for Telephonic Hearing | 30.00 |
| | Third party copies & document prep/setup. | 180.28 |
| | PACER Charges | 20.24 |

**Total additional charges**     **$555.72**

**Total amount of this bill**     **$31,812.22**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Anthony Lopez | 57.10 | 45.00 | $2,569.50 |
| Bobbi S. Ruhlander | 35.90 | 265.00 | $9,513.50 |
| Doreen Williams | 0.20 | 165.00 | $33.00 |
| James A. Wehrmann | 67.20 | 152.50 | $10,248.00 |
| Melanie White | 61.20 | 140.00 | $8,568.00 |

W.R. Grace & Co. Page 19

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Warren H Smith | 1.10 | 295.00 | $324.50 |