IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. _____ |

**ORDER GRANTING
ANDERSON MEMORIAL HOSPITAL'S
MOTION (1) TO EXTEND TIME FOR FILING
OBJECTIONS, TO EXTENT APPLICABLE; AND
(2) TO CLARIFY TIME FOR FILING NOTICE OF
APPEAL, TO EXTENT APPLICABLE, WITH RESPECT TO
MEMORANDUM OPINION AND RECOMMENDED FINDINGS
OF FACT, CONCLUSIONS OF LAW AND ORDER REGARDING
CONFIRMATION OF FIRST AMENDED PLAN OF REORGANIZATION**

Upon consideration of the above-referenced motion (the "Motion to Extend and to Clarify") filed by Anderson Memorial Hospital ("Movant"); it appearing that this Court has jurisdiction over this matter under 28 U.S.C. § 1334 and that notice of the Motion was sufficient and proper; and upon finding that there is "cause" within the meaning of Fed. R. Bank. P. 9033(c) to extend the time to file objections to this Court's *Memorandum Opinion Regarding Objections to Confirmation of First Amended Joint Plan of Reorganization and Recommended Supplemental Findings of Fact and Conclusions of Law* ("Memorandum Opinion," D.I. 26154) and *Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Joint Plan of Reorganization* ("Recommended Findings," D.I. 26155); and upon concluding that the filing of the Plan Proponents' Motion for Clarification of Confirmation Order (the "Clarification Motion", D.I. 26236) stays the time period to appeal (to the extent otherwise applicable); it is hereby ORDERED that:

1. The deadline to file objections to the Memorandum Opinion and/or the Recommended Findings is hereby extended by 21 days through and including March 7, 2011; and

2. The deadline to file any appeal from the Memorandum Opinion and/or the Recommended Findings is tolled pending this Court's disposition of the Clarification Motion.

DATED: _____, 2011

                                                Honorable Judith K. Fitzgerald
                                                United States Bankruptcy Court Judge