IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al.,[1] | Case No. 01-1139 (JKF) |
| Debtors. | Jointly Administered |
| | **Re: Docket Nos. 26238** |

**JOINDER OF THE STATE OF MONTANA TO THE PRECAUTIONARY MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO OR APPEAL FROM MEMORANDUM OPINION AND RECOMMENDED FINDINGS OF FACT AND CONCLUSIONS OF LAW OF BANKRUPTCY JUDGE**

The State of Montana (the "Montana"), by and through its undersigned counsel, hereby joins the Precautionary Motion for Extension of Time to File Objections to or Appeal from Memorandum Opinion and Recommended Findings of Fact and Conclusions of Law of

---

[1] The Debtors are the following entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), ECARG, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, LB Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc. E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

WCSR 4554026v1

Bankruptcy Judge (Docket No. 26238) (the "Motion"), to the extent that it requests an extension of the deadline to object to the Memorandum Opinion Regarding Objections to Confirmation of First Amended Joint Plan of Reorganization and Recommended Supplemental Findings of Fact and Conclusions of Law (Docket No. 26154) (the "Memorandum Opinion") and the Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Joint Plan of Reorganization as Modified Through December 23, 2010 (Docket No. 26155) (the "Proposed Order") until February 28, 2011, pursuant to Rule 9033(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and in support states as follows:

1. Montana has asserted objections maintaining that the Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders (as such plan has been or may be amended, supplemented, or modified) (the "Plan") is not confirmable.

2. On January 31, 2011, the Court docketed the Memorandum Opinion and the Proposed Order.

3. Montana agrees with the legal arguments and assertions set forth in the Motion with respect to the request for an extension of the deadline to assert objections to the Memorandum Opinion and Proposed Order until February 28, 2011, pursuant to Bankruptcy Rule 9033(c), and hereby joins the Motion with respect to such request. Montana reserves the right to present arguments at any hearing on the Motion.

WCSR 4554026v1

WHEREFORE, for the reasons set forth in the Motion, Montana respectfully requests an extension of the deadline by which Montana may assert objections to the Memorandum Opinion and Proposed Order until February 28, 2011, pursuant to Bankruptcy Rule 9033(c), and that the Court grant Montana such other and further relief as it deems just and proper.

Dated:  February 11, 2011            Respectfully submitted,

                                     Womble Carlyle Sandridge & Rice, PLLC


                                          /s/ Matthew P. Ward
                                     Francis A. Monaco, Jr. (#2078)
                                     Kevin J. Mangan (#3810)
                                     Matthew P. Ward (#4471)
                                     222 Delaware Avenue, Suite 1501
                                     Wilmington, DE  19801
                                     Ph: (302) 252-4320
                                     Fax: (302) 252-4330

                                     Counsel for the State of Montana

3