## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket Nos. 26245 and ____ |

### ORDER GRANTING MOTION
### FOR EXPEDITED CONSIDERATION OF
### ANDERSON MEMORIAL HOSPITAL'S MOTION (1) TO
### EXTEND TIME FOR FILING OBJECTIONS, TO EXTENT
### APPLICABLE; AND (2) TO CLARIFY TIME FOR FILING NOTICE
### OF APPEAL, TO EXTENT APPLICABLE, WITH RESPECT TO
### MEMORANDUM OPINION AND RECOMMENDED FINDINGS
### OF FACT, CONCLUSIONS OF LAW AND ORDER REGARDING
### <u>CONFIRMATION OF FIRST AMENDED PLAN OF REORGANIZATION</u>

Upon consideration of the above motion for expedited consideration (the "Motion to Expedite") of Anderson Memorial Hospital's above-referenced Motion to Extend Time for Filing Objections (the "Motion to Extend"), it is hereby ORDERED that:

1. The Motion to Expedite is GRANTED.

2. The Motion to Extend shall be heard on **February 14, 2011 at 9:00 a.m. EST**.

3. Objections to the Motion to Extend will be heard at the hearing.

DATED: _____, 2011

                                      Honorable Judith K. Fitzgerald
                                      United States Bankruptcy Court Judge