# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline**: March 3, 2011, at 4:00 p.m. |
| | ) | **Hearing Date**:     TBD only if necessary |

### FEE DETAIL FOR KIRKLAND & ELLIS LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM DECEMBER 1, 2010 THROUGH DECEMBER 31, 2010

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company and H-G Coal Company.

# EXHIBIT A

## Matter 18 - Other - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/16/2010 | Robert S Ryland | 1.00 | Review correspondence and materials from client re EEO and related certifications under DOE grants and contracts (.3); review precedent and research additional DOE certifications and requirements (.4); prepare comments and advice to client re same (.3). |
| | Total: | 1.00 | |

**Matter 20 - Case Administration - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/3/2010 | Mathias M Mondino | 3.80 | Review, organize for future use, and disseminate recently filed pleadings. |
| 12/6/2010 | Mathias M Mondino | 1.50 | Review and disseminate recently filed pleadings. |
| 12/7/2010 | Kimberly K Love | 2.00 | Prepare and edit chart of critical dates including hearing information for 2011. |
| 12/8/2010 | Mathias M Mondino | 2.00 | Review and disseminate recently filed pleadings. |
| 12/21/2010 | Mathias M Mondino | 1.50 | Review and disseminate recently filed pleadings. |
| 12/22/2010 | Mathias M Mondino | 1.50 | Review and disseminate recently filed pleadings. |
| | Total: | 12.30 | |

A-3

## **Matter 23 - Business Operations - Fees**

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 12/2/2010 | John Donley | .10 | Correspond with A. Rich and J. Baer re transaction pleading. |
| 12/10/2010 | Brad Weiland | .20 | Review and analyze potential transaction items. |
| | Total: | .30 | |

A-4

**Matter 30 - Hearings - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/3/2010 | Adam C Paul | 1.70 | Correspond with J. Baer re December hearing (.1); correspond with J. Donley re same (.2); confer with J. Baer re same (.2); analyze and revise agenda (.9); correspond with J. O'Neill re same (.3). |
| 12/3/2010 | John Donley | .20 | Review agenda items and revisions for omnibus hearing and correspond with J. O'Neill, J. Baer and A. Paul re same. |
| 12/6/2010 | Nate Kritzer | .10 | Confer with D. Turetsky re confirmation hearing exhibits. |
| 12/7/2010 | Adam C Paul | 3.10 | Prepare for December 13 hearing. |
| 12/8/2010 | Adam C Paul | 1.00 | Prepare for December 13 hearing. |
| 12/8/2010 | Lisa G Esayian | .30 | Confer with D. Boll re successor claims injunction and issues re same raised by Court for 12/13 hearing. |
| 12/9/2010 | Adam C Paul | 3.00 | Prepare for December 13 hearing (2.4); correspond with J. Donley re same (.6). |
| 12/9/2010 | Justin S Brooks | 1.40 | Prepare graphics for hearing showing treatment of lenders and appropriate levels of interest and correspond with J. Donley re same. |
| 12/10/2010 | Nate Kritzer | 1.10 | Confer with team re omnibus hearing (.4); confer with D. Turetsky re same (.2); correspond with D. Boll re analysis of issues for same (.5). |
| 12/10/2010 | Kimberly K Love | 9.80 | Prepare and organize materials requested by J. Brooks, D. Boll and J. Donley re bank lenders and plan information for use at upcoming hearing. |
| 12/10/2010 | Adam C Paul | 3.30 | Confer with J. Donley re December 13 hearing (.7); confer with PD FCR counsel re same (.4); confer with M. Shelnitz re same (.9); confer with R. Frankel re same (.6); prepare for December 13 hearing (.7). |
| 12/10/2010 | Justin S Brooks | .50 | Prepare graphics of interest issues for hearing. |
| 12/10/2010 | John Donley | 1.10 | Confer with A. Paul re hearing issues (.7); confer with L. Esayian re same (.4). |
| 12/10/2010 | Lisa G Esayian | 1.40 | Confer with J. Donley re issues for December 13 hearing (.4); review recent plan modifications and Anderson Memorial issues in preparation for December 13 hearing (1.0). |
| 12/11/2010 | Kimberly K Love | 4.80 | Prepare and organize materials for use at upcoming hearing. |

A-5

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/11/2010 | Adam C Paul | 2.90 | Prepare for December 13 hearing. |
| 12/11/2010 | Justin S Brooks | 2.00 | Draft memo to J. Donley on interest issues for upcoming hearing (.9); review graphics from trial graphics for hearing on December 13 and provide comments (1.1). |
| 12/11/2010 | John Donley | 10.80 | Review and analyze issues and materials re interest calculations issues (7.2); outline arguments from banks in preparation for hearing (1.7); draft demonstratives and key documents and excerpts for hearing (1.4); correspond with J. Brooks and correspond and confer with D. Boll re same (.5). |
| 12/12/2010 | Kimberly K Love | 5.00 | Prepare and organize materials as requested by J. Donley for use at upcoming hearing. |
| 12/12/2010 | Adam C Paul | 2.10 | Prepare for December 13 hearing. |
| 12/12/2010 | Maura Klugman | .50 | Review docket for telephonic hearing. |
| 12/12/2010 | John Donley | 11.30 | Draft demonstratives re interest rates and other plan confirmability issues (2.3); review research and case law re impairment (2.2); review case law re Continental/Exide type factors (2.4); review pleadings and briefs and outline arguments and potential responses on bank loan interest issues and Fresenius release issues (3.7); draft correspondence to M. Shelnitz and R. Finke re issues and arguments (.7). |
| 12/13/2010 | Kimberly K Love | 5.50 | Attend hearing and assist attorneys with various requests (1.5); prepare and organize materials for use at hearing (3.0); prepare materials for Court and for case files (1.0). |
| 12/13/2010 | Deanna D Boll | .80 | Participate telephonically in hearing on lender and release issues. |
| 12/13/2010 | Adam C Paul | 5.70 | Prepare for December 13 hearing (2.1); participate in hearing (1.7); participate in strategy conference re hearing (1.9). |
| 12/13/2010 | John Donley | 6.20 | Argue at hearing re plan issues before Judge Fitzgerald (1.5); prepare for and outline hearing arguments re interest issues and Fresenius release issues (3.6); revise demonstratives (1.1). |
| 12/13/2010 | Lisa G Esayian | 2.50 | Participate in hearing re various confirmation issues and reply to Court's questions re plan's treatment of PD claims. |

A-6

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/14/2010 | Kimberly K Love | 1.00 | Organize materials returned from hearing for inclusion into case files. |
| 12/14/2010 | Maura Klugman | .50 | Prepare for telephonic court conference with M. Dexter. |
| 12/17/2010 | Matthew F Dexter | 1.30 | Attend court call re adversary proceedings and confer with M. Klugman re same. |
| 12/20/2010 | Nate Kritzer | 1.20 | Confer with team re omnibus hearing (.3); review transcript from same (.9). |
| 12/20/2010 | Deanna D Boll | .50 | Participate in telephone conference with Court re plan confirmation status and interest issues for lenders. |
| 12/20/2010 | Adam C Paul | 2.60 | Confer with Court re status conference (.5); prepare for same (2.1). |
| 12/20/2010 | John Donley | .40 | Participate in telephonic status conference with Judge Fitzgerald re confirmation issues. |
| 12/23/2010 | John Donley | .10 | Review agenda for January 10 omnibus hearing. |
| 12/31/2010 | John Donley | 3.70 | Review and revise briefs and draft affidavit re CNA settlement and January 10 hearing (2.5); confer with P. Lockwood, R. Wyron, L. Esayian and CNA counsel re same (1.0); correspond with L. Esayian re briefing (.2). |
| | Total: | 99.40 | |

## Matter 32 - Fee Applications, Applicant - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/1/2010 | Deanna D Boll | .90 | Confer with T. Wallace re new billers (.2); confer with J. Donley re same and draft memorandum re same (.3); confer with M. McCarthy re 38th quarterly fee application (.2); confer with M. McCarthy re October fee application and edit same (.2). |
| 12/1/2010 | Maureen McCarthy | 3.50 | Review and revise thirty-eight quarterly fee application (2.1); draft October fee application (1.4). |
| 12/1/2010 | John Donley | .20 | Review October fee application materials and correspond with T. Wallace and D. Boll re same. |
| 12/2/2010 | Deanna D Boll | .30 | Confer with R. Finke re October fee application (.1); confer with M. McCarthy re same (.1); confer with A. Paul re supplemental affidavit of disinterestedness (.1). |
| 12/2/2010 | Maureen McCarthy | 1.90 | Finalize thirty-eighth quarterly fee application for filing and service (1.2); finalize October fee application re same and confer with D. Boll re same (.7). |
| 12/6/2010 | Holly Bull | 2.10 | Review and edit first-round invoices. |
| 12/6/2010 | John Donley | .30 | Review November fee application materials. |
| 12/7/2010 | Holly Bull | 3.60 | Review and edit first-round invoices. |
| 12/9/2010 | Holly Bull | .80 | Confer with T. Wallace re time entry issues and follow up on same. |
| 12/13/2010 | Holly Bull | 3.40 | Review and edit second-round invoices. |
| 12/14/2010 | Holly Bull | 1.80 | Review and edit second-round invoices. |
| 12/15/2010 | Holly Bull | 3.40 | Complete review and editing of second-round invoices. |
| 12/20/2010 | Deanna D Boll | 1.50 | Conduct conflicts review for supplemental affidavit of disinterestedness and confer with E. Kratofil re same. |
| 12/20/2010 | Holly Bull | .90 | Respond to various correspondence re conflicts matters for supplemental affidavit and follow up on same. |
| 12/21/2010 | Deanna D Boll | 2.50 | Confer with E. Kratofil re conflicts and draft supplemental affidavit of disinterestedness (2.4); confer with T. Wallace re November fee application (.1). |

A-8

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/28/2010 | Deanna D Boll | 3.50 | Edit November fee application (1.8); confer with T. Wallace re e-billing (.2); finalize supplemental affidavit of disinterestedness and confer with J. Donley, A. Paul re same (1.5). |
| 12/29/2010 | Deanna D Boll | .80 | Edit November fee application and confer with J. Donley re new billers (.5); confer with J. Donley et al. re affidavit of disinterestedness (.3). |
| 12/29/2010 | John Donley | .50 | Review and revise November fee application and correspond with D. Boll and T. Wallace re same. |
| | Total: | 31.90 | |

**Matter 37 - Plan and Disclosure Statement - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/1/2010 | Deanna D Boll | 7.50 | Confer with L. Esayian re plan exhibits and review same (1.8); confer with L. Esayian re CNA, Royal and BNSF issues and review issues re BNSF objection (.6); edit notice of plan modifications and examine law re post-confirmation approvals (2.8); confer with A. Paul and J. Donley re same (.7); confer with R. Finke and M. Shelnitz re plan modifications (.1); confer with A. Rich re sale motion in South Carolina (.2); confer with J. Baer re same (.1); confer with co-proponents re plan modifications (1.2). |
| 12/1/2010 | Adam C Paul | 4.70 | Analyze and revise plan modification pleadings (1.4); analyze and revise Mass DEP motion (2.3); correspond with J. Donley and D. Boll re plan modification pleadings (.7); correspond with R. Wyron re plan modifications (.3). |
| 12/1/2010 | John Donley | 1.70 | Analyze issues re technical plan modifications, review authorities, and correspond with A. Paul and D. Boll re same (.7); edit pleadings (.2); analyze possible CNA settlement objections and outline responses (.5); confer with L. Esayian re same (.3). |
| 12/1/2010 | Lisa G Esayian | 3.70 | Confer with various parties re potential objections to CNA settlement (.5); confer with J. Donley re same (.3); review portions of CNA settlement re same (.5); correspond with R. Finke re Swiss Re insurance settlement (.2); revise notice of fifth set of plan modifications (.5); revise and update plan exhibit 21 (1.7). |
| 12/2/2010 | Deanna D Boll | 5.10 | Confer with J. Baer and A. Rich re SC sale motion (.1); confer with R. Wyron re plan modifications (.8); analyze law re 9019 settlement and substantial contribution re Libby issues (3.4); confer with Sealed Air re plan modifications (.6); confer with E. Westbrook re same (.2). |
| 12/2/2010 | Adam C Paul | 5.50 | Analyze plan modifications and confer with J. Donley, D. Boll and J. Baer re same (.6); correspond with D. Boll and R. Cieri re supplemental disclosure (.1); prepare for appeals (1.2); analyze WIP and confer with B. Weiland re same (.9); analyze AMH claims and arguments (2.7). |

A-10

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/2/2010 | Brad Weiland | 2.80 | Confer with A. Paul re work in process (.2); review and analyze outstanding settlement issues (.6); prepare and revise work in process materials (1.7); correspond with A. Paul and M. McCarthy re same (.3). |
| 12/2/2010 | John Donley | 1.90 | Analyze technical plan modifications, timing/procedures, and relevant Code provisions and confer with A. Paul, D. Boll and J. Baer re same (.6); prepare for and participate in conference with R. Wyron, R. Frankel, J. Baer and K&E team members re same (.5); review recent pleadings (.2); review substantial contribution Code provisions and cases and authorities (.6). |
| 12/2/2010 | Lisa G Esayian | 2.20 | Work on issues re remaining unsettled objecting insurers (.7); review references to Anderson Memorial class claims in plan's PD exhibits and current status of same and consider revisions needed re same (1.5). |
| 12/3/2010 | Deanna D Boll | 5.30 | Edit notice of fifth set of plan modifications and plan exhibits and confer with E. Westbrook, L. Esayian, R. Wyron, et al. re same (4.5); confer with J. Donley re Garlock and review status of Garlock chapter 11 cases (.8). |
| 12/3/2010 | Adam C Paul | 3.00 | Analyze and revise tax motion (1.7); analyze AMH pleadings (1.3). |
| 12/3/2010 | John Donley | 3.60 | Review PD claims issue, documentation and plan revisions and correspond with L. Esayian re same (1.0); correspond with D. Boll and plan proponents re plan modifications (.6); review various plan documents (2.0). |
| 12/3/2010 | Lisa G Esayian | 3.50 | Further revise notice re fifth set of plan modifications (.4); correspond with J. Donley re same (.3); consider description of Anderson Memorial claims on plan exhibits 21 and 25 and correspond with R. Finke re same (.9); review motion for approval of Swiss Re settlement (.4); correspond with J. O'Neill re filing of same (.2); confer with various parties re questions re CNA settlement (.5); work on responses to potential objections to CNA settlement (.8). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/6/2010 | Deanna D Boll | 8.90 | Confer with J. Donley, L. Esayian and equity committee re plan modifications (.8); confer with E. Westbrook, D. Turetsky et al. (1.2); edit notice of plan modifications and confer with J. Brooks re same (1.8); analyze law re equitable mootness (3.3); analyze law re settlement with fee component (1.3); participate in weekly team status call (.5). |
| 12/6/2010 | Adam C Paul | 4.80 | Correspond with J. Baer re exit financing (.3); prepare for and participate in internal weekly conference (.9); confer with J. Donley and L. Esayian re status and strategy (.4); analyze and revise WIP and correspond with B. Weiland re same (.8); correspond with L. Esayian re plan modifications (.3); prepare for confirmation order (2.1). |
| 12/6/2010 | Brad Weiland | .50 | Correspond with A. Paul re work in process materials (.2); prepare for conference re same (.3). |
| 12/6/2010 | Justin S Brooks | .80 | Review pleadings, trial graphics, and closing arguments re interest owed to bank lenders under non-default contract rate v. plan rate (.6); confer with D. Boll re same (.2). |
| 12/6/2010 | John Donley | 1.20 | Review plan modifications including Ex. 21 and correspond with various team members re same (.5); confer with A. Paul re same (.2); prepare for and participate in conference re omnibus hearing, pending/upcoming motions, plan issues and timing with A. Paul, J. Baer, D. Boll and L. Esayian (.5). |
| 12/6/2010 | Lisa G Esayian | 4.50 | Further revise plan exhibits 21 and 25 (.8); correspond with plan proponents re same (.5); confer with N. Coco re CNA settlement (.4); work on issues re potential objection to CNA settlement and begin drafting response to same (2.3); confer with A. Paul, D. Boll, J. Baer and J. Donley re same and other plan modifications (.5). |
| 12/7/2010 | Nate Kritzer | .60 | Review court order re omnibus hearing (.1); review plan section 8.8.7 (.1); review briefing on same (.3); correspond with D. Boll re same (.1). |
| 12/7/2010 | Kimberly K Love | 1.00 | Prepare and organize various materials requested by J. Donley re default interest and plan information. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/7/2010 | Deanna D Boll | 8.50 | Review Libby discovery requests (.3); review order re issues for Dec. 13 hearing and confer with J. Donley, A. Paul, J. Baer, et al. re same (1.4); analyze issues re Court issue list for hearing and confer with N. Kritzer, et al. re same (6.8). |
| 12/7/2010 | Adam C Paul | 4.40 | Analyze AMH briefs (2.1); analyze plan order (.4); confer with J. Donley re same (.9); confer with M. Shelnitz re same (.6); confer with P. Lockwood re same (.4). |
| 12/7/2010 | Brian T Stansbury | .90 | Confer with L. Esayian re Libby discovery request to investigate whether CNA documents were used in criminal case, and identify relevant documents. |
| 12/7/2010 | Brad Weiland | .40 | Correspond with A. Paul re work in process (.1); review and revise materials re same (.3). |
| 12/7/2010 | John Donley | 5.90 | Review Judge Fitzgerald's order, research plan provisions and related issues re releases and interest rate issues (4.6); confer with client re order and next steps (.5); correspond and confer with A. Paul and other K&E team members re issues and responses (.8). |
| 12/7/2010 | Lisa G Esayian | 3.70 | Provide updates to work in progress chart to A. Paul and B. Weiland (.5); review Libby claimants' discovery requests re CNA issues (.5); correspond with R. Finke re same (.3); confer with B. Stansbury re documents re CNA and Libby (.3); review certain documents re same (1.4); review bankruptcy court's rulings re discovery re Royal settlement (.7). |
| 12/8/2010 | Nate Kritzer | 4.00 | Confer with team re court order (.8); confer with team re plan section 8.8.7 (.4); revise memorandum re releases and injunctions in Plan (2.6); correspond with J. Donley and A. Paul re same (.2). |
| 12/8/2010 | Kimberly K Love | 12.80 | Prepare and organize various materials requested by J. Donley re compound interest, bank lender, and 8.8.7 information (7.8); prepare and organize materials requested by J. Brooks and D. Boll re bank lenders (2.0); prepare and organize plan materials to create current plan books for team (3.0). |
| 12/8/2010 | Maria D Gaytan | 1.00 | Review trial transcript re bank lenders arguments requested by D. Boll. |

A-13

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/8/2010 | Deanna D Boll | 8.50 | Confer with J. O'Neill re fifth set of plan modifications (.2); edit same (.8); confer with L. Esayian re same (.1); confer with N. Coco re release issue (.2); analyze release issues and review closing slides re lender issues and confer with J. Brooks re same (7.2). |
| 12/8/2010 | Adam C Paul | 4.90 | Analyze issues raised in December 7 order (2.4); confer with J. Donley and J. Baer re same (.7); analyze default interest and release issues (1.7); correspond with B. Weiland re WIP (.1). |
| 12/8/2010 | Brian T Stansbury | .80 | Analyze documents potentially responsive to Libby claimants' document request (.6); confer with L. Esayian re same (.2). |
| 12/8/2010 | Brad Weiland | .90 | Correspond with K. Love re hearings (.2); prepare and revise work in process material (.6); correspond with A. Paul re same (.1). |
| 12/8/2010 | Justin S Brooks | 5.00 | Review and compile record on default interest, including all transcript references and pleadings and confer with D. Boll re same (3.0); draft memoranda to J. Donley re potential default interest issues (2.0). |
| 12/8/2010 | John Donley | 11.90 | Review record and Code provisions relating to Section 8.8.7 and 8.5.2 interpretation questions and analyze and outline issues in preparation for response to Judge Fitzgerald's order (3.2); conduct detailed review and analysis of record for Class 9 unsecured interest (5.4); correspond and confer with E. Leon, J. Brooks, D. Boll, M. Shelnitz, and J. O'Connell re same (1.5); draft memo to client re same (.5); begin outlining arguments (.5); confer with A. Paul and J. Baer re same (.8). |
| 12/8/2010 | Lisa G Esayian | 3.70 | Correspond with D. Speights and D. Rosendorf re portions of plan modifications filed today relevant to PD claims (.4); work on potential responses to Libby claimants' discovery requests re CNA settlement and review documents re same (2.0); review Libby claimants' prior arguments re "vested rights" (1.3). |
| 12/8/2010 | Eric F Leon | .80 | Confer with J. Donley and J. O'Connell re bank lender issue (.3); review materials re same (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/9/2010 | Kimberly K Love | 8.50 | Prepare and organize materials requested by J. Brooks and J. Donley re credit agreements, bank lender materials and plan information (5.5); prepare and organize recently revised plan materials and information to create books for team and co-counsel (3.0). |
| 12/9/2010 | Deanna D Boll | 7.30 | Confer with D. Turetsky re upcoming hearing (.7); confer with J. Wisler re MCC plan modification questions (.1); confer with L. Esayian re same (.1); review correspondence from M. Shelnitz re engagement letters for post-confirmation financing and confer with J. Donley and C. Greco re same (.3); confer with N. Coco, J. Donley, and D. Turetsky re release issues (.5); analyze issues re releases, successor claims injunction, and lender interest and confer with team re same (5.6). |
| 12/9/2010 | Adam C Paul | 5.10 | Analyze lender arguments (1.7); confer with J. Donley, D. Boll and J. Brooks re same (1.1); analyze releases (2.3). |
| 12/9/2010 | Justin S Brooks | 3.60 | Confer with team re interest issues (1.0); research case law on default interest issues under Code (2.6). |
| 12/9/2010 | John Donley | 11.00 | Analyze 8.8.7 issues, Fresenius, Sealed Air, and pre- and post-petition bank debt and impairment/cramdown and related issues (8.5); confer with N. Coco and D. Turetsky and confer with various parties' counsel re responses to questions (1.2); confer with A. Paul, D. Boll, and J. Brooks re same (1.0); confer with L. Esayian re 8.8.7 (.3). |
| 12/9/2010 | Lisa G Esayian | 4.00 | Confer with J. Donley re issues raised in Court's December 7 order re plan section 8.8.7 (.3); review certain parties' objections re section 8.8.7 (.5); confer with J. Donley re same (.2); correspond with various insurers' counsel re questions re fifth set of plan modifications (.5); update chart of insurance settlements (.4); correspond with R. Finke and J. Hughes re Libby claimants' discovery requests re CNA (.4); work on arguments in response to potential objections to CNA settlement (1.7). |
| 12/9/2010 | Eric F Leon | 1.30 | Review materials re lender dispute (.8); confer with team re same (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/10/2010 | Deanna D Boll | 11.70 | Confer with Equity Committee re upcoming hearing (.5); participate in team status call re hearing (.5); confer with J. Wisler, L. Esayian, and B. Horkovich re MCC issues (.3); confer with J. O'Neill re DE cases with third party releases (.2); confer with D. Turetsky re hearing (.4); draft memorandum re third party releases and examine law re same (6.3); confer with J. Brooks on lender issues and review hearing transcripts re same (3.5). |
| 12/10/2010 | Adam C Paul | 2.90 | Analyze post petition interest (2.1); correspond with J. Baer and O. Pasparakis re Canadian settlement (.2); analyze WIP and correspond with B. Weiland re same (.6). |
| 12/10/2010 | Brad Weiland | 1.20 | Prepare and revise work in process chart (1.0); correspond with A. Paul re same (.2). |
| 12/10/2010 | Justin S Brooks | 3.50 | Confer with J. Donley re interest issues for bank lenders (.6); research cases re default interest and impairment (2.9). |
| 12/10/2010 | John Donley | 10.50 | Review and analyze record, Code and case law authorities, and arguments and demonstratives relating to bank debt interest and nonconsensual third-party releases (7.5); confer with Kramer Levin re same (.4); correspond and confer with client and K&E team members re same (1.0); review calculations and data re interest from Blackstone and correspond and confer with J. O'Connell and team re same (1.6). |
| 12/10/2010 | Lisa G Esayian | 3.10 | Work on issues re a potential objection to CNA settlement (1.5); confer with counsel for various insurers re questions re recent modifications to plan exhibit 5 and schedule 2 to plan exhibit 6 (.8); correspond with ACC's and FCR's counsel re same (.3); correspond with certain insurers' counsel re schedules to plan exhibit 6 (.5). |
| 12/11/2010 | Deanna D Boll | 4.00 | Confer with J. Donley and J. Brooks re upcoming hearing and lender issues and review materials re same (3.5); confer with J. O'Neil re third party releases (.3); confer with L. Esayian re insurance schedules (.2). |
| 12/11/2010 | Brad Weiland | .50 | Review and analyze work in process materials. |

A-16

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/11/2010 | Justin S Brooks | 2.00 | Review claims objection, court opinions, and pleadings re prepetition interest and confer with D. Boll re same. |
| 12/11/2010 | John Donley | .20 | Correspond with L. Epley and L. Esayian re plan modifications and Epley's client. |
| 12/12/2010 | Deanna D Boll | 3.50 | Examine law re beneficial impairment and confer with J. Donley re same. |
| 12/13/2010 | Deanna D Boll | 7.80 | Review issues related to interest issues and examine law re same (4.5); confer with J. Brooks re same (.6); continue work on third party non-consensual release analysis and draft memorandum re same (2.7). |
| 12/13/2010 | Brian T Stansbury | .80 | Identify and analyze documents potentially responsive to discovery requests. |
| 12/13/2010 | Brad Weiland | .80 | Prepare and analyze work in process materials (.6); prepare correspondence to A. Paul re same (.2). |
| 12/13/2010 | Justin S Brooks | 2.00 | Participate in strategy conference with D. Boll (.6); research issues re bank debt for J. Donley (1.4). |
| 12/13/2010 | John Donley | .50 | Confer with M. Shelnitz and R. Finke re strategy and next steps on plan confirmation, interest and release issues. |
| 12/14/2010 | Kimberly K Love | 4.00 | Prepare and organize plan materials requested by J. Donley. |
| 12/14/2010 | Deanna D Boll | 8.70 | Participate in team status call re hearing outcome (.5); confer with J. Donley and Blackstone re interest issues (1.0); continue analysis re third party releases and draft memorandum re same (3.4); draft revision to section 3.1.9 of the plan and confer with team re same (3.8). |
| 12/14/2010 | Adam C Paul | 2.00 | Confer with J. Donley re plan amendments (.9); analyze and revise plan amendments (1.1). |
| 12/14/2010 | Justin S Brooks | 1.30 | Review pleadings, docket and proofs of claims to verify each and every debt holder objecting to plan rate (.8); confer with J. Donley and team re plan amendment to address interest rate for prepetition lenders (.5). |

A-17

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/14/2010 | John Donley | 12.80 | Analyze interest issues under different scenarios, and review cases, Code and other authorities re same (5.9); review data and confer separately with R. Finke, J. O'Connell, A. Paul, and J. Sprayregen re plan modification issues (.4); work on plan revisions re release and 3.1.9 (2.9); review/analyze credit agreements and settlement issues (1.8); confer with A. Gregory and K&E team re credit agreement issues (.4); confer with A. Rosenberg (.2); confer with M. Shelnitz and R. Finke re plan revision issues (.7); confer with J. Baer, A. Paul, and D. Boll re plan revisions (.5). |
| 12/14/2010 | Lisa G Esayian | 3.50 | Correspond with R. Finke re issues re Libby claimants' discovery request re CNA (.5); confer with M. Giannotto re Libby claimants' document requests and re anticipated objections to settlement approval motion (.7); correspond with R. Finke and J. Hughes re same (.3); draft responses to anticipated objections (2.0). |
| 12/15/2010 | Kimberly K Love | 2.50 | Prepare and organize materials and information requested by L. Esayian re BNSF objections and plan modifications. |
| 12/15/2010 | Deanna D Boll | 8.70 | Participate in team call re status (.4); edit plan re lender interest issue and draft cover pleading re same (4.2); confer with clients and team re same (.5); confer with R. Finke re Reed Smith claim (.1); confer with M. Araki re same (.1); confer with B. Horkovich re insurance issues (.1); analyze issues re release (3.3). |
| 12/15/2010 | Adam C Paul | 3.20 | Analyze and revise plan amendment and related pleadings (1.5); confer with J. Donley, J. Baer, D. Boll and J. Brooks re same (.7); correspond with D. Boll re same (.6); confer with B. Weiland re same (.4). |
| 12/15/2010 | Brian T Stansbury | .50 | Work on issue of documents potentially responsive to CNA request. |
| 12/15/2010 | Brad Weiland | 2.50 | Confer with A. Paul re plan issues (.5); review and analyze materials re same (.6); correspond with M. Kokontis re same (.3); review and analyze lender claims issues re plan (1.1). |
| 12/15/2010 | Justin S Brooks | .70 | Confer with working group re bank debt and interest issues. |

A-18

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/15/2010 | John Donley | 2.90 | Confer with M. Shelnitz and team re next steps on plan revisions in light of Monday's hearing (.6); confer with J. Baer, A. Paul, D. Boll, and J. Brooks re interest issues and revisions to 3.1.9 (.7); confer with J. O'Connell and E. Leon re same (.4); work on plan revisions and edit cover pleading (1.2). |
| 12/15/2010 | Lisa G Esayian | 3.00 | Confer with R. Wyron and P. Mahaley re potential objections to CNA settlement (1.5); work on issues re potential BNSF objections (1.5). |
| 12/15/2010 | Eric F Leon | .50 | Confer with J. Donley and others re bank lender issues. |
| 12/16/2010 | Megan M Kokontis | 7.00 | Confer with B. Weiland re potential resolution of plan objections (.5); conduct research re same (4.1); draft memorandum re same (2.4). |
| 12/16/2010 | Deanna D Boll | 5.30 | Confer with M. Shelnitz and R. Finke re sixth set of plan modifications (.2); confer with R. Finke and J. Baer re Reed Smith claim (.1); confer with co-proponents, Sealed Air, et al. re sixth set of plan modifications and confer with J. O'Neill re same (3.7); analyze release issues and draft memorandum re same (1.3). |
| 12/16/2010 | Adam C Paul | 3.40 | Analyze financing issues (.8); analyze and revise plan amendments (2.1); correspond with D. Boll re same (.3); confer with M. Shelnitz re same (.2). |
| 12/16/2010 | Lisa G Esayian | 2.00 | Update R. Finke re CNA issues (.8); work on objections to Libby's claimants' document requests re CNA settlement (1.2). |
| 12/17/2010 | Megan M Kokontis | 3.50 | Research claims payment issues (1.5); draft and revise memorandum re same (1.6); confer with B. Weiland re same (.4). |
| 12/17/2010 | Deanna D Boll | 3.50 | Analyze third party release and successor claims injunction issues. |
| 12/17/2010 | Adam C Paul | 1.10 | Confer with J. Sprayregen re plan amendments (.3); confer with Silverpoint re same (.2); confer with J. Donley re same (.4); correspond with D. Boll re affidavit of disinterestedness (.2). |
| 12/17/2010 | Brad Weiland | 2.90 | Research and analyze potential resolution of plan objections (2.0); confer with M. Kokontis re same (.4); review and analyze memorandum re same (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/18/2010 | Brad Weiland | 1.90 | Research and analyze plan distribution and potential resolution of plan objections. |
| 12/19/2010 | Brad Weiland | 3.20 | Research and analyze potential resolution of plan objections (2.5); review and revise memorandum re same (.7). |
| 12/20/2010 | Megan M Kokontis | 5.10 | Revise memorandum re potential resolution of plan objections (2.4); confer with A. Paul and B. Weiland re status of plan confirmation (.7); draft memorandum re potential issues re potential resolution of plan objections (2.0). |
| 12/20/2010 | Kimberly K Love | 4.00 | Review and obtain information from J. Hughes deposition transcripts re BNSF as requested by L. Esayian (2.1); prepare and organize materials for use with Fresenius information as requested by N. Kritzer (1.1); prepare and organize materials re 6th plan modifications (.8). |
| 12/20/2010 | Deanna D Boll | 6.20 | Participate in weekly status call (.5); confer with J. Baer, J. Donley et al. re Canadian issues (.5); confer with N. Kritzer re non-consensual release issues and draft memorandum re same (3.2); confer with J. Donley re plan amendment and review hearing transcript re interest issues (.7); draft seventh plan modification and notice and confer with team re same (1.3). |
| 12/20/2010 | Adam C Paul | .40 | Analyze and revise plan amendments. |
| 12/20/2010 | Brad Weiland | 4.80 | Prepare and revise memorandum re potential resolution of plan objections (2.6); correspond re same (.4); confer with A. Paul re same (.3); confer with Court and working group re case status, outstanding items and confirmation issues (1.5). |
| 12/20/2010 | Justin S Brooks | .60 | Participate in weekly development and strategy conference. |
| 12/20/2010 | John Donley | 2.20 | Confer with M. Shelnitz, R. Finke, J. Baer and A. Paul re plan issues and response to status report from Judge Fitzgerald (1.1); confer with A. Paul and K&E team re next steps (.6); correspond with J. Baer, A. Paul and D. Boll re plan revisions (.3); correspond and confer with A. Rosenberg re class 9 issues (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/20/2010 | Lisa G Esayian | 3.50 | Confer with working group re timing of confirmation and all current issues (.7); confer with R. Finke re Libby claimants' discovery requests re CNA (.5); work on issues re CNA settlement (2.3). |
| 12/21/2010 | Megan M Kokontis | 3.50 | Research issues re potential resolution of plan objections (1.5); draft memorandum re same (2.0). |
| 12/21/2010 | Kimberly K Love | 2.50 | Prepare and organize materials re R. Finke as requested by L. Esayian (.5); prepare and organize various plan modifications (2.0). |
| 12/21/2010 | Deanna D Boll | 4.70 | Revise seventh plan modification and convert to certificate of counsel (1.1); confer with clients re same (.2); confer with co-proponents, Sealed Air, et al. re certificate of counsel (3.0); confer with J. Baer and O. Pasparakis re Canada (.4). |
| 12/21/2010 | Adam C Paul | 4.70 | Analyze and revise plan amendments (2.3); confer with M. Shelnitz re same (.6); confer with J. Donley, D. Boll and J. Baer re same (.8); correspond with J. Baer re same and agenda (.4); confer with R. Wyron re plan amendments (.6). |
| 12/21/2010 | John Donley | 3.20 | Analyze potential plan revisions re 3.1.9 bank debt (.5); confer with A. Paul, D. Boll, and J. Baer re plan revisions (.7); review and edit drafts of 3.1.9 revisions and accompanying pleading (.4); confer and correspond with M. Shelnitz and R. Finke re plan revisions (.5); correspond with R. Wyron, P. Lockwood, D. Boll and A. Rosenberg re plan revisions (.5); review recent pleadings and review draft agenda and correspondence re same (.3); correspond with J. Baer, client and K&E team re Canadian issues (.3). |
| 12/21/2010 | Lisa G Esayian | 3.50 | Confer with CNA's counsel and FCR's and ACC's counsel re potential objections to CNA settlement potential responses, and affidavits (1.5); work on affidavits in support of CNA settlement (2.0). |
| 12/22/2010 | Megan M Kokontis | .20 | Revise memorandum re issues re potential resolution of plan objections. |
| 12/22/2010 | Deanna D Boll | 5.00 | Confer with A. Rosenberg et al. re COC and edit same (2.8); confer with J. Baer et al. re Canada and review minutes and amended minutes (1.4); confer with D. Turetsky re plan issues (.8). |

A-21

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/22/2010 | Adam C Paul | 5.40 | Analyze and revise plan amendments (1.4); confer with A. Rosenberg re same (.3); correspond with J. Donley re same (.8); analyze and revise pleadings associated with plan amendments (2.9). |
| 12/22/2010 | Brad Weiland | 1.80 | Correspond with A. Paul re potential plan and settlement issues (.4); review and analyze materials re same (.3); review and revise memorandum re same (1.1). |
| 12/22/2010 | Justin S Brooks | 1.10 | Confer with team re prepetition interest issues (.4); compile documents and briefs addressing prepetition interest (.3); review calculations re prepetition interest (.2); review plan amendment on interest for prepetition debt holders (.2). |
| 12/22/2010 | John Donley | 4.80 | Correspond with J. Baer, M. Shelnitz, Canadian counsel and others re Canadian deadline issue, work on possible alternatives and confer with team re same (1.2); revise plan modifications re 3.1.9 and correspond and confer with D. Boll, J. Baer and A. Paul re same (1.9); correspond with M. Shelnitz re plan modification issues (.3); confer and correspond with A. Rosenberg and plan proponents re same (.4); research and analyze pre-petition interest issues and calculations, and confer with J. O'Connell re same (1.0). |
| 12/22/2010 | Lisa G Esayian | 2.50 | Continue drafting affidavit in support of CNA settlement and circulate same for comments (2.3); review most recent plan modifications (.2). |
| 12/23/2010 | Deanna D Boll | 2.20 | Confer with team re COC, and confer with A. Rosenberg and A. Krieger re same. |
| 12/23/2010 | Adam C Paul | 2.70 | Correspond with J. Donley and D. Boll re plan amendments (.7); analyze and revise agenda (.8); analyze lender interest (1.2). |

A-22

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/23/2010 | John Donley | 6.20 | Review CNA objections filed by BNSF and Libby claimants, and work on arguments and potential affidavits re CNA settlement (2.6); work on finalizing COC and 3.1.9 revisions for filing, and correspond with plan proponents, D. Blabey, D. Boll, J. Baer and A. Rosenberg re same (1.5); confer with M. Shelnitz and correspond with M. Shelnitz and R. Finke re 3.1.9, CNA and Canadian deadline issues (.7); continue analysis and review of options re Canadian issues (1.0); confer with L. Esayian re same (.4). |
| 12/23/2010 | Lisa G Esayian | 5.50 | Review Libby and BNSF objections to CNA settlement (1.8); confer with J. Donley re same (.4); provide comments to M. Shelnitz and R. Finke re same (.6); begin drafting reply (2.7). |
| 12/24/2010 | Adam C Paul | .30 | Correspond with J. Baer re Canadian settlement. |
| 12/26/2010 | John Donley | 2.00 | Review Libby objections to CNA and authorities cited and analyze same. |
| 12/26/2010 | Lisa G Esayian | 4.00 | Review key cases discussed in Libby claimants' objection to CNA settlement and draft reply to Libby's objection. |
| 12/27/2010 | Megan M Kokontis | .60 | Confer with B. Weiland re potential resolution of plan objections (.2); review and analyze memorandum re same (.4). |
| 12/27/2010 | Deanna D Boll | 2.00 | Confer with J. Baer re Canada and review D. Hogan correspondence re same and consider language for settlement. |
| 12/27/2010 | Adam C Paul | 4.20 | Analyze CNA settlement objections (1.4); confer with J. Donley and counsel for ACC/FCR re same (2.1); confer with client, J. Donley and J. Baer re Canadian settlement (.7). |
| 12/27/2010 | Brad Weiland | 2.90 | Research issues re potential resolution of plan objections (1.0); prepare and revise memorandum re same (1.2); confer with M. Kokontis re same (.3); correspond re same (.4). |

A-23

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/27/2010 | John Donley | 8.00 | Work on Canadian settlement extension issues, including conferences and correspondence with client, A. Paul and J. Baer re same (1.0); conduct negotiations with D. Hogan and memorialize settlement re same (1.2); review and comment on draft press release re order on confirmation and correspond with A. Paul re same (.3); work on CNA settlement motion and confer with L. Esayian re same (3.8); confer separately with R. Wyron, P. Lockwood, L. Esayian, and client re same (1.7). |
| 12/27/2010 | Lisa G Esayian | 8.00 | Draft and revise response to Libby claimants' objection to CNA settlement (6.0); confer with J. Donley re CNA issues (.5); confer with P. Lockwood, R. Wyron and J. Donley re CNA settlement motion issues (1.5). |
| 12/28/2010 | Megan M Kokontis | 3.50 | Review and revise memorandum re potential resolution of plan objections (3.3); confer with B. Weiland re same (.2). |
| 12/28/2010 | Deanna D Boll | 1.20 | Edit Canadian settlement language and confer with J. Baer and O. Pasparakis re same. |
| 12/28/2010 | Adam C Paul | 3.20 | Participate in conferences with client, J. Donley and J. Baer re Canadian settlement and CNA objections (1.2); confer with working group re upcoming deadlines and matters (1.0); correspond with J. Donley and J. Baer re Canadian settlement (.6); confer with J. Sprayregen re plan timing (.4). |
| 12/28/2010 | Brad Weiland | 3.50 | Prepare and revise memorandum re potential resolution of plan objections (1.6); confer with M. Kokontis re same (.2); review and analyze work in process materials (.4); review and analyze Canadian settlement issues (.4); confer with team members re confirmation and case status (.9). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/28/2010 | John Donley | 7.00 | Work on Canada minutes of settlement revisions (.3); correspond with client, J. Baer, Hogan and Orestes re Canadian settlement revision issues (.5); work on CNA settlement motion, including outlining potential arguments (2.0); confer with M. Giannotto, P. Lockwood, R. Wyron and L. Esayian re same (1.0); draft memo to client re same (.8); confer and correspond with M. Shelnitz re strategy and next steps (.5); correspond and confer with L. Esayian and R. Finke re same (.5); revise draft affidavit from R. Finke (.4); confer with A. Paul, D. Boll, J. Baer, B. Weiland and L. Esayian re status and next steps (.5); review draft disclosure affidavit and correspond with D. Boll re same (.5). |
| 12/28/2010 | Lisa G Esayian | 7.50 | Confer with M. Giannotto, D. Glosbard, P. Lockwood, R. Wyron and J. Donley re issues re approval of CNA settlement (2.0); draft and revise response to Libby and BNSF objections to CNA settlement (5.5). |
| 12/29/2010 | Deanna D Boll | 1.30 | Confer with team re Canada and review and edit settlement language. |
| 12/29/2010 | Adam C Paul | 4.30 | Confer with J. Donley and L. Esayian re CNA objection and plan confirmation (.9); review WIP (1.2); analyze approval of Canadian settlement (2.2). |
| 12/29/2010 | John Donley | 4.20 | Analyze section 363 issues relating to CNA settlement and correspond with J. Baer, L. Esayian and A. Paul re same (.7); analyze Canadian agreement revisions and Canadian issues and correspond with J. Baer, A. Paul, Orestes, D. Boll and client re same (.8); review summary of government deliverables in connection with plan consummation (.3); review authorities re CNA reply briefing issues and edit draft reply (1.9); confer with L. Esayian re same (.5). |
| 12/29/2010 | Lisa G Esayian | 5.00 | Continue analyzing key cases for and drafting reply in support of CNA settlement (4.2); confer with J. Donley re same (.5); circulate draft reply for comments (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/30/2010 | Deanna D Boll | 2.00 | Confer with plaintiffs' counsel re reimbursement for x-rays and radiographs produced during estimation trial and confer with J. Baer re same (.5); confer with J. O'Neil re possible filing (.1); edit and revise proposed confirmation order (1.4). |
| 12/30/2010 | Adam C Paul | .50 | Correspond with J. Donley re CNA objection. |
| 12/30/2010 | John Donley | 3.80 | Review and edit draft briefing on CNA issues and draft affidavit and authorities cited (1.2); confer with L. Esayian re same (.4); correspond with A. Paul re same (.4); analyze "insurer wrong-doing" claim issues and objections and responses (1.6); prepare correspondence to client re same (.2). |
| 12/30/2010 | Lisa G Esayian | 5.50 | Work on issues re CNA reply briefs and affidavits (2.5); confer with J. Donley re same (.5); incorporate various comments in reply brief re CNA settlement (2.5). |
| 12/31/2010 | Lisa G Esayian | 4.50 | Confer with CNA's counsel, ACC's and FCR's counsel and J. Donley re reply briefs in support of CNA settlement and strategy for hearing (1.2); revise reply brief (2.5); correspond with R. Finke re same (.8). |
| | Total: | 512.60 | |

### Matter 42 - Travel - Non-working - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/12/2010 | Kimberly K Love | 3.00 | Travel from Chicago, IL to Wilmington, DE to assist at hearing (billed at half time). |
| 12/12/2010 | Adam C Paul | 2.10 | Travel from Chicago, IL to Wilmington, DE for hearing (billed at half time). |
| 12/12/2010 | John Donley | 1.70 | Travel from Chicago, IL to Wilmington, DE (billed at half time). |
| 12/13/2010 | Kimberly K Love | 2.50 | Return travel from Wilmington, DE to Chicago, IL after hearing (billed at half time). |
| 12/13/2010 | John Donley | 1.50 | Travel from Wilmington, DE to Chicago, IL (billed at half time). |
| | Total: | 10.80 | |

**Matter 59 - Lyondell Reclamation Claims - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/1/2010 | Kristina Alexander | 1.30 | Revise Lyondell stipulation and draft detailed correspondence to C. Greco re same. |
| 12/2/2010 | Christopher T Greco | .40 | Review K. Alexander comments to Lyondell stipulation. |
| 12/2/2010 | Kristina Alexander | .90 | Revise and finalize stipulation with Lyondell. |
| 12/6/2010 | Christopher T Greco | .30 | Correspond with K. Alexander re Lyondell stipulation and review same. |
| 12/6/2010 | Kristina Alexander | .30 | Review correspondence re Lyondell stipulation (.1); confer with D. Fischer and correspond with C. Greco re same (.2). |
| 12/8/2010 | Christopher T Greco | .70 | Confer with K. Alexander re Lyondell stipulation and review same. |
| 12/8/2010 | Kristina Alexander | 1.40 | Correspond with C. Greco re settlement for Lyondell claim and follow up with N. Kritzer re same (.3); prepare for and participate in conference with D. Fischer re stipulation and follow up with C. Greco re same (1.1). |
| 12/10/2010 | Christopher T Greco | .20 | Correspond with K. Alexander re Lyondell stipulation. |
| 12/10/2010 | Kristina Alexander | 3.40 | Review background and contract claim status for Lyondell claim (.6); draft detailed correspondence to counsel outlining Grace's position (1.1); confer and correspond with C. Greco re same (.2); review additional correspondence re argument from Lyondell's counsel (.7); confer with D. Leamon re same (.3); revise stipulation for Grace's environmental and tort claims against Lyondell (.3); confer with C. Greco re same (.1); correspond with D. Fischer re same (.1). |
| 12/12/2010 | Christopher T Greco | .20 | Review revised Lyondell stipulation and correspond with K. Alexander re same. |
| 12/12/2010 | Kristina Alexander | .70 | Review Lyondell stipulation and provide comments to C. Greco re same. |
| 12/13/2010 | Christopher T Greco | .20 | Review Lyondell stipulation and comments to same. |
| 12/13/2010 | Kristina Alexander | .70 | Review Lyondell stipulation and correspond with client and opposing counsel re status. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/14/2010 | Kristina Alexander | .10 | Correspond with L. Marchman re Lyondell stipulation. |
| 12/15/2010 | Kristina Alexander | .90 | Confer with D. Leamon re Lyondell proof of claim and prepare follow up correspondence to client re same (.5); analyze settlement options (.4). |
| 12/16/2010 | Kristina Alexander | 1.10 | Correspond with counsel to Lyondell re rebate stipulation and indemnity stipulation (.5); follow up with client re same (.6). |
| 12/17/2010 | Kristina Alexander | .40 | Review finalized Lyondell stipulation and confer with D. Fischer re same. |
| 12/20/2010 | Kristina Alexander | .30 | Review and revise Lyondell stipulation re rebate and prepare correspondence to C. Greco re same. |
| 12/21/2010 | Christopher T Greco | .10 | Confer with K. Alexander and others re proposed Lyondell stipulation and revised language. |
| 12/28/2010 | Christopher T Greco | .10 | Confer with K. Alexander re Lyondell stipulation and follow up re same. |
| 12/28/2010 | Kristina Alexander | .10 | Confer with C. Greco re payment and correspond with Lyondell counsel re stipulation. |
| 12/28/2010 | John Donley | .20 | Review Lyondell settlement papers and correspond with C. Greco, D. Boll and A. Paul re same. |
| 12/29/2010 | Kristina Alexander | .10 | Correspond with client re Lyondell stipulation. |
|  | Total: | 14.10 |  |

A-29

## Matter 60 - Delphi Preference Defense - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/11/2010 | Christopher T Greco | .20 | Correspond internally re Delphi update and reply status. |
| 12/13/2010 | Christopher T Greco | .50 | Correspond with J. Hughes re update on Delphi preference matter and follow up with K&E team re same. |
| 12/13/2010 | Maura Klugman | .80 | Confer with R. Orren re other defendants in Delphi preference proceeding. |
| 12/14/2010 | Kristina Alexander | .10 | Correspond with opposing counsel re Delphi matter. |
| 12/14/2010 | Robert Orren | 1.00 | Review Delphi docket for reply to objections to motion for leave (.2); retrieve and distribute hearing transcript for December 17 hearing (.3); review adversary proceedings for objections to Debtors' motion for leave (.3); prepare correspondence to M. Klugman re same (.2). |
| 12/27/2010 | Christopher T Greco | .20 | Correspond with Delphi counsel and internal team re settlement discussions. |
| 12/28/2010 | Christopher T Greco | .20 | Correspond internally re Delphi settlement discussions and review same. |
| 12/29/2010 | Christopher T Greco | .60 | Review potential Delphi settlement and follow up with M. Dexter re same. |
| 12/30/2010 | Kristina Alexander | .20 | Correspond with opposing counsel re Delphi stipulation. |
|  | Total: | 3.80 |  |

## Matter 62 - High-Yield Notes Offering Advice - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/6/2010 | Christian O Nagler | 1.50 | Prepare description of notes. |
| | Total: | 1.50 | |