# EXHIBIT B

### Matter 42 - Travel - Non-working - Expenses

| Service Description | Amount |
|---|---:|
| Travel Expense | $899.80 |
| Airfare | $1,123.54 |
| Transportation to/from airport | $600.75 |
| Travel Meals | $250.50 |
| **Total:** | **$2,874.59** |

## Matter 42 - Travel - Non-working - Itemized Expenses

| Date | Amount | Description |
|---|---|---|
| 12/8/2010 | 571.40 | John Donley, Airfare, Philadelphia, PA, 12/12/2010 to 12/13/2010, (Court Hearing) |
| 12/8/2010 | 552.14 | Adam Paul, Airfare, Philadelphia, PA, 12/12/2010 to 12/14/2010, (Hearing) |
| 12/12/2010 | 88.95 | CROWN CARS & LIMOUSINES, Transportation to/from airport, 12/12/2010, KIMBERLY LOVE |
| 12/12/2010 | 118.45 | METROPOLITAN LIMOUSINE - Transportation to/from airport, ADAM PAUL, 12/12/10 (home to airport) |
| 12/12/2010 | 123.40 | Adam Paul, Transportation To/From Airport, (Hearing) (airport to DE) |
| 12/12/2010 | 26.10 | John Donley, Travel Meals, Wilmington, DE, (Court Hearing), Lunch |
| 12/12/2010 | 11.00 | Adam Paul, Travel Meals, Chicago, IL, (Hearing), Lunch |
| 12/12/2010 | 165.00 | Adam Paul, Travel Meal with others, Wilmington, DE, (Hearing), Dinner for 3 people |
| 12/13/2010 | 449.90 | John Donley, Lodging, Wilmington, DE, Hotel DuPont, 12/12/2010 to 12/13/2010, (Court Hearing) |
| 12/13/2010 | 449.90 | Adam Paul, Lodging, Wilmington, DE, Hotel DuPont, 12/12/2010 to 12/13/2010, (Hearing) |
| 12/13/2010 | 36.00 | John Donley, Transportation To/From Airport, (Court Hearing) |
| 12/13/2010 | 110.00 | John Donley, Transportation To/From Airport, (Court Hearing) |
| 12/13/2010 | 48.40 | John Donley, Travel Meal with Others, Wilmington, DE, (Court Hearing), Breakfast for 2 people |
| 12/14/2010 | 123.95 | METROPOLITAN LIMOUSINE - Transportation to/from airport, ADAM PAUL, 12/14/10 |
| Total: | 2,874.59 | |

**Matter 52 – Expenses – Expenses**

| Service Description | Amount |
| --- | ---: |
| Third Party Telephone Charges | $135.28 |
| Standard Copies or Prints | $2,474.70 |
| Color Copies or Prints | $90.50 |
| Overnight Delivery | $699.67 |
| Outside Messenger Services | $190.09 |
| Outside Computer Services | $1,161.50 |
| Library Document Retrieval | $25.00 |
| Computer Database Research | $2,065.77 |
| Electronic Data Storage | $1,727.43 |
| **Total:** | **$8,569.94** |

## Matter 52 – Expenses – Itemized Expenses

| Date | Amount | Description |
|---|---:|---|
| 11/15/2010 | 29.14 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LA SALLE, Holly Bull, 11/15/2010 |
| 11/18/2010 | 648.58 | WEST, Computer Database Research, KLUGMAN, MAURA M., NOVEMBER, 2010 |
| 11/18/2010 | 244.65 | WEST, Computer Database Research, WEILAND, BRAD, NOVEMBER, 2010 |
| 11/22/2010 | 86.55 | WEST, Computer Database Research, ORREN, ROBERT, NOVEMBER, 2010 |
| 11/22/2010 | 144.54 | WEST, Computer Database Research, ALEXANDER, KRISTINA, NOVEMBER, 2010 |
| 11/24/2010 | 20.14 | WEST, Computer Database Research, ESAYIAN, LISA G., NOVEMBER, 2010 |
| 11/24/2010 | 588.78 | WEST, Computer Database Research, KOKONTIS, MEGAN, NOVEMBER, 2010 |
| 11/30/2010 | 27.53 | INTERCALL - Third Party Telephone Charges, J. Donley, 11/30/10 |
| 11/30/2010 | 7.82 | INTERCALL - Third Party Telephone Charges, A. Paul, 11/30/10 |
| 11/30/2010 | 31.73 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LA SALLE, Adam C. Paul, 11/30/2010 |
| 11/30/2010 | 1,161.50 | C2 LEGAL - Outside Computer Services, Professional Legal Services |
| 11/30/2010 | 285.97 | WEST, Computer Database Research, BOLL, DEANNA D., NOVEMBER, 2010 |
| 12/2/2010 | 1.40 | Standard Prints |
| 12/2/2010 | 4.70 | Standard Prints |
| 12/2/2010 | 3.80 | Standard Prints |
| 12/3/2010 | 32.50 | Standard Prints |
| 12/3/2010 | 7.50 | Standard Prints |
| 12/3/2010 | 2.90 | Standard Prints |
| 12/3/2010 | 0.50 | Standard Prints |
| 12/3/2010 | 10.00 | Color Prints |
| 12/6/2010 | 50.60 | Standard Prints |
| 12/6/2010 | 0.20 | Standard Prints |
| 12/6/2010 | 4.90 | Standard Prints |
| 12/6/2010 | 16.90 | Standard Prints |
| 12/6/2010 | 0.20 | Standard Prints |
| 12/6/2010 | 1.90 | Standard Prints |
| 12/6/2010 | 20.00 | RESTRUCTURING CONCEPTS LLC - Computer Database Research, NetDockets usage for November 2010 |

| Date | Amount | Description |
|---|---:|---|
| 12/7/2010 | 1.40 | Standard Copies or Prints |
| 12/7/2010 | 0.40 | Standard Copies or Prints |
| 12/7/2010 | 43.70 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LA SALLE, Holly Bull, 12/7/2010 |
| 12/8/2010 | 3.20 | Standard Prints |
| 12/8/2010 | 10.30 | Standard Prints |
| 12/8/2010 | 20.60 | Standard Prints |
| 12/8/2010 | 120.50 | Standard Copies or Prints |
| 12/8/2010 | 1.50 | Standard Prints |
| 12/8/2010 | 14.30 | Standard Prints |
| 12/8/2010 | 1.20 | Standard Prints |
| 12/8/2010 | 1.00 | Standard Prints |
| 12/8/2010 | 22.30 | Standard Prints |
| 12/8/2010 | 98.18 | Fed Exp to: DEANNA BOLL, NEW YORK CITY, NY from: GENERAL SERVICES |
| 12/9/2010 | 3.40 | Standard Prints |
| 12/9/2010 | 9.70 | Standard Prints |
| 12/9/2010 | 1,679.10 | Standard Copies or Prints |
| 12/9/2010 | 2.10 | Standard Prints |
| 12/9/2010 | 15.70 | Standard Copies or Prints |
| 12/9/2010 | 0.70 | Standard Prints |
| 12/9/2010 | 0.10 | Standard Prints |
| 12/10/2010 | 13.90 | Standard Prints |
| 12/10/2010 | 0.80 | Standard Prints |
| 12/10/2010 | 62.80 | Standard Copies or Prints |
| 12/10/2010 | 5.30 | Standard Prints |
| 12/10/2010 | 9.30 | Standard Prints |
| 12/10/2010 | 8.30 | Standard Prints |
| 12/10/2010 | 79.00 | Color Copies or Prints |
| 12/10/2010 | 38.40 | Standard Copies or Prints |
| 12/10/2010 | 36.55 | Fed Exp to: David Turetsky, NEW YORK CITY, NY from: Kimberly Love |
| 12/10/2010 | 54.79 | Fed Exp to: Kimberly Love, WILMINGTON, DE from: CHICAGO, IL |
| 12/10/2010 | 55.65 | Fed Exp to: James O'Neill, WILMINGTON, DE from: Kimberly Love |
| 12/10/2010 | 11.30 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LA SALLE, Kimberly K. Love, 12/10/2010 |
| 12/10/2010 | 25.00 | Library Document Retrieval |

| Date | Amount | Description |
|---|---|---|
| 12/10/2010 | 26.56 | LEXISNEXIS, Computer Database Research, LOVE, KIMBERLY, 12/10/2010 |
| 12/13/2010 | 8.70 | Standard Prints |
| 12/13/2010 | 29.69 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LA SALLE, Holly Bull, 12/13/2010 |
| 12/14/2010 | 12.00 | Standard Prints |
| 12/14/2010 | 1.80 | Standard Prints |
| 12/14/2010 | 4.50 | Standard Prints |
| 12/14/2010 | 0.60 | Standard Prints |
| 12/14/2010 | 44.53 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LA SALLE, Holly Bull, 12/14/2010 |
| 12/15/2010 | 3.80 | Standard Copies or Prints |
| 12/15/2010 | 0.50 | Standard Prints |
| 12/15/2010 | 0.30 | Standard Prints |
| 12/15/2010 | 1.50 | Standard Prints |
| 12/16/2010 | 2.70 | Standard Prints |
| 12/16/2010 | 13.20 | Standard Prints |
| 12/16/2010 | 0.50 | Standard Prints |
| 12/17/2010 | 1.20 | Standard Prints |
| 12/17/2010 | 0.40 | Standard Prints |
| 12/17/2010 | 454.50 | QUICK INTERNATIONAL COURIER INC - Overnight Delivery, Shipment to Hotel DuPont, Wilmington, DE, 12/12/10 |
| 12/20/2010 | 7.40 | Standard Copies or Prints |
| 12/20/2010 | 0.60 | Standard Prints |
| 12/20/2010 | 15.50 | Standard Prints |
| 12/20/2010 | 20.20 | Standard Prints |
| 12/21/2010 | 1.00 | Standard Copies or Prints |
| 12/21/2010 | 3.80 | Standard Prints |
| 12/21/2010 | 7.00 | Standard Prints |
| 12/21/2010 | 2.30 | Standard Prints |
| 12/21/2010 | 2.20 | Standard Prints |
| 12/22/2010 | 2.40 | Standard Prints |
| 12/22/2010 | 6.10 | Standard Prints |
| 12/22/2010 | 0.20 | Standard Prints |
| 12/22/2010 | 0.90 | Standard Prints |
| 12/22/2010 | 5.20 | Standard Prints |
| 12/23/2010 | 35.20 | Standard Prints |
| 12/23/2010 | 4.20 | Standard Prints |

B-7

| Date | Amount | Description |
|---|---:|---|
| 12/27/2010 | 20.80 | Standard Copies or Prints |
| 12/27/2010 | 0.50 | Standard Prints |
| 12/27/2010 | 4.40 | Standard Prints |
| 12/27/2010 | 0.20 | Standard Copies or Prints |
| 12/27/2010 | 1.10 | Standard Prints |
| 12/28/2010 | 21.80 | Standard Prints |
| 12/28/2010 | 0.70 | Standard Prints |
| 12/28/2010 | 0.70 | Standard Prints |
| 12/28/2010 | 0.30 | Standard Prints |
| 12/29/2010 | 9.90 | Standard Prints |
| 12/29/2010 | 45.60 | Standard Copies or Prints |
| 12/29/2010 | 7.90 | Standard Prints |
| 12/29/2010 | 15.20 | Standard Prints |
| 12/29/2010 | 2.40 | Standard Prints |
| 12/29/2010 | 2.10 | Standard Prints |
| 12/29/2010 | 1.50 | Color Prints |
| 12/29/2010 | 0.90 | Standard Copies or Prints |
| 12/31/2010 | 16.28 | INTERCALL - Third Party Telephone Charges, L. Esayian, 12/31/10 |
| 12/31/2010 | 83.65 | INTERCALL - Third Party Telephone Charges, A. Paul, 12/31/10 |
| 12/31/2010 | 1,727.43 | Electronic Data Storage |
| Total: | 8,569.94 | |