# EXHIBIT A

# Blackstone Advisory Partners L.P.

February 10, 2011

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---|
| Monthly advisory fee for the period of October 1, 2010 through October 31, 2010: | $ | 175,000.00 |

Out-of-pocket expenses processed for the period through October 31, 2010: [1]

| | | | |
|---|---|---|---|
| Communications | $ | 23.58 | |
| Meals | | 53.52 | |
| Lodging | | 211.59 | |
| Document Production | | 95.30 | |
| Research | | 70.20 | |
| Publishing Services | | 21.00 | 475.19 |
| **Total Amount Due** | | $ | **175,475.19** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

Invoice Number: 52584

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

Blackstone Advisory Partners L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Through October 31, 2010**
**Invoice No. 52584**

| | GL Detail Oct-10 | | Total Expenses |
|---|---|---|---|
| Communications - Teleconferencing | $ | 23.58 | $ 23.58 |
| Employee Meals | | 53.52 | 53.52 |
| Lodging | | 211.59 | 211.59 |
| Document Production | | 95.30 | 95.30 |
| Internal Research | | 56.25 | 56.25 |
| External Research - Online Database | | 13.95 | 13.95 |
| Publishing Services | | 21.00 | 21.00 |
| **Total Expenses** | $ | **475.19** | $ **475.19** |

| | | |
|---|---|---|
| **Communications** | $ | **23.58** |
| **Meals** | | **53.52** |
| **Lodging** | | **211.59** |
| **Document Production** | | **95.30** |
| **Research** | | **70.20** |
| **Publishing Services** | | **21.00** |
| **Total Expenses** | $ | **475.19** |

W.R. Grace & Co.
Detail of Expenses Processed
Through October 31, 2010
Invoice No. 52584

**Communications - Teleconferencing**
| | | | |
|---|---|---|---|
| O'Connell | 09/24/10 | 23.58 | |
| | Subtotal - Communications - Teleconferencing | | $ 23.58 |

**Employee Meals**
| | | | |
|---|---|---|---|
| Lambert (weeknight working dinner meal @ Blackstone while working late) | 08/03/10 | 24.84 | |
| O'Connell (weeknight working dinner meal @ Blackstone while working late) | 08/04/10 | 28.68 | |
| | Subtotal - Employee Meals | | 53.52 |

**Lodging**
| | | | |
|---|---|---|---|
| Lambert (1 day hotel stay in Baltimore, MD) | 07/14/10 - 07/15/10 | 211.59 | |
| | Subtotal - Lodging | | 211.59 |

**Document Production**
| | | | |
|---|---|---|---|
| Lambert (953 black & white photocopies calculated @ a rate of $0.10 per page) | 09/23/10 | 95.30 | |
| | Subtotal - Document Production | | 95.30 |

**Internal Research**
| | | | |
|---|---|---|---|
| Lambert (online data research) | 09/23/10 | 56.25 | |
| | Subtotal - Internal Research | | 56.25 |

**External Research - Online Database**
| | | | |
|---|---|---|---|
| Lambert (in-room internet access @ hotel in Balitmore, MD) | 07/14/10 | 13.95 | |
| | Subtotal - External Research - Online Database | | 13.95 |

**Publishing Services**
| | | | |
|---|---|---|---|
| Lambert (preparation of presentation materials for meetings) | 09/23/10 | 21.00 | |
| | Subtotal - Publishing Services | | 21.00 |

| | | | |
|---|---|---|---|
| | Total Expenses | | $ 475.19 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010**

| Professional | Title | | Hours |
|---|---|---|---|
| Jamie O'Connell | Managing Director | | 28.5 |
| Patrick Schumacher | Managing Director | | 23.2 |
| Jonathan Kaufman | Associate | | 23.7 |
| Christopher Yamamoto | Associate | | 58.2 |
| Alexander Lambert | Analyst | | 22.5 |
| Kathleen Wu | Analyst | | 71.9 |
| Cathy Gao | Analyst | | 88.7 |
| | | **Total** | 316.7 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Cathy Gao | 10/01/10 | 4.0 | Business Analysis | Financial analysis related to business analysis |
| Jamie O'Connell | 10/01/10 | 0.4 | Business Analysis | Correspondence regarding business analysis |
| Jonathan Kaufman | 10/01/10 | 0.2 | Business Analysis | Call with G. Young of Grace regarding business analysis |
| Cathy Gao | 10/03/10 | 4.0 | Business Analysis | Financial analysis related to business analysis |
| Kathleen Wu | 10/03/10 | 2.0 | Business Analysis | Financial analysis related to business analysis |
| Cathy Gao | 10/04/10 | 2.0 | Business Analysis | Financial analysis related to business analysis |
| Kathleen Wu | 10/04/10 | 6.0 | Business Analysis | Financial analysis related to business analysis |
| Cathy Gao | 10/05/10 | 4.0 | Business Analysis | Financial analysis related to business analysis |
| Kathleen Wu | 10/05/10 | 2.0 | Business Analysis | Financial analysis related to business analysis |
| Cathy Gao | 10/06/10 | 4.0 | Business Analysis | Financial analysis related to business analysis |
| Alexander Lambert | 10/07/10 | 0.3 | Business Analysis | Meeting with internal team regarding financial analysis |
| Cathy Gao | 10/07/10 | 4.0 | Business Analysis | Financial analysis related to business analysis |
| Christopher Yamamoto | 10/07/10 | 0.5 | Business Analysis | Call regarding business analysis |
| Jamie O'Connell | 10/07/10 | 0.3 | Business Analysis | Meeting with internal team regarding financial analysis |
| Jonathan Kaufman | 10/07/10 | 0.3 | Business Analysis | Meeting with internal team regarding financial analysis |
| Kathleen Wu | 10/07/10 | 0.5 | Business Analysis | Catch-up with Michael Brown on projections |
| Kathleen Wu | 10/07/10 | 1.0 | Business Analysis | Financial analysis related to business analysis |
| Alexander Lambert | 10/08/10 | 0.5 | Business Analysis | Meeting with J. O'Connell and J. Kaufman regarding various matters |
| Jamie O'Connell | 10/08/10 | 0.5 | Business Analysis | Meeting with J. Kaufman and A. Lambert regarding various matters |
| Jonathan Kaufman | 10/08/10 | 0.5 | Business Analysis | Meeting with J. O'Connell and A. Lambert regarding various matters |
| Jonathan Kaufman | 10/08/10 | 0.5 | Business Analysis | Correspondence with E. Filon regarding financial analysis |
| Kathleen Wu | 10/08/10 | 4.0 | Business Analysis | Financial analysis related to business analysis |
| Alexander Lambert | 10/11/10 | 2.0 | Business Analysis | Business analysis |
| Cathy Gao | 10/11/10 | 4.0 | Business Analysis | Preparing materials for business analysis |
| Jamie O'Connell | 10/11/10 | 1.5 | Business Analysis | Business analysis |
| Jonathan Kaufman | 10/11/10 | 1.5 | Business Analysis | Business analysis |
| Patrick Schumacher | 10/11/10 | 0.5 | Business Analysis | Call regarding business analysis |
| Cathy Gao | 10/12/10 | 4.0 | Business Analysis | Preparation of materials for business and financial analysis |
| Jamie O'Connell | 10/12/10 | 0.3 | Business Analysis | Call with T. Freedman regarding business analysis |
| Jamie O'Connell | 10/12/10 | 0.2 | Business Analysis | Correspondence to management regarding business analysis |
| Jamie O'Connell | 10/12/10 | 0.5 | Business Analysis | Conference call with management regarding business analysis |
| Cathy Gao | 10/13/10 | 4.0 | Business Analysis | Preparation of materials for business and financial analysis |
| Kathleen Wu | 10/13/10 | 6.0 | Business Analysis | Financial analysis related to business analysis |
| Cathy Gao | 10/14/10 | 4.0 | Business Analysis | Preparation of materials for business and financial analysis |
| Christopher Yamamoto | 10/14/10 | 6.0 | Business Analysis | Financial analysis related to business analysis |
| Alexander Lambert | 10/15/10 | 0.6 | Business Analysis | Conference call regarding business analysis |
| Alexander Lambert | 10/15/10 | 1.5 | Business Analysis | Business analysis |
| Christopher Yamamoto | 10/15/10 | 6.0 | Business Analysis | Financial analysis related to business analysis |
| Christopher Yamamoto | 10/15/10 | 0.5 | Business Analysis | Call with management |
| Jamie O'Connell | 10/15/10 | 0.6 | Business Analysis | Conference call regarding business analysis |
| Jonathan Kaufman | 10/15/10 | 0.6 | Business Analysis | Conference call regarding business analysis |
| Jonathan Kaufman | 10/15/10 | 0.5 | Business Analysis | Business analysis |
| Kathleen Wu | 10/15/10 | 0.5 | Business Analysis | Call with management |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Patrick Schumacher | 10/15/10 | 0.5 | Business Analysis | Call with management |
| Alexander Lambert | 10/16/10 | 0.2 | Business Analysis | Conference call regarding business analysis |
| Alexander Lambert | 10/16/10 | 1.0 | Business Analysis | Conference call with management regarding business analysis |
| Alexander Lambert | 10/16/10 | 7.0 | Business Analysis | Business analysis |
| Cathy Gao | 10/17/10 | 10.0 | Business Analysis | Preparation of materials for business and financial analysis |
| Christopher Yamamoto | 10/16/10 | 10.0 | Business Analysis | Financial analysis related to business analysis |
| Christopher Yamamoto | 10/16/10 | 2.0 | Business Analysis | Call with management |
| Jamie O'Connell | 10/16/10 | 3.5 | Business Analysis | Prepare materials regarding business analysis |
| Jamie O'Connell | 10/16/10 | 0.2 | Business Analysis | Conference call regarding business analysis |
| Jamie O'Connell | 10/16/10 | 1.0 | Business Analysis | Conference call with management regarding business analysis |
| Jamie O'Connell | 10/16/10 | 0.3 | Business Analysis | Correspondence regarding business analysis |
| Jonathan Kaufman | 10/16/10 | 0.2 | Business Analysis | Conference call regarding business analysis |
| Jonathan Kaufman | 10/16/10 | 1.0 | Business Analysis | Conference call with management regarding business analysis |
| Kathleen Wu | 10/16/10 | 10.0 | Business Analysis | Financial analysis related to business analysis |
| Kathleen Wu | 10/16/10 | 2.0 | Business Analysis | Conference call regarding business analysis |
| Patrick Schumacher | 10/16/10 | 3.0 | Business Analysis | Financial analysis related to business analysis |
| Patrick Schumacher | 10/16/10 | 4.0 | Business Analysis | Business analysis |
| Patrick Schumacher | 10/16/10 | 2.0 | Business Analysis | Conference call regarding business analysis |
| Alexander Lambert | 10/17/10 | 1.5 | Business Analysis | Conference call with management regarding business analysis |
| Alexander Lambert | 10/17/10 | 5.5 | Business Analysis | Business analysis |
| Cathy Gao | 10/17/10 | 12.0 | Business Analysis | Preparation of materials for business and financial analysis, and financial modeling |
| Cathy Gao | 10/17/10 | 1.5 | Business Analysis | Conference call regarding business analysis |
| Christopher Yamamoto | 10/17/10 | 8.0 | Business Analysis | Financial analysis related to business analysis |
| Christopher Yamamoto | 10/17/10 | 1.5 | Business Analysis | Conference call regarding business analysis |
| Jamie O'Connell | 10/17/10 | 1.2 | Business Analysis | Drafting and correspondence related to business analysis |
| Jamie O'Connell | 10/17/10 | 1.5 | Business Analysis | Conference call with management regarding business analysis |
| Jonathan Kaufman | 10/17/10 | 1.5 | Business Analysis | Conference call with management regarding business analysis |
| Jonathan Kaufman | 10/17/10 | 4.0 | Business Analysis | Business analysis |
| Kathleen Wu | 10/17/10 | 8.0 | Business Analysis | Financial analysis related to business analysis |
| Kathleen Wu | 10/17/10 | 1.5 | Business Analysis | Conference call regarding business analysis |
| Patrick Schumacher | 10/17/10 | 1.5 | Business Analysis | Conference call regarding business analysis |
| Patrick Schumacher | 10/17/10 | 3.0 | Business Analysis | Financial analysis related to business analysis |
| Patrick Schumacher | 10/17/10 | 0.5 | Business Analysis | Conference call regarding business analysis |
| Cathy Gao | 10/18/10 | 5.0 | Business Analysis | Preparation of materials for business and financial analysis, and financial modeling |
| Cathy Gao | 10/19/10 | 0.5 | Business Analysis | Conference call regarding business analysis |
| Cathy Gao | 10/18/10 | 8.0 | Business Analysis | Financial analysis related to business analysis |
| Christopher Yamamoto | 10/18/10 | 0.5 | Business Analysis | Conference call regarding business analysis |
| Jamie O'Connell | 10/18/10 | 0.5 | Business Analysis | Review materials related to business analysis |
| Jamie O'Connell | 10/18/10 | 0.7 | Business Analysis | Conference call with management regarding business analysis |
| Jamie O'Connell | 10/18/10 | 0.2 | Business Analysis | Correspondence regarding business analysis |
| Kathleen Wu | 10/18/10 | 0.5 | Business Analysis | Conference call regarding business analysis |
| Patrick Schumacher | 10/18/10 | 0.5 | Business Analysis | Conference call regarding business analysis |
| Cathy Gao | 10/19/10 | 5.0 | Business Analysis | Financial analysis related to business analysis |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Christopher Yamamoto | 10/19/10 | 3.0 | Business Analysis | Financial analysis related to business analysis |
| Jamie O'Connell | 10/19/10 | 0.3 | Business Analysis | Review materials related to business analysis |
| Jamie O'Connell | 10/19/10 | 0.4 | Business Analysis | Call with H. La Force regarding business analysis |
| Kathleen Wu | 10/19/10 | 8.0 | Business Analysis | Financial analysis related to business analysis |
| Patrick Schumacher | 10/19/10 | 2.0 | Business Analysis | Financial analysis related to business analysis |
| Cathy Gao | 10/20/10 | 5.0 | Business Analysis | Financial analysis related to business analysis |
| Christopher Yamamoto | 10/20/10 | 3.0 | Business Analysis | Financial analysis related to business analysis |
| Jamie O'Connell | 10/20/10 | 0.3 | Business Analysis | Call with management and counsel regarding business analysis |
| Jamie O'Connell | 10/20/10 | 0.1 | Business Analysis | Call with J. McFarland regarding business analysis |
| Jamie O'Connell | 10/20/10 | 0.2 | Business Analysis | Correspondence to financial advisors regarding business analysis |
| Kathleen Wu | 10/20/10 | 5.0 | Business Analysis | Financial analysis related to business analysis |
| Cathy Gao | 10/21/10 | 0.5 | Business Analysis | Call with Elyse Filon |
| Christopher Yamamoto | 10/21/10 | 2.0 | Business Analysis | Financial analysis related to business analysis |
| Kathleen Wu | 10/21/10 | 5.0 | Business Analysis | Financial analysis related to business analysis |
| Kathleen Wu | 10/21/10 | 0.5 | Business Analysis | Call with Elyse Filon |
| Patrick Schumacher | 10/21/10 | 1.0 | Business Analysis | Financial analysis related to business analysis |
| Cathy Gao | 10/22/10 | 0.5 | Business Analysis | Call with Jeremy Rohen |
| Christopher Yamamoto | 10/22/10 | 0.5 | Business Analysis | Call with Jeremy Rohen |
| Jamie O'Connell | 10/22/10 | 0.1 | Business Analysis | Call with G. Poling |
| Kathleen Wu | 10/22/10 | 0.5 | Business Analysis | Call with Jeremy Rohen |
| Christopher Yamamoto | 10/25/10 | 2.0 | Business Analysis | Financial analysis related to business analysis |
| Kathleen Wu | 10/25/10 | 3.0 | Business Analysis | Financial analysis related to business analysis |
| Patrick Schumacher | 10/25/10 | 2.0 | Business Analysis | Financial analysis related to business analysis |
| Christopher Yamamoto | 10/26/10 | 2.0 | Business Analysis | Financial analysis related to business analysis |
| Kathleen Wu | 10/26/10 | 2.0 | Business Analysis | Financial analysis related to business analysis |
| Patrick Schumacher | 10/26/10 | 2.0 | Business Analysis | Financial analysis related to business analysis |
| Christopher Yamamoto | 10/27/10 | 4.0 | Business Analysis | Financial analysis related to business analysis |
| Kathleen Wu | 10/27/10 | 2.0 | Business Analysis | Financial analysis related to business analysis |
| Alexander Lambert | 10/28/10 | 1.0 | Business Analysis | Business analysis |
| Christopher Yamamoto | 10/28/10 | 2.0 | Business Analysis | Financial analysis related to business analysis |
| Jamie O'Connell | 10/28/10 | 0.5 | Business Analysis | Financial analysis |
| Kathleen Wu | 10/28/10 | 0.5 | Business Analysis | Financial analysis related to business analysis |
| Alexander Lambert | 10/29/10 | 0.7 | Business Analysis | Call with management regarding business analysis |
| Alexander Lambert | 10/29/10 | 0.2 | Business Analysis | Follow-up internal call |
| Cathy Gao | 10/29/10 | 0.7 | Business Analysis | Call with management regarding business analysis |
| Cathy Gao | 10/29/10 | 2.0 | Business Analysis | Financial analysis related to business analysis |
| Christopher Yamamoto | 10/29/10 | 4.0 | Business Analysis | Financial analysis related to business analysis |
| Christopher Yamamoto | 10/29/10 | 0.7 | Business Analysis | Call with management regarding business analysis |
| Jamie O'Connell | 10/29/10 | 0.4 | Business Analysis | Financial analysis |
| Jamie O'Connell | 10/29/10 | 0.7 | Business Analysis | Call with management regarding business analysis |
| Jamie O'Connell | 10/29/10 | 0.2 | Business Analysis | Follow-up internal call |
| Jamie O'Connell | 10/29/10 | 0.3 | Business Analysis | Correspondence regarding business analysis |
| Jonathan Kaufman | 10/29/10 | 0.7 | Business Analysis | Call with management regarding business analysis |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jonathan Kaufman | 10/29/10 | 0.2 | Business Analysis | Follow-up internal call |
| Kathleen Wu | 10/29/10 | 0.7 | Business Analysis | Call with management regarding business analysis |
| Kathleen Wu | 10/29/10 | 0.7 | Business Analysis | Call with management regarding business analysis |
| Patrick Schumacher | 10/29/10 | 0.7 | Business Analysis | Call with management regarding business analysis |
| | | 292.6 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 10/08/10 | 0.2 | Claims Analysis Objection/Resolution | Review correspondence from J. Baer regarding claims |
| Jamie O'Connell | 10/14/10 | 0.2 | Claims Analysis Objection/Resolution | Correspondence regarding claims |
| Jamie O'Connell | 10/26/10 | 0.2 | Claims Analysis Objection/Resolution | Review correspondence regarding claims |
| | | 0.6 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 10/14/10 | 7.5 | Corporate Finance | Third Quarter Business Review at Grace |
| Jonathan Kaufman | 10/14/10 | 7.5 | Corporate Finance | Third Quarter Business Review at Grace |
| | | 15.0 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Alexander Lambert | 10/01/10 | 0.5 | Financing | Exit financing key terms analysis |
| Jonathan Kaufman | 10/01/10 | 0.5 | Financing | Exit financing key terms analysis |
| | | 1.0 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 10/14/10 | 3.5 | Non-Working Travel Time | Travel to Grace's offices in Maryland |
| Jonathan Kaufman | 10/14/10 | 2.0 | Non-Working Travel Time | Travel from Chicago to BWI |
| Jonathan Kaufman | 10/14/10 | 2.0 | Non-Working Travel Time | Travel from Baltimore Penn to NYC |
| | | 7.5 | | |

# Blackstone Advisory Partners L.P.

February 10, 2011

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | | |
|---|---|---|---|---|
| Monthly advisory fee for the period of November 1, 2010 through November 30, 2010: | | $ | | 175,000.00 |

Out-of-pocket expenses processed for the period through November 30, 2010: [1]

| | | | |
|---|---|---|---|
| Ground Transportation | $ | 943.10 | |
| Communication | | 54.08 | |
| Meals | | 430.92 | |
| Lodging | | 297.32 | |
| Document Production | | 857.60 | |
| Research | | 42.50 | 2,625.52 |
| **Total Amount Due** | | $ | **177,625.52** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

Invoice Number: 52712

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

Blackstone Advisory Partners L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

W.R. Grace & Co.
Summary of Expenses
Through November 30, 2010
Invoice No. 52712

| | GL Detail Nov-10 | Total Expenses |
|---|---|---|
| Ground Transportation - Car Service - Elite | $ 100.28 | $ 100.28 |
| Ground Transportation - Local Travel | 178.82 | 178.82 |
| Ground Transportation - Out of Town Travel | 158.00 | 158.00 |
| Ground Transportation - Railroad | 506.00 | 506.00 |
| Communications - Teleconferencing | 54.08 | 54.08 |
| Employee Meals | 430.92 | 430.92 |
| Lodging | 297.32 | 297.32 |
| Document Production | 857.60 | 857.60 |
| Internal Research | 42.50 | 42.50 |
| **Total Expenses** | $ 2,625.52 | $ 2,625.52 |

| | |
|---|---|
| **Ground Transportation** | 943.10 |
| **Communication** | 54.08 |
| **Meals** | 430.92 |
| **Lodging** | 297.32 |
| **Document Production** | 857.60 |
| **Research** | 42.50 |
| **Total Expenses** | $ 2,625.52 |

W.R. Grace & Co.
Detail of Expenses Processed
Through November 30, 2010
Invoice No. 52712

**Ground Transportation - Car Service - Elite**

| | | |
|---|---|---|
| O'Connell (car to Newark Airport in Newark, NJ from home) | 10/14/10 | 100.28 |
| | Subtotal - Ground Transportation - Car Service - Elite | $ 100.28 |

**Ground Transportation - Local Travel**

| | | |
|---|---|---|
| Kaufman (weeknight taxi home from Blackstone after working late) | 10/14/10 | 6.10 |
| Kaufman (weekend taxi to Blackstone from home) | 10/16/10 | 7.80 |
| Kaufman (weekend taxi home from Blackstone) | 10/16/10 | 14.60 |
| Kaufman (weeknight taxi home from Blackstone after working late) | 11/02/10 | 11.00 |
| Lambert (weeknight taxi home from Blackstone after working late) | 09/27/10 | 16.10 |
| Lambert (weeknight taxi home from Blackstone after working late) | 09/28/10 | 17.15 |
| Lambert (weeknight taxi home from Blackstone after working late) | 09/29/10 | 14.60 |
| Lambert (weeknight taxi home from Blackstone after working late) | 10/15/10 | 14.49 |
| Lambert (weekend taxi to Blackstone from home) | 10/16/10 | 13.10 |
| Lambert (weekend taxi home from Blackstone) | 10/16/10 | 10.60 |
| Lambert (weekend taxi to Blackstone from home) | 10/17/10 | 12.20 |
| Lambert (weeknight taxi home from Blackstone after working late) | 11/01/10 | 16.90 |
| Lambert (weeknight taxi home from Blackstone after working late) | 11/03/10 | 10.50 |
| Lambert (weeknight taxi home from Blackstone after working late) | 11/04/10 | 13.68 |
| | Subtotal - Ground Transportation - Local Travel | 178.82 |

**Ground Transportation - Out of Town Travel**

| | | |
|---|---|---|
| Kaufman (car to train station in Baltimore, MD from client offices in Columbia, MD) | 10/14/10 | 80.00 |
| O'Connell (car to client offices in Columbia, MD from train station in Baltimore, MD) | 10/14/10 | 78.00 |
| | Subtotal - Ground Transportation - Out of Town Travel | 158.00 |

**Ground Transportation - Railroad**

| | | |
|---|---|---|
| Kaufman (one-way train travel to New York, NY from Baltimore, MD) | 10/14/10 | 313.00 |
| O'Connell (travel agency fee for booking of one-way train travel to Baltimore, MD from Newark, NJ on 10/14/10) | 10/12/10 | 20.00 |
| O'Connell (one-way train travel to Baltimore, MD from Newark, NJ) | 10/14/10 | 173.00 |
| | Subtotal - Ground Transportation - Railroad | 506.00 |

**Communications - Teleconferencing**

| | | |
|---|---|---|
| Kaufman | 10/24/10 | 51.54 |
| O'Connell | 10/24/10 | 2.54 |
| | Subtotal - Communications - Teleconferencing | 54.08 |

**Employee Meals**

| | | |
|---|---|---|
| Kaufman (weeknight working dinner meal @ Blackstone while working late) | 07/28/10 | 25.00 |
| Kaufman (weeknight working dinner meal @ Blackstone while working late) | 09/24/10 | 25.00 |
| Kaufman (weeknight working dinner meal @ Blackstone while working late) | 09/28/10 | 25.00 |
| Kaufman (weeknight working dinner meal @ Blackstone while working late) | 10/13/10 | 20.44 |
| Kaufman (working breakfast meal while traveling) | 10/14/10 | 13.55 |
| Kaufman (weeknight working dinner meal @ Blackstone while working late) | 10/14/10 | 25.00 |
| Kaufman (weekend working breakfast meal @ Blackstone) | 10/16/10 | 10.31 |
| Kaufman (weekend working lunch meal @ Blackstone) | 10/16/10 | 25.00 |
| Kaufman (weeknight working dinner meal @ Blackstone while working late) | 11/02/10 | 25.00 |
| Lambert (weeknight working dinner meal @ Blackstone while working late) | 09/27/10 | 17.05 |
| Lambert (weeknight working dinner meal @ Blackstone while working late) | 09/29/10 | 25.00 |
| Lambert (weeknight working dinner meal @ Blackstone while working late) | 10/11/10 | 25.00 |
| Lambert (weeknight working dinner meal @ Blackstone while working late) | 10/15/10 | 25.00 |
| Lambert (weekend working breakfast meal @ Blackstone) | 10/16/10 | 3.91 |
| Lambert (weeknight working dinner meal @ Blackstone while working late) | 11/01/10 | 25.00 |
| Lambert (weeknight working dinner meal @ Blackstone while working late) | 11/03/10 | 25.00 |
| Lambert (weeknight working dinner meal @ Blackstone while working late) | 11/04/10 | 23.65 |
| Lambert (weeknight working dinner meal @ Blackstone while working late) | 11/11/10 | 17.01 |
| O'Connell (weeknight working dinner meal @ Blackstone while working late) | 09/28/10 | 25.00 |
| | Subtotal - Employee Meals | 430.92 |

**Lodging**

| | | |
|---|---|---|
| Kaufman (1 day hotel stay in Baltimore, MD) | 10/13/10 - 10/14/10 | 297.32 |
| | Subtotal - Lodging | 297.32 |

**Document Production**

| | | |
|---|---|---|
| Lambert (1,705 color photocopies calculated @ a rate of $0.36 per page) | 11/02/10 | 613.80 |
| Lambert (2,438 black & white photocopies calculated @ a rate of $0.10 per page) | 11/10/10 | 243.80 |
| | Subtotal - Document Production | 857.60 |

**Internal Research**

| | | |
|---|---|---|
| Lambert (online data research) | 11/01/10 | 42.50 |
| | Subtotal - Internal Research | 42.50 |

| | | |
|---|---|---|
| | Total Expenses | $ 2,625.52 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010**

| Professional | Title | | Hours |
|---|---|---|---|
| Jamie O'Connell | Managing Director | | 21.4 |
| Patrick Schumacher | Managing Director | | 10.0 |
| Jonathan Kaufman | Associate | | 28.7 |
| Christopher Yamamoto | Associate | | 68.0 |
| Alexander Lambert | Analyst | | 51.4 |
| Kathleen Wu | Analyst | | 16.0 |
| Cathy Gao | Analyst | | 84.0 |
| | | **Total** | **279.6** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Cathy Gao | 11/01/10 | 10.0 | Business Analysis | Analysis of business performance and related financial analysis |
| Christopher Yamamoto | 11/01/10 | 4.0 | Business Analysis | Analysis of business performance and related financial analysis |
| Jamie O'Connell | 11/01/10 | 0.6 | Business Analysis | Conference call regarding business analysis |
| Jonathan Kaufman | 11/01/10 | 0.6 | Business Analysis | Conference call regarding business analysis |
| Kathleen Wu | 11/01/10 | 4.0 | Business Analysis | Analysis of business performance and related financial analysis |
| Patrick Schumacher | 11/01/10 | 2.0 | Business Analysis | Financial analysis and presentation to management |
| Cathy Gao | 11/02/10 | 1.0 | Business Analysis | Conference call with management regarding financial analysis |
| Cathy Gao | 11/02/10 | 12.0 | Business Analysis | Analysis of business performance and related financial analysis |
| Christopher Yamamoto | 11/02/10 | 1.0 | Business Analysis | Conference call with management regarding financial analysis |
| Christopher Yamamoto | 11/02/10 | 12.0 | Business Analysis | Analysis of business performance and related financial analysis |
| Jamie O'Connell | 11/02/10 | 0.5 | Business Analysis | Conference call with counsel regarding business analysis |
| Jamie O'Connell | 11/02/10 | 0.2 | Business Analysis | Correspondence to counsel regarding business analysis |
| Jamie O'Connell | 11/02/10 | 0.9 | Business Analysis | Conference call with management regarding business analysis |
| Jonathan Kaufman | 11/02/10 | 0.5 | Business Analysis | Conference call with counsel regarding business analysis |
| Jonathan Kaufman | 11/02/10 | 0.9 | Business Analysis | Conference call with management regarding business analysis |
| Kathleen Wu | 11/02/10 | 1.0 | Business Analysis | Conference call with management regarding financial analysis |
| Kathleen Wu | 11/02/10 | 3.0 | Business Analysis | Analysis of business performance and related financial analysis |
| Patrick Schumacher | 11/02/10 | 1.0 | Business Analysis | Conference call with management regarding financial analysis |
| Alexander Lambert | 11/03/10 | 1.0 | Business Analysis | Conference call with management regarding business analysis |
| Alexander Lambert | 11/03/10 | 0.5 | Business Analysis | Internal meeting with team regarding business analysis |
| Cathy Gao | 11/03/10 | 1.0 | Business Analysis | Conference call with management regarding financial analysis |
| Cathy Gao | 11/03/10 | 15.0 | Business Analysis | Analysis of business performance and related financial analysis |
| Christopher Yamamoto | 11/03/10 | 12.0 | Business Analysis | Analysis of business performance and related financial analysis |
| Christopher Yamamoto | 11/03/10 | 1.0 | Business Analysis | Conference call with management regarding financial analysis |
| Jamie O'Connell | 11/03/10 | 0.5 | Business Analysis | Review presentation and correspondence regarding business analysis |
| Jamie O'Connell | 11/03/10 | 1.0 | Business Analysis | Conference call with management regarding business analysis |
| Jamie O'Connell | 11/03/10 | 0.5 | Business Analysis | Internal meeting with team regarding business analysis |
| Jonathan Kaufman | 11/03/10 | 1.0 | Business Analysis | Conference call with management regarding business analysis |
| Jonathan Kaufman | 11/03/10 | 0.5 | Business Analysis | Internal meeting with team regarding business analysis |
| Kathleen Wu | 11/03/10 | 1.0 | Business Analysis | Conference call with management regarding business analysis |
| Kathleen Wu | 11/03/10 | 3.0 | Business Analysis | Analysis of business performance and related financial analysis |
| Patrick Schumacher | 11/03/10 | 3.0 | Business Analysis | Financial analysis and presentation to management |
| Patrick Schumacher | 11/03/10 | 1.0 | Business Analysis | Conference call with management regarding financial analysis |
| Alexander Lambert | 11/04/10 | 1.2 | Business Analysis | Conference call with management regarding business analysis |
| Cathy Gao | 11/04/10 | 18.0 | Business Analysis | Analysis of business performance and related financial analysis |
| Christopher Yamamoto | 11/04/10 | 18.0 | Business Analysis | Analysis of business performance and related financial analysis |
| Jamie O'Connell | 11/04/10 | 2.0 | Business Analysis | Prepare material related to business analysis |
| Jamie O'Connell | 11/04/10 | 1.2 | Business Analysis | Conference call with management regarding business analysis |
| Jonathan Kaufman | 11/04/10 | 1.2 | Business Analysis | Conference call with management regarding business analysis |
| Kathleen Wu | 11/04/10 | 3.0 | Business Analysis | Analysis of business performance and related financial analysis |
| Patrick Schumacher | 11/04/10 | 2.0 | Business Analysis | Financial analysis and presentation to management |
| Alexander Lambert | 11/05/10 | 2.0 | Business Analysis | Prepare material related to business analysis |
| Alexander Lambert | 11/05/10 | 1.0 | Business Analysis | Conference call with management regarding business analysis |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Cathy Gao | 11/05/10 | 1.0 | Business Analysis | Conference call with management regarding financial analysis |
| Cathy Gao | 11/05/10 | 12.0 | Business Analysis | Financial / model analysis |
| Christopher Yamamoto | 11/05/10 | 10.0 | Business Analysis | Analysis of business performance and related financial analysis |
| Christopher Yamamoto | 11/05/10 | 1.0 | Business Analysis | Conference call with management regarding financial analysis |
| Jamie O'Connell | 11/05/10 | 0.4 | Business Analysis | Correspondence to committee advisors regarding business analysis |
| Jamie O'Connell | 11/05/10 | 1.0 | Business Analysis | Prepare material related to business analysis |
| Jamie O'Connell | 11/05/10 | 1.0 | Business Analysis | Conference call with management regarding business analysis |
| Jamie O'Connell | 11/05/10 | 0.4 | Business Analysis | Correspondence regarding business analysis |
| Kathleen Wu | 11/05/10 | 1.0 | Business Analysis | Conference call with management regarding financial analysis |
| Patrick Schumacher | 11/05/10 | 1.0 | Business Analysis | Conference call with management regarding financial analysis |
| Jonathan Kaufman | 11/06/10 | 1.0 | Business Analysis | Prepare material related to business analysis |
| Jonathan Kaufman | 11/06/10 | 1.0 | Business Analysis | Conference call with management regarding business analysis |
| Cathy Gao | 11/07/10 | 6.0 | Business Analysis | Financial / model analysis |
| Christopher Yamamoto | 11/07/10 | 4.0 | Business Analysis | Analysis of business performance and related financial analysis |
| Cathy Gao | 11/08/10 | 8.0 | Business Analysis | Financial / model analysis |
| Christopher Yamamoto | 11/08/10 | 5.0 | Business Analysis | Analysis of business performance and related financial analysis |
| Jamie O'Connell | 11/29/10 | 0.3 | Business Analysis | Internal call with team regarding various matters |
| Jonathan Kaufman | 11/29/10 | 0.3 | Business Analysis | Internal call with team regarding various matters |
| | | **201.2** | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 11/03/10 | 0.2 | Case Administration | Review correspondence regarding various motions |
| Jamie O'Connell | 11/08/10 | 0.8 | Case Administration | Conference call with management and counsel regarding various motions |
| Jonathan Kaufman | 11/12/10 | 1.0 | Case Administration | Conference call with management and counsel re: tax claims |
| Jamie O'Connell | 11/18/10 | 0.8 | Case Administration | Conference call with management and counsel regarding draft tax motion |
| Jonathan Kaufman | 11/18/10 | 0.8 | Case Administration | Conference call with management and counsel regarding draft tax motion |
| Jonathan Kaufman | 11/22/10 | 0.5 | Case Administration | Edits to draft tax analysis for committees and correspondence with professionals |
| Alexander Lambert | 11/23/10 | 1.0 | Case Administration | Edits to draft tax analysis for committees and correspondence with professionals |
| Jamie O'Connell | 11/23/10 | 1.0 | Case Administration | Edits to draft tax analysis for committees and correspondence with professionals |
| Jonathan Kaufman | 11/23/10 | 1.0 | Case Administration | Edits to draft tax analysis for committees and correspondence with professionals |
| | | 7.1 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Alexander Lambert | 11/01/10 | 2.5 | Claims Analysis Objection/Resolution | Correspondence with BMC, Grace and other professionals on tax claims |
| Jonathan Kaufman | 11/01/10 | 0.5 | Claims Analysis Objection/Resolution | Correspondence with BMC, Grace and other professionals on tax claims |
| | | 3.0 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 11/05/10 | 0.5 | Committee | Conference call with committee advisors regarding Project Red Sox |
| Jamie O'Connell | 11/11/10 | 0.5 | Committee | Manage committee information request |
| Jamie O'Connell | 11/16/10 | 0.8 | Committee | Manage committee information request |
| Jamie O'Connell | 11/19/10 | 0.6 | Committee | Conference call with management, Capstone and Stroock |
| Jonathan Kaufman | 11/19/10 | 0.6 | Committee | Conference call with management, Capstone and Stroock |
| | | 3.0 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Alexander Lambert | 11/01/10 | 0.5 | Financing | Foreign/domestic internal cash flow analysis for Grace management |
| Jonathan Kaufman | 11/01/10 | 0.5 | Financing | Foreign/domestic internal cash flow analysis for Grace management |
| Jamie O'Connell | 11/02/10 | 0.2 | Financing | Correspondence to management regarding exit financing |
| Alexander Lambert | 11/03/10 | 3.5 | Financing | Foreign/domestic internal cash flow analysis for Grace management |
| Alexander Lambert | 11/04/10 | 4.0 | Financing | Foreign/domestic internal cash flow analysis for Grace management |
| Alexander Lambert | 11/05/10 | 0.8 | Financing | Foreign/domestic internal cash flow analysis for Grace management |
| Alexander Lambert | 11/10/10 | 1.8 | Financing | Exit financing comparables analysis |
| Alexander Lambert | 11/11/10 | 2.5 | Financing | Exit financing comparables analysis |
| Jonathan Kaufman | 11/11/10 | 1.0 | Financing | Exit financing analysis review |
| Alexander Lambert | 11/15/10 | 3.0 | Financing | Exit financing comparables analysis |
| Alexander Lambert | 11/15/10 | 1.5 | Financing | Internal meeting regarding exit financing comparables analysis |
| Jonathan Kaufman | 11/15/10 | 1.5 | Financing | Internal meeting regarding exit financing comparables analysis |
| Alexander Lambert | 11/16/10 | 3.1 | Financing | Foreign/domestic internal cash flow analysis for Grace management |
| Jonathan Kaufman | 11/16/10 | 2.0 | Financing | Exit financing comparables analysis |
| Jonathan Kaufman | 11/16/10 | 1.5 | Financing | Foreign/domestic internal cash flow analysis for Grace management |
| Alexander Lambert | 11/17/10 | 1.8 | Financing | Exit financing comparables analysis |
| Alexander Lambert | 11/17/10 | 1.4 | Financing | Foreign/domestic internal cash flow analysis for Grace management |
| Alexander Lambert | 11/17/10 | 5.5 | Financing | Meeting with management and counsel regarding exit financing |
| Jamie O'Connell | 11/17/10 | 5.5 | Financing | Meeting with management and counsel regarding exit financing |
| Jonathan Kaufman | 11/17/10 | 5.5 | Financing | Meeting with management and counsel regarding exit financing |
| Alexander Lambert | 11/18/10 | 1.2 | Financing | Call with management regarding foreign/domestic cash flow analysis |
| Jonathan Kaufman | 11/18/10 | 1.2 | Financing | Call with management regarding foreign/domestic cash flow analysis |
| Alexander Lambert | 11/19/10 | 0.8 | Financing | Call with management regarding foreign/domestic cash flow analysis |
| Jonathan Kaufman | 11/19/10 | 0.8 | Financing | Call with management regarding foreign/domestic cash flow analysis |
| Alexander Lambert | 11/22/10 | 2.5 | Financing | Foreign/domestic cash flow analysis |
| Alexander Lambert | 11/22/10 | 1.0 | Financing | Internal review on foreign/domestic cash flow analysis |
| Alexander Lambert | 11/22/10 | 1.0 | Financing | Call with Grace management to discuss foreign/domestic cash flow analysis |
| Jonathan Kaufman | 11/22/10 | 1.0 | Financing | Internal review on foreign/domestic cash flow analysis |
| Jonathan Kaufman | 11/22/10 | 1.0 | Financing | Call with Grace management to discuss foreign/domestic cash flow analysis |
| Alexander Lambert | 11/23/10 | 0.8 | Financing | Call with Grace management to discuss foreign/domestic cash flow analysis |
| Alexander Lambert | 11/23/10 | 2.4 | Financing | Foreign/domestic cash flow analysis |
| Alexander Lambert | 11/23/10 | 0.5 | Financing | Foreign/domestic cash flow analysis |
| Jonathan Kaufman | 11/23/10 | 0.8 | Financing | Call with Grace management to discuss foreign/domestic cash flow analysis |
| Jonathan Kaufman | 11/23/10 | 0.5 | Financing | Internal review of foreign/domestic cash flow analysis |
| Alexander Lambert | 11/29/10 | 1.4 | Financing | Foreign/domestic cash flow analysis |
| Alexander Lambert | 11/30/10 | 1.2 | Financing | Foreign/domestic cash flow analysis |
| | | **65.3** | | |

# Blackstone Advisory Partners L.P.

February 10, 2011

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---|
| Monthly advisory fee for the period of December 1, 2010 through December 31, 2010: | $ | 125,000.00 |

Out-of-pocket expenses processed for the period through December 31, 2010: [1]

| | | | |
|---|---|---|---|
| Ground Transportation | $ | 445.88 | |
| Meals | | 25.00 | |
| Research | | 76.25 | |
| Publishing Services | | 43.17 | 590.30 |
| **Total Amount Due** | | $ | **125,590.30** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

Invoice Number: 54044

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

Blackstone Advisory Partners L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

W.R. Grace & Co.
Summary of Expenses
Through December 31, 2010
Invoice No. 54044

|  | GL Detail Dec-10 | | Total Expenses | |
|---|---|---|---|---|
| Ground Transportation - Local Travel | $ | 162.88 | $ | 162.88 |
| Ground Transportation - Railroad | | 283.00 | | 283.00 |
| Employee Meals | | 25.00 | | 25.00 |
| Internal Research | | 76.25 | | 76.25 |
| Publishing Services | | 43.17 | | 43.17 |
| **Total Expenses** | $ | 590.30 | $ | 590.30 |
| | | | | |
| **Ground Transportation** | | | $ | 445.88 |
| **Meals** | | | | 25.00 |
| **Research** | | | | 76.25 |
| **Publishing Services** | | | | 43.17 |
| | | | | |
| **Total Expenses** | | | $ | 590.30 |

W.R. Grace & Co.
Detail of Expenses Processed
Through December 31, 2010
Invoice No. 54044

**Ground Transportation - Local Travel**

| | | |
|---|---|---|
| Kaufman (taxi to client offices in Columbia, MD from BWI Station in Baltimore, MD) | 05/24/10 | 55.00 |
| Kaufman (taxi to Blackstone with luggage from home for travel to Baltimore, MD) | 07/14/10 | 8.88 |
| Kaufman (taxi to client dinner meeting from BWI Station in Baltimore, MD) | 07/14/10 | 12.00 |
| Kaufman (taxi to hotel from client dinner meeting in Baltimore, MD) | 07/14/10 | 10.00 |
| Kaufman (taxi to hotel from airport in Baltimore, MD) | 10/13/10 | 17.00 |
| Kaufman (taxi to client offices in Columbia, MD from hotel in Baltimore, MD) | 10/14/10 | 60.00 |
| Subtotal - Ground Transportation - Local Travel | | $ 162.88 |

**Ground Transportation - Railroad**

| | | |
|---|---|---|
| Schlesinger (travel agency fee for booking of round trip train to/from Wilmington, DE from/to New York, NY on 12/13/10) | 12/10/10 | 40.00 |
| Schlesinger (round trip train travel to/from Wilmington, DE from/to New York, NY) | 12/13/10 | 243.00 |
| Subtotal - Ground Transportation - Railroad | | 283.00 |

**Employee Meals**

| | | |
|---|---|---|
| Lambert (weekend working dinner meal @ Blackstone) | 10/16/10 | 25.00 |
| Subtotal - Employee Meals | | 25.00 |

**Internal Research**

| | | |
|---|---|---|
| Lambert (online data research) | 12/06/10 | 76.25 |
| Subtotal - Internal Research | | 76.25 |

**Publishing Services**

| | | |
|---|---|---|
| Lambert (preparation of presentation materials for meetings) | 12/06/10 | 43.17 |
| Subtotal - Publishing Services | | 43.17 |
| Total Expenses | | $ 590.30 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**DECEMBER 1, 2010 THROUGH DECEMBER 31, 2010**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 34.1 |
| Patrick Schumacher | Managing Director | 4.0 |
| Jonathan Kaufman | Associate | 10.5 |
| Adam Schlesinger | Associate | 34.5 |
| Christopher Yamamoto | Associate | 2.0 |
| Alexander Lambert | Analyst | 65.3 |
| Cathy Gao | Analyst | 12.0 |
| | **Total** | **162.4** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2010 THROUGH DECEMBER 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 12/07/10 | 0.2 | Business Analysis | Call with counsel |
| Jamie O'Connell | 12/07/10 | 0.2 | Business Analysis | Call with counsel |
| Adam Schlesinger | 12/08/10 | 0.3 | Business Analysis | Call with counsel |
| Jamie O'Connell | 12/08/10 | 0.3 | Business Analysis | Call with counsel |
| Adam Schlesinger | 12/16/10 | 1.2 | Business Analysis | Internal meeting to review analyses |
| Alexander Lambert | 12/16/10 | 1.2 | Business Analysis | Internal meeting to review analyses |
| Jamie O'Connell | 12/16/10 | 1.2 | Business Analysis | Internal meeting to review analyses |
| Adam Schlesinger | 12/17/10 | 2.0 | Business Analysis | Financial analysis |
| Alexander Lambert | 12/17/10 | 4.0 | Business Analysis | Financial analysis |
| Adam Schlesinger | 12/19/10 | 1.0 | Business Analysis | Financial analysis |
| Alexander Lambert | 12/19/10 | 2.5 | Business Analysis | Financial analysis |
| Adam Schlesinger | 12/20/10 | 1.0 | Business Analysis | Internal meetings to review analyses |
| Alexander Lambert | 12/20/10 | 3.5 | Business Analysis | Financial analysis |
| Jamie O'Connell | 12/20/10 | 1.0 | Business Analysis | Internal meetings to review analyses |
| Jonathan Kaufman | 12/20/10 | 1.0 | Business Analysis | Internal team review of analyses |
| Alexander Lambert | 12/21/10 | 2.2 | Business Analysis | Financial analysis |
| Cathy Gao | 12/21/10 | 8.0 | Business Analysis | Capital markets analyst |
| Christopher Yamamoto | 12/21/10 | 2.0 | Business Analysis | Capital markets analyst |
| Patrick Schumacher | 12/21/10 | 3.0 | Business Analysis | Capital markets analyst |
| Alexander Lambert | 12/22/10 | 1.5 | Business Analysis | Financial analysis |
| Cathy Gao | 12/22/10 | 4.0 | Business Analysis | Capital markets analyst |
| Jamie O'Connell | 12/22/10 | 1.5 | Business Analysis | Financial analysis |
| Patrick Schumacher | 12/22/10 | 1.0 | Business Analysis | Capital markets analyst |
| | | **43.8** | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2010 THROUGH DECEMBER 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Alexander Lambert | 12/01/10 | 1.0 | Case Administration | Conference call with management and counsel regarding draft tax motion |
| Jonathan Kaufman | 12/01/10 | 1.0 | Case Administration | Conference call with management and counsel regarding draft tax motion |
| Jamie O'Connell | 12/13/10 | 0.5 | Case Administration | Correspondence regarding hearing and draft motions |
| Adam Schlesinger | 12/14/10 | 0.5 | Case Administration | Meeting with J. O'Connell to discuss various matters |
| Jamie O'Connell | 12/14/10 | 2.1 | Case Administration | Review and comment on draft motion |
| Jamie O'Connell | 12/14/10 | 0.5 | Case Administration | Meeting with A. Schlesinger to discuss various matters |
| Jamie O'Connell | 12/15/10 | 0.2 | Case Administration | Review correspondence related to draft motion |
| Jamie O'Connell | 12/16/10 | 1.0 | Case Administration | Conference call with counsel regarding draft motion |
| Jamie O'Connell | 12/20/10 | 0.3 | Case Administration | Call with counsel regarding draft motion |
| Adam Schlesinger | 12/22/10 | 1.0 | Case Administration | Call with management and counsel regarding draft motion |
| Jamie O'Connell | 12/22/10 | 1.0 | Case Administration | Call with management and counsel regarding draft motion |
| Jamie O'Connell | 12/28/10 | 0.8 | Case Administration | Review court filings |
| | | 9.9 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2010 THROUGH DECEMBER 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 12/08/10 | 7.5 | Claims Analysis Objection/Resolution | Analysis of pre-petition bank debt claims and related calls and meetings |
| Alexander Lambert | 12/08/10 | 12.0 | Claims Analysis Objection/Resolution | Analysis of pre-petition bank debt claims and related calls and meetings |
| Jamie O'Connell | 12/08/10 | 7.5 | Claims Analysis Objection/Resolution | Analysis of pre-petition bank debt claims and related calls and meetings |
| Adam Schlesinger | 12/09/10 | 0.4 | Claims Analysis Objection/Resolution | Analysis of pre-petition bank debt claims |
| Adam Schlesinger | 12/09/10 | 0.6 | Claims Analysis Objection/Resolution | Call with counsel regarding bank debt claims |
| Alexander Lambert | 12/09/10 | 7.0 | Claims Analysis Objection/Resolution | Analysis of pre-petition bank debt claims and related calls and meetings |
| Jamie O'Connell | 12/09/10 | 5.5 | Claims Analysis Objection/Resolution | Analysis of pre-petition bank debt claims and related calls and meetings |
| Adam Schlesinger | 12/10/10 | 0.5 | Claims Analysis Objection/Resolution | Conference call with counsel regarding bank debt claims |
| Adam Schlesinger | 12/10/10 | 2.0 | Claims Analysis Objection/Resolution | Analysis of pre-petition bank debt claims |
| Alexander Lambert | 12/10/10 | 7.5 | Claims Analysis Objection/Resolution | Analysis of pre-petition bank debt claims and related calls and meetings |
| Jamie O'Connell | 12/10/10 | 0.5 | Claims Analysis Objection/Resolution | Conference call with counsel regarding bank debt claims |
| Jamie O'Connell | 12/10/10 | 0.5 | Claims Analysis Objection/Resolution | Analysis of pre-petition bank debt claims |
| Adam Schlesinger | 12/12/10 | 0.3 | Claims Analysis Objection/Resolution | Internal call regarding bank debt claims |
| Alexander Lambert | 12/12/10 | 0.3 | Claims Analysis Objection/Resolution | Internal call regarding bank debt claims |
| Jamie O'Connell | 12/12/10 | 1.0 | Claims Analysis Objection/Resolution | Analysis of pre-petition bank debt claims and related correspondence |
| Adam Schlesinger | 12/13/10 | 1.0 | Claims Analysis Objection/Resolution | Meeting with counsel regarding bank debt claims |
| Alexander Lambert | 12/13/10 | 1.0 | Claims Analysis Objection/Resolution | Meeting with counsel regarding bank debt claims |
| Jamie O'Connell | 12/13/10 | 1.0 | Claims Analysis Objection/Resolution | Review analyses related to pre-petition bank debt claims prior to court hearing |
| Jamie O'Connell | 12/13/10 | 1.5 | Claims Analysis Objection/Resolution | Prep meeting with counsel and management before court hearing |
| Adam Schlesinger | 12/14/10 | 0.3 | Claims Analysis Objection/Resolution | Call with management regarding pre-petition bank debt claims |
| Adam Schlesinger | 12/14/10 | 0.7 | Claims Analysis Objection/Resolution | Call with management and counsel regarding pre-petition bank debt claims |
| Adam Schlesinger | 12/14/10 | 0.3 | Claims Analysis Objection/Resolution | Call with counsel regarding pre-petition bank debt claims |
| Alexander Lambert | 12/14/10 | 0.3 | Claims Analysis Objection/Resolution | Follow-up call with counsel regarding pre-petition bank debt claims |
| Jamie O'Connell | 12/14/10 | 0.3 | Claims Analysis Objection/Resolution | Call with management regarding pre-petition bank debt claims |
| Jamie O'Connell | 12/14/10 | 0.7 | Claims Analysis Objection/Resolution | Call with management and counsel regarding pre-petition bank debt claims |
| Jamie O'Connell | 12/14/10 | 0.3 | Claims Analysis Objection/Resolution | Follow-up call with counsel regarding pre-petition bank debt claims |
| Jamie O'Connell | 12/15/10 | 0.3 | Claims Analysis Objection/Resolution | Call with counsel regarding pre-petition bank debt claims |
| Jamie O'Connell | 12/22/10 | 0.3 | Claims Analysis Objection/Resolution | Call with counsel regarding pre-petition bank debt claims |
| | | 61.1 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2010 THROUGH DECEMBER 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Alexander Lambert | 12/01/10 | 0.3 | Committee | Correspondence with committees regarding call on tax motion |
| Jonathan Kaufman | 12/01/10 | 0.3 | Committee | Correspondence with committees regarding call on tax motion |
| Adam Schlesinger | 12/02/10 | 0.8 | Committee | Call with committees regarding Mass. tax settlement |
| Alexander Lambert | 12/02/10 | 0.8 | Committee | Call with committees regarding Mass. tax settlement |
| Jonathan Kaufman | 12/02/10 | 0.8 | Committee | Call with committees regarding Mass. tax settlement |
| Jamie O'Connell | 12/20/10 | 0.1 | Committee | Manage committee information request |
| | | 3.1 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2010 THROUGH DECEMBER 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Alexander Lambert | 12/01/10 | 0.5 | Financing | Foreign/domestic internal cash flow analysis for Grace management |
| Alexander Lambert | 12/01/10 | 1.0 | Financing | Internal review of key terms sheet |
| Alexander Lambert | 12/01/10 | 1.5 | Financing | Preparation of key terms sheet |
| Jonathan Kaufman | 12/01/10 | 1.0 | Financing | Internal review of key terms sheet |
| Adam Schlesinger | 12/02/10 | 1.5 | Financing | Call with E. Filon regarding exit financing key terms and related presentation |
| Alexander Lambert | 12/02/10 | 1.5 | Financing | Call with E. Filon regarding exit financing key terms and related presentation |
| Jonathan Kaufman | 12/02/10 | 1.5 | Financing | Call with E. Filon regarding exit financing key terms and related presentation |
| Adam Schlesinger | 12/07/10 | 1.0 | Financing | Review of deferred payment obligation agreement / covenants |
| Adam Schlesinger | 12/07/10 | 1.2 | Financing | Conference call with management regarding exit financing |
| Alexander Lambert | 12/07/10 | 1.2 | Financing | Conference call with management regarding exit financing |
| Alexander Lambert | 12/07/10 | 1.0 | Financing | Review of deferred payment obligation agreement / covenants |
| Jamie O'Connell | 12/07/10 | 1.0 | Financing | Analysis related to exit financing |
| Jamie O'Connell | 12/07/10 | 1.2 | Financing | Conference call with management regarding exit financing |
| Jonathan Kaufman | 12/07/10 | 1.2 | Financing | Conference call with management regarding exit financing |
| Adam Schlesinger | 12/10/10 | 1.5 | Financing | Conference call with management regarding domestic cash flow analysis |
| Alexander Lambert | 12/10/10 | 1.5 | Financing | Conference call with management regarding domestic cash flow analysis |
| Jonathan Kaufman | 12/10/10 | 1.5 | Financing | Conference call with management regarding domestic cash flow analysis |
| Alexander Lambert | 12/14/10 | 2.5 | Financing | Foreign/domestic cash flow analysis for management |
| Jamie O'Connell | 12/16/10 | 0.3 | Financing | Call with counsel regarding exit financing |
| Adam Schlesinger | 12/17/10 | 1.2 | Financing | Call with management regarding foreign/domestic cash flow analysis |
| Alexander Lambert | 12/17/10 | 1.2 | Financing | Call with management regarding foreign/domestic cash flow analysis |
| Jonathan Kaufman | 12/17/10 | 1.2 | Financing | Call with management regarding foreign/domestic cash flow analysis |
| Adam Schlesinger | 12/21/10 | 1.0 | Financing | Call with management regarding foreign/domestic cash flow analysis |
| Alexander Lambert | 12/21/10 | 1.8 | Financing | Foreign/domestic cash flow analysis for Grace management |
| Jonathan Kaufman | 12/21/10 | 1.0 | Financing | Call with management regarding foreign/domestic cash flow analysis |
| Alexander Lambert | 12/22/10 | 1.0 | Financing | Call with management regarding foreign/domestic cash flow analysis |
| | | **32.0** | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2010 THROUGH DECEMBER 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 12/13/10 | 1.5 | Hearings | Attend December 2010 omnibus hearing |
| Alexander Lambert | 12/13/10 | 1.5 | Hearings | Attend December 2010 omnibus hearing |
| Jamie O'Connell | 12/13/10 | 1.5 | Hearings | Attend December 2010 omnibus hearing |
|  |  | 4.5 |  |  |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2010 THROUGH DECEMBER 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 12/13/10 | 2.0 | Non-Working Travel Time | Travel from New York to Wilmington, DE |
| Adam Schlesinger | 12/13/10 | 2.0 | Non-Working Travel Time | Travel from Wilmington, DE to New York |
| Alexander Lambert | 12/13/10 | 2.0 | Non-Working Travel Time | Travel from New York to Wilmington, DE |
| Alexander Lambert | 12/13/10 | 2.0 | Non-Working Travel Time | Travel from Wilmington, DE to New York |
| | | 8.0 | | |