IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

| | |
|---|---|
| W.R. Grace & Co., *et al.* | Bankruptcy No. 01-1139-JKF |
| Debtor(s) | Chapter 11 |
| | **Related to Doc. Nos. 26238, Motion to Extend Time filed on behalf of AXA Belgium as Successor to Royale Belge SA,  26236, Plan Proponents' Motion for Clarification, 26245, Motion to Extend filed on behalf of Anderson Memorial Hospital; 26241, Motion to Reconsider filed on Behalf of BNSF Railway Company** |

**ORDER GRANTING IN PART MOTIONS TO EXTEND TIME TO OBJECT AND CONTINUING HEARING TO FEBRUARY 14, 2011, AT 9:00 A.M. PREVAILING EASTERN TIME**

**AND NOW,** this **11th** day of **February, 2011, WHEREAS** AXA Belgium as Successor to Royale Belge SA filed a motion to extend the time to file objections to the Memorandum Opinion Regarding Objections to Confirmation of First Amended Joint Plan of Reorganization and Recommended Supplemental Findings of Fact and Conclusions of Law, Doc. No. 26154, and Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Joint plan of Reorganization as Modified Through December 23, 2010, Doc. No. 26155;

**WHEREAS** Anderson Memorial Hospital filed a similar motion;

**WHEREAS** Plan Proponents filed a motion for clarification;

**WHEREAS** BNSF Railway Company filed a motion for reconsideration;

**WHEREAS** the Honorable Ronald L. Buckwalter of the District Court for the Eastern District of Pennsylvania has scheduled a status conference in this case for February 16, 2011, which is beyond the deadline to file objections and the deadline to appeal;

**WHEREAS** Fed.R.Bankr.P. 9033(c) provides that the bankruptcy judge may, for cause, extend the time to file objections "for a period not to exceed 21 days from the expiration of the time otherwise prescribed" by the rule;

It is **ORDERED** that, pursuant to Fed.R.Bankr.P. 9033, the motion to extend time is **GRANTED** insofar as it seeks to extend the time to file objections; and

It is **FURTHER ORDERED** that the time to file objections is hereby extended to

**February 28, 2011**; and

      It is **FURTHER ORDERED** that the hearing on the above motions is **continued** to the omnibus hearing scheduled for February 14, 2011, at 9:00 a.m. Eastern in Wilmington, Delaware, 824 Market Street.

*Judith K. Fitzgerald*
Judith K. Fitzgerald   **rmab**
United States Bankruptcy Judge