# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., <u>et al.</u>,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline:** December 22, 2010 at 4:00 p.m. |
| | | **Hearing Date:** Only if Objections are Filed |

### SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE ONE HUNDRED TWELFTH MONTHLY INTERIM <u>PERIOD FROM OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010</u>

Name of Applicant:                Reed Smith LLP

Authorized to Provide Professional Services to:  W. R. Grace & Co., *et al.*, Debtors and
                                 Debtors-in-Possession

Date of Retention:                July 19, 2001, effective as of April 2, 2001

Period for which compensation and
reimbursement is sought:          October 1 through October 31, 2010

Amount of fees sought as actual,
reasonable and necessary:         $6,159.30

Amount of expenses sought as actual,
reasonable and necessary          $18.26

This is a(n): <u>X</u> monthly    __ interim    __ final application.

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Company, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#25 818
11/30/10

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |

---

2  Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |

5

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |
| 3/2/10 | 1/1/1 through 1/31/10 | $67,941.00 | $5,542.74 | No objections served on counsel | No objections served on counsel |
| 3/29/10 | 2/1/10 through 02/28/10 | $8,019.00 | $1,025.90 | No objections served on counsel | No objections served on counsel |
| 4/28/10 | 3/1/10 through 3/31/10 | $7,581.50 | $2,008.26 | No objections served on counsel | No objections served on counsel |
| 5/28/10 | 4/1/10 through 4/30/10 | $28,603.00 | $1,030.65 | No objections served on counsel | No objections served on counsel |
| 6/29/10 | 5/1/1/10 through 5/31/10 | $6,594.50 | $1,375.18 | No objections served on counsel | No objections served on counsel |
| 7/28/10 | 6/1/10 through 6/30/10 | $7,500.50 | $299.18 | No objections served on counsel | No objections served on counsel |
| 8/31/10 | 7/1/10 through 7/31/10 | $9,446.00 | $100.30 | No objections served on counsel | No objections served on counsel |
| 9/28/10 | 8/1/10 through 8/31/10 | $3,635.50 | $821.90 | No objections served on counsel | No objections served on counsel |
| 10/28/10 | 9/1/10 through 9/30/10 | $5,575.50 | $49.74 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred twelfth application for monthly interim compensation of services filed with the Bankruptcy Court in these chapter 11 cases.

The total time expended for the preparation of this application is approximately six hours, and the corresponding estimated compensation that will be requested in a future application is approximately $1,000.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 1971 | Litigation | $685.00 | .30 | $205.50 |
| Lawrence E. Flatley | Partner | 1975 | Litigation | $635.00 | 2.20 | $1,397.00 |
| Douglas E. Cameron | Partner | 1984 | Litigation | $630.00 | .70 | $441.00 |
| Kyle O. Sollie | Partner | 1996 | Business & Finance | $625.00 | .80 | $500.00 |
| Linda S. Husar | Partner | 1980 | Litigation | $493.00 | 4.10 | $2,021.30 |
| Traci Sands Rea | Partner | 1995 | Litigation | $455.00 | 1.10 | $500.50 |
| Andrew J. Muha | Associate | 2001 | Litigation | $400.00 | .50 | $200.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 18 Years | Bankruptcy | $240.00 | 1.10 | $264.00 |
| Sharon A. Ament | Paralegal | 6 Years | Litigation | $175.00 | 3.60 | $630.00 |

**Total Fees: $6,159.30**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Correa vs. W.R. Grace | 4.10 | $2,021.30 |
| Fee Applications | 5.10 | $1,076.50 |
| Claim Analysis Objection Resolution & Estimation | 4.40 | $2,561.50 |
| PA State Tax Advice | .80 | $500.00 |
| **Total** | **14.40** | **$6,159.30** |

**EXPENSE SUMMARY**

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| PACER | $3.84 | ---- |
| Duplicating/Printing/Scanning | $6.30 | ---- |
| Postage Expense | $3.12 | ---- |
| Courier Service – Outside | $5.00 | ---- |
| SUBTOTAL | $18.26 | $0.00 |
| **TOTAL** | **$18.26** | **$0.00** |

Dated:  November 30, 2010
        Wilmington, Delaware

REED SMITH LLP

By: /s/ Kurt F. Gwynne
    Kurt F. Gwynne (No. 3951)
    1201 Market Street, Suite 1500
    Wilmington, DE  19801
    Telephone:  (302) 778-7500
    Facsimile:  (302) 778-7575
    E-mail: kgwynne@reedsmith.com

        and

    James J. Restivo, Jr., Esquire
    Lawrence E. Flatley, Esquire
    Douglas E. Cameron, Esquire
    Reed Smith Centre
    225 Fifth Avenue
    Pittsburgh, PA 15222
    Telephone:  (412) 288-3131
    Facsimile:  (412) 288-3063

    Special Asbestos Products Liability Defense
    Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2066352
Richard C. Finke                          Invoice Date       11/22/10
Assistant General Counsel - Litigation    Client Number       172573
7500 Grace Drive
Columbia, MD  21044


================================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

        Fees                        2,021.30
        Expenses                        0.00

              TOTAL BALANCE DUE UPON RECEIPT       $2,021.30
                                               =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W.R. Grace & Co. | Invoice Number      2066352 |
| Richard C. Finke | Invoice Date      11/22/10 |
| Assistant General Counsel - Litigation | Client Number      172573 |
| 7500 Grace Drive | Matter Number       50001 |
| Columbia, MD  21044 | |


===========================================================================

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2010

| Date | Name | | Hours |
|------|------|---|-------|
| 10/19/10 | Husar | Review and evaluate complaint (0.3); conference call with John Forgach regarding the same (0.2). | .50 |
| 10/19/10 | Husar | Review and evaluate the complaint (0.5); prepare an outline of issues and assessment of claims and litigation strategy and potential removal (0.8); confer with John Forgach regarding the same (0.2). | 1.50 |
| 10/25/10 | Husar | Review client documents (0.7); work on evaluation and assessment of claims (0.7); work on fact finding and document retrieval (0.7). | 2.10 |
| | | | ------ |
| | | TOTAL HOURS | 4.10 |


| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Linda S. Husar | 4.10 at $ 493.00 = | | 2,021.30 |
| | CURRENT FEES | | 2,021.30 |
| | | | ------------ |
| | TOTAL BALANCE DUE UPON RECEIPT | | $2,021.30 |
| | | | ============ |

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630


  W.R. Grace & Co.                        Invoice Number    2066353
  Richard C. Finke                        Invoice Date      11/22/10
  Assistant General Counsel - Litigation  Client Number       172573
  7500 Grace Drive
  Columbia, MD  21044



=============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

     Fees                           1,076.50
     Expenses                           0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $1,076.50
                                                         =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2066353 |
| Richard C. Finke | Invoice Date    11/22/10 |
| Assistant General Counsel - Litigation | Client Number    172573 |
| 7500 Grace Drive | Matter Number    60029 |
| Columbia, MD  21044 | |


============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2010

| Date | Name | | Hours |
|------|------|---|-------|
| 10/07/10 | Muha | Review and revise fee and expense detail for September 2010 monthly fee application. | .30 |
| 10/13/10 | Ament | Review e-mail re: Sept. monthly fee application. | .10 |
| 10/14/10 | Ament | Various e-mails, meetings and telephone calls re: billing process (.40); circulate task codes to all timekeepers (.10). | .50 |
| 10/15/10 | Ament | Various e-mails and conference calls re: new billing process with doeBilling (.50); meet with A. Muha re: same (.10). | .60 |
| 10/18/10 | Ament | Various e-mails and meetings re: doeBilling process. | .30 |
| 10/19/10 | Ament | Attention to billing matters (.20); e-mail to D. Cameron and A. Muha re: same (.10); meet with D. Cameron and A. Muha re: new billing process (.20). | .50 |
| 10/20/10 | Ament | Begin drafting monthly and quarterly fee applications (.50); review e-mails re: monthly fee application (.10). | .60 |

```
172573 W. R. Grace & Co.                    Invoice Number  2066353
60029  Fee Applications-Applicant           Page   2
       November 22, 2010
```

| Date | Name | | Hours |
|------|------|---|-------|
| 10/20/10 | Muha | Additional revisions to September 2010 fee application. | .20 |
| 10/22/10 | Ament | Review e-mail re: September monthly fee application. | .10 |
| 10/25/10 | Ament | Calculate fees and expenses for September monthly fee application (.20); finalize monthly fee application and multiple e-mails re: filing (.40);  e-mails re: quarterly application (.20). | .80 |
| 10/25/10 | Lord | Draft CNO for Reed Smith August monthly fee application (.2); revise and prepare Reed Smith monthly fee application for e-filing (.5); communicate with S. Ament re: fee application issues (.1) | .80 |
| 10/26/10 | Lord | E-file and serve CNO to Reed Smith August monthly fee application (.3) | .30 |

```
                                                     ------
                                    TOTAL HOURS       5.10
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Andrew J. Muha | 0.50 at $ 400.00 = | | 200.00 |
| John B. Lord | 1.10 at $ 240.00 = | | 264.00 |
| Sharon A. Ament | 3.50 at $ 175.00 = | | 612.50 |

```
                  CURRENT FEES                          1,076.50


                                                 ------------
            TOTAL BALANCE DUE UPON RECEIPT           $1,076.50
                                                 =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    2066354
Richard C. Finke                          Invoice Date     11/22/10
Assistant General Counsel - Litigation    Client Number      172573
7500 Grace Drive
Columbia, MD  21044



==============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                          2,561.50
         Expenses                          0.00

              TOTAL BALANCE DUE UPON RECEIPT        $2,561.50
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W.R. Grace & Co. | Invoice Number | 2066354 |
| Richard C. Finke | Invoice Date | 11/22/10 |
| Assistant General Counsel - Litigation | Client Number | 172573 |
| 7500 Grace Drive | Matter Number | 60033 |
| Columbia, MD  21044 | | |

==============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2010

| Date | Name | | Hours |
| -------- | ----------- | | ----- |
| 10/06/10 | Restivo | Telephone conference with R. Finke. | .30 |
| 10/11/10 | Cameron | Review materials regarding California claims and statute of limitations. | .70 |
| 10/11/10 | Flatley | Attend to strategy development (0.2); review various documents (0.2); communications regarding same (0.2); emails from/to T. Rea and R. Finke to schedule conference call (0.3); preliminary review of new Perkins Coie material (0.2). | 1.10 |
| 10/11/10 | Rea | Reviewed claim material. | .80 |
| 10/12/10 | Flatley | Review Perkins Coie materials and information (0.5); with T. Rea to prepare for call (0.2); conference call with R. Finke and T. Rea (0.4). | 1.10 |
| 10/12/10 | Rea | Call with R. Finke re: DGS letter. | .30 |
| 10/15/10 | Ament | Telephone call re: 10/18/10 hearing. | .10 |

                                                  ------
                                    TOTAL HOURS     4.40

```
172573 W. R. Grace & Co.                        Invoice Number  2066354
60033  Claim Analysis Objection Resolution & EstimationPage   2
       (Asbestos)
       November 22, 2010
```

```
TIME SUMMARY              Hours            Rate          Value
------------------------  ----------------------      -------
Lawrence E. Flatley       2.20  at  $  635.00  =    1,397.00
Douglas E. Cameron        0.70  at  $  630.00  =      441.00
James J. Restivo Jr.      0.30  at  $  685.00  =      205.50
Traci Sands Rea           1.10  at  $  455.00  =      500.50
Sharon A. Ament           0.10  at  $  175.00  =       17.50

                          CURRENT FEES                        2,561.50


                                              ------------
                  TOTAL BALANCE DUE UPON RECEIPT   $2,561.50
                                              ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2066355
Richard C. Finke                          Invoice Date      11/22/10
Assistant General Counsel - Litigation    Client Number       172573
7500 Grace Drive
Columbia, MD  21044


================================================================================

Re: W. R. Grace & Co.


(60040)  PA State Tax Advice

        Fees                        500.00
        Expenses                      0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $500.00
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

```
W.R. Grace & Co.                        Invoice Number    2066355
Richard C. Finke                        Invoice Date     11/22/10
Assistant General Counsel - Litigation  Client Number     172573
7500 Grace Drive                        Matter Number      60040
Columbia, MD  21044
```

===============================================================================

Re: (60040)  PA State Tax Advice

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2010

```
   Date  Name                                              Hours
 -------- -----------                                      -----

10/25/10 Sollie          Telephone conference with R. Finke     .50
                         regarding recent contact by
                         Pennsylvania Department of Revenue
                         (0.1); reviewed file (0.2);
                         telephone message to C. Momjian
                         (0.1); update R. Finke (0.1).

10/29/10 Sollie          Follow up with C. Momjian and          .30
                         updated R. Finke.

                                                          ------
                                    TOTAL HOURS             .80
```

```
TIME SUMMARY              Hours        Rate       Value
------------------------  ---------------------   -------
Kyle O. Sollie            0.80  at  $  625.00  =   500.00

                          CURRENT FEES                    500.00


                                                      ------------
                          TOTAL BALANCE DUE UPON RECEIPT  $500.00
                                                      ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                                    Invoice Number      2066358
Richard C. Finke                                   Invoice Date       11/22/10
Assistant General Counsel - Litigation             Client Number       172573
7500 Grace Drive
Columbia, MD  21044



================================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

        Fees                                 0.00
        Expenses                            18.26

                        TOTAL BALANCE DUE UPON RECEIPT          $18.26
                                                            =============

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number      2066358
Richard C. Finke                        Invoice Date       11/22/10
Assistant General Counsel - Litigation  Client Number        172573
7500 Grace Drive                        Matter Number         60033
Columbia, MD  21044
```

===========================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
    PACER                                  3.84
    Duplicating/Printing/Scanning          6.30
    Postage Expense                        3.12
    Courier Service - Outside              5.00

                    CURRENT EXPENSES              18.26
                                           -------------

                    TOTAL BALANCE DUE UPON RECEIPT    $18.26
                                           =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2066358
Richard C. Finke                          Invoice Date       11/22/10
Assistant General Counsel - Litigation    Client Number        172573
7500 Grace Drive                          Matter Number         60033
Columbia, MD  21044

===========================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

09/28/10   Postage Expense                              1.56

09/30/10   PACER                                        3.84

10/25/10   Courier Service - Outside -- VENDOR: PARCELS,   5.00
           INC.: Delivery

10/28/10   Duplicating/Printing/Scanning                6.30
           ATTY # 0718; 63 COPIES

10/28/10   Postage Expense                              1.56

                        CURRENT EXPENSES                18.26
                                                 ------------
                 TOTAL BALANCE DUE UPON RECEIPT       $18.26
                                                 =============