# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: January 21, 2011 at 4:00 p.m. |
| | | Hearing Date: Only if Objections are Filed |

### SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE ONE HUNDRED THIRTEENTH MONTHLY INTERIM PERIOD FROM NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010

Name of Applicant:                                      Reed Smith LLP

Authorized to Provide Professional Services to:   W. R. Grace & Co., *et al.*, Debtors and
                                                        Debtors-in-Possession

Date of Retention:                                      July 19, 2001, effective as of April 2, 2001

Period for which compensation and
reimbursement is sought:                              November 1 through November 30, 2010

Amount of fees sought as actual,
reasonable and necessary:                              $19,070.80

Amount of expenses sought as actual,
reasonable and necessary                               $76.00

This is a(n): X monthly      _ interim      _ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#25969
12/29/10

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00$^{2}$ | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |

---

2   Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |

4

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |

5

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |
| 3/2/10 | 1/1/1 through 1/31/10 | $67,941.00 | $5,542.74 | No objections served on counsel | No objections served on counsel |
| 3/29/10 | 2/1/10 through 02/28/10 | $8,019.00 | $1,025.90 | No objections served on counsel | No objections served on counsel |
| 4/28/10 | 3/1/10 through 3/31/10 | $7,581.50 | $2,008.26 | No objections served on counsel | No objections served on counsel |
| 5/28/10 | 4/1/10 through 4/30/10 | $28,603.00 | $1,030.65 | No objections served on counsel | No objections served on counsel |
| 6/29/10 | 5/1/1/10 through 5/31/10 | $6,594.50 | $1,375.18 | No objections served on counsel | No objections served on counsel |
| 7/28/10 | 6/1/10 through 6/30/10 | $7,500.50 | $299.18 | No objections served on counsel | No objections served on counsel |
| 8/31/10 | 7/1/10 through 7/31/10 | $9,446.00 | $100.30 | No objections served on counsel | No objections served on counsel |
| 9/28/10 | 8/1/10 through 8/31/10 | $3,635.50 | $821.90 | No objections served on counsel | No objections served on counsel |
| 10/28/10 | 9/1/10 through 9/30/10 | $5,575.50 | $49.74 | No objections served on counsel | No objections served on counsel |
| 11/30/10 | 10/1/10 through 10/31/10 | $6,159.30 | $18.26 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred thirteenth application for monthly interim compensation of services filed with the Bankruptcy Court in these chapter 11 cases.

The total time expended for the preparation of this application is approximately six hours, and the corresponding estimated compensation that will be requested in a future application is approximately $1,000.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 1971 | Litigation | $685.00 | 1.70 | $1,164.50 |
| Lawrence E. Flatley | Partner | 1975 | Litigation | $635.00 | 2.00 | $1,270.00 |
| Douglas E. Cameron | Partner | 1984 | Litigation | $630.00 | 9.80 | $6,174.00 |
| Kyle O. Sollie | Partner | 1996 | Business & Finance | $625.00 | .60 | $375.00 |
| Linda S. Husar | Partner | 1980 | Litigation | $493.00 | 6.60 | $3,253.80 |
| Traci Sands Rea | Partner | 1995 | Litigation | $455.00 | 9.40 | $4,277.00 |
| Andrew J. Muha | Associate | 2001 | Litigation | $400.00 | 1.30 | $520.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 18 Years | Bankruptcy | $240.00 | 3.60 | $864.00 |
| Sharon A. Ament | Paralegal | 6 Years | Litigation | $175.00 | 6.70 | $1,172.50 |

**Total Fees: $19,070.80**

**[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Correa vs. W.R. Grace | 6.60 | $3,253.80 |
| Litigation | 1.90 | $358.50 |
| Fee Applications | 9.70 | $2,198.00 |
| Claim Analysis Objection Resolution & Estimation | 22.90 | $12,885.50 |
| PA State Tax Advice | .60 | $375.00 |
| **Total** | **41.70** | **$19,070.80** |

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| PACER | $2.00 | ---- |
| Duplicating/Printing/Scanning | $32.90 | ---- |
| Outside Duplicating | $36.10 | ---- |
| Courier Service – Outside | $5.00 | ---- |
| SUBTOTAL | $76.00 | $0.00 |
| **TOTAL** | **$76.00** | **$0.00** |

Dated:  December 29, 2010              REED SMITH LLP
        Wilmington, Delaware

                                        By: /s/ Kurt F. Gwynne
                                            Kurt F. Gwynne (No. 3951)
                                            1201 Market Street, Suite 1500
                                            Wilmington, DE  19801
                                            Telephone:  (302) 778-7500
                                            Facsimile:  (302) 778-7575
                                            E-mail: kgwynne@reedsmith.com

                                               and

                                            James J. Restivo, Jr., Esquire
                                            Lawrence E. Flatley, Esquire
                                            Douglas E. Cameron, Esquire
                                            Reed Smith Centre
                                            225 Fifth Avenue
                                            Pittsburgh, PA 15222
                                            Telephone:  (412) 288-3131
                                            Facsimile:  (412) 288-3063

                                            Special Asbestos Products Liability Defense
                                            Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      2077493
Richard C. Finke                        Invoice Date        12/27/10
Assistant General Counsel - Litigation  Client Number         172573
7500 Grace Drive
Columbia, MD  21044

=============================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

       Fees                        3,253.80
       Expenses                        0.00

                  TOTAL BALANCE DUE UPON RECEIPT        $3,253.80
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2077493
Richard C. Finke                          Invoice Date       12/27/10
Assistant General Counsel - Litigation    Client Number        172573
7500 Grace Drive                          Matter Number         50001
Columbia, MD  21044

=======================================================================

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2010

| Date | Name | | Hours |
|------|------|---|-------|

| | | | |
|------|------|---|-------|
| 11/05/10 | Husar | Confer with Alissa Enriquez regarding complaint and initial interview, arrange the same, work on follow up. | .40 |
| 11/11/10 | Husar | Review complaint and client documents in preparation for meeting with Alissa Enriquez (1.1) and work on joint representation letter (0.4). | 1.50 |
| 11/15/10 | Husar | Prepare for and meet with Alissa Enriquez to conduct fact finding interview and to discuss and explain joint representation issues (2.3); work on follow up (2.4). | 4.70 |

```
                                              ------
                                  TOTAL HOURS   6.60
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Linda S. Husar | 6.60 at $ 493.00 = | | 3,253.80 |

```
                    CURRENT FEES                     3,253.80


                                                   ------------
        TOTAL BALANCE DUE UPON RECEIPT              $3,253.80
                                                   ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2077494
Richard C. Finke                          Invoice Date      12/27/10
Assistant General Counsel - Litigation    Client Number       172573
7500 Grace Drive
Columbia, MD  21044

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

     Fees                          358.50
     Expenses                        0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $358.50
                                                    ==============

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630
```

```
   W.R. Grace & Co.                        Invoice Number    2077494
   Richard C. Finke                        Invoice Date      12/27/10
   Assistant General Counsel - Litigation  Client Number      172573
   7500 Grace Drive                        Matter Number        60026
   Columbia, MD  21044
```

===============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2010

| Date | Name | | Hours |
|------|------|------|-------|
| 11/01/10 | Ament | Review and respond to e-mail from P. Cuniff re: 11/15/10 preliminary agenda and hearing binder (.10); review hearing binder received from J. O'Neill (.10); e-mails with P. Cuniff re: CNO's (.10); update hearing binder per J. O'Neill request (.10); hand deliver preliminary agenda and hearing binder to Judge Fitzgerald (.10); follow-up e-mail to P. Cuniff re: same (.10). | .60 |
| 11/10/10 | Lord | Research docket and update 2002 and core group service lists. | .40 |
| 11/29/10 | Ament | Review agenda and hearing binder relating to 12/13/10 hearing received from J. O'Neill (.10); e-mails with P. Cuniff re: same (.10); update hearing binder (.20); hand deliver same to Judge Fitzgerald (.10). | .50 |
| 11/30/10 | Ament | E-mails with P. Cuniff re: final agenda for 12/13/10 hearing and preliminary agenda due 12/27/10. | .40 |

```
                                                       ------
                                       TOTAL HOURS       1.90
```

```
172573 W. R. Grace & Co.                        Invoice Number  2077494
60026  Litigation and Litigation Consulting     Page   2
       December 27, 2010
```

```
TIME SUMMARY                   Hours          Rate           Value
------------------------    --------------------         -------
John B. Lord                   0.40  at  $  240.00  =       96.00
Sharon A. Ament                1.50  at  $  175.00  =      262.50

                            CURRENT FEES                           358.50


                                                            ------------
                            TOTAL BALANCE DUE UPON RECEIPT     $358.50
                                                            ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2077495
Richard C. Finke                          Invoice Date      12/27/10
Assistant General Counsel - Litigation    Client Number      172573
7500 Grace Drive
Columbia, MD  21044

===============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

        Fees                         2,198.00
        Expenses                         0.00

                   TOTAL BALANCE DUE UPON RECEIPT      $2,198.00
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


```
W.R. Grace & Co.                          Invoice Number      2077495
Richard C. Finke                          Invoice Date       12/27/10
Assistant General Counsel - Litigation    Client Number        172573
7500 Grace Drive                          Matter Number         60029
Columbia, MD  21044
```

==========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2010

```
   Date  Name                                                   Hours
-------- -----------                                            -----

11/02/10 Ament           Attention to billing matters           1.80
                         (.10); calculate fees and expenses
                         for quarterly fee application
                         (.80); prepare spreadsheet re:
                         same (.40); continue drafting
                         summary and narrative re:
                         quarterly fee application (.40);
                         review e-mails from A. Muha and P.
                         Dotterer re: billing matters (.10).

11/03/10 Ament           E-mail litigation task codes to A.      .50
                         Muha per request (.10); continue
                         drafting narrative and summary for
                         38th quarterly fee application
                         (.20); provide same to A. Muha for
                         review (.10); review e-mail re:
                         October monthly fee application
                         (.10).

11/03/10 Muha            Revise fee and expense details for      .30
                         October 2010 monthly application,
                         and multiple e-mails re: same.

11/04/10 Ament           Finalize narrative and summary re:      .30
                         38th quarterly fee application
                         (.10); e-mail same to J. Lord for
                         DE filing (.10); attention to
                         billing matters (.10).

11/04/10 Muha            Final revisions to quarterly fee        .40
                         application.
```

172573 W. R. Grace & Co.                          Invoice Number  2077495
60029  Fee Applications-Applicant                 Page   2
       December 27, 2010

| Date | Name | | Hours |
|------|------|---|-------|
| 11/05/10 | Ament | Review e-mail from J. Lord re: quarterly fee application. | .10 |
| 11/10/10 | Ament | Review e-mail from J. Lord re: quarterly fee application. | .10 |
| 11/10/10 | Lord | Draft notice and COS for interim fee application (.4); review and revise 38th interim fee application (.2). | .60 |
| 11/11/10 | Lord | Finalize Reed Smith 38th interim fee application for filing and service (.5); e-mail to Debtors re: updated service information for interim fee application (.1) | .60 |
| 11/12/10 | Lord | E-file and serve Reed Smith 38th quarterly fee application. | .40 |
| 11/15/10 | Ament | Review e-mails re: quarterly fee application (.10); attention to billing matters (.10); e-mail to D. Cameron and A. Muha re: same (.10). | .30 |
| 11/17/10 | Ament | Review various e-mails re: October monthly fee application. | .10 |
| 11/17/10 | Muha | Revisions to fee and expense invoices for October 2010 fee application, and emails re: same. | .30 |
| 11/19/10 | Ament | Various e-mails re:billing matters and doeBilling (.20); review e-mail re: October monthly fee application (.10). | .30 |
| 11/23/10 | Ament | Calculate fees and expenses relating to October monthly fee application (.40); prepare spreadsheets re: same (.30); draft October monthly fee application (.30); provide same to A. Muha for review (.10). | 1.10 |
| 11/23/10 | Lord | Research docket and draft CNO to Reed Smith's September monthly fee application. | .20 |

```
172573 W. R. Grace & Co.                    Invoice Number  2077495
60029  Fee Applications-Applicant           Page   3
       December 27, 2010
```

| Date | Name | | Hours |
|------|------|---|-------|
| 11/23/10 | Muha | Meeting with S. Ament re: fee application issues, and review monthly app and make final changes to same. | .30 |
| 11/24/10 | Ament | Review A. Muha comments re: October monthly fee application (.10); finalize fee application (.20); e-mail same to J. Lord for DE filing (.10); attention to billing matters (.10); e-mails with J. Lord and A. Muha re: October monthly fee application (.10). | .60 |
| 11/24/10 | Lord | Revise and prepare Reed Smith's 112th monthly fee application for e-filing and service (.6); revise, e-file and serve CNO to Reed Smith September 111th monthly fee application (.2). | .80 |
| 11/30/10 | Lord | E-file and serve Reed Smith October monthly fee application. | .60 |

```
                                                     ------
                                      TOTAL HOURS     9.70
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Andrew J. Muha | 1.30 | at | $  400.00 | = | 520.00 |
| John B. Lord | 3.20 | at | $  240.00 | = | 768.00 |
| Sharon A. Ament | 5.20 | at | $  175.00 | = | 910.00 |

```
                  CURRENT FEES                           2,198.00


                                                      ------------
                  TOTAL BALANCE DUE UPON RECEIPT        $2,198.00
                                                      ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


```
W.R. Grace & Co.                              Invoice Number      2077496
Richard C. Finke                              Invoice Date       12/27/10
Assistant General Counsel - Litigation        Client Number       172573
7500 Grace Drive
Columbia, MD  21044
```

===============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

```
     Fees                                12,885.50
     Expenses                                 0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $12,885.50
                                                         ==============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                         Invoice Number      2077496
Richard C. Finke                         Invoice Date       12/27/10
Assistant General Counsel - Litigation   Client Number        172573
7500 Grace Drive                         Matter Number         60033
Columbia, MD  21044


==============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2010

| Date | Name | | Hours |
|------|------|---|-------|
| 11/01/10 | Cameron | Review draft letter to DGS and backup material re: building information. | .70 |
| 11/01/10 | Rea | Letter to DGS re:  settlement. | 3.80 |
| 11/02/10 | Cameron | Review draft letter and emails re: same relating to California statute of limitations. | .70 |
| 11/02/10 | Flatley | Review T. Rea draft letter to DGS (0.6); with T. Rea about draft letter (0.2); emails with further comments on issues raised concerning draft (0.3). | 1.10 |
| 11/02/10 | Rea | Conference with L. Flatley re: DGS claim (.3); revised DGS letter (1.4); call with client re: DGS letter (.3); email to team re: DGS letter (.2). | 2.20 |
| 11/03/10 | Cameron | Review draft letter to DGS. | .30 |
| 11/05/10 | Cameron | Review emails regarding DGS letter and information discovered in California. | .60 |
| 11/05/10 | Rea | Email re:  DGS claims. | .20 |

172573 W. R. Grace & Co.                            Invoice Number  2077496
 60033  Claim Analysis Objection Resolution & Estimation Page   2
        (Asbestos)
        December 27, 2010


   Date   Name                                                    Hours
 -------- -----------                                             -----


 11/06/10 Cameron           Review materials relating to DGS        .60
                            claims and California statute of
                            limitations.

 11/07/10 Cameron           Review draft letter to DGS and          .60
                            e-mails to T. Rea regarding same.

 11/08/10 Cameron           Review materials from T. Rea            .90
                            relating to evidence in DGS
                            buildings.

 11/10/10 Cameron           Review materials relating to            .90
                            evidence for statute of
                            limitations defense in DGS
                            building.

 11/11/10 Cameron           Review draft letter, meet with T.       .80
                            Rea and e-mails regarding statute
                            of limitations evidence in DGS
                            buildings.

 11/11/10 Flatley           R. Finke email and replies,             .20
                            including to T. Rea.

 11/11/10 Rea               Multiple emails and edits re:  DGS      .50
                            letter.

 11/12/10 Rea               Emails re:  DGS letter.                 .30

 11/15/10 Rea               Revised DGS letter.                    1.10

 11/18/10 Cameron           Review materials regarding              .90
                            California statute of limitation
                            issues.

 11/23/10 Cameron           Review letter from counsel for DGS     1.00
                            and e-mail regarding same (0.6);
                            review W. R. Grace letter to DGS
                            (0.4).

 11/23/10 Rea               Met with J. Restivo on outstanding      .20
                            issues

 11/23/10 Rea               Emails regarding DGS letter             .20

 11/23/10 Restivo           Telephone R. Finke (0.3); meeting      1.20
                            with T. Rea (0.3); review prior
                            unexecuted settlements, Medicare
                            (0.6).

172573 W. R. Grace & Co.                          Invoice Number  2077496
60033  Claim Analysis Objection Resolution & Estimation Page   3
       (Asbestos)
       December 27, 2010


    Date   Name                                                    Hours
   -------- -----------                                            -----

    11/24/10 Cameron          Multiple e-mails regarding joint         .70
                              proposal, discovery issues and
                              amended pleadings.

    11/24/10 Cameron          Review DGS letter and e-mails            .70
                              regarding response/mediation
                              proposal.

    11/24/10 Flatley          Emails from R. Finke, et al. and         .60
                              replies (0.3); follow-up emails
                              (0.3).

    11/24/10 Rea              Multiple emails re: DGS claims           .30

    11/24/10 Restivo          Review and comment re: California        .50
                              DSG and Speights settlements.

    11/27/10 Cameron          Review materials regarding DGS           .40
                              letter and response.

    11/29/10 Flatley          Review R. Finke email.                   .10

    11/30/10 Rea              Analysis of Canadian Settlement          .60
                              issue.

                                                                    ------
                                              TOTAL HOURS            22.90


    TIME SUMMARY              Hours          Rate          Value
    ------------------------  -------------------------    -------
    Lawrence E. Flatley        2.00  at  $  635.00  =    1,270.00
    Douglas E. Cameron         9.80  at  $  630.00  =    6,174.00
    James J. Restivo Jr.       1.70  at  $  685.00  =    1,164.50
    Traci Sands Rea            9.40  at  $  455.00  =    4,277.00

                              CURRENT FEES                         12,885.50


                                                                ------------
                         TOTAL BALANCE DUE UPON RECEIPT            $12,885.50
                                                                ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                              Invoice Number      2077498
Richard C. Finke                             Invoice Date      12/27/10
Assistant General Counsel - Litigation       Client Number       172573
7500 Grace Drive
Columbia, MD  21044


========================================================================

Re: W. R. Grace & Co.


(60040)  PA State Tax Advice

        Fees                            375.00
        Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT          $375.00
                                                           =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W.R. Grace & Co. | Invoice Number      2077498 |
| Richard C. Finke | Invoice Date       12/27/10 |
| Assistant General Counsel - Litigation | Client Number       172573 |
| 7500 Grace Drive | Matter Number        60040 |
| Columbia, MD  21044 | |

========================================================================

Re: (60040)  PA State Tax Advice

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2010

| Date | Name | | Hours |
|------|------|---|-------|
| 11/02/10 | Sollie | Reviewed email from C. Momjian. | .10 |
| 11/04/10 | Sollie | Follow up with C. Momjian (0.3); updated C. Finke (0.2). | .50 |
| | | | ------ |
| | | TOTAL HOURS | .60 |


| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Kyle O. Sollie | 0.60  at  $  625.00  = | | 375.00 |
| | CURRENT FEES | | 375.00 |
| | | | ------------ |
| | TOTAL BALANCE DUE UPON RECEIPT | | $375.00 |
| | | | ============ |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                           Invoice Number      2077499
Richard C. Finke                           Invoice Date        12/27/10
Assistant General Counsel - Litigation     Client Number        172573
7500 Grace Drive
Columbia, MD  21044

==============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                             0.00
    Expenses                        76.00

                  TOTAL BALANCE DUE UPON RECEIPT        $76.00
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


```
W.R. Grace & Co.                          Invoice Number    2077499
Richard C. Finke                          Invoice Date      12/27/10
Assistant General Counsel - Litigation    Client Number      172573
7500 Grace Drive                          Matter Number       60026
Columbia, MD  21044
```

================================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
    PACER                               2.00
    Duplicating/Printing/Scanning      32.90
    Courier Service - Outside           5.00
    Outside Duplicating                36.10

              CURRENT EXPENSES                           76.00
                                                  -------------

              TOTAL BALANCE DUE UPON RECEIPT          $76.00
                                                  =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

```
W.R. Grace & Co.                        Invoice Number    2077499
Richard C. Finke                        Invoice Date      12/27/10
Assistant General Counsel - Litigation  Client Number      172573
7500 Grace Drive                        Matter Number       60026
Columbia, MD  21044
```

================================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
10/27/10   Outside Duplicating                              36.10
           Mailout - Bankruptcy Mailouts/Mailout - Envelope

10/31/10   PACER                                             1.52

10/31/10   PACER                                              .48

11/12/10   Duplicating/Printing/Scanning                    17.00
           ATTY # 0718; 170 COPIES

11/15/10   Duplicating/Printing/Scanning                     8.40
           ATTY # 0718; 84 COPIES

11/17/10   Courier Service - Outside -- VENDOR: PARCELS,      5.00
           INC.: Delivery

11/30/10   Duplicating/Printing/Scanning                     7.50
           ATTY # 0718; 75 COPIES

                     CURRENT EXPENSES                        76.00
                                                        ------------
                     TOTAL BALANCE DUE UPON RECEIPT         $76.00
                                                        ============
```