# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: February 23, 2011 at 4:00 p.m.** |
| | | **Hearing Date: Only if Objections are Filed** |

## SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE ONE HUNDRED FOURTEENTH MONTHLY INTERIM PERIOD FROM DECEMBER 1, 2010 THROUGH DECEMBER 31, 2010

Name of Applicant:                                    Reed Smith LLP

Authorized to Provide Professional Services to: W. R. Grace & Co., *et al.*, Debtors and
Debtors-in-Possession

Date of Retention:                                    July 19, 2001, effective as of April 2, 2001

Period for which compensation and
reimbursement is sought:                              December 1 through December 31, 2010

Amount of fees sought as actual,
reasonable and necessary:                             $15,773.50

Amount of expenses sought as actual,
reasonable and necessary                              $1,381.58

This is a(n): X monthly     __ interim     __ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#26160
1/31/11

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

2

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |

---

2  Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |
| 3/2/10 | 1/1/1 through 1/31/10 | $67,941.00 | $5,542.74 | No objections served on counsel | No objections served on counsel |
| 3/29/10 | 2/1/10 through 02/28/10 | $8,019.00 | $1,025.90 | No objections served on counsel | No objections served on counsel |
| 4/28/10 | 3/1/10 through 3/31/10 | $7,581.50 | $2,008.26 | No objections served on counsel | No objections served on counsel |
| 5/28/10 | 4/1/10 through 4/30/10 | $28,603.00 | $1,030.65 | No objections served on counsel | No objections served on counsel |
| 6/29/10 | 5/1/1/10 through 5/31/10 | $6,594.50 | $1,375.18 | No objections served on counsel | No objections served on counsel |
| 7/28/10 | 6/1/10 through 6/30/10 | $7,500.50 | $299.18 | No objections served on counsel | No objections served on counsel |
| 8/31/10 | 7/1/10 through 7/31/10 | $9,446.00 | $100.30 | No objections served on counsel | No objections served on counsel |
| 9/28/10 | 8/1/10 through 8/31/10 | $3,635.50 | $821.90 | No objections served on counsel | No objections served on counsel |
| 10/28/10 | 9/1/10 through 9/30/10 | $5,575.50 | $49.74 | No objections served on counsel | No objections served on counsel |
| 11/30/10 | 10/1/10 through 10/31/10 | $6,159.30 | $18.26 | No objections served on counsel | No objections served on counsel |
| 12/29/10 | 11/1/10 through 11/30/10 | $19,070.80 | 76.00 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred fourteenth application for monthly interim compensation of services filed with the Bankruptcy Court in these chapter 11 cases.

The total time expended for the preparation of this application is approximately five hours, and the corresponding estimated compensation that will be requested in a future application is approximately $1,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 1971 | Litigation | $685.00 | 3.00 | $2,055.00 |
| Lawrence E. Flatley | Partner | 1975 | Litigation | $635.00 | .60 | $381.00 |
| Douglas E. Cameron | Partner | 1984 | Litigation | $630.00 | 6.70 | $4,221.00 |
| David Ziegler | Partner | 1982 | Commercial Restructuring & Bankruptcy | $575.00 | 2.30 | $1,322.50 |
| Linda S. Husar | Partner | 1980 | Litigation | $493.00 | 11.40 | $5,620.20 |
| Traci Sands Rea | Partner | 1995 | Litigation | $455.00 | .80 | $364.00 |
| Andrew J. Muha | Partner | 2001 | Litigation | $400.00 | 1.60 | $640.00 |
| Stephanie Henderson Espinosa | Associate | 2007 | Litigation | $246.50 | 1.20 | $295.80 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|
| John B. Lord | Paralegal | 18 Years | Bankruptcy | $240.00 | 1.60 | $384.00 |
| Sharon A. Ament | Paralegal | 6 Years | Litigation | $175.00 | 2.80 | $490.00 |

**Total Fees: $15,773.50**

**[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Correa vs. W.R. Grace | 12.60 | $5,916.00 |
| Litigation | .70 | $122.50 |
| Fee Applications | 5.30 | $1,391.50 |
| Claim Analysis Objection Resolution & Estimation | 13.40 | $8,343.50 |
| **Total** | **32.00** | **$15,773.50** |

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| PACER | $27.84 | ---- |
| Postage Expense | $4.79 | ---- |
| Messenger Service | $5.25 | ---- |
| Courier Service – Outside | $5.25 | ---- |
| Duplicating/Printing/Scanning | $201.80 | ---- |
| Outside Duplicating | $1,136.65 | ---- |
| SUBTOTAL | $1,381.58 | $0.00 |
| **TOTAL** | **$1,381.58** | **$0.00** |

Dated:   January 31, 2011            REED SMITH LLP
         Wilmington, Delaware

                                     By: /s/ Kurt F. Gwynne
                                         Kurt F. Gwynne (No. 3951)
                                         1201 Market Street, Suite 1500
                                         Wilmington, DE 19801
                                         Telephone: (302) 778-7500
                                         Facsimile: (302) 778-7575
                                         E-mail: kgwynne@reedsmith.com

                                                and

8

James J. Restivo, Jr., Esquire
Lawrence E. Flatley, Esquire
Douglas E. Cameron, Esquire
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone:  (412) 288-3131
Facsimile:  (412) 288-3063

Special Asbestos Products Liability Defense
Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                              Invoice Number      2087028
Richard C. Finke                             Invoice Date      01/28/11
Assistant General Counsel - Litigation       Client Number       172573
7500 Grace Drive
Columbia, MD  21044

===============================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

        Fees                          5,916.00
        Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $5,916.00
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                                    Invoice Number      2087028
Richard C. Finke                                    Invoice Date      01/28/11
Assistant General Counsel - Litigation              Client Number       172573
7500 Grace Drive                                    Matter Number        50001
Columbia, MD  21044


==============================================================================

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2010

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 12/06/10 | Husar | Prepare joint representation letter for Alissa Enriquez (1.1); email to John Forgach regarding the same (.1) | 1.20 |
| 12/08/10 | Husar | Research current status of Correa's workers compensation claims (0.4); calls to claims adjuster regarding the same and to WR Grace's workers compensation attorneys (0.2); review file for evidence of doctor's notes supporting the company's understanding that Plaintiff could not operate a forklift at the time of the RIF (0.4);  work on evaluation of company's obligation to engage in interactive process and possible defenses (0.5); email exchange with John Forgach, work on summary of issues in preparation for call with John Forgach (0.3). | 1.80 |
| 12/09/10 | Husar | Confer with WR Grace's workers compensation attorney and claims adjuster to discuss case background, status and coordination of defenses (0.9); email exchange with John Forgach and Jay Hughes regarding the same (0.1);  check court docket sheet for evidence of service of summons | 2.10 |

```
172573 W. R. Grace & Co.                    Invoice Number  2087028
50001  Correa v. W.R. Grace                 Page   2
       January 28, 2011
```

| Date | Name | | Hours |
|------|------|---|-------|

|  |  | of complaint (0.3); prepare email to client regarding OSC set for January regarding failure to serve the complaint (0.2);  telecom with Alissa Enriquez regarding status and need for more information and medical certification (0.6). |  |
| 12/10/10 | Husar | Review of Correa's personnel file and other documents to determine status of medical condition as it relates to Correa's failure to accommodate claim. | 1.30 |
| 12/17/10 | Husar | Confer with Alissa Enriquez regarding medical certifications provided by Plaintiff and relied on by the company in removing him from forklift duty (0.3); work on coordination of defense with workers compensation counsel and follow up with the client (0.2). | .50 |
| 12/20/10 | Husar | Work on fact finding and coordination of defenses for the workers compensation matter and civil action. | .90 |
| 12/23/10 | Husar | Confer with WR Graces' workers compensation attorney to discuss status of case and next steps and coordination of defense (0.8); prapare for and confer with John Forgach regarding case developments, potential risks and next steps (0.4); calendar deadlines based on service of summons and complaint (0.1); begin work on strategy for response to complaint (0.8). | 2.10 |
| 12/27/10 | Espinosa | Review the complaint and conduct initial research on the sham defendant theory of removal. | .70 |
| 12/28/10 | Espinosa | Confer with L. Husar re the complaint and key background facts. | .50 |

```
172573 W. R. Grace & Co.                    Invoice Number  2087028
50001  Correa v. W.R. Grace                 Page   3
       January 28, 2011
```

| Date | Name | | Hours |
|------|------|--|-------|
| 12/28/10 | Husar | Work on outline for response to complaint and grounds for removal (1.2);  work on review and retrieval of workers compensation documents (0.3). | 1.50 |

```
                                            ------
                              TOTAL HOURS    12.60
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| Linda S. Husar | 11.40 | at $ | 493.00 | = | 5,620.20 |
| Stephanie Henderson Espin | 1.20 | at $ | 246.50 | = | 295.80 |

```
                     CURRENT FEES                    5,916.00


                                              ------------
          TOTAL BALANCE DUE UPON RECEIPT        $5,916.00
                                              ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2087029
Richard C. Finke                          Invoice Date      01/28/11
Assistant General Counsel - Litigation    Client Number       172573
7500 Grace Drive
Columbia, MD  21044


===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                        122.50
        Expenses                      0.00

                    TOTAL BALANCE DUE UPON RECEIPT          $122.50
                                                           =============

```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R. Grace & Co.                          Invoice Number      2087029
Richard C. Finke                          Invoice Date       01/28/11
Assistant General Counsel - Litigation    Client Number        172573
7500 Grace Drive                          Matter Number         60026
Columbia, MD  21044
```

==============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2010

```
   Date   Name                                            Hours
-------- -----------                                      -----

12/09/10 Ament            Coordinate CourtCall for 12/13/10    .70
                          hearing for J. Restivo and D.
                          Cameron per request (.40); various
                          e-mails and telephone calls re:
                          same (.10); review docket (.10);
                          review Judge Fitzgerald order
                          relating to confirmation issues to
                          be discussed at 12/13/10 hearing
                          (.10).

                                                          ------
                                            TOTAL HOURS      .70
```

```
TIME SUMMARY              Hours        Rate        Value
-----------------------  ------  --------------   -------
Sharon A. Ament           0.70  at $ 175.00   =   122.50

                          CURRENT FEES                        122.50


                                                          ------------
                     TOTAL BALANCE DUE UPON RECEIPT           $122.50
                                                          ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      2087030
Richard C. Finke                        Invoice Date       01/28/11
Assistant General Counsel - Litigation  Client Number        172573
7500 Grace Drive
Columbia, MD  21044


==============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

        Fees                          1,391.50
        Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT       $1,391.50
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2087030 |
| Richard C. Finke | Invoice Date    01/28/11 |
| Assistant General Counsel - Litigation | Client Number     172573 |
| 7500 Grace Drive | Matter Number      60029 |
| Columbia, MD  21044 | |

==================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2010

| Date | Name | | Hours |
|------|------|---|-------|
| 12/02/10 | Muha | Revisions to Nov. 2010 fee and expense detail for monthly fee application. | .30 |
| 12/07/10 | Ament | Review e-mail re: billing matters. | .10 |
| 12/17/10 | Muha | Attend to issues re: electronic submission of fee applications. | .60 |
| 12/21/10 | Muha | Revisions to fee and expense detail for Nov. 2010 monthly application. | .20 |
| 12/22/10 | Ament | Review e-mail re: November monthly fee application (.10); conference call with P. Dotterer re: same (.10). | .20 |
| 12/28/10 | Ament | Review invoices relating to November monthly fee application and calculate fees and expenses for same (.50); prepare spreadsheets relating to same (.30): draft 113th monthly fee application (.20); provide said information to A. Muha for review (.10); finalize fee application (.10); e-mail same to J. Lord and L. Lankford for DE filing (.10); various e-mails with A. Muha re: fee application (.10). | 1.40 |

```
172573 W. R. Grace & Co.                    Invoice Number  2087030
60029  Fee Applications-Applicant           Page    2
       January 28, 2011
```

| Date | Name | | Hours |
|------|------|---|-------|
| 12/28/10 | Muha | Final review and revisions to monthly fee application, and emails to/from S. Ament re: same. | .50 |
| 12/29/10 | Ament | Attention to billing matters (.10); various e-mails re: same (.20). | .30 |
| 12/29/10 | Lord | Draft, e-file and serve CNO to Reed Smith 112th monthly fee application (.4); revise, e-file and serve Reed Smith 113th monthly fee application (1.1); communicate with S. Ament re: same (.2) | 1.60 |
| 12/30/10 | Ament | Attention to billing matters. | .10 |

```
                                            ------
                              TOTAL HOURS     5.30
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Andrew J. Muha | 1.60 | at | $ 400.00 | = | 640.00 |
| John B. Lord | 1.60 | at | $ 240.00 | = | 384.00 |
| Sharon A. Ament | 2.10 | at | $ 175.00 | = | 367.50 |

```
                 CURRENT FEES                        1,391.50


                                             ------------
            TOTAL BALANCE DUE UPON RECEIPT     $1,391.50
                                             ============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number     2087031
Richard C. Finke                        Invoice Date       01/28/11
Assistant General Counsel - Litigation  Client Number       172573
7500 Grace Drive
Columbia, MD  21044
```

========================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

```
     Fees                          8,343.50
     Expenses                          0.00

              TOTAL BALANCE DUE UPON RECEIPT      $8,343.50
                                                 =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number     2087031
Richard C. Finke                        Invoice Date      01/28/11
Assistant General Counsel - Litigation  Client Number       172573
7500 Grace Drive                        Matter Number        60033
Columbia, MD  21044
```

===============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2010

| Date | Name | | Hours |
|------|------|------|------|
| 12/01/10 | Flatley | Review R. Finke draft and reply. | .20 |
| 12/01/10 | Rea | Reviewed letter to DGS. | .10 |
| 12/02/10 | Cameron | Review draft letters regarding Canadian claims. | .40 |
| 12/02/10 | Restivo | Telephone conference and emails with D. Speights et al. re:  two Canadian cases. | 1.30 |
| 12/09/10 | Restivo | Telephone calls with R. Finke and D. Ziegler re: Omnibus Hearing and other issues. | 1.10 |
| 12/09/10 | Ziegler | Meeting with J. Restivo re omnibus hearing. | .20 |
| 12/09/10 | Ziegler | Review order re confirmation issues. | .40 |
| 12/10/10 | Cameron | Attention to DGS request for mediation in California (0.3); Review letter to DGS and documents regarding asbestos removal in DGS buildings (0.9). | 1.20 |
| 12/13/10 | Cameron | Participate (by phone) in Grace hearing (1.2); review DGS letter (0.2). | 1.40 |

172573  W. R. Grace & Co.                          Invoice Number  2087031
60033   Claim Analysis Objection Resolution & EstimationPage   2
        (Asbestos)
        January 28, 2011


    Date   Name                                               Hours
    ------ -----------                                        -----

    12/13/10 Flatley      Emails and replies re: Mandelsburg    .40
                          letter (0.2); review draft letter
                          in reply (0.2).

    12/13/10 Rea          Correspondence re:  DGS Mediation.    .70

    12/13/10 Restivo      Teleconference Omnibus Hearing.       .60

    12/13/10 Ziegler      Monitor omnibus hearing             1.50

    12/13/10 Ziegler      Discuss hearing with J. Restivo       .20

    12/14/10 Cameron      Attention to DGS claim materials.     .90

    12/17/10 Cameron      Review DGS claim materials (0.5);     .90
                          review materials regarding
                          Canadian claims settlements (0.4).

    12/21/10 Cameron      Review DGS materials.                 .80

    12/27/10 Cameron      Review materials relating to DGS      .60
                          and Canadian settled claims.

    12/30/10 Cameron      Review DGS claims materials.          .50
                                                              ------
                                           TOTAL HOURS        13.40


    TIME SUMMARY              Hours        Rate          Value
    -----------------------  ----------  ------------  ---------
    Lawrence E. Flatley       0.60  at  $  635.00   =    381.00
    Douglas E. Cameron        6.70  at  $  630.00   =  4,221.00
    James J. Restivo Jr.      3.00  at  $  685.00   =  2,055.00
    David Ziegler             2.30  at  $  575.00   =  1,322.50
    Traci Sands Rea           0.80  at  $  455.00   =    364.00

                             CURRENT FEES                      8,343.50

                                                        ------------
                    TOTAL BALANCE DUE UPON RECEIPT       $8,343.50
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                                Invoice Number     2087032
Richard C. Finke                                Invoice Date      01/28/11
Assistant General Counsel - Litigation          Client Number       172573
7500 Grace Drive
Columbia, MD  21044


===============================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

        Fees                            0.00
        Expenses                      629.28

                    TOTAL BALANCE DUE UPON RECEIPT        $629.28
                                                    ==============

```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R. Grace & Co.                          Invoice Number      2087032
Richard C. Finke                          Invoice Date        01/28/11
Assistant General Counsel - Litigation    Client Number         172573
7500 Grace Drive                          Matter Number          50001
Columbia, MD  21044
```

==============================================================================

Re: Correa v. W.R. Grace

FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
      Duplicating/Printing/Scanning           201.80
      Outside Duplicating                     427.48

                   CURRENT EXPENSES                          629.28
                                                       -------------

                   TOTAL BALANCE DUE UPON RECEIPT          $629.28
                                                       =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                              Invoice Number      2087032
Richard C. Finke                              Invoice Date      01/28/11
Assistant General Counsel - Litigation        Client Number       172573
7500 Grace Drive                              Matter Number        50001
Columbia, MD  21044


==============================================================================

Re: (50001)  Correa v. W.R. Grace


FOR COSTS ADVANCED AND EXPENSES INCURRED:

12/09/10   Duplicating/Printing/Scanning                          .10
           ATTY # 000349: 1 COPIES

12/28/10   Outside Duplicating -- VENDOR: LA BEST             427.48
           PHOTOCOPIES, INC.: Two copy sets of Alissa
           Enriquez's documents

12/29/10   Duplicating/Printing/Scanning                       40.90
           ATTY # 10398; 409 COPIES

12/30/10   Duplicating/Printing/Scanning                      158.20
           ATTY # 10886; 1582 COPIES

12/30/10   Duplicating/Printing/Scanning                        2.60
           ATTY # 10886; 26 COPIES

                       CURRENT EXPENSES                       629.28
                                                          ------------
                       TOTAL BALANCE DUE UPON RECEIPT        $629.28
                                                          =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number     2087033
Richard C. Finke                          Invoice Date     01/28/11
Assistant General Counsel - Litigation    Client Number     172573
7500 Grace Drive
Columbia, MD  21044

================================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

     Fees                              0.00
     Expenses                        752.30

                    TOTAL BALANCE DUE UPON RECEIPT        $752.30
                                                    ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W.R. Grace & Co. | Invoice Number | 2087033 |
| Richard C. Finke | Invoice Date | 01/28/11 |
| Assistant General Counsel - Litigation | Client Number | 172573 |
| 7500 Grace Drive | Matter Number | 60033 |
| Columbia, MD  21044 | | |

==============================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| PACER | 27.84 |
| Postage Expense | 4.79 |
| Messenger Service | 5.25 |
| Courier Service - Outside | 5.25 |
| Outside Duplicating | 709.17 |

CURRENT EXPENSES                         752.30
                                  -------------

TOTAL BALANCE DUE UPON RECEIPT           $752.30
                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                              Invoice Number      2087033
Richard C. Finke                             Invoice Date      01/28/11
Assistant General Counsel - Litigation       Client Number       172573
7500 Grace Drive                             Matter Number        60033
Columbia, MD  21044


===========================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 11/15/10 | Outside Duplicating Mailout - Bankruptcy Mailouts/Mailout - Envelopes/postage for service of quarterly Fee App. materials. | 224.40 |
| 11/15/10 | Outside Duplicating Mailout - Bankruptcy Mailouts/Mailout - Envelopes/postage for service of quarterly Fee App. materials. | 460.46 |
| 11/29/10 | Outside Duplicating Mailout - Bankruptcy Mailouts/Mailout - Envelopes/postage for service of quarterly Fee App. materials. | 24.31 |
| 11/29/10 | Messenger Service | 5.25 |
| 11/30/10 | PACER | 6.80 |
| 11/30/10 | PACER | 18.32 |
| 11/30/10 | PACER | 2.72 |
| 11/30/10 | Postage Expense | 1.56 |
| 12/02/10 | Postage Expense<br>Postage Expense: ATTY # 000349 User: Castello, D | 1.05 |
| 12/06/10 | Courier Service - Outside -- VENDOR: JET MESSENGER: Messenger Trip - Bankruptcy Court - Judge Fitzgerald - 11/29/10 | 5.25 |
| 12/13/10 | Postage Expense<br>Postage Expense: ATTY # 001398 User: Castello, D | .44 |
| 12/29/10 | Postage Expense | 1.74 |

172573 W. R. Grace & Co.                                Invoice Number   2087033
60033  Claim Analysis Objection Resolution & EstimationPage    2
       (Asbestos)
       January 28, 2011


                          CURRENT EXPENSES                        752.30
                                                              ------------
                          TOTAL BALANCE DUE UPON RECEIPT        $752.30
                                                              ============