IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>**Re: Docket No. 26155** |

**REQUEST OF ARROWPOINT CAPITAL CORP. FOR TECHNICAL AMENDMENT
TO ITEM 32 ON PAGE 8 OF ANNEX III OF RECOMMENDED FINDINGS OF FACT,
CONCLUSIONS OF LAW AND ORDER REGARDING CONFIRMATION OF FIRST
AMENDED JOINT PLAN OF REORGANIZATION AS MODIFIED THROUGH
DECEMBER 23, 2010 [DOCKET NO. 26155]**

Arrowpoint Capital Corp. hereby moves, pursuant to Rule 60(a) of the Federal Rules of Civil Procedure (the "Rules"), made applicable hereto by Rule 9024 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for an order permitting a technical amendment correcting the spelling of its name from "Arrowood Capital Corp." to "Arrowpoint Capital Corp." on item number 32 on page 8 of Annex III to the Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Joint Plan of Reorganization as Modified through December 23, 2010 [Docket No. 26155] (the "Recommended Findings of Fact"), and in support hereof respectfully represents as follows:

1. On January 31, 2011, this Court filed the Recommended Findings of Fact. Item number 32 on page 8 of Annex III to the Recommended Findings of Fact states as follows:

> 32. Royal Indemnity Company, Arrowood Capital Corp., and Arrowood Indemnity Company, individually, and as corporate successor-in-interest to Royal Indemnity Company (conditional upon 8/19/09 Approval Order becoming a Final Order)

*See* Recommended Findings of Fact.

2. "Arrowood Capital Corp." should be referred to as "Arrowpoint Capital Corp."

3. Bankruptcy Rule 9024 states that Rule 60 regarding relief from a judgment or order applies in cases under the Bankruptcy Code except in circumstances inapplicable here. Fed. R. Bankr. P. 9024.

4. Rule 60(a) permits the Court to correct a "clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record." Fed. R. Civ. P. 60(a).

5. Rule 60(a) permits the Court to make a technical amendment to the order to revise Arrowpoint Capital Corp.'s name. Item number 32 on page 8 of Annex III to the Recommended Findings of Fact should be revised as follows:

> 32. Royal Indemnity Company, Arrowpoint Capital Corp., and Arrowood Indemnity Company, individually, and as corporate successor-in-interest to Royal Indemnity Company (conditional upon 8/19/09 Approval Order becoming a Final Order)

WHEREFORE, Arrowpoint Capital Corp. respectfully requests the technical amendment set forth herein.

Dated: February 14, 2011
Wilmington, Delaware

By:   /s/ Garvan F. McDaniel
Garvan F. McDaniel, Esq. (#4167)
BIFFERATO GENTILOTTI LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
Telephone: (302) 429-1900

-and-

Carl J. Pernicone, Esq.
WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER, LLP
150 East 42nd Street
New York, NY 10017-5639
Telephone: (212) 490-3000

-and-

Tancred Schiavoni, Esq.
Gary Svirsky, Esq.
O'MELVENY & MYERS LLP
7 Times Square
New York, New York
Telephone: (212) 326-2267

*Counsel to Arrowood Indemnity Company, f/k/a Royal Indemnity Company*