IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>**Related Docket Nos. 26155, _____** |

**ORDER AMENDING ITEM 32 ON PAGE 8 OF ANNEX III OF RECOMMENDED FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER REGARDING CONFIRMATION OF FIRST AMENDED JOINT PLAN OF REORGANIZATION AS MODIFIED THROUGH DECEMBER 23, 2010 [DOCKET NO. 26155]**

Upon the request (the "Request") of Arrowpoint Capital Corp. pursuant to Rule 60(a) of the Federal Rules of Civil Procedure (the "Rules"), made applicable hereto by Rule 9024 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for an order permitting a technical amendment correcting the spelling of its name from "Arrowood Capital Corp." to "Arrowpoint Capital Corp." on item number 32 on page 8 of Annex III to the Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Joint Plan of Reorganization as Modified through December 23, 2010 [Docket No. 26155] (the "Recommended Findings of Fact"), and adequate notice having been provided; and good and sufficient cause appearing therefor:

IT IS HEREBY ORDERED THAT:

1. Item number 32 on page 8 of Annex III to the Recommended Findings of Fact is hereby revised as follows:

    32. Royal Indemnity Company, Arrowpoint Capital Corp., and Arrowood Indemnity Company, individually, and as corporate successor-in-interest to Royal Indemnity Company (conditional upon 8/19/09 Approval Order becoming a Final Order)

2. The Court hereby retains jurisdiction to enforce this Order.

Dated: _____, 2011

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Court Judge