**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., <u>et al</u>., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Re: Docket Nos. 26154 & 26155** |

**NOTICE OF APPEAL AND OBJECTIONS**

PLEASE TAKE NOTICE that Garlock Sealing Technologies LLC ("<u>Garlock</u>"), appeals under 28 U.S.C. § 158(a) from the judgments, orders, or decrees titled *Memorandum Opinion Regarding Objections to Confirmation of First Amended Joint Plan of Reorganization and Recommended Supplemental Findings of Fact and Conclusions of Law* [D.I. 26154] ("Memorandum Opinion") and *Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Joint Plan of Reorganization as Modified Through December 23, 2010* [D.I. 26155] ("Recommended Findings and Conclusions") of the bankruptcy judge, The Honorable Judith K. Fitzgerald, in these jointly administered chapter 11 cases, as entered on the 31st day of January, 2011.

In addition, to the extent specific objection to the Memorandum Opinion and/or Recommended Findings and Conclusions (or a request for de novo review of the Memorandum Opinion and/or Recommended Findings and Conclusions) is required pursuant to 28 U.S.C. § 157(c)(1), 11 U.S.C. § 524(g), Rule 9033 of the Federal Rules of Bankruptcy Procedure, or otherwise, Garlock objects to the Memorandum Opinion and Recommended Findings and Conclusions and requests de novo review.

2991626/1

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Party** | **Counsel** |
|---|---|
| **Appellant**<br><br>Garlock Sealing Technologies LLC | Brett D. Fallon<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19801<br>(302) 888-6888<br><br>Garland Cassada<br>Richard C. Worf<br>ROBINSON, BRADSHAW & HINSON<br>101 North Tryon Street, Suite 1900<br>Charlotte, NC 28246<br>(704) 377-8135 |
| **Appellees**<br><br>W.R. Grace & Co., et al., Debtors and Debtors-in-Possession | Laura Davis Jones<br>James E. O'Neill<br>Kathleen P. Makowski<br>Timothy P. Cairns<br>PACHULSKI, STANG, ZIEHL & JONES LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>(302) 652-4100<br><br>John Donley<br>Adam Paul<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000<br><br>Deanna D. Boll<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800 |

|  |  |
|---|---|
|  | Janet S. Baer, P.C.<br>Roger J. Higgins<br>BAER HIGGINS FRUCHTMAN LLC<br>11 East Wacker Drive<br>Suite 2800<br>Chicago, IL 60601<br>(312) 836-4047 |
| **Official Committee of Unsecured Creditors** | William S. Katchen<br>DUANE MORRIS LLP<br>One Riverfront Plaza<br>Newark, NJ 07102<br>(973) 424-2000 |
|  | Lewis Kruger<br>Kenneth Pasquale<br>STROOCK & STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, NY 10038<br>(212) 806-5400 |
|  | Michael R. Lastowski<br>Richard W. Riley<br>DUANE MORRIS LLP<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801<br>(302) 657-4900 |
| **Official Committee of Equity Security Holders** | Teresa K.D. Currier<br>SAUL EWING LLP<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899<br>(302) 421-6800 |
|  | Philip Bentley<br>David E. Blabey, Jr.<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>(212) 715-9100 |
| **Official Committee of Asbestos Personal Injury Claimants** | Marla R. Eskin<br>Mark T. Hurford<br>CAMPBELL & LEVIN, LLC<br>800 N. King Street, Suite 300<br>Wilmington, DE 19801<br>(302) 426-1900 |

2991626/1

|  | Elihu Inselbuch<br>CAPLIN & DRYSDALE, CHARTERED<br>375 Park Avenue, 35th Floor<br>New York, NY 10152-3500<br>(212) 319-7125<br><br>Peter Van N. Lockwood<br>Nathan D. Finch<br>Jeffrey A. Liesemer<br>Kevin Maclay<br>CAPLIN & DRYSDALE, CHARTERED<br>One Thomas Circle, N.W., 12th Floor<br>Washington, DC 20005<br>(202) 862-5000 |
|---|---|
| **Official Committee of Asbestos Property Damage Claimants** | Michael B. Joseph<br>Theodore J. Tacconelli<br>Lisa L. Coggins<br>FERRY, JOSEPH & PEARCE, P.A.<br>824 Market Street, Suite 1000<br>P.O. Box 351<br>Wilmington, DE 19899<br>(302) 575-1555<br><br>Scott L. Baena<br>Jay M. Sakalo<br>BILZIN SUMBERG BAENA PRICE & AXELROD LLP<br>1450 Brickell Avenue, Suite 2300<br>Miami, FL 33131<br>(305) 374-7580 |
| **David T. Austern, Asbestos PI Future Claimants' Representative** | John C. Phillips, Jr.<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br><br>Roger Frankel<br>Richard H. Wyron<br>Debra L. Felder<br>ORRICK, HERRINGTON & SUTCLIFFEE LLP<br>1152 15th Street, NW<br>Washington, DC 20005<br>(202) 339-8400 |

2991626/1

| | |
|---|---|
| **Post-Petition DIP Lenders** | Neil B. Glassman<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899-5130<br>(302) 429-4224<br><br>J. Douglas Bacon<br>LATHAM & WATKINS LLP<br>233 South Wacker Drive, Suite 5800<br>Chicago, IL 60606<br>(312) 876-7638 |
| **Property Damage Future Claims' Representative** | Alan B. Rich<br>LAW OFFICE OF ALAN B. RICH<br>1201 Elm Street, Suite 4244<br>Dallas, TX 75270<br>(214) 744-5100 |
| **United States Trustee** | David M. Klauder<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801<br>(302) 573-6491 |
| **AXA Belgium, as successor to Royale Belge SA** | Michael A. Shiner<br>TUCKER ARENSBERG, P.C.<br>1500 One PPG Place<br>Pittsburgh, PA 15222-5401<br>(412) 594-5586<br><br>Eileen T. McCabe<br>MENDES & MOUNT, LLP<br>750 Seventh Avenue<br>New York, NY 10019<br>(212) 261-8254 |
| **Continental Casualty Company and Continental Insurance Company** | Elizabeth DeCristofaro<br>FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P.<br>Wall Street Plaza, 23rd Floor<br>New York, NY 10005-1875<br>(212) 269-4900 |

2991626/1

|  |  |
|---|---|
|  | Edward B. Rosenthal<br>ROSENTHAL, MONHAIT & GODDESS, P.A.<br>919 Market Street, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19899<br>(302) 656-4433<br><br>Jonathan W. Young<br>Jeff Chang<br>WILDMAN, HARROLD, ALLEN & DIXON LLP<br>225 West Wacker Drive<br>Chicago, IL 60606-1229<br>(312) 201-2662<br><br>Daniel M. Glosband<br>Brian H. Mukherjee<br>GOODWIN PROCTER LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109<br>(617) 570-1000<br><br>Michael S. Giannotto<br>Frederick C. Schafrick<br>GOODWIN PROCTER LLP<br>901 New York Avenue, N.W.<br>Washington, DC 20001<br>(202) 346-4000 |
| **Federal Insurance Company** | Barry M. Klayman<br>COZEN O'CONNOR<br>1201 N. Market Street<br>Suite 1400<br>Wilmington, DE 19801<br>(302) 295-2035<br><br>William P. Shelley<br>Jacob C. Cohn<br>Ilan Rosenberg<br>COZEN O'CONNOR<br>1900 Market Street<br>Philadelphia, PA19103<br>(215) 665-2000 |

2991626/1

| | |
|---|---|
| **Fireman's Fund Insurance Company** | John D. Demmy<br>STEVENS & LEE, P.C.<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801<br>(302) 425-3308<br><br>Mark D. Plevin<br>Leslie A. Davis<br>Tacie H. Yoon<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>(202) 624-2500<br><br>Leonard P. Goldberger<br>Marnie E. Simon<br>STEVENS & LEE, P.C.<br>1818 Market Street, 29th Floor<br>Philadelphia, PA 19103-1702<br>(215) 751-2864/2885 |
| **Hartford Accident and Indemnity Company** | Michael W. Yurkewicz<br>KLEHR HARRISON HARVEY & BRANZBURG LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>(302) 552-5519<br><br>Craig Goldblatt<br>Nancy L. Manzer<br>WILMER PICKERING HALE AND DORR LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br>(202) 663-6000<br><br>William J. Bowman<br>James P. Ruggeri<br>Edward B. Parks, II<br>HOGAN & HARTSON, L.L.P.<br>555 Thirteenth Street, N.W.<br>Washington, DC 20004<br>(202) 637-5600 |
| **First State Insurance Company** | Michael W. Yurkewicz<br>KLEHR HARRISON HARVEY & BRANZBURG LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>(302) 552-5519 |

2991626/1

|  | Craig Goldblatt<br>Nancy L. Manzer<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br>(202) 663-6000 |
|---|---|
|  | William J. Bowman<br>James P. Ruggeri<br>Edward B. Parks, II<br>HOGAN & HARTSON, L.L.P.<br>555 Thirteenth Street, N.W.<br>Washington, DC 20004<br>(202) 637-5600 |
| **Twin City Fire Insurance Company** | Michael W. Yurkewicz<br>KLEHR HARRISON HARVEY & BRANZBURG LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>(302) 552-5519 |
|  | Craig Goldblatt<br>Nancy L. Manzer<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br>(202) 663-6000 |
|  | William J. Bowman<br>James P. Ruggeri<br>Edward B. Parks, II<br>HOGAN & HARTSON, L.L.P.<br>555 Thirteenth Street, N.W.<br>Washington, DC 20004<br>(202) 637-5600 |
| **New England Reinsurance Corporation** | Michael W. Yurkewicz<br>KLEHR HARRISON HARVEY & BRANZBURG LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>(302) 552-5519 |
|  | Craig Goldblatt<br>Nancy L. Manzer<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br>(202) 663-6000 |

| | |
|---|---|
| | William J. Bowman<br>James P. Ruggeri<br>Edward B. Parks, II<br>HOGAN & HARTSON, L.L.P.<br>555 Thirteenth Street, N.W.<br>Washington, DC 20004<br>(202) 637-5600 |
| **Government Employees Insurance Company** | Warren T. Pratt<br>David P. Primack<br>DRINKER BIDDLE & REATH LLP<br>1100 N. Market Street<br>Wilmington, DE 19801-1254<br>(302) 467-4200<br><br>Michael F. Brown<br>Jeffrey M. Boerger<br>DRINKER BIDDLE & REATH LLP<br>One Logan Square, Suite 2000<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6996<br>(215) 988-2700 |
| **Republic Insurance Company, n/k/a Star Indemnity & Liability Company** | Warren T. Pratt<br>David P. Primack<br>DRINKER BIDDLE & REATH LLP<br>1100 N. Market Street<br>Wilmington, DE 19801-1254<br>(302) 467-4200<br><br>Michael F. Brown<br>Jeffrey M. Boerger<br>DRINKER BIDDLE & REATH LLP<br>One Logan Square, Suite 2000<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6996<br>(215) 988-2700 |
| **Maryland Casualty Company** | Jeffrey C. Wisler<br>Marc J. Phillips<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nemours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141 |

2991626/1

|  |  |
|---|---|
|  | Edward J. Longosz, II<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>1717 Pennsylvania Avenue, N.W.<br>Suite 1200<br>Washington, DC 20006<br>(202) 659-6600 |
|  | Richard A. Ifft<br>Karalee C. Morell<br>WILEY REIN LLP<br>1776 K Street, N.W.<br>Washington, DC 20006<br>(202) 719-7170 |
| **National Union Fire Insurance Co. of Pittsburgh, Pa.** | Ricardo Palacio<br>ASHBY & GEDDES, P.A.<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888 |
|  | Michael S. Davis<br>ZEICHNER ELLMAN & KRAUSE LLP<br>575 Lexington Avenue<br>New York, NY 10022<br>(212) 233-0400 |
| **OneBeacon America Insurance Company** | Warren T. Pratt<br>David P. Primack<br>DRINKER BIDDLE & REATH LLP<br>1100 N. Market Street<br>Wilmington, DE 19801-1254<br>(302) 467-4200 |
|  | Michael F. Brown<br>Jeffrey M. Boerger<br>DRINKER BIDDLE & REATH LLP<br>One Logan Square, Suite 2000<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6996<br>(215) 988-2700 |
| **Seaton Insurance Company** | Warren T. Pratt<br>David P. Primack<br>DRINKER BIDDLE & REATH LLP<br>1100 N. Market Street<br>Wilmington, DE 19801-1254<br>(302) 467-4200 |

2991626/1

|  |  |
|---|---|
|  | Michael F. Brown<br>Jeffrey M. Boerger<br>DRINKER BIDDLE & REATH LLP<br>One Logan Square, Suite 2000<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6996<br>(215) 988-2700 |
| **TIG Insurance Company** | Garvan F. McDaniel<br>BIFFERATO GENTILOTTI LLC<br>800 N. King Street, Plaza Level<br>Wilmington, DE 19801<br>(302) 429-8600 |
|  | George R. Calhoun, V<br>STEPTOE & JOHNSON, LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>(202) 261-0610 |
| **United States Fire Insurance Company** | Garvan F. McDaniel<br>BIFFERATO GENTILOTTI LLC<br>800 N. King Street, Plaza Level<br>Wilmington, DE 19801<br>(302) 429-8600 |
|  | George R. Calhoun, V<br>STEPTOE & JOHNSON, LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>(202) 261-0610 |
| **Travelers Casualty and Surety Company** | Robert J. Dehney<br>Ann C. Cordo<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street<br>Wilmington, DE 19899<br>(302) 658-9200 |
|  | Mary Beth Forshaw<br>Katharine A. McLendon<br>Elisa Alcabes<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017-3954<br>(212) 455-2000 |

2991626/1

| | |
|---|---|
| **Zurich Insurance Company** | Jeffrey C. Wisler<br>Marc J. Phillips<br>Kelly M. Conlan<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nemours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141<br><br>Richard A. Ifft<br>Karalee C. Morell<br>WILEY REIN LLP<br>1776 K Street, N.W.<br>Washington, DC 20006<br>(202) 719-7170 |
| **Zurich International (Bermuda) Ltd.** | Jeffrey C. Wisler<br>Marc J. Phillips<br>Kelly M. Conlan<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nemours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141<br><br>Richard A. Ifft<br>Karalee C. Morell<br>WILEY REIN LLP<br>1776 K Street, N.W.<br>Washington, DC 20006<br>(202) 719-7170 |
| **The Bank Lender Group** | Richard Cobb<br>James S. Green<br>LANDIS RATH & COBB LLP<br>919 Market Street, Suite 1800<br>Post Office Box 2087<br>Wilmington, DE 19899<br>(302) 467-4400<br><br>Stephen J. Shimshak<br>Andrew N. Rosenberg<br>Margaret A. Phillips<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>(212) 373-3000 |

2991626/1

| | |
|---|---|
| **Morgan Stanley Senior Funding, Inc.** | Stuart M. Brown<br>R. Craig Martin<br>EDWARDS ANGELL PALMER & DODGE LLP<br>919 North Market Street<br>15th Floor<br>Wilmington, DE 19801<br>(302) 777-7770<br><br>Jeff J. Friedman<br>Noah Heller<br>Merritt A. Pardini<br>KATTEN MUCHIN ROSENMAN LLP<br>575 Madison Avenue<br>New York, NY 10022<br>(212) 940-8800 |
| **Anderson Memorial Hospital** | Christopher D. Loizides<br>LOIZIDES, P.A.<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br>(302) 654-0248<br><br>Daniel A. Speights<br>C. Alan Runyan<br>SPEIGHTS & RUNYAN<br>200 Jackson Avenue, East<br>Post Office Box 685<br>Hampton, SC 29924<br>(803) 943-4444<br><br>John W. Kozyak<br>David L. Rosendorf<br>KOZYAK TROPIN & THROCKMORTON, P.A.<br>2525 Ponce de Leon, 9th Floor<br>Coral Gables, FL 33134<br>(305) 372-1800 |
| **City of Vancouver** | Christopher D. Loizides<br>LOIZIDES, P.A.<br>1225 King Street, Suite 800<br>Wilmington, Delaware  19801<br>(302) 654-0248 |

|  | Daniel A. Speights<br>C. Alan Runyan<br>SPEIGHTS & RUNYAN<br>200 Jackson Avenue, East<br>Post Office Box 685<br>Hampton, SC 29924<br>(803) 943-4444 |
|---|---|
| **School District 68 Nanaimo-Ladysmith** | Christopher D. Loizides<br>LOIZIDES, P.A.<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br>(302) 654-0248 |
|  | Daniel A. Speights<br>C. Alan Runyan<br>SPEIGHTS & RUNYAN<br>200 Jackson Avenue, East<br>Post Office Box 685<br>Hampton, SC 29924<br>(803) 943-4444 |
| **BNSF Railway Company** | James C. Carignan<br>John H. Schanne II<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 North Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>(302) 777-6500 |
|  | Edward C. Toole, Jr.<br>Linda J. Casey<br>Pepper Hamilton LLP<br>3000 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA 19103<br>(215) 981-4000 |
| **Aaron C. Edwards** | Kathleen M. Miller<br>SMITH, KATZENSTEIN & JENKINS LLP<br>800 Delaware Avenue, Suite 1000<br>P.O. Box 410<br>Wilmington, DE 19899<br>(302) 652-8400 |

2991626/1

|  |  |
|---|---|
|  | Sander L. Esserman<br>David J. Parsons<br>STUTZMAN, BROMBERG, ESSERMAN & PLIFKA<br>A PROFESSIONAL CORPORATION<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201<br>(214) 969-4900 |
| **James T. Beam** | Kathleen M. Miller<br>SMITH, KATZENSTEIN & JENKINS LLP<br>800 Delaware Avenue, Suite 1000<br>P.O. Box 410<br>Wilmington, DE 19899<br>(302) 652-8400 |
|  | Sander L. Esserman<br>David J. Parsons<br>STUTZMAN, BROMBERG, ESSERMAN & PLIFKA<br>A PROFESSIONAL CORPORATION<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201<br>(214) 969-4900 |
| **Edward E. Storey** | Kathleen M. Miller<br>SMITH, KATZENSTEIN & JENKINS LLP<br>800 Delaware Avenue, Suite 1000<br>P.O. Box 410<br>Wilmington, DE 19899<br>(302) 652-8400 |
|  | Sander L. Esserman<br>David J. Parsons<br>STUTZMAN, BROMBERG, ESSERMAN & PLIFKA<br>A PROFESSIONAL CORPORATION<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201<br>(214) 969-4900 |
| **John M. Thomas** | Kathleen M. Miller<br>SMITH, KATZENSTEIN & JENKINS LLP<br>800 Delaware Avenue, Suite 1000<br>P.O. Box 410<br>Wilmington, DE 19899<br>(302) 652-8400 |

2991626/1

|  |  |
|---|---|
|  | Sander L. Esserman<br>David J. Parsons<br>STUTZMAN, BROMBERG, ESSERMAN & PLIFKA<br>A PROFESSIONAL CORPORATION<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201<br>(214) 969-4900 |
| **Sheila Martin** | Kathleen M. Miller<br>SMITH, KATZENSTEIN & JENKINS LLP<br>800 Delaware Avenue, Suite 1000<br>P.O. Box 410<br>Wilmington, DE 19899<br>(302) 652-8400 |
|  | Sander L. Esserman<br>David J. Parsons<br>STUTZMAN, BROMBERG, ESSERMAN & PLIFKA<br>A PROFESSIONAL CORPORATION<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201<br>(214) 969-4900 |
| **Kaneb Pipe Line Operating Partnership, L.P.** | Kathleen M. Miller<br>SMITH, KATZENSTEIN & JENKINS LLP<br>800 Delaware Avenue, Suite 1000<br>P.O. Box 410<br>Wilmington, DE 19899<br>(302) 652-8400 |
|  | Steve A. Peirce<br>FULBRIGHT & JAWORSKI L.L.P.<br>300 Convent Street, Suite 2200<br>San Antonio, TX 78205-3792<br>(210) 224-5575 |
|  | Toby L. Gerber<br>FULBRIGHT & JAWORSKI L.L.P.<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX 75201<br>(214) 855-8000 |
| **Support Terminal Services, Inc.** | Kathleen M. Miller<br>SMITH, KATZENSTEIN & JENKINS LLP<br>800 Delaware Avenue, Suite 1000<br>P.O. Box 410<br>Wilmington, DE 19899<br>(302) 652-8400 |

2991626/1

|  |  |
|---|---|
|  | Steve A. Peirce<br>FULBRIGHT & JAWORSKI L.L.P.<br>300 Convent Street, Suite 2200<br>San Antonio, TX 78205-3792<br>(210) 224-5575<br><br>Toby L. Gerber<br>FULBRIGHT & JAWORSKI L.L.P.<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX 75201<br>(214) 855-8000 |
| **The Libby Claimants, as identified in the Amended and Restated Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [D.I. 22784], as it may be amended and restated from time to time** | Adam G. Landis<br>Kerri K. Mumford<br>LANDIS RATH & COBB LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>(302) 467-4400<br><br>Daniel C. Cohn<br>Christopher M. Candon<br>COHN WHITESELL & GOLDBERG LLP<br>101 Arch Street<br>Boston, MA 02110<br>(617) 951-2505 |
| **Longacre Master Fund, Ltd.** | David M. Fournier<br>James C. Carignan<br>PEPPER HAMILTON LLP<br>1313 North Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>(302) 777-6500<br><br>Robert S. Hertzberg<br>PEPPER HAMILTON LLP<br>100 Renaissance Center, Suite 3600<br>Detroit, MI 48243-1157<br>(313) 259-7110 |
| **Longacre Capital Partners (QP), L.P.** | David M. Fournier<br>James C. Carignan<br>PEPPER HAMILTON LLP<br>1313 North Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>(302) 777-6500 |

2991626/1

|  |  |
|---|---|
|  | Robert S. Hertzberg<br>PEPPER HAMILTON LLP<br>100 Renaissance Center, Suite 3600<br>Detroit, MI 48243-1157<br>(313) 259-7110 |
| **State of Montana** | Francis A. Monaco, Jr.<br>Kevin J. Mangan<br>Matthew P. Ward<br>WOMBLE CARLYLE SANDRIDGE & RICE, PLLC<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>(302) 252-4320 |
| Dated: February 14, 2011 | **MORRIS JAMES LLP**<br><br>***/s/ Brett D. Fallon #2480***<br>Brett D. Fallon (DE Bar No. 2480)<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: bfallon@morrisjames.com<br><br>-and-<br><br>Garland Cassada, Esquire<br>Richard C. Worf, Esquire<br>ROBINSON, BRADSHAW & HINSON<br>101 North Tryon Street, Suite 1900<br>Charlotte, NC 28246<br>Telephone: (704) 377-8135<br>E-mail: GCassada@rbh.com<br>          RWorf@rbh.com<br><br>Attorneys for Garlock Sealing Technologies LLC |

2991626/1