## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO. et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

### AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

| | |
|---|---|
| STATE OF DELAWARE | : |
| | : SS |
| NEW CASTLE COUNTY | : |

I, William Weller, certify that I am, and at all times during the service have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on February 14, 2011, I caused to be served:

### NOTICE OF APPEAL AND OBJECTIONS

Service was completed upon the parties on the list via hand delivery for local counsel, and first-class mail, postage prepaid, for all other listed counsel.

Date: February 14, 2011

William Weller

SWORN AND SUBSCRIBED before me this 14th day of February, 2011.

NOTARY
My commission expires: 12/22/12

JULIE L. ZEBLEY
MY COMMISSION
EXPIRES
DEC. 22, 2012
NOTARY PUBLIC
STATE OF DELAWARE

WR Grace & Co., et al.
Case No. 01-1139 (JKF)
Service List for Notice of Appeal

Laura Davis Jones
James E. O'Neill
Kathleen P. Makowski
Timothy P. Cairns
PACHULSKI, STANG, ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
[Counsel for the Debtors and Debtors-in-Possession]

John Donley
Adam Paul
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
[Counsel for the Debtors and Debtors-in-Possession]

Deanna D. Boll
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
[Counsel for the Debtors and Debtors-in-Possession]

Janet S. Baer, P.C.
Roger J. Higgins
BAER HIGGINS FRUCHTMAN LLC
11 East Wacker Drive
Suite 2800
Chicago, IL 60601
[Counsel for the Debtors and Debtors-in-Possession]

William S. Katchen
DUANE MORRIS LLP
One Riverfront Plaza
Newark, NJ 07102
[Counsel to the Official Committee of Unsecured
Creditors]

Lewis Kruger
Kenneth Pasquale
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038
[Counsel to the Official Committee of Unsecured
Creditors]

Michael R. Lastowski
Richard W. Riley
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
[Counsel to the Official Committee of Unsecured
Creditors]

Teresa K.D. Currier
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
[Counsel to the Official Committee of Equity Security
Holders]

Philip Bentley
David E. Blabey, Jr.
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
[Counsel to the Official Committee of Equity Security
Holders]

Marla R. Eskin
Mark T. Hurford
CAMPBELL & LEVIN, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
[Counsel to the Official Committee of Asbestos Personal
Injury Claimants]

Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY 10152-3500
[Counsel to the Official Committee of Asbestos Personal
Injury Claimants]

Peter Van N. Lockwood
Nathan D. Finch
Jeffrey A. Liesemer
Kevin Maclay
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W., 12th Floor
Washington, DC 20005
[Counsel to the Official Committee of Asbestos Personal
Injury Claimants]

Michael B. Joseph
Theodore J. Tacconelli
Lisa L. Coggins
FERRY, JOSEPH & PEARCE, P.A.
824 Market Street, Suite 1000
P.O. Box 351
Wilmington, DE 19899
[Counsel to the Official Committee of Asbestos Property
Damage Claimants]

Scott L. Baena
Jay M. Sakalo
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131
[Counsel to the Official Committee of Asbestos Property
Damage Claimants]

John C. Phillips, Jr.
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
[Counsel to David T. Austern, as Asbestos PI Future
Claimants' Representative]

Roger Frankel
Richard H. Wyron
Debra L. Felder
ORRICK, HERRINGTON & SUTCLIFFEE LLP
1152 15th Street, NW
Washington, DC 20005
[Counsel to David T. Austern, as Asbestos PI Future
Claimants' Representative]

Neil B. Glassman
BAYARD, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
[Counsel to Post-Petition DIP Lenders]

J. Douglas Bacon
LATHAM & WATKINS LLP
233 South Wacker Drive, Suite 5800
Chicago, IL 60606
[Counsel to Post-Petition DIP Lenders]

Alan B. Rich
LAW OFFICE OF ALAN B. RICH
1201 Elm Street, Suite 4244
Dallas, TX 75270
[Counsel to Post-Petition DIP Lenders]

David M. Klauder
J. Caleb Boggs Federal Building
Office of the United States Trustee
844 N. King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
[United States Trustee]

Michael A. Shiner
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, PA 15222-5401
[Counsel to AXA Belgium, as Successor to Royale Belge SA]

Eileen T. McCabe
MENDES & MOUNT, LLP
750 Seventh Avenue
New York, NY 10019
[Counsel to AXA Belgium, as Successor to Royale Belge SA]

Elizabeth DeCristofaro
FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P.
Wall Street Plaza, 23rd Floor
New York, NY 10005-1875
[Counsel to Continental Casualty Company and Continental Insurance Company]

Edward B. Rosenthal
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899
[Counsel to Continental Casualty Company and Continental Insurance Company]

Jonathan W. Young
Jeff Chang
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Chicago, IL 60606-1229
[Counsel to Continental Casualty Company and Continental Insurance Company]

Daniel M. Glosband
Brian H. Mukherjee
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
[Counsel to Continental Casualty Company and Continental Insurance Company]

Michael S. Giannotto
Frederick C. Schafrick
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC 20001
[Counsel to Continental Casualty Company and Continental Insurance Company]

Barry M. Klayman
COZEN O'CONNOR
1201 N. Market Street
Suite 1400
Wilmington, DE 19801
[Counsel to Federal Insurance Company]

William P. Shelley
Jacob C. Cohn
Ilan Rosenberg
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA19103
[Counsel to Federal Insurance Company]

John D. Demmy
STEVENS & LEE, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
[Counsel to Fireman's Fund Insurance Company]

Mark D. Plevin
Leslie A. Davis
Tacie H. Yoon
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
[Counsel to Fireman's Fund Insurance Company]

Leonard P. Goldberger
Marnie E. Simon
STEVENS & LEE, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103-1702
[Counsel to Fireman's Fund Insurance Company]

Michael W. Yurkewicz
KLEHR HARRISON HARVEY & BRANZBURG LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
[Counsel to Hartford Accident and Indemnity Company,
First State Insurance Company, Twin City Fire Insurance
Company, and New England Reinsurance Corporation]

Craig Goldblatt
Nancy L. Manzer
WILMER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
[Counsel to Hartford Accident and Indemnity Company,
First State Insurance Company, Twin City Fire Insurance
Company, and New England Reinsurance Corporation]

William J. Bowman
James P. Ruggeri
Edward B. Parks, II
HOGAN & HARTSON, L.L.P.
555 Thirteenth Street, N.W.
Washington, DC 20004
[Counsel to Hartford Accident and Indemnity Company,
First State Insurance Company, Twin City Fire Insurance
Company, and New England Reinsurance Corporation]

Warren T. Pratt
David P. Primack
DRINKER BIDDLE & REATH LLP
1100 N. Market Street
Wilmington, DE 19801-1254
[Counsel to Government Employees Insurance Company,
Republic Insurance Company, n/k/a Star Indemnity &
Liability Company, One Beacon America Insurance
Company, and Seaton Insurance Company]

Michael F. Brown; Jeffrey M. Boerger
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
18th & Cherry Streets
Philadelphia, PA 19103-6996
[Counsel to Government Employees Insurance Co.,
Republic Insurance Co., n/k/a Star Indemnity & Liability
Co., One Beacon America Insurance Co, and Seaton
Insurance Co.]

Jeffrey C. Wisler
Marc J. Phillips
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
[Counsel to Maryland Casualty Company, Zurich
Insurance Co., Zurich International (Bermuda) Ltd.]

Edward J. Longosz, II
ECKERT SEAMANS CHERIN & MELLOTT, LLC
1717 Pennsylvania Avenue, N.W.
Suite 1200
Washington, DC 20006
[Counsel to Maryland Casualty Company]

Richard A. Ifft
Karalee C. Morell
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC 20006
[Counsel to Maryland Casualty Company, Zurich
Insurance Co., Zurich International (Bermuda) Ltd.]

Ricardo Palacio
ASHBY & GEDDES, P.A.
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
[Counsel to National Union Fire Insurance Co. of
Pittsburgh, PA]

Michael S. Davis
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, NY 10022
[Counsel to National Union Fire Insurance Co. of
Pittsburgh, PA]

Garvan F. McDaniel
BIFFERATO GENTILOTTI LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
[Counsel to TIG Insurance Company, United States Fire
Insurance Company]

George R. Calhoun, V
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036
[Counsel to TIG Insurance Company, United States Fire
Insurance Company]

Robert J. Dehney
Ann C. Cordo
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19899
[Counsel to Travelers Casualty and Surety Company]

Mary Beth Forshaw
Katharine A. McLendon
Elisa Alcabes
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017-3954
[Counsel to Travelers Casualty and Surety Company]

Richard Cobb
James S. Green
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Post Office Box 2087
Wilmington, DE 19899
[Counsel to The Bank Lender Group]

Stephen J. Shimshak
Andrew N. Rosenberg
Margaret A. Phillips
PAUL, WEISS, RIFKIND, WHARTON & GARRISON
LLP
1285 Avenue of the Americas
New York, NY 10019-6064
[Counsel to The Bank Lender Group]

Stuart M. Brown
R. Craig Martin
EDWARDS ANGELL PALMER & DODGE LLP
919 North Market Street
15th Floor
Wilmington, DE 19801
[Counsel to Morgan Stanley Senior Funding, Inc.]

Jeff J. Friedman
Noah Heller
Merritt A. Pardini
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022
[Counsel to Morgan Stanley Senior Funding, Inc.]

Christopher D. Loizides
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
[Counsel to Anderson Memorial Hospital, City of
Vancouver, and School District 68 Nanaimo-Ladysmith]

Daniel A. Speights
C. Alan Runyan
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC 29924
[Counsel to Anderson Memorial Hospital, City of
Vancouver, and School District 68 Nanaimo-Ladysmith]

John W. Kozyak
David L. Rosendorf
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134
[Counsel to Anderson Memorial Hospital]

James C. Carignan
John H. Schanne II
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
[Counsel to BNSF Railway Company]

Edward C. Toole, Jr.
Linda J. Casey
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
[Counsel to BNSF Railway Company]

Kathleen M. Miller
SMITH, KATZENSTEIN & JENKINS LLP
800 Delaware Avenue, Suite 1000
P.O. Box 410
Wilmington, DE 19899
[Counsel to Aaron C. Edwards, James T. Beam, Edward
E. Storey, John M. Thomas, Sheila Martin, Kaneb Pipe
Line Operating Partnership, L.P., and Support Terminal
Services, Inc.]

Sander L. Esserman
David J. Parsons
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, TX 75201
[Counsel to Aaron C. Edwards, James T. Beam, Edward E. Storey,
John M. Thomas, Sheila Martin, Kaneb Pipe Line Operating
Partnership, L.P., and Support Terminal Services, Inc.]

Steve A. Peirce
FULBRIGHT & JAWORSKI L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792
[Counsel to Kaneb Pipe Line Operating Partnership, L.P.,
and Support Terminal Services, Inc.]

Toby L. Gerber
FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
[Counsel to Kaneb Pipe Line Operating Partnership, L.P.,
and Support Terminal Services, Inc.]

Adam G. Landis
Kerri K. Mumford
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
[Counsel to the Libby Claimants]

Daniel C. Cohn
Christopher M. Candon
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
[Counsel to the Libby Claimants]

David M. Fournier
James C. Carignan
PEPPER HAMILTON LLP
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
[Counsel to Longacre Master Fund, Ltd., Longacre
Capital Partners (QP), L.P.]

Robert S. Hertzberg
PEPPER HAMILTON LLP
100 Renaissance Center, Suite 3600
Detroit, MI 48243-1157
[Counsel to Longacre Master Fund, Ltd., Longacre
Capital Partners (QP), L.P.]

Francis A. Monaco, Jr.
Kevin J. Mangan
Matthew P. Ward
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
[Counsel to the State of Montana]