**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Related Docket Nos. 26154 and 26155** |
| | ) | |

**NOTICE OF APPEAL FROM (I) MEMORANDUM OPINION REGARDING OBJECTIONS TO CONFIRMATION OF FIRST AMENDED JOINT PLAN OF REORGANIZATION AND RECOMMENDED SUPPLEMENTAL FINDINGS OF FACT AND CONCLUSIONS OF LAW, AND (II) RECOMMENDED FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER REGARDING PLAN OF CONFIRMATION OF FIRST AMENDED JOINT PLAN OF REORGANIZATION AS MODIFIED THROUGH DECEMBER 23, 2010, BOTH DATED JANUARY 31, 2011**

The Official Committee of Unsecured Creditors of W.R. Grace & Co., et al. (the

"Creditors' Committee"), by its undersigned counsel, appeals to the United States District Court

for the District of Delaware from the Memorandum Opinion Regarding Objections to

Confirmation of First Amended Joint Plan of Reorganization and Recommended Supplemental

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., B&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Findings of Fact and Conclusions of Law (Fitzgerald, B.J., sitting by designation) dated January 31, 2011 [D.I. 26154] (the "Memorandum Opinion," a copy of which is attached as Exhibit A) and the Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Joint Plan of Reorganization As Modified Through December 23, 2010 (Fitzgerald, B.J., sitting by designation) dated January 31, 2011 [D.I. 26155] (the "Recommended Findings," a copy of which is attached as Exhibit B).

The parties to the Memorandum Opinion and the Recommended Findings appealed from and the names and addresses of their respective attorneys of record are:

| Party | Counsel |
|---|---|
| W.R. Grace & Co., *et al* (Debtors) | KIRKLAND & ELLIS LLP<br>John Donley<br>Adam Paul<br>300 North LaSalle<br>Chicago, IL 60654<br>312-862-2000<br><br>Deanna D. Boll<br>601 Lexington Avenue<br>New York, New York 10022<br>(212) 446-4800<br><br>-and-<br><br>BAER HIGGINS FRUCHTMAN LLC<br>Janet S. Baer<br>111 East Wacker Drive, Suite 2800<br>Chicago, IL 60601-4277<br>312-836-4022<br><br>-and-<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br>Laura Davis Jones<br>James E. O'Neill<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705<br>(302) 652-4100 |

| | |
|---|---|
| Certain Bank Lenders | LANDIS RATH & COBB LLP<br>Richard S. Cobb<br>James S. Green, Jr.<br>919 Market Street, Suite 600<br>Wilmington, DE 19801<br>(302) 467-4400<br><br>-and-<br><br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>Stephen J. Shimshak<br>Andrew N. Rosenberg<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>(212) 372-3000 |
| Official Committee of Equity Holders | SAUL EWING LLP<br>Teresa K.D. Currier<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE 19899<br>(302) 421-6800<br><br>-and-<br><br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>Philip Bentley<br>Douglas Mannal<br>1177 Avenue of the Americas<br>New York, NY 10036<br>(212) 715-9100 |

NY 73193830v1

| | |
|---|---|
| Official Committee of Asbestos Personal Injury Claimants | CAMPBELL & LEVINE, LLC<br>Mark T. Hurford<br>800 N. King Street, Suite 300<br>Wilmington, DE 19801<br>302-426-1900<br><br>-and-<br><br>CAPLIN & DRYSDALE, CHARTERED<br>Elihu Inselbuch<br>375 Park Avenue, 35th Floor<br>New York, NY 10152-3500<br>212-319-7125<br><br>Peter Van N. Lockwood<br>Jeffrey A. Liesemer<br>One Thomas Circle, N.W.<br>Washington, DC 20005<br>202-862-5000 |
| David T. Austern, Asbestos PI Future Claimants' Representative | PHILLIPS, GOLDMAN & SPENCE, P.A.<br>John C. Phillips<br>1200 North Broom Street<br>Wilmington, DE 19806<br>302-655-4200<br><br>-and-<br><br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>Roger Frankel<br>Richard H. Wyron<br>1152 15th Street, NW<br>Washington, DC 20005<br>202-339-8400 |

NY 73193830v1

4

Dated: February 14, 2011           Respectfully submitted:

STROOCK & STROOCK & LAVAN LLP
Lewis Kruger
Kenneth Pasquale
(Members of the Firm)
180 Maiden Lane
New York, New York  10038-4982
Tel: (212) 806-5400
Fax: (212) 806-6006

-and-

DUANE MORRIS LLP

*/s/ Michael R. Lastowski*
Michael R. Lastowski (DE I.D. 3892)
Richard W. Riley (DE I.D. 4052)
William S. Katchen
222 Delaware Avenue, Suite 1600
Wilmington, Delaware 19801-1659
Tel: (302) 657-4942
Fax: (302) 657-4901

Counsel for the Official Committee of Unsecured Creditors