IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| W.R. GRACE & CO., et al., | ) ) ) | Case No. 01-01139 (JKF) |
|  | ) | (Jointly Administered) |
| Debtors. | ) ) |  |

**CERTIFICATE OF SERVICE**

I, Michael R. Lastowski, certify that I am not less than 18 years of age, and that on February 14, 2011, a copy of the *Notice of Appeal From (I) Memorandum Opinion Regarding Objections to Confirmation of First Amended Joint Plan of Reorganization and Recommend Supplemental Findings of Fact and Conclusions of Law, and (II) Recommended Findings of Fact, Conclusions of Law and Order Regarding Plan of Confirmation of First Amended Joint Plan of Reorganization as Modified Through December 23, 2010, Both Dated January 31, 2011* was served on the individuals identified on the attached Exhibit A in the manner indicated therein.

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: February 14, 2011  
       Wilmington, Delaware

*/s/ Michael R. Lastowski*  
Michael R. Lastowski (DE ID 3892)  
Duane Morris LLP  
222 Delaware Avenue, Suite 1600  
Wilmington, DE  19801  
(302) 657-4900

DM3\1698787.1

**EXHIBIT A**

**BY HAND DELIVERY**

Laura Davis Jones
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, Delaware 19801

James S. Green Jr, Esquire
Rick Cobb, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801

Teresa K.D. Currier, Esquire
Saul Ewing, LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801

Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 North King Street
Suite 300
Wilmington, DE 19899

David Klauder, Esquire
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801

**BY FIRST CLASS MAIL**

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

John Donley, Esquire
Adam Paul, Esquire
Kirkland & Ellis LLP
300 N. LaSalle Street
Chicago, Illinois 60654

Deanna D. Boll, Esquire
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Janet S. Baer, Esquire
Baer Higgins Fruchtman LLC
11 East Wacker Drive, Suite 2800
Chicago, IL 60601

Stephen J. Shimshak, Esquire
Andrew N. Rosenberg, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Peter Van N. Lockwood, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C. 20005

Philip Bentley, Esquire
Douglas Mannal, Esquire
Kramer, Levin, Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706

DM3\1698787.1