IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| W. R. GRACE & CO., et al., | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Ref. Nos.: 26154, 26155** |
| | ) | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that certain lenders under the Prepetition Bank Credit

Facilities[1] (the "Bank Lender Group"),[2] by their undersigned counsel, hereby appeal from the

following opinion and order of the United States Bankruptcy Court for the District of Delaware

(the "Bankruptcy Court") entered in the above-captioned cases on the 31st day of January, 2011:

Docket Number     Title

26154     Memorandum Opinion Regarding Objections to Confirmation of First Amended Joint Plan of Reorganization and Recommended Supplemental Findings of Fact and Conclusions of Law (the "Memorandum Opinion")

---

[1]  The Prepetition Bank Credit Facilities include (i) that certain Credit Agreement, dated May 14, 1998, among the W.R. Grace & Co. (the "Company"), W.R. Grace & Co.-Conn, The Chase Manhattan Bank, as Administrative Agent, Chase Securities Inc., as arranger, and certain Banks party thereto (the "1998 Credit Agreement"), and (ii) that certain 364-Day Credit Agreement, dated May 5, 1999, among the Company, W.R. Grace & Co.-Conn, Bank of America National Trust Savings Assoc., as documentation agent, The Chase Manhattan Bank, as administrative agent, Chase Securities Inc., as book manager, and certain Banks party thereto (as amended, the "1999 Credit Agreement", together with the 1998 Credit Agreement, the "Credit Agreements"). The Administrative Agent under the Credit Agreements submitted proofs of claim nos. 9159 and 9168 dated March 27, 2003 for amounts owed on account of the Credit Agreements.

[2]  The Bank Lender Group includes (i) Anchorage Advisors, LLC; (ii) Archer Capital Management, L.P.; (iii) Babson Capital Management LLC; (iv) Bank of America, N.A.; (v) Bass Companies; (vi) Caspian Capital Advisors, LLC; (vii) Catalyst Investment Management Co., LLC; (viii) Farallon Capital Management LLC; (ix) Halcyon Asset Management LLC; (x) Intermarket Corp.; (xi) JP Morgan Chase, N.A. Credit Trading Group; (xii) Loeb Partners Corporation; (xiii) MSD Capital, L.P.; (xiv) Normandy Hill Capital, L.P.; (xv) Onex Debt Opportunity Fund Ltd.; (xvi) P. Schoenfeld Asset Management, LLC; (xvii) Restoration Capital Management, LLC; and (xviii) Royal Bank of Scotland, PLC; (xix) Visium Asset Management, L.P.; and (xx) York Capital Management Global Advisors LLC.

26155                Recommended Findings of Fact, Conclusions of Law and Order
                    Regarding Confirmation of First Amended Joint Plan of Reorganization as
                    Modified Through December 23, 2010 (the "Recommended Findings and
                    Conclusions")

            Copies of each of the Memorandum Opinion and Recommended Findings and

Conclusions are attached hereto respectively as Exhibits A and B.

            The names of all parties to the opinion and order being appealed and the names,

addresses, and telephone numbers of their respective attorneys are as follows:

**Attorneys for Appellants:**

**1.  The Bank Lender Group**
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000 (tel)
(212) 757-3990 (fax)
Attn:   Stephen J. Shimshak
        Andrew N. Rosenberg

Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Post Office Box 2087
Wilmington, Delaware 19899
(302) 467-4400 (tel)
(302) 467-4450 (fax)
Attn:   Richard Cobb
        James S. Green, Jr.

**Attorneys for Appellees:**

**2.  W.R. Grace, *et al.*, Debtors**
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois  60654
(312) 862-2000 (tel)
(312) 862-2200 (fax)
Attn:   John Donley
        Adam Paul

Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York  10022
(212) 446-4800 (tel)
(212) 446-4900 (fax)
Attn:   Deanna D. Boll

Baer Higgins Fruchtman LLC
111 East Wacker Drive, Suite 2800
Chicago, Illinois  60601-4277
(312) 836-4022 (tel)
(312) 577-0737 (fax)
Attn:   Janet S. Baer

Pachulski, Stang, Ziehl & Jones LLP
919 North Market Street, 17th floor
Post Office Box 8705
Wilmington, Delaware  19899-8705
(302) 652-4100 (tel)
(302) 652-4400 (fax)
Attn:   Kathleen P. Makowski
        James E. O'Neill
        Timothy P. Cairns

W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland  21044
(410) 531-4000 (tel)
(410) 531-4367 (fax)
Attn:   Richard C. Finke

## 3. Official Committee of Equity Holders

Kramer, Levin, Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York  10036
(212) 715-9100 (tel)
(212) 715-8000  (fax)
Attn:   Philip Bentley
        Douglas H. Mannal
        Greg Horowitz
        David E. Blabey, Jr.

Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware  19899
(302) 421-6800 (tel)
(302) 421-6913 (fax)
Attn:   Teresa K.D. Currier

## 4. Official Committee of Asbestos Personal Injury Claimants

Campbell & Levine, LLC
800 N. King Street, #300
Wilmington, Delaware  19801
(302) 426-1900 (tel)
(302) 426-9947 (fax)
Attn:   Marla Eskin
        Mark Hurford

Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, New York  10152-3500
(212) 319-7125 (tel)
(212) 644-6755 (fax)
Attn:   Elihu Inselbuch
        Rita Tobin

Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C.  20005
(202) 862-5000 (tel)
(202) 429-3301 (fax)
Attn:   Peter Van N. Lockwood
        Jeffrey A. Liesemer
        Kevin Maclay

**5. Asbestos PI Future Claimants' Representative (David Austern)**

Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
(202) 339-8400 (tel)
(202) 339-8500 (fax)
Attn:   Roger Frankel
        Richard H. Wyron
        Jonathan P. Guy
        Debra L. Felder

Phillips, Goldman & Spence, P.A.,
1200 North Broom Street
Wilmington, Delaware 19806
(302) 655-4299 (tel)
(302) 655-4210 (fax)
Attn:   John C. Phillips, Jr.

**Other Parties:**

**1. Attorneys for the Official Committee of Unsecured Creditors**

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038-4982
(212) 806-5400 (tel)
(212) 806-6006 (fax)
Attn:   Lewis Kruger
        Kenneth Pasquale
        Arlene G. Krieger

Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
(302) 657-4942 (tel)
(302) 657-4901 (fax)
Attn:   Michael R. Lastowski
        Richard W. Riley

Duane Morris LLP
744 Broad Street, Suite 1200
Newark, New Jersey 07102-3889
(973) 424-2000 (tel)
(973) 424-2001 (fax)
Attn:   William S. Katchen

**2. United States Trustee**
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, Delaware 19801
(302) 573-6491 (tel)
(302) 573-6497 (fax)
Attn: David Klauder


Dated: Wilmington, Delaware
   February 14, 2011

LANDIS RATH & COBB LLP

_____
Richard S. Cobb (No. 3157)
James S. Green, Jr. (No. 4406)
919 Market Street, Suite 1800
Post Office Box 2087
Wilmington, Delaware 19899
(302) 467-4400 (tel)
(302) 467-4450 (fax)

-and-

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Stephen J. Shimshak
Andrew N. Rosenberg
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000 (tel)
(212) 757-3990 (fax)

*Attorneys for The Bank Lender Group*