IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 01-1139 (JKF) |
| W.R. Grace & Co., *et al.* | : | Chapter 11 |
| Debtors | : | Jointly Administered |

## ORDER

**AND NOW**, this 14th day of February, 2011, it is hereby **ORDERED** that the **STATUS CONFERENCE** scheduled for Wednesday, February 16, 2011 at 10:00 a.m. is **RESCHEDULED** for Wednesday, February 23, 2011 at 10:00 a.m. in Courtroom 14A of the United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S. J.