# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**                                                     **Case No.:**01−01139−JKF
W.R. Grace & Co., et al.

                                                              **Chapter:**11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that Garlock Sealing Technologies LLC ("Garlock") , The Official Committee of Unsecured Creditors of W.R. Grace & Co., et al. and the Prepetition Bank Credit Facilities all have filed a Notice of Appeal on 2/14/2011 regarding the Memorandum Opinion Regarding Objections to the First Amended Joint Plan of Reorganization and Recommended Supplemental Findings of Fact and Conclusions of Law

The Notice of Appeal may be viewed at docket number 26257 , 26259 , 26270 The order on appeal may be viewed at docket number 26154, 26155.

                                        David D. Bird
                                        CLERK OF COURT

Date: 2/15/11
(VAN−440)