# Notice Recipients

District/Off: 0311−1     User: Sherry     Date Created: 2/15/2011
Case: 01−01139−JKF     Form ID: van440     Total: 12

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| cr | G−I Holdings Inc., Successor−In−Interest to GAF Corporation | 919 N. Market Street | Wilmington, DE 19899 |
| 2395804 | G.C.I Incorporated   Jeanie   PO BOX 83657   Baton Rouge, LA 70884 | | |
| | Brett D. Fallon   Morris James LLP   500 Delaware Avenue, Suite 1500   P.O. Box 2306   Wilmington, DE 19801 | | |
| | Garlan Cassada   Robinson, Bradshaw &Hinson   101 North Tryon Street, Suite 1900   Charlotte, NC 28246 | | |
| | James E. O'Neill   Pachulski, Stang, Ziehl &Jones LLP   919 North Market Street   17th Floor   P.O. Box 8705   Wilmington, DE 19899 | | |
| | William S. Katchen   Duane Morris   One Riverfront Plaza   Newark, NJ 07102 | | |
| | Adam G. Landis   Landis Rath &Cobb LLP   919 Market Street, Suite 1800   Wilmington, DE 19801 | | |
| | David M. Fournier   Pepper Hamilton LLP   1313 North Market Street   P.O. Box 1709   Wilmington, DE 19899 | | |
| | Francis A. Monaco, Jr.   Womble Carlyle Sandridge &Rice, PLLC   222 Delaware Avenue, Suite 1501   Wilmington, DE 19801 | | |
| | Kathleen M. Miller   Smith, Katzenstein &Jenkins LLP   800 Delaware Avenue, Suite 1000   P.O. Box 410   Wilmington, DE 19899 | | |
| | Michael R. Lastowski   Duane Morris LLP   222 Delaware Avenue, Suite 1600   Wilmington, DE 19801 | | |
| | Janet S. Baer   Baer Higgins Fruchtman LLC   11 East Wacker Drive, Suite 2800   Chicago, IL 60601 | | |

TOTAL: 12