# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE      )
                                           ) SS
NEW CASTLE COUNTY  )

      Linda M. Rogers, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for the Bank Lender Group in the above-referenced cases, and on the 14th day of February, 2011, she caused a copy of the following:

**NOTICE OF APPEAL**
**[DKT. NO. 26270]**

to be served upon the parties on the attached service in the manner indicated.

_____
Linda M. Rogers

SWORN TO AND SUBSCRIBED before me this 15th day of February, 2011.

_____
Notary Public

{672.001-W0013028.}

W.R. Grace & Co., et al.
Case No. 01-01139 (JKF)
Appeal

Service List

*Via first class mail*
(Counsel to Debtors)
Deanna D. Boll, Esquire
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

*Via hand-delivery*
(Counsel to Debtors)
Kathleen P. Makowski, Esquire
James E. O'Neill, Esquire
Timothy P. Cairns, Esquire
Pachulski, Stang, Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

*Via first class mail*
(Counsel to Debtors)
John Donley, Esquire
Adam Paul, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

*Via first class mail*
(Counsel to Debtors)
Janet S. Baer, Esquire
Baer Higgins Fruchtman LLC
111 East Wacker Drive, Suite 2800
Chicago, IL 60601-4277

*Via first class mail*
(Counsel to Equity Committee)
Philip Bentley, Esquire
Douglas H. Mannal, Esquire
Greg Horowitz, Esquire
David E. Blabey, Jr., Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*Via hand delivery*
(Counsel to Equity Committee)
Teresa K.D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

*Via hand-delivery*
David Klauder, Esquire
Office of the United States Trustee
844 N. King Street, Suite 2207
Wilmington, DE 19801

*Via first class mail*
(Counsel to Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Arlene G. Krieger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

*Via first class mail*
(Counsel to Asbestos PI Future Claimants' Representative)
John C. Phillips, Jr, Esquire.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806

*Via hand-delivery*
(Counsel to the Official Committee of Asbestos Personal Injury Claimants)
Marla Rosoff Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE  19801

*Via first class mail*
(Counsel to Official Committee of Asbestos Personal Injury Claimants)
Elihu Inselbuch, Esquire
Rita Tobin
Caplin & Drysdale, Chartered
375 Park Avenue
New York, NY  10152-3500

*Via hand delivery*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Richard W. Riley, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

*Via first class mail*
(Counsel to Official Committee of Asbestos Personal Injury Claimants)
Peter Van N. Lockwood, Esquire
Jeffrey A. Liesemer, Esquire
Kevin Maclay, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, DC  20005

*Via first class mail*
(Counsel to Asbestos PI Future Claimants' Representative)
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Jonathan P. Guy, Esquire
Deborah Felder, Esquire
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C.  20005-1706

*Via hand delivery*
(Counsel to Official Committee of Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ  07102-3889