IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO. et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

### AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE    :
                                  : SS
NEW CASTLE COUNTY  :

I, William Weller, certify that I am, and at all times during the service have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on February 15, 2011, I caused to be served:

### NOTICE OF APPEAL AND OBJECTIONS
[Docket No. 26257]

Service was completed upon the party on the attached list via hand delivery.

Date: February 15, 2011

_____
William Weller

SWORN AND SUBSCRIBED before me this 15th day of February, 2011.

_____
NOTARY
My commission expires: 12/22/12

**VIA HAND DELIVERY**[1]
The Honorable Judith K. Fitzgerald
United States Bankruptcy Court
824 North Market Street, 3rd Floor
Wilmington, DE 19801
Attn: Sherry Johnson Stiles

---

[1] A copy of the *Notice of Appeal and Objections* [D.I. 26257] has been delivered to Chambers pursuant to Del. Bankr. L.R. 8001-1(b).