Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Quarter Ended December 31, 2010

**Summary of PwC's Fees By Individual:**
**Thirty Ninth Interim Quarterly Reporting Period**
**October 1 - December 31, 2010**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| George Baccash | Audit Partner | 30 | Integrated Audit | $ 632.13 | 20.0 | $ 12,642.60 |
| Robert Eydt | Audit Partner | 30 | Integrated Audit | $ 1,019.81 | 2.0 | $ 2,039.62 |
| Edward Abahonnie | Tax Partner | 20+ | Integrated Audit | $ 831.85 | 5.0 | $ 4,159.25 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 720.09 | 100.0 | $ 72,009.00 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | $ 955.04 | 10.0 | $ 9,550.40 |
| John Newstead | Audit Partner | 10+ | Integrated Audit | $ 666.75 | 11.5 | $ 7,667.63 |
| Brett Cohen | Audit Partner | 20+ | Integrated Audit | $ 1,019.81 | 2.2 | $ 2,243.58 |
| Cody Smith | Audit Partner | 20+ | Integrated Audit | $ 1,019.81 | 1.0 | $ 1,019.81 |
| Gail Hadley | Audit Partner | 20+ | Integrated Audit | $ 1,019.81 | 2.0 | $ 2,039.62 |
| Jody Underhill | Tax Director | 9 | Integrated Audit | $ 395.20 | 61.9 | $ 24,462.88 |
| David Sands | Audit Director | 9 | Integrated Audit | $ 422.91 | 11.4 | $ 4,821.17 |
| Camilla Harris | Audit Director | 9 | Integrated Audit | $ 817.88 | 2.0 | $ 1,635.76 |
| Jerry Puzey | Tax Director | 9 | Integrated Audit | $ 395.20 | 26.0 | $ 10,275.20 |
| Steven Halterman | Audit Director | 9 | Integrated Audit | $ 817.88 | 2.0 | $ 1,635.76 |
| Yosef Barbut | Audit Director | 9 | Integrated Audit | $ 817.88 | 8.0 | $ 6,543.04 |
| Justin Bray | Audit Senior Manager | 8 | Integrated Audit | $ 422.91 | 242.9 | $ 102,724.84 |
| Daniel McGill | Audit Senior Manager | 8 | Integrated Audit | $ 739.14 | 2.0 | $ 1,478.28 |
| Alison Garleb | Audit Manager | 8 | Integrated Audit | $ 320.04 | 68.6 | $ 21,954.74 |
| Keith Palmer | Audit Manager | 6 | Integrated Audit | $ 477.52 | 3.3 | $ 1,575.82 |
| Brett Czajkowski | Audit Manager | 6 | Integrated Audit | $ 306.07 | 52.1 | $ 15,946.25 |
| Brian Wiegmann | Audit Manager | 6 | Integrated Audit | $ 496.57 | 2.3 | $ 1,142.11 |
| Todd Chesla | Tax Manager | 6 | Integrated Audit | $ 301.60 | 47.0 | $ 14,175.20 |
| Jacqueline Bravo | Tax Manager | 4 | Integrated Audit | $ 301.60 | 4.0 | $ 1,206.40 |
| Jason Morrissey | Audit Manager | 6 | Integrated Audit | $ 320.04 | 38.0 | $ 12,161.52 |

| Name | Title | | Rate | | Hours | | Amount |
|---|---|---|---|---|---|---|---|
| Pavel Katsiak | Audit Senior Associate | 4 | Integrated Audit | $ | 233.68 | 377.8 | $ 88,284.30 |
| Alexandra L. Schmidt | Audit Senior Associate | 3 | Integrated Audit | $ | 215.90 | 330.9 | $ 71,441.31 |
| Cameron E Deiter | Audit Senior Associate | 3 | Integrated Audit | $ | 318.77 | 2.5 | $ 796.93 |
| Phillip Crosby | Audit Senior Associate | 3 | Integrated Audit | $ | 227.33 | 113.5 | $ 25,801.96 |
| Elizabeth Sama | Tax Senior Associate | 3 | Integrated Audit | $ | 228.80 | 65.0 | $ 14,872.00 |
| Madeleine Lederer | Audit Experienced Associate | 3 | Integrated Audit | $ | 161.29 | 182.7 | $ 29,467.68 |
| Ryan Boyle | Audit Experienced Associate | 3 | Integrated Audit | $ | 180.34 | 41.6 | $ 7,502.14 |
| Kathleen Bradley | Audit Experienced Associate | 1 | Integrated Audit | $ | 161.29 | 227.0 | $ 36,614.44 |
| Kristina N. Johnson | Audit Experienced Associate | 1 | Integrated Audit | $ | 161.29 | 167.3 | $ 26,983.82 |
| Shawn McNeilley | Audit Experienced Associate | 1 | Integrated Audit | $ | 161.29 | 216.5 | $ 34,919.29 |
| Meihua Gao | Audit Experienced Associate | 1 | Integrated Audit | $ | 233.68 | 18.0 | $ 4,206.24 |
| Veronica Flores | Tax Associate | 1 | Integrated Audit | $ | 156.00 | 31.9 | $ 4,976.40 |
| Jamie Kunkel | Audit Associate | 1 | Integrated Audit | $ | 127.00 | 247.0 | $ 31,369.00 |
| Delitza Marie Morales | Audit Associate | 1 | Integrated Audit | $ | 118.11 | 8.0 | $ 944.88 |
| Adrienne Dikranian | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 7.6 | $ 1,029.19 |
| Adrienne Roper | Project Specialist | 1 | Integrated Audit | $ | 171.45 | 20.8 | $ 3,566.18 |
| Ailin Iglesias | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 2.5 | $ 338.55 |
| Anthony J. Zanella | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 0.1 | $ 13.54 |
| Cecilia Sheridan | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 2.5 | $ 338.55 |
| Denis Robin | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 1.1 | $ 148.96 |
| Gustavo Finkelstein | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 8.2 | $ 1,106.38 |
| Joseph Aiken | Project Specialist | 1 | Integrated Audit | $ | 171.45 | 6.4 | $ 1,097.28 |
| Luciana Herrera | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 18.5 | $ 2,505.27 |
| Luz Barcia | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 0.4 | $ 54.17 |
| Michael S. Buckland | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 2.5 | $ 338.55 |
| Sebastian Calderone | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 11.9 | $ 1,611.49 |
| Stephan T. Gradek | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 0.5 | $ 67.71 |
| Stephanie Kichik | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 2.0 | $ 270.84 |
| Yamila Pereyra | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 3.5 | $ 473.97 |
| Stefanie Kwasiborski | Project Specialist | 1 | Integrated Audit | $ | 342.90 | 2.3 | $ 788.67 |
| Maria E. Lejman | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 2.5 | $ 338.55 |
| Magy Fuentes Ramirez | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 4.9 | $ 666.27 |
| Maria Rattaro | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 3.5 | $ 473.97 |
| Juan Munoz | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 4.5 | $ 609.39 |
| Marcos Rasmussen | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 5.5 | $ 738.04 |
| Paula A. Bianchi | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 12.3 | $ 1,669.73 |

| | | | | | |
|---|---|---|---|---|---|
| Ramiro Alvavez Rodriquez | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 4.0 | $ | 541.68 |
| Maria D. Blanes | Project Specialist | 1 | Integrated Audit | $ | 135.42 | 3.5 | $ | 473.98 |
| Totals | | | | | | 2,886.3 | $ | 732,551.79 |

Summary of PwC's Fees By Project:
Thirty Ninth Interim Quarterly Reporting Period
October 1 - December 31, 2010

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 118.8 | $16,837.15 |
| 13-Financing | | |

| | | | |
|---|---|---|---|
| 14-Hearings | | | |
| 15-Litigation and Litigation Consulting | | | |
| 16-Plan and Disclosure Statement | | | |
| 17-Relief from Stay Proceedings | | | |
| 18-Tax Issues | | | |
| 19-Tax Litigation | | | |
| 20-Travel- Non-working | | | |
| 21-Valuation | | | |
| 22-ZAI Science Trial | | | |
| 23-ZAI Science Trial-Expenses | | | |
| 24-Other | | | |
| 25-Accounting/Auditing | 2886.3 | | $732,551.79 |
| 26-Business Analysis | | | |
| 27-Corporate Finance | | | |
| 28-Data Analysis | | | |
| TOTAL: | 3005.1 | | $749,388.94 |

PricewaterhouseCoopers LLP
Summary of Expenses
Thirty Ninth Interim Quarterly Reporting Period
October 1 - December 31, 2010

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | Integrated Audit | $17,400.24 |
| Lodging | Integrated Audit | $4,006.79 |
| Sundry | Integrated Audit | $350.19 |
| Business Meals | Integrated Audit | $2,193.84 |
| TOTAL: | | $23,951.06 |