# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I, James C. Carignan, do hereby certify that on February 15, 2011, I served the foregoing BNSF Railway Company's Designation Of Record And Statement Of Issues On Appeal by causing copies thereof to be served via hand delivery and facsimile upon the entities on the service list attached hereto as **Exhibit A**.  I further certify that on February 15, 2011, I served the Designation by causing copies thereof to be served via first class mail, postage prepaid and facsimile upon the entities on the service list attached hereto as **Exhibit B.**

Dated:  February 15, 2011
        Wilmington, Delaware

PEPPER HAMILTON LLP

/s/ James C. Carignan
James C. Carignan (No. 4230)
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(Courier No. 19801)
Telephone: (302) 777-6500
Facsimile:  (302) 421-8390

Of Counsel:

Edward C. Toole, Jr.
Linda J. Casey
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000
Fax: (215) 981-4750

Counsel for BNSF Railway Company

Counsel for BNSF Railway Company

#13861227 v1

-2-

# EXHIBIT A

| | |
|---|---|
| Debtors<br>c/o Laura Davis Jones, Esq.<br>James E. O'Neill, Esq.<br>Kathleen P. Makowski, Esq.<br>Timothy P. Cairns, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 16th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>(Courier 19801)<br>Fax: 302-652-4400 | David Klauder, Esq.<br>Office of the United States Trustee<br>844 King Street<br>Suite 2311<br>Wilmington, DE 19801<br>Fax: 302-573-6497 |
| Libby Claimants<br>c/o Adam G. Landis, Esq.<br>Kerri K. Mumford, Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>Fax: 302-467-4450 | The CNA Companies<br>c/o Edward B. Rosenthal, Esq.<br>Rosenthal, Monhait & Goddess, P.A.<br>P.O. Box 1070<br>Wilmington, Delaware 19899<br>Fax: 302-658-7567 |
| David T. Austern, Asbestos PI Future Claimants' Representative<br>c/o John C. Phillips, Jr., Esq.<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>Fax: 302-655-4210 | Official Committee<br>of Asbestos Personal Injury Claimants<br>c/o Mark T. Hurford, Esq.<br>Campbell & Levine, LLC<br>800 N. King Street, Suite 300<br>Wilmington, DE 19801<br>Fax: 302-426-9947 |
| Official Committee of Asbestos Property Damage Claimants<br>c/o Michael B. Joseph, Esq.<br>Ferry & Joseph, P.A.<br>824 Market Street, Suite 904<br>P.O. Box 1351<br>Wilmington, DE 19899<br>Fax: 302-575-1714 | Asbestos PD Future Claimants' Representative<br>c/o Karl Hill, Esq.<br>Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue, Suite 1500<br>P.O. Box 68<br>Wilmington, DE 19899<br>Fax: 302-888-0606 |

#13861227 v1

# EXHIBIT B

Debtors
c/o Lisa G. Esayian, Esq.
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654
Fax: 312-862-2200

Libby Claimants
c/o Daniel C. Cohn, Esq.
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110
Fax: 617-482-3868

The CNA Companies
c/o Jonathan W. Young, Esq.
Jeff Chang, Esq.
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, Illinois 60606-1229
Fax: 312-416-4524

The CNA Companies
c/o Michael S. Giannotto, Esq.
Frederick C. Schafrick, Esq.
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Fax: 202-346-4444

Official Committee
of Asbestos Personal Injury Claimants
c/o Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Fax: 212-644-6755

Debtors
c/o Janet S. Baer, Esq.
The Law Offices of Janet S. Baer, P.C.
70 West Madison Street, Suite 2100
Chicago, IL 60602
Fax: 312-641-2165

The CNA Companies
c/o Elizabeth DeCristofaro, Esq.
Ford Marrin Esposito Witmeyer & Gleser, LLP
Wall Street Plaza, 23rd Floor
New York, New York 10005-1875
Fax: 212-344-4294

The CNA Companies
c/o Daniel M. Glosband, Esq.
Goodwin Procter LLP
Exchange Place
Boston, Massachusetts 02109
Fax: 617-523-1231

David T. Austern, Asbestos PI Future
Claimants' Representative
c/o Richard H. Wyron, Esq.
Roger Frankel, Esq.
Debra L. Felder, Esq.
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005
Fax: 202-339-8500

Official Committee
of Asbestos Personal Injury Claimants
c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C. 20005
Fax: 202-429-3301

#13861227 v1

| | |
|---|---|
| Official Committee of Asbestos Property Damage Claimants<br>c/o Scott L. Baena, Esq.<br>Bilzin, Sumberg, Baena, Price & Axelrod<br>1450 Brickell Avenue, Suite 2300<br>Miami, FL 33131<br>Fax: 305-374-7593 | Asbestos PD Future Claimants' Representative<br>c/o Alan B. Rich, Esq.<br>Law Office of Alan B. Rich, Esq.<br>1201 Elm Street, Suite 4244<br>Dallas, TX 75270<br>Fax: 214-749-0325 |