UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| W.R. GRACE & Co., et al., | ) Case No. 01-1139 (JFK) |
| Debtors. | ) Related to Docket Nos. 26263, 26264, 26265, 26266, 26267, 26268, 26269, 26276, 26277, 26278, 26279 & 26280 |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS:
COUNTY OF NEW CASTLE )

Carolyn B. Fox, being duly sworn according to law, deposes and says that she is employed by the law firm of Edwards Angell Palmer & Dodge LLP and that on the 15th day of February, 2011, she caused copies of the following documents to be served upon the below listed party in the manner indicated:

1. Notice of Substantial Shareholder – Precautionary Notice of Status as a Substantial Equityholder (Docket No. 26263)

2. Notice of Substantial Shareholder – Precautionary Notice of Status as a Substantial Equityholder (Docket No. 26264)

3. Notice of Substantial Shareholder – Precautionary Notice of Status as a Substantial Equityholder (Docket No. 26265)

4. Notice of Substantial Shareholder – Precautionary Notice of Status as a Substantial Equityholder (Docket No. 26266)

5. Notice of Substantial Shareholder – Precautionary Notice of Status as a Substantial Equityholder (Docket No. 26267)

6. Notice of Substantial Shareholder – Precautionary Notice of Status as a Substantial Equityholder (Docket No. 26268)

WLM 525098.1

7. Notice of Substantial Shareholder – Precautionary Notice of Status as a Substantial Equityholder (Docket No. 26269)

8. Notice of Intent to Purchase, Aquire or Otherwise Accumulate Equity Securities (Docket No. 26276)

9. Notice of Intent to Purchase, Aquire or Otherwise Accumulate Equity Securities (Docket No. 26277)

10. Notice of Intent to Purchase, Aquire or Otherwise Accumulate Equity Securities (Docket No. 26278)

11. Notice of Intent to Purchase, Aquire or Otherwise Accumulate Equity Securities (Docket No. 26279)

12. Notice of Intent to Purchase, Aquire or Otherwise Accumulate Equity Securities (Docket No. 26280)

_____
Carolyn B. Fox, Senior Paralegal

Sworn to and subscribed before
me this 15th day of February, 2011

_____
Notary Public
My Commission Expires: _____

CHERYL S. GORDON
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires March 8, 2012

**VIA FIRST CLASS MAIL**
Janet S. Baer, Esq.
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601

- 2 -

WLM 525098.1