## EXHIBIT A

**Case Administration (6.20 Hours; $ 4,292.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 2.90 | $860 | 2,494.00 |
| Rita C. Tobin | 3.30 | $545 | 1,798.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/1/2010 | RCT | 545.00 | 0.20 | Review local counsel records re EI update (0.2) |
| 10/4/2010 | PVL | 860.00 | 0.20 | Review 9 miscellaneous filings (.1); teleconference Hurford (.1). |
| 10/5/2010 | PVL | 860.00 | 0.10 | Review 5 miscellaneous filings. |
| 10/6/2010 | PVL | 860.00 | 0.10 | Review agenda. |
| 10/8/2010 | RCT | 545.00 | 0.20 | Review local counsel records re EI update (0.2) |
| 10/11/2010 | RCT | 545.00 | 0.30 | Review emails re proposed interim (0.3) |
| 10/13/2010 | RCT | 545.00 | 1.30 | Review exhibits (1.3) |
| 10/15/2010 | RCT | 545.00 | 0.20 | Review local counsel records re EI update (0.2) |
| 10/18/2010 | PVL | 860.00 | 0.20 | Attend hearing. |
| 10/19/2010 | PVL | 860.00 | 0.10 | Review 9 miscellaneous filings. |
| 10/27/2010 | PVL | 860.00 | 0.20 | Review 20 miscellaneous filings. |
| 11/1/2010 | PVL | 860.00 | 0.50 | Review docs for filing. |
| 11/1/2010 | RCT | 545.00 | 0.20 | Review local counsel records and docket re EI update (0.2) |
| 11/2/2010 | PVL | 860.00 | 0.10 | Review 6 miscellaneous filings. |
| 11/8/2010 | PVL | 860.00 | 0.10 | Review 6 misc filings. |
| 11/8/2010 | RCT | 545.00 | 0.20 | Review local counsel records and docket re EI update (0.2) |
| 11/15/2010 | PVL | 860.00 | 0.10 | Review 4 misc filings. |

| | | | | |
|---|---|---|---|---|
| 11/16/2010 | RCT | 545.00 | 0.20 | Review local counsel records and docket weekly update (0.2) |
| 11/22/2010 | PVL | 860.00 | 0.10 | Review 4 misc filings. |
| 11/23/2010 | PVL | 860.00 | 0.20 | Review 5 misc filings (.1); review e-mail and reply (.1). |
| 12/3/2010 | PVL | 860.00 | 0.10 | Review 5 misc filings. |
| 12/6/2010 | PVL | 860.00 | 0.30 | Review 12 misc filings (.2); review 10/10 MOR and RE sales notice (.1). |
| 12/7/2010 | PVL | 860.00 | 0.10 | Review 4 misc filings. |
| 12/10/2010 | PVL | 860.00 | 0.10 | Review 5 misc filings. |
| 12/12/2010 | PVL | 860.00 | 0.10 | Review amended agenda. |
| 12/13/2010 | PVL | 860.00 | 0.10 | Review 5 misc filings. |
| 12/17/2010 | RCT | 545.00 | 0.20 | Review local counsel records and dockets re weekly updates (0.2) |
| 12/17/2010 | RCT | 545.00 | 0.30 | Review exhibits (0.3) |
| 12/21/2010 | PVL | 860.00 | 0.10 | Review 4 miscellaneous filings. |

**Total Task Code .04    6.20**


**Claim Analysis Objection & Resolution (Non-Asbestos) (.10 Hours; $ 86.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $860 | 86.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/10/2010 | PVL | 860.00 | 0.10 | Review Mass tax settlement motion. |

**Total Task Code .06    .10**

**Committee, Creditors', Noteholders' or Equity Holders' (.40 Hours; $ 371.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .30 | $950 | 285.00 |
| Peter Van N. Lockwood | .10 | $860 | 86.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/2/2010 | EI | 950.00 | 0.30 | Memo to Committee re: Associated International settlement proposal and follow-up memos to R. Jacobs (.3). |
| 12/22/2010 | PVL | 860.00 | 0.10 | Review e-mail and reply. |

**Total Task Code .07    .40**


**Fee Applications, Applicant (20.50 Hours; $ 8,995.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 14.00 | $545 | 7,630.00 |
| Eugenia Benetos | 6.50 | $210 | 1,365.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/1/2010 | RCT | 545.00 | 1.90 | Address fee issues (1.9) |
| 10/4/2010 | RCT | 545.00 | 0.10 | Review and edit EB/KCM memo re billing procedures (0.1) |
| 10/8/2010 | RCT | 545.00 | 1.20 | Review prebills (1.2) |
| 10/11/2010 | RCT | 545.00 | 0.20 | Query to EB re fee/expense issue (0.2) |
| 10/12/2010 | RCT | 545.00 | 0.70 | Additional clarifications re prebill for September (0.7) |
| 10/18/2010 | RCT | 545.00 | 0.80 | Review billing codes re fee apps & emails EB re same (0.8) |
| 10/22/2010 | RCT | 545.00 | 1.20 | Review monthly fee app (1.2) |
| 10/25/2010 | RCT | 545.00 | 0.20 | Review fee schedules for November (0.2) |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 10/25/2010 | EB | 210.00 | 1.70 | Work on monthly fee application (1.1); and update fee application schedule exhibit re: check breakdown for EI and JR (.6). |
| 11/1/2010 | RCT | 545.00 | 0.20 | Review fee apps scheduled for November (0.2) |
| 11/2/2010 | RCT | 545.00 | 0.40 | Review fee-related emails and conf. EB re same (0.4) |
| 11/3/2010 | RCT | 545.00 | 0.60 | Address fee issues (0.6) |
| 11/4/2010 | RCT | 545.00 | 0.50 | Address fee and expense issues re monthly fee app filing (0.5) |
| 11/10/2010 | RCT | 545.00 | 0.30 | Review pre-bills (0.3) |
| 11/12/2010 | RCT | 545.00 | 1.30 | Review interim fee app (1.3) |
| 11/12/2010 | RCT | 545.00 | 0.30 | Review exhibits (0.3) |
| 11/15/2010 | EB | 210.00 | 1.10 | Work on interim fee application. |
| 11/16/2010 | EB | 210.00 | 0.20 | Prepare email to local counsel re: documents for filing. |
| 11/18/2010 | EB | 210.00 | 1.10 | Work on monthly fee application. |
| 11/18/2010 | RCT | 545.00 | 1.00 | Review monthly fee app (1.0) |
| 11/29/2010 | RCT | 545.00 | 0.70 | Address payment issues (0.7) |
| 11/29/2010 | EB | 210.00 | 0.60 | Perform review of fee application schedule (.2); create memo re: check breakdown for EI and JR (.4) |
| 12/3/2010 | RCT | 545.00 | 0.10 | Emails to EB re fee order (0.1) |
| 12/8/2010 | EB | 210.00 | 0.60 | Update fee application and create memo to EI, JR, and myself re: check breakdown. |
| 12/14/2010 | RCT | 545.00 | 1.00 | Address fee issues (1.0) |
| 12/16/2010 | RCT | 545.00 | 0.30 | Review prebills (0.3) |
| 12/22/2010 | RCT | 545.00 | 1.00 | Review monthly fee app (1.0) |
| 12/22/2010 | EB | 210.00 | 1.20 | Work on monthly fee application. |

**Total Task Code .12       20.50**

**Fee Applications, Others (1.10 Hours; $ 561.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Jeffrey A. Liesemer | 1.10 | $510 | 561.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/30/10 | JAL | 510.00 | 0.60 | Review of materials relating to reimbursement of discovery costs. |
| 12/30/10 | JAL | 510.00 | 0.50 | Drafted and revised email to A. Joynt re reimbursement of discovery costs. |

**Total Task Code .13    1.10**

**Plan & Disclosure Statement (35.70 Hours; $ 29,539.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .40 | $950 | 380.00 |
| Peter Van N. Lockwood | 31.00 | $860 | 26,660.00 |
| Ann C. McMillan | 3.60 | $595 | 2,142.00 |
| Jeffrey A. Liesemer | .70 | $510 | 357.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/1/2010 | ACM | 595.00 | 0.30 | Exchange e-mails with C. Skubic re Libby claimants. |
| 10/5/2010 | JAL | 510.00 | 0.20 | Reviewed memo from EI re: proposed insurance settlement. |
| 10/5/2010 | PVL | 860.00 | 0.20 | Review Horkovich email and reply. |
| 10/5/2010 | ACM | 595.00 | 0.60 | Review Chubb and Associated International insurance settlement agreements and exchange e-mails with B. Horkovich re same. |
| 10/5/2010 | EI | 950.00 | 0.20 | Chubb settlement matter (.2). |
| 10/7/2010 | ACM | 595.00 | 0.20 | Exchange e-mails with M. Peterson re data for valuation of insurance proceeds. |
| 10/7/2010 | PVL | 860.00 | 0.20 | Teleconference Freedman. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 10/8/2010 | PVL | 860.00 | 0.20 | Review draft CNA approval motion. |
| 10/12/2010 | PVL | 860.00 | 0.60 | Teleconference Freedman (.3); review revised draft CNA argument (.3). |
| 10/14/2010 | PVL | 860.00 | 0.20 | Review Hartford approval order (.1); review Esayian revisions to draft CNA order (.1). |
| 10/19/2010 | PVL | 860.00 | 0.50 | Review revised CNA agreement and order (.4); review Horkovich letters to insurers (.1). |
| 10/20/2010 | PVL | 860.00 | 0.20 | Review revised draft CNA agreement and email Mehaley re same. |
| 10/20/2010 | ACM | 595.00 | 0.40 | Exchange e-mails with B. Horkovich re Medicare language for Associated Settlement Agreement. |
| 10/27/2010 | PVL | 860.00 | 0.10 | Review Horkovich letter to AMM. |
| 10/28/2010 | PVL | 860.00 | 0.40 | Review Horkovich letter to Newsom (.1); review revised draft CNA agreement (.3). |
| 10/30/2010 | PVL | 860.00 | 0.30 | Review revised CNA agmt. |
| 11/1/2010 | ACM | 595.00 | 0.60 | Review Associated Settlement Agreement and send e-mail to B. Horkovitch re same. |
| 11/2/2010 | PVL | 860.00 | 1.20 | Review revised draft CNA approval motion (.4); review revised draft CNA agmt (.4); review revised draft CNA approval order (.2); review email and reply (.2). |
| 11/3/2010 | PVL | 860.00 | 0.10 | Review revised draft approval order and email. |
| 11/4/2010 | PVL | 860.00 | 0.90 | Review revised drafts of CNA agmt and approval order (.6); teleconference EI (.3). |
| 11/4/2010 | EI | 950.00 | 0.10 | Status inquiry re: insurance (.1). |
| 11/5/2010 | EI | 950.00 | 0.10 | Memo re: insurance settlement (.1). |
| 11/5/2010 | PVL | 860.00 | 0.50 | Review revised drafts of CNA agmt and approval order and Esayian email. |
| 11/8/2010 | PVL | 860.00 | 1.00 | Review email (.1); review revised draft CNA agmt and email Giannotto (.3); teleconference Horkovich (.6). |
| 11/8/2010 | ACM | 595.00 | 0.10 | Teleconference B. Horkovich re insurance issue. |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 11/9/2010 | PVL | 860.00 | 0.80 | Review email and reply (.2); review revised CNA approval motion (.4); review revised CNA agmt and order (.2). |
| 11/10/2010 | PVL | 860.00 | 1.20 | Review email and reply (.1); teleconference Wyron, Mehaley and Horkovich (1.1). |
| 11/11/2010 | PVL | 860.00 | 0.40 | Review email and reply (.1); teleconference Horkovich (.3). |
| 11/12/2010 | PVL | 860.00 | 0.40 | Review draft memo to ACC and teleconference LK re same (.2); review email and reply (.2). |
| 11/12/2010 | JAL | 510.00 | 0.20 | Review and analysis of memo from PVNL re: proposed settlement w/CNA. |
| 11/14/2010 | ACM | 595.00 | 0.20 | Send e-mails to PVNL re insurance proceeds valuation. |
| 11/15/2010 | PVL | 860.00 | 0.20 | Review e-mail and reply (.1); review revised CNA motion and order (.1). |
| 11/16/2010 | PVL | 860.00 | 0.10 | Review e-mail. |
| 11/17/2010 | PVL | 860.00 | 0.20 | Review e-mail (.1); review Horkovich memo (.1). |
| 11/18/2010 | PVL | 860.00 | 0.20 | Review e-mail and reply (.1); teleconference Cooney (.1). |
| 11/19/2010 | PVL | 860.00 | 2.20 | Teleconference Donley, Paul, Baer, Freedman, Frankel and Wyron (1.0); confer Frankel and Wyron (.7); e-mail Cooney (.1); research (.1); e-mail Wyron (.1); teleconference Cooney (.2). |
| 11/19/2010 | ACM | 595.00 | 0.10 | Exchange e-mails with D. Ball re TDP. |
| 11/29/2010 | PVL | 860.00 | 0.40 | Review Horkovich and Chung e-mail and reply (.2); teleconference Horkovich (.1); review draft response re Integrity (.1). |
| 11/30/2010 | PVL | 860.00 | 0.60 | Review draft POR revisions and Donley e-mail and reply (.4); review draft revised POR and exhibits (.2). |
| 12/1/2010 | PVL | 860.00 | 0.10 | Review e-mail and reply. |
| 12/6/2010 | PVL | 860.00 | 0.10 | Review e-mail and revised POR Exh. 21. |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 12/7/2010 | PVL | 860.00 | 0.90 | Review Judge Fitzgerald order and e-mail co-counsel re same (.2); review Libby Cls RFPs to Grace and CNA (.2); review e-mail and reply (.2); teleconference Donley, Paul and Freedman (.3). |
| 12/8/2010 | PVL | 860.00 | 0.10 | Teleconference Hurford. |
| 12/9/2010 | PVL | 860.00 | 0.30 | Review e-mail and reply (.1); review notice of POR revs (.1); teleconference Klein (.1). |
| 12/10/2010 | PVL | 860.00 | 0.70 | Teleconference Donley, Baer, Paul, Boll and Frankel (.6); prep for 12/13 hearing (.1). |
| 12/13/2010 | PVL | 860.00 | 1.80 | Attend hearing (1.6); confer Freedman (.2). |
| 12/14/2010 | PVL | 860.00 | 0.30 | Confer Finch. |
| 12/16/2010 | PVL | 860.00 | 0.10 | Review notice of 6th POR mod. |
| 12/16/2010 | JAL | 510.00 | 0.20 | Review and analysis of sixth modification to proposed plan. |
| 12/17/2010 | PVL | 860.00 | 1.30 | Teleconference Wisler (.7); teleconference Wyron (.6). |
| 12/20/2010 | PVL | 860.00 | 1.10 | Teleconference Cooney (.3); teleconference Wisler (.3); teleconference Judge Fitzgerald et al (.4); review e-mail and reply (.1). |
| 12/21/2010 | PVL | 860.00 | 1.60 | Teleconference Wyron, Mehaley, Esayian, Glosband, DeChristoforo et al (1.1); review draft BNSF obj. to CNA agmt (.3); review draft 7th POR mod and e-mail Boll and Donley re same (.2). |
| 12/22/2010 | JAL | 510.00 | 0.10 | Review of memo from M. Hurford re confirmation issues. |
| 12/23/2010 | PVL | 860.00 | 0.60 | Review 7th POR mod (.1); review BNSF obj to CNA agmt (.5). |
| 12/24/2010 | PVL | 860.00 | 0.90 | Review Libby Cls obj to CNA settlement. |
| 12/27/2010 | PVL | 860.00 | 2.10 | Review e-mail and reply (.1); teleconference Donley (.2); review Libby Cls obj to CNA agmt (.3); teleconference Donley, Esayian, Freedman, Paul and Wyron (1.5). |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/28/2010 | PVL | 860.00 | 1.90 | Teleconference Giannotto, Glosband, DeChristoforo, Donley, Esayian and Wyron (1.6); review Esayian e-mail and reply (.3). |
| 12/29/2010 | PVL | 860.00 | 0.30 | Review Baer letter to Hogan and e-mail Baer re same. |
| 12/29/2010 | ACM | 595.00 | 1.10 | Review M. Peterson materials re insurance valuation. |
| 12/30/2010 | PVL | 860.00 | 2.40 | Review e-mail (.1); review drafts of CNA reply to Libby and BNSF briefs and e-mail comments (1.8); review draft of Grace reply to BNSF and Libby briefs and e-mail comments (.5). |
| 12/31/2010 | PVL | 860.00 | 1.10 | Teleconference Donley, Esayian, Giannotto, Glosband, DeChristoforo, Wyron, Mehaley and Horkovich. |

**Total Task Code .17        35.70**

**Travel – Non-Working  (2.50 Hours; $ 1,075.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 2.50 | $430 | 1,075.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/13/10 | PVL | 430.00 | 2.50 | Travel to/from Wilmington (half). |

**Total Task Code .21        2.50**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | $47.31 |
| Research Material | $2.40 |
| Air & Train Transportation | $20.00 |
| Meals Related to Travel | $13.75 |
| Travel Expenses - Ground Transportation | $18.00 |
| Xeroxing | $62.10 |
| Long Distance-Equitrac In-House | $4.60 |
| **Total** | **$168.16** |