**EXHIBIT B**

**Case Administration (6.20 Hours; $ 4,292.50)**

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04           6.20**

**Claim Analysis Objection & Resolution (Asbestos) (.10 Hours; $ 86.00)**

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05            .10**

**Committee, Creditors', Noteholders' or Equity Holders' (.40 Hours; $ 371.00)**

Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07            .40**

**Fee Applications, Applicant (20.50 Hours; $ 8,995.00)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12           20.50**

**Fee Applications, Others (1.10 Hours; $ 561.00)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13           1.10**

**Plan & Disclosure Statement (35.70 Hours; $ 29,539.00)**

- 2 -

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17          35.70**

**Travel Non-Working (2.50 Hours; $ 1,075.00)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21          2.50**