**EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | $47.31 |
| Research Material | $2.40 |
| Air & Train Transportation | $20.00 |
| Meals Related to Travel | $13.75 |
| Travel Expenses - Ground Transportation | $18.00 |
| Xeroxing | $62.10 |
| Long Distance-Equitrac In-House | $4.60 |
| **Total** | **$168.16** |