```
Client Number: 4642          Grace Asbestos Personal Injury Claimants                                Page:            1
Matter         000                                                                                                11/18/2010
                             Disbursements

Attn:
                                                    PREBILL / CONTROL REPORT                         Print Date/Time: 11/18/2010   3:27:15PM

                                                                                                     Invoice #

Bill Cycle:  Monthly           Style:  i1      Start:  4/16/2001   Last Billed :  10/25/2010

Disbursements                  $4,759.14                 Committed to Invoices:    $0.00      Remaining:   $4,759.14

Client Retainers Available                                                                                          13,655

                                        Total Expenses Billed To Date   $3,884,144.28         Billing Empl:      0120  Elihu Inselbuch
                                                                                              Responsible Empl:  0120  Elihu Inselbuch
                                                                                              Alternate Empl:    0120  Elihu Inselbuch
                                                                                              Originating Empl:  0120  Elihu Inselbuch
```

## Summary by Employee

```
                                         ---------- A C T U A L ----------     ---------- B I L L I N G ----------
Empl   Initials   Name                        Hours           Amount                Hours              Amount
0120   EI         Elihu Inselbuch               0.00           12.42                 0.00              12.42
0407   OPD        Oleksandra P Davydenko        0.00           53.10                 0.00              53.10
0999   C&D        Caplin & Drysdale             0.00            3.34                 0.00               3.34

Total Fees                                      0.00           68.86                 0.00              68.86
```

## Detail Time / Expense by Date

| TransNo. | Description | TransType | Trans Date | Work Empl | Rate Hours | Amount | Rate Hours | Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|
| 2600442 | Equitrac - Long Distance to 14142649461 | E | 10/04/2010 | 0999 C&D | 0.00 | $0.16 | 0.00 | $0.16 | 0.16 |
| 2602571 | Federal Express -Delivery to K.Hemming, 9/24/10 (EI) | E | 10/08/2010 | 0120 EI | 0.00 | $12.42 | 0.00 | $12.42 | 12.58 |
| 2610447 | Photocopy | E | 10/25/2010 | 0999 C&D | 0.00 | $1.10 | 0.00 | $1.10 | 13.68 |

```
Client Number:  4642                                                                        Page: 1
Matter          000                                                                         11/18/2010

                         Grace Asbestos Personal Injury Claimants          Print Date/Time: 11/18/2010  3:27:15PM
Attn:                                                                                       Invoice #

                         Disbursements

2610461    Photocopy                              10/25/2010    0407  OPD           $53.10   0.00   $53.10    66.78

2610486    Photocopy                              10/25/2010    0999  C&D            $2.00   0.00    $2.00    68.78

2609967    Equitrac - Long Distance to 13369269145 10/26/2010   0999  C&D            $0.08   0.00    $0.08    68.86
Total Expenses                                                                      $68.86           $68.86

          Matter Total Fees                                                           0.00   0.00     0.00
          Matter Total Expenses                                                      68.86   0.00    68.86
          Matter Total                                                               68.86   0.00    68.86

          Prebill Total Fees                                                          0.00   0.00     0.00
          Prebill Total Expenses                                                    $68.86           $68.86
          Prebill Total                                              0.00           $68.86   0.00    $68.86

Previous Billings
InvoiceNo    InvoiceDate     InvoiceTotal     OpenTotal
47,114       09/30/2004         6,171.50      1,234.30
48,027       12/27/2004         1,419.00        283.80
50,276       06/27/2005         8,030.50      1,606.10
74,007       04/22/2010        55,577.50        137.53
74,690       05/21/2010        32,577.50      6,515.50
75,024       06/18/2010        30,260.00      6,052.00
75,954       07/20/2010         9,500.50      1,900.10
76,402       08/17/2010         9,721.50      1,944.30
77,013       09/24/2010         9,688.20      9,688.20
77,889       10/25/2010        12,943.66     12,943.66
                              175,889.86     42,305.49
```

PREBILL / CONTROL REPORT

12/21/2010
Page: 1
Print Date/Time: 12/21/2010 7:32:10PM
Invoice #

**Client Number: 4642**
**Matter  000**

Atn:

Bill Cycle:          Monthly                Style:           ii           Start:   4/16/2001     Last Billed :   11/18/2010

Client Retainers Available                                          Committed to Invoices:    $0.00           Remaining:

Grace Asbestos Personal Injury Claimants

Trans Date Range: 1/1/1950 to: 11/30/2010

**Matter  000**
**Disbursements**

Total Expenses Billed To Date                                       $3,884,213.14                                        $4,759.14       13,655

                                                            Billing Empl:         0120     Elihu Inselbuch
                                                            Responsible Empl:     0120     Elihu Inselbuch
                                                            Alternate Empl:       0120     Elihu Inselbuch
                                                            Originating Empl:     0120     Elihu Inselbuch

**Summary by Employee**

| Empl | Initials | Name | ———ACTUAL——— | | ———BILLING——— | |
|------|----------|------|------|------|------|------|
| | | | Hours | Amount | Hours | Amount |
| 0120 | EI | Elihu Inselbuch | 0.00 | 35.69 | 0.00 | 35.69 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 6.38 | 0.00 | 6.38 |
| **Total Fees** | | | **0.00** | **42.07** | **0.00** | **42.07** |

**Detail Time / Expense by Date**

| TransNo. | Description | TransType | Trans Date | Work Empl | ———ACTUAL——— | | | ———BILLING——— | | Cumulative |
|----------|-------------|-----------|------------|-----------|------|------|------|------|------|------|
| | | | | | Rate | Hours | Amount | Rate | Hours | Amount | |
| 2617170 | Equitrac - Long Distance to 14142649461 | E | 11/03/2010 | 0999 C&D | | 0.00 | $0.04 | | 0.00 | $0.04 | 0.04 |
| 2617539 | Federal Express -Delivery to K.Hemming, 10/25/10 (EI) | E | 11/08/2010 | 0120 EI | | 0.00 | $14.50 | | 0.00 | $14.50 | 14.54 |
| 2617671 | Equitrac - Long Distance to 18054993572 | E | 11/08/2010 | 0999 C&D | | 0.00 | $0.12 | | 0.00 | $0.12 | 14.66 |
| 2617672 | Equitrac - Long Distance to 12122781322 | E | 11/08/2010 | 0999 C&D | | 0.00 | $0.28 | | 0.00 | $0.28 | 14.94 |
| 2618391 | Equitrac - Long Distance to 12123197125 | E | 11/14/2010 | 0999 C&D | | 0.00 | $0.36 | | 0.00 | $0.36 | 15.30 |
| 2618617 | Equitrac - Long Distance to 12123197125 | E | 11/15/2010 | 0999 C&D | | 0.00 | $0.04 | | 0.00 | $0.04 | 15.34 |
| 2623685 | Photocopy | E | 11/16/2010 | 0999 C&D | | 0.00 | $3.30 | | 0.00 | $3.30 | 18.64 |
| 2623893 | Photocopy | E | 11/18/2010 | 0999 C&D | | 0.00 | $1.80 | | 0.00 | $1.80 | 20.44 |

| | | | | | |
|---|---|---|---|---|---|
| 2624641 | Equitrac - Long Distance to 17735026166 | 11/20/2010 | 0999 C&D | 0.00 | 20.80 |
| 2624808 | Equitrac - Long Distance to 13369269145 | 11/24/2010 | 0999 C&D | 0.00 | 20.88 |
| 2624965 | Federal Express -Delivery to K.Hemming, 11/16/10 (EI) | 11/30/2010 | 0120 EI | 0.00 | 33.48 |
| 2624967 | Federal Express -Delivery to K.Hemming, 11/18/10 (EI; Split b/w clients 4642 & 5334) | 11/30/2010 | 0120 EI | 0.00 | 41.27 |
| 2630289 | NYO Copy Charges, 11/2010 (EI) | 11/30/2010 | 0120 EI | 0.00 | 42.07 |

| | | |
|---|---|---|
| Matter Total Fees | | 0.00 |
| Matter Total Expenses | | 42.07 |
| **Matter Total** | | **42.07** |

| | | |
|---|---|---|
| Prebill Total Fees | | 0.00 |
| Prebill Total Expenses | | $42.07 |
| **Prebill Total** | | **$42.07** |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 74,690 | 05/21/2010 | 32,577.50 | 6,515.50 |
| 75,024 | 06/18/2010 | 30,260.00 | 6,052.00 |
| 75,954 | 07/20/2010 | 9,500.50 | 1,900.10 |
| 76,402 | 08/17/2010 | 9,721.50 | 1,944.30 |
| 77,013 | 09/24/2010 | 9,302.00 | 1,860.40 |
| 77,889 | 10/25/2010 | 12,901.00 | 2,580.20 |
| 78,379 | 11/18/2010 | 9,510.86 | 9,510.86 |
| | | 184,971.86 | 33,625.09 |

```
Client Number:  4642                                                                          Page: 1
Matter          000                                                                           11/18/2010
                    Grace Asbestos Personal Injury Claimants
                    Disbursements

Attn:                                                                          Print Date/Time: 11/18/2010 3:27:15PM

                              PREBILL / CONTROL REPORT

                                                           Trans Date Range: 1/1/1950 to: 12/31/2010

                                                                                              Invoice #

Bill Cycle:  Monthly    Style:  11    Start:  4/16/2001   Last Billed : 12/15/2010          13,655

Client Retainers Available   $4,759.14   Committed to Invoices:   $0.00   Remaining:   $4,759.14

                                                     Billing Empl:       0120  Elihu Inselbuch
                                                     Responsible Empl:   0120  Elihu Inselbuch
                                                     Alternate Empl:     0120  Elihu Inselbuch
                                                     Originating Empl:   0120  Elihu Inselbuch

Total Expenses Billed To Date                      $3,884,255.21

Summary by Employee
                                  ------ A C T U A L ------      ------ B I L L I N G ------
Empl   Initials  Name              Hours        Amount             Hours          Amount
0020   PVL       Peter Van N Lockwood    0.00    51.75               0.00          51.75
0120   EI        Elihu Inselbuch         0.00     2.40               0.00           2.40
0999   C&D       Caplin & Drysdale       0.00     3.08               0.00           3.08

Total Fees                                0.00   57.23               0.00          57.23

Detail Time / Expense by Date
                                                        ---- A C T U A L ----   ---- B I L L I N G ----
TransNo.   Description              TransType Trans Date  Work Empl  Rate Hours Amount   Rate Hours Amount  Cumulative

2625410  Pacer Service Center -Svc., 7/1/10 - 9/30/10    E  12/02/2010  0120         0.00   $2.40       0.00   $2.40    2.40
         (EI)                                                EI
2630883  Equitrac - Long Distance to 1410314212          E  12/06/2010  0999         0.00   $0.16       0.00   $0.16    2.56
                                                             C&D
2634668  Petty Cash -Lunch while on travel to/from       E  12/20/2010  0020         0.00  $13.75       0.00  $13.75   16.31
         Wilmington, DE, 12/12/10 (PVNL)                     PVL
```

|  |  |  |  | Page: 1 |
|---|---|---|---|---|
|  |  |  |  | 11/18/2010 |

Client Number: 4642
Matter: 000

Attn:

Grace Asbestos Personal Injury Claimants

Print Date/Time: 11/18/2010 3:27:15PM

Invoice #

### Disbursements

| 2634669 | Petty Cash -Parking at DC Union Station while on travel to/from Wilmington, DE, 12/12/10 (PVNL) | 12/20/2010 | 0020 | PVL | 0.00 | $18.00 | 0.00 | $18.00 |
|---|---|---|---|---|---|---|---|---|
| 2636001 | Equitrac - Long Distance to 1302888628 | 12/22/2010 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 |
| 2636039 | Equitrac - Long Distance to 1302888625B | 12/22/2010 | 0999 | C&D | 0.00 | $2.76 | 0.00 | $2.76 |
| 2636091 | Equitrac - Long Distance to 17735026166 | 12/22/2010 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 |
| 2636274 | Equitrac - Long Distance to 1336926914S | 12/22/2010 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 |
| 2636922 | Business Card -ADA Travel reconciliation, re: Agent Fee for Coach Train Fare to/from Wilmington, DE, 12/13/10 (PVNL; Split b/w clients 4642 & 5334) | 12/30/2010 | 0020 | PVL | 0.00 | $20.00 | 0.00 | $20.00 |

Total Expenses $57.23 $57.23

| Matter Total Fees | 0.00 | 0.00 | 0.00 |
|---|---|---|---|
| Matter Total Expenses | 57.23 | 57.23 | 57.23 |
| Matter Total | 57.23 | 57.23 | 57.23 |

| Prebill Total Fees | 0.00 |
|---|---|
| Prebill Total Expenses | $57.23 |
| Prebill Total | $57.23 |

### Previous Billings

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 76,402 | 08/17/2010 | 9,721.50 | 1,944.30 |
| 77,013 | 09/24/2010 | 9,302.00 | 1,860.40 |
| 77,889 | 10/25/2010 | 12,901.00 | 2,580.20 |
| 78,379 | 11/18/2010 | 9,510.86 | 9,510.86 |
| 78,953 | 12/15/2010 | 14,949.57 | 14,949.57 |
|  |  | 127,583.43 | 34,107.06 |