**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 10/31/2010 |
| Wilmington  DE | ACCOUNT NO:        3000-02D |
|  | STATEMENT NO:            113 |

Asset Disposition

|  |  |  |
|---|---|---|
| | PREVIOUS BALANCE | $80.50 |
| 10/28/2010 | Payment - Thank you.  (July, 2010 - 80% Fees) | -28.80 |
| | BALANCE DUE | $51.70 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

| | |
|---|---|
| W.R. Grace | Page: 1 |
| Wilmington  DE | 10/31/2010 |
| | ACCOUNT NO:    3000-03D |
| | STATEMENT NO:    100 |

Business Operations

| | | | HOURS | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $1,332.00 |
| 10/04/2010 | | | | |
| MTH | Telephone conference with J. Sinclair re Synthetech Motion | | 0.20 | 72.00 |
| MTH | Telephone conference with D. Felder re Synthetech motion | | 0.30 | 108.00 |
| MTH | Telephone conference with PVNL re Synthetech motion | | 0.20 | 72.00 |
| MTH | Reviewing revised proposed order re Synthetech; correspondence to and from JS re same; correspondence to JB re: same | | 0.40 | 144.00 |
| 10/05/2010 | | | | |
| MTH | Telephone conference with J Sinclair re Synthetech motion and revised proposed order. | | 0.20 | 72.00 |
| 10/18/2010 | | | | |
| MTH | Reviewing correspondence from JB re revised order re Synthetech motion | | 0.10 | 36.00 |
| | FOR CURRENT SERVICES RENDERED | | 1.40 | 504.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.40 | $360.00 | $504.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 504.00 |
| BALANCE DUE | $1,836.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                      10/31/2010
Wilmington  DE                                                ACCOUNT NO:          3000-04D
                                                                        STATEMENT NO:                113

Case Administration


PREVIOUS BALANCE                                                                      $1,508.87


10/28/2010        Payment - Thank you.  (July, 2010 - 80% Fees)                    -352.00


BALANCE DUE                                                                          $1,156.87


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                10/31/2010
Wilmington  DE                                    ACCOUNT NO:      3000-05D
                                                  STATEMENT NO:          113

Claims Analysis Objection & Resolution (Asbestos)

PREVIOUS BALANCE                                                    $2,422.40

|            |      |                                              | HOURS |       |
|------------|------|----------------------------------------------|-------|-------|
| 10/19/2010 |      |                                              |       |       |
|            | MTH  | Review correspondence from JB re claimant letter | 0.20 | 72.00 |
|            |      | FOR CURRENT SERVICES RENDERED                | 0.20  | 72.00 |

RECAPITULATION

| TIMEKEEPER      | HOURS | HOURLY RATE | TOTAL   |
|-----------------|-------|-------------|---------|
| Mark T. Hurford | 0.20  | $360.00     | $72.00  |

TOTAL CURRENT WORK                                                      72.00

10/28/2010   Payment - Thank you.  (July, 2010 - 80% Fees)              -28.80

BALANCE DUE                                                        $2,465.60

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington DE

Page: 1
10/31/2010
ACCOUNT NO:     3000-06D
STATEMENT NO:          113

Claims Analysis Objection & Resol. (Non-Asbestos)

PREVIOUS BALANCE                                                    $1,237.50

HOURS

10/14/2010
    MTH      Reviewing correspondence re discovery re Neutrocrete dispute, failure of
mediation                                                               0.20           72.00

10/26/2010
    MTH      Reviewing Debtors' 37th Report of settlements                0.10           36.00

10/29/2010
    MTH      Reviewing Claims settlement notice                           0.50          180.00
             FOR CURRENT SERVICES RENDERED            0.80          288.00

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.80 | $360.00 | $288.00 |

TOTAL CURRENT WORK                                                     288.00

10/28/2010      Payment - Thank you.  (July, 2010 - 80% Fees)            -432.00

BALANCE DUE                                                         $1,093.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                     10/31/2010
Wilmington  DE                               ACCOUNT NO:        3000-07D
                                             STATEMENT NO:           113

Committee, Creditors, Noteholders, Equity Holders

PREVIOUS BALANCE                                              $15,713.64

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **10/01/2010** | | | | |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.30 | 30.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| | MTH | Prepare weekly recommendation memo | 0.60 | 216.00 |
| | MTH | Review correspondence from SC to Committee re weekly recommendation memo | 0.10 | 36.00 |
| | MTH | Review correspondence from KLH to Committee re reimbursement of expenses | 0.10 | 36.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| **10/02/2010** | | | | |
| | PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 41.50 |
| **10/04/2010** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| | MTH | Review correspondence from RH (x2) re proposed settlement | 0.30 | 108.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| **10/05/2010** | | | | |
| | DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.20 | 20.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| MTH | Review correspondence from EI re insurance settlement | 0.20 | | 72.00 |
| MTH | Review daily memo | 0.10 | | 36.00 |
| DAC | Review memorandum in support of $32M policy buy-back with Chubb | 0.30 | | 142.50 |
| **10/06/2010** | | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | | 20.00 |
| KH | Review e-mail from D. Cohn and update e-mail and mail service lists | 0.30 | | 33.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | | 11.00 |
| MTH | Review daily memo | 0.10 | | 36.00 |
| MTH | Review correspondence from DC re committee correspondence and response to same | 0.10 | | 36.00 |
| **10/07/2010** | | | | |
| MTH | Review correspondence from EI re Federal settlement agreement | 0.10 | | 36.00 |
| MTH | Review daily memo | 0.10 | | 36.00 |
| PEM | Review memo re: pleadings filed. | 0.10 | | 41.50 |
| PEM | Review memos from counsel re: Proposed Chubb (Federal) Settlement Agreement. | 0.20 | | 83.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | | 20.00 |
| SMB | Coordinate logistics for hearing on October 18, 2010 at 10 a.m.; e-mail confirmation of same to Peter Lockwood | 0.20 | | 20.00 |
| **10/08/2010** | | | | |
| MTH | Prepare weekly recommendation memos | 1.00 | | 360.00 |
| PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | | 20.00 |
| SMB | Prepare weekly recommendation memorandum | 0.50 | | 50.00 |
| MTH | Prepare weekly recommendation memo | 0.70 | | 252.00 |
| MTH | Review correspondence from SC to Committee re weekly recommendation memo | 0.10 | | 36.00 |
| MTH | Review daily memo | 0.10 | | 36.00 |
| **10/11/2010** | | | | |
| MK | Review committee events calendar and update attorney case calendar. | | | |
| KH | Review daily memorandum re: fee issues | 0.10 | | 11.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | | 20.00 |
| MTH | Review daily memo | 0.10 | | 36.00 |
| **10/12/2010** | | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | | 41.50 |
| KH | Review daily memorandum re: fee issues | 0.10 | | 11.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and | | | |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | distribute daily memo | 0.20 | 20.00 |
| 10/13/2010 |  |  |  |  |
|  | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
|  | MTH | Correspondence and discussions re hearing preparations | 0.20 | 72.00 |
|  | MTH | Review daily memo | 0.10 | 36.00 |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
|  | SMB | Coordinate logistics for hearing on October 18, 2010; e-mail confirmation of same to KCD, MTH | 0.30 | 30.00 |
| 10/14/2010 |  |  |  |  |
|  | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
|  | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
|  | MTH | Review daily memo | 0.10 | 36.00 |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
|  | MTH | Reviewing two orders entered | 0.10 | 36.00 |
| 10/15/2010 |  |  |  |  |
|  | PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 41.50 |
|  | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
|  | MTH | Review daily memo | 0.10 | 36.00 |
|  | MTH | Discussion with KLH re hearing binder | 0.10 | 36.00 |
|  | MTH | Review correspondence from SB to Committee re weekly recommendation memo | 0.10 | 36.00 |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
|  | SMB | Prepare weekly recommendation memorandum | 0.50 | 50.00 |
|  | DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| 10/18/2010 |  |  |  |  |
|  | MK | Review committee events calendar. | 0.10 | 13.50 |
|  | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
|  | MTH | Review correspondence from SB re daily pleadings | 0.10 | 36.00 |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| 10/19/2010 |  |  |  |  |
|  | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
|  | MTH | Drafting, reviewing and revising hearing memo; correspondence to and from PVNL re same | 0.80 | 288.00 |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
|  | MTH | Review daily memo | 0.10 | 36.00 |
|  | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |

Page: 4
W.R. Grace
10/31/2010
ACCOUNT NO:        3000-07D
STATEMENT NO:              113

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **10/20/2010** | | | | |
| | MK | Review committee hearing memorandum. | 0.10 | 13.50 |
| | DAC | Review memorandum re: 10/18/10 hearing | 0.10 | 47.50 |
| | PEM | Review memo from counsel re: hearing update. | 0.20 | 83.00 |
| | KH | Update committee e-mail service list | 0.10 | 11.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | MTH | Final review of hearing memorandum, revise same and correspondence to and from SB re same; reviewing correspondence from SB to Committee re same | 0.50 | 180.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| | MTH | Reviewing two orders entered | 0.10 | 36.00 |
| **10/21/2010** | | | | |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| **10/22/2010** | | | | |
| | PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 41.50 |
| | MTH | Prepare weekly recommendation memos | 0.80 | 288.00 |
| | MTH | Review correspondence from SC to Committee re weekly recommendation memo | 0.10 | 36.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.30 | 30.00 |
| | DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| **10/25/2010** | | | | |
| | MK | Review committee events calendar. | 0.10 | 13.50 |
| | KH | Review daily memo re: fee issues | 0.10 | 11.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| | KH | Attention to document management | 0.40 | 44.00 |
| **10/26/2010** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |

W.R. Grace

ACCOUNT NO:     3000-07D
STATEMENT NO:          113

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| MTH | Review daily memo | | 0.10 | 36.00 |
| KH | Review daily memorandum re: fee issues | | 0.10 | 11.00 |
| **10/27/2010** | | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 20.00 |
| MTH | Review daily memo | | 0.10 | 36.00 |
| KH | Review daily memorandum re: fee issues | | 0.10 | 11.00 |
| **10/28/2010** | | | | |
| PEM | Review memo re: pleadings filed. | | 0.10 | 41.50 |
| MTH | Review daily memo | | 0.10 | 36.00 |
| **10/29/2010** | | | | |
| MK | Review committee events calendar. | | 0.10 | 13.50 |
| PEM | Review weekly recommendation memo re: pending motions and matters. | | 0.10 | 41.50 |
| MTH | Review daily memo | | 0.10 | 36.00 |
| MTH | Prepare weekly recommendation memo | | 1.00 | 360.00 |
| MTH | Review correspondence from SB to Committee re weekly recommendation memo | | 0.10 | 36.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | | 0.60 | 60.00 |
| DAC | Review counsel's weekly memorandum | | 0.20 | 95.00 |
| | FOR CURRENT SERVICES RENDERED | | 22.00 | 5,612.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 1.20 | $475.00 | $570.00 |
| Philip E. Milch | 1.60 | 415.00 | 664.00 |
| Michele Kennedy | 0.40 | 135.00 | 54.00 |
| Santae M. Boyd | 6.90 | 100.00 | 690.00 |
| Mark T. Hurford | 9.30 | 360.00 | 3,348.00 |
| Katherine Hemming | 2.60 | 110.00 | 286.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 5,612.00 |

| 10/28/2010 | Payment - Thank you.  (July, 2010 - 80% Fees) | -4,785.60 |
|---|---|---|

| | BALANCE DUE | $16,540.04 |
|---|---|---|

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

Page: 6
10/31/2010
ACCOUNT NO:       3000-07D
STATEMENT NO:            113

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 10/31/2010 |
| Wilmington  DE | ACCOUNT NO:    3000-08D |
| | STATEMENT NO:         112 |

Employee Benefits/Pension

| | |
|---|---|
| PREVIOUS BALANCE | -$453.10 |

|  |  |  |  | HOURS | |
|---|---|---|---|---|---|
| 10/29/2010 | | | | | |
| | MTH | Telephone conference with DF re Rowe claimant settlement notice, reviewing correspondence from DF re same | | 0.30 | 108.00 |
| | | FOR CURRENT SERVICES RENDERED | | 0.30 | 108.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.30 | $360.00 | $108.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 108.00 |

| | | |
|---|---|---|
| 10/28/2010 | Payment - Thank you.  (July, 2010 - 80% Fees) | -28.80 |

| | |
|---|---|
| CREDIT BALANCE | -$373.90 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                   10/31/2010
Wilmington  DE                                          ACCOUNT NO:      3000-09D
                                                        STATEMENT NO:          52

Employee Applications, Applicant

PREVIOUS BALANCE                                                              $4.00

BALANCE DUE                                                                   $4.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
10/31/2010
ACCOUNT NO:        3000-10D
STATEMENT NO:              113

Employment Applications, Others

PREVIOUS BALANCE                                                                    $902.70

BALANCE DUE                                                                         $902.70

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                      |                 |           |
|----------------------|-----------------|-----------|
|                      | Page: 1         |           |
| W.R. Grace           | 10/31/2010      |           |
| Wilmington  DE       | ACCOUNT NO:     | 3000-11D  |
|                      | STATEMENT NO:   | 111       |

Expenses

|                      |                                                             |            |
|----------------------|-------------------------------------------------------------|------------|
| PREVIOUS BALANCE     |                                                             | $5,120.79  |

| Date       | Description                                                              | Amount   |
|------------|--------------------------------------------------------------------------|----------|
| 10/01/2010 | Printing - September                                                     | 116.60   |
| 10/01/2010 | Scanning - September                                                     | 16.00    |
| 10/01/2010 | Pacer charges for the month of September                                 | 27.44    |
| 10/27/2010 | Digital Legal - copy/service - September Fee Application                  | 311.50   |
| 10/27/2010 | Courtcall appearance of Mark Hurford for hearing on September 13, 2010 at |          |
|            | 10:00 a.m.                                                               | 30.00    |
| 10/29/2010 | Scanning - October                                                       | 20.30    |
| 10/31/2010 | Printing - October                                                       | 60.50    |
|            | TOTAL EXPENSES                                                           | 582.34   |
|            |                                                                          |          |
|            | TOTAL CURRENT WORK                                                       | 582.34   |
|            |                                                                          |          |
| 10/28/2010 | Payment - Thank you.  (July, 2010 - 100% Expenses)                        | -866.78  |
|            |                                                                          |          |
|            | BALANCE DUE                                                              | $4,836.35 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 10/31/2010 |
| Wilmington  DE | ACCOUNT NO:  3000-12D |
| | STATEMENT NO:  111 |

Fee Applications, Applicant

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $3,328.60 |

| | | | HOURS | |
|---|---|---|---|---|
| **10/04/2010** | | | | |
| | KCD | Review and sign C&L application | 0.30 | 102.00 |
| | KH | Prepare Excel spreadsheet re: project categories v. professional hours for C&L August | 0.40 | 44.00 |
| | KH | Review e-mail from DS re: August bill(.1); Prepare C&L August fee application(.6); Finalize and e-file fee application(.3) | 1.00 | 110.00 |
| **10/05/2010** | | | | |
| | MTH | Review correspondence from PB re Casner fee application | 0.10 | 36.00 |
| **10/06/2010** | | | | |
| | KH | Review and update August prebill | 0.30 | 33.00 |
| | MTH | Reviewing pre-bill | 0.50 | 180.00 |
| **10/15/2010** | | | | |
| | MTH | Review correspondence from WWW re HRO fee application | 0.10 | 36.00 |
| **10/27/2010** | | | | |
| | KCD | Review and sign C&L application | 0.30 | 102.00 |
| | KH | Prepare Excel spreadsheet re: professional hours v. project categories for C&L September | 0.40 | 44.00 |
| | KH | Review e-mail from DS re: September bill(.1); Prepare C&L September Fee Application(.5); Finalize and e-file application(.3) | 0.90 | 99.00 |
| | | FOR CURRENT SERVICES RENDERED | 4.30 | 786.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.70 | $360.00 | $252.00 |
| Kathleen Campbell Davis | 0.60 | 340.00 | 204.00 |
| Katherine Hemming | 3.00 | 110.00 | 330.00 |

Page: 2
10/31/2010

W.R. Grace

ACCOUNT NO:      3000-12D
STATEMENT NO:           111

Fee Applications, Applicant


TOTAL CURRENT WORK                                                        786.00


10/28/2010      Payment - Thank you.  (July, 2010 - 80% Fees)              -298.40


BALANCE DUE                                                            $3,816.20


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 10/31/2010 |
| Wilmington  DE | ACCOUNT NO:    3000-13D |
| | STATEMENT NO:           98 |

Fee Applications, Others

PREVIOUS BALANCE                                                                    $13,220.10

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 10/01/2010 | | | | |
| | MTH | Reviewing correspondence from PB re Casner and Day Pitney fee applications | 0.10 | 36.00 |
| | KH | Review August fee application of Orrick Herrington(.1); Update Grace Weekly Recommendation Memo(.1) | 0.10 | 11.00 |
| | KH | Review August fee application of Stroock(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review August fee application of Duane Morris(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review August fee application of K&E(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review August fee application of The Law Offices of Janet Baer(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review August fee application of Ferry Joseph(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review August fee application of Saul Ewing(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review August fee application of Orrick Herrington(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review August fee application of Foley Hoag(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review October-December Interim fee application of Baker Donelson(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review January-March Interim fee application of Baker Donelson(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review April-June Interim fee application of Baker Donelson(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review August fee application of Reed Smith(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review August fee application of The Hogan Firm(.1); Update Grace | | |

W.R. Grace

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| | Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review August fee application of Scarfone Hawkins(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review August fee application of Lauzon Belanger(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review August fee application of Bilzin Sumberg(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Draft e-mail to Committee re: July-September expenses | 0.10 | 11.00 |
| MTH | Reviewing correspondence from DW re K&E fee application | 0.10 | 36.00 |
| MTH | Review correspondence from D.M. re Capstone fee application | 0.10 | 36.00 |
| MTH | Review correspondence from TB re Kramer Levin fee application | 0.10 | 36.00 |

**10/04/2010**

| | | | |
|---|---|---|---|
| KCD | Review C&D application | 0.30 | 102.00 |
| KCD | Review Charter Oak application | 0.30 | 102.00 |
| KCD | Review AKO application | 0.30 | 102.00 |
| KH | Review e-mail from E. Benetos re: August fee application(.1); Update C&D August fee application(.3); Finalize and e-file fee application(.3) | 0.70 | 77.00 |
| KH | Review e-mail from A. Pelton re: August bill(.1); Prepare AKO August fee application(.6); Finalize and e-file fee application(.3) | 1.00 | 110.00 |
| KH | Review e-mail from C. Sinclair re: August bill(.1); Prepare Charter Oak August Fee Application(.5); E-mail application to J. Sinclair for review(.1); Finalize and e-file fee application(.3) | 1.00 | 110.00 |

**10/05/2010**

| | | | |
|---|---|---|---|
| KH | Update Committee Fee Application Tracking Chart | 0.30 | 33.00 |

**10/06/2010**

| | | | |
|---|---|---|---|
| KH | Review August fee application of Kramer Levin(.1); Update Grace Weekly Recommendation(.1) | 0.20 | 22.00 |
| KH | Review September fee application of Alan Rich(.1); Update Grace Weekly Recommendation(.1) | 0.20 | 22.00 |
| KH | Review August fee application of Casner & Edwards(.1); Update Grace Weekly Recommendation(.1) | 0.20 | 22.00 |
| KH | Review September fee application of Warren Smith(.1); Update Grace Weekly Recommendation(.1) | 0.20 | 22.00 |
| MTH | Review correspondence from WWW re HRO fee application | 0.10 | 36.00 |

**10/07/2010**

| | | | |
|---|---|---|---|
| MTH | Review correspondence from LE re Day Pitney fee application | 0.10 | 36.00 |
| MTH | Review correspondence from YS re PWC fee application | 0.10 | 36.00 |

**10/08/2010**

| | | | |
|---|---|---|---|
| SMB | Review August Fee Application of Day Pitney LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 20.00 |
| SMB | Review October through December 2009 Interim Fee Application of | | |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | | Holme Roberts & Owen LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 20.00 |
|  | SMB | Review September Fee Application of Warren H. Smith & Associates, P.C. (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 20.00 |
| 10/13/2010 | MTH | Review correspondence from Ogilvy fee application | 0.10 | 36.00 |
| 10/15/2010 | KH | Review August fee application of Ogilvy Renault(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| 10/19/2010 | MTH | Review correspondence from DW re fee application | 0.10 | 36.00 |
|  | MTH | Review correspondence from YS re PWC fee application | 0.10 | 36.00 |
| 10/20/2010 | MTH | Review correspondence from DP re KS fee application | 0.10 | 36.00 |
| 10/21/2010 | MTH | Review correspondence from DF re CNO's for three fee applications | 0.10 | 36.00 |
| 10/22/2010 | KH | Review January fee application of Holme Roberts(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
|  | KH | Review August fee application of Woodcock Washburn(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
|  | KH | Review August fee application of PwC(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
|  | KH | Review September fee application of Kaye Scholer(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
|  | MTH | Review correspondence from TB re fee application | 0.10 | 36.00 |
| 10/25/2010 | MTH | Review correspondence from WWW re HRO fee application | 0.10 | 36.00 |
|  | KH | E-mails with C. Sinclair re: September bill | 0.10 | 11.00 |
|  | KH | Update Fee Application Tracking Chart | 0.30 | 33.00 |
| 10/26/2010 | KH | Review April-June Interim fee application of Steptoe(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
|  | KH | Review April-June Interim fee application of Beveridge(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
|  | KH | Review August fee application of Beveridge(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
|  | KH | Review February fee application of Holme Roberts(.1); Update Grace | | |

Page: 4
W.R. Grace
10/31/2010
ACCOUNT NO:        3000-13D
STATEMENT NO:               98

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review September fee application of Orrick Herrington(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July-September Interim fee application of Hon. Alexander Sanders(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| **10/27/2010** |  |  |  |
| KCD | Review C&D application; sign COS re: same | 0.30 | 102.00 |
| KCD | Review Charter Oak application; sign COS re: same | 0.30 | 102.00 |
| KCD | Review AKO application; sign COS re: same | 0.30 | 102.00 |
| MTH | Review correspondence from DW re Baer fee application | 0.10 | 36.00 |
| MTH | Review correspondence from DF re Orrick September fee application | 0.10 | 36.00 |
| MTH | Review correspondence from DF re CNO for Lincoln fee application | 0.10 | 36.00 |
| KH | Review e-mail from E. Benetos re: September fee application(.1); Update C&D September fee application(.3); Finalize and e-file Fee Application(.3) | 0.70 | 77.00 |
| KH | Review e-mail from B. Lindsay re: September bill(.1); Prepare Charter Oak September fee application(.4); E-mail application to J. Sinclair for review(.1); Finalize and e-file Fee Application(.3) | 0.90 | 99.00 |
| KH | Review e-mail from A. Pelton re: September bill(.1); Prepare AKO September fee application(.5); Finalize and e-file Fee Application(.3) | 0.90 | 99.00 |
| **10/28/2010** |  |  |  |
| MTH | Review correspondence from PB re Foley Hoag fee application | 0.10 | 36.00 |
| MTH | Review correspondence from TB re Kramer Levin fee application | 0.10 | 36.00 |
| MTH | Review correspondence from D.M re Stroock fee application | 0.10 | 36.00 |
| **10/29/2010** |  |  |  |
| MTH | Review correspondence from KH (x2) re three fee applications | 0.20 | 72.00 |
| SMB | Review September Fee Application of The Law Offices of Janet S. Baer (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 20.00 |
| SMB | Review September Fee Application of Reed Smith LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 20.00 |
| SMB | Review September Fee Application of Foley Hoag LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 20.00 |
| SMB | Review September Fee Application of Duane Morris LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 20.00 |
| SMB | Review September Fee Application of Stroock & Stroock LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 20.00 |
| SMB | Review September Fee Application of Ferry Joseph & Pearce P.A. (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 20.00 |
| SMB | Review September Fee Application of Kramer Levin Naftalis & Frankel LLP (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 20.00 |
|  | FOR CURRENT SERVICES RENDERED | 18.30 | 2,957.00 |

W.R. Grace

Fee Applications, Others

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 2.00 | $100.00 | $200.00 |
| Mark T. Hurford | 2.20 | 360.00 | 792.00 |
| Kathleen Campbell Davis | 1.80 | 340.00 | 612.00 |
| Katherine Hemming | 12.30 | 110.00 | 1,353.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 2,957.00 |

| 10/28/2010 | Payment - Thank you.  (July, 2010 - 80% Fees) | -2,074.40 |
|---|---|---|

|  |  |
|---|---|
| BALANCE DUE | $14,102.70 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 10/31/2010 |
| Wilmington  DE | ACCOUNT NO:     3000-15D |
|  | STATEMENT NO:          113 |

Hearings

|  |  |  |
|---|---|---|
| PREVIOUS BALANCE |  | $6,024.45 |

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **10/06/2010** |  |  |  |  |
|  | MTH | Correspondence to and from PVNL re hearing | 0.10 | 36.00 |
|  | MTH | Review correspondence from DF and JB re preliminary agenda | 0.10 | 36.00 |
|  | MTH | Reviewing preliminary agenda | 0.20 | 72.00 |
| **10/07/2010** |  |  |  |  |
|  | MTH | Correspondence and discussions re preparations for October hearing | 0.30 | 108.00 |
| **10/14/2010** |  |  |  |  |
|  | MTH | Preparing for October omnibus hearing, correspondence re same | 0.20 | 72.00 |
| **10/15/2010** |  |  |  |  |
|  | KH | Prepare attorney binder for 10/18 hearing | 0.40 | 44.00 |
|  | MTH | Correspondence to and from PVNL re October 18 hearing, Agenda | 0.10 | 36.00 |
| **10/18/2010** |  |  |  |  |
|  | KH | Prepare memorandum for 10/18 hearing | 0.20 | 22.00 |
|  | MTH | Preparing for and attending hearing | 0.50 | 180.00 |
| **10/25/2010** |  |  |  |  |
|  | MTH | Reviewing COC re 2011 hearing dates | 0.10 | 36.00 |
| **10/26/2010** |  |  |  |  |
|  | MTH | Reviewing Order entered re 2011 hearing dates | 0.10 | 36.00 |
|  |  | FOR CURRENT SERVICES RENDERED | 2.30 | 678.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.70 | $360.00 | $612.00 |
| Katherine Hemming | 0.60 | 110.00 | 66.00 |

W.R. Grace

Hearings

TOTAL CURRENT WORK                                                          678.00

10/28/2010        Payment - Thank you.  (July, 2010 - 80% Fees)            -777.60

BALANCE DUE                                                            $5,924.85

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 10/31/2010 |
| Wilmington  DE | ACCOUNT NO:      3000-16D |
|  | STATEMENT NO:           98 |

Litigation and Litigation Consulting

| | PREVIOUS BALANCE | -$2,543.40 |
|---|---|---|
| 10/28/2010 | Payment - Thank you.  (July, 2010 - 80% Fees) | -57.60 |
| | CREDIT BALANCE | -$2,601.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 10/31/2010 |
| Wilmington  DE | ACCOUNT NO:    3000-17D |
| | STATEMENT NO:             98 |

Plan and Disclosure Statement

|  |  |  |
|---|---|---|
| PREVIOUS BALANCE | | $4,356.40 |

| Date | | Description | HOURS | |
|---|---|---|---|---|
| 10/04/2010 | | | | |
| | MTH | Reviewing correspondence from RH re insurance settlement | 0.10 | 36.00 |
| 10/05/2010 | | | | |
| | MTH | Correspondence to lead counsel re proposed Chubb settlement | 0.10 | 36.00 |
| | | FOR CURRENT SERVICES RENDERED | 0.20 | 72.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.20 | $360.00 | $72.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 72.00 |

| 10/28/2010 | Payment - Thank you.  (July, 2010 - 80% Fees) | -853.60 |
|---|---|---|

|  |  |
|---|---|
| BALANCE DUE | $3,574.80 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 10/31/2010 |
| Wilmington  DE | ACCOUNT NO:        3000-18D |
|  | STATEMENT NO:              98 |

Relief from Stay Proceedings

PREVIOUS BALANCE                                                                                      -$250.50

CREDIT BALANCE                                                                                          -$250.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
10/31/2010
ACCOUNT NO:      3000-20D
STATEMENT NO:              97

Tax Litigation

PREVIOUS BALANCE                                                    $468.80

BALANCE DUE                                                         $468.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                        10/31/2010
Wilmington  DE                                                      ACCOUNT NO:          3000-21D
                                                                   STATEMENT NO:                89

Travel-Non-Working

PREVIOUS BALANCE                                                                          -$4.00

CREDIT BALANCE                                                                            -$4.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 10/31/2010 |
| Wilmington  DE | ACCOUNT NO:      3000-22D |
|  | STATEMENT NO:            102 |

Valuation

| | |
|---|---|
| PREVIOUS BALANCE | $1,185.00 |
| BALANCE DUE | $1,185.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|                     |                     |           |
|---------------------|---------------------|-----------|
|                     | Page: 1             |           |
| W.R. Grace          | 10/31/2010          |           |
| Wilmington  DE      | ACCOUNT NO:         | 3000-23D  |
|                     | STATEMENT NO:       | 102       |

ZAI Science Trial

PREVIOUS BALANCE                                               $1,203.30

BALANCE DUE                                                    $1,203.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
10/31/2010
ACCOUNT NO:          3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-02 Asset Disposition | | | | | |
| 80.50 | 0.00 | 0.00 | 0.00 | -28.80 | $51.70 |
| 3000-03 Business Operations | | | | | |
| 1,332.00 | 504.00 | 0.00 | 0.00 | 0.00 | $1,836.00 |
| 3000-04 Case Administration | | | | | |
| 1,508.87 | 0.00 | 0.00 | 0.00 | -352.00 | $1,156.87 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,422.40 | 72.00 | 0.00 | 0.00 | -28.80 | $2,465.60 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 1,237.50 | 288.00 | 0.00 | 0.00 | -432.00 | $1,093.50 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 15,713.64 | 5,612.00 | 0.00 | 0.00 | -4,785.60 | $16,540.04 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -453.10 | 108.00 | 0.00 | 0.00 | -28.80 | -$373.90 |
| 3000-09 Employee Applications, Applicant | | | | | |
| 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | $4.00 |
| 3000-10 Employment Applications, Others | | | | | |
| 902.70 | 0.00 | 0.00 | 0.00 | 0.00 | $902.70 |
| 3000-11 Expenses | | | | | |
| 5,120.79 | 0.00 | 582.34 | 0.00 | -866.78 | $4,836.35 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-12 Fee Applications, Applicant | | | | | |
| 3,328.60 | 786.00 | 0.00 | 0.00 | -298.40 | $3,816.20 |
| 3000-13 Fee Applications, Others | | | | | |
| 13,220.10 | 2,957.00 | 0.00 | 0.00 | -2,074.40 | $14,102.70 |
| 3000-15 Hearings | | | | | |
| 6,024.45 | 678.00 | 0.00 | 0.00 | -777.60 | $5,924.85 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -2,543.40 | 0.00 | 0.00 | 0.00 | -57.60 | -$2,601.00 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 4,356.40 | 72.00 | 0.00 | 0.00 | -853.60 | $3,574.80 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -250.50 | 0.00 | 0.00 | 0.00 | 0.00 | -$250.50 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| -4.00 | 0.00 | 0.00 | 0.00 | 0.00 | -$4.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 54,858.05 | 11,077.00 | 582.34 | 0.00 | -10,584.38 | $55,933.01 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.