**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                    11/30/2010
Wilmington  DE                                                          ACCOUNT NO:        3000-02D
                                                                        STATEMENT NO:            114

Asset Disposition

PREVIOUS BALANCE                                                                            $51.70

BALANCE DUE                                                                                 $51.70

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
11/30/2010
ACCOUNT NO:        3000-03D
STATEMENT NO:             101

Business Operations

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $1,836.00 |

| | | | HOURS | |
|---|---|---|---|---|
| 11/09/2010 | | | | |
| MTH | Reviewing Debtors' Motion re Project Red Sox | | 1.60 | 576.00 |
| 11/12/2010 | | | | |
| MTH | Correspondence to PVNL, J. Sinclair and B. Rapp re Debtors' Project Red Sox Motion | | 0.20 | 72.00 |
| 11/15/2010 | | | | |
| MTH | Review correspondence from JS re Debtors' Motion re Project Red Sox | | 0.10 | 36.00 |
| 11/22/2010 | | | | |
| MTH | Correspondence to and from JS re memo to Committee re Project Red Sox; reviewing motion re same and reviewing draft memo; correspondence re revisions | | 0.50 | 180.00 |
| 11/23/2010 | | | | |
| MTH | Telephone conference with J Sinclair re project red sox motion | | 0.30 | 108.00 |
| MTH | Review correspondence from J. Sinclair re revised memo to Committee re Project Red Sox | | 0.20 | 72.00 |
| | FOR CURRENT SERVICES RENDERED | | 2.90 | 1,044.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 2.90 | $360.00 | $1,044.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 1,044.00 |
| BALANCE DUE | | $2,880.00 |

Page: 2

W.R. Grace

11/30/2010

ACCOUNT NO:          3000-03D
STATEMENT NO:              101

Business Operations

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
11/30/2010
W.R. Grace
Wilmington  DE
ACCOUNT NO:    3000-04D
STATEMENT NO:    114

Case Administration

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $1,156.87 |

| 11/08/2010 | | | |
|---|---|---|---|
| PEM | Review Debtor-In-Possession Monthly Operating Report for Filing Period September 2010 for W.R. Grace & Co., et al. | 0.70 | 290.50 |
| 11/09/2010 | | | |
| KH | Attention to document management | 0.50 | 55.00 |
| | FOR CURRENT SERVICES RENDERED | 1.20 | 345.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.70 | $415.00 | $290.50 |
| Katherine Hemming | 0.50 | 110.00 | 55.00 |

| TOTAL CURRENT WORK | | | 345.50 |
|---|---|---|---|

| 11/15/2010 | Payment - Thank you.  (August, 2010 - 80% Fees) | | -376.40 |
|---|---|---|---|

| BALANCE DUE | | | $1,125.97 |
|---|---|---|---|

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 11/30/2010 |
| Wilmington  DE | ACCOUNT NO:    3000-05D |
|  | STATEMENT NO:    114 |

Claims Analysis Objection & Resolution (Asbestos)

| | |
|---|---|
| PREVIOUS BALANCE | $2,465.60 |
| BALANCE DUE | $2,465.60 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
11/30/2010
ACCOUNT NO:    3000-06D
STATEMENT NO:    114

Claims Analysis Objection & Resol. (Non-Asbestos)

|  |  | HOURS |  |
|---|---|---|---|
| PREVIOUS BALANCE |  |  | $1,093.50 |

| 11/03/2010 | | | |
|---|---|---|---|
| MTH | Review correspondence from D. Felder and J. Baer re settlement with Rowe claimants | 0.10 | 36.00 |
| 11/29/2010 | | | |
| MTH | Review correspondence from JS re call re tax settlement | 0.20 | 72.00 |
| 11/30/2010 | | | |
| MTH | Review correspondence from RH re tax settlement | 0.10 | 36.00 |
|  | FOR CURRENT SERVICES RENDERED | 0.40 | 144.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.40 | $360.00 | $144.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 144.00 |

| 11/15/2010 | Payment - Thank you.  (August, 2010 - 80% Fees) | -28.80 |
|---|---|---|

|  |  |
|---|---|
| BALANCE DUE | $1,208.70 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
11/30/2010
ACCOUNT NO:    3000-07D
STATEMENT NO:    114

Committee, Creditors, Noteholders, Equity Holders

PREVIOUS BALANCE                                              $16,540.04

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **11/01/2010** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | MTH | Review correspondence from RH re insurance settlement | 0.20 | 72.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| **11/02/2010** | | | | |
| | PEM | Review memo from counsel re: pending insurance matters. | 0.20 | 83.00 |
| | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| | KH | Review multiple notices of service and update e-mail and mail service lists | 0.50 | 55.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | MTH | Review correspondence from EI to Committee re insurance settlement | 0.20 | 72.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | DAC | Review memo re: insurance settlement with Ass. Int. Ins. | 0.10 | 47.50 |
| **11/03/2010** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| **11/04/2010** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | MTH | Review correspondence from Elihu re status of pending matter, review re same and response to Elihu re same | 0.30 | 108.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 11/05/2010 | | | | |
| | PEM | Review weekly recommendation memo from counsel re: pending motions and matters. | 0.10 | 41.50 |
| | DAC | Review counsel's weekly memo | 0.20 | 95.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.50 | 50.00 |
| | KH | Prepare and distribute Weekly Recommendation Memo to Committee | 0.20 | 22.00 |
| | MTH | Prepare weekly recommendation memo | 0.70 | 252.00 |
| | MTH | Review correspondence from SC to Committee re weekly recommendation memo | 0.10 | 36.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | MTH | Review correspondence from EI re Associated International settlement | 0.10 | 36.00 |
| 11/08/2010 | | | | |
| | MK | Review committee events calendar and update attorney case calendar. | 0.10 | 13.50 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| 11/09/2010 | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| 11/10/2010 | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| 11/11/2010 | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | MTH | Review correspondence from RH re CNA settlement | 0.30 | 108.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| 11/12/2010 | | | | |
| | PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 41.50 |
| | MK | Review committee events calendar. | 0.10 | 13.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.50 | 50.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | MTH | Prepare weekly recommendation memo | 1.00 | 360.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Review correspondence from SC to Committee re weekly recommendation memo | 0.10 | 36.00 |
| DAC | Review memo re: insurance settlement | 0.30 | 142.50 |
| MTH | Review correspondence from EI to Committee re CNA settlement | 0.20 | 72.00 |
| MTH | Review correspondence from S. Kazan re CNA settlement | 0.10 | 36.00 |
| **11/14/2010** | | | |
| DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| **11/15/2010** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| **11/16/2010** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| **11/17/2010** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| **11/18/2010** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| MTH | Review daily memo | 0.10 | 36.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| **11/19/2010** | | | |
| PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 41.50 |
| MTH | Review daily memo | 0.10 | 36.00 |
| MTH | Prepare weekly recommendation memo | 0.80 | 288.00 |
| MTH | Review correspondence from SC to Committee re weekly recommendation memo | 0.10 | 36.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | 0.60 | 60.00 |
| **11/22/2010** | | | |
| MK | Review committee events calendar and update attorney case calendar. | 0.10 | 13.50 |
| KH | Review pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 36.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| **11/23/2010** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| KH | Review pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.20 | 22.00 |
| MTH | Review correspondence from PVNL re memorandum to Committee re Project Red Sox; drafting and distributing memorandum to Committee re same; reviewing correspondence from counsel to Committee member re same | 0.80 | 288.00 |
| **11/24/2010** | | | |
| KH | Review pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| **11/28/2010** | | | |
| MTH | Reviewing correspondence from RH re potential insurance settlement | 0.20 | 72.00 |
| **11/29/2010** | | | |
| MTH | Review daily memo | 0.10 | 36.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| DAC | Review memo re: proposed additional settlement with Swiss | 0.20 | 95.00 |
| MTH | Review correspondence from PVNL re memorandum to Committee | 0.20 | 72.00 |
| **11/30/2010** | | | |
| MTH | Review daily memo | 0.10 | 36.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare and file 2019 of Scott & Scott Ltd | 0.30 | 30.00 |
|  | FOR CURRENT SERVICES RENDERED | 16.60 | 4,409.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 1.20 | $475.00 | $570.00 |
| Philip E. Milch | 1.20 | 415.00 | 498.00 |
| Michele Kennedy | 0.30 | 135.00 | 40.50 |
| Santae M. Boyd | 5.30 | 100.00 | 530.00 |
| Mark T. Hurford | 7.30 | 360.00 | 2,628.00 |
| Katherine Hemming | 1.30 | 110.00 | 143.00 |

| TOTAL CURRENT WORK | | | 4,409.50 |
|---|---|---|---|

W.R. Grace

11/30/2010

ACCOUNT NO:        3000-07D
STATEMENT NO:              114

Committee, Creditors, Noteholders, Equity Holders

| 11/15/2010 | Payment - Thank you.  (August, 2010 - 80% Fees) | -4,110.80 |
|---|---|---|
| | BALANCE DUE | $16,838.74 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 11/30/2010 |
| Wilmington  DE | ACCOUNT NO:      3000-08D |
|  | STATEMENT NO:              113 |

Employee Benefits/Pension

| | |
|---|---|
| PREVIOUS BALANCE | -$373.90 |
| CREDIT BALANCE | -$373.90 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                             11/30/2010
Wilmington  DE                                   ACCOUNT NO:        3000-09D
                                                 STATEMENT NO:              53

Employee Applications, Applicant

PREVIOUS BALANCE                                                       $4.00

BALANCE DUE                                                           $4.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 11/30/2010 |
| Wilmington  DE | ACCOUNT NO:      3000-10D |
|  | STATEMENT NO:             114 |

Employment Applications, Others

| | PREVIOUS BALANCE | $902.70 |
|---|---|---|
| 11/15/2010 | Payment - Thank you.  (August, 2010 - 80% Fees) | -115.20 |
| | BALANCE DUE | $787.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
11/30/2010
ACCOUNT NO:        3000-11D
STATEMENT NO:              112

Expenses

| | | |
|---|---|---:|
| | PREVIOUS BALANCE | $4,836.35 |
| | | |
| 10/21/2010 | Parcels - hand delivery - pick up, prepare, and deliver binders for shipment via Federal Express | 25.50 |
| 10/26/2010 | Parcels - downloaded documents - Bankruptcy Court | 6.20 |
| 10/27/2010 | Tri State - hand delivery - from DLS | 72.00 |
| 10/28/2010 | Tri State - hand delivery - from DLS to Phillips Goldman & Spence | 17.40 |
| 11/01/2010 | Digital Legal - Copy/service - CNO for Monthly Application - Charter Oaks, Anderson Kill  Olick and Caplin & drysdale | 57.97 |
| 11/01/2010 | Pacer charges for the month of October | 5.36 |
| 11/02/2010 | Tri State - hand delivery - from DLS to Center City Wilmington | 45.50 |
| 11/02/2010 | Tri State - hand delivery - from DLS to Phillips Goldman Spence | 17.40 |
| 11/15/2010 | Digital Legal - copy/service - Interim Fee Applications | 638.10 |
| 11/19/2010 | Digital Legal - copy/service - Certificate of No Objection re: Monthly Fee Application | 50.08 |
| | TOTAL EXPENSES | 935.51 |
| | | |
| | TOTAL CURRENT WORK | 935.51 |
| | | |
| 11/15/2010 | Payment - Thank you.  (August, 2010 - 100% Expenses) | -1,648.77 |
| | | |
| | BALANCE DUE | $4,123.09 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 11/30/2010 |
| Wilmington  DE | ACCOUNT NO:        3000-12D |
| | STATEMENT NO:             112 |

Fee Applications, Applicant

| | PREVIOUS BALANCE | | $3,816.20 |
|---|---|---|---|
| | | HOURS | |
| 11/01/2010 | | | |
| KCD | Review and sign CNO re: C&L application | 0.20 | 68.00 |
| KH | Review case docket for objections to C&L August fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| 11/10/2010 | | | |
| MTH | Reviewing pre-bill | 0.60 | 216.00 |
| 11/11/2010 | | | |
| KH | Review and update October prebill | 0.30 | 33.00 |
| 11/12/2010 | | | |
| KH | Prepare C&L July-September Interim Fee Application | 0.90 | 99.00 |
| 11/15/2010 | | | |
| KH | Finalize and e-file C&L July-September Interim fee application | 0.30 | 33.00 |
| MTH | Reviewing Campbell & Levine's Interim Fee Application for July through September 2010 | 0.30 | 108.00 |
| MTH | Reviewing Charter Oak's Interim Application for July through September 2010 | 0.20 | 72.00 |
| MTH | Reviewing Anderson Kill's Interim Application for July through September 2010 | 0.20 | 72.00 |
| MTH | Reviewing Charter Oak's Interim Fee Application for July through September 2010 | 0.20 | 72.00 |
| 11/19/2010 | | | |
| KH | Review case docket for objections to C&L September fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| | FOR CURRENT SERVICES RENDERED | 4.20 | 883.00 |

Page: 2

W.R. Grace

11/30/2010

ACCOUNT NO:    3000-12D
STATEMENT NO:         112

Fee Applications, Applicant

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.50 | $360.00 | $540.00 |
| Kathleen Campbell Davis | 0.20 | 340.00 | 68.00 |
| Katherine Hemming | 2.50 | 110.00 | 275.00 |

TOTAL CURRENT WORK                                                     883.00

11/15/2010    Payment - Thank you.  (August, 2010 - 80% Fees)                    -945.60

BALANCE DUE                                                          $3,753.60

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 11/30/2010 |
| Wilmington  DE | ACCOUNT NO:        3000-13D |
|  | STATEMENT NO:               99 |

Fee Applications, Others

|  |  |  |
|---|---|---|
| PREVIOUS BALANCE |  | $14,102.70 |

|  |  | HOURS |  |
|---|---|---|---|
| 11/01/2010 |  |  |  |
| KCD | Review and sign CNO re: C&D application | 0.20 | 68.00 |
| KCD | Review and sign CNO re: AKO application | 0.20 | 68.00 |
| KCD | Review and sign CNO re: Charter Oak application | 0.20 | 68.00 |
| KH | Draft e-mail to R. Finke re: as filed August CNOs | 0.10 | 11.00 |
| KH | Review case docket for objections to C&D August fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KH | Review case docket for objections to AKO August fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KH | Review case docket for objections to Charter Oak August fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KH | E-mail as filed CNOs to R. Finke | 0.10 | 11.00 |
| MTH | Review correspondence from PB re Ogilvy fee application | 0.10 | 36.00 |
| 11/03/2010 |  |  |  |
| MTH | Review correspondence from WWW re HRO fee application | 0.10 | 36.00 |
| 11/05/2010 |  |  |  |
| KH | Review July fee application of Pachulski(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review August fee application of Lincoln Partners(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review September fee application of Lincoln Partners(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October fee application of Alan Rich(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review September fee application of Ogilvy Renault(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review September fee application of Scarfone Hawkins(.1); Update |  |  |

W.R. Grace

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| | Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review September fee application of Lauzon Belanger(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review September fee application of The Hogan Firm(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July-September Interim fee application of Ogilvy Renault(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April-June Interim fee application of Woodcock Washburn(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review March fee application of Holme Roberts(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| MTH | Review correspondence from DW re Deloitte tax application | 0.10 | 36.00 |
| MTH | Review correspondence from LO re K&E fee application | 0.10 | 36.00 |
| **11/08/2010** | | | |
| MTH | Reviewing multiple correspondence from D. Fullem re four fee applications | 0.20 | 72.00 |
| MTH | Review correspondence from PB re Woodcock fee application | 0.10 | 36.00 |
| MTH | Reviewing correspondence from DW re BMC fee application | 0.10 | 36.00 |
| **11/09/2010** | | | |
| KH | Update Committee Fee Application Tracking Chart | 0.30 | 33.00 |
| **11/10/2010** | | | |
| MTH | Review correspondence from PB re Day Pitney fee application | 0.10 | 36.00 |
| **11/11/2010** | | | |
| KH | Review September fee application of K&E(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October fee application of Warren Smith(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review September fee application of Bilzin Sumberg(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April-June Interim fee application of Orrick Herrington(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April-June Interim fee application of Towers Watson(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| MTH | Review correspondence from TBB re Saul Ewing fee application | 0.10 | 36.00 |
| **11/12/2010** | | | |
| KCD | E-mails re: interim fee applications | 0.10 | 34.00 |
| KH | Review April-June Interim fee application of Lincoln Partners(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April-June Interim fee application of BMC Group(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July fee application of Deloitte Tax(.1); Update Grace Weekly | | |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review August fee application of Deloitte Tax(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Review June fee application of Deloitte Tax(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Review September fee application of Woodcock Washburn(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Review September fee application of Towers Watson(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Review April fee application of BMC Group(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Review June fee application of BMC Group(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Review July fee application of Warren Smith(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Review May fee application of BMC Group(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Review September fee application of Day Pitney(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Review November fee application of Protiviti(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Review July fee application of Steptoe & Johnson(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Review August fee application of Steptoe & Johnson(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Review September fee application of Steptoe & Johnson(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Prepare AKO July-September Interim Fee Application | | 0.90 | 99.00 |
| KH | Prepare Charter Oak July-September Interim fee application and e-mail to J. Sinclair for review and signature | | 0.90 | 99.00 |
| MTH | Discussion with KLH re interim fee applications | | 0.20 | 72.00 |
| MTH | Review correspondence from DS re Grace payments | | 0.10 | 36.00 |
| MTH | Correspondence to and from KCD re interim fee applications | | 0.10 | 36.00 |
| **11/15/2010** | | | | |
| KH | Finalize and e-file C&D July-September Interim fee application | | 0.30 | 33.00 |
| KH | Finalize and e-file AKO July-September Interim fee application | | 0.30 | 33.00 |
| KH | Finalize and e-file Charter Oak July-September Interim fee application | | 0.30 | 33.00 |
| KH | E-mail as filed July-September Interim fee applications to R. Finke | | 0.10 | 11.00 |
| KH | Review multiples e-mail from E. Benetos re: Interim Application(.2); Update C&D July-September Interim Fee Application(.4) | | 0.60 | 66.00 |
| MTH | Review correspondence from PB re Beveridge & Diamond fee app | | 0.10 | 36.00 |
| MTH | Review correspondence from PB re Kaye Scholer fee application | | 0.10 | 36.00 |
| **11/16/2010** | | | | |
| MTH | Review correspondence from K. Harvey (x3) re quarterly fee applications | | 0.20 | 72.00 |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | MTH | Reviewing correspondence from Y.S. re PWC fee application | 0.10 | 36.00 |
| | MTH | Review correspondence from DF re Orrick fee application | 0.10 | 36.00 |
| | MTH | Reviewing correspondence from DW re Blackstone fee application | 0.10 | 36.00 |
| **11/17/2010** | | | | |
| | MTH | Review correspondence from J. Magzamen re Stroock fee application | 0.10 | 36.00 |
| **11/18/2010** | | | | |
| | KH | Review September fee application of Saul Ewing(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review July-September Interim fee application of Hon. Alexander Sanders(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review July-September Interim fee application of Alan B. Rich(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | E-mails with E. Benetos re: October fee application | 0.20 | 22.00 |
| | MTH | Reviewing correspondence from TB re two CNO's on fee applications | 0.10 | 36.00 |
| | MTH | Review correspondence from PB re PSZJ fee application | 0.10 | 36.00 |
| **11/19/2010** | | | | |
| | KH | Review case docket for objections to C&D September fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| | KH | Review case docket for objections to AKO September fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| | KH | Review case docket for objections to Charter Oak September fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| | KH | Review July-September Interim fee application of Foley Hoag(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review July-September Interim fee application of Janet Baer(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review July-September Interim fee application of Reed Smith(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review July-September Interim fee application of Ferry Joseph & Pearce(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review July-September Interim fee application of Bilzin Sumberg(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review July-September Interim fee application of Day Pitney(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review July-September Interim fee application of Stroock(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review October fee application of Kaye Scholer(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review August fee application of Beveridge & Diamond(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | MTH | Review correspondence from DF re Lincoln CNO's | 0.10 | 36.00 |
| | MTH | Review correspondence from DW re amendment to K&E fee application | 0.10 | 36.00 |

Page: 5
W.R. Grace                                                                          11/30/2010
                                                        ACCOUNT NO:        3000-13D
                                                        STATEMENT NO:            99
Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | MTH | Review correspondence from TB re Kramer Levin CNO's | 0.10 | 36.00 |
|  | MTH | Reviewing and signing three CNO's for monthly fee applications (C&L, C&D, AKO & Charter Oak) | 0.30 | 108.00 |
| 11/22/2010 |  |  |  |  |
|  | MTH | Review correspondence from YS re PWC fee application | 0.10 | 36.00 |
| 11/23/2010 |  |  |  |  |
|  | MTH | Review correspondence from D.M. re Capstone fee application | 0.10 | 36.00 |
| 11/26/2010 |  |  |  |  |
|  | MTH | Reviewing correspondence from DF re Lincoln fee application | 0.10 | 36.00 |
|  | MTH | Reviewing correspondence from DF re Orrick fee application | 0.10 | 36.00 |
| 11/29/2010 |  |  |  |  |
|  | MTH | Review correspondence from D.M. re SSL fee application | 0.10 | 36.00 |
|  | MTH | Review correspondence from DP re Baer fee application | 0.10 | 36.00 |
| 11/30/2010 |  |  |  |  |
|  | MTH | Review correspondence from DF re CNO for Towers Watson | 0.10 | 36.00 |
|  | MTH | Review correspondence from J. Lord re Reed Smith fee app | 0.10 | 36.00 |
|  | MTH | Review correspondence from PB re fee application | 0.10 | 36.00 |
|  | MTH | Review correspondence from DW re KS fee application | 0.10 | 36.00 |
|  |  | FOR CURRENT SERVICES RENDERED | 20.60 | 3,427.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 4.00 | $360.00 | $1,440.00 |
| Kathleen Campbell Davis | 0.70 | 340.00 | 238.00 |
| Katherine Hemming | 15.90 | 110.00 | 1,749.00 |

|  |  |  |
|---|---|---|
| TOTAL CURRENT WORK |  | 3,427.00 |
| 11/15/2010 | Payment - Thank you.  (August, 2010 - 80% Fees) | -3,446.40 |
| BALANCE DUE |  | $14,083.30 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
11/30/2010
ACCOUNT NO:    3000-15D
STATEMENT NO:    114

Hearings

PREVIOUS BALANCE $5,924.85

| | | | HOURS | |
|---|---|---|---|---|
| 11/03/2010 | | | | |
| | MTH | Review correspondence from PVNL re omnibus hearing and response to same | 0.10 | 36.00 |
| 11/05/2010 | | | | |
| | MTH | Correspondence to PVNL and RH re hearing date | 0.10 | 36.00 |
| 11/16/2010 | | | | |
| | MTH | Reviewing correspondence from SC re order changing hearing date | 0.10 | 36.00 |
| 11/29/2010 | | | | |
| | MTH | Reviewing notice of revised omnibus hearing schedule for 2011 | 0.10 | 36.00 |
| | | FOR CURRENT SERVICES RENDERED | 0.40 | 144.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.40 | $360.00 | $144.00 |

TOTAL CURRENT WORK 144.00

| | | |
|---|---|---|
| 11/15/2010 | Payment - Thank you.  (August, 2010 - 80% Fees) | -172.80 |

BALANCE DUE $5,896.05

Page: 2

W.R. Grace

11/30/2010

ACCOUNT NO:      3000-15D
STATEMENT NO:           114

Hearings

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|                      |                |            |
|----------------------|----------------|------------|
|                      |                | Page: 1    |
| W.R. Grace           |                | 11/30/2010 |
| Wilmington  DE       | ACCOUNT NO:    | 3000-16D   |
|                      | STATEMENT NO:  | 99         |

Litigation and Litigation Consulting

| PREVIOUS BALANCE |  |  | -$2,601.00 |
|---|---|---|---|

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 11/05/2010 |  |  |  |  |
| MTH | Reviewing Order entered re Fresenius and Sealed Air Litigation | | 0.10 | 36.00 |
|  | FOR CURRENT SERVICES RENDERED | | 0.10 | 36.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.10 | $360.00 | $36.00 |

| TOTAL CURRENT WORK |  |  | 36.00 |
|---|---|---|---|

| CREDIT BALANCE |  |  | -$2,565.00 |
|---|---|---|---|

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
11/30/2010
ACCOUNT NO:    3000-17D
STATEMENT NO:    99

Plan and Disclosure Statement

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $3,574.80 |

| | | | HOURS | |
|---|---|---|---|---|
| 11/05/2010 | | | | |
| | MTH | Reviewing Order entered re Federal Insurance Settlement | 0.10 | 36.00 |
| 11/09/2010 | | | | |
| | MTH | Reviewing Debtors' Motion re settlement with Associated International Insurance Co. | 0.50 | 180.00 |
| 11/19/2010 | | | | |
| | MTH | Reviewing Debtors' Motion re settlement with CNA | 0.50 | 180.00 |
| | | FOR CURRENT SERVICES RENDERED | 1.10 | 396.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.10 | $360.00 | $396.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 396.00 |

| | | |
|---|---|---|
| 11/15/2010 | Payment - Thank you.  (August, 2010 - 80% Fees) | -1,089.60 |
| | BALANCE DUE | $2,881.20 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                11/30/2010
Wilmington  DE                                    ACCOUNT NO:        3000-18D
                                                  STATEMENT NO:            99

Relief from Stay Proceedings

PREVIOUS BALANCE                                                        -$250.50

CREDIT BALANCE                                                         -$250.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1

W.R. Grace                                                11/30/2010
Wilmington  DE                          ACCOUNT NO:        3000-20D
                                        STATEMENT NO:            98

Tax Litigation

PREVIOUS BALANCE                                            $468.80

BALANCE DUE                                                 $468.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                            11/30/2010
Wilmington  DE                                          ACCOUNT NO:          3000-21D
                                                        STATEMENT NO:               90

Travel-Non-Working

PREVIOUS BALANCE                                                              -$4.00

CREDIT BALANCE                                                                -$4.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 11/30/2010 |
| Wilmington  DE | ACCOUNT NO:        3000-22D |
|  | STATEMENT NO:              103 |

Valuation

| PREVIOUS BALANCE | $1,185.00 |
|---|---|
| BALANCE DUE | $1,185.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

| | |
|---|---|
| | Page: 1 |
| W.R. Grace | 11/30/2010 |
| Wilmington  DE | ACCOUNT NO:        3000-23D |
| | STATEMENT NO:              103 |

ZAI Science Trial

PREVIOUS BALANCE                                                              $1,203.30

BALANCE DUE                                                                     $1,203.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
11/30/2010
ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-02 Asset Disposition | | | | | |
| 51.70 | 0.00 | 0.00 | 0.00 | 0.00 | $51.70 |
| 3000-03 Business Operations | | | | | |
| 1,836.00 | 1,044.00 | 0.00 | 0.00 | 0.00 | $2,880.00 |
| 3000-04 Case Administration | | | | | |
| 1,156.87 | 345.50 | 0.00 | 0.00 | -376.40 | $1,125.97 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,465.60 | 0.00 | 0.00 | 0.00 | 0.00 | $2,465.60 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 1,093.50 | 144.00 | 0.00 | 0.00 | -28.80 | $1,208.70 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 16,540.04 | 4,409.50 | 0.00 | 0.00 | -4,110.80 | $16,838.74 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -373.90 | 0.00 | 0.00 | 0.00 | 0.00 | -$373.90 |
| 3000-09 Employee Applications, Applicant | | | | | |
| 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | $4.00 |
| 3000-10 Employment Applications, Others | | | | | |
| 902.70 | 0.00 | 0.00 | 0.00 | -115.20 | $787.50 |
| 3000-11 Expenses | | | | | |
| 4,836.35 | 0.00 | 935.51 | 0.00 | -1,648.77 | $4,123.09 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-12 Fee Applications, Applicant | | | | | |
| 3,816.20 | 883.00 | 0.00 | 0.00 | -945.60 | $3,753.60 |
| 3000-13 Fee Applications, Others | | | | | |
| 14,102.70 | 3,427.00 | 0.00 | 0.00 | -3,446.40 | $14,083.30 |
| 3000-15 Hearings | | | | | |
| 5,924.85 | 144.00 | 0.00 | 0.00 | -172.80 | $5,896.05 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -2,601.00 | 36.00 | 0.00 | 0.00 | 0.00 | -$2,565.00 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 3,574.80 | 396.00 | 0.00 | 0.00 | -1,089.60 | $2,881.20 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -250.50 | 0.00 | 0.00 | 0.00 | 0.00 | -$250.50 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| -4.00 | 0.00 | 0.00 | 0.00 | 0.00 | -$4.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 55,933.01 | 10,829.00 | 935.51 | 0.00 | -11,934.37 | $55,763.15 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.