# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

| | | |
|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| December 13, 2010 | INVOICE: | 240755 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

### PROFESSIONAL SERVICES through 11/30/10

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/01/10 | Draft and revise insurance policy data spreadsheets (1.30); Analysis of selected insurance policies re: loss payable issues, follow form to underlying policies issues, and other coverage issues (2.30). | W001 | GFF | 3.60 |
| 11/01/10 | Reviewed insurance policies re: updated "loss payable" and "follow form" provisions. | W001 | IF | 2.80 |
| 11/01/10 | Attention to insolvent claim prosecution. | W001 | MG | 3.20 |
| 11/01/10 | Attention to cash flow project. | W001 | MG | 3.20 |
| 11/01/10 | Attention to specific potential insurance company settlement agreement and draft analysis and recommendation for the Committee. (2.30). Attention to settlement agreement negotiations with another major insurance company. (2.00) | W001 | RMH | 4.30 |
| 11/01/10 | Work on preparation of final proposed settlement demands from insurance companies. | W001 | RYC | 0.90 |
| 11/02/10 | Reviewed insurance policies re: "follow form" and updated "loss payable" provisions. | W001 | IF | 2.20 |
| 11/02/10 | Attention to insolvent claim prosecution. | W001 | MG | 2.30 |
| 11/02/10 | Attention to cash flow project. | W001 | MG | 2.20 |
| 11/02/10 | Attention to settlement with insurance company counsel and respond to questions from Committee members (1.10). Attention to settlement with another major insurance company (1.00). | W001 | RMH | 2.10 |
| 11/03/10 | Begin reviewing time and expense entries. | W011 | AHP | 0.80 |
| 11/03/10 | Draft and revise insurance policy data spreadsheets. | W001 | GFF | 0.90 |

{D0193585.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                                                  EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| December 13, 2010 | | INVOICE: | | 240755 |
| MATTER: CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/03/10 | Reviewed insurance policies re: updated "follow form", and "loss payable" provisions. | W001 | IF | 2.60 |
| 11/03/10 | Attention to insolvent claim prosecution. | W001 | MG | 1.80 |
| 11/03/10 | Attention to cash flow project. | W001 | MG | 2.40 |
| 11/03/10 | Attention to approval motion and order for Associated International settlement (1.00). Attention to settlement with major insurance company (.80). | W001 | RMH | 1.80 |
| 11/03/10 | Revise analysis and review history of proposed settlement demands from insurance companies. | W001 | RYC | 2.00 |
| 11/04/10 | Continue reviewing time and expense entries and request additional backup. | W011 | AHP | 2.20 |
| 11/04/10 | Analysis of selected insurance policies re: "follow form" to London policies issues, "loss payable" issues and other coverage issues (2.80); draft and revise insurance policy data spreadsheets (.40). | W001 | GFF | 3.20 |
| 11/04/10 | Reviewed insurance policies re: "follow form", and "loss payable" updated language. | W001 | IF | 2.20 |
| 11/04/10 | Attention to insolvent claim prosecution. | W001 | MG | 2.20 |
| 11/04/10 | Attention to cash flow project. | W001 | MG | 4.20 |
| 11/04/10 | Attention to motion and order re: settlement with major insurance company. | W001 | RMH | 1.20 |
| 11/04/10 | Revise analysis and review recovery potential from existing coverage in place agreements. | W001 | RYC | 2.80 |
| 11/05/10 | Draft and revise insurance policy data spreadsheets. | W001 | GFF | 0.70 |
| 11/05/10 | Reviewed insurance policies and spreadsheets re: updated "loss payable" and "follow form" provisions. | W001 | IF | 1.40 |
| 11/05/10 | Attention to info requests for settlement negotiations. | W001 | MG | 1.40 |
| 11/05/10 | Attention to insolvent claim prosecution. | W001 | MG | 1.80 |
| 11/05/10 | Attention to form of motion and proposed order approving the settlement with Associated International. | W001 | RMH | 0.80 |

{D0193585.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                           EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 3

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| December 13, 2010 | | INVOICE: | | 240755 |
| MATTER: CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/08/10 | Analysis of selected insurance policies re: follow form to London issues and "loss payable" issues (1.80); draft and revise insurance policy data spreadsheets (.60). | W001 | GFF | 2.40 |
| 11/08/10 | Reviewed insurance policies re: updating "loss payable" and "follow form language." | W001 | IF | 2.20 |
| 11/08/10 | Attention to cash flow project. | W001 | MG | 2.60 |
| 11/08/10 | Attention to insolvent claim prosecution. | W001 | MG | 2.20 |
| 11/08/10 | Attention to settlement negotiations with major insurance company. | W001 | RMH | 4.70 |
| 11/08/10 | Analysis and review of final recovery efforts from outstanding available insurance coverage. | W001 | RYC | 1.20 |
| 11/09/10 | Review changes and make additional revisions. | W011 | AHP | 1.20 |
| 11/09/10 | Draft and revise insurance policy data spreadsheets (.70); analysis of selected insurance policies re: follow form to underlying policy issues, loss payable issues and other coverage issues (2.10). | W001 | GFF | 2.80 |
| 11/09/10 | Revised spreadsheet re: "loss payable" and "follow form." | W001 | IF | 2.20 |
| 11/09/10 | Attention to cash flow project. | W001 | MG | 2.70 |
| 11/09/10 | Attention to insolvent claim prosecution. | W001 | MG | 1.40 |
| 11/09/10 | Attention to settlement discussions with major insurance company. | W001 | RMH | 2.30 |
| 11/09/10 | Attention to follow-up allocation and exhaustion analysis regarding remaining insurance companies. | W001 | RYC | 1.70 |
| 11/10/10 | Analysis of selected insurance policies re: loss payable and follow form to underlying insurance issues. | W001 | GFF | 1.30 |
| 11/10/10 | Revised spreadsheet re: updating "loss payable" and "follow form" clauses. | W001 | IF | 2.30 |
| 11/10/10 | Attention to cash flow project. | W001 | MG | 2.40 |
| 11/10/10 | Attention to insolvent claim prosecution. | W001 | MG | 1.30 |

{D0193585.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                           EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 4

| | | | |
|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
| December 13, 2010 | | INVOICE: | 240755 |
| MATTER:  CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/10/10 | Draft analysis for committee regarding settlement with major insurance company (4.30). Conference with FCR counsel regarding potential plan changes (1.30). | W001 | RMH | 5.60 |
| 11/10/10 | Prepare follow-up letters in connection with settlement discussions with various insurance carriers. | W001 | RYC | 1.50 |
| 11/11/10 | Finalize and release time and expense entries. | W011 | AHP | 1.20 |
| 11/11/10 | Attention to insurance data spreadsheets and charts (.30); draft and revise insurance policy data spreadsheets (1.70); analysis of selected insurance policies re: loss payable and follow form issues and other coverage issues (2.10). | W001 | GFF | 4.10 |
| 11/11/10 | Reviewed insurance policies re: "follow form" and updated "loss payable" language. | W001 | IF | 2.90 |
| 11/11/10 | Draft further memo to committee regarding settlement with major insurance company (3.30). Contact non-settling insurance companies to revisit participation in settlement agreements (1.30). Attention to additional receipts collected from Transit Insurance Company (0.60). | W001 | RMH | 5.20 |
| 11/11/10 | Prepare follow-up letters in connection with outstanding coverage in place insurance companies. | W001 | RYC | 2.30 |
| 11/11/10 | Review and comment upon interim fee application. | W011 | RYC | 0.50 |
| 11/12/10 | Draft and revise insurance policy data spreadsheets. | W001 | GFF | 0.80 |
| 11/12/10 | Reviewed insurance policies re: "follow form" and updated "loss payable" provisions. | W001 | IF | 2.80 |
| 11/12/10 | Draft correspondence to numerous insurance companies seeking to convert insurance coverage reimbursement agreements into lump sum cash out payments. | W001 | RMH | 1.80 |
| 11/12/10 | Research and analysis in connection with settlement demand analysis with coverage in place insurance companies (2.80). Revise letters to non-settling insurance companies (.90). | W001 | RYC | 3.70 |

{D0193585.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                            EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 5

| | | | |
|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
| December 13, 2010 | | INVOICE: | 240755 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/15/10 | Reviewed insurance policies and spreadsheets re: updated "loss payable" and "follow form" clause. | W001 | IF | 2.30 |
| 11/15/10 | Attention to insolvent claim prosecution. | W001 | MG | 2.60 |
| 11/15/10 | Attention to cash flow project. | W001 | MG | 2.00 |
| 11/15/10 | Attention to significant settlement agreement (1.00). Attention to settlement agreement with another insurance company (0.60). Attention to potential conversion of insurance coverage reimbursement agreement to lump sum payments (1.00). | W001 | RMH | 2.60 |
| 11/15/10 | Review and analysis in connection with non-settled insurance coverage for coverage-in-place agreements and solvent and insolvent insurance companies. | W001 | RYC | 2.70 |
| 11/16/10 | Attention to cash flow project. | W001 | MG | 3.10 |
| 11/16/10 | Attention to insolvent claim prosecution. | W001 | MG | 1.40 |
| 11/16/10 | Attention to significant settlement agreement (2.40). Attention to another insurance company settlement agreement (0.50). | W001 | RMH | 2.90 |
| 11/16/10 | Follow-up regarding inquiries in connection with outstanding settlement demands and analysis of potential follow-up. | W001 | RYC | 1.80 |
| 11/17/10 | Draft and revise insurance policy data spreadsheets (.70); Analysis of selected insurance policies re: follow form to London related insurance issues, loss payable issues and other coverage issues (2.10). | W001 | GFF | 2.80 |
| 11/17/10 | Review information re: insolvent unsettled insurance companies status. | W001 | IF | 1.20 |
| 11/17/10 | Revised spreadsheet re: updating "loss payable" and "follow form" clauses. | W001 | IF | 2.10 |
| 11/17/10 | Attention to cash flow project. | W001 | MG | 3.60 |
| 11/17/10 | Attention to insolvent claim prosecution. | W001 | MG | 1.20 |

{D0193585.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 6

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| December 13, 2010 | | INVOICE: | | 240755 |
| MATTER: CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/17/10 | Attention to non-settling insurance companies (0.80). Attention to potential settlement with another insurance company (1.00). Attention to settlement with significant insurance company (1.00). | W001 | RMH | 2.80 |
| 11/17/10 | Prepare letters in connection with continuing settlement discussions with coverage-in-place insurance companies (.80). Review allocation analysis in connection with remaining solvent insurance companies (2.60). | W001 | RYC | 3.40 |
| 11/18/10 | Review of monitoring chart and communication re: same. | W011 | AHP | 0.60 |
| 11/18/10 | Reviewed insurance policies re: updated "loss payable" and "follow form" clauses. | W001 | IF | 1.60 |
| 11/18/10 | Attention to cash flow project. | W001 | MG | 3.30 |
| 11/18/10 | Attention to insolvent claim prosecution. | W001 | MG | 2.20 |
| 11/18/10 | Attention to motion to approve $84 million settlement (2.10). Communicate with claimants regarding same (0.40). Contact remaining insurance companies (1.40). Attention to settlement agreement with another insurance company (0.30). | W001 | RMH | 4.20 |
| 11/18/10 | Analysis in connection with potential settlements in connection with reimbursement agreements and respond to issues raised by plan proponents. | W001 | RYC | 2.30 |
| 11/19/10 | Attention to insolvent claim prosecution. | W001 | MG | 2.10 |
| 11/19/10 | Attention to cash flow project | W001 | MG | 3.70 |
| 11/19/10 | Attention to changes to Exhibits 5 and 6 (.90). Attention to settlement with another insurance company (0.70). | W001 | RMH | 1.60 |
| 11/19/10 | Follow-up regarding inquiries in connection with settlement demand analysis and payment schedules. | W001 | RYC | 2.50 |
| 11/20/10 | Research liquidation law in anticipation of opposition brief of Integrity Liquidator to motion to overrule the Special Master's ruling. | W001 | RYC | 1.40 |

{D0193585.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                               EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 7

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| December 13, 2010 | | INVOICE: | | 240755 |
| MATTER:  CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/22/10 | Review and revise Plan Exhibits 5 and 6 (1.80); analysis of selected insurance policies re: related documents for use in Exhibits 5 and 6 revision (1.90). | W001 | GFF | 3.70 |
| 11/22/10 | Assisted with necessary revisions and edits to Reorganization Plan Exhibits 5 and 6. | W001 | HEG | 3.90 |
| 11/22/10 | Reviewed and updated Exhibits 5 and 6 to Confirmation Plan. | W001 | IF | 2.10 |
| 11/22/10 | Reviewed insurance policy re: "asbestos exclusion" and "availability of coverage for asbestos claims". | W001 | IF | 1.10 |
| 11/22/10 | Attention to insolvent claim prosecution. | W001 | MG | 2.60 |
| 11/22/10 | Confer with FCR counsel regarding potentially converting insurance reimbursement agreements into lump sum payments (.80).  Attention to updating attachments 5 and 6 to proposed Plan (1.30). | W001 | RMH | 2.10 |
| 11/22/10 | Meeting with future claims representative regarding settlement strategy and follow-up preparation of related correspondence (2.50). Analysis in connection with issues related to allocation of reimbursement agreements with insurance companies (2.30). | W001 | RYC | 4.80 |
| 11/23/10 | Analysis of selected insurance policies re: follow form issues, "loss payable" issues, and other coverage issues. | W001 | GFF | 1.30 |
| 11/23/10 | Continued edits and revisions to Reorganization Plan Exhibits 5 and 6. | W001 | HEG | 2.20 |
| 11/23/10 | Continued to review and update information re: Confirmation Plan Exhibit 5 language and changes. | W001 | IF | 1.40 |
| 11/23/10 | Attention to insolvent claim prosecution. | W001 | MG | 2.70 |
| 11/23/10 | Attention to finalizing Exhibits 5 and 6 to the Plan (0.80).  Attention to proposed settlement (.90). | W001 | RMH | 1.70 |
| 11/23/10 | Emails and follow-up revisions of final settlement strategies with insurance companies (2.30). Review analysis in connection with settlement progress with non-responsive insurance companies (0.60). | W001 | RYC | 2.90 |

{D0193585.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:    100055.WRG01

December 13, 2010                                  INVOICE:         240755

MATTER: CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/24/10 | Draft and revise insurance policy data spreadsheets. | W001 | GFF | 1.70 |
| 11/24/10 | Reviewed insurance policies re: "follow form" and updated "loss payable" clauses. | W001 | IF | 1.90 |
| 11/24/10 | Review communication from Pawlak forwarding Integrity Liquidator's opposition brief (.20); prepare communication to R. Chung re same (.30). | W001 | KES | 0.50 |
| 11/24/10 | Attention to settlement and draft report to the Committee regarding same (2.80). Review motion to approve settlement and proposed order (.90). Attention to providing lump sum payment demands on insurance companies signing off on insurance coverage reimbursement agreements (1.00). Attention to calculations of expected rate of submissions to the Trust and communicate with Dr. Peterson regarding same (0.20). | W001 | RMH | 4.90 |
| 11/24/10 | Analysis and prepare reply to Integrity's objection to motion opposition of Special Master's ruling (3.30). Attention to proposed settlement follow-up issues (0.70). | W001 | RYC | 4.00 |
| 11/27/10 | Research and analysis in connection with Integrity Liquidator's opposition brief. | W001 | RYC | 2.80 |
| 11/28/10 | Prepare reply brief opposing Integrity Special Master's Determination. | W001 | KES | 5.80 |
| 11/28/10 | Research and analysis in connection with reply brief challenging decision of Special Master Meehan in Integrity Liquidation matter. | W001 | RYC | 3.20 |
| 11/29/10 | Draft and revise insurance policy data spreadsheets (.70); analysis of selected insurance policies re: follow form to London policy issues, "loss payable" issues, and other coverage issues (1.60). | W001 | GFF | 2.30 |

{D0193585.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

W.R. GRACE/CLAIMANTS COMMITTEE                             MATTER:        100055.WRG01

December 13, 2010                                          INVOICE:           240755

MATTER:  CLAIMANTS COMMITTEE                               ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/29/10 | Contact court chambers to confirm motion schedule re: Integrity (.10); revise and update reply brief (.90); email attorneys re: court scheduling (.10); contact court to request oral argument (.10); update and revise reply brief per attorney comments (1.40); prepare reply brief for filing (.50). | W001 | KES | 3.10 |
| 11/29/10 | Research re: bankruptcy code in context of insolvency statutes (.80); research, revise and finalize reply brief challenging decision of Special Master Meehan in Integrity Liquidation matter (5.40). | W001 | RYC | 6.20 |
| 11/29/10 | Review and analyze cases describing the effect of McCann-Ferguson on bankruptcy cases (1.10); review McCann-Ferguson and cases analyzing same (1.10). | W001 | TED | 2.20 |
| 11/30/10 | Draft and revise insurance policy data spreadsheets. | W001 | GFF | 0.70 |
| 11/30/10 | Attention to response to insolvent insurance company information request. | W001 | MG | 3.10 |
| 11/30/10 | Review insurance coverage issues in connection with revised Plan of Reorganization (.40); Follow-up research and analysis re: bankruptcy versus insolvency statutes (2.80). | W001 | RYC | 3.20 |

**TOTAL FEES:**                                                              **$150,094.50**

{D0193585.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

W.R. GRACE/CLAIMANTS COMMITTEE                     MATTER:         100055.WRG01

December 13, 2010                                   INVOICE:            240755

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

**FEE SUMMARY**

|  | RATE | HOURS | TOTALS |
|---|---:|---:|---:|
| Arline H Pelton | 240.00 | 6.00 | 1,440.00 |
| Glenn F Fields | 330.00 | 32.30 | 10,659.00 |
| Harris E Gershman | 265.00 | 6.10 | 1,616.50 |
| Izak Feldgreber | 285.00 | 37.30 | 10,630.50 |
| Kenneth E. Sharperson | 495.00 | 9.40 | 4,653.00 |
| Mark Garbowski | 565.00 | 70.90 | 40,058.50 |
| Robert M Horkovich | 875.00 | 52.60 | 46,025.00 |
| Robert Y Chung | 585.00 | 57.80 | 33,813.00 |
| Todd E. Duffy | 545.00 | 2.20 | 1,199.00 |
| **TOTAL FEES:** | | | **$150,094.50** |

{D0193585.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 11

W.R. GRACE/CLAIMANTS COMMITTEE                         MATTER:        100055.WRG01

December 13, 2010                                                          INVOICE:           240755

MATTER: CLAIMANTS COMMITTEE                                        ROBERT M. HORKOVICH

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

**ACTIVITY CODE: W001    Asset Analysis and Recovery**

|  | HOURS | TOTALS |
|---|---|---|
| Glenn F Fields | 32.30 | 10,659.00 |
| Harris E Gershman | 6.10 | 1,616.50 |
| Izak Feldgreber | 37.30 | 10,630.50 |
| Kenneth E. Sharperson | 9.40 | 4,653.00 |
| Mark Garbowski | 70.90 | 40,058.50 |
| Robert M Horkovich | 52.60 | 46,025.00 |
| Robert Y Chung | 57.30 | 33,520.50 |
| Todd E. Duffy | 2.20 | 1,199.00 |
| **TOTAL:** | **268.10** | **$148,362.00** |

**ACTIVITY CODE: W011    Fee Applications (Applicant)**

|  | HOURS | TOTALS |
|---|---|---|
| Arline H Pelton | 6.00 | 1,440.00 |
| Robert Y Chung | 0.50 | 292.50 |
| **TOTAL:** | **6.50** | **$1,732.50** |

{D0193585.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 12

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:    100055.WRG01

December 13, 2010                                 INVOICE:   240755

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

**COSTS through 11/30/10**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 10/27/10 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 728349353 Tracking Number: 796386908093 Reference: 100055 wrg01 02 594  Billing Note:  From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Ira Revich, Esq, Charlston, Revich & Wollitz LL, 19 25 Century Park E Ste 1250, LOS ANGELES, CA, 9 0067, US | E107 | 12.99 |
| 10/29/10 | AIRFREIGHT FedEx#: 1540-4201-6 Invoice: 728313341 Tracking Number: 796395668176 Reference: 100055 WRG01 05 134     Billing Note:   From: Kenneth E Sharperson, Anderson Kill & Olick, PC, One Gateway Center, NEWARK, NJ, 07102, US To: DAVID P WOOLSEY , NJ DEPT OF BANKING AND INSURA, 20 W STATE STREET, TRENTON, NJ, 08625, US | E107 | 17.65 |
| 11/11/10 | FILING OR WITNESS FEES - VENDOR: ADMINISTRATIVE OFFICE OF PA COURTS Collateral account | E125 | 30.00 |
| 11/11/10 | MESSENGER SERVICE -  VENDOR: UNITED CAPITAL FUNDING CORP. Courier service | E125 | 183.50 |

**TOTAL COSTS:**                                                **$244.14**

{D0193585.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                                        EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 13

W.R. GRACE/CLAIMANTS COMMITTEE                              MATTER:        100055.WRG01

December 13, 2010                                                             INVOICE:             240755

MATTER:  CLAIMANTS COMMITTEE                                         ROBERT M. HORKOVICH

| WORK | DESCRIPTION | AMOUNT |
|---|---|---:|
| AF | AIRFREIGHT | 30.64 |
| FE | FILING OR WITNESS FEES | 30.00 |
| MR | MESSENGER SERVICE | 183.50 |
|  | **TOTAL COSTS:** | **$244.14** |
|  | **TOTAL DUE:** | **$150,338.64** |

{D0193585.1 }