# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 1

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:     100055.WRG01 |
| January 13, 2011 | INVOICE:          240993 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

## PROFESSIONAL SERVICES through 12/31/10

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/01/10 | Reviewed insurance policies re:  updated "follow form," "aggregate limits" and "loss payable" provisions. | W001 | IF | 1.10 |
| 12/01/10 | Handle issues re: preparation for hearing re: objection to Special Master determination. | W001 | KES | 0.60 |
| 12/01/10 | Attention to insolvent company information requests. | W001 | MG | 2.30 |
| 12/01/10 | Attention to cash flow project. | W001 | MG | 3.60 |
| 12/01/10 | Communicate with a potentially settling insurance company (1.00).  Attention to adjustments to plan (.40).  Preparation to argue Integrity appeal (.50). | W001 | RMH | 1.90 |
| 12/01/10 | Preparation for oral argument issues in connection with Integrity objection to Special Master's ruling. | W001 | RYC | 1.50 |
| 12/02/10 | Draft and revise insurance policy data spreadsheets (1.60); Analysis of selected insurance policies re: follow form to London issues, loss payable issues, and other coverage issues (1.60). | W001 | GFF | 3.20 |
| 12/02/10 | Reviewed information for reply to Midland's request for information. | W001 | IF | 1.10 |
| 12/02/10 | Reviewed insurance policies re: updated "aggregate limits," "follow form" and "loss payable" clauses. | W001 | IF | 1.20 |
| 12/02/10 | Prepare for hearing (3.20); review bankruptcy docket to determine whether Liquidator filed relief from the stay (.40). | W001 | KES | 3.60 |
| 12/02/10 | Attention to insolvent company information requests. | W001 | MG | 3.30 |
| 12/02/10 | Attention to cash flow project. | W001 | MG | 3.80 |

{D0195332.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                  **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

January 13, 2011                                   INVOICE:        240993

MATTER: CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/02/10 | Attention to settlement letters (1.00). Preparation for argument in New Jersey Superior Court regarding $18 million Integrity claim (3.10). | W001 | RMH | 4.10 |
| 12/02/10 | Follow-up regarding preparation for hearing before Superior Court in Integrity Liquidation matter (1.80). Review and analysis of issues relating to reverse preemption in connection with insurance insolvencies (2.30). | W001 | RYC | 4.10 |
| 12/02/10 | Draft email to R. Horkovich re: additional thoughts on limitations applications of certain federal regulations in bankruptcy cases. | W001 | TED | 1.10 |
| 12/03/10 | Analysis of selected insurance policies re: "follow form" to London issues, loss payable issues and other coverage issues (2.80); draft and revise insurance policy data spreadsheets (.60). | W001 | GFF | 3.40 |
| 12/03/10 | Reviewed information and letter to Midland re: "asbestos claims." | W001 | IF | 0.90 |
| 12/03/10 | Reviewed insurance policies re: "aggregate limits," "follow form" and updated "loss payable" provisions. | W001 | IF | 2.10 |
| 12/03/10 | Prepare for and argue motion objecting to special Master's Determination (6.00); follow up from hearing re: evidence submitted to Liquidator re: claimants identification (1.60). | W001 | KES | 7.60 |
| 12/03/10 | Attention to cash flow project. | W001 | MG | 1.60 |
| 12/03/10 | Attention to insolvent company information requests. | W001 | MG | 6.60 |
| 12/03/10 | Hearing in Hackensack, New Jersey before Superior Court Judge Robert Wilson regarding objection to Special Master's finding regarding our $18 million claim in the Integrity estate (2.20). Prepare for argument (3.80).  Report to Debtor and FCR regarding same (1.20). Attention to Swiss Re settlement (.80). Transmit settlement letters to insurance companies (.90).  Confer with insurance company counsel (.50). | W001 | RMH | 9.40 |

{D0195332.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:      100055.WRG01

January 13, 2011                              INVOICE:         240993

MATTER: CLAIMANTS COMMITTEE                   ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 12/03/10 | Provide research and support in connection with inquiries prior to Integrity Liquidation oral argument (1.90). Follow-up regarding issues and strategy in connection with trial court review of objection to Integrity Special Master's decision (2.20). Review and analysis in connection with settlement follow-up issues and concerns (.70). | W001 | RYC | 4.80 |
| 12/06/10 | Begin reviewing and revising time and expense entries. | W011 | AHP | 1.60 |
| 12/06/10 | Draft and revise insurance policy data spreadsheets (.70); analysis of selected insurance policies re: follow form issues, "loss payable" issues and other coverage issues (2.10). | W001 | GFF | 2.80 |
| 12/06/10 | Reviewed insurance policies re: "follow form," updated "aggregate limits" and "loss payable" clauses. | W001 | IF | 1.90 |
| 12/06/10 | Reviewed settlement demand information. | W001 | IF | 0.80 |
| 12/06/10 | Review claimant data chart to determine whether individual claims can be submitted to Liquidator (.80); prepare communication to R. Horkovich and R. Chung re: same (.10). | W001 | KES | 0.90 |
| 12/06/10 | Attention to responses to multiple insurance company requests for information. | W001 | MG | 2.40 |
| 12/06/10 | Review and analysis in connection with settlement discussions with specific insurance company regarding allocation and exhaustion issues (1.20). Review and analysis in connection with settlement discussions with specific insurance company request for underlying analysis (1.60). | W001 | RYC | 2.80 |
| 12/07/10 | Continue reviewing and revising time and expense entries. | W011 | AHP | 1.40 |
| 12/07/10 | Reviewed insurance policies re: updated "follow form," "aggregate limits" and "loss payable" language. | W001 | IF | 1.40 |
| 12/07/10 | Attention to insolvent company information requests (1.90); draft and finalize letter re: same (.30). | W001 | MG | 2.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:      100055.WRG01

January 13, 2011                              INVOICE:          240993

MATTER: CLAIMANTS COMMITTEE                   ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/07/10 | Research and analysis in connection with inquiries from settlement discussions relating to coverage in place agreements. | W001 | RYC | 2.80 |
| 12/08/10 | Reviewed insurance policies re: updated "follow form," "products/completed operations aggregate limit" and "loss payable" wording. | W001 | IF | 2.10 |
| 12/08/10 | Review and respond to email from R. Horkovich re: amount of pending claims (.20); prepare communication to M. Garbowski re: same (.10); review response from M. Garbowski (.10). | W001 | KES | 0.40 |
| 12/08/10 | Respond to request for information from K. Sharperson at hearing. | W001 | MG | 1.80 |
| 12/08/10 | Follow-up research and analysis in connection with inquiries from settlement discussions relating to coverage in place agreements. | W001 | RYC | 2.20 |
| 12/09/10 | Review revised draft fee application (.60); additional revisions to draft (.60). | W011 | AHP | 1.20 |
| 12/09/10 | Draft and revise insurance policy data spreadsheets (.40); analysis of selected insurance policies re: follow form issues, "loss payable" issues and other coverage issues (2.40). | W001 | GFF | 2.80 |
| 12/09/10 | Reviewed insurance policies re: updating "loss payable," "aggregate limits" and "follow form" provisions. | W001 | IF | 3.40 |
| 12/09/10 | Review and analysis of issues relating to settlement discussion matters including allocation and underlying assumptions. | W001 | RYC | 1.90 |
| 12/10/10 | Reviewed insurance policies re: updated "follow form," "products/completed operations aggregate limits" and "loss payable" wording. | W001 | IF | 2.40 |
| 12/10/10 | Attention to insolvent company information requests. | W001 | MG | 1.00 |
| 12/10/10 | Prepare analysis of issues relating to settlement discussion matters including allocation and underlying assumptions. | W001 | RYC | 1.20 |
| 12/13/10 | Review and revise final changes to fee application (1.20); finalize and release (1.20). | W011 | AHP | 2.40 |

{D0195332.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                     **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

January 13, 2011                                  INVOICE:        240993

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/13/10 | Reviewed proposed adjustments to Trust Plan Exhibit 6. | W001 | HEG | 2.20 |
| 12/13/10 | Reviewed insurance policies re:  new "follow form", "products completed operations coverage aggregate limits" and "loss payable" clauses. | W001 | IF | 2.20 |
| 12/13/10 | Reviewed information in Plan re: updated Exhibits 5 and 6 and Schedules 2-4. | W001 | IF | 0.90 |
| 12/13/10 | Attention to responses to insurance company information requests. | W001 | MG | 2.20 |
| 12/13/10 | Hearing before Judge Fitzgerald (1.50). Settlement negotiations with an insurance company (1.00). | W001 | RMH | 2.50 |
| 12/13/10 | Review and comment upon fee application. | W011 | RYC | 0.60 |
| 12/13/10 | Research and analysis regarding settlement discussion recently raised by counsel for certain insurance companies. | W001 | RYC | 1.80 |
| 12/14/10 | Analysis of selected insurance policies re: follow form issues, non-cumulation issues and other coverage issues (2.40); draft and revise insurance policy data spreadsheets (.70). | W001 | GFF | 3.10 |
| 12/14/10 | Reviewed insurance policies re:  updating "follow form," "products completed operations coverage aggregate limits" and "loss payable" provisions. | W001 | IF | 2.10 |
| 12/14/10 | Reviewed information to be provided to London Market Company attorneys re: stream of billing for underlying insurance companies. | W001 | IF | 0.40 |
| 12/14/10 | Attention to responses to insurance company information requests. | W001 | MG | 7.20 |
| 12/14/10 | Attention to providing follow-up information to insurance companies considering settlement. | W001 | RMH | 1.20 |
| 12/14/10 | Review and analysis in connection with settlement discussions with various carriers in connection with exhaustion of claims. | W001 | RYC | 1.30 |
| 12/15/10 | Analysis of selected insurance policies re: follow form issues, non-cumulation issues and other coverage issues (2.20); draft and revise insurance policy data spreadsheets (.90). | W001 | GFF | 3.10 |

{D0195332.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:    100055.WRG01

January 13, 2011                              INVOICE:      240993

MATTER: CLAIMANTS COMMITTEE                   ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 12/15/10 | Reviewed insurance policies re:  updated "follow form," "products completed operations coverage limits" and "loss payable" language. | W001 | IF | 1.90 |
| 12/15/10 | Reviewed information to be provided to London Market Company attorneys re: stream of billing for underlying insurance companies. | W001 | IF | 1.70 |
| 12/15/10 | Review opinion re: objection to NODs (.60); determine appellate procedures and call court to determine date Order was filed with court (.60); prepare memorandum re: same (.90). | W001 | KES | 2.10 |
| 12/15/10 | Attention to responses to insurance company information requests (4.60); prepare new summary sheet set re: same (3.50). | W001 | MG | 8.10 |
| 12/15/10 | Attention to responding to questions from insurance companies interested in settlement. | W001 | RMH | 1.00 |
| 12/15/10 | Review and analysis in connection with opinion issued by Integrity Liquidation Court regarding disallowance of claim (1.40); Review and evaluate settlement discussion status and outstanding issues (2.00). | W001 | RYC | 3.40 |
| 12/16/10 | Review newly received documents and update monitoring chart. | W011 | AHP | 0.90 |
| 12/16/10 | Reviewed insurance policies re: updated "follow form," products coverage limits" and "loss payable" clauses. | W001 | IF | 2.10 |
| 12/16/10 | Reviewed Plan Exhibit 6, Schedules 2-4 for updating. | W001 | IF | 1.20 |
| 12/16/10 | Follow up with IT Department re: utilization of database to prove non-contingent claims in Integrity liquidation (.30); emails to R. Horkovich and R. Chung re: same (.20); correspond with M. Garbowski re: claimants database (.10). | W001 | KES | 0.60 |
| 12/16/10 | Attention to Plan amendments in connection with insurance settlement and assignment matters (1.00). Follow-up regarding outstanding settlement discussion issues with all non-settling insurance companies (2.70). | W001 | RYC | 3.70 |

{D0195332.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

January 13, 2011                                  INVOICE:         240993

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/17/10 | Analysis of selected insurance policies re: follow form issues, loss payable issues and other coverage issues (2.20); draft and revise insurance policy data spreadsheets (.70). | W001 | GFF | 2.90 |
| 12/17/10 | Continued research and discuss Trust plan Exhibit 5 and 6 update issues. | W001 | HEG | 2.20 |
| 12/17/10 | Reviewed Confirmation Plan Exhibits 6, Schedules 2-4 for updates and forward preliminary information to Peri Mahaley. | W001 | IF | 2.90 |
| 12/17/10 | Reviewed insurance policies re:  updated "follow form", "products hazard coverage limits" and "loss payable" language. | W001 | IF | 1.20 |
| 12/17/10 | Finalize settlement discussion letters to unsettled insurance carriers (2.90); Follow-up regarding Plan amendment issues (.50). | W001 | RYC | 3.40 |
| 12/20/10 | Analysis of selected insurance policies re: follow form issues, exclusions, loss payable issues, and other coverage issues (.80); draft and revise insurance policy data spreadsheets (.60). | W001 | GFF | 1.40 |
| 12/20/10 | Reviewed insurance policies re: updated "aggregate products limits," "follow form" and "loss payable" clauses. | W001 | IF | 2.40 |
| 12/20/10 | Attention to payment stream analysis. | W001 | MG | 2.20 |
| 12/20/10 | Hearing with Judge Fitzgerald. | W001 | RMH | 0.40 |
| 12/20/10 | Review and evaluate potential pleadings and actions for insurance coverage recovery and post-confirmation. | W001 | RYC | 2.40 |
| 12/21/10 | Analysis of selected insurance policies re: follow form to London issues, loss payable issues, and other coverage issues (2.20); Analysis of selected insurance policies (.40). | W001 | GFF | 2.60 |
| 12/21/10 | Confer with IT department re: access database to show pending claims as of bankruptcy to submit to Liquidator (.40); communication with M. Garbowski re: same (.30). | W001 | KES | 0.70 |
| 12/21/10 | Attention to payment stream analysis. | W001 | MG | 4.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

January 13, 2011                                  INVOICE:          240993

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/21/10 | Attention to Mark Peterson's further analysis of likely claims experience by the Trust. | W001 | RMH | 0.30 |
| 12/22/10 | Attention to payment stream analysis. | W001 | MG | 2.60 |
| 12/22/10 | Attention to pre-petition claims data supporting claim against Integrity. | W001 | RMH | 1.00 |
| 12/22/10 | Follow-up review and evaluation of strategy and pleadings for pursuit of insurance coverage post-plan confirmation. | W001 | RYC | 2.30 |
| 12/23/10 | Draft and revise insurance policy data spreadsheets (.80); analysis of selected insurance policies re: limits, voluntary payments and consent to settle issues (2.80). | W001 | GFF | 3.60 |
| 12/23/10 | Attention to payment stream analysis. | W001 | MG | 3.90 |
| 12/23/10 | Organization of case materials and forward to records department. | W001 | NJB | 1.50 |
| 12/23/10 | Review and analysis regarding status of insurance matters set forth in Plan Documents (.80); Review and analysis in connection with follow-up research in response to oral argument regarding Integrity disallowance of claim (1.80). | W001 | RYC | 2.60 |
| 12/27/10 | Revise analysis for pursuit of insurance coverage post-plan confirmation. | W001 | RYC | 2.60 |
| 12/28/10 | Analysis of selected insurance policies re: follow form issues, loss payable and voluntary payments issues, consent to settle issues and other coverage issues (2.90); draft and revise insurance policy data spreadsheets (.70). | W001 | GFF | 3.60 |
| 12/28/10 | Communicate with Mark Peterson regarding projections regarding Trust payments. | W001 | RMH | 0.80 |
| 12/28/10 | Attention to correspondence with insurance companies regarding potential settlement discussion logistics. | W001 | RYC | 1.90 |
| 12/29/10 | Review PACER Docket re: application submissions, obtain relevant documents and communication re: same. | W011 | AHP | 1.30 |

{D0195332.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                       **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

January 13, 2011                                  INVOICE:        240993

MATTER: CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 12/29/10 | Analysis of selected insurance policies re: follow form, loss payable issues, "voluntary payments" and other coverage issues (1.90); draft and revise insurance policy data spreadsheets (.40). | W001 | GFF | 2.30 |
| 12/29/10 | Communication with Mark Peterson regarding projections of Trust payments. | W001 | RMH | 1.00 |
| 12/29/10 | Attention to settlement discussion issues post-confirmation. | W001 | RYC | 2.20 |
| 12/30/10 | Analysis of selected insurance policies re: follow form, voluntary payments issues, consent to settle and other coverage issues (1.90); draft and revise insurance policy data spreadsheets (1.80). | W001 | GFF | 3.70 |
| 12/30/10 | Review responses to Libby objection to settlement with insurance company (3.80); Confer with Mark Peterson regarding estimated rate of Trust resolution of claims (1.10). | W001 | RMH | 4.90 |
| 12/30/10 | Attention to settlement discussion status. | W001 | RYC | 0.60 |
| 12/31/10 | Reviewed and studied Exhibits 5 and 6, Schedules 2 and 3. | W001 | IF | 1.90 |
| 12/31/10 | Conference call regarding responses to Libby claimant objections (1.00); Preparation for same and review drafts of same (1.60). | W001 | RMH | 2.60 |

**TOTAL FEES:**                                                **$126,453.00**

{D0195332.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                      **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:       100055.WRG01

January 13, 2011                                              INVOICE:          240993

MATTER:  CLAIMANTS COMMITTEE                     ROBERT M. HORKOVICH

## FEE SUMMARY

|                        | RATE   | HOURS | TOTALS      |
|------------------------|--------|-------|-------------|
| Arline H Pelton        | 240.00 | 8.80  | 2,112.00    |
| Glenn F Fields         | 330.00 | 38.50 | 12,705.00   |
| Harris E Gershman      | 265.00 | 4.40  | 1,166.00    |
| Izak Feldgreber        | 285.00 | 39.30 | 11,200.50   |
| Kenneth E. Sharperson  | 495.00 | 16.50 | 8,167.50    |
| Mark Garbowski         | 565.00 | 59.60 | 33,674.00   |
| Nicholas J Balsdon     | 205.00 | 1.50  | 307.50      |
| Robert M Horkovich     | 875.00 | 31.10 | 27,212.50   |
| Robert Y Chung         | 585.00 | 50.10 | 29,308.50   |
| Todd E. Duffy          | 545.00 | 1.10  | 599.50      |
| **TOTAL FEES:**        |        |       | **$126,453.00** |

{D0195332.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 11

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:      100055.WRG01

January 13, 2011                                              INVOICE:          240993

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001        Asset Analysis and Recovery

|                          | HOURS  | TOTALS      |
|--------------------------|--------|-------------|
| Glenn F Fields           | 38.50  | 12,705.00   |
| Harris E Gershman        | 4.40   | 1,166.00    |
| Izak Feldgreber          | 39.30  | 11,200.50   |
| Kenneth E. Sharperson    | 16.50  | 8,167.50    |
| Mark Garbowski           | 59.60  | 33,674.00   |
| Nicholas J Balsdon       | 1.50   | 307.50      |
| Robert M Horkovich       | 31.10  | 27,212.50   |
| Robert Y Chung           | 49.50  | 28,957.50   |
| Todd E. Duffy            | 1.10   | 599.50      |
| **TOTAL:**               | **241.50** | **$123,990.00** |

ACTIVITY CODE: W011        Fee Applications (Applicant)

|                  | HOURS | TOTALS     |
|------------------|-------|------------|
| Arline H Pelton  | 8.80  | 2,112.00   |
| Robert Y Chung   | 0.60  | 351.00     |
| **TOTAL:**       | **9.40** | **$2,463.00** |

{D0195332.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**
                                                                Page 12

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

January 13, 2011                                  INVOICE:         240993

MATTER:  CLAIMANTS COMMITTEE                           ROBERT M. HORKOVICH


## COSTS through 12/31/10

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 11/19/10 | AIRFREIGHT FedEx#: 1540-4201-6 Invoice: 730713721 Tracking Number: 796471324439 Reference: 100055 WRG01 05 134 Billing Note: From: Kenneth E Sharperson, Anderson Kill & Olick, PC, One Gateway Center, NEWARK, NJ, 07102, US To: DAVID P WOOLSEY, NJ DEPT OF BANKING AND INSURA, 20 W STATE STREET, TRENTON, NJ, 08625, US | E107 | 11.90 |
| 11/19/10 | AIRFREIGHT FedEx#: 1540-4201-6 Invoice: 730713721 Tracking Number: 796471433160 Reference: 100055 WRG01 05 134 Billing Note: From: Kenneth E Sharperson, Anderson Kill & Olick, PC, One Gateway Center, NEWARK, NJ, 07102, US To: Hon William C Meehan (Ret ), Meehan & Quirk, LLC, 354 State Street, HACKENSACK, NJ, 07601, US | E107 | 11.90 |
| 11/19/10 | AIRFREIGHT FedEx#: 1540-4201-6 Invoice: 730713721 Tracking Number: 796471491678 Reference: 100055 WRG01 05 134 Billing Note: From: Kenneth E Sharperson, Anderson Kill & Olick, PC, One Gateway Center, NEWARK, NJ, 07102, US To: David M Freeman, Esq, Jennifer D Pawlak, Esq, Mazie Slater Katz & Freeman LL , ROSELAND, NJ, 07068, US | E107 | 11.90 |
| 11/29/10 | AIRFREIGHT FedEx#: 1540-4201-6 Invoice: 731386744 Tracking Number: 796494900108 Reference: 100055 WRG01 05 134 Billing Note: From: Kenneth E Sharperson, Anderson Kill & Olick, PC, One Gateway Center, NEWARK, NJ, 07102, US To: DAVID P WOOLSEY, NJ DEPT OF BANKING AND INSURA, 20 W STATE STREET, TRENTON, NJ, 08625, US | E107 | 10.90 |
| 12/01/10 | LIBRARY & LEGAL RESEARCH Westlaw Usage Charges November 1, 2010 through November 30, 2010 | E106 | 25.15 |

{D0195332.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 13

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

January 13, 2011                                    INVOICE:        240993

MATTER: CLAIMANTS COMMITTEE                         ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|----------------------|--|--------|
| 12/03/10 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 732196880 Tracking Number: 796513807304 Reference: 100055 WRG01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, PC, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: John T Harding, Esq, Morrison Mahoney LLP, 250 Summer St Fl 1, BOSTON, MA, 02210, US | E107 | 9.21 |
| 12/03/10 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 732196880 Tracking Number: 796513812586 Reference: 100055 WRG01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, PC, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Mr Mark D Plevin, Crowell & Moring LLP, 1001 Pennsylvania Ave NW 10, WASHINGTON, DC, 20004, U S | E107 | 9.21 |
| 12/03/10 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 732196880 Tracking Number: 796513817062 Reference: 100055 WRG01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, PC, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Ms Maria G Enriquez, Bates & Carey LLP, 191 N Wacker Dr Ste 2400, CHICAGO, IL, 60606, US | E107 | 11.90 |
| 12/03/10 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 732196880 Tracking Number: 794179269258 Reference: 100055 WRG01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, PC, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Mr Arthur J Liederman, Morrison Mahoney LLP, 17 State St Fl 11, NEW YORK CITY, NY, 10004, US | E107 | 7.90 |
| 12/03/10 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 732196880 Tracking Number: 794179274154 Reference: 100055 WRG01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, PC, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Mr Andrew K Craig, Cuyler Burk, PC, 4 Century Dr Ste 9, PARSIPPANY, NJ, 07054, US | E107 | 7.90 |

{D0195332.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                        **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 14

W.R. GRACE/CLAIMANTS COMMITTEE                          MATTER:        100055.WRG01

January 13, 2011                                                      INVOICE:          240993

MATTER:  CLAIMANTS COMMITTEE                             ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 12/17/10 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 733848626 Tracking Number: 796570670020 Reference: 100055 WRG01 01 587 Billing Note: From: Robert Y Chung, Anderson Kill & Olick, PC, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Lisa Esayian, Kirkland & Ellis LLP, 300 N La Salle Dr Ste 3500, CHICAGO, IL, 60654, US | E107 | 11.51 |
| 12/17/10 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 733848626 Tracking Number: 796570687026 Reference: 100055 wrg01 01 587 Billing Note: From: Robert Y Chung, Anderson Kill & Olick, PC, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Amy Paulus, Clausen Miller PC, 10 S La Salle St Ste 1600, CHICAGO, IL, 60603, US | E107 | 11.51 |
| 12/17/10 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 733848626 Tracking Number: 794235916901 Reference: 100055 WRG01 01 587 Billing Note: From: Robert Y Chung, Anderson Kill & Olick, PC, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Peri Mahaley, Orrick, Herrington & Sutcliffe, 1152 15th St NW, WASHINGTON, DC, 20005, US | E107 | 8.60 |
| 12/17/10 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 733848626 Tracking Number: 794235927975 Reference: 100055 wrg01 01 587 Billing Note: From: Robert Y Chung, Anderson Kill & Olick, PC, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Patrick Feeley, Dorsey & Whitney LLP, 250 Park Ave Fl 15, NEW YORK, NY, 10177, US | E107 | 7.50 |
| 12/21/10 | TRANSCRIPTS & DEPOSITIONS - VENDOR: ROSENBERG & ASSOCIATES Transcript | E125 | 200.00 |
| 12/29/10 | MESSENGER SERVICE - VENDOR: UNITED CAPITAL FUNDING CORP. Courier service | E125 | 151.00 |

**TOTAL COSTS:**                                                        **$507.99**

{D0195332.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 15

W.R. GRACE/CLAIMANTS COMMITTEE                 MATTER:      100055.WRG01

January 13, 2011                                                 INVOICE:          240993

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| WORK | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| AF | AIRFREIGHT | 131.84 |
| LB | LIBRARY & LEGAL RESEARCH | 25.15 |
| MR | MESSENGER SERVICE | 151.00 |
| TD | TRANSCRIPTS & DEPOSITIONS | 200.00 |
| | **TOTAL COSTS:** | **$507.99** |
| | **TOTAL DUE:** | **$126,960.99** |

{D0195332.1 }