IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| W.R. GRACE & CO., et al., | ) ) ) | Case No. 01-01139 (JKF) (Jointly Administered) |
| Debtors. | ) ) ) | **Related Docket No. 26259** |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Michael R. Lastowski, certify that I am not less than 18 years of age, and that on February 14, 2011, a copy of the *Notice of Appeal From (I) Memorandum Opinion Regarding Objections to Confirmation of First Amended Joint Plan of Reorganization and Recommend Supplemental Findings of Fact and Conclusions of Law, and (II) Recommended Findings of Fact, Conclusions of Law and Order Regarding Plan of Confirmation of First Amended Joint Plan of Reorganization as Modified Through December 23, 2010, Both Dated January 31, 2011* was served on the individuals identified on the attached Exhibit A by first class mail.

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: February 16, 2011
      Wilmington, Delaware

*/s/ Michael R. Lastowski*
Michael R. Lastowski (DE ID 3892)
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
(302) 657-4900

# EXHIBIT A

**BY FIRST CLASS MAIL**

Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Bilzin, Sumberg, Baenta, Price & Axelrod, LLP
1450 Brickell Avenue, 23rd Floor
Miami, FL  33131

Michael B. Joseph
Theodore J. Tacconelli
Lisa L. Coggins
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE. 19899