## NOTICE OF CLAIMS PURCHASE AGREEMENT

**ARCHON BAY CAPITAL, LLC (As Agent for Blue Heron Micro Opportunities Fund LLP and 95 South Holdings a division of Blue Heron)**, (as assignee of the claims listed attached on the Exhibit "B"), a Delaware limited liability partnership, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto **RESTORATION HOLDINGS, LTD**, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller (defined as the "Claims in Exhibit "B"") against **W.R. GRACE & CO., et al.** (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, District of Delaware, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at **Case No. 01-01139** (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

**IN WITNESS WHEREOF**, the undersigned has duly executed this Agreement by its duly authorized representative dated the ___ day of February, 2010.

WITNESS _____
(Signature)

_____
(Print Name and Title Of Witness)

WITNESS _____
(Signature)

**ARCHON BAY CAPITAL, LLC**

_____
(Signature of Corporate Officer)

_____
(Print Name and Title of Corporate Officer)

**RESTORATION HOLDINGS, LTD**

_____
(Signature of Corporate Officer)

**Exhibit "A"**

## Exhibit "B"

| Original Creditor | Claim Amount |
|---|---|
| Audiometrics, Inc. | 1,361.00 |
| Cal-Region Supply | 765.04 |
| Cambridge Lumber & Supply | 211.63 |
| Metalcoat Inc. of Florida | 1,158.47 |
| North American Trailer Sales, Ltd. | 1,681.39 |
| Patterson Truck Repair | 139.81 |
| Raymark Office Supply | 1,127.37 |
| Roy's Kwik Korner, Inc. | 1,001.14 |
| Soukal Floral Co., Inc. | 122.19 |
| Trans Clean | 212.00 |
| United Energy Products | 311.96 |
| **Totals** | **$8,092.00** |

WITNESS _____
(Signature)

_____
(Print Name and Title Of Witness)

ARCHON BAY CAPITAL, LLC

_____
(Signature of Corporate Officer)

_____
(Print Name and Title of Corporate Officer)

WITNESS _____
(Signature)

RESTORATION HOLDINGS, LTD

_____
(Signature of Corporate Officer)