IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related Docket Nos. 26290, 26291, 26292, 26293, 26294** |

## CERTIFICATE OF SERVICE

I, Kathleen Campbell Davis, of Campbell & Levine, LLC, hereby certify that on February 16, 2011, I caused a copy of the Notices of Interim Applications for Caplin & Drysdale, Chartered, Campbell & Levine, LLC, Anderson Kill & Olick, P.C., Charter Oak Financial Consultants, LLC, and Legal Analysis Systems Inc. for the period of October 1, 2010 through December 31, 2010 to be served upon all parties that have requested such documents pursuant to Bankruptcy Rule 2002 in accordance with the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

*/s/ Kathleen Campbell Davis*
Kathleen Campbell Davis (No. 4229)

Dated: February 16, 2011

{D0196409.1 }