# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
W.R. Grace & Co., et al.

**Case No.:** 01–01139–JKF

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that February 1, 2011, BNSF Railway Company filed a Notice of Appeal on the Order regarding the Approval of the Settlement Agreement Between W.R. Grace & Co. and the CNA Companies.

The Notice of Appeal may be viewed at docket number 26168. The order on appeal may be viewed at docket number 26106.

David D. Bird
CLERK OF COURT

Date: 2/17/11
(VAN–440)