# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Sherry | Date Created: 2/17/2011 |
| Case: 01−01139−JKF | Form ID: van440 | Total: 8 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr  Abner Defendants
5314183  BNSF Railway Company

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
Lisa G. Esayian        Kirkland &Ellis LLP        300 N. LaSalle        Chicago, IL 60654
James E. O'Neill        Pachulski Stang Ziehl &Jones LLP        919 North Market Street        16th Floor        P.O. Box 8705        Wilmington, DE 19899−8705
Henry J. Jaffe        Pepper Hamilton LLP        1313 North Market Street        PO Box 1709        Wilmington, DE 19899
Adam G. Landis        Landis Rath &Cobb LLP        919 Market Street        Suite 1800        P.O. Box 2087        Wilmington, DE 19801
Elizabeth DeCristofaro        Ford Marrin Esposito Witmeyer &Gleser,        Wall Street Plaza, 23rd Floor        New York, NY 10005−1875
Roger Frankel        Orrick, Herrington &Sutcliffe LLP        1152 15th Street, NW        Washington, DC 20005

TOTAL: 6