# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Brandon | Date Created: 2/17/2011 |
| Case: 01−01139−JKF | Form ID: ntcBK | Total: 18 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Daniel K. Hogan | dkhogan@dkhogan.com, keharvey@dkhogan.com |
| aty | Kathleen P. Makowski | kmakowski@pszjlaw.com |
| aty | Paul W. Turner | pturner@carlilelawfirm.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | W.R. Grace &Co., et al.       7500 Grace Drive          Columbia, MD 21044 | |
| aty | Curtis A. Hehn       Pachulski Stang Ziehl Young Jones &Wein       919 N. Market Street       17th Floor       Wilmington, DE 19801 | |
| aty | David W. Carickhoff       Blank Rome LLP       1201 Market Street, Suite 800       Wilmington, DE 19801 | |
| aty | David W. Carickhoff       Blank Rome LLP       1201 Market Street, Suite 800       Wilmington, DE 19801 | |
| aty | James E. O'Neill       Pachulski Stang Ziehl &Jones LLP       919 North Market Street, 17th Floor       PO Box 8705       Wilmington, DE 19899−8705 | |
| aty | James E. O'Neill       Pachulski Stang Ziehl &Jones LLP       919 North Market Street, 17th Floor       P.O. Box 8705       Wilmington, DE 19899−8705 | |
| aty | Janet S. Baer       Baer Higgins Fruchtman LLC       111 East Wacker Drive       Suite 2800       Chicago, IL 60601 | |
| aty | Kathleen P. Makowski       Pachulski Stang Ziehl &Jones LLP       919 North Market Street, 17th Floor       P.O. Box 8705       Wilmington, DE 19899 | |
| aty | Kathleen P. Makowski       Pachulski Stang Ziehl &Jones LLP       919 North Market Street, 17th Floor       P.O. Box 8705       Wilmington, DE 19899 | |
| aty | Laura Davis Jones       Pachulski Stang Ziehl &Jones LLP       919 N. Market Street       17th Floor       Wilmington, DE 19899−8705 | |
| aty | Mark M. Billion       Pachulski Stang Ziehl &Jones LLP       919 N. Market Street       17th Floor       Wilmington, DE 19702 | |
| aty | Roger J. Higgins, P.C.       Baer Higgins Fruchtman LLC       111 East Wacker Driver       Suite 2800       Chicago, IL 60601 | |
| aty | Timothy P. Cairns       Pachulski Stang Young &Jones LLP       919 N. Market Street       17th Floor       Wilmington, DE 19801 | |
| aty | Timothy P. Cairns       Pachulski Stang Ziehl &Jones LLP       919 N. Market St., 17th Floor       Wilmington, DE 19801 | |

TOTAL: 14