## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Related Docket No. 26259 |
| _____ | ) | |

### SUPPLEMENTAL NOTICE OF APPEAL

On February 14, 2011, the Official Committee of Unsecured Creditors of W.R.

Grace & Co., et al. (the "Creditors' Committee"), by its undersigned counsel, filed its Notice of

Appeal [Dkt. No. 26259] to the United States District Court for the District of Delaware from the

Memorandum Opinion Regarding Objections to Confirmation of First Amended Joint Plan of

Reorganization and Recommended Supplemental Findings of Fact and Conclusions of Law

(Fitzgerald, B.J., sitting by designation) dated January 31, 2011 (the "Memorandum Opinion)"

and the Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., B&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

of First Amended Joint Plan of Reorganization As Modified Through December 23, 2010

(Fitzgerald, B.J., sitting by designation) dated January 31, 2011 (the "Recommended Findings").

On February 15, 2011, the Bankruptcy Court issued the Order Clarifying

Memorandum Opinion And Order Confirming Joint Plan As Amended Through December 23,

2010, dated February 15, 2011(the "Clarifying Order," a copy of which is attached as Exhibit A).

The Creditors' Committee files this Supplemental Notice of Appeal to include, in connection

with the Creditors' Committee's appeal from the Memorandum Opinion and Recommended

Findings, its appeal to the United States District Court for the District of Delaware from the

Clarifying Order.

The parties to the Memorandum Opinion, the Recommended Findings and the

Clarifying Order appealed from and the names and addresses of their respective attorneys of

record are:

| Party | Counsel |
|---|---|
| W.R. Grace & Co., *et al* (Debtors) | KIRKLAND & ELLIS LLP |
|  | John Donley |
|  | Adam Paul |
|  | 300 North LaSalle |
|  | Chicago, IL 60654 |
|  | 312-862-2000 |
|  |  |
|  | Deanna D. Boll |
|  | 601 Lexington Avenue |
|  | New York, New York 10022 |
|  | (212) 446-4800 |
|  |  |
|  | -and- |
|  |  |
|  | BAER HIGGINS FRUCHTMAN LLC |
|  | Janet S. Baer |
|  | 111 East Wacker Drive, Suite 2800 |
|  | Chicago, IL 60601-4277 |
|  | 312-836-4022 |
|  |  |
|  | -and- |

PACHULSKI STANG ZIEHL & JONES LLP
Laura Davis Jones
James E. O'Neill
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(302) 652-4100

Certain Bank Lenders

LANDIS RATH & COBB LLP
Richard S. Cobb
James S. Green, Jr.
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE  19801
(302) 467-4400

-and-

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Stephen J. Shimshak
Andrew N. Rosenberg
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 372-3000

Official Committee of Equity Holders

SAUL EWING LLP
Teresa K.D. Currier
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899
(302) 421-6800

-and-

KRAMER LEVIN NAFTALIS & FRANKEL
LLP
Philip Bentley
Douglas Mannal
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100

| | |
|---|---|
| Official Committee of Asbestos Personal Injury Claimants | CAMPBELL & LEVINE, LLC<br>Mark T. Hurford<br>800 N. King Street, Suite 300<br>Wilmington, DE 19801<br>302-426-1900 |

-and-

CAMPBELL & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
212-319-7125

Peter Van N. Lockwood
Jeffrey A. Liesemer
One Thomas Circle, N.W.
Washington, DC 20005
202-862-5000

| | |
|---|---|
| David T. Austern, Asbestos PI Future Claimants' Representative | PHILLIPS, GOLDMAN & SPENCE, P.A.<br>John C. Phillips<br>1200 North Broom Street<br>Wilmington, DE 19806<br>302-655-4200 |

-and-

ORRICK, HERRINGTON & SUTCLIFFE
LLP
Roger Frankel
Richard H. Wyron
1152 15th Street, NW
Washington, DC 20005
202-339-8400

Dated:  February 17, 2011              Respectfully submitted:


                              STROOCK & STROOCK & LAVAN LLP
                              Lewis Kruger
                              Kenneth Pasquale
                              (Members of the Firm)
                              180 Maiden Lane
                              New York, New York  10038-4982
                              Tel: (212) 806-5400
                              Fax: (212) 806-6006

                                        -and-

                              DUANE MORRIS LLP

                              */s/ Michael R. Lastowski*
                              Michael R. Lastowski (DE I.D. 3892)
                              Richard W. Riley (DE I.D. 4052)
                              William S. Katchen
                              222 Delaware Avenue, Suite 1600
                              Wilmington, Delaware 19801-1659
                              Tel: (302) 657-4942
                              Fax: (302) 657-4901

                              Counsel for the Official Committee of
                              Unsecured Creditors