## UNITED STATES BANKRUPTCY COURT
### District of Delaware

| | |
|---|---|
| **In Re:**  W.R. Grace & Co., et al. | **Case No.:** 01–01139–JKF  **Chapter:** 11 |

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that Garlock Sealing Technologies LLC ("Garlock") , The Official Committee of Unsecured Creditors of W.R. Grace & Co., et al. and the Prepetition Bank Credit Facilities all have filed a Notice of Appeal on 2/14/2011 regarding the Memorandum Opinion Regarding Objections to the First Amended Joint Plan of Reorganization and Recommended Supplemental Findings of Fact and Conclusions of Law

The Notice of Appeal may be viewed at docket number 26257 , 26259 , 26270 The order on appeal may be viewed at docket number 26154, 26155.

David D. Bird
CLERK OF COURT

Date: 2/15/11
(VAN–440)

# CERTIFICATE OF NOTICE

```
District/off: 0311-1          User: Sherry              Page 1 of 1             Date Rcvd: Feb 15, 2011
Case: 01-01139                Form ID: van440           Total Noticed: 12
```

The following entities were noticed by first class mail on Feb 17, 2011.
        +Adam G. Landis,   Landis Rath & Cobb LLP,   919 Market Street, Suite 1800,    Wilmington, DE 19801-3033
        +Brett D. Fallon,   Morris James LLP,   500 Delaware Avenue, Suite 1500,   P.O. Box 2306,    Wilmington, DE 19899-2306
        +David M. Fournier,   Pepper Hamilton LLP,   1313 North Market Street,   P.O. Box 1709,    Wilmington, DE 19899-1709
        +Francis A. Monaco, Jr.,   Womble Carlyle Sandridge & Rice, PLLC,    222 Delaware Avenue, Suite 1501,   Wilmington, DE 19801-1682
cr      +G-I Holdings Inc., Successor-In-Interest to GAF Co,   919 N. Market Street,    Wilmington, DE 19801-3023
        +Garlan Cassada,   Robinson, Bradshaw & Hinson,   101 North Tryon Street, Suite 1900,    Charlotte, NC 28246-0106
        +James E. O'Neill,   Pachulski, Stang, Ziehl & Jones LLP,   919 North Market Street,   17th Floor,    P.O. Box 8705,   Wilmington, DE 19899-8705
        +Janet S. Baer,   Baer Higgins Fruchtman LLC,   11 East Wacker Drive, Suite 2800,    Chicago, IL 60601-1800
        +Kathleen M. Miller,   Smith, Katzenstein & Jenkins LLP,   800 Delaware Avenue, Suite 1000,    P.O. Box 410,   Wilmington, DE 19899-0410
        +Michael R. Lastowski,   Duane Morris LLP,   222 Delaware Avenue, Suite 1600,    Wilmington, DE 19801-1659
         William S. Katchen,   Duane Morris,   One Riverfront Plaza,   Newark, NJ  07102
2395804  +G.C.I Incorporated,   Jeanie,   PO BOX 83657,   Baton Rouge, LA 70884-3657

The following entities were noticed by electronic transmission.
NONE.                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 17, 2011**                                     **Signature:**    */s/ Joseph Speetjens*