IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: March 10, 2011 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

# FEE DETAIL FOR CASNER & EDWARDS, LLP'S
# ONE HUNDRED AND ELEVENTH MONTHLY FEE APPLICATION
# FOR THE PERIOD FROM DECEMBER 1, 2010 THROUGH DECEMBER 31, 2010

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/502339

# EXHIBIT A
**(Fee Detail)**

**FEES**

| | |
|---|---:|
| **LITIGATION AND LITIGATION CONSULTING** | $12,968.50 |
| **FEE APPLICATION – APPLICANT** | $897.00 |
| **TOTAL FEES** | $13,865.50 |

# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

February 16, 2011
Bill Number 130082
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

THROUGH DECEMBER 31, 2010

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 12/01/10 | MTM | Email from in-house counsel re: Libby personnel file; telephone call to ARA and letter to in-house counsel re: same. | 0.10 Hrs | 29.50 |
| 12/01/10 | ARA | Per MTM's email, search and locate Libby personnel file (2.2); arrange to have file picked up and copied (.2); receipt of file from Merrill (.2). | 2.60 Hrs | 338.00 |
| 12/01/10 | ARA | Document control. | 2.80 Hrs | 238.00 |
| 12/02/10 | ARA | Document control. | 6.00 Hrs | 510.00 |
| 12/03/10 | ARA | Document control. | 4.90 Hrs | 416.50 |
| 12/06/10 | ARA | Document control. | 6.50 Hrs | 552.50 |
| 12/07/10 | RAM | Read updated Bankruptcy Court docket entries to select documents to read. Read selected documents filed in Bankruptcy Court. | 0.50 Hrs | 172.50 |
| 12/07/10 | ARA | Document control. | 5.80 Hrs | 493.00 |
| 12/08/10 | ARA | Document control. | 5.20 Hrs | 442.00 |
| 12/09/10 | ARA | Document control. | 6.10 Hrs | 518.50 |

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH DECEMBER 31, 2010

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 12/10/10 | MTM | Email from in-house counsel re: request for TEC Systems documents (.1); review file re: documents previously produced in this regard (.4); telephone call to in-house counsel re: same (.2); telephone call to ARA re: find missing TEC box materials (.2). | 0.90 Hrs | 265.50 |
| 12/10/10 | ARA | Telephone calls to and from MTM re: locating TEC Systems documents for in-house counsel (.2); begin search for TEC systems documents (2.8). | 3.00 Hrs | 390.00 |
| 12/10/10 | ARA | Document control. | 3.10 Hrs | 263.50 |
| 12/13/10 | ARA | Search for TEC Systems documents, per request of in-house counsel. | 7.30 Hrs | 949.00 |
| 12/14/10 | RAM | Read emails re: Libby claimants seeking discovery; conference with MTM re: same. | 0.20 Hrs | 69.00 |
| 12/14/10 | MTM | Review 2000 letter to in-house counsel re: asbestos fiber purchases re: recent request for TEC Systems documents (.3); conference with ARA re: TEC documents in Boulder (.3). Review documents sent to in-house counsel re: TEC asbestos suppliers (.3). Receipt and review of email and documents from in-house counsel re: Libby claimants discovery requests (.3); telephone call to ARA re: same (.2) | 1.40 Hrs | 413.00 |
| 12/14/10 | ARA | Per MTM, search for TEC Systems documents, per in-house counsel's request (4.5). Per MTM, search for personal injury and property damage memos re: W. R. Grace productions to Libby plaintiffs (2.0). | 6.50 Hrs | 845.00 |
| 12/15/10 | RAM | Conference with MTM (.3) and telephone conferences with in house counsels re: discovery being requested by Libby claimants and what has been produced to them during the years of litigation (.4). | 0.70 Hrs | 241.50 |

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH DECEMBER 31, 2010

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 12/15/10 | MTM | Review document production calendars re: Winthrop Square visit by Montana PI counsel for in-house counsel (1.2); telephone call to in-house counsel re: same (.2); conference with RAM re: same (.3); review storage sheets re: documents pulled for Heberling re: project for in-house counsel (.9); conference with ARA re: RAM hearing testimony in Montana re: same (.3). | 2.90 Hrs | 855.50 |
| 12/15/10 | ARA | Continue to search for property damage and personal injury document production binders re: production to Libby plaintiffs (3.4). Per MTM's telephone call, locate RAM's trial testimony in Montana cases (2.2); produce trial transcripts to MTM (.2). | 5.80 Hrs | 754.00 |
| 12/16/10 | MTM | Telephone calls from ARA re: project to produce documents to Heberling re: current request by Libby Claimants for discovery | 0.40 Hrs | 118.00 |
| 12/16/10 | ARA | Per MTM's request, search Montana files for information re: productions to plaintiff's attorney Heberling (5.4); telephone calls to MTM re: same (.4). | 5.80 Hrs | 754.00 |
| 12/17/10 | MTM | Conference with ARA re: letters in Hurlbert case in Montana in 1976 re: documents produced to Heberling firm. | 0.20 Hrs | 59.00 |
| 12/17/10 | ARA | Review Montana General files for more information re: Heberling's document request (4.8). Produce documents to and discuss same with MTM (.2). | 5.00 Hrs | 650.00 |
| 12/20/10 | MTM | Telephone call from in-house counsel re: TEC document subpoena. | 0.20 Hrs | 59.00 |
| 12/20/10 | ARA | Search for TEC Systems documents per in-house counsel's request. | 5.00 Hrs | 650.00 |
| 12/21/10 | RAM | Read updated Bankruptcy Court docket entries to select documents to read. | 0.10 Hrs | 34.50 |
| 12/22/10 | RAM | Read selected documents filed in Bankruptcy Court. | 0.20 Hrs | 69.00 |
| 12/22/10 | ARA | Document control. | 0.40 Hrs | 34.00 |
| 12/22/10 | ARA | Search for TEC Systems documents per in-house counsel's request. | 4.40 Hrs | 572.00 |

Page 3

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re: Litigation and Litigation Consulting

THROUGH DECEMBER 31, 2010

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 12/23/10 | ARA | Document control. | 2.00 Hrs | 170.00 |
| 12/23/10 | ARA | Search for TEC Systems documents per in-house counsel's request. | 3.60 Hrs | 468.00 |
| 12/29/10 | ARA | Document control. | 3.20 Hrs | 272.00 |
| 12/30/10 | ARA | Document control. | 0.50 Hrs | 42.50 |
| 12/30/10 | ARA | Quality control Libby documents. | 2.00 Hrs | 260.00 |

TOTAL LEGAL SERVICES  $12,968.50

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 1.70 | 345.00 | 586.50 |
| Matthew T. Murphy | 6.10 | 295.00 | 1,799.50 |
| Angela R. Anderson | 51.00 | 130.00 | 6,630.00 |
| Angela R. Anderson | 46.50 | 85.00 | 3,952.50 |
| | 105.30 | | $12,968.50 |

TOTAL THIS BILL  $12,968.50

# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

February 16, 2011
Bill Number 130083
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## LEGAL SERVICES

THROUGH DECEMBER 31, 2010

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 12/03/10 | RAM | Work on October fee application. | 0.60 Hrs | 207.00 |
| 12/06/10 | RAM | Work on October fee application; send it to in-house counsels to review. Read Fee Auditor's Final Report re: 37th Interim Period. | 0.20 Hrs | 69.00 |
| 12/07/10 | RAM | Email from in-house counsel that fee application may be filed. Conferences with MB and LC re: fee application not accepted by Grace consultant because of coding issues. | 0.10 Hrs | No Charge |
| 12/21/10 | RAM | Email from L. Crugnale and conference with MB re: billing code issue. | 0.10 Hrs | 34.50 |
| 12/22/10 | RAM | Emails re: and conference with MB re: which are correct billing codes. | 0.10 Hrs | 34.50 |
| 12/23/10 | RAM | Work on October fee application. | 0.40 Hrs | 138.00 |
| 12/28/10 | RAM | Email from Grace consultant to stop using billing codes for bankruptcy matters. | 0.10 Hrs | 34.50 |
| 12/30/10 | RAM | Work on November fee application. | 1.10 Hrs | 379.50 |

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Fee Applications, Applicant

|  |  | TOTAL LEGAL SERVICES | $897.00 |

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 2.60 | 345.00 | 897.00 |
| Robert A. Murphy | 0.10 | 345.00 | No Charge |
|  | 2.70 |  | $897.00 |

|  |  | TOTAL THIS BILL | $897.00 |

**EXHIBIT B**
**(Expense Detail)**

## EXPENSES

| LITIGATION AND LITIGATION CONSULTING | $11,850.96 |
|---|---|
| FEE APPLICATION – APPLICANT | $43.72 |
| TOTAL EXPENSES | $11,894.68 |

**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

February 16, 2011
Bill Number 130084
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re:   Litigation and Litigation Consulting

**LEGAL SERVICES**

**COSTS**

THROUGH DECEMBER 31, 2010

EXCESS POSTAGE
| | | |
|---|---|---|
| 12/31/10 | EXCESS POSTAGE | 1.56 |
| 12/31/10 | EXCESS POSTAGE | 4.90 |
| | | $6.46 |

PHOTOCOPYING
| | | |
|---|---|---|
| 12/01/10 | 27 copies at $.10 per copy | 2.70 |
| 12/15/10 | 4 copies at $.10 per copy | 0.40 |
| 12/15/10 | 134 copies at $.10 per copy | 13.40 |
| 12/17/10 | 11 copies at $.10 per copy | 1.10 |
| 12/17/10 | 26 copies at $.10 per copy | 2.60 |
| 12/17/10 | 8 copies at $.10 per copy | 0.80 |
| | | $21.00 |

RENT REIMBURSEMENT
| | | |
|---|---|---|
| 12/01/10 | ONE WINTHROP SQUARE, LLC: Rent and utilities for document repository at One Winthrop Square - December 2010. | 11,420.45 |
| | | $11,420.45 |

Page 1

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

**COSTS**

THROUGH DECEMBER 31, 2010

MISCELLANEOUS

| | | |
|---|---|---:|
| 12/09/10 | RECORDKEEPER ARCHIVE CENTERS,: Storage 12/01/10 through 12/31/10. | 403.05 |
| | | $403.05 |
| | TOTAL COSTS | $11,850.96 |
| | TOTAL THIS BILL | $11,850.96 |

**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

February 16, 2011
Bill Number 130085
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re:   Fee Applications, Applicant

**LEGAL SERVICES**

**COSTS**

THROUGH DECEMBER 31, 2010

FEDERAL EXPRESS

| Date | Description | Amount |
|---|---|---|
| 12/14/10 | FEDERAL EXPRESS CORPORATION: To 912 North Market Street, Pachulski Stang Ziehl & Jones, Lyn Oberholzer from Casner and Edwards on November 24, 2010 by R A Murphy. | 26.62 |
| 12/21/10 | FEDERAL EXPRESS CORPORATION: To 919 North Market, Pachulski Stang, Lyn Obercholzer from Casner and Edwards on November 22, 2010 by R A Murphy. | 17.10 |
| | | $43.72 |

|   |   |
|---|---|
| TOTAL COSTS | $43.72 |
| TOTAL THIS BILL | $43.72 |

Page 1