**EXHIBIT B**

**SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD**
**OCTOBER 1, 2010 THROUGH DECEMBER 31, 2010**

1. **Case Administration – 15537 – 3.4 hours ($951.00)**

   This matter covers the attention given to routine motions and pleadings, and preparation of responses thereto, the preparation of summaries and analyses of such papers for the PD Committee, and conference calls/meetings with the major creditor constituencies and the Debtors.

   The Applicant's focus on the administration of these consolidated cases during the Application Period continued to permit the PD Committee to remain fully informed about all on-going matters pending in these consolidated cases.

   During the Application Period, the Applicant spent time keeping track and researching developments that implicate property damage claims specifically and asbestos issues generally.

2. **Applicant's Fee Applications – 15543 – 7.5 hours ($1,874.00)**

   This matter covers time expended preparing monthly and quarterly fee applications for the Applicant. During the Application Period, the Applicant expended time preparing, drafting and filing its monthly fee applications, and interim quarterly fee application.

3. **Hearings – 15544 – 10.1 hours ($4,234.50)**

   This matter covers preparation for and attendance at hearings. During the Application Period, the Applicant prepared for and attended several omnibus hearings.

4. **Plan & Disclosure Statement – 15554 – 6.9 hours ($2,815.50)**

   The Applicant attended to the hearing with respect to the plan confirmation and amendments thereto, reviewed the hearing transcript and applicable law and prepared a memorandum regarding on plan confirmation issues.

5. **Claims Analysis, Objection, Resolution – 15545 – .5 hours ($247.50)**

During the Application Period, the Applicant reviewed the Personal Injury discovery disputes.

6. **Creditors' Committee – 15539 – .5 hours ($1,393.00)**

During the Application Period, the Applicant conferred with PD claimants and committee members with respect to status of case.

7. **Fee Application of Others – 15545 – 1.1 hours ($236.50)**

During the Application Period, the Applicant attended to reconciliation and disbursements to third party professionals.