# EXHIBIT C


**Bilzin Sumberg**
ATTORNEYS AT LAW

November 9, 2010

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  181820
Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH October 31, 2010

### CLIENT SUMMARY

**BALANCE AS OF- 10/31/10**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $148.50 | $1,014.31 | $1,162.81 |
| **.15539 -** 03 - Creditors Committee | $431.50 | $0.00 | $431.50 |
| **.15543 -** 07 - Applicant's Fee Application | $170.00 | $0.00 | $170.00 |
| **.15544 -** 08 - Hearings | $1,519.50 | $0.00 | $1,519.50 |
| *Client Total* | *$2,269.50* | *$1,014.31* | *$3,283.81* |

#### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.20 | $675.00 | $135.00 |
| Kramer, Matthew I | 0.60 | $425.00 | $255.00 |
| Sakalo, Jay M | 2.30 | $495.00 | $1,138.50 |
| Snyder, Jeffrey I | 1.80 | $340.00 | $612.00 |
| Flores, Luisa M | 0.60 | $215.00 | $129.00 |

*TOTAL PROFESSIONAL FEES THIS PERIOD*     **$2,269.50**

#### CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone | $4.17 |
| Long Distance Telephone-Outside Services | $58.00 |
| Miscellaneous Costs | $780.00 |
| Pacer - Online Services | $171.84 |
| Copies | $0.30 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | **$1,014.31** |

*TOTAL BALANCE DUE THIS PERIOD*     **$3,283.81**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15537

**RE: 01- Case Administration**

| 10/11/10 | JMS | 0.30 | 148.50 | Review letter to J. Buckwalter's chambers regarding transfer of adversary proceeding (.3). |
|---|---|---|---|---|

**PROFESSIONAL SERVICES** $148.50

### COSTS ADVANCED

| 07/27/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 07/23/10-08/24/10; DATE: 8/24/2010 - Acct. #5306220025395504 | 58.00 |
|---|---|---|
| 09/30/10 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: Q32010-RB0120; DATE: 10/5/2010 - Account#RB0120 | 2.40 |
| 09/30/10 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: Q32010-RB0120; DATE: 10/5/2010 - Account#RB0120 | 166.16 |
| 09/30/10 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: Q32010-RB0120; DATE: 10/5/2010 - Account#RB0120 | 3.28 |
| 10/14/10 | Long Distance Telephone 1(302)575-1555; 2 Mins. | 4.17 |
| 11/09/10 | Miscellaneous Costs Professional/Expert fees related to PD Estimation for November 2010 $ 780.00 | 780.00 |
| 10/26/10 | Copies 3 pgs @ 0.10/pg | 0.30 |

**TOTAL COSTS ADVANCED** $1,014.31

#### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.30 | $495.00 | $148.50 |
| *TOTAL* | *0.30* | | *$148.50* |

#### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone | $4.17 |
| Long Distance Telephone-Outside Services | $58.00 |
| Miscellaneous Costs | $780.00 |
| Pacer - Online Services | $171.84 |
| Copies | $0.30 |
| *TOTAL* | *$1,014.31* |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

CURRENT BALANCE DUE THIS MATTER                                              $1,162.81

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15539**

RE: 03 - Creditors Committee

| | | | | |
|---|---|---|---|---|
| 10/14/10 | JMS | 0.40 | 198.00 | Emails with M. Dies regarding Grace status and agenda (.4). |
| 10/15/10 | JMS | 0.20 | 99.00 | Emails with M. Dies regarding case status (.2). |
| 10/20/10 | MIK | 0.20 | 85.00 | Telephone conferences with PD claimants regarding status of case. |
| 10/26/10 | JMS | 0.10 | 49.50 | Email to committee regarding 2011 omnibus hearing dates (.1). |

PROFESSIONAL SERVICES                                                                $431.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 0.20 | $425.00 | $85.00 |
| Sakalo, Jay M | 0.70 | $495.00 | $346.50 |
| *TOTAL* | *0.90* | | *$431.50* |

CURRENT BALANCE DUE THIS MATTER                                                  $431.50

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15543

RE: 07 - Applicant's Fee Application

10/18/10   JIS   0.50   170.00   Review and revise September prebill.

**PROFESSIONAL SERVICES**                                                $170.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| Snyder, Jeffrey I | 0.50 | $340.00 | $170.00 |
| **TOTAL** | **0.50** | | **$170.00** |

**CURRENT BALANCE DUE THIS MATTER**                                      $170.00

**Atty – SLB**
**Client No.: 74817/15544**

## RE: 08 - Hearings

| 10/12/10 | SLB | 0.20 | 135.00 | Attention to omnibus hearing agenda (.2). |
| 10/12/10 | LMF | 0.60 | 129.00 | Attend to agenda and set up of court call appearances. |
| 10/14/10 | JIS | 0.10 | 34.00 | Emails regarding 10/18 omnibus hearing. |
| 10/18/10 | JMS | 1.30 | 643.50 | Attend omnibus hearing by phone (1.2); email to Committee thereon (.1). |
| 10/18/10 | JIS | 1.20 | 408.00 | Telephonic attendance at omnibus hearing. |
| 10/18/10 | MIK | 0.40 | 170.00 | Attend hearing telephonically and email committee regarding same. |

**PROFESSIONAL SERVICES**                                                                 **$1,519.50**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.20 | $675.00 | $135.00 |
| Kramer, Matthew I | 0.40 | $425.00 | $170.00 |
| Sakalo, Jay M | 1.30 | $495.00 | $643.50 |
| Snyder, Jeffrey I | 1.30 | $340.00 | $442.00 |
| Flores, Luisa M | 0.60 | $215.00 | $129.00 |
| *TOTAL* | *3.80* | | *$1,519.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                         **$1,519.50**

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP


ATTORNEYS AT LAW

`` `+++++++
`

December 14, 2010

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  183434

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH November 30, 2010

### CLIENT SUMMARY

**BALANCE AS OF- 11/30/10**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $650.50 | $40.36 | $690.86 |
| **.15543 -** 07 - Applicant's Fee Application | $1,229.50 | $0.00 | $1,229.50 |
| **.15545 -** 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | $247.50 | $0.00 | $247.50 |
| + **+`````.17781 -** 30 - Fee Application of Others | $236.50 | ` | $236.50 |
| *Client Total* | *$2,364.00* | *$40.36* | *$2,404.36* |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456  Tel 305.374.7580  Fax 305.374.7593                    www.bilzin.com

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Sakalo, Jay M | 1.20 | $495.00 | $594.00 |
| Snyder, Jeffrey I | 1.00 | $340.00 | $340.00 |
| Flores, Luisa M | 4.00 | $215.00 | $860.00 |
| Beck, Amuni A | 3.00 | $190.00 | $570.00 |

**TOTAL PROFESSIONAL FEES THIS PERIOD**  **$2,364.00**

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Long Distance Telephone | $19.00 |
| Postage | $3.96 |
| Copies | $17.40 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$40.36** |

| **TOTAL BALANCE DUE THIS PERIOD** | **$2,404.36** |
|---|---|

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 3

**Atty – SLB**
**Client No.: 74817/15537**

**RE: 01- Case Administration**

| | | | | |
|---|---|---|---|---|
| 11/01/10 | AB | 0.10 | 19.00 | 10/15/2010- Review and Analyze docket and send email to M.Kramer and J.Sakalo thereon (.1). |
| 11/01/10 | AB | 0.10 | 19.00 | 10/14/2010- Review and Analyze docket and send email to M.Kramer and J.Sakalo thereon (.1). |
| 11/01/10 | AB | 0.10 | 19.00 | 10/13/2010- Review and Analyze docket and send email to M.Kramer and J.Sakalo thereon (.1). |
| 11/01/10 | AB | 0.10 | 19.00 | 10/12/2010- Review and Analyze docket and send email to M.Kramer and J.Sakalo thereon (.1). |
| 11/01/10 | AB | 0.10 | 19.00 | 10/8/2010- Review and Analyze docket and send email to M.Kramer and J.Sakalo thereon (.1). |
| 11/01/10 | AB | 0.10 | 19.00 | 10/5/2010- Review and Analyze docket and send email to M.Kramer and J.Sakalo thereon (.1). |
| 11/02/10 | JMS | 0.30 | 148.50 | Emails with J. Baer regarding fraudulent transfer fees (.3). |
| 11/02/10 | AB | 0.10 | 19.00 | Analyze docket and send email to J.Sakalo and M.Kramer thereon |
| 11/03/10 | AB | 0.10 | 19.00 | Analyze docket and send email to J.Sakalo and M.Kramer thereon |
| 11/04/10 | JMS | 0.40 | 198.00 | Email exchange with J. Baer regarding fraudulent transfer fees (.4). |
| 11/08/10 | AB | 0.10 | 19.00 | Analyze docket and send email to M.Kramer and J.Sakalo thereon. |
| 11/10/10 | AB | 0.10 | 19.00 | Analyze docket and send email to J. Sakalo and M. Kramer thereon |
| 11/11/10 | AB | 0.10 | 19.00 | Analyze docket and send email to M.Kramer and J.Sakalo thereon |
| 11/12/10 | AB | 0.10 | 19.00 | Analyze docket and email M.Kramer and J.Sakalo thereon |
| 11/15/10 | AB | 0.10 | 19.00 | Analyze docket and email M. Kramer and J. Sakalo thereon |
| 11/16/10 | AB | 0.10 | 19.00 | Analyze docket and email J.Sakalo and M. Kramer thereon |
| 11/17/10 | AB | 0.10 | 19.00 | Analyze docket and email J.Sakalo and M.Kramer thereon |
| 11/24/10 | AB | 0.10 | 19.00 | Analyze docket and email M.Kramer and J.Sakalo thereon |

**PROFESSIONAL SERVICES**                                                                 **$650.50**

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### COSTS ADVANCED

| | | |
|---|---|---|
| 11/10/10 | Postage | 3.96 |
| 11/18/10 | Long Distance Telephone (302)575-1555; 25 Mins. | 19.00 |
| 11/01/10 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 11/01/10 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 11/01/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/01/10 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 11/01/10 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 11/02/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/08/10 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 11/08/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/09/10 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 11/09/10 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 11/09/10 | Copies 37 pgs @ 0.10/pg | 3.70 |
| 11/09/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/09/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/09/10 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 11/09/10 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 11/09/10 | Copies 37 pgs @ 0.10/pg | 3.70 |

**TOTAL COSTS ADVANCED** $40.36

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.70 | $495.00 | $346.50 |
| Beck, Amuni A | 1.60 | $190.00 | $304.00 |
| *TOTAL* | *2.30* | | *$650.50* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone | $19.00 |
| Postage | $3.96 |
| Copies | $17.40 |
| *TOTAL* | *$40.36* |

**CURRENT BALANCE DUE THIS MATTER** $690.86

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15543**

### RE: 07 - Applicant's Fee Application

| 11/01/10 | LMF | 1.20 | 258.00 | Attend to monthly notice and summary for September fees and begin preparations for quarterly fee application. |
| 11/03/10 | JIS | 0.30 | 102.00 | Review and revise October prebill. |
| 11/08/10 | LMF | 1.10 | 236.50 | Review and edit draft of quarterly application and exhibits and finalize description of service of quarterly application for attorney's review. |
| 11/08/10 | AB | 1.40 | 266.00 | Draft quarterly fee application (1.4). |
| 11/10/10 | LMF | 0.60 | 129.00 | Prepare notice and summary of fees for October for Bilzin Sumberg and send to local counsel for filing. |
| 11/15/10 | JIS | 0.70 | 238.00 | Review and revise 38th Quarterly Interim Fee Application. |

PROFESSIONAL SERVICES$1,229.50

#### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 1.00 | $340.00 | $340.00 |
| Flores, Luisa M | 2.90 | $215.00 | $623.50 |
| Beck, Amuni A | 1.40 | $190.00 | $266.00 |
| *TOTAL* | *5.30* | | *$1,229.50* |

CURRENT BALANCE DUE THIS MATTER$1,229.50

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15545

**RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| 11/01/10 | JMS | 0.50 | 247.50 | Review PI discovery disputes relevant to Grace proceeding (.5). |

PROFESSIONAL SERVICES                                                      $247.50

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| Sakalo, Jay M | 0.50 | $495.00 | $247.50 |
| *TOTAL* | *0.50* | | *$247.50* |

CURRENT BALANCE DUE THIS MATTER                                            $247.50


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 7

**Atty – SLB**
**Client No.: 74817/17781**

**RE: 30 - Fee Application of Others**

| | | | | |
|---|---|---|---|---|
| 11/08/10 | LMF | 0.30 | 64.50 | Review email from LECG and meet with accounting regarding funds outstanding in trust for third party professionals. |
| 11/09/10 | LMF | 0.80 | 172.00 | Attend to several emails from LECG and meetings with accounting regarding outstanding payments and arrange to disburse funds to LECG from trust account. |

**PROFESSIONAL SERVICES**                                             $236.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Flores, Luisa M | 1.10 | $215.00 | $236.50 |
| *TOTAL* | *1.10* | | *$236.50* |

**CURRENT BALANCE DUE THIS MATTER**                                  $236.50


BILZIN SUMBERG BAENA PRICE & AXELROD LLP



**Bilzin Sumberg**
A T T O R N E Y S   A T   L A W

January 25, 2011

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  185823

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH December 31, 2010

### CLIENT SUMMARY

**BALANCE AS OF- 12/31/10**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| 01- Case Administration - .15537 | $152.00 | $230.06 | $382.06 |
| 03 - Creditors Committee - .15539 | $961.50 | $0.00 | $961.50 |
| 07 - Applicant's Fee Application - .15543 | $474.50 | $0.00 | $474.50 |
| 08 - Hearings - .15544 | $2,715.00 | $0.00 | $2,715.00 |
| 18 - Plan & Disclosure Statement - .15554 | $2,815.50 | $0.00 | $2,815.50 |
| *Client Total* | *$7,118.50* | *$230.06* | *$7,348.56* |

BILZIN  SUMBERG  BAENA  PRICE  &  AXELROD  LLP

1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456   Tel 305.374.7580   Fax 305.374.7593          www.bilzin.com

#### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 1.90 | $675.00 | $1,282.50 |
| Kramer, Matthew I | 6.10 | $425.00 | $2,592.50 |
| Sakalo, Jay M | 4.50 | $495.00 | $2,227.50 |
| Snyder, Jeffrey I | 0.20 | $340.00 | $68.00 |
| Flores, Luisa M | 2.20 | $215.00 | $473.00 |
| Beck, Amuni A | 2.50 | $190.00 | $475.00 |

**TOTAL PROFESSIONAL FEES THIS PERIOD**      **$7,118.50**

#### CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone | $12.16 |
| Long Distance Telephone-Outside Services | $190.00 |
| Copies | $27.90 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$230.06** |

**TOTAL BALANCE DUE THIS PERIOD**      **$7,348.56**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

**RE: 01- Case Administration**

| 12/03/10 | AB | 0.10 | 19.00 | Analysis and review of docket and send email to J.Sakalo and M.Kramer thereon |
| 12/10/10 | AB | 0.30 | 57.00 | Analysis and review of docket and email M.Kramer and J.Sakalo thereon |
| 12/14/10 | AB | 0.10 | 19.00 | Analysis and review of docket and email M. Kramer and J. Sakalo thereon |
| 12/22/10 | AB | 0.10 | 19.00 | Analyze docket and send email to M. Kramer and J.Sakalo thereon |
| 12/27/10 | AB | 0.10 | 19.00 | Analyze docket and email M.Kramer and J. Sakalo thereon |
| 12/28/10 | AB | 0.10 | 19.00 | Analyze docket and email M.Kramer and J. Sakalo thereon |

**PROFESSIONAL SERVICES**                                                     **$152.00**

### COSTS ADVANCED

| Date | Description | Amount |
|------|-------------|--------|
| 10/21/10 | Long Distance Telephone-Outside Services COURT CALL #3800541 - VENDOR: DINERS CLUB; INVOICE#: 09/24/10- 10/26/10; DATE: 10/26/2010  -  Acct. # | 44.00 |
| 10/21/10 | Long Distance Telephone-Outside Services COURT CALL #3800598 - VENDOR: DINERS CLUB; INVOICE#: 09/24/10- 10/26/10; DATE: 10/26/2010  -  Acct. # | 51.00 |
| 10/21/10 | Long Distance Telephone-Outside Services COURT CALL #3800619 - VENDOR: DINERS CLUB; INVOICE#: 09/24/10- 10/26/10; DATE: 10/26/2010  -  Acct. # | 44.00 |
| 10/21/10 | Long Distance Telephone-Outside Services COURT CALL #3800622 - VENDOR: DINERS CLUB; INVOICE#: 09/24/10- 10/26/10; DATE: 10/26/2010  -  Acct. # | 51.00 |
| 12/15/10 | Long Distance Telephone (302)575-1555; 2 Mins. | 1.52 |
| 12/15/10 | Long Distance Telephone (302)575-1555; 3 Mins. | 2.28 |
| 12/16/10 | Long Distance Telephone (302)426-1900; 1 Mins. | 0.76 |
| 12/16/10 | Long Distance Telephone (202)339-8567; 8 Mins. | 6.08 |
| 12/16/10 | Long Distance Telephone (202)339-8514; 1 Mins. | 0.76 |
| 12/16/10 | Long Distance Telephone (302)426-9910; 1 Mins. | 0.76 |
| 12/06/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/14/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/15/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/16/10 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/16/10 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/16/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/16/10 | Copies 64 pgs @ 0.10/pg | 6.40 |
| 12/16/10 | Copies 51 pgs @ 0.10/pg | 5.10 |
| 12/16/10 | Copies 51 pgs @ 0.10/pg | 5.10 |
| 12/16/10 | Copies 50 pgs @ 0.10/pg | 5.00 |
| 12/16/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/16/10 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 12/16/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/16/10 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 12/16/10 | Copies 24 pgs @ 0.10/pg | 2.40 |

**TOTAL COSTS ADVANCED**                                        **$230.06**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| Beck, Amuni A | 0.80 | $190.00 | $152.00 |
| *TOTAL* | *0.80* | | **$152.00** |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone | $12.16 |
| Long Distance Telephone-Outside Services | $190.00 |
| Copies | $27.90 |
| **TOTAL** | **$230.06** |

**CURRENT BALANCE DUE THIS MATTER**                                        **$382.06**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15539**

RE: 03 - Creditors Committee

| 12/15/10 | SLB | 0.30 | 202.50 | Interoffice conference with J. Sakalo and M. Kramer in preparation for 12/16 committee meeting (.3). |
| 12/15/10 | JMS | 0.20 | 99.00 | Email exchange with R. Levy regarding committee call (.2). |
| 12/16/10 | SLB | 0.60 | 405.00 | Telephone conference with committee (.6). |
| 12/16/10 | MIK | 0.60 | 255.00 | Attend committee call. |

PROFESSIONAL SERVICES                                                                      $961.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.90 | $675.00 | $607.50 |
| Kramer, Matthew I | 0.60 | $425.00 | $255.00 |
| Sakalo, Jay M | 0.20 | $495.00 | $99.00 |
| *TOTAL* | *1.70* | | *$961.50* |

CURRENT BALANCE DUE THIS MATTER                                                $961.50

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15543**

### RE: 07 - Applicant's Fee Application

| 12/13/10 | JIS | 0.20 | 68.00 | Review and revise November prebill. |
|---|---|---|---|---|
| 12/22/10 | LMF | 0.90 | 193.50 | Review edits to November statement, prepare notice and summary and submit to co-counsel for filing. |
| 12/28/10 | LMF | 0.30 | 64.50 | Attend to emails and inquiry regarding payment of fees. |
| 12/28/10 | JMS | 0.30 | 148.50 | Email exchange with L. Flores regarding payment of hold back fees (.3). |

PROFESSIONAL SERVICES                                                                            $474.50

#### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.30 | $495.00 | $148.50 |
| Snyder, Jeffrey I | 0.20 | $340.00 | $68.00 |
| Flores, Luisa M | 1.20 | $215.00 | $258.00 |
| *TOTAL* | *1.70* | | *$474.50* |

CURRENT BALANCE DUE THIS MATTER                                                   $474.50

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15544**

### RE: 08 - Hearings

| | | | | |
|---|---|---|---|---|
| 11/01/10 | AB | 1.50 | 285.00 | 10/13/2010- Arrange telephonic appearances for 17 attorneys attending hearing (.7); email correspondence with attorneys regarding telephonic appearances for hearing (.6); cancel telephonic appearances for two attorneys (.2). |
| 12/13/10 | SLB | 1.00 | 675.00 | Court hearing (1.0). |
| 12/13/10 | JMS | 2.00 | 990.00 | Prepare for and attend omnibus hearing (2.0). |
| 12/20/10 | MIK | 1.80 | 765.00 | Attend telephonic hearing and email committee regarding same. |

PROFESSIONAL SERVICES                                                     $2,715.00

#### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 1.00 | $675.00 | $675.00 |
| Kramer, Matthew I | 1.80 | $425.00 | $765.00 |
| Sakalo, Jay M | 2.00 | $495.00 | $990.00 |
| Beck, Amuni A | 1.50 | $190.00 | $285.00 |
| *TOTAL* | *6.30* | | *$2,715.00* |

CURRENT BALANCE DUE THIS MATTER                                          $2,715.00

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15554**

RE: 18 - Plan & Disclosure Statement

| | | | | |
|---|---|---|---|---|
| 12/07/10 | LMF | 0.30 | 64.50 | Provide agenda of hearing to M. Dies. |
| 12/07/10 | JMS | 0.70 | 346.50 | Email to Committee regarding hearing agenda (.2); follow up emails with M. Dies thereon (.3); emails with R. Levy thereon (.2). |
| 12/07/10 | AB | 0.20 | 38.00 | Analysis and review of email from J.Sakalo regarding to hearing (.1); arrange telephonic appearances for December 13, 2010 hearing (.1) |
| 12/14/10 | LMF | 0.30 | 64.50 | Arrange to obtain copy of hearing transcript on rush basis. |
| 12/15/10 | LMF | 0.40 | 86.00 | Follow up regarding receipt of expedited hearing transcript. |
| 12/15/10 | JMS | 0.90 | 445.50 | Conference with M. Kramer regarding download from hearing and related issues for Committee call (.9). |
| 12/16/10 | MIK | 3.70 | 1,572.50 | Review plan amendments, 12/13 hearing transcript and applicable caselaw. |
| 12/20/10 | JMS | 0.40 | 198.00 | Review memo from M. Kramer regarding status call with Court on plan confirmation matters (.4). |

PROFESSIONAL SERVICES                                                                    $2,815.50

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 3.70 | $425.00 | $1,572.50 |
| Sakalo, Jay M | 2.00 | $495.00 | $990.00 |
| Flores, Luisa M | 1.00 | $215.00 | $215.00 |
| Beck, Amuni A | 0.20 | $190.00 | $38.00 |
| *TOTAL* | *6.90* | | *$2,815.50* |

CURRENT BALANCE DUE THIS MATTER                                                          $2,815.50

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP