UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| W.R. GRACE & Co., et al., | ) Case No. 01-1139 (JFK) |
|  | ) |
| Debtors. | ) |
|  | ) Related to Docket Nos. 26327, 26328, 26329, 26330, |
|  | ) & 26331 |
|  | ) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS:
COUNTY OF NEW CASTLE )

Carolyn B. Fox, being duly sworn according to law, deposes and says that she is employed by the law firm of Edwards Angell Palmer & Dodge LLP and that on the 18th day of February, 2011, she caused copies of the following documents to be served upon the below listed party in the manner indicated:

1. Notice of Intent to Purchase, Acquire or Otherwise Accumulate Equity Securities (Docket No. 26327)

2. Notice of Intent to Purchase, Acquire or Otherwise Accumulate Equity Securities (Docket No. 26328)

3. Notice of Intent to Purchase, Acquire or Otherwise Accumulate Equity Securities (Docket No. 26329)

4. Notice of Intent to Purchase, Acquire or Otherwise Accumulate Equity Securities (Docket No. 26330)

5.    Notice of Intent to Purchase, Acquire or Otherwise Accumulate Equity Securities (Docket No. 26331)

_____
Carolyn B. Fox, Senior Paralegal

Sworn to and subscribed before
me this 18th day of February, 2011

_____
Notary Public
My Commission Expires:

S. STACI HUDSON
Notary Public - State of Delaware
My Comm. Expires Dec. 11, 2012

**VIA FIRST CLASS MAIL**
Janet S. Baer, Esq.
Baer Higgins Fruchtman LLC
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

WLM 525138.1