**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al., ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| Debtors. ) | Objection Date: March 10, 2011 at 4:00 p.m. |
| ) | Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO SIXTEENTH MONTHLY INTERIM APPLICATION OF LINCOLN PARTNERS ADVISORS LLC, FINANCIAL ADVISOR TO DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD DECEMBER 1, 2010 THROUGH DECEMBER 31, 2010**

| | |
|---|---|
| Name of Applicant: | Lincoln Partners Advisors LLC |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative |
| Date of Retention: | November 18, 2009, *nunc pro tunc* to September 1, 2009 |
| Period for which compensation and reimbursement is sought: | December 1, 2010 – December 31, 2010 |
| 100% of Compensation sought as actual, reasonable and necessary: | $70,000.00 |
| 80% of Compensation sought as actual, reasonable and necessary: | $56,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $128.45 |

This is a   _x_ monthly         __ interim            ___ final application

**LINCOLN PARTNERS ADVISORS LLC'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM DECEMBER 1, 2010 THROUGH DECEMBER 31, 2010**

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Joseph J. Radecki, Jr. | Managing Director | NA | 40.0 | $70,000.00 |
| Jason Solganick | Director | NA | 25.5 | |
| George Coles | Associate | NA | 20.5 | |
| Claire Burke | Associate | NA | 20.6 | |
| Grand Total: | | | **106.6** | **$70,000.00** |
| Blended Rate: | | | 106.6 | $656.66 |

**COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)**

**December 1-31, 2010**

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | | NA |
| Case Administration Related | | NA |
| Financial Analysis Related | | NA |
| Hearings | | NA |
| **TOTAL** | 106.6 | **NA** |

**EXPENSE SUMMARY (Exhibit B, Expense Detail)**

| | |
|---|---|
| Communication (Telephone/Mail) | $117.05 |
| Transportation | $  11.40 |
| **TOTAL Out-of-Pocket Expenses:** | **$128.45** |

---

[1] Lincoln Partners Advisors LLC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

2

Respectfully submitted,

LINCOLN PARTNERS ADVISORS LLC

By: */S/ JASON SOLGANICK*
    Jason Solganick
    Director
    400 Madison Ave, 21st Floor
    New York, NY 10017-8901
    Telephone: (212) 277-8100

Dated: February 16, 2011