# EXHIBIT A

**WR Grace**
**December 2010 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Wed 1 | Work on semi-annual financial analysis pres | 2.0 |
| | Review/analyze docket items | 1.0 |
| | Review Mass tax settlement info | 1.8 |
| Thu 2 | Comm w/OHS (Dfe) re Mass tax sett | 0.7 |
| | Work on semi-annual financial analysis pres | 2.5 |
| | Review/analyze docket items | 1.5 |
| | Mass tax settlement CC | 1.1 |
| Fri 3 | Work on semi-annual financial analysis pres | 2.3 |
| | Review/analyze docket items | 0.3 |
| Mon 6 | Work on semi-annual financial analysis pres | 1.8 |
| | Review/analyze docket items | 0.9 |
| Tue 7 | Work on semi-annual financial analysis pres | 3.5 |
| | Comm w/OHS (RW) re Order re confirmation issues | 1.3 |
| | Review/analyze docket items | 1.0 |
| Wed 8 | Meeting:semi-annual ficl pres | 3.5 |
| | Review/analyze docket items | 0.9 |
| Thu 9 | F/U fincl pres questions | 1.0 |
| | Review/analyze docket items | 0.3 |
| Fri 10 | Comm w/OHS (Dfe) re amended agenda | 0.7 |
| | Review/analyze docket items | 0.3 |
| Mon 13 | Comms w/OHS re credit facilities/int rts/px | 1.4 |
| | Prep and omnibus hearing | 3.1 |
| | Review/analyze docket items | 0.4 |
| Tue 14 | Review/analyze docket items | 0.2 |
| Wed 15 | Review/analyze docket items | 0.8 |
| Thu 16 | Review/analyze docket items | 0.1 |
| Fri 17 | Review/analyze docket items | 0.2 |
| Mon 20 | Comms w/OHS(Dfe) re Mass tax sett | 0.5 |
| | Comms w/OHS (Dfe,Rw) re JKF status conference | 0.7 |
| | Review RS acquisition announce | 0.4 |
| | Review/analyze docket items | 0.1 |
| Tue 21 | Comm w/OHS (Dfe) re call | 0.2 |
| | Review/analyze docket items | 0.3 |
| Wed 22 | Review/analyze docket items | 0.3 |
| | Prep stk px commentary and distribute | 0.8 |
| Thu 23 | Review/analyze docket items | 0.2 |
| Mon 27 | Review/analyze docket items | 1.0 |
| Tue 28 | Review/analyze docket items | 0.3 |
| | Review PR newswire announce | 0.3 |
| Thu 30 | Review/analyze docket items | 0.3 |
| | TOTAL TIME (hrs) | 40.0 |

**WR Grace**
**December 2010 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Wed 1 | Review/analysis docket items | 0.3 |
|  | Review of financial presentation for FCR | 2.0 |
|  | Review tax settlement information | 0.8 |
| Thu 2 | Review/analysis docket items | 0.4 |
|  | Review revised tax settlement information | 0.5 |
|  | Tax settlement call | 1.0 |
| Fri 3 | Review/analysis docket items | 0.3 |
| Mon 6 | Review/analysis docket items | 0.2 |
| Tue 7 | Presentation preparation | 2.5 |
|  | Fee application preparation | 0.5 |
|  | Review of plan issues and analysis | 2.0 |
| Wed 8 | Financial presentation for FCR w/ Prep | 3.0 |
|  | Credit agreement analysis | 1.0 |
| Thu 9 | Review/analysis docket items | 0.4 |
|  | Interest rate research | 2.0 |
| Fri 10 | Review/analysis docket items | 0.2 |
|  | Interest rate research | 1.5 |
|  | Review agenda | 0.1 |
| Mon 13 | Review/analysis docket items | 0.3 |
|  | Interest rate research | 1.0 |
|  | Hearing | 1.5 |
| Tue 14 | Review/analysis docket items | 0.3 |
| Wed 15 | Review/analysis docket items | 0.4 |
|  | Review tax settlement motion | 0.5 |
| Thu 16 | Review/analysis docket items | 0.2 |
| Fri 17 | Review/analysis docket items | 0.4 |
| Mon 20 | Review/analysis docket items | 0.3 |
|  | Discussions re: case status | 0.2 |
| Tue 21 | Review/analysis docket items | 0.2 |
| Wed 22 | Review/analysis docket items | 0.4 |
| Thu 23 | Review/analysis docket items | 0.3 |
| Tue 28 | Review/analysis docket items | 0.1 |
| Wed 29 | Review/analysis docket items | 0.5 |
| Thu 30 | Review/analysis docket items | 0.2 |
|  | TOTAL TIME (hrs) | 25.5 |

**WR Grace**
**December 2010 Time - George Coles, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Wed 1 | Preparation of financial presentation for FCR | 4.0 |
| Thu 2 | Call prep | 0.5 |
| | Call | 1.0 |
| | Preparation of financial presentation for FCR | 2.0 |
| Fri 5 | Preparation of financial presentation for FCR | 1.5 |
| | Review/analysis docket items | 1.0 |
| Mon 7 | Preparation of financial presentation for FCR | 2.0 |
| Tue 8 | Preparation of financial presentation for FCR | 2.0 |
| | Financial presentation for FCR | 2.0 |
| Mon 13 | Hearing prep | 0.5 |
| Mon 13 | Hearing | 1.5 |
| | Review/analysis docket items | 1.0 |
| Mon 22 | Review/analysis docket items | 1.5 |
| | TOTAL TIME (hrs) | 20.5 |

**WR Grace**
**December 2010 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Thu 2 | Mass tax settlement call prep | 1.5 |
| | Mass tax settlement CC | 1.1 |
| Fri 3 | Preparation of financial presentation for FCR | 3.5 |
| | Review/analyze docket items | 0.5 |
| Mon 6 | Preparation of financial presentation for FCR | 3.0 |
| Tue 7 | Preparation of financial presentation for FCR | 3.0 |
| Wed 8 | Review/analysis docket items | 0.5 |
| Mon 13 | Prep and omnibus hearing | 2.5 |
| Tue 14 | Review/analyze docket items | 0.5 |
| Wed 15 | Review/analyze docket items | 0.5 |
| Thu 16 | Review/analyze docket items | 0.5 |
| Fri 17 | Review/analyze docket items | 0.5 |
| Tue 21 | Review/analysis docket items | 0.5 |
| Wed 22 | Review/analysis docket items | 0.5 |
| Thu 23 | Review/analysis docket items | 0.5 |
| Tue 28 | Review/analysis docket items | 0.5 |
| Wed 29 | Review/analysis docket items | 0.5 |
| Thu 30 | Review/analysis docket items | 0.5 |
| | TOTAL TIME (hrs) | 20.6 |