# EXHIBIT B

**W.R. Grace**
**Detail of expenses (December 1, 2010 – December 31, 2010)**

Communication
Telephone                                          $104.15
Express Mail                                       $ 12.90
    **Total Communication:**                        **$ 117.05**

Transportation
Cab Fare to and from meeting                       $ 11.40

    **Total Transportation:**                       **$  11.40**

**TOTAL EXPENSES:**                                **$ 128.45**