# EXHIBIT A

**WR Grace**
**January 2011 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 3 | Comm w/OHS (DF) re hearing agenda for 1/10 | 0.2 |
| | Review docket, analysis | 1.0 |
| Tue 4 | Comm e/OHS (RF,RW,DF) re Foreign Holdco motion | 0.3 |
| | Comm w/Blackstone re For holdco | 0.3 |
| | Review docket, analysis | 0.2 |
| Wed 5 | Comm w/OHS (RF,RW) re revised order for For holdco | 0.3 |
| | Review docket, analysis | 0.3 |
| Thu 6 | Fee app review, draft | 1.5 |
| | Review docket, analysis | 0.2 |
| Fri 7 | Comm w/OHS (RW) re revised order, Grace meeting | 0.3 |
| | Tel mtg w/LaForce, O'connell re rare earths and FH | 1.0 |
| | Comm w/OHS (DF) re amended agenda for 1/10 | 0.2 |
| | Review docket, analysis | 0.9 |
| Mon10 | Omnibus hearing and prep | 2.2 |
| Mon10 | Review docket, analysis | 0.3 |
| Tue 11 | Comm w/OHS (RW) re fillow up on FH motion ptspd | 0.2 |
| | Review draft rare earth memo | 0.9 |
| | Review docket, analysis | 1.3 |
| Wed 12 | Review draft rare earth memo | 0.9 |
| | Review docket, analysis | 0.2 |
| Thu 13 | Comm w/OHS (RW) re Synthetech merger | 0.4 |
| | Review final rare earth memo | 1.1 |
| | Review Syn merger materials | 1.0 |
| | Review docket, analysis | 0.6 |
| Fri 14 | Financial analysis for post-effective | 1.5 |
| | Review docket, analysis | 1.2 |
| Tue 18 | Comm w/OHS re debtor call re Syn merger | 0.2 |
| | Comm w/Blackstone re Syn merger | 0.2 |
| | Review docket, analysis | 0.2 |
| Wed 19 | Comm fu w/Blackstone (JOC, AS) re Syn merger | 0.4 |
| | Review docket, analysis | 0.7 |
| Thu 20 | Comm w/OHS re scheduling on Syn merger call | 0.3 |
| | comm w/Blackstone (AS) re Syn merger | 0.3 |
| | Review docket, analysis | 0.2 |
| Fri 21 | Comm w/OHS requesting Phase Is and Iis | 0.4 |
| | Comm w/Blackstone requesting Phase Is and Iis | 0.2 |
| | Review docket, analysis | 0.2 |
| Mon 24 | Review docket, analysis | 0.2 |
| Tue 25 | Review docket, analysis | 0.2 |
| Wed 26 | Comm w/OHS (DF) re fu on Phase Is and Iis | 0.2 |
| | Review docket, analysis | 0.2 |
| Thu 27 | Comm w/Blackstone re Syn merger call sched | 0.3 |
| Fri 28 | Comm w/OHS (DF) re fu on Phase Is and Iis | 0.3 |
| | Review docket, analysis | 1.0 |
| Mon 31 | Comm w/OHS (RW,DF, RL) re sched Syn merger call | 0.3 |
| | Comm w/BS (RW,DF, RL) re sched Syn merger call | 0.3 |
| | Review docket, analysis | 0.9 |
| | TOTAL TIME (HRS) | 25.7 |

**WR Grace**
**January 2011 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 3 | Review/analysis docket items | 0.5 |
| | Review agenda | 0.1 |
| Wed 5 | Review of motion for creation of non-debtor holdco structure | 0.5 |
| | Communications re: non-debtor holdco structure | 0.4 |
| Fri 7 | Call re: holdco structure and rare earth situation | 0.7 |
| | Review/analysis docket items | 0.6 |
| Mon 10 | Telephonic court hearing | 2.3 |
| | Preparation of memo re: rare earth situation | 1.0 |
| Tue 11 | Preparation of memo re: rare earth situation | 0.5 |
| | Review/analysis docket items | 0.3 |
| Wed 12 | Preparation of memo re: rare earth situation | 0.5 |
| Thu 13 | Review/analysis docket items | 0.3 |
| Fri 14 | Review of Synthetech information | 1.0 |
| Tue 18 | Review of Synthetech information | 0.5 |
| | Call w/ Orrick re: Synthetech | 0.2 |
| Wed 19 | Review/analysis docket items | 0.4 |
| Thu 20 | Call w/ Blackstone re: Synthetech | 0.3 |
| Fri 21 | Review/analysis docket items | 0.3 |
| Mon 24 | Review/analysis docket items | 0.2 |
| Wed 26 | Review/analysis docket items | 0.4 |
| Fri 28 | Review/analysis docket items | 0.3 |
| Mon 31 | Review of confirmation order and findings of fact | 2.0 |
| | TOTAL TIME (hrs) | 13.3 |

**WR Grace**
**January 2011 Time - George Coles, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Thu 6 | Review/analysis docket items | 0.5 |
| Fri 7 | Call prep | 0.5 |
| | Call with Debtors | 0.5 |
| Mon 10 | Preparation of memo for FCR | 2.5 |
| Wed 12 | Preparation of memo for FCR | 3.5 |
| Fri 14 | Review/analysis docket items | 0.3 |
| Tue 18 | Call prep | 0.5 |
| | Call with Orrick | 0.5 |
| Wed 19 | Review/analysis docket items | 0.3 |
| Thu 20 | Call prep | 0.2 |
| | Call with Debtors | 0.3 |
| | Review/analysis docket items | 0.6 |
| Wed 26 | Review/analysis docket items | 0.5 |
| | TOTAL TIME (hrs) | 10.7 |

**WR Grace**
**January 2011 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Wed 5 | Review/analyze docket items | 0.5 |
| Thu 6 | Review/analyze docket items | 0.5 |
| Fri 7 | Call prep | 1.0 |
|  | Tel mtg w/LaForce, O'connell re rare earths and FH | 1.0 |
| Mon 10 | Review/analyze docket items | 0.5 |
| Wed 12 | Prep rare earth memo | 1.0 |
|  | Review/analyze docket items | 0.5 |
| Thu 13 | Review final rare earth memo | 1.0 |
| Fri 14 | Review/analyze docket items | 0.5 |
| Tue 18 | Call prep | 1.0 |
|  | Comm w/OHS re debtor call re Syn merger | 0.2 |
|  | Comm w/Blackstone re Syn merger | 0.2 |
| Thu 20 | Call prep | 1.0 |
|  | Comm w/OHS re scheduling on Syn merger call | 0.3 |
|  | comm w/Blackstone (AS) re Syn merger | 0.3 |
|  | Review/analyze docket items | 0.5 |
| Wed 26 | Review/analyze docket items | 0.5 |
|  | TOTAL TIME (hrs) | 10.5 |