# EXHIBIT B

**W.R. Grace**
**Detail of expenses (January 1, 2011 – January 31, 2011)**

Communication
Telephone                                                                 $118.34
        **Total Communication:**                                        **$ 118.34**


**TOTAL EXPENSES:**                                                     **$ 118.34**