**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Objection Deadline: March 11, 2011 at 4:00 p.m. |
| | ) | Hearing: March 28, 2011 at 9:00 a.m. |

**COVER SHEET TO TWENTY-THIRD QUARTERLY APPLICATION OF**
**TOWERS WATSON, ACTUARIAL CONSULTANTS TO DAVID T. AUSTERN,**
**ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
**JULY 1, 2010 THROUGH SEPTEMBER 30, 2010**

| | |
|---|---|
| Name of Applicant: | Towers Watson |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered December 21, 2004) |
| Period for which compensation is sought: | July 1, 2010 through September 30, 2010 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $4,153.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $     0.00 |

This is an:   __X__  interim    ____ monthly    ____ final application.

**COMPENSATION SUMMARY**
**July 1, 2010 through September 30, 2010**

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (25 years) FCAS | $690 | 3.90 | $2,691.00 |
| Rhamonda Riggins | Analyst (8 years) | $325 | 4.50 | $1,462.50 |
| **Total Blended Rate: $494.46** | | | **8.40** | **$4,153.50** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 8.40 | $4,153.50 |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| **No Expenses** | **$0.00** |

| | |
|---|---|
| **July – September 2010 – Grand Total** | **$4,153.50** |

Respectfully submitted,

TOWERS WATSON

By: */S/ JENNIFER L. BIGGS*
    Jennifer L. Biggs, FCAS, MAAA
    101 S. Hanley Rd.
    St. Louis, MO 63105
    (314) 719-5843

Dated: February 17, 2011

2