# EXHIBIT A

## Libby, Montana Asbestos Litigation - 00300

| Description | January | February | March | Total |
|---|---|---|---|---|
| Parking | $ - | $ - | $ - | $ - |
| Photocopies | $ - | $ - | $ - | $ - |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ - | $ - | $ - | $ - |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Overtime | $ - | $ - | $ - | $ - |
| Other Expenses | $ - | $ 773.28 | $ 256.69 | $ 1,029.97 |
| Lexis | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Westlaw | $ - | $ - | $ - | $ - |
| Velo Binding | $ - | $ - | $ - | $ - |
| Color Copies | $ - | $ - | $ - | $ - |
| Outside Reproduction | $ - | | $ - | $ - |
| Document Production | $ - | $ - | $ - | $ - |
| Tab Stock | $ - | $ - | $ - | $ - |
| | | | | $ - |
| **TOTAL** | $ - | $ 773.28 | $ 256.69 | $ 1,029.97 |

Holme Roberts & Owen LLP

March 8, 2010

W.R. Grace & Co.

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 868412 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 01/31/10 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: BJS3257; DATE: 1/31/2010 - Monthly Storage Fees | $ | 256.69 |
| | | **Total Disbursements:** | $ | 256.69 |

### Disbursement Summary

| | | | |
|---|---|---|---|
| Other Expense | | $ | 256.69 |
| **Total Disbursements:** | | $ | **256.69** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |
| | *Outstanding Balance on Invoice 661254:* | | $ *219.96* |
| 684108 | 11/01/04 | Bill | 12,357.10 |
| | 01/04/05 | Cash Receipt | -9,653.46 |
| | 04/22/05 | Cash Receipt | -2,432.16 |
| | *Outstanding Balance on Invoice 684108:* | | $ *271.48* |
| 846965 | 06/23/09 | Bill | 504.63 |
| | *Outstanding Balance on Invoice 846965:* | | $ *504.63* |
| 848245 | 07/14/09 | Bill | 1,719.19 |

Holme Roberts & Owen LLP

February 22, 2010

W.R. Grace & Co.

| | |
|---|---|
| Page | 4 |
| Invoice No.: | 867546 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 12/31/09 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: BEY9476; DATE: 12/31/2009 - Monthly Storage | $ | 256.69 |
| 01/07/10 | | Other Expense: VENDOR: IRON MOUNTAIN; INVOICE#: ATF9592; Monthly Storage | | 259.90 |
| | | Total Disbursements: | $ | 516.59 |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 516.59 |
| Total Disbursements: | $ | 516.59 |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |
| | *Outstanding Balance on Invoice 661254:* | | *$ 219.96* |
| 684108 | 11/01/04 | Bill | 12,357.10 |
| | 01/04/05 | Cash Receipt | -9,653.46 |
| | 04/22/05 | Cash Receipt | -2,432.16 |
| | *Outstanding Balance on Invoice 684108:* | | *$ 271.48* |
| 833767 | 02/12/09 | Bill | 244.88 |
| | 02/05/10 | Cash Receipt | -244.88 |

Holme Roberts & Owen LLP

April 13, 2010

W.R. Grace & Co.

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 871079 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 02/28/10 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: BMC9807; DATE: 2/28/2010 - Monthly Storage | $ 256.69 |
| | | **Total Disbursements:** | **$ 256.69** |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 256.69 |
| **Total Disbursements:** | **$** | **256.69** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |
| | *Outstanding Balance on Invoice 661254:* | | *$ 219.96* |
| 684108 | 11/01/04 | Bill | 12,357.10 |
| | 01/04/05 | Cash Receipt | -9,653.46 |
| | 04/22/05 | Cash Receipt | -2,432.16 |
| | *Outstanding Balance on Invoice 684108:* | | *$ 271.48* |
| 846965 | 06/23/09 | Bill | 504.63 |
| | 03/23/10 | Cash Receipt | -504.63 |
| | *Outstanding Balance on Invoice 846965:* | | *$ 0.00* |
| 848245 | 07/14/09 | Bill | 1,719.19 |
| | 03/23/10 | Cash Receipt | -1,426.69 |

**Bankruptcy Matters - 00390**

| Name | Position | Hourly Rate | January | February | March | Total Comp. |
|---|---|---|---|---|---|---|
| | | | | TOTAL HOURS BILLED | | |
| Eric E. Johnson | Partner | $ 440.00 | 0 | 0.6 | 0.3 | $ 396.00 |
| Haag, Susan | Paralegal | $ 185.00 | 0 | 4.4 | 2.1 | $ 1,202.50 |
| TOTAL | | | 0 | 5 | 2.4 | $ 1,598.50 |

**Bankruptcy Matters - 00390**

| Description | January | February | March | Total |
|---|---|---|---|---|
| Photocopies | $ - | $ - | $ - | $ - |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ | $ | $ |
| Outside Courier | $ - | $ - | $ | $ |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Lexis | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Research Services | $ - | $ - | $ - | $ - |
| Professional Services | $ - | $ 2,057.27 | $ 282.85 | $ 2,340.12 |
| Postage | $ - | $ - | $ - | $ - |
| Consulting Fee | $ - | $ - | $ - | $ - |
| TOTAL | $ - | $ 2,057.27 | $ 282.85 | $ 2,340.12 |

Holme Roberts & Owen LLP

March 8, 2010

W.R. Grace & Co.

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 868412 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---:|
| 01/20/10 | | Consulting Fee: VENDOR: Morris James LLP; INVOICE#: 335952; DATE: 1/20/2010 - Professional Services through December 31, 2009 | $ 691.08 |
| 02/15/10 | | Consulting Fee: VENDOR: Morris James LLP; INVOICE#: 336930; DATE: 2/15/2010 - Professional Services | 1,366.19 |
| | | **Total Disbursements:** | **$ 2,057.27** |

### Disbursement Summary

| | |
|---|---:|
| Consulting Fee | $ 2,057.27 |
| **Total Disbursements:** | **$ 2,057.27** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---:|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | 10/19/04 | Cash Receipt | -92.89 |
| | *Outstanding Balance on Invoice 658429:* | | *$ 16.41* |
| 661254 | 03/15/04 | Bill | 2,580.71 |
| | 05/24/04 | Cash Receipt | -2,131.18 |
| | 10/19/04 | Cash Receipt | -382.44 |
| | *Outstanding Balance on Invoice 661254:* | | *$ 67.09* |
| 679369 | 09/24/04 | Bill | 1,618.52 |
| | 01/04/05 | Cash Receipt | -1,526.52 |
| | 04/22/05 | Cash Receipt | -89.34 |

Holme Roberts & Owen LLP

February 22, 2010

W.R. Grace & Co.

Page 8
Invoice No.: 867546
Client No.: 04339
Matter No.: 00390

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/07/10 | SH | Finalize 32nd interim fee application. | 1.70 | $ 314.50 |
| 01/08/10 | EEJ | Review, revise and edit quarterly fee application and conference with SHaag re same. | 0.30 | 132.00 |
| 01/08/10 | SH | Revise 32nd interim fee application and send to local counsel for filing. | 0.50 | 92.50 |
| 01/27/10 | EEJ | Review, revise and sign three monthly fee statements for filing in bankruptcy case. | 0.30 | 132.00 |
| 01/27/10 | SH | Draft monthly fee applications for April (0.6), May (0.6) and June (0.6), 2009. | 1.80 | 333.00 |
| 01/28/10 | SH | Revise June, 2009 fee application. | 0.40 | 74.00 |
| | | **Total Fees Through January 31, 2010:** | **5.00** | **$ 1,078.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EEJ | Eric E. Johnson | Partner | $440.00 | 0.60 | $ 264.00 |
| SH | Susan Haag | Paralegal | 185.00 | 4.40 | 814.00 |
| | | **Total Fees:** | | **5.00** | **$ 1,078.00** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | 10/19/04 | Cash Receipt | -92.89 |

Holme Roberts & Owen LLP

April 13, 2010

W.R. Grace & Co.

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 871079 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/04/10 | SH | Begin calculating 33rd interim fee application charts. | 0.60 | $ 111.00 |
| 03/05/10 | EEJ | Review, revise and edit quarterly fee application and related documents. | 0.30 | 132.00 |
| 03/05/10 | SH | Draft 33rd interim fee application. | 1.00 | 185.00 |
| 03/08/10 | SH | Revise 33rd interim fee application. | 0.50 | 92.50 |
| | | **Total Fees Through March 31, 2010:** | **2.40** | **$ 520.50** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EEJ | Eric E. Johnson | Partner | $440.00 | 0.30 | $ 132.00 |
| SH | Susan Haag | Paralegal | 185.00 | 2.10 | 388.50 |
| | | **Total Fees:** | | **2.40** | **$ 520.50** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 03/17/10 | | Consulting Fee: VENDOR: Morris James LLP; INVOICE#: 337958; DATE: 3/17/2010 - Professional Services through February 28, 2010 | $ 282.85 |
| | | **Total Disbursements:** | **$ 282.85** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 282.85 |
| **Total Disbursements:** | **$** | **282.85** |

Case 01-01139-AMC    Doc 26343-2    Filed 02/18/11    Page 11 of 19

**EPA Request for Information re: California Plants - 00450**

| Name | Position | Hourly Rate | January | February | March | Total Comp. |
|---|---|---|---|---|---|---|
| | | | \multicolumn{3}{c}{TOTAL HOURS BILLED} | |
| Coggon, Katheryn | Special Counsel | $ 390.00 | 39.1 | 29.1 | 0 | $ 26,598.00 |
| Cloclasure, Christopher | Associate | $ 280.00 | 12.6 | 13.3 | 0 | $ 7,252.00 |
| Sherman, Joan | Paralegal | $ 195.00 | 26.4 | 4.7 | 0 | $ 6,064.50 |
| Floyd, Mary Beth | Info. Specialist | $ 165.00 | 47.7 | 11.8 | 0 | $ 9,817.50 |
| Payne, William | Prac. Support | $ 185.00 | 0 | 4.3 | 0 | $ 795.50 |
| | | | | | | |
| TOTAL | | | 39.1 | 63.2 | 0 | $ 50,527.50 |

**EPA Request for Information re: California Plants - 00450**

| Description | January | February | March | Total |
|---|---|---|---|---|
| Parking | $ - | $ - | $ - | $ - |
| Photocopies | $ - | $ - | $ - | $ - |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ 63.92 | $ - | $ 63.92 |
| Service of Process | $ - | $ - | $ - | $ - |
| Color Copies | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Travel Expense | $ - | $ - | $ - | $ - |
| Lexis | $ - | $ - | $ - | $ - |
| Tab Stock | $ - | $ - | $ - | $ - |
| Velo Binding | $ - | $ - | $ - | $ - |
| **TOTAL** | $ - | $ 63.92 | $ - | $ 63.92 |

Holme Roberts & Owen LLP

February 4, 2010

W.R. Grace & Co.

Page 5
Invoice No.: 865911
Client No.: 04339
Matter No.: 00450

**Regarding: EPA Request for Information re California Plants**

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/01/10 | CLC | Review documents for responsiveness to the EPA's request for information under CERCLA Section 104(e). | 2.00 | $ 560.00 |
| 01/04/10 | KJC | Document review (7.0); email exchange and telephone conference with W. O'Connell re formulas, boxes, and requests (.5). | 7.50 | 2,925.00 |
| 01/04/10 | JLS | Review EPA request and email exchange re scope (.5); review potentially responsive documents (1.4). | 1.90 | 370.50 |
| 01/04/10 | MBF | Document review. | 3.40 | 561.00 |
| 01/05/10 | KJC | Review documents (4.6); email W. O'Connell re particular documents (.4). | 5.00 | 1,950.00 |
| 01/05/10 | JLS | Review EPA request and email exchange re scope (.2); review potentially responsive documents (1.0). | 1.20 | 234.00 |
| 01/05/10 | MBF | Review documents. | 3.90 | 643.50 |
| 01/06/10 | KJC | Review documents. | 6.60 | 2,574.00 |
| 01/06/10 | JLS | Review potentially responsive documents. | 1.20 | 234.00 |
| 01/06/10 | MBF | Document review. | 3.00 | 495.00 |
| 01/07/10 | KJC | Review documents (4.0); telephone conference with R. Emmett re response (.3). | 4.30 | 1,677.00 |
| 01/07/10 | CLC | Review documents for responsiveness to the EPA's request for information under CERCLA section 104(e). | 1.40 | 392.00 |
| 01/07/10 | MBF | Document review. | 4.20 | 693.00 |
| 01/08/10 | KJC | Document review (2.5); email exchange with E. Burke re information for San Leandro (.5); telephone conference with EPA re scope of response (.7); work on 104(e) response (.3). | 4.00 | 1,560.00 |
| 01/08/10 | JLS | Review potentially responsive documents. | 0.60 | 117.00 |
| 01/08/10 | MBF | Document review. | 7.00 | 1,155.00 |
| 01/10/10 | CLC | Review documents for responsiveness to the EPA's request for information under CERCLA section 104(e). | 2.80 | 784.00 |
| 01/11/10 | KJC | Email exchange with W. O'Connell re documents (.4); email re limits to document review and follow-up to | 1.20 | 468.00 |

Holme Roberts & Owen LLP

February 4, 2010

W.R. Grace & Co.

Page             6
Invoice No.:     865911
Client  No.:     04339
Matter  No.:     00450

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| | | EPA call (.6); conference with CLColclasure re options to submit attorney client communications confidential (.2). | | |
| 01/11/10 | CLC | Read email traffic re the EPA's request for documents under CERCLA section 104(e) (.1); conference with KJCoggon re how to protect confidential business information (.2). | 0.30 | 84.00 |
| 01/11/10 | MBF | Review documents (1.4); draft answers to 104(e) request for San Leandro facility at request of KJCoggon (4.0). | 5.40 | 891.00 |
| 01/12/10 | KJC | Email exchange with W. O'Connell re additional inquiries for responsive documents. | 0.80 | 312.00 |
| 01/12/10 | MBF | Review documents and draft answers to CERCLA 104(e) requests at request of KJCoggon. | 4.50 | 742.50 |
| 01/13/10 | JLS | Review potentially responsive documents. | 1.20 | 234.00 |
| 01/13/10 | MBF | Draft responses to CERCLA 104(e) request for KJCoggon. | 0.80 | 132.00 |
| 01/14/10 | MBF | Draft responses to 104(e) request at direction of KJCoggon. | 1.00 | 165.00 |
| 01/15/10 | JLS | Review potentially responsive documents. | 1.90 | 370.50 |
| 01/18/10 | CLC | Research confidential business information issues. | 3.10 | 868.00 |
| 01/19/10 | KJC | Telephone conference with MBFloyd re San Leandro draft response. | 0.10 | 39.00 |
| 01/19/10 | CLC | Research confidential business information issues. | 1.00 | 280.00 |
| 01/19/10 | JLS | Review potentially responsive documents to EPA request. | 0.90 | 175.50 |
| 01/19/10 | MBF | Draft responses to EPA 104(e) request for San Leandro plant. | 2.80 | 462.00 |
| 01/20/10 | KJC | Draft summary for audit response (.2); telephone conference with JLSherman re document review (.1). | 0.30 | 117.00 |
| 01/20/10 | CLC | Research confidentiality issues. | 2.00 | 560.00 |
| 01/20/10 | JLS | Review potentially responsive documents to EPA request. | 2.10 | 409.50 |

Holme Roberts & Owen LLP

February 4, 2010

W.R. Grace & Co.

Page 7
Invoice No.: 865911
Client No.: 04339
Matter No.: 00450

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/20/10 | MBF | Draft answers to EPA 104(e) response for San Leandro facility. | 2.20 | 363.00 |
| 01/21/10 | JLS | Review potentially responsive documents to EPA request. | 1.10 | 214.50 |
| 01/22/10 | KJC | Email exchange with W. O'Connell re document review (.2); review box lists for additional information (.3); revise case evaluation for audit response (.3); review and revise draft 104(e) response (1.2); email and voicemail exchange with JLSherman re search for San Leandro boxes (.3). | 2.30 | 897.00 |
| 01/22/10 | JLS | Review potentially responsive documents to EPA request. | 2.40 | 468.00 |
| 01/22/10 | MBF | Draft responses to EPA 104(e) request re San Leandro facility at request of KJCoggon. | 1.00 | 165.00 |
| 01/25/10 | KJC | Telephone conference with JLSherman re document and box review (.2); review draft response to EPA (.2). | 0.40 | 156.00 |
| 01/25/10 | JLS | Review potentially responsive documents to EPA request. | 2.30 | 448.50 |
| 01/25/10 | MBF | Draft responses to EPA 104(e) request. | 2.50 | 412.50 |
| 01/26/10 | KJC | Email W. O'Connell re questions on San Leandro (.5); review list of responsive boxes and email to W. O'Connell for further review (.7). | 1.20 | 468.00 |
| 01/26/10 | JLS | Review potentially responsive documents to EPA request. | 3.30 | 643.50 |
| 01/26/10 | MBF | Draft responses to EPA 104(e) request for San Leandro facility at request of KJCoggon. | 3.30 | 544.50 |
| 01/27/10 | KJC | Review email from W. O'Connell re Phase I investigation (.2); review draft answers to EPA request (.9); review plant closure report (.3). | 1.40 | 546.00 |
| 01/28/10 | KJC | Email exchange with W. O'Connell re Oakland and other boxes (.3); review documents for information re 104(e) request (1.2); revise response to 104(e) (.3). | 1.80 | 702.00 |
| 01/28/10 | JLS | Review potentially responsive documents to EPA request. | 2.10 | 409.50 |

Holme Roberts & Owen LLP

February 4, 2010

W.R. Grace & Co.

| | |
|---|---|
| Page | 8 |
| Invoice No.: | 865911 |
| Client No.: | 04339 |
| Matter No.: | 00450 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/28/10 | MBF | Draft answers to 104(e) requests. | 0.50 | 82.50 |
| 01/29/10 | KJC | Work on response to 104(e) request for information. | 2.20 | 858.00 |
| 01/29/10 | JLS | Review potentially responsive documents to EPA request. | 4.20 | 819.00 |
| 01/29/10 | MBF | Revise responses to EPA 104(e) request re San Leandro. | 0.70 | 115.50 |
| 01/31/10 | MBF | Revise responses to 104(e) request for San Leandro. | 1.50 | 247.50 |
| | | **Total Fees Through January 31, 2010:** | **125.80** | **$ 31,795.50** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $390.00 | 39.10 | $ 15,249.00 |
| CLC | Christopher L. Colclasure | Associate | 280.00 | 12.60 | 3,528.00 |
| JLS | Joan L. Sherman | Paralegal | 195.00 | 26.40 | 5,148.00 |
| MBF | Mary Beth Floyd | Information Specialist | 165.00 | 47.70 | 7,870.50 |
| | | **Total Fees:** | | **125.80** | **$ 31,795.50** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 863310 | 01/06/10 | Bill | 20,038.00 |
| | | *Outstanding Balance on Invoice 863310:* | *$ 20,038.00* |
| | | **Total Outstanding Invoices:** | **$ 20,038.00** |

| | | |
|---|---|---|
| **Trust Applied to Matter** | $ | 0.00 |
| **Current Fees and Disbursements** | $ | 31,795.50 |
| **Total Balance Due This Matter** | $ | 51,833.50 |

Holme Roberts & Owen LLP

March 8, 2010

W.R. Grace & Co.

| | |
|---|---|
| Page | 14 |
| Invoice No.: | 868412 |
| Client No.: | 04339 |
| Matter No.: | 00450 |

**Regarding: EPA Request for Information re California Plants**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/01/10 | KJC | Review and revise answer to 104(e). | 2.20 | $ 858.00 |
| 02/01/10 | JLS | Review potentially responsive documents to EPA request. | 0.50 | 97.50 |
| 02/01/10 | MBF | Draft responses to 104(e) request re Los Angeles, Gage Avenue. | 3.50 | 577.50 |
| 02/02/10 | KJC | Telephone conference with B. O'Connell re 104(e) response (.30); review and revise 104(e) response (1.50). | 1.80 | 702.00 |
| 02/02/10 | CLC | Research re FOIA and CERCLA 104(e). | 3.20 | 896.00 |
| 02/02/10 | MBF | Draft responses to 104(e) requests for San Leandro and Los Angeles Gage Avenue. | 3.20 | 528.00 |
| 02/03/10 | KJC | Draft and revise response to 104(e). | 1.50 | 585.00 |
| 02/03/10 | CLC | Review documents for 104(e). | 1.50 | 420.00 |
| 02/03/10 | JLS | Review potentially responsive documents to EPA request. | 2.10 | 409.50 |
| 02/04/10 | KJC | Review documents and incorporate into response to 104(e). | 3.20 | 1,248.00 |
| 02/04/10 | MBF | Review documents related to answering 104(e) request for Los Angeles Gage site. | 1.00 | 165.00 |
| 02/05/10 | KJC | Review and revise response to 104(e). | 5.50 | 2,145.00 |
| 02/05/10 | MBF | Revise and update responses to 104(e) requests for San Leandro and Los Angeles Gage Avenue. | 1.50 | 247.50 |
| 02/08/10 | KJC | Review and revise 104(e) response. | 2.00 | 780.00 |
| 02/08/10 | CLC | Review documents for 104(e). | 5.50 | 1,540.00 |
| 02/09/10 | KJC | Revise 104(e) responses. | 2.70 | 1,053.00 |
| 02/09/10 | CLC | Review documents for 104(e). | 1.80 | 504.00 |
| 02/09/10 | MBF | Review documents for responses to 104(e) requests. | 1.00 | 165.00 |
| 02/10/10 | KJC | Review and revise 104(e) response. | 2.70 | 1,053.00 |
| 02/11/10 | KJC | Finalize 104(e) response including documents to produce. | 3.50 | 1,365.00 |

Holme Roberts & Owen LLP

March 8, 2010

W.R. Grace & Co.

| | |
|---|---|
| Page | 15 |
| Invoice No.: | 868412 |
| Client No.: | 04339 |
| Matter No.: | 00450 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/11/10 | CLC | Review documents for 104(e). | 1.30 | 364.00 |
| 02/11/10 | JLS | Prepare documents responsive to EPA request for production. | 2.10 | 409.50 |
| 02/11/10 | WEP | Export documents for production and burn to disk. | 3.50 | 647.50 |
| 02/11/10 | MBF | Ready documents for production in response to 104(e) request. | 1.10 | 181.50 |
| 02/12/10 | KJC | Finalize and send response to 104(e). | 4.00 | 1,560.00 |
| 02/12/10 | WEP | Export documents for production and burn to disk. | 0.80 | 148.00 |
| 02/12/10 | MBF | Review documents to be sent to EPA in response to 104(e) request to ensure document set is complete. | 0.50 | 82.50 |

| | | | |
|---|---|---|---|
| Total Fees Through February 28, 2010: | 63.20 | $ | 18,732.00 |

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $390.00 | 29.10 | $ | 11,349.00 |
| CLC | Christopher L. Colclasure | Associate | 280.00 | 13.30 | | 3,724.00 |
| JLS | Joan L. Sherman | Paralegal | 195.00 | 4.70 | | 916.50 |
| WEP | William E. Payne | Practice Support | 185.00 | 4.30 | | 795.50 |
| MBF | Mary Beth Floyd | Information Specialist | 165.00 | 11.80 | | 1,947.00 |

| | | | |
|---|---|---|---|
| Total Fees: | 63.20 | $ | 18,732.00 |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 02/05/10 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 949714640 DATE: 2/10/2010 \|Tracking #: 792818460191 Shipment Date: 20100205 Ship to: Brian E O Connell, W R Grace & Co Conn, 62 Whittemore Ave, CAMBRIDGE, MA 02140 | $ | 39.22 |

Holme Roberts & Owen LLP

March 8, 2010

W.R. Grace & Co.

| | |
|---|---|
| Page | 16 |
| Invoice No.: | 868412 |
| Client No.: | 04339 |
| Matter No.: | 00450 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 02/12/10 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 950504604 DATE: 2/17/2010 \|Tracking #: 791256537779 Shipment Date: 20100212 Ship to: Craig Whitenack, U S Environmental Protection, 600 Wilshire Blvd Ste 1420, LOS ANGELES, CA 90017 | 11.92 |
| 02/12/10 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 950504604 DATE: 2/17/2010 \|Tracking #: 799510181381 Shipment Date: 20100212 Ship to: Brian O Connell, W R Grace & Company, 62 Whittemore Ave, CAMBRIDGE, MA 02140 | 12.78 |
| | | **Total Disbursements:** $ | **63.92** |

### Disbursement Summary

| | | |
|---|---|---|
| Federal Express | $ | 63.92 |
| **Total Disbursements:** | $ | **63.92** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 863310 | 01/06/10 | Bill | 20,038.00 |
| | | *Outstanding Balance on Invoice 863310:* | *$ 20,038.00* |
| 865911 | 02/04/10 | Bill | 31,795.50 |
| | | *Outstanding Balance on Invoice 865911:* | *$ 31,795.50* |
| | | **Total Outstanding Invoices:** | **$ 51,833.50** |

| | | |
|---|---|---|
| **Trust Applied to Matter** | $ | 0.00 |
| **Current Fees and Disbursements** | $ | 18,795.92 |
| **Total Balance Due This Matter** | $ | 70,629.42 |