# EXHIBIT B

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Eric E. Johnson | Partner | Bankruptcy | $440.00 | 0.9 | $396.00 |
| Katheryn J. Coggon | Sp. Counsel | Environmental | $390.00 | 68.2 | $26,598.00 |
| Christopher Cloclasure | Associate | Environmental | $280.00 | 25.9 | $7,252.00 |
| Susan Haag | Paralegal | Bankruptcy | $185.00 | 6.5 | $1,202.50 |
| Joan Sherman | Paralegal | Environmental | $195.00 | 31.1 | $6,064.50 |
| Mary Beth Floyd | Info. Spec. | Environmental | $165.00 | 59.5 | $9,817.50 |
| William Payne | Prac. Support | Litigation | $185.00 | 4.3 | $795.50 |
| **TOTAL** | | | | 196.4 | $52,126.00 |