# EXHIBIT C

| DESCRIPTION | TOTAL |
|---|---:|
| Photocopies | $0.00 |
| Facsimiles | $0.00 |
| Long Distance Telephone | $0.00 |
| Other Expenses | $1,029.97 |
| Outside Courier | $63.92 |
| Lexis | $0.00 |
| Federal Express | $0.00 |
| Color Copies | $0.00 |
| Professional Billable Services | $2,340.12 |
| Outside Reproduction | $0.00 |
| **TOTALS** | **$3,434.01** |