# EXHIBIT "B"

### *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555      Fax:   (302) 575-1714

WR Grace PD Committee                              October 1, 2010 to October 31, 2010

Inv  #:         37334

RE:      WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|---|------|--------|
| B14 | Case Administration - | 13.10 | 3,294.00 |
| B15 | Claims Administration & Objections - | 0.10 | 15.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.20 | 65.00 |
| B18 | Fee Applications, Others - | 0.50 | 87.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 0.10 | 32.50 |
| B25 | Fee Applications, Applicant - | 1.90 | 396.50 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 2.40 | 780.00 |
| B32 | Litigation and Litigation Consulting – | 0.20 | 54.00 |
| B34 | Fraudulent Conveyance Adv. Proceeding - | 1.00 | 297.50 |
| B36 | Plan and Disclosure Statement - | 1.90 | 567.50 |
| B37 | Hearings - | 2.50 | 812.50 |
| | **Total** | **23.90** | **$6,401.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| Lisa L. Coggins | 270.00 | 1.70 | 459.00 |
| Regina Matozzo | 200.00 | 7.10 | 1,420.00 |
| Theodore J. Tacconelli | 325.00 | 12.90 | 4,192.50 |
| Legal Assistant - SEK | 150.00 | 0.20 | 30.00 |
| Legal Assistant - KC | 150.00 | 2.00 | 300.00 |
| **Total** | | **23.90** | **$6,401.50** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                    **$220.76**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Oct-01-10 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review four miscellaneous CNO's filed by Debtors | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Debtors Motion to Approve Settlement with Federal Insurance Company with attachments | 1.30 | TJT |
| | *Case Administration* - Received check for June 2010 fee application, updated spreadsheet accordingly | 0.10 | KC |
| Oct-02-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review notice of withdrawal of document filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Debtors Monthly Operating Report for August, 2010 | 0.50 | TJT |
| Oct-03-10 | *Case Administration* - Review three miscellaneous CNO's filed by Debtors | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Certificate of Counsel re: Proposed Order re: Reinstatement of Certain Employee Claims with attachments | 0.30 | TJT |
| Oct-04-10 | *Case Administration* - Review case management memo re: week ending 10-1-2010 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status for week ending 10/1/10; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review Supreme Court docket | 0.10 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review Case Status Memo for week ending 10/1 | 0.10 | TJT |
| | Claims Analysis Obj. & Res. (Asbestos) Confer with R. Matozzo re: status of Debtors Supreme Court Appeal re: State of Montana/Libby | 0.10 | TJT |
| Oct-05-10 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review docket in Supreme Court re: Debtors Supreme Court Appeal re: State of Montana/Libby | 0.10 | TJT |
| | *Case Administration* - Update payments received chart re: Jan, Feb, March 2010 holdback checks received | 0.20 | KC |
| Oct-06-10 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Certificate of No Objection re: Debtors Motion to Approve Settlement with Hartford | 0.10 | TJT |

| | | | |
|---|---|---|---|
| Oct-07-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Debtors Notice of Amounts Paid to OCP's with attachment | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review three miscellaneous CNO's filed by Debtors | 0.10 | TJT |
| Oct-08-10 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| Oct-09-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Review letter from J. O'Neill to S. Lippi with attachments re: motions filed in adversary proceeding 02-2010 and 02-2011 | 0.30 | TJT |
| Oct-10-10 | *Case Administration* - Review Case Status Memo for week ending 10/8 | 0.10 | TJT |
| Oct-11-10 | *Case Administration* - Review case management memo re: week ending 10-8-10 | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review dockets re: stats for week ending 10/8/10; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| Oct-12-10 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Hearings* - Review Agenda for 10/18 hearing | 0.10 | TJT |
| Oct-13-10 | *Case Administration* - Review notice of agenda re: 10-18-2010 hearing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Hearings* - confer with para re: 10/18 hearing transcript | 0.10 | TJT |
| | *Hearings* - Prepare for 10/18 hearing | 0.10 | TJT |
| | *Hearings* - Review correspondence from J. Sakalo re: 10/18 hearing coverage | 0.10 | TJT |
| Oct-14-10 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -Review correspondence from R. Ramphall re: committee meeting | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review order dismissing | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
| | Debtors Motion to Enforce 2009 stipulation with NJDEP | | |
| Oct-15-10 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review 3 miscellaneous CNO's filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review Daily memos | 0.10 | TJT |
| | *Hearings* - Review matters on agenda for 10/18 hearing | 0.80 | TJT |
| Oct-16-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review 3 miscellaneous CNO's filed by debtors | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Notice of Service of Discovery by Neutrocrete to Debtors | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Order approving settlement with Hartford | 0.10 | TJT |
| | *Hearings* - Prepare for 10/18 hearing | 0.10 | TJT |
| Oct-18-10 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review dockets re: status for week ending 10/15/10; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review Case Status Memo for week ending 10/15 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with R. Miller re: status of confirmation | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from M. Kramer to committee re: status of confirmation | 0.10 | TJT |
| | *Hearings* - Prepare for and attend bankruptcy court | 1.10 | TJT |
| | *Hearings* - Review correspondence from J. Sakalo re: results of hearing today | 0.10 | TJT |
| | *Case Administration* - Meeting with T. Tacconelli; request transcript of 10/18/10 hearing | 0.20 | SEK |
| Oct-19-10 | *Case Administration* - Review case management memo re: week ending 10-15-2010 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.10 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review memo from R. Matozzo re: Insurance transfer Rights | 0.10 | TJT |
| Oct-20-10 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review order authorizing debtors to purchase Synthetech | 0.10 | TJT |
| Oct-21-10 | *Fee Applications, Others* - Review CNO re: August 2010 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review CNO re: August 2010 monthly fee | 0.10 | LLC |

| | | | |
|---|---|---|---|
| Oct-07-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Debtors Notice of Amounts Paid to OCP's with attachment | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review three miscellaneous CNO's filed by Debtors | 0.10 | TJT |
| Oct-08-10 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| Oct-09-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Review letter from J. O'Neill to S. Lippi with attachments re: motions filed in adversary proceeding 02-2010 and 02-2011 | 0.30 | TJT |
| Oct-10-10 | *Case Administration* - Review Case Status Memo for week ending 10/8 | 0.10 | TJT |
| Oct-11-10 | *Case Administration* - Review case management memo re: week ending 10-8-10 | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review dockets re: stats for week ending 10/8/10; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| Oct-12-10 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Hearings* - Review Agenda for 10/18 hearing | 0.10 | TJT |
| Oct-13-10 | *Case Administration* - Review notice of agenda re: 10-18-2010 hearing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Hearings*  - confer with para re: 10/18 hearing transcript | 0.10 | TJT |
| | *Hearings* - Prepare for 10/18 hearing | 0.10 | TJT |
| | *Hearings*  - Review correspondence from J. Sakalo re: 10/18 hearing coverage | 0.10 | TJT |
| Oct-14-10 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -Review correspondence from R. Ramphall re: committee meeting | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review order dismissing | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | Debtors Motion to Enforce 2009 stipulation with NJDEP |  |  |
| Oct-15-10 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review 3 miscellaneous CNO's filed by debtors | 0.10 | TJT |
|  | *Case Administration* - Review Daily memos | 0.10 | TJT |
|  | *Hearings* - Review matters on agenda for 10/18 hearing | 0.80 | TJT |
| Oct-16-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review 3 miscellaneous CNO's filed by debtors | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Notice of Service of Discovery by Neutrocrete to Debtors | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Order approving settlement with Hartford | 0.10 | TJT |
|  | *Hearings* - Prepare for 10/18 hearing | 0.10 | TJT |
| Oct-18-10 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review dockets re: status for week ending 10/15/10; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
|  | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
|  | *Case Administration* - Review Case Status Memo for week ending 10/15 | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Confer with R. Miller re: status of confirmation | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review correspondence from M. Kramer to committee re: status of confirmation | 0.10 | TJT |
|  | *Hearings* - Prepare for and attend bankruptcy court | 1.10 | TJT |
|  | *Hearings* - Review correspondence from J. Sakalo re: results of hearing today | 0.10 | TJT |
|  | *Case Administration* - Meeting with T. Tacconelli; request transcript of 10/18/10 hearing | 0.20 | SEK |
| Oct-19-10 | *Case Administration* - Review case management memo re: week ending 10-15-2010 | 0.10 | LLC |
|  | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.10 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review memo from R. Matozzo re: Insurance transfer Rights | 0.10 | TJT |
| Oct-20-10 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review order authorizing debtors to purchase Synthetech | 0.10 | TJT |
| Oct-21-10 | *Fee Applications, Others* - Review CNO re: August 2010 fee app for filing | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Review CNO re: August 2010 monthly fee | 0.10 | LLC |

|  | app for filing | | |
|---|---|---|---|
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review 3 miscellaneous CNO's filed by debtors | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* -Review correspondence from R. Ramphall re: committee meeting | 0.10 | TJT |
|  | *Fee Applications, Others* - Check docket re: objections to Bilzin's August 2010 fee applications | 0.10 | KC |
|  | *Fee Applications, Others* - Prepare, efile and service of Certificate of No Objection to August 2010 fee application | 0.30 | KC |
|  | *Fee Applications, Applicant* - Check docket re: objections to FJP's August 2010 fee application | 0.10 | KC |
|  | *Fee Applications, Applicant* - Prepare, efile and service of Certificate of No Objection to August 2010 fee application | 0.30 | KC |
| Oct-22-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review three miscellaneous CNO's filed by debtors | 0.10 | TJT |
| Oct-24-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review 3 miscellaneous CNO's filed by debtors | 0.10 | TJT |
|  | *Case Administration* - Review Certificate of Counsel re: 2011 omnibus hearing dates order with attachment | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review corrected order disallowing employee claims | 0.10 | TJT |
| Oct-25-10 | *Case Administration* - Review modified order scheduling Omnibus hearing dates and forward same to KC | 0.10 | LLC |
|  | *Case Administration* - Review case management memo re: week ending 10-22-2010 | 0.10 | LLC |
|  | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review dockets re: stats for week ending 10/22/10; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
|  | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
|  | *Case Administration* - Review case status memo for week ending 10/22 | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Review and revise September prebill | 0.50 | TJT |
| Oct-26-10 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review correspondence from J. Sakalo re: Order setting 2011 omnibus hearing dates | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Case Administration* - Confer with para re: 2011 omnibus hearing date schedule | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Certificate of No Objection re: Debtors Claim Settlement Notice re: claim no. 25432 | 0.10 | TJT |
| Oct-27-10 | *Case Administration* - Review notice of address change and forward same to KC | 0.10 | LLC |
|  | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review 2011 omnibus hearing, filing and objection deadlines and calendar same | 0.40 | TJT |
|  | *Case Administration* - Review Debtors 38 Quarter report of settlements with attachment | 0.10 | TJT |
|  | *Case Administration* - Review CNO re: Debtors Claim Settlement Notice re: claim no. 25241 | 0.10 | TJT |
|  | *Case Administration* - Review Notice of Change of Address for Vonwin Capital | 0.10 | TJT |
|  | *Claims Administration & Objections* - Review notice of address change forwarded from LLC | 0.10 | KC |
| Oct-28-10 | *Fee Applications, Applicant* - Review Sept. 2010 fee app for filing | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - Signed order re: referring jurisdiction of the adversary proceedings back to bankruptcy court and confer with T. Tacconelli re: same | 0.20 | LLC |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review 4 miscellaneous CNO's filed by debtors | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Complaint filed in various Delaware asbestos bankruptcy cases re: subpoena issued by Garlock and other parties to various PI trusts, review confirmation hearing transcript re: testimony of E. Inselbuch re: access to WR Grace PI Trust documents | 1.20 | TJT |
|  | *Fee Applications, Applicant* - Revisions to invoice and prepare for filing as exhibit to Sept. 2010 fee application | 0.30 | KC |
|  | *Fee Applications, Applicant* - Draft fee app for Sept. 2010, prepare documents for filing | 0.30 | KC |
|  | *Fee Applications, Applicant* - Efile and service of Sept. 2010 fee app | 0.20 | KC |
| Oct-29-10 | *Fraudulent Conveyance Adv. Proceeding* - Begin preparation of final fee application for adversary actions | 0.50 | LLC |
|  | *Fraudulent Conveyance Adv. Proceeding* - Confer with L. Coggins re: orders referring adversary's 02-2010 and 02-2011 to bankruptcy court | 0.10 | TJT |
|  | *Fraudulent Conveyance Adv. Proceeding* - Confer with K. Callahan re: orders referring adversary's 02-2010 and 02-2011 to bankruptcy court | 0.10 | TJT |
|  | Totals | 23.90 |  |

## DISBURSEMENTS

| | | |
|---|---|---|
| Oct-04-10 | Cost Advance - First State Deliveries - hand delivery 9/21/10 | 6.50 |

| Oct-14-10 | Cost Advance - West Law - Legal Research August Acct #1000634693; Inv #821290766 | 10.17 |
| Oct-18-10 | Cost Advance - First State Deliveries - hand delivery | 6.50 |
| Oct-21-10 | Photocopy Cost | 4.80 |
| | Cost Advance - Postage 9 x .44 | 3.96 |
| Oct-22-10 | Cost Advance - Court Call | 30.00 |
| | Cost Advance - Pacer Service Center - 7/1/10- 9/30/10 TJT(Account # FJ0093) | 12.88 |
| | Cost Advance - Pacer Service Center - 7/1/10- 9/30/10 RMM (Account # FJ0497) | 27.36 |
| | Cost Advance - Pacer Service Center - 7/1/10- 9/30/10 RSM (Account # FJ0091) | 20.40 |
| Oct-26-10 | Cost Advance - First State Deliveries - hand deliveries | 45.50 |
| Oct-28-10 | Photocopy Cost | 2.50 |
| | Photocopy Cost | 1.40 |
| | Photocopy Cost | 3.40 |
| | Cost Advance - Court Call | 44.00 |
| | Cost Advance - postage | 1.39 |
| | Totals | $220.76 |

**Total Fees & Disbursements**                                    **$6,622.26**

Invoice # 37672 1

Nov. 1- Nov. 30, 2010

### *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555     Fax:   (302) 575-1714

WR Grace PD Committee

Nov. 1, 2010 through Nov. 30, 2010
Inv  #:        37672

RE:       WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|------|------|------|
| B14 | Case Administration - | 16.00 | 4,082.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.10 | 32.50 |
| B18 | Fee Applications, Others - | 3.60 | 612.00 |
| B25 | Fee Applications, Applicant - | 4.30 | 816.50 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 3.00 | 975.00 |
| B32 | Litigation and Litigation Consulting - | 0.20 | 54.00 |
| B34 | Fraudulent Conveyance Adv. Proceeding - | 7.10 | 1,983.00 |
| B36 | Plan and Disclosure Statement - | 0.90 | 192.50 |
| B37 | Hearings - | 0.30 | 97.50 |
| | **Total** | **35.50** | **$8,845.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------|------|------|------|
| Lisa L. Coggins | 270.00 | 8.90 | 2,403.00 |
| Regina Matozzo | 200.00 | 7.40 | 1,480.00 |
| Theodore J. Tacconelli | 325.00 | 11.90 | 3,867.50 |
| Legal Assistant - SEK | 150.00 | 0.30 | 45.00 |
| Legal Assistant - KC | 150.00 | 7.00 | 1,050.00 |
| **Total** | | **35.50** | **$8,845.50** |

## DISBURSEMENT SUMMARY

Total Disbursements                                    $560.73

1

Invoice # 37672 2

Nov. 1- Nov. 30, 2010

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Nov-01-10 | *Fraudulent Conveyance Adv. Proceeding-* Confer with TJT re: preparation of final fee application in fraudulent transfer adversary | 0.20 | LLC |
| | *Case Administration -* Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration -* Review dockets re: status for week ending 10/29/10; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement -* Research transfer of insurance rights | 0.30 | RM |
| | *Case Administration -* Review Case Status Memo re: week ending 10/29 | 0.10 | TJT |
| | *Case Administration -* Review notice of withdrawal of appearance by attorney at K&E | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb) -*Review Certificate of No Objection re: Debtors Motion to approve settlement with Federal Insurance Co. | 0.10 | TJT |
| Nov-02-10 | *Case Administration -* Review case management memo re: week ending 10-29-2010 | 0.10 | LLC |
| | *Case Administration -* Review notice of withdrawal of appearance and forward same to KC | 0.10 | LLC |
| | *Case Administration -* Review notice of appearance and forward same to KC | 0.10 | LLC |
| | *Litigation and Litigation Consulting -* Confer with T. Tacconelli re: debtor's motion re: filing of fee apps in fraudulent transfer adversary action | 0.20 | LLC |
| | *Case Administration -* Review daily memos | 0.10 | TJT |
| | *Case Administration -* Review 4 miscellaneous Certificate of No Objection's filed by PI Committee | 0.10 | TJT |
| | *Case Administration -* Review correspondence from J. Sakalo re: adversary's 02-2210 and 02-2211 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb) -*Review Notice of Withdrawal of Certificate of No Objection re: Debtors Motion to Approve Settlement with Federal Insurance Co. | 0.10 | TJT |
| Nov-03-10 | *Case Administration -* Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Plan and Disclosure Statement -* Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration -* Review daily memos | 0.10 | TJT |
| | *Case Administration -* Review Notice of  Appearance of new attorneys for K&E, confer with KC re: core service list revision | 0.20 | TJT |
| | *Case Administration -* Correspondence with J. Baer re: adversary's 02-2210 and 02-2211 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb) -*Review Stipulation Resolving Claims of Kokkinos | 0.10 | TJT |
| | *Case Administration -* Receive, distribute 10-18-10 hearing transcript | 0.20 | SEK |
| Nov-04-10 | *Fraudulent Conveyance Adv. Proceeding-* Confer with TJT re: status of re-filing fee applications in fraudulent transfer actions | 0.20 | LLC |
| | *Fraudulent Conveyance Adv. Proceeding-* E-mail from TJT re: debtor's request to file certain fee applications in fraudulent transfer adversaries | 0.10 | LLC |

2

|  | | | |
|---|---|---|---|
| | *Fraudulent Conveyance Adv. Proceeding-* Further confer with T. Tacconelli re: filing of certain fee applications in fraudulent transfer adversaries | 0.20 | LLC |
| | *Fraudulent Conveyance Adv. Proceeding-* Review files and dockets re: status of fee applications filed in fraudulent transfer adversaries | 1.00 | LLC |
| | *Case Administration -* Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration -* Review daily memos | 0.10 | TJT |
| | *Case Administration -* Review correspondence from J. Baer re: adversaries 02-2210 and 02-2211 | 0.10 | TJT |
| | *Case Administration -* Correspondence with J. Sakalo re: adversaries 02-2210 and 02-2211 | 0.20 | TJT |
| | *Case Administration -* Confer with L. Coggins re: adversaries 02-2210 and 02-2211 | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or -*Review correspondence from R. Ramphall re: committee meeting | 0.10 | TJT |
| | *Case Administration -* Review recent filings regarding changes to service list; review core/2002 service list and make revisions accordingly | 0.20 | KC |
| | *Case Administration -* Payment received; updated payment received chart accordingly | 0.10 | KC |
| | *Fee Applications, Others -* Download Bilzin documents re: 111th monthly fee app for Sept. 2010; review same and prepare cos | 0.20 | KC |
| Nov-05-10 | *Case Administration -* Review agenda re: 11-15 hearing | 0.10 | LLC |
| | *Fee Applications, Others -* Review Bilzin Sept. 2010 fee application for filing and confer with KC re: same | 0.20 | LLC |
| | *Fraudulent Conveyance Adv. Proceeding-* Confer with T. Tacconelli re: filing of certain fee applications in fraudulent transfer adversary and responding to debtors re: same | 0.10 | LLC |
| | *Fraudulent Conveyance Adv. Proceeding-* Further review of file and dockets and file appropriate fee applications in fraudulent transfer adversaries | 2.10 | LLC |
| | *Fraudulent Conveyance Adv. Proceeding-* Email to debtor's counsel re: filing of certain documents in fraudulent transfer adversaries and status of other fee applications previously filed | 0.20 | LLC |
| | *Fraudulent Conveyance Adv. Proceeding-* Confer with KC re: filing of fee apps in fraudulent transfer adversaries and background re: same | 0.20 | LLC |
| | *Case Administration -* Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration -* Review daily memos | 0.10 | TJT |
| | *Case Administration -* Review 2 miscellaneous CNO's filed by Debtors | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Claim Settlement Notice re: claims #s 1641 and 14037 with attachments | 0.60 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review order approving settlement with Federal Ins. Co. | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding-* Confer with L. Coggins re: adversary cases | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding-* Review correspondence from | 0.10 | TJT |

3

|  |  |  |  |
|---|---|---|---|
| | L. Coggins re: adversary cases | | |
| | *Fraudulent Conveyance Adv. Proceeding-* Review correspondence from J. Sakalo re: adversary cases | 0.10 | TJT |
| | *Hearings -* Review correspondence from J. Sakalo re: 11/15 hearing | 0.10 | TJT |
| | *Hearings  -* Review Notice of Cancellation of 11/15 hearing, confer with Para | 0.20 | TJT |
| | *Fee Applications, Others -* Revise, prepare documents Bilzin's 111th Monthly fee application for Sept. 2010 for filing | 0.10 | KC |
| | *Fee Applications, Others -* Efile and service of Bilzin's 111th Monthly fee application for Sept. 2010 | 0.20 | KC |
| Nov-07-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Debtors Monthly Operating Report for September, 2010 | 0.50 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding-* Review documents re: adversary cases | 0.10 | TJT |
| Nov-08-10 | *Case Administration* - Review case management memo re: week ending Nov. 5, 2010 | 0.10 | LLC |
| | *Fraudulent Conveyance Adv. Proceeding-* Confer with TJT re: filing of various fee applications in fraudulent transfer actions and going forward | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration -*  Review dockets re: status for week ending 11/05/10; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement -* Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration -* Review Case Status Memo for week ending 11/5 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb) -*Review Debtor's Motion to Approve Settlement with Associated International Ins. Co. with attachments | 0.70 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding-* Confer with L. Coggins re: adversary cases | 0.10 | TJT |
| Nov-09-10 | *Case Administration -*  Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding-* Review Motion for Payment of Holdbacks with attachment | 0.30 | TJT |
| Nov-10-10 | *Case Administration* - Review notice of address change and forward same to KC | 0.10 | LLC |
| | *Fraudulent Conveyance Adv. Proceeding-* Confer with TJT re: debtor's motion for approval to pay fees from fraudulent transfer actions and review file re: numbers and applications noted in said motion | 1.20 | LLC |
| | *Case Administration -*  Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Address for Marshals of MA | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding-* Confer with L. Coggins re: | 0.20 | TJT |

4

|  |  |  |  |
|---|---|---|---|
|  | Motion for Payment of Holdbacks |  |  |
| Nov-11-10 | *Fraudulent Conveyance Adv. Proceeding-* Confer with TJT re: debtors' motion to approve fees from fraudulent transfer actions | 0.20 | LLC |
|  | *Case Administration -* Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration -* Review daily memos | 0.10 | TJT |
|  | *Fraudulent Conveyance Adv. Proceeding-* Obtain missing page to exhibit A to Motion for Payment of Holdbacks, confer with L. Coggins re: same | 0.20 | TJT |
|  | *Fee Applications, Others -* Email from L. Flores with attached fee app for month of Oct 2010; download documents | 0.10 | KC |
| Nov-12-10 | *Fee Applications, Applicant -* Confer with KC re: various fee application issues | 0.10 | LLC |
|  | *Case Administration -* Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration -* Review daily memos | 0.10 | TJT |
|  | *Case Administration -* Review Debtors Motion to Acquire GR2008 with attachment | 0.80 | TJT |
|  | *Fee Applications, Applicant -* Continued draft preparation of 38th quarterly fee application | 0.50 | KC |
| Nov-13-10 | *Case Administration -* Review daily memos | 0.10 | TJT |
|  | *Case Administration -* Review two miscellaneous CNO's filed by Debtors | 0.10 | TJT |
| Nov-15-10 | *Case Administration -* Review case management memo re: week ending 11-12-2010 | 0.10 | LLC |
|  | *Case Administration -* Review order re: 2011 omnibus hearing time and forward same to KC | 0.10 | LLC |
|  | *Fee Applications, Applicant -* Review 38th Quarterly fee app and confer with KC re: same | 0.20 | LLC |
|  | *Case Administration -* Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration -* Review dockets re: stats for week ending 11/12/10; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
|  | *Plan and Disclosure Statement -* Research transfer of insurance rights | 0.10 | RM |
|  | *Case Administration -* Review case status memo for week ending 11/12 | 0.10 | TJT |
|  | *Fee Applications, Others -* Email from and to L. Flores re: 38th quarterly fee app; download attachments | 0.10 | KC |
|  | *Fee Applications, Applicant -* Revision to and preparation of 38th quarterly fee application documents for filing | 0.20 | KC |
|  | *Fee Applications, Applicant -* Efile of 38th quarterly fee application and service of same | 0.20 | KC |
|  | *Fee Applications, Applicant -* Coordinate service of notice of 38 quarterly fee application for filing; call to and e-mail with Blue Marble re: same | 0.10 | KC |
| Nov-16-10 | *Case Administration -* Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: | 0.30 | RM |

|  | | | |
|---|---|---|---|
| | same | | |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Withdrawal of Document filed by PI Committee | 0.10 | TJT |
| | *Case Administration* - Review e-mail from LLC re: amended order re: Hearings | 0.10 | KC |
| | *Fee Applications, Others* - Begin draft of notice, cos for Bilzin's 38th Quarterly fee application | 0.20 | KC |
| Nov-17-10 | *Fee Applications, Others* - Review Bilzin 38th quarterly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Order re: change of starting time for 2011 omnibus *Hearings* , prepare correspondence to co-counsel re: same | 0.20 | TJT |
| | *Fee Applications, Others* - Complete review, draft and preparation of documents, cos and Exhibit C, for 38th Quarterly fee application | 0.50 | KC |
| | *Fee Applications, Others* - Efile and service of 38th Quarterly fee application | 0.20 | KC |
| | *Fee Applications, Others* - Coordinate service of notice of 38th Quarterly fee application; call to and e-mail Blue Marble | 0.20 | KC |
| Nov-18-10 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review 2 miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor Final Report re: Scarfone Hawkins 37th  Interim Period | 0.10 | TJT |
| | *Plan and Disclosure Statement* - teleconference with M. Kramer re: status of plan confirmation and related issues | 0.10 | TJT |
| Nov-19-10 | *Fee Applications, Applicant* - Review CNO re: Sept. 2010 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review docket for objections to Sept. 2010 monthly fee application | 0.10 | KC |
| | *Fee Applications, Applicant* - Draft Certificate of No Objection and COS for Sept. 2010 monthly fee application | 0.20 | KC |
| | *Fee Applications, Applicant* - Efile and service of Certificate of No Objection for Sept. 2010 monthly fee application | 0.10 | KC |
| Nov-21-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review two miscellaneous certificate of no objection filed by Debtors | 0.10 | TJT |
| Nov-22-10 | *Case Administration* - Review case management memo re: week ending 11-19-2010 | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, | 0.20 | RM |

|  |  |  |  |
|---|---|---|---|
|  | district court and adversary proceedings, memos to T. Tacconelli re: same |  |  |
|  | *Case Administration* - Review dockets re: stats for week ending 11/19/10; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
|  | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
|  | *Case Administration* - Review case status memo for week ending 11/19 | 0.10 | TJT |
|  | *Case Administration* - Review 4 miscellaneous certificates of no objection filed by PI Committee | 0.10 | TJT |
|  | *Case Administration* - Voice mail message from Jeane Whalen @ Nutter, McClennen and Fish LLP re: service list | 0.10 | KC |
| Nov-23-10 | *Case Administration* - Confer with KC re: service issue and review dockets and file re: same | 0.50 | LLC |
|  | *Fee Applications, Others* - Review Bilzin Oct. 2010 fee application for filing and confer with KC re: same | 0.10 | LLC |
|  | *Fee Applications, Others* - Review CNO re: Bilzin's 38th Quarterly fee application for filing | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Review Certificate of No Objection re: 38th Quarterly fee application for filing | 0.10 | LLC |
|  | *Case Administration* -  Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Call to Jeane Whalen @ Nutter, McClennen and Fish LLP re: service list | 0.10 | KC |
|  | *Case Administration* - Review of 2002 service list; confer with LLC re: 2002 service list update and call from Jeane Whalen re: deleting Steven Bourne from service list | 0.20 | KC |
|  | *Fee Applications, Others* - Draft Certificate of No Objection re: Oct. 2010 fee application | 0.20 | KC |
|  | *Fee Applications, Others* - Draft Certificate of No Objection re: July 1, 2010 Through Sept. 30, 2010 Quarterly fee app | 0.20 | KC |
|  | *Fee Applications, Applicant* - Begin draft of October 2010 fee application;  run pre-bill | 0.30 | KC |
|  | *Fee Applications, Applicant* - Draft Certificate of No Objection re: Oct. 2010 fee application | 0.20 | KC |
|  | *Fee Applications, Applicant* - Draft Certificate of No Objection re: July 1, 2010 Through Sept. 30, 2010 Quarterly fee app | 0.20 | KC |
| Nov-24-10 | *Case Administration* -  Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Debtors Motion to Approve Settlement with CNA with attachments | 1.20 | TJT |
| Nov-26-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Review and revise Ferry Joseph and Pearce's October prebill | 0.50 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Certificate of No Objection re: Debtors Claim Settlement Notice re: Claims 1641 and 14037 | 0.10 | TJT |

7

Invoice # 37672 8

Nov. 1- Nov. 30, 2010

| | | | |
|---|---|---|---|
| Nov-27-10 | *Case Administration* - Review Notice of Revised 2011 Omnibus Hearing Scheduling Order and review changes and revise 2011 hearing calendar | 0.30 | TJT |
| | *Case Administration* - memo to  K. Callahan re: Revised 2011 Omnibus Hearing Scheduling Order | 0.10 | TJT |
| Nov-29-10 | *Case Administration* - Review case management memo re: week ending 11-26-2010 | 0.10 | LLC |
| | *Fraudulent Conveyance Adv. Proceeding*- Review CNO re: renewed motion for order approving remaining fee apps in fraudulent conveyance action | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review dockets re: status for week ending 11/26/10; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 11/26 | 0.10 | TJT |
| | *Case Administration* - Confer with SEK re: revised 2011 hearing scheduling order | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor Final Report re: Blackstone 37 Interim Period | 0.10 | TJT |
| | *Case Administration* - Correspondence from T. Tacconelli re: revised omnibus hearing dates; review same | 0.10 | KC |
| | *Fee Applications, Others* - Review docket for objections for 111th monthly fee application for Sept. 2010 | 0.10 | KC |
| | *Fee Applications, Others* - Draft Certificate of No Objection and cos for 111th monthly fee application for Sept. 2010 | 0.20 | KC |
| | *Fee Applications, Others* - Note from LLC and revisions to 112th monthly fee app for Oct 2010 | 0.10 | KC |
| | *Fee Applications, Others* - Efile and service of 112th monthly fee app for Oct 2010 | 0.20 | KC |
| | *Fee Applications, Applicant* - Review statement for month of October, revisions to same | 0.30 | KC |
| | *Fee Applications, Applicant* - Begin draft of Oct 2010 monthly fee application | 0.30 | KC |
| Nov-30-10 | *Fee Applications, Others* - Review CNO re: Bilzin Sept. 2010 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Oct. 2010 fee app and confer with KC re: revisions to same | 0.20 | LLC |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Certificate of No Objection re: Debtor's Motion to approve settlement with Associated International Insurance Co. | 0.30 | TJT |
| | *Case Administration* - Review 2011 hearing schedule | 0.10 | SEK |
| | *Fee Applications, Others* - Efile CNO re: 111th fee application; service of same | 0.20 | KC |
| | *Fee Applications, Applicant* - Efile 114th monthly fee app for Oct. 2010; service of same | 0.30 | KC |

8

Invoice # 37672 9                                                                    Nov. 1- Nov. 30, 2010

*Fee Applications, Applicant* - Revisions to Oct. 2010 fee app                    0.10        KC

Totals                                                                            35.50

### DISBURSEMENTS

| | | |
|---|---|---:|
| Nov-03-10 | Photocopy Cost | 0.60 |
| Nov-04-10 | Photocopy Cost | 1.40 |
| Nov-05-10 | Photocopy Cost | 3.20 |
| | Cost Advance - postage | 0.95 |
| Nov-08-10 | Cost Advance -  postage (5 @.44) | 2.20 |
| Nov-11-10 | Photocopy Cost | 0.50 |
| | Cost Advance -   First State Deliveries  - hand delivery | 6.50 |
| Nov-15-10 | Photocopy Cost | 7.60 |
| | Cost Advance -  postage (1.90 x 2) | 3.80 |
| Nov-16-10 | Cost Advance - postage (5 x 1.39) | 6.95 |
| Nov-17-10 | Photocopy Cost | 8.80 |
| | Cost Advance - postage | 2.07 |
| Nov-18-10 | Cost Advance -   First State Deliveries  - hand delivery | 6.50 |
| Nov-19-10 | Photocopy Cost | 0.60 |
| Nov-22-10 | Cost Advance - J&J Court Transcribers | 67.99 |
| | Cost Advance -  postage | 0.44 |
| Nov-29-10 | Photocopy Cost | 2.60 |
| | Cost Advance -  Blue Marble -  hand deliveries (Inv # 14599) | 418.00 |
| | Cost Advance - postage | 1.22 |
| Nov-30-10 | Photocopy Cost | 7.40 |
| | Cost Advance - First State Deliveries  - hand delivery | 6.50 |
| | Cost Advance - postage 8 @ .44 | 3.52 |
| | Cost Advance -  postage | 1.39 |

Totals                                                                            $560.73

**Total Fees & Disbursements**                                                **$9,406.23**

*Ferry, Joseph & Pearce, P.A.*

824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555      Fax:   (302) 575-1714

WR Grace PD Committee                    December 1, 2010 to December 31, 2010

Inv  #:          38001

**RE:**      WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|------|------:|-------:|
| B14 | Case Administration - | 14.10 | 3,448.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.60 | 195.00 |
| B18 | Fee Applications, Others - | 2.30 | 405.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 0.20 | 65.00 |
| B25 | Fee Applications, Applicant - | 3.40 | 651.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 6.10 | 1,982.50 |
| B34 | Fraudulent Conveyance Adv. Proceeding - | 0.20 | 65.00 |
| B36 | Plan and Disclosure Statement - | 5.00 | 1,600.00 |
| B37 | Hearings - | 3.00 | 975.00 |
| | **Total** | **34.90** | **$9,387.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------------|-----:|------:|-------:|
| Lisa L. Coggins | 270.00 | 1.60 | 432.00 |
| Regina Matozzo | 200.00 | 6.40 | 1,280.00 |
| Theodore J. Tacconelli | 325.00 | 20.80 | 6,760.00 |
| Legal Assistant - SEK | 150.00 | 0.20 | 30.00 |
| Legal Assistant - KC | 150.00 | 5.90 | 885.00 |
| **Total** | | **34.90** | **$9,387.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                              **$1,088.16**

| Date | Description | Hours | Lawyer |
|------|-------------|-------|--------|
| Dec-01-10 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
| Dec-02-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or*  -Review correspondence from R. Ramphall re: committee meeting | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding*- Confer with L. Coggins re: adversary proceedings | 0.10 | TJT |
| Dec-03-10 | *Case Administration* - Review notice of withdrawal of appearance by AXA Belgian and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review notice of withdrawal of appearance by certain London market insurance companies and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Withdrawal of Appearance by AXA Belgium | 0.10 | TJT |
| | *Case Administration* - Review correspondence from J. O'Neill re: 37th Interim Period Fee and Expense Chart and review same | 0.20 | TJT |
| | *Case Administration* - Correspondence to K. Callahan re: 37th Interim Period Fee and Expense Chart | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's final Report re: No Objections Combined Report re: 37th Interim Period | 0.10 | TJT |
| Dec-04-10 | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review Debtors Monthly Operating Report for October 2010 | 0.50 | TJT |
| | *Case Administration* - Review Notice of Withdrawal of Appearance by London Market Insurers | 0.10 | TJT |
| Dec-06-10 | *Case Administration* - Review case management memo re: week ending 12-3-2010 | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* -  Review dockets re: stats for week ending 11/29/10; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 12/3 | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Notice of Sale of Greenville County SC property with attachment | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Debtors Motion to Approve Settlement with Zurich with attachments | 0.80 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Plan and Disclosure Statement* - Confer with R. Matozzo re: Insurance Transfer Rights | 0.10 | TJT |
|  | *Case Administration* - Memo from T. Tacconelli re: fee app docket no. 25225; reviewed total fee amount requested and total expenses requested | 0.10 | KC |
|  | *Case Administration* - Received forwarded notice of withdrawal of appearance; review service lists | 0.10 | KC |
|  | *Case Administration* - Voice mail message from Mary Caprio @ Intercat Corp. re: change of address; call to Intercat Corp. re: same | 0.10 | KC |
| Dec-07-10 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review Certification of Counsel re: 37 Interim Period Project Category Summary and review summary | 0.20 | TJT |
|  | *Case Administration* - Confer with K. Callahan re: 37th Interim Period Project Category Summary | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Debtor's Motion to Approve Settlement with State of Massachusetts Division of Revenue with attachments | 0.50 | TJT |
|  | *Hearings* - Review agenda for 12/13 hearing | 0.10 | TJT |
|  | *Hearings* - Review correspondence from J. Sakalo re: 12/13 hearing coverage | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Check docket for objections to 38th quarterly fee app for July through Sept. 2010 | 0.10 | KC |
|  | *Fee Applications, Applicant* - Revision to Certificate of No Objection for 38th quarterly fee app for July through Sept. 2010; prepare document for efiling | 0.10 | KC |
|  | *Fee Applications, Applicant* - Efile and service of CNO for 38th quarterly fee app for July through Sept. 2010 | 0.30 | KC |
| Dec-08-10 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review Certificate of Counsel re: proposed order re: 37 Interim Quarterly fees | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* Review Notice of Service of Discovery by Libby Claimants and review discovery to CNA and Debtors | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Debtor's Objection to NY Hillside claim with voluminous attachments | 1.30 | TJT |
|  | *Plan and Disclosure Statement* - Review Order re: Plan Issues to be addressed at 12/13 hearing, prepare correspondence to M. Kramer re: same | 0.20 | TJT |
|  | *Fee Applications, Others* - Review docket for objections to 38th Quarterly fee app for period from July 1, 2010 through Sept. 30, 2010 | 0.10 | KC |
|  | *Fee Applications, Others* - Prepare Certificate of No Objection, COS of 38th quarterly fee app documents for filing | 0.10 | KC |
|  | *Fee Applications, Others* - Efile and service of Certificate of No Objection of 38th Quarterly fee app | 0.20 | KC |
| Dec-09-10 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |

|  |  | | |
|---|---|---|---|
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel re: Debtors Motion to Acquire Interest in GR 2008 LLC and review revised APA | 0.30 | TJT |
| | *Case Administration* - Review four miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Order re: Debtor's Motion to Approve Settlement with Associated International Ins. Co. | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Fifth Set of Plan Modifications with voluminous attachments | 1.60 | TJT |
| Dec-10-10 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Order re: Debtors Motion to Acquire Interest in GR 2008 LLC | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Complete review of attachments to Notice of Fifth Set of Plan Modifications | 0.80 | TJT |
| Dec-11-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review order re: 37 Interim Period Quarterly Fee Apps. | 0.10 | TJT |
| | *Case Administration* - Review 5 miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding-* Review order re: Final Fee Apps of certain professionals | 0.10 | TJT |
| | *Hearings* - Review Amended Agenda for 12/13 hearing | 0.10 | TJT |
| | *Hearings* - Prepare for 12/13 hearing | 0.20 | TJT |
| Dec-13-10 | *Case Administration* - Review case management memo re: week ending 12-10-2010 | 0.10 | LLC |
| | *Case Administration* - E-mail from KC re: request for expedited transcript | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review case status memo for week ending 12/10 | 0.10 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 1.80 | TJT |
| Dec-14-10 | *Case Administration* - Confer with KC re: retrieving expedited copy of transcript | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with M. Joseph re: status of Plan confirmation | 0.10 | TJT |
| | *Hearings* - Review 12/13 hearing | 0.10 | TJT |
| | *Hearings* - Confer with S. Kreps re: 12/13 hearing transcript | 0.10 | TJT |
| | *Case Administration* - Meeting with T. Tacconelli; request 12/13/10 hearing transcript | 0.20 | SEK |
| | *Case Administration* - E-mail from L. Flores re: expedited transcript request and return e-mail to same; forward request to LLC/ TJT | 0.20 | KC |
| Dec-15-10 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |

| | | | |
|---|---|---|---|
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -Review correspondence from R Ramphall re: committee meeting | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Debtors Motion to Approve Settlement with MassDEP with attachments | 0.70 | TJT |
| | *Hearings*  - Review correspondence from co-counsel re: 12/13 hearing transcript, confer with S. Kreps re: same | 0.20 | TJT |
| | *Case Administration* - E-mail from L. Flores re: expedited hearing transcript | 0.10 | KC |
| | *Case Administration* - Call to L. Flores re: expedited hearing transcript | 0.10 | KC |
| | *Case Administration* - Consult with S. Kreps re: expedited hearing transcript | 0.10 | KC |
| | *Case Administration* - Email to L. Flores re: status/ verification of ordering of expedited hearing transcript | 0.10 | KC |
| | *Case Administration* - Email from L. Flores re: transcript needed 12-13; forward to T. Tacconelli and S. Kreps | 0.10 | KC |
| Dec-16-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* -  Review daily memos | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or*  -Attend committee meeting | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from M. Kramer re: recently filed plan documents | 0.10 | TJT |
| | *Hearings*  - Review e-mail from S. Kreps re: 12/13 hearing transcript, confer with S. Kreps re: same | 0.10 | TJT |
| Dec-17-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Notice of Service of Debtor's Response to Neutrocrete Discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of 6th Modification to Joint Plan and review modification | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review 12/13/10 hearing transcript re: plan issues | 0.50 | TJT |
| | *Hearings*  - Review Notice of Change of Location for 1/10/11 hearing, prepare correspondence to M. Kramer re: same | 0.20 | TJT |
| Dec-18-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
| Dec-20-10 | *Case Administration* - Review case management memo re: week ending 12-17-2010 | 0.10 | LLC |
| | *Case Administration* - Review notice of substitution of counsel and forward same to KC | 0.10 | LLC |
| | *Fee Applications, Others* - E-mail from KC re: draft CNO's re: fee applications for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review CNO re: Oct. 2010 fee application of Bilzin Sumberg for filing | 0.10 | LLC |
| | *Fee Applications, Others* - E-mail to KC re: filing of CNO's on fee apps | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: Oct. 2010 fee application for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |

|  |  |  |  |
|---|---|---|---|
|  | *Case Administration* -  Review dockets re: status for week ending 12/17/10; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
|  | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
|  | *Case Administration* - Review case status memo for week ending 12/17 | 0.10 | TJT |
|  | *Case Administration* - Review Notice of Substitution of Counsel for State of Michigan | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* -Review response by NY Hillside to claim objection | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review memo from M. Kramer re: result of hearing today | 0.10 | TJT |
|  | *Fee Applications, Others* - Begin draft of Certificate of No Objection for October 2010 fee app | 0.20 | KC |
|  | *Fee Applications, Others* - E-mail to LLC re: draft CNO for Oct. 2010 fee app | 0.10 | KC |
|  | *Fee Applications, Applicant* - Begin review of Nov. 2010 prebill in prepare for Nov. 2010 fee app | 0.30 | KC |
|  | *Fee Applications, Applicant* - Begin draft Certificate of No Objection for October 2010 fee app | 0.20 | KC |
|  | *Fee Applications, Applicant* - E-mail to LLC draft Certificate of No Objection for Oct. 2010 fee app for review | 0.10 | KC |
| Dec-21-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Confer with M. Joseph re: new development in plan confirmation proceedings | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Confer with R. Miller re: new development in plan confirmation proceedings and related issues | 0.30 | TJT |
|  | *Case Administration* - Email from LLC; review filed substitution of counsel, reviewed 2002 list re: same | 0.20 | KC |
|  | *Case Administration* - Review and organize case file | 0.20 | KC |
|  | *Fee Applications, Others* - Review docket for objections to 112th fee application for October 2010 | 0.10 | KC |
|  | *Fee Applications, Others* - Efile and service of CNO for Oct 2010 fee app | 0.20 | KC |
|  | *Fee Applications, Applicant* - Review docket for objections to 114th fee application for October 2010 | 0.10 | KC |
|  | *Fee Applications, Applicant* - Efile and service of Certificate of No Objection for Oct 2010 fee app | 0.20 | KC |
|  | *Fee Applications, Applicant* - Begin draft of documents for FJP's 15th monthly fee app for Nov. 2010 | 0.20 | KC |
| Dec-22-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce November prebill | 0.50 | TJT |
|  | *Plan and Disclosure Statement* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Dec-23-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
| Dec-24-10 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Objection by Libby Claimants to Debtors Motion to Approve Settlement with CNA with | 1.30 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | Attachments | | |
| Dec-26-10 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Objection by BNSF to Debtors Motion to Approve Settlement with CNA with Attachments | 0.90 | TJT |
| Dec-27-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review dockets re: status for week ending 12/24/10; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Case Administration* - Review case status memo for week ending 12/24 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Certificate of No Objection re: Debtor's Motion to Approve Settlement with Zurich | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Certification to Counsel re: Agreed Modification to Section 3.1-9 of the Joint Plan and review modifications | 0.30 | TJT |
| Dec-28-10 | *Fee Applications, Others* - E-mail from KC re: Bilzin Nov. 2010 fee app | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin Nov. fee app for filing and e-mail to KC re: same | 0.10 | LLC |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review revised November Ferry Joseph & Pearce prebill, confer with K. Callahan | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Certificate of No Objection re: Debtor's Motion to Approve Settlement re: Mass Tax Claims | 0.10 | TJT |
| | *Fee Applications, Others* - E-mail from L. Flores and response; attachments re: Nov. 2010 fee app included; download same | 0.20 | KC |
| | *Fee Applications, Others* - Review of Nov. 2010 fee application; draft of cos re: same | 0.20 | KC |
| | *Fee Applications, Others* - E-mail to and from LLC re: Bilzin Nov. fee app for filing | 0.10 | KC |
| | *Fee Applications, Applicant* -  Revisions to Nov. 2010 bill in preparation for application for fees | 0.20 | KC |
| Dec-29-10 | *Fee Applications, Applicant* - Email from KC re: Nov. 2010 fee app | 0.10 | LLC |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review response to claim objection by NY Hillside as filed with bankruptcy court | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Bloomberg article re: confirmation | 0.10 | TJT |
| | *Fee Applications, Others* - Efile and service of 113th monthly fee app for Nov. 2010 | 0.30 | KC |
| | *Fee Applications, Applicant* - Revisions to Nov. invoice | 0.20 | KC |
| | *Fee Applications, Applicant* - Revisions to Nov. 2010 fee app | 0.10 | KC |
| | *Fee Applications, Applicant* - Email Nov. fee app to LLC for review | 0.10 | KC |
| Dec-30-10 | *Fee Applications, Applicant* - Review Nov. fee app for filing and e-mail to KC re: same | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Payment check received with note from T. Tacconelli; update payments received chart | 0.20 | KC |
| | *Fee Applications, Applicant* -  E-mail from LLC re: Nov. 2010 fee application | 0.10 | KC |

| | | |
|---|---|---|
| *Fee Applications, Applicant* - Efile and service of Nov. 2010 fee application | 0.20 | KC |
| Totals | 34.90 | |

## DISBURSEMENTS

| | | |
|---|---|---|
| Dec-07-10 | Photocopy Cost | 2.80 |
| | Cost Advance -  Blue Marble -  cc  90.00; service 356.94 (Inv # 46762) | 446.94 |
| | Cost Advance -  postage 8 @ .44 | 3.52 |
| Dec-08-10 | Photocopy Cost | 4.20 |
| | Cost Advance - Blue Marble - c c 120.00; service 356.94 (Inv # 46773) | 476.94 |
| | Cost Advance - postage 8 x .44 | 3.52 |
| Dec-09-10 | Cost Advance - First State Deliveries  - hand delivery | 6.50 |
| Dec-10-10 | Cost Advance - First State Deliveries  - hand deliveries | 32.50 |
| Dec-13-10 | Cost Advance - First State Deliveries  - hand deliveries | 39.00 |
| Dec-14-10 | Cost Advance - First State Deliveries  - hand deliveries | 39.00 |
| Dec-15-10 | Cost Advance -  West Law - Legal Research  October Acct #1000634693; Inv #0821670327 | 18.72 |
| Dec-21-10 | Photocopy Cost | 4.80 |
| | Cost Advance - postage (8 @ .44) | 3.52 |
| Dec-29-10 | Photocopy Cost | 2.60 |
| Dec-30-10 | Photocopy Cost | 3.60 |
| | Totals | $1,088.16 |

**Total Fees & Disbursements**                                    **$10,475.16**