IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

   Linda M. Rogers, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for the Bank Lender Group in the above-referenced cases, and on the 18th day of February, 2011, she caused a copy of the following:

**EIGHTH AMENDED AND RESTATED VERIFIED STATEMENT OF
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
PURSUANT TO BANKRUPTCY RULE 2019**

to be served upon the parties on the attached list via first class mail or in the manner indicated.

_____
Linda M. Rogers

SWORN TO AND SUBSCRIBED before me this 18th day of February, 2011.

_____
Notary Public

{672.001-W0013116.}