IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Ref Nos.: 26154, 26155, 26270, 26289 |

## SUPPLEMENTAL NOTICE OF APPEAL

On February 14, 2011, certain lenders under the Prepetition Bank Credit Facilities[1] (the "Bank Lender Group"),[2] by their undersigned counsel, filed a Notice of Appeal [Dkt. No. 26270] to the United States District Court for the District of Delaware from the (i) Memorandum Opinion Regarding Objections to Confirmation of First Amended Joint Plan of Reorganization and Recommended Supplemental Findings of Fact and Conclusions of Law (the "Memorandum Opinion") [Dkt. No. 26154] and (ii) Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Joint Plan of

---

[1] The Prepetition Bank Credit Facilities include (i) that certain Credit Agreement, dated May 14, 1998, among the W.R. Grace & Co. (the "Company"), W.R. Grace & Co.-Conn, The Chase Manhattan Bank, as Administrative Agent, Chase Securities Inc., as arranger, and certain Banks party thereto (the "1998 Credit Agreement"), and (ii) that certain 364-Day Credit Agreement, dated May 5, 1999, among the Company, W.R. Grace & Co.-Conn, Bank of America National Trust Savings Assoc., as documentation agent, The Chase Manhattan Bank, as administrative agent, Chase Securities Inc., as book manager, and certain Banks party thereto (as amended, the "1999 Credit Agreement", together with the 1998 Credit Agreement, the "Credit Agreements"). The Administrative Agent under the Credit Agreements submitted proofs of claim nos. 9159 and 9168 dated March 27, 2003 for amounts owed on account of the Credit Agreements.

[2] The Bank Lender Group includes (i) Anchorage Advisors, LLC; (ii) Archer Capital Management, L.P.; (iii) Babson Capital Management LLC; (iv) Bank of America, N.A.; (v) Bass Companies; (vi) Caspian Capital Advisors, LLC; (vii) Catalyst Investment Management Co., LLC; (viii) Farallon Capital Management LLC; (ix) Halcyon Asset Management LLC; (x) Intermarket Corp.; (xi) JP Morgan Chase, N.A. Credit Trading Group; (xii) Loeb Partners Corporation; (xiii) MSD Capital, L.P.; (xiv) Normandy Hill Capital, L.P.; (xv) Onex Debt Opportunity Fund Ltd.; (xvi) P. Schoenfeld Asset Management, LLC; (xvii) Royal Bank of Scotland, PLC; (xviii) Visium Asset Management, L.P.; and (xix) York Capital Management Global Advisors LLC.

{672.001-W0013110.}

Reorganization as Modified Through December 23, 2010 (the "Recommended Findings and Conclusions") [Dkt. No. 26155], which are each dated as of January 31, 2011.

On February 15, 2011, the Bankruptcy Court entered the Order Clarifying Memorandum Opinion and Order Confirming Joint Plan as Amended Through December 23, 2010 (the "Clarifying Memorandum Opinion and Order") [Dkt. No. 26289], a copy of which is attached hereto as Exhibit A, which amended certain aspects of the Memorandum Opinion and Recommended Findings and Conclusions. As a result of the entry of the Clarifying Memorandum Opinion and Order, the Bank Lender Group files this Supplemental Notice of Appeal to include, in connection with its appeal from the Memorandum Opinion and Recommended Findings and Conclusions, its appeal from the Clarifying Memorandum Opinion and Order.

The names of all parties to the opinions and orders being appealed and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Attorneys for Appellants:**

**1.  The Bank Lender Group**

| | |
|---|---|
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Landis Rath & Cobb LLP |
| 1285 Avenue of the Americas | 919 Market Street, Suite 1800 |
| New York, New York  10019-6064 | Post Office Box 2087 |
| (212) 373-3000 (tel) | Wilmington, Delaware  19899 |
| (212) 757-3990 (fax) | (302) 467-4400 (tel) |
| Attn:   Stephen J. Shimshak | (302) 467-4450 (fax) |
|             Andrew N. Rosenberg | Attn:   Richard S. Cobb |
| |        James S. Green, Jr. |

**Attorneys for Appellees:**

**2. W.R. Grace, *et al.*, Debtors**

| | |
|---|---|
| Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>(312) 862-2000 (tel)<br>(312) 862-2200 (fax)<br>Attn:  John Donley<br>        Adam Paul | Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>(212) 446-4800 (tel)<br>(212) 446-4900 (fax)<br>Attn:  Deanna D. Boll |
| Baer Higgins Fruchtman LLC<br>111 East Wacker Drive, Suite 2800<br>Chicago, Illinois 60601-4277<br>(312) 836-4022 (tel)<br>(312) 577-0737 (fax)<br>Attn:  Janet S. Baer | Pachulski, Stang, Ziehl & Jones LLP<br>919 North Market Street, 17th floor<br>Post Office Box 8705<br>Wilmington, Delaware 19899-8705<br>(302) 652-4100 (tel)<br>(302) 652-4400 (fax)<br>Attn:  Kathleen P. Makowski<br>        James E. O'Neill<br>        Timothy P. Cairns |
| W.R. Grace & Co.<br>7500 Grace Drive<br>Columbia, Maryland 21044<br>(410) 531-4000 (tel)<br>(410) 531-4367 (fax)<br>Attn:  Richard C. Finke | |

**3. Official Committee of Equity Holders**

| | |
|---|---|
| Kramer, Levin, Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>(212) 715-9100 (tel)<br>(212) 715-8000 (fax)<br>Attn:  Philip Bentley<br>        Douglas H. Mannal<br>        Greg Horowitz<br>        David E. Blabey, Jr. | Saul Ewing LLP<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, Delaware 19899<br>(302) 421-6800 (tel)<br>(302) 421-6913 (fax)<br>Attn:  Teresa K.D. Currier |

**4. Official Committee of Asbestos Personal Injury Claimants**

| | |
|---|---|
| Campbell & Levine, LLC<br>800 N. King Street, #300<br>Wilmington, Delaware 19801<br>(302) 426-1900 (tel)<br>(302) 426-9947 (fax)<br>Attn:  Marla Eskin<br>        Mark Hurford | Caplin & Drysdale, Chartered<br>375 Park Avenue, 35th Floor<br>New York, New York 10152-3500<br>(212) 319-7125 (tel)<br>(212) 644-6755 (fax)<br>Attn:  Elihu Inselbuch<br>        Rita Tobin |

Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C. 20005
(202) 862-5000 (tel)
(202) 429-3301 (fax)
Attn:   Peter Van N. Lockwood
        Jeffrey A. Liesemer
        Kevin Maclay

**5. Asbestos PI Future Claimants' Representative (David Austern)**

Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
(202) 339-8400 (tel)
(202) 339-8500 (fax)
Attn:   Roger Frankel
        Richard H. Wyron
        Jonathan P. Guy
        Debra L. Felder

Phillips, Goldman & Spence, P.A.,
1200 North Broom Street
Wilmington, Delaware 19806
(302) 655-4299 (tel)
(302) 655-4210 (fax)
Attn: John C. Phillips, Jr.

**Other Parties:**

**1. Attorneys for the Official Committee of Unsecured Creditors**

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038-4982
(212) 806-5400 (tel)
(212) 806-6006 (fax)
Attn:   Lewis Kruger
        Kenneth Pasquale
        Arlene G. Krieger

Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
(302) 657-4942 (tel)
(302) 657-4901 (fax)
Attn:   Michael R. Lastowski
        Richard W. Riley

Duane Morris LLP
744 Broad Street, Suite 1200
Newark, New Jersey 07102-3889
(973) 424-2000 (tel)
(973) 424-2001 (fax)
Attn:   William S. Katchen

**2. United States Trustee**
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, Delaware 19801
(302) 573-6491 (tel)
(302) 573-6497 (fax)
Attn:   David Klauder

4

{672.001-W0013110.}

Dated: Wilmington, Delaware  
       February 18, 2011

LANDIS RATH & COBB LLP

*/s/ Richard Cobb*

Richard Cobb (No. 3157)  
James S. Green, Jr. (No. 4406)  
919 Market Street, Suite 1800  
Post Office Box 2087  
Wilmington, Delaware 19899  
(302) 467-4400 (tel)  
(302) 467-4450 (fax)

-and-

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Stephen J. Shimshak  
Andrew N. Rosenberg  
1285 Avenue of the Americas  
New York, New York 10019-6064  
(212) 373-3000 (tel)  
(212) 757-3990 (fax)

*Attorneys for The Bank Lender Group*