**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| IN RE: | |
|---|---|
| ACandS, Inc. | Case No.: 02-12687 |
| Armstrong World Industries, Inc. | Case No.: 00-4471 |
| Combustion Engineering, Inc. | Case No.: 03-10495 |
| The Flintkote Company | Case No.: 04-11300 |
| Kaiser Aluminum Corp. | Case No.: 02-10429 |
| Owens Corning | Case No.: 00-3837 |
| US Mineral Products Company | Case No.: 01-2471 |
| USG Corp. | Case No.: 01-2094 |
| W.R. Grace & Co. | Case No.: 01-1139 |
|     Debtors and Reorganized Debtors. | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| Mid-Valley, Inc. | Case No.: 03-35592 |
| North American Refractories Co. | Case No.: 02-20198 |
| Pittsburgh Corning Corp. | Case No.: 00-22876 |
|     Debtors and Reorganized Debtors. | |

**ORDER ALLOWING GARLOCK SEALING TECHNOLOGIES LLC TO INTERVENE FOR LIMITED PURPOSE OF SEEKING ACCESS TO JUDICIAL RECORDS**

2

This matter having come before the Court on the motions (the "Motions") of Garlock Sealing Technologies LLC ("Garlock") to intervene in each of the above-captioned bankruptcy cases (the "Bankruptcy Case") for the limited purpose of pursuing its requests to obtain access to exhibits (the "2019 Exhibits") to verified statements filed in the Bankruptcy Cases by plaintiffs firms as part of the disclosures by such plaintiffs' firms mandated by Rule 2019 of the Federal Bankruptcy Procedure (the "Bankruptcy Rules") and the 2019 Orders;[1] and due and adequate notice of the Motions and the hearing thereon having been provided; and this Court having determined that it has jurisdiction over the Motions; and after due deliberation, the Court having determined that there is good and sufficient cause to authorize Garlock's intervention in the Bankruptcy Cases pursuant to Bankruptcy Rule 2018(a) with respect to matters described in the Motions;

IT IS HEREBY ORDERED THAT:

1. The Motions are GRANTED.

2. Pursuant to Bankruptcy Rule 2018(a), Garlock is hereby permitted to intervene in each of the Bankruptcy Cases as an "interested party" for the purpose of pursuing access to the 2019 Exhibits.

3. This Court shall retain jurisdiction to here and determine all matters arising from or relating to the interpretation, implementation and/or enforcement of this Order.

Dated: March __, 2011

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to such terms in the Motion.