IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re | |
|---|---|
| ACandS, Inc. | Case No.: 02-12687 (JFK) |
| Armstrong World Industries, Inc. | Case No.: 00-4471 (JFK) |
| Combustion Engineering, Inc. | Case No.: 03-10495 (JFK) |
| The Flintkote Company | Case No.: 04-11300 (JFK) |
| Kaiser Aluminum Corp. | Case No.: 02-10429 (JFK) |
| Owens Corning | Case No.: 00-03837 (JFK) |
| US Mineral Products Company | Case No.: 01-02471 (JFK) |
| USG Corp. | Case No.: 01-02094 (JFK) |
| W.R. Grace & Co. | Case No.: 01-01139 (JFK) |
| Debtors. | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re | |
|---|---|
| Mid-Valley, Inc. | Case No.: 03-35592 (JFK) |
| North American Refractories Co. | Case No.: 02-20198 (JFK) |
| Pittsburgh Corning Corp. | Case No.: 00-22876 (JFK) |
| Debtors. | |

NOTICE OF MOTION OF GARLOCK SEALING TECHNOLOGIES LLC
TO INTERVENE FOR LIMITED PURPOSE OF SEEKING
ACCESS TO JUDICIAL RECORDS

PLEASE TAKE NOTICE that February 18, 2011, Garlock Sealing Technologies, LLC, ("Garlock"), filed the attached **Motion of Garlock Sealing Technologies LLC to Intervene for Limited Purpose of Seeking Access to Judicial Records** (the "Motion") in the above-captioned cases (the "Bankruptcy Cases") pending, as applicable, in the United States Bankruptcy

Court for the District of Delaware or the United States Bankruptcy Court for the Western District of Pennsylvania (together, the "Bankruptcy Courts").

PLEASE TAKE FURTHER NOTICE that objections or responses, if any, to the Motion must in writing, filed on or before **March 11, 2011 at 4:00 p.m. (ET)** (the "Objection Deadline"), and served so as to be received by the undersigned counsel for Garlock on or before the Objection Deadline.

If you object to the relief requested in any of the cases venued in the United States Bankruptcy Court for the District of Delaware, you must file your objection on or before the Objection Deadline with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801. The caption for your objection must include the case or cases in which your objection is made and the objection must be filed in each such case.

If you object to the relief requested in any of the cases venued in the United States Bankruptcy Court for the Western District of Pennsylvania, you must file your objection on or before the Objection Deadline with Clerk of the United States Bankruptcy Court for the Western District of Pennsylvania, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219. The caption for your objection must include the case or cases in which your objection is made and the objection must be filed in each such case.

Only objections made in writing and timely filed and received in accordance with the procedures above will be considered by the Bankruptcy Courts.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE RELIEF REQUESTED IN THE MOTION WILL BE HELD ON **MARCH 28, 2011 AT 9:00 A.M. (ET)**, BEFORE THE HONORABLE JUDITH K. FITZGERALD, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, WILMINGTON, DELAWARE 19801.[1]

IF YOU WISH TO PARTICIPATE IN THE HEARING TELEPHONICALLY, YOU MUST MAKE ARRANGEMENTS TO DO SO THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR FACSIMILE (866-533-2946) NO LATER THAN **MARCH 24, 2011 AT 12:00 P.M. (ET).** ANY PARTY THAT FAILS TO MAKE ARRANGEMENTS THROUGH COURTCALL BY 12:00 P.M. (ET) ON MARCH 24, 2011, MAY BE PROHIBITED FROM PARTICIPATING IN THE HEARING TELEPHONICALLY.

---

[1] Pittsburgh, PA-based counsel is not required to attend the hearing in person, and may participate telephonically as described in this notice.

2

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: February 18, 2011

MORRIS, NICHOLS, ARSHT & TUNNELL LP

By /s/ Gregory W. Werkheiser
Gregory W. Werkheiser
DE Bar No. 3553
Matthew B. Harvey
DE Bar No. 5186

1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Tel: 302-658-9200
Fax: 302-658-3989

DEL SOLE CAVANAUGH STROYD LLC

By /s/ Richard A. Swanson
Arthur H. Stroyd, Jr.
PA ID No. 15910
Richard A. Swanson
PA ID No. 83868

The Waterfront Building
200 First Avenue, Suite 300
Pittsburgh, PA 15222
Tel: 412-261-2393
Fax: 412-261-2110

- and -

Garland S. Cassada
Richard C. Worf, Jr.
ROBINSON, BRADSHAW & HINSON
101 North Tryon Street, Suite 1900
Charlotte, NC 28246
Tel: 704-377-8317
Fax: 704-373-3917

**Attorneys for Garlock Sealing Technologies, LLC**

4101381.1