# EXHIBIT F

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | In Proceedings for a Reorganization under Chapter 11 |
| PITTSBURGH CORNING CORPORATION | Case No. 00-22876-JKF |
| Debtor | Related to Document No. 7187 |
| GARLOCK SEALING TECHNOLOGIES, LLC, | Document No. *7187* |
| Movant | |
| vs. | |
| PITTSBURGH CORNING CORPORATION, THE UNITED STATES TRUSTEE AND OTHER PARTIES-IN-INTEREST TO ORDER DATED OCTOBER 22, 2004 | |
| Respondents | |

ORDER DENYING EXPEDITED MOTION OF GARLOCK SEALING
TECHNOLOGIES, LLC FOR ORDER AUTHORIZING ACCESS
TO CERTAIN 2019 STATEMENTS FILED IN CASE

Upon hearing and consideration of the Expedited Motion of Garlock Sealing

Technologies LLC for Order Authorizing Access to Certain 2019 Statements Filed in

Case (Docket No. 7187) (the "Motion") and the following responses filed thereto:

The Objection of Baron & Budd, Reaud Morgan & Quinn, Weitz & Luxenberg

and Williams Kherkher to the Motion of Garlock Sealing Technologies LLC for

Order Authorizing Access to Certain 2019 Statements Filed in Case (Docket No.

7277);

1

Plan Proponents Objection to Expedited Motion of Garlock Sealing Technologies LLC for Order Authorizing Access to Certain 2019 Statements Filed in Case (Docket No. 7278);

Joinder to Objection of Baron & Budd, Reaud Morgan & Quinn, Weitz & Luxenberg and Williams Kherkher to the Motion of Garlock Sealing Technologies LLC for Order Authorizing Access to Certain 2019 Statements Filed in Case filed by Montgomery McCracken, Walker & Rhoads, LLP, Harley, Waters & Kraus LLP, Stanley, Mandel & Iola, L.L.P., and Cooney & Conway (Docket No. 7279);

Joinder of the Law Offices of Peter G. Angelos in the Objection of Baron & Budd, Reaud Morgan & Quinn, Weitz & Luxenberg and Williams Kherkher to the Expedited Motion of Garlock Sealing Technologies LLC for Order Authorizing Access to Certain 2019 Statements Filed in Case (Docket No. 7282);

Objection of Baron & Budd, the Law Offices of Peter G. Angelos, Reaud Morgan & Quinn, Thornton & Naumes, Weitz & Luxenberg and Williams Kherkher to the Expedited Motion of Garlock Sealing Technologies LLC for Order Authorizing Access to Certain 2019 Statements Filed in Case (Docket No. 7363);

Objection of Cascino Asbestos Claimants to Motion of Garlock Sealing Technologies LLC for Order Authorizing Access to Certain 2019 Statements Filed in Case (Docket No. 7364);

Objection of Montgomery McCracken, Walker & Rhoads, LLP, Harley, Waters & Kraus LLP, Stanley, Mandel & Iola, L.L.P., and Cooney & Conway to the Expedited Motion of Garlock Sealing Technologies LLC for Order Authorizing Access to Certain 2019 Statements Filed in Case (Docket No. 7368);

2

Joinder to the Objection of Baron & Budd, the Law Offices of Peter G. Angelos, Reaud Morgan & Quinn, Thornton & Naumes, Weitz & Luxenberg and Williams Kherkher to the Expedited Motion of Garlock Sealing Technologies LLC for Order Authorizing Access to Certain 2019 Statements (Docket No. 7370);

Notice of Joinder of the Ferraro Law Firm to Objection of Montgomery McCracken, et al. and to Objection of Baron & Budd, et al. to the Expedited Motion of Garlock Sealing Technologies LLC for Order Authorizing Access to Certain 2019 Statements Filed in Case (Docket No. 7375);

Notice of Joinder of Kelley & Ferraro LLP to Objection of Montgomery McCracken, et al. and to Objection of Baron & Budd, et al. to the Expedited Motion of Garlock Sealing Technologies LLC for Order Authorizing Access to Certain 2019 Statements Filed in Case (Docket No. 7382); and

Joinder of Lipsitz & Ponterio, LLC in the Objection of Baron & Budd, the Law Offices of Peter G. Angelos, Reaud Morgan & Quinn, Thornton & Naumes, Weitz & Luxenberg and Williams Kherkher to the Expedited Motion of Garlock Sealing Technologies LLC for Order Authorizing Access to Certain 2019 Statements Filed in Case (Docket No. 7383)

For the reasons stated on the record at the hearing on January 13, 2010, it is ORDERED that the Motion is DENIED without prejudice to a request for access to information contained in *a specific* 2019 Statements in specific instances *as to a particular client* or need or cause.

**FILED**

MAR 2 5 2010

CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA

*Judith K. Fitzgerald*
*3/24/2010*

3