# EXHIBIT G

```
                UNITED STATES BANKRUPTCY COURT
                WESTERN DISTRICT OF PENNSYLVANIA


IN RE:                          .  Case No. 00-22876 (JKF)
                                .
                                .
                                .
PITTSBURGH CORNING              .
CORPORATION,                    .
                                .  5414 USX Tower Building
                                .  Pittsburgh, PA 15219
                                .
          Debtor.               .  January 13, 2010
. . . . . . . . . . . . . . . .    9:04 a.m.


                    TRANSCRIPT OF HEARING
            BEFORE HONORABLE JUDITH K. FITZGERALD
            UNITED STATES BANKRUPTCY COURT JUDGE


APPEARANCES:

For the Debtor:          Reed Smith LLP
                         By: DOUGLAS E. CAMERON, ESQ.
                             JAMES J. RESTIVO, JR., ESQ.
                         435 Sixth Avenue
                         Pittsburgh, PA 15219

For ACC:                 Caplin & Drysdale, Chartered
                         By: PETER VAN N. LOCKWOOD, ESQ.
                         One Thomas Circle, N.W.
                         Washington, DC 20005

                         Campbell & Levine
                         By: DAVID SALZMAN, ESQ.
                         1700 Grant Building
                         Pittsburgh, PA 15219


Audio Operator:          Janet Heller


Proceedings recorded by electronic sound recording, transcript
            produced by transcription service
```

---

**J&J COURT TRANSCRIBERS, INC.**
268 Evergreen Avenue
Hamilton, New Jersey 08619
E-mail: jjcourt@optonline.net

(609) 586-2311    Fax No. (609) 587-3599

APPEARANCES (cont'd.):

| | |
|---|---|
| For Various Claimant Firms: | Stutzman, Bromberg, Esserman<br>By:  DAVID J. PARSONS, ESQ.<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201-2689 |
| For Century Ins. Co.: | O'Melveny & Myers, LLP<br>By:  TANCRED SCHIAVONI, ESQ.<br>Times Square Tower<br>Seven Times Square<br>New York, NY |
| For Certain Pittsburgh Corning Cancer Claimants: | Montgomery, McCracken, Walker<br>   & Rhoads, LLP<br>By:  NATALIE D. RAMSEY, ESQ.<br>123 South Broad Street<br>Philadelphia, PA 19109 |
| For Future Claims Rep: | Dinsmore & Shohl, LLP<br>By:  JOEL HELMRICH, ESQ.<br>One Oxford Centre<br>301 Grant Street, Suite 2800<br>Pittsburgh, PA 15219 |
| For PPG: | Kirkpatrick & Lockhart<br>By:  DAVID MURDOCH, ESQ.<br>     DAVID McGONIGLE, ESQ.<br>     MICHAEL NELSON, ESQ.<br>     DAVID ACETO, ESQ.<br>535 Smithfield Street<br>Pittsburgh, PA |
| For Committee of Unsecured Trade Creditors: | Leech, Tishman, Fuscaldo & Lampl<br>By:  DAVID LAMPL, ESQ.<br>     CRYSTAL THORNTON-ILLAR, ESQ.<br>1800 Frick Building<br>Pittsburgh, PA 15219 |
| For Corning Inc.: | Thorp, Reed & Armstrong<br>By:  KIMBERLY LUFF WAKIM, ESQ.<br>     ELENE MOUNTIS MORAN, ESQ.<br>301 Grant Street, 14th Floor<br>Pittsburgh, PA 15219 |
| For Lumbermens: | Fox Rothschild<br>By:  JOHN GOTASKIE, ESQ.<br>625 Liberty Avenue, 29th Floor<br>Pittsburgh, PA 15222-3115 |

J&J COURT TRANSCRIBERS, INC.

3

APPEARANCES (cont'd.):

| | |
|---|---|
| For Garlock Sealing Technologies: | Del, Sole, Cavanaugh & Stroyd<br>By:  ART STROYD, ESQ.<br>The Waterfront Building<br>200 First Avenue, Suite 300<br>Pittsburgh, PA 15222 |
| For Continental Casualty: | Stonecipher, Cunningham, Beard<br>  & Schmitt, P.C.<br>By:  GEORGE T. SNYDER, ESQ.<br>125 First Avenue<br>Pittsburgh, PA 15222 |
| For Garlock Sealing Technologies: | Robinson, Bradshaw & Hinson<br>By:  GARLAND S. CASSADA, ESQ.<br>      RICHARD C. WORF, ESQ.<br>101 North Tryon Street, Suite 1900<br>Charlotte, NC 28246 |

TELEPHONIC APPEARANCES:

| | |
|---|---|
| For Debtor: | Ward, Norris, Heller & Reidy<br>By:  CHERYL HELLER, ESQ.<br>300 State Street<br>Rochester, NY |
| For James Dennis: | Zeichner, Ellman & Krause LLP<br>By:  MICHAEL DAVIS, ESQ.<br>575 Lexington Avenue<br>New York, NY 10022 |
| For Travelers Casualty: | Debevoise & Plimpton, LLP<br>By:  ROBERT D. GOODMAN, ESQ.<br>913 3rd Avenue<br>New York, NY 10022-3916 |
| For Everest Insurance: | Walker, Wilcox & Matousek<br>By:  FRED ALVAREZ, ESQ.<br>225 West Washington Street, Suite 2400<br>Chicago, IL 60606 |
| For NorthStar Reinsurance Corp.: | Skadden, Arps, Slale, Meagher<br>  & Flom, LLP<br>By:  MICHAEL J. BALCH, ESQ.<br>Four Times Square<br>New York, NY 10036 |

**J&J COURT TRANSCRIBERS, INC.**

4

TELEPHONIC APPEARANCES (cont'd.):

| | |
|---|---|
| For Travelers Casualty: | Travelers Casualty and Surety<br>By:  LEONARD BIERINGER, ESQ. |
| For AIG: | Lynberg & Watkins<br>By:  R. JEFF CARLISLE, ESQ.<br>888 S. Figueroa St., 16th Floor<br>Los Angeles, CA 90017 |
| For Employee Insurance of Wausau: | Dorsey & Whitney, LLP<br>By:  JOSHUA COLANGELO-BRYAN, ESQ. |
| For AIG: | Mound, Cotton, Wollan & Greengrass<br>By:  JAMES DENNIS, ESQ.<br>24 Whitehall Street<br>New York, NY 10004-1416 |
| For Various Claimant Firms: | Stutzman, Bromberg, Esserman<br>By:  SANDER L. ESSERMAN, ESQ.<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201-2689 |
| For Continental: | Carroll, Burdick & McDonough<br>By:  RODNEY L. ESHELMAN, ESQ.<br>44 Montgomery Street, Suite 400<br>San Francisco, CA 94104 |
| For All the Future Claimants: | By:  LAWRENCE FITZPATRICK, ESQ. |
| For Insurance Counsel to ACC: | Anderson, Kill & Olick<br>By:  ROBERT M. HORKOVICH, ESQ. |
| For Debtor: | Corning Incorporated<br>By:  LINDA E. JOLLY, ESQ.<br>One Riverfront Plaza<br>Corning, NY |
| For Berkshire Hathaway: | Graham Curtin<br>By:  ROBERT MAURIELLO, ESQ. |
| For Official Committee of Unsecured Asbestos Creditors: | Campbell & Levine<br>By:  PHILLIP MILCH, ESQ.<br>1700 Grant Building<br>Pittsburgh, PA 15219 |
| For Sherrard, German & Kelly: | Sherrard, German & Kelly PC<br>By:  GARY PHILLIP NELSON, ESQ. |

J&J COURT TRANSCRIBERS, INC.

5

TELEPHONIC APPEARANCES (cont'd.):

| | |
|---|---|
| For Debtor: | Pittsburgh Corning Corporation<br>By:  JOSEPH NESE, ESQ. |
| For Royal Alliance: | Wilson, Elser, Moskowitz, Edelman<br>By:  CARL PERNICONE, ESQ. |
| For Federal Insurance: | Cozen O'Connor<br>By:  WILLIAM SHELLEY, ESQ.<br>1900 Market Street<br>Philadelphia, PA 19103 |
| For Lumbermens Mutual: | Charlston, Revich & Wollitz, LLP<br>By:  STEPHEN P. SOSKIN, ESQ.<br>1925 Century Park East, Suite 1250<br>Los Angeles, CA 90067-2746 |

**J&J COURT TRANSCRIBERS, INC.**

Case 01-01139-AMC    Doc 26357-7    Filed 02/18/11    Page 7 of 7
Case 00-22876-JKF    Doc 7422    Filed 01/20/10    Entered 01/20/10 14:33:12    Desc Main
Document    Page 47 of 69

47

1  individual is filing a claim here and has made a representation
2  in the tort system that they have no such claim here and then
3  I'll reconsider.
4         But I see no basis for disclosing the 2019 statements
5  for the purpose Garlock is advancing that it needs them, i.e.
6  to substantiate that it has a claim as a codefendant in the
7  tort system here because the ballots tell you that same
8  information and you've gotten access to the ballots.
9         MR. CASSADA:  Yes.  The ballots give you that
10 information but timing is key and that's what the 2019
11 statements.
12        THE COURT:  But they don't.
13        MR. CASSADA:  And just to be clear, Your Honor, we
14 are not --
15        THE COURT:  They don't even have to say that, Mr.
16 Cassada.
17        MR. CASSADA:  But they do, Your Honor.
18        THE COURT:  Well --
19        MR. CASSADA:  They do.
20        THE COURT:  -- in this case they indicate when the
21 claim arose?  That's one of the fields that I ordered?  I don't
22 think so.
23        MR. CASSADA:  Actually I believe you did order that,
24 for them to state when their claim arose.  But they in fact do
25 state in them, at least some of them do, the ones I've looked