# EXHIBIT K

J. BRADLEY SMITH
Waters & Kraus, LLP
3219 McKinney Avenue, Suite 3000
Dallas, Texas 75204
214-357-6244

- and -

Allen I. Gorski
Teich Groh
691 Route 33
Trenton, New Jersey 08619
609-890-1500

Attorneys for Approximately 288
Individual Asbestos Claimants

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re | § | Chapter 11 |
| | § | |
| CONGOLEUM CORPORATION, et. al., | § | Case No. 03-51524 (KCF) |
| | § | |
| Debtors. | § | Jointly Administered |

**VERIFIED STATEMENT OF WATERS AND KRAUS, LLP PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

I, J. Bradley Smith, under penalty of perjury, declare as follows:

1. I am an attorney with the law firm of Waters & Kraus LLP ("W&K"). I am a member in good standing of bar of the State of Texas. I am admitted to practice in the United States District Courts for the Northern District of Texas and the Eastern District of Texas.

2. I make this Verified Statement (the "Statement") pursuant to Federal Rule of Bankruptcy Procedure 2019 and the Order Requiring Compliance with Bankruptcy

Rule 2019 and Granting Other Relief as entered by the Court on September 2, 2004 (the "Order").

3. As of the date of this Statement, W&K represents approximately 288 personal injury claimants (the "W&K Asbestos Claimants" or individually, a "W&K Asbestos Claimant") who have claims against one or more of the Debtors. The W&K Asbestos Claimants' claims arise out of personal injuries suffered by the W&K Asbestos Claimants as a result of one or more of the Debtors' manufacture, sale, distribution and/or specification of the use of asbestos or asbestos containing products. A schedule containing the names and addresses of all W&K Asbestos Claimants is attached hereto as Exhibit A. Exhibit A, Column C, shows the disease that gives rise to each Asbestos Claimants' claim against the Debtor. Exhibit A, Column D, gives the diagnosis date of each Asbestos Claimant, which represents the date that Asbestos Claimant's claim arose.

4. I certify that W&K has the authority to vote for each of the W&K Asbestos Claimants on whose behalf W&K may vote for a proposed plan of reorganization, pursuant to (i) an executed separate bankruptcy specific power of attorney or (ii) a bankruptcy specific power of attorney clause that is part of an executed retainer agreement or contract of representation, in either case authorizing the attorney to vote on behalf of the W&K Asbestos Claimants in this bankruptcy proceeding. Pursuant to the Order, attached hereto as Exhibit B, are 25 executed bankruptcy-specific powers of attorney.

5. From time to time, W&K enters into co-counsel, referral counsel and local counsel agreements with other law firms and/or attorneys. Exhibit A, Columns I-N, list for each W&K Asbestos Claimant the co-counsel, referring counsel, local counsel, and

any additional counsel with whom W&K has a consulting or fee-sharing relationship or agreement in connection with each W&K Asbestos Claimant's claim against the Debtors. The aforementioned columns also list the fee percentage for each co-counsel, referring counsel, local counsel of additional counsel with which W&K has a consulting or fee-sharing agreement. Attached hereto as Exhibit C are copies of documents that were signed in conjunction with creating W&K's relationship with co-counsel, referring counsel, local counsel, or any additional counsel.

    6.    W&K does not have any claims against the Debtors.

    7.    W&K reserves the right to amend or supplement this Statement if necessary.

Dated: September 13, 2004            Respectfully submitted,

                                          J. Bradley Smith
                                          Texas State Bar No. 24027872
                                          **Waters & Kraus LLP**
                                          3219 McKinney Avenue, Suite 3000
                                          Dallas, Texas 75204

                                          - and -

                                          Allen I. Gorski
                                          Teich Groh
                                          691 Route 33
                                          Trenton, New Jersey 08619

                                          Attorneys for Approximately 288
                                          Individual Asbestos Claimants

agreement in connection with each W&K Asbestos Claimant's claim against the Debtors.

The aforementioned columns also list the fee percentage for each co-counsel, referring counsel, local counsel or additional counsel with which W&K has a consulting or fee-sharing agreement. Attached hereto as Exhibit C are copies of documents that were signed in conjunction with creating W&K's relationship with co-counsel, referring counsel, local counsel, or any additional counsel.

6. W&K does not have any claims against the Debtors.

7. W&K reserves the right to amend or supplement this Statement if necessary.

Dated: September 13, 2004

Respectfully submitted,

J. Bradley Smith
Texas State Bar No. 24027872
**Waters & Kraus LLP**
3219 McKinney Avenue, Suite 3000
Dallas, Texas 75204

- and -

Allen I. Gorski
Teich Groh
691 Route 33
Trenton, New Jersey 08619

Attorneys for Approximately 288
Individual Asbestos Claimants

Waters and Kraus LLP
Rule 2019
Exhibit

| Claimant Name | SSN | Disease Code | Date of Diagnosis | Address 1 | City | State | Zip | Co-Counsel/ Referring Counsel/ Local Counsel | Fee % | Additional Co-Counsel/ Referring Counsel/ Local Counsel | Fee % | Additional Co-Counsel/ Referring Counsel/ Local Counsel | Fee % | Additional Co-Counsel/ Referring Counsel/ Local Counsel | Fee % | Additional Co-Counsel/ Referring Counsel/ Local Counsel | Fee % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbott, Frank Wayne | 6813 | Lung Cancer | 07/01/99 | 1260 Highway 577 East | Annville | KY | 40402 | Blumenthal & Gruber | 36.00% | | | | | | | | |
| Adams, Lester E. | 2897 | Lung Cancer | 07/08/94 | 1818 Sargrove Rd. | Greenville | NC | 27858 | Hendler Law Firm | 40.00% | | | | | | | | |
| Algiers, Jr., Norman A. | 8636 | Mesothelioma | 06/12/00 | Box 46 | Sun Valley | ID | 83353 | N/A | N/A | | | | | | | | |
| Alphin, James | 0620 | Lung Cancer | 11/30/95 | 4407 Jackson Street | Santa Fe | TX | 77517 | Silber Pearlman | 30.00% | Sean Patrick Tracey | 10.00% | | | | | | |
| Anthony, Crawford Roosevelt | 7370 | Lung Cancer | 04/15/96 | 101 Chowan Court, P | Edenton | NC | 27932 | Thomas Lamb | 25.00% | | | | | | | | |
| Arco, Jessie A. | 9021 | Mesothelioma | 03/19/01 | 1326 Lilley Rd. | Algoa | TX | 77511 | Singer & Associates | 25.00% | | | | | | | | |
| Arrendondo, Oscar Alberto | 6353 | Other Cancer | 01/31/03 | 4109 Brandeis | El Paso | TX | 79904 | Murad - Schwartz | 20.000% | Cavazos, Bernal & Assoc. | 10.00% | | | | | | |
| Armstrong, Charles Ray | 6632 | Lung Cancer | 12/14/98 | 4105 Brandeis | El Paso | TX | 79904 | David Law Firm | 33.30% | | | | | | | | |
| Ashlock, Carl | 7543 | Lung Cancer | 03/23/02 | 118 E. Lucard | Taft | CA | 93268 | Murad Law Firm | 20.00% | | | | | | | | |
| Baden, Richard | 1584 | Lung Cancer | 10/16/98 | 554 Bruns Drive | Rossford | OH | 43460 | Doran & Murphy | 33.30% | | | | | | | | |
| Bailey, John Porter | 4078 | Lung Cancer | 07/24/95 | 3102 Briar Drive | Pasadena | TX | 77503 | Paul Henderson | 10.00% | | | | | | | | |
| Balliew, Phil | 1005 | Mesothelioma | 03/13/02 | 4030 FM 16 West | Tyler | TX | 75706 | Daryl Moore | 40.00% | | | | | | | | |
| Batson, Doyle | 8100 | Lung Cancer | 03/06/98 | 475 CR 319 | Jarrell | TX | 76537 | N/A | N/A | | | | | | | | |
| Belcher, Douglas Teddy | 0253 | Lung Cancer | 03/31/07 | 4500 Nichols Rd. #507 | Bay City | TX | 77414 | Blumenthal & Gruber | 33.33% | | | | | | | | |
| Bell, Jack Lester | 7425 | Lung Cancer | 04/24/98 | 522 Villa Drive | Corpus Christi | TX | 78408 | N/A | N/A | | | | | | | | |
| Berger, Tommie | 5134 | Lung Cancer | 02/27/01 | 6901 Heritage Hills | Waco | TX | 76712 | Early, Ludwick, Sweeney & Strauss | TBD | | | | | | | | |
| Bird, Comer H. | 3981 | Mesothelioma | 11/05/99 | 7446 Spring Village | Springfield | VA | 22150 | N/A | N/A | | | | | | | | |
| Boren, Dennis | 2568 | Mesothelioma | 05/10/01 | 408 Tara Rd. | Amarillo | TX | 79118 | N/A | N/A | | | | | | | | |
| Boudet, Charles Raymond | 1741 | Lung Cancer | 03/20/01 | 3145 Pamela Place | Garland | TX | 75044 | N/A | N/A | | | | | | | | |
| Boutten, Vernon (Vern) Allan | 3582 | Mesothelioma | 07/07/03 | 12230 Ridgepoint Circle NW. | Silverdale | WA | 98383 | Roger Worthington | 40.000% | Sean Patrick Tracey | 10.00% | | | | | | |
| Brackett, Lee M. | 6918 | Mesothelioma | 01/08/02 | 68 Greenwood Place | Gardner | MA | 01440 | Roger Worthington | 33.30% | Jonathan Smith-George | 15.00% | Paul Henderson | 10.00% | | | | |
| Bragg, Robert | 9812 | Mesothelioma | 05/30/03 | 575 W. Esmond Rd | Rose City | MI | 48654 | Roger Worthington | 33.300% | Wise & Julian | 22.22% | | | | | | |
| Brooks, Jr., Johnny B. | 9519 | Mesothelioma | 07/08/97 | 9181 Heatherside | Houston | TX | 77019 | Jeffrey Simon | 33.30% | | | | | | | | |
| Brooks, Paul R. | 1806 | Mesothelioma | 04/04/97 | 1880 Owens Drive | Church Hill | TN | 37642 | Roger Worthington | 32.23% | Dan Perkins | 5.00% | | | | | | |
| Brown, Melva | 2955 | Mesothelioma | 12/10/99 | 8341 Hammond | Oklahoma City | OK | 73122 | Stanley, Mandel & Iola | 40.00% | | | | | | | | |
| Brunner, Gerald | 9253 | Lung Cancer | 12/10/98 | 1299 South Carpenter Rd. Space 64 | Modesto | CA | 95351 | Murad Law Firm | 20.00% | Cavazos, Bernal & Assoc. | 10.00% | | | | | | |
| Burda, Richard A. | 6634 | Lung Cancer | 10/06/99 | 5029 Sweetwater Court | Toledo | OH | 43614 | Doran & Murphy | 33.30% | | | | | | | | |
| Burney, Johnny Lee | 2005 | Lung Cancer | 01/16/95 | 195 Rallan | Victoria | TX | 77901 | Blumenthal & Gruber | 33.33% | | | | | | | | |
| Butcher, Vincent Lawrence | 2408 | Lung Cancer | 05/18/98 | 441 Verago Drive | Virginia Beach | VA | 23452 | Patten, Wornom, Hatten & Diamonstein | 25.00% | | | | | | | | |
| Butera, Donald Joseph | 7211 | Lung Cancer | 11/17/04 | Route 1 Box 1042 | Palestine | TX | 75801 | Blumenthal & Gruber | 33.33% | | | | | | | | |
| Bye, Ronald Duane | 3564 | Mesothelioma | 11/04/98 | 1940 E. 81st Place | Thornton | CO | 80229 | Roger Worthington | 30.83% | Cary Jenkins | 3.00% | | | | | | |
| Campbell, Raymond T. | 1025 | Lung Cancer | 07/16/98 | 13895 Park Way | Malakoff | TX | 75148 | Blumenthal & Gruber | 36.00% | | | | | | | | |
| Carpenter, Ernest Frank | 4713 | Mesothelioma | 04/01/98 | P.O. Box 2040 | Mt. Belvieu | TX | 77580 | Bergman, Senn, Pageler & Frost | 33.30% | | | | | | | | |
| Carrington, William Edward | 9916 | Lung Cancer | 01/30/98 | 2509 Aspen Cove Circle | Birmingham | AL | 35243 | Vickers Law Firm | 38.00% | | | | | | | | |
| Carter, Senford | 2926 | L1 - NM | 06/25/02 | 97 Zee Ann Drive | Luling | LA | 70070 | Jill Kiswa | 25.00% | Sean Patrick Tracey | 10.00% | | | | | | |
| Carter, Elizabeth | 1215 | Lung Cancer | 10/30/07 | 97 Zee Ann Drive | Luling | LA | 70070 | Jill Kiswa | 25.00% | Sean Patrick Tracey | 10.00% | | | | | | |
| Carter, Billy Ray | 6392 | Lung Cancer | 04/23/98 | P.O. Box 155 | Snyder | OK | 73566 | Blumenthal & Gruber | 36.00% | | | | | | | | |
| Church, Sr., Franklin | 4303 | Lung Cancer | 09/23/98 | 217 Carlisle Lane | Greenfield | IN | 46140 | Watkins & Perkins | 25.00% | Sean Patrick Tracey | 10.00% | | | | | | |
| Ciolecki, Theodore | 5362 | Mesothelioma | 11/20/00 | 720 Forest Ave. | Griffith | IN | 46319 | Roger Worthington | 34.00% | Cavazos, Bernal & Assoc. | 10.00% | | | | | | |
| Clancy, Jesse James | 5635 | Lung Cancer | 01/17/01 | 2613 Howard Rd. | Madera | CA | 93637 | Murad Law Firm | 20.00% | | | | | | | | |
| Clark, Floyd B. | 2186 | Mesothelioma | 01/14/00 | 2500 Drum Creek | Chesapeake | VA | 23321 | Patten, Wornom, Hatten & Diamonstein | 25.00% | | | | | | | | |
| Cocuzza, Charles Henry | 2583 | Lung Cancer | 05/03/03 | 2000 Arborcrest Drive | Arlington | TX | 76012 | N/A | N/A | | | | | | | | |
| Cogadi, Calvin | 2167 | Lung Cancer | 07/05/00 | 15424 Northrup Canal | Gulfport | MS | 39503 | Vickers Law Firm | 20.00% | | | | | | | | |
| Collins, Sam | 0982 | Lung Cancer | 05/27/00 | 1500 Villa Ave. #144 | Clovis | CA | 93612 | Murad - Schwartz | 20.000% | | | | | | | | |
| Cook, Lonnie B. | 1749 | Mesothelioma | 08/01/96 | 1000 Highway 16 South | Graham | TX | 76450 | Blumenthal & Gruber | 33.33% | | | | | | | | |
| Cook, Loyd | 1464 | Lung Cancer | [illegible] | P.O. Box 1884 | [illegible] | [illegible] | [illegible] | Wallace & Graham | 40.00% | | | | | | | | |
| Cooper, Billy Joe | 5817 | Mesothelioma | 06/06/98 | P.O. Box 214 | Fargo | OK | 73840 | Stanley, Mandel & Iola | 50.00% | | | | | | | | |
| Coston, Frank | 7383 | Other Cancer | 09/16/93 | 2203 Mt. Moriah Rd. | Leland | NC | 28451 | Thomas Lamb | 25.00% | | | | | | | | |
| Coyle, Paul B. | 1846 | Mesothelioma | 02/17/00 | 132 Rodhampton Ln | St. Charles | MO | 63304 | Roger Worthington | 40.00% | | | | | | | | |
| Cryer, Quinton | 3505 | Lung Cancer | 02/27/97 | 2754 County Rd. 304 | Rosedale | TX | 76567 | Silber Pearlman | 40.00% | | | | | | | | |
| Darnell, Billy Charles | 1809 | Lung Cancer | 09/10/98 | 23584 Three Points Dr. | Frankston | TX | 75763 | Blumenthal & Gruber | 33.33% | | | | | | | | |
| Darnold, LeVaughn | 7577 | Mesothelioma | 04/01/99 | 1213 Timberland Drive | Decatur | AL | 35603 | Jones, Martin, Parris & Tessener | 33.30% | Ferris Castellin | 10.00% | | | | | | |
| Davis, Warner Charles | 5444 | Other Cancer | 3/20/2003 | 474 Willowcrest Way | Chula Vista | CA | 91910 | Murad - Schwartz | 20.000% | | | | | | | | |
| Deal, Paul Edward | 5009 | L1 - NM | 10/26/00 | 546 Cimmaron Trace | Grand Prairie | TX | 75051 | Watkins & Perkins | 5.00% | | | | | | | | |

1

# Waters and Kraus LLP
## Rule 2019
## Exhibit

| Claimant Name | SSN | Disease Code | Date of Diagnosis | Address 1 | City | State | Zip | Co-Counsel/ Referring Counsel/ Local Counsel | Fee % | Additional Co-Counsel/ Referring Counsel/ Local Counsel | Fee % | Additional Co-Counsel/ Referring Counsel/ Local Counsel | Fee % | Additional Co-Counsel/ Referring Counsel/ Local Counsel | Fee % | Additional Co-Counsel/ Referring Counsel/ Local Counsel | Fee % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Debeise, William D | 8144 | Mesothelioma | 04/10/00 | 00402 Michelle | Kennewick | WA | 99338 | Eady, Lufkin, Sweeney & Straus | 35.00% | Branton & Hall | 10.00% | | | | | | |
| Deets, James H | 1604 | Lung Cancer | 04/06/05 | 5454 W. FM 1753 | Ravenna | TX | 75476 | N/A | N/A | | | | | | | | |
| DeLeon, Ismael | 3464 | Other Cancer | 04/23/00 | 4840 N. Larkin | Fresno | CA | 93727 | Murad Law Firm | 20.00% | | | | | | | | |
| Demelus, Joseph John | 8184 | Other Cancer | 02/20/03 | 3143 Bear Path | Kissimmee | FL | 34746 | Parker & Parks | TBD | | | | | | | | |
| DeMoss, Rodney R. | 4945 | Lung Cancer | 11/13/00 | 505 South Caprock Drive | Granbury | TX | 76049 | N/A | N/A | | | | | | | | |
| Diaz, Virgil Joseph | 6353 | Mesothelioma | 02/04/00 | 3031 West Mercer Ln. | Phoenix | AZ | 85029 | Sifter Pearlman | 33.30% | | | | | | | | |
| Douglas, Thomas Perry | 1436 | Lung Cancer | 04/01/97 | P.O. Box 450 | Huntington | TX | 75949 | Blumenthal & Gruber | 36.00% | | | | | | | | |
| Drake, Bernard | 0077 | Other Cancer | 04/02/00 | 58916 Carmelita Circle | Yucca Valley | CA | 92284 | Murad Law Firm | 20.00% | Oaxaca, Bernal & Assoc. | 10.00% | | | | | | |
| Duckworth, William | 2715 | Lung Cancer | 08/28/05 | 14239 Royal Hill Drive | Houston | TX | 77083 | Blumenthal & Gruber | 36.00% | | | | | | | | |
| Durham, Robert Lee | 3429 | Lung Cancer | 03/08/97 | 3507 Doublewood Drive | Longview | TX | 75604 | Blumenthal & Gruber | 36.00% | | | | | | | | |
| Ellis, Jr., Dallas Harold | 3440 | Mesothelioma | 07/23/02 | 4154 Gardner | Berkeley | MI | 48072 | Zamler, Mellen & Shiffman | 25.00% | | | | | | | | |
| Escamilla, Ernesto | 1712 | Lung Cancer | 07/21/03 | 3487 Burch Street | Camarillo | CA | 93010 | Roger Worthington | 33.000% | Jonathan Smith-George | 8.00% | | | | | | |
| Estrada, Jessie R | 0045 | LT - NM | 05/20/01 | P.O. Box 729 | Bloomington | TX | 77951 | N/A | N/A | | | | | | | | |
| Exleben, Harold | 1854 | Mesothelioma | 05/20/01 | 4614 N. 4100 Street | Independence | KS | 67301 | Gatzoulis, Petty, Jennings & White | 25.00% | | | | | | | | |
| Feick, Harvey A. | 0025 | Mesothelioma | 09/13/02 | 3600 Parkview Drive | Pulaski | MI | 49779 | Lynn Stedman | 25.00% | Sean Patrick Tracey | 10.00% | | | | | | |
| Fiasco, Anthony | 1767 | Lung Cancer | 12/02/02 | P.O. Box 552 | Mechanicville | NY | 12118 | Murad - Schwartz | 20.00% | | | | | | | | |
| Franco, Carl V. | 6557 | Lung Cancer | 06/23/97 | 1604 E. Wabash | Spokane | WA | 99207 | Blumenthal & Gruber | 33.33% | | | | | | | | |
| Franklin, Vernon P | 6742 | Mesothelioma | 05/22/01 | 14045 Wye Street | San Diego | CA | 92129 | Roger Worthington | 33.30% | | | | | | | | |
| Frasier, Joe Henry | 4167 | Mesothelioma | 12/01/96 | 207 Bridger Drive | Marble Falls | TX | 78654 | Roger Worthington | 33.30% | | | | | | | | |
| Freiling, Richard C. | 4304 | Mesothelioma | 05/01/99 | Route 2 Box 570 | Rocksdale | TX | 76567 | N/A | N/A | | | | | | | | |
| Fritz, Cyril Ransom | 3902 | Lung Cancer | 03/20/02 | 0835 E. Hackamore Ln. | Anaheim | CA | 92807 | Vaughn Stewart | 10.00% | | | | | | | | |
| Gabbard, William Everett | 7350 | Mesothelioma | 03/03/00 | 707 Thomas St. | Stroudsburg | PA | 18360 | Peter Ensign | TBD | Robert Hatten | TBD | Paul Henderson | 10.00% | | | | |
| Gaines, Sr., Jack Parker | 8403 | Lung Cancer | 12/30/00 | 2393 Kathy Lane | Pottsboro | TX | 75076 | Stanley, Mandel & Iola | 33.33% | | | | | | | | |
| Garza, Adan R. | 4848 | LT - NM | 02/20/03 | 2772 Laredo Rd. | Brownsville | TX | 78520 | Blumenthal & Gruber | 33.33% | Frank Costilla | 10.00% | | | | | | |
| Gelve, Angelo | 1719 | Lung Cancer | 09/21/01 | 3924 Warner Lane | Modesto | CA | 95356 | Murad Law Firm | 25.00% | | | | | | | | |
| German, Johnny | 5523 | Mesothelioma | 10/11/04 | 1212 Pleasant Grove Church Rd | Bladenboro | NC | 28320 | Patten, Wornom, Hatten & Diamonstein | 35.00% | | | | | | | | |
| Gilbert, Freeman | 7220 | Mesothelioma | 07/01/98 | 1535 Morningside | Charlotte | NC | 28205 | N/A | N/A | | | | | | | | |
| Gilcrease, Fred L. | 8621 | Mesothelioma | 03/15/99 | P.O. Box 81 | Silverton | ID | 83867 | Roger Worthington | 37.83% | Branton & Hall | 10.00% | Oaxaca, Bernal & Assoc. | 10.00% | | | | |
| Gill, Robert Hughie | 0181 | Mesothelioma | 03/17/99 | 329 Ashley 254 | Crossett | AR | 71635 | Edward Moody | 33.33% | Clay Jenkins | 3.00% | | | | | | |
| Gober, Alvin Conley | 0083 | Lung Cancer | 03/23/00 | 1715 Redden Drive | Longview | TX | 75604 | Blumenthal & Gruber | 33.33% | | | | | | | | |
| Goins, Sr., Joseph (Joe) A | 8335 | Mesothelioma | 01/21/03 | 7050 Hatton Rd. | Frankfort | KY | 40601 | Roger Worthington | 40.000% | | | | | | | | |
| Granger, Tresmond | 7312 | LT - NM | 04/25/91 | P.O. Box 734 | Hemphill | TX | 75948 | Vickers Law Firm | 20.00% | Paul Henderson | 10.00% | | | | | | |
| Groff, Miriam E. | 0358 | Mesothelioma | 07/19/02 | 1600 Princess Anne Drive | Lancaster | PA | 17601 | David Shaw | 30.00% | | | | | | | | |
| Grove, Roy | 5396 | Mesothelioma | 01/21/03 | 24127 Ramsgate | Clinton Township | MI | 48035 | Bergman, Senn, Pageler & Frost | TBD | | | | | | | | |
| Gurkin, Joseph | 5325 | Mesothelioma | 05/11/03 | 2755 Woodstone Way | Corinth | TX | 76210 | John Alexander | 33.30% | | | | | | | | |
| Hall, Raymond T | 0706 | Lung Cancer | 02/03/97 | 840 Hall Road | Sandersville | GA | 31082 | Blumenthal & Gruber | 33.33% | | | | | | | | |
| Hammatis, James | 7122 | Mesothelioma | 06/18/02 | 1173 Donald Dunn Rd. | Magnolia | MS | 39652 | Kirkany & Assoc. | TBD | | | | | | | | |
| Hankster, Jay D. | 5514 | Mesothelioma | 10/03/00 | 1109 Emerald Street | Salisbury | NC | 28144 | Doran & Shelby | 33.33% | | | | | | | | |
| Hardman, Robert | 9307 | Lung Cancer | 05/01/00 | 1214 Bluffview Drive | DeSoto | TX | 75115 | Reaud, Morgan & Quinn | 30.00% | | | | | | | | |
| Harrison, Harvey Ellis | 4271 | Mesothelioma | 08/16/98 | 408 Justice | Lubbock | TX | 79416 | Blumenthal & Gruber | 33.33% | | | | | | | | |
| Hart, Robert E | 3684 | Lung Cancer | 11/24/03 | 88 Guadalupe Drive | Athens | TX | 75751 | Blumenthal & Gruber | 36.00% | Dan Parkes | 5.00% | | | | | | |
| Hart, Sr., Cleo | 5373 | Other Cancer | 05/16/02 | 9565 5th Avenue | Hesperia | CA | 92345 | Murad Law Firm | 20.00% | Oaxaca, Bernal & Assoc. | 10.00% | | | | | | |
| Hassell, Albert | 7776 | Mesothelioma | 04/02/03 | c/o Lori Drummond - 20934 Fleetwood | Harper Woods | MI | 48225 | David Shum | 25.000% | Sean Patrick Tracey | 10.00% | | | | | | |
| Hayes, Douglas C | 5131 | Lung Cancer | 10/13/03 | 1092 Pandemia | Cameron | NC | 28326 | Thomas Lamb | 25.00% | | | | | | | | |
| Haynes, Johnnie B. | 9303 | Lung Cancer | 11/10/94 | 5430 Westbrook Rd. | Houston | TX | 77016 | Faleska Law Firm | TBD | | | | | | | | |
| Hazen, Algernone Thomas | 9458 | Mesothelioma | 05/12/00 | 3363 Calle Del Estable | San Clemente | CA | 92672 | Roger Worthington | 40.00% | | | | | | | | |
| Henderson, John E | 7205 | Mesothelioma | 05/22/00 | P.O. Box 784 | Cashmere | WA | 98815 | D. W. Grimsley | 10.00% | Kuykendall & Assoc. | 10.00% | Greg Becker | 10.00% | Thomas Owens | 10.00% | Wallace & Graham | 5.00% |
| Henry, Billy | 2260 | Lung Cancer | 07/25/04 | C/O Sullivan Builders / 250 Sunny Lane | Linden | TX | 75563 | Blumenthal & Gruber | 30.00% | | | | | | | | |
| Herrera, Sr., Mario | 0670 | Lung Cancer | 10/23/01 | 1015 Laurel Drive | Laredo | TX | 78045 | Murad - Schwartz | 20.00% | Henry Cuellar | 10.00% | | | | | | |
| Hill, Raymond Kenneth | 1237 | Lung Cancer | 02/03/99 | 13122 Ridge | Cypress | TX | 77429 | Blumenthal & Gruber | 33.33% | Gardner Law Firm | 60.00% | | | | | | |
| Hines, Norman Garland | 1863 | Mesothelioma | 03/31/00 | 2121 Van Buren Street | Wilmington | NC | 28401 | Thomas Lamb | 30.00% | Walkins & Perkins | 5.00% | | | | | | |
| Holcomb, Carl Richard | 4570 | Mesothelioma | 02/27/03 | 1150 Washington Street | Wenatchee | WA | 98801 | Bergman, Senn, Pageler & Frost | 33.300% | | | | | | | | |
| Hollandsworth, James M | 1756 | Lung Cancer | 10/04/05 | 1710 CR 136 | Gainesville | TX | 76240 | Sean Patrick Tracey | 13.00% | | | | | | | | |

# Waters and Kraus LLP
## Rule 2019
## Exhibit

| Claimant Name | SSN | Disease Code | Date of Diagnosis | Address 1 | City | State | Zip | Co-Counsel/ Referring Counsel/ Local Counsel | Fee % | Additional Co-Counsel/ Referring Counsel/ Local Counsel | Fee % | Additional Co-Counsel/ Referring Counsel/ Local Counsel | Fee % | Additional Co-Counsel/ Referring Counsel/ Local Counsel | Fee % | Additional Co-Counsel/ Referring Counsel/ Local Counsel | Fee % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hollis, Sr., James R. | 6171 | Other Cancer | 10/26/00 | P.O. Box 446 | Thrall | TX | 76578 | N/A | N/A | | | | | | | | |
| Hornsby, Bill | 9063 | Mesothelioma | 03/12/03 | 17954 Randall | Fontana | CA | 92335 | Murad Law Firm | 20.00% | | | | | | | | |
| Hornsby, Geneva | 6872 | Lung Cancer | 04/22/98 | 17954 Randall | Fontana | CA | 92335 | Murad Law Firm | 20.00% | | | | | | | | |
| Hotchkiss, Thomas Francis | 7667 | Mesothelioma | 00/22/97 | P.O. Box 890117 | Temecula | CA | 92589 | Rose, Klein & Marias | TBD | | | | | | | | |
| Houston, Jeffrey Wayne | 8800 | Mesothelioma | 12/02/00 | 11164 Park Place | Smithfield | VA | 23430 | Pullen, Worton, Hatten & Diamondstein | 25.00% | | | | | | | | |
| Huggins, Junior | 0054 | Lung Cancer | 10/12/00 | Rt 3 Box 49-D | Kosciusko | MS | 39090 | Byrd & Associates | 50.00% | | | | | | | | |
| Hutchison, Robert Irwin | 4126 | Mesothelioma | 06/21/00 | 5025 Devon Drive | Amarillo | TX | 79109 | Roger Worthington | 37.00% | Kenny Maxwell | 10.00% | | | | | | |
| Hyder, Harry Joe | 6825 | Lung Cancer | 06/24/03 | 116 Eastland Drive | Elizabethton | TN | 37643 | Blumenthal & Gruber | 33.33% | Bobbitt Law Firm | 15.00% | Haas & Goleman | 5.00% | | | | |
| Ireland, Robert Duvall | 7264 | Other Cancer | 10/19/04 | 6317 Jack Street | Pensacola | FL | 32504 | David Law Firm | 40.00% | | | | | | | | |
| Isham, Sr., Dewey E. | 1500 | Lung Cancer | 12/15/05 | 3406 Barrett Place | Amarillo | TX | 79121 | Paul Henderson | 10.00% | | | | | | | | |
| Johnson, Lonnie K. | 8434 | Lung Cancer | 09/28/01 | P.O. Box 1011 | Glennville | GA | 30427 | Murad Law Firm | 10.00% | | | | | | | | |
| Jones, Burl C. | 1400 | Lung Cancer | 12/18/02 | 4520 Shawnee Trail | Amarillo | TX | 79109 | Murad - Schwartz | 20.00% | | | | | | | | |
| Jones, Donald L. | 3530 | Mesothelioma | 01/14/00 | 3709 SW Holden | Seattle | WA | 98126 | N/A | N/A | | | | | | | | |
| Jones, Emmeat Orun | 0023 | Lung Cancer | 03/14/97 | 2009 Stanton | Brady | TX | 76825 | Blumenthal & Gruber | 36.00% | | | | | | | | |
| Kateler, John | 8718 | Lung Cancer | 09/30/01 | 18907 Summit Road | Paynes Creek | CA | 96075 | Murad Law Firm | 25.00% | | | | | | | | |
| Kennny, Stephen E. | 1569 | Lung Cancer | 07/10/01 | 1196 Stadiston Rd. | Goldsboro | NC | 27534 | Thomas Lamb | 25.00% | | | | | | | | |
| Keenan, Marvin T. | 1602 | Lung Cancer | 04/14/00 | 604 East New Mexico | Sweetwater | TX | 79556 | Roger Worthington | 23.10% | Kenny Maxwell | 10.00% | | | | | | |
| Kerber, Theodore | 4434 | Lung Cancer | 07/16/02 | 1845 Highland Avenue | Troy | NY | 12180 | Murad - Schwartz | 20.00% | | | | | | | | |
| Kern, Harold L. | 0483 | Mesothelioma | 08/25/97 | 2204 Langford Lane | Avon | OH | 44011 | Roger Worthington | 33.30% | | | | | | | | |
| Kiva, George | 7548 | Lung Cancer | 05/27/94 | P.O. Box 051 | Port Arthur | TX | 77641 | N/A | N/A | | | | | | | | |
| Kinman, Jas S. | 3073 | Lung Cancer | 07/24/97 | 1204 N. County Rd | Lubbock | TX | 79416 | Blumenthal & Gruber | 36.00% | | | | | | | | |
| Klegmann, Otis | 4826 | Other Cancer | 08/02/93 | 504 N. Echols | Caldwell | TX | 77836 | Silber Pearlman | 40.00% | | | | | | | | |
| Klontz, Roland E. | 0929 | Lung Cancer | 09/15/98 | 320 Point Fosdick Place | Gig Harbor | WA | 98335 | Blumenthal & Gruber | 33.33% | | | | | | | | |
| Knight, Jerrell Wayne | 8521 | Lung Cancer | 08/10/99 | 6611 Primrose Ln. | Moss Point | MS | 39562 | Silber Pearlman | 33.30% | Byrd & Associates | 10.00% | Haas & Goleman | 5.00% | | | | |
| Kessler, Gary L. | 6063 | Other Cancer | 09/01/00 | 1955 Daly #107 | Camarillo | CA | 93010 | Murad - Schwartz | 20.000% | | | | | | | | |
| Kornse, Melton H. | 6910 | Lung Cancer | 05/19/02 | 3228 FM 217 | Valley Mills | TX | 76689 | Blumenthal & Gruber | 36.00% | Dan Perkins | 5.00% | | | | | | |
| Kowalik, Archie | 4841 | Lung Cancer | 07/07/99 | 6507 Walton Heath Dr | Houston | TX | 77069 | Silber Pearlman | 33.00% | Frank Coultiu | 10.00% | | | | | | |
| LaBounty, Martin Harold | 8303 | Lung Cancer | 05/30/99 | RR1, Box 56 Spruce | St. Regis Falls | NY | 12980 | Doran & Shelby | 33.30% | Haas & Goleman | 5.00% | | | | | | |
| Lacey, Harris | 7707 | Mesothelioma | 09/12/02 | 2195 X Avenue | LaGrande | OR | 97850 | Roger Worthington | 35.00% | | | | | | | | |
| Lachapelle, George | 1073 | Mesothelioma | 07/27/03 | 20701 Beach Blvd, Sp. 157 | Huntington Beach | CA | 92648 | Roger Worthington | 33.300% | | | | | | | | |
| Langer, Robert W. | 0453 | Mesothelioma | 08/02/00 | 280 Sixty Road | Brockton | MA | 02302 | Thornton & Naumes | 40.00% | Oaxaca, Demal & Assoc | 10.00% | | | | | | |
| Langham, Larry | 2107 | Lung Cancer | 04/10/97 | 1164 FM 1937 | Leathertier | TX | 76946 | Silber Pearlman | 40.00% | | | | | | | | |
| Larson, Wayne K. | 7464 | Mesothelioma | 03/15/00 | 17900 35th Street NE | Foley | MN | 56329 | N/A | N/A | | | | | | | | |
| Laws, Robert | 2177 | Other Cancer | 05/24/05 | 37 Grover Street | Syracuse | NY | 13057 | Murad - Schwartz | 20.00% | | | | | | | | |
| Leech, Jerry G | 6469 | Lung Cancer | 01/15/01 | 4130 Gee Street | Greenville | TX | 75401 | Watkins & Perkins | TBD | | | | | | | | |
| Leezy, James Dudley | 0061 | Other Cancer | 03/19/95 | 12073 Riverside Drive | Lakeside | CA | 92040 | Murad Law Firm | 30.00% | | | | | | | | |
| Leff, Ronald L. | 8650 | Lung Cancer | 02/02/99 | 8570 Greiner Rd | Williamsville | NY | 14221 | Doran & Murphy | 33.30% | Bobbitt Law Firm | 15.00% | Haas & Goleman | 5.00% | | | | |
| Lensburg, Dennis I. | 2187 | Lung Cancer | 02/01/93 | P.O. Box 839 | Alvin | TX | 77512 | Sean Patrick Tracey | | | | | | | | | |
| Lewis, Thomas Walsh | 9973 | Lung Cancer | 07/01/99 | 4910 Honeysuckle | Pasadena | TX | 77505 | Silber Pearlman | 40.00% | Johnson Law Firm | 10.00% | | | | | | |
| Lusk, Billy Eugene | 5024 | Lung Cancer | 05/22/92 | 8032 CR 313 | Grandview | TX | 76050 | Zadeh, Jim | 33.30% | MacLean & Boulware | 10.00% | | | | | | |
| MacIntyre, Robert B. | 6431 | Mesothelioma | 07/28/93 | 581 W. Ames Road | Canajoharie | NY | 13317 | Danziger & De Llano | 40.000% | Wise & Julian | 10.00% | | | | | | |
| Mangum, Dow | 8606 | Lung Cancer | 05/05/97 | 413 Navajo Street | Victoria | TX | 77904 | Paul Henderson | 10.00% | | | | | | | | |
| Marchiano, Joseph | 4702 | Mesothelioma | 05/04/00 | 425 Argyle Rd. | Turnersville | NJ | 08012 | Early, Ludwick, Sweeney & Strauss | 35.00% | Johnson Law Firm | 10.00% | | | | | | |
| Markovich, Barbara | 9782 | Mesothelioma | 10/06/00 | 410 Cerro Lane, Suite | San Clemente | CA | 92672 | Roger Worthington | 35.00% | | | | | | | | |
| Mathias, George | 1124 | Mesothelioma | 10/06/00 | 21434 Jewell Court | Grosse Ile | MI | 48138 | Zamler, Mellen & Shiffman | 40.00% | Oaxaca, Bernal & Assoc. | 10.00% | | | | | | |
| Mattison, William D. | 0818 | Other Cancer | 04/03/99 | 150 Ballantyne Rd. #4 | Syracuse | NY | 13205 | Murad - Schwartz | 20.00% | | | | | | | | |
| McClatchy, John L. | 4808 | Mesothelioma | 11/09/01 | 14595 Pine Oak | Brownsboro | TX | 75756 | Daryl Moore | 40.00% | | | | | | | | |
| McClellan, Raymond | 9887 | Other Cancer | 07/07/81 | P.O. Box 205 | San Mateo | FL | 32187 | N/A | N/A | | | | | | | | |
| McClendon, Lloyd G. Mac | 1514 | Lung Cancer | 12/26/98 | 1900 East Marshall Ave. #15 | Longview | TX | 75601 | Blumenthal & Gruber | 36.00% | | | | | | | | |
| McCormick, Ernest Leon | 6923 | Lung Cancer | 02/25/03 | 807 Lefors Street | Pampa | TX | 79065 | Blumenthal & Gruber | 36.00% | Dan Perkins | 5.00% | | | | | | |
| McGuire, Mattie L. | 5510 | Mesothelioma | 09/08/02 | 1980 Tazewell Drive | Russell | VA | 24000 | N/A | | | | | | | | | |
| McLaughlin, Dale (Mud) Edgar | 2580 | Mesothelioma | 04/16/00 | 15 N. Primrose Place | Amarillo | TX | 79108 | Blumenthal & Gruber | 36.00% | | | | | | | | |
| McNeal, Van H. | 1751 | Mesothelioma | 09/26/00 | 4270 - A Rieowitz | Adkins | TX | 78101 | Roger Worthington | 37.00% | Branton & Hall | 10.00% | | | | | | |
| McRae, Ray Thomas | 1555 | Lung Cancer | 11/16/00 | 40470-B Martin Rd. | New London | NC | 28127 | Thomas Lamb | 30.00% | | | | | | | | |
| Mears, Jerry A. | 2173 | Lung Cancer | 05/01/00 | 351 Manila Drive | San Jose | CA | 95118 | Silber Pearlman | 33.33% | | | | | | | | |
| Mettes, Robert J. | 7360 | Lung Cancer | 04/11/01 | P.O. Box 139 | Mountain Ranch | CA | 95246 | Murad Law Firm | 25.00% | | | | | | | | |
| Michela, Valentine | 4834 | Other Cancer | 09/22/00 | 197 Hillcrest Ave. | Albany | NY | 12203 | Murad - Schwartz | 20.00% | | | | | | | | |
| Miller, Carolyn | 0426 | Mesothelioma | 01/27/00 | 935 N. Cresel | Dearborn | MI | 48128 | Roger Worthington | 37.00% | Sean Patrick Tracey | 10.00% | | | | | | |

# Waters and Kraus LLP
## Rule 2019
## Exhibit

| Claimant Name | SSN | Disease Code | Date of Diagnosis | Address 1 | City | State | Zip | Co-Counsel/ Referring Counsel/ Local Counsel | Fee % | Additional Co-Counsel/ Referring Counsel/ Local Counsel | Fee % | Additional Co-Counsel/ Referring Counsel/ Local Counsel | Fee % | Additional Co-Counsel/ Referring Counsel/ Local Counsel | Fee % | Additional Co-Counsel/ Referring Counsel/ Local Counsel | Fee % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Miller, Michael | 3826 | Lung Cancer | 04/15/99 | 1309 Blanton Place | Sherman | TX | 75092 | Blumenthal & Gruber | 33.33% | Bobbitt Law Firm | 15.00% | Haas & Goleman | 5.00% | | | | |
| Miller, Michael Kent | 8934 | Mesothelioma | 05/14/02 | 307 Victory Hill | Catesville | IN | 46121 | Roger Worthington | 33.30% | | | | | | | | |
| Mims, Joe Arthur | 8100 | Lung Cancer | 10/11/00 | Rt 2 Box 133-1 | Rusk | TX | 75785 | J. Robert Davis | 30.00% | Sean Patrick Tracey | 10.00% | | | | | | |
| Mitcham, Joe Charles | 9487 | Mesothelioma | 10/31/01 | P.O. Box 305 | Hubbard | TX | 76648 | Gortner Law Firm | TBD | David Cherry | 10.00% | | | | | | |
| Mitchel, Elmer (Mitch) | 1787 | Other Cancer | 02/24/03 | 75134 Saddlehorn Rd. | 29 Palms | CA | 92277 | Murad - Schwartz | 20.00% | | | | | | | | |
| Mitchell, Joseph | 1994 | Lung Cancer | 02/22/00 | 31847 US Highway 78 | Lincoln | AL | 35096 | Early, Ludwick, Sweeney & Straus | 35.00% | Haas & Goleman | 5.00% | | | | | | |
| Mobley, Landis L. | 3050 | Lung Cancer | 10/17/00 | 7244 FM 1528 | Cooper | TX | 75432 | Blumenthal & Gruber | 30.00% | Dan Perkins | 5.00% | | | | | | |
| Moore, Alfred A. | 0932 | Mesothelioma | 06/03/99 | 301 N. 8th | Henryetta | OK | 74437 | Stanley, Mandel & Iola | 05.00% | | | | | | | | |
| Moore, Robert Lee | 4422 | Mesothelioma | 08/24/98 | 1087 FM Rd. 114 | Clarksville | TX | 75426 | Roger Worthington | 37.50% | Nix Law Firm | 10.00% | | | | | | |
| Morgan, Merland | 1072 | Mesothelioma | 08/04/98 | 13 S. 276th E. Avenue | Catoosa | OK | 74015 | Stanley, Mandel & Iola | 40.00% | | | | | | | | |
| Mosley, Claudia | 6696 | Other Cancer | 10/03/95 | 6937 Cotton Rd. | Houston | TX | 77092 | Tolanka Law Firm | 33.00% | Stanley, Mandel & Iola | 10.00% | | | | | | |
| Mueller, Reinhold | 3709 | Mesothelioma | 03/28/88 | 5261 Baldwin Rd. | Swartz Creek | MI | 48473 | Roger Worthington | 40.00% | | | | | | | | |
| Murphy, Cecil L. | 2944 | Lung Cancer | 05/18/00 | 131 Sagamore Drive S. | Liverpool | NY | 13090 | Roger Worthington | 25.00% | | | | | | | | |
| Murphy, George | 2652 | Mesothelioma | 10/21/02 | 3867 Captain's Court | Pensacola | FL | 32563 | Roger Worthington | 40.00% | Belluck & Fox | 0.00% | | | | | | |
| Naber, William D. | 6474 | Lung Cancer | 10/02/02 | P.O. Box 136 | Bagdad | AZ | 86321 | Murad - Schwartz | 20.00% | | | | | | | | |
| Naughton, Howard M. | 7167 | Mesothelioma | 03/13/01 | 5597-A Vista Del Mundo | Laguna Woods | CA | 92553 | N/A | N/A | | | | | | | | |
| Nelson, Richard W. | 6566 | Mesothelioma | 04/14/00 | 3234 Cowan Rd. | Southport | FL | 32409 | Brown, Terrell, Hogan, Ellis & Yegelwel | 25.00% | Sean Patrick Tracey | 10.00% | | | | | | |
| Nolen, William B. | 3094 | Mesothelioma | 05/22/03 | 193 Crestview Drive | Eatonton | GA | 31024 | Coady Law Firm | 33.300% | | | | | | | | |
| Norment, Sr., James Lennon | 7824 | Lung Cancer | 06/25/98 | 139 Bradley Pines Drive | Wilmington | NC | 28403 | Thomas Lamb | 30.00% | Watkins & Perkins | 5.00% | | | | | | |
| Norris, Howard Richmond | 6470 | Lung Cancer | 12/28/99 | 812 Carolina Ave. | Bolton | NC | 28423 | Thomas Lamb | 25.00% | | | | | | | | |
| Norris, James Donald | 8506 | Lung Cancer | 07/05/99 | 2136 N. IH 35, Lot 16 | New Braunfels | TX | 78130 | Blumenthal & Gruber | 33.33% | Rene Rodriguez | 10.00% | | | | | | |
| Oakley, Francis | 8586 | Lung Cancer | 07/11/97 | 502 Acorn Drive | New Braunfels | TX | 78130 | Silber Pearlman | 40.00% | | | | | | | | |
| Ostling, Jr., Allen H. | 4874 | Mesothelioma | 08/19/99 | 2601 Inverness Drive | Valparaiso | IN | 46383 | Roger Worthington | 40.00% | | | | | | | | |
| Parker, Walter Max | 2187 | Mesothelioma | 03/18/97 | 15481 Ess Rd. | Lytle | TX | 78052 | Blumenthal & Gruber | 36.00% | | | | | | | | |
| Parker, Warren Dewayne | 0495 | Lung Cancer | 09/09/97 | 3212 Westlawn Ave. | Amarillo | TX | 79102 | Blumenthal & Gruber | 40.00% | | | | | | | | |
| Pawson, Floyd B. | 8028 | Mesothelioma | 08/31/99 | P.O. Box 1029 | Kings Park | NY | 11754 | Early, Ludwick, Sweeney & Straus | 33.30% | | | | | | | | |
| Payne, Jack Ewell | 0126 | Lung Cancer | 01/08/96 | 1204 N. Western St. #P | Amarillo | TX | 79124 | Blumenthal & Gruber | 33.33% | Kenny Maxwell | 10.00% | | | | | | |
| Pelzer, Michael Allen | 0229 | Lung Cancer | 09/10/98 | 66 North Bachelor Button | Lake Jackson | TX | 77566 | Silber Pearlman | 33.30% | | | | | | | | |
| Pennington, Jr., James William | 7501 | Other Cancer | 07/15/94 | 1005 Hardin Rd. | Lumberton | NC | 28358 | Thomas Lamb | 25.00% | | | | | | | | |
| Perreault, William (Bill) Joseph | 2432 | Mesothelioma | 04/01/03 | C/O Harnett Law Firm - 1801 Elm St., Suite 4900 | Dallas | TX | 75201 | N/A | | | | | | | | | |
| Pickering, William Eugene | 8154 | Lung Cancer | 12/22/98 | 347 Gallop Rd. | North Bangor | NY | 12966 | Daniel & Murphy | 33.30% | | | | | | | | |
| Pigg, Donald Lee | 8304 | Mesothelioma | 01/19/99 | 1505 Cedar Ln. | Ponca City | OK | 74604 | Stanley, Mandel & Iola | 40.00% | Clay Jenkins | 2.75% | | | | | | |
| Poore, Randy Clyde | 5298 | Mesothelioma | 03/17/03 | 1213 Abbey Ct. | Libertyville | IL | 60048 | Roger Worthington | 37.50% | Sean Patrick Tracey | 10.00% | | | | | | |
| Prat, James E. | 5149 | Mesothelioma | 02/24/00 | 2112 Grove Street | Texarkana | AR | 71854 | Early, Ludwick, Sweeney & Straus | 20.00% | Dan Pyron | 20.00% | | | | | | |
| Presley, Edward A. | 0907 | Lung Cancer | 01/04/96 | 6406 W. Kasener Drive | Odessa | TX | 79764 | Blumenthal & Gruber | 33.33% | | | | | | | | |
| Preszler, Harold Douglas | 7060 | Mesothelioma | 11/29/99 | 2731 Wagonwheel Drive | Carrollton | TX | 75006 | N/A | N/A | | | | | | | | |
| Pretko, Edward | 3222 | Mesothelioma | 06/23/03 | 7 David Drive | North Chili | NY | 14514 | Coady Law Firm | 33.33% | | | | | | | | |
| Prouty, Donald L. | 4511 | Mesothelioma | 04/21/02 | 3716 Avenida de Aullan | Camarillo | CA | 93010 | Sean Patrick Tracey | 10.00% | | | | | | | | |
| Pyburn, William Thomas (Tom) | 3754 | Lung Cancer | 05/09/96 | 117W. Fowler Ave. | Killeen | TX | 76541 | Roger Worthington | 30.00% | | | | | | | | |
| Pye, Gerald | 5844 | Mesothelioma | 08/07/01 | 3610 Darling | Pasadena | TX | 77503 | Daryl Moore | 33.30% | | | | | | | | |
| Radtke, William Franklin | 2503 | Lung Cancer | 05/14/96 | 204 Partition | Cameron | TX | 76520 | Rique Bobbitt | 33.30% | | | | | | | | |
| Ramer, Ferrol D. | 9475 | Lung Cancer | 10/28/91 | 205 North Main St. | Opp | AL | 36467 | N/A | N/A | | | | | | | | |
| Randol, Thomas P. | 9931 | Mesothelioma | 08/06/98 | 24676 S. Shetland Lane | Claremore | OK | 47017 | Stanley, Mandel & Iola | 40.00% | | | | | | | | |
| Redmon, Varley P. | 0305 | Lung Cancer | 04/01/98 | 865 County Rd. 4526 | Whitewright | TX | 75491 | Blumenthal & Gruber | 33.33% | | | | | | | | |
| Reeves, Dugger Travis | 7462 | Lung Cancer | 01/08/97 | 785 West Harlan | Gilmer | TX | 75644 | Blumenthal & Gruber | 33.33% | | | | | | | | |
| Rehbeck, Alvin Lewis | 3782 | Mesothelioma | 08/13/02 | 8853 Hillridge Drive | Greendale | WI | 53228 | Coady & Associates | 33.30% | | | | | | | | |
| Richardson, Austin | 6911 | Mesothelioma | 05/03/02 | 1134 Mimosa | DeRidder | LA | 70634 | Paul Henderson | 55.00% | | | | | | | | |
| Rocha, Manuel | 8860 | L1 - NM | 05/23/89 | 2119 Camino Del Rio | Brownsville | TX | 78520 | Vickers Law Firm | 20.00% | | | | | | | | |
| Rocha, Mateo | 9603 | Lung Cancer | 05/08/98 | 9594 Echo Street | El Paso | TX | 79904 | Blumenthal & Gruber | 31.00% | Jonathan Smith-George | 50.00% | Frank Costilla | 10.00% | | | | |
| Rodriguez, Louie | 1177 | Other Cancer | 10/14/02 | 1074 W. Terrace | Fresno | CA | 93705 | Murad - Schwartz | 20.00% | | | | | | | | |
| Roland, Cleveland John | 3148 | L1 - NM | 07/28/00 | 1025 Island Ford Rd. | Buford | GA | 30518 | Sean Patrick Tracey | 10.00% | | | | | | | | |
| Rose, Steven Melvin | 2895 | Lung Cancer | 06/18/99 | P.O. Box 1885 | Stillwater | OK | 74076 | Stanley, Mandel & Iola | 33.30% | | | | | | | | |
| Rosson, Bill Donn | 5842 | Lung Cancer | 05/17/99 | 3066 Latham | Miami | AZ | 85539 | N/A | N/A | | | | | | | | |
| Royse, Roy Elgon | 3399 | Mesothelioma | 09/10/98 | Route 1 Box 224 | Hillsboro | KY | 41049 | N/A | N/A | | | | | | | | |
| Ruelas, Carlos J. | 7212 | Other Cancer | 01/27/05 | 607 S. Ochoa | El Paso | TX | 79901 | Murad - Schwartz | 20.000% | | | | | | | | |

Waters and Kraus LLP
Rule 2019
Exhibit

| Claimant Name | SSN | Disease Code | Date of Diagnosis | Address 1 | City | State | Zip | Co-Counsel/ Referring Counsel/ Local Counsel | Fee % | Additional Co-Counsel/ Referring Counsel/ Local Counsel | Fee % | Additional Co-Counsel/ Referring Counsel/ Local Counsel | Fee % | Additional Co-Counsel/ Referring Counsel/ Local Counsel | Fee % | Additional Co-Counsel/ Referring Counsel/ Local Counsel | Fee % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ruggiero, Ralph | 0800 | Mesothelioma | 05/07/00 | 485 E. Highpoint Blvd. | Delray Beach | FL | 33445 | David Lipman | 37.00% | | | | | | | | |
| Saenz, Rafael B. | 2278 | Lung Cancer | 06/18/98 | P.O. Box 821 | Alice | TX | 78333 | Blumenthal & Gruber | 40.00% | Royston, Rayzor, Vickery & Williams | 5.00% | | | | | | |
| Sanchez, Sr., Eduardo | 2003 | Mesothelioma | 10/12/02 | 25874 Maravilla Court | Valencia | CA | 91355 | Roger Worthington | 33.30% | Jonathan Smith-George | 15.00% | | | | | | |
| Scott, Eugene Richard | 5106 | Lung Cancer | 07/03/00 | 723 Yale Lane | Deer Park | TX | 77536 | Tatuska Law Firm | 33.00% | | | | | | | | |
| Scott, Frances Elizabeth | 6636 | Lung Cancer | 10/11/00 | 10791 Rt. 198 | Mathews | VA | 23109 | Patten, Wornom, Hatten & Diamondstein | 25.00% | Haas & Goleman | 5.00% | | | | | | |
| Scott, John Langland | 6291 | Lung Cancer | 04/15/06 | 5024 Lakemoore Drive | Waco | TX | 76710 | Blumenthal & Gruber | 33.33% | | | | | | | | |
| Secor, Harold E. | 7773 | Lung Cancer | 10/21/95 | 1449 Larchmont Dr. | Plano | TX | 75074 | Doran & Murphy | 33.33% | Haas & Goleman | 5.00% | | | | | | |
| Sharp, Marvin Calvin | 2180 | Lung Cancer | 12/13/96 | 205 S. Holiday Drive | Plainview | TX | 79072 | Blumenthal & Gruber | 33.33% | | | | | | | | |
| Sheldon, Donald | 0461 | Mesothelioma | 06/13/03 | 10 Meadowland Circle | Plainville | CT | 06062 | Candy Law Firm | 33.300% | | | | | | | | |
| Shinn, Gary J. | 6405 | Mesothelioma | 09/02/97 | 1310 Oregon Avenue | Coos Bay | OR | 97420 | Silber Pearlman | 33.33% | | | | | | | | |
| Short, Russell | 3236 | Mesothelioma | 06/21/02 | #14 Southbrooke Place | Mt. Zion | IL | 62549 | Cooley & Associates | 33.33% | Sean Patrick Tracey | 10.00% | | | | | | |
| Silvestri, Salvatore | 7983 | Mesothelioma | 06/26/01 | 3713 Southwood Avenue | San Mateo | CA | 94403 | Roger Worthington | 40.00% | | | | | | | | |
| Simkins, Harry (Ray) | 1164 | Mesothelioma | 05/03/02 | 122 Loch Lomond | Rancho Mirage | CA | 92270 | Roger Worthington | 40.00% | | | | | | | | |
| Sims, Benny R. | 6729 | Mesothelioma | 07/30/02 | 4750 Mountain Ranch Rd. | Paso Robles | CA | 93446 | Roger Worthington | 32.40% | Vaughn Stewart | 10.00% | | | | | | |
| Slider, Jr., Dennis | 5743 | Mesothelioma | 07/14/04 | 36 Panorama Drive | Asheville | NC | 28806 | Thomas Lamb | 30.00% | Watkins & Perkins | 5.00% | | | | | | |
| Smith, Allen G. | 4556 | Lung Cancer | 12/18/99 | 3829 Hawk Rd. | Diana | TX | 75640 | Blumenthal & Gruber | 33.33% | | | | | | | | |
| Smith, David R. | 3163 | Mesothelioma | 11/18/98 | 8930 NE 84th Terrace | Kansas | MO | 64157 | Roger Worthington | 40.00% | | | | | | | | |
| Smith, DeWayne Elmer | 0892 | Mesothelioma | 05/30/97 | 5002 E. 194th Place | Tulsa | OK | 74137 | Stanley, Mandel & Iola | 40.00% | | | | | | | | |
| Smith, McClaw | 7807 | Other Cancer | 07/05/01 | 5321 Camino Mirelly | San Diego | CA | 92105 | Murad Law Firm | TBD | | | | | | | | |
| Smith, Thurman Taylor | 4795 | Lung Cancer | 09/04/96 | P.O. Box 144 | Beechmont | KY | 42323 | Wise & Julian | 28.50% | | | | | | | | |
| Sorenson, Thomas (Swede) | 1879 | Mesothelioma | 06/19/00 | 4042 Bonita View Drive | Bonita | CA | 91902 | Frank Schenk | 40.00% | | | | | | | | |
| Spearow, Wilberta Jean | 7391 | Lung Cancer | 09/17/98 | 802 Mills | Dumas | TX | 79029 | Blumenthal & Gruber | 33.33% | | | | | | | | |
| Spearman, Jr., Jack | 9981 | Lung Cancer | 07/11/00 | 1211 Webster Street | Longview | TX | 75602 | Blumenthal & Gruber | 33.33% | | | | | | | | |
| Spinks, Curtis Franklin | 3275 | Mesothelioma | 09/25/97 | 1300 S. Jackson, #603 | Amarillo | TX | 79101 | Blumenthal & Gruber | 30.00% | | | | | | | | |
| Stemms, William | 2080 | Mesothelioma | 11/13/99 | 400 Burnett, #623 | Wichita Falls | TX | 76301 | Blumenthal & Gruber | 33.33% | Paul Henderson | 10.00% | | | | | | |
| Stewart, Bruce D. | 7975 | Other Cancer | 06/18/79 | 307 Forest Drive | Livingston | TX | 77351 | Gartner Law Firm | 60.00% | | | | | | | | |
| Stewart, Johnny G. | 9857 | Lung Cancer | 09/18/94 | 1275 Greenmoore | Starks | LA | 70661 | Gartner Law Firm | 60.00% | | | | | | | | |
| Stewart, Jon | 1201 | Mesothelioma | 02/08/02 | 8133 W. Liberty Rd. | Ann Arbor | MI | 48103 | N/A | N/A | | | | | | | | |
| Stoeckler, Christopher John | 0019 | Mesothelioma | 12/17/01 | W5102 State Rd. 106 | Fort Atkinson | WI | 53538 | Roger Worthington | 33.30% | Jonathan Smith-George | 15.00% | Chandler Law Firm | 5.00% | | | | |
| Stringer, John | 7538 | Mesothelioma | 10/03/02 | 17139 Mountain Crest Drive | Spring | TX | 77379 | Vickers Law Firm | 20.00% | | | | | | | | |
| Surratt, Aaron | 2026 | Lung Cancer | 04/01/96 | 604 Kaufman Street, Box 14 | Linden | TX | 75563 | Blumenthal & Gruber | 30.00% | | | | | | | | |
| Swick, Allen Leroy | 6122 | Mesothelioma | 09/11/96 | 7661 Cove Terrace | Sarasota | FL | 34231 | David Law Firm | 40.00% | | | | | | | | |
| Thomas, Jr., Robert L. | 1707 | Mesothelioma | 03/03/00 | 10677 South 1055 West | South Jordan | UT | 84095 | Patterson Keahey | 40.00% | Henriksen & Henriksen | 15.00% | | | | | | |
| Thomas, Lummus | 3873 | Lung Cancer | 09/16/02 | P.O. Box 391 | Hooks | TX | 75561 | Blumenthal & Gruber | 30.00% | Watkins & Perkins | 5.00% | | | | | | |
| Thomas, Sr., Simon R. | 0685 | Mesothelioma | 06/12/02 | 8701 S. McKinley | Oklahoma City | OK | 73139 | Stanley, Mandel & Iola | 35.00% | Frank Costilla | 10.00% | | | | | | |
| Thompson, Tommy Joe (T.J.) | 9380 | Lung Cancer | 02/09/01 | 804 Thompson Lane | Frisby | TX | 75845 | Patterson Keahey | 25.00% | Sean Patrick Tracey | 10.00% | | | | | | |
| Thorne, James Bruce | 6384 | Lung Cancer | 05/01/97 | RR3 Box 225 | Mexia | TX | 76667 | Blumenthal & Gruber | 30.00% | | | | | | | | |
| Thornton, George C. | 9842 | L1 - NM | 08/24/00 | 303 Wanda Drive | Pikeville | NC | 27863 | Sean Patrick Tracey | 10.00% | | | | | | | | |
| Timmons, William J. | 1650 | Other Cancer | 09/22/02 | 10045 Clover Court | Upper Lake | CA | 95485 | Murad - Schwartz | 20.00% | | | | | | | | |

**Please return the Power of Attorney to the attention of: CANDANCE BURNEY – THANK YOU.**

## GENERAL POWER OF ATTORNEY

To: C. Andrew Waters and Peter Kraus of Waters & Kraus, LLP

The undersigned claimant hereby authorizes C. Andrew Waters & Peter Kraus as attorneys in fact for the undersigned and with full power of substitution, to vote on any questions that may be lawfully submitted to creditors of any debtors who have been involved in asbestos litigation and have filed for bankruptcy in a United States Bankruptcy Court, including but not limited to:

- Babcock and Wilcox Company;
- Pittsburgh Corning Corporation;
- Armstrong World Industries, Inc.;
- Owens Corning; A Delaware Corporation;
- W.R. Grace & Company;
- United States Gypsum Corporation, et al a subsidiary of USG Corporation
- Federal Mogul Global, Inc.;
- G-I Holdings, Inc.;
- North American Refractories Company; and
- A.P. Green Industries, Inc.

and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in those cases. This Power of Attorney specifically empowers C. Andrew Waters & Peter Kraus to vote on behalf of the undersigned claimant on any Plan of Reorganization on which the undersigned is entitled to vote. Furthermore, the undersigned claimant intends for this authorization to extend to any current debtors not specifically identified above, or any entity against which the undersigned claimant may have an assertable claim who may at some point in the future file for bankruptcy in any United States Bankruptcy Court and become a debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 22nd Day of September 2003.

Frank W. Abbott
Signature

FRANK W. Abbott
Injured Party Name (please print) *or*

Personal Representative Name (please print)
*For the Estate of* ______________
*Injured Party Name*

1250 Hwy. 577 E.
Address

Annville, Ky. 40402
City, State, Zip

Deceased
Signature of Spouse *(if applicable)*

EXHIBIT B



# GENERAL POWER OF ATTORNEY

To: C. Andrew Waters and Peter Kraus of Waters & Kraus, LLP

The undersigned claimant hereby authorizes C. Andrew Waters & Peter Kraus as attorneys in fact for the undersigned and with full power of substitution, to vote on any questions that may be lawfully submitted to creditors of any debtors who have been involved in asbestos litigation and have filed for bankruptcy in a United States Bankruptcy Court, including but not limited to:

- Babcock and Wilcox Company;
- Pittsburgh Corning Corporation;
- Armstrong World Industries, Inc.;
- Owens Corning, A Delaware Corporation;
- W.R. Grace & Company;
- United States Gypsum Corporation, et al a subsidiary of USG Corporation
- Federal Mogul Global, Inc.;
- G-I Holdings, Inc.;
- North American Refractories Company; and
- A.P. Green Industries, Inc.

and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in those cases. This Power of Attorney specifically empowers C. Andrew Waters & Peter Kraus to vote on behalf of the undersigned claimant on any Plan of Reorganization on which the undersigned is entitled to vote. Furthermore, the undersigned claimant intends for this authorization to extend to any current debtors not specifically identified above, or any entity against which the undersigned claimant may have an assertable claim who may at some point in the future file for bankruptcy in any United States Bankruptcy Court and become a debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 16 Day of September, 2003.

Glenda Allphin
Signature

James Milton Allphin, Sr.
Injured Party Name (please print) or

Glenda Allphin
Personal Representative Name (please print)
*For the Estate of* James M Allphin, Sr.
*Injured Party Name*

4407 Jackson St.
Address

Santa Fe, TX 77517
City, State, Zip

Signature of Spouse *(if applicable)*

# GENERAL POWER OF ATTORNEY

To: C. Andrew Waters and Peter Kraus of Waters & Kraus, LLP

The undersigned claimant hereby authorizes C. Andrew Waters & Peter Kraus as attorneys in fact for the undersigned and with full power of substitution, to vote on any questions that may be lawfully submitted to creditors of any debtors who have been involved in asbestos litigation and have filed for bankruptcy in a United States Bankruptcy Court, including but not limited to:

- Babcock and Wilcox Company;
- Pittsburgh Corning Corporation;
- Armstrong World Industries, Inc.;
- Owens Corning, A Delaware Corporation;
- W.R. Grace & Company;
- United States Gypsum Corporation, et al a subsidiary of USG Corporation
- Federal Mogul Global, Inc.;
- G-I Holdings, Inc.;
- North American Refractories Company; and
- A.P. Green Industries, Inc.

and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in those cases. This Power of Attorney specifically empowers C. Andrew Waters & Peter Kraus to vote on behalf of the undersigned claimant on any Plan of Reorganization on which the undersigned is entitled to vote. Furthermore, the undersigned claimant intends for this authorization to extend to any current debtors not specifically identified above, or any entity against which the undersigned claimant may have an assertable claim who may at some point in the future file for bankruptcy in any United States Bankruptcy Court and become a debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 29 Day of Jan, 2004.

Mary O. Arce
Signature

JESSIE A. ARCE
Injured Party Name (please print) *or*

Mary O. Arce
Personal Representative Name (please print)
*For the Estate of* JESSIE A. ARCE
*Injured Party Name*

1326 Lilley Rd.
Address

Algoa, TEX. 77511
City, State, Zip

Mary O. Arce
Signature of Spouse *(if applicable)*

# GENERAL POWER OF ATTORNEY

To: C. Andrew Waters and Peter Kraus of Waters & Kraus, LLP

The undersigned claimant hereby authorizes C. Andrew Waters & Peter Kraus as attorneys in fact for the undersigned and with full power of substitution, to vote on any questions that may be lawfully submitted to creditors of any debtors who have been involved in asbestos litigation and have filed for bankruptcy in a United States Bankruptcy Court, including but not limited to:

- Babcock and Wilcox Company;
- Pittsburgh Corning Corporation;
- Armstrong World Industries, Inc.;
- Owens Corning, A Delaware Corporation;
- W.R. Grace & Company;
- United States Gypsum Corporation, et al a subsidiary of USG Corporation
- Federal Mogul Global, Inc.;
- G-I Holdings, Inc.;
- North American Refractories Company; and
- A.P. Green Industries, Inc.

and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in those cases. This Power of Attorney specifically empowers C. Andrew Waters & Peter Kraus to vote on behalf of the undersigned claimant on any Plan of Reorganization on which the undersigned is entitled to vote. Furthermore, the undersigned claimant intends for this authorization to extend to any current debtors not specifically identified above, or any entity against which the undersigned claimant may have an assertable claim who may at some point in the future file for bankruptcy in any United States Bankruptcy Court and become a debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 16 Day of SEPT, 2003.

Richard Baden
Signature

Richard BADEN
Injured Party Name (please print) *or*

Personal Representative Name (please print)
*For the Estate of* Richard Baden
*Injured Party Name*

554 BRUNS Dr
Address

Rossford OHIO 43460
City, State, Zip

[signature]
Signature of Spouse *(if applicable)*

# GENERAL POWER OF ATTORNEY

To: C. Andrew Waters and Peter Kraus of Waters & Kraus, LLP

The undersigned claimant hereby authorizes C. Andrew Waters & Peter Kraus as attorneys in fact for the undersigned and with full power of substitution, to vote on any questions that may be lawfully submitted to creditors of any debtors who have been involved in asbestos litigation and have filed for bankruptcy in a United States Bankruptcy Court, including but not limited to:

- Babcock and Wilcox Company;
- Pittsburgh Corning Corporation;
- Armstrong World Industries, Inc.;
- Owens Corning, A Delaware Corporation;
- W.R. Grace & Company;
- United States Gypsum Corporation, et al a subsidiary of USG Corporation
- Federal Mogul Global, Inc.;
- G-I Holdings, Inc.;
- North American Refractories Company; and
- A.P. Green Industries, Inc.

and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in those cases. This Power of Attorney specifically empowers C. Andrew Waters & Peter Kraus to vote on behalf of the undersigned claimant on any Plan of Reorganization on which the undersigned is entitled to vote. Furthermore, the undersigned claimant intends for this authorization to extend to any current debtors not specifically identified above, or any entity against which the undersigned claimant may have an assertable claim who may at some point in the future file for bankruptcy in any United States Bankruptcy Court and become a debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 25th Day of September, 2003.

Theresa West
Signature

Injured Party Name (please print) *or*

Theresa West
Personal Representative Name (please print)
*For the Estate of* John R Bailey
*Injured Party Name*

3102 Briar Dr.
Address

Pasadena, Tx. 77503
City, State, Zip

Signature of Spouse *(if applicable)*

# GENERAL POWER OF ATTORNEY

To: C. Andrew Waters and Peter Kraus of Waters & Kraus, LLP

The undersigned claimant hereby authorizes C. Andrew Waters & Peter Kraus as attorneys in fact for the undersigned and with full power of substitution, to vote on any questions that may be lawfully submitted to creditors of any debtors who have been involved in asbestos litigation and have filed for bankruptcy in a United States Bankruptcy Court, including but not limited to:

- Babcock and Wilcox Company;
- Pittsburgh Corning Corporation;
- Armstrong World Industries, Inc.;
- Owens Corning, A Delaware Corporation;
- W.R. Grace & Company;
- United States Gypsum Corporation, et al a subsidiary of USG Corporation
- Federal Mogul Global, Inc.;
- G-I Holdings, Inc.;
- North American Refractories Company; and
- A.P. Green Industries, Inc.

and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in those cases. This Power of Attorney specifically empowers C. Andrew Waters & Peter Kraus to vote on behalf of the undersigned claimant on any Plan of Reorganization on which the undersigned is entitled to vote. Furthermore, the undersigned claimant intends for this authorization to extend to any current debtors not specifically identified above, or any entity against which the undersigned claimant may have an assertable claim who may at some point in the future file for bankruptcy in any United States Bankruptcy Court and become a debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 18 Day of Sept, 2003.

[signature]
Signature

NA
Injured Party Name (please print) *or*

[signature] JAMES L. BATSO.
Personal Representative Name (please print)
*For the Estate of* Doyla Batson
*Injured Party Name*

411 INNWOOD CR
Address

GEORGETOWN TX. 78628
City, State, Zip

NA
Signature of Spouse *(if applicable)*

# GENERAL POWER OF ATTORNEY

To: C. Andrew Waters and Peter Kraus of Waters & Kraus, LLP

The undersigned claimant hereby authorizes C. Andrew Waters & Peter Kraus as attorneys in fact for the undersigned and with full power of substitution, to vote on any questions that may be lawfully submitted to creditors of any debtors who have been involved in asbestos litigation and have filed for bankruptcy in a United States Bankruptcy Court, including but not limited to:

- Babcock and Wilcox Company;
- Pittsburgh Corning Corporation;
- Armstrong World Industries, Inc.;
- Owens Corning, A Delaware Corporation;
- W.R. Grace & Company;
- United States Gypsum Corporation, et al a subsidiary of USG Corporation
- Federal Mogul Global, Inc.;
- G-I Holdings, Inc.;
- North American Refractories Company; and
- A.P. Green Industries, Inc.

and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in those cases. This Power of Attorney specifically empowers C. Andrew Waters & Peter Kraus to vote on behalf of the undersigned claimant on any Plan of Reorganization on which the undersigned is entitled to vote. Furthermore, the undersigned claimant intends for this authorization to extend to any current debtors not specifically identified above, or any entity against which the undersigned claimant may have an assertable claim who may at some point in the future file for bankruptcy in any United States Bankruptcy Court and become a debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 13TH Day of OCTOBER, 2003.

Gardina H. Belcher
Signature

______________________
Injured Party Name (please print) *or*

GARDINA H. BELCHER
Personal Representative Name (please print)
*For the Estate of* DOUGLAS T. BELCHER
*Injured Party Name*

4900 NICHOLS ROAD #507
Address

BAY CITY, TX 77414
City, State, Zip

______________________
Signature of Spouse *(if applicable)*

# GENERAL POWER OF ATTORNEY

To: C. Andrew Waters and Peter Kraus of Waters & Kraus, LLP

The undersigned claimant hereby authorizes C. Andrew Waters & Peter Kraus as attorneys in fact for the undersigned and with full power of substitution, to vote on any questions that may be lawfully submitted to creditors of any debtors who have been involved in asbestos litigation and have filed for bankruptcy in a United States Bankruptcy Court, including but not limited to:

- Babcock and Wilcox Company;
- Pittsburgh Corning Corporation;
- Armstrong World Industries, Inc.;
- Owens Corning, A Delaware Corporation;
- W.R. Grace & Company;
- United States Gypsum Corporation, et al a subsidiary of USG Corporation
- Federal Mogul Global, Inc.;
- G-I Holdings, Inc.;
- North American Refractories Company; and
- A.P. Green Industries, Inc.

and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in those cases. This Power of Attorney specifically empowers C. Andrew Waters & Peter Kraus to vote on behalf of the undersigned claimant on any Plan of Reorganization on which the undersigned is entitled to vote. Furthermore, the undersigned claimant intends for this authorization to extend to any current debtors not specifically identified above, or any entity against which the undersigned claimant may have an assertable claim who may at some point in the future file for bankruptcy in any United States Bankruptcy Court and become a debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 16 Day of September, 2003.

Donna Crites Waggoner
Signature

Injured Party Name (please print) *or*

DONNA CRITES WAGGONER
Personal Representative Name (please print)
*For the Estate of* ERNEST E. CARPENTER
*Injured Party Name*

P.O. BOX 2040
Address

MT. BELVIEU, TX 77580
City, State, Zip

Signature of Spouse *(if applicable)*

# GENERAL POWER OF ATTORNEY

To: C. Andrew Waters and Peter Kraus of Waters & Kraus, LLP

The undersigned claimant hereby authorizes C. Andrew Waters & Peter Kraus as attorneys in fact for the undersigned and with full power of substitution, to vote on any questions that may be lawfully submitted to creditors of any debtors who have been involved in asbestos litigation and have filed for bankruptcy in a United States Bankruptcy Court, including but not limited to:

- Babcock and Wilcox Company;
- Pittsburgh Corning Corporation;
- Armstrong World Industries, Inc.;
- Owens Corning, A Delaware Corporation;
- W.R. Grace & Company;
- United States Gypsum Corporation, et al a subsidiary of USG Corporation
- Federal Mogul Global, Inc.;
- G-I Holdings, Inc.;
- North American Refractories Company; and
- A.P. Green Industries, Inc.

and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in those cases. This Power of Attorney specifically empowers C. Andrew Waters & Peter Kraus to vote on behalf of the undersigned claimant on any Plan of Reorganization on which the undersigned is entitled to vote. Furthermore, the undersigned claimant intends for this authorization to extend to any current debtors not specifically identified above, or any entity against which the undersigned claimant may have an assertable claim who may at some point in the future file for bankruptcy in any United States Bankruptcy Court and become a debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 17 Day of October, 2003.

Mary Cook Caston
Signature

Homer F. Caston
Injured Party Name (please print) *or*

Mary E. Caston
Personal Representative Name (please print)
*For the Estate of* Homer F. Caston
*Injured Party Name*

2293 Mt. Misery Rd.
Address

Leland, N.C. 28451
City, State, Zip

______________________
Signature of Spouse *(if applicable)*

# GENERAL POWER OF ATTORNEY

To: C. Andrew Waters and Peter Kraus of Waters & Kraus, LLP

The undersigned claimant hereby authorizes C. Andrew Waters & Peter Kraus as attorneys in fact for the undersigned and with full power of substitution, to vote on any questions that may be lawfully submitted to creditors of any debtors who have been involved in asbestos litigation and have filed for bankruptcy in a United States Bankruptcy Court, including but not limited to:

- Babcock and Wilcox Company;
- Pittsburgh Corning Corporation;
- Armstrong World Industries, Inc.;
- Owens Corning, A Delaware Corporation;
- W.R. Grace & Company;
- United States Gypsum Corporation, et al a subsidiary of USG Corporation
- Federal Mogul Global, Inc.;
- G-I Holdings, Inc.;
- North American Refractories Company; and
- A.P. Green Industries, Inc.

and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in those cases. This Power of Attorney specifically empowers C. Andrew Waters & Peter Kraus to vote on behalf of the undersigned claimant on any Plan of Reorganization on which the undersigned is entitled to vote. Furthermore, the undersigned claimant intends for this authorization to extend to any current debtors not specifically identified above, or any entity against which the undersigned claimant may have an assertable claim who may at some point in the future file for bankruptcy in any United States Bankruptcy Court and become a debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 17th Day of September, 2003.

Carolyn L Coyle
Signature

PAUL B COYLE
Injured Party Name (please print) *or*

CAROLYN L COYLE
Personal Representative Name (please print)
*For the Estate of* PAUL B COYLE
*Injured Party Name*

132 Roehampton La
Address

St. Charles, Mo 63304
City, State, Zip

Signature of Spouse *(if applicable)*

# GENERAL POWER OF ATTORNEY

To: C. Andrew Waters and Peter Kraus of Waters & Kraus, LLP

The undersigned claimant hereby authorizes C. Andrew Waters & Peter Kraus as attorneys in fact for the undersigned and with full power of substitution, to vote on any questions that may be lawfully submitted to creditors of any debtors who have been involved in asbestos litigation and have filed for bankruptcy in a United States Bankruptcy Court, including but not limited to:

- Babcock and Wilcox Company;
- Pittsburgh Corning Corporation;
- Armstrong World Industries, Inc.;
- Owens Corning, A Delaware Corporation;
- W.R. Grace & Company;
- United States Gypsum Corporation, et al a subsidiary of USG Corporation
- Federal Mogul Global, Inc.;
- G-I Holdings, Inc.;
- North American Refractories Company; and
- A.P. Green Industries, Inc.

and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in those cases. This Power of Attorney specifically empowers C. Andrew Waters & Peter Kraus to vote on behalf of the undersigned claimant on any Plan of Reorganization on which the undersigned is entitled to vote. Furthermore, the undersigned claimant intends for this authorization to extend to any current debtors not specifically identified above, or any entity against which the undersigned claimant may have an assertable claim who may at some point in the future file for bankruptcy in any United States Bankruptcy Court and become a debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 23rd Day of Sept., 2003.

Debra Kulaw
Signature

______________________
Injured Party Name (please print) *or*

Debra Kulaw
Personal Representative Name (please print)
*For the Estate of* LeVaughn Darnold
*Injured Party Name*

1212 Timberland Dr.
Address

Decatur, AL 35603
City, State, Zip

______________________
Signature of Spouse *(if applicable)*

# GENERAL POWER OF ATTORNEY

To: C. Andrew Waters and Peter Kraus of Waters & Kraus, LLP

The undersigned claimant hereby authorizes C. Andrew Waters & Peter Kraus as attorneys in fact for the undersigned and with full power of substitution, to vote on any questions that may be lawfully submitted to creditors of any debtors who have been involved in asbestos litigation and have filed for bankruptcy in a United States Bankruptcy Court, including but not limited to:

- Babcock and Wilcox Company;
- Pittsburgh Corning Corporation;
- Armstrong World Industries, Inc.;
- Owens Corning, A Delaware Corporation;
- W.R. Grace & Company;
- United States Gypsum Corporation, et al a subsidiary of USG Corporation
- Federal Mogul Global, Inc.;
- G-I Holdings, Inc.;
- North American Refractories Company; and
- A.P. Green Industries, Inc.

and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in those cases. This Power of Attorney specifically empowers C. Andrew Waters & Peter Kraus to vote on behalf of the undersigned claimant on any Plan of Reorganization on which the undersigned is entitled to vote. Furthermore, the undersigned claimant intends for this authorization to extend to any current debtors not specifically identified above, or any entity against which the undersigned claimant may have an assertable claim who may at some point in the future file for bankruptcy in any United States Bankruptcy Court and become a debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 16th Day of September, 2003.

Warner C Davis
Signature

Warner C. Davis
Injured Party Name (please print) *or*

Personal Representative Name (please print)
*For the Estate of* ____________
*Injured Party Name*

474 Willowcrest Way
Address

Chula Vista, CA 91910
City, State, Zip

____________
Signature of Spouse *(if applicable)*

# GENERAL POWER OF ATTORNEY

To: C. Andrew Waters and Peter Kraus of Waters & Kraus, LLP

The undersigned claimant hereby authorizes C. Andrew Waters & Peter Kraus as attorneys in fact for the undersigned and with full power of substitution, to vote on any questions that may be lawfully submitted to creditors of any debtors who have been involved in asbestos litigation and have filed for bankruptcy in a United States Bankruptcy Court, including but not limited to:

- Babcock and Wilcox Company;
- Pittsburgh Corning Corporation;
- Armstrong World Industries, Inc.;
- Owens Corning, A Delaware Corporation;
- W.R. Grace & Company;
- United States Gypsum Corporation, et al a subsidiary of USG Corporation
- Federal Mogul Global, Inc.;
- G-I Holdings, Inc.;
- North American Refractories Company; and
- A.P. Green Industries, Inc.

and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in those cases. This Power of Attorney specifically empowers C. Andrew Waters & Peter Kraus to vote on behalf of the undersigned claimant on any Plan of Reorganization on which the undersigned is entitled to vote. Furthermore, the undersigned claimant intends for this authorization to extend to any current debtors not specifically identified above, or any entity against which the undersigned claimant may have an assertable claim who may at some point in the future file for bankruptcy in any United States Bankruptcy Court and become a debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 15th Day of September, 2003.

Oma E. Deets
Signature

JAMES H. DEETS
Injured Party Name (please print) *or*

OMA EARLE DEETS
Personal Representative Name (please print)
*For the Estate of* James H. Deets
*Injured Party Name*

6454 W. FM 1753
Address

Ravenna, Texas 75476
City, State, Zip

Oma Earle Deets
Signature of Spouse *(if applicable)*

# GENERAL POWER OF ATTORNEY

To: C. Andrew Waters and Peter Kraus of Waters & Kraus, LLP

The undersigned claimant hereby authorizes C. Andrew Waters & Peter Kraus as attorneys in fact for the undersigned and with full power of substitution, to vote on any questions that may be lawfully submitted to creditors of any debtors who have been involved in asbestos litigation and have filed for bankruptcy in a United States Bankruptcy Court, including but not limited to:

- Babcock and Wilcox Company;
- Pittsburgh Corning Corporation;
- Armstrong World Industries, Inc.;
- Owens Corning, A Delaware Corporation;
- W.R. Grace & Company;
- United States Gypsum Corporation, et al a subsidiary of USG Corporation
- Federal Mogul Global, Inc.;
- G-I Holdings, Inc.;
- North American Refractories Company; and
- A.P. Green Industries, Inc.

and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in those cases. This Power of Attorney specifically empowers C. Andrew Waters & Peter Kraus to vote on behalf of the undersigned claimant on any Plan of Reorganization on which the undersigned is entitled to vote. Furthermore, the undersigned claimant intends for this authorization to extend to any current debtors not specifically identified above, or any entity against which the undersigned claimant may have an assertable claim who may at some point in the future file for bankruptcy in any United States Bankruptcy Court and become a debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 19 Day of September, 2003.

Patty L. DeMoss
Signature

Rodney R. DeMoss
Injured Party Name (please print) *or*

Patty L. DeMoss
Personal Representative Name (please print)
*For the Estate of* Rodney R. DeMoss
*Injured Party Name*

508 Capricorn Dr.
Address

Granbury TX 76049
City, State, Zip

Patty L. DeMoss
Signature of Spouse *(if applicable)*

# GENERAL POWER OF ATTORNEY

To: C. Andrew Waters and Peter Kraus of Waters & Kraus, LLP

The undersigned claimant hereby authorizes C. Andrew Waters & Peter Kraus as attorneys in fact for the undersigned and with full power of substitution, to vote on any questions that may be lawfully submitted to creditors of any debtors who have been involved in asbestos litigation and have filed for bankruptcy in a United States Bankruptcy Court, including but not limited to:

- Babcock and Wilcox Company;
- Pittsburgh Corning Corporation;
- Armstrong World Industries, Inc.;
- Owens Corning, A Delaware Corporation;
- W.R. Grace & Company;
- United States Gypsum Corporation, et al a subsidiary of USG Corporation
- Federal Mogul Global, Inc.;
- G-I Holdings, Inc.;
- North American Refractories Company; and
- A.P. Green Industries, Inc.

and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in those cases. This Power of Attorney specifically empowers C. Andrew Waters & Peter Kraus to vote on behalf of the undersigned claimant on any Plan of Reorganization on which the undersigned is entitled to vote. Furthermore, the undersigned claimant intends for this authorization to extend to any current debtors not specifically identified above, or any entity against which the undersigned claimant may have an assertable claim who may at some point in the future file for bankruptcy in any United States Bankruptcy Court and become a debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 16th Day of Sept, 2003.

[signature]
Signature

VERNON P. FRANKLIN JR.
Injured Party Name (please print) *or*

JAMES D FRANKLIN
Personal Representative Name (please print)
*For the Estate of* VERNON P. FRANKLIN JR.
*Injured Party Name*

14645 Wyle St
Address

SAN DIEGO CA. 92129
City, State, Zip

Signature of Spouse *(if applicable)*

# GENERAL POWER OF ATTORNEY

To: C. Andrew Waters and Peter Kraus of Waters & Kraus, LLP

The undersigned claimant hereby authorizes C. Andrew Waters & Peter Kraus as attorneys in fact for the undersigned and with full power of substitution, to vote on any questions that may be lawfully submitted to creditors of any debtors who have been involved in asbestos litigation and have filed for bankruptcy in a United States Bankruptcy Court, including but not limited to:

- Babcock and Wilcox Company;
- Pittsburgh Corning Corporation;
- Armstrong World Industries, Inc.;
- Owens Corning, A Delaware Corporation;
- W.R. Grace & Company;
- United States Gypsum Corporation, et al a subsidiary of USG Corporation
- Federal Mogul Global, Inc.;
- G-I Holdings, Inc.;
- North American Refractories Company; and
- A.P. Green Industries, Inc.

and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in those cases. This Power of Attorney specifically empowers C. Andrew Waters & Peter Kraus to vote on behalf of the undersigned claimant on any Plan of Reorganization on which the undersigned is entitled to vote. Furthermore, the undersigned claimant intends for this authorization to extend to any current debtors not specifically identified above, or any entity against which the undersigned claimant may have an assertable claim who may at some point in the future file for bankruptcy in any United States Bankruptcy Court and become a debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 15th Day of September, 2003.

Norma Frasier
Signature

Joe H. FRASIER
Injured Party Name (please print) *or*

NORMA FRASIER
Personal Representative Name (please print)
*For the Estate of* Joe H. Frasier
*Injured Party Name*

207 BRIDGET DR
Address

Marble Falls TX 78654
City, State, Zip

Signature of Spouse *(if applicable)*

# GENERAL POWER OF ATTORNEY

To: C. Andrew Waters and Peter Kraus of Waters & Kraus, LLP

The undersigned claimant hereby authorizes C. Andrew Waters & Peter Kraus as attorneys in fact for the undersigned and with full power of substitution, to vote on any questions that may be lawfully submitted to creditors of any debtors who have been involved in asbestos litigation and have filed for bankruptcy in a United States Bankruptcy Court, including but not limited to:

- Babcock and Wilcox Company;
- Pittsburgh Corning Corporation;
- Armstrong World Industries, Inc.;
- Owens Corning, A Delaware Corporation;
- W.R. Grace & Company;
- United States Gypsum Corporation, et al a subsidiary of USG Corporation
- Federal Mogul Global, Inc.;
- G-I Holdings, Inc.;
- North American Refractories Company; and
- A.P. Green Industries, Inc.

and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in those cases. This Power of Attorney specifically empowers C. Andrew Waters & Peter Kraus to vote on behalf of the undersigned claimant on any Plan of Reorganization on which the undersigned is entitled to vote. Furthermore, the undersigned claimant intends for this authorization to extend to any current debtors not specifically identified above, or any entity against which the undersigned claimant may have an assertable claim who may at some point in the future file for bankruptcy in any United States Bankruptcy Court and become a debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 15th Day of September, 2003.

[signature]
Signature

Injured Party Name (please print) *or*

FAYE FRITZ
Personal Representative Name (please print)
*For the Estate of* CYRIL FRITZ
*Injured Party Name*

6035 E. HACKAMORE LN
Address

ANAHEIM, CA 92807
City, State, Zip

Signature of Spouse *(if applicable)*

# GENERAL POWER OF ATTORNEY

To: C. Andrew Waters and Peter Kraus of Waters & Kraus, LLP

The undersigned claimant hereby authorizes C. Andrew Waters & Peter Kraus as attorneys in fact for the undersigned and with full power of substitution, to vote on any questions that may be lawfully submitted to creditors of any debtors who have been involved in asbestos litigation and have filed for bankruptcy in a United States Bankruptcy Court, including but not limited to:

- Babcock and Wilcox Company;
- Pittsburgh Corning Corporation;
- Armstrong World Industries, Inc.;
- Owens Corning, A Delaware Corporation;
- W.R. Grace & Company;
- United States Gypsum Corporation, et al a subsidiary of USG Corporation
- Federal Mogul Global, Inc.;
- G-I Holdings, Inc.;
- North American Refractories Company; and
- A.P. Green Industries, Inc.

and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in those cases. This Power of Attorney specifically empowers C. Andrew Waters & Peter Kraus to vote on behalf of the undersigned claimant on any Plan of Reorganization on which the undersigned is entitled to vote. Furthermore, the undersigned claimant intends for this authorization to extend to any current debtors not specifically identified above, or any entity against which the undersigned claimant may have an assertable claim who may at some point in the future file for bankruptcy in any United States Bankruptcy Court and become a debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 1 Day of October, 2003.

Norma Helen Gabbert
Signature

William Everett Gabbert
Injured Party Name (please print) *or*

Norma Helen Gabbert
Personal Representative Name (please print)
*For the Estate of* William Everett Gabbert
*Injured Party Name*

707 Thomas Street
Address

Stroudsburg, Pa. 18360
City, State, Zip

Norma H Gabbert
Signature of Spouse *(if applicable)*

# GENERAL POWER OF ATTORNEY

To: C. Andrew Waters and Peter Kraus of Waters & Kraus, LLP

The undersigned claimant hereby authorizes C. Andrew Waters & Peter Kraus as attorneys in fact for the undersigned and with full power of substitution, to vote on any questions that may be lawfully submitted to creditors of any debtors who have been involved in asbestos litigation and have filed for bankruptcy in a United States Bankruptcy Court, including but not limited to:

- Babcock and Wilcox Company;
- Pittsburgh Corning Corporation;
- Armstrong World Industries, Inc.;
- Owens Corning, A Delaware Corporation;
- W.R. Grace & Company;
- United States Gypsum Corporation, et al a subsidiary of USG Corporation
- Federal Mogul Global, Inc.;
- G-I Holdings, Inc.;
- North American Refractories Company; and
- A.P. Green Industries, Inc.

and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in those cases. This Power of Attorney specifically empowers C. Andrew Waters & Peter Kraus to vote on behalf of the undersigned claimant on any Plan of Reorganization on which the undersigned is entitled to vote. Furthermore, the undersigned claimant intends for this authorization to extend to any current debtors not specifically identified above, or any entity against which the undersigned claimant may have an assertable claim who may at some point in the future file for bankruptcy in any United States Bankruptcy Court and become a debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 17 Day of Oct., 2003.

Jack P. Gaines Sr.
Signature

Jack P. Gaines Sr.
Injured Party Name (please print) *or*

______________________
Personal Representative Name (please print)
*For the Estate of* ______________________
*Injured Party Name*

2393 Katy Ln.
Address

Pottsboro TX. 75076
City, State, Zip

Donna Sue Gaines
Signature of Spouse *(if applicable)*

# GENERAL POWER OF ATTORNEY

To: C. Andrew Waters and Peter Kraus of Waters & Kraus, LLP

The undersigned claimant hereby authorizes C. Andrew Waters & Peter Kraus as attorneys in fact for the undersigned and with full power of substitution, to vote on any questions that may be lawfully submitted to creditors of any debtors who have been involved in asbestos litigation and have filed for bankruptcy in a United States Bankruptcy Court, including but not limited to:

- Babcock and Wilcox Company;
- Pittsburgh Corning Corporation;
- Armstrong World Industries, Inc.;
- Owens Corning, A Delaware Corporation;
- W.R. Grace & Company;
- United States Gypsum Corporation, et al a subsidiary of USG Corporation
- Federal Mogul Global, Inc.;
- G-I Holdings, Inc.;
- North American Refractories Company; and
- A.P. Green Industries, Inc.

and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in those cases. This Power of Attorney specifically empowers C. Andrew Waters & Peter Kraus to vote on behalf of the undersigned claimant on any Plan of Reorganization on which the undersigned is entitled to vote. Furthermore, the undersigned claimant intends for this authorization to extend to any current debtors not specifically identified above, or any entity against which the undersigned claimant may have an assertable claim who may at some point in the future file for bankruptcy in any United States Bankruptcy Court and become a debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 16th Day of September, 2003.

[signature]
Signature

Adan R. Garza
Injured Party Name (please print) *or*

Personal Representative Name (please print)
*For the Estate of* Adan R. Garza
*Injured Party Name*

2772 Laredo Rd
Address

Brownsville, Tx 78520
City, State, Zip

Signature of Spouse *(if applicable)*

# GENERAL POWER OF ATTORNEY

To: C. Andrew Waters and Peter Kraus of Waters & Kraus, LLP

The undersigned claimant hereby authorizes C. Andrew Waters & Peter Kraus as attorneys in fact for the undersigned and with full power of substitution, to vote on any questions that may be lawfully submitted to creditors of any debtors who have been involved in asbestos litigation and have filed for bankruptcy in a United States Bankruptcy Court, including but not limited to:

- Babcock and Wilcox Company;
- Pittsburgh Corning Corporation;
- Armstrong World Industries, Inc.;
- Owens Corning, A Delaware Corporation;
- W.R. Grace & Company;
- United States Gypsum Corporation, et al a subsidiary of USG Corporation
- Federal Mogul Global, Inc.;
- G-I Holdings, Inc.;
- North American Refractories Company; and
- A.P. Green Industries, Inc.

and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in those cases. This Power of Attorney specifically empowers C. Andrew Waters & Peter Kraus to vote on behalf of the undersigned claimant on any Plan of Reorganization on which the undersigned is entitled to vote. Furthermore, the undersigned claimant intends for this authorization to extend to any current debtors not specifically identified above, or any entity against which the undersigned claimant may have an assertable claim who may at some point in the future file for bankruptcy in any United States Bankruptcy Court and become a debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 16 Day of Sept., 2003.

Raymond T. Hall
Signature

RAYMOND T. HALL
Injured Party Name (please print) *or*

Personal Representative Name (please print)
*For the Estate of* ____________
*Injured Party Name*

846 HALL Rd.
Address

SANDERSVILLE, GA. 31082
City, State, Zip

____________
Signature of Spouse *(if applicable)*

# GENERAL POWER OF ATTORNEY

To: C. Andrew Waters and Peter Kraus of Waters & Kraus, LLP

The undersigned claimant hereby authorizes C. Andrew Waters & Peter Kraus as attorneys in fact for the undersigned and with full power of substitution, to vote on any questions that may be lawfully submitted to creditors of any debtors who have been involved in asbestos litigation and have filed for bankruptcy in a United States Bankruptcy Court, including but not limited to:

- Babcock and Wilcox Company;
- Pittsburgh Corning Corporation;
- Armstrong World Industries, Inc.;
- Owens Corning, A Delaware Corporation;
- W.R. Grace & Company;
- United States Gypsum Corporation, et al a subsidiary of USG Corporation
- Federal Mogul Global, Inc.;
- G-I Holdings, Inc.;
- North American Refractories Company; and
- A.P. Green Industries, Inc.

and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in those cases. This Power of Attorney specifically empowers C. Andrew Waters & Peter Kraus to vote on behalf of the undersigned claimant on any Plan of Reorganization on which the undersigned is entitled to vote. Furthermore, the undersigned claimant intends for this authorization to extend to any current debtors not specifically identified above, or any entity against which the undersigned claimant may have an assertable claim who may at some point in the future file for bankruptcy in any United States Bankruptcy Court and become a debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 15th Day of Sept, 2003.

Sheila Thomas
Signature

Robert Hardman
Injured Party Name (please print) *or*

Sheila Thomas
Personal Representative Name (please print)
*For the Estate of* Robert Hardman
*Injured Party Name*

1214 Bluffview Dr.
Address

DeSoto, Texas 75115
City, State, Zip

Signature of Spouse *(if applicable)*

VE ETTA FORNEY
MY COMMISSION EXPIRES
October 23, 2005

Ve Etta Forney
9-15-03



# GENERAL POWER OF ATTORNEY

To: C. Andrew Waters and Peter Kraus of Waters & Kraus, LLP

The undersigned claimant hereby authorizes C. Andrew Waters & Peter Kraus as attorneys in fact for the undersigned and with full power of substitution, to vote on any questions that may be lawfully submitted to creditors of any debtors who have been involved in asbestos litigation and have filed for bankruptcy in a United States Bankruptcy Court, including but not limited to:

- Babcock and Wilcox Company;
- Pittsburgh Corning Corporation;
- Armstrong World Industries, Inc.;
- Owens Corning, A Delaware Corporation;
- W.R. Grace & Company;
- United States Gypsum Corporation, et al a subsidiary of USG Corporation
- Federal Mogul Global, Inc.;
- G-I Holdings, Inc.;
- North American Refractories Company; and
- A.P. Green Industries, Inc.

and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in those cases. This Power of Attorney specifically empowers C. Andrew Waters & Peter Kraus to vote on behalf of the undersigned claimant on any Plan of Reorganization on which the undersigned is entitled to vote. Furthermore, the undersigned claimant intends for this authorization to extend to any current debtors not specifically identified above, or any entity against which the undersigned claimant may have an assertable claim who may at some point in the future file for bankruptcy in any United States Bankruptcy Court and become a debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 15th Day of Sept, 2003.

Louise Huggins
Signature

Injured Party Name (please print) or
LOUISE HUGGINS
(JUNIOR LEE HUGGINS)
Personal Representative Name (please print)
*For the Estate of* JUNIOR LEE HUGGINS
*Injured Party Name*

Rt 3 Box 49 D
Address

Kosciusko, MS. 39090
City, State, Zip

Louise Huggins
Signature of Spouse *(if applicable)*

1/7 289-3721

# GENERAL POWER OF ATTORNEY

To: C. Andrew Waters and Peter Kraus of Waters & Kraus, LLP

The undersigned claimant hereby authorizes C. Andrew Waters & Peter Kraus as attorneys in fact for the undersigned and with full power of substitution, to vote on any questions that may be lawfully submitted to creditors of any debtors who have been involved in asbestos litigation and have filed for bankruptcy in a United States Bankruptcy Court, including but not limited to:

- Babcock and Wilcox Company;
- Pittsburgh Corning Corporation;
- Armstrong World Industries, Inc.;
- Owens Corning, A Delaware Corporation;
- W.R. Grace & Company;
- United States Gypsum Corporation, et al a subsidiary of USG Corporation
- Federal Mogul Global, Inc.;
- G-I Holdings, Inc.;
- North American Refractories Company; and
- A.P. Green Industries, Inc.

and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in those cases. This Power of Attorney specifically empowers C. Andrew Waters & Peter Kraus to vote on behalf of the undersigned claimant on any Plan of Reorganization on which the undersigned is entitled to vote. Furthermore, the undersigned claimant intends for this authorization to extend to any current debtors not specifically identified above, or any entity against which the undersigned claimant may have an assertable claim who may at some point in the future file for bankruptcy in any United States Bankruptcy Court and become a debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 22nd Day of September, 2003.

Joyce M Hutchison
Signature

Robert L. Hutchison
Injured Party Name (please print) *or*

Joyce M Hutchison
Personal Representative Name (please print)
*For the Estate of* Hutchison Living Trust
*Injured Party Name*

5925 Devon Dr
Address

Amarillo TX 79109-7150
City, State, Zip

Signature of Spouse *(if applicable)*

# GENERAL POWER OF ATTORNEY

To: C. Andrew Waters and Peter Kraus of Waters & Kraus, LLP

The undersigned claimant hereby authorizes C. Andrew Waters & Peter Kraus as attorneys in fact for the undersigned and with full power of substitution, to vote on any questions that may be lawfully submitted to creditors of any debtors who have been involved in asbestos litigation and have filed for bankruptcy in a United States Bankruptcy Court, including but not limited to:

- Babcock and Wilcox Company;
- Pittsburgh Corning Corporation;
- Armstrong World Industries, Inc.;
- Owens Corning, A Delaware Corporation;
- W.R. Grace & Company;
- United States Gypsum Corporation, et al a subsidiary of USG Corporation
- Federal Mogul Global, Inc.;
- G-I Holdings, Inc.;
- North American Refractories Company; and
- A.P. Green Industries, Inc.

and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in those cases. This Power of Attorney specifically empowers C. Andrew Waters & Peter Kraus to vote on behalf of the undersigned claimant on any Plan of Reorganization on which the undersigned is entitled to vote. Furthermore, the undersigned claimant intends for this authorization to extend to any current debtors not specifically identified above, or any entity against which the undersigned claimant may have an assertable claim who may at some point in the future file for bankruptcy in any United States Bankruptcy Court and become a debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 14th Day of SEPTEMBER, 2003.

Michael B Miller
Signature

MICHAEL B. MILLER
Injured Party Name (please print) *or*

_______________
Personal Representative Name (please print)
*For the Estate of* _______________
*Injured Party Name*

1309 BLANTON PLACE
Address

SHERMAN, TX 75092
City, State, Zip

Sherry L. Miller
Signature of Spouse *(if applicable)*