# EXHIBIT L

REGINALD PULLER and          *
OLIVIA TAYLOR, his wife
916 47th Street, N.E.        *
Washington, D.C. 20019
                             *      IN THE

        Plaintiffs          *      CIRCUIT COURT

vs.                          *      FOR

A C and S, INC.,            *
f/k/a ARMSTRONG CONTRACTING *      BALTIMORE CITY

& SUPPLY COMPANY            *
Liberty and Charlotte Streets       CT-4   OTHER ASBESTOS CASES
Lancaster, PA 17604         *

Serve On:                   *      CASE NO.  24-X-02-000023
James Hipolet, Esquire
120 North Lime Street       *
Lancaster, PA  17604

and                         *

PORTER-HAYDEN COMPANY       *
715 South Haven Street
Baltimore, MD  21201        *

Serve On:                   *
Res-Agent, Inc.
7 St. Paul Street           *
Suite 1400
Baltimore, MD  21202        *

and                         *

OWENS-ILLINOIS GLASS CO.,   *
f/k/a OWENS-ILLINOIS, INC.
P.O. Box 1035               *
Toledo, OH  43604
                             *
Serve On:                   *
Corporation Trust, Inc.
300 E. Lombard Street
Baltimore, MD 21202         *

*

and

E.L. STEBBING & CO., INC.                    *
1600 Clough Street
Baltimore, MD  21213                         *

Serve On:                                    *
Resident Agent
James L. Fisher                              *
1600 Clough Street
Baltimore, MD  21213                         *

and                                          *

HAMPSHIRE INDUSTRIES, INC.                   *
f/k/a JOHN H. HAMPSHIRE CO.
320 West 24th Street                         *
Baltimore, MD  21211
                                             *

Serve On:                                    *
Resident Agent
Charles E. Fry, Jr.
Secretary/Treasurer                          *
320 W. 24th Street
Baltimore, MD  21211                         *

and                                          *

UNIVERSAL REFRACTORIES                       *
COMPANY
P.O. Box 97                                  *
Wampum, PA  16151
                                             *

Serve On:
President                                    *
Universal Refractories Co.
P.O. Box 97                                  *
Wampum, PA  16151
                                             *

and
                                             *
LLOYD E. MITCHELL
4650 Reisterstown Road                       *

Baltimore, MD  21215                              *

Serve On:                                         *
P&M Agent Corporation
Charles Center South                              *
36 South Charles Street
Baltimore, MD  21201                              *

and                                               *

JOHN CRANE-HOUDAILLE, INC.                        *
Morton Grove, IL  60053
                                                  *
Serve On:                                         *
President
John Crane-Houdaille, Inc.                        *
6400 Oakton Street
Morton Grove, IL  60053                           *

and                                               *
                                                  *
HARBISON-WALKER
REFRACTORIES DIVISION OF                          *
DRESSER INDUSTRIES
1800 Farmers Bank Building                        *
Pittsburgh,  PA
                                                  *
Serve On:                                         *
President
Harbison Walker Refractories
1 Gateway Circle                                  *
Pittsburgh, PA 15222
                                                  *
and                                               *
                                                  *
HARBISON WALKER
REFRACTORIES COMPANY                              *
600 Grant Street
Floor 51                                          *
Pittsburgh, PA 15219
                                                  *
Serve On:
Chief Executive Officer Juan M. Bravo             *

600 Grant Street                    *
Floor 51
Pittsburgh, PA 15219                *

and                                 *

RHI REFRACTORIES AMERICA            *
a/k/a RHI AG
600 Grant Street                    *
Floor 51
Pittsburgh, PA 15219                *

Serve On:                           *
Chief Executive Officer Guenter
Karhut                              *
600 Grant Street
Floor 51                            *
Pittsburgh, PA 15219
                                    *
and                                 
                                    *
FLINTKOTE COMPANY
100 The Embarcadero                 *
San Francisco, CA 94105
                                    *
Serve On:
Corporation Trust, Inc.             *
300 E. Lombard Street
Baltimore, Maryland 21202           *

and                                 *

RAPID AMERICAN                      *
CORPORATION
(As Successor-in-Interest to        *
The Philip Carey Manufacturing
Company and Glen Alden Corp.)       *
723 Fifth Avenue
New York NY                         *

Serve On:                           *
Rapid American Corporation
c/o CFC Networks                    *

1013 Centre Road                              *
Wilmington, Delaware 19805
                                              *

and
                                              *

QUIGLEY COMPANY, INC.
a subsidiary of PFIZER, INC.                  *
235 E. 42nd Street
New York, NY  10017                           *


Serve On:                                     *
President
Quigley Co., Inc.                             *
235 E. 42nd Street
New York, NY  10017                           *


and                                           *


PFIZER CORPORATION                            *
235 East 42nd Street
New York, NY  10017                           *


Serve On:                                     *
President
Pfizer Corporation                            *
235 E. 42nd Street
New York, NY  10017                           *


and                                           *


DURABLA MANUFACTURING                         *
COMPANY
821 Lancaster Avenue                          *
Strafford-Wayne, PA  19087
                                              *

Serve On:                                     *
Keith R. Truffer, Esquire
Royston, Mueller, McLean & Reid               *
The Royston Bldg. - Ste. 600
102 West Pennsylvania Avenue                  *
Towson, MD  21204-4575


and                                           *

FOSTER WHEELER
CORPORATION
110 S. Orange Avenue
Livingston, NJ  07039
Serve On:
President
Perryville Corporate Park
Clinton, NJ  08809-4000

and

HOPEMAN BROTHERS, INC.
P.O. Box 820
Waynesboro, VA  22980

Serve On:
President
P.O. Box 820
Waynesboro, VA  22980

and

SELBY, BATTERSBY & COMPANY
5235 Whitby Avenue
Philadelphia, PA

Serve On:
Francis McGill Hadden, Esquire
Hecker Brown Sherry and Johnson
1700 Two Logan Square
18th and Arch Streets
Philadelphia, PA  19103

and

A.W. CHESTERTON COMPANY
Middlesex Industrial Park
Stoneham, MA  02180

Serve On:
Corporation Trust, Inc.
300 E. Lombard Street

Baltimore, MD  21202                                    *

and                                                     *

VIACOM, INC., Successor by Merger                       *
to CBS CORPORATION, f/k/a
WESTINGHOUSE ELECTRIC                                   *
CORPORATION
Westinghouse Bldg.                                      *
Gateway Center
Pittsburgh, PA  15222                                   *

Serve On:                                               *
Corporation Trust, Inc.
32 South Street                                         *
Baltimore, Maryland 21202
                                                        *
and                                                     
                                                        *
PLIBRICO SALES AND SERVICE                              
COMPANY                                                 *
a/k/a The Plibrico Company,
f/k/a Plibrico Jointless                                *
Firebrick Company,
f/k/a Plibrico Construction                             *
Corporation,
f/k/a Plibrico Sales and                                *
Service of Delaware,
f/k/a Plicamp Refractories                              *
1800 North Kingsbury Street
Chicago, IL  60614                                      *

Serve On:                                               *
United States Corporation
Resident Agent                                          *
1123 North Eutaw Street
Baltimore, MD  21201                                    *

and                                                     *

PREMIER REFRACTORIES, INC.,                             *
f/k/a J.H. FRANCE REFRACTORIES
CO.                                                     *

c/o CT Corporation System                    *
1635 Market Street
Philadelphia, PA 19103                       *

Serve On:                                    *
CSC Lawyers Incorporating
Service Co.                                  *
11 E. Chase Street
Baltimore, Maryland 21202                    *

and                                          *

THE GOODYEAR TIRE & RUBBER                   *
CO.
1144 E. Market Street                        *
Akron, Ohio 44316
                                             *
Serve On:
The Corporation Trust Inc.                   *
300 E. Lombard Street
Baltimore, Maryland 21202                    *

and                                          *

A.P. GREEN INDUSTRIES, INC.,                 *
formerly known as
A.P. Green Refractories Company              *
Green Boulevard
Mexico, Missouri  65265                      *

Serve On:                                    *
CVCSC, Inc.
P.O. Box 950                                 *
525 Brook Street
Rocky Hill, CT   06067                       *

and                                          *

MCIC, f/k/a                                  *
McCormick Asbestos co.
3624 Woodland Avenue                         *
Baltimore, Maryland 21215
                                             *

Serve On:                                    *
Resident Agent
Robert I. McCormick                          *
11424 Crownhill Drive
Owings Mills, Maryland 21117                 *


and                                          *


HALLIBURTON TECHNICAL                        *
SERVICES, INC.
4100 Clinton Drive                           *
Houston, TX 77020
                                             *

Serve On:                                    *
Resident Agent
Corporation Trust Inc.                       *
300 E. Lombard Street
Baltimore, MD 21202                          *


and                                          *


DRESSER INDUSTRIES, INC.                     *
2001 Ross Avenue
Dallas, TX 75221                             *


Serve On:                                    *
Maryland Service Agent
Corporation Trust Inc.                       *
300 E. Lombard Street
Baltimore, MD 21202                          *


and                                          *


AC&R INSULATION CO., INC.                    *


Serve On:                                    *
Geoffrey S. Gavett, Esq.
Gavett & Datt                                *
15850 Crabbs Branch Way
Suite 180                                    *
Rockville, MD 20850


and                                          *

THE WALTER E. CAMPBELL CO.,
INC.
1708 Whitehead Road
Baltimore, Maryland 21207

Serve On:
Mr. Michael C. Gibbons
361 Berkshire Drive
Riva, Maryland 21140

and

UNIROYAL, INC.
(Individually and as successor-in-
interest to the U.S. Rubber Co.)
1230 Avenue of the Americas
New York, New York
Serve On:
Prentice Hall Legal &
Financial Services
11 E. Chase Street
Suite 7C
Baltimore, Maryland 21202

and

C.E. THURSTON & SONS, INC.
4850 Brookside Court
P.O. Box 2412
Norfolk, VA 23501

Serve On:
Robert C. Moll
Registered Agent
4850 Brookside Court
Norfolk, VA 23502

and

IREX
120 N. Lime Street
Lancaster, PA 17602

Serve On:

James Hipolet, Esquire                    *
120 N. Lime Street
Lancaster, PA 17602                       *

and                                       *

BURNHAM CORPORATION                       *
Serve On:
Corporation Trust                         *
300 E. Lombard Street, #1400
Baltimore, MD 21202                       *

and                                       *

DORR-OLIVER, INCORPORATED                 *
Serve On:
Corporation Trust                         *
300 E. Lombard Street, #1400
Baltimore, MD 21202                       *

and                                       *

H.B. SMITH                                *

Serve On:                                 *
Peter Stasz, Esq.
Legal Dept.                               *
47 Westfield Industrial Park Road
Westfield, MA 10185                       *

and                                       *

WIEL-McLAIN COMPANY,                      *
INCORPORATED, Individually and as
a division of THE MARLEY                  *
COMPANY
                                          *
Serve On:
Corporation Trust                         *
300 E. Lombard Street, #1400
Baltimore, MD 21202                       *

and                                       *

GENERAL ELECTRIC COMPANY                  *

1 River Road
Schenectady, NY

Serve On:
Resident Agent:
The Corporation Trust, Inc.
300 E. Lombard Street
Baltimore, MD 21202

and

KRAFFT-MURPHY COMPANY
3543 West Braddock Road
Alexandria, VA 22303

Serve On:
Neil MacDonald, Esquire
Hartel, Kane, DeSantis, MacDonald
& Howie, LLP
Capital Office Park
6301 Ivy Lane, Suite 800
Greenbelt, MD 20070

and

CROWN CORK & SEAL COMPANY,
INC.
4425 Eastern Avenue
Baltimore, MD 21224

Serve On:
Resident Agent:
The Corporation Trust, Inc.
300 E. Lombard Street
Baltimore, MD 21202

and

UNION CARBIDE CORPORATION
30 East 42nd Street
New York, New York 10017

Serve On:
Corporation Trust, Inc.
32 south Street

Baltimore, Maryland 21202                    *

and                                          *

NORTH AMERICAN                               *
REFRACTORIES
                                             *

Serve On:                                    *
Corporation Trust, Inc.
300 E. Lombard Street
Baltimore, Maryland 21202                    *

and                                          *

NATIONAL SERVICE INDUSTRIES                  *
f/k/a North Brothers Company
1420 Peachtree Street, N.E.                  *
Atlanta, Georgia 30309
                                             *

Serve On:                                    *
CSC Networks
2908 Poston Avenue, Suite 200
Nashville, TN 37203                          *

and                                          *

SHOOK & FLETCHER                             *
INSULATION COMPANY
4625 Valley Dale Road                        *
Birmingham, Alabama 35242-4608
                                             *

Serve On:                                    *
C.T. Corporation Systems
530 Gay Street
Knoxville, TN 37902                          *

and                                          *

CLEAVER-BROOKS CORP.                         *

Serve On:                                    *
Cleaver Brooks Corp.
7800 North 113th Street                      *
Milwaukee, WI 53224
                                             *

and                                                    *

KVAERNER PULPING, as Successor                         *
to KEELER BOILER CORP.
                                                       *
Serve On:
President                                              *
Kvaerner Pulping
8008 Corporate Center Drive                            *
Charlotte, NC 28226
                                                       *
and
                                                       *
GARLOCK, INC.
1666 Division Street                                   *
Palmyra, NY 14522
                                                       *
Serve On:
President                                              *
Garlock, Inc.
1666 Division Street                                   *
Palmyra, NY 14522
                                                       *
        Defendants

        *************************************************************

## SHORT FORM COMPLAINT AND
## PRAYER FOR JURY TRIAL

Reginald Puller and Olivia Taylor , Plaintiffs, by their undersigned attorneys, sue the Defendants

captioned above and hereby adopt and incorporate by reference the causes of action and respective

paragraphs set forth in the Other Asbestos Cases Master Complaint as follows:

**As to Plaintiff Reginald Puller:**

**Introduction** - paragraphs 1-6.

1. **Count One - Strict Liability** - paragraphs 1, 3, 4, 5, 6, 7, 8, 9, 10, and 11:

2. **Count Two - Breach of Warranty** - paragraphs 12, 13 and 14;

3. **Count Three - Negligence** - paragraphs 15, 16, 17, 18 and 19;

4. **Count Four - Fraud** - paragraphs 20, 21, 22, 23, 24 and 25;

5. **Count Five - Conspiracy** - paragraphs 26, 27, 28, 29 and 30;

6. **Count Six - Market Share Liability** - paragraphs 31, 32 and 33.

**As to Reginald Puller and Olivia Taylor :**

**Introduction** - paragraphs 1-6.

7. **Count Seven - Loss of Consortium** - paragraphs 34, 35, 36 and 37.

/s/ Scott D. Shellenberger
Scott D. Shellenberger

Law Offices of Peter G. Angelos
A Professional Corporation
One Charles Center
100 N. Charles Street
Baltimore, Maryland 21201-3812
410-649-2000

Attorney for Plaintiffs

## PRAYER FOR JURY TRIAL

Plaintiffs elect to have their case tried before a jury.

/s/ Scott D. Shellenberger
Scott D. Shellenberger
Attorney for Plaintiffs

|  |  |
|---|---|
| REGINALD PULLER, et al. | *     IN THE |
|     Plaintiffs | *     CIRCUIT COURT |
| v. | *     FOR |
| AC&S, INC., et al. | *     BALTIMORE CITY |

       *     IN THE

REGINALD PULLER, et al.     *     CIRCUIT COURT

    Plaintiffs     *     FOR

v.     *     BALTIMORE CITY

AC&S, INC., et al.     *

    *     Case No.

    Defendants     *     CT-4   Other Asbestos Cases

    *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ATTACHMENT TO
## SHORT FORM COMPLAINT

    In accordance with Baltimore City Pretrial Order No. 1, paragraph 3(b), please be advised of the following with respect to the above captioned case.

    1. Plaintiff was diagnosed with mesothelioma on October 1, 2001.  Plaintiff also claims asbestosis and non-malignant pleural changes.

    2. Plaintiff's social security printout is not available at this time.

          /s/   Scott D. Shellenberger
          Scott D. Shellenberger
          Attorney for Plaintiffs

          Law Offices of Peter G. Angelos
          A Professional Corporation
          One Charles Center
          100 N. Charles Street
          Baltimore, Maryland 21201-3812
          410-649-2000

```
IN RE:  ASBESTOS PERSONAL          *          IN THE
        INJURY AND WRONGFUL
        DEATH ASBESTOS CASES             *          CIRCUIT COURT

                                   *          FOR BALTIMORE CITY


        ******************************
                                   *
REGINALD PULLER, et al.                 *

     Plaintiffs                    *

vs.                                *          DOCKET NO.:

ACandS, INC., et al.                    *          CT-4
OTHER ASBESTOS
                                              CASES
     Defendants                    *

                                   *
        ***********************************
```

## INACTIVE CIVIL DOCKET PLAINTIFF INFORMATION FORM

1. Claimant's Name      <u>Puller          Reginald</u>

                  Last            First          Middle

2. Claimant's Address      <u>916 47th Street, N.E.</u>

                       <u>Washington, D.C.  20019</u>

                       <u>                     </u>

3. Claimant's Social Security Number    <u>      4117      </u>

4. Claimant's Date of Birth         <u>          50          </u>

5. Claimant's Marital Status:  Married <u> x </u>    Single ___

                             Widower ___    Divorced ___

6.  If the Claimant is a different person than the person whose    alleged injurious exposure to asbestos gives rise to this    claim, give the following information concerning the alleged    exposed person:

Name _____

      Last                First             Middle

Date of Birth _____

Date of Death (if applicable) _____

Cause of Death (if applicable) _____

Social Security Number _____

Claimant's relationship to alleged exposed person:

_____

7.   Claimant/Alleged Exposed Person's occupation when exposed to   asbestos:

_____ Boiler technician _____

8.   Claimant/Alleged Exposed Person's beginning and ending dates     (month/year to month/year) of exposure to asbestos:

From:____1969_____ To:_Late 1970's_____

9.  Specific asbestos-related condition claimed to exist (check     all that apply:

    Non-malignant pleural changes __x__      Dx Date _____
___

    Asbestosis                  __x__      Dx Date _____
___

    Mesothelioma            __x__      Dx Date
10/1/01

    Bronchogenic (Lung) Carcinoma ____      Dx Date _____
___

    Other Cancer             ____      Dx Date _____
___

    Other Condition (specify) ____      Dx Date _____
___

10.  The following material is attached in support of the claim     that the conditions indicated in paragraph 9 above are     asbestos related (include all required by the Rule):

Chest X-ray Report      ___ Dated     _____

Pulmonary Function Test      ___ Dated     _____

Pathology Reports      ___ Dated     _____

Report of Pulmonary Specialist      ___ Dated     _____

Report of B-Reader      ___ Dated     _____

Report of Cancer Specialist      ___ Dated     _____

Other (specify) _____      ___ Dated     _____

11. Name of each company that would be used as a defendant if the case were placed on the active docket:

ACandS, Inc.;Owens-Illinois; Porter Hayden; E.L. Stebbings;   Hampshire Industries; Lloyd E. Mitchell; John Crane           Houdaille; Universal Refractories; Harbison-Walker           Refractories, Division of Dresser; Flintkote Co.; Rapid American; A.P. Green; Quigley; Pfizer; Durabla; Foster Wheeler; Hopeman Brothers; Selby, Battersby; A.W.Chesterton; Viacom, f/k/a Westinghouse Electric Corp.; Plibrico Sales; Premier Refractories; Goodyear Tire & Rubber; MCIC; Dresser Industries, Inc.; Halliburton Technical Services; Harbison Walker Refractories Co.; RHI Refractories America, f/k/a RHI AG, Uniroyal; General Electric; Burnham Corp.;

Dorr-Oliver; H.B. Smith; Wiel-McLain Co.; AC&R Insulation;

Walter Campbell; C.E. Thurston; Irex; Burnham Corp.;

___ Dorr-Oliver; H.B. Smith; Wiel-McLain; Krafft-Murphy;

___ Crown Cork & Seal; Union Carbide; North American Refractories; National Service Industries, f/k/a North

___ Brothers Co.; Shook & Fletcher Insulation Co.; Cleaver-Brooks; Kvaerner Pulping; Garlock

___

12. Name, address and telephone number of claimant's counsel:

Scott D. Shellenberger, Esquire
Law Offices of Peter G. Angelos
A Professional Corporation
One Charles Center
100 N. Charles Street
Baltimore, Maryland 21202-3812
410-649-2000

13. Certification:  I do hereby certify in accordance with
the provisions of the Maryland Rules of Procedure that I
am counsel for the above-named Claimant, that the
information set forth to support the claim being filed
herein is true and correct, that no payment for this
claim or one substantially similar to it as to this
Claimant has been received from any entity listed in
Paragraph 11 above, and that there is no proceeding
pending in this or any other

jurisdiction on behalf of the claimant or exposed person
listed herein which is substantially similar to the
present claim in its factual allegations.

/s/ Scott D. Shellenberger
Scott D. Shellenberger
Claimant's Counsel


## CERTIFICATE OF SERVICE

See Attached Complaint.

CIRCUIT COURT FOR ___**BALTIMORE CITY**_____
City or County

## CIVIL---NON-DOMESTIC CASE INFORMATION REPORT

**Directions:**

    *Plaintiff: This Information Report must be completed and attached to the complaint filed with the Clerk of the Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111. A copy must be included for each defendant to be served.*

    *Defendant: You must file an Information Report as required by Rule 2-323(h).*

        ***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS AN ANSWER OR RESPONSE.***

FORM FILED BY: **x** PLAINTIFF ___ DEFENDANT    CASE NUMBER: _____
(Clerk to insert)

CASE NAME: __Reginald Puller, et ux._____ v __AC&S, Inc., et al.__
Defendant

JURY DEMAND: **x** Yes ___ No    Anticipated length of trial: _____ hours or _____ days

RELATED CASE PENDING? ___ Yes **x** No    If yes, Case #(s), if known: _____

HAS ALTERNATIVE DISPUTE RESOLUTION (ADR):    Been Tried? ___ Yes ___ No
                                    Requested? ___ Yes ___ No

If yes, specify: __**N/A**__

**Special Requirements?** ___ Interpreter/communication impairment
                       ___ Other ADA accommodation: _____

| NATURE OF ACTION (CHECK ONE BOX) | | DAMAGES/RELIEF | |
|---|---|---|---|
| **TORTS** | **LABOR** | **A. TORTS** | |
| ___ Motor Tort | ___ Workers' Comp. | ___ Under $7,500 | ___ Medical Bills |
| ___ Premises Liability | ___ Wrongful Discharge | ___ $7,500 - $50,000 | $_____ |
| ___ Assault & Battery | ___ EEO | ___ $50,000 - $100,000 | ___ Property Damages |
| **x** Product Liability | ___ Other _____ | ___ Over $100,000 | $_____ |
| ___ Professional Malpractice | | | ___ Wage Loss |
| ___ Wrongful Death | **CONTRACTS** | **See Master Asbestos** | $_____ |
| ___ Business & Commercial | ___ Insurance | **Complaint** | |
| ___ Libel & Slander | ___ Confessed Judgment | | |
| ___ False Arrest/Imprisonment | ___ Other _____ | **B. CONTRACTS** | **C. NONMONETARY RELIEF** |
| ___ Nuisance | | | |
| ___ Toxic Torts | **REAL PROPERTY** | ___ Under $10,000 | ___ Declaratory Judgment |
| ___ Fraud | ___ Judicial Sale | ___ $10,000 - $20,000 | ___ Injunction |
| ___ Malicious Prosecution | ___ Condemnation | ___ Over $20,000 | ___ Other |
| ___ Lead Paint | ___ Landlord Tenant | | |
| **x** Asbestos | ___ Other _____ | | |
| ___ Other | **OTHER** | | |
| _____ | ___ Civil Rights | | |
| | ___ Environmental | | |
| | ___ ADA | | |
| | ___ Other _____ | | |

TRACK REQUEST

*With the exception of Baltimore County, Baltimore City, and Prince George's County, please fill in the estimated LENGTH OF TRIAL. THIS CASE WILL THEN BE TRACKED ACCORDINGLY.*

    ___ ½ day of trial or less        ___ 3 days of trial time
    ___ 1 day of trial time         ___ More than 3 days of trial time
    ___ 2 days of trial time

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE COUNTY, BALTIMORE CITY, OR PRINCE GEORGE'S COUNTY, PLEASE SEE REVERSE SIDE OF FORM FOR INSTRUCTIONS.*

Date:   12/5/01                              Signature: /s/  Scott D. Shellenberger
                                             ___
                                             Scott D. Shellenberger

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE COUNTY, BALTIMORE CITY, OR PRINCE GEORGE'S COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

## CIRCUIT COURT FOR BALTIMORE CITY (check only one)

| | | |
|---|---|---|
| __ Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| __ Standard-Short | Trial seven months from Defendant's response. Includes torts with actual damages up to $7,500; contract claims up to $20,000; condemnations; injunctions and declaratory judgments. |
| __ Standard-Medium | Trial 12 months from Defendant's response. Includes torts with actual damages over $7,500 and under $50,000, and contract claims over $20,000. |
| __ Standard-Complex | Trial 18 months from Defendant's response. Includes complex cases requiring prolonged discovery with actual damages in excess of $50,000. |
| __ Lead Pain | Trial per model order. |
| _x_ Asbestos | Events and deadlines set by individual judge. |
| __ Protracted Cases | Complex cases designated by the Administrative Judge. |

## CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY

| | |
|---|---|
| __ TRACK I | Cases having Judicially-assessed values under $25,000. |
| __ TRACK II | Cases having Judicially-assessed values greater than $25,000 but not complex litigation. |
| __ TRACK III | Non-jury. |
| __ TRACK IV | Statutory Priority Jury Track. |
| __ TRACK V | Complex Litigation (Business, Tort, Orphan's Court Appeals). |

### LIABILITY FACTORS                                  INJURY FACTORS

| LIABILITY FACTORS | | INJURY FACTORS | |
|---|---|---|---|
| __ Rear-end | __ Left-hand Turn | __ Soft Tissue | __ Herniated Disk |
| __ Slip and Fall | __ Other: | __ Broken Bones | __ Severe Head Injury |
| __ Intersection | | __ Joint Damages | __ Other: |
| __ Changing Lanes | _____ | (knee, ankle, etc.) | _____ |

## CIRCUIT COURT FOR BALTIMORE COUNTY

| | |
|---|---|
| __ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| __ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, Intentional Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| __ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses |

(parties), and trial of five or more days), State Insolvency.

— Complex                     Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product
(Trial Date-450 days)         Liabilities, Other Complex Cases.