# EXHIBIT O

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:                                    )
                                          )
QUIGLEY COMPANY, INC.,                    )        Chapter 11
                                          )
                                          )        Case No. 04-15739-(SMB)
                Debtor                    )
_____   )

**VERIFIED STATEMENT PURSUANT TO**
**FED.R.BANKR.P. 2019 FILED BY MOTLEY RICE LLC**

Joseph F. Rice, being first duly sworn, hereby deposes and states as follows:

1.      I am a member of Motley Rice LLC, with offices at 28 Bridgeside Blvd.,
P.O. Box 1792, Mt. Pleasant, SC 29465.

2.      This Amended Verified Statement is filed in accordance with Rule 2019
of the Federal Rules of Bankruptcy Procedure and pursuant to the Revised Order
Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 dated October 25, 2004
("Revised Order").

3.      Motley Rice LLC submits herewith a blank, unredacted, exemplar copy of
the power of attorney giving Motley Rice power to act on behalf of each individual
creditor of the Debtor and an excel spread sheet setting forth all information as required
by the Revised Order.

4.      Motley Rice LLC will file an amended and supplemental statement setting
forth any material changes in the facts contained in this Verified Statement, should any
such changes occur.

I declare under penalty of perjury under the laws of the United States of

America that the foregoing is true and correct.

Dated:   June 13, 2006          Respectfully submitted,


                                /s/ Joseph F. Rice
                                Joseph F. Rice
                                Motley Rice LLC
                                28 Bridgeside Blvd.
                                P.O. Box 1792
                                Mt. Pleasant, SC 29465
                                (843) 216-9000
                                (843) 216-9450 (fax)

SERVICE LIST

Michael L. Cook, Esquire
SCHULTE ROTH & ZABEL, LLP
919 Third Avenue
New York, New York 10022
(Debtor's Counsel)

Peter Van N. Lockwood, Esquire
CAPLIN & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005
(Unsecured Creditors Committee)

Elihu Inselbuch, Esquire
CAPLIN & DRYSDALE, CHARTERED
399  Park Avenue
New York, New York 10022
(Unsecured Creditors Committee)

Tracy Hope Davis, Esquire
OFFICE OF THE U.S. TRUSTEE
33 Whitehall Street, 21st Floor
New York, New York 10004
(U.S. Trustee)

Bruce R. Zirinksy, Esquire
CADWALADER, WICKERSHAM & TAFT, LLP
One World Financial Center
New York, New York 10281-0006

Gregory T. Arnold, Esquire
BROWN RUDNICK BERLACK ISREALS LLP
One Financial Center
Boston, MA 02111

Scott E. Ratner, Esquire
TOGUR, SEGAL & SEGAL, LLP
One Penn Plaza
New York, New York 10119

## GENERAL POWER OF ATTORNEY

To:    Joseph F. Rice, Esq. or Motley Rice LLC Attorney

The undersigned claimant hereby authorizes Joseph F. Rice, Esq. or any Motley Rice LCC attorney, as attorney in fact for the undersigned and with full power of substitution, to vote on any questions that may be lawfully submitted to creditors of any debtors who have filed for bankruptcy in a United States Bankruptcy Court, including but not limited to:

> Babcock and Wilcox Company;
>
> Pittsburgh Corning Corporation;
>
> Armstrong World Industries, Inc.;
>
> Owens Corning, A Delaware Corporation;
>
> W.R. Grace & Company;
>
> United States Gypsum Corporation, et al a subsidiary of USG Corporation, A Delaware Corporation;
>
> Federal Mogul Global, Inc.;
>
> G-I Holdings, Inc.;
>
> North American Refractories Company; and
>
> A.P. Green Industries, Inc.

and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in those cases. This Power of Attorney specifically empowers Joe Rice or any Motley Rice LLC attorney to vote on behalf of the undersigned claimant on any Plan of Reorganization on which undersigned claimant is entitled to vote  Furthermore, the undersigned claimant intends for this authorization to extend to any current debtors not specifically identified above, or any entity against which the undersigned claimant may have an assertable claim who may at some point in the future file for bankruptcy in any United States Bankruptcy Court and become a debtor.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this _____ day of _____, 20____.

Signed: _____
<<CLAIMANT'S NAME>>
<<CLAIMANT'S CAPACITY - IF PR>>

<<SOCIAL SECURITY NUMBER>>

Address:    <<STREET ADDRESS>>
<<CITY, STATE  ZIP>>













































Att. 419





































































