# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline:  March 10, 2011 |
| | : | Hearing Date:  June 20, 2011 at 9:00 a.m. |

## FEE DETAIL FOR DAY PITNEY LLP'S
## THIRTY-NINTH QUARTERLY APPLICATION FOR THE PERIOD
## FROM OCTOBER 1, 2010 THROUGH DECEMBER 31, 2010

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT B**

**FEES FOR THE FEE PERIOD**
**OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010**[2]

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| | | | |
|---|---|---|---|
| 10/05/10 | Review and organize docket entries; revise and finalize August 2010 Fee Application for filing | | |
| 18 | K. Begley | 0.6 | 165.00 |
| 10/06/10 | Review and organize docket entries | | |
| 18 | K. Begley | 0.2 | 55.00 |
| 10/07/10 | Follow up with B. Moffitt regarding motion and settlement | | |
| 3 | A. Marchetta | 0.4 | 260.00 |
| 10/07/10 | Follow up regarding dismissal of motion for sanctions and e-mail exchange with J. Baer regarding same. | | |
| 3 | B. Moffitt | 0.2 | 84.00 |
| 10/07/10 | Draft, review, and respond to e-mails regarding filing of August 2010 Fee Application | | |
| 18 | K. Begley | 0.2 | 55.00 |
| 10/11/10 | Draft, review, and respond to e-mails regarding filing of August 2010 fee application; print and organize docket entries in preparation for drafting September 2010 fee application | | |
| 18 | K. Begley | 0.2 | 55.00 |
| 10/14/10 | Follow up regarding bankruptcy court order to DEP | | |
| 14 | A. Marchetta | 0.3 | 195.00 |
| 10/14/10 | Draft, review, and respond to e-mails regarding invoices for September 2010 Fee Application documents | | |
| 18 | K. Begley | 0.2 | 55.00 |
| 10/15/10 | Review Order dismissing motion to enforce and forward same to DAG Dickinson | | |
| 3 | B. Moffitt | 0.2 | 84.00 |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

2

| 10/29/10 | Draft e-mails to K. Layton regarding W.R. Grace invoices in preparation for drafting September Fee Application documents | | |
|---|---|---|---|
| 18 | K. Begley | 0.2 | 55.00 |

**Attorney Summary**

| Timekeeper | Hours | Rate | Dollars | |
|---|---|---|---|---|
| A. Marchetta | 0.70 | 650.00 | | 455.00 |
| B. Moffitt | 0.40 | 420.00 | | 168.00 |
| K. Begley | 1.60 | 275.00 | | 440.00 |
| TOTALS: | 2.70 | | | 1,063.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| K. Begley | 18 | 1.6 | 275.00 | 440.00 |
| A. Marchetta | 3 | 0.4 | 650.00 | 455.00 |
| | 14 | 0.3 | | |
| B. Moffitt | 3 | 0.4 | 420.00 | 168.00 |
| TOTALS: | | 2.7 | | 1,063.00 |

3

**FEES FOR THE FEE PERIOD**
**NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010**[3]

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 11/08/10 | Review and organize docket entries in preparation for drafting September 2010 Fee Application documents | | | |
| B160 | K. Begley | | 0.5 | 137.50 |
| 11/09/10 | Review, revise and follow up with K. Begley regarding DP's September 2010 Fee Application | | | |
| B160 | S. Zuber | | 0.3 | 153.00 |
| 11/09/10 | Draft September 2010 Fee Application documents; e-mails regarding same | | | |
| B160 | K. Begley | | 1.4 | 385.00 |
| 11/10/10 | Draft, review, and respond to e-mails regarding filing of September 2010 Fee Application | | | |
| B160 | K. Begley | | 0.2 | 55.00 |
| 11/12/10 | Draft 38th Quarterly Fee Application | | | |
| B160 | K. Begley | | 0.8 | 220.00 |
| 11/15/10 | Draft 38th Quarterly Fee Application; draft, review, and respond to e-mails regarding same | | | |
| B160 | K. Begley | | 1.6 | 440.00 |
| 11/16/10 | Review, revise and discuss with K. Begley DP's draft Fee Application for Third Quarter 2010 | | | |
| B160 | S. Zuber | | 0.4 | 204.00 |
| 11/16/10 | Draft 38th Quarterly Fee Application; draft, review, and respond to e-mails regarding same | | | |
| B160 | K. Begley | | 0.5 | 137.50 |
| 11/17/10 | Revise and finalize 38th Quarterly Fee Application; draft, review, and respond to e-mails regarding same | | | |
| B160 | K. Begley | | 0.5 | 137.50 |
| 11/30/10 | Draft, review, and respond to e-mails in preparation for drafting October Fee Application documents | | | |

---

[3] Legend for Day Pitney LLP's fees:
B160 = Fee Application (Applicant), category 11

B160              K. Begley                                      0.2              55.00

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| S. Zuber | 0.70 | 510.00 | 357.00 |
| K. Begley | 5.70 | 275.00 | 1,567.50 |
| TOTALS | 6.40 | | 1,924.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| K. Begley | B160 | 5.7 | 275.00 | 1,567.50 |
| S. Zuber | B160 | 0.7 | 510.00 | 357.00 |
| TOTAL | | 6.4 | | 1,924.50 |

5

## FEES FOR THE FEE PERIOD
## DECEMBER 1, 2010 THROUGH DECEMBER 31, 2010[4]

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| | | | |
|---|---|---|---|
| 12/01/10 | Draft, review, and respond to e-mails regarding preparation of October 2010 Fee Application documents | | |
| B160 | K. Begley | 0.2 | 55.00 |
| 12/02/10 | Draft October 2010 Fee Application documents; organize and compile docket entries in preparation for drafting same; draft, review, and respond to e-mails regarding same | | |
| B160 | K. Begley | 1.8 | 495.00 |
| 12/03/10 | Review, revise and discuss with K. Begley DP's October 2010 Fee Application | | |
| B160 | S. Zuber | 0.3 | 153.00 |
| 12/03/10 | Revise October 2010 Fee Application documents; e-mails with S. Zuber regarding same | | |
| B160 | K. Begley | 0.7 | 192.50 |
| 12/10/10 | Revise 2010 Fee Application documents; draft, review, and revise e-mails regarding filing of October 2010 Fee Application | | |
| B160 | K. Begley | 0.4 | 110.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| S. Zuber | 0.30 | 510.00 | 153.00 |
| K. Begley | 3.10 | 275.00 | 852.50 |
| TOTALS | 3.40 | | 1,005.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

---

[4] Legend for Day Pitney LLP's fees:
B160 = Fee Application (Applicant), category 11

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|------------|-----------|-------|------|-----|
| K. Begley | B160 | 3.1 | 275.00 | 852.50 |
| S. Zuber | B160 | 0.3 | 510.00 | 153.00 |
| TOTAL | | 3.4 | | 1,005.50 |