# EXHIBIT C

## EXHIBIT C

### EXPENSES FOR THE FEE PERIOD
### OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010

None.

### EXPENSES FOR THE FEE PERIOD
### NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010

None.

### EXPENSES FOR THE FEE PERIOD
### DECEMBER 1, 2010 THROUGH DECEMBER 31, 2010

None.