# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
W.R. Grace & Co., et al.
7500 Grace Drive
Columbia, MD 21044
 **EIN:** 65–0773649

**Chapter:** 11

*Case No*.: 01–01139–JKF

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on 2/14/2011 was filed on 2/16/2011 . The following deadlines apply:

The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 3/9/2011 .

If a request for redaction is filed, the redacted transcript is due 3/21/2011 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 5/17/2011 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

Clerk of Court

Date: 2/16/11

(ntc)

# CERTIFICATE OF NOTICE

```
District/off: 0311-1           User: Brandon                Page 1 of 1                    Date Rcvd: Feb 16, 2011
Case: 01-01139                 Form ID: ntcBK               Total Noticed: 11

The following entities were noticed by first class mail on Feb 18, 2011.
db          +W.R. Grace & Co., et al.,   7500 Grace Drive,   Columbia, MD 21044-4029
aty         +Curtis A. Hehn,   Pachulski Stang Ziehl Young Jones & Wein,   919 N. Market Street,   17th Floor,
              Wilmington, DE 19801-3023
aty         +David W. Carickhoff,   Blank Rome LLP,   1201 Market Street, Suite 800,
              Wilmington, DE 19801-1807
aty          James E. O'Neill,   Pachulski Stang Ziehl & Jones LLP,   919 North Market Street, 17th Floor,
              PO Box 8705,   Wilmington, DE  19899-8705
aty         +Janet S. Baer,   Baer Higgins Fruchtman LLC,   111 East Wacker Drive,   Suite 2800,
              Chicago, IL 60601-4277
aty         +Kathleen P. Makowski,   Pachulski Stang Ziehl & Jones LLP,   919 North Market Street, 17th Floor,
              P.O. Box 8705,   Wilmington, DE 19899-8705
aty         +Laura Davis Jones,   Pachulski Stang Ziehl & Jones LLP,   919 N. Market Street,   17th Floor,
              Wilmington, DE 19801-3023
aty         +Mark M. Billion,   Pachulski Stang Ziehl & Jones LLP,   919 N. Market Street,   17th Floor,
              Wilmington, DE 19801-3023
aty         +Roger J. Higgins, P.C.,   Baer Higgins Fruchtman LLC,   111 East Wacker Driver,   Suite 2800,
              Chicago, IL 60601-4277
aty         +Timothy P. Cairns,   Pachulski Stang Young & Jones LLP,   919 N. Market Street,   17th Floor,
              Wilmington, DE 19801-3023
aty         +Timothy P. Cairns,   Pachulski Stang Ziehl & Jones LLP,   919 N. Market St., 17th Floor,
              Wilmington, DE 19801-3023

The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +David W. Carickhoff,   Blank Rome LLP,   1201 Market Street, Suite 800,
              Wilmington, DE 19801-1807
aty*         James E. O'Neill,   Pachulski Stang Ziehl & Jones LLP,   919 North Market Street, 17th Floor,
              P.O. Box 8705,   Wilmington, DE  19899-8705
aty*        +Kathleen P. Makowski,   Pachulski Stang Ziehl & Jones LLP,   919 North Market Street, 17th Floor,
              P.O. Box 8705,   Wilmington, DE 19899-8705
                                                                                               TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 18, 2011**                **Signature:** _Joseph Speetjens_