# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
W.R. Grace & Co., et al.

**Case No.:** 01–01139–JKF

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that February 1, 2011, BNSF Railway Company filed a Notice of Appeal on the Order regarding the Approval of the Settlement Agreement Between W.R. Grace & Co. and the CNA Companies.

The Notice of Appeal may be viewed at docket number 26168. The order on appeal may be viewed at docket number 26106.

David D. Bird
CLERK OF COURT

Date: 2/17/11
(VAN–440)

# CERTIFICATE OF NOTICE

District/off: 0311-1          User: Sherry           Page 1 of 1              Date Rcvd: Feb 17, 2011
Case: 01-01139               Form ID: van440         Total Noticed: 6

The following entities were noticed by first class mail on Feb 19, 2011.
          +Adam G. Landis,   Landis Rath & Cobb LLP,    919 Market Street,    Suite 1800,    P.O. Box 2087,
            Wilmington, DE 19899-2087
           Elizabeth DeCristofaro,   Ford Marrin Esposito Witmeyer & Gleser,,
            Wall Street Plaza, 23rd Floor,   New York, NY 10005-1875
          +Henry J. Jaffe,   Pepper Hamilton LLP,   1313 North Market Street,   PO Box 1709,
            Wilmington, DE 19899-1709
           James E. O'Neill,   Pachulski Stang Ziehl & Jones LLP,   919 North Market Street,    16th Floor,
            P.O. Box 8705,   Wilmington, DE  19899-8705
           Lisa G. Esayian,   Kirkland & Ellis LLP,   300 N. LaSalle,   Chicago, IL  60654
          +Roger Frankel,   Orrick, Herrington & Sutcliffe LLP,   1152 15th Street, NW,
            Washington, DC 20005-1723

The following entities were noticed by electronic transmission.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr         Abner Defendants
5314183    BNSF Railway Company
                                                                        TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 19, 2011**                    **Signature:**