**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |

**EXHIBITS FROM PLAN EXHIBIT BOOK**

| Document Title | Exhibit No. |
|---|---|
| First Amended Joint Plan as of December 23, 2010 …(Ex. A to Notice; Ex. 1 from Exhibit Book) | |
| Asbestos PI Trust Agreement | 2 |
| Asbestos PD Trust Agreement | 3 |
| Asbestos PI Trust Distribution Procedures | 4 |
| Schedule of Settled Asbestos Insurers Entitled to 524(g) Protection | 5 |
| Asbestos Insurance Transfer Agreement | 6 |
| [Intentionally Left Blank] | 7 |
| Best Interests Analysis | 8 |
| CDN ZAI Minutes of Settlement | 9 |
| Cooperation Agreement | 10 |
| Asbestos PI Deferred Payment Agreement | 11 |
| Financial Information | 12 |
| Fresenius Settlement Agreement | 13 |
| Fresenius Settlement Order | 14 |
| Grace PI Guaranty | 15 |
| Non-Debtor Affiliate Schedule | 16 |

K&E 18452366.1

Plan Registration Rights Agreement ...................................................................................... 17

Rejected Executory Contracts and Unexpired Leases Schedule ...................................................... 18

Retained Causes of Action Schedule ...................................................................................... 19

Share Issuance Agreement ...................................................................................... 20

Unresolved Asbestos PD Claims Schedule ...................................................................................... 21

Sealed Air Settlement Agreement ...................................................................................... 22

Sealed Air Settlement Order ...................................................................................... 23

Warrant Agreement ...................................................................................... 24

Case Management Order for Class 7A Asbestos PD Claims ...................................................... 25

Asbestos PI/PD Inter-Creditor Agreement ...................................................................................... 26

Deferred Payment Agreement (Class 7A PD) ...................................................................................... 27

Deferred Payment Agreement (Class 7B ZAI) ...................................................................................... 28

W. R. Grace & Co. Guarantee Agreement (Class 7A PD) ...................................................... 29

W. R. Grace & Co. Guarantee Agreement (Class 7B ZAI) ...................................................... 30

Stock Incentive Plan ...................................................................................... 31

Stock Trading Restrictions Term Sheet ...................................................................................... 32

ZAI Trust Distribution Procedures ...................................................................................... 33

Amended and Restated CDN ZAI Minutes of Settlement ...................................................... 34

Amendment to the Amended and Restated CDN ZAI Minutes of Settlement ............................. 35