**Exhibit 5**

**Schedule of Settled Asbestos Insurance Companies Entitled to 524(g) Protection**

Note: Exhibit 5 is referenced in the definition of Settled Asbestos Insurance Company in the Plan.

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| AG de 1830 Compagnie Belge d'Assurances Générales Incendie Accidents et Risques Divers S.A. (n/k/a AG Insurance) | 12/07/09 | Pursuant to the 12/07/09 Settlement Agreement and only as to the following policies:<br>06/30/77-06/30/78   AVB102<br>06/30/78-06/30/79   AVB124 |
| Admiral Insurance Company | 08/01/95 | 06/30/75-06/30/76   75DD1064C |
| Aetna Casualty & Surety Company | 02/20/92 | All primary policies prior to 1971 issued to Western Mineral Products, California Zonolite or Arizonolite. |
| The Aetna Casualty and Surety Company (n/k/a Travelers Casualty and Surety Company), its predecessors, successors and its past and present parents (including but not limited to, Aetna Life & Casualty Company) | 09/14/09 | Pursuant to the 09/14/09 Settlement Agreement and only as to the following policies:<br>06/30/71-06/30/74   01XN150WCA<br>07/17/74-06/30/77   01XN607WCA<br>07/17/74-06/30/77   01XN608WCA<br>06/30/77-06/30/78   01XN1400WCA<br>06/30/77-06/30/78   01XN1422WCA<br>06/30/78-06/30/79   01XN1846WCA<br>06/30/78-06/30/79   01XN1847WCA<br>06/30/79-06/30/80   01XN2306WCA<br>06/30/80-06/30/81   01XN2669WCA |
| Allianz Underwriters Insurance Company, Allianz Aktiengesellschaft (n/k/a Allianz SE), Fireman's Fund Insurance Company, and Riunione Adriatica di Sicurta S.p.A. (n/k/a Allianz S.p.A.) and the Allianz Parties as provided in the 11/09/09 Settlement Agreement (conditional upon the Confirmation Order becoming a Final Order and subject to receipt by the Trust of the Settlement Amount in accordance with the 11/09/09 Settlement Agreement) | 11/09/09 | Pursuant to the 11/09/09 Settlement Agreement and only as to the following policies:<br>06/30/77-06/30/78   H00011428<br>06/30/78-06/30/82   H0001428<br>06/30/82-06/30/85   C7300025<br>06/30/84-06/30/85   AUX5203042<br>01/27/65-10/20/65   XL76937<br>05/17/66-10/20/68   XL91085<br>10/20/68-06/30/71   XLX1026877<br>06/30/76-06/30/77   XLX1202930<br>06/30/77-06/30/78   XLX1299553<br>06/30/78-06/30/79   XLX1362955<br>06/30/79-06/30/80   XLX1370426<br>06/30/79-06/30/80   XLX1370427<br>06/30/80-06/30/81   XLX1437060<br>06/30/80-06/30/81   XLX1437061 |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| | | 06/30/81-06/30/82  XLX1481490<br>06/30/81-06/30/82  XLX1481491<br>06/30/81-06/30/82  XLX1481492<br>06/30/82-06/30/83  XLX1532474<br>06/30/82-06/30/83  XLX1532475<br>06/30/83-06/30/84  XLX1532227<br>06/30/83-06/30/84  XLX1532228<br>06/30/84-06/30/85  XLX1688067<br>06/30/77-06/30/78  EL2046<br>06/30/78-06/30/79  EL2787<br>06/30/79-06/30/80  EL794120<br>06/30/80-06/30/81  EL794416<br>and other Subject Policies as defined in the 11/09/09 Settlement Agreement |
| Allstate Insurance Company | 06/07/94 | Only the "Products" coverage portion of the following policies:<br>06/30/75 – 06/30/76   63001170<br>06/30/75 – 06/30/76   63001171<br>06/30/75 – 06/30/76   63001172<br>06/30/76 – 06/30/77   63002048<br>06/30/77 – 06/30/78   63002048<br>06/30/78 – 06/30/79   63002048<br>06/30/79 – 06/30/80   63005793<br>06/30/80 – 06/30/81   63005793<br>06/30/81 – 06/30/82   63005793<br>06/30/79 – 06/30/80   63005794<br>06/30/80 – 06/30/81   63006854<br>06/30/81 – 06/30/82   63008153 |
| Allstate Insurance Company, as successor in interest to Northbrook Excess and Surplus Insurance Company, formerly known as Northbrook Insurance Company | 08/14/09 | Pursuant to the 8/14/09 Amended and Restated Settlement Agreement and only as to the following policies:<br>06/30/75 – 06/30/76   63001173<br>06/30/76 – 06/30/77   63002049<br>06/30/77 – 06/30/78   63003296<br>06/30/78 – 06/30/79   63007484<br>06/30/79 – 06/30/80   63005795<br>06/30/80 – 06/30/81   63006855<br>06/30/81 – 06/30/82   63008154 |
| American Centennial<br>(n/k/a OneBeacon America Ins. Co.) | 05/26/95 | 06/30/78 – 06/30/79   CC000304<br>06/30/78 – 06/30/79   CC000305 |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| | | 06/30/78 – 06/30/79  CC000306<br>06/30/81 – 06/30/82  CC002418<br>06/30/81 – 06/30/82  CC002419<br>06/30/82 – 06/30/83  CC005317<br>06/30/83 – 06/30/84  CC015780<br>06/30/83 – 06/30/84  CC015815 |
| Associated International Insurance Company | 11/5/10 | Pursuant to the 11/5/10 Settlement Agreement and only as to the following policy:<br>06/30/79 – 06/30/82    AEL 00208 C |
| The Chartis Insurance Companies as defined in the Amended Settlement and Mutual Release dated 09/11/09 | 09/11/09 | Pursuant to the 09/11/09 Amended Settlement and Mutual Release and only as to the following policies:<br>10/20/65-10/20/66   American Home CE351082<br>10/25/66-10/25/67   American Home CE351082<br>10/25/67-10/25/68   American Home CE351082<br>10/20/68-10/20/69   American Home WRG-1<br>10/29/69-10/20/70   American Home WRG-1<br>10/20/70-10/20/71   American Home WRG-1<br>06/30/71-06/30/72   American Home CE2691919<br>06/30/72-06/30/73   American Home CE2691919<br>06/30/73-06/30/74   American Home CE2691919<br>06/30/74-06/30/75   American Home 74DD662C<br>06/30/74-06/30/75   Lexington 74DD662C<br>06/30/74-06/30/75   American Home CE3436358<br>06/30/74-06/30/75   American Home 74DD663C<br>06/30/75-06/30/76   New Hampshire 51750444<br>06/30/75-06/30/76   New Hampshire 51750445<br>06/30/75-06/30/76   American Home 74DD662C<br>06/30/75-06/30/76   Lexington 74DD662C<br>06/30/75-06/30/76   American Home CE3436358<br>06/30/75-06/30/76   American Home 74DD663C<br>06/30/76-06/30/77   Lexington 76DD1595C<br>06/30/76-06/30/77   Granite State SCLD8093954<br>06/30/76-06/30/77   Lexington 74DD662C<br>06/30/76-06/30/77   Ins. Co. State of PA 4176-7052<br>06/30/76-06/30/77   American Home CE3436358<br>06/30/77-06/30/78   Lexington 76DD1595C<br>06/30/77-06/30/78   Lexington 77DD1631C<br>06/30/77-06/30/78   Ins. Co. State of PA 4177-7981<br>06/30/77-06/30/78   Granite State SCLD8093266 |

NYDOCS1-901999.12    As of February 21, 2011

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| | | 06/30/77-06/30/78 Lexington 77DD1632C |
| | | 06/30/77-06/30/78 Nat'l Union Fire Pittsburgh 1228593 |
| | | 06/30/77-06/30/78 Ins. Co. State of PA 4177-7982 |
| | | 06/30/77-06/30/78 Nat'l Union Fire Pittsburgh 1228593 |
| | | 06/30/77-06/30/78 Nat'l Union Fire Pittsburgh 1228593 |
| | | 06/30/77-06/30/78 Granite State SCLD8093292 |
| | | 06/30/77-06/30/78 Ins. Co. State of PA SEP3963996 |
| | | 06/30/78-06/30/79 Lexington 76DD1595C |
| | | 06/30/78-06/30/79 Granite State 61780491 |
| | | 06/30/78-06/30/79 Lexington 78DD1417C |
| | | 06/30/78-06/30/79 American Int'l Underwriter 75100696 |
| | | 06/30/78-06/30/79 Lexington 78DD1418C |
| | | 06/30/78-06/30/79 Granite State 61780492 |
| | | 06/30/78-06/30/79 Nat'l Union Fire Pittsburgh 1231895 |
| | | 06/30/78-06/30/79 Granite State 6178-0493 |
| | | 06/30/78-06/30/79 Nat'l Union Fire Pittsburgh 1231895 |
| | | 06/30/78-06/30/79 Birmingham Fire SE6073371 |
| | | 06/30/78-06/30/79 American Int'l Underwriter 75100695 |
| | | 06/30/78-06/30/79 Nat'l Union Fire Pittsburgh 1231895 |
| | | 06/30/79-06/30/80 Lexington 79DD1634C |
| | | 06/30/79-06/30/80 Granite State 61791383 |
| | | 06/30/79-06/30/80 American Int'l Underwriter 75101107 |
| | | 06/30/79-06/30/80 Lexington 79DD1635C |
| | | 06/30/79-06/30/80 Granite State 61791384 |
| | | 06/30/79-06/30/80 American Int'l Underwriter 75101108 |
| | | 06/30/79-06/30/80 Nat'l Union Fire Pittsburgh 9782319 |
| | | 06/30/79-06/30/80 Granite State 61791385 |
| | | 06/30/79-06/30/80 Granite State 61791386 |
| | | 06/30/79-06/30/80 Nat'l Union Fire Pittsburgh 9782319 |
| | | 06/30/79-06/30/80 American Int'l Underwriter 75101109 |
| | | 06/30/79-06/30/80 Birmingham Fire SEC6073508 |
| | | 06/30/79-06/30/80 Nat'l Union Fire Pittsburgh 9782319 |
| | | 06/30/79-06/30/80 Lexington 79DD1638C |
| | | 06/30/79-06/30/80 Nat'l Union Fire Pittsburgh 9782319 |
| | | 06/30/80-06/30/81 Granite State 6480-5013 |
| | | 06/30/80-06/30/81 Lexington 80DD1643C |
| | | 06/30/80-06/30/81 Lexington 80DD1644C |
| | | 06/30/80-06/30/81 American Int'l Underwriter 75102424 |
| | | 06/30/80-06/30/81 Granite State 6480-5014 |

As of February 21, 2011

NYDOCS1-901999.12

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| | | 06/30/80-06/30/81  American Int'l Underwriter 75102422 |
| | | 06/30/80-06/30/81  Granite State 6480-5015 |
| | | 06/30/80-06/30/81  Nat'l Union Fire Pittsburgh 9910362 |
| | | 06/30/80-06/30/81  Nat'l Union Fire Pittsburgh 9910362 |
| | | 06/30/80-06/30/81  Granite State 6480-5016 |
| | | 06/30/80-06/30/81  Birmingham Fire SE6073646 |
| | | 06/30/80-06/30/81  American Int'l Underwriter 75102423 |
| | | 06/30/80-06/30/81  Nat'l Union Fire Pittsburgh 9910362 |
| | | 06/30/80-06/30/81  Nat'l Union Fire Pittsburgh 9910362 |
| | | 06/30/80-06/30/81  Lexington 80DD1647C |
| | | 06/30/81-06/30/82  Granite State 6481-5220 |
| | | 06/30/81-06/30/82  Lexington 80DD1643C |
| | | 06/30/81-06/30/82  Lexington PY030181 |
| | | 06/30/81-06/30/82  Granite State 6481-5221 |
| | | 06/30/81-06/30/82  American Int'l Underwriter 75102641 |
| | | 06/30/81-06/30/82  Nat'l Union Fire Pittsburgh 9602391 |
| | | 06/30/81-06/30/82  Granite State 6481-5222 |
| | | 06/30/81-06/30/82  American Int'l Underwriter 75102642 |
| | | 06/30/81-06/30/82  Granite State 6481-5223 |
| | | 06/30/81-06/30/82  Nat'l Union Fire Pittsburgh 9602391 |
| | | 11/01/81-06/30/82  Lexington KY003382 |
| | | 06/30/81-06/30/82  Nat'l Union Fire Pittsburgh 9602391 |
| | | 06/30/81-06/30/82  Birmingham Fire SE6073657 |
| | | 06/30/81-06/30/82  Nat'l Union Fire Pittsburgh 9602391 |
| | | 06/30/81-06/30/82  American Int'l Underwriter 75102643 |
| | | 06/30/82-06/30/83  Lexington KY017782 |
| | | 06/30/82-06/30/83  Granite State 6482-5442 |
| | | 06/30/82-06/30/83  American Int'l Underwriter 75102158 |
| | | 06/30/82-06/30/83  Lexington KY017882 |
| | | 06/30/82-06/30/83  Nat'l Union Fire Pittsburgh 9603133 |
| | | 06/30/82-06/30/83  Granite State 6482-5443 |
| | | 06/30/82-06/30/83  Granite State 6482-5444 |
| | | 06/30/82-06/30/83  Birmingham Fire SE6073957 |
| | | 06/30/82-06/30/83  Lexington KY017982 |
| | | 06/30/82-06/30/83  Nat'l Union Fire Pittsburgh 9603133 |
| | | 06/30/82-06/30/83  Nat'l Union Fire Pittsburgh 9603133 |
| | | 06/30/83-06/30/84  American Int'l Underwriter 75102159 |
| | | 06/30/83-06/30/84  Granite State 6483-5666 |
| | | 06/30/83-06/30/84  Lexington KY017782 |

NYDOCS1-901999.12    As of February 21, 2011

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I | |
|---|---|---|---|
| | | 06/30/83–06/30/84 | American Int'l Underwriter 75103044 |
| | | 06/30/83–06/30/84 | Lexington KY048183 |
| | | 06/30/83–06/30/84 | Nat'l Union Fire Pittsburgh 9607141 |
| | | 06/30/83–06/30/84 | Birmingham Fire SE6074145 |
| | | 06/30/83–06/30/84 | Granite State 6483-5667 |
| | | 06/30/83–06/30/84 | Granite State 6483-5668 |
| | | 06/30/83–06/30/84 | Nat'l Union Fire Pittsburgh 9607141 |
| | | 06/30/83–06/30/84 | Lexington KY048283 |
| | | 06/30/83–06/30/84 | Birmingham Fire SE6074146 |
| | | 06/30/83–06/30/84 | Birmingham Fire SE6074116 |
| | | 06/30/83–06/30/84 | Nat'l Union Fire Pittsburgh 9607141 |
| | | 06/30/83–06/30/84 | Illinois National 886-7134 |
| | | 06/30/84–06/30/85 | American Int'l Underwriter 75103045 |
| | | 06/30/84–06/30/85 | Granite State 6484-5867 |
| | | 06/30/84–06/30/85 | Lexington KY017782 |
| | | 06/30/84–06/30/85 | American Int'l Underwriter 75103845 |
| | | 06/30/84–06/30/85 | Granite State 6484-5866 |
| | | 06/30/84–06/30/85 | Granite State 6484-5890 |
| | | 06/30/84–06/30/85 | American Int'l Underwriter 75103864 |
| | | 06/30/84–06/30/85 | Birmingham Fire SE6074318 |
| The CIGNA Companies as defined in the 3/4/94 Settlement Agreement (Insurance Company of North America; California Union Insurance Company; Pacific Employers Insurance Company; Century Indemnity Company; CIGNA Insurance Company; and CIGNA Property & Casualty Insurance Company as attorney-in-fact for Central National Insurance Company of Omaha) | 03/04/94 | 06/30/75 – 06/30/76 | ZCX00139I/75DD1065 |
| | | 06/30/83 – 06/30/84 | CIZ426249 |
| | | 10/20/65 – 10/20/66 | XBC1834 |
| | | 10/20/66 – 10/20/67 | XBC1834 |
| | | 10/20/67 – 10/20/68 | XBC1834 |
| | | 10/20/68 – 10/20/69 | XBC1834 |
| | | 10/20/69 – 10/20/70 | XBC1834 |
| | | 10/20/70 – 06/30/71 | XBC1834 |
| | | 06/30/77 – 06/30/78 | XCP12378 |
| | | 06/30/78 – 06/30/79 | XCP14341 |
| | | 06/30/83 – 06/30/84 | XCP145667 |
| | | 06/30/71 – 06/30/72 | XCP3745 |
| | | 06/30/72 – 06/30/73 | XCP3745 |
| | | 06/30/73 – 08/09/73 | XCP3745 |
| | | 06/30/75 – 06/30/76 | CNU 12-33-83 |
| | | 06/30/84 – 06/30/85 | XCC012283 |
| | | 06/30/84 – 06/30/85 | XM0017204 |
| | | UNKNOWN | ZCV 006025 |

Case 01-01139-AMC    Doc 26368-6    Filed 02/21/11    Page 7 of 16

As of February 21, 2011

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| Commercial Union Insurance Company (n/k/a OneBeacon America Ins. Co.) | 05/14/93 | 10/20/62 – 10/20/63   A-15-2127-51<br>10/20/63 – 10/20/64   A-15-2127-51<br>10/20/64 – 10/20/65   A-15-2127-51<br>01/27/65 – 10/20/65   A-15-8138-001<br>10/20/65 – 10/20/66   A-16-8220-001<br>10/20/66 – 10/20/67   A-16-8220-001<br>10/20/67 – 10/20/68   A-16-8220-001<br>10/20/65 – 10/20/66   A-16-8220-002<br>10/20/66 – 10/20/67   A-16-8220-002<br>10/20/67 – 10/20/68   A-16-8220-002<br>10/20/68 – 10/20/69   A-16-8220-003<br>10/20/69 – 10/20/70   A-16-8220-003<br>10/20/70 – 06/30/71   A-16-8220-003<br>10/20/68 – 10/20/69   A-16-8220-004<br>10/20/69 – 10/20/70   A-16-8220-004<br>10/20/70 – 06/30/71   A-16-8220-004<br>06/30/71 – 06/30/72   EY8220005<br>06/30/72 – 06/30/73   EY8220005<br>06/30/73 – 06/30/74   EY8220005<br>06/30/71 – 06/30/72   EY8220006<br>06/30/72 – 06/30/73   EY8220006<br>06/30/73 – 06/30/74   EY8220006 |
| Continental Casualty Company | 08/01/90 | Only with respect to "Products Claims" as defined in or released by the 08/01/90 Settlement Agreement under the following policies:<br>06/30/76 – 06/30/83   CCP2483440<br>06/30/83 – 06/30/85   CCP2483440<br>06/30/73 – 06/30/76   CCP9023670 |
| CNA Companies as defined in the 11/18/10 Settlement Agreement (subject to the Approval Order becoming a Final Order) | 11/18/10 | Pursuant to the 11/18/10 Settlement Agreement and only as to all insurance policies defined in such Settlement Agreement as "Subject Policies," which include but are not limited to the following policies:<br>06/30/73 – 06/30/76   Continental Casualty Co. CCP9023670<br>06/30/76 – 06/30/83   Continental Casualty Co. CCP2483440*<br>06/30/83 – 06/30/85   Continental Casualty Co. CCP2483440*<br>08/09/73 – 06/30/74   Continental Casualty Co. RDX8936833<br>06/30/74 – 06/30/77   Continental Casualty Co. RDX9156645<br>06/30/77 – 06/30/78   Continental Casualty Co. RDX1788117<br>06/30/77 – 06/30/78   Continental Casualty Co. RDX1788118 |

7

NYDOCS1-901999.12

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| | | 06/30/79 – 06/30/80  Continental Casualty Co. RDX1784282<br>06/30/80 – 06/30/82  Continental Casualty Co. RDX1784981<br>06/30/82 – 06/30/83  Continental Casualty Co. RDX1785056<br>06/30/83 – 06/30/84  Continental Casualty Co. RDX1785096<br>06/30/84 – 06/30/85  Continental Casualty Co. RDX1784529<br>06/30/81 – 06/30/82  Continental Insurance Co. SRX3193093<br>06/30/82 – 06/30/83  Continental Insurance Co. SRX1591702<br>06/30/83 – 06/30/84  Continental Insurance Co. SRX1591976<br>07/17/74 – 06/30/77  Boston Old Colony Ins. Co. LX2666569<br>06/30/81 – 06/30/82  Buffalo Reinsurance Co. BR507551<br>06/30/82 – 06/30/83  Buffalo Reinsurance Co. BR508040<br>07/17/74 – 06/30/77  Harbor Insurance Co. 120346<br>06/30/81 – 06/30/82  London Guar. & Acc. Co LX3193640<br>06/30/82 – 06/30/83  London Guar. & Acc. Co. LX1898010<br>06/30/83 – 06/30/84  London Guar. & Acc. Co. LX 2107836<br><br>*Policy No. 2483440 refers to the insurance policies issued to the Debtors bearing that policy number (identified as CNA Trial Exhibits 19B and 19C), and does not refer to a policy with the identical number identified in Exhibit C to the Objection of BNSF Railway Corporation to the Motion to Approve the Settlement Between W. R. Grace & Co. and the CNA Companies [filed with the Bankruptcy Court as Dkt. No. 25954]. |
| Employers Insurance of Wausau and Nationwide Indemnity Company, solely in its capacity as claims administrator for Employers Insurance of Wausau | 06/24/10 | Pursuant to the 06/24/10 Settlement Agreement and Mutual Release and only as to the following policies:<br>07/17/74 – 06/30/75    0537000086732<br>06/30/75 – 06/30/76    0537000086732<br>06/30/76 – 06/30/77    0537000086732 |
| Employers Mutual Casualty Company and Mutual Marine Office, Inc., in its capacity as managing general agent and attorney-in-fact for Employers Mutual Casualty Company, to the fullest extent, but only to the extent, that Mutual Marine Office, Inc. is eligible for protection under Bankruptcy Code Section 524(g) | 03/26/10 | Pursuant to the 03/26/10 Amended and Restated Settlement Agreement and only as to the following policies:<br>06/30/78 – 06/30/79    MMO-70347<br>06/30/78 – 06/30/79    MMO-70348<br>06/30/78 – 06/30/79    MMO-70349 |
| Federal Insurance Company | 11/18/97 | Only the portion of the following policy in a policy amount of $500,000, part of $50 million, excess of $25 million:<br>06/30/84 – 06/30/85    7928-26-20 |
| Federal Insurance Company (conditional upon the Confirmation Order becoming a Final Order and subject to receipt by the Trust of the Settlement | 09/28/10 | Pursuant to the 09/28/10 Settlement Agreement and Mutual Release and only as to the following policies: |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| Amount in accordance with the 09/28/10 Settlement Agreement) | | 07/14/74 – 06/30/75     79221530<br>06/30/75 – 06/30/76     79221530<br>06/30/76 – 06/30/77     79221530<br>06/30/77 – 06/30/78     (78) 79221530<br>06/30/78 – 06/30/79     (79) 79227260<br>06/30/79 – 06/30/80     (80) 79227260<br>06/30/79 – 06/30/80     (80) 79227298<br>06/30/80 – 06/30/81     (81) 79227260<br>06/30/80 – 06/30/81     (81) 79227298<br>06/30/81 – 06/30/82     (82) 79227260<br>06/30/81 – 06/30/82     (82) 79227298<br>06/30/84 – 06/30/85     79282620<br>06/30/84 – 06/30/85     79282620 |
| Fireman's Fund Insurance Company | 12/26/96 | 01/27/65 – 10/20/65     XL76937<br>05/17/66 – 10/20/66     XL91085<br>10/20/66 – 10/20/67     XL91085<br>10/20/67 – 10/20/68     XL91085<br>10/20/68 – 10/20/69     XLX1026877<br>10/20/69 – 10/20/70     XLX1026877<br>10/20/70 – 06/30/71     XLX1026877 |
| General Insurance Company of America | 03/03/94 | 06/01/61 – 06/01/62     BLP186027<br>06/01/62 – 06/01/63     BLP205359<br>06/01/63 – 06/01/64     BLP221289<br>06/01/64 – 06/01/65     BLP245115<br>06/01/65 – 06/01/66     BLP260071<br>06/01/66 – 06/01/67     BLP270815<br>and all known and unknown "disputed" primary policies generally described in the settlement. |
| Gibraltar Casualty Co./Prudential Reinsurance Co. (n/k/a Mt. McKinley Ins. Co./Everest Reinsurance Co.) | 10/08/93 | **Gibraltar Casualty:**<br>06/30/80 – 06/30/81     GMX00656<br>06/30/81 – 11/01/81     GMX01275<br>11/01/81 – 06/30/82     GMX01407<br>06/30/82 – 06/30/83     GMX01784<br>06/30/83 – 06/30/84     GMX02269<br>06/30/84 – 06/30/85     GMX02683<br>**Prudential Re. Co.:**<br>06/30/76 – 06/30/77     DXC901145<br>06/30/76 – 06/30/77     DXC901146<br>06/30/76 – 06/30/77     DXC901147 |

NYDOCS1-901999.12

As of February 21, 2011

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column 1 | |
|---|---|---|---|
| | | 06/30/77 – 06/30/78 | DXCDX0250 |
| | | 06/30/77 – 06/30/78 | DXCDX0251 |
| | | 06/30/77 – 06/30/78 | DXCDX0252 |
| Guarantee Insurance Company | 06/03/98 | 06/30/82 – 06/30/83 | SL0950030 |
| | | 06/30/82 – 06/30/83 | SL0950031 |
| Harper Insurance Ltd. (f/k/a Turegum Insurance Company) | 05/24/10 | Pursuant to the 05/24/10 Settlement Agreement and only as to the Turegum Insurance Company portions of the following policies: | |
| | | 06/30/77 – 06/30/78 | 77DD1631C |
| | | 06/30/77 – 06/30/78 | 77DD1632C |
| | | 06/30/78 – 06/30/79 | 78DD1417C |
| | | 06/30/78 – 06/30/79 | 78DD1418C |
| Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, New England Insurance Company, Hartford Fire Insurance Company, and London & Edinburgh Insurance Company, in its own right and as successor to London & Edinburgh Insurance Company Limited, and the Hartford-Related Parties (as defined in the Settlement Agreement, including Hartford Financial Services Group, Inc.) to the extent, but only to the extent, the Hartford-Related Parties provided insurance to any of the Debtors | 08/11/10 | Pursuant to the 08/11/10 Settlement Agreement and only as to the following policies: | |
| | | 06/30/76 – 06/30/77 | Hartford 10XS100043 |
| | | 06/30/76 – 06/30/77 | Hartford 10XS100044 |
| | | 06/30/77 – 06/30/78 | Hartford 10XS100176 |
| | | 06/30/77 – 06/30/78 | Hartford 10XS100181 |
| | | 06/30/78 – 06/30/79 | Hartford 10XS100666 |
| | | 06/30/78 – 06/30/79 | Hartford 10XS100665 |
| | | 06/30/79 – 06/30/80 | Hartford 10XS100842 |
| | | 06/30/79 – 06/30/80 | Hartford 10XS100841 |
| | | 06/30/79 – 06/30/80 | Hartford 10XS100843 |
| | | 06/30/80 – 06/30/81 | Hartford 10XS100990 |
| | | 06/30/80 – 06/30/81 | Hartford 10XS100988 |
| | | 06/30/80 – 06/30/81 | Hartford 10XS100989 |
| | | 06/30/81 – 06/30/84 | Hartford 10XS102369 |
| | | 06/30/81 – 06/30/84 | Hartford 10XS102370 |
| | | 06/30/81 – 06/30/82 | Hartford 10XS102371 |
| | | 06/30/84 – 06/30/85 | Hartford 10XS103326 |
| | | 06/30/75 – 06/30/76 | First State 922099 |
| | | 06/30/76 – 06/30/77 | First State 923099 |
| | | 06/30/76 – 06/30/77 | First State 923100 |
| | | 06/30/84 – 06/30/85 | First State EU001538 |
| | | 06/30/83 – 06/30/84 | Twin City 97CXS10005 |
| | | 06/30/84 – 06/30/85 | New England NE000081 |
| | | 06/30/84 – 06/30/85 | New England NE000082 |
| | | 10/20/59 – 10/20/62 | Excess Insurance 59/2209/2* |
| | | 10/20/59 – 10/20/62 | Excess Insurance 59/2209/3* |

NYDOCS1-901999.12

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| | | 10/20/59 – 10/20/62   Excess Insurance 59/2209/4*<br>10/20/59 – 10/20/62   Excess Insurance 59/2209/5*<br>10/20/59 – 10/20/62   London & Edinburgh, Hartford Fire and London & Edinburgh of Canada 59/2209/2*<br>06/30/74 – 06/30/77   London & Edinburgh 74DD662*<br>07/17/74 – 06/30/77   London & Edinburgh 74DD663*<br>and other subject policies as defined in the 08/11/10 Settlement Agreement; *Note: in the case of the Excess Ins. Co. and London & Edinburgh Ins. Co. policies above, only the Excess Ins. Co. and London & Edinburgh Ins. Co. portions of those policies are subject to the Settlement Agreement. |
| HDI-Gerling Industrie Versicherung AG, as successor to Gerling Konzern Allgemeine Versicherungs-Aktiengesellschaft | 08/05/10 | Pursuant to the 08/05/10 Amended and Restated Asbestos Settlement Agreement and only as to the following policies:<br>06/30/77 – 06/30/78   49/99/6212/01<br>06/30/78 – 06/30/79   01/49/99/6282<br>06/30/79 – 06/30/80   49/99/6340/01<br>06/30/80 – 06/30/81   49/99/6409/01<br>06/30/81 – 06/30/82   49/6409/01<br>06/30/82 – 06/30/83   49/6409/01<br>06/30/83 – 06/30/84   49/6409/01 |
| Home Insurance Company (INSOLVENT) | 09/24/93 | 10/20/68 – 10/20/69   HEC9304605<br>10/20/69 – 10/20/70   HEC9304605<br>10/20/70 – 06/30/71   HEC9304605<br>10/20/62 – 10/20/63   HEC9543206<br>10/20/63 – 10/20/64   HEC9543206<br>10/20/64 – 10/20/65   HEC9543206<br>10/20/65 – 10/20/66   HEC9544498<br>10/20/66 – 10/20/67   HEC9544498<br>10/20/67 – 10/20/68   HEC9544498<br>06/30/71 – 06/30/72   HEC9919945<br>06/30/72 – 06/30/73   HEC9919945<br>06/30/73 – 06/30/74   HEC9919945 |
| Home Insurance Company (INSOLVENT) | 11/14/97 | 02/27/73 – 06/30/73   HEC4356740 |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| Lloyd's Underwriters and Underwriter Third Party Beneficiaries, all as defined in the Amended and Restated Settlement Agreement and Mutual Release dated July 17, 2009* | 07/17/09 | Pursuant to the 07/17/09 Amended and Restated Settlement Agreement and Mutual Release and only as to the Lloyd's Underwriters portion of the following policies:<br>05/17/66 – 10/20/66   66/180390<br>10/20/66 – 10/20/67   66/180390<br>10/20/67 – 10/20/68   66/180390<br>06/30/74 – 06/30/75   74DD662C<br>06/30/75 – 06/30/76   74DD662C<br>06/30/76 – 06/30/77   74DD662C<br>07/17/74 – 06/30/75   74DD663C<br>06/30/75 – 06/30/76   74DD663C<br>06/30/76 – 06/30/77   74DD663C<br>06/30/76 – 06/30/77   76DD1595C<br>06/30/77 – 06/30/78   76DD1595C<br>06/30/78 – 06/30/79   76DD1595C<br>06/30/77 – 06/30/78   77DD1631C<br>06/30/77 – 06/30/78   77DD1632C<br>06/30/77 – 06/30/78   77DD1826C<br>06/30/78 – 06/30/79   78DD1417C<br>06/30/78 – 06/30/79   78DD1418C<br>06/30/78 – 06/30/79   78DD1419C<br>06/30/78 – 06/30/79   78DD1420C<br>06/30/79 – 06/30/80   79DD1634C<br>06/30/79 – 06/30/80   79DD1635C<br>06/30/79 – 06/30/80   79DD1636C<br>06/30/79 – 06/30/80   79DD1637C<br>06/30/79 – 06/30/80   79DD1638C<br>06/30/80 – 06/30/81   80DD1643C<br>06/30/81 – 06/30/82   80DD1643C<br>06/30/80 – 06/30/81   80DD1644C<br>06/30/80 – 06/30/81   80DD1645C<br>06/30/80 – 06/30/81   80DD1646C<br>06/30/80 – 06/30/81   80DD1647C<br>11/14/69 – 10/20/70   914/1/4116<br>10/20/70 – 06/30/71   914/1/4116 |

* Void if Lloyd's Underwriters exercise the termination clause in the settlement agreement.

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| | | 10/20/68 – 10/20/69    914-102502 |
| | | 10/20/69 – 10/20/70    914-102502 |
| | | 10/20/70 – 06/30/71    914-102502 |
| | | 06/30/71 – 06/30/72    914105953 |
| | | 06/30/72 – 06/30/73    914105953 |
| | | 06/30/73 – 06/30/74    914105953 |
| | | 06/30/82 – 06/30/83    KY017782 |
| | | 06/30/83 – 06/30/84    KY017782 |
| | | 06/30/84 – 06/30/85    KY017782 |
| | | 06/30/82 – 06/30/83    KY017882 |
| | | 06/30/82 – 06/30/83    KY017982 |
| | | 06/30/83 – 06/30/84    KY048183 |
| | | 06/30/84 – 06/30/85    KY048183 |
| | | 06/30/83 – 06/30/84    KY048283 |
| | | 06/30/84 – 06/30/85    KY048283 |
| | | 06/30/81 – 06/30/82    PY030181 |
| | | 06/30/81 – 06/30/82    PY030281 |
| | | 06/30/81 – 06/30/82    PY030381 |
| | | and all known or unknown policies subscribed to by Certain Underwriters' at Lloyd's London incepting before 01/01/98 issued to W.R. Grace. |
| London Market Insurance Companies: | 08/10/09 | Pursuant to the 08/10/09 Amended and Restated Settlement Agreement and only as to the Certain London Market Insurance Companies portions of the following policies: |
| Accident & Casualty Insurance Company of Winterthur (2 A/C) | | 05/17/66 – 10/20/66    66/180390 |
| American Home Insurance per Tower X | | 06/30/74 – 06/30/75    74DD662C |
| Argonaut Northwest Insurance Co. Ltd. | | 06/30/75 – 06/30/76    74DD662C |
| Bishopsgate Insurance Company, Ltd. | | 06/30/76 – 06/30/77    74DD662C |
| CNA Reinsurance of London, Ltd. | | 07/17/74 – 06/30/75    74DD663C |
| Compagnie D'Assurances Maritimes Aeriennes & Terrestres Societe Anonyme | | 06/30/75 – 06/30/76    74DD663C |
| Dominion Insurance Company, Ltd. | | 06/30/76 – 06/30/77    74DD663C |
| Harper Insurance Ltd., formerly known as Turegum Ins. Co. | | 06/30/77 – 06/30/78    77DD1631C |
| London & Edinburgh General Insurance Co., Ltd. | | 06/30/77 – 06/30/78    77DD1632C |
| London & Edinburgh General Insurance Co., Ltd (per Tower Underwriting Management, Ltd.) | | 06/30/77 – 06/30/78    77DD1826C |
| | | 06/30/78 – 06/30/79    *78DD1417C |
| London & Edinburgh General Insurance Co., Ltd. ("WM" "A/C") | | 06/30/78 – 06/30/79    78DD1418C |
| National Casualty Company of America Ltd. | | 06/30/78 – 06/30/79    78DD1420C |
| Sphere Drake Insurance Company | | 06/30/79 – 06/30/80    79DD1635C/PY0107979 |
| Stronghold Insurance Company, Ltd. | | 06/30/79 – 06/30/80    79DD1636C/PY108079 |

NYDOCS1-901999.12

As of February 21, 2011

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I | |
|---|---|---|---|
| Tenecom Insurance Company, Ltd.. as Part VII Transferee from Winterthur Swiss Insurance Company<br>Tenecom Insurance Company, Ltd., formerly known as Yasuda Fire & Marine Insurance Company of Europe Ltd.<br>Terra Nova Insurance Co., Ltd.<br>Unionamerica Insurance Company, Ltd., as Part VII Transferee from St. Katherine Insurance Co., Ltd.<br>Unionamerica Insurance Company, Ltd., as Part VII Transferee from St. Katherine Insurance Co., Ltd. (X A/C)<br>World Auxiliary Insurance Corp. Ltd.<br>("Certain London Market Insurance Companies") | | 06/30/79 – 06/30/80<br>06/30/80 – 06/30/81<br>06/30/81 – 06/30/82<br>06/30/80 – 06/30/81<br>06/30/80 – 06/30/81<br>06/30/80 – 06/30/81<br>06/30/82 – 06/30/83<br>06/30/83 – 06/30/84<br>06/30/84 – 06/30/85<br>06/30/82 – 06/30/83<br>06/30/83 – 06/30/84<br>06/30/84 – 06/30/85<br>06/30/81 – 06/30/82<br>06/30/81 – 06/30/82<br>11/01/81 – 06/30/82 | 79DD1638C/PY011879<br>80DD1643C/PY107880<br>80DD1643C/PY107880<br>80DD1644C/PY107980<br>80DD1645C/PY108080<br>80DD1647C/PY111880<br>KY017782<br>KY017782<br>KY017782<br>KY017882<br>KY048183<br>KY048183<br>PY030181<br>PY030281<br>KY003382 |
| Maryland Casualty Company | 09/01/91 | 06/30/67 – 06/30/68<br>06/30/68 – 06/30/69<br>06/30/69 – 06/30/70<br>06/30/70 – 06/30/71<br>06/30/71 – 06/30/72<br>06/30/72 – 06/30/73<br>06/30/62 – 06/30/63<br>06/30/63 – 06/30/64<br>06/30/64 – 06/30/65<br>06/30/65 – 06/30/66<br>06/30/66 – 06/30/67<br>and any and all primary general liability policies issued by Maryland Casualty Company to W.R. Grace prior to 1973. | 31-278301<br>31-278301<br>31-278301<br>31-R-911051<br>31-R-911051<br>31-R-911051<br>96-205800<br>96-224900<br>96-243400<br>96-257400<br>96-269500 |
| Maryland Casualty Company | 03/18/96 | 10/20/68 – 10/20/69<br>10/20/69 – 10/20/70<br>10/20/70 – 06/30/71<br>06/30/71 – 06/30/72<br>06/30/72 – 06/30/73<br>06/30/73 – 06/30/74<br>and all known and unknown excess insurance policies issued by Maryland Casualty Company to W.R. Grace. | WRG-1<br>WRG-1<br>WRG-1<br>WRG-2<br>WRG-2<br>WRG-2 |

14

As of February 21, 2011

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| Munich Reinsurance America, Inc. (f/k/a American Re-Insurance Company) | 06/08/10 | Pursuant to the 06/08/10 Amended and Restated Asbestos Settlement Agreement and only as to the following policies:<br>06/30/73 – 06/30/74    M-0085374<br>06/30/74 – 06/30/77    M-1025776 |
| North Star Reinsurance Corporation | 04/14/10 | Pursuant to the 04/14/10 Settlement Agreement and Mutual Release and only as to the following policies:<br>07/17/74 – 06/01/75    NXS12398 |
| Royal Indemnity Company | 01/05/95 | 04/01/60 – 04/01/61    RLG021620<br>04/01/61 – 04/01/62    RLG021621<br>04/01/62 – 04/01/63    RLG021622<br>04/01/59 – 04/01/60    RLG021629<br>04/01/55 – 04/01/56    RLG035805<br>04/01/56 – 04/01/57    RLG045762<br>04/01/57 – 04/01/58    RLG045836<br>04/01/58 – 04/01/59    RLG053959<br>03/31/53 – 03/31/54    RLG27635<br>03/31/54 – 04/01/55    RLG31840 |
| Royal Indemnity Company, Arrowpoint Capital Corp., and Arrowood Indemnity Company, individually, and as corporate successor-in-interest to Royal Indemnity Company (conditional upon Approval Order becoming a Final Order) | 06/17/09 | Pursuant to the 06/17/09 Settlement Agreement and only as to the following policies:<br>04/01/60 – 04/01/61    RLG021620<br>04/01/61 – 04/01/62    RLG021621<br>04/01/62 – 04/01/63    RLG021622<br>04/01/59 – 04/01/60    RLG021629<br>04/01/55 – 04/01/56    RLG035805<br>04/01/56 – 04/01/57    RLG045762<br>04/01/57 – 04/01/58    RLG045836<br>04/01/58 – 04/01/59    RLG053959<br>03/31/53 – 03/31/54    RLG27635<br>03/31/54 – 04/01/55    RLG31840<br>03/31/50 – 03/31/53    RLG017235<br>06/30/83 – 06/30/84    ED102071<br>06/30/84 – 06/30/85    ED102834<br>00/00/00 – 05/26/68    LU273162 |
| Swiss Reinsurance Company and European Reinsurance Company of Zurich | 12/01/10 | Pursuant to the 12/01/10 Settlement Agreement and only as to the following policies:<br>06/30/77 – 06/30/78    Swiss Reinsurance  ZH/R4020/0601<br>06/30/78 – 06/30/79    Swiss Reinsurance  ZH/R4020/0601<br>06/30/79 – 06/30/80    European Gen Re  FU78819413178<br>06/30/79 – 06/30/80    European Gen Re  FU78819413679 |

As of February 21, 2011

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| | | 06/30/80 – 06/30/81   European Gen Re  FU7881941318O<br>06/30/80 – 06/30/81   European Gen Re  FU7881941368O |
| TIG Insurance Company (f/k/a Transamerica Insurance Company) | 07/29/10 | Pursuant to the 07/29/10 Amended and Restated Asbestos Bodily Injury Settlement Agreement and only as to the following policy:<br>06/30/84 – 06/30/85   USE13397786 |
| Unigard Security Insurance Company (n/k/a Seaton Ins. Co.) | 08/06/92 | Only the "Products" coverage portion of the following policy:<br>06/30/74 – 06/30/75   1-2517 |
| Unigard Security Insurance Company (n/k/a Seaton Ins. Co.) | 05/15/95 | 02/27/73 – 06/30/73   1-0589<br>06/30/73 – 06/30/74   1-0589<br>06/30/74 – 06/30/75   1-0589 |
| U.S. Fire Insurance Company | 09/11/95 | Pursuant to the 09/11/95 Settlement Agreement and only as to the "Products" coverage portion of the following policies:<br>10/20/68 – 10/20/69   XS2108<br>10/20/69 – 10/20/70   XS2108<br>10/20/70 – 06/30/71   XS2108 |
| Zurich Insurance Company Ltd. and Zurich International (Bermuda) Ltd. | 11/11/09 | Pursuant to the 11/11/09 Settlement Agreement and only as to the following policies:<br>06/30/76-06/30/77   IRDSR4010<br>06/30/77-06/30/78   IRDSR401072<br>06/30/78-06/30/79   Z17052/3<br>06/30/79-06/30/80   Z17052/4<br>06/30/80-06/30/81   ZIB7434/5<br>06/30/81-06/30/82   ZIB763181C<br>06/30/81-06/30/82   ZIB763281C<br>06/30/82-06/30/83   ZIB763182C<br>06/30/83-06/30/84   ZIB7063183C<br>06/30/84-06/30/85   ZIB7096484C<br>06/30/84-06/30/85   ZIB7063184C |

NYDOCS1-901999.12