**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |

**NOTICE OF SUBMISSION OF BLACKLINES OF EXHIBITS 5 AND 6 TO JOINT
PLAN OF REORGANIZATION**

Please take notice that the above-captioned debtors (the "Debtors"), together with the

Official Committee of Asbestos Personal Injury Claimants, the Official Committee of Equity

Security Holders, and the Asbestos PI Future Claimants' Representative (collectively the "Plan

Proponents"), hereby submit blacklines of (1) Exhibit 5 to the Joint Plan (the Schedule of Settled

Asbestos Insurance Companies Entitled to § 524(g) Protection), and (2) certain schedules to

Exhibit 6 to the Joint Plan (the Asbestos Insurance Transfer Agreement) to reflect updates to

Exhibits 5 and 6 described in the Notice of Submission of Conformed Joint Plan as of December

23, 2010, which has been filed contemporaneously herewith.  Clean copies of Exhibits 5 and 6

(including the schedules to Exhibit 6) are being filed as part of the conformed Joint Plan as of

December 23, 2010.

Dated: February 21, 2011                    Respectfully submitted,


                                    KIRKLAND & ELLIS LLP
                                    John Donley
                                    Adam Paul
                                    300 North LaSalle
                                    Chicago, IL 60654
                                    Telephone: (312) 862-2000
                                    Facsimile: (312) 862-2200

                                    Deanna D. Boll
                                    601 Lexington Avenue
                                    New York, NY 10022
                                    Telephone: (212) 446-4800
                                    Facsimile: (212) 446-4900

                                    and


                                    BAER HIGGINS FRUCHTMAN LLC
                                    Janet S. Baer
                                    111 East Wacker Drive, Suite 2800
                                    Chicago, IL 60601
                                    Telephone: (312) 836-4022
                                    Facsimile: (312) 577-0737

                                    and


                                        */s/ James E. O'Neill*
                                    PACHULSKI, STANG, ZIEHL & JONES LLP
                                    Laura Davis Jones (Bar No. 2436)
                                    James E. O'Neill (Bar No. 4042)
                                    Timothy Cairns (Bar No. 4228)
                                    919 North Market Street, 16th Floor
                                    P.O. Box 8705
                                    Wilmington, DE 19899-8705
                                    (Courier 19801)
                                    Telephone: (302) 652-4100
                                    Facsimile: (302) 652-4400

                                    *Counsel for the Debtors and Debtors in Possession*

CAMPBELL & LEVINE, LLC


___*/s/ Mark T. Hurford*_____
Mark T. Hurford (No. 3299)
800 N. King Street, Suite 300
Wilmington, DE 19801
Telephone:  (302) 426-1900
Facsimile:  (302) 426-9947
mhurford@camlev.com


and

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

Peter Van N. Lockwood
Jeffrey A. Liesemer
Kevin Maclay
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone:  (202) 862-5000
Facsimile:  (202) 429-3301

*Counsel for the Official Committee of Asbestos
Personal Injury Claimants*

PHILLIPS, GOLDMAN & SPENCE, P.A.


    */s/ John C. Phillips*
John C. Phillips (Bar No. 110)
1200 North Broom Street
Wilmington, DE 19806
Telephone:  (302) 655-4200
Facsimile:  (302) 655-4210

<u>and</u>

ORRICK, HERRINGTON & SUTCLIFFE LLP
Roger Frankel
Richard H. Wyron
Debra L. Felder
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

*Counsel for David T. Austern, Asbestos PI Future Claimants' Representative*

SAUL EWING LLP

_____/s/ Teresa K.D. Currier_____
Teresa K.D. Currier (Bar No. 3080)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone:  (302) 421-6800
Facsimile:  (302) 421-6813

and

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley
Gregory Horowitz
Douglas Mannal
David Blabey
1177 Avenue of the Americas
New York, NY 10022
Telephone:  (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the Official Committee of Equity Security Holders*