## SCHEDULE 2

### SCHEDULE OF ASBESTOS INSURANCE SETTLEMENT AGREEMENTS

| INSURER | DATE OF AGREEMENT |
|---|---|
| AG Insurance | 12/7/2009 |
| Allianz Companies | 11/9/2009 |
| Allstate Insurance Company | 8/14/2009 |
| Associated International Insurance Company | 11/5/2010 |
| Bermuda Fire & Marine Insurance Company Limited | 5/27/1998 |
| Chartis Insurance Companies | 9/11/2009 |
| CNA Companies (subject to the Approval Order becoming a Final Order) | 11/18/2010 |
| Continental Casualty Company | 8/1/1990 |
| Employers Insurance of Wausau | 6/24/2010 |
| Employers Mutual Casualty Company | 3/26/2010 |
| English & American Insurance Company Limited | 10/15/1998 |
| Federal Insurance Company | 9/28/2010 |
| Harper Insurance Ltd. | 5/24/2010 |
| Hartford Parties | 8/11/2010 |
| HDI-Gerling Industrie Versicherung AG | 8/5/2010 |
| KWELM Companies | 8/19/1996 |
| KWELMBS Companies | 8/20/2004 |
| Lloyd's Underwriters | 7/17/2009 |
| London Market Insurance Companies | 8/10/2009 |
| Munich Reinsurance America, Ltd. | 6/8/2010 |

## SCHEDULE 2

### SCHEDULE OF ASBESTOS INSURANCE SETTLEMENT AGREEMENTS

| INSURER | DATE OF AGREEMENT |
|---|---|
| North Star Reinsurance Corporation | 4/14/2010 |
| Royal Indemnity Company and other Royal Affiliated Companies | 6/17/2009 |
| Swiss Reinsurance Co. and European Reinsurance Co. of Zurich | 12/1/2010 |
| TIG Insurance Company | 7/29/2010 |
| Transit Casualty Company in Receivership | 1/5/2000 |
| Travelers Casualty and Surety Company | 9/14/2009 |
| Zurich Insurance Company Ltd. and Zurich International (Bermuda) Ltd. | 11/11/2009 |

## SCHEDULE 3

### SCHEDULE OF ASBESTOS INSURANCE REIMBURSEMENT AGREEMENTS

| INSURER | DATE OF AGREEMENT |
|---|---|
| Aetna Casualty and Surety Company (superseded by Travelers Casualty & Surety agreement of 9/14/2009) | 5/22/1996 |
| Allstate Insurance Company (superseded by Allstate agreement dated 8/14/2009) | 2/9/1996 |
| American Home Assurance Company and other AIG Companies (superseded by Chartis agreement dated 9/11/2009) | 11/21/1995 |
| American Home Assurance Company and other AIG Companies (superseded by Chartis agreement dated 9/11/2009) | 11/9/2000 |
| American Re-Insurance Company (superseded by Munich Reinsurance America agreement dated 6/8/2010) | 6/14/1996 |
| Continental Casualty Company (superseded by CNA Cos. agreement dated 11/18/2010, subject to the Approval Order becoming a Final Order) | 5/22/1997 |
| Gerling-Konzern (superseded by HDI-Gerling agreement dated 8/5/2010) | 11/3/1998 |
| Hartford Accident and Indemnity Company and other Hartford Companies (superseded by Hartford Parties agreement dated 8/11/2010) | 10/8/1998 |
| Highlands Insurance Company | 12/1/1998 |
| Eagle Star Insurance Company and Underwriters at Lloyd's, London and Certain London Market Insurance Companies (superseded as to certain insurance companies by London Market Insurance Companies agreement dated 8/10/2009) | 11/17/1995 |
| Mutual Marine Office (EMC) (superseded by Employers Mutual Casualty agreement dated 3/26/2010) | 8/28/1998 |
| TIG Insurance Company (superseded by TIG agreement dated 7/29/2010) | 7/18/2000 |

## SCHEDULE 3

### SCHEDULE OF ASBESTOS INSURANCE REIMBURSEMENT AGREEMENTS

| INSURER | DATE OF AGREEMENT |
|---|---|
| Zurich International (Bermuda) Ltd. (superseded by Zurich agreement dated 11/11/2009) | 6/25/1999 |