**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| IN RE: | |
|---|---|
| ACandS, Inc. | Case No.: 02-12687<br>**Re: D.I. 3658, 3659, 3661** |
| Armstrong World Industries, Inc. | Case No.: 00-4471<br>**Re: D.I. 10719, 10720, 10722** |
| Combustion Engineering, Inc. | Case No.: 03-10495<br>**Re: D.I. 3398, 3399, 3401** |
| The Flintkote Company | Case No.: 04-11300<br>**Re: D.I. 5692, 5694** |
| Kaiser Aluminum Corp. | Case No.: 02-10429<br>**Re: D.I. 10043, 10045** |
| Owens Corning | Case No.: 00-03837<br>**Re: D.I. 20979, 20980, 20982** |
| US Mineral Products Company | Case No.: 01-02471<br>**Re: D.I. 3895, 3896, 3898** |
| USG Corp. | Case No.: 01-02094<br>**Re: D.I. 12615, 12616, 12618** |
| W.R. Grace & Co. | Case No.: 01-01139<br>**Re: D.I. 26356, 26358** |
| Debtors. | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| Mid-Valley, Inc. | Case No.: 03-35592<br>**Re: D.I. 2789, 2790, 2793** |
| North American Refractories Co. | Case No.: 02-20198<br>**Re: D.I. 6997, 6999** |
| Pittsburgh Corning Corp. | Case No.: 00-22876<br>**Re: D.I. 8161, 8163** |
| Debtors. | |

**NOTICE OF SERVICE**

The undersigned counsel to Garlock Sealing Technologies LLC hereby certifies that, on February 18, 2011, the following were served in the manner indicated upon the parties on the service list attached hereto as **Exhibit A**:

- **Motion of Garlock Sealing Technologies LLC for Entry of an Order, Pursuant to 11 U.S.C. § 350(b), Fed. R. Bankr. P. 3020(d), 3022 and 5010, Reopening Chapter 11 Bankruptcy Cases for the Limited Purpose of Seeking Access to 2019 Statements**;

- **Motion of Garlock Sealing Technologies LLC to Intervene For Limited Purpose Of Seeking Access To Judicial Records**; and

- **Notice of (I) Amended Motion of Garlock Sealing Technologies LLC For Orders Authorizing Access to 2019 Statements Filed in this Court and for Related Relief and (II) Related Motions to Intervene In and Reopen Certain Bankruptcy Cases.**

The undersigned counsel to Garlock Sealing Technologies LLC further certifies that, on February 18, 2011, the following were served in the manner indicated upon the parties on the service list attached hereto as **Exhibit B**:

- **Motion of Garlock Sealing Technologies LLC to Intervene For Limited Purpose Of Seeking Access To Judicial Records**; and

- **Notice of (I) Amended Motion of Garlock Sealing Technologies LLC For Orders Authorizing Access to 2019 Statements Filed in this Court and for Related Relief and (II) Related Motions to Intervene In and Reopen Certain Bankruptcy Cases.**

| | |
|---|---|
| Dated: February 21, 2011<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LP<br><br>  /s/Matthew B. Harvey<br>Gregory W. Werkheiser (DE# 3553)<br>Matthew B. Harvey (DE# 35186)<br>1201 North Market Street, 18th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Tel: 302-658-9200<br>Fax: 302-658-3989<br><br>-and-<br><br>Arthur H. Stroyd, Jr. (PA# 15910)<br>Richard A. Swanson (PA#83868)<br>DEL SOLE CAVANAUGH STROYD LLC<br>The Waterfront Building<br>200 First Avenue, Suite 300<br>Pittsburgh, PA  15222<br>Tel: 412-261-2393<br>Fax: 412-261-2110<br><br>-and-<br><br>Garland S. Cassada<br>Richard C. Worf, Jr.<br>ROBINSON, BRADSHAW & HINSON<br>101 North Tryon Street, Suite 1900<br>Charlotte, NC 28246<br>Tel: 704-377-8317<br> Fax: 704-373-391<br><br>*Attorneys for Garlock Sealing Technologies, LLC, Debtor in Possession* |

3