# <u>EXHIBIT A</u>

# GARLOCK CLOSED CASES SERVICE LIST

William P. Bowden Esq.
Richardo Palacio Esq.
Ashby & Geddes
500 Delaware Avenue
PO Box 1150
Wilmington, DE  19899

William P. Bowden
Ricardo Palacio
Don A. Beskrone
Ashby & Geddes
500 Delaware Avenue 8th Floor
Wilmington, DE  19801

Ellen W. Slights
Assistant U.S. Attorney
Chase Manhattan Centre
1007 Orange Street
7th Floor
Wilmington, DE  19801

Ellen W. Slights Esq.
Assistant United States Attorney
1201 Market Street
Suite 1100
Chase Manhattan Ctr
Wilmington, DE  19801

Charlene D. Davis
Michael L. Vild
Bayard P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE  19801

Ian Connor Bifferato
Bifferato Gentilotti & Biden
1308 Delaware Avenue
Buckner Building
P.O. Box 2165
Wilmington, DE  19899-2165

Brian L. Colborn
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE  19801

Teresea K.D. Currier
Eric L. Schnabel
Magdeline D. Coleman
Buchanan Ingersoll & Rooney
The Brandywine Building
1000 West Street
Suite 1410
Wilmington, DE  19801

Marla Rosoff Eskin
Kathleen Campbell Davis
Campbell & Levine
800 King Street
Suite 300
Wilmington, DE  19801

Marla Rosoff Eskin Esq
Campbell & Levine LLC
800 King Street
Suite 300
3rd Floor
Wilmington, DE  19801

Marc J. Phillips
Karen C. Bifferato
Jeffrey C. Wisler
Connoly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19801

Mark E. Felger
David W. Carickhoff Jr.
Jeffrey R. Waxman
Cozen & O'Conner PC
Chase Mahattan Centre
1201 North Market Street
Suite 1400
Wilmington, DE  19801

Jeffrey R. Waxman
Cozen O'Connor
1201 N. Market Street
Suite 1400
Wilmington, DE  19801

Adam Hiller Esq.
Draper & Goldberg P.L.L.C.
1500 North French Street
2nd Floor
Wilmington, DE  19801

Michael R. Lastowski
Duane Morris & Heckscher LLP
1100 N. Market Street
Suite 1200
Wilmington, DE  19801

Michael R. Lastowski
Richard W. Riley
Fredrick B. Rosner
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE  19801

Susan F. Herr
Dupont Legal D-7156
1007 Market Street
Wilmington, DE  19898

Stuart M. Brown
Edwards and Angell LLP
919 North Market Street
Wilmington, DE  19801

William E. Chipman Jr.
Mark D. Olivere
Edwards Angell Palmer & Dodge LLP
919 N. Market Street Suite 1500
Wilmington, DE  19801

William J Marsden Jr Esq
Fish & Richardson PC
919 North Market Street
Suite 1100
Wilmington, DE  19801

Neal J. Levitsky
Foxrothchilds LLP
919 N. Market Street
Suite 1300
Citzens Bank Center
Wilmington, DE  19801

Victoria W. Counihan
Dennis A. Meloro
Greenberg Traurig LLP
The Nemours Building
1007 N. Orange Street
Suite 1200
Wilmington, DE  19801

Henry A. Heiman
Heiman Gouge & Kaufman LLP
800 King Street
P.O. Box 1674
Suite 303
Wilmington, DE  19801

Kevin Gross Esq
Herbert W Mondros Esq
Rosenthal Monhait Gross & Goddess PA
919 Market Street
Suite 1401
Wilmington, DE  19801

Richard Shepacarter Esq
J. Caleb Boggs Federal Building
844 N. King Street
Suite 2313
Lock Box 35
Wilmington, DE  19801

Robert Jacobs Esq.
Jacobs & Crumplar PA
2 East 7th Street
P. O. Box 1271
Wilmington, DE  19899

Sasha L. Azar
Jaspan Schlesinger Hoffman LP
1201 North Orange Street
Suite 1001
Wilmington, DE  19801

Joanne B. Wills
Richard M. Beck Jr.
Steven K Kortanek Esq.
Klehr Harrison Harvey Branzburg
  & Ellers LLP
919 N. Market Street
Suite 1000
Wilmington, DE  19801

Adam G. Landis
Landis Rath & Cobb LLP
919 Market St. Ste. 600
Wilmington, DE  19801

Richard Cobb Esq.
Rebecca Butcher Esq.
Landis Rath & Cobb LLP
919 Market Street
Suite 600
Wilmington, DE  19801

Christopher D. Loizides Esq
Loizides PA
1225 King Street
Suite 800
Wilmington, DE  19801

Brian L. Kasprzak
Marks O'Neill O'Brien and Courtney P.C.
913 North Market Street Suite 800
Wilmington, DE  19801

Katharine L. Mayer Esq
McCarter & English LLP
919 North Market Street Suite 1800
Post Office Box 111
Wilmington, DE  19899

William F. Taylor Jr.
Jennifer M. Zelvin
McCarter & English LLP
Mellon Bank Center
919 Market Street
Suite 1800
Wilmington, DE  19801

Richard G. Placey
Montgomery McCracken Walker
     & Rhoads LLP
1105 Market Street
15th Floor
Wilmington, DE  19801

Stephen M. Miller
Brett D. Fallon
Carl N. Kunz III
Morris James LLP
500 Delaware Avenue
P.O. Box 2306
Wilmington, DE  19899

Richard Schepacarter
David Klauder
Office of the United States Trustee
844 N. King Street Suite 2207
Wilmington, DE  19801

Laura Davis Jones
Curtis Hehn
Pachulski Stang Ziehl & Jones LLP
919 North Market Street 17th Floor
Wilmington, DE  19801

Vito I DiMaio
Parcels Inc
917 King Street
Wilmington, DE  19801

Michael Crimi
Parcels/DDR
200 W. North Street
Lower Level
Wilmington, DE  19801

 David B. Stratton
James C. Carignan
Henry Jaffe
Pepper Hamilton LLP
Hercules Plaza Ste 5100
1313 Market Street
Wilmington, DE  19899

Stephen W. Spence
John C. Phillips Jr.
Robert S. Godlman
Phillips Goldman & Spence
1200 N. Broom Street
Wilmington, DE  19806

Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 N. Market Street
6th Floor
P.O. Box 951
Wilmington, DE  19801

J. Michael Johnson
Rawle & Henderson
300 Delaware Avenue
Wilmington, DE  19801

Mark D. Collins
Jason M. Madron
Daniel J. DeFranceschi
Paul N Heath
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19801

Carmella P. Keener
Rosenthal Monhait Gross
     & Goddess P.A.
919 Market Street
Suite 1401
P.O. Box 1070
Wilmington, DE  19801

Mark Minuti Esq
Saul Ewing LLP
222 Delaware Avenue
Suite 1200
P. O. Box 1266
Wilmington, DE  19899

Kathleen M. Miller
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
7th Floor
Wilmington, DE  19801

John D. Demmy Esq.
Stevens & Lee PC
1105 North Market Street
7th Floor
Wilmington, DE  19801

Charlene D. Davis
Eric M. Sutty
Neil B. Glassman
DianClaudio Finizio.
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE  19801

Daniel K. Hogan
The Hogan Firm
1311 Delaware Aveue
Wilmington, DE  19806

Scott J. Leonhardt
The Rosner Law Group LLC
1000 N. West Street Suite 1200
Wilmington, DE  198081

Richard Shepacarter and Frank J. Perch III
United States Trustee
844 King Street Room 2207
Wilmington, DE  19899-0035

Kennth E. Aaron
Weir & Partners LLP
824 Market Street Mall
P.O. Box 708
Wilmington, DE  19899

Brian A. Sullivan
Amy D. Brown
Werb & Sullivan
300 Delaware Avenue 13th Floor
Wilmington, DE  19801

Linda M. Carmichael; James Yoder
White & Williams LLP
824 North Market Street
Suite 902
P.O. Box 709
Wilmington, DE  19801

 Steven M. Cimalore
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE  19890

Francis A. Monaco Jr.
Womble Carlyle Sandridge & Rice PLLCC
222 Delaware Avenue 15th Fl.
Wilmington, DE  19801

Francis A. Monico Jr. Esq
Womble Caryle Sandridge & Rice
222 Delaware Avenue
Wilmington, DE  19801

Edwin J Harron Esq
Young Conaway Stargatt & Taylor LLP
1000 West Street
17th Floor
Wilmington, DE  19801

James L. Patton Jr.
Sharon M. Zeig
Curtis J. Crowther
Sean Greecher
Young Conway Stargatt
  & Taylor LLP
The Brandywine Building
1000 West Street
17th Floor
Wilmington, DE  19801

Ellen Slights
Chemical Bank Plaza
1201 Market Street
Suite 1100
Wilmington, DE  19801

**VIA FIRST CLASS U.S. MAIL**

Alkon Rhea & Hart
2115 Queen St.
Christiansted
St. Croix,  00820
US Virgin Islands

Patrick Kron Chairman & CEO
Alstom
3 Avenue Andre Malraux
Levallois-Perret,  92309
FRANCE

John Mark Stern
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

Matthew Bergman Esq
Bergman Senn Pageler & Frockt
P O Box 2010
Vashon, WA  98070

Phyllis A. Hayes
c/o D&B/RMS Bankrutpcy Services
P.O. Box 5126
Timonium, MD  21094

Bill Angelowitz
Daily Insights
JAF Box 3127
New York, NY  10116

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

District Director
Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114-0326

Nancy Worth Davis Esq
Joseph F Rice Esq
Motley Rice LLC
28 Bridgeside Blvd
P O Box 1792
Mt Pleasant, SC  29465

Thomas P Chapman Esq
Law Offices of Scott B Clendaniel
300 Windsor Street
PO Box 2138
Hartford, CT  06145-2138

Attn: Bonita Sandoz Supervisor
Los Angeles County Treasurer and Tax
Collector
P. O. Box 54110
Revenue and Enforcement
Los Angeles, CA  90054-0110

Gary L Barnhart Esq
Missouri Dept of Revenue
General Counsel's Office
301 High Street
Room 670
PO Box 475
Jefferson City, MO  65105-7232

Rose Klein & Marias Client Trust Acct
PO Box 22792
Long Beach, CA  90801

Div of Corp - Franchise Tax
Secretary of State
PO Box 7040
Dover, DE  19903

Secretary of Treasury
P.O. Box 7040
Dover, DE  19903

Jennifer L. Best Esq.
Lindsey W. Cooper Jr Esq.
Trial Attorney Tax Division
U. S. Dept of Justice
P. O. Box 227
Ben Franklin Station
Washington, DC  20044

Janet Fitzpatrick
Unisys Corporation
P.O. Box 500
Unisys Way M/S E8-108
BlueBall, PA  19424

Mark  S. Palmer
P.O. Box 2045
Pittsburgh, PA  15230-2045

James Hipolit
ACandS Inc
Corporate Headquarters
120 North Lime Street
PO Box 1268
Lancaster, PA  17608

Brad A. Berish
Chad H. Gettleman
Adelman Gettleman Merens
    Berish & Carter LTD
53 West Jackson Blvd
Suite 1050
Chicago, IL  60604

Stephen C. Hunt
Adorno & Yoss
350 E. Las Olas Boulevard
Suite 1700
FortLauderdale, FL  33301

Charles M. Tatelbaum
Stephen C. Hunt
Adorno & Yoss P.A.
350 E. Las Olas Blvd
Suite 1700
FortLauderdale, FL  33301

Thomas L. Jacob
Air Products and Chemicals Inc.
7201 Hamilton BLVD.
Alentown, PA  18195-1501

David Boyle
Airgas Inc.
P.O. Box 6675
259 Radnor-Chester Road
Suite 100
Radnor, PA  19087

Joseph Alban
Airgas Inc.
259 Radnor-Chester Road
Suite 100
P.O. Box 100
Radnor, PA  19087-8675

Robert J. Stark
David H. Botter
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY  10022

Stanley J. Samorajczyk
Mark D. Taylor
Akin Gump. Strauss Hauer
  & Feld LLP
1333 New Hampshire Avenue NW
Washington, DC  20036

Chad H. Gettleman
Brad A. Berish
Aldelman Gettleman Merens
  Berish & Carter LTD
53 West Jackson Blvd.
Suite 1050
Chicago, IL  60604

Jonathan C. Hantke Esq
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX  77032

Leslie E. Maldonado
Sheri Levine
Amroc Investments Inc.
535 Madison Avenue
15th Floor
New York, NY  10022

J. Andrew Rahl Jr. Esq
Anderson Kill & Olick PC
1251 Avenue of the Americas
New York, NY  10020

Hugh Ray Esq
Andrews Kurth LLP
600 Travis Suite 4200
Houston, TX  77002

Thomas M. Fuller
Angelo Gordon & Co.
245 Park Avenue
26th Floor
New York, NY  10167

Antonio D. Pyle
Antonio D. Pyle P.C.
227 Upper Baird Road
Stowe, VT  05672

John V. Fiorella
Archer & Greiner
One Centennial Square
Haddonfield, NJ  08033-0968

Michael W. Sozansky
Archer & Greiner PC
1 State Route 12
Suite 201
Flemington, NJ  08822-7702

Walter T. Gangl
Kenneth Jacobs
Mary Huwalt
Armstrong World Industries Inc.
2500 Columbia Avenue
Building 701
Lancaster, PA  17603

ARPC
1220 19th Street NW
Suite 700
Washington, DC  20036

John E. Rodewald Esq
Arthur F. Brandt Esq
Bates & Carey
191 N. Wacker Drive Suite 2400
Chicago, IL  60606

William P. Bowden
Ashby & Geddes P.A.
P.O. Box  1150
500 Delaware Avenue 8th Floor
Wilmington, DE  19801

Oscar B. Fears III
Assistant Attorney General
40 Capital Square S.W.
Atlanta, GA  30334

Denise S. Mondell
Assistant Attorney General
P.O. Box 120
55 Elm Street Fourth Floor
Hartford, CT  06141-0120

 Heather L. Donald
Assistant Attorney General State of
Michigan
3030 West Grand Boulevard
Suite 10-200
Detroit, MI  48202

Terrence P. Grady
Assistant Attorney General
Finance Division
One Michigan Avenue Building
120 N. Washington Square
Suite 400
Lansing, MI  48909

Joan E. Pilver
Assistant Attorney General
Office of the Attorney General
55 Elm Street Fifth Floor
P.O. Box 120
Hartford, CT  06141-0120

Eugene J. Kottenstette
Assistant City Attorney
Land Use & Revenue Section
201 West Colfax Ave
Dept 1207
Denver, CO  80202-3275

Jonathan H. Alden
Assistant General Counsel
3900 Commonwealth Boulevard
Tallahassee, FL  32399-3000

Andrew E. Shirley
Avenue Capital Mangement LLC
535 Madison Avenue
New York, NY  10022

Joseph L. Ruby
Baach Robinson & Lewis
1201 F Street N.W. #500
Washington, DC  20004

Jack L. Kinzie Esq.
Michael C. Li Esq.
Baker Botts LLP
2001 Ross Avenue
Dallas, TX  75201

Tony M. Davis Esq.
Baker Botts LLP
910 Louisiana
One Shell Plaza
Houston, TX  77002-4995

Tony M. Davis Esq
Baker Botts LLP
One Shell Plaza
910 Louisiana
Houston, TX  77002

Scott Baldwin Jr.
Baldwin & Baldwin LLP
400 W. Houston Street
Marshall, TX  75670

Rosa Dominy
Bankruptcy Adminstration
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

Robert A. Simon
Barlow Garsek & Simon
3815 Lisbon Street
Fort Worth, TX  76107

Alan B. Rich
Baron & Budd P.C
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX  75219

Robert Delatte
Raymond E. Wadas
Kirk S. Richardson
Baron & Budd P.C.
3102 Oak Lawn Avenue Suite 1100
Dallas, TX  75219

Alan B. Rich
Baron & Budd P.C.
3102 Oak Lawn Avenue Suite 1100
Dallas, TX  75219

Alan B. Rich Esq
Baron & Budd PC
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX  75219

Alan B. Rich
Baron & Budd PC
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX  75219

Byran A. Shapiro
Bear Stearns & Co. Inc.
383 Madison Avenue
New York, NY  10179

Arthur J. Spector
Berger Singerman P.A.
350 East Las Olas Blvd
Suite 1000
Fort Lauderdale, FL  33301

Bergman Senn Pageler & Frockt In Trust
17530 Vashon Hwy SW
Burton, WA  98013

Steven M. Crane Esq
Berkes Crane Robinson & Seal LLP
515 South Figueroa Street
Suite 1500
Los Angeles, CA  90071

Robert S. Bernstein Esq
Bernstein Law Firm P.C.
Suite 2200 Gulf Tower
Pittsburgh, PA  15219

Craig W. Budner Esq
Beth W. Bivans Esq
Hughes & Luce L.L.P.
1717 Main Street Suite 2800
Dallas, TX  75201

Bevan & Associates
10360 Northfield Road
Northfield, OH  44067

Scott L. Baena and Matthew I. Kramer
Bilzin Sumberg Baena Price & Axelrod LLP
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL  33131-2336

Scott E. Blakeley
Blakeley & BlakeleyLLP
2030 Main Street
Suite 540
Irvine, CA  92614

Stanley G. Makoroff Esq
Blumling & Gusky LLP
1200 Koppers Building
Pittsburgh, PA  15219

Jacob A. Maurer
Robert D. Wildstein
Bodker Ramsey Andrews Wingrad
3490 Piedmont Road NE
Suite 1400
Atlanta, GA  30305-4810

Boechler PC Attorneys at Law
1120  28th Avenue N Suite A
Fargo, ND  58102-1334

Patrick Darby
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL  35203

Stephanie Lee
Brandt Coon Associates
1888 East Capital Street
One Jackson Place Suite 1375
Jackson, MS  39201

Alan R Brayton
Jacqueline Loveless
Brayton & Purcell
222 Rush Landing Road
Novato, CA  94945

Thomas S. Hemmendinger
Brennan Recupero Cascione
    Scungio & McAllister LLP
362 Broadway
Providence, RI  02909

Tony Malley
Brent Coon & Associates
3550 Fannin
Beaumont, TX  77701

Jay L. Gottlieb
Brown Raysman Millstein
    Felder & Steiner LLP
900 Third Avenue
23rd Floor
New York, NY  10022

Edward S. Weisfelner
John Biedermann
Brown Rudnick Berlack Israels LLP
Seven Times Square
New York, NY  10036

Lloyd A. Palans
Bryan Cave LLP
One Metroplitan Square
211 North Broadway
Suite 3600
St.Louis, MO  63102-2750

Mary Beth Forshaw Esq
Bryce Friedman Esq
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY  10017-3954

Shawn M. Christianson
Buchalter Nemer Fields & Younger
333 Market Street 25th Floor
San Francisco, CA  94105-2130

Stuart M. Brown
Buchanan Ingersoll PC
Eleven Penn Center
1835 Market Street
14th Floor
Philadelphia, PA  19103-2985

Christopher P. Schueller Esq
Buchanan Ingersoll Professional
Corporation
301 Grant Street - 20th Floor
One Oxford Centre
Pittsburgh, PA  15219-1410

Robert Rubin
Burr & Forman LLP
420 North 20th Street Suite 3100
Birmingham, AL  35203

Anthony Herrling
Burson-Marsteller
230 Park Avenue South
New York, NY  10003

Byrd & Associates
427 Fortification Street
Jackson, MS  39202

Paul Falick
c/o Prior Chemical Corporation
460 Park Avenue
New York, NY  10022

Donald R. Calaiaro Esq
Calaiaro Corbett & Brungo P.C.
Grant Building Suite 1105
330 Grant Street
Pittsburgh, PA  15219-2202

Philip E Milch Esq
Campbell & Levine LLC
1700 Grant Building
Pittsburgh, PA  15219

David E. Cherry
Campbell Cherry Harrison
   Davis & Dove PC
5 Ritchie Road
P.O. Box 21387
Waco, TX  76702-1387

Elihu Inselbuch
Rita Tobin
Caplin & Drysdale Chartered
375 Park Avenue 35th Floor
New York, NY  10152

Peter Van N. Lockwood
Nathan D. Finch
Caplin & Drysdale Chartered
One Thomas Circle
Suite 1100
Washington, DC  20005

Michael P. Cascino
Allen D. Vaughan
Cascino Vaughn Law Offices Ltd.
220 S. Ashland Avenue
Chicago, IL  60607

Rathna Chikkalingaiah
Central States Southeast and Southwest
Areas Pension Fund
Legal Department
9377 West Higgins Road
Rosemont, IL  60018-4938

James E. Spiotto
Ann E. Archer
Chapman and Cutler
111 W. Monroe Street
Chicago, IL  60603

John A. Nadas Esq
Choate Hall & Stewart
Exchange Place
53 State Street
Boston, MA  02109

A. Hugh Scott
John A. Nadas
Choate Hall & Stewart LLP
Two International Place
100-150 Oliver Street
Boston, MA  02110

Chris Parks & Associates
1 Plaza Square
Port Arthur, TX  77642

Sean Haas
Citadel Investment Group LLC
131 South Dearborn Street
36th Floor
Chicago, IL  60603

Mark W. Zimmerman Esq
Clausen Miller P.C.
10 South LaSalle Street
Chicago, IL  60603

John A. Peca
Climaco Lefkowitz Peca,
   Wilcox & Garofoli Co. LPA
55 Public Square
Suite 1950
Cleveland, OH  44113

John L Horan Esq
Cline Williams Wright et al
1900 US Bank Bldg
233 South 13th Street
Lincoln, NE  68508

J.W. Taylor c/o Paul Matthews Paralegal
Coastal Transport Inc.
P.O. Drawer 67
Auburndale, FL  33823

Gregg M. Ficks
Coblentz Patch Duffy & Bass LLP
One Ferry Building Suite 200
San Francisco, CA  94111

Jill Locnikar Bradley Esq
Cohen & Grigsby P.C.
11 Stanwix Street 15th Floor
Pittsburgh, PA  15222

William E. Kelleher
Tina L. Campo
Cohen & Grigsby PC
11 Stanwix Street
15th Floor
Pittsburgh, PA  15222

Warren K Takeda
Construction Labors Trust Funds for
Southern California Administrative
Company LLC
4401 Santa Anita Avenue
Suite 201
El Monte, CA  91731-1605

John D Cooney Esq
Cooney & Conway
120 North LaSalle Street
30th Floor
Chicago, IL  60602

Ms. Anne Marie Kennelly
Corporate Counsel
Hewlett-Packard Company
3000 Hanover Street M/S 1050
Palo Alto, CA  94304

Maureen A. McGreevey
Corporate Counsel
680 E. Swedesford Road
Wayne, PA  19087

Thomas M. Korsman
Corporate Trust Services Wells Fargo
Bank Minnesota
Sixth Street & Marquette Avenue
Mac No. N9303-120
Minneapolis, MN  55479

Stephen G. Murphy
Counsel to the Commissioner
Massachusetts Department of Revenue
Litigation Bureau
100 Cambridge Street
7th Floor
P.O. Box 9565
Boston, MA  02114

Mitchell Dolin Esq.
Timothy Greszler Esq.
William P. Skinner
Covington & Burling
1201 Pennsylvania Avenue NW
Washington, DC  20004

Stephen C. Stapleton
Cowles & Thompson
901 Main Street Suite 4000
Dallas, TX  75202

Neal D. Colton
Eric L. Scherling
John J. Dwyer
Cozen and O'Connor
1900 Market Street The Atrium
Philadelphia, PA  19103

Arthur J. Thomas G. Wilkinson Jr.
John C. Cohn
David J. Liebman
Cozen O'Connor
Liberty View Suite 300
457 Haddonfield Road
Cherry Hill, NJ  08002-2220

Christopher J. Panos
Brendan C. Recupero
Craig & Macauley P.C.
600 Atlantic Avenue 29th Floor
Federal Reserve Plaza
Boston, MA  02210

Daniel J. Habeck
Cramer Multhauf & Hammes LLP
P.O. Box 558
1601 East Racine Avenue
Suite 200
Waukesha, WI  53187

Andrew Rebak
Credit Suisse First Boston
11 Madison Avenue
5th Floor
New York, NY   10010

Steven P. Rice Esq.
Crowell & Moring LLP
3 Park Plaza 20th Floor
Irvine, CA   92614-8505

Mark D. Plevin Esq.
Clifton S. Elgarten Esq.
Frederick W. Claybrook Jr. Esq.
Leslie A. Epley Esq.
James T. Hubler Esq.
Crowell & Moring LLP
Seven Times Square
Washington, DC   20004-2595

Mark D. Plevin
Leslie A. Epley
Crowell & Moring LLP
1001 Pennsylvania Avenue N.W.
Washington, DC   20004

David O. McCormick As Trustee
729 Watts Avenue
Pascagoula, MS   39568

Davis & Davis
3000 Briarcrest Drive
Suite 602
P.O. Box 3610
Bryan, TX   77805-3610

James I. McClammy Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY   10017

Traci Fette
Debt Acquisition Company of
    America V LLC
1565 Hotel Circle South #310
SanDiego, CA   92108

Peggy A. Housner
Department of Attorney General,
Assistant AG Revenue Division
First Floor Treasury Building
Lansing, MI   48922

Janet Cradeur
Department of Revenue & Taxation
P.O. Box 66658
BatonRouge, LA   70896

John W. Burns Esq.
Dickie McCamey & Chilcote PC
Two PPG Place
Suite 400
Pittsburgh, PA   15222

Deborah E. Greenspan
Dickstein Shapiro Morin
    & Oshinsky LLP
2101 L Street NW
Washington, DC   20037-1526

  Roger Kral
Dietrich Industries
4200 St Rt 22 East #3
Blairsville, PA   15717

Francis P. Maneri
Scott J. Freedman
Peter C. Hughes
Martin J. Weis
Dilworth Paxson LLP
1735 Market Street
3200 Mellon Bank Center
Philadelphia, PA   19103

  Neal A. Frink
Dinsmore & Shohl
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH   45202

Joel M. Helmrich Esq.
Dinsmore & Shohl LLP
301 Grant Street
One Oxford Center
Pittsburgh, PA   15219

Vinita K. Sinha Esq.
DKW Law Group LLC
600 Grant Street
58th Floor US Steel Tower
Pittsburgh, PA   15219

Karol K. Denniston
DLA Piper US LLP
550 South Hope Street Suite 2300
Los Angeles, CA   90071

CE Settlement Trust
Downard Andra & Jones LLP
2121 Second Avenue North
Suite 100
Birmingham, AL   35203

Stephanie Wickouski
Drinker Biddle & Reath LLP
140 Broadway
39th Floor
New York, NY  10005

Paul H. Saint-Antoine Esq
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103

Kristin Going
Drinker Biddle & Reath LLP
1301 K Street N.W.
East Tower Suite 900
Washington, DC  20005-3317

Russell W. Roten Esq
Duane Morris LLP
633 West 5th Street Suite 4600
Los Angeles, CA  90071-2065

William S. Katchen
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ  07102-3889

Mark D. Brodsky
Elliott Associates LP
712 Fifth Avenue
36th Floor
New York, NY  10019

General Counsel
Enron Energy Services
1400 Smith Street
EB 0889
Houston, TX  77002

General Counsel 4HC7.325
Enron Energy Services Inc.
4 Houston Cente
1221 Lamar Street
Suite 1600
Houston, TX  77010

Henry S. Friedman US Dept of Justice
Environment & Natural Resources Div EES
PO Box 7611
Ben Franklin Station
Washington, DC  20044

Jack L. Kinzie Esq
Eric Soderlund Esq
Baker Botts LLP
2001 Ross Avenue
Dallas, TX  75201-2980

Rita Lofton
Euler Hermes ACI
800 Red Brook Blvd
OwingsMills, MD  21117

Patricia F. Shenfelt
Exxon Mobil Chemical Company
13501 Katy Freeway
Houston, TX  77079-1398

F. Gerald Maples PA
902 Julia Street
New Orleans, LA  70113

Sergio I. Scuteri
Farr Burke Gambacorta & Wright P.C.
P.O. Box 788
Ste 201 Eastern Int'l Executive Off Ctr
211 Benigno Blvd
Bellmawr, NJ  08099-9811

David A. Jagolinzer Esq
Ferraro & Associates P.A.
4000 Ponce de Leon Boulevard Suite 700
Miami, FL  33146

Charles J. Filardi Jr.
Filardi Law Offices LLC
65 Trumbull Street
Second Floor
New Haven, CT  06510

Scott W. Wert Esq
Foster & Sear L.L.P.
524 E. Lamar Boulevard Suite 200
Arlington, TX  76011

Teresa M. Dorr Esq
Fox Rothschild LLP
Princeton Pike Corporate Center
997 Lenox Drive Building 3
Lawrenceville, NJ  08648-2311

Michael G. Menkowitz
Michael Temin
Fox Rothschild O'Brien
  & Frankel LLP
2000 Market Street
10th Floor
Philadelphia, PA  19103-3291

Frances Gecker
Joseph Gecker
Joseph Frank
Frank/Gerber LLP
325 North LaSalle Street Suite 625
Chicago, IL  60610

Janice Mac Avoy
Adam M. Adler
Fried Frank Harris
    Shriver & Jacobson
One New York Plaza
New York, NY  10004

Galex Tortoreti & Tomes
150 Tices Lane
East Brunswick, NJ  08813

Robert S. Blanc Esq
Gardere Wynne Sewell LLP
1000 Louisiana Suite 3400
Houston, TX  77002-5007

Harold L. Kaplan
Emily S. Gottlieb
Gardner Carton & Douglas
191 North Wacker Drive
Suite 3700
Chicago, IL  60606-1698

Gary O. Galiher AAL,ALC As Trustee
610 Ward Avenue
Honolulu, HI  96814

Albert N. Peterlin
Gates & Associates PC
1013 Mumma Road
Suite 100
Lemoyne, PA  17043

William L. Hallam
Gebhardt & Smith LLP
One South Street
Suite 2200
Baltimore, MD  21202-3281

Michael A. Rosenthal Esq
Gibson Dunn & Crutcher LLP
2100 McKinney Avenue Suite 1100
Dallas, TX  75201

Charles E. Gibson
Gibson Law Firm PLLC
447 NorthPark Drive
Ridgeland, MS  39157-5109

Jonathan Cohen
Mark Tanney
Gilbert Heintz & Randolph LLP
1100 York Avenue N.W. Suite 700
Washington, DC  20005

David Killalea Esq
Craig Litherland Esq
Gilbert Heintz & Randolph LLP
1100 New York Avenue NW
Suite 700
Washington, DC  20005

 Lisa B. Neimark
Giuliani Capital
233 S. Wacker Drive
Chicago, IL  60606

Gerald F. Munitz
Dimitri G. Karcazes
Goldberg Kohn Bell Black Rosenbloom &
Moritz Ltd.
55 East Monroe Suite 3700
Chicago, IL  60603

Theodore Goldberg
Mark C. Meyer
Goldberg Persky Jennings & White P.C.
1030 Fifth Avenue
Pittsburgh, PA  15219

Frank H. Griffin III
Amy Donohue-Babiak
Gollatz Griffin & Ewing PC
Four Penn Center
1600 John F. Kennedy Blvd
Suite 200
Philadelphia, PA  19103-2808

Goodman Meagher & Enoch
111 N. Charles St. 7th Floor
Baltimore, MD  21201

Albert O. Cornelison Exec VP
Halliburton Company
1401 McKinney Suite 2400
& General Counsel
Houston, TX  77010

Dr. Francine K. Rabinovitz
Hamilton Rabinovitz & Alschuler
26384 Carmel Rancho Lane
Suite 202
Carmel, CA  93923

Jan M. Hayden
William H. Patrick
Heller Draper Hayden
    Patrick & Horn LLC
650 Poydras Street
Suite 2500
NewOrleans, LA  70130-6103

Paul F. O'Donnell III
Christopher W. Morog
Hinckley Allen & Snyder LLP
28 State Street
Boston, MA  02109-1775

William J. Bowman Esq
James P. Ruggeri Esq.
Hogan & Hartson L.L.P.
Columbia Square
555 13th Street N.W.
Washington, D.C.  20004

Sandra E. Mayerson
Barbra R. Parlin
Holland & Knight LLP
195 Broadway
New York, NY  10007

Hossley & Embroy LLP
4144 N. Central Expressway
Dallas, TX  75204-1117

David W. Wiltenburg
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004

Beverly H. Shideler
IBM Corporation
2 Lincoln Center #200
Oakbrook Terrace, IL  60181-4837

James Hintzen
IBM Credit Corporation
Restructing Group - MD NC317
North Castle Drive
Armonk, NY  10504

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza
Room 1150
Baltimore, MD  21201

Department of the Treasury
Internal Revenue Service
Office of Chief Counsel
Small Business/Self-Employed
    Division Counsel
Mellon Independence Center
701 Market Street
Suite 2200
Philadelphia, PA  19106

Jacques Admiralty Law Firm
1370 Penobscot Building
Detroit, MI  48226

James E. Herrick Pro Se
361 South Jefferson Street
Batavia, IL  60510

 Shelly Allen
JB Hunt Transport Inc.
615 JB Hunt Corp Drive
Lowell, AR  72745

Brett J. Berlin
Jones Day
1420 Peachtree Street NE
Suite 800
Atlanta, GA  30309-3053

Brad B. Erens
Robert Krebs
Kaye Sobczak
Paul Harner
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL  60601-1692

David Heiman
Jones Day
North Point
901 Lakeside Av
Cleveland, OH  44114

J. Michael Riley
Jones Martin Parris & Tessener,
    Law Offices PLLC
410 Glenwood Avenue
Suite 200
Raleigh, NC  27603

Joseph C. Blanks PC
2190 Harrison Avenue
Beaumont, TX  77701

Julie A. Ardoin Esq.
Julie Ardoin LLC
2200 Veterans Memorial Blvd
Suite 210
Kenner, LA   70062-4032

Kaeske Law Firm
6301 Gaston Avenue #735
Dallas, TX  75214

Marc E. Kasowitz
Kasowitz Benson Torres
   & Friedman LLP
1633 Broadway
New York, NY  10019

Norman W. Peters Jr. Esq
Kasowitz Benson Torres & Friedman LLP
700 Louisiana Street Suite 2200
Houston, TX  77002

Gerald F. Ellersdorfer Esq
Kaufman & Logan LLP
100 Spear Street 12th Floor
San Francisco, CA  94105

Nicholas Cremona
Andrew A. Kress
Michael A. Lynn
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

Steven Lester M. Kirshenbaum
Edmund M. Emrich Esq.
Kazan McClain et al
171 Twelfth Street
Third Floor
Oakland, CA  94607

Kevin E. Irwin
Sue A Erhart
Jennifer J. Morles
Brian P. Muething
Keating Muething & Klekamp PLL
One East Fourth Street
Suite 1400
Cincinnati, OH  45202

Michael V. Kelley
Thomas M. Wilson
Kelley & Ferraro L.L.P.
1901 Penton Media Building
1300 East Ninth Street
Cleveland, OH  44114

Thomas Wilson
Kelley & Ferraro LLP
2200 Key Tower
127 Public Square
Cleveland, OH  44114

David E. Retter
Christena A. Lambrianakos
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

Neal C. Glenn Esq.
Daniel P. Daly Esq.
Kelley Jasons McGowan Spinelli & Hanna
LLP
3411 Silverside Road
The Webster Bldg. Ste 209
Wilmington, DE  19810

Bruce Stanski Senior VP & CFO
Kellogg Brown & Root
4100 Clinton Drive
Houston, TX  77020

John Kent
George Dale
Kent & McBride P.C.
1617 John F. Kennedy Boulevard Suite
1200
Philadelphia, PA  19103

Myron K. Cunningham
Kerr McGee Center
P.O. Box 25861
Oklahoma City, OK  73125

Howard C. Rubin
Kessler & Collins
5950 Sherry Lane Suite 222
Dallas, TX  75225

Paul M. Rosenblatt
Kilpatrick Stockton LLP
1100 Peachtree Street NE
Suite 2800
Atlanta, GA  30309-4530

David M. Bernick
Lisa G. Esayian
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL  60654

Theodore L. Freedman
Kirkland & Ellis LLP
153 East 53rd Street
Citigroup Center
New York, NY  10022-4611

Barbara M. Harding
Kirkland & Ellis LLP
655 Fifteeth Street NW
Suite 1200
Washington, DC  20005

Jeffrey N. Rich Esq.
Edward M. Fox Esq.
Kirkpatrick & Lockhart Nicholson Graham
LLP
599 Lexington Avenue
New York, NY  10022-6030

Neal R. Brendel
Michael G. Zanie Esq.
Kirkpatrick & Lockhart Preston Gates &
Ellis LLP
535 Smithfield Street
Henry W. Oliver Building
Pittsburgh, PA  15222

Don P. Foster
Klehr Harrison Harvey
    Branzburg & Ellers LLP
260 South Broad Street
Philadelphia, PA  19102

Lisa A. Thompson
Kozloff Stoudt
2640 Westview Drive
P.O. Box 6286
Wyomissing, PA  19610

Kenneth H. Eckstein Esq.
Gary M. Becker Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

Dan Lain Trustee
Lain Faulkner & Co PC
400 N St Paul Street
Suite 600
Dallas, TX  75201

 Charles R. Ekberg
Lane Powell Sears Lubersky LLP
1420 Fifth Avenue Suite 4100
Seattle, WA  98101-2338

Robert W. Pontz
Lapp & Pontz LLP
221 East Chestnut Street
Lancaster, PA  17602-2705

Dean P. Sperling Esq
Law Office of Dean P. Sperling
201 East Sandpointe Suite 220
Santa Ana, CA  92707-5742

Dale J. Park
Law Offices of Dale J. Park
3345 Wilshire Boulevard
Suite 810
LosAngeles, CA  90010

Law Offices of Gene Locks PLLC
110 East 55th Street
New York, NY  10022

Law Offices of Herschel Hobson
2190 Harrison Avenue
Beaumont, TX  77701

Law Offices of Jonathan David PC
10655 Six Pines Drive #260
The Woodlands, TX  77380

Law Offices of Peter G Angelos PC
One Charles Center
100 N Charles St
22nd Floor
Baltimore, MD  21201

Paul M. Matheny
Law Offices of Peter G. Angelos PC
505 Harford Road
Baltimore, MD  21214

Richard B. Schiro
Law Offices of Richard B. Schiro
3710 Rawlins Street
Regency Plaza Suite 1350
Dallas, TX  75219

Andrea Sheehan
Law Offices of Robert E. Luna PC
4411 North Central Expressway
Dallas, TX  75205

 Thomas J. Brandi
Terrence Edwards
Law Offices of Thomas J. Brandi
44 Montgomery Street #1050
San Fancisco, CA  94104

Frank A. Savage
Barry Ridings
Lazard Freres & Co.
30 Rockfeller Plaza, 60th Fl
New York, NY   10020

David R. Jury
Legal Department
5 Gateway Center
Suite 807
Pittsburgh, PA   15222

Dianne S. Wainwright Esq
Levicoff Silko & Deemer P.C.
650 Smithfield Street Suite 1900
Pittsburgh, PA   15222-3911

Moshe Maimon
Levy Phillips & Konigsberg LLP
800 Third Avenue 13th Floor
New York, NY   10022

Lewis & Scholnick Client Trust Account
555 S. Flower Street #4520
Los Angeles, CA   90071

Steven A. Leyh Esq
Leyh & Payne L.L.P.
1616 S. Voss Road Suite 125
Houston, TX   77057

 Gary P. Lightman
Glenn A. Manochi
Lightman Manochi & Christensen
1520 Locust Street 12th Floor
Philadelphia, PA   19102

Lori Robertson Esq
Linebarger Goggan Blair & Sampson LLP
1949 South IH 35 (78741)
P.O. Box 17428
Austin, TX   78760-7428

Elizabeth Weller Esq
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street Suite 1600
Dallas, TX   75201

John P. Dillman Esq
Linebarger Goggan Blair & Sampson LLP
Post Office Box 3064
Houston, TX   77253-3064

Joseph T. Kremer
Lipsiptz Green Fahringer Roll
   Salisbury & Cambria LLP
42 Delaware Avenue
Suite 300
Buffalo, NY   14202

Thomas H. Grace Esq.
W. Steven Bryant Esq.
Locke Liddell & Sapp LLP
3400 Chase Tower
6600 Travis Street
Houston, TX   77002-3095

Thomas H. Grace Esq
Locke Liddell & Sapp LLP
600 Travis Street
3400 Chase Tower
Houston, TX   77002

Maurie Shalmone
Longacre Master Fund Ltd.
810 Seventh Avenue
22nd Floor
New York, NY   10019

William E. Little Esq
Louisiana Department of Revenue
Legal Division
617 North 3rd Street (70802-5428)
P.O. Box 4064
Baton Rouge, LA   70821-4064

Paul Kizel
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ   07068

Lundy & Davis LLP
501 Broad Street
Lake Charles, LA   70601

Michael J. Maloney Esq
Maloney Martin & Mitchell L.L.P.
The Clocktower Building
3401 Allen Parkway Suite 100
Houston, TX   77019

Joseph A. Dworetzky Esq
Margaret P. Steere Esq
Hangley Aronchick Segal & Pudlin
One Logan Square 27th Floor
Philadelphia, PA   19103

Elliott R. Felix II
Margolis Edelstein Esquire
601 Walnut Street
The Curtis Center 4th Floor
Philadelphia, PA  19106-3304

Alan Kellman
Maritime Asbestosis Legal Clinic
division of The Jaques Admiralty
   Law Firm PC
1570 Penobscot Building
Detroit, MI  48226

Michael K. McCrory Esq
Martin W. Zivitz Esq
Barnes & Thornburg
11 South Meridian Street
Indianapolis, IN  46204

Michael P. Richman
Jean Marie L. Atamian
Anthony J. Diana
Leslie Chebli
Mayer Brown Rowe & Maw
1675 Broadway
New York, NY  10019

Michael P. Richman
Jean Marie L. Atamian
Anthony J. Diana
Leslie Chebli
Mayer Brown Rowe & Maw LLP
1675 Broadway
New York, NY  10019

Lisa Bonsall
McCarter & Englis
100 Mulberry Street
4 Gateway Center
Newark, NJ  07102

David P. McClain Esq
McClain Leppert & Maney P.C.
711 Louisiana Suite 3100
South Tower Pennzoil Place
Houston, TX  77002

James M. Donohue
McCord Bubsey Ketchum
   & Donohue LLP
210 South Monroe Street
Tallahassee, FL  32301

Michael Reed Esq
McCreary Veselka Bragg & Allen P.C.
P.O. Box 26990
Austin, TX  78755

Denise Clement Esq
McCurdy & McCurdy L.L.P.
524 E. Lamar Boulevard Suite 250
Arlington, TX  76011

Lewis Rosenblum
McDermott Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096

 Michael S. Waters
Jeffrey Bernstein Esquire
McElroy Deutsch Mulvaney & Carpenter LLP
Three Gateway Center
100 Mulberry St
Newark, NJ  07102-4079

John H. Maddock III Esq
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA  23219

James E. Wimberley
McPherson Monk Hughes Bradley Wimberley
& Steele LLP
3120 Central Mall Drive
Port Arthur, TX  77642

Scott M. Seaman Esq
Meckler Bulger & Tilson
123 North Wacker Drive
Suite 1800
Chicago, IL  60606

Peter D. Russin
L. Tannenbaum
Meland Russin Hellinger & Budwick P.A.
3000 Wachovia Financial Ctr
200 S. Biscayne Boulevard
Miami, FL  33131

Richard Lippe
Meltzer Lippe Goldstein & Breitstone
190 Willis Avenue
Mineola, NY  11501

Eileen T. McCabe Esq
Thomas J. Quinn Esq.
Mendes & Mount LLP
750 Seventh Avenue
New York, NY  10019-6829

Stephen B. Darr
Mesirow Financial Consulting
265 Franklin Street
Suite 1600 16th Floor
Boston, MA  02110

Thomas D. Bibby
Mesirow Financial Consulting LLC
717 North Harwood Street
Suite 3200
Dallas, TX   75201

Richard S. Canciello Esq
Meyer Darragh Buckler Bebenek & Eck
P.L.L.C.
U.S. Steel Tower Suite 4850
600 Grant Street
Pittsburgh, PA   15219

Robert H. Rosenbaum
M. Evan Meyers
Meyers Rodbell & Rosenbaum P.A.
Berkshire Building,
6801 Kenilworth Avenue
Suite 400
Riverdale, MD   20737-1385

R. Kenneth Willman Esq
Michael A. Katz Esq
Willman & Arnold LLP
705 McKnight Park Drive
Pittsburgh, PA   15237

Anthony R. Gambardella Esq
Michael E. Buckley Esq
Rivkin Radler LLP
EAB Plaza
Uniondale, NY   11556-9111

Thomas M Woods Esq
Michael S Sundemeyer Esq
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC   20005

Michie Hamlett Lowery
     Rasmussen & Tweed
500 Court Square
Suite 300
Charlottesville, VA   22902

Jonathan S. Green
Miller Canfield Paddock
   & Stone PLC
150 West Jefferson
Suite 2500
Detroit, MI   48226

 Gary L. Barnhart
Missouri Dept. of Revenue
301 West High Street
Room 670
P.O. Box 475
Jefferson City, MO   65105-0475

Montez Williams & Baird PC
3809 W. Waco Drive
Waco, TX   76701

Natalie D. Ramsey
Noel C. Burnham
Jennifer Taylor
Natalie Grill Einsig
Montgomery McCracken
     Walker & Rhoads LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA   19109

David B. Wheeler
Moore & Van Allen PLLC
40 Calhoun Street
Suite 300
P.O. Box 22828
Charleston, SC   29413-2828

Robert Scheibe
Richard Toder
Scott Talmadge
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY   10178-0060

Robert J. Leoni
Morgan Shelsby & Leoni
221 Main Street
Stanton, DE   19804

Motley Rice LLC
28 Bridgeside Blvd
Mt. Pleasant, SC   29464

Ellen G. Margolis
James Dennis
Mound Cotton Wollan & Greengrass
One Battery Park Plaza
New York, NY   10004

Mundy & Singley LLP
816 Congress Avenue #100
Austin, TX   78701

 Thomas Walper
Judith Kitano
Robert Denham
Munger Tolles & Olson LLP
355 S. Grand Avenue
35th Floor
Los Angeles, CA   90071-1560

Davor Rukavina Esq
Joe E. Marshall Esq
Munsch Hardt Kopf & Harr P.C.
4000 Fountain Place
1445 Ross Avenue
Dallas, TX  75202-2790

Randall A. Rios Esq
Munsch Hardt Kopf & Harr P.C.
Bank of America Center
700 Louisiana
Houston, TX  77002

Joseph O. Pope
Nicole Tuman
Murtha Cullina LLP
CityPlace I
185 Asylum Street
Hartford, CT  06103-3469

Michael Shannon
National Accounts
1 Tower Square - 5MN
Hartford, CT  06183

David V. Goodsir
Neal Gerber & Eisenberg LLP
2 N. LaSalle Street Suite 2200
Chicago, IL  60602

Nancy Davis
Joseph F. Rice
Ness Motely Loadholt
    Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
MountPleasant, SC  29465

Elaine Z. Cole
New York State Department of Taxation
and Finance
340 E. Main St.
Rochester, NY  14604

Mark N. Berman
Robert P. Sherman
Nixon Peabody LLP
101 Federal Street
Boston, MA  02110

R. Stokes Nolte
Nolte & Brodoway P.A.
1010 N. Bancroft Pkwy Suite 21
Wilmington, DE  19805

Allan H. Ickowitz
Kathy K. Emanuel
Nossaman Guthner Knox & Elliott LLP
445 South Figueroa Street
31st Floor
Los Angeles, CA  90071

Allan H. Ickowitz
Nossman Guthner Knox
    & Elliott LLP
445 South Figueroa Street
31st Floor
LosAngeles, CA  90071

Samuel Issacharoff
NYU Law School
40 Washington Square South
New York, NY  10012

Charles W Gilligan Esq
O'Donoghue & O'Donoghue
4748 Wisconsin Avenue NW
Washington, DC  20016

Denise A Kuhn Esq
Carol E. Mornjian
Christopher R. Mornjian
Office of Attorney General
21 S 12th Street
3rd Floor
Philadelphia, PA  19107

Michael A. Berman - SEC
Office of General Counssel-Bankruptcy
100 F Street NE
Washington, DC  20549

Karen L. Morris
Office of the General Counsel
1200 K. Street NW
Suite 340
Washington, DC  20005

Joseph Sisca Esq.
Office of the U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15222

Anthony F. Parise
Assoc University Counsel
Office of the University Counsel
Cornell University
300 CCC Building Garden Avenue
Ithaca, NY  14853-2601

Jan Wray
Old Dominion Frieght Line Inc.
500 Old Dominion Way
Thomasville, NC  27360

Paul R. Koepff Esq.
Tancred V. Schiavoni Esq.
O'Melveny & Myers LLP
7 Times Square
Times Square Tower
New York, NY  10036

Roger Frankel
Richard H. Wyron
Orrick Herrington & Sutcliffe LLP
3050 K Street N.W. Suite 200
The Washington Harbour
Washington, DC  20007-5135

Tyler Greif
P. Schoenfeld Asset Management
1330 Avenue of the Americas
34th Floor
New York, NY  10019

 ReGen Capital I Inc.
P.O. Box 626
Planetarium Station
New York, NY  10024-0540

Timothy Bortz
PA Dept of Labor & Industry
Off of Unemp Comp Tax Serv
333 Market Street 16th Floor
Bankr Compliance Off
Harrisburg, PA  17101-2235

Paul Reich & Myers PC
1608 Walnut Street #500
Philadelphia, PA  19103

Andrew N. Rosenberg
Stephen J. Shimshak
Paul Weiss Rifkind Wharton
  & Garrison
1285 Avenue of the Americas
New York, NY  10019-6064

Jean Marie Breen
Deborah J. Bisco
Brent Fraim
Vincente Matias Murreell
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street NW
Washington, DC  20005-4026

Michael H. Reed
Bonnie MacDougal Kistler
Pepper Hamilton LLP
3000 Two Logan Square
8th & Arch Streets
Philadelphia, PA  19103-2799

Dennis R. Very Esq.
Pepper Hamilton LLP
500 Grant Street
50th Floor
Pittsburgh, PA  15219-2502

Eric G. Waxman III
Phillips Nizer Benjamin Krim
  & Ballon LLP
600 Old Country Road
GardenCity, NY  11530

Craig A. Barbarosh
Pillsbury Winthrop LLP
650 Town Center Drive
7th Floor
CostaMesa, CA  92626-7122

Richard Epling Esq.
David Crichlow Esq.
Caryn Lasky
Pillsbury Winthrop LLP
1540 Broadway
19th Floor
New York, NY  10036

Alison K. North
Barbara LaWall
Pima County Attorney Civil Division
32 N. Stone
Suite 2100
Tucson, AZ  85701-1412

Conrad K. Chiu
Pitney Hardin Kipp & Szuch
7 Times Square
New York, NY  10036-6524

John F. Higgins
Porter & Hedges LLP
1000 Main Street 36th Floor
Houston, TX  77002

Lawrence Ranallo and Doug Branch
PricewaterhouseCoopers LLC
2001 Ross Avenue Suite 1800
Dallas, TX  75201-2997

Bryon O Blevins Jr Esq
Provost & Umphrey
490 Park Street
Beaumont, TX  77704

Richard Levy Jr.
Pryor Cashman LLP
7 Times Square
New York, NY  10036-6569

Andrew Herenstein
Quadrangle Group LLC
375 Park Avenue
14th Floor
New York, NY  10152

Joseph Ollock
Queen Anne's County
   Board of Education
202 Chesterfield Avenue
Centerville, MD  21617

Herbert C. Broadfoot II
Ragsdale Beals Hooper
   & Seigler LLP
2400 International Tower
229 Peachtree Street NE
Atlanta, GA  30303-1629

Hennessey Hunt
Reg: #619672
9601 Spur 591
Amarillo, TX  79107

Dennis Reich
Bedorah Hayes
Reich & Binstick
4265 San Felipe
Suite 1000
Houston, TX  77027

Stephen H. DonCarlos Esq
Reid Strickland & Gillette L.L.P.
Post Office Box 809
Baytown, TX  77522-0809

Paul C. Bametzreider
Reilly Wolfson Sheffey
   Schrum & Lundberg
1601 Cornwall Road
Lebanon, PA  17042

Richard Blackstone Webber II
Richard Blackstone Webber II PA
320 Maitland Avenue
Altamonte Springs, FL  32701

Richardson Patrick Westbrook & Brickman
174 East Bay Street
Charleston, SC  29401

Dennis J. O'Grady
Joseph L. Schwartz
Riker Danzig Scherer Hyland & Perretti
One Speedwell Avenue
Headquarters Plaza
Morristown, NJ  07962

Robert G. Taylor II Esq
Robert G. Taylor II P.C.
One Allen Center
3400 Penthouse
500 Dallas Street
Houston, TX  77002

Bernice Conn
Robins Kaplan Miller
   & Ciresi LLP
2049 Century Park East
Suite 3700
LosAngeles, CA  90067

Michael R. Enright
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103

Merril Jay Hirsh
Thomas T. Locke
Ross Dixon & Bell LLP
2001 K Street N.W.
Washington, DC  20006

Jon M. Gruber
Russell Krafft & Gruber LLP
Hempfield Center
930 Red Rose Court
Suite 300
Lancaster, PA  17601

Alan E. Marder
Scarcella Rosen & Slome LLP
333 Earle Ovington Blvd
Ninth Floor
Uniondale, NY  11533-3622

Schroeter Goldmark & Bender
500 Central Building
Seattle, WA  98104

Patricia Schrage
Securities & Exchange Comm
New York Regional Office
233 Broadway
New York, NY  10279

Securities & Exchange Comm
15th & Pennsylvania Avenue NW
Washington, DC  20020

Susan R. Sherrill
Securities & Exchange Comm
Atlanta Regional Office
Branch/Office of Reorganization
3475 Lenox Road NE
Suite 100
Atlanta, GA  30326-1232

Michael Berman
Securities & Exchange Comm
Office of the General Counsel Bankruptcy
15th & Pennsylvania Ave NW
Washington, DC  20549

Patricia Schrage - NY Regional Office
Securities & Exchange Commission
233 Broadway
New York, NY  10279

Joseph T. Kazan Esq
Senior Assistant Attorney general
Collections Enforcement
150 East Gray Street
21st Floor
Columbus, OH  43215

David C. Christian II
Seyfarth Shaw LLP
131 South Dearborn Street Suite 2400
Chicago, IL  60603

Laura S. Taylor
Sheppard Mullin Richter
   & Hampton LLP
501 West Broadway
19th Floor
SnaDiego, CA  92101

James F. Conlan Esq.
Jeffrey C. Steen Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603

Steven T. Baron
J. Todd Kale
Silber Pearlman LLP
2711 N. Haskell Avenue
Fifth Floor LB 32
Dallas, TX  75204

Barry R. Ostrager
Mary Beth Forshaw
Bryce L. Friedman
Simpson Thacher & Bartlett
425 Lexinggton Avenue
New York, NY  10017-3954

Robert B. Millner;
Chunlin Leonhard
Sonnenschein Nath & Rosenthal
Sears Tower
233 South Wacker Drive
Suite 8000
Chicago, IL  60606

Andrew P. Lederman
Sonnenschein Nath & Rosenthal
1221 Avenue of the Americas
New York, NY  10020-1089

 Robert W. Bollar
Southern Counties Oil Co.
P.O. Box 4159
1800 West Katella Avenue
Suite 400
Orange, CA  92863-4159

Julia L. Wahl Esq
Special Assistant to the U.S. Attorney
Liberty Center - Suite 601C
1001 Liberty Avenue
Pittsburgh, PA  15222

Leslie Beth Baskin
Robert H. Kwait
Spector Gadon & Rosen P.C.
1635 Market Street
7th Floor
Philadelphia, PA  19103-3913

Daniel A. Speights
Speights & Runyan
P.O. Box  685
200 Jackson Avenue East
Hampton, SC  29924

Andrew K. Craig Esq
Stefano Calogero Esq
Cuyler Burk LLP
4 Century Drive
Parsippany, NJ  07054

 George R. Calhoun V
Steptoe & Johnson LLP
1330 Connecticut Avenue N.W.
Washington, D.C.  20036

Leonard P. Goldberger Esq.
Marnie E. Simon Esq.
Stevens & Lee PC
1818 Market Street
29th Floor
Philadelphia, PA  19103

George T. Snyder Esq
Stonecipher Cunningham Beard & Schmitt
P.C.
125 First Avenue
Pittsburgh, PA  15222

Denise Wildes
Lewis Kruger
Stroock Stroock & Lavin LLP
180 Maiden Lane
New York, NY  10038-4982

Sander L Esserman
Robert T. Brousseau
Van J. Hooker
Stutzman Bromberg Esserman & Plifka
2323 Bryan Street
Suite 2200
Dallas, TX  75201-2689

Kristina L. Anderson
Suntrust Bank Director CRM
Special Assests Group
303 Peachtree Street
4th Floor
Atlanta, GA  30308

The Bogdan Law Firm
7322 Southwest Freeway
Suite 868
Houston, TX  77074

L. Scott Patton
Walter C. Dunn
The Boles Law Firm
1818 Avenue of America
P.O. Box 2065
Monroe, LA  71207-2065

Estel E. Wandlin
The Calwell Practice PLLC
500 Randolph Street
Law and Arts Center West
Charleston, WV  25302

Kathleen Maxwell
The Dow Chemical Company
2030 Dow Center / Office 732
Midland, MI  48674

Ryan A. Foster
The Foster Law Firm PLLC
440 Louisiana
Suite 2100
Houston, TX  77002

Karen B Shaer
The Garden City Group Inc
105 Maxess Road
Melville, NY  11747

Arlene Fickler
The Hoyle Law Firm
One South Broad Street
Suite 1500
Philadelphia, PA  19107

Allan Kellman
The Jaques Admiralty Law Firm
1370 Penobscot Building
Detroit, MI  48226

Adam M. Spence
The Law Offices of Adam M. Spence P.C.
105 W. Chesapeake Avenue
Suite 400
Towson, MD  21204

Michael C. Shepard
The Shepard Law Firm P.C.
10 High Street Suite 1100
Boston, MA  02110

Michael Angelider
Jeff Cooper
Marcus Raichle
The Simmons Firm LLC
707 Berkshire Boulevard
East Alton, IL  62024

Charles Alvin Johnson
Thomas Clark Sibley Esquire
4514 Cole Avenue Suite 806
Dallas, TX  75205

Alan R. Lepene Esq.
Mark A. Weintraub Esq.
Thompson Hine LLP
127 Public Square
3900 Key Tower
Cleveland, OH  44114

Office of Attorney General
TN Dept of Revenue
Bankruptcy Division
P.O. Box 20207
Nashville, TN  37202-0207

Robert P. Siegel Esq
Traub Eglin Lieberman Strauss LLP
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, NY  10532

John M. Merritt
Troutman Sanders LLP
600 Peachtree Street N.E.
Suite 5200
Atlanta, GA  30308-2216

Beverly Weiss Manne
Michael A. Shiner
Tucker Arensberg P.C.
1500  One PPG Place
Pittsburgh, PA  15222

Henry  S. Friedman
John C. Cruden
U.S. Department of Justice
P.O. Box 7611
Washington, DC  20044

UBS Warburg
677 Washington Blvd.
Stamford, CT  06901

William A. Piatak
Unemployment Compensation
Tax Office Manager
Bureau of Employer Tax Operations
1171 South Cameron Street
Room 312
Harrisburg, PA  17104-2513

Paulette Stropnicky
United States Mineral Products Company
41 Furnace Street
Stanhope, NJ  07874

Margaret C. Lumsden
Unti & Lumsden LLP
302 Jefferson Street Suite 200
Raleigh, NC  27605

 Mary A. Martin
USG Corporation
550 West Adams Street
Chicago, IL  60661

Raymond  L. Vandenberg
Vandenberg Feliu & Peters LLP
110 East 42nd Street
New York, NY  10017

Jason D. Perry
Vanderburgh County Treasurer
1 NW MLK Jr. Blvd.
Civic Center Complex
Room 210
Evansville, IN  47708-1882

Gregory A. Cross
Venable Baetjer and Howard LLP
Two Hopkins Plaza
Suite 1800
Baltimore, MD  21201

Walter J. Taggart Legal Rep of Future
Asbestos Personal Injury Claimants
Villanova University Law School
299 N. Spring Mill Road
Villanova, PA  19805

Tiffany Strelow Cobb
Vorys Sater Seymour and Pease LLP
52 East Gay Street
Columbus, OH  43215

Fred L. Alvarez
Walker Wilcox Matousek LLP
225 W. Washington St.
Suite 2400
Chicago, IL  60606-3418

Warren H Smith Esq
Warren H Smith & Associates PC
Republic Center
325 N St Paul
Suite 1275
Dallas, TX  75201

Charles Siegel
Waters & Kraus LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX  75204

Debra Dandeneau
Martin Bienenstock Esq
Stephen Karotin Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Lisa Busch
Weitz & Luxenberg P.C.
700 Broadway
New York, NY  10003

Sanders McNew Esq
Weitz and Luxenberg
180 Maiden Lane
17th Floor
New York, NY  10078

Alfred C. Knight
Westvaco Corporation
1 High Ridge Park
Stamford, CT  06905-1322

Leonard P. Goldberger; Steven Ostrow
White & Williams LLP
1800 One Liberty Place
Philadelphia, PA  19103-7395

Deidre Woulfe Pacheco Esq
Wilentz Goldman & Spitzer
90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ  07095-0958

Steven J. Kherkhe
Lawrence G. Tien
Williams Bailey Law Firm
8441 Gulf Freeway Suite 600
Houston, TX  77017

Art C. Cody
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY  10019-6099

Craig Goldblatt
Philip D. Anker Esq.
Wilmer Cutler & Pickering
2445 M Street N.W.
Washington, DC  20037-1420

Philip D. Anker Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY  10022

Nancy Manzer Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
1600 Tysons Boulevard
10th Floor
Tysons Corner, VA  22102

Katherine Worthman Esq.
James A. Shepherd Esq.
Knight Elsberry Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
2445 M. Street NW
Washington, DC  20037

Berry D. Spears Esq
Winstead Sechrest & Minick P.C.
100 Congress Avenue Suite 800
Austin, TX  78701

Thomas F. Blakemore
David A. Agay
Winston & Strawn
35 West Wacker Drive
Chicago, IL  60601

William B. Sullivan
Mark N. Poovey
Womble Carlyle Sandridge
  & Rice PLLC
One West Fourth Street
P.O. Box 84
Winston-Salem, NC  27102

Wysoker Glassner Weingartner
340 George Street
New Brunswick, NJ  08901

Richard Blackstone Webber II
Zimmerman Kiser & Sutcliffe PA
Landmark Center One
315 East Robinson Street
Suite 600
Orlando, FL  32802-3000

James Sottile Esq
Zuckerman Spaeder LLP
1201 Connecticut Avenue N.W.
12th Floor
Washington, DC  20036

Scott W Wert Esq
524 E Lamar Blvd
Suite 200
Arlington, TX  76011

Dean M. Trafelet
9130 Wild Lane
P.O. Box 518
BaileysHarbor, WI  54202

Ms Kimberly Collins
11420 Long Feather Court
Beltsville, MD  20705

Thomas Roy
24731 Bay Bean Ct
BonitaSprings, FL  34134-7940

Richard L. Rodgers
42 Church Street
P.O. Box 330
Canajoharie, NY  13317

James J. McMonagle Esq.
24 Walnut Street
Chagrin Falls, OH  44022

Bruce Carter
5458 Yosemite Drive
Fairfield, OH  45014

Peter A. Chapman
572 Fernwood Lane
FairlessHills, PA  19030

David C. Thompson
321 Kittson Avenue
Grand Forks, ND  58206

Michael J. McGinnis
1001 Louisiana
Suite N1823A
Houston, TX  77002

Lynn Drysdale
126 West Adams Street
Suite 502
Jacksonville, FL  32232

Hal Pitkow Esq
The Falls at Lambertville
351 South Main Street
Lambertville, NJ  08530

Lawrence Fitzpatrick
1009 Lennox Drive
Building 4
Suite 101
Lawrenceville, NJ  08648

Archie Dykes
2102 West 116th Street
Leawood, KS  66211

Julie A. Ardoin
909 Poydras Street Suite 2550
New Orleans, LA  70112

John J. Preefer
60 East 42nd Street Suite 1201
New York, NY  10165

Steven Kazan
James L. Oberman
171 Twelfth Street
Suite 300
Oakland, CA  94607

Robert T. Aulgur Jr.
313 N. DuPont Highway
Suite 120
P.O. Box 617
Odessa, DE  19730

Martin Dies
1009 Green Avenue
Orange, TX  77630

Richard E. Fehling
111 N. Sixth Street
P.O. Box 679
Reading, PA  19603-0670

Rebecca B. Connelly
36 Church Avenue
Suite 400
P.O. Box 1001
Roanoke, VA  24011

Glenn M. Reisman
Two Corporate Drive
P.O. Box 861
Shelton, CT  06484-0861

4101386