# EXHIBIT B

# GARLOCK OPEN CASES SERVICE LIST

<u>**VIA HAND DELIVERY**</u>

William M. Aukamp, Esq.
Archer & Greiner
300 Delaware Avenue
Suite 1370
Wilmington, DE  19801

William Bowden
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE  19801

William P. Bowden, Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue
8th Floor
Wilmington, DE  19801

Tobey M. Daluz, Esq.
Leslie C. Heilman, Esq.
Ballard Spahr Andrews
   & Ingersoll, LLP
919 N. Market Street
12th Floor
Wilmington, DE  19801

Ian Connor Bifferato, Esq.
Garvin F. McDaniel, Esq.
Bifferato LLC
800 King Street
First Floor
Wilmington, DE  19899

Michael DeBaecke
Blank Rome
1201 Market Street
Suite 800
Wilmington, DE  19801

Jami Nimeroff
Buchana Ingersoll PC
The Nemours Bldg
1007 N. Orange St.
Suite 1110
Wilmington, DE  19801

Teresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney PC
1000 West Street
Suite 1410
P.O. Box 1397
Wilmington, DE  19899-1397

Marla Eskin, Esq.
Mark Hurford, Esq.
Campbell & Levine, LLC
800 North King Street
Suite 300
Wilmington, DE  19801

Karen Bifferato
Jeffrey C. Wisler
Michelle McMahon
Connolly Bove Lodge & Hutz LLP
The Nemours Bldg
1007 N. Orange St.
Wilmington, DE  19801

Allison E. Reardon
Delaware Division of Revenue
820 North French Street
8th Floor
Wilmington, DE  19801

Eric Lopez Schnabel, Esq.
Robert W. Mallard, Esq.
Dorsey & Whitney LLP
300 Delaware Avenue
Suite 1010
Wilmington, DE  19801

David P. Primack, Esq.
Drinker Biddle & Reath LLP
1100 North Market Street
Suite 1000
Wilmington, DE  19801-1254

Michael R. Lastowski
Duane Morris
1100 N. Market St.
Suite 1200
Wilmington, DE  19801-1246

William Chipman, Jr.
Edwards Angell Palmer & Dodge LLP
919 N. Market St.
Suite 1500
Wilmington, DE  19801

Michael B. Joseph, Esq.
Theodore Tacconelli, Esq.
Ferry & Joseph, P.A.
222 Delaware Avenue
15th Floor
Wilmington, DE  19801

Jason Cornell
Fox Rothschild
919 N. Market St, Suite 1300
Wilmington, DE  19801

Charles Brown, III
Harvey Pennington, Ltd.
913 Market Street
Suite 702
Wilmington, DE  19801

Susan Kaufman
Heiman, Gouge & Kaufman, LLP
800 King Street
Suite 303
Wilmington, DE  19801

Norman L. Pernick Esq.
J. Kate Stickles Esq.
500 Delaware Avenue
Suite 1410
Wilmington, DE  19801

Robert Jacobs, Esq.
Marla Rosoff Eskin, Esq.
Jacobs & Crumplar, PA
2 East 7th Street
P.O. Box 1271
Wilmington, DE  19899

Laurie Polleck
Jaspan Schlesinger Hoffman LLP
913 N. Market St
12th Floor
Wilmington, DE  19801

William F. Taylor, Esq.
Katherine Mayer, Esq.
McCarter & English LLP
919 North Market Street
Suite 1800
Wilmington, DE  19801

Steven K. Kortanek, Esq.
Klehr, Harrison, Harvey,
   Branzburg & Ellers LLP
919 North Market Street
Suite 1000
Wilmington, DE  19801

Adam G. Landis, Esq.
Keri K. Mumford, Esq.
Richard S. Cobb, Esq.
Megan N. Harper, Esq.
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE  19801

Christopher D. Loizides, Esq.
Loizides & Associates
Legal Arts Building
1225 King Street
Suite 800
Wilmington, DE  19801

Brian L. Kasprzak
Michael J. Joyce
Marks, O'Neill, O'Brien and Courtney,
P.C.
913 North Market Street, Suite 800
Wilmington, DE  19801

Brian L. Kasprzak, Esq.
Marks, O'Neill, O'Brien
   and Courtney, P.C.
913 North Market Street
Suite 800
Wilmington, DE  19801

Kevin Connors
Marshall, Dennehey, Warner, Coleman &
Goggin
1220 N. Market St., 5th Floor
Wilmington, DE  19801

William F. Taylor, Jr., Esq.
McCarter & English, LLP
Mellon Bank Center
919 North Market Street
Suite 1800
Wilmington, DE  19899

Noel Burnham
Montgomery, McCracken, Walker & Rhoads
300 Delaware Avenue
Suite 750
Wilmington, DE  19801

Rachel B. Mersky, Esq.
Monzack and Monaco, P.A.
1201 North Orange Street
Suite 400
Wilmington, DE  19801

Stephen M. Miller
Carl N. Kunz, III
Morris James LLP
500 Delaware Ave, 15th Fl.
Wilmington, DE  19801

David Klauder, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207
Wilmington, DE  19801

David Klauder
Richard Schepacarter
Office of the United States Trustee
844 King Street
Suite 2313
Lockbox 35
Wilmington, DE  19801

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Scotta E. McFarland
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor, P.O. Box 8705
Wilmington, DE  19899-8705

Vito I DiMaio
Parcels, Inc.
230 N. Market Street
Wilmington, DE  19801

Evelyn J. Meltzer, Esq.
Pepper Hamilton LLP
Hercules Plaza,Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE  19899-1709

John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806

David Baldwin
Laurie Selber Silverstein
Jennifer Gilmer Brady
Theresa V. Brown-Edwards
Potter Anderson & Corroon LLP
1313 N. Market Street
6th Floor
Wilmington, DE  19801

Mark D. Collins, Esq.
Deborah E. Spivack, Esq.
Daniel J. DeFranceschi
Jason M. Madron
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

Carmella P. Keener, Esq.
Rosenthal, Monhait, Gross
   & Goddess, P.A.
919 Market Street
Suite 1401
P.O. Box 1070
Wilmington, DE  19899-1070

Michael Barrie
Schnader Harrison Segal & Lewis LLP
824 N. Market Street
Suite 1001
Wilmington, DE  19801

R. Karl Hill
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue
Suite 1500
Wilmington, DE  19801

Gregg Galardi
Skadden Arps Slate Meagher & Flom
One Rodney Square
Wilmington, DE  19801

Mark S. Chehi, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

Kathleen Miller, Esq.
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
7th Floor
P.O. Box 410
Wilmington, DE  19899

John D. Demmy, Esq.
Joseph Grey, Esq.
Thomas G. Whalen, Esq.
Stevens & Lee, P.C.
1105 North Market Street
Suite 700
Wilmington, DE  19801-1270

Thomas Whalen, Jr.
Stevens & Lee, P.C.
1105 N. Market St., 7th Fl
Wilmington, DE  19801

William D. Sullivan, Esq.
Sullivan Hazeltine Allinson LLC
4 E. 8th Street
Suite 400
Wilmington, DE  19801

Charlene D. Davis
Eric M. Sutty
Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue-Suite 900
Wilmington, DE  19801

Daniel K. Hogan, Esq.
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE  19806

Ellen Slights
US Attorneys Office
1007 Orange St
7th Floor
Wilmington, DE  19801

Duane Werb
Jennifer Unhock
Werb &  Sullivan
300 Delaware Avenue
13th Floor
Wilmington, DE  19801

Curtis Crowther
White and Williams LLP
824 Market Street
Suite 902
Wilmington, DE  19899-0709

Francis A. Monaco, Jr., Esq.
Womble Carlye Sandridge
    & Rice LLC
1201 North Orange Street
Suite 400
P.O. Box 2031
Wilmington, DE  19801

Michael Busenkell
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue
Suite 1501
Wilmington, DE  19801

Sharon Zieg
Erin Edwards
Young Conaway Stargatt & Taylor
The Brandywine Bldg
1000 West St., 17th Floor
Wilmington, DE  19801

James L. Patton, Jr.
Edwin J. Harron
Young, Conaway, Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE  19801

**VIA FIRST CLASS U.S. MAIL**

Liz Freedman
Alcan Inc
1188 Sherbrooke Street West
Montreal, Quebec,
Canada

Jacqueline Dais-Visca
Senior Counset
Business Law Section
The Exchange Tower
King Street West 3400
C.P. 36
Toronto, ON  M5X 1K6
CANADA

Chris Paczynsi, Analyst
Global Credit Manager - Nortel
195 The West Mall
Toronto, ON  M9C 5K1
CANADA

Yves Lauzon, Esq.
Michel Belanger, Esq.
Lauzon Belanger, Inc.
286 Saint-Paul West
Suite 100
Montreal, Quebec  H2Y 2A3
CANADA

Derrick C. Tay, Esq.
Ogilvy Renault LLP
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, ON  M5J 2Z4
CANADA

Hillary Browning-Jones, Esq.
Assistant City Attorney
P.O. Box 1631
Knoxville, TN  37901

Robert Cimino, Esq.
Suffolk County Attorney
Attn: Diane Leonardo Beckman
H. Lee Dennison Building
100 Veterans Memorial Hwy
P.O. Box 6100
Hauppauge, NY  11788-0099

Edward L. Jacobs, Esq.
Bankemper & Jacobs
The Shaw House
26 Audubon Place
P.O. Box 70
Fort Thomas, KY  41075-0070

Stephanie Nolan Deviney, Esq.
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ  08108

Jeffrey S. Hebrank, Esq.
Carl P. McNulty, II, Esq.
Burroughs Hepler Broom MacDonald
    Hebrank & True, LLP
103 West Vandalia Street
Suite 300
P.O. Box 510
Edwardsville, IL  62025-0510

Suzanne Keys, Esq.
Byrd Gibbs & Martin PLLC
P. O. Box 19
Jackson, MS  39205

Mark Browning, Esquire
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Div.
P.O. Box 12548
Austin, TX  78711-2548

Billy H. Davis Jr., Esq.
Campbell Cherry Harrison Davis Dov
PO Drawer 21387
Waco, TX  76702

Steven B. Flancher, Esquire
Department of Attorney General
Revenue and Collections Div
P.O. Box 30754
Lansing, MI  48909

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

Avaya Communications
Dun & Bradstreet
P. O. Box 5126
Timonium, MD  21094

Mark S. Palmer, Esq.
Duquesne Light Company
P. O. Box 2045
Pittsburgh, PA  15230

Mark Hankin
HanMar Associates, M.L.P.
P.O. Box 26767
Elkins Park, PA  19027

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH  43506

Rosa Dominy
IOS Capital, Inc.
Bankruptcy Administration
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

John Waters, Esq.
Iowa Department of Revenue
Collections Section
P.O. Box 10457
Des Moines, IA  50306

Lori Gruver Robertson, Esq.
Linebarger Goggan Blair
    & Sampson, LLP
1949 South I.H. 35
P.O. Box 17428
Austin, TX  78760

John P. Dillman, Esq.
Linebarger Heard Goggan
P.O. Box 3064
Houston, TX  77253-3064

Los Angeles County Treasurer and Tax
Collector
P.O. Box 54110
Los Angeles, CA  90051

Micheal Reed Esq
McCreary Veselka Bragg & Allen PC
PO Box 26990
Austin, TX  78755

Gary L. Barnhart
Missouri Dept. of Revenue
P.O. Box 475
Bankruptcy Unit
Jefferson City, MO  65105-0475

Margaret A. Holland, Esq.
Deputy Attorney General
NJ Attorney General's Office
R.J. Hughes Justice Complex
P.O. Box 106
Division of Law
Trenton, NJ  08625

Rachel Jeanne Lehr, Esq.
Deputy Attorney General
Office of the Attorney General
R.J. Hughes Justice Complex
P.O. Box 093
Trenton, NJ  08625

Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, FL  32412-0950

Patrick C. Malouf Esq
Porter & Malouf PA
PO Box 12768
Jackson, MS  39236

Charles C. Trascher, III, Esq.
Snellings, Breard, Sartor,
   Inabnett & Trascher, LLP
P.O. Box 2055
Monroe, LA  71207

Daniel A. Speights, Esq.
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC  29924

Paul G. Sumers, Esq.
Tennessee Attorney General's Office
Bankruptcy Unit
P.O. Box 20207
Nashville, TN  37202-0207

William A. Frazell, Esquire
Texas Attorney General
P.O. Box 12548
Bankruptcy & Collections Div.
Austin, TX  78711-2548

J. Robert Nelson, Esq.
VanCott Bagley Cornwall & McCarthy
50 South Main Street, #1600
P.O. Box 45340
Salt Lake City, UT  84145

Robert J. Sidman, Esq.
Tiffany Strelow Cobb, Esq.
Reginald W. Jackson
Vorys, Sater, Seymour
   & Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH  43215

Cynthia L. Cosgrove
Washington Mills Electro Minerals Corp
PO Box 423
Niagara Falls, NY  14302

Deirdre Woulfe Pacheco, Esq.
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ  07095

Attn: Sheree L. Kelly, Esq.
William E. Frese
P.O. Box 570
80 Park Plaza, T5D
Newark, NJ  07101

Robert T. Aulgur, Jr., Esq.
P.O. Box 617
Odessa, DE  19730

Danice Sims
P.O. Box 66658
Baton Rouge, LA  70896

Arthur Stein, Esq.
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ  08731-6070

Russell R. Johnson III Esq.
3734 Byfield Place
Richmond, VA  23233

A. Russell Smith, Esq.
A. Russell Smith Law Offices
159 South Main Street
Akron, OH  44308

Brad Berish
Chad Gettleman
Adelman & Gettleman Ltd
53 West Jackson Blvd.
Chicago, IL  60604

Brian Kilmer
Akin Gump Straus Hauer & Feld LLP
1111 Louisiana Street
44th Floor
Houston, TX  77002-2720

Lisa Beckerman
Akin, Gump, Strauss, Hauer & Feld L.L.P.
590 Madison Ave.
New York, NY  10022

John Wilson
Alcoa, Inc.
390 Park Avenue
New York, NY  10022-4602

Jonathan C. Hantke, Esq.
Pamela H. Walters, Esq.
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX  77032

Daegen Duvall
Aleris International Inc (f/k/a Imco
Recycling)
25825 Science Park Drive
Suite 400
Beachwood, OH  44122-7392

Robert M. Horkovich, Esq.
Anderson, Kll & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020-1182

Peter S. Goodman, Esq.
Andrews & Kurth LLP
450 Lexington Avenue
15th Floor
New York, NY  10017

Lauren M. Webb, Esq.
Simmons Browder Gianaris
Angelides & Barnerd LLC
707 Berkshire Boulevard
P.O. Box 521
East Alton, IL  62024

John Ned Lipsitz, Esq.
Anne E. Joynt
Lipsitz & Ponterio
135 Delaware Ave. Ste. 506
Buffalo, NY  14202

Antonio D. Pyle, Esq.
Antonia D. Pyle PC
227 Upper Baird Road
Stowe, VT  05672

William A. Grubbs Jr. Asst Controller
Southeast Region
AON Consulting Inc.
1100 Reynolds Boulevard
Winston-Sale, NC  27105

Jerold S. Kulback Esq
Archer & Greiner PC
One Centennial Square
East Euclid Avenue
Haddonfield, NJ  08033

Julie A. Ardoin
Ardoin Law Firm
2200 Veterans Memorial Blvd, Ste 210
Kenner, LA  70062

Joel Gross
Arnold & Porter, LLP
555 Twelfth Street, N.W.
Washington, DC  20004

Jay Hurst
Assistant Attorney General, Office of
the
Texas Attorney General, Bankruptcy &
Collections Division
P.O. Box 12548
300 West 15th Street, 8th Fl
Austin, TX  78701

Gail Myers
Assistant Counsel
Office of Chief Counsel
400 Waterfront Drive
Pittsburgh, PA  15222-4745

Alan B. Rich
Attorney and Counselor
Elm Place
1401 Elm St. Suite 4620
Dallas, TX  75201

Charles Gibson
Attorney at Law
620 North Street
Suite 1001
Jackson, MS  39202

Scott Baldwin, Esq.
Baldwin & Baldwin LLP
400 West Houston Street
Marshall, TX  75670

James Magee
Baldwin Haspel LLC
1100 Pydras Street
Suite 2200 Energy Centre
New Orleans, LA  70163

Carl Ekund
Ballard Spahr Andrews & Ingersoll
1225 17th Street
Suite 2300
Denver, CO  80202

IOS Capital Inc.
Bankruptcy Admission
1738 Bass Road
P. O. Box 9115
Macon, GA  31208

C. Randall Bupp, Esq.
Bardelli, Straw & Cavin LLP
2000 Crow Canyon Place
Suite 330
San Ramon, CA  94583

Mark Seyler
Barkley & Thompson, L.C.
1515 Poydras Street
Suite 2350
New Orleans, LA  70112

Deborah L. Thorne Esq
Barnes & Thornburg LLP
One N. Wacker Drive
Suite 4400
Chicago, IL  60606

Steven T. Baron, Esq.
Alan B. Rich, Esq.
Ann Harper, Esq.
Russell W. Budd, Esq.
Baron & Budd, P.C.
3102 Oak Lawn Avenue
Suite 1100
P.O. Box 8705
Dallas, TX  75219

Blake Huynh
Bear, Stearns & Co., Inc.
383 Madison Avenue
New York, NY  10179

Credit Manager
Belz Enterprises
100 Peabody Place
Suite 1400
Memphis, TN  38103

Jonathan D. Berger, Esq.
Russell Henkin, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103-6365

Peter B. McGlynn, Esq.
Bruce D. Levin, Esq.
Bernkopf Goodman LLP
125 Summer Street, Ste. 1300
Boston, MA  02110

Robert S. Bernstein Esq
Bernstein Law Firm PC
1133 Penn Avenue
Pittsburgh, PA  15222

Scott L. Baena, Esq.
Bilzin Sumberg Dunn Baena
    Price & Axelrod LLP
2500 Wachovia Financial Center
200 S. Biscayne Blvd.
Miami, FL  33131

Michael B. Schaedle, Esq.
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19103

Matthew J. Siembieda, Esq.
Benjamin Stonelake, Esq.
Scott E. Coburn, Esq.
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19103

Evan Flaschen
Gregory Nye
Bracewell & Giuliani LLP
Goodwin Square
225 Asylum Street
Suite 2600
Hartford, CT  06103

Lance J. Vander Linden Esq
Brice VanderLinden & Wernick
9441 LBJ Freeway
Suite 350
Dallas, TX  75243

David Unseth
Bryan Cave LLP
One Metropolitan Square
2111 N. Broadway
Suite 3600
St. Louis, MO  63102-2750

Richard A. O'Halloran, Esq.
Burns White & Hickton, LLC
100 Four Falls, Suite 515
1001 Conshohocken State Rd
West Conshohocken, PA  19428

Sergio I. Scuteri, Esq.
Capehart & Scatchard, P.A.
8000 Midlantic Drive
Suite 300 S
Mount Laurel, NJ  08054

Peter Van Lockwood
Ronald Reinsel
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
1201 N.W.
Washington, DC  20005-5802

Peter Van N. Lockwood, Esq.
Julie W. Davis, Esq.
Trevor W. Swett, III, Esq.
Nathan D. Finch, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152-3500

James Gadsden
Carter, Ledyard & Milburn
2 Wall Street
New York, NY  10005-2072

Michael P. Cascino
Cascino Vaughan Law Offices
403 W. North Avenue
Chicago, IL  60610-1117

Ronald D. Gorsline
Chambliss, Bahner & Stophel, P.C.
1000 Tallan Building, Ste. 1000
Two Union Square
Chattanooga, TN  37402-2552

C. Ernster, Esq.
Chargois & Ernster LLp
2700 Post Oak Blvd Ste 1350
Houston, TX  77056

Albert A. Ciardi, III
Ciardi & Ciardi, P.C.
One Commerce Square
2005 Market St, Ste 2020
Philadelphia, PA  19103

William E. Kelleher Jr., Esq.
Cohen & Grigsby
11 Stanwix Street 15th Floor
Pittsburgh, PA  15222

David Lloyd Merrill Esq
Cohen Conway Copeland Klett
10 Central Parkway
Suite 400
Stuart, FL  34994-5903

Richard Seltzer
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY  10036-6976

Ilana Volkov
Cole, Schotz, Meisel, Forman & Leonarrd,
P.A.
Court Plaza North
25 Main Street
Hackensack, NJ  07602

Jon Bauer
Contrarian Capital Management, LLC
411 West Putnam Avenue
Suite 225
Greenwich, CT  06830

Alisa Minsch
Contrarian Capital Trade Claims LP
411 W. Putnam Avenue, S-225
Greenwich, CT  06830-6263

John D. Cooney Esq
Cooney & Conway
120 N. LaSalle
Suite 30000
Chicago, IL  60602

Richard B. Specter, Esq.
Corbett, Steelman & Specter
18200 Von Karman Avenue
Suite 900
Irvine, CA  92612

Anthony F. Parise, Esq.
Cornell University
Office of University Counsel
300 CCC Building, Garden Ave.
Ithaca, NY  14853-2601

Charles Heinzer
Corporate Counsel
Applera Corporation
301 Merritt 7
Norwalk, CO  06851-1070

Bart Hartman
Treasurer/Tax Collector
Attn: Elizabeth Molina
County of San Diego
1600 Pacific Highway, Rm 162
San Diego, CA  92101

Jacob Cohn
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103

Kirk Patrick, III
Crawford Lewis, P.L.L.C.
P.O. Box 3656
450 Laurel Street
Baton Rouge, LA  70821-3656

Mark D. Plevin
Leslie A. Epley
Crowell & Moring LLP
1001 Pennsylvania Ave, NW
Washington, DC  20004-2595

Steven Reisman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY  10178-0061

Stefano Calogero, Esq.
Andrew K. Craig, Esq.
Cuyler Burk, LLP
Parsippany Corporate Center
Four Century Drive
Parsippany, NJ  07054

Julie Bubnack
Tom Scheidt
DACA V, LLC
1565 Hotel Cir S, Ste. 310
San Diego, CA  92108-3419

Julien A. Heckt, Esq.
DAP Products, Inc.
2400 Boston Street
Suite 200
Baltimore, MD  21224

Martin Murphy
Davis & Young
1200 Fifth Third Center
6000 Superior Avenue East
Cleveland, OH  44114

Stephen Vaccaro, Esq.
Debevoise & Plimpton
919 Third Avenue
New York, NY  10022

Debt Acquisition Co. of America V LLC
1565 Hotel Cir S, Ste. 310
San Diego, CA  92108-3419

Ethan D. Fogel J
Dechert
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103-2793

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD  21226-1595

Lisa Hill Fenning
Dewey Ballantine LLP
333 South Grand Avenue
Suite 2600
Los Angeles, CA  90071

Alan Gover
Dewey Ballantine LLP
700 Louisiana
Suite 1900
Houston, TX  77002

Samuel R. Grego
Dickie, McCamey & Chilcote, PC
Two PPG Place, Ste 400
Pittsburgh, PA  15222

Jeffrey Rhodes
Dickstein Shapiro LLP
1825 Eye Street, NW
Washington, DC  20006-5403

Anne Marie P. Kelley, Esq.
Dilworth Paxson, LLP
Liberty View - Suite 700
457 Haddonfield Road
Cherry Hill, NJ  08002

DK Acquisition Partners
65 East 55th Street, 19th Flr.
New York, NY  10022

Patrick J. Feeley, Esq.
Cecilie Howard, Esq.
Dorsey & Whitney LLP
250 Park Avenue
New York, NY  10177

Michael F. Brown, Esq.
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6996

William S. Katchen
Duane Morris
744 Broad Street
Suite 1200
Newark, NJ  07102-3889

Philip Matthews
Duane Morris LLP
One Market, Spear Tower
Suite 2000
San Francisco, CA  94105

Joel M. Walker Esq
Duane Morris LLP
600 Grant Street
Suite 5010
Pittsburgh, PA  15219

Steven J. McCardell, Esq.
Jared Inouye, Esq.
Durham Jones & Pinegar
111 E. Broadway, Ste. 900
Salt Lake City, UT  84111

Michael J. McGinnis
El Passo Corporation
1001 Louisiana
Suite 1540 B
Houston, TX  77002

Edward Houff
Leigh Ann Clifford
Jennifer Kane
Emergence Strategies LLC
1200 Smith Street
Suite 1600
Houston, TX  77002

Lauren Holzman
Claims Processor
Euler Hermes ACI
800 Red Brook Boulevard
Owings Mills, MD  21117

Donna J. Petrone, Esq.
ExxonMobil Chemical Company
Law Dept - Bankruptcy
13501 Katy Freeway
Room W1-562
Houston, TX  77079-1398

Alison Darsey, Esq.
F. Marvin Morris, Esq.
Anthony Sakalarios, Esq.
Charles G. Blackwell, Esq.
Stacey Leas Sims, Esq.
Sara Morris Farris, Esq.
Morris Sakalarios & Blackwell PLLC
1817 Hardy Street
Hattiesburg, MS  39401

Deborah L. Thorne, Esq.
FabelHaber LLC
55 East Monroe Street
40th Floor
Chicago, IL  60603

Fred Glass
Fair Harbor Capital LLC
1841 Broadway
Suite 1007
New York, NY  10023

David A. Jagolinzer, Esq.
Ferraro & Associates PA
4000 Ponce De Leon Blvd
Suite 700
Miami, FL  33146

Cynthia R. Watkins
James R. Lynch
Flemming, Zulack & Williamson, LLP
One Liberty Plaza, 35th Fl
New York, NY  10006-1404

Randall A. Rios, Esq.
Floyd, Isgur, Rios
  & Wahrlich, P.C.
700 Louisiana
Suite 4600
Houston, TX  77002

Michael Small
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL  60654

W.G. Watkins
Jessica DeGroote
Forman Perry Watkins Krutz & Tardy LLP
200 One Jackson Place
188 East Capitol St
Jackson, MS  39201-2131

Scott Howard Wert
Foster & Sear, L.L.P.
524 E. Lamar Blvd., Ste 200
Arlington, TX  76011

Scott W. Wert, Esq.
Denise Holland, Settle Dept
Foster & Sear, LLP
817 Greenview Drive
Grand Prairie, TX  75050

Ryan A. Foster, Esq.
Foster Law Firm
440 Louisiana
Suite 2100
Houston, TX  77002

Christopher Emch
C. Hick
Foster Pepper & Shefelman PLLC
1111 Third Avenue
Suite 3400
Seattle, WA  98101-3299

Joseph D. Frank, Esq.
Frank/Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL  60610

Barbara J. Arison
Frantz Ward LLP
127 Public Square, Ste 2500
Cleveland, OH  44114

Faye Knowles
Fredrikson & Byron, P.A.
4000 Pillsbury Center
200  South Street
Minneapolis, MN  55402

Gerald G. Pecht, Esq.
Fulbright & Jaworski, LLP
1301 McKinney
Suite 5100
Houston, TX  77010-3095

Joseph F. Bishop Jr., Esq.
Garcia and Bishop
618 East Rutland Street
Covington, LA  70433

Kristin Going
Gardner Carton & Douglas LLP
1301 K Street, N.W.
Suite 900
East Tower
Washington, DC  20005

Harold Kaplan
Mark Hebbeln
Gardner Carton & Douglas LLP
191 North Wacker Drive
Suite 3700
Chicago, IL  60606

Charles Robinson
Garvey Schubert & Barer
1191 2nd Avenue, 18th Floor
Seattle, WA  98101

General Motors Acceptance Corporation
P.O. Box 5055
Troy, MI  48007-5055

Oscar B. Fears, III, Esq.
Asst. Attorney General
Georgia Department of Revenue
40 Capitol Square, S.W.
Atlanta, GA  30334

Diana Stoffel
Georgia Pacific Corp -- Collection Div.
133 Peachtree Street NE
7th Floor
Atlanta, GA  30303

Kevin R. McNulty Esq
German Gallagher & Murtaugh
200 S. Broad Street
#500
Philadelphia, PA  19102

Elizabeth S. Kardos, Esq.
Gibbons P.C.
One Gateway Center
Newark, NJ  07102-5310

David Crapo
Gibbons, Del Deo, Dolan, Griffinger &
Vecchione
One Riverfront Plaza
Newark, NJ  07102

Steven J. Johnson, Esq.
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA  94304-1125

Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY  10166

Theodore Goldberg
Goldberg Perksy & White P.C.
1030 Fifth Avenue
Pittsburgh, PA  15219

John Amato IV Esq
Goodman Meagher & Enoch LLP
111 N Charles Street 7th Fl
Baltimore, MD  21201

Daniel M. Glosband, Esq.
Goodwin Procter LLP
Exchange Place
Boston, MA  02109-2881

Russell W. Savory
Gotten, Wilson & Savory, PLLC
88 Union Avenue, 14th Flr.
Memphis, TN  38103

Greif, Inc.
Attn:  Credit Department
366 Greif Parkway
Delaware, OH  43015

J. Michael Mc.Cague Esq.
Griffith McCague & Fernsler PC
707 Grant Street
GulfTower
Pittsburgh, PA  15219

S. James Wallace Esq
Griffith McCague & Wallace PC
Suite 3626 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219-1911

Thomas M. Sobol, Esq.
Hagens Berman LLP
One Main Street
4th Floor
Cambridge, MA  02142

Steven J. Mandelsberg, Esq.
Christiana J. Kang, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022

Leslie James, Esq.
Hartley and O'Brien Parson Thompson Hill
2001 Main Street
Wheeling, WV  26003

John W. Havins, Esq.
Havins & Associates PC
2211 Norfolk
Suite 525
Houston, TX  77098

Steven Buxbaum
Haynes & Boon, LLP
1 Houston Center
1221 McKinney
Suite 2100
Houston, TX  77010

Jan M. Hayden, Esq.
William H. Patrick, Esq.
Heller, Draper, Hayden,
    Patrick & Horn LLC
650 Poydras Street
Suite 2500
New Orleans, LA  70130-6103

Carlo R. Wessels Esq
Hemmer Spoor Pangburn DeFrank
250 Grandview Drive
Suite 200
Ft. Mitchell, KY  41017

D. Wade Cloud, Jr.
R. Mills
Hiersche, Hayward, Drakeley & Urbach,
P.C.
5303 Dallas Parkway
Suite 700
Addison, TX  75001

James P. Ruggeri
Scott A. Shail
William J. Bowman, Esq.
Hogan & Harton LLP
555 Thirteenth Street, N.W.
Washington, DC  20004-1109

Ira S. Greene, Esq.
Hogan & Hartson LLP
875 Third Avenue
New York, NY  10022-6225

Peter Van Zisser
Holland & Knight LLP
195 Broadway
New York, NY  10007

Kevin L. Colosimo o/b/o Possehl Inc.
Houston Harbaugh P.C.
Three Gateway Center
401 Liberty Avenue 22nd Fl.
Pittsburgh, PA  15222

Margaret Ann Nolan
Camela Chapman
Howard County Office of Law
George Howard Building 3rd Fl.
3430 Courthouse Drive
Ellicott City, MD  21043

Daniel H. Slate, Esq.
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA  90071-3442

Andrea L. Hazzard, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  1004-1482

Michael Fielding, Esq.
Husch Blackwell LLP
2300 Main Street, Suite 1100
Two Pershing Square
Kansas City, MO  64108

James A. Sylvester, Esq.
Intercat, Inc.
2399 Highway 34, C1
Manasquan, NJ  08736-1500

Attn:  Insolvency
Internal Revenue Service
31 Hopkins Plaza
Room 1150
Baltimore, MD  21201

Niraj Ganatra
International Union, UAW
8000 E. Jefferson Avenue
Detroit, MI  48214

R. Frederick Linfesty
Iron Mountain Information Management
Inc.
745 Atlantic Avenue
Boston, MA  02111

Donald Uttrich
Jackson & Campbell, P.C.
1120 20th Street, NW
South Tower
Washington, DC  20036-3437

James Humphreys
J. David Cecil
James F. Humphreys & Assoc. L.C.
United Center, Suite 800
500 Virginia Street, East
Charleston, WV  25301

Shelley Malinowski
Jenner &  Block, LLC
One IBM Plaza
Chicago, IL  60611

Nick Bowen
Jones Day
2727 N. Harwood St.
Dallas, TX  75201

Gregory Gordon
Jones Day
2727 North Harwood St.
Dallas, TX  75201

Daniel Winikka
Jones Day
2727 North Harwood St.
Dallas, TX  75201

J. Michael Riley Esq.
Jones Martin Parris & Tessner Law
Offices
410 Glenwood Ave, Ste. 200
Raleigh, NC  27603

Elizabeth Futrell
Jones, Walker, Waechter, Poitevent,
Carrere & Denegre, L.L.C.
201 St. Charles Avenue
49th Floor
New Orleans, LA  70170

Michael J. Urbis, Esq.
Jordan Hyden Womble & Culbreth, P.C.
1534 E. 6th Street, Ste. 104
Brownsville, TX  78520

Shelby A. Jordan, Esq.
Nathaniel P. Holzer, Esq.
Jordan Hyden Womble & Culbreth, P.C.
500 N. Shoreline Boulevard
Suite 900
Corpus Christi, TX  78471

Julie A. Ardoin, Esq.
Julie Ardoin, LLC
2200 Veterans Memorial Blvd
Suite 210
Kenner, LA  70062-4032

John Donnan
Kaiser Aluminum Coporation
27422 Portola Parkway
Suite 350
Foothill Ranch, CA  92610-2831

Wayne Karbal Esq
Karbal Cohen Economou & Dunne
200 S. Michigan Avenue
Suite 2100
Chicago, IL  60604

Thomas M. Wilson
Kelley & Ferraro, LLP
127 Public Square, Ste 2200
Cleveland, OH  44114

Debra SuDock
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

Amy Pritchard-Williams, Esq.
Margaret Westbrook, Esq.
Kennedy Covington Lobdell & Hickman, LLP
Hearst Tower, 47th Floor
214 N. Tryon Street
Charlotte, NC  28202

Todd Meyers, Esq.
Kilpatrick Stockton
1100 Peachtree Street
Suite 2800
Atlanta, GA  30309

James A. Pardo, Jr.
King & Spalding
1180 Peachtree St, NE
Atlanta, GA  30309

John Donley, Esq.
Adam Paul, Esq
Kirkland & Ellis
300 N. LaSalle
Chicago, IL  60654

Peter C. DePaolis, Esq.
Koonz, McKenney, Johnson, DePaolis &
Lightfoot
10300 Eaton Place
Suite 200
Fairfax, VA  22030

John W. Kozyak
Charles W. Throckmorton
David L. Rosendorf
Corali Lopez-Castro
Kozyak Tropin & Throckmorton PA
2525 Ponce de Leon
9th Floor
Coral Gables, FL  33134

Gary M. Becker, Esq.
Philip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

Jonathan T. Krassenstein, Esq.
Krassenstein & Associates
7500 Brooktree Drive
Wexford, PA  15090

Darryl Landwehr
Landwehr & Hof
225 Baronne Street
Suite 2116
New Orleans, LA  70112

Patrick N. Haines, Esq.
Lanier, Parker, Sullivan PC
6810 FM 1960 West
Houston, TX  77069

David S. Heller, Esq.
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL  60606

Daniel Fisher
Law Debenture Trust Co of NY
400 Madison Avenue, 4th Fl
New York, NY  10017

Jeffrey C. Mutnick
Law Office of Jeffrey S. Mutnick
737 SW Vista Avenue
Portland, OR  97205

Jack Davis
Law Offices of Frederic W. Nessler &
Assoc
536 North Bruns Lane
Suite One
Springfield, IL  62702

Law Offices of Janet S. Baer PC
70 W. Madison Street
Suite 2100
Chicago, IL  60602

Ari Lefkovits
Lazard Freres & Company LLC
30 Rockefeller Plaza, 61st Fl
New York, NY  10020

Anne Ferazzi
Legal Representative for Future Silica
Claimants
11923 Winwood
Houston, TX  77024

B. Richard Moore, Jr.
Lemle & Kelleher, L.L.P.
Pan American Life Ctr.
601 Poydras St., 21st Floor
New Orleans, LA  70130-6097

Moshe Maimon, Esq.
Levy Phillips & Konighsberg LLP
520 Madison Avenue
New York, NY  10022

Elizabeth J. Cabraser, Esq.
Lieff, Cabraser, Heimann
   & Bernstein, LLP
Embacadero Center West
275 Battery Street 30th Fl.
San Francisco, CA  94111

Glenn Manochi
Lightman, Manochi & Christensen
1520 Locust Street
Twelfth Floor
Philadelphia, PA  19102-4401

Elizabeth Weller, Esq.
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street
Suite 1720
Dallas, TX  75201-2691

David Aelvoet, Esq.
Linebarger Goggan Blair Graham
   Pena & Sampson, LLP
Travis Park Plaza Building
711 Navarro, Ste. 300
San Antonio, TX  78205

John Dillman
Linebarger Goggan Blair Pena & Sampson
P.O. Box 17428
1949 South I.H. 35 (78741)
Austin, TX  78760-7428

Joseph T. Kremer, Esq.
Lipsitz Green Fahringer Roll
   Salisbury & Cambria, LLP
42 Delaware Avenue, Ste. 300
Buffalo, NY  14202

Greg A. Lawry, Esq.
Locke Lord Bissell & Liddell, LLP
2200 Ross Avenue
Suite 2200
Dallas, TX  75201

Kathleen Logan
Logan and Company
546 Valley Road
Upper Montclair, NJ  07043

Maurie Shalome
Longacre Master Fund Ltd.
810 7th Avenue
33rd Floor
New York, NY  10019-5818

Michael S. Etkin, Esq.
Ira M. Levee, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

Jackey W. South, Esq.
Lundy & Davis LLP
501 Broad Street
Lake Charles, LA  70601

R. Jeff Carlisle, Esq.
Lynberg & Watkins
888 S. Figueroa Street
Suite 1600
Los Angeles, CA  90017

Robert A. Arcovio, Esq.
Margolis Edelstein
1500 Grant Building
Pittsburgh, PA  15219

Clark Whitmore
Alain Baudry
Maslon Edelman Borman & Brand LLP
3300 Wells Fargo Center
90 South Seventh St
Minneapolis, MN  55402

Russell R. Sanders Esq
May Long & Sanders
3030 US Steel Tower
600 Grant Street
Pittsburgh, PA  15219

J. Michael Baggett, Esq.
McCann Garland Ridall & Burke
309 Smithfield St Ste 400
Pittsburgh, PA  15222

Joseph Lubertazzi Jr., Esq.
McCarter & English LLP
100 Mulberry Street
Four Gateway Center
Newark, NJ  07102

Joseph C. Gruber Esq
McCaslin Imbus & McCaslin
632 Vine Street
Suite 900
Cincinnati, OH  45202

David P. McClain
Tony Draper
McClain, Leppert & Maney, P.C.
south Tower, Pennzoil Place
711 Louisiana St, Ste 3100
Houston, TX  77002

Scott W. Wert, Esq.
McCurdy Law Firm
817 Greenview Drive
Grand Prairie, TX  75050

Thomas O. Bean, Esq.
McDermott Will & Emery
28 State Street
34th Floor
Boston, MA  02109-1706

Jon L. Heberling, Esq.
McGarvey, Heberling, Sullivan &
    McGarvey, PC
745 South Main Street
Kalispell, MT  59901

Paul S. McGrath Jr. Esq
McGrath & Associates PC
Three Gateway Center
401 Liberty Ave 13th Fl
Pittsburgh, PA  15222

John Maddock, III
R. Eric Bilik
McGuirewoods LLP
One James Center
901 East Cary Street
Richmond, VA  23219

James E. Wimberley, Esq.
McPherson, Monk, Hughes, Bradley &
Wimberley LLP
3120 Central Mall Drive
Port Arthur, TX  77642

Richard Milazzo, Esq.
Mendes & Mount
750 Seventh Avenue
New York, NY  10019

Thomas J. Quinn, Esq.
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY  10019-6829

Louis C. Long Esq
Meyer Darragh Buckler Bebenek & Eck
US Steel Tower Ste 4850
600 Grant Street
Pittsburgh, PA  15219

Robert H. Rosenbaum, Esq.
M. Evan Meyers, Esq.
Meyers, Rodbell & Rosenbaum, PA
Berkshire Building
6801 Kenilworth Ave. Ste. 400
Riverdale, MD  20737-1385

Brad N. Friedman, Esq.
Rachel Fleishman, Esq.
Milberg Weiss Bershad
    Hynes & Lerach LLP
One Pennsylvania Plaza
New York, NY  10119-0165

John P. Knapp, Jr.
Miller Nash LLP
4400 Two Union Square
601 Union Street
Seattle, WA  98101-2352

Richard G. Placey, Esq.
Natalie D. Ramsey, Esq.
Montgomery McCracken
    Walker & Rhoads LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA  19109

Stephen B. Gunn, Esq.
Moore & Van Allen PLLC
100 North Tryon Street
Suite 4700
Charlotte, NC  28202

Robert H. Scheibe
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY  10178-0060

Jennifer L. McBrien Esq
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY  10104-0050

Frederick Jekel, Esq.
John Baden, Esq.
Scott W. Galante, Esq.
Joseph F. Rice, Esq.
Motley Rice LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC  29464

Abby Propis Simms
Laura Bandini
National Labor Relations Board, Special
Litigation Branch
1099 14th St., N.W.
Suite 8600
Washington, DC  20570

M. Diane Jasinski, Esq.
Michael D. Hess, Esq.
New York City Corporation Counsel
100 Church Street, Rm 6-127
New York, NY  10007

Barbara G. Billet, Esq.
Elaine Z. Cole, Esq.
New York State
Department of Taxation and Finance
340 E. Main Street
Rochester, NY  14604

Keith Langston
Nix, Patterson & Roach, L.L.P.
205 Linda Drive
Daingerfield, TX  75638

William H. Johnson, Esq.
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA  23510-9242

Allan H. Ickowitz, Esq.
Nossaman, Guthner, Knox
   & Elliott, LLP
445 S. Figueroa Street
31st Floor
Los Angeles, CA  90071

Kevin Welch Esquire
Office of General Counsel
Division of Waste Management
200 Faiar Oaks Lane 1st Floor
Frankfort, KY  40601

Brian D. Salwowski, Esq.
Office of the Attorney General
Indiana Gov. Center South
5th Floor
302 W. Washington Street
Indianapolis, IN  46204-2770

Christopher R. Momjian, Esq.
Sr. Deputy Atty. General
I.D. No. 057482
Denise A. Kuhn, Esq.
Office of the Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603

Charles L. Finke, Asst. Gen. Counsel
Brad Rogers, Esq.
Joan Segal Esq.
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K Street, N.W.
Washington, DC  20005-4026

Laura McCloud
William McCormick
Office of the Tennessee Attorneys
General
Bankruptcy Division
P.O. Box 20207
425 5th Avenue, North
Nashville, TN  37302

Tancred V. Schiavoni
O'Melveny & Meyers
7 Times Square
Times Square Tower
New York, NY  10036

Brad N. Elias, Esq.
O'Melveny & Myers, LLP
Times Square Tower
7 Times Square
New York, NY  10036

The Mills Corporation
Ontario Mills LP
Legal Department
225 W. Washington Street
Indianaolis, IN  46204-3435

Roger Frankel, Esq.
Richard H. Wyron, Esq.
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC  20007-5135

Frederick Holden, Jr.
Orrick, Herrington & Sutcliffe LLP
The Orrick Bldg
405 Howard Street
San Francisco, CA  94105-2669

Robert Claude Edmundson, Esq.
PA Department of Revenue
564 Forbes Avenue
4th Floor, Manor Complex
Pittsburgh, PA  15219

Deborah Candace Phillips, Esq.
PA Dept of Labor & Industry
Unemployment Compensation
914 Penn Avenue
Pittsburgh, PA  15222

Robert C. Edmundson Esq
PA Dept of Revenue
5th Floor Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

Joshua Colangelo-Bryan Esq.
Patrick J. Feeley, Esq.
Dorsey & Whitney LLP
250 Park Avenue
New York, NY  10177

Paul D. Henderson
Paul D. Henderson PC
712 Division Avenue
Orange, TX  77630

Ted Weschler
Peninsula Capital Advisors, L.L.C.
404 East Main Street
Second Floor
Charlottesville, VA  22902

Lawrence F. Landgraff Esq
Deborah J. Bisco, Esq.
Pension Benefit Guaranty Corp
1200 K. Street NW
Washington, DC  20005

Michael Miller
James Eggeman
Pension Benefits Guaranty Corp., Office
of
General Counsel
1200 K Street, N.W.
Suite 3400
Washington, DC  20005-4026

Nina M. Varughese, Esq.
Edward C. Toole, Jr., Esq.
Linda J. Casey, Esq.
Pepper Hamilton, LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799

Peter G. Angelos, Esq.
Paul Matheny, Esq.
Peter G. Angelos PC
5905 Harford Road
Baltimore, MD  21214

Katherine Determan
Phelps Dunbar LLP
Canal Place
Suite 2000
365 Canal Street
New Orleans, LA  70130-6534

Alan S. Miller, Esq.
Picadio Sneath Miller & Norton PC
600 Grant Street
4710 U.S. Steel Tower
Pittsburgh, PA  15219

Craig Barbarosh, Esq.
Pillsbury Winthrop LLP
650 Town Center Drive
7th Floor
Costa Mesa, CA  92626-7122

Pillsbury Winthrop LLP
1540 Broadway #9
New York, NY  10036-4039

M. David Minnick, Esq.
Michael P. Ellis, Esq.
Gerald F. George, Esq.
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA  94105-2228

Ronald S. Beacher, Esq.
Pitney Hardin Kipp & Szuch LLP
7 Times Square
New York, NY  10036-6524

Timothy Porter
Patrick Malouf
Porter & Malouf, P.A.
P.O. Box 12768
4670 McWillie Drive
Jackson, MS  39236-2768

Walter Stickley
PQ Corporation
1200 W. Swedes Ford Road
Berwyn, PA  19312

Marianne Goldstein Robbins
Previant, Goldberg, Uelmen, Grantz,
Miller &
Brueggeman, S.C.
P.O. Box 12993
1555 N. RiverCenter Drive
Suite 202
Milwaukee, WI   53212

Jon Molendo
PricewaterhouseCoopers LLP
19 Cornwall Court
Birmingham,   B3 2DT

Todd Ware
Producers Gas Sales, Inc.
P.O. Box 430
1500 Grandeville Raod
Newark, OH   43055

Colin D. Moore
Provost & Umphrey Law Firm, LLP
490 Park Street
Beaumont, TX   77701

Richard Levy, Jr., Esq.
Pryor Cashman LLP
7 Times Square
New York, NY   10036-6569

Tina Niehold Moss
Pryor Cashman LLP
410 Park Avenue
New York, NY   10022-4441

Glen W. Morgan Esquire
Reaud Morgan & Quinn Inc
801 Laurel
Beaumont, TX   77701

Amy Sapp
Red Man Pipe & Supply Company
P.O. Box 35632
8023 East 63rd Place
Tulsa, OK   74153

James J. Restivo, Esq.
Reed Smith LLP
435 Sixth Street
Pittsburgh, PA   15219

William K. Brown
Resco Products Inc.
Penn Center West 2
Suite 430
Pittsburgh, PA   15276

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
  & Brickman
1037 Chuck Dawlay Blvd.
Building A
Mount Pleasant, SC   29464

Joseph L. Schwartz, Esq.
Curtis M. Plaza, Esq.
Craig T. Moran, Esq.
Riker Danzig Scherer Hyland
  & Peretti LLP
Headquarters Plaza
1 Speedwell Avenue
Morristown, NJ   07962-1981

Robert Shields III Esq.
Robert Shields III Esq.
2025 Third Avenue
Suite 301
Birmingham, AL   35203

Bernice Conn, Esq.
Robins Kaplan Miller & Ciresi LLP
2049 Century Park East
Suite 3700
Los Angeles, CA   90067

Michael Enright
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT   06108

Steven T. Hoort, Esq.
Ropes & Gray
One International Place
Boston, MA   02110-2624

Kenneth Blumenthal
Rourke & Blumentahl
495 South Hight Street
Columbus, OH   43215

Howard Heller
Santown Limited Partnership
c/o Kin Properties, Inc.
31 Lady Godvia Way
New City, NY   10956

Jeffrey C. Hampson, Esq.
Saul Ewing LLP
1500 Market Street
Philadelphia, PA   19102

E. Katherine Wells, Esq.
SC Dept of Health & Environmental
Control
2600 Bull Street
Columbia, SC  29201-1708

Charlotte Klenke, Esq.
Schneider National, Inc.
3101 S. Packerland
P.O. Box 2545
Green Bay, WI  54306

Mary A. Coventry
Katherine White
Sealed Air Corporation
200 Riverfront Blvd.
Elmwood Park, NJ  07407-1033

Michael A. Berman, Esq.
Securities & Exchange Commission
100 F. Street, NE
General Counsel-Bankruptcy
Washington, DC  20549

Securities & Exchange Commission
15th & Pennslyvania Ave NW
Washington, DC  20020

Office of Reorganization
Securities & Exchange Commission
3475 Lenox Road, N.E.
Suite 1000
Atlanta, GA  30326-1232

David C. Christian II
Seyfarth Shaw LLP
131 S Dearborn St, Ste 2400
Chicago, IL  60603

David Christian, II
Sara E. Lorber
Seyfarth Shaw LLP
55 East Monroe Street
Suite 4200
Chicago, IL  60603-5803

Robert W. Dremluk
Seyfarth Shaw LLP
620 Eighth Ave
New York, NY  10018

Kimberly M. Stoker Esq
Shapiro Sher Guinto & Sandler
36 S. Charles Street
20th Floor
Baltimore, MD  21201

Robert M. Fishman, Esq.
Shaw Gussis Domanskis
    Fishman & Glantz
321 N. Clark Street
Suite 800
Chicago, IL  60610

Bethann P. Schaffzin, Esq.
Shein Law Center Ltd.
121 S. Broad Street
21st Floor
Philadelphia, PA  19107

Edward Tillinghast, III, Esq.
Sheppard, Mullin, Richter
    & Hampton LLP
30 Rockerfeller Plaza
24th Floor
New York, NY  10112

James M. Garner, Esq.
Sher Garner Cahill Richter
    Klein & Hilbert, L.L.C.
909 Poydras Street
Suite 2800
New Orleans, LA  70112-1033

Gary Nelson Esq.
Sherrard German & Kelly PC
620 Liberty Plaza
Two PNC Plaza
Pittsburgh, PA  15222

Kevin T. Lantry
Sally S. Neely
Jeffrey E. Bjork
Sidley, Austin, Bron & Wood LLP
555 W Fifth St, Ste 4000
Los Angeles, CA  90013-6000

Sierra Asset Management LLC
2699 White Road, Ste. 225
Irvine, CA  92614-6264

Steven T. Baron Esq
Silber Pearlman L.L.P.
2711 N. Haskell Avenue
5th Floor LB 32
Dallas, TX  75204

Robert W. Phillips, Esq.
Simmons Cooper LLC
707 Berkshire Blvd.
East Alton, IL  62024

Lynn K. Neuner, Esq.
Samuel J. Rubin, Esq.
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY  10017

Timothy Pohl
Chris Dickerson
Skadden Arps Slate Meagher & Flom
333 West Wacker Drive
Chicago, IL  60606-1285

D.J. Baker, Esq.
Skadden, Arps, Slate,
    Meagher & Flom LLP
Four Times Square
New York, NY  10036

Michael Stag
Smith Stag LLC
365 Canal Street
Suite 2850
New Orleans, LA  70130

Robert B. Millner
Sonnenschein, Nath & Rosenthal
8000 Sears Tower
233 S Wacker Dr
Chicago, IL  60606

Jeffrey A. Schaffer
Spectrum Group Mgmt LLC
1250 Broadway
Suite 810
New York, NY  10001

Kelly Singer
Squire Sanders
1 E. Washington Street
Suite 2700
Phoenix, AZ  85004

Stamatios Stamoulis, Esq.
Richard C. Weinblatt, Esq.
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road
Suite 307
Wilmington, DE  19809

James W. Stanley Jr. Esq
Stanley Law Firm PA
301 North Broadway
North Little Rock, AR  72114

Michelle T. Sutter
Revenue Recovery
State Library of Ohio
Office of the Attorney General
150 East Gay Street
23rd Floor
Columbus, OH  43215

Kevin James, Esq.
Deputy Attorney General
State of California
Department of Justice
1515 Clay Street, 20th Floor
Oakland, CA  94612-1413

Katherine Kakish, Esq.
Michael A. Cox, AG
State of Michigan, Dept of Treasury
3030 West Grand Blvd
Suite 10-200
Detroit, MI  48202

Gina Baker Hantel, Esq.
Attorney General's Office
State of Tennessee
Bankruptcy Division
425 5th Avenue North, Flr 2
Nashville, TN  37243

Harry Lee
John O'Connor
Steptoe & Johnson LLP
1330 Connecticut Ave., N.W.
Washington, DC  20036

Leonard P. Goldberger
Marnie E. Simon
Stevens & Lee, P.C.
1818 Market St, 29th Fl
Philadelphia, PA  19103

Dorine Vork, Esq.
Stibbe, PC
489 Fifth Avenue
32nd Floor
New York, NY  10017

Harley E. Riedel
Stichter Riedel Blain & Prosser PA
110 E. Madison Street
Suite 200
Tampa, FL  33602

George T. Snyder Esq
Philip Beard, Esq.
Stonecipher Cunningham Beard & Schmitt
125 First Avenue
Pittsburgh, PA  15222

Walter Stringfellow
Stringfellow & Associates
444 South Flower St
30th Floor
Los Angeles, CA  90071-2901

Lewis Kruger
Stroock & Strook & Lavan
180 Maiden Lane
New York, NY  10038-4982

Issac Pachulski
K. John Shaffer
Gina Najolia
Stutman, Trister & Glatt, P.C.
1901 Avenue of the Stars
12th Floor
Los Angeles, CA  90067

Sander L. Esserman, Esq.
Robert T. Brousseau, Esq.
Van J. Hooker, Esq.
Sander Esserman Esq
Peter D'Apice
Stutzman Bromberg Esserman
    & Plifka PC
2323 Bryan Street
Suite 2200
Dallas, TX  75201

Christopher L. Beard Esquire
The Beard Group
502 W. Patrick Street
Frederick, MD  21701

Pamela Zilly
Richard Shinder
Barry Korn
The Blackstone Group
345 Park Avenue, 30th Floor
New York, NY  10154

Don C. Fletcher, Esq.
The Cavanagh Firm, P.A.
1850 North Central Avenue
Suite 2400
Phoenix, AZ  85004

Gregg Badura
Scott Howard Siegel
The CIT Group/Business Credit, Inc.
300 South Grand Avenue
Third Floor
Los Angeles, CA  90071

Linda Law
The City of Portland
City Attorney's Office
P.O. Box 0
1221 SW 4th Ave Rm 430
Portland, OR  97204

Kathleen Maxwell, Esq.
The Dow Chemical Company
Legal Department
2030 Dow Center_Office 732
Midland, MI  48674

Ryan Foster
Niki Fhodes
The Foster Law Firm P.L.L.C.
440 Louisiana, Suite 2100
Houston, TX  77002

Gigi Gibson
The Gibson Law Firm
447 Northpark Drive
Ridgeland, MS  39157

Sean Johnston
The Hartford
Hartford Plaza T-6-93
Hartford, CT  06115

Shepard A. Hoffman Esq
The Hoffman Law Firm
Highland Park Place
4514 Cole Avenue
Suite 806
Dallas, TX  75205

Alan Kellman Esq
The Jaques Admiralty Law Firm
1570 Penobscot Building
Detroit, MI  48226

Paul Matheny
The Law Offices of Peter G. Angelos,
P.C.
5905 Harford Road
Baltimore, MD  21214

Paul M. Matheny, Esq.
The Law Offices of Peter G. Angelos, PC
One Charles Center
100 North Charles Street
Baltimore, MD  21201-3804

Harvey Schultz
The Schultz Organization
4 Woods End
Ocean, NJ  07712-4181

Darrell W. Scott, Esq.
The Scott Law Group
926 W. Sprague Avenue
Suite 583
Spokane, WA  99201

Thomas E. Reilly Esq
Thomas E. Reilly PC
2025 Greentree Road
Pittsburgh, PA  15220

G. Luke Ashley, Esq.
Thompson & Knight LLP
1700 Pacific Avenue
Suite 3300
Dallas, TX  75201

Brian Hockett
Mark Bossi
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO  63101

Trade-Debt.Net
2 Stamford Plaza
#1501
Stamford, CT  06901-3263

Beverly Weiss Manne Esq
Tucker Arensberg PC
1500 One PPG Place
Pittsburgh, PA  15222

Kaye Tucker
Tucker Law Firm
9440 Santa Monica Blvd
Suite 504
Beverly Hills, CA  90210

Louis Curcio
Michael Muller
Thacher Proffitt
Two World Financial Center
New York, NY  10281

James D. Freeman, Esq.
U.S. Department of Justice
1961 Stout St. 8th Fl.
Environmental Enforcement Sec.
Denver, CO  80294-1961

Michael R. Sew Hoy
U.S. Dept of Justice-Civil Division
Commercial Litigation Branch
1100 L Street, NW
10th Floor, Room 10048
Washington, DC  20005

Clayton M. Creswell Esq
UMWA Health & Retirement Funds
2121 K Street NW
Suite 350
Office of Gen Counsel
Washington, DC  20037

Janet Fitzpatrick
Unisys Corp
P.O. Box 500
M/S E8-108
Unisys Way
Blue Bell, PA  19424

John Huige
Unisys Corporation
35550 Jeffers Court
Harrison Twp, MI  48045

David J. Jurv Esq
United Steelworkers of America
Five Gateway Center
Room 807
Pittsburgh, PA  15222

Matthew Troy
US Dept of Justice Civil Division
P.o. Box 875
1100 L St., NW, Rm 10006
Ben Franklin Station
Washington, DC  20044-0875

Steven J. Del Cotto
Vesuvius USA Corporation
27 Noblestown Road
Carnegie, PA  15106

John Winship Read
James J. McMonagle
Vorys Sater Seymour & Pease LLP
1375 E. Ninth St
2100 One Cleveland Center
Cleveland, OH  44114

Mark Shelnitz
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

William M. Graham, Esq.
Wallace & Graham
525 North Main Street
Salisbury, NC  28144

Warren Smith
Steve Bossay
Warren H. Smith & Associates, P.C.
Republic Center
325 N. Saint Paul
Suite 1275
Dallas, TX  75201

Charles S. Siegel Esq
Tracie Patton
Waters & Kraus LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX  75204

J. Kevin Watson, Esq.
Watson & Jernigan PA
2829 Lakeland Dr Ste 1502
Mirror Lake Plaza
Jackson, MS  39232

Martin J. Bienenstock, Esq.
Judy G.Z. Liu, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Michael Selig
Westover Investments, L.L.C.
555 Old Garth Road
Charlottesville, VA  22901

Robert Dale Klein
Wharton Levin Ehrmantraut & Klein, P.A.
P.O. Box 551
104 West Street
Annapolis, MD  21404-0551

Joseph G. Gibbons, Esq.
Guy Cellucci
White & Williams LLP
1800 One Liberty Place
Philadelphia, PA  19103

Robert T. Aulgur
Kristi J. Doughty
Whittington & Aulgur
651 N. Broad St, Ste 206
Middletown, DE  19709

T. Kellan Grant, Esq.
Jonathan W. Young, Esq.
Wildman Harrold Allen & Dixon
225 West Wacker Drive
Suite 3000
Chicago, IL  60606-1229

Philip J. Ward, Esq.
Victoria Radd Rollins
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC  20005

Steven J. Kherkher
Williams Bailey Law Firm LLP
8441 Gulf Freeway
Suite 600
Houston, TX  77017

Craig Goldblatt Esq
Wilmer Cutler Pickering Hale & Dorr
2445 M Street NW
Washington, DC  20037

Duane Morse
Wilmer Cutler Pickering LLP
1600 Tysons Blvd., 10th Floor
Tysons Corner, VA  22102

Carl Pericone, Esq.
Wilson Elser Moskowitz
    Edelman Dicker LLP
150 East 42nd Street
New York, NY  10019-5639

Mark G. Ledwin, Esq.
Wilson Elser Moskowitz Edelman & Dicker
3 Gennett Drive
White Plains, NY  10604

David W. Wirt, Esq.
Winston & Strawn
35 West Wacker Drive
Chicago, IL  60601

Mike Nienstedt
Witherspoon, Kelley, Davenport & Toole
1100 US Bank Bldg
422 West Riverside
Spokane, WA  99201-0300

Xerox Capital Services, LLC
P.O. Box 660502
Dallas, TX  75266-0502

Michael Davis
Zeichner Ellman & Krause
575 Lexington Ave
New York, NY  10022

Michael S. Davis, Esq.
Zeichner Ellman & Krause
575 Lexington Avenue
10th Floor
New York, NY  10022

Janet Napolitano
Robert R. Hall
Russell W. Savory
1275 West Washington Street
Phoenix, AZ  85007-1278

Alan Brayton
Christina Skubic
Brayton Purcell
222 Rush Landing Road
Novato, CA  94945

Martha E. Romero, Esq.
6516 Bright Avenue
Whittier, CA  90601-4503

Jonathan H. Alden, Esq.
Assistant General Counsel
3900 Commonwealth Blvd.
MS 35
Tallahassee, FL  32399-3000

Larry A. Feind
133 Peachtree Street, N.E.
7th Floor
Atlanta, GA  30303

Anton Volovsek
191 Battle Ridge Road
Kooskia, ID  83539-5072

Ann Beimdiek Kinsella, Esq.
Asst. Attorney General
445 Minnesota Street
Suite 1200
St. Paul, MN  55101-2127

Suexirda Prayaga
7365 MacLeod Lane
Ofallon, MO  63366

Hal Pitkow, Esq.
The Falls at Lambertville
351 South Main Street
Lambertville, NJ  08530

Dr. Anthony Pilavas
25-09 31st Avenue
Astoria, NY  11106

John Preefer
128 Willow Street, Apt. 6-B
Brooklyn, NY  11201

Charles E. Boulbol, Esq.
26 Broadway
17th Floor
New York, NY  10004

Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA  19030

Sherry Moreau Esq
Missouri Dept of Revenue
301 W. High St. Room 670
Box 475
Jefferson City, MO  65101-1517

4101257