B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: **W.R. GRACE, ET AL.,**                           Case No. **01-01139**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **LIQUIDITY SOLUTIONS, INC.** | **CHP ASSOCIATES INC** |
|---|---|
| Name of Transferee | Name of Transferor |

| Name and Address where notices to transferee should be sent: | Court Claim # (if known): **2977** <br> Amount of Claim: **$457,437.00** <br> Date Claim Filed: 03/03/2003 |
|---|---|
| **LIQUIDITY SOLUTIONS, INC** <br> **ONE UNIVERSITY PLAZA, SUITE 312** <br> **HACKENSACK, NJ 07601** | |
| Phone: **(201) 968-0001** <br> Last Four Digits of Acct #: _____ | Phone: _____ <br> Last Four Digits of Acct. #: _____ |

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/Michael Handler                                   Date:  2/22/2011
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**497811**

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

In re: **W.R. GRACE, ET AL.,**              Case No. **01-01139**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. **2977** (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on **2/22/2011**.


**LIQUIDITY SOLUTIONS, INC.**              **CHP ASSOCIATES INC**
Name of Alleged Transferee                  Name of Transferor

Address of Alleged Transferee:              Address of Transferor:
**One University Plaza, Suite 312**         **CHP ASSOCIATES INC**
**Hackensack, NJ 07601**                    **1415 ROUTE 70 EAST**, STE 500
                                            **CHERRY HILL, NJ 08034**

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                     _____
                                            **CLERK OF THE COURT**


                                                            **497811**

**TRANSFER NOTICE**

CHP Associates, LLC ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., One University Plaza, Suite 312, Hackensack, NJ 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against W.R. Grace & Co., et al. ("Debtors"), in the aggregate amount of $457,437.00 representing all claims of Assignor pending against Debtors in the United States Bankruptcy Court, District of Delaware, administered as Case No. 01-01139.

IN WITNESS WHEREOF, Assignor has signed below as of the 17th day of February, 2011.

CHP Associates, ~~Inc.~~ LLC        Liquidity Solutions, Inc.

_____        _____
(Signature)                            (Signature)

FRED BERLINSKY, MEMBER                 Michael Handler
(Print Name and Title)                 (Print Name and Title)