**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al. | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |
| | ) |

**NOTICE OF SERVICE**

**PLEASE TAKE NOTICE** that, on February 22, 2011, the Debtors served their *First Request to Claimants for Documents and Answers to Interrogatories Related to Claims nos. 8378, 8379 and 8380* on Claimants Neutocrete Products, Inc. ("Neutocrete Products"), Neutocrete Systems, Inc. ("NSI") and FTF Crawlspace Specialists, Inc. ("FTF," and collectively with Neutocrete and NSI, "Neutocrete" or "Claimants") by and through their counsel.

Service was made via e-mail and registered mail on counsel:

Stamatios Stamoulis
Stamoulis &Weinblatt LLC
Attorneys for Claimants

Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809

e-mail: stamoulis@swdelaw.com
       weinblatt@swdelaw.com

**[remainder of page left intentionally blank]**

Dated: February 22, 2011

KIRKLAND & ELLIS LLP
Adam Paul
John Donley
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000

,and

BAER HIGGINS FRUCHTMAN LLC
Janet S. Baer
Roger J. Higgins
111 East Wacker Drive
Suite 2800
Chicago, IL60601
(312) 836-4047

and

PACHULSKI STANG ZIEHL & JONES LLP

_James E) Neill_
_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
(302) 652-4100
(302) 652-4400

Co-Counsel for the Debtors and Debtors-in-
Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al. | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that, on February 22, 2011, I electronically filed the Debtors' *First Request to Claimants for Documents and Answers to Interrogatories Related to Claims nos. 8378, 8379 and 8380* with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel. In addition, the following counsel also were served by email and registered mail:

Stamatios Stamoulis
Stamoulis &Weinblatt LLC
Attorneys for Claimants

Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809

e-mail: stamoulis@swdelaw.com
        weinblatt@swdelaw.com

_____
James E. O'Neill