**EXHIBIT 1**

# BMC Group

WR GRACE

Monthly Invoice:

## July 2010 -- WRG Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/1/2010 | 0.3 | $63.00 | Email from K Love re Canadian PD claim settlements research (.1); research b-Linx and docket (.1); prep email to K Love re research results on Canadian PD claim settlement (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/6/2010 | 0.6 | $126.00 | Emails to/from K Love re research request re Canadian asbestos claims (.2); emails to/from G Kruse re report of Canadian claims with property addresses (.1); prep ART report of Canadian claims filed (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/6/2010 | 3.2 | $672.00 | Analysis of ART report, G Kruse spreadsheet, b-Linx and docket re Canadian asbestos claims for K Love (1.5); revise spreadsheet for K Love (1.4); prep e-mail to K Love re research results re asbestos PD claims in Canada (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/7/2010 | 0.1 | $21.00 | E-mail from K Love re dockets for claims orders on appeal |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/13/2010 | 1.5 | $315.00 | DRTT audit and b-Link review (.8); revise b-Linx per audit (.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/14/2010 | 1.8 | $378.00 | DRTT audit and b-Link review (1.0); revise b-Linx per audit (.8) |
| TINAMARIE FEIL - Principal | | $275.00 | 7/17/2010 | 0.5 | $137.50 | Review legacy files re Libby claimants |
| TINAMARIE FEIL - Principal | | $275.00 | 7/20/2010 | 0.3 | $82.50 | Review results of research on Libby notice issue |
| | WRG Asbestos Claims Total: | | | 8.3 | $1,795.00 | |

## July 2010 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|------------|------|-------|--------------|-------------|
| LELIA HUGHES - REC_TEAM | | $75.00 | 7/1/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 7/1/2010 | 0.1 | $7.50 | Review Court docket Nos. 25010-25020 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/1/2010 | 0.5 | $105.00 | Email from D Boll re Newark Electronic claim (.1); review S Cohen email response (.1); email from E Liebe re Raffert claim (.1); research b-Linx re Raffert claim (.1); prep email to E Lieb re research results (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 7/1/2010 | 0.1 | $19.50 | Email exchange with Deanna Boll re claims information |
| MYRTLE JOHN - MANAGER | | $195.00 | 7/1/2010 | 0.2 | $39.00 | Review correspondence from Rust Consulting re CD with updated claims record (.1); call to Mike Cole and Kathy Davis re updated address information (.1) |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 7/2/2010 | 0.1 | $7.50 | Telephone with Attorney at (317) 861-4497 /  RE: inquiry whether client filed claim; refered to Rust Consulting |
| LELIA HUGHES - REC_TEAM | | $75.00 | 7/2/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 7/2/2010 | 0.1 | $7.50 | Review Court docket Nos. 25021-25040 to categorize docket entries. |
| AIRGELOU ROMERO - CAS | | $95.00 | 7/5/2010 | 0.4 | $38.00 | Audit categorization updates related to Court Docket Nos 25011-25015,25017-25018,25023-25029,25031-25036 |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 7/6/2010 | 0.1 | $7.50 | Telephone with Patrick Harvey at (510) 910-0934 / RE: Inquiring why his name was not listed on our website for ballots that were returned; advised that info is not posted; referred to Rust Consulting re claim |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## July 2010 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MYRTLE JOHN - MANAGER | | $195.00 | 7/6/2010 | 0.1 | $19.50 | Review Notice of filing17th quarterly interim application of Orrick,Herrington & Sutcliffe forwarded to BMC |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/6/2010 | 0.8 | $88.00 | Analyze docket numbers 24864 to 25039 (.5); update claims database as required (.3) |
| BRAD DANIEL - SR_CONSULT_DATA | | $200.00 | 7/7/2010 | 0.3 | $60.00 | Revisions to comprehensive claim detail report |
| BRIANNA TATE - CAS | | $45.00 | 7/7/2010 | 0.2 | $9.00 | Telephone with Patrick Harvey at (510) 910-0934 / RE: ability review objection exhibit re his name; whether ballot value was received. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 7/7/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 7/7/2010 | 0.1 | $7.50 | Review Court docket Nos. 25041-25047 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/7/2010 | 0.2 | $42.00 | E-mail from S Cohen re 2nd Qtr SEC reporting info |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/7/2010 | 0.7 | $77.00 | Analyze docket numbers 24618 to 24997 (.2); update claims (.3), draft follow-up memo to M.Araki (.1) |
| BRIANNA TATE - CAS | | $45.00 | 7/8/2010 | 0.2 | $9.00 | Email from (.1)/ to (.1) from Patrick Harvey re status of his claim; referred to  Rust Consulting. |
| BRIANNA TATE - CAS | | $45.00 | 7/8/2010 | 0.2 | $9.00 | Reviewed Rust Consulting's site to see if updated info had been posted; site is no longer available (.1). Reported info to M Araki (.1) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 7/8/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 7/8/2010 | 0.1 | $7.50 | Review Court docket Nos. 25048-25050, 25052 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 7/8/2010 | 0.1 | $4.50 | Prep misc docs to archive |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/8/2010 | 0.4 | $84.00 | E-mail from B Tate re issue with Rust Consulting claims website (.1); e-mail from S Cohen re issues with new claim type/subtype combinations not tying into status in custom b-Linx app for SEC reporting (.3) |
| MIKE BOOTH - MANAGER | | $165.00 | 7/8/2010 | 0.3 | $49.50 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/8/2010 | 0.3 | $33.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| AIRGELOU ROMERO - CAS | | $95.00 | 7/9/2010 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 25041-25043, 25045-25049, 25052 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 7/9/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 7/9/2010 | 0.1 | $7.50 | Review Court docket No. 25053 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/9/2010 | 1.5 | $315.00 | Review Court docket re case status |
| TINAMARIE FEIL - Principal | | $275.00 | 7/9/2010 | 0.2 | $55.00 | Review work in progress |
| AIRGELOU ROMERO - CAS | | $95.00 | 7/12/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket No 25053 |
| JAMES MYERS - CAS | | $65.00 | 7/12/2010 | 0.2 | $13.00 | Review & respond to email from L Shippers requesting filing of Cert of Svc re Transfer of Claim (.1); ECF file as requested (.1) |
| JULIE JUNG - CAS | | $65.00 | 7/12/2010 | 0.2 | $13.00 | Email from L Shippers re service of Transfer Notices (.1); prep transfer notices for production (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 7/12/2010 | 0.2 | $22.00 | Prepare Proof of Service related to transfer notice (.1), prep email to the notice group for filing POS (.1) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## July 2010 -- WRG Case Administration

| Name              Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|
| LELIA HUGHES - REC_TEAM | $75.00 | 7/12/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | $75.00 | 7/12/2010 | 0.1 | $7.50 | Review Court docket Nos. 25054, 25056 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 7/12/2010 | 0.3 | $63.00 | Analysis of e-mail from J Conklin re new claims received from Rust Consulting (.1); e-mail from S Fritz re allocation of funds received and shortfall (.2) |
| MYRTLE JOHN - MANAGER | $195.00 | 7/12/2010 | 0.2 | $39.00 | Review Notice of transfer of Harrington Tools claim [Dkt 25055] to Liquidity Solution (.1); forwarded to NoticeGroup for prodution and service (.1) |
| AIRGELOU ROMERO - CAS | $95.00 | 7/13/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 25054,25056 |
| LELIA HUGHES - REC_TEAM | $75.00 | 7/13/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | $75.00 | 7/13/2010 | 0.1 | $7.50 | Review Court docket Nos. 25057-25060 to categorize docket entries. |
| LUCINA SOLIS - CAS | $45.00 | 7/13/2010 | 0.1 | $4.50 | Review and process no COA return mail |
| MABEL SOTO - CAS | $45.00 | 7/13/2010 | 0.1 | $4.50 | Review correspondence received and forward to project managerr for further review |
| AIRGELOU ROMERO - CAS | $95.00 | 7/14/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 25059-25056 |
| BRIANNA TATE - CAS | $45.00 | 7/14/2010 | 0.2 | $9.00 | Review non-claim correspondence received by BMC at claims PO Box (.1); email correspondence with M Araki re: processing of same (.1) |
| LELIA HUGHES - REC_TEAM | $75.00 | 7/14/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | $75.00 | 7/14/2010 | 0.1 | $7.50 | Review Court docket Nos. 25061-25063 to categorize docket entries. |
| AIRGELOU ROMERO - CAS | $95.00 | 7/15/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 25063 |
| DUSTEE DECKER - REC_TEAM | $75.00 | 7/15/2010 | 0.1 | $7.50 | Telephone with Bob at (925) 818-5440 /  RE: number of shares his wife has now. |
| LELIA HUGHES - REC_TEAM | $75.00 | 7/15/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | $75.00 | 7/15/2010 | 0.1 | $7.50 | Review Court docket Nos. 25064-25066 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 7/15/2010 | 1.2 | $252.00 | Review Court docket re case status, info for SEC report |
| AIRGELOU ROMERO - CAS | $95.00 | 7/16/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 25064-25066 |
| LELIA HUGHES - REC_TEAM | $75.00 | 7/16/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | $75.00 | 7/16/2010 | 0.1 | $7.50 | Review Court docket Nos. 25067-25069 to categorize docket entries. |
| LUCINA SOLIS - CAS | $45.00 | 7/16/2010 | 0.1 | $4.50 | Extract and prepare returned mail  summary report and email to project manager |
| TINAMARIE FEIL - Principal | $275.00 | 7/16/2010 | 0.5 | $137.50 | Review work in progress |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 7/17/2010 | 2.1 | $441.00 | E-mail from R Higgins re service of bar date packages to Libby Montana and development of data file, service dates for BDN packages (.1); research files and documents re service parties for Libby Montana BDN packages, last date for BDN service (2.0) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 7/17/2010 | 0.6 | $126.00 | E-mails to (.3) and from (.3) T Feil and R Cadag re review of S Herrschaft and A Bosack email archives re Libby MT BDN |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 7/17/2010 | 1.3 | $273.00 | Review S Herrschaft archive re Libby BDN service |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## July 2010 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| BRIANNA TATE - CAS | | $45.00 | 7/19/2010 | 0.1 | $4.50 | Telephone with Anthony Cook at (570) 824-5918 / RE: status of the case. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 7/19/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 7/19/2010 | 0.1 | $7.50 | Review Court docket Nos. 25070-25079 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/19/2010 | 1.1 | $231.00 | Analysis of Court documents re development of Libby, MT service list per R Higgins request (1.0); prep e-mail to J Doherty re commencement and completion date for RRD service of BDN packages for R Higgins (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/19/2010 | 1.3 | $273.00 | Research filed Schedules for Libby, MT businesses served per R Higgins request |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/19/2010 | 2.9 | $609.00 | Research historical files and memos re development of Libby, MT service list (2.8); prep e-mail to A Bosack re Libby, MT list development (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/19/2010 | 0.1 | $21.00 | Analysis of draft June invoice |
| AIRGELOU ROMERO - CAS | | $95.00 | 7/20/2010 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos 25067-25079 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 7/20/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 7/20/2010 | 0.1 | $7.50 | Review Court docket Nos. 25080-25083 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/20/2010 | 0.6 | $126.00 | Prep e-mail to T Feil re research results re R Higgins request for info on Libby, MT BDN service and development of service list (.3); e-mail from T Feil re research results (.1); prep e-mail to R Higgins and J Baer re Libby, MT bar date service to residences, research results, service of claims packages (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/20/2010 | 0.9 | $189.00 | E-mail from R Higgins re add'l research re what BMC did to locate residence addresses for Libby, MT (.1); e-mail to T Feil re same (.1); telephone to A Bosack re Libby, MT research (.2); review files referenced by A Bosack re Libby , MT claims research (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/20/2010 | 0.3 | $63.00 | Telephone with S Fritz re issues with billing system and WR Grace reqts |
| AIRGELOU ROMERO - CAS | | $95.00 | 7/21/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 25080-25083 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 7/21/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 7/21/2010 | 0.1 | $7.50 | Review Court docket Nos. 25084-25090 to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 7/22/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 7/22/2010 | 0.1 | $7.50 | Review Court docket Nos. 25091-25103 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/22/2010 | 2.1 | $441.00 | DRTT audit and b-linx review (1.3); revise b-Linx per audit results (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/22/2010 | 1.0 | $210.00 | Review Court docket re case status |
| LELIA HUGHES - REC_TEAM | | $75.00 | 7/23/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 7/23/2010 | 0.1 | $7.50 | Review Court docket Nos. 25104-25110 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/23/2010 | 3.0 | $630.00 | DRTT audit and b-linx review (2.0); revise b-Linx per audit results (1.0) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## July 2010 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/25/2010 | 1.5 | $315.00 | Review S Cohen emails re 2nd Qtr SEC issues (.3); review b-Linx and documents re issues from S Cohen (.8); revise b-Linx per review of S Cohen email issues, b-Linx and docket review (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/25/2010 | 2.0 | $420.00 | DRTT audit and b-Linx review (1.3); revise b-Linx re audit results (.7) |
| BRIANNA TATE - CAS | | $45.00 | 7/26/2010 | 0.1 | $4.50 | Telephone with Alexander Williams at (918) 254-6171 / RE: status of his ZAI claim. |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 7/26/2010 | 0.2 | $15.00 | Telephone with Unknown at (212) 259-4318 / RE: Called with questions on claims; directed him to Rust Consulting |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 7/26/2010 | 0.2 | $22.00 | Phone discussion with C Renning from transfer agency regarding status of specific claim, provided contact information for Rust Consulting. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 7/26/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 7/26/2010 | 0.1 | $7.50 | Review Court docket Nos. 25111-25115 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/26/2010 | 1.8 | $378.00 | Analsyis of issues from R Higgins re asbestos PD for SEC reporting (.4); analysis of files, corresp re prior SEC reports re asbestos PD info (.8); prep revised reports re asbestos PD and non-asbestos claims for 2nd Qtr SEC reporting (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/26/2010 | 1.5 | $315.00 | Analysis of emails from R Higgins re 2nd Qtr SEC reporting (.2); prep emails to R Higgins re Smith Stip and Omni 28 (.1); emails to/from S Cohen re revisions to draft SEC numbers, Smith Stip and b-Linx update (.3); analysis of draft SEC narrative from R Higgins (.4); emails to/from K Davis re ZAI and PI numbers (.2); prep email to R Higgins re 2nd Qtr SEC reports (.3) |
| MIKE BOOTH - MANAGER | | $165.00 | 7/26/2010 | 0.2 | $33.00 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/26/2010 | 0.2 | $22.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| AIRGELOU ROMERO - CAS | | $95.00 | 7/27/2010 | 0.4 | $38.00 | Audit categorization updates related to Court Docket Nos 25084-25091, 25110 |
| BRIANNA TATE - CAS | | $45.00 | 7/27/2010 | 0.1 | $4.50 | Review non-claim correspondence received by BMC at claims PO Box; email correspondence with MAraki re: processing of same. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 7/27/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 7/27/2010 | 0.1 | $7.50 | Review Court docket Nos. 25116-25120 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/27/2010 | 0.3 | $63.00 | E-mail from Call Center re creditor inquiry and graceclaims.com site (.1); email to (.1)/from (.1) K Davis re graceclaims.com site |
| LELIA HUGHES - REC_TEAM | | $75.00 | 7/28/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 7/28/2010 | 0.1 | $7.50 | Review Court docket Nos. 25121-25125 to categorize docket entries. |
| AIRGELOU ROMERO - CAS | | $95.00 | 7/29/2010 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 25111-25114, 25116, 25118, 25120-25125 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 7/29/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## July 2010 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|------------|------|-------|-------------|-------------|
| LELIA HUGHES - REC_TEAM | | $75.00 | 7/29/2010 | 0.1 | $7.50 | Review Court docket Nos. 25126-25134 to categorize docket entries. |
| AIRGELOU ROMERO - CAS | | $95.00 | 7/30/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 25126-25134 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 7/30/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 7/30/2010 | 0.1 | $7.50 | Review Court docket Nos. 25135-25141 to categorize docket entries. |

| | WRG Case Administration Total: | 43.6 | $7,491.00 | |
|---|---|---|---|---|

## July 2010 -- WRG Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|------------|------|-------|-------------|-------------|
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 7/1/2010 | 1.2 | $180.00 | Review of transfers source data (.5) and verify listing of transfer data in bLinx (.7) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 7/1/2010 | 1.3 | $195.00 | Generate listing of all current transferred claims (1.0) and verify counts (.3) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 7/1/2010 | 1.6 | $240.00 | Generate listing of all transfer claims with missing data points. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 7/1/2010 | 1.1 | $165.00 | Generate report of all transfer data (.5). Format and export to Excel (.5). Forward to M Araki for review and next steps (.1) |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 7/1/2010 | 0.2 | $19.00 | Confirm (.1) and process (.1) Rust CD containing change information for claim 15460. |
| ANNA WICK - SR_ANALYST | | $110.00 | 7/6/2010 | 0.5 | $55.00 | Remove and replace corrupted claim record 15370 at request of S Cohen |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 7/6/2010 | 1.5 | $225.00 | Generate report of Asbestos claims for Canadian properties (.7). Export to Excel (.7) and forward to M Araki (.1) |
| ANNA WICK - SR_ANALYST | | $110.00 | 7/7/2010 | 2.1 | $231.00 | Prepare data change report at request of S Cohen |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 7/7/2010 | 0.1 | $9.50 | Update return mail to b-Linx. |
| ANNA WICK - SR_ANALYST | | $110.00 | 7/8/2010 | 0.5 | $55.00 | Summary reporting tool query missing categories and invalid Type codes at request of S Cohen |
| ANNA WICK - SR_ANALYST | | $110.00 | 7/8/2010 | 0.4 | $44.00 | Update Category/Type filter at request of S Cohen |
| ANNA WICK - SR_ANALYST | | $110.00 | 7/8/2010 | 0.2 | $22.00 | Correct Claim status code and substatus code for record set at request of S Cohen |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 7/12/2010 | 0.1 | $9.50 | Upload bankruptcy claims to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 7/12/2010 | 0.1 | $9.50 | Migrate bankruptcy claim's images from CD to server. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 7/12/2010 | 0.1 | $9.50 | Append bankruptcy claims data to tblOutput for migration to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 7/12/2010 | 0.1 | $9.50 | Prepare and forward claims register for bankruptcy claims upload to project team. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 7/12/2010 | 0.1 | $9.50 | Extract, process, reformat bankruptcy data to migrate data to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 7/14/2010 | 0.1 | $9.50 | Update return mail to b-Linx. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 7/23/2010 | 1.2 | $180.00 | Generate updated active and inactive claims report (.6). Export to Excel, format (.5) and forward to S Cohen (.1). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 7/23/2010 | 1.0 | $150.00 | Review current format of claims register (.6) and verify register generation process as per M Araki (.4). |

EXHIBIT 1

# BMC Group
WR GRACE
Monthly Invoice:

## July 2010 -- WRG Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| ANNA WICK - SR_ANALYST | | $110.00 | 7/28/2010 | 1.0 | $110.00 | SQL database maintenance (.3), review logs (.2), views, stored procedures (.3) and user defined functions (.2) |
| | WRG Data Analysis Total: | | | 14.5 | $1,937.50 | |

## July 2010 -- WRG Distribution

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/15/2010 | 1.6 | $336.00 | Analysis of e-mails from J Baer and R Higgins re Blackstone revisions and impact on b-Linx and interest powertool (.6); review b-Linx data (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/27/2010 | 0.7 | $147.00 | Analysis of email from S Scarliss re with file for review of interest rates (.2); review file (.4); prep email to S Scarliss re interest rate review (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/28/2010 | 2.5 | $525.00 | Analysis of S Scarliss report re interest rates (1.0); analysis of b-Linx re interest rates (1.0); revise interest rate report (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/29/2010 | 1.0 | $210.00 | Continue interest rate review of new request from S Scarliss |
| | WRG Distribution Total: | | | 5.8 | $1,218.00 | |

## July 2010 -- WRG Fee Applications

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/28/2010 | 2.0 | $420.00 | Prepare draft Jan 10 billing detail report (.4); analysis of Jan 10 billing report for prof billing reqts and Court imposed categories (.7); revise billing entries for fee app compliance (.5); prepare draft Feb 10 billing detail report (.4) |
| | WRG Fee Applications Total: | | | 2.0 | $420.00 | |

## July 2010 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/1/2010 | 0.2 | $22.00 | Research Newark Electronic claims per D.Boll request (.1); prepare claim image, claim reports & draft follow-up memo to D.Boll re: findings (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/6/2010 | 0.9 | $189.00 | E-mails from J Baer re Samson Hydrocarbons claim and Blackstone report data (.2); research Samson Hydrocarbons on Blackstone report (.3); e-mails with S Cohen re Blackstone research (.2); prep emails to J Baer re Samson Hydrocarbons research results and add'l Blackstone reports (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/6/2010 | 0.1 | $11.00 | Discussion with B.Stansbury @ K&E re: claims filed by International Paper |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/6/2010 | 0.3 | $33.00 | Prepare claim reports per B.Stansbury request re: International Paper claims (.2); draft follow-up memo to B.Stansbury (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/6/2010 | 0.2 | $22.00 | Email correspondence with J.Baer, M.Araki re: Samson Hydrocarbon claims and prepare claim detail report per J.Baer request for claim status information (.1); update claims database as required per J.Baer request re: assigned users (.1) |

# BMC Group

WR GRACE

Monthly Invoice:

## July 2010 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|------------|------|-------|--------------|-------------|
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/6/2010 | 0.1 | $11.00 | Email correspondence with L.Gardner re: environmental claim reports prepared & claim updates required |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/6/2010 | 0.1 | $11.00 | Email correspondence with B.Stansbury @ K&E re: International Paper schedules; follow-up discussion with M.Araki re: possibly related documentation |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/7/2010 | 1.2 | $132.00 | Initialize preparation and analysis of Q2 reports and related claims data (.8); work with A Wick re: required report modifications (.4) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/8/2010 | 0.4 | $44.00 | Continue preparation and analysis of Q2 reports (.3); email correspondence with A.Wick re: additional database updates required (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/8/2010 | 3.9 | $429.00 | Work with A.Wick to revise and enhance claim summary reports in preparation of Q2 reporting (3.7); email correspondence with M.Araki re: additional database updates, report revisions required (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/8/2010 | 0.8 | $88.00 | Finalize preparation and analysis of Q2 reports (.6); draft follow-up memo to M.Araki re: reports and claim updates performed (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/9/2010 | 0.6 | $126.00 | E-mail from R Higgins re NJDEP claims (.1); research b-Linx re NJDEP claims (.3); prep e-mail to S Cohen re matching scheds to claims protocol (.1); prep e-mail to R Higgins re NJDEP claims and schedule records, status (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/9/2010 | 0.1 | $11.00 | Email correspondence with M.Araki re: recently filed New Jersey Department of Environmental Protection claims and possible schedule match updates required |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 7/12/2010 | 0.1 | $11.00 | Analysis of Court docket re:  new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 7/12/2010 | 0.1 | $11.00 | Analysis of b-Linx re: new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 7/12/2010 | 0.1 | $11.00 | Revise b-Linx re: new claim transferred. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 7/12/2010 | 0.2 | $22.00 | Prepare  transfer notice (.1), prepare email  to the notice group re service of transfer notice. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 7/15/2010 | 0.2 | $22.00 | Investigate status of scheduled claim per request from S. Krochek of Argo Partners. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/15/2010 | 1.0 | $210.00 | Prep reports for review re SEC filing (.5); review reports re SEC filing info (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/20/2010 | 3.0 | $630.00 | E-mail from D Boll re research on status of certain parties in WR Grace for affidavit (21 parties total) (.2); prep spreadsheet of 21 parties to be researched (.3); analysis of b-Linx, ballots served and returned and Schedule G re certain parties research (1.5); update spreadsheet re status of claims or ballots for certain parties (.8); prep e-mail to D Boll re research results and spreadsheet info on claims/ballots filed (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/21/2010 | 1.6 | $336.00 | E-mail from D Boll re add'l research re 21 possible parties as shareholders (.1); research DTC, Broadridge and Broadridge reconciliation re D Boll inquiry (1.0); telephone to K Martin re equity reconciliation (.2); analysis of e-mail from K Martin re equity info (.1); prep e-mail to D Boll re research results (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/21/2010 | 1.0 | $210.00 | E-mail from D Boll re BNSF claims, voting and plan objection (.1); research BNSF claims, voting and plan objection (.7); prep e-mail to D Boll re research results (.2) |

EXHIBIT 1

# BMC Group
### WR GRACE
Monthly Invoice:

## July 2010 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/22/2010 | 0.4 | $44.00 | Initalize preparation and analysis of monthly reports (.3); email correspondence with G.Kruse, L.Shippers re: reporting requirements (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/23/2010 | 0.3 | $33.00 | Finalize preparation and analysis of monthly reports (.2); email correspondence with K.Davis (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/26/2010 | 0.1 | $11.00 | Email correspondence with M.Araki re: recently executed stipulation forwarded by R.Higgins and required database updates |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 7/27/2010 | 0.3 | $33.00 | Investigate status of specific scheduled claim per request from S. Krochek of Argo Partners and recommend he contact Rust Consulting regarding status of certain Proof of Claim. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/27/2010 | 0.3 | $63.00 | Email from R Higgins re North Carolina tax claim 512 (.1); analysis of b-Linx re claim (.1); prep email to R Higgins re claim 512 (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/27/2010 | 0.2 | $22.00 | Update claim 4804 pursuant to recently executed Stipulation (.1); draft follow-up memo to M.Araki re: updates performed and additional analysis required (.1) |
| | WRG Non-Asbestos Claims Total: | | | 17.8 | $2,798.00 | |

## July 2010 -- WRG Plan & Disclosure Statement

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| KEVIN MARTIN - CONSULTANT | | $135.00 | 7/21/2010 | 0.8 | $108.00 | Review of Broadridge Reconciliation file, Master Shareholder file and solicitation parties re: inquiry from M Araki re: service of specific shareholders requested by counsel |
| KEVIN MARTIN - CONSULTANT | | $135.00 | 7/21/2010 | 0.3 | $40.50 | Communication w/ M Araki re: Broadridge reconciliation file and common shareholder solicitation service |
| KEVIN MARTIN - CONSULTANT | | $135.00 | 7/21/2010 | 0.5 | $67.50 | Prepared detailed file outlining common shareholder solicitation service and files for list of registered common shareholders, DTC Participant Nominees and Broadridge Reconciliation file for addressing inquiry from counsel |
| | WRG Plan & Disclosure Statement Total: | | | 1.6 | $216.00 | |
| | | | July 2010 Total: | 93.6 | $15,875.50 | |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

| | | | |
|---|---|---|---|
| Grand Total: | 93.6 | $15,875.50 | |

EXHIBIT 1

# BMC Group

WR GRACE

Professional Activity Summary

Date Range: 7/1/2010 thru 7/31/2010

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Asbestos Claims** | | | |
| Principal | | | |
| Tinamarie Feil | $275.00 | 0.8 | $220.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 7.5 | $1,575.00 |
| | Total: | 8.3 | $1,795.00 |
| **WRG Case Administration** | | | |
| Principal | | | |
| Tinamarie Feil | $275.00 | 0.7 | $192.50 |
| CAS | | | |
| Julie Jung | $65.00 | 0.2 | $13.00 |
| Lucina Solis | $45.00 | 0.2 | $9.00 |
| CAS | | | |
| Airgelou Romero | $95.00 | 2.2 | $209.00 |
| Brianna Tate | $45.00 | 1.1 | $49.50 |
| James Myers | $65.00 | 0.2 | $13.00 |
| Mabel Soto | $45.00 | 0.2 | $9.00 |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.5 | $82.50 |
| Myrtle John | $195.00 | 0.6 | $117.00 |
| SR_CONSULT_DATA | | | |
| Brad Daniel | $200.00 | 0.3 | $60.00 |
| REC_TEAM | | | |
| Dustee Decker | $75.00 | 0.5 | $37.50 |
| Lauri Shippers | $110.00 | 0.4 | $44.00 |
| Lelia Hughes | $75.00 | 6.0 | $450.00 |
| Steffanie Cohen | $110.00 | 2.0 | $220.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 28.5 | $5,985.00 |
| | Total: | 43.6 | $7,491.00 |
| **WRG Data Analysis** | | | |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 8.9 | $1,335.00 |
| SR_ANALYST | | | |
| Anna Wick | $110.00 | 4.7 | $517.00 |
| Jacqueline Conklin | $95.00 | 0.9 | $85.50 |
| | Total: | 14.5 | $1,937.50 |
| **WRG Distribution** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 5.8 | $1,218.00 |
| | Total: | 5.8 | $1,218.00 |
| **WRG Fee Applications** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 2.0 | $420.00 |
| | Total: | 2.0 | $420.00 |

EXHIBIT 1

# BMC Group

WR GRACE

## Professional Activity Summary

Date Range: 7/1/2010 thru 7/31/2010

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | |
| REC_TEAM | | | |
| Lauri Shippers | $110.00 | 1.0 | $110.00 |
| Steffanie Cohen | $110.00 | 8.4 | $924.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 8.4 | $1,764.00 |
| | Total: | 17.8 | $2,798.00 |
| | | | |
| **WRG Plan & Disclosure Statement** | | | |
| CONSULTANT | | | |
| Kevin Martin | $135.00 | 1.6 | $216.00 |
| | Total: | 1.6 | $216.00 |
| | | | |
| | Grand Total: | 93.6 | $15,875.50 |

EXHIBIT 1