**EXHIBIT 2**



bmcgroup  
information management

BMC Group, Inc.  
600 1st Ave., Suite 300  
Seattle, WA 98104  
Tel: 206/516-3300

**WR Grace**  
**Invoice #: 21_100731**  
**Expense Summary**

**Period Ending 7/31/2010**

| Expense Type | Amount |
|---|---|
| B-linx User Fee | $350.00 |
| B-Linx/Data Storage | $850.00 |
| Document Storage | $704.70 |
| Website Hosting | $250.00 |
| **Total** | **$2,154.70** |

EXHIBIT 2