**EXHIBIT 1**

# BMC Group
WR GRACE
Monthly Invoice:

## September 2010 -- WRG Case Administration

| Name Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|
| AIRGELOU ROMERO - CAS | $95.00 | 9/1/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 25283,25285-25286,25289-25292 |
| BRIANNA TATE - CAS | $45.00 | 9/1/2010 | 0.1 | $4.50 | Telephone with Rebecca at (414) 837-9107 / RE: status of distributions. |
| LELIA HUGHES - REC_TEAM | $75.00 | 9/1/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | $75.00 | 9/1/2010 | 0.1 | $7.50 | Review Court docket Nos. 25293, 25296-25308 to categorize docket entries. |
| MABEL SOTO - CAS | $45.00 | 9/1/2010 | 0.1 | $4.50 | Prep Defective Notice Lanier Plumbing re: dkt 25294 for service |
| MABEL SOTO - CAS | $45.00 | 9/1/2010 | 0.1 | $4.50 | Prep Defective Notices Corre Opportunities Fund re: dkts 25294 & 25295 for service |
| MABEL SOTO - CAS | $45.00 | 9/1/2010 | 0.1 | $4.50 | Prep Defective Notice Sales Growth Dynamics re: dkt 25295 for service |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 9/1/2010 | 0.5 | $105.00 | Telephone with R Higgs re research results on CDs and Neutocrete (.1); prep ART report re Netocrete (.3); prep email to F Zaremby and R Higgins re report (.1) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 9/1/2010 | 1.0 | $210.00 | Review Court docket re case status |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 9/1/2010 | 2.0 | $420.00 | DRTT audit and b-Linx review (.9); revise b-Linx per audit results (.7); revise interest rate tool re claims affected (.4) |
| AIRGELOU ROMERO - CAS | $95.00 | 9/2/2010 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 25293,25296-25306 |
| BRIANNA TATE - CAS | $45.00 | 9/2/2010 | 0.1 | $4.50 | Responded to Patrick Flood's email, letting him know that his address had been updated. |
| JAMES MYERS - CAS | $65.00 | 9/2/2010 | 0.2 | $13.00 | Review & respond to email from L Shippers requesting ECF filing of 2 PoS (.1); ECF file as requested, PDF filing confirmations (.1) |
| LELIA HUGHES - REC_TEAM | $75.00 | 9/2/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | $75.00 | 9/2/2010 | 0.1 | $7.50 | Review Court docket Nos. 25309-25317 to categorize docket entries. |
| STEFFANIE COHEN - REC_TEAM | $110.00 | 9/2/2010 | 0.9 | $99.00 | Analyze docket numbers 23204 to 25312 (.4); audit claim updates performed (.2); update claims database (.3) |
| LELIA HUGHES - REC_TEAM | $75.00 | 9/3/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | $75.00 | 9/3/2010 | 0.1 | $7.50 | Review Court docket Nos. 25319-25323, 25326-25330 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 9/3/2010 | 0.5 | $105.00 | Conf call with S Carlis and A Lambert re interest rates, Bresnehan reconciliation |
| AIRGELOU ROMERO - CAS | $95.00 | 9/6/2010 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos 25309-25310,25313-25323,25326-25330 |
| BRIANNA TATE - CAS | $45.00 | 9/7/2010 | 0.1 | $4.50 | Telephone with Linda Doyal at (337) 286-5044 / RE: status of the case. |
| BRIANNA TATE - CAS | $45.00 | 9/7/2010 | 0.1 | $4.50 | Telephone with David City at (612) 418-6483 / RE: status of the case. |
| LAURI SHIPPERS - REC_TEAM | $110.00 | 9/7/2010 | 0.1 | $11.00 | Prepare Proof of Service related to transfer notice, forward to notice group for filing. |
| MABEL SOTO - CAS | $45.00 | 9/7/2010 | 0.1 | $4.50 | Prep Transfer Notice Shaffer Realty re: dkt 25332 for service |

# BMC Group
WR GRACE
Monthly Invoice:

## September 2010 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MABEL SOTO - CAS | | $45.00 | 9/7/2010 | 0.1 | $4.50 | Prep Transfer Notice Argo Partners re: dkt 25332 for service |
| LELIA HUGHES - REC_TEAM | | $75.00 | 9/8/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 9/8/2010 | 0.3 | $22.50 | Review Court docket Nos. 25331, 25333-25369 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/8/2010 | 0.2 | $42.00 | Prep email to A Whitfield re review of proposed 2nd amendments to Schedules and recon notes for Schedules to be amended |
| MIREYA CARRANZA - CAS | | $45.00 | 9/8/2010 | 0.1 | $4.50 | Loading COA Postage for previous month, complete and print pdf on production billing |
| AIRGELOU ROMERO - CAS | | $95.00 | 9/9/2010 | 0.8 | $76.00 | Audit categorization updates related to Court Docket Nos 25331,25333-25366,25368-25369 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 9/9/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 9/9/2010 | 0.1 | $7.50 | Review Court docket Nos. 25370-25377 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/9/2010 | 1.0 | $210.00 | Review Court docket re case status |
| AIRGELOU ROMERO - CAS | | $95.00 | 9/10/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 25370-25377 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 9/10/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 9/10/2010 | 0.1 | $7.50 | Review Court docket Nos. 25378-25383 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/10/2010 | 2.0 | $420.00 | DRTT audit and b-Linx review (1.0); revise b-Linx per audit results (1.0) |
| AIRGELOU ROMERO - CAS | | $95.00 | 9/13/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 25378-25380,25382-25383 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 9/13/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 9/13/2010 | 0.1 | $7.50 | Review Court docket Nos. 25384-25398 to categorize docket entries. |
| LUCINA SOLIS - CAS | | $45.00 | 9/13/2010 | 0.3 | $13.50 | Review (.1) and process (.2) no COA return mail |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/13/2010 | 1.0 | $210.00 | DRTT audit and b-Linx review (.5); revise b-Linx per audit results (.5) |
| AIRGELOU ROMERO - CAS | | $95.00 | 9/14/2010 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos 25384-25398 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 9/14/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 9/14/2010 | 0.1 | $7.50 | Review Court docket Nos. 25399-25407 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/14/2010 | 1.5 | $315.00 | DRTT review and b-Linx audit |
| LELIA HUGHES - REC_TEAM | | $75.00 | 9/15/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 9/15/2010 | 0.1 | $7.50 | Review Court docket Nos. 25408-25410 to categorize docket entries. |
| LUCINA SOLIS - CAS | | $45.00 | 9/15/2010 | 0.2 | $9.00 | Review (.1) and process (.1) no COA return mail |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/15/2010 | 1.0 | $210.00 | Analysis of b-Linx re claims on J Baer email re add'l updates to Blackstone data (.6); update interest rate tool (.4) |
| AIRGELOU ROMERO - CAS | | $95.00 | 9/16/2010 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 25399-25400,25402-25404,25407-25410 |
| ALICE WHITFIELD - CAS | | $200.00 | 9/16/2010 | 0.5 | $100.00 | Review emails to insure task completion re interest review project. |

# BMC Group
WR GRACE
Monthly Invoice:

## September 2010 -- WRG Case Administration

| Name Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|
| LELIA HUGHES - REC_TEAM | $75.00 | 9/16/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | $75.00 | 9/16/2010 | 0.1 | $7.50 | Review Court docket Nos. 25411-25414 to categorize docket entries. |
| LUCINA SOLIS - CAS | $45.00 | 9/16/2010 | 0.1 | $4.50 | Extract and prepare returned mail summary report and email to project manager |
| MIKE BOOTH - MANAGER | $165.00 | 9/16/2010 | 0.2 | $33.00 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| STEFFANIE COHEN - REC_TEAM | $110.00 | 9/16/2010 | 0.2 | $22.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| STEFFANIE COHEN - REC_TEAM | $110.00 | 9/16/2010 | 1.1 | $121.00 | Analyze docket numbers 23230 to 25414 and related docket entries (.4); audit claim updates performed (.4), update claims database (.3) |
| DUSTEE DECKER - REC_TEAM | $75.00 | 9/17/2010 | 0.2 | $15.00 | Telephone with creditor at (908) 587-9504 / RE: if there was a settlement of her claim |
| DUSTEE DECKER - REC_TEAM | $75.00 | 9/17/2010 | 0.1 | $7.50 | Telephone with Mike Zaruba at (410) 526-7430 / RE: his claim. I instructed him to contact Rust Consulting |
| LELIA HUGHES - REC_TEAM | $75.00 | 9/17/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | $75.00 | 9/17/2010 | 0.1 | $7.50 | Review Court docket No. 25415 to categorize docket entries. |
| AIRGELOU ROMERO - CAS | $95.00 | 9/20/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 25411,25415 |
| LAURI SHIPPERS - REC_TEAM | $110.00 | 9/20/2010 | 0.1 | $11.00 | Prepare Proof of Service related to transfer notice, forward to notice group for filing. |
| LELIA HUGHES - REC_TEAM | $75.00 | 9/20/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | $75.00 | 9/20/2010 | 0.1 | $7.50 | Review Court docket Nos. 25416-25425 to categorize docket entries. |
| MABEL SOTO - CAS | $45.00 | 9/20/2010 | 0.1 | $4.50 | Prep Transfer Notice Lanier Plumbing re: dkt 25416 for service |
| MABEL SOTO - CAS | $45.00 | 9/20/2010 | 0.1 | $4.50 | Prep Transfer Notice Lanier Plumbing re: dkt 254516 for service |
| MABEL SOTO - CAS | $45.00 | 9/20/2010 | 0.1 | $4.50 | ECF filing with the Court re Proof of Service Transfer Notice re: dkt 25416 |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 9/20/2010 | 1.5 | $315.00 | Analysis of docket re case status (.7), review open items on checklist (.8) |
| LELIA HUGHES - REC_TEAM | $75.00 | 9/21/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | $75.00 | 9/21/2010 | 0.1 | $7.50 | Review Court docket Nos. 25426-25433 to categorize docket entries. |
| LUCINA SOLIS - CAS | $45.00 | 9/21/2010 | 0.3 | $13.50 | Review (.1) and process (.2) no COA return mail |
| AIRGELOU ROMERO - CAS | $95.00 | 9/22/2010 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos 25417-25429,25433 |
| LELIA HUGHES - REC_TEAM | $75.00 | 9/22/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | $75.00 | 9/22/2010 | 0.1 | $7.50 | Review Court docket Nos. 25434-25444 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 9/22/2010 | 0.4 | $84.00 | Analysis S Cohen e-mails re claims affected by Order/Stip and Transfers (.2); analysis S Fritz e-mail re Aug draft invoice (.1); prep e-mail to S Fritz re Aug draft (.1) |

# BMC Group
WR GRACE
Monthly Invoice:

## September 2010 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/22/2010 | 2.0 | $420.00 | Review files re case status (1.0); revise open items on checklist (1.0) |
| AIRGELOU ROMERO - CAS | | $95.00 | 9/23/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 25446-25447 |
| BRAD DANIEL - SR_CONSULT_DATA | | $200.00 | 9/23/2010 | 0.2 | $40.00 | Discussion (.1) and emails (.1) with M. Araki re review for 2nd Amended Schedules prep |
| JAMES MYERS - CAS | | $65.00 | 9/23/2010 | 0.2 | $13.00 | Ntc Transfer Claim: Review (.1) & respond (.1) to email from L Shippers transmitting doc for filing; ECF file; print/save PDF of filing confirmation |
| JULIE JUNG - CAS | | $65.00 | 9/23/2010 | 0.1 | $6.50 | Email from L Shippers re service of Transfer notice |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/23/2010 | 0.1 | $11.00 | Prepare Proof of Service related to transfer notice, forward to notice group for filing. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 9/23/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 9/23/2010 | 0.1 | $7.50 | Review Court docket Nos. 25445-25447 to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 9/24/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 9/24/2010 | 0.1 | $7.50 | Review Court docket Nos. 25448-25459 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/24/2010 | 2.0 | $420.00 | DRTT review and b-Linx audit (1.0); revise b-Linx re audit (1.0) |
| AIRGELOU ROMERO - CAS | | $95.00 | 9/27/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 25449-25455 |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/27/2010 | 0.1 | $11.00 | Prepare Proof of Service related to transfer notice, forward to notice group for filing. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 9/27/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 9/27/2010 | 0.1 | $7.50 | Review Court docket Nos. 25460-25478 to categorize docket entries. |
| LUCINA SOLIS - CAS | | $45.00 | 9/27/2010 | 0.1 | $4.50 | Review and process no COA return mail |
| MABEL SOTO - CAS | | $45.00 | 9/27/2010 | 0.1 | $4.50 | Prep Transfer Notice City Stamp & Sign re: dkt 25456 for service |
| MABEL SOTO - CAS | | $45.00 | 9/27/2010 | 0.1 | $4.50 | Prep Courtesy Notice CSRA Fire Ext re: dkt 25457 for service |
| MABEL SOTO - CAS | | $45.00 | 9/27/2010 | 0.1 | $4.50 | Prep Courtesy Notice Frontline Data re: dkt 25455 for service |
| MABEL SOTO - CAS | | $45.00 | 9/27/2010 | 0.1 | $4.50 | Prep Courtesy Notice Holman Printing re: dkt 25459 for service |
| MABEL SOTO - CAS | | $45.00 | 9/27/2010 | 0.1 | $4.50 | Prep Transfer Notices DACA re: dkts 25456 - 25459 for service |
| MABEL SOTO - CAS | | $45.00 | 9/27/2010 | 0.1 | $4.50 | ECF filing to the Court re Proof of Service Transfer Notice re: dkt 25456 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 9/28/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 9/28/2010 | 0.1 | $7.50 | Review Court docket Nos. 25479-25488 to categorize docket entries. |
| AIRGELOU ROMERO - CAS | | $95.00 | 9/29/2010 | 0.6 | $57.00 | Audit categorization updates related to Court Docket Nos 25460-25479,25481-25488 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 9/29/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 9/29/2010 | 0.1 | $7.50 | Review Court docket Nos. 25489-25493 to categorize docket entries. |

# BMC Group
WR GRACE
Monthly Invoice:

## September 2010 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/29/2010 | 0.1 | $21.00 | Email from/to K Davis re updates to Schedules after 2006 |
| AIRGELOU ROMERO - CAS | | $95.00 | 9/30/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 25489-25493 |
| ELLEN DORS - REC_TEAM | | $110.00 | 9/30/2010 | 0.2 | $22.00 | Review and reply to e-mail and correspondence re: Change of Address from M Aaraki; save correspondence to related images folder, link image to related claim(s) and/or schedule(s) (.1); update claims database as required (.1) |
| JAMES MYERS - CAS | | $65.00 | 9/30/2010 | 0.2 | $13.00 | Review (.1) & respond (.1) to 12 emails from L Shippers requesting service of Ntc of Transfer of Claims (courtesy). |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/30/2010 | 0.4 | $44.00 | Update address of impacted undeliverable entries in the claims database pursuant to current address provided in Notices of Transfer. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 9/30/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 9/30/2010 | 0.2 | $15.00 | Review Court docket Nos. 25494-25500, 25508, 25513-25529 to categorize docket entries. |
| LUCINA SOLIS - CAS | | $45.00 | 9/30/2010 | 0.1 | $4.50 | Extract and prepare returned mail summary report and email to project manager |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/30/2010 | 0.3 | $63.00 | E-mail from P Cuniff re Russo address change (.1); prep email to Cassman re Russo address change (.1); review NS to verify address (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 9/30/2010 | 0.2 | $33.00 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/30/2010 | 0.2 | $22.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| STEVEN ORDAZ - CONSULTANT | | $110.00 | 9/30/2010 | 0.1 | $11.00 | Reviewed e-mail sent to BMC FairPoint from Martin Sinnige on behalf of Mrs. Ankie van Delft-Haytema regarding a pension question; reviewed e-mail from T. Marshall forwarding to M. Araki, and M. Araki's response re same |
| TERRI MARSHALL - MANAGER | | $185.00 | 9/30/2010 | 0.1 | $18.50 | Receive and review email regarding Mrs. Ankie Van Delft. Determine correspondence is related to WR Grace case, not the case email to which the correspondence was sent. Forward to WR Grace Project Manager for further handling. |
| | WRG Case Administration Total: | | | 35.4 | $5,178.00 | |

## September 2010 -- WRG Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| ANNA WICK - SR_ANALYST | | $110.00 | 9/1/2010 | 2.7 | $297.00 | Prepare Blackstone data change report based on claims list at request of M Araki |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/1/2010 | 1.0 | $150.00 | Research update history of selected contracts/claims as per M Araki. |
| SONJA MILLSAP - CONSULT_DATA | | $95.00 | 9/1/2010 | 0.2 | $19.00 | Various correspondence with Powertools Team to update data change tracking tool to filter out specified records. |
| REYNANTE DELA CRUZ - CAS | | $95.00 | 9/2/2010 | 0.1 | $9.50 | Update Returned Mail Records to b-Linx |

# BMC Group
WR GRACE
Monthly Invoice:

## September 2010 -- WRG Data Analysis

| Name Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|
| ANNA WICK - SR_ANALYST | $110.00 | 9/3/2010 | 0.2 | $22.00 | Review summary reports with S Cohen to ensure new Sub Statuses requested by M Araki are properly calculated |
| GUNTHER KRUSE - CONSULT_DATA | $150.00 | 9/3/2010 | 1.7 | $255.00 | Generate custom report of inactive claims (1.6) and forward to M Araki (.1) |
| GUNTHER KRUSE - CONSULT_DATA | $150.00 | 9/7/2010 | 2.3 | $345.00 | Generate report of Active Open claims listing variances between scheduled and allowed amounts. |
| JACQUELINE CONKLIN - SR_ANALYST | $95.00 | 9/8/2010 | 0.1 | $9.50 | Update return mail to b-Linx. |
| GUNTHER KRUSE - CONSULT_DATA | $150.00 | 9/10/2010 | 0.6 | $90.00 | Create split claim record for claim no 18508. |
| JACQUELINE CONKLIN - SR_ANALYST | $95.00 | 9/13/2010 | 0.1 | $9.50 | Update return mail to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | $95.00 | 9/14/2010 | 0.1 | $9.50 | Update return mail to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | $95.00 | 9/15/2010 | 0.1 | $9.50 | Review and verify undeliverable creditor addresses for return mail processing. |
| JACQUELINE CONKLIN - SR_ANALYST | $95.00 | 9/16/2010 | 0.1 | $9.50 | Update return mail to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | $95.00 | 9/17/2010 | 0.1 | $9.50 | Update return mail to b-Linx. |
| GUNTHER KRUSE - CONSULT_DATA | $150.00 | 9/21/2010 | 1.2 | $180.00 | Generate updated active and inactive claims report (.8). Export to Excel (.3) and forward to S Cohen for review (.1). |
| JACQUELINE CONKLIN - SR_ANALYST | $95.00 | 9/22/2010 | 0.1 | $9.50 | Update return mail to b-Linx. |
| REYNANTE DELA CRUZ - CAS | $95.00 | 9/22/2010 | 0.1 | $9.50 | Review and update COA |
| JACQUELINE CONKLIN - SR_ANALYST | $95.00 | 9/23/2010 | 0.1 | $9.50 | Update return mail to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | $95.00 | 9/23/2010 | 0.1 | $9.50 | Review and verify undeliverable creditor addresses for return mail processing. |
| REYNANTE DELA CRUZ - CAS | $95.00 | 9/27/2010 | 0.1 | $9.50 | Update Returned Mail Records to b-Linx |
| ANNA WICK - SR_ANALYST | $110.00 | 9/28/2010 | 1.0 | $110.00 | SQL database maintenance (.3), review logs (.2), views, stored procedures (.3) and user defined functions (.2) |
| ANNA WICK - SR_ANALYST | $110.00 | 9/28/2010 | 1.0 | $110.00 | SQL database maintenance (.3), review logs (.2), views, stored procedures (.3) and user defined functions (.2) (PI database) |
| REYNANTE DELA CRUZ - CAS | $95.00 | 9/28/2010 | 0.1 | $9.50 | Update Returned Mail Records to b-Linx |
| GUNTHER KRUSE - CONSULT_DATA | $150.00 | 9/29/2010 | 0.7 | $105.00 | Run updated Omni 28 exhibits as per M Araki. |
| | WRG Data Analysis Total: | | 13.9 | $1,806.50 | |

## September 2010 -- WRG Distribution

| Name Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | $210.00 | 9/2/2010 | 4.0 | $840.00 | Review emails, DRTT, interest tool, CCRT re final Blackstone data revisions |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 9/2/2010 | 3.8 | $798.00 | Continue review of emails, DRTT, interest tool, CCRT re final Blackstone data revisions |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 9/7/2010 | 0.1 | $21.00 | Review L Gardner email re interest rates for EPA and other related environmental claims for Blackstone; email to L Gardner re interest rates |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 9/8/2010 | 0.6 | $126.00 | Analysis of L Gardner email and attachments re interest rates for EPA and other enviro-related claims settled for Blackstone reports |

# BMC Group
WR GRACE
Monthly Invoice:

## September 2010 -- WRG Distribution

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/8/2010 | 2.4 | $504.00 | Review J Baer email with revised data info (.8) and incorporate L Gardner info into revised Blackstone report of updated information for upload (1.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/8/2010 | 1.3 | $273.00 | Review Inactive claims report from G Kruse re reconciling Breshnahan numbers to current groups |
| ALICE WHITFIELD - CAS | | $200.00 | 9/9/2010 | 0.8 | $160.00 | Detailed analysis of data in Blackstone claims review database-active open claims (.5). Update of same in Interest Review tool to insure current information for distribution purposes (.3). |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/9/2010 | 2.0 | $420.00 | Prep inactive information reports for A Lambert to reconcile to Bresnhehan numbers |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/9/2010 | 1.3 | $273.00 | Revise/finalize Blackstone report re additional updates for A Lambert and S Scarlis (1.1) and prep email to A Lambert and S Scarlis re transmit updates (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/9/2010 | 1.5 | $315.00 | Prep revised inactive report of claims expunged since original Blackstone report in Jun 2008 |
| ALICE WHITFIELD - CAS | | $200.00 | 9/10/2010 | 2.2 | $440.00 | Detailed analysis of data in Blackstone claims review database-active open claims (1.1). Update of same in Interest Review tool to insure current information for distribution purposes (1.1). |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/10/2010 | 0.4 | $84.00 | Emails to (.2)/from (.2) A Whitfield re interest review project |
| ALICE WHITFIELD - CAS | | $200.00 | 9/13/2010 | 2.0 | $400.00 | Detailed analysis of data in Blackstone claims review database-active open claims (1.0). Update of same in Interest Review tool to insure current information for distribution purposes (1.0). |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/13/2010 | 0.2 | $42.00 | A Whitfield email re interest rate project and results, open items and status |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/15/2010 | 0.3 | $63.00 | J Baer emails re State of Ohio, Gamma Holdings and Wachovia claims research (.1); review b-Linx re claims (.1); prep email to J Baer re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/15/2010 | 0.4 | $84.00 | Analysis of J Baer emails re additional updates to pending items on Blackstone review spreadsheet |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/21/2010 | 1.0 | $210.00 | Review claims corrections from Blackstone data review (.5) and update interest tool (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/28/2010 | 0.8 | $168.00 | Review A Wihtfield e-mails re claim 12329 and interest rate project (.3); review b-Linx re issues in A Whitfield e-mail (.3); revise b-Linx info (.2) |
| | | WRG Distribution Total: | | 25.1 | $5,221.00 | |

## September 2010 -- WRG Fee Applications

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MYRTLE JOHN - MANAGER | | $195.00 | 9/3/2010 | 0.2 | $39.00 | Review fee auditor's report received from Bobbi Ruhlander re de minimis objections |
| | | WRG Fee Applications Total: | | 0.2 | $39.00 | |

## September 2010 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/1/2010 | 0.1 | $11.00 | Analysis of Court docket re: two new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/1/2010 | 0.2 | $22.00 | Analysis of b-Linx re: two claim transfers. |

# BMC Group
WR GRACE
Monthly Invoice:

## September 2010 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/1/2010 | 0.2 | $22.00 | Revise b-Linx re: two defective claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/1/2010 | 0.2 | $22.00 | Investigate to identify correct address to be served Defective Notice related to claim marked as undeliverable in the database. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/1/2010 | 0.2 | $22.00 | Prepare two defective transfer notices (.1), prep email to the notice group re service (.1). |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/1/2010 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/1/2010 | 0.1 | $11.00 | Revise transfer tracking worksheet re: claim updated. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/1/2010 | 0.1 | $11.00 | Revise b-Linx to finalize claim transfer and reconciliation notes. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/2/2010 | 0.2 | $22.00 | Analyze notice of transfer asserted under wrong rule (.1); request amended Notice of Transfer from agent.(.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/3/2010 | 0.2 | $22.00 | Analyze notice of transfer asserted under wrong rule (.1); request amended Notice of Transfer from agent (.1). |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/3/2010 | 0.1 | $11.00 | Analysis of Court docket re: new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/3/2010 | 0.2 | $22.00 | Revise b-Linx re: claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/3/2010 | 0.1 | $11.00 | Analysis of b-Linx re: claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/3/2010 | 0.2 | $22.00 | Prepare transfer notice (.1), prep email to the notice group re service (.1). |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/3/2010 | 0.2 | $22.00 | Discussion with A.Wick re: customization of claim status data in preparation for claim detail reporting |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/7/2010 | 0.1 | $11.00 | Analysis of Court docket re: new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/7/2010 | 0.1 | $11.00 | Analysis of b-Linx re: new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/7/2010 | 0.1 | $11.00 | Revise b-Linx re: new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/7/2010 | 0.2 | $22.00 | Prepare transfer notice (.1), prep email to the notice group re service (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/7/2010 | 0.5 | $105.00 | Analysis of G Kruse email re report of open schedules and estimated allowed amts for 2nd amended schedule prep (.1); review report prepped by G Kruse (.4) |
| ALICE WHITFIELD - CAS | | $200.00 | 9/8/2010 | 0.6 | $120.00 | Analysis of open scheduled claims in database to assist in 2nd amended schedule preparation (.4). Coded claims as required (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/8/2010 | 0.3 | $63.00 | Analysis of R Higgins email re N Carolina tax settlement and allowance of claim (.1); revise b-Linx (.1); revise Blackstone data (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/9/2010 | 0.3 | $63.00 | D Boll email re Diane B Harris aka Diane Barkin or Harris Automation Serv claims (.1); research b-Linx (.1); prep email to D Boll re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/9/2010 | 0.5 | $105.00 | Prep email to A Whitfield re review of interest rates on update list for Blackstone to verify capture in interest rate tool (.2); A Whitfield emails re project and add'l questions (.1); prep response to A Whitfield add'l questions (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/9/2010 | 0.2 | $42.00 | Prep email to G Kruse re split of claim 18508 re interest rates |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/10/2010 | 0.2 | $22.00 | Audit updates performed in the claims database pursuant to Court docket nos. 25050 and 25057. |

# BMC Group
WR GRACE
Monthly Invoice:

## September 2010 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/14/2010 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/14/2010 | 0.1 | $11.00 | Revise transfer tracking worksheet re: claim updated. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/14/2010 | 0.1 | $11.00 | Revise b-Linx to finalize claim transfer and reconciliation notes. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/20/2010 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/20/2010 | 0.1 | $11.00 | Revise transfer tracking worksheet re: claim updated. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/20/2010 | 0.1 | $11.00 | Revise b-Linx to finalize claim transfer and reconciliation notes. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/20/2010 | 0.1 | $11.00 | Analysis of Court docket re: new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/20/2010 | 0.1 | $11.00 | Revise b-Linx re: new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/20/2010 | 0.1 | $11.00 | Analysis of b-Linx re: new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/20/2010 | 0.1 | $11.00 | Prepare new transfer notice, forward to the notice group for service. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/20/2010 | 0.5 | $105.00 | E-mail from D Boll re 6 Florida lawsuits research (.1); research b-Linx and docket re 6 Florida lawsuits (.3); prep e-mail to D Boll re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/20/2010 | 0.2 | $42.00 | E-mail from R Higgins re Seaboard Chemical research (.1); research and reply to R Higgins re results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/20/2010 | 0.3 | $63.00 | E-mail from R Higgins re revised Omni 28 order exhibit, form for submission (.1); research and reply to R Higgins (.1); R Higgins e-mail re form for submission (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/20/2010 | 0.4 | $44.00 | Initalize preparation and analysis of monthly reports (.3); email correspondence with G.Kruse, L.Shippers re: reporting requirements (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/21/2010 | 0.7 | $147.00 | Prep revised exhibits for Omni 28 replacement pages for R Higgins (.3); analysis R Higgins e-mail re draft COC re revised Omni 28 exhibit pages (.2); research b-Linx re Wolter claim info for COC (.1); prep e-mail to R Higgins re Wolter claim info and exhibits for COC (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/21/2010 | 0.3 | $33.00 | Finalize preparation and analysis of monthly reports (.2); email correspondence with K.Davis re: report results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/22/2010 | 0.2 | $42.00 | Analysis of R Higgins e-mail re address info for Wolter and Smith to Pachulski for service of COC re Omni 28 exhibit revisions (.1); prep e-mail to R Higgins re info (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/23/2010 | 0.1 | $11.00 | Analysis of Court docket re: new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/23/2010 | 0.1 | $11.00 | Analysis of b-Linx re: claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/23/2010 | 0.1 | $11.00 | Revise b-Linx re: claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/23/2010 | 0.1 | $11.00 | Prepare transfer notice, forward to the notice group for service. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/27/2010 | 0.3 | $33.00 | Update address of impacted undeliverable entries in the claims database pursuant to current address provided in Notice of Transfer, Court docket no. 25458. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/27/2010 | 0.1 | $11.00 | Analysis of Court docket re: four new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/27/2010 | 0.2 | $22.00 | Analysis of b-Linx re: four claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/27/2010 | 0.4 | $44.00 | Revise b-Linx re: four claim transfers. |

# BMC Group
WR GRACE
Monthly Invoice:

## September 2010 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/27/2010 | 0.3 | $33.00 | Prepare four transfer notices (.2), prep email to the notice group re service (.1). |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/27/2010 | 0.1 | $21.00 | Review R Higgins e-mail re V Knox request for info on claims |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/28/2010 | 1.0 | $210.00 | Review b-Linx re 8 claims info requested by V Knox (.8); prep e-mail to R Higgins re status of 8 claims info requested by V Knox (.2) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/29/2010 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/29/2010 | 0.1 | $11.00 | Revise transfer tracking worksheet re: claim updated. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/29/2010 | 0.1 | $11.00 | Revise b-Linx to finalize claim transfer and reconciliation notes. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/29/2010 | 0.2 | $22.00 | Respond to inquiry from S. Krochek of Argo Partners regarding status of certain claim, refer him to Rust Consulting. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/29/2010 | 1.2 | $252.00 | Analysis of D Boll e-mail re equity committee members and votes on Plan (.1); research votes and solicitation data re same (.9); prep e-mail to D Boll re research results (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/29/2010 | 0.4 | $84.00 | Telephone with K Martin re D Boll research issue, shareholder ballots, info available (.2); telephone to K Martin re D Boll second question re shares pre-printed on ballots (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/29/2010 | 0.9 | $189.00 | Analysis of D Boll 2nd email re add'l info re printed shares on ballots (.1); research ballots printed and info rec'd from 3rd parties re shares (.6); prep e-mail to D Boll re research results (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/29/2010 | 0.7 | $147.00 | Analysis of email from R HigginI re Judge requesting new Omni 28 order exhibits (.1); e-mails to (.1)/from (.1) G Kruse re new Omni 28 order exhibits; analysis of revised exhibits (.3); prep e-mail to R Higgins re new Omni 28 order exhibits (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/30/2010 | 0.3 | $33.00 | Analysis of Court docket re: twelve new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/30/2010 | 0.4 | $44.00 | Analysis of b-Linx re: twelve claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/30/2010 | 1.0 | $110.00 | Revise b-Linx re: twelve claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 9/30/2010 | 0.8 | $88.00 | Prepare twelve transfer notices (.7), prep email to the notice group re service (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/30/2010 | 0.2 | $42.00 | E-mail T Marshall re Anke Van Delft-Haytema email via Fairpont email (.1); prep email to R Higgins re transmission for handling (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/30/2010 | 0.4 | $84.00 | Email from J Baer re updated address for Harrington Tool claim via EPA settlement (.1); research b-Linx re Harrington Tool info for NS update (.1); prep email to J Baer re Harrington Tool claim sold to Liquidty Solutions (.2) |
| | WRG Non-Asbestos Claims Total: | | | 18.7 | $2,971.00 | |
| | September 2010 Total: | | | 93.3 | $15,215.50 | |

## BMC Group
WR GRACE
Monthly Invoice:

| | | |
|---|---|---|
| Grand Total: | 93.3 | $15,215.50 |

## BMC Group
WR GRACE
Professional Activity Summary
Date Range: 9/1/2010 thru 9/30/2010

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---:|---:|---:|
| **WRG Case Administration** | | | |
| CAS | | | |
|     Julie Jung | $65.00 | 0.1 | $6.50 |
|     Lucina Solis | $45.00 | 1.1 | $49.50 |
|     Mireya Carranza | $45.00 | 0.1 | $4.50 |
| CAS | | | |
|     Airgelou Romero | $95.00 | 3.4 | $323.00 |
|     Alice Whitfield | $200.00 | 0.5 | $100.00 |
|     Brianna Tate | $45.00 | 0.4 | $18.00 |
|     James Myers | $65.00 | 0.6 | $39.00 |
|     Mabel Soto | $45.00 | 1.4 | $63.00 |
| MANAGER | | | |
|     Mike Booth | $165.00 | 0.4 | $66.00 |
|     Terri Marshall | $185.00 | 0.1 | $18.50 |
| SR_CONSULT_DATA | | | |
|     Brad Daniel | $200.00 | 0.2 | $40.00 |
| CONSULTANT | | | |
|     Steven Ordaz | $110.00 | 0.1 | $11.00 |
| REC_TEAM | | | |
|     Dustee Decker | $75.00 | 0.3 | $22.50 |
|     Ellen Dors | $110.00 | 0.2 | $22.00 |
|     Lauri Shippers | $110.00 | 0.8 | $88.00 |
|     Lelia Hughes | $75.00 | 6.3 | $472.50 |
|     Steffanie Cohen | $110.00 | 2.4 | $264.00 |
| CONTRACTOR | | | |
|     Martha Araki | $210.00 | 17.0 | $3,570.00 |
| Total: | | 35.4 | $5,178.00 |
| **WRG Data Analysis** | | | |
| CAS | | | |
|     Reynante Dela Cruz | $95.00 | 0.4 | $38.00 |
| CONSULT_DATA | | | |
|     Gunther Kruse | $150.00 | 7.5 | $1,125.00 |
|     Sonja Millsap | $95.00 | 0.2 | $19.00 |
| SR_ANALYST | | | |
|     Anna Wick | $110.00 | 4.9 | $539.00 |
|     Jacqueline Conklin | $95.00 | 0.9 | $85.50 |
| Total: | | 13.9 | $1,806.50 |
| **WRG Distribution** | | | |
| CAS | | | |
|     Alice Whitfield | $200.00 | 5.0 | $1,000.00 |
| CONTRACTOR | | | |
|     Martha Araki | $210.00 | 20.1 | $4,221.00 |
| Total: | | 25.1 | $5,221.00 |
| **WRG Fee Applications** | | | |
| MANAGER | | | |
|     Myrtle John | $195.00 | 0.2 | $39.00 |
| Total: | | 0.2 | $39.00 |

## BMC Group
WR GRACE
Professional Activity Summary
Date Range: 9/1/2010 thru 9/30/2010

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---:|---:|---:|
| **WRG Non-Asbestos Claims** | | | |
| CAS | | | |
| Alice Whitfield | $200.00 | 0.6 | $120.00 |
| REC_TEAM | | | |
| Lauri Shippers | $110.00 | 8.6 | $946.00 |
| Steffanie Cohen | $110.00 | 0.9 | $99.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 8.6 | $1,806.00 |
| Total: | | 18.7 | $2,971.00 |
| Grand Total: | | 93.3 | $15,215.50 |