**EXHIBIT 2**



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_100930**
**Expense Summary**

| Period Ending | 9/30/2010 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $717.75 |
| | | Noticing Production | $14.85 |
| | | Pacer | $10.32 |
| | | Shipping/Courier | $30.37 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$2,223.29** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | Total |
|---|---|---|
| Reference #  021-20100930-1 | 9/30/2010 | $14.85 |
| | Total | $14.85 |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

Production Date 9/30/2010
Reference #:    021-20100930-1
Notes:          Postage charges for change of address remailing and other misc mailings.

| Job Type | Job Item | Step | Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | COA resend for September | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total 18 Pieces | $14.85 |
| | | | | **Total Due:** | **$14.85** |

*Invoice Due Upon Receipt*

EXHIBIT 2