**EXHIBIT 2**



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_100731**
**Expense Summary**

| Period Ending | 7/31/2010 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $704.70 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$2,154.70** |

EXHIBIT 2



**BMC Group, Inc.**
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_100831**
**Expense Summary**

| Period Ending | 8/31/2010 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $713.40 |
| | | Noticing Production | $519.73 |
| | | Pacer | $11.20 |
| | | Shipping/Courier | $33.37 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$2,727.70** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | Total |
|---|---|---|
| Reference # 021-20100811-1 | 8/11/2010 | $25.00 |
| Reference # 021-20100826-1 | 8/26/2010 | $28.20 |
| Reference # 021-20100826-10 | 8/26/2010 | $30.70 |
| Reference # 021-20100826-11 | 8/26/2010 | $33.67 |
| Reference # 021-20100826-12 | 8/26/2010 | $51.25 |
| Reference # 021-20100826-13 | 8/26/2010 | $32.29 |
| Reference # 021-20100826-14 | 8/26/2010 | $2.48 |
| Reference # 021-20100826-15 | 8/26/2010 | $1.37 |
| Reference # 021-20100826-2 | 8/26/2010 | $30.70 |
| Reference # 021-20100826-3 | 8/26/2010 | $33.67 |
| Reference # 021-20100826-4 | 8/26/2010 | $30.70 |
| Reference # 021-20100826-5 | 8/26/2010 | $30.70 |
| Reference # 021-20100826-6 | 8/26/2010 | $30.70 |
| Reference # 021-20100826-7 | 8/26/2010 | $30.70 |
| Reference # 021-20100826-8 | 8/26/2010 | $30.70 |
| Reference # 021-20100826-9 | 8/26/2010 | $33.43 |
| Reference # 021-20100831-1 | 8/31/2010 | $63.47 |
| | Total | $519.73 |

EXHIBIT 2



**BMC Group, Inc.**
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date** 8/11/2010
**Reference #:**    021-20100811-1

| Job Type | Job Item | | Pages / Parties | Details | Total |
|---|---|---|---|---|---|
| | | Step | Task | | |
| Noticing Document | Omni 28 Order - (mailing done by RRD) | | 247 / 4,233 | | |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | | **Total Due:** | **$25.00** |

*Invoice Due Upon Receipt*

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date** 8/26/2010
**Reference #:**      021-20100826-1

| Job Type | Job Item | Step | Pages / Parties Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Dkt No. 24735 - Ord re Claims 011627 & 012476 | | 1 / 4 | | |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class (at Cost) | 2 Pieces @ $.44 each | $0.88 |
| | | | USPS - CA (at Cost) | 2 Pieces @ $.75 each | $1.50 |
| | | Production | Fold and Stuff | 2 Pieces @ $.05 each | $0.10 |
| | | | Printed Impressions | 4 Pieces @ $.10 each | $0.40 |
| | | Supplies | Inkjet and Envelope - #10 | 4 Pieces @ $.08 each | $0.32 |

**Total Due:** **$28.20**

*Invoice Due Upon Receipt*

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date** 8/26/2010
**Reference #:**     021-20100826-10

| Job Type | Job Item | Step | Pages / Parties Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Dkt No. 24580 - Ord re McMaster University | | 15 / 2 | | |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class (at Cost) | 1 Piece @ $1.05 each | $1.05 |
| | | | USPS - CA (at Cost) | 1 Piece @ $1.29 each | $1.29 |
| | | Production | Printed Impressions | 30 Pieces @ $.10 each | $3.00 |
| | | | Stuff and Mail | 2 Pieces @ $.05 each | $0.10 |
| | | Supplies | Inkjet and Envelope - Catalog | 2 Pieces @ $.13 each | $0.26 |

|  | **Total Due:** | **$30.70** |
|---|---|---|

*Invoice Due Upon Receipt*

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date** 8/26/2010
**Reference #:**    021-20100826-11

| Job Type | Job Item | Step | Pages / Parties Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Dkt No. 24581 - Ord re Health Care Corp | | 15 / 3 | | |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class (at Cost) | 1 Piece @ $1.05 each | $1.05 |
| | | | USPS - CA (at Cost) | 2 Pieces @ $1.29 each | $2.58 |
| | | Production | Printed Impressions | 45 Pieces @ $.10 each | $4.50 |
| | | | Stuff and Mail | 3 Pieces @ $.05 each | $0.15 |
| | | Supplies | Inkjet and Envelope - Catalog | 3 Pieces @ $.13 each | $0.39 |

**Total Due:**    **$33.67**

*Invoice Due Upon Receipt*

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date**  8/26/2010
**Reference #:**        021-20100826-12

| Job Type | Job Item | Step | Pages / Parties Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Dkt No. 24582 - Ord re Hamilton Wentworth DSB | | 15 / 9 | | |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class (at Cost) | 2 Pieces @ $1.05 each | $2.10 |
| | | | USPS - CA (at Cost) | 7 Pieces @ $1.29 each | $9.03 |
| | | Production | Printed Impressions | 135 Pieces @ $.10 each | $13.50 |
| | | | Stuff and Mail | 9 Pieces @ $.05 each | $0.45 |
| | | Supplies | Inkjet and Envelope - Catalog | 9 Pieces @ $.13 each | $1.17 |

**Total Due:**     **$51.25**



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date** 8/26/2010
**Reference #:**      021-20100826-13

| Job Type | Job Item | Step | Pages / Parties Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Dkt No. 24583 - Ord re Longacre Master | | 12 / 3 | | |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class (at Cost) | 3 Pieces @ $1.05 each | $3.15 |
| | | Production | Printed Impressions | 36 Pieces @ $.10 each | $3.60 |
| | | | Stuff and Mail | 3 Pieces @ $.05 each | $0.15 |
| | | Supplies | Inkjet and Envelope - Catalog | 3 Pieces @ $.13 each | $0.39 |

**Total Due:**     **$32.29**

*Invoice Due Upon Receipt*

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date**  8/26/2010
**Reference #:**      021-20100826-14

| Job Type | Job Item | Step | Pages / Parties / Task | Details | Total |
|----------|----------|------|------------------------|---------|-------|
| Noticing Document | Dkt No. 24584 - Ord re National Union Fire Ins | | 13 / 1 | | |
| | | Postage | USPS - 1st Class (at Cost) | 1 Piece @ $1.05 each | $1.05 |
| | | Production | Printed Impressions | 13 Pieces @ $.10 each | $1.30 |
| | | | Stuff and Mail | 1 Piece @ $.05 each | $0.05 |
| | | Supplies | Inkjet and Envelope - #10 | 1 Piece @ $.08 each | $0.08 |
| | | | | **Total Due:** | **$2.48** |

*Invoice Due Upon Receipt*

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date**  8/26/2010
**Reference #:**       021-20100826-15

| Job Type | Job Item | Step | Pages / Parties | | |
|---|---|---|---|---|---|
| | | | Task | Details | Total |
| Noticing Document | Dkt No. 25154 - Plum Creek Ord | | 8 / 1 | | |
| | | Postage | USPS - 1st Class (at Cost) | 1 Piece @ $.44 each | $0.44 |
| | | Production | Fold and Stuff | 1 Piece @ $.05 each | $0.05 |
| | | | Printed Impressions | 8 Pieces @ $.10 each | $0.80 |
| | | Supplies | Inkjet and Envelope - #10 | 1 Piece @ $.08 each | $0.08 |
| | | | | **Total Due:** | **$1.37** |

*Invoice Due Upon Receipt*

EXHIBIT 2



**BMC Group, Inc.**
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date** 8/26/2010
**Reference #:**      021-20100826-2

| Job Type | Job Item | Step | Pages / Parties Task | Details | Total |
|----------|----------|------|------|---------|-------|
| Noticing Document | Dkt No. 24670 - Univ Guelph Ord | | 15 / 2 | | |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class (at Cost) | 1 Piece @ $1.05 each | $1.05 |
| | | | USPS - CA (at Cost) | 1 Piece @ $1.29 each | $1.29 |
| | | Production | Printed Impressions | 30 Pieces @ $.10 each | $3.00 |
| | | | Stuff and Mail | 2 Pieces @ $.05 each | $0.10 |
| | | Supplies | Inkjet and Envelope - Catalog | 2 Pieces @ $.13 each | $0.26 |

**Total Due:** **$30.70**

*Invoice Due Upon Receipt*

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date** 8/26/2010
**Reference #:**     021-20100826-3

| Job Type | Job Item | Step | Pages / Parties<br>Task | Details | Total |
|----------|----------|------|-------------|---------|-------|
| Noticing Document | Dkt No. 24671 - Avalon East Ord | | 15 / 3 | | |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class (at Cost) | 1 Piece @ $1.05 each | $1.05 |
| | | | USPS - CA (at Cost) | 2 Pieces @ $1.29 each | $2.58 |
| | | Production | Printed Impressions | 45 Pieces @ $.10 each | $4.50 |
| | | | Stuff and Mail | 3 Pieces @ $.05 each | $0.15 |
| | | Supplies | Inkjet and Envelope - Catalog | 3 Pieces @ $.13 each | $0.39 |

**Total Due:**    **$33.67**

*Invoice Due Upon Receipt*

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date** 8/26/2010
**Reference #:**    021-20100826-4

| Job Type | Job Item | Step | Pages / Parties<br>Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Dkt No. 24672 - Vancouver Ord | | 15 / 2 | | |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class (at Cost) | 1 Piece @ $1.05 each | $1.05 |
| | | | USPS - CA (at Cost) | 1 Piece @ $1.29 each | $1.29 |
| | | Production | Printed Impressions | 30 Pieces @ $.10 each | $3.00 |
| | | | Stuff and Mail | 2 Pieces @ $.05 each | $0.10 |
| | | Supplies | Inkjet and Envelope - Catalog | 2 Pieces @ $.13 each | $0.26 |

**Total Due:** **$30.70**



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date** 8/26/2010
**Reference #:**       021-20100826-5

| Job Type | Job Item | Step | Pages / Parties Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Dkt No. 24673 - Conseillers Ord | | 15 / 2 | | |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class (at Cost) | 1 Piece @ $1.05 each | $1.05 |
| | | | USPS - CA (at Cost) | 1 Piece @ $1.29 each | $1.29 |
| | | Production | Printed Impressions | 30 Pieces @ $.10 each | $3.00 |
| | | | Stuff and Mail | 2 Pieces @ $.05 each | $0.10 |
| | | Supplies | Inkjet and Envelope - Catalog | 2 Pieces @ $.13 each | $0.26 |

|  | **Total Due:** | **$30.70** |
|---|---|---|

*Invoice Due Upon Receipt*

EXHIBIT 2



**BMC Group, Inc.**
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Production Date** 8/26/2010
**Reference #:**     021-20100826-6

| Job Type | Job Item | Step | Pages / Parties / Task | Details | Total |
|----------|----------|------|------------------------|---------|-------|
| Noticing Document | Dkt No. 24674 - Fairmall Ord | | 15 / 2 | | |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class (at Cost) | 1 Piece @ $1.05 each | $1.05 |
| | | | USPS - CA (at Cost) | 1 Piece @ $1.29 each | $1.29 |
| | | Production | Printed Impressions | 30 Pieces @ $.10 each | $3.00 |
| | | | Stuff and Mail | 2 Pieces @ $.05 each | $0.10 |
| | | Supplies | Inkjet and Envelope - Catalog | 2 Pieces @ $.13 each | $0.26 |

**Total Due:**     **$30.70**

*Invoice Due Upon Receipt*

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Production Date** 8/26/2010
**Reference #:**    021-20100826-7

| Job Type | Job Item | Step | Pages / Parties<br>Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Dkt No. 24675 - Atlantic Shopping Ord | | 15 / 2 | | |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class (at Cost) | 1 Piece @ $1.05 each | $1.05 |
| | | | USPS - CA (at Cost) | 1 Piece @ $1.29 each | $1.29 |
| | | Production | Printed Impressions | 30 Pieces @ $.10 each | $3.00 |
| | | | Stuff and Mail | 2 Pieces @ $.05 each | $0.10 |
| | | Supplies | Inkjet and Envelope - Catalog | 2 Pieces @ $.13 each | $0.26 |

**Total Due:**    **$30.70**

*Invoice Due Upon Receipt*

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date** 8/26/2010
**Reference #:**       021-20100826-8

| Job Type | Job Item | Step | Pages / Parties / Task | Details | Total |
|----------|----------|------|------------------------|---------|-------|
| Noticing Document | Dkt No. 24577 - Ord re Morguard Investments | | 15 / 2 | | |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class (at Cost) | 1 Piece @ $1.05 each | $1.05 |
| | | | USPS - CA (at Cost) | 1 Piece @ $1.29 each | $1.29 |
| | | Production | Printed Impressions | 30 Pieces @ $.10 each | $3.00 |
| | | | Stuff and Mail | 2 Pieces @ $.05 each | $0.10 |
| | | Supplies | Inkjet and Envelope - Catalog | 2 Pieces @ $.13 each | $0.26 |

**Total Due:**    **$30.70**

*Invoice Due Upon Receipt*

EXHIBIT 2



**BMC Group, Inc.**
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date** 8/26/2010
**Reference #:**    **021-20100826-9**

| Job Type | Job Item | Step | Pages / Parties<br>Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Dkt No. 24578 - Ord re Toronto DSB | | 15 / 3 | | |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class (at Cost) | 2 Pieces @ $1.05 each | $2.10 |
| | | | USPS - CA (at Cost) | 1 Piece @ $1.29 each | $1.29 |
| | | Production | Printed Impressions | 45 Pieces @ $.10 each | $4.50 |
| | | | Stuff and Mail | 3 Pieces @ $.05 each | $0.15 |
| | | Supplies | Inkjet and Envelope - Catalog | 3 Pieces @ $.13 each | $0.39 |

**Total Due:**    **$33.43**

*Invoice Due Upon Receipt*

EXHIBIT 2



**BMC Group, Inc.**
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date**  8/31/2010
**Reference #:**    021-20100831-1

| Job Type | Job Item | Step | Pages / Parties Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | COA resend for Aug | | 0 / 0 | | |
| | | Postage | USPS - 1st Class (at Cost) | 1 Piece @ $62.59 each | $62.59 |
| | COA resend for Jul | | | | |
| | | | USPS - 1st Class (at Cost) | 1 Piece @ $.88 each | $0.88 |

**Total Due:**    **$63.47**

*Invoice Due Upon Receipt*

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_100930**
**Expense Summary**

| Period Ending | 9/30/2010 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | |
| | | | $350.00 |
| | | B-Linx/Data Storage | |
| | | | $850.00 |
| | | Document Storage | |
| | | | $717.75 |
| | | Noticing Production | |
| | | | $14.85 |
| | | Pacer | |
| | | | $10.32 |
| | | Shipping/Courier | |
| | | | $30.37 |
| | | Website Hosting | |
| | | | $250.00 |
| | | **Total** | **$2,223.29** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | Total |
|---|---|---|
| Reference #  021-20100930-1 | 9/30/2010 | $14.85 |
| | Total | $14.85 |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date** 9/30/2010
**Reference #:**      021-20100930-1
**Notes:**           Postage charges for change of address remailing and other misc mailings.

| Job Type | Job Item | | | | |
|---|---|---|---|---|---|
| | | Step | Task | Details | Total |
| Noticing Document | COA resend for September | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total 18 Pieces | $14.85 |
| | | | | **Total Due:** | **$14.85** |

*Invoice Due Upon Receipt*

EXHIBIT 2