## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | |
| ACandS, Inc. | Case No.: 02-12687 |
| Armstrong World Industries, Inc. | Case No.: 00-4471 |
| Combustion Engineering, Inc. | Case No.: 03-10495 |
| The Flintkote Company | Case No.: 04-11300 |
| Kaiser Aluminum Corp. | Case No.: 02-10429 |
| Owens Corning | Case No.: 00-03837 |
| US Mineral Products Company | Case No.: 01-02471 |
| USG Corp. | Case No.: 01-02094 |
| W.R. Grace & Co. | Case No.: 01-01139 |
| Debtors. | |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| Mid-Valley, Inc. | Case No.: 03-35592 |
| North American Refractories Co. | Case No.: 02-20198 |
| Pittsburgh Corning Corp. | Case No.: 00-22876 |
| Debtors. | |

## NOTICE OF SERVICE

        The undersigned counsel to Garlock Sealing Technologies LLC ("Garlock") hereby certifies that, on February 18, 2011, it emailed to the parties identified on the attached service list access information for an FTP site to download copies of Garlock's hearing exhibits (the "Exhibits") from the hearing held before Judge Fitzgerald on February 14, 2011, on *Garlock's Motion for Orders Authorizing Access to 2019 Statements Filed in This Court and for Related Relief* in the above-captioned cases.

In addition, a compact disc with copies of the Exhibits was served by overnight or hand delivery (as applicable) upon the parties identified on the service list attached hereto.

Dated: February 23, 2011
      Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LP

  */s/Matthew B. Harvey*
Gregory W. Werkheiser (DE# 3553)
Matthew B. Harvey (DE# 35186)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Tel: 302-658-9200
Fax: 302-658-3989

-and-

Arthur H. Stroyd, Jr. (PA# 15910)
Richard A. Swanson (PA#83868)
DEL SOLE CAVANAUGH STROYD LLC
The Waterfront Building
200 First Avenue, Suite 300
Pittsburgh, PA  15222
Tel: 412-261-2393
Fax: 412-261-2110

-and-

Garland S. Cassada
Richard C. Worf, Jr.
ROBINSON, BRADSHAW & HINSON
101 North Tryon Street, Suite 1900
Charlotte, NC 28246
Tel: 704-377-8317
Fax: 704-373-391

*Attorneys for Garlock Sealing Technologies, LLC,*
*Debtor in Possession*

4101375.2