# GARLOCK SERVICE LIST

**VIA EMAIL/HAND DELIVERY**

Richard L. Schepacarter, Esq.
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
J. Caleb Boggs Federal Building
Wilmington, DE 19801
EMAIL: Richard.Schepacarter@usdoj.gov

Daniel K. Hogan, Esq.
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806
EMAIL: dkhogan@dkhogan.com

Mark Minuti
Saul Ewing LLP
222 Delaware Avenue
Suite 1200
Wilmington, DE 19801
EMAIL: mminuti@saul.com

Natalie D. Ramsey
Laurie A. Krepto
Montgomery McCracken Walker & Rhoads LLP
1105 North Market Street
Suite 1500
Wilmington, DE 19801
EMAILS : nramsey@mmwr.com
lkrepto@mmwr.com

Maria R. Eskin, Esq.
Mark T. Hurford, Esq.
Campbell & Levine LLC
800 North King Street
Suite 300
Wilmington, DE 19801
EMAILS: meskin@camlev.com mth@camlev.com

**VIA OVERNIGHT MAIL**

Office of the United States Trustee
U.S. Trustee
1001 Liberty Avenue
Suite 970
Liberty Center
Pittsburgh, PA 15222
FAX: (412) 644-4785

**VIA EMAIL/OVERNIGHT MAIL**

Peter J. Ashcroft, Esq.
Bernstein Law Firm, PC
Suite 220 Gulf Tower
Pittsburgh, PA 15219
EMAIL: pashcroft@bernsteinlaw.com

Sander L. Esserman, Esq.
David A. Klinger, Esq.
David J. Parsons, Esq.
Cliff I. Taylor, Esq.
Stutzman, Bromberg, Esserman & Flifka
2323 Bryan Street
Suite 2200
Dallas, TX 75201
EMAILS: esserman@sbep-law.com
klingler@sbep-law.com   parsons@sbep-law.com   taylor@sbep-law.com

Adam H. Isenberg
Saul Ewing LLP
1500 Market Street
38th Floor
Center Square West
Philadelphia, PA 19102
EMAIL: aisenberg@saul.com

Natalie D. Ramsey
Laurie A. Krepto
Ellen C. Brotman
Montgomery McCracken Walker & Rhoads LLP
123 S. Broad Street
Avenue of the Arts
Philadelphia, PA 19109
EMAIL: ebrotman@mmwr.com

Joseph F. Rice
John Baden
Motley Rice LLC
28 Bridge Boulevard
Mt. Pleasant, SC 29464
EMAILS: jrice@motleyrice.com
kbarone@motleyrice.com

James J. Restivo, Jr., Esq.
Douglas E. Cameron, Esq.
David Ziegler, Esq.
Andrew J. Muha, Esq.
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222-2716
EMAILS: jrestivo@reedsmith.com
dcameron@reedsmith.com
dziegler@reedsmith.com
amuha@reedsmith.com

Philip B. Milch, Esq.
David B. Salzman, Esq.
Campbell & Levine LLC
1700 Grant Building
Pittsburgh, PA 15219
EMAIL: pem@camlev.com dbs@camlev.com

- 2 -

Peter Van N. Lockwood, Esq.
Trevor W. Swett, Esq.
Kevin C. Maclay, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Suite 1100
Washington, DC  20005
EMAILS: pvnl@capdale.com
tws@capdale.com  kcm@capdale.com

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue
35th Floor
New York, NY  10152-3500
EMAIL: ei@capdale.com