**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., et al. | Case No. 01-01139 (JKF)<br>Jointly Administered |
| Debtors. | Re Docket No. 26139 |

**CERTIFICATE OF NO OBJECTION
<u>REGARDING DOCKET NO. 26139</u>**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **One-Hundred Seventh Monthly Fee Application of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from December 1, 2010 through December 31, 2010** [Docket No. 26139] (the "Application") filed on January 28, 2011.

The undersigned further certifies that he has reviewed the Court's docket in this case and that no answer, objection or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served no later than February 17, 2011 at 4:00 p.m.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Pursuant to the *Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals and Members of the Official Committees and Consideration of Fee Applications* signed November 20, 2001, the Debtors are hereby authorized to immediately pay $14,645.20, which represents eighty percent (80%) of the requested compensation of $18,306.50, and one hundred percent (100%) of expenses of $975.89 without further order from the court.

Dated: February 23, 2011            */s/ Michael R. Lastowski*
      Wilmington, Delaware            Michael R. Lastowski (DE 3892)
                                  DUANE MORRIS LLP
                                  1100 N. Market Street, Suite 1200
                                  Wilmington, DE 19801-1246
                                  Telephone:    (302)-657-4942
                                  Facsimile:    (302)-657-4901
                                  Email: mlastowski@duanemorris.com

                                  *Co-Counsel for the Official*
                                  *Committee of Unsecured Creditors*

DM3\1706586.1