IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 26177** |

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION REGARDING**
**THE MONTHLY APPLICATION OF LEGAL ANALYSIS SYSTEMS, INC., FOR**
**COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT**
**OF EXPENSES AS ASBESTOS-RELATED BODILY INJURY CONSULTANT**
**TO THE OFFICIAL COMMITTEE OF PERSONAL INJURY CLAIMANTS OF**
**W.R. GRACE & CO., *et al.* FOR THE PERIOD OF**
**JULY 1, 2010 THROUGH DECEMBER 31, 2010 (DOCKET NO. 26177)**

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify the following:

1.      Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"), Legal Analysis Systems, Inc., submitted on February 2, 2011 a monthly application ("Application") [Docket No. 26177] for services rendered and reimbursement of expenses incurred as asbestos-related bodily injury consultant to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

2.      Objections to the Application were to be filed and served on or before February 22, 2011. No objections to the Application have been received by the undersigned. Moreover, the Court's docket reflects that no objections to the Application

were filed.  In accordance with the Amended Administrative Order, upon the filing of this

Certificate of No Objection, the Debtors are authorized to pay Legal Analysis Systems,

Inc. eighty percent (80%) of the fees and one hundred percent (100%) of the expenses

requested in the Application.

Dated: February 24, 2011

                                    LEGAL ANALYSIS SYSTEMS, INC

                                    Mark A. Peterson
                                    970 Calle Arroyo
                                    Thousand Oaks, CA  91360

                                    Asbestos-Related Bodily Injury Consultant
                                    for the Official Committee of Asbestos

                                           - and -

                                    CAMPBELL & LEVINE, LLC


                                    */s/Mark T. Hurford*
                                    Mark T. Hurford (I.D. #3299)
                                    Kathleen Campbell Davis (I.D. #4229)
                                    800 N. King Street, Suite 300
                                    Wilmington, DE  19899
                                    (302) 426-1900

                                    Counsel for the Official Committee
                                    of Asbestos Personal Injury Claimants