IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 26176** |

**NO ORDER REQUIRED**
**MONTHLY APPLICATION OF CAMPBELL & LEVINE, LLC,**
**FOR SERVICES RENDERED AND REIMUBURSEMENT OF EXPENSES**
**AS DELAWARE AND ASSOCIATED COUNSEL TO THE OFFICIAL**
**COMMITTEE OF PERSONAL INJURY CLAIMANTS FOR THE PERIOD OF**
**DECEMBER 1, 2010 THROUGH DECEMBER 31, 2010 (DOCKET NO. 26176)**

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify the following:

1.      Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of

Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§

105(a) and 331 Establishing Revised Procedures for Interim Compensation and

Reimbursement of Expenses for Professionals and Official Committee Members, signed

by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative

Order"), Campbell & Levine, LLC ("Campbell & Levine"), submitted on February 2,

2011 a monthly application ("Application") [Docket No. 26176] for services rendered

and reimbursement of expenses incurred as Delaware and associated counsel to the

Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

2.      Objections to the Application were to be filed and served on or before

February 22, 2011. No objections to the Application have been received by the

undersigned. Moreover, the Court's docket reflects that no objections to the Application

were filed.  In accordance with the Amended Administrative Order, upon the filing of this

Certificate of No Objection, the Debtors are authorized to pay Campbell & Levine eighty

percent (80%) of the fees and one hundred percent (100%) of the expenses requested in

the Application.

Dated: February 24, 2011

CAMPBELL & LEVINE, LLC

*/s/ Mark T. Hurford*
Mark T. Hurford (I.D. #3299)
Kathleen Campbell Davis (I.D. #4229)
800 N. King Street, Suite 300
Wilmington, DE  19899
(302) 426-1900

*Delaware and Associated Counsel for the Official Committee of Asbestos Personal Injury Claimants*