**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO.,** *et al.*, | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| **Debtors.** | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING THE THIRTY-EIGHTH
QUARTERLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP
FOR THE PERIOD OF JULY 1, 2010 THROUGH SEPTEMBER 30, 2010**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee

auditor in the above-captioned bankruptcy proceedings, regarding the Thirty-Eighth Quarterly Fee

Application of PricewaterhouseCoopers LLP for the Period of July 1, 2010 through September 30,

2010 (the "Application").

**BACKGROUND**

1.      PricewaterhouseCoopers LLP ("PwC") was retained as auditors and tax consultants

to the Debtors and Debtors-in-Possession.  In the Application, PwC seeks approval of fees totaling

$713,576.04 and expenses totaling $12,626.30 for its services from July 1, 2010 through September

30, 2010 (the "Application Period").

2.      In conducting this audit and reaching the conclusions and recommendations

contained herein, we reviewed in detail the Application in its entirety, including each of the time and

expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330,

Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of

Delaware, Amended Effective February 1, 2010, and the United States Trustee Guidelines for

Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C.

§ 330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with

precedent established in the United States Bankruptcy Court for the District of Delaware, the United

States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We

served an initial report on PwC based on our review, and we received a response from PwC, portions

of which response are quoted herein.

## DISCUSSION

3.      We note for informational purposes that PwC Partner Robert Edyt billed 3.00 hours

at the hourly rate of $1,019.81.   In *In re USG Corporation,* Case No. 01-2094 (JKF), Transcript

of Proceedings, July 19, 2004, p. 14, the Honorable Judith K. Fitzgerald asked that we call to the

Court's attention any instance in which a professional's rate reaches $1,000.00 per hour.  PwC

provided the following information concerning Mr. Edyt's qualifications:

> We understand that the Court has asked to be advised of any professional whose rate
> reaches $1,000. PwC would like to provide additional context for the hourly rate of
> Robert Edyt. Mr. Edyt is a partner in the PwC National Office, who specializes in
> SEC related matters. Partners in the National Office possess a high level of technical
> knowledge, skill and experience and, therefore, their hourly rates often exceed
> $1,000. Please note that the rate for Mr. Edyt remained consistent throughout 2010.

We bring this matter to the Court's attention in order to comply with the Court's request, and we

make no recommendation concerning Mr. Edyt's hourly rate.

4.      We noted the following time entries which appeared to include non-working travel

time:

| Justin Bray | 8-Sep | 1.4 | Travel time from Washington, DC (St. Regis hotel - Audit Committee meeting) to PwC-Baltimore office |
| Justin Bray | 30-Sep | 1.0 | Travel time to PwC Miami office to meet with PwC team |
| Kathleen Bradley | 7-Sep | 0.5 | Travel time to client site in Cambridge, MA |
| Kathleen Bradley | 10-Sep | 1.7 | Travel time from client site in Cambridge, MA |

**FEE AUDITOR'S FINAL REPORT** - Page 2
wrg FR PwC 38Q 7-9.10.wpd

| Kathleen Bradley | 30-Sep | 0.7 | Traveling from the Miami airport to PwC offices for tax meetings |
| Nicole Johnson | 26-Sep | 9.0 | Travel to Chattanooga |
| Shawn McNeilly | 7-Sep | 2.8 | Travel to Lake Charles, LA for 404 Controls Testing. |
| Shawn McNeilly | 10-Sep | 2.7 | Travel home from Lake Charles, LA following 404 controls testing. |

Pursuant to Local Rule 2016-2(d)(viii): "Travel time during which no work is performed shall be separately described and may be billed at no more than 50% of regular hourly rates."  We asked PwC whether the required 50% discount had been applied to these fees, and PwC responded:

> PwC has further reviewed the questioned entries and determined that the required 50% discount was not applied.  Therefore, the entries for Justin Bray on September 8, 2010 for 1.4 hours and for Nicole Johnson on September 26, 2010 for 9 hours, should be revised to be 0.7 hours and 4.5 hours, respectively.
>
> The 50% discount was applied to McNeilly and Bradley.

We appreciate PwC's response and, consistent with the response, recommend a reduction of $296.04[1] for Mr. Bray's time and a reduction of $725.80[2] for Ms. Johnson's time, for a total reduction of $1,021.84 in fees.

## CONCLUSION

5.      Thus, we recommend approval of $712,554.20 in fees ($713,576.04 minus $1,021.84) and  $12,626.30 in expenses for PwC's services for the Application Period.

---

[1] 0.7 hours $\times$ $422.91 per hour = $296.04

[2] 4.5 hours $\times$ $161.29 per hour = $725.80

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
Warren H. Smith
Texas State Bar No. 18757050

325 N. St. Paul Street, Suite 1250
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 25th day of February, 2011

_____
Warren H. Smith

## SERVICE LIST
Notice Parties

**The Applicant**
Kathleen M. Miller
SMITH, KATZENSTEIN & JENKINS LLP
The Corporate Plaza
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)

**The Debtors**
Richard Finke.
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
Deanna Boll
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier, Esq.
SAUL EWING LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801