# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP

# INVOICES FOR THE TIME PERIOD

# JANUARY 1-31, 2011



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

February 15, 2011
Client No. 17367
Invoice No. 1293480

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through January 31, 2011 in connection with the matters described on the attached pages: | $ | 142,974.50 |
| DISBURSEMENTS as per attached pages: | | 6,115.18 |
| **TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):** | $ | **149,089.68** |

Matter(s): 17367/11, 12, 13, 15, 7, 8, 9

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$246,716.45
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **ELECTRONIC FUNDS TRANSFERS:** |
|---|---|---|
| Orrick, Herrington & Sutcliffe LLP | *Wire Transfers Only:* | *ACH Transfers Only:* |
| 4253 Collections Center Drive | *ABA Number 0260-0959-3* | *ABA Number 121-000358* |
| Chicago, IL 60693 | Bank of America | Bank of America |
| Reference: 17367/ Invoice: 1293480 | 100 West 33rd Street, NY, NY 10001 | San Francisco Main Branch |
| E.I.N. 94-2952627 | Account of | Account of |
| Overnight deliveries: (312) 974-1642 | Orrick, Herrington & Sutcliffe LLP | Orrick, Herrington & Sutcliffe LLP |
| | Account Number: 1499410382 | Account Number: 1499410382 |
| | Reference: 17367/ Invoice: 1293480 | Reference: 17367/ Invoice: 1293480 |
| | E.I.N. 94-2952627 | E.I.N. 94-2952627 |


**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 2

February 15, 2011
Invoice No. 1293480

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

February 15, 2011
Client No. 17367
Invoice No. 1293480

Orrick Contact: Roger Frankel

For Legal Services Rendered Through January 31, 2011 in Connection With:

**Matter: 7 - Insurance Matters**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 01/03/11 | P. Mahaley | Review and analyze final draft briefs in reply to oppositions to approval of insurance settlement. | 0.60 |
| 01/18/11 | P. Mahaley | Participate in telephone conference with counsel for Plan Proponents and for insurer re proposed revisions to order approving insurance settlement agreement per court's direction. | 0.70 |
| 01/19/11 | R. Wyron | Begin review of changes to insurance schedules (.4); review data from P. Mahaley (.2). | 0.60 |
| 01/21/11 | P. Mahaley | Prepare for and participate in telephone conference with R. Horkovich and R. Wyron re Plan document changes required to update exhibits. | 2.90 |
| 01/21/11 | R. Wyron | Confer with P. Mahaley on changes to the Plan exhibits (.5); review Plan exhibits and outline required changes (.6); call with R. Horkovich on plan exhibit changes and follow-up (.3); begin review of revised confirmation order (.8). | 2.20 |
| 01/24/11 | P. Mahaley | Communicate with counsel for Plan Proponents re changes to Plan documents to reflect recent insurance settlement. | 0.70 |
| 01/25/11 | P. Mahaley | Analyze and propose revisions to draft order confirming Plan re description of insurance settlements. | 1.00 |
| 01/26/11 | P. Mahaley | Prepare for and participate in telephone conference re revisions to Plan documents and confirmation order. | 1.10 |
| 01/31/11 | P. Mahaley | Analyze proposed changes to Plan Exhibit 5 from settling insurer. | 1.20 |

Total Hours  11.00
Total For Services  $7,710.00



# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 3

February 15, 2011
Invoice No. 1293480

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Peri N. Mahaley | 8.20 | 650.00 | 5,330.00 |
| Richard H. Wyron | 2.80 | 850.00 | 2,380.00 |
| Total All Timekeepers | 11.00 | $700.91 | $7,710.00 |

**Total For This Matter**    $7,710.00


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 4

February 15, 2011
Invoice No. 1293480

For Legal Services Rendered Through January 31, 2011 in Connection With:

**Matter: 8 - Litigation**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 01/02/11 | R. Frankel | Review revised Debtors' Reply and CNA Reply to Libby, BNSF objections to CNA settlement. | 2.40 |
| 01/03/11 | D. Fullem | Review e-mail from R. Wyron regarding Judge Fitzgerald hearing calendar for January 10 matters; research same; forward to R. Wyron; review follow-up response from R. Wyron. | 1.00 |
| 01/03/11 | D. Felder | Prepare FCR/ACC joinder to Debtors' motion to approve CNA settlement agreement and reply in support thereof and e-mail correspondence with R. Wyron, P. Lockwood, J. Phillips and M. Hurford regarding same. | 0.70 |
| 01/03/11 | D. Felder | Review January 10 hearing agenda. | 0.10 |
| 01/03/11 | R. Wyron | Review final drafts of replies and provide comments (1.6); review joinder and e-mails re same (.2). | 1.80 |
| 01/03/11 | R. Frankel | Review joinder in Debtors' motion and reply re CNA settlement. | 0.30 |
| 01/04/11 | D. Fullem | Follow-up regarding Judge Fitzgerald's hearing calendar for asbestos cases on January 10; review same for FedMo, Flintkote, Specialty Products (Bondex) and Kaiser; review agendas and forward to R. Wyron. | 1.00 |
| 01/04/11 | D. Felder | Review e-mail correspondence regarding January 10 hearing. | 0.10 |
| 01/04/11 | R. Wyron | Telephone conferences regarding CNA hearing and e-mails re same (.8); review outline of issues for hearing (.6); review documents re same (.3); review foreign holdco motion and follow-up (.6). | 2.30 |
| 01/04/11 | R. Frankel | Review agenda for January 10 hearing, e-mails regarding same. | 0.30 |
| 01/04/11 | R. Frankel | Confer with R. Wyron regarding hearing (.2); series of e-mails regarding CNA hearing (.4). | 0.60 |
| 01/04/11 | R. Frankel | Telephone conference with J. Aldock regarding Global Settlement discussions (.5); confer with R. Wyron regarding same (.3). | 0.80 |
| 01/04/11 | R. Frankel | Series of e-mails regarding Grace corporate reorganization with R. Wyron, D. Felder, J. Baer, J. Radecki (.2); consider payment issues (.2). | 0.40 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 5

February 15, 2011
Invoice No. 1293480

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 01/05/11 | D. Felder | Review Debtors' draft motion for order authorizing creation of a non-debtor foreign subsidiary holding company structure (.5); review revised proposed order regarding same (.1). | 0.60 |
| 01/05/11 | R. Wyron | Prepare for 1/10 hearing (.3); follow-up on discovery issues and respond to e-mails re same (.2); review Foreign Holdco issues and revised proposed order (.6). | 1.10 |
| 01/05/11 | R. Frankel | Review motion to approve corporate restructuring (.9); consider issues presented, telephone conference with R. Wyron regarding same (.2). | 1.10 |
| 01/05/11 | R. Frankel | Review revised order from R. Wyron regarding foreign holders, e-mails regarding same. | 0.40 |
| 01/06/11 | R. Wyron | Review e-mails on discovery issues and respond (.4); review discovery responses and provide comments (.8). | 1.20 |
| 01/06/11 | R. Frankel | Review draft responses to discovery requests from CNA and from Grace (1.1); series of edits, e-mails re same (.4). | 1.50 |
| 01/07/11 | D. Fullem | Review latest docket updates. | 0.20 |
| 01/07/11 | J. Burke | Research regarding Section 363 sale issues. | 3.40 |
| 01/07/11 | R. Wyron | Revise foreign holdco order and follow-up (.4); call with J. Radecki re same (.2); review discovery responses from Debtors (.3). | 0.90 |
| 01/08/11 | J. Burke | Continue researching Section 363 sale issues. | 3.30 |
| 01/09/11 | R. Wyron | Review CNA reply brief (.8); confer with R. Frankel and P. Lockwood re strategy (.6); review law on 363(e) and organize notes (.8). | 2.20 |
| 01/09/11 | R. Frankel | Review pleadings in preparation for hearing. | 1.50 |
| 01/09/11 | R. Frankel | Confer with R. Wyron, P. Lockwood in preparation for hearing. | 1.00 |
| 01/10/11 | D. Felder | Telephonic participation in omnibus hearing. | 2.20 |
| 01/10/11 | R. Wyron | Confer re strategy on CNA motion (.6); attend hearing on motion to approve CNA Agreement and follow-up (2.7); work on changes to proposed order (.4); confer with Debtors' counsel re appeal issues and follow-up (.2). | 3.90 |
| 01/10/11 | R. Frankel | Review pleadings, note key points in preparation for hearing. | 0.70 |
| 01/10/11 | R. Frankel | Attend pre-hearing conference with Grace (1.2); attend hearing on CNA settlement in Pittsburgh (2.2). | 3.40 |
| 01/11/11 | R. Wyron | Review revised CNA approval order and draft language re same (.9); review and respond to e-mails re language changes and follow-up (.7); review docket re foreign holdco motion and follow-up (.3); review e-mail from PD counsel re 2019 issue and respond (.3). | 2.20 |
| 01/11/11 | R. Frankel | Review proposed revised order from Grace re CNA (.3); review series of e-mails re same (.4). | 0.70 |

# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 6

February 15, 2011  
Invoice No. 1293480

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 01/11/11 | R. Frankel | Review motion for ART extension of credit arrangement (.3); review L/C motion to extend (.3). | 0.60 |
| 01/11/11 | R. Frankel | Review M. Giannotto e-mail re approval order (.2); review original proposed approval order (.4). | 0.60 |
| 01/11/11 | R. Frankel | Telephone conference with D. Austern re hearing, confirmation issues. | 0.50 |
| 01/12/11 | D. Felder | Conference with R. Frankel regarding confirmation issues (.1); research regarding same (2.5). | 2.60 |
| 01/12/11 | R. Wyron | Begin review of equitable mootness issues and follow-up. | 1.20 |
| 01/13/11 | D. Fullem | Review docket updates. | 0.20 |
| 01/13/11 | D. Felder | Follow-up research regarding confirmation issues and review case law regarding same (2.5); review Lincoln memorandum regarding company issues (.2). | 2.70 |
| 01/13/11 | R. Wyron | Continue work on equitable mootness issues (2.3); review e-mails re CNA order and respond (.6); review CNA agreement and draft language for proposed order (.7). | 3.60 |
| 01/13/11 | R. Frankel | Preliminary review of D. Felder e-mail memo re appeal issues. | 0.60 |
| 01/13/11 | R. Frankel | Review series of e-mails re CNA approval order (.3); confer with R. Wyron re same (.10). | 0.40 |
| 01/14/11 | R. Wyron | Review and respond to e-mails re comments on CNA order and follow-up. | 0.90 |
| 01/14/11 | R. Frankel | Review 3rd circuit cases re appeal issues (1.7); prepare notes re same (.5). | 2.20 |
| 01/14/11 | R. Frankel | Review series of e-mails and draft orders re CNA approval order. | 0.40 |
| 01/15/11 | R. Wyron | Review Libby comments on CNA approval order, and e-mails re same. | 0.60 |
| 01/15/11 | R. Frankel | Review memo from Lincoln, consider issues re rare earth materials. | 0.60 |
| 01/16/11 | R. Frankel | Review cases re appeal issues. | 1.60 |
| 01/18/11 | D. Felder | Telephone conference with R. Wyron and J. Radecki regarding Synthetech merger (.1); review motion, order, and Lincoln memorandum regarding same (.6). | 0.70 |
| 01/18/11 | R. Wyron | Calls re CNA order and follow-up (1.1); review and revise language and calls re changes (1.8); call with J. Radecki re Synthetech issues and follow-up (.2); review Synthetech memo and analyze issues (.4); review transcript of hearing on CNA issues (.7); continue review of equitable mootness issues (.9); review CNA ZAI notice (.2). | 5.30 |
| 01/18/11 | R. Frankel | Review CNA draft COC re approval of settlement (.4); series of e-mails re same (.4). | 0.80 |
| 01/19/11 | R. Wyron | Work on CNA order issues and follow-up (1.4); calls with M. Giannotto re settlement and follow-up (.7). | 2.10 |

# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 7

February 15, 2011  
Invoice No. 1293480

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 01/19/11 | R. Frankel | Review e-mails re CNA approval order COC (.8); telephone conference with R. Wyron re same (.3). | 1.10 |
| 01/19/11 | R. Frankel | Review ZAI Amendment to minutes; notice of same. | 0.70 |
| 01/19/11 | R. Frankel | Review Continental Air and related cases in preparation for plan proponent conference call. | 1.30 |
| 01/20/11 | D. Felder | Telephone conference with Debtors, ACC and FCR team regarding confirmation issues (.8); telephone conference with P. Lockwood regarding same (.3); follow-up research issues regarding same (1.5); review settlement agreement and e-mail correspondence regarding same (.1); review Libby and BNSF certificate of counsel and e-mail correspondence regarding same (.5); research issues regarding confirmation (1.1). | 4.30 |
| 01/20/11 | R. Wyron | Strategy call with Grace and ACC re confirmation order and appeal, and follow-up (1.1); calls with M. Giannotto and P. Lockwood re settlement issues, and follow-up (1.9); work on CNA approval order issues and respond to e-mails re same (2.2); strategy conference with R. Frankel and follow-up (.4); review BNSF issues and analysis (.6); review drafts circulated by Grace (.7). | 6.90 |
| 01/20/11 | R. Frankel | Telephone conference with J. Donley, A. Paul, R. Wyron, P. Lockwood re appeal, District Court issues (.8); notes re same (.3). | 1.10 |
| 01/20/11 | R. Frankel | Telephone conference with R. Wyron, D. Felder, P. Lockwood re CNA related issues. | 0.60 |
| 01/20/11 | R. Frankel | Review BNSF draft COC (.8); series of e-mails re Libby, BNSF, COC (.3). | 1.10 |
| 01/20/11 | R. Frankel | Confer with R. Wyron re CNA Settlement talks, confirmation appeal issues (.6); notes re same (.2). | 0.80 |
| 01/21/11 | D. Huynh | Telephone conference with D. Felder re issues. | 0.40 |
| 01/21/11 | D. Felder | Research regarding confirmation issues (.5); telephone conference with D. Huynh regarding same (.3); telephone conference with J. Radecki regarding Synthetech merger and follow-up e-mail correspondence regarding same (.3). | 1.10 |
| 01/21/11 | R. Wyron | Review analysis of BNSF indemnity agreements and follow-up (.8); review Libby filing on CNA Approval Order and follow-up (.6); follow-up on Synthetech issues (.4). | 1.80 |
| 01/21/11 | R. Frankel | Review brief filed by Libby claimants. | 0.80 |
| 01/21/11 | R. Frankel | Review various pleadings, documents from Kirkland in connection with affirmation of confirmation order, and draft confirmation order (2.2); e-mails with R. Wyron re same (.2). | 2.40 |
| 01/21/11 | R. Frankel | Telephone conference with J. Aldock re settlement issues (.5); telephone conference with R. Wyron re same (.3). | 0.80 |


# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 8

February 15, 2011  
Invoice No. 1293480

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 01/21/11 | R. Frankel | Review series of e-mails re Synthetech merger issues. | 0.30 |
| 01/22/11 | R. Wyron | Review CNA Approval Order; respond to e-mails re same. | 0.60 |
| 01/24/11 | D. Huynh | Research re confirmation issues. | 2.80 |
| 01/24/11 | D. Huynh | E-mail to D. Felder re analysis. | 0.10 |
| 01/24/11 | R. Wyron | Work on updates of plan documents re settlements (1.3); review draft confirmation order and organize issues list (2.1); confer with R. Frankel re strategy and follow-up (.4); call with P. Lockwood re strategy and follow-up (.3); review appeal time line from Grace (.4); review equitable mootness case law (.9); review indemnity claim analysis and underlying contracts (1.7); review CNA order issue and follow-up (.2). | 7.30 |
| 01/24/11 | R. Frankel | Review Armstrong opinion, review marked proposed confirmation order sent to court. | 2.20 |
| 01/24/11 | R. Frankel | Confer with R. Wyron re issues with draft confirmation order (.5); review conditions to confirmation (.6). | 1.10 |
| 01/25/11 | D. Huynh | Research re confirmation issues. | 0.50 |
| 01/25/11 | D. Huynh | E-mail D. Felder re analysis. | 0.30 |
| 01/25/11 | D. Felder | Review e-mail correspondence from Debtors' counsel and confirmation issues regarding same. | 0.50 |
| 01/25/11 | R. Wyron | Review settlement terms on Libby issues and organize notes (.9); confer with R. Frankel several times re strategy (.6); meet with CNA counsel and follow-up (1.7); call with P. Lockwood and follow-up (.8); call with A. Paul re confirmation order and follow-up (.4); call with Grace team re strategy (.9); review plan exhibit changes and provide comments (1.1). | 6.40 |
| 01/25/11 | R. Frankel | Review e-mails regarding confirmation order, insurance settlements. | 0.40 |
| 01/25/11 | R. Frankel | Confer with J. Aldock, M. Gianotto, R. Wyron regarding settlement issues (1.9); prepare notes regarding same (.2). | 2.10 |
| 01/25/11 | R. Frankel | Review appeal chart in preparation for call (.6); telephone conference with Kirkland, P. Lockwood, R. Wyron regarding post-order issues (1.0). | 1.60 |
| 01/25/11 | R. Frankel | Review appeal timeline chart from Kirkland (.5); review with R. Wyron (.3). | 0.80 |
| 01/26/11 | D. Felder | Review case law regarding appeal issues. | 1.20 |



ORRICK

| | | | |
|---|---|---|---|
| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367 | | | February 15, 2011 |
| page 9 | | | Invoice No. 1293480 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 01/26/11 | R. Wyron | Continue review of draft confirmation order (.4); review District Court time line and procedures (.7); review Synthetech issues and status (.3); review listing of protected parties and analyze issues (1.1); call with Plan Proponents re list of protected parties and follow-up (.8); review draft Exhibit 5 language and follow-up (.4); call with M. Giannotto re CNA language and follow-up (.6); review Libby appeal issues (1.2). | 5.50 |
| 01/26/11 | R. Frankel | Series of e-mails re 524(g) protected parties; review 524(g)(4)(A)(ii). | 0.90 |
| 01/26/11 | R. Frankel | Review exhibit from Kirkland per request of the Court (.8); telephone conference with Plan Proponents, Sealed Air, Fresenius re same (.6). | 1.40 |
| 01/26/11 | R. Frankel | Review revised listing of protected parties, series of e-mails re same. | 0.70 |
| 01/27/11 | D. Felder | Review issues regarding MCC and e-mail correspondence regarding same. | 0.50 |
| 01/27/11 | R. Wyron | Continue review of proposed confirmation order and follow-up (.6); review CNA comments (.3). | 0.90 |
| 01/28/11 | D. Felder | Review e-mail correspondence regarding Synthetech merger. | 0.20 |
| 01/29/11 | R. Wyron | Respond to e-mails re confirmation order and follow-up. | 0.30 |
| 01/29/11 | R. Wyron | Review CNA comments on draft Exhibit 5 and follow-up. | 0.80 |
| 01/30/11 | R. Wyron | Review memoranda on approval issues (.9); review MCC analysis (.8). | 1.70 |
| 01/31/11 | D. Fullem | Review confirmation order. | 0.20 |
| 01/31/11 | D. Felder | E-mail correspondence and telephone conference with J. Radecki regarding Synthetech merger. | 0.20 |
| 01/31/11 | R. Wyron | Begin review of opinion and confirmation order (2.8); call with Grace and ACC counsel re issues and follow-up (1.0); review and respond to e-mails re confirmation issues (.6); review Synthetech issues and respond to e-mails re same (.4); review Exhibit 5 issues and draft revisions (.8); review e-mails on Exhibit 5 and respond (.3); review blackline of confirmation order from Grace (.6). | 6.50 |
| 01/31/11 | R. Frankel | Telephone conference with Plan Proponents' counsel re confirmation order (.3); notes re same (.1). | 0.40 |
| 01/31/11 | R. Frankel | Review issues in preparation for issuance of confirmation order (.3); confer with R. Wyron re CNA issues (.3). | 0.60 |
| 01/31/11 | R. Frankel | Review confirmation opinion. | 2.60 |

| | | |
|---|---|---|
| Total Hours | 148.30 | |
| Total For Services | | $123,271.50 |


**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 10

February 15, 2011
Invoice No. 1293480

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| James W. Burke | 6.70 | 530.00 | 3,551.00 |
| Debra Felder | 17.70 | 645.00 | 11,416.50 |
| Roger Frankel | 49.20 | 985.00 | 48,462.00 |
| Debra O. Fullem | 2.60 | 265.00 | 689.00 |
| Dao Huynh | 4.10 | 330.00 | 1,353.00 |
| Richard H. Wyron | 68.00 | 850.00 | 57,800.00 |
| Total All Timekeepers | 148.30 | $831.23 | $123,271.50 |

Disbursements
| | |
|---|---|
| Document Reproduction | 148.60 |
| Express Delivery | 35.62 |
| Lexis Research | 19.34 |
| Local Taxi Expense | 148.65 |
| Out of Town Business Meals | 30.01 |
| Outside Reproduction Services | 11.55 |
| Outside Services | 714.60 |
| Travel Expense, Air Fare | 1,594.80 |
| Travel Expense, Out of Town | 738.72 |
| Westlaw Research | 2,076.17 |
| Total Disbursements | $5,519.50 |

**Total For This Matter**　　　　$128,791.00


## ORRICK

| | |
|---|---|
| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367<br>page 11 | February 15, 2011<br>Invoice No. 1293480 |

For Legal Services Rendered Through January 31, 2011 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 01/06/11 | D. Fullem | Review fee applications filed by D. Austern; e-mail to D. Austern regarding status of additional invoices to be submitted and fee applications to be filed. | 0.30 |
| 01/06/11 | D. Fullem | Coordinate finalizing, filing, serving of Lincoln's November fee application. | 0.50 |
| 01/13/11 | D. Fullem | Finalize Lincoln's July-Sept 2010 quarterly fee application. | 1.00 |
| 01/14/11 | D. Fullem | Coordinate filing and serving of Lincoln's Jul-Sep 2010 fee application; e-mail to C. Burke re same. | 0.50 |
| 01/28/11 | D. Fullem | Review and respond to e-mail from K. Boeger regarding status of billing, fee applications, etc. | 0.20 |

|  |  |  |
|---|---|---|
| Total Hours | 2.50 | |
| Total For Services | | $662.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 2.50 | 265.00 | 662.50 |
| Total All Timekeepers | 2.50 | $265.00 | $662.50 |

**Total For This Matter** $662.50


**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 12

February 15, 2011
Invoice No. 1293480

For Legal Services Rendered Through January 31, 2011 in Connection With:

**Matter: 12 - Retention of Professionals - Orrick**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 01/06/11 | D. Fullem | Review and respond to e-mail from R. Wyron regarding possible Grace disclosures; review e-mail regarding same. | 0.40 |
| 01/07/11 | D. Fullem | Follow-up e-mail to R. Wyron regarding updating disclosures. | 0.20 |
| 01/21/11 | D. Fullem | Review e-mail from D. Felder and R. Wyron regarding updating disclosure. | 0.30 |
| 01/21/11 | R. Wyron | Review ethical wall issue and follow-up re former Simpson associate. | 0.40 |
| 01/24/11 | D. Fullem | Review e-mail from R. Wyron regarding possible disclosures; review latest 2019 pleading filed by bank debt holders. | 0.80 |
| 01/24/11 | R. Wyron | Review possible disclosure issues and follow-up. | 0.40 |
| 01/25/11 | D. Fullem | Begin draft of supplemental declaration. | 1.00 |

Total Hours 3.50
Total For Services $1,395.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 2.70 | 265.00 | 715.50 |
| Richard H. Wyron | 0.80 | 850.00 | 680.00 |
| Total All Timekeepers | 3.50 | $398.71 | $1,395.50 |

Disbursements
  Outside Services                                27.28
                          Total Disbursements              $27.28

                          Total For This Matter          $1,422.78


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 13

February 15, 2011
Invoice No. 1293480

For Legal Services Rendered Through January 31, 2011 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 01/03/11 | D. Fullem | Review recent payment status; update R. Wyron regarding same; follow-up research and respond. | 0.40 |
| 01/04/11 | D. Fullem | Finalize November fee application for filing and serving. | 1.20 |
| 01/04/11 | D. Fullem | Prepare updated fee/expense spreadsheets and circulate to R. Wyron, R. Frankel. | 0.40 |
| 01/04/11 | D. Felder | Review November fee application. | 0.20 |
| 01/06/11 | D. Fullem | Review December prebill (1.0); e-mail to D. Felder and R. Wyron regarding same and follow-up items (.1). | 1.10 |
| 01/06/11 | D. Fullem | Follow-up with accounting on certain expenses in December prebill. | 0.30 |
| 01/06/11 | D. Fullem | Review e-mail from V. Crossley regarding latest payment and reconciliation of invoices; review recent invoices; e-mail to R. Wyron regarding same; update V. Crossley as to status and application to invoices. | 0.50 |
| 01/07/11 | D. Fullem | Prepare Orrick quarterly for July-Sept 2010 time period (1.4); e-mail to R. Wyron and D. Felder regarding same (.1). | 1.50 |
| 01/07/11 | D. Fullem | Update fee/expense charts with recent payment for 20% holdbacks for April-June 2010 period. | 0.30 |
| 01/10/11 | D. Fullem | Review e-mails from D. Felder regarding questions/follow-up on items in December prebill. | 0.20 |
| 01/10/11 | D. Felder | E-mail correspondence with D. Fullem regarding December prebill. | 0.20 |
| 01/10/11 | R. Wyron | Review quarterly fee application and follow-up. | 0.30 |
| 01/12/11 | D. Felder | Review Orrick's 19th quarterly fee application and e-mail correspondence to D. Fullem regarding same. | 0.40 |
| 01/13/11 | D. Fullem | Finalize July-Sept 2010 quarterly fee application. | 1.00 |
| 01/14/11 | D. Fullem | Coordinate filing and serving of Orrick's Jul-Sept 2010 fee application. | 0.50 |
| 01/14/11 | D. Fullem | Prepare updated fee/expense charts and circulate to R. Frankel and R. Wyron. | 0.30 |
| 01/20/11 | D. Fullem | Review and revise draft December fee application (1.0); follow-up on expense information (.2) | 1.20 |
| 01/21/11 | D. Fullem | Coordinate updates to expenses on December prebill; coordinate with accounting; e-mail to R. Wyron regarding same; prepare proposed e-mail to D. Austern re same. | 0.50 |



**ORRICK**

| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367 | | February 15, 2011 |
|---|---|---|
| page 14 | | Invoice No. 1293480 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 01/21/11 | R. Wyron | Review e-mails on December fee application and respond (.2); follow-up with accounting (.1). | 0.30 |
| 01/24/11 | D. Fullem | Prepare e-mail to D. Austern re December invoice. | 0.20 |
| 01/25/11 | D. Fullem | Finish draft of December fee application; e-mail to D. Felder and R. Wyron for review and comment. | 0.50 |
| 01/25/11 | D. Fullem | Prepare CNO for November fee application and send to D. Felder for review/approval. | 0.30 |
| 01/26/11 | D. Fullem | Coordinate filing and serving of Orrick's December fee application and CNO for Orrick's November fee application. | 0.80 |
| 01/26/11 | D. Felder | Review CNO for November fee application. | 0.10 |
| 01/26/11 | R. Wyron | Review December fee application and follow-up. | 0.40 |
| 01/27/11 | D. Fullem | Review and respond to e-mail from fee auditor regarding hard copy of December fee application; coordinate with H. Quinn. | 0.20 |
| 01/27/11 | D. Fullem | Consider status of fee applications filed/CNOs due/timing of payments/etc. | 0.20 |
| 01/28/11 | D. Fullem | Review docket updates regarding filings of Orrick's December fee application and CNO for November fee application. | 0.20 |

|  | Total Hours | 13.70 |  |
|---|---|---|---|
|  | Total For Services |  | $4,557.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 0.90 | 645.00 | 580.50 |
| Debra O. Fullem | 11.80 | 265.00 | 3,127.00 |
| Richard H. Wyron | 1.00 | 850.00 | 850.00 |
| Total All Timekeepers | 13.70 | $332.66 | $4,557.50 |

Disbursements

| Document Reproduction | 170.70 |  |
|---|---|---|
| Express Delivery | 37.79 |  |
| Outside Services | 36.64 |  |
| Postage | 323.27 |  |
| Total Disbursements |  | $568.40 |

| **Total For This Matter** | **$5,125.90** |
|---|---|



# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 15

February 15, 2011
Invoice No. 1293480

For Legal Services Rendered Through January 31, 2011 in Connection With:

**Matter: 15 - Travel Time (Non-Working)**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 01/09/11 | R. Wyron | Travel to Omnibus hearing. | 3.00 |
| 01/09/11 | R. Frankel | Travel to Pittsburgh. | 1.60 |
| 01/10/11 | R. Wyron | Return from Omnibus hearing. | 2.70 |
| 01/10/11 | R. Frankel | Travel from Pittsburgh to DC. | 4.40 |

Total Hours    11.70
Total For Services    $5,377.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 6.00 | 492.50 | 2,955.00 |
| Richard H. Wyron | 5.70 | 425.00 | 2,422.50 |
| Total All Timekeepers | 11.70 | $459.62 | $5,377.50 |

**Total For This Matter**    **$5,377.50**

\* \* \* **COMBINED TOTALS** \* \* \*

Total Hours    190.70
Total Fees, all Matters    $142,974.50
Total Disbursements, all Matters    $6,115.18
Total Amount Due    $149,089.68