## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |

*Objection deadline: 3/17/11 @ 4:00 pm*

### NINETY-FIFTH APPLICATION OF BLACKSTONE ADVISORY PARTNERS L.P. AS FINANCIAL ADVISOR TO W. R. GRACE & CO. AND AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF JANUARY 1, 2011 THROUGH JANUARY 31, 2011

| | |
|---|---|
| Name of Applicant: | Blackstone Advisory Partners L.P. |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 |
| Period for which compensation and reimbursement is sought: | January 1, 2011 through January 31, 2011 |

| | Total | (Holdback @ 20%) |
|---|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | $175,000.00 | ($35,000.00) |

| | |
|---|---|
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,365.89 |
| Amount of Cash Payment Sought: | $141,365.89 |

This is a __x__ monthly ___ interim ____ final application

2600017.DOC

Summary of Monthly Applications:

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved Holdback(s) | Unpaid Holdbacks |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | | |
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | -- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved | Unpaid |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
| 04/10/07 | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84 | 100,000.00 | 5,412.84 | -- | -- |
| 06/29/07 | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82 | 100,000.00 | 1,260.82 | -- | -- |
| 06/29/07 | 03/01/07 – 03/31/07 | 100,000.00 | 535.30 | 100,000.00 | 535.30 | -- | -- |
| 09/20/07 | 04/01/07 – 04/30/07 | 100,000.00 | 3,145.97 | 100,000.00 | 3,145.97 | -- | -- |
| 09/20/07 | 05/01/07 – 05/31/07 | 125,000.00 | 148.40 | 125,000.00 | 148.40 | -- | -- |
| 09/20/07 | 06/01/07 – 06/30/07 | 125,000.00 | 584.53 | 125,000.00 | 584.53 | -- | -- |
| 11/19/07 | 07/01/07 – 07/31/07 | 125,000.00 | 786.94 | 125,000.00 | 786.94 | -- | -- |
| 11/19/07 | 08/01/07 – 08/31/07 | -- | 997.55 | -- | 997.55 | -- | -- |
| 11/19/07 | 09/01/07 – 09/30/07 | 75,000.00 | 585.59 | 75,000.00 | 585.59 | -- | -- |
| 03/13/08 | 10/01/07 – 10/31/07 | 100,000.00 | 1,518.85 | 100,000.00 | 1,518.85 | -- | -- |
| 03/13/08 | 11/01/07 – 11/30/07 | 75,000.00 | 241.73 | 75,000.00 | 241.73 | -- | -- |
| 03/13/08 | 12/01/07 – 12/31/07 | 50,000.00 | 270.44 | 50,000.00 | 270.44 | -- | -- |
| 05/22/08 | 01/01/08 – 01/31/08 | 100,000.00 | 2,618.39 | 100,000.00 | 2,618.39 | -- | -- |
| 05/22/08 | 02/01/08 – 02/29/08 | 150,000.00 | 377.34 | 150,000.00 | 377.34 | -- | -- |
| 05/22/08 | 03/01/08 – 03/31/08 | 75,000.00 | 1,468.54 | 75,000.00 | 1,468.54 | -- | -- |
| 10/16/08 | 04/01/08 – 04/30/08 | 150,000.00 | 370.04 | 150,000.00 | 370.04 | -- | -- |
| 10/16/08 | 05/01/08 – 05/31/08 | 125,000.00 | 868.61 | 125,000.00 | 868.61 | -- | -- |
| 10/16/08 | 06/01/08 – 06/30/08 | 175,000.00 | 7,178.80 | 175,000.00 | 7,178.80 | -- | -- |
| 01/09/09 | 07/01/08 – 07/31/08 | 175,000.00 | 1,507.33 | 175,000.00 | 1,507.33 | -- | -- |
| 01/09/09 | 08/01/08 – 08/31/08 | 175,000.00 | 3,482.81 | 175,000.00 | 3,482.81 | -- | -- |
| 01/09/09 | 09/01/08 – 09/30/08 | 175,000.00 | 7,491.74 | 175,000.00 | 7,491.74 | -- | -- |
| 01/09/09 | 10/01/08 – 10/31/08 | 150,000.00 | 3,166.54 | 120,000.00 | 3,166.54 | -- | -- |
| 04/20/09 | 11/01/08 – 11/30/08 | 75,000.00 | 3,762.45 | 75,000.00 | 3,762.45 | -- | -- |
| 04/20/09 | 12/01/08 – 12/31/08 | 75,000.00 | 4,251.05 | 75,000.00 | 4,251.05 | -- | -- |
| 07/06/09 | 01/01/09 – 01/31/09 | 75,000.00 | 407.84 | 75,000.00 | 407.84 | -- | -- |
| 07/06/09 | 02/01/09 – 02/28/09 | 175,000.00 | 840.67 | 175,000.00 | 840.67 | -- | -- |
| 07/06/09 | 03/01/09 – 03/31/09 | 150,000.00 | 1,515.13 | 150,000.00 | 1,515.13 | -- | -- |
| 09/03/09 | 04/01/09 – 04/30/09 | 150,000.00 | 1,757.02 | 150,000.00 | 1,757.02 | -- | -- |
| 09/03/09 | 05/01/09 – 05/31/09 | 175,000.00 | 4,503.06 | 175,000.00 | 1,515.13 | -- | -- |
| 09/03/09 | 06/01/09 – 06/30/09 | 175,000.00 | 4,246.49 | 175,000.00 | 4,246.49 | -- | -- |
| 12/14/09 | 07/01/09 – 07/31/09 | 175,000.00 | 10,766.12 | 175,000.00 | 10,766.12 | -- | -- |
| 12/14/09 | 08/01/09 – 08/31/09 | 175,000.00 | 2,367.44 | 175,000.00 | 2,367.44 | -- | -- |
| 12/14/09 | 09/01/09 – 09/30/09 | 100,000.00 | 3,953.33 | 100,000.00 | 3,953.33 | -- | -- |
| 12/15/09 | 10/01/09 – 10/31/09 | 100,000.00 | 1,354.62 | 100,000.00 | 1,354.62 | -- | -- |
| -- | 11/01/09 – 11/30/09 | -- | -- | -- | -- | -- | -- |
| 02/12/10 | 12/01/09 – 12/31/09 | 100,000.00 | 1,839.20 | 100,000.00 | 1,839.20 | -- | -- |
| 03/12/10 | 01/01/10 – 01/31/10 | 150,000.00 | 1,633.77 | 150,000.00 | 1,633.77 | -- | -- |
| -- | 02/01/10 – 02/28/10 | -- | -- | -- | -- | -- | -- |
| 04/29/10 | 03/01/10 – 03/31/10 | 175,000.00 | 4,238.44 | 175,000.00 | 4,238.44 | -- | -- |
| 05/28/10 | 04/01/10 – 04/30/10 | 175,000.00 | 4,575.58 | 175,000.00 | 4,575.58 | -- | -- |
| 06/25/10 | 05/01/10 – 05/31/10 | 175,000.00 | 7,750.24 | 175,000.00 | 7,750.24 | -- | -- |
| 08/05/10 | 06/01/10 – 06/30/10 | 175,000.00 | 5,202.91 | 175,000.00 | 5,202.91 | -- | -- |
| 09/09/10 | 07/01/10 – 07/31/10 | 50,000.00 | 6,204.42 | 40,000.00 | 6,204.42 | 10,000.00 | -- |
| -- | 08/01/10 – 08/31/10 | -- | -- | -- | -- | -- | -- |
| 11/16/10 | 09/01/10 – 09/30/10 | 125,000.00 | 2,435.45 | 100,000.00 | 2,435.45 | 25,000.00 | -- |
| 12/13/10 | 10/01/10 – 10/31/10 | 175,000.00 | 475.19 | 140,000.00 | 475.19 | 35,000.00 | -- |
| 02/01/11 | 11/01/10 – 11/30/10 | 175,000.00 | 2,625.52 | -- | -- | -- | -- |
| 02/09/11 | 12/01/10 – 12/31/10 | 175,000.00 | 590.30 | -- | -- | -- | -- |

# Blackstone Advisory Partners L.P.

February 23, 2011

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | |
|---|---|---|---:|
| Monthly advisory fee for the period of January 1, 2011 through January 31, 2011: | | $ | 175,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | | (35,000.00) |

Out-of-pocket expenses processed for the period through January 31, 2011: [1]

| | | | |
|---|---:|---|---:|
| Ground Transportation | 392.60 | | |
| Communication | 14.16 | | |
| Meals | 170.38 | | |
| Research | 788.75 | | 1,365.89 |
| **Total Amount Due** | | $ | **141,365.89** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

Invoice Number:  55212

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

Blackstone Advisory Partners L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Through January 31, 2011**
**Invoice No. 55212**

| | GL Detail Jan-11 | Total Expenses |
|---|---|---|
| Ground Transportation - Local Travel | 109.60 | 109.60 |
| Ground Transportation - Railroad | 283.00 | 283.00 |
| Communications - Teleconferencing | 14.16 | 14.16 |
| Employee Meals | 170.38 | 170.38 |
| Internal Research | 788.75 | 788.75 |
| **Total Expenses** | **$ 1,365.89** | **$ 1,365.89** |

| | | |
|---|---|---|
| **Ground Transportation** | $ | **392.60** |
| **Communication** | | **14.16** |
| **Meals** | | **170.38** |
| **Research** | | **788.75** |
| **Total Expenses** | $ | **1,365.89** |

W.R. Grace & Co.
Detail of Expenses
Through January 31, 2011
Invoice No. 55212

**Ground Transportation - Local Travel**

| | | |
|---|---|---|
| Lambert (weeknight taxi home from Blackstone after working late) | 11/16/10 | 13.10 |
| Lambert (weeknight taxi home from Blackstone after working late) | 11/22/10 | 14.80 |
| Lambert (weeknight taxi home from Blackstone after working late) | 11/23/10 | 15.10 |
| Lambert (weeknight taxi home from Blackstone after working late) | 12/09/10 | 12.20 |
| Lambert (weeknight taxi home from Blackstone after working late) | 12/10/10 | 20.70 |
| Lambert (taxi to New York Penn Station from home) | 12/13/10 | 13.90 |
| Lambert (taxi to Blackstone from New York Penn Station) | 12/13/10 | 13.80 |
| Lambert (weeknight taxi home from Blackstone after working late) | 12/13/10 | 6.00 |
| Subtotal - Ground Transportation - Local Travel | | $  109.60 |

**Ground Transportation - Railroad**

| | | |
|---|---|---|
| Lambert (travel agency fee for booking of round trip train travel to/from Wilmington, DE from/to New York, NY on 12/13/10) | 12/10/10 | 40.00 |
| Lambert (round trip train travel to/from Wilmington, DE from/to New York, NY) | 12/13/10 | 243.00 |
| Subtotal - Ground Transportation - Railroad | | 283.00 |

**Communications  - Teleconferencing**

| | | |
|---|---|---|
| O'Connell | 11/24/10 | 8.20 |
| O'Connell | 12/24/10 | 5.96 |
| Subtotal - Communications  - Teleconferencing | | 14.16 |

**Employee Meals**

| | | |
|---|---|---|
| Lambert (weeknight working dinner meal @ Blackstone while working late) | 11/16/10 | 25.00 |
| Lambert (weeknight working dinner meal @ Blackstone while working late) | 11/22/10 | 25.00 |
| Lambert (weeknight working dinner meal @ Blackstone while working late) | 11/23/10 | 5.88 |
| Lambert (weeknight working dinner meal @ Blackstone while working late) | 12/01/10 | 25.00 |
| Lambert (weeknight working dinner meal @ Blackstone while working late) | 12/08/10 | 25.00 |
| Lambert (weeknight working dinner meal @ Blackstone while working late) | 12/09/10 | 25.00 |
| Lambert (weeknight working dinner meal @ Blackstone while working late) | 12/10/10 | 25.00 |
| Lambert (working meal while traveling) | 12/13/10 | 14.50 |
| Subtotal - Employee Meals | | 170.38 |

**Internal Research**

| | | |
|---|---|---|
| Lambert (online data research) | 01/03/11 | 260.00 |
| Lambert (online data research) | 01/10/11 | 528.75 |
| Subtotal - Internal Research | | 788.75 |

| | | |
|---|---|---|
| Total Expenses | | $  1,365.89 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JANUARY 1, 2011 THROUGH JANUARY 31, 2011**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 43.6 |
| Patrick Schumacher | Managing Director | 5.5 |
| Jonathan Kaufman | Vice President | 7.1 |
| Adam Schlesinger | Associate | 41.8 |
| Christopher Yamamoto | Associate | 17.5 |
| Alexander Lambert | Analyst | 62.1 |
| Cathy Gao | Analyst | 31.0 |
| | **Total** | **208.6** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2011 THROUGH JANUARY 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 01/03/11 | 0.3 | Business Analysis | Call regarding financial analyses |
| Adam Schlesinger | 01/04/11 | 0.2 | Business Analysis | Meeting to discuss various matters |
| Jamie O'Connell | 01/04/11 | 0.3 | Business Analysis | Call with H. La Force regarding various matters |
| Jamie O'Connell | 01/04/11 | 0.2 | Business Analysis | Meeting to discuss various matters |
| Jamie O'Connell | 01/05/11 | 0.3 | Business Analysis | Financial analysis |
| Cathy Gao | 01/06/11 | 3.0 | Business Analysis | Financial analysis |
| Christopher Yamamoto | 01/06/11 | 1.5 | Business Analysis | Financial analysis |
| Adam Schlesinger | 01/07/11 | 3.0 | Business Analysis | Meeting with management regarding various matters |
| Alexander Lambert | 01/07/11 | 3.0 | Business Analysis | Meeting with management regarding various matters |
| Cathy Gao | 01/07/11 | 1.5 | Business Analysis | Financial analysis |
| Christopher Yamamoto | 01/07/11 | 1.5 | Business Analysis | Financial analysis |
| Jamie O'Connell | 01/07/11 | 1.7 | Business Analysis | Financial analysis |
| Jamie O'Connell | 01/07/11 | 3.0 | Business Analysis | Meeting with management regarding various matters |
| Jonathan Kaufman | 01/07/11 | 3.0 | Business Analysis | Meeting with management regarding various matters |
| Adam Schlesinger | 01/11/11 | 0.8 | Business Analysis | Call with D. Grebow regarding pro-forma financial statements |
| Adam Schlesinger | 01/11/11 | 0.5 | Business Analysis | Internal team meeting and conference call regarding cash flow and other analyses |
| Adam Schlesinger | 01/11/11 | 0.3 | Business Analysis | Internal call regarding cash flow and other business analyses |
| Alexander Lambert | 01/11/11 | 0.8 | Business Analysis | Call with D. Grebow regarding pro-forma financial statements |
| Alexander Lambert | 01/11/11 | 1.5 | Business Analysis | Analysis of various matters in connection with pro-forma financial statements |
| Alexander Lambert | 01/11/11 | 0.5 | Business Analysis | Internal team meeting and conference call regarding cash flow and other analyses |
| Alexander Lambert | 01/11/11 | 1.8 | Business Analysis | Financial analysis |
| Alexander Lambert | 01/11/11 | 0.3 | Business Analysis | Internal call regarding cash flow and other business analyses |
| Jamie O'Connell | 01/11/11 | 0.5 | Business Analysis | Call with E. Filon regarding various financial analyses |
| Jamie O'Connell | 01/11/11 | 0.5 | Business Analysis | Internal team meeting and conference call regarding cash flow and other analyses |
| Adam Schlesinger | 01/12/11 | 0.8 | Business Analysis | Call with management regarding cash flow analysis |
| Adam Schlesinger | 01/12/11 | 1.0 | Business Analysis | Internal team meeting regarding cash flow and other analyses |
| Adam Schlesinger | 01/12/11 | 0.5 | Business Analysis | Meeting with J. O'Connell and A. Lambert to review financial analyses |
| Alexander Lambert | 01/12/11 | 0.8 | Business Analysis | Call with management regarding cash flow analysis |
| Alexander Lambert | 01/12/11 | 0.5 | Business Analysis | Meeting with J. O'Connell and A. Schlesinger to discuss financial analyses |
| Alexander Lambert | 01/12/11 | 0.4 | Business Analysis | Call with E. Filon regarding cash flow analysis |
| Alexander Lambert | 01/12/11 | 0.3 | Business Analysis | Follow-up meeting with J. O'Connell to discuss financial analyses |
| Alexander Lambert | 01/12/11 | 1.0 | Business Analysis | Internal team meeting to review cash flow analysis |
| Alexander Lambert | 01/12/11 | 4.2 | Business Analysis | Domestic cash flow analysis |
| Alexander Lambert | 01/12/11 | 1.6 | Business Analysis | Financial analysis |
| Alexander Lambert | 01/12/11 | 2.8 | Business Analysis | Cash flow / pension analysis |
| Jamie O'Connell | 01/12/11 | 0.5 | Business Analysis | Meeting with A. Lambert and A. Schlesinger to discuss financial analyses |
| Jamie O'Connell | 01/12/11 | 0.4 | Business Analysis | Call with E. Filon regarding cash flow analysis |
| Jamie O'Connell | 01/12/11 | 0.3 | Business Analysis | Follow-up meeting with A. Lambert to discuss financial analyses |
| Jamie O'Connell | 01/12/11 | 1.0 | Business Analysis | Internal team meeting to review cash flow analysis |
| Adam Schlesinger | 01/13/11 | 0.5 | Business Analysis | Call with management to discuss cash flow analysis |
| Adam Schlesinger | 01/13/11 | 1.0 | Business Analysis | Review cash flow analysis |
| Adam Schlesinger | 01/13/11 | 0.5 | Business Analysis | Meeting to review cash flow analysis |
| Adam Schlesinger | 01/13/11 | 0.7 | Business Analysis | Conference call with management regarding cash flow analysis |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2011 THROUGH JANUARY 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 01/13/11 | 0.5 | Business Analysis | Call with management and team review of cash flow analysis |
| Adam Schlesinger | 01/13/11 | 1.0 | Business Analysis | Prepare cash flow analyses |
| Alexander Lambert | 01/13/11 | 4.5 | Business Analysis | Cash flow / pension analysis |
| Alexander Lambert | 01/13/11 | 4.0 | Business Analysis | Domestic cash flow analysis |
| Alexander Lambert | 01/13/11 | 0.7 | Business Analysis | Conference call with management regarding cash flow analysis |
| Alexander Lambert | 01/13/11 | 0.5 | Business Analysis | Call with management and team review of cash flow analysis |
| Jamie O'Connell | 01/13/11 | 0.5 | Business Analysis | Meeting to review cash flow analysis |
| Jamie O'Connell | 01/13/11 | 0.7 | Business Analysis | Conference call with management regarding cash flow analysis |
| Jamie O'Connell | 01/13/11 | 0.5 | Business Analysis | Call with management and team review of cash flow analysis |
| Jonathan Kaufman | 01/13/11 | 0.5 | Business Analysis | Meeting to review cash flow analysis |
| Jonathan Kaufman | 01/13/11 | 0.7 | Business Analysis | Conference call with management regarding cash flow analysis |
| Adam Schlesinger | 01/14/11 | 1.0 | Business Analysis | Cash flow analyses |
| Alexander Lambert | 01/14/11 | 3.5 | Business Analysis | Domestic cash flow analysis |
| Alexander Lambert | 01/14/11 | 0.6 | Business Analysis | Call with A. Clark regarding domestic cash flow analysis |
| Alexander Lambert | 01/14/11 | 0.4 | Business Analysis | Call with D. Libow regarding domestic cash flow analysis |
| Cathy Gao | 01/14/11 | 1.0 | Business Analysis | Review business performance |
| Christopher Yamamoto | 01/14/11 | 1.0 | Business Analysis | Review business performance |
| Jamie O'Connell | 01/14/11 | 0.5 | Business Analysis | Correspondence regarding cash flow analysis |
| Jamie O'Connell | 01/14/11 | 0.3 | Business Analysis | Additional correspondence regarding cash flow analysis |
| Jamie O'Connell | 01/14/11 | 0.2 | Business Analysis | Review of yield analysis |
| Cathy Gao | 01/15/11 | 2.0 | Business Analysis | Review business performance |
| Cathy Gao | 01/15/11 | 4.0 | Business Analysis | Internal background memo |
| Christopher Yamamoto | 01/15/11 | 2.0 | Business Analysis | Review business performance |
| Cathy Gao | 01/17/11 | 4.0 | Business Analysis | Internal background memo |
| Christopher Yamamoto | 01/17/11 | 4.0 | Business Analysis | Review business performance |
| Christopher Yamamoto | 01/17/11 | 2.0 | Business Analysis | Meeting with management regarding various matters |
| Patrick Schumacher | 01/17/11 | 3.0 | Business Analysis | Review business performance |
| Cathy Gao | 01/18/11 | 2.0 | Business Analysis | Industry research |
| Christopher Yamamoto | 01/18/11 | 2.0 | Business Analysis | Financial analysis |
| Patrick Schumacher | 01/18/11 | 2.0 | Business Analysis | Meeting with management regarding various matters |
| Cathy Gao | 01/19/11 | 5.0 | Business Analysis | Financial analysis |
| Cathy Gao | 01/19/11 | 2.0 | Business Analysis | Financial analysis |
| Cathy Gao | 01/19/11 | 0.5 | Business Analysis | Call with counsel |
| Christopher Yamamoto | 01/19/11 | 0.5 | Business Analysis | Call with counsel |
| Patrick Schumacher | 01/19/11 | 0.5 | Business Analysis | Call with counsel |
| Adam Schlesinger | 01/20/11 | 0.5 | Business Analysis | DPO analyses review |
| Adam Schlesinger | 01/20/11 | 0.4 | Business Analysis | DPO analyses call with management |
| Alexander Lambert | 01/20/11 | 0.5 | Business Analysis | DPO analyses review |
| Alexander Lambert | 01/20/11 | 0.4 | Business Analysis | DPO analyses call with management |
| Cathy Gao | 01/20/11 | 2.0 | Business Analysis | Financial analysis |
| Jamie O'Connell | 01/20/11 | 0.4 | Business Analysis | Conference call regarding financial analysis |
| Jonathan Kaufman | 01/20/11 | 0.5 | Business Analysis | DPO analyses review |
| Jonathan Kaufman | 01/20/11 | 0.4 | Business Analysis | DPO analyses call with management |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2011 THROUGH JANUARY 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 01/21/11 | 8.0 | Business Analysis | Management meeting at Grace to review fourth quarter results |
| Jamie O'Connell | 01/21/11 | 7.0 | Business Analysis | Management meeting at Grace to review fourth quarter results (missed one hour due to another call) |
| Alexander Lambert | 01/22/11 | 2.0 | Business Analysis | Domestic cash flow analysis |
| Cathy Gao | 01/24/11 | 3.0 | Business Analysis | Financial analysis |
| Alexander Lambert | 01/25/11 | 0.5 | Business Analysis | Calls regarding domestic cash flow analysis |
| Cathy Gao | 01/25/11 | 0.5 | Business Analysis | Financial analysis |
| Cathy Gao | 01/25/11 | 0.5 | Business Analysis | Financial analysis |
| Christopher Yamamoto | 01/25/11 | 1.0 | Business Analysis | Financial analysis |
| Christopher Yamamoto | 01/26/11 | 2.0 | Business Analysis | Financial analysis |
| Adam Schlesinger | 01/31/11 | 2.0 | Business Analysis | Financial analysis |
| Alexander Lambert | 01/31/11 | 2.8 | Business Analysis | Financial analysis |
| | | 141.1 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2011 THROUGH JANUARY 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 01/03/11 | 0.3 | Case Administration | Call with management and counsel regarding draft motion |
| Jamie O'Connell | 01/03/11 | 0.3 | Case Administration | Call with management and counsel regarding draft motion |
| Adam Schlesinger | 01/04/11 | 0.5 | Case Administration | Update call with management and counsel regarding plan of reorganization |
| Alexander Lambert | 01/04/11 | 0.5 | Case Administration | Update call with management and counsel regarding plan of reorganization |
| Jamie O'Connell | 01/04/11 | 0.5 | Case Administration | Update call with management and counsel regarding plan of reorganization |
| Jamie O'Connell | 01/04/11 | 0.2 | Case Administration | Correspondence to financial advisors regarding draft motion |
| Jamie O'Connell | 01/04/11 | 0.3 | Case Administration | Review Libby objection to CNA settlement |
| Jonathan Kaufman | 01/04/11 | 0.5 | Case Administration | Update call with management and counsel regarding plan of reorganization |
| Adam Schlesinger | 01/05/11 | 1.0 | Case Administration | Conference call with management and counsel regarding plan matters |
| Alexander Lambert | 01/05/11 | 1.0 | Case Administration | Conference call with management and counsel regarding plan matters |
| Jamie O'Connell | 01/05/11 | 1.0 | Case Administration | Conference call with management and counsel regarding plan matters |
| Adam Schlesinger | 01/10/11 | 0.5 | Case Administration | Call with management and counsel regarding draft motion |
| Jamie O'Connell | 01/10/11 | 0.5 | Case Administration | Review response to Libby objection of CNA settlement |
| Jamie O'Connell | 01/10/11 | 0.5 | Case Administration | Call with management and counsel regarding draft motion |
| Jamie O'Connell | 01/10/11 | 0.4 | Case Administration | Correspondence regarding various motions |
| Adam Schlesinger | 01/11/11 | 0.4 | Case Administration | Update call with management and counsel regarding plan of reorganization |
| Alexander Lambert | 01/11/11 | 0.4 | Case Administration | Update call with management and counsel regarding plan of reorganization |
| Jamie O'Connell | 01/11/11 | 0.4 | Case Administration | Update call with management and counsel regarding plan of reorganization |
| Jamie O'Connell | 01/20/11 | 0.1 | Case Administration | Call with J. McFarland regarding trust |
| Adam Schlesinger | 01/31/11 | 1.0 | Case Administration | Read confirmation opinion |
| Jamie O'Connell | 01/31/11 | 0.7 | Case Administration | Read confirmation opinion |
|  |  | 11.0 |  |  |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2011 THROUGH JANUARY 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 01/04/11 | 0.3 | Claims Analysis Objection/Resolution | Internal team meeting regarding claims analysis |
| Adam Schlesinger | 01/04/11 | 0.5 | Claims Analysis Objection/Resolution | Claims analysis |
| Alexander Lambert | 01/04/11 | 0.3 | Claims Analysis Objection/Resolution | Internal team meeting regarding claims analysis |
| Alexander Lambert | 01/04/11 | 1.5 | Claims Analysis Objection/Resolution | Claims analysis |
| Jamie O'Connell | 01/04/11 | 0.3 | Claims Analysis Objection/Resolution | Internal team meeting regarding claims analysis |
| Jonathan Kaufman | 01/04/11 | 0.3 | Claims Analysis Objection/Resolution | Internal team meeting regarding claims analysis |
| Adam Schlesinger | 01/05/11 | 0.4 | Claims Analysis Objection/Resolution | Internal team meeting regarding claims analysis |
| Alexander Lambert | 01/05/11 | 2.8 | Claims Analysis Objection/Resolution | Claims analysis |
| Alexander Lambert | 01/05/11 | 0.4 | Claims Analysis Objection/Resolution | Internal team meeting regarding claims analysis |
| Jamie O'Connell | 01/05/11 | 0.4 | Claims Analysis Objection/Resolution | Internal team meeting regarding claims analysis |
| Adam Schlesinger | 01/06/11 | 0.4 | Claims Analysis Objection/Resolution | Call with counsel regarding claims analysis |
| Adam Schlesinger | 01/06/11 | 0.3 | Claims Analysis Objection/Resolution | Internal team meeting regarding claims analysis |
| Adam Schlesinger | 01/06/11 | 0.5 | Claims Analysis Objection/Resolution | Follow-up internal meeting regarding claims analysis |
| Alexander Lambert | 01/06/11 | 0.4 | Claims Analysis Objection/Resolution | Call with counsel regarding claims analysis |
| Alexander Lambert | 01/06/11 | 0.3 | Claims Analysis Objection/Resolution | Internal team meeting regarding claims analysis |
| Alexander Lambert | 01/06/11 | 0.5 | Claims Analysis Objection/Resolution | Follow-up internal meeting regarding claims analysis |
| Alexander Lambert | 01/06/11 | 1.5 | Claims Analysis Objection/Resolution | Claims analysis |
| Jamie O'Connell | 01/06/11 | 0.4 | Claims Analysis Objection/Resolution | Call with counsel regarding claims analysis |
| Jamie O'Connell | 01/06/11 | 0.3 | Claims Analysis Objection/Resolution | Internal team meeting regarding claims analysis |
| Jamie O'Connell | 01/06/11 | 0.5 | Claims Analysis Objection/Resolution | Follow-up internal meeting regarding claims analysis |
| Jamie O'Connell | 01/06/11 | 0.5 | Claims Analysis Objection/Resolution | Claims analysis |
| Jamie O'Connell | 01/07/11 | 0.5 | Claims Analysis Objection/Resolution | Claims analysis |
| Alexander Lambert | 01/11/11 | 0.2 | Claims Analysis Objection/Resolution | Internal meeting with J. O'Connell to discuss claims analysis |
| Jamie O'Connell | 01/11/11 | 0.2 | Claims Analysis Objection/Resolution | Meeting with A. Lambert to discuss claims analysis |
| Adam Schlesinger | 01/24/11 | 1.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Adam Schlesinger | 01/24/11 | 0.6 | Claims Analysis Objection/Resolution | Internal meeting to discuss claims analysis |
| Alexander Lambert | 01/24/11 | 0.6 | Claims Analysis Objection/Resolution | Internal meeting to discuss claims analysis |
| Alexander Lambert | 01/24/11 | 1.8 | Claims Analysis Objection/Resolution | Claims analysis |
| Alexander Lambert | 01/25/11 | 1.2 | Claims Analysis Objection/Resolution | Claims analysis |
| | | 18.9 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2011 THROUGH JANUARY 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 01/03/11 | 0.2 | Committee | Call with J. Radecki regarding committee information request |
| Jamie O'Connell | 01/11/11 | 0.3 | Committee | Correspondence regarding creditor communication |
| Jamie O'Connell | 01/13/11 | 0.1 | Committee | Correspondence to Capstone regarding draft motion |
| Adam Schlesinger | 01/18/11 | 0.1 | Committee | Call with J. Radecki regarding committee information request |
| Adam Schlesinger | 01/18/11 | 0.5 | Committee | Calls regarding committee information request |
| Jamie O'Connell | 01/18/11 | 0.1 | Committee | Call with J. Radecki regarding committee information request |
| Jamie O'Connell | 01/18/11 | 0.5 | Committee | Calls regarding committee information request |
| Adam Schlesinger | 01/19/11 | 0.3 | Committee | Correspondence regarding committee information request |
| Jamie O'Connell | 01/19/11 | 0.5 | Committee | Manage committee information request |
| Jamie O'Connell | 01/24/11 | 0.2 | Committee | Review correspondence and materials in response to committee information request |
| Adam Schlesinger | 01/25/11 | 0.5 | Committee | Response to committee questions |
| | | 3.3 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2011 THROUGH JANUARY 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 01/11/11 | 0.2 | Employee Benefits/Pension | Call with E. Filon regarding pension matter |
| Jamie O'Connell | 01/24/11 | 0.5 | Employee Benefits/Pension | Call with J. Forgach regarding draft motion |
| Jamie O'Connell | 01/24/11 | 0.1 | Employee Benefits/Pension | Correspondence regarding pension matter |
| Jamie O'Connell | 01/25/11 | 0.1 | Employee Benefits/Pension | Correspondence regarding pension matter |
| Jamie O'Connell | 01/26/11 | 0.5 | Employee Benefits/Pension | Call and correspondence regarding pension matter |
| Adam Schlesinger | 01/27/11 | 0.6 | Employee Benefits/Pension | Call with management and Aon regarding pension matter |
| Adam Schlesinger | 01/27/11 | 0.3 | Employee Benefits/Pension | Call with E. Filon regarding pension matter and financial analysis |
| Jamie O'Connell | 01/27/11 | 0.5 | Employee Benefits/Pension | Call with J. Forgach regarding draft motion |
| Jamie O'Connell | 01/27/11 | 0.6 | Employee Benefits/Pension | Call with management and Aon regarding pension matter |
| Jamie O'Connell | 01/27/11 | 0.3 | Employee Benefits/Pension | Call with E. Filon regarding pension matter and financial analysis |
| | | 3.7 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2011 THROUGH JANUARY 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 01/14/11 | 0.2 | Fee Applications | Review draft fee application |
| Jamie O'Connell | 01/14/11 | 0.2 | Fee Applications | Review draft fee application |
| Jamie O'Connell | 01/25/11 | 0.4 | Fee Applications | Review fee application |
| Adam Schlesinger | 01/28/11 | 0.5 | Fee Applications | Review draft fee application |
| Adam Schlesinger | 01/31/11 | 0.3 | Fee Applications | Review draft fee application |
| Jamie O'Connell | 01/31/11 | 0.3 | Fee Applications | Review fee application |
| | | 1.9 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
JANUARY 1, 2011 THROUGH JANUARY 31, 2011

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 01/03/11 | 0.3 | Financing | Correspondence regarding exit financing |
| Adam Schlesinger | 01/04/11 | 1.0 | Financing | Call with E. Filon and internal team regarding exit financing analyses |
| Alexander Lambert | 01/04/11 | 1.0 | Financing | Call with E. Filon and internal team regarding exit financing analyses |
| Alexander Lambert | 01/04/11 | 1.2 | Financing | Domestic cash flow analysis |
| Jamie O'Connell | 01/04/11 | 1.0 | Financing | Call with E. Filon and internal team regarding exit financing analyses |
| Jamie O'Connell | 01/04/11 | 0.4 | Financing | Review draft motion regarding extension of letter of credit facility |
| Jonathan Kaufman | 01/04/11 | 1.0 | Financing | Call with E. Filon and internal team regarding exit financing analyses |
| Adam Schlesinger | 01/05/11 | 1.0 | Financing | Domestic cash flow analysis |
| Alexander Lambert | 01/05/11 | 1.8 | Financing | Domestic cash flow analysis |
| Alexander Lambert | 01/05/11 | 1.2 | Financing | WACC analysis |
| Jamie O'Connell | 01/05/11 | 0.2 | Financing | Call with counsel regarding draft motion for extension of letter of credit facility |
| Jamie O'Connell | 01/05/11 | 0.5 | Financing | Review draft motion regarding extension of ART credit facility and call with counsel |
| Adam Schlesinger | 01/06/11 | 0.3 | Financing | Call with management regarding WACC analysis |
| Alexander Lambert | 01/06/11 | 0.3 | Financing | Call with management regarding WACC analysis |
| Alexander Lambert | 01/06/11 | 1.2 | Financing | Domestic cash flow analysis |
| Jamie O'Connell | 01/06/11 | 0.3 | Financing | Call with management regarding WACC analysis |
| Alexander Lambert | 01/11/11 | 2.2 | Financing | Domestic cash flow analysis |
| Jonathan Kaufman | 01/13/11 | 0.3 | Financing | Correspondence with management regarding exit financing |
| Jamie O'Connell | 01/18/11 | 0.2 | Financing | Review correspondence regarding exit financing |
| Jamie O'Connell | 01/19/11 | 0.2 | Financing | Correspondence regarding financial analysis |
| Jamie O'Connell | 01/31/11 | 0.3 | Financing | Correspondence to E. Filon regarding exit financing |
| | | 15.9 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2011 THROUGH JANUARY 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 01/20/11 | 2.5 | Non-Working Travel Time | Travel to Baltimore, MD |
| Jamie O'Connell | 01/20/11 | 4.0 | Non-Working Travel Time | Travel from Chicago to Baltimore |
| Adam Schlesinger | 01/21/11 | 3.0 | Non-Working Travel Time | Travel from Baltimore, MD |
| Jamie O'Connell | 01/21/11 | 3.5 | Non-Working Travel Time | Travel from Grace to residence in New Jersey |
| | | 13.0 | | |