# Exhibit A

# Ferry, Joseph & Pearce, P.A.

824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555         Fax:   (302) 575-1714

WR Grace PD Committee                              Jan. 1, 2011 to        Jan. 31, 2011

Inv   #:              38320

**RE:**       WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 18.30 | 5,092.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.10 | 35.00 |
| B18 | Fee Applications, Others - | 0.90 | 163.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 0.10 | 35.00 |
| B25 | Fee Applications, Applicant - | 3.20 | 636.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 4.60 | 1,610.00 |
| B36 | Plan and Disclosure Statement - | 1.40 | 400.00 |
| B37 | Hearings - | 5.00 | 1,750.00 |
| B45 | Professional Retention Issues - | 0.30 | 105.00 |
| | **Total** | **33.90** | **$9,826.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 290.00 | 1.90 | 551.00 |
| Regina Matozzo | 200.00 | 6.70 | 1,340.00 |
| Theodore J. Tacconelli | 350.00 | 20.70 | 7,245.00 |
| Legal Assistant - SEK | 150.00 | 0.30 | 45.00 |
| Legal Assistant - KC | 150.00 | 4.30 | 645.00 |
| **Total** | | **33.90** | **$9,826.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                              **$392.70**

| Date | Description | Hours | Lawyer |
|------|-------------|-------|--------|
| Jan-01-11 | *Case Administration* - Review three miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
| Jan-03-11 | *Case Administration* - Review case management memo re: week ending 12-31-2010 | 0.10 | LLC |
| | *Case Administration* - Review notice of agenda re: hearing scheduled for 1-10-2011 | 0.10 | LLC |
| | *Case Administration* - Review docket re: status for week ending 12/28/10; memo to T. Tacconelli and L. Coggins re: same | 0.10 | RM |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.10 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 12/31 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review debtor's Motion for Leave to File Reply to Libby and BNSF Objections to Motion to Approve Settlement with CNA | 0.60 | TJT |
| Jan-04-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Affidavit of R. Glick | 0.10 | TJT |
| | *Hearings* - Review agenda for 1/10 hearing | 0.10 | TJT |
| Jan-05-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Jan-06-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Hearings* - Prepare for 1/10 hearing | 0.20 | TJT |
| | *Professional Retention Issues* - Review Debtors Motion to Retain BH&F firm with attachments | 0.30 | TJT |
| | *Case Administration* -   Memo from T. Tacconelli; received check for holdback amounts; April, May, June; update receivable chart | 0.20 | KC |
| Jan-07-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Affidavit of L. Riese | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)*    Review order granting Debtor's Motion for Leave to File Reply to Libby and BNSF Objections to Debtor's Motion to Approve Settlement with CNA | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review CNA's Motion for Leave to File Reply to Libby and BNSF Objections to Debtor's Motion to Approve Settlement with CNA with attachments | 1.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review order approving Debtor's Motion to Approve Settlement with Zurich | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Claims Analysis Obj. & Res. (Non-Asb)*  -Review order approving Debtor's Motion to Approve Settlement with Mass Dept. of Revenue | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)*  -Review Joinder by PIFCR in Debtor's Reply to Libby and BNSF Objections to Debtor's Motion to Approve Settlement with CNA | 0.30 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)*  -Review order granting CNA's Motion for Leave to File Reply to Libby and BNSF Objections to Debtor's Motion to Approve Settlement with CNA | 0.30 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)*  -Review Certification of Counsel re: Debtor's Objection to Claim of NY Hillside with attachment | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)*  -Review correspondence from J. O'Neill re: Debtor's response to Libby Request for Production | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)*  -Review Notice of Service of Debtor's Objections to Libby Request for Production | 0.10 | TJT |
|  | *Case Administration* - Review 2011 hearing schedule; meeting with T. Tacconelli re: same | 0.10 | SEK |
| Jan-09-11 | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)*  -Review Notice of service re: CNA's responses to Libby's Request for Production | 0.10 | TJT |
|  | *Hearings* - Review Amended Agenda for 1/10 hearing | 0.10 | TJT |
|  | *Hearings* - Review matters on agenda for 1/10 hearing | 1.70 | TJT |
| Jan-10-11 | *Case Administration* - Review case management memo re: week ending 1-7-2011 | 0.10 | LLC |
|  | *Case Administration* -   Review docket re: status for week ending 1/7/11; memo to T. Tacconelli and L. Coggins re: same | 0.50 | RM |
|  | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
|  | *Case Administration* - Review case status memo for week ending 1/7 | 0.10 | TJT |
|  | *Hearings* - Prepare for and attend Bankruptcy Court | 2.70 | TJT |
| Jan-11-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review Debtor's Statement of Amounts Paid to OCP | 0.10 | TJT |
|  | *Case Administration* - Review Debtor's Monthly Operating Report for November 2010 | 0.40 | TJT |
|  | *Case Administration* - Review Garlock's Motion to Shorten Notice | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)*  -Review Debtor's response to Libby Request for Production | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)*  -Review CNA's response to Libby Request for Production | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)*  -Review document filed by NY Hillside | 0.10 | TJT |
|  | *Hearings* - Review 1/10 hearing notes, confer with S. Kreps re: transcript | 0.20 | TJT |
|  | *Case Administration* - Email to J. Bowen re: 1/10/11 hearing transcript | 0.10 | SEK |
| Jan-12-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
|  | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |

Invoice #:     38320        Page  4                              Jan. 1, 2011- Jan. 31, 2011

|  |  |  |  |
|---|---|---|---|
| | *Case Administration* - Review order granting Motion by Garlock to Limit Notice | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Motion to Extend Credit Agreement with ART | 0.20 | TJT |
| | *Case Administration* - Review Debtor's Motion to Allow 1st Amendment to Post-petition LOC Agreement with attachment | 0.30 | TJT |
| | *Case Administration* - Review Garlock's Motion to Allow Access to 2019 Statements and start reviewing exhibits | 1.20 | TJT |
| | *Case Administration* - Confer with R. Miller re: Garlock's Motion to Allow Access to 2019 Statements | 0.10 | TJT |
| Jan-13-11 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review order granting Motion by Garlock to Limit Notice re: closed cases | 0.10 | TJT |
| | *Case Administration* - Continue reviewing exhibits to Garlock's Motion to Allow Access to 2019 Statements | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)*   -Review Certificate of Counsel re: Proposed order re: Debtor's objection to NY Hillside claim | 0.10 | TJT |
| Jan-14-11 | *Case Administration* - Review notice of change of address and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Complete review of Exhibits to Garlock's Motion to Allow Access to 2019 Statements | 0.80 | TJT |
| | *Case Administration* - Review Notice of Appearance re: J. Baer PC and new firm | 0.10 | TJT |
| | *Case Administration* - E-mail from LLC re: notice of change of firm name; review same | 0.10 | KC |
| Jan-15-11 | *Case Administration* - Review Notice of Name change for counsel for PWC | 0.10 | TJT |
| | *Case Administration* - Review Notice of Appearance re: R. Higgins PC and new firm | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)*   -Review order re: NY Hillside claim objection | 0.10 | TJT |
| Jan-17-11 | *Case Administration* - Review notice of appearance and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review additional notice of appearance and forward same to KC | 0.10 | LLC |
| | *Case Administration* -   Review notice of appearance and notice of change of address; update all service lists accordingly | 0.30 | KC |
| | *Case Administration* -   Review emails (2) from LLC re: change of address 0.10 | | KC |
| | *Fee Applications, Others* - Draft CNO for Bilzin's Nov. 2010 fee app; cos | 0.20 | KC |
| | *Fee Applications, Others* - Begin preparation of Bilzin's Dec. 2010 fee app cos with revisions due to change of address/ updates | 0.10 | KC |
| | *Fee Applications, Applicant* - Draft Certificate of No Objection for Nov. 2010 fee app; cos | 0.20 | KC |
| | *Fee Applications, Applicant* - Begin preparation of Dec. 2010 fee app cos with revisions due to change of address/ updates | 0.10 | KC |
| Jan-18-11 | *Case Administration* - Review case management memo re: week ending 1-14-2010 | 0.10 | LLC |
| | *Fee Applications, Others* - E-mail from KC re: CNO re: Bilzin's Nov. fee application and review same | 0.20 | LLC |
| | *Case Administration* - Review docket re: status for week ending 1/14/11; | 0.30 | RM |

|  |  | | |
|---|---|---|---|
| | memo to T. Tacconelli and L. Coggins re: same | | |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Research Supreme Court appeal by Debtors | 0.10 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 1/14 | 0.10 | TJT |
| | *Case Administration* - Review amended 2019 Statement by David Law Firm | 0.10 | TJT |
| | *Plan and Disclosure Statement* - teleconference with committee member re: plan status and related issues | 0.20 | TJT |
| | *Case Administration* - Distribute to working group 1/10/11 hearing transcript | 0.10 | SEK |
| | *Case Administration* - Review e-mails (2) from S. Kreps re: hearing transcript | 0.10 | KC |
| | *Fee Applications, Others* -   Check docket for objections to Bilzin November 2010 fee app | 0.10 | KC |
| | *Fee Applications, Others* - E-mail to LLC re: Bilzin Nov 2010 fee app | 0.10 | KC |
| Jan-19-11 | *Case Administration* - Review notice of withdrawal of appearance and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review three miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Withdrawal of Belz Enterprises | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Amendment to CDN ZAI Settlement with attachments | 0.30 | TJT |
| Jan-20-11 | *Fee Applications, Applicant* - E-mail from KC re: CNO re: Nov. 2010 fee app | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review CNO re: Nov. 2010 fee app and email to KC re: same | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)*   -Review Certificate of Counsel re: Debtor's Motion to Approve Settlement with CNA with attachments | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)*   -Review transcript of 1/10 hearing re: certificate of counsel re: Debtor's Motion to Approve Settlement with CNA | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. Sakalo re: 1/10 hearing transcript | 0.10 | TJT |
| | *Case Administration* - E-mail from LLC re: change of address | 0.10 | KC |
| | *Case Administration* -   Review 2002 service list re: recent notice of withdrawal; e-mail to LLC re: same | 0.20 | KC |
| | *Case Administration* - E-mail response from LLC re: 2002 service list | 0.10 | KC |
| | *Fee Applications, Others* - E-mail to LLC re: filing Bilzin Certificate of No Objection to Nov. 2010 fee app | 0.10 | KC |
| | *Fee Applications, Others* -E-mail from LLC re: Certificate of No Objection of Bilzin's Nov. 2010 fee app | 0.10 | KC |

| | | | |
|---|---|---:|---:|
| | *Fee Applications, Applicant* - E-mail to LLC with attachment Certificate of No Objection for Nov. 2010 fee app | 0.10 | KC |
| | *Fee Applications, Applicant* - E-mail from LLC re: certificate of no objection of Nov. 2010 fee app | 0.10 | KC |
| | *Fee Applications, Applicant* - Efile/ serve Certificate of No Objection to Nov. 2010 fee app | 0.20 | KC |
| | *Fee Applications, Applicant* - Draft of pre bill for Dec. 2010 fee app; review and begin revisions, to TJT for further review | 0.30 | KC |
| Jan-21-11 | *Case Administration* - Review notice of substitution of counsel and email same to KC | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's December prebill | 0.50 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)*   -Review letter re: NY Hillside dissolved with attachments | 0.10 | TJT |
| | *Case Administration* - E-mail from LLC re: Notice of substitution of counsel | 0.10 | KC |
| Jan-22-11 | *Case Administration* - Review Notice of Substitution of Counsel for Allstate | 0.10 | TJT |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| Jan-24-11 | *Case Administration* - Review case management memo re: week ending 1-21-2011 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* -   Review docket re: status for week ending 01/17/11; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review Case Status Memo for week ending 1/21 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)*   -Review certificate of counsel by BNSF re: Debtors Motion to Approve Settlement with CNA | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)*   -Review Certificate of Counsel by Libby re: Debtors Motion to Approve Settlement with CNA with attachment | 0.20 | TJT |
| | *Fee Applications, Applicant* - Revision notes from TJT re: Dec. 2010 prebill; revise same; rerun prebill | 0.20 | KC |
| Jan-25-11 | *Fee Applications, Applicant* - E-mail from KC re: December 2010 fee app | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)*   -Review Order approving Debtors Motion to Approve Settlement with CNA | 0.10 | TJT |
| | *Fee Applications, Applicant* -   Prepare invoice exhibit of Dec. 2010 fee app 0.30 | | KC |
| | *Fee Applications, Applicant* - Continued drafting of Dec. 2010 fee app, notice and cos; e-mail to LLC for review | 0.30 | KC |

| | | | |
|---|---|---|---|
| Invoice #: | 38320   Page   7 | | Jan. 1, 2011- Jan. 31, 2011 |

| | | | |
|---|---|---|---|
| Jan-26-11 | *Case Administration* - Review daily memos | 0.10 | TJT |
| Jan-27-11 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
| Jan-28-11 | *Fee Applications, Applicant* - E-mail from and to KC re: status of December 2010 fee application | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Service re: Garlock's Motion for Access to 2019 Statements | 0.10 | TJT |
| | *Case Administration* - Review Affidavit re: SNR Denton | 0.10 | TJT |
| | *Fee Applications, Applicant* - E-mail to and from LLC re: December 2010 monthly fee application for filing | 0.10 | KC |
| | *Fee Applications, Applicant* - Efile Dec. 2010 fee application; service of same | 0.40 | KC |
| Jan-29-11 | *Case Administration* - Review Debtor's 38 Quarterly Report of Settlements | 0.10 | TJT |
| | *Case Administration* - Review Debtor's 38 Quarterly Report of Asset Sales | 0.10 | TJT |
| | *Case Administration* - Review Peter Angelos, et al., Response to Garlock's Motion for Access to 2019 Statements | 0.80 | TJT |
| Jan-31-11 | *Case Administration* - Review case management memo re: week ending 1-28-2011 | 0.10 | LLC |
| | *Case Administration* - Confer with TJT re: confirmation of plan | 0.20 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review docket re: status for week ending 1/28/11 memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review Case Status Memo for Week ending 1/28 | 0.10 | TJT |
| | *Case Administration* - Review correspondence from J. Sakalo re: Kelly & Ferraro firm litigation article and review article | 0.20 | TJT |
| | *Case Administration* - Review Kazan, et al. Response to Garlock's Motion for Access to 2019 Statements with attachments | 0.70 | TJT |
| | Committee, Creditors', Noteholders' or -Review correspondence from J. Sakalo re: Confirmation Opinion and Order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - correspondence with co-counsel re: Confirmation Opinion and Order | 0.20 | TJT |
| | Totals | 33.90 | |

## DISBURSEMENTS

| | | |
|---|---|---|
| Jan-03-11 | Photocopy Cost | 2.00 |
| Jan-04-11 | Cost Advance - J&J Court Transcribers | 157.30 |
| Jan-06-11 | Cost Advance - First State Deliveries - hand deliveries 12/21/10 | 39.00 |
| Jan-11-11 | Cost Advance - First State Deliveries - hand delivery 12/29/10 | 6.50 |
| Jan-12-11 | Photocopy Cost | 3.20 |
| | Photocopy Cost | 1.90 |
| Jan-19-11 | Photocopy Cost | 0.50 |
| | Photocopy Cost | 0.90 |

| Invoice # | 383320 | Page 8 | Jan. 1, 2011-Jan. 31, 2011 |
|---|---|---|---|

| | Photocopy Cost | | 0.60 |
|---|---|---|---|
| Jan-20-11 | Photocopy Cost | | 0.60 |
| | Photocopy Cost | | 4.20 |
| | Cost Advance -   Pacer Service Center - 10/1- 12/31/10 (TJT) Account # FJ0093 | | 23.60 |
| Jan-24-11 | Cost Advance -   First State Deliveries - 6 hand deliveries 1/20/11 | | 39.00 |
| Jan-28-11 | Photocopy Cost | | 3.80 |
| Jan-29-11 | Photocopy Cost | | 3.40 |
| Jan-31-11 | Photocopy Cost | | 2.50 |
| | Cost Advance - First State Deliveries - hand delivery | | 6.50 |
| | Cost Advance - J&J Court Transcribers | | 97.20 |

Totals                                                                                            $392.70

**Total Fees & Disbursements**                                         **$10,218.70**