```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R. Grace & Co.                             Invoice Number      2095615
Richard C. Finke                             Invoice Date        02/25/11
Assistant General Counsel - Litigation       Client Number        172573
7500 Grace Drive
Columbia, MD   21044
```

===============================================================================

Re: W. R. Grace & Co.

(50001)   Correa v. W.R. Grace

```
    Fees                             11,020.00
    Expenses                              0.00

                TOTAL BALANCE DUE UPON RECEIPT       $11,020.00
                                                  =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2095615 |
| Richard C. Finke | Invoice Date      02/25/11 |
| Assistant General Counsel - Litigation | Client Number      172573 |
| 7500 Grace Drive | Matter Number       50001 |
| Columbia, MD  21044 | |

===========================================================================

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2011

| Date | Name | | Hours |
|---|---|---|---|
| 01/04/11 | Husar | Correspond with A. Enriquez regarding status of case and service of complaint (0.3); review and finalize joint representation letter and forward the same (0.6). | .90 |
| 01/05/11 | Husar | Work on removal and answer and joint representation issues (1.5); review email from A. Enriquez regarding service of the summons and complaint (0.2). | 1.70 |
| 01/07/11 | Espinosa | Identify items needed for the removal to federal court and draft email to the client re same. | .80 |
| 01/09/11 | Espinosa | Begin to draft the notice of removal to federal court based on federal question jurisdiction and diversity jurisdiction (3.2); research individual liability for various violations of CFRA, ADEA, and FEHA (2.3). | 5.50 |
| 01/11/11 | Espinosa | Review Plaintiff's personnel file and workers' compensation file (3.5); conduct additional research on individual liability under CFRA (.3); continue to draft and revise the removal papers (1.3); draft answer to Plaintiff's complaint (1.5); meet with L. Husar to | 7.10 |

```
172573  W. R. Grace & Co.                              Invoice Number   2095615
 50001  Correa v. W.R. Grace                           Page    2
        February 25, 2011
```

| Date | Name | | Hours |
|---|---|---|---|
| | | discuss strategy and initial investigation (.5). | |
| 01/11/11 | Husar | Work on research for affirmative defenses and answer. | .60 |
| 01/14/11 | Espinosa | Draft the notice of interested parties and notice of related cases. | .30 |
| 01/14/11 | Husar | Review and revise removal papers (.7); review and revise answer to complaint and research affirmative defenses relating to bankruptcy (1.2). | 1.90 |
| 01/15/11 | Espinosa | Revise answer and notice of removal. | 1.00 |
| 01/18/11 | Espinosa | Continue drafting work. | .20 |
| 01/18/11 | Husar | Email with John Forgach requesting information relating to removal papers and bankruptcy defense (.2) work on pleadings for answer and removal (.5) | .70 |
| 01/19/11 | Espinosa | Review court docket for proof of service information (.2); revise, finalize, and file answer (.4); revise the notice of removal sections dealing with W.R. Grace and Co.-Conn.'s place of incorporation and principal place of business (.5). | 1.10 |
| 01/19/11 | Husar | Review email from J. Forgach re: employee objection (.3); research re: implied contract claim defenses (1.1); prepare email to J. Forgach outlining possible issues and defenses (.3). | 1.70 |
| 01/19/11 | Husar | Review and revise removal papers, certificate of interested parties, civil cover sheet and other removal papers (1.1); review and revise answer to the complaint and bankruptcy affirmative defense (.8). | 1.90 |

```
172573 W. R. Grace & Co.                              Invoice Number  2095615
50001  Correa v. W.R. Grace                           Page      3
       February 25, 2011
```

| Date | Name | | Hours |
|------|------|---|-------|
| 01/19/11 | Prado III | Online research re: Chase v. W.R. Grace, 00cv02468, for S. Espinosa (0.4); online research re: Orange County Superior Court case, 30-2010-00413960, for S. Espinosa (0.3). | .70 |
| 01/20/11 | Espinosa | Finalize and file the notice of removal and related documents. | 1.20 |
| 01/20/11 | Husar | Review email from J. Forgach regarding revisions to Separation Agreement and General Release (.2); review and revise agreement to comply with waiver requirements and draft disclosure notice (.9); prepare email to J. Forgach regarding the same (.1). | 1.20 |
| 01/21/11 | Espinosa | Research the assigned federal court judge (.2); prepare notice to state court re removal (.3). | .50 |
| 01/21/11 | Husar | Prepare email to client re: removal, judge (.2); review judge bios (.2). | .40 |
| 01/21/11 | Prado III | Online research re: judges, Carney and Wistrich, for S. Espinosa. | .80 |
| 01/25/11 | Espinosa | Review Plaintiff's Workers' Compensation files (.4); draft certification to federal court re removal (.2). | .60 |
| 01/31/11 | Espinosa | Call with Heggeness & Sweet re Plaintiff's workers' compensation claim. | .30 |

```
                                                      TOTAL HOURS    31.10
```

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Linda S. Husar | 11.00 at $ 515.00 = | | 5,665.00 |
| Stephanie Henderson Espin | 18.60 at $ 280.00 = | | 5,208.00 |
| Ralph Prado III | 1.50 at $  98.00 = | |   147.00 |

CURRENT FEES                                                         11,020.00

```
172573  W. R. Grace & Co.                              Invoice Number   2095615
 50001  Correa v. W.R. Grace                           Page    4
        February 25, 2011
```

```
                                                                   ------------
                                TOTAL BALANCE DUE UPON RECEIPT        $11,020.00
                                                                   ============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                         Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630
```

```
W.R. Grace & Co.                          Invoice Number      2095616
Richard C. Finke                          Invoice Date       02/25/11
Assistant General Counsel - Litigation    Client Number       172573
7500 Grace Drive
Columbia, MD  21044
```

==============================================================================

Re: W. R. Grace & Co.

(60026)   Litigation and Litigation Consulting

    Fees                                 1,334.50
    Expenses                             0.00

                  TOTAL BALANCE DUE UPON RECEIPT     $1,334.50
                                                       ==============

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number   2095616 |
| Richard C. Finke | Invoice Date     02/25/11 |
| Assistant General Counsel - Litigation | Client Number     172573 |
| 7500 Grace Drive | Matter Number      60026 |
| Columbia, MD  21044 | |

===========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2011

| Date | Name | | Hours |
|---|---|---|---|
| 01/03/11 | Ament | Review and respond to various e-mails from J. O'Neill re: agenda. | .20 |
| 01/04/11 | Ament | E-mails re: 2011 hearing dates. | .10 |
| 01/05/11 | Ament | Review schedule of hearings and filing deadlines received from P. Cuniff (.10); e-mail said schedule to team (.10). | .20 |
| 01/17/11 | Muha | Emails to/from L. Husar re: bankruptcy defense issue. | .20 |
| 01/18/11 | Muha | Multiple emails to L. Husar and meeting with D. Ziegler re: automatic stay issues. | .40 |
| 01/19/11 | Ament | Obtain 1/10/11 hearing transcript per J. Restivo request (.20); various e-mails and meet with J. Restivo re: same (.10); e-mail said transcript to D. McGonigle per J. Restivo request (.10). | .40 |
| 01/19/11 | Muha | Emails re: various issues relating to bankruptcy defense and general litigation items. | .20 |
| 01/20/11 | Muha | Emails to/from L. Husar re: bankruptcy background information. | .20 |

```
172573  W. R. Grace & Co.                          Invoice Number   2095616
60026   Litigation and Litigation Consulting       Page      2
        February 25, 2011
```

| Date | Name | | Hours |
|------|------|---|------|
| 01/31/11 | Ament | Various e-mails re: agenda and hearing binder for 2/14/11 hearing (.10); review CNOs received from Pachulski (.20); update hearing binder per J. O'Neill request (.20); hand deliver hearing binder to Judge Fitzgerald (.10); download and circulate memorandum opinion and recommended findings of fact to team (.20). | .80 |
| 01/31/11 | Cameron | Review Confirmation Order and opinion. | .90 |

```
                                          TOTAL HOURS    3.60
```

| TIME SUMMARY | Hours | Rate | Value | |
|---|---|---|---|---|
| Douglas E. Cameron | 0.90 at | $ 650.00 = | 585.00 | |
| Andrew J. Muha    | 1.00 at | $ 435.00 = | 435.00 | |
| Sharon A. Ament   | 1.70 at | $ 185.00 = | 314.50 | |
| | CURRENT FEES | | | 1,334.50 |
| | TOTAL BALANCE DUE UPON RECEIPT | | | $1,334.50 |

```
                              REED SMITH LLP
                              PO Box 360074M
                         Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630


  W.R. Grace & Co.                          Invoice Number     2095617
  Richard C. Finke                          Invoice Date      02/25/11
  Assistant General Counsel - Litigation    Client Number      172573
  7500 Grace Drive
  Columbia, MD   21044


==============================================================================

Re: W. R. Grace & Co.


  (60029)   Fee Applications-Applicant

        Fees                          2,866.50
        Expenses                          0.00

                      TOTAL BALANCE DUE UPON RECEIPT       $2,866.50
                                                         ==============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


 W.R. Grace & Co.                          Invoice Number      2095617
 Richard C. Finke                          Invoice Date        02/25/11
 Assistant General Counsel - Litigation    Client Number        172573
 7500 Grace Drive                          Matter Number         60029
 Columbia, MD  21044


=============================================================================

Re: (60029)   Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2011

   Date     Name                                                   Hours
 --------  -----------                                             -----

 01/03/11  Ament           Review various e-mails re:                .30
                           doeLegal.

 01/03/11  Muha            Multiple emails to/from J. Deckman        .50
                           (doeBilling) re: fee application
                           invoices and use of electronic
                           billing system.

 01/11/11  Ament           Review e-mails re: billing matters.       .10

 01/12/11  Ament           Meet with D. Cameron re: billing          .90
                           matters (.10); attention to
                           billing matters (.70); e-mail to
                           D. Cameron and A Muha re: same
                           (.10).

 01/12/11  Muha            Review and revise DBRs for Dec.           .40
                           2010 monthly fee application.

 01/12/11  Muha            Review and revise Dec. 2010 fee           .40
                           and expense details for monthly
                           fee application, and email to L.
                           Husar re: conforming entries to
                           rules for fee application
                           reporting.

 01/21/11  Ament           Review e-mail re: Dec. monthly fee        .10
                           application.
```

```
172573 W. R. Grace & Co.                              Invoice Number  2095617
 60029 Fee Applications-Applicant                     Page     2
       February 25, 2011
```

| Date | Name | | Hours |
|---|---|---|---|
| 01/21/11 | Muha | Emails to/from L. Husar re: revisions to fee report for Dec. 2010 monthly fee application, and additional changes. | .20 |
| 01/25/11 | Lord | Research docket and draft CNO for November monthly fee application. | .40 |
| 01/26/11 | Ament | Review e-mail re: Dec. monthly fee application. | 1.00 |
| 01/26/11 | Lord | Revise, e-file and serve CNO to Reed Smith November monthly fee application | .40 |
| 01/28/11 | Ament | E-mails with A. Muha re: Dec. monthly fee application (.10); e-mail to J. Lord re: same (.10); attention to billing matters (.20); meet with D. Cameron re: billing matters (.10); e-mails re: same (.10); calculate fees and expenses re: Dec. monthly fee application (.50); prepare spreadsheets re: same (.40); draft Dec. monthly fee application (.30); provide same to A. Muha for review (.10). | 1.90 |
| 01/28/11 | Cameron | Attention to Grace fee application materials. | .60 |
| 01/28/11 | Lord | Communicate with S. Ament re: monthly fee application. | .10 |
| 01/31/11 | Ament | Finalize Dec. monthly fee application (.20); e-mail same to J. Lord for DE filing (.10); assist D. Cameron with 2011 billing rates memo (.50). | .80 |
| 01/31/11 | Cameron | Attention to fee application issues. | .40 |
| 01/31/11 | Lord | Revise, e-file and serve Reed Smith December monthly fee application. | 1.10 |
| 01/31/11 | Muha | Final review and revisions to Dec. 2010 monthly fee application. | .30 |

```
172573 W. R. Grace & Co.                          Invoice Number   2095617
60029  Fee Applications-Applicant                 Page    3
       February 25, 2011


                                                              ------
                                              TOTAL HOURS       9.90

TIME SUMMARY                  Hours         Rate        Value
------------                  -----         ----        -----
Douglas E. Cameron            1.00   at  $  650.00  =   650.00
Andrew J. Muha                1.80   at  $  435.00  =   783.00
John B. Lord                  2.00   at  $  245.00  =   490.00
Sharon A. Ament               5.10   at  $  185.00  =   943.50

                              CURRENT FEES                            2,866.50

                                                                   ------------
                              TOTAL BALANCE DUE UPON RECEIPT         $2,866.50
                                                                   ============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R. Grace & Co.                         Invoice Number      2095618
Richard C. Finke                         Invoice Date        02/25/11
Assistant General Counsel - Litigation   Client Number        172573
7500 Grace Drive
Columbia, MD  21044
```

==============================================================================

Re: W. R. Grace & Co.

(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

```
    Fees                              14,746.50
    Expenses                               0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $14,746.50
                                                        ==========
```

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA 15251-6074
                       Tax ID# 25-0749630
```

```
W.R. Grace & Co.                          Invoice Number      2095618
Richard C. Finke                          Invoice Date       02/25/11
Assistant General Counsel - Litigation    Client Number       172573
7500 Grace Drive                          Matter Number        60033
Columbia, MD  21044
```

===========================================================================

Re: (60033)   Claim Analysis Objection Resolution & Estimation
              (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2011

| Date | Name | | Hours |
|---|---|---|---|
| 01/03/11 | Cameron | Review materials relating to DGS claims. | .70 |
| 01/06/11 | Cameron | Attention to request from Kirkland & Ellis. | .50 |
| 01/07/11 | Rea | Call re: mediation. | .10 |
| 01/08/11 | Cameron | Review materials relating to upcoming hearing. | 1.00 |
| 01/09/11 | Cameron | Review DGS materials and Canadian claims status regarding meeting with R. Finke. | 1.30 |
| 01/10/11 | Cameron | Review DGS materials (.90); meet with R. Finke, T. Rea and J. Restivo (.20). | 1.10 |
| 01/10/11 | Flatley | With R. Finke, T. Rea and D. Cameron (0.4); emails from/to T. Rea re: scheduling mediation (0.2). | .60 |
| 01/11/11 | Rea | Review fee agreement. | .10 |
| 01/13/11 | Cameron | Review materials relating to DGS claim. | .60 |

```
172573  W. R. Grace & Co.                              Invoice Number  2095618
60033   Claim Analysis Objection Resolution & Estimation Page    2
        (Asbestos)
        February 25, 2011
```

| Date | Name | | Hours |
|---|---|---|---|
| 01/18/11 | Flatley | Call with R. Finke (0.2); follow-up re; preliminary preparation for San Francisco mediation (0.4). | .60 |
| 01/19/11 | Cameron | Review DGS mediation materials. | .60 |
| 01/19/11 | Flatley | Emails re: mediation travel plans. | .30 |
| 01/19/11 | Rea | Multiple e-mails re: DGS mediation. | .60 |
| 01/20/11 | Cameron | Review materials relating to DGS mediation (.70); multiple e-mails regarding same (.40). | 1.10 |
| 01/20/11 | Flatley | With T. Rea (0.2); emails and replies (0.1). | .30 |
| 01/20/11 | Rea | Draft mediation statement. | 4.40 |
| 01/21/11 | Flatley | Preparation work for February 22 mediation in California. | 1.40 |
| 01/21/11 | Rea | Revise mediation statement. | 1.10 |
| 01/24/11 | Flatley | Preliminary review of T. Rea draft mediation statement (0.8); emails to/from T. Rea (0.2). | 1.00 |
| 01/24/11 | Rea | Multiple e-mails re: mediation. | .20 |
| 01/26/11 | Cameron | Review mediation statement. | .70 |
| 01/27/11 | Cameron | Attention to mediation issues and mediation statement. | .70 |
| 01/30/11 | Cameron | Attention to mediation statement. | .70 |
| 01/31/11 | Flatley | Review T. Rea draft of mediation statement (1.5); multiple conferences with T. Rea about mediation statement revisions (0.5); emails and replies (0.2). | 2.20 |
| 01/31/11 | Rea | Meet with L. Flatley re: mediation statement (.50); revise mediation statement (2.70). | 3.20 |

```
                                              TOTAL HOURS     25.10
```

```
172573  W. R. Grace & Co.                          Invoice Number   2095618
60033   Claim Analysis Objection Resolution & Estimation Page    3
        (Asbestos)
        February 25, 2011


        TIME SUMMARY                Hours         Rate           Value
        ---------------------       -----------------------      -------
        Lawrence E. Flatley         6.40  at  $  655.00  =      4,192.00
        Douglas E. Cameron          9.00  at  $  650.00  =      5,850.00
        Traci Sands Rea             9.70  at  $  485.00  =      4,704.50

                                    CURRENT FEES                              14,746.50

                                                                             ------------
                                    TOTAL BALANCE DUE UPON RECEIPT            $14,746.50
                                                                             ============
```