REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                                Invoice Number        2095627
Richard C. Finke                                Invoice Date          02/25/11
Assistant General Counsel - Litigation          Client Number         172573
7500 Grace Drive
Columbia, MD  21044

================================================================================

Re: W. R. Grace & Co.


(50001)   Correa v. W.R. Grace

       Fees                                              0.00
       Expenses                                      1,066.60

                    TOTAL BALANCE DUE UPON RECEIPT              $1,066.60
                                                                =============

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R. Grace & Co.                          Invoice Number        2095627
Richard C. Finke                          Invoice Date         02/25/11
Assistant General Counsel - Litigation    Client Number         172573
7500 Grace Drive                          Matter Number          50001
Columbia, MD  21044
```

================================================================================

Re: Correa v. W.R. Grace

FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
    Duplicating/Printing/Scanning              201.40
    Filing Fees                                865.20

              CURRENT EXPENSES                                 1,066.60
                                                              -----------

              TOTAL BALANCE DUE UPON RECEIPT                   $1,066.60
                                                              ===========
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


   W.R. Grace & Co.                         Invoice Number      2095627
   Richard C. Finke                         Invoice Date        02/25/11
   Assistant General Counsel - Litigation   Client Number        172573
   7500 Grace Drive                         Matter Number         50001
   Columbia, MD  21044


===============================================================================

Re: (50001)   Correa v. W.R. Grace


FOR COSTS ADVANCED AND EXPENSES INCURRED:

01/03/11    Duplicating/Printing/Scanning                          1.90
            ATTY # 10886; 19 COPIES

01/03/11    Duplicating/Printing/Scanning                         47.90
            ATTY # 10886; 479 COPIES

01/11/11    Duplicating/Printing/Scanning                           .60
            ATTY # 000349: 6 COPIES

01/11/11    Duplicating/Printing/Scanning                           .70
            ATTY # 000349: 7 COPIES

01/11/11    Duplicating/Printing/Scanning                           .80
            ATTY # 000349: 8 COPIES

01/11/11    Duplicating/Printing/Scanning                           .80
            ATTY # 000349: 8 COPIES

01/13/11    Duplicating/Printing/Scanning                           .80
            ATTY # 000349: 8 COPIES

01/13/11    Duplicating/Printing/Scanning                           .80
            ATTY # 000349: 8 COPIES

01/13/11    Duplicating/Printing/Scanning                           .60
            ATTY # 000349: 6 COPIES

01/14/11    Duplicating/Printing/Scanning                           .50
            ATTY # 000349: 5 COPIES

01/14/11    Duplicating/Printing/Scanning                           .50
            ATTY # 000349: 5 COPIES
```

```
172573 W. R. Grace & Co.                              Invoice Number  2095627
50001  Correa v. W.R. Grace                           Page     2
       February 25, 2011
```

| Date | Description | Amount |
|---|---|---|
| 01/14/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 8 COPIES | .80 |
| 01/14/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 8 COPIES | .80 |
| 01/14/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 8 COPIES | .80 |
| 01/18/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 5 COPIES | .50 |
| 01/19/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 01/19/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 01/19/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 01/19/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 01/19/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 5 COPIES | .50 |
| 01/19/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 6 COPIES | .60 |
| 01/19/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 8 COPIES | .80 |
| 01/19/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 8 COPIES | .80 |
| 01/20/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 01/20/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 01/20/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 4 COPIES | .40 |
| 01/20/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 01/20/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |

```
172573  W. R. Grace & Co.                          Invoice Number   2095627
 50001  Correa v. W.R. Grace                       Page     3
        February 25, 2011
```

| Date | Description | Amount |
|---|---|---|
| 01/20/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 8 COPIES | .80 |
| 01/20/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 8 COPIES | .80 |
| 01/20/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 8 COPIES | .80 |
| 01/21/11 | Duplicating/Printing/Scanning<br>ATTY # 5683; 15 COPIES | 1.50 |
| 01/21/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 01/21/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 01/25/11 | Filing Fees -- VENDOR: ONE LEGAL INC: Filing fee for Notice of Removal | 9.95 |
| 01/25/11 | Duplicating/Printing/Scanning<br>ATTY # 10886; 1270 COPIES | 127.00 |
| 01/25/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 01/25/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 01/25/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 01/25/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 01/25/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 63 COPIES | 6.30 |
| 01/26/11 | Filing Fees -- VENDOR: ONE LEGAL INC: Answer to Complaint | 855.25 |
| 01/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |

```
                            CURRENT EXPENSES                   1,066.60
                                                             ------------
                    TOTAL BALANCE DUE UPON RECEIPT              $1,066.60
                                                             ============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2095628 |
| Richard C. Finke | Invoice Date     02/25/11 |
| Assistant General Counsel - Litigation | Client Number      172573 |
| 7500 Grace Drive | |
| Columbia, MD   21044 | |

===============================================================================

Re: W. R. Grace & Co.

(60026)   Litigation and Litigation Consulting

    Fees                                    0.00
    Expenses                           43.62

                TOTAL BALANCE DUE UPON RECEIPT          $43.62
                                                                =============

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA 15251-6074
                         Tax ID# 25-0749630


   W.R. Grace & Co.                        Invoice Number      2095628
   Richard C. Finke                        Invoice Date       02/25/11
   Assistant General Counsel - Litigation  Client Number        172573
   7500 Grace Drive                        Matter Number         60026
   Columbia, MD  21044
   ===========================================================================

   Re: Litigation and Litigation Consulting

   FOR COSTS ADVANCED AND EXPENSES INCURRED:

       Postage Expense                            1.32
       Courier Service - Outside                 10.00
       Outside Duplicating                       32.30

                      CURRENT EXPENSES                              43.62
                                                                --------------

                      TOTAL BALANCE DUE UPON RECEIPT            $43.62
                                                                ==============
```

```
                           REED SMITH LLP
                           PO Box 360074M
                        Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


  W.R. Grace & Co.                       Invoice Number     2095628
  Richard C. Finke                       Invoice Date      02/25/11
  Assistant General Counsel - Litigation Client Number      172573
  7500 Grace Drive                       Matter Number       60026
  Columbia, MD  21044
```

================================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 12/30/10 | Outside Duplicating<br>Mailout - Bankruptcy Mailouts/Mailout - Envelope | 32.30 |
| 01/10/11 | Courier Service - Outside -- VENDOR: PARCELS, INC.: Delivery | 5.00 |
| 01/10/11 | Courier Service - Outside -- VENDOR: PARCELS, INC.: Delivery | 5.00 |
| 01/19/11 | Postage Expense<br>Postage Expense: ATTY # 000349 User: Castello, D | 1.32 |
|  | CURRENT EXPENSES | 43.62 |
|  | TOTAL BALANCE DUE UPON RECEIPT | $43.62 |