**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, James C. Carignan, do hereby certify that on February 28, 2011, I served the Reply In Support Of Motion Of BNSF Railway Company For Reconsideration Of The Memorandum Opinion Regarding Objections To Confirmation Of First Amended Joint Plan Of Reorganization And Recommended Supplemental Findings Of Fact And Conclusions Of Law  And The Recommended Findings Of Fact, Conclusions Of Law And Order Regarding Confirmation Of First Amended Joint Plan Of Reorganization As Modified Through December 23, 2010 (the "Reply"), by causing copies thereof to be served via hand delivery upon the entities on the service list attached hereto as **Exhibit A.**

I further certify that on February 28, 2011, I served the Reply by causing copies thereof to be served via electronic mail upon the entities on the service list attached hereto as **Exhibit B.**

I further certify that on February 28, 2011, I served the Reply by causing copies thereof to be served via first class mail, postage prepaid, upon the entities on the service list attached hereto as **Exhibit C.**

Dated: February 28, 2011
      Wilmington, Delaware

PEPPER HAMILTON LLP

/s/ James C. Carignan_____
James C. Carignan (DE No. 4230)
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(Courier No. 19801)
Telephone: (302) 777-6500
Facsimile:  (302) 421-8390

Of Counsel:

Counsel for BNSF Railway Company

Edward C. Toole, Jr.
Linda J. Casey
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000
Fax: (215) 981-4750

Counsel for BNSF Railway Company

#13837977 v1

# EXHIBIT A

Debtors
c/o Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl Young Jones, LLP
919 N. Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19899-8705

David Klauder, Esq.
Office of the United States Trustee
844 King Street
Suite 2311
Wilmington, DE 19801

David T. Austern, Asbestos Personal Injury Future
Claimants' Representative
c/o John C. Phillips, Jr., Esq.
Phillips Goldman & Spence, PA
1200 N. Broom Street
Wilmington, DE 19806

Official Committee of Asbestos Personal Injury
Claimants
c/o Marla Eskin, Esq.
Mark Hurford, Esq.
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

Official Committee of Equity Security Holders
c/o Teresa K. D. Currier, Esq.
Saul Ewing LLP
222 Delaware Ave Ste 1200
PO Box 1266
Wilmington, DE 19801

Official Committee of Unsecured Creditors
c/o Michael R. Lastowski, Esq.
Duane Morris & Heckscher, LLP
1100 N. Market Street
Suite 1200
Wilmington, DE 19801-1246

Asbestos PD Committee
c/o Michael B. Joseph, Esq.
Theodore J. Tacconelli, Esq.
Ferry & Joseph, PA
824 Market Street, Suite 1000
PO Box 1351
Wilmington, DE 19899

Asbestos Property Damages Future Claimants'
Representative
c/o R. Karl Hill, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue  Suite 1500
P. O. Box 68
Wilmington, DE 19899

Ingersoll-Rand Fluid Products and State of Montana
c/o Francis A. Monaco, Jr., Esq.
Kevin J. Mangan, Esq.
Matthew P. Ward, Esq.
Womble Carlye Sandridge & Rice, LLC
222 Delaware Avenue, 15th Floor
Wilmington, DE 19801

# EXHIBIT B

Debtors
c/o Lisa G. Esayian, Esq.
John Donley, Esq.
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654
Lisa.esayian@kirkland.com;
john.donley@kirkland.com

Debtors
c/o Janet S. Baer, Esq.
Roger J. Higgins, P.C.
Baer Higgins Fruchtman LLC
111 East Wacker Drive, Suite 2800
Chicago, IL 60601
jbaer@bhflaw.net
rhgins@bhflaw.com

David T. Austern, Asbestos PI Future Claimants'
Representative
c/o Richard H. Wyron, Esq.
Roger Frankel, Esq.
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005
rwyron@orrick.com; rfrankel@orrick.com

Official Committee of Asbestos Property Damage
Claimants
c/o Scott L. Baena, Esq.
Bilzin, Sumberg, Baena, Price & Axelrod
1450 Brickell Avenue, Suite 2300
Miami, FL 33131
sbaena@bilzin.com

Official Committee of Asbestos Personal Injury
Claimants
c/o Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
ei@capdale.com

Official Committee
of Asbestos Personal Injury Claimants
c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C. 20005
pvnl@capdale.com

Official Committee of Unsecured Creditors
c/o Lewis Kruger, Esq.
Kenneth Pasquale, Esq.
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY  10038-4982
lkruger@stroock.com

Asbestos PD Future Claimants' Representative
c/o Alan B. Rich, Esq.
Law Office of Alan B. Rich, Esq.
1201 Elm Street, Suite 4244
Dallas, TX 75270
arich@alanrichlaw.com

Official Committee of Unsecured Creditors
c/o William S. Katchen, Esq.
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ  07102-3889
wskatchen@duanemorris.com

Official Committee of Equity Security Holders
c/o Philip Bentley, Esq.
Douglas Mannal, Esq.
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY  10036
pbentley@kramerlevin.com
dmannal@kramerlevin.com

# EXHIBIT C

Libby Claimants
c/o Daniel C. Cohn, Esq.
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110

W. R. Grace Company
c/o Mark Shelnitz
Richard Finke
John McFarland
7500 Grace Drive
Columbia, MD  21044

Libby Mine Claimants
c/o Steven K. Kortanek, Esq.
Klehr Harrison Harvey Branzburg & Ellers, LLP
919 Market Street
Suite 1000
Wilmington, DE  19801

Libby Claimants
c/o Adam G. Landis, Esq.
Kerri K. Mumford, Esq.
Landis Rath & Cobb, LLP
919 Market Street
Suite 1600
Wilmington, DE  19801

DIP Lender
c/o Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
PO Box 25130
Wilmington, DE  19899

Sealed Air Corporation
c/o Mark S. Chehi, Esq.
Skadden Arps Slate Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, DE  19899-0636

Deanna D. Boll, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
(Debtors Counsel)

Law Offices of Christopher E. Grell
1814 Franklin Street
Suite 501
Oakland, CA  94612

Parcels, Inc.
Vito I. DiMaio
230 N. Market Street
PO Box 27
Wilmington, DE  19899

John W. Kozyak, Esquire
Charles W. Throckmorton, Esquire
David L. Rosendorf, Esquire
Corali Lozep-Castro, Esquire
Kozyak Tropin & Throckmorton, PA
2525 Pone de Leon, 9th Floor
Coral Gables, FL  33134

Sealed Air Corporation
c/o D. J. Baker, Esq.
David Turetsky, Esq.
Gregory St. Clair, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY  10036

L.A. Unified School District
c/o William F. Taylor, Jr., Esq.
McCarter & English, LLP
Mellon Bank Center
919 Market Street
Suite 1800
Wilmington, DE  19899

The Chase Manhattan Bank
c/o Mark D. Collins, Esq.
Deborah E. Spivack, Esq.
Richards, Layton & Finger, PA
One Rodney Square
PO Box 551
Wilmington, DE  19899

DIP Lender
c/o David S. Heller, Esq.
Latham & Watkins
Sears Tower
Suite 5800
233 S. Wacker Drive
Chicago, IL  60606

Continental Casualty Co., Transportation
Insurance Co. and their American insurance affiliates
c/o Daniel M. Glosband, P.C.
Brian H. Mukherjee, Esq.
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA  02109

Fresenius Medical Care North America
c/o David S. Rosenbloom, Esq.
Jeffrey E. Stone, Esq.
Lewis S. Rosenbloom, Esq.
McDermott Will & Emery
227 W. Monroe Street
Chicago, IL  60606-5096

General Electric Corporation
c/o Todd C. Schiltz, Esq.
Wolf Block Schorr & Solis-Cohen, LLP
Wilmington Trust Center
1100 N. Market Street
Suite 1001
Wilmington, DE  19801

Zurich Insurance Company
c/o Richard A. Ifft, Esq.
Karalee C. Morell, Esq.
Wiley Rein LLP
1776 K Street, NW
Washington, DC 20006

Maryland Casualty Company
c/o Edward J. Longosz, II, Esq.
Laura G. Stover, Esq.
Eckert Seamans Cherin & Mellot, LLC
1747 Pennsylvania Avenue, NW
Suite 1200
Washington, DC 20006

Maryland Casualty Company, Zurich American
Insurance Company and Zurich International
(Bermuda) Ltd
c/o Jeffrey C. Wisler, Esq.
Michelle McMahon, Esq.
Connolly Bove Lodge & Hutz, LLP
1007 N. Orange St.
P.O. Box 2207
Wilmington, DE 19899

Century Indemnity Company
c/o Curtis Crowther, Esq.
White & Williams, LLP
824 N. Market Street
Suite 902
PO Box 709
Wilmington, DE 19801

Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market Street
6th Floor
PO Box 951
Wilmington, DE 19899

Mark Hankin and HanMar Associates,
Fireman's Fund Insurance Co.
c/o Thomas G. Whalen, Esq.
Stevens & Lee, PC
1105 N. Market Street
7th Floor
Wilmington, DE 19801

American Real Estate Holdings, LP
c/o Joseph Grey, Esq.
Stevens & Lee
1105 N. Market Street
Suite 700
Wilmington, DE 19801-1270

The Delaware Division of Revenue
c/o Allison E. Reardon
820 N. French Street
8th Floor
Wilmington, DE 19801

Mr. Mark Hankin
HanMar Associates, M.L.P.
P.O. Box 26767
Elkins Park, PA 19027

Arrowood Indemnity Company f/k/a Royal
Indemnity Company
c/o Tancred V. Schiavoni, Esq.
Brad Elias Esq.
Allen Schwartz, Esq.
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

Arrowood Indemnity Company f/k/a Royal
Indemnity Company
c/o Garvan F. McDaniel, Esq.
Ian Connor Bifferato, Esq.
Bifferato LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

Brayton Purcell, LLP
c/o Daniel K. Hogan, Esq.
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

Arrowood Indemnity Company f/k/a Royal
Indemnity Company
c/o Carl J. Pernicone, Esq.
Catherin Chen, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017-5639

Libby Claimants
c/o Jon L. Heberling, Esq.
McGarvey Heberling Sullivan & McGarvey,, PC
745 S. Main Street
Kalispel, MT  59901

First Union Leasing
c/o John D. Demmy, Esq.
Stevens & Lee, PC
1105 N. Market Street
Suite 700
Wilmington, DE  19801-1270

Union Tank Car Company
c/o Deborah L. Thome, Esq.
FabelHaber LLC
55 East Monroe Street, 40th Floor
Chicago, IL  60603

Union Tank Car Company
c/o Rachel B. Mersky, Esq.
Monzack & Monaco, PA
1201 N. Orange Street
Suite 400
Wilmington, DE  19801

Everest Reinsurance Company and
Mt. McKinley Insurance Company
c/o Brian L. Kasprzak, Esq.
Marks O'Neill O'Brien & Courtney, PC
913 N. Market Street
Suite 800
Wilmington, DE 19801

Allstate Insurance Company
c/o James S. Yoder, Esq.
White & Williams, LLP
824 Market Street
Suite 902
Wilmington, DE  19899-0709

U. S. Fire Insurance Company
c/o Ian Connor Bifferato, Esq.
Bifferato LLC
800 N. King Street
First Floor
Wilmington, DE 19801

American Employers Insurance Co., Employers
Commercial Union n/k/a One Beacon America
Insurance Co. and Unigard Insurance Co.
c/o David P. Primack, Esq.
Kooshan Nayerahmadi, Esq.
Drinker Biddle & Reath, LLP
1100 N. Market Street, Suite 1000
Wilmington, DE  19801-1254

PacifiCorp
c/o Richard S. Cobb, Esq.
Megan N. Harper, Esq.
Landis Rath & Cobb, LLP
919 Market Street
Suite 600
Wilmington, DE  19801

Anderson Memorial Hospital
c/o Christopher D. Loizides, Esq.
Loizides & Associates
Legal Arts Building
1225 King Street
Suite 800
Wilmington, DE  19801

State of California, Dept. of General Service
c/o Tobey M. Daluz, Esq.
Leslie C. Heilman, Esq.
Ballard Spahr Andrews & Ingersoll LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801

CNA Financial Corporation
c/o Carmella P. Keener, Esq.
Rosenthal Monhait Gross & Goddess, PA
919 Market Street, Suite 1401
PO Box 1070
Wilmington, DE 19899-1070

PPG Industries, Inc.
c/o William M. Aukamp, Esq.
Archer & Greiner
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

BDM Construction Company
c/o William P. Bowden, Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

Canadian ZAI Claimants
c/o Yves Lauzon, Esq.
Michel Belanger, Esq.
Lauzon Belanger, Inc.
286 rue St.-Paul Ouest
Bureau 100
Montreal (Quebec) H2Y 2A3
Canada

Robert Jacobs, Esq.
Jacobs & Crumplar, P.A.
2 East 7th Street
P. O. Box 1271
Wilmington, DE 19899

Chris Paczynski
Analyst, Global Credit Management
Nortel
195 The West Mall
Toronto, Ontario M9C 5K1
Canada

Derrick C. Tay, Esq.
Ogilvy Renault, LLP
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario, Canada M5J 2Z4

Wachovia Bank National Association
c/o Todd Meyers, Esq.
Kilpatrick Stockton
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309

Jacqueline Dais-Visca, Senior Counsel
Business Law Section
The Exchange Tower
King Street Wet 3400
C.P.3 6
Toronto, Ontario M5X 1K6

Internal Revenue Service
Attn: Solvency
31 Hopkins Plaza
Room 1150
Baltimore, MD 21201

Scotts Company LLC
c/o Robert J. Stearn, Jr., Esq.
Cory D. Kandestin, Esq.
Richards Layton & Finger PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Secretary of State
Division of Corporations
Franchise Tax
PO Box 7040
Dover, DE 19903

Office of Reorganization
Securities & Exchange Commission
Suite 1000
3475 Lenox Road, N. E.
Atlanta, GA 30326-1232

Charles E. Boulbol, Esq.
26 Broadway
17th Floor
New York, NY 10004

Michael A. Berman, Esq.
Securities & Exchange Commission
Office of General Counsel – Bankruptcy
100 F Street, NE
Washington, DC 20549

James A. Sylvester, Esq.
Intercat, Inc.
2399 Highway 34
#C1
Manasquan, NJ 08736-1500

James D. Freeman, Esq.
U. S. Department of Justice
Environmental Enforcement Section
1961 Stout Street
Floor 8
Denver, CO 80294-1961

Charlotte Klenke, Esq.
Schneider National, Inc.
PO Box 2545
3101 S. Packerland
Green Bay, WI 54306

Ira S. Greene, Esq.
Hogan & Hartson, LLP
875 Third Avenue
New York, NY 10022-6225

Charles L. Finke, Assistant General Counsel
Brad Rogers, Esq.
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N. W.
Washington, DEC 20005-4026

Steven J. Johnson, Esq.
Gibson Dunn & Crutcher, LLP
518 San Julian Street
Los Angeles, CA 90013-1871

Jan M. Hayden, Esq.
William H. Patrick, Esq.
Heller Draper Hayden Patrick & Horn, LLC
650 Poydras Street
Suite 2500
New Orleans, LA 70130-6103

Pamela Zilly
Richard Schinder
Barry Korn
The Blackstone Group
345 Park Avenue, 30th Floor
New York, NY 10154

Asbestos Claimants
c/o Deidre Woulfe Pacheco, Esq.
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P. O. Box 10
Woodbridge, NJ 07095

Asbestos Claimants
c/o Michael J. Hanners, Esq.
Silber Pearlman, LLP
3102 Oak Lawn Avenue
Suite 400
Dallas, TX 75219-6403

Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
PO Box 13708
Macon, GA 31208-3708

(Counsel to numerous asbestos claimants)
Scott Wert, Esq.
Foster & Sear, LLP
524 E. Lamar Boulevard, Suite 200
Arlington, TX 76011

CNA
c/o Jonathan W. Young, Esq.
Wildman Harrolld Allen & Dixon LLP
225 West Wacker Drive
Suite 3000
Chicago, IL 60606-1229

Alan R. Brayton, Esq.
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

Shelby A. Jordan, Esq.
Nathaniel Peter Holzer, Esq.
Jordan Hyden Womble & Culbreth, PC
500 N. Shoreline Boulevard
Suite 900
Corpus Christi, TX  78471

The Mills Corporation
Ontario Mills LP
Legal Department
225 W. Washington Street
Indianapolis, IN 46204-3435

T. Kellan Grant
Wildman Harrold Allen & Dixon
225 West Wacker Drive
Suite 3000
Chicago, IL  60606-1229

Cindy Schultz
Ingersoll Rand Fluid Products
One Aro Center
PO Box 151
Bryan, OH  43506

John P. Dillman, Esq.
Linebarger Heard Goggan Blair Graham
    Pena & Sampson, LLP
P. O. Box 3064
Houston, TX  77253-3064

The Gibson Law Firm, PLLC
P. O. Box 6005
Ridgeland, MS  39158-6005

Paul M. Baisier, Esq.
Seyfarth Shaw
1545 Peachtree Street, Suite 700
Atlanta, GA  30309

Bernice Conn, Esq.
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA  90067

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD  21226-1595

Steven J. Kherkher, Esq.
Laurence G. Tien, Esq.
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite #600
Houston, TX  77017

Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Road
Baltimore, MD  21214

Steven T. Hoort, Esq.
Ropes & Gray
One International Place
Boston, MA  02110-2624

Mary A. Coventry
Sealed Air Corporation
200 Riverfront Blvd
Elmwood Park, NJ 07407-1033

Michael J. Urbis, Esq.
Jordan, Hyden, Womble & Culbreth, P.C.
1534 E. 6th Street, Suite 104
Brownsville, TX  78520

Joseph T. Kremer, Esq.
Lipsiptz, Green, Fahringer, Roll, Salisbury
    & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY  14202

Katherine White
Sealed Air Corporation
200 Riverfront Blvd
Elmwood Park, NJ 07407-1033

Elizabeth S. Kardos, Esq.
Gibbons, P.C.
One Gateway Center
Newark, NJ 07102-5310

Paul D. Henderson, Esq.
Paul D. Henderson, P.C.
712 Division Avenue
Orange, TX  77630

Public Service Electric and Gas Company
c/o William E. Frese, Esq.
Sheree L. Kelly, Esq.
80 Park Plaza, T5D
P. O. Box 570
Newark, NJ  07101

Thomas J. Noonan, Jr.
c/o R&S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ  07920-1928

Tennessee Department of Environment and
    Conservation – Superfund
c/o Paul G. Sumers, Esq.
TN Attorney General's Office, Bankruptcy Unit
P. O. Box 20207
Nashville, TN  37202-0207

Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA  19030

Berry & Berry
c/o C. Randall Bupp, Esq.
Bardelli Shaw & Cavin, LLP
2000 Crow Canyon Place
Suite 330
San Ramon, CA  94583

Anton Volovsek
191 Battle Ridge Road
Kooskia, ID  83539-5072

Weatherford U.S. Inc., and Weatherford
International Inc.
c/o Peter S. Goodman, Esq.
Andrews & Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY  10017

Florida Department of Environmental Protection
c/o Jonathan H. Alden, Esq.
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, FL  32399-3000

State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
Office of the Attorney General
150 East Gay Street, 23th Floor
Columbus, OH  43215

Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1728 Bass Road
P. O. Box 13708
Macon, GA  31208-3708

Greif, Inc.
Attn:  Credit Department
366 Greif Parkway
Delaware, OH  43015

SAP America, Inc.
c/o Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P. O. Box 539
Westmont, NJ  08108

Margaret Ann Nolan, County Solicitor
Camela Chapman, Sr Assistant County Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive, 3rd Floor
Ellicott City, MD 21043

Danice Sims
P. O. Box 66658
Baton Rouge, LA 70896


M. Diane Jasinski, Esq.
Michael D. Hess, Esq.
Corporation Counsel of the City of New York
100 Church Street, Room 6-127
New York, NY 10007

Janet Napolitano
Robert R. Hall
Russell W. Savory
1275 West Washington Street
Phoenix, AZ 85007-1278


James P. Ruggeri, Esq.
Scott A. Shail, Esq.
Hogan & Harton L.L.P.
555 Thirteenth Street, N.W.
Washington, DC 20004-1109

Daniel H. Slate, Esq.
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA 90071-3442


Andrea L. Hazzard, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

Authur Stein, Esq.
1041 W. Lacey Road
P. O. Box 1070
Forked River, NJ 08731-6070


Robert H. Rosenbaum, Esq.
M. Evan Meyers, Esq.
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385

Colin D. Moore, Esq.
Provost & Umphrey Law Firm, L.L.P.
490 Park Street
Beaumont, TX 77701

Anne Marie P. Kelley, Esq.
Scott J. Freedman, Esq.
Dilworth Paxson, LLP
LibertyView – Suite 700
457 Haddonfield Road
P. O. Box 2570
Cherry Hill, NJ  08034

Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA  94612-1413

Martin J. Weis, Esq.
Dilworth Paxson LLP
1500 Market Street
Suite 3500E
Philadelphia, PA 19102

Suexirda Prayaga
7365 MacLeod Lane
Ofallon, MO  63366

Dorine Vork, Esq.
Stibbe, P.C.
350 Park Avenue
New York, NY  10022

City of El Paso
c/o David G. Aelvoet, Esq.
Linebarger Goggan Blair Graham
   Pena & Sampson, LLP
Travis Park Plaza Building
711 Navarro, Suite 300
San Antonio, TX  78205

Bart Hartman
Treasurer – Tax Collector
Attn:  Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA  92101

Toyota Motor Credit
c/o Robert T. Aulgur, Jr., Esq.
P. O. Box 617
Odessa, DE  19730

Robert Cimino, Esq.
Suffolk County Attorney
Attn:  Diane Leonardo Beckmann, Asst. County
H. Lee Dennison Building
100 Veterans Memorial Highway
P. O. Box 6100
Hauppauge, NY  11788-0099

Attn:  Diane Stewart
Peoples First Community Bank
P. O. Box 59950
Panama City, FL  32412-0950

Dow Chemical Company, Hampshire Chemical
Corporation and Union Carbide Corp.
c/o Kathleen Maxwell
Legal Department
The Dow Chemical Company
2030 Dow Center/Office 732
Midland, MI  48674

Robert M. Horkovick, Esq.
Jeffrey L. Glatzer, Esq.
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020-1182

General Electric Capital Corp.
c/o Ronald S. Beacher, Esq.
Pitney, Hardin, Kipp & Szuch LLP
7 Times Square
New York, NY  10036-6524

E. Katherine Wells, Esq.
South Carolina Department of Health and
   Environmental Control
2600 Bull Street
Columbia, SC  29201-1708

Gina Baker Hantel, Esq.
Attorney General Office
Bankruptcy Division
State of Tennessee
425 5th Avenue North, Floor 2
Nashville, TN  37243

William H. Johnson, Esq.
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA  23510-9242

Wells Fargo Bank Minnesota, National Association
c/o Pillsbury Winthrop LLP
1540 Broadway #9
New York, NY  10036-4039

Wells Fargo Bank Minnesota, National Association
c/o Craig Barbarosh, Esq.
Pillsbury Winthrop LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA  92626-7122

James M. Garner, Esq.
Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, LA  70112-1033

Attn:  Ted Weschler
Peninsula Capital Advisors, L.L.C.
404 East Main Street
Second Floor
Charlottesville, VA  22902

Aldine Independent School District
c/o Jonathan C. Hantke, Esq.
Pamela H. Walters, Esq.
14910 Aldine-Westfield Road
Houston, TX  77032

DAP Products, Inc.
c/o Julien A. Hecht, Esq.
2400 Boston Street, Suite 200
Baltimore, MD  21224

Steven B. Flancher, Esq.
Assistant Attorney General
Department of Attorney General
Revenue and Collections Divisions
P. O. Box 30754
Lansing, MI  48909

The Texas Comptroller of Public Accounts
c/o Mark Browning, Esq., Asst. Attorney General
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX  78711-2548

Occidental Permian, Ltd.
c/o John W. Havins, Esq.
Havins & Associates PC
1001 McKinney Street, Suite 500
Houston, TX  77002-6418

Comptroller of Public Accounts of State of Texas
c/o William A. Frazell
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX  78711-2548

Fireman's Fund Insurance Company
c/o Leonard P. Goldberger, Esq.
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA  19103-1702

General Motors Acceptance Corporation
P. O. Box 5055
Troy, MI  48007-5055

Anderson Memorial Hospital
c/o Daniel A. Speights, Esq.
Speights & Runyan
200 Jackson Avenue, East
P. O. Box 685
Hampton, SC  29924

Potash Corp.
c/o David W. Wirt, Esq.
Winston & Strawn
35 West Wacker Drive
Chicago, IL  60601

Donna J. Petrone, Esq.
ExxonMobil Chemical Company
Law Department – Bankruptcy
13501 Katy Freeway, Room W1-562
Houston, TX  77079-1398

Huntsman Corporation
c/o Randall A. Rios, Esq.
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana, Suite 4600
Houston, TX  77002

Reaud, Morgan & Quinn, Inc. and Environmental
Litigation Group, PC
c/o Sander L. Esserman, Esq.
Robert T. Brousseau, Esq.
Van J. Hooker, Esq.
Stutzman, Bromberg, Esserman & Plifka PC
2323 Bryan Street, Suite 2200
Dallas, TX  75201

Edward H. Tillinghast, III
Sheppard Mullin Richter & Hampton LLP
Twenty Fourth Floor, 30 Rockefeller Plaza
New York, NY 10112

Zonolite Attic Insulaytion Class Plaintiffs
c/o Edward J. Westbrook, Esq.
Richardson Patrick Westbrook & Brickman
1037 Chuck Dawley Blvd – Bldg A
Mount Pleasant, SC 29464

Zonolite Attic Insulation Class Plaintiffs
c/o Elihu E. Allinson, Esquire
Sullivan Hazeltine Allinson LLC
4 East 8th Street
Suite 400
Wilmington, DE  19801

Zonolite Attic Litigation Plaintiffs
c/o Elizabeth J. Cabraser, Esq.
Lieff, Cabraser, Heimann & Bernstein, LLP
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, CA  94111

Zonolite Attic Litigation Plaintiffs
c/o Thomas M. Sobol, Esq.
Hagens Berman LLP
One Main Street, 4th Floor
Cambridge, MA  02142

Zonolite Attic Litigation Plaintiffs
c/o Robert M. Fishman, Esq.
Shaw Gussis Domanskis Fishman & Glantz
321 N. Clark Street
Suite 800
Chicago, IL  60610

Zonolite Attic Litigation Plaintiffs and
Gamma Holding, NV
c/o William D. Sullivan, Esq.
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, Delaware  19801

Marco Barbanti
c/o Darrell W. Scott
The Scott Law Group
926 W. Sprague Avenue – Suite 583
Spokane, WA  99201

Missouri Department of Revenue
Bankruptcy Unit
Gary L. Barnhart
P. O. Box 475
Jefferson City, MO  65105-0475


Peters, Smith & Company
c/o Charles C. Trascher, III, Esq.
Snellings, Breard, Sartor, Inabnett & Trasher, LLP
P. O. 2055
Monroe, LA  71207

The Baupost Group LLC
c/o Gary M. Becker, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036


Attorney General of PA and Commonwealth of PA
Dept. Revenue
c/o Christopher R. Momjian
Senior Deputy Attorney General
I.D. No. 057482
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603)

Denise A. Kuhr
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603


Snack, Inc.
c/o Gibson, Dunn & Crutch LLP
200 Park Avenue
New York, NY  10166

Snack, Inc.
c/o Vahe Melkonian
Newco Management Company, LLC
6320 Canoga Avenue, Suite 1430
Woodland Hills, CA  91367


W. C. Baker, E. E. Jaques, B. H. Miller,
M. R. Fisher, S. R. Ormsbee, M. Rea and the
Fisher Trust
c/o Richard B. Spector, Esq.
Mark M. Monachino, Esq.
Corbett & Steelman
18200 Von Karman Avenue, Suite 200
Irvine, CA  92612-1086

AON Consulting
c/o Barry D. Kleban, Esq.
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd floor
Philadelphia, PA 19102

Michael Selig
Westover Investments, L.L.C.
555 Old Garth Road
Charlottesville, VA  22901

Hearthside Residential Corp.
c/o Allan H. Ickowitz, Esq.
Nossaman, Guthner, Knox & Elliott, LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA  90071

Georgia Department of Revenue
c/o Oscar B. Fears, III
Assistant Attorney General
40 Capitol Square, S. W.
Atlanta, GA  30334

Philip J. Ward
Victoria Radd Rollins
Williams & Connolly LIP
725 Twelfth Street NW
Washington, DC  20005

Margaret A. Holland, Esq.
Deputy Attorney General
New Jersey Attorney General's Office
Division of Law
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ  08625

Rachel Jeanne Lehr
Deputy Attorney General
Office of the Attorney General
R.J. Hughes Justice Complex
P.O. Box 093
Trenton, NJ  08625

Larry A. Feind
133 Peachtree Street, N.E.
7th Floor
Atlanta ,GA  30303

County of Dallas
c/o Elizabeth Weller, Esq.
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1720
Dallas, TX  75201-2691

Reaud Morgan & Quinn, Inc. and
Environmental Litigation Group, PC
c/o Kathleen Miller, Esq.
Smith Katzenstein & Furlow, LLP
800 Delaware Avenue, 7th Floor
PO Box 410
Wilmington, DE  19899

Kaneb Pipeline
c/o Kathleen Miller, Esq.
Etta R. Wolfe, Esq.
Smith Katzenstein & Furlow, LLP
800 Delaware Avenue, 7th Floor
PO Box 410
Wilmington, DE  19899

Kaneb Pipe Line Operating Partnership LP and
Support Terminal Services, Inc.
c/o Gerald G. Pecht, Esq.
Steve A Peirce, Esq.
Fulbright & Jaworski, LLP
1301 McKinney, Suite 5100
Houston, TX  77010-3095

Kaneb Pipeline
c/o Toby L. Gerber, Esq.
2200 Ross Avenue
Suite 2800
Dallas, TX  75201

Travelers Casaulty and Surety Company
c/o Samuel J. Rubin, Equire
Peter V. Pantaleo, Esquire
Lynn K. Neuner, Eaquire
Simpson, Thacher, & Bartlett
425 Lexington Avenue
New York, NY  10017-3954

Travelers Casaulty and Surety Company
c/o Robert J. Dehney, Esq.
Ann C. Cordo, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

Jonathan D. Berger, Esq.
Russell Henkin, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103-6365

DACA V, LLC
Attn: Julie Bubnack
1565 Hotel Cir S
Ste 310
San Diego, CA  92108-3419

Novak Landfill RD/RA Group
c/o Noel C. Burnham, Esq.
Richard G. Placey, Esq.
Montgomery, McCracken, Walker & Rhoads LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA  19109

Jon Bauer
Contrarian Capital Management, LLC
411 West Putnam Avenue, Suite 225
Greenwich, CT  06830

Lawson Electric Co.
c/o Ronald D. Gorsline
Chambliss, Bahner, & Stophel, P.C.
1000 Tallan Building, Ste. 1000
Two Union Square
Chattanooga, TN  37402-2552

National Union Fire Insurance Co.
of Pittsburgh, PA
c/o Michael S. Davis, Esq.
Robert Guttmann, Esq.
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY  10022

County of San Diego
c/o Martha B. Romero, Esq.
6516 Bright Avenue
Whittier, CA  90601-4503

The City of Knoxville
c/o Hillary Browning-Jones
Assistant City Attorney
P.O. Box 1631
Knoxville, TN  37901

The Burlington Northern and
Santa Fe Railway Company
c/o Richard A. O'Halloran, Esq.
Burns, White & Hickton, LLC
1001 Conshohocken State Rd Bldg 100
Conshohocken, PA  19428-2970

Mr. Harvey Schultz
The Schultz Organization
4 Woods End
Ocean, NJ  07712-4181

Westcor
c/o Don C. Fletcher, Esq.
The Cavanagh Firm, PA.
1850 North Central Avenue
Suite 2400
Phoenix, AZ  85004

James J. Restivo, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219
(Special Counsel to Debtors)

Certain London Market Insurance Companies
c/o Alexander J. Mueller, Esq.
Thomas J. Quinn, Esq.
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019-6829

Certain London Market Insurance Companies
c/o John Spadaro, Esq.
John Sheehan Spadaro, LLC
724 Yorklyn Road, Suite 375
Hockessin, DE 19707

West Group
c/o Michael S. Sandberg, Esq.
Hellmuth & Johnson, PLLC
10400 Viking Drive, Suite 560
Eden Prairie, MN  55344

Barbara G. Billet, Esq.
Elaine Z. Cole, Esq.
New York State Department of Taxation and
Finance
340 B. Main Street
Rochester, NY  14604

Jerel L. Ellington, Esq.
U.S. Department of Justice
Environment and Natural Resource Division
Environmental Enforcement Section
1961 Stout Street - 8th Floor
Denver, CO  80294

The State of Minnesota
c/o Ann Beimdiek Kinsella, Esq.
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN  55101-2127

Xerox Capital Services, LLC
PO Box 660502
Dallas, TX  75266-0502

Brad N. Friedman, Esq.
Rachel Fleishman, Esq.
Milberg Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Plaza
New York, NY  10119-0165

James Grau, Anna Grau and
Harry Grau & Sons, Inc.
c/o Edward L. Jacobs, Esq.
Bankemper & Jacobs
The Shaw House
26 Audubon Place
P.O. Box 70
Fort Thomas, KY  41075-0070

Lori Gruver Robertson, Esq.
Linebarger Goggan Blair Pena & Sampson, LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, TX  78760

Federal Insurance Company
c/o Jacob C. Cohn, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103

Federal Insurance Company
c/o Elizabeth DeCristofaro, Esq.
Ford Marrin Esposito Witmeyer & Gleser LLP
Wall Street Plaza
23rd Floor
New York, NY 10005-1875

Cornell University
c/o Anthony F. Parise
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY  14853-2601

Debt Acquisition Co of America V LLC
1565 Hotel Cir S
Suite 310
San Diego, CA  92108-3419

Town of Acton, MA
c/o Thomas O. Bean, Esq.
McDermott, Will & Emery
28 State Street, 34th Floor
Boston, MA  02109-1706

Sierra Asset Management LLC
2699 White Rd., Ste. 225
Irvine, CA  92614-6264

Contrarian Capital Trade Claims LP
Attn:  Alisa Minsch
411 W. Putnam Ave. S-225
Greenwich, CT  06830-6263

State Street Global Advisors
CAN Companies
c/o Daniel M. Glosband, P.C.
Goodwin Procter LLP
Exchange Place
Boston, MA  02109

Longacre Master Fund Ltd. and
Longacre Capital Partners (QP), L.P.
c/o David M. Fournier, Esq.
James C. Carignan, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19801

Longacre Master Fund Ltd.
Attn:  Maurie Shalome
810 7th Avenue, 22nd Fl.
New York, NY  10019-5818

Longacre Master Fund Ltd. and
Longacre Capital Partners (QP), L.P.
c/o Robert S. Hertzberg, Esq.
Pepper Hamilton LLP
100 Renaissance Center
Suite 3600
Detroit, MI  48243-1157

Michael B. Schaedle, Esq.
Blank Rome LLP
One Logan Square
130 North 18 Street
Philadelphia, PA  19103

Trade-Debt.Net
2 Stamford Plaza #1501
Stamford, CT  06901-3263

The ERISA Plaintiffs
c/o Michael S. Etkin, Esq.
Ira M. Levee, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

John Preefer
128 Willow St Apt 6B
Brooklyn, NY 11201

Ancel Abadic and 410 additional claimants
c/o Julie A. Ardoin, Esq.
Julie Ardoin, LLC
2200 Veterans Memorial Boulevard
Suite 210
Kenner, LA 70062-4032

Peter B. McGlynn, Esq.
Bruce D. Levin, Esq.
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, MA 02110

Citigroup Del_lease Inc. d/b/a Citicorp Dealer
Finance
c/o Sergio I. Scuteri, Esq.
Capehart & Scathcard, PA
8000 Midlantic Drive, Ste 300 S
Mt. Laurel, New Jersey 08054-1518

Lauren Holzman
Claims Processor
Euler Hermes ACJ
800 Red Brook Boulevard
Owings Mills, MD 21117

The Van Cott, Bagley Cornwall and McCarthy
401(K) Profit Sharing Plan
c/o J. Robert Nelson, Esq.
Van Cott, Bagley, Cornwall & McCarthy
50 South Main Street, #1600
P.O. Box 45340
Salt Lake City, UT 84145

Charlotte Transit Center, Inc.
c/o Amy Pritchard-Williams, Esq.
Margaret R. Westbrook, Esq.
Kennedy Covington Lobdell & Hickman, LLP
Hearst Tower, 47th Floor
214 N. Tryon Street
Charlotte, NC 28202

Michael F. Brown, Esq.
Drinker Biddle & Reath LIP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

Matthew J. Siembieda, Esq.
Benjamin G. Stonelake, Esq.
Scott E. Coburn, Esq.
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

Fred Glass
Fair Harbor Capital LLC
875 Avenue of the Americas, Ste. 2305
New York, NY 10001

Allstate Insurance Company
c/o Stefano Calogero, Esq.
Andrew K. Craig, Esq.
Cuyler Burk, PC
Parsippany Corporate Center
Four Century Drive
Parsippany, NJ 07054

Macerich Fresno LP
c/o Gerald F. George, Esq.
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228

Everest Reinsurance Company and
Mt. McKinley Insurance Company
c/o Mark D. Plevin, Esq.
Leslie A. Epley, Esq.
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

David Jagolinzer, Esq.
Ferraro & Associates, P.A.
Suite 700
4000 Ponce de Leon Blvd.
Miami, FL 33146

Frederick Jekel, Esq.
Motley Rice LLC
28 Bridgeside Blvd.,
P.O. Box 1792
Mt. Pleasant, SC 29465

John Waters, Esq.
Iowa Department of Revenue
Collections Section
P.O. Box 10457
Des Moines, IA 50306

United States Fire Insurance Company
c/o George R. Calhoun, V, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

Jeffrey S. Hebrank, Esq.
Carl P. McNulty, U, Esq.
Burroughs, Hepler, Broom, MacDonald,
Hebrank & True, LIP
103 West Vandalla Street, Suite 300
P.O. Box 510
Edwardsville, IL 62025-0510

DK Acquisition Partners
65 East 55th Street 19th Floor
New York, NY 10022

State of California, Department of General Services
c/o Steven J. Mandelsberg, Esq.
Christina J. Kang, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 1002

M. David Minnick, Esq.
Michael P. Ellis, Esq.
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228

Dr. Anthony Pilavas
25-09 31st Avenue
Astoria, NY 11106

HRCL and Eaves
c/o Joseph D. Frank, Esq.
Frank/Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60610

Brian D. Salwowski, Esq.
Office of Attorney General
Indiana Gov. Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770

Steven J. McCardell, Esq.
Jared Inouye, Esq.
Durham Jones & Pinegar
111 E. Broadway, Suite 900
Salt Lake City, UT 84111

The Scotts Company
c/o Robert J. Sidman, Esq.
Tiffany Strelow Cobb, Esq.
Vorys Sater Seynour and Pease LLP
52 East Gay Street
PO. Box 1008
Columbus, OH 43215

The Ad Hoc Committee of Equity Security Holders
c/o Martin J. Bienenstock, Esq.
Judy G.Z. Liu, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Dies & Hile LLP
c/o Richard Levy, Jr., Esq.
Pryor Cashman LLP
7 Times Square
New York, NY 10036-6569

Joseph L. Schwartz, Esq.
Curtis M. Plaza, Esq.
Craig T. Moran, Esq.
Riker Danzig Scherer Hyland & Perretti LIP
Headquarters Plaza, 1 Speedwell Avenue
Morristown, NJ 07962-1981

Harley E. Riedel, Esquire
Stichter Riedel Blain & Prosser PA
110 E. Madison Street
Suite 200
Tampa, FL 33602

Personal Injury Claimants
c/o Hal Pitko, Esq.
The Falls at Lambertville
315 South Main Street
Lambertville, NJ 08530

Anthony Petru, Esquire
Quynh L. Nguyen, Esquire
Hildebrand McLeod & Nelson LLP
350 Frank H. Ogawa Plaza
4th Floor
Oakland, CA 94612

Solidus Integration
c/o Sergey Liberman
29 Raffaele Drive
Waltham, MA 02452-0313

Federal Insurance Company
c/o Barry M. Klayman, Esquire
Cozen O'Connor
1201 N. Market Street
Suite 1400
Wilmington,. DE 19801

Garland Cassada, Esquire
Richard C. Worf, Esquire
Robinson, Bradshaw & Hinson
101 North Tryon Street, Suite 1900
Charlotte, NC 28246

Brett D. Fallon, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P. O. Box 2306
Wilmington, DE 19899-2306

Norman L. Bernick, Esquire
J. Kate Stickles, Esquire
Patrick J. Reilley, Esquire
Karen M. McKinley, Esquire
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Beth E. Cook, Esq.
Cathy J. Burdette, Esq.
U. S. Department of Justice – Civil Division
Commercial Litigation Branch
P. O. Box 875
Ben Franklin Station
Washington, DC 20044

Robert B. Millner, Esquire
Sonnenschein Nath & Rosenthal LLP
233 South Wacker Drive, Suite 7800
Chicago, IL 60606

James M. Brako, Esq.
Palm Beach County Tax Collector
P. O. Box 3715
West Palm Beach, FL 33402-3715

General Insurance Company of America.
c/o Frederick B. Rosner, Esquire
Messana, Rosner & Stern, LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19081

Christopher E. Prince, Esquire
Sonnenschein Nath & Rosenthal LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017

Stephen J. Shimshak, Esq.
Margaret A. Phillips, Esq.
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New Yortk, NY 10019-6064

Owens-Illinois
c/o Katharine L. Mayer, Esq.
Daniel M. Silver, Esq.
McCarter & English LLP
Renaissance Center
405 N. King Street, 8th Floor
Wilmington, DE 19801

Fireman's Fund Insurance Company and
Allianz S.p.A. f/k/a Riunione Adriatica Di Sicurta
c/o John D. Demmy, Esq.
Stevens & Lee, PC
1105 N. Market Street
Suite 700
Wilmington, DE 19801-1270

Natalie F. Duncan, Esq.
Rusell W. Budd, Esq.
Baron & Budd, P.C.
3102 Oak Lawn Avenue
P.O. Box 8705
Dallas, TX 75219

Christopher L. Beard, Esq.
The Beard Group
502 W. Patrick Group
Frederick, MD 21701

Reaud, Morgan & Quinn, Inc.
c/o Sander L. Esserman, Esq.
Stutzman & Bromberg
2323 Bryan Street, Suite 2200
Dallas, TX 75201-2689

William A. Grubbs. Jr.
Southeast Region Assistant Controller
AON Consulting Inc.
1100 Reynolds Boulevard
Winston-Salem, NC 27105

Kevin Welch, Esq.
Office of General Counsel
Division of Waste Management
First Floor
200 Fair Oaks Lane
Frankfort, KY 40601

The ERISA Plaintiffs
c/o Joseph H. Meltzer, Esq.
Katherine Borstein, Esq.
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087

Nancy L. Manzer, Esq.
WilmerHale
1875 Pennsylvania Avenue, NW
Washington, DC 20006


U.S. Environmental & Protection Agency
c/o Andrea Madigan, Enforcement Attorney
Region VIII
999 18th Street
Suite 300
ENF-L
Denver, CO  80202

Equitas
c/o Thomas G. Macauley, Esq.
Virginia Whitehill Guldi, Esq.
James Sottile, Esq.
Zuckerman Spaeder LLP
919 Market Street, Suite 990
PO Box 1028
Wilmington, DE  19801


Mian Realty LLC
c/o Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
500 Delaware Avenue, Suite 1
Wilmington, DE 19801

US Department of Agriculture
c/o Michael R. Sew Hoy
US Department of Justice Civil Division
Commercial Litigation Branch
1100 L Street NW 10th floor
Room 10048
Washington, DC  20005


Samson Hydrocarbons
c/o Greg A. Lawry, Esq.
Locke Lord Bissell & Liddel LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201

Employers Insurance of Wausau and
National Casualty Company
c/o Patrick J. Feeley, Esquire
Cecilie Howard, Esquire
Dorsey & Whitney, LLP
250 Park Avenue
New York, NY  10177


Employers Insurance of Wausau and
National Casualty Company
c/o Eric Lopez Schnabel, Esquire
Robert W. Mallard, Esquire
Dorsey & Whitney (Delaware) LLP
300 Delaware Avenue
Suite 1010
Wilmington, DE  19801

Neutocrete Products Inc
c/o Stamatios Stamoulis, Esquire
Richard C. Weinblatt, Esquire
Stamoulis & Weinblatt, LLC
Two Fox Point Centre
6 Denny Road  Suite 307
Wilmington, DE  19809

Simmons Cooper Claimants
c/o Lauren M. Webb, Esquire
Simmons Browder Gianaris
Angelides & Barnerd, LLC
707 Berkshire Boulevard
PO Box 521
East Alton, IL  62024

Plum Creek Timberlands, LP
c/o John r. Knapp, Jr., Esquire
Miller Nash LLP
4400 Two Union Square
601 Union Street
Seattle, WA  98101-2353

The CNA Companies
c/o Michael S. Giannotto, Esq.
Frederick C. Schafrick, Esq.
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Fax: 202-346-4444

#9731091 v6