# Exhibit A

# Duane Morris

FIRM and AFFILIATE OFFICES
NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

February 4, 2011


CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017


W.R. GRACE & CO.


File# K0248-00001          Invoice# 1635468                    IRS# 23-1392502


FOR PROFESSIONAL SERVICES RECORDED
THROUGH 01/31/2011 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 12.50 | hrs. at | $745.00 | /hr. = | $9,312.50 |
| WS KATCHEN | OF COUNSEL | 2.30 | hrs. at | $835.00 | /hr. = | $1,920.50 |
| S LENKIEWICZ | PARALEGAL | 3.90 | hrs. at | $175.00 | /hr. = | $682.50 |

$11,915.50


DISBURSEMENTS
| | |
|---|---|
| COURT SEARCH SERVICE | 12.18 |
| DINNER - LOCAL | 19.70 |
| MESSENGER SERVICE | 5.00 |
| OVERNIGHT MAIL | 18.86 |
| TOTAL DISBURSEMENTS | $55.74 |


BALANCE DUE THIS INVOICE                                    $11,971.24


DUANE MORRIS LLP

Duane Morris
February 4, 2011
Page 2

File # K0248-00001                                          INVOICE #  1635468
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 1/7/2011 | 003 | MR LASTOWSKI | REVIEW ORDINARY COURSE PROFESSIONALS REPORT | 0.10 | $74.50 |
| 1/7/2011 | 003 | MR LASTOWSKI | REVIEW NOVEMBER 2010 MONTHLY OPERATING REPORT | 0.10 | $74.50 |
| 1/12/2011 | 003 | MR LASTOWSKI | REVIEW MOTION FOR AUTHORITY TO EXTEND THE TERM OF THE CREDIT AGREEMENT WITH ADVANCED REFINING TECHNOLOGIES LLC | 0.20 | $149.00 |
| | | | Code Total | 0.40 | $298.00 |

Duane Morris
February 4, 2011
Page 3

File # K0248-00001                                          INVOICE #  1635468
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 1/20/2011 | 004 | S LENKIEWICZ | REVIEW DOCKET AND UPDATE 2002 SERVICE LIST | 0.30 | $52.50 |
| | | | Code Total | 0.30 | $52.50 |

Duane Morris
February 4, 2011
Page 4

File # K0248-00001                                  INVOICE #  1635468
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/5/2011 | 005 | MR LASTOWSKI | REVIEW DEBTORS' REPLY IN SUPPORT OF CNA SETTLEMENT | 0.40 | $298.00 |
| 1/7/2011 | 005 | MR LASTOWSKI | REVIEW GRACE OBJECTIONS TO LIBBY CLAIMANTS' REQUESTS FOR PRODUCTION | 0.20 | $149.00 |
| 1/7/2011 | 005 | MR LASTOWSKI | REVIEW CNA OBJECTIONS TO LIBBY CLAIMANTS' REQUESTS FOR PRODUCTION | 0.20 | $149.00 |
| 1/7/2011 | 005 | MR LASTOWSKI | REVIEW CNA REPLY IN SUPPORT OF SETTLEMENT | 0.60 | $447.00 |
| 1/7/2011 | 005 | MR LASTOWSKI | REVIEW OBJECTIONS TO CNA SETTLEMENT | 1.20 | $894.00 |
| 1/13/2011 | 005 | MR LASTOWSKI | REVIEW CERTIFICATION OF COUNSEL RE: DISALLOWANCE OF HILLSIDE CLAIM | 0.10 | $74.50 |
| 1/21/2011 | 005 | MR LASTOWSKI | REVIEW NOTICE OF AMENDMENT TO CDN ZAI MINUTES OF SETTLEMENT | 0.30 | $223.50 |
| 1/21/2011 | 005 | MR LASTOWSKI | REVIEW CERTIFICATION OF COUNSEL RE: CNA SETTLEMENT | 0.30 | $223.50 |
| | | | Code Total | 3.30 | $2,458.50 |

Duane Morris
February 4, 2011
Page 5

File # K0248-00001                 INVOICE #  1635468
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 1/4/2011 | 007 | WS KATCHEN | REVIEW COMMITTEE MEMO RE: ZAI AMENDED PLAN TREATMENT. | 0.20 | $167.00 |
| 1/5/2011 | 007 | WS KATCHEN | EMAIL TO STROOCK. | 0.10 | $83.50 |
| 1/5/2011 | 007 | WS KATCHEN | REVIEW LATEST OPINION CRAMDOWN INTEREST CHAPTER 11PLAN, 2010 WL 3342206. | 0.40 | $334.00 |
| 1/5/2011 | 007 | WS KATCHEN | EMAIL MEMO COMMITTEE MEMBER. | 0.20 | $167.00 |
| 1/10/2011 | 007 | WS KATCHEN | RESPOND TO STROOCK MEMO RE: GRACE. | 0.20 | $167.00 |
| 1/26/2011 | 007 | WS KATCHEN | REVIEW CAPSTONE MEMO - ART CREDIT AGREEMENT. | 0.20 | $167.00 |
| | | | Code Total | 1.30 | $1,085.50 |

Duane Morris
February 4, 2011
Page 6

File # K0248-00001                                          INVOICE #  1635468
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/28/2011 | 009 | S LENKIEWICZ | FINALIZE DUANE MORRIS 107TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.3) | 0.50 | $87.50 |
| | | | Code Total | 0.50 | $87.50 |

Duane Morris
February 4, 2011
Page 7

File # K0248-00001                                          INVOICE #  1635468
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/7/2011 | 010 | MR LASTOWSKI | REVIEW BAER HIGGINS RETENTION APPLICATION | 0.30 | $223.50 |
| | | | Code Total | 0.30 | $223.50 |

Duane Morris
February 4, 2011
Page 8

File # K0248-00001                                    INVOICE #  1635468
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/19/2011 | 012 | S LENKIEWICZ | PREPARE DUANE MORRIS 107TH MONTHLY FEE APPLICATION | 0.90 | $157.50 |
| 1/19/2011 | 012 | S LENKIEWICZ | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION REGARDING DUANE MORRIS 106TH MONTHLY FEE APPLICATION | 0.30 | $52.50 |
| 1/21/2011 | 012 | S LENKIEWICZ | FINALIZE AND EFILE CERTIFICATE OF NO OBJECTION REGARDING DUANE MORRIS 106TH MONTHLY FEE APPLICATION | 0.30 | $52.50 |
| | | | Code Total | 1.50 | $262.50 |

Duane Morris
February 4, 2011
Page 9

File # K0248-00001                                          INVOICE #  1635468
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/19/2011 | 013 | S LENKIEWICZ | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION REGARDING STROOCK & STROOCK & LAVAN'S 117TH MONTHLY FEE APPLICATIONS | 0.30 | $52.50 |
| 1/20/2011 | 013 | S LENKIEWICZ | FINALIZE NOTICE AND EFILE CAPSTONE'S 81ST MONTHLY FEE APPLICATION (.3); FORWARD AS-FILED COPY OF SAME TO D. MOHAMMAD (.1) | 0.40 | $70.00 |
| 1/21/2011 | 013 | S LENKIEWICZ | FINALIZE AND EFILE CERTIFICATE OF NO OBJECTION REGARDING STROOCK & STROOCK & LAVAN'S 116TH MONTHLY FEE APPLICATION (.3); FORWARD EFILING RECEIPT TO D. MOHAMMAD (.1) | 0.40 | $70.00 |
| 1/28/2011 | 013 | S LENKIEWICZ | RECEIPT OF 107TH MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN (.1); FINALIZE SAME AND E-FILE (.3); FORWARD COPY OF E-FILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $87.50 |
| | | | Code Total | 1.60 | $280.00 |

Duane Morris
February 4, 2011
Page 10

File # K0248-00001                                    INVOICE #  1635468
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 1/12/2011 | 014 | MR LASTOWSKI | REVIEW MOTION FOR AUTHORITY TO ENTER INTO AMENDMENT TO POST PETITION LETTER OF CREDIT FACILITY | 0.20 | $149.00 |
| | | | Code Total | 0.20 | $149.00 |

Duane Morris
February 4, 2011
Page 11

File # K0248-00001                                           INVOICE #  1635468
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/4/2011 | 015 | MR LASTOWSKI | REVIEW NOTICE OF 1/10/11 TELEPHONIC HEARING | 0.10 | $74.50 |
| 1/4/2011 | 015 | MR LASTOWSKI | REVIEW 1/10/11 AGENDA ITEMS | 2.70 | $2,011.50 |
| 1/10/2011 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND 1/10/11 OMNIBUS HEARING (TELEPHONIC ATTENDANCE) | 5.10 | $3,799.50 |
| | | | Code Total | 7.90 | $5,885.50 |

Duane Morris
February 4, 2011
Page 12

File # K0248-00001                                         INVOICE #  1635468
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/19/2011 | 017 | MR LASTOWSKI | REVIEW NOTICE OF AMENDMENT TO PLAN AND DISCLOSURE STATEMENT (ZAI) | 0.40 | $298.00 |
| | | | Code Total | 0.40 | $298.00 |

Duane Morris
February 4, 2011
Page 13

File # K0248-00001                                          INVOICE #  1635468
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/10/2011 | 025 | WS KATCHEN | REVIEW DEBTOR'S REPLY AND OBJECTIONS OF LIBBY CLAIMANTS & BNSF REPLY TO PROPOSED SETTLEMENT WITH CNA. | 0.50 | $417.50 |
| 1/11/2011 | 025 | WS KATCHEN | REVIEW DEBTOR'S OBJECTION AND AFFIDAVIT CLAIM 2114 - NY HILLSIDE INC. | 0.20 | $167.00 |
| 1/26/2011 | 025 | WS KATCHEN | REVIEW DOCKET ENTRIES. | 0.30 | $250.50 |
| | | | Code Total | 1.00 | $835.00 |

Duane Morris
February 4, 2011
Page 14

File # K0248-00001                                    INVOICE #  1635468
    W.R. GRACE & CO.

|  |  |  |
|---|---|---|
| TOTAL SERVICES | 18.70 | $11,915.50 |

Duane Morris
February 4, 2011
Page 15

File # K0248-00001                                          INVOICE #  1635468
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 1/31/2011 | DINNER - LOCAL | | 19.70 |
| | | Total: | $19.70 |
| | | | |
| 12/30/2010 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #796609774813) | | 15.13 |
| 12/30/2010 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SIEGEL AT WR GRACE - COLUMBIA, MD FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #796609767660) | | 3.73 |
| | | Total: | $18.86 |
| | | | |
| 1/31/2011 | MESSENGER SERVICE | | 5.00 |
| | | Total: | $5.00 |
| | | | |
| 1/31/2011 | COURT SEARCH SERVICE | | 12.18 |
| | | Total: | $12.18 |
| | | | |
| | TOTAL DISBURSEMENTS | | $55.74 |

Duane Morris
February 4, 2011
Page 16

File # K0248-00001                                    INVOICE #  1635468
      W.R. GRACE & CO.

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 02394 | MR LASTOWSKI | PARTNER | 12.50 | 745.00 | 9,312.50 |
| 02602 | WS KATCHEN | OF COUNSEL | 2.30 | 835.00 | 1,920.50 |
| 03723 | S LENKIEWICZ | PARALEGAL | 3.90 | 175.00 | 682.50 |
| | | | 18.70 | | $11,915.50 |