# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**JANUARY 1, 2011 - JANUARY 31, 2011**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 7.5 | $ 5,362.50 |
| 0013 | Business Operations | 2.9 | 2,253.50 |
| 0014 | Case Administration | 12.4 | 2,718.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 0.3 | 214.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 11.2 | 8,192.00 |
| 0018 | Fee Application, Applicant | 4.7 | 1,245.50 |
| 0019 | Creditor Inquiries | 3.4 | 2,845.00 |
| 0020 | Fee Application, Others | 2.6 | 777.50 |
| 0022 | Environmental Matters/Regulations/Litigation | 2.4 | 1,716.00 |
| 0036 | Plan and Disclosure Statement | 11.9 | 9,868.50 |
| 0037 | Hearings | 2.9 | 2,073.50 |
| | | | |
| | Total | 62.2 | $ 37,267.00 |

# STROOCK

## INVOICE

| DATE | February 7, 2011 |
|---|---|
| INVOICE NO. | 527040 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through January 31, 2011, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
|---|---|
| | 699843  0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/06/2011 | Attend to CNA Companies motion for leave to file a reply to objections to its settlement with Grace and the reply (1.9); attend to Debtors' motion for leave to file its reply to the settlement and the reply (1.3). | Krieger, A. | 3.2 |
| 01/07/2011 | Attend to Caswell declaration in support of CNA Companies reply on settlement motion. | Krieger, A. | 1.0 |
| 01/10/2011 | Attend to Garlock's motion for access to Rule 9019 filings and memoranda re: same. | Krieger, A. | 1.4 |
| 01/11/2011 | Attend to Garlock pleading and exhibits and further memorandum thereon (.6); attend to Court's modified order re: notice of Garlock pleading (.1). | Krieger, A. | 0.7 |
| 01/12/2011 | Attend to order re: Garlock motion. | Krieger, A. | 0.1 |
| 01/31/2011 | Attend to Certain Law Firm's responses to Garlock's motion for access to Rule 2019 Statement. | Krieger, A. | 1.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
|      |             |      |       |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 7.5 | $ 715 | $ 5,362.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,362.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 5,362.50 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | |
|---|---|---|
| RE | Business Operations | |
| | 699843 0013 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/04/2011 | Review Debtors' draft Holdco motion. | Pasquale, K. | 0.5 |
| 01/05/2011 | Memorandum to Capstone re: Debtors' draft motion to establish a non debtor foreign holding company structure. | Krieger, A. | 0.1 |
| 01/11/2011 | T/c Capstone re: foreign restructuring motion, amendments to Art Joint Venture and post-petition financing agreements. | Krieger, A. | 0.3 |
| 01/13/2011 | Attend to J. Baer memo re: advice regarding Synthetech merger into Grace-Conn. and memorandum to Capstone re: same. | Krieger, A. | 0.1 |
| 01/14/2011 | T/c Capstone re: pending post-petition financing and Art Joint venture motions and status of foreign restructuring motion. | Krieger, A. | 0.2 |
| 01/19/2011 | Attend to Debtors' motion extending ART Joint Venture Agreement. | Krieger, A. | 0.1 |
| 01/25/2011 | Attend to proposed form of order and first amendment and memorandum to Debtors' counsel re: text of First Amendment. | Krieger, A. | 0.8 |
| 01/25/2011 | Attention to Capstone reports re: financing. | Pasquale, K. | 0.5 |
| 01/28/2011 | Exchanged memoranda with Debtors' counsel re: terms of First Amendment to LC Facility and attachment to order. | Krieger, A. | 0.3 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.9 | $ 715 | $ 1,358.50 |
| Pasquale, Kenneth | 1.0 | 895 | 895.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,253.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,253.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Case Administration |
|---|---|
|  | 699843 0014 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/03/2011 | Circulate Debtwire article on expected Jan '11 confirmation ruling. | Magzamen, M. | 0.1 |
| 01/03/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.8 |
| 01/04/2011 | Memorandum to DM re: court call arrangements for 1/10/11 hearing. | Krieger, A. | 0.1 |
| 01/04/2011 | Obtain and circulate recently docketed pleadings in main case (.3); schedule A. Krieger to appear telephonically at 1/10/11 hearing (.1). | Mohamed, D. | 0.4 |
| 01/05/2011 | Obtain documents for attorney review (.5); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.8 |
| 01/06/2011 | Obtain and circulate recently docketed pleadings in main case (.9); review case file documents (.7). | Mohamed, D. | 1.6 |
| 01/07/2011 | Attend to agenda notice for 1/10/11 hearing (.1); attend to Debtors' motion to retain Baer, Higgins and Fruchtman LLC (.1). | Krieger, A. | 0.2 |
| 01/07/2011 | Obtain and circulate recently docketed pleadings in main case (.6); obtain documents for attorney review (.5). | Mohamed, D. | 1.1 |
| 01/10/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.5 |
| 01/11/2011 | Obtain and circulate recently docketed pleadings in main case (.7); obtain documents for attorney review (.5). | Mohamed, D. | 1.2 |
| 01/13/2011 | Obtain and circulate recently docketed | Mohamed, D. | 0.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | pleadings in main case. | | |
| 01/19/2011 | Obtain and circulate recently docketed pleadings in main case (.5); review case docket nos. 01-771, 09-644 and 09-807 (.3); review case file documents (.8). | Mohamed, D. | 1.6 |
| 01/20/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.8 |
| 01/24/2011 | Obtain and circulate recently docketed pleading in main case. | Mohamed, D. | 0.2 |
| 01/28/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |
| 01/31/2011 | Circulate confirmation opinion and proposed findings to working group and emails re: same (.5); circulate public articles on confirmation (.1). | Magzamen, M. | 0.6 |
| 01/31/2011 | Obtain and circulate recently docketed pleadings in main case (.3); review case docket nos. 01-771, 09-644 and 09-807 (.3); review case file documents (.9). | Mohamed, D. | 1.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.3 | $ 715 | $ 214.50 |
| Magzamen, Michael | 0.7 | 320 | 224.00 |
| Mohamed, David | 11.4 | 200 | 2,280.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,718.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,718.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) |
|---|---|
| | 699843 0015 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/06/2011 | Attend to COC re: Debtors' objection to claims of Hillside Inc. and Hillside's letter response to Debtors' objection. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.3 | $ 715 | $ 214.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 214.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 214.50 |
|---|---|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders' 699843 0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/03/2011 | Memorandum for the Committee re: letter agreement amending the Minutes of Settlement. | Krieger, A. | 0.5 |
| 01/04/2011 | Memorandum for the Committee re: Canadian ZAI agreement. | Krieger, A. | 0.3 |
| 01/07/2011 | Attend to Committee memorandum re: proposed MADEP stipulation on environmental claims. | Krieger, A. | 2.8 |
| 01/10/2011 | Attend to memorandum to the Committee re: 1/10/11 hearing. | Krieger, A. | 1.9 |
| 01/10/2011 | Review memo to Committee re: court hearing. | Kruger, L. | 0.2 |
| 01/10/2011 | Review draft memo to Committee re: court hearing. | Pasquale, K. | 0.2 |
| 01/11/2011 | Attend to additional information from Debtors' counsel on MADEP environmental claims' settlement and modify memorandum for the Committee re: same. | Krieger, A. | 1.4 |
| 01/12/2011 | Attend to Committee memorandum re: proposed MADEP settlement of environmental claims. | Krieger, A. | 1.2 |
| 01/12/2011 | Review draft memo re: environmental settlement. | Pasquale, K. | 0.2 |
| 01/14/2011 | Memorandum to the Committee re: proposed settlement with Massachusetts Department of Environmental Protection. | Krieger, A. | 0.2 |
| 01/24/2011 | Exchanged memoranda with Capstone re: memorandum for the Committee re: extension of Art Joint Venture and post-petition financing. | Krieger, A. | 0.2 |
| 01/25/2011 | Attend to Capstone's memorandum for the | Krieger, A. | 0.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Committee re: amendment to the LC Facility and memorandum to Capstone re: same (.5); attend to Capstone's memorandum for the Committee re: extension of Art Joint Venture Agreement and, exchanged memoranda with Capstone re: Committee memorandum (.2). | | |
| 01/25/2011 | Review Capstone report on financing. | Kruger, L. | 0.2 |
| 01/26/2011 | Exchanged memoranda with Capstone re: Committee member's inquiry on the Art Joint Venture extension and response thereto. | Krieger, A. | 0.3 |
| 01/31/2011 | Attend to memoranda to the Committee re: Judge Fitzgerald's decision and recommendations and conference call to discuss same and exchanged memoranda with Committee members re: same. | Krieger, A. | 0.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 10.4 | $ 715 | $ 7,436.00 |
| Kruger, Lewis | 0.4 | 995 | 398.00 |
| Pasquale, Kenneth | 0.4 | 895 | 358.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,192.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 8,192.00 |

# STROOCK

| RE | Fee Application, Applicant |
|---|---|
| | 699843 0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/10/2011 | Review and revise December bill. | Magzamen, M. | 0.4 |
| 01/12/2011 | Prepare draft of SSL's one hundred and seventeenth monthly fee application for attorney review. | Mohamed, D. | 0.9 |
| 01/25/2011 | Attend to SSL's December 2010 fee statement. | Krieger, A. | 0.5 |
| 01/26/2011 | Revise draft of Stroock's one hundred and seventeenth monthly fee application. | Mohamed, D. | 0.8 |
| 01/28/2011 | Review Stroock's one hundred and seventeenth monthly fee application for filing (.8); prepare certificate of service re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.7). | Mohamed, D. | 2.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.5 | $ 715 | $ 357.50 |
| Magzamen, Michael | 0.4 | 320 | 128.00 |
| Mohamed, David | 3.8 | 200 | 760.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,245.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,245.50 |
|---|---|

# STROOCK

| RE | Creditor Inquiries |
|---|---|
| | 699843  0019 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/03/2011 | Emails with creditor re: confirmation status. | Pasquale, K. | 0.2 |
| 01/10/2011 | T/c unsecured creditor re: Libby Claimants' arguments at today's hearing, case status. | Krieger, A. | 0.4 |
| 01/11/2011 | Attend to memoranda to unsecured creditor re plan status and treatment. | Krieger, A. | 0.7 |
| 01/12/2011 | Telephone conference creditor re: plan confirmation status. | Pasquale, K. | 0.3 |
| 01/14/2011 | Telephone conference creditor re: confirmation. | Pasquale, K. | 0.3 |
| 01/28/2011 | Telephone conference creditor re: confirmation status. | Pasquale, K. | 0.3 |
| 01/31/2011 | Telephone conferences multiple creditors re: confirmation opinion. | Pasquale, K. | 1.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.1 | $ 715 | $ 786.50 |
| Pasquale, Kenneth | 2.3 | 895 | 2,058.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,845.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,845.00 |
|---|---|

# STROOCK

| RE | Fee Application, Others |
|---|---|
| | 699843  0020 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/06/2011 | Attend to fee applications and related notices. | Krieger, A. | 0.5 |
| 01/19/2011 | Review Capstone's eighty-first monthly fee application for filing (.7); prepare notice and certificate of service re: same and forward to local counsel for filing (.6). | Mohamed, D. | 1.3 |
| 01/20/2011 | Prepare and effectuate service re: Capstone's eighty-first monthly fee application. | Mohamed, D. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.5 | $ 715 | $ 357.50 |
| Mohamed, David | 2.1 | 200 | 420.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 777.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 777.50 |
|---|---|

# STROOCK

| RE | Environmental Matters/Regulations/Litigation |
|---|---|
| | 699843  0022 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/03/2011 | Attend to Debtors' motion for approval of stipulation with Mass DEP re: environmental claims. | Krieger, A. | 1.8 |
| 01/06/2011 | Memorandum to J. Baer, R. Higgins re: information request on proposed settlement of environmental claims with Mass DEP. | Krieger, A. | 0.4 |
| 01/10/2011 | Attend to Debtors' responses to information request re: Mass DEP environmental claims settlement and prepare additional request for information. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.4 | $ 715 | $ 1,716.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,716.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,716.00 |
|---|---|

# STROOCK

| RE | Expenses 699843  0024 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 84.74 |
| Long Distance Telephone | 98.90 |
| Duplicating Costs-in House | 10.20 |

| TOTAL DISBURSEMENTS/CHARGES | $ 193.84 |
|---|---|

| TOTAL FOR THIS MATTER | $ 193.84 |
|---|---|

# STROOCK

| RE | Plan and Disclosure Statement |
|----|-------------------------------|
|    | 699843  0036                  |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/07/2011 | Review CNA settlement pleadings; agenda. | Pasquale, K. | 1.5 |
| 01/19/2011 | Attend to notice of amendment of CDNZAI Minutes of Settlement. | Krieger, A. | 0.2 |
| 01/25/2011 | Review draft record on appeal from lenders' counsel and emails re: same. | Pasquale, K. | 0.8 |
| 01/26/2011 | Continue review of proposed record on appeal. | Pasquale, K. | 0.4 |
| 01/27/2011 | Attend to Libby claimants COC re: Debtors' proposed order approving CNA settlement agreement. | Krieger, A. | 0.6 |
| 01/31/2011 | Attend to confirmation decision and recommended findings of fact and conclusions of law and emails thereon. | Krieger, A. | 4.1 |
| 01/31/2011 | Review Judge Fitzgerald decision (.8); o/c with KP re: same and re: role of Committee (.2). | Kruger, L. | 1.0 |
| 01/31/2011 | Review/analyze confirmation order and findings of fact, conclusions of law (2.8); emails with Committee members re: same (.2); emails with lenders' counsel re: same (.3). | Pasquale, K. | 3.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 4.9 | $ 715 | $ 3,503.50 |
| Kruger, Lewis | 1.0 | 995 | 995.00 |
| Pasquale, Kenneth | 6.0 | 895 | 5,370.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 9,868.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 9,868.50 |
|-----------------------|------------|

# STROOCK

| RE | Hearings<br>699843 0037 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/03/2011 | Attend to 1/10/11 agenda notice and email to LK, KP re: same. | Krieger, A. | 0.1 |
| 01/07/2011 | Attend to amended agenda notice. | Krieger, A. | 0.1 |
| 01/10/2011 | Attend omnibus court hearing re: CNA settlement agreement and objections by Libby claimants and BNSF, Canadian/Grace agreement to extend Settlement of Minutes, status of confirmation order. | Krieger, A. | 2.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 2.9 | $ 715 | $ 2,073.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,073.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,073.50 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 37,267.00 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 193.84 |
| TOTAL BILL | $ 37,460.84 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.