# EXHIBIT B

## WR GRACE & CO
## SUMMARY OF FEES
## JANUARY 1, 2011 - JANUARY 31, 2011

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 1.4 | $ 995 | $ 1,393.00 |
| Pasquale, Kenneth | 9.7 | 895 | 8,681.50 |
| | | | |
| **Associates** | | | |
| Krieger, Arlene G. | 32.7 | 715 | 23,380.50 |
| | | | |
| **Paraprofessionals** | | | |
| Magzamen, Michael | 1.1 | 320 | 352.00 |
| Mohamed, David | 17.3 | 200 | 3,460.00 |
| | | | |
| **Total** | **62.2** | | **$37,267.00** |