# EXHIBIT C

## WR GRACE & CO
## DISBURSEMENT SUMMARY
## JANUARY 1, 2011 - JANUARY 31, 2010

| | | |
|---|---|---:|
| Outside Messenger Service | $ | 84.74 |
| Long Distance Telephone | | 98.90 |
| Duplicating Costs-in House | | 10.20 |
| | | |
| TOTAL | $ | 193.84 |

# STROOCK

## Disbursements Register

| DATE | February 7, 2011 |
|---|---|
| INVOICE NO. | 527040 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through January, 2011 including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

**Outside Messenger Service**

| | | |
|---|---|---|
| 01/05/2011 | VENDOR: UPS; INVOICE#: 0000010X827011; DATE: 01/01/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 N Market St, Wilmington, DE 19801 Tracking #:1Z10X8270191475186 on 12/28/2010 | 6.89 |
| 01/05/2011 | VENDOR: UPS; INVOICE#: 0000010X827011; DATE: 01/01/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 Tracking #:1Z10X8270193755209 on 12/28/2010 | 6.89 |
| 01/05/2011 | VENDOR: UPS; INVOICE#: 0000010X827011; DATE: 01/01/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, 325 N St Paul St, Dallas, TX 75201 Tracking #:1Z10X8270194490798 on 12/28/2010 | 9.77 |
| 01/05/2011 | VENDOR: UPS; INVOICE#: 0000010X827011; DATE: 01/01/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 Tracking #:1Z10X8270196324964 on 12/28/2010 | 6.89 |
| 01/05/2011 | VENDOR: UPS; INVOICE#: 0000010X827011; DATE: 01/01/2011; FROM DAWN S. MARRA, 1100 N MARKET ST STE 1200, WILMINGTON, DE TO DUANE MORRIS LLP, 222 DELAWARE AVE, WILMINGTON, DE 19801 Tracking #:1Z10X8270191475186 on 12/30/2010 | 11.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| PAGE: 2 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| 01/26/2011 | VENDOR: UPS; INVOICE#: 0000010X827041; DATE: 01/22/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, 325 N St Paul St, Dallas, TX 75201 Tracking #:1Z10X8270194343321 on 01/20/2011 | 10.37 |
| 01/26/2011 | VENDOR: UPS; INVOICE#: 0000010X827041; DATE: 01/22/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 Tracking #:1Z10X8270198746353 on 01/20/2011 | 7.31 |
| 01/26/2011 | VENDOR: UPS; INVOICE#: 0000010X827041; DATE: 01/22/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 Tracking #:1Z10X8270199200136 on 01/20/2011 | 7.31 |
| 01/31/2011 | VENDOR: UPS; INVOICE#: 0000010X827051; DATE: 01/29/2011; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 N Market St, Wilmington, DE 19801 Tracking #:1Z10X8270196208947 on 01/20/2011 | 7.31 |
| 01/31/2011 | VENDOR: UPS; INVOICE#: 0000010X827051; DATE: 01/29/2011; FROM DAWN S. MARRA, 1100 N MARKET ST STE 1200, WILMINGTON, DE TO DUANE MORRIS LLP, 222 DELAWARE AVE, WILMINGTON, DE 19801 Tracking #:1Z10X8270196208947 on 01/22/2011 | 11.00 |
| **Outside Messenger Service Total** | | **84.74** |

**Long Distance Telephone**

| | | |
|---|---|---|
| 01/24/2011 | VENDOR: Chase Card Services; INVOICE#: 010211; DATE: 1/2/2011 - visa charge 12/27/10 Court Call | 58.00 |
| 01/24/2011 | VENDOR: Chase Card Services; INVOICE#: 010211; DATE: 1/2/2011 - visa charge 12/27/10 Court Call | 37.00 |
| 01/24/2011 | EXTN.795562, TEL.2015877123, S.T.18:03, DUR.00:00:06 | 0.56 |
| 01/24/2011 | EXTN.795562, TEL.2015877123, S.T.18:03, DUR.00:00:54 | 0.56 |
| 01/31/2011 | EXTN.795562, TEL.3109969646, S.T.15:15, DUR.00:00:07 | 0.56 |
| 01/31/2011 | EXTN.795562, TEL.3109969646, S.T.15:16, DUR.00:04:00 | 2.22 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

PAGE: 3

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | **Long Distance Telephone Total** | **98.90** |
| | **Duplicating Costs-in House** | |
| 01/31/2011 | | 10.20 |
| | **Duplicating Costs-in House Total** | **10.20** |

MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 84.74 |
| Long Distance Telephone | 98.90 |
| Duplicating Costs-in House | 10.20 |
| TOTAL DISBURSEMENTS/CHARGES | $ 193.84 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM