IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

In Re:

| | |
|---|---|
| **ACandS, Inc.**<br>Debtor(s) | **Chapter 11**<br>**Case No.:** 02-12687 |
| **Chama, Inc.**<br>Debtors(s) | **Chapter 7**<br>**Case No.:** 98-2252 |
| **The Flintkote Company**<br>Debtor(s) | **Chapter 11**<br>**Case No.:** 04-11300 |
| **Federal-Mogul Global, Inc.**<br>Debtor(s) | **Chapter 11**<br>**Case No.:** 01-10578 |
| **Just For Feet, Inc.**<br>Debtor(s) | **Chapter 7**<br>**Case No.:** 99-4110 |
| **Owens Corning, A Delaware Corporation**<br>Debtor(s) | **Chapter 11**<br>**Case No.:** 00-3837 |
| **Specialty Products Holdings Corp.**<br>Debtor(s) | **Chapter 11**<br>**Case No.:** 10-11780 |
| **US Office Products Company**<br>Debtor(s) | **Chapter 11**<br>**Case No.:** 01-00646 |
| **W.R. Grace & Co.**<br>Debtor(s) | **Chapter 11**<br>**Case No.:** 01-1139 |

### NOTICE OF CANCELLED HEARINGS

All hearings that were scheduled for Monday June 20, 2011, in Wilmington, Delaware have been cancelled. These hearings will now take place on July 6th, 2011 in Wilmington DE. All Parties wishing to participate by phone must contact CourtCall and sign up by noon two business days before the hearings.

_February 28, 2011_
Date

_Judith K. Fitzgerald_
The Honorable Judith K. Fitzgerald
SJS