WR Grace & Co., et al.
Case No. 01-1139 (JKF)
Service List

Laura Davis Jones
James E. O'Neill
Kathleen P. Makowski
Timothy P. Cairns
PACHULSKI, STANG, ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
[Counsel for the Debtors and Debtors-in-Possession]

John Donley
Adam Paul
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
[Counsel for the Debtors and Debtors-in-Possession]

Deanna D. Boll
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
[Counsel for the Debtors and Debtors-in-Possession]

Janet S. Baer, P.C.
Roger J. Higgins
BAER HIGGINS FRUCHTMAN LLC
11 East Wacker Drive
Suite 2800
Chicago, IL 60601
[Counsel for the Debtors and Debtors-in-Possession]

William S. Katchen
DUANE MORRIS LLP
One Riverfront Plaza
Newark, NJ 07102
[Counsel to the Official Committee of Unsecured Creditors]

Lewis Kruger
Kenneth Pasquale
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038
[Counsel to the Official Committee of Unsecured Creditors]

Michael R. Lastowski
Richard W. Riley
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
[Counsel to the Official Committee of Unsecured Creditors]

Teresa K.D. Currier
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
[Counsel to the Official Committee of Equity Security Holders]

Philip Bentley
David E. Blabey, Jr.
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
[Counsel to the Official Committee of Equity Security Holders]

Marla R. Eskin
Mark T. Hurford
CAMPBELL & LEVIN, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
[Counsel to the Official Committee of Asbestos Personal Injury Claimants]

Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY 10152-3500
[Counsel to the Official Committee of Asbestos Personal Injury Claimants]

Peter Van N. Lockwood
Nathan D. Finch
Jeffrey A. Liesemer
Kevin Maclay
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W., 12th Floor
Washington, DC 20005
[Counsel to the Official Committee of Asbestos Personal Injury Claimants]

Michael B. Joseph
Theodore J. Tacconelli
Lisa L. Coggins
FERRY, JOSEPH & PEARCE, P.A.
824 Market Street, Suite 1000
P.O. Box 351
Wilmington, DE 19899
[Counsel to the Official Committee of Asbestos Property Damage Claimants]

Scott L. Baena
Jay M. Sakalo
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131
[Counsel to the Official Committee of Asbestos Property Damage Claimants]

John C. Phillips, Jr.
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
[Counsel to David T. Austern, as Asbestos PI Future Claimants' Representative]

Roger Frankel
Richard H. Wyron
Debra L. Felder
ORRICK, HERRINGTON & SUTCLIFFEE LLP
1152 15th Street, NW
Washington, DC 20005
[Counsel to David T. Austern, as Asbestos PI Future Claimants' Representative]

Neil B. Glassman
BAYARD, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
[Counsel to Post-Petition DIP Lenders]

J. Douglas Bacon
LATHAM & WATKINS LLP
233 South Wacker Drive, Suite 5800
Chicago, IL 60606
[Counsel to Post-Petition DIP Lenders]

Alan B. Rich
LAW OFFICE OF ALAN B. RICH
1201 Elm Street, Suite 4244
Dallas, TX 75270
[Counsel to Post-Petition DIP Lenders]

| | |
|---|---|
| David M. Klauder<br>J. Caleb Boggs Federal Building<br>Office of the United States Trustee<br>844 N. King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801<br>[United States Trustee] | Michael A. Shiner<br>TUCKER ARENSBERG, P.C.<br>1500 One PPG Place<br>Pittsburgh, PA 15222-5401<br>[Counsel to AXA Belgium, as Successor to Royale Belge SA] |
| Eileen T. McCabe<br>MENDES & MOUNT, LLP<br>750 Seventh Avenue<br>New York, NY 10019<br>[Counsel to AXA Belgium, as Successor to Royale Belge SA] | Elizabeth DeCristofaro<br>FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P.<br>Wall Street Plaza, 23rd Floor<br>New York, NY 10005-1875<br>[Counsel to Continental Casualty Company and Continental Insurance Company] |
| Edward B. Rosenthal<br>ROSENTHAL, MONHAIT & GODDESS, P.A.<br>919 Market Street, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19899<br>[Counsel to Continental Casualty Company and Continental Insurance Company] | Jonathan W. Young<br>Jeff Chang<br>WILDMAN, HARROLD, ALLEN & DIXON LLP<br>225 West Wacker Drive<br>Chicago, IL 60606-1229<br>[Counsel to Continental Casualty Company and Continental Insurance Company] |
| Daniel M. Glosband<br>Brian H. Mukherjee<br>GOODWIN PROCTER LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109<br>[Counsel to Continental Casualty Company and Continental Insurance Company] | Michael S. Giannotto<br>Frederick C. Schafrick<br>GOODWIN PROCTER LLP<br>901 New York Avenue, N.W.<br>Washington, DC 20001<br>[Counsel to Continental Casualty Company and Continental Insurance Company] |
| Barry M. Klayman<br>COZEN O'CONNOR<br>1201 N. Market Street<br>Suite 1400<br>Wilmington, DE 19801<br>[Counsel to Federal Insurance Company] | William P. Shelley<br>Jacob C. Cohn<br>Ilan Rosenberg<br>COZEN O'CONNOR<br>1900 Market Street<br>Philadelphia, PA19103<br>[Counsel to Federal Insurance Company] |

John D. Demmy
STEVENS & LEE, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
[Counsel to Fireman's Fund Insurance Company]

Mark D. Plevin
Leslie A. Davis
Tacie H. Yoon
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
[Counsel to Fireman's Fund Insurance Company]

Leonard P. Goldberger
Marnie E. Simon
STEVENS & LEE, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103-1702
[Counsel to Fireman's Fund Insurance Company]

Michael W. Yurkewicz
KLEHR HARRISON HARVEY & BRANZBURG LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
[Counsel to Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and New England Reinsurance Corporation]

Craig Goldblatt
Nancy L. Manzer
WILMER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
[Counsel to Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and New England Reinsurance Corporation]

William J. Bowman
James P. Ruggeri
Edward B. Parks, II
HOGAN & HARTSON, L.L.P.
555 Thirteenth Street, N.W.
Washington, DC 20004
[Counsel to Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and New England Reinsurance Corporation]

Warren T. Pratt
David P. Primack
DRINKER BIDDLE & REATH LLP
1100 N. Market Street
Wilmington, DE 19801-1254
[Counsel to Government Employees Insurance Company, Republic Insurance Company, n/k/a Star Indemnity & Liability Company, One Beacon America Insurance Company, and Seaton Insurance Company]

Michael F. Brown; Jeffrey M. Boerger
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
18th & Cherry Streets
Philadelphia, PA 19103-6996
[Counsel to Government Employees Insurance Co., Republic Insurance Co., n/k/a Star Indemnity & Liability Co., One Beacon America Insurance Co, and Seaton Insurance Co.]

Jeffrey C. Wisler
Marc J. Phillips
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
[Counsel to Maryland Casualty Company, Zurich Insurance Co., Zurich International (Bermuda) Ltd.]

Edward J. Longosz, II
ECKERT SEAMANS CHERIN & MELLOTT, LLC
1717 Pennsylvania Avenue, N.W.
Suite 1200
Washington, DC 20006
[Counsel to Maryland Casualty Company]

| | |
|---|---|
| Richard A. Ifft<br>Karalee C. Morell<br>WILEY REIN LLP<br>1776 K Street, N.W.<br>Washington, DC 20006<br>[Counsel to Maryland Casualty Company, Zurich Insurance Co., Zurich International (Bermuda) Ltd.] | Ricardo Palacio<br>ASHBY & GEDDES, P.A.<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899<br>[Counsel to National Union Fire Insurance Co. of Pittsburgh, PA] |
| Michael S. Davis<br>ZEICHNER ELLMAN & KRAUSE LLP<br>575 Lexington Avenue<br>New York, NY 10022<br>[Counsel to National Union Fire Insurance Co. of Pittsburgh, PA] | Garvan F. McDaniel<br>BIFFERATO GENTILOTTI LLC<br>800 N. King Street, Plaza Level<br>Wilmington, DE 19801<br>[Counsel to TIG Insurance Company, United States Fire Insurance Company] |
| George R. Calhoun, V<br>STEPTOE & JOHNSON, LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>[Counsel to TIG Insurance Company, United States Fire Insurance Company] | Robert J. Dehney<br>Ann C. Cordo<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street<br>Wilmington, DE 19899<br>[Counsel to Travelers Casualty and Surety Company] |
| Mary Beth Forshaw<br>Katharine A. McLendon<br>Elisa Alcabes<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017-3954<br>[Counsel to Travelers Casualty and Surety Company] | Richard Cobb<br>James S. Green<br>LANDIS RATH & COBB LLP<br>919 Market Street, Suite 1800<br>Post Office Box 2087<br>Wilmington, DE 19899<br>[Counsel to The Bank Lender Group] |
| Stephen J. Shimshak<br>Andrew N. Rosenberg<br>Margaret A. Phillips<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>[Counsel to The Bank Lender Group] | Stuart M. Brown<br>R. Craig Martin<br>EDWARDS ANGELL PALMER & DODGE LLP<br>919 North Market Street<br>15th Floor<br>Wilmington, DE 19801<br>[Counsel to Morgan Stanley Senior Funding, Inc.] |

| | |
|---|---|
| Jeff J. Friedman<br>Noah Heller<br>Merritt A. Pardini<br>KATTEN MUCHIN ROSENMAN LLP<br>575 Madison Avenue<br>New York, NY 10022<br>[Counsel to Morgan Stanley Senior Funding, Inc.] | Christopher D. Loizides<br>LOIZIDES, P.A.<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br>[Counsel to Anderson Memorial Hospital, City of Vancouver, and School District 68 Nanaimo-Ladysmith] |
| Daniel A. Speights<br>C. Alan Runyan<br>SPEIGHTS & RUNYAN<br>200 Jackson Avenue, East<br>Post Office Box 685<br>Hampton, SC 29924<br>[Counsel to Anderson Memorial Hospital, City of Vancouver, and School District 68 Nanaimo-Ladysmith] | John W. Kozyak<br>David L. Rosendorf<br>KOZYAK TROPIN & THROCKMORTON, P.A.<br>2525 Ponce de Leon, 9th Floor<br>Coral Gables, FL 33134<br>[Counsel to Anderson Memorial Hospital] |
| James C. Carignan<br>John H. Schanne II<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 North Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>[Counsel to BNSF Railway Company] | Edward C. Toole, Jr.<br>Linda J. Casey<br>Pepper Hamilton LLP<br>3000 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA 19103<br>[Counsel to BNSF Railway Company] |
| Kathleen M. Miller<br>SMITH, KATZENSTEIN & JENKINS LLP<br>800 Delaware Avenue, Suite 1000<br>P.O. Box 410<br>Wilmington, DE 19899<br>[Counsel to Aaron C. Edwards, James T. Beam, Edward E. Storey, John M. Thomas, Sheila Martin, Kaneb Pipe Line Operating Partnership, L.P., and Support Terminal Services, Inc.] | Sander L. Esserman<br>David J. Parsons<br>STUTZMAN, BROMBERG, ESSERMAN & PLIFKA<br>A PROFESSIONAL CORPORATION<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201<br>[Counsel to Aaron C. Edwards, James T. Beam, Edward E. Storey, John M. Thomas, Sheila Martin, Kaneb Pipe Line Operating Partnership, L.P., and Support Terminal Services, Inc.] |
| Steve A. Peirce<br>FULBRIGHT & JAWORSKI L.L.P.<br>300 Convent Street, Suite 2200<br>San Antonio, TX 78205-3792<br>[Counsel to Kaneb Pipe Line Operating Partnership, L.P., and Support Terminal Services, Inc.] | Toby L. Gerber<br>FULBRIGHT & JAWORSKI L.L.P.<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX 75201<br>[Counsel to Kaneb Pipe Line Operating Partnership, L.P., and Support Terminal Services, Inc.] |

Adam G. Landis
Kerri K. Mumford
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
[Counsel to the Libby Claimants]

Daniel C. Cohn
Christopher M. Candon
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
[Counsel to the Libby Claimants]

David M. Fournier
James C. Carignan
PEPPER HAMILTON LLP
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
[Counsel to Longacre Master Fund, Ltd., Longacre Capital Partners (QP), L.P.]

Robert S. Hertzberg
PEPPER HAMILTON LLP
100 Renaissance Center, Suite 3600
Detroit, MI 48243-1157
[Counsel to Longacre Master Fund, Ltd., Longacre Capital Partners (QP), L.P.]

Francis A. Monaco, Jr.
Kevin J. Mangan
Matthew P. Ward
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
[Counsel to the State of Montana]