<u>EXHIBIT A</u>

**January2011 Fee Detail**

**Matter 3**                                                 **Business Operations**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 1/3/2011 | Complete Fort Peck letter and prepare transmittal (.20); review and respond to inquiries re Holdco matter (.30); review draft Holdco motion prior to client call (.40); confer with R. Higgins re same (.30); confer with client re same (.40); review revised Holdco motion and confer re same (.30); review and respond to further correspondence on Holdco matter (.30). | 2.20 | $625 | $1,375.00 |
| RJH | 1/3/2011 | Review and analyze comments to foreign holding company motion (.40); prepare for and participate in telephone conference with E. Filon and others re same (.80); confer with J. Baer and follow up re same (.40); revise same (2.00). | 3.60 | $475 | $1,710.00 |
| JSB | 1/4/2011 | Review co-counsel comments and concerns re Holdco motion (.40); confer with R. Higgins re same (.30); confer with A. Paul re same (.30); review and respond to correspondence re ART credit agreement (.30); prepare correspondence re new OCP affidavits (.30); review latest version of Holdco motion (.20); confer further re same (.20). | 2.00 | $625 | $1,250.00 |
| RJH | 1/4/2011 | Telephone conference with J. O'Connell re foreign holding company motion (.60); confer with J. Baer re same (.30); telephone conference with A. Paul re same (.50); telephone conference with J. McFarland re same and other issues (.50); telephone conference with E. Filon re same and other issues (.50); revise same (2.20); circulate same to committee and FCR professionals (.30); draft ART credit agreement extension motion (.80). | 5.70 | $475 | $2,707.50 |
| JSB | 1/5/2011 | Review and comment on ART credit agreement motion (.30); review and comment on L/C Facility motion (.30); confer with R. Higgins re LC Facility issues (.20); review correspondence and revised ART and LC motions (.30). | 1.10 | $625 | $687.50 |
| RJH | 1/5/2011 | Revise form of draft order for foreign holding company motion (.50); exchange correspondence with R. Wyron and others re same (.40); draft ART credit agreement extension motion (2.80). | 3.70 | $475 | $1,757.50 |
| JSB | 1/6/2011 | Confer with J. Donley and A. Paul re pension contribution/ funding issues and other company issues re cash management (.50). | .50 | $625 | $312.50 |
| RJH | 1/6/2011 | Revise ART credit agreement extension motion (.40). | .40 | $475 | $190.00 |
| JSB | 1/7/2011 | Confer with J. Posner re CNA non-asbestos coverage, status of analysis, and strategy (.40); review FCR comments to Holdco order and confer re same (.40); review and further respond to correspondence re Holdco issues (.30). | 1.10 | $625 | $687.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 1/7/2011 | Revise ART credit agreement extension motion (1.20); revise foreign holding company motion (1.10); circulate motions to client and debtor professionals for comment (.20); review and analyze FCR comments to form of order re foreign holding company motion (.40); confer with J. Baer re same (.30); telephone conference with client re same (.50); exchange correspondence with various parties re same (.70). | 4.40 | $475 | $2,090.00 |
| RJH | 1/10/2011 | Review and revise ART credit agreement motion and prepare same for filing (1.10); review and analyze comments to foreign holding company motion (.60); prepare for and participate in telephone conference with client and others re same (.70); revise foreign holding company motion (1.30). | 3.70 | $475 | $1,757.50 |
| JSB | 1/12/2011 | Confer with J. McFarland re potential technology transaction (.30). | .30 | $625 | $187.50 |
| RJH | 1/12/2011 | Exchange correspondence with various parties re annual audit letter (.50). | .50 | $475 | $237.50 |
| JSB | 1/13/2011 | Prepare notice re Synthetech merger (.30). | .30 | $625 | $187.50 |
| RJH | 1/13/2011 | Analyze issues re audit letter and exchange correspondence with various parties re same (.30). | .30 | $475 | $142.50 |
| JSB | 1/17/2011 | Review draft Accountant's Letter questionnaire response (.80); prepare revisions to same (1.20); prepare correspondence re same and further respond to inquiries re same (.40); review correspondence re Aon billings (.20). | 2.60 | $625 | $1,625.00 |
| RJH | 1/17/2011 | Analyze issues re annual audit letter (.40); review and revise 10-Q insert re bankruptcy claims matters (.70). | 1.10 | $475 | $522.50 |
| JSB | 1/18/2011 | Confer with Blackstone re Synthetech merger issues (.30). | .30 | $625 | $187.50 |
| JSB | 1/20/2011 | Review materials and response to accountants letter (1.10); begin preparation of same (1.20). | 2.30 | $625 | $1,437.50 |
| RJH | 1/20/2011 | Review and revise draft audit letter (.90). | .90 | $475 | $427.50 |
| JSB | 1/21/2011 | Confer with J. McFarland re Ceratech issues (.20); confer with J. McFarland re Synthetech issues (.20); confer with D. Boll re final accountant's letter and revise same accordingly (.40); review final K & E accountant's letter (.40); prepare final JSB accountant's letter (.60); review and respond to issues re equity purchase (.40); review and prepare follow up correspondence on Synthetech environmental matters (.30). | 2.50 | $625 | $1,562.50 |
| RJH | 1/21/2011 | Confer re audit letter issues and analyze same (.30). | .30 | $475 | $142.50 |
| JSB | 1/24/2011 | Confer with J. McFarland re Ceratech matter (.30); review correspondence re status of various outstanding matters (.20). | .50 | $625 | $312.50 |
| JSB | 1/26/2011 | Confer with R. Higgins re Ceratech alternatives (.30). | .30 | $625 | $187.50 |

2

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 1/26/2011 | Confer with J. Baer re business operations issues and analyze same (.40). | .40 | $475 | $190.00 |
| RJH | 1/28/2011 | Exchange correspondence with various parties re foreign holding company motion and analyze issues re same (.60). | .60 | $475 | $285.00 |
| RJH | 1/31/2011 | Review and analyze client documents re foreign holding company motion (1.10). | 1.10 | $475 | $522.50 |
| Total | | | 42.70 | | $22,682.50 |

**Matter 4**                                           **Case Administration**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 1/3/2011 | Review and analyze re court authority issue and respond to E. Eller re same (.30); review various newly filed pleadings and attend to same (.30); review and revise final Grace hearing agenda for 1/10 hearing and prepare correspondence re same (.30). | .90 | $625 | $562.50 |
| JSB | 1/4/2011 | Confer with clients re status of case and confirmation issues (.40); review and respond to inquiries re CNA status and 1/10 hearing (.30); confer with court re same (.20); prepare further correspondence re same (.20). | 1.10 | $625 | $687.50 |
| JSB | 1/6/2011 | Review OCP list for quarterly report (.30); prepare comments and follow up re same (.30); review newly filed pleadings and entered orders and prepare follow up correspondence re same (.40). | 1.00 | $625 | $625.00 |
| RJH | 1/6/2011 | Prepare fourth quarter 2010 OCP report for filing and exchange correspondence with various parties re same (1.70). | 1.70 | $475 | $807.50 |
| JSB | 1/11/2011 | Participate in Company management call to discuss status (.40); participate in call with co-counsel re status of all matters (.80); confer re case inquiries from various creditor counsel (.40). | 1.60 | $625 | $1,000.00 |
| RJH | 1/11/2011 | Prepare for and participate in internal professionals' telephone conference re case status (.70). | .70 | $475 | $332.50 |
| JSB | 1/14/2011 | Review correspondence re Motley claim assignment (.30); review and respond to various client/ creditor inquiries (.40). | .70 | $625 | $437.50 |
| JSB | 1/18/2011 | Review and respond to various inquiries on case issues (.40); participate in conference with co-counsel re status of all pending matters, especially re confirmation (.50). | .90 | $625 | $562.50 |
| RJH | 1/18/2011 | Prepare for and participate in telephone conference with Debtors' professionals re case status (.50). | .50 | $475 | $237.50 |
| RJH | 1/19/2011 | Telephone conference with D. Armstrong re quarterly reports and related issues and follow up re same (.50). | .50 | $475 | $237.50 |
| RJH | 1/28/2011 | Prepare quarterly settlements report for filing (1.20). | 1.20 | $475 | $570.00 |
| Total | | | 10.80 | | $6,060.00 |

4

**Matter 6**                          **Claim Analysis Objection & Resolution (Non-asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 1/5/2011 | Prepare correspondence to NY Hillside re Daniel affidavit and hearing (.40); revise COC re affidavit on NY Hillside (.80); revise Daniel affidavit with Samson changes and prepare correspondence re same (.70); prepare same for filing and service (.30). | 2.20 | $625 | $1,375.00 |
| RJH | 1/5/2011 | Analyze and resolve various open claims issues and exchange correspondence with various parties re same (.50). | .50 | $475 | $237.50 |
| JSB | 1/6/2011 | Review correspondence re Fair Harbor Credit claims purchases and respond re same (.30). | .30 | $625 | $187.50 |
| RJH | 1/6/2011 | Analyze and resolve various open claims issues and exchange correspondence with various parties re same (.90); legal research re Massachusetts tax settlement issues and draft correspondence re same (.80); telephone conference with C. Finke re same and other issues (.50). | 2.20 | $475 | $1,045.00 |
| RJH | 1/10/2011 | Analyze and resolve various open claims issues (.60). | .60 | $475 | $285.00 |
| RJH | 1/11/2011 | Review and analyze draft stipulation in Locke litigation claim and exchange correspondence with various parties re same (.60). | .60 | $475 | $285.00 |
| JSB | 1/12/2011 | Prepare NY Hillside order and correspondence re same (.50). | .50 | $625 | $312.50 |
| RJH | 1/12/2011 | Analyze and resolve claims issues and confer with J. Baer re same (.50); telephone conference with C. Finke re same (.50). | 1.00 | $475 | $475.00 |
| RJH | 1/18/2011 | Analyze and resolve various open claims issues and exchange correspondence with various parties re same (1.30). | 1.30 | $475 | $617.50 |
| RJH | 1/24/2011 | Resolve issues re Massachusetts tax settlement agreement and exchange correspondence with various parties re same (.80). | .80 | $475 | $380.00 |
| RJH | 1/27/2011 | Analyze and resolve various creditor inquiries and telephone conferences re same (.80). | .80 | $475 | $380.00 |
| Total | | | 10.80 | | $5,580.00 |

**Matter 8**                                      **Employee Benefits**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 1/27/2011 | Confer with R. Higgins re status of pension issues and potential contribution issues (.30). | .30 | $625 | $187.50 |
| RJH | 1/27/2011 | Correspond and confer with J. Forgach re pension matters (.50); analyze issues re same (.30); confer with J. Baer re same (.20). | 1.00 | $475 | $475.00 |
| Total | | | 1.30 | | $ 662.50 |

Matter 11                                    Fee Applications, Applicant

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 1/3/2011 | Prepare November fee detail (.80). | .80 | $475 | $380.00 |
| JSB | 1/6/2011 | Review December fee entries and prepare December expense application (1.50). | 1.50 | $625 | $937.50 |
| RJH | 1/10/2011 | Review and revise December fee detail (1.50). | 1.50 | $475 | $712.50 |
| JSB | 1/11/2011 | Review draft December fee application and revise same (.40). | .40 | $625 | $250.00 |
| RJH | 1/21/2011 | Review and revise December fee detail (1.50). | 1.50 | $475 | $712.50 |
| JSB | 1/24/2011 | Review final December fee application (.30). | .30 | $625 | $187.50 |
| RJH | 1/24/2011 | Prepare December fee application (2.00). | 2.00 | $475 | $950.00 |
| RJH | 1/28/2011 | Prepare December fee application for filing (1.00). | 1.00 | $475 | $475.00 |
| Total | | | 9.00 | | $4,605.00 |

**Matter 13**                                    **Financing**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 1/3/2011 | Prepare motion re L/C facility extension (3.00); telephone conference with J. McFarland re same (.40). | 3.40 | $475 | $1,615.00 |
| RJH | 1/4/2011 | Draft L/C Facility amendment motion (2.40); circulate same to client and Debtor professionals (.20). | 2.60 | $475 | $1,235.00 |
| RJH | 1/5/2011 | Telephone conference with J. O'Connell re L/C Facility amendment motion (.50); revise same and circulate (1.10); telephone conferences with J. McFarland, A. Asharf and E. Filon re same (.70). | 2.30 | $475 | $1,092.50 |
| RJH | 1/6/2011 | Revise L/C Facility Amendment motion (1.10); exchange correspondence with various parties re same (.40); analyze issues re form of order re same and exchange correspondence with various parties re same (.50). | 2.00 | $475 | $950.00 |
| RJH | 1/7/2011 | Review and analyze revised draft L/C Facility Amendment (.80); telephone conferences with J. McFarland re same and other issues (.50); revise L/C Facility Amendment motion and order (2.50); circulate same for comment (.20). | 4.00 | $475 | $1,900.00 |
| RJH | 1/10/2011 | Review and revise L/C Motion and prepare same for filing (.60). | .60 | $475 | $285.00 |
| RJH | 1/25/2011 | Review and analyze issues arising from A. Krieger inquiry re L/C Facility and exchange correspondence with various parties re same (.50). | .50 | $475 | $237.50 |
| RJH | 1/28/2011 | Exchange correspondence with various parties re L/C Facility Amendment issues (.70); analyze and resolve issues re same (.20). | .90 | $475 | $427.50 |
| Total | | | 16.30 | | $7,742.50 |

**Matter 14**                 **Hearings**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 1/7/2011 | Review final hearing agenda and provide comments re same (.20); review and assemble materials for 1/10 omnibus hearing (.50). | .70 | $625 | $437.50 |
| JSB | 1/9/2011 | Review materials in Preparation for January Omnibus hearing re NY Hillside, Canada, and CNA (.50). | .50 | $625 | $312.50 |
| JSB | 1/10/2011 | Confer with Co-counsel, ACC, FCR, and CNA re CNA settlement issues (1.50); prepare for and participate in January Omnibus hearing (2.70); confer re results of same (.30). | 4.50 | $625 | $2,812.50 |
| RJH | 1/10/2011 | Prepare for and participate in omnibus hearing re plan and related issues (2.00). | 2.00 | $475 | $950.00 |
| JSB | 1/28/2011 | Review 2/14 draft agenda and provide comments re same (.40). | .40 | $625 | $250.00 |
| RJH | 1/31/2011 | Prepare L/C Facility amendment documents for filing with CNO and exchange correspondence with various parties re same (.80). | .80 | $475 | $380.00 |
| Total | | | 8.90 | | $5,142.50 |

| | | Matter 15 | Litigation and Litigation Consulting | | | |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 1/3/2011 | Confer with Grace team re CNA settlement reply issues (.50); confer with client re same (.30); confer with R. Higgins re status of various pending matters (.30); prepare affidavit re NY Hillside for Samson (.80); further revise motion for leave to file re CNA (.30); revise NY Hillside affidavit and prepare transmittal re same (.40); prepare amendments re CDN minutes (1.50); revise Notice re same (1.00); review correspondence re Fort Peck and prepare transmittal re same (.30). | 5.40 | $625 | $3,375.00 |
| JSB | 1/4/2011 | Revise Canadian notice and amendment in light of new correspondence from Canada (.80); prepare transmittal re comments on same (.30); revise NY Hillside affidavit in light of client comments (.40); prepare COC for NY Hillside affidavit (.50); revise affidavit and COC and prepare transmittal re same (.60); review Canadian counsel comments on Canadian amendment (.20). | 2.80 | $625 | $1,750.00 |
| RJH | 1/4/2011 | Draft discovery documents in claims litigation (.50). | .50 | $475 | $237.50 |
| JSB | 1/5/2011 | Review status letter re Chawala (.30); review correspondence re Otis settlement (.30); revise Canadian Amendment and Notice re client and co-counsel comments (1.20); prepare transmittal re same (.20); review further comments on Canadian Amendment and incorporate same (.40); prepare transmittal re same (.20). | 2.60 | $625 | $1,625.00 |
| JSB | 1/6/2011 | Review correspondence from GUC's re Mass DEP settlement and prepare correspondence to client re same (.30); review comments on Canadian amendment and confer with co-counsel re same (.40); review further input re CDN Amendments (.30). | 1.00 | $625 | $625.00 |
| JSB | 1/7/2011 | Review draft objection to Libby discovery and prepare comments re same (.30); prepare final comments on Canadian Amendment and prepare transmittal re same (.40). | .70 | $625 | $437.50 |
| JSB | 1/10/2011 | Review correspondence re Otis PPA and consent decree and respond re same (.30). | .30 | $625 | $187.50 |
| JSB | 1/11/2011 | Confer with R. Finke and R. Spense re Samson/Otis issues (.40); review Locke Stipulation and confer re same (.30); review pleadings re Garlock discovery and confer re same (.30). | 1.00 | $625 | $625.00 |
| RJH | 1/11/2011 | Exchange correspondence with J. Hughes re various open claims matters and analyze issues re same (.70). | .70 | $475 | $332.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 1/12/2011 | Review and revise Canadian Officer's Report (.60); review Garlock motion re 2019 issues (.50); confer with Samson and Nustar re EPA issues on PPA and Consent Decree (1.20); review correspondence re Motley Rice settlement and assignment (.30); prepare response re same (.50); review notice to Synthetech merger and prepare correspondence re same (.30). | 3.40 | $625 | $2,125.00 |
| JSB | 1/13/2011 | Review Otis current draft PPA and Consent Decree re EPA/ Samson issues (.30); confer with Samson. NuStar, EPA, and Grace re Otis PPA issues (.60); review further correspondence re issues on MADEP settlement (.20); review further correspondence re Otis PPA (.30); prepare NY Hillside COC and review correspondence re same (.70); confer with J. Young re CNA non-asbestos and workers compensation coverage status (.30); review follow up on CHP assignment and prepare comments re same (.50); review NuStar correspondence re EPA/ Samson agreement issues (.30); review further correspondence re CHP issues (.20); review materials re Canadian Motion on amendments (.40). | 3.80 | $625 | $2,375.00 |
| JSB | 1/17/2011 | Review correspondence on Canadian Amendment (.30); prepare revised Canadian notice of amendment (.80); prepare transmittal re same (.30). | 1.40 | $625 | $875.00 |
| JSB | 1/18/2011 | Review comments on Canadian notice and revise same (.80); prepare transmittal re same (.30). | 1.10 | $625 | $687.50 |
| JSB | 1/19/2011 | Prepare transmittal with final Canadian Notice on Amendment and organize same for filing (.40); prepare correspondence to Court re same (.20); confer with J. Posner re CNA claims and potential buyout discussions (.30); confer with F. Monaco re Canadian amendment issues (.20). | 1.10 | $625 | $687.50 |
| JSB | 1/21/2011 | Confer with T. Cobb re Grace discovery issue (.20); review correspondence re same and prepare transmittal to client (.20); review correspondence re CNA order (.30). | .70 | $625 | $437.50 |
| JSB | 1/24/2011 | Review correspondence from Canadian counsel re claims administrator issues/ information and prepare correspondence re same (.30). | .30 | $625 | $187.50 |
| RJH | 1/24/2011 | Prepare Neutocrete discovery request (.80). | .80 | $475 | $380.00 |
| JSB | 1/25/2011 | Review correspondence re discovery inquiry from T. Cobb and prepare follow up re same (.30); review Negative Notice procedural orders and prepare correspondence re Ceratech matter (.50). | .80 | $625 | $500.00 |
| RJH | 1/25/2011 | Legal research re Neutocrete discovery and related issues and prepare discovery request (5.30). | 5.30 | $475 | $2,517.50 |
| JSB | 1/26/2011 | Review correspondence and revised CHP assignment document (.30). | .30 | $625 | $187.50 |

11

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 1/26/2011 | Prepare Neutocrete discovery request and legal research re same (5.70). | 5.70 | $475 | $2,707.50 |
| JSB | 1/27/2011 | Confer with R. Finke re CHP/ Motley Rice assignment and further review same (.40). | .40 | $625 | $250.00 |
| RJH | 1/27/2011 | Review and revise draft discovery request (4.50); legal research re same (2.30). | 6.80 | $475 | $3,230.00 |
| JSB | 1/28/2011 | Confer with J. McFarland re potential debtor claim (.30); review CHP revised assignment of claim and further revisions and comments re same (.30); confer re same (.20). | .80 | $625 | $500.00 |
| RJH | 1/28/2011 | Revise discovery request (.80). | .80 | $475 | $380.00 |
| JSB | 1/31/2011 | Review draft Neutocrete discovery (.50). | .50 | $625 | $312.50 |
| Total | | | 49.00 | | $27,535.00 |

**Matter 16**                    **Plan and Disclosure Statement**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 1/5/2011 | Review issues re Confirmation Order timing (.30); participate in strategy call with clients re same (1.00). | 1.30 | $625 | $812.50 |
| JSB | 1/6/2011 | Review Plan re interest rate issue and team sheet re same and prepare correspondence re same (.50); review Disclosure Statement and Plan documents further re same (.50). | 1.00 | $625 | $625.00 |
| JSB | 1/7/2011 | Confer with D. Boll re objection chart and discussions re CNA objections (.30); review materials in preparation for conferences with client and co-counsel re alternative for cash pending confirmation and related issues (1.00); participate in conference with J. Donley and A. Paul re same (.50); review documents re precedent on paying claims (.40); confer with client and co-counsel re claims concept, Plan timing, and related issues (.70). | 2.90 | $625 | $1,812.50 |
| JSB | 1/12/2011 | Review materials re D. Ct appeal issues (.30); confer with counsel for Garlock re Plan objections, status, and related issues (.30); prepare correspondence re same (.30); follow up on PC objections and Plan re Garlock (.20); review and respond to discussions re Garlock status and objections (.50). | 1.60 | $625 | $1,000.00 |
| JSB | 1/13/2011 | Review correspondence re status of discussions re objectors (.30). | .30 | $625 | $187.50 |
| JSB | 1/14/2011 | Review and respond to correspondence re Confirmation Order issues (.40); further confer re same (.20); review and respond to correspondence re same (.40). | 1.00 | $625 | $625.00 |
| JSB | 1/17/2011 | Review correspondence re confirmation order inquiries and prepare follow up re same (.40); review revised confirmation order and prepare follow up re same (.80); prepare transmittal re same (.30); review and respond to further inquiries re same (.30); confer with co-counsel re same (.40). | 2.20 | $625 | $1,375.00 |
| JSB | 1/19/2011 | Review and respond to various correspondence re record on appeal and related issues (.50). | .50 | $625 | $312.50 |
| RJH | 1/19/2011 | Review and analyze plan confirmation issues and exchange correspondence with various parties re same (.60). | .60 | $475 | $285.00 |
| JSB | 1/20/2011 | Confer with R. Higgins re conference with co-counsel, ACC, and FCR re status and potential procedure and timing post confirmation (.40); review further correspondence re same (.30). | .70 | $625 | $437.50 |
| RJH | 1/20/2011 | Review and analyze plan confirmation documents and confer with J. Baer re same (1.10). | 1.10 | $475 | $522.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 1/21/2011 | Review/ revise Confirmation checklist (.30); assemble documents to update same (.30); review appeal chronology and comments re same (.40). | 1.00 | $625 | $625.00 |
| RJH | 1/21/2011 | Analyze various plan-related documents re confirmation issues (1.20). | 1.20 | $475 | $570.00 |
| JSB | 1/24/2011 | Review R. Finke memo re Confirmation Date deadlines and review materials re same (.40); review correspondence and draft appellate timeline (.30); review follow up correspondence re same (.30). | 1.00 | $625 | $625.00 |
| RJH | 1/24/2011 | Consider confirmation and appeal issues and review relevant documents re same (.90). | .90 | $475 | $427.50 |
| JSB | 1/25/2011 | Confer with J. Donley re status of confirmation and related issues (.20); review correspondence re same (.30); participate in call with ACC and FCR re status and potential procedure upon entry of confirmation order (1.00); review Court docket and orders to provide information re Court procedures (.50); participate in call with Grace re status of confirmation and potential timing issues (.50); review and respond to correspondence re record on appeal, admitted exhibits, contacts, and related issues re confirmation (.70) | 3.20 | $625 | $2,000.00 |
| JSB | 1/26/2011 | Confer with R. Baker re information for Confirmation Order (.20); Confer with J. Donley re same (several conversations) (.50); prepare correspondence re same (.30); review Grace Plan objections service list, prepare correspondence, and confer re same (.80); review draft 524(g) list for Court (.30); confer with co-counsel re comments to same (.50); numerous conferences with co-counsel and plan proponents re 524(g) list (.60); review various drafts re same (.70); review correspondence re R. Finke Medicare issues and respond re same (.40); prepare correspondence to court and final revisions to 524(g) list (.50). | 4.80 | $625 | $3,000.00 |
| RJH | 1/26/2011 | Analyze and resolve confirmation issues and confer re same (.30). | .30 | $475 | $142.50 |
| JSB | 1/27/2011 | Confer with D. Turetsky re status (.20); review correspondence from J. Donley re potential confirmation appeal briefing issues (.30); confer with D. Boll re status of Plan issues (.30); confer with client and co-counsel re confirmation and appeal briefing schedule issues (.90); follow up on issues re same (.60) prepare transmittal information re confirmation and follow up further re same (.40); review correspondence re contacts for Confirmation and appeals (.30). | 3.00 | $625 | $1,875.00 |

14

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 1/28/2011 | Confer with J. Donley and D. Boll re Plan/Confirmation issues and planning (.50); review and respond to correspondence re same (.40); review numerous correspondences re Confirmation order and respond to same (.60); confer with J. Donley re contingency plans (.30). | 1.80 | $625 | $1,125.00 |
| JSB | 1/31/2011 | Review correspondence re confirmation related issues (.70); confer with R. Baker, D. Boll, and D. Turetsky re confirmation order questions (.70); prepare correspondence re same (.30); review and respond to numerous questions/ comments re Confirmation Order (.50); confer with clients and co-plan proponents re status re confirmation and next steps (.50); prepare transmittals re confirmation order and opinion (.40); confer re same (.40); review confirmation opinion and order (2.20); review comments re same from various parties (.50); confer with A. Paul and D. Boll re same (.30). | 6.50 | $625 | $4,062.50 |
| RJH | 1/31/2011 | Review and analyze confirmation order and related opinion and confer re same (2.00). | 2.00 | $475 | $950.00 |
| Total | | | 38.90 | | $23,397.50 |

**Matter 20**                                 **Travel – Non-Working**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 1/9/2011 | Travel from Chicago to Pittsburgh for January Omnibus hearing (2.50). (billed at half time) | 2.50 | $625 | $1,562.50 |
| JSB | 1/10/2011 | Travel from Pittsburgh back to Chicago after hearing (2.50). (billed at half time) | 2.50 | $625 | $1,562.50 |
| Total | | | 5.00 | | $3,125.00 |