<u>**EXHIBIT B**</u>

**January 2011 Expense Detail**

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Long Distance/Conference Telephone Charges | $410.46 |
| Online research | $394.08 |
| Delivery services/messengers | $51.78 |
| Out-of-town travel | $1,136.66 |
| Meals | $33.76 |
| Litigation support vendors | $5,857.60 |
| Total: | $7,884.34 |

## TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| 1/10/2011 | $810.40 | United Airlines - JSB Round-trip Airfare to/from Pittsburgh for Grace Omnibus hearing |
| 1/10/2011 | $33.76 | Dinner at Westin Convention Center for JSB prior to Grace Omnibus hearing |
| 1/11/2011 | $295.26 | Westin Convention Center - JSB Hotel in Pittsburgh for Grace Omnibus hearing |
| 1/11/2011 | $31.00 | Parking at O'Hare for JSB re Grace Omnibus hearing travel |
| Total | $1,170.42 | |

## NON-TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| 1/8/2011 | $51.78 | Federal Express - Charges re Litigation documents |
| 1/26/2011 | $5,857.60 | Phase Eleven Consultants - Paralegal charges re Neutocrete Discovery assistance |
| 1/31/2011 | $394.08 | Lexis/Nexis - January charges for Grace |
| 1/31/2011 | $130.38 | InterCall - January Conference call charges for Grace |
| 1/31/2011 | $280.08 | T-Mobil - International roaming charges for Grace re December calls |
| Total | $6,713.92 | |

Total January2011 Expenses: $7,884.34