IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 01-1139 |
| W.R. GRACE & CO., et al., | : |
| | : MISCELLANEOUS NO. 11-42 |
| Debtors | : |

### ORDER

The Honorable Judith K. Fitzgerald has previously set February 28, 2011 as the deadline for filing Rule 9033 objections (if any) relating to the Confirmation Order in the above matter, with any responses due on March 14, 2011. However, Plan Proponents have stipulated that, and this Court hereby orders that, Rule 9033 objections need not be filed, and all objections that may be or could have been asserted in Rule 9033 objections are preserved and may be argued as part of the appellate briefing filed pursuant to Bankruptcy Rules 8001 *et seq.* To the extent any party nevertheless chooses to file Rule 9033 objections on or before February 28, 2011, both that party's objections and Plan Proponents' responses may be filed in summary fashion, briefly stating the bases for the respective objections and responses, with detailed briefing and support reserved for the appellate briefs regarding the Confirmation Order to be filed with this Court.

IT IS SO **ORDERED** this 23rd day of February, 2011.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S. J.