# Saul Ewing LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA  22902

| | |
|---|---|
| Invoice Number | 2119600 |
| Invoice Date | 02/11/11 |
| Client Number | 359022 |
| Matter Number | 00014 |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Photocopying | 27.00 |
| Overtime | 140.43 |
| Federal Express | 59.58 |
| CURRENT EXPENSES | 227.01 |

| | |
|---|---|
| **TOTAL AMOUNT OF THIS INVOICE** | 227.01 |
| **NET AMOUNT OF THIS INVOICE** | 227.01 |

P.O. Box 1266 ◆ Wilmington, DE 19899-1266 ◆ Phone: (302) 421-6800 ◆ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ◆ Wilmington, DE 19801-1611

DELAWARE      MARYLAND      NEW JERSEY      NEW YORK      PENNSYLVANIA      WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP



Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | |
| c/o R. Ted. Wechsler, Chairman | |
| Peninsula Capital Advisors LLC | |
| 404B East Main Street | |
| Charlottesville, VA 22902 | |

| | |
|---|---|
| Invoice Number | 2119599 |
| Invoice Date | 02/11/11 |
| Client Number | 359022 |
| Matter Number | 00004 |

Re:   Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/03/11 | TKD | Review all case filings and share with team | 0.4 | 250.00 |
| 01/04/11 | TKD | Review all case filings and share with team | 0.4 | 250.00 |
| 01/05/11 | TKD | Review all filings and share with team | 0.5 | 312.50 |
| 01/07/11 | TKD | Review all filings and share with our team | 0.5 | 312.50 |
| 01/10/11 | TKD | Review all case filings and share with team | 0.3 | 187.50 |
| 01/12/11 | TKD | Review all filings and share with team | 0.3 | 187.50 |
| 01/13/11 | TKD | Review all filings and share with team | 0.3 | 187.50 |
| 01/17/11 | TKD | Review all case filings and share with team | 0.5 | 312.50 |
| 01/19/11 | TKD | Review all filings and share with team | 0.2 | 125.00 |
| 01/20/11 | TKD | Review all filings and share with team | 0.2 | 125.00 |
| 01/20/11 | TKD | Review all case filings and share with team | 0.3 | 187.50 |
| 01/21/11 | TKD | Review all filings and share with team | 0.4 | 250.00 |
| 01/25/11 | TKD | Review all case filings and share with team | 0.2 | 125.00 |
| 01/26/11 | TKD | Review all ecf filings and share with David Blabey | 0.4 | 250.00 |
| 01/28/11 | TKD | Review all filings and share with David Blabey | 0.5 | 312.50 |
| 01/31/11 | TKD | Review all ecf filings and share with our team | 0.4 | 250.00 |

TOTAL HOURS          5.8

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE     MARYLAND     NEW JERSEY     NEW YORK     PENNSYLVANIA     WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00004
02/11/11

WR Grace - Official Committee of Equity Security Holders    Invoice Number  2119599
Case Administration                                                                              Page 2

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
| --- | --- | --- | --- | --- | --- |
| Teresa K.D. Currier | 5.8 | at | $625.00 | = | 3,625.00 |

CURRENT FEES                                                                                   3,625.00

**TOTAL AMOUNT OF THIS INVOICE**                                              3,625.00

**NET AMOUNT OF THIS INVOICE**                                                 3,625.00

**Saul Ewing LLP**

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2119601 |
| Invoice Date | 02/11/11 |
| Client Number | 359022 |
| Matter Number | 00015 |

Re:  Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/04/11 | TKD | Review and approve our fee application for filing | 0.3 | 187.50 |
| 01/04/11 | TBB | Draft Saul Ewing's seventeenth monthly fee application | 0.8 | 144.00 |
| 01/04/11 | TBB | File and serve Saul Ewing's seventeenth monthly fee application | 0.5 | 90.00 |
| 01/24/11 | TBB | Draft Saul Ewing's Eighteenth Monthly Fee Application | 0.8 | 144.00 |
| 01/25/11 | TBB | Draft Certificate of No Objection to Saul Ewing's Seventeenth Monthly Fee Application | 0.3 | 54.00 |
| 01/25/11 | TBB | Review docket for objection to Saul Ewing's Seventeenth Monthly Fee Application. | 0.2 | 36.00 |
| 01/26/11 | TBB | File and serve Saul Ewing's 18th monthly fee application | 0.5 | 90.00 |
| 01/26/11 | TBB | File and serve CNO to Saul Ewing's 17th monthly fee application | 0.5 | 90.00 |
| | | **TOTAL HOURS** | **3.9** | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 3.6 | at | $180.00 | = | 648.00 |
| Teresa K.D. Currier | 0.3 | at | $625.00 | = | 187.50 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00015
02/11/11

WR Grace - Official Committee of Equity Security Holders    Invoice Number  2119601
Fee Applications/Applicant                                                    Page 2

CURRENT FEES                                                                    835.50

**TOTAL AMOUNT OF THIS  INVOICE**                                               835.50

**NET AMOUNT OF THIS INVOICE**                                                  835.50

**Saul Ewing** LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | | |
|---|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number | 2119602 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date | 02/11/11 |
| Peninsula Capital Advisors LLC | Client Number | 359022 |
| 404B East Main Street | Matter Number | 00016 |
| Charlottesville, VA 22902 | | |

Re: Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/03/11 | TKD | Communication with David Blabey about CNOs for fee application | 0.2 | 125.00 |
| 01/21/11 | TBB | Draft CNO to Kramer Levin's 111th monthly fee application | 0.4 | 72.00 |
| 01/21/11 | TBB | Check docket for any objections to Kramer Levin's fee application | 0.2 | 36.00 |
| 01/21/11 | TBB | File and serve CNO to Kramer Levin's monthly fee application | 0.5 | 90.00 |
| | | TOTAL HOURS | 1.3 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 1.1 | at | $180.00 | = | 198.00 |
| Teresa K.D. Currier | 0.2 | at | $625.00 | = | 125.00 |
| CURRENT FEES | | | | | 323.00 |

P.O. Box 1266 ◆ Wilmington, DE 19899-1266 ◆ Phone: (302) 421-6800 ◆ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ◆ Wilmington, DE 19801-1611

DELAWARE     MARYLAND     NEW JERSEY     NEW YORK     PENNSYLVANIA     WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

WR Grace - Official Committee of Equity Security Holders  Invoice Number  2119602
Fee Applications/Others                                                              Page 2


**TOTAL AMOUNT OF THIS INVOICE**                                              323.00


**NET AMOUNT OF THIS INVOICE**                                                 323.00

**Saul Ewing** LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | |
| c/o R. Ted. Wechsler, Chairman | |
| Peninsula Capital Advisors LLC | |
| 404B East Main Street | |
| Charlottesville, VA 22902 | |

| | |
|---|---|
| Invoice Number | 2119603 |
| Invoice Date | 02/11/11 |
| Client Number | 359022 |
| Matter Number | 00020 |

Re:   Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH  01/31/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/07/11 | TKD | Review Objections to Libby Discovery; communicate with David Blabey | 0.4 | 250.00 |
| 01/19/11 | TKD | Review Notice of amendment to the Canadian ZAI Minutes of Settlement, approved same for filing | 0.3 | 187.50 |
| 01/31/11 | TKD | Review Press Release and summary of confirmation order and opinion | 0.4 | 250.00 |
| | | TOTAL HOURS | 1.1 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 1.1 | at | $625.00 | = | 687.50 |

CURRENT FEES                                                                                    687.50

**TOTAL AMOUNT OF THIS  INVOICE**                                         687.50

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE      MARYLAND      NEW JERSEY      NEW YORK      PENNSYLVANIA      WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00020
02/11/11

WR Grace - Official Committee of Equity Security Holders    Invoice Number  2119603
Plan and Disclosure Statement                                                    Page 2


**NET AMOUNT OF THIS INVOICE**                                                    687.50