**EXHIBIT A**

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

February 25, 2011

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 562558
056772

### CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

**056772-00001/CASE ADMINISTRATION**

| | |
|---|---|
| FEES........................................................................................................... | $641.00 |
| DISBURSEMENTS ..................................................................................... | 83.40 |
| MATTER TOTAL......................................................................................... | $724.40 |

**056772-00007/REORGANIZATION PLAN**

| | |
|---|---|
| FEES........................................................................................................... | $13,512.00 |
| DISBURSEMENTS ..................................................................................... | 0.00 |
| MATTER TOTAL......................................................................................... | $13,512.00 |

**056772-00008/FEE APPLICATIONS, APPLICANT**

| | |
|---|---|
| FEES........................................................................................................... | $524.00 |
| DISBURSEMENTS ..................................................................................... | 0.00 |
| MATTER TOTAL......................................................................................... | $524.00 |

**056772-00019/HEARINGS**

| | |
|---|---|
| FEES........................................................................................................... | $1,825.50 |
| DISBURSEMENTS ..................................................................................... | 0.00 |
| MATTER TOTAL......................................................................................... | $1,825.50 |
| CLIENT GRAND TOTAL............................................................................ | $16,585.90 |

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| To: | Citibank, N.A. |
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 37613572 |
| By Order of: | Invoice No. 562558 |
| Citibank Contact: | Deborah Hosking (212) 559-8634 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

Kramer Levin Naftalis & Frankel LLP                                    Page No. 2

W.R. GRACE & CO. EQUITY COMMITTEE                                      February 25, 2011
056772-00001                                                           Invoice No. 562558

## CASE ADMINISTRATION

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/05/11 | CHAIKIN, REBECCA B. | Create L Drive folder for case materials (.1) and pull case briefs and create binders for same (1.3). | 1.40 | 406.00 |
| 01/06/11 | CHAIKIN, REBECCA B. | Assemble pendency interest binders for D. Blabey | 0.50 | 145.00 |
| 01/27/11 | CHOUPROUTA, ANDREA | Supplement pendency interest binders. Coordinate copying and binding of same. | 0.30 | 90.00 |
| **TOTAL HOURS AND FEES** | | | **2.20** | **$641.00** |

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| PHOTOCOPYING | 33.10 |
| WESTLAW ON-LINE RESEARCH | 50.30 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$83.40** |

**TOTAL FOR THIS MATTER**                                              **$724.40**

Kramer Levin Naftalis & Frankel LLP                          Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE                            February 25, 2011
056772-00007                                                 Invoice No. 562558

**REORGANIZATION PLAN**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/04/11 | BLABEY, DAVID E | Review reply briefs to motion to approve CNA settlement. | 1.00 | 655.00 |
| 01/05/11 | BENTLEY, PHILIP | Trade emails re plan issues | 0.10 | 83.00 |
| 01/05/11 | BLABEY, DAVID E | Review briefs regarding post petition interest (1.6) and notes of confirmation hearing (1.9) in preparation for potential appeal; review Debtors motion to create a foreign subsidiary holding company structure (.4) and email to client re same (.1). | 4.00 | 2,620.00 |
| 01/11/11 | BLABEY, DAVID E | Review Garlock motion regarding access to information (.5); review financing motions (.4). | 0.90 | 589.50 |
| 01/18/11 | BLABEY, DAVID E | Research issues for potential appeal of confirmation order. | 0.50 | 327.50 |
| 01/21/11 | BLABEY, DAVID E | Review proposed orders regarding CNA settlement. | 0.20 | 131.00 |
| 01/26/11 | BENTLEY, PHILIP | Conf David Blabey (1), and review memos and other docs, re confirmation and anticipated appeal issues (1.1) | 2.10 | 1,743.00 |
| 01/26/11 | BLABEY, DAVID E | Discuss appellate issues with P. Bentley (.1); email to Y. Chernyak re case status (.5); review plan and disclosure statement and tdp regarding potential appellate issues and email to P. Bentley re same (1.5). | 3.00 | 1,965.00 |
| 01/27/11 | BENTLEY, PHILIP | Discs David Blabey and trade emails with Jeff Trachtman re PPI issues | 0.20 | 166.00 |
| 01/31/11 | BLABEY, DAVID E | Call with Plan Proponents regarding confirmation order (.3); review confirmation opinion and order (2.7), draft summary re same (1), review case law cited therein (1) and discuss with P. Bentley (.2). | 5.20 | 3,406.00 |
| 01/31/11 | BENTLEY, PHILIP | Review bankruptcy court's confirmation decision and analyze appeal issues (1.7); conf call with plan proponents (.3) and discs Ted Weschler and David Blabey re same (.2). | 2.20 | 1,826.00 |

**TOTAL HOURS AND FEES**                                     <u>19.40</u>   <u>$13,512.00</u>

**TOTAL FOR THIS MATTER**                                              <u>$13,512.00</u>

| Kramer Levin Naftalis & Frankel LLP | Page No. 4 |
|---|---|
| W.R. GRACE & CO. EQUITY COMMITTEE | February 25, 2011 |
| 056772-00008 | Invoice No. 562558 |

**FEE APPLICATIONS, APPLICANT**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/31/11 | BLABEY, DAVID E | Prepare December fee application. | 0.80 | 524.00 |
| **TOTAL HOURS AND FEES** | | | **0.80** | **$524.00** |

**TOTAL FOR THIS MATTER**                                         **$524.00**

Case 01-01139-AMC    Doc 26448-2    Filed 03/01/11    Page 6 of 6

Kramer Levin Naftalis & Frankel LLP                                    Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE                                      February 25, 2011
056772-00019                                                           Invoice No. 562558

**HEARINGS**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/05/11 | WIERMAN, LAUREN E | Correspond with courtcall to schedule telephonic appearances. | 1.50 | 450.00 |
| 01/10/11 | BLABEY, DAVID E | Attend hearing on CNA settlement. | 2.10 | 1,375.50 |
| **TOTAL HOURS AND FEES** | | | **3.60** | **$1,825.50** |

**TOTAL FOR THIS MATTER**                                $1,825.50