**EXHIBIT B**

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    1
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/28/2011 16:02:25

Matter No: 056772-00001                                                    Orig Prtnr : CRED. RGTS     - 06975        Proforma Number:    3123551
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                            Status      : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services
========================================================================================================================================
                                               PRE-BILLING SUMMARY REPORT

       UNBILLED TIME FROM:                                       TO:
       UNBILLED DISB FROM:   01/27/2011                          TO:  01/31/2011

                             FEES                    COSTS

 GROSS BILLABLE AMOUNT:       0.00                   83.40
 AMOUNT WRITTEN DOWN:
             PREMIUM:
      ON ACCOUNT BILLED:
 DEDUCTED FROM PAID RETAINER:
       AMOUNT BILLED:
           THRU DATE:                             01/31/2011
 CLOSE MATTER/FINAL BILLING?  YES OR NO
 EXPECTED DATE OF COLLECTION:

 BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

 BILLING COMMENTS:

========================================================================================================================================

                             ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH

         FEES:                         0.00       UNIDENTIFIED RECEIPTS:        0.00
 DISBURSEMENTS:                       83.40       PAID FEE RETAINER:            0.00
   FEE RETAINER:                       0.00       PAID DISB RETAINER:           0.00
  DISB RETAINER:                       0.00       TOTAL AVAILABLE FUNDS:        0.00
 TOTAL OUTSTANDING:                   83.40       TRUST BALANCE:
                                                  BILLING HISTORY
                                                  ---------------
 DATE OF LAST BILL:          01/28/11        LAST PAYMENT DATE:           02/07/11
 LAST BILL NUMBER:           560649 ACTUAL FEES BILLED TO DATE:         362,022.00
                                        ON ACCOUNT FEES BILLED TO DATE:       0.00
                                           TOTAL FEES BILLED TO DATE:   362,022.00
 LAST BILL THRU DATE:        12/31/10        FEES WRITTEN OFF TO DATE:   85,614.00
                                             COSTS WRITTEN OFF TO DATE:  23,597.24
                             Write Down/Up Reason Codes:
 FOR ACCTG USE ONLY:
                             (1) Exceeded Fixed Fee       (4) Excessive Legal Time   (7) Fixed Fee
                             (2) Late Time & Costs Posted (5) Business Development   (8) Premium
                             (3) Pre-arranged Discount    (6) Summer Associate       (9) Rounding    (10) Client Arrangement

 BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    2
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/28/2011 16:02:25

Matter No: 056772-00001                               Orig Prtnr : CRED. RGTS - 06975           Proforma Number:   3123551
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE       Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                      Status      : ACTIVE

U N B I L L E D    C O S T S    S U M M A R Y  ---------- Total Unbilled ----------
Code  Description                              Oldest      Latest       Total
                                               Entry       Entry        Amount
----  -----------                              ------      ------       ------
0820  PHOTOCOPYING                             01/27/11    01/27/11      33.10
0917  WESTLAW ON-LINE RESEARCH                 01/31/11    01/31/11      50.30

             Total                                                       83.40


U N B I L L E D    C O S T S    D E T A I L
Description/Code
------------------
                                               Employee                 Date          Amount      Index#    Batch No  Batch Date
                                               --------                 ----          ------      ------    --------  ----------
PHOTOCOPYING           0820
  PHOTOCOPYING
     CHOUPROUTA, ANDREA                        CHOUPROUTA, A C          01/27/11       33.10      9268761   1021802   01/28/11

                               0820 PHOTOCOPYING Total :                               33.10

WESTLAW ON-LINE RESEARCH     0917
  WESTLAW ON-LINE RESE                         BLABEY, D E              01/31/11       50.30      9274073   1025400   02/01/11
                               0917 WESTLAW ON-LINE RESE Total :                       50.30


                   Costs Total :                                                       83.40
```

alp_132r: Matter Detail                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                            PAGE    3
                                                          *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/28/2011 16:02:25

Matter No: 056772-00001                                       Orig Prtnr : CRED. RGTS     - 06975        Proforma Number:    3123551
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status        : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount                  Bill            W/o / W/u        Transfer To    Clnt/Mtr   Carry Forward
-------------------------   ----------            ----------         -----------      -----------   ---------   -------------

0820 PHOTOCOPYING              33.10              _____         _____      _____   _____   _____

0917 WESTLAW ON-LINE RESEARCH  50.30              _____         _____

        Costs Total :          83.40