IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 1st day of March, 2011, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

>DEBTORS', OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS', AND ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE'S JOINT COUNTER DESIGNATION OF RECORD ON APPEAL FROM ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN W. R. GRACE & CO. AND THE CNA COMPANIES.

/s/ James E. O'Neill
James E. O'Neill (Bar No. 4042)

91100-001\DOCS_DE:152091.81

WR Grace – CNA Appeal Service List
Case No. 01-1139
Document No. 168168
08 – Hand Delivery
13 – First Class Mail

**Hand Delivery**
(Counsel for Libby Claimants)
Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE  19801

**Hand Delivery**
(Counsel for David T. Austern)
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806

**Hand Delivery**
(Counsel for Asbestos PD Committee)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE  19899

**Hand Delivery**
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE  19801

**Hand Delivery**
(Counsel for CNA Financial Corporation)
Edward B. Rosenthal, Esquire
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE  19899-1070

**Hand Delivery**
(Counsel for Asbestos PI Committee)
Mark Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, #300
Wilmington, DE  19801

**Hand Delivery**
(Counsel for PD Future Claimants' Representative)
Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE  19899

**Hand Delivery**
(Counsel for BNSF)
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709

**First Class Mail**
(Co-Counsel for Debtor)
Lisa G. Esayian, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL  60654

**First Class Mail**
(Counsel for the Libby Mine Claimants)
Daniel C. Cohn, Esquire
Murtha Cullina, LLP
99 High Street, 20th Street
Boston, MA  02110

**First Class Mail**
(Counsel for the CAN Companies)
Jonathan W. Young
Jeff Chang, Esquire
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

**First Class Mail**
(Counsel for The CNA Companies)
Michael S. Giannotto, Esquire
Frederick C. Schafrick, Esquire
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, DC  20001

**First Class Mail**
(Counsel for Asbestos PI Committee)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152-3500

**First Class Mail**
(Counsel for Debtor)
Jan Baer, Esquire
The Law Offices of Janet S. Baer, P.C.
70 West Madison Street, Suite 2100
Chicago, IL  60602

**First Class Mail**
(Counsel for The CAN Companies)
Elizabeth DeCristofaro, Esquire
Ford Marrin Esposito Witmeyer & Gleser, LLP
Wall Street Plaza, 23rd Floor
New York, NY  10005-1875

**First Class Mail**
(Counsel for State Street Global Advisors)
Daniel M. Glosband, P.C.
Goodwin Procter LLP
Exchange Place
Boston, MA  02109

**First Class Mail**
(Counsel for David Austern, the Future Claimants' Representative)
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Debra L. Felder, Esquire
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC  20005-1706

**First Class Mail**
(Counsel for Official Committee of Asbestos Personal Injury Claimants)
Peter Van N. Lockwood, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

**First Class Mail**
(Counsel for Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Blvd, Suite 2500
Miami, FL  33131

**First Class Mail**
(Counsel for PD Future Claimants')
Alan B. Rich, Esquire
Law Office of Alan B. Rich
1201 Elm Street, Suite 4244
Dallas, TX  75270

**First Class Mail**
(Counsel for BNSF Railway Company)
Linda J. Casey, Esquire
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103