**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| ***Debtors.*** | § | **Jointly Administered** |
| | § | |
| | § | **Objection Deadline: 3/21/2011; 4:00 PM ET** |
| | § | **Hearing Date: TBD (if needed)** |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE THIRTIETH MONTHLY INTERIM PERIOD FROM FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011**

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr.,<br>Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | February 1, 2011 through February 28, 2011 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $17,992.00 [80% of $22,490.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $1,509.34 |

This is a(n): ☒Monthly ☐Interim ☐Final Application

PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

[1] At 80% of the total incurred.

| | | | | | |
|---|---|---|---|---|---|
| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | CNO Filed | CNO Filed |
| | | | | | |

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 26 years, and his billing rate is $650 per hour. In this Application period Mr. Rich billed 34.6 hours,[2] for a total amount billed of $22,490.00 of which 80% is currently sought, in the amount of $17,992.00, plus 100% of the expenses incurred during this period, in the amount of $1,509.34, for a total currently sought of $19,501.34.

[2] Travel Time is included in this figure at 50% of actual time.

As stated above, this is the Thirtieth application for monthly fees and expenses. The time for preparation of this Application is approximately 1.5 hour, for which $975.00 will be requested in a future application.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 24.3 | $15,795.00 |
| Travel | 10.6 (@100%) | $3,445.00 (@50%) |
| Fee Application Matters (monthly and quarterly, incl. FCR's) | 5.0 | $3,250.00 |
| TOTAL | 39.9 | $22,490.00 |

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel<br>Courtcall | $1,472.34<br>$37.00 |
| TOTAL | $1,509.34 |

//
//
//
//
//
//
//
//
//
//
//
//
//
//

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**CERTIFICATE OF SERVICE**

I certify that on the 1st day of March, 2011, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

# EXHIBIT A

ALAN B. RICH
*Attorney and Counselor*
4244 Renaissance Tower
1401 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

# INVOICE FOR PROFESSIONAL SERVICES (February, 2011)

**Client**

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

**Matter**

***In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)**

| Date | Services Performed | Time |
|---|---|---|
| 2/1/2011 | Continued Review and Analysis of Judge Fitzgerald's Memorandum Opinion and Recommended Findings and Conclusions on Confirmation of Plan | 2.0 |
| 2/1/2011 | Prepare and file 29th Monthly Fee Application and Notice | 1.2 |
| 2/1/2011 | Review CNO re First Amendment to Postpetition Letter of Credit Facility | 0.2 |
| 2/1/2011 | Review Notice of Appeal (BNSF) from Order approving CNA Settlement | 0.1 |
| 2/1/2011 | Emails to and from R. Schiro (Class 7A PD Trustee) re Orders recommending confirmation of plan | 0.1 |
| 2/2/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 2/3/2011 | Status Conference Order from USDC | 0.1 |

| | | |
|---|---|---|
| 2/3/2011 | Emails from Debtors' counsel re status conference and email to client re same | 0.1 |
| 2/3/2011 | Prepare, file and serve 21st Monthly Fee Application of PD FCR and Notice | 0.7 |
| 2/4/2011 | Review Notice of Appeal of Lib by Claimants from Order Approving CNA Settlement | 0.1 |
| 2/4/2011 | Review Joinder of Motley Rice to briefs filed by other firms re Garlock 2019 Motion | 0.1 |
| 2/4/2011 | Review Order authorizing Debtors to enter Stipulation resolving claims of the Massachusetts DEP | 0.1 |
| 2/4/2011 | Review Final Order Authorizing First Amendment to Post-Petition LOC facility | 0.1 |
| 2/4/2011 | Review Order Extending term of Advanced Refineries credit agreement | 0.1 |
| 2/4/2011 | Conference with client re status conference . | 0.1 |
| 2/4/2011 | Review Garlock's Motion for Leave to file Reply re 2019 access motion | 0.6 |
| 2/4/2011 | Review Clerk's Notice re Libby appeal | 0.1 |
| 2/5/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 2/6/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 2/7/2011 | Prepare, file and serve 9th Quarterly Fee Application of PD FCR and Notice | 0.7 |
| 2/7/2011 | Prepare, file and serve 9th Quarterly Fee Application and Notice | 2.0 |
| 2/7/2011 | Review Agenda for February Omnibus hearing | 0.1 |
| 2/7/2011 | Review ACC Objection to Garlock 2019 access motion | 0.5 |
| 2/8/2011 | Review Miscellaneous ECF Notices | 0.1 |

| | | |
|---|---|---|
| 2/9/2011 | Review Order Granting Garlock leave to file reply | 0.1 |
| 2/9/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 2/10/2011 | Review 2011 Pension Plan presentation | 0.5 |
| 2/10/2011 | Review motion of Plan Proponents to Clarify 1/31/11 Orders | 0.3 |
| 2/10/2011 | Review AXA et al motion to extend deadlines and motion to shorten notice thereof | 0.3 |
| 2/10/2011 | Review Amended Agenda for February Omnibus hearing | 0.1 |
| 2/10/2011 | Review BNSF Motion to Reconsider | 0.4 |
| 2/10/2011 | Order Shortening Notice With Respect to Precautionary Motion for Extension of Time to File Objectdions to or Appeal From Memorandum Opinion and Recommended Findings of Fact and Conclusions of Law | 0.1 |
| 2/11/2011 | Email from J. Baer re status conference | 0.1 |
| 2/11/2011 | Review Anderson Memorial Hospital's Motion to (1) Extend Time for Filing Objections, to Extent Applicable; and (2) to Clarify Time for Filing Notice of Appeal, to Extent Applicable, with Respect to Memorandum Opinion and Recommended Findings of Fact, Conclusions of Law and Order re Confirmation of First Amended Plan of Reorganization; and (2) Motion for Expedited Consideration of same | 0.2 |
| 2/11/2011 | Attend telephonic status conference | 0.8 |
| 2/11/2011 | Review Joinder of the State of Montana to the Precautionary Motion for Extension of Time to File Objections to or Appeal from Memorandum Opinion and Recommended Findings of Fact and Conclusions of Law of Bankruptcy Judge | 0.1 |
| 2/11/2011 | Conference with client re status conference | 0.1 |
| 2/11/2011 | Review BNSF Statement regarding Motions to Extend | 0.1 |

| | | |
|---|---|---|
| 2/11/2011 | Review Joinder of Canada to the Precautionary Motion for Extension of Time to File Objections to or Appeal from Memorandum Opinion and Recommended Findings of Fact and Conclusions of Law of Bankruptcy Judge | 0.1 |
| 2/11/2011 | Review Order granting Motion for additional time re objections and continuing hearing | 0.1 |
| 2/13/2011 | Review Second Amended Agenda for February Omnibus hearing | 0.1 |
| 2/13/2011 | Review Debtprs' proposed order regarding clarification of orders | 0.1 |
| 2/14/2011 | Attend telephonic hearing on Garlock 2019 Motion and February Omnibus hearing | 3.0 |
| 2/14/2011 | Review Arrowpoint motion for technical amendment to confirmation order | 0.1 |
| 2/14/2011 | Email from J. Baer re resheduling of Judge Buckwalter status conference | 0.1 |
| 2/14/2011 | Email to J. Baer re pension plan conference call | 0.1 |
| 2/14/2011 | Telephone conference with client re status conference | 0.1 |
| 2/14/2011 | Review Garlock Notice of Appeal | 0.1 |
| 2/14/2011 | Review UCC Notice of Appeal | 0.1 |
| 2/14/2011 | Review Joinder of the State of Montana to the Motion Of BNSF Railway Company For Reconsideration | 0.1 |
| 2/14/2011 | Email to client re setting of BNSF motion | 0.1 |
| 2/14/2011 | Review Joinder of Her Majesty the Queen in Right of Canada to the Motion Of BNSF Railway Company For Reconsideration | 0.1 |
| 2/14/2011 | Review Debtors' Notice of Resetting of Initial Status Conference in USDC | 0.1 |

| | | |
|---|---|---|
| 2/15/2011 | Review several notices of acquisition of equity by York-related entities | 0.2 |
| 2/15/2011 | Review several notices of status as substantial shareholder by York-related entities | 0.2 |
| 2/15/2011 | Review Order resetting status conference in USDC | 0.1 |
| 2/15/2011 | Review Clerk's Notice re confirmation order appeals | 0.1 |
| 2/15/2011 | Review Bank Debt Holders' Notice of Appeal | 0.1 |
| 2/15/2011 | Telephone conference with client re status conference | 0.1 |
| 2/15/2011 | Review draft of pension plan motion | 0.5 |
| 2/15/2011 | Emails to and from PI FCR counsel and ACC counsel re pension plan issues | 0.2 |
| 2/15/2011 | Review BNSF appeal record designation and issues statement | 0.2 |
| 2/15/2011 | Review Order Clarifying confirmation order and findings | 0.1 |
| 2/16/2011 | Review several additional notices of acquisition of equity by York-related entities | 0.2 |
| 2/17/2011 | Review Clerk's Notice of Filing of Appeal of BNSF from CNA settlement approval | 0.1 |
| 2/17/2011 | Review several additional notices of acquisition of equity by York-related entities | 0.2 |
| 2/17/2011 | Review Supplemental Notice of Appeal of the UCC | 0.1 |
| 2/17/2011 | Review Monthly Operating Report as of 12-31-10 | 0.4 |
| 2/17/2011 | Review Libby Claimants' Designation of Record for appeal of CNA settlement Order | 0.1 |
| 2/17/2011 | Emails with ACC financial advisors and PI FCR re pension issues | 0.2 |

| | | |
|---|---|---|
| 2/17/2011 | Review Statement of Issues on Appeal of the Libby Claimants re CNA settlement appeal | 0.1 |
| 2/18/2011 | Telephone conference with client re status conference | 0.1 |
| 2/18/2011 | Review several additional notices of acquisition of equity by York-related entities | 0.2 |
| 2/18/2011 | Emails to and from Debtors' counsel re conference call and pension plan issues | 0.1 |
| 2/18/2011 | Review filed Pension Plan motion and exhibits | 0.3 |
| 2/18/2011 | Review Motion to Lift Stay re Locke Massachusetts litigation | 0.2 |
| 2/18/2011 | Review file Motion to Create Foreign Holding Company Structure | 0.3 |
| 2/18/2011 | Review Supplemental Notice of Appeal of the Bank Lender group | 0.1 |
| 2/19/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 2/20/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 2/21/2011 | Review Garlock's motion to intervene | 0.3 |
| 2/21/2011 | Review Garlock's Amended Motion for Access to 2019 Statements | 0.3 |
| 2/21/2011 | Review CNO's re Canadian ZAI counsel fees | 0.1 |
| 2/21/2011 | Telephone conference re status conference before Judge Buckwalter | 0.9 |
| 2/21/2011 | Review Debtors' Cure Exhibit pursuant to Section 9.1.2 of the Plan | 0.1 |
| 2/22/2011 | Review several additional notices of acquisition of equity by York-related entities | 0.1 |
| 2/22/2011 | Review Notice of Filing of Conformed Plan and Review of changes | 0.5 |
| 2/22/2011 | Review blacklines of Plan Exhibits 5 and 6 and notice of filing thereof | 0.2 |

| | | |
|---|---|---|
| 2/22/2011 | Travel (non-productive) from Dallas to Philadelphia for District Court status conference (4.6 hrs. @ 50%) | 2.3 |
| 2/22/2011 | Telephone call to client re status conference | 0.1 |
| 2/22/2011 | Review Plan Proponents' proposed scheduling order and charts | 0.3 |
| 2/22/2011 | Review Plan Proponents' opposition to BNSF motion for reconsideration and joinders | 0.3 |
| 2/22/2011 | Review CNO's re Canadian ZAI Counsel Quarterly Fee Applications | 0.1 |
| 2/23/2011 | Review proposed revised district court scheduling order | 0.2 |
| 2/23/2011 | Attend status conference in District Court | 0.7 |
| 2/23/2011 | Conference with client | 1.0 |
| 2/23/2011 | Travel (non-productive) from Philadelphia to Dallas (6 hrs. @ 50%) | 3.0 |
| 2/24/2011 | Review Agenda for 3/2/11 hearing | 0.1 |
| 2/24/2011 | Email to client re 3/2/11 hearing | 0.1 |
| 2/24/2011 | Review several additional notices of acquisition of equity by York-related entities | 0.1 |
| 2/24/2011 | Preparation, filing and service of CNO for 29th Monthly Fee Appication | 0.2 |
| 2/24/2011 | Preparation, filing and service of CNO for 21st Monthly Fee Appication of PD FCR | 0.2 |
| 2/24/2011 | Review Order of District Court re 9033 Objections | 0.1 |
| 2/25/2011 | Email to client re hearings | 0.1 |
| 2/27/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 2/28/2011 | Review of BNSF Rule 9033 objection | 0.1 |

| | | |
|---|---|---|
| 2/28/2011 | Review of Reply Brief of BNSF re motion for Reconsideration | 0.2 |
| 2/28/2011 | Review Anderson Memorial Rule 9033 Objection | 0.1 |
| 2/28/2011 | Review Canada's Rule 9033 Objection | 0.1 |
| 2/28/2011 | Review Letter from Court re re-scheduling of June Omnibus Hearing | 0.1 |
| 2/28/2011 | Review Canada joinder in BNSF Reply in Support of Motion for Reconsideration | 0.1 |
| 2/28/2011 | Review Garlock Rule 9033 Objection | 0.1 |
| 2/28/2011 | Review Notice of Intent to acquire equities by York entitiy | 0.1 |
| 2/28/2011 | Review Libby Claimants' Rule 9033 Objections | 0.1 |
| 2/28/2011 | Review Amended Agenda for March 2 hearing | 0.1 |
| 2/28/2011 | Review Montana Joinder in BNSF Rule 9033 Objection | 0.1 |

Total: 34.6 hours @ $650/hour = $22,490.00

Expenses: $1,509.34 (Detail on Exhibit 1)

**Total Fees and Expenses Due: $23,999.34**

EXPENSES FOR FEBRUARY 2011 EXHIBIT 1

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|---|---|---|
| 12/27/2010 | Court Call | $37.00 |
| 2/22/2011 | RT Coach Airfare (and change fee) | $726.40 |
| 2/22/2011 | Taxi | $33.50 |
| 2/22/2011 | Dinner | $47.96 |
| 2/22/2011 | Hotel | $262.57 |
| 2/23/2011 | Taxi | $7.00 |
| 2/23/2011 | Taxi | $7.00 |
| 2/23/2011 | Hotel Tips | $5.00 |
| 2/23/2011 | Hotel (Judge Sanders) | $251.78 |
| 2/23/2002 | Lunch (with Judge Sanders) | $48.00 |
| 2/23/2011 | Taxi | $35.50 |
| 2/23/2011 | Airport Parking | $47.63 |
| | TOTAL EXPENSES | $1,509.34 |