## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| W.R. GRACE & Co., et al., | ) Case No.  01-1139 (JFK) |
|  | ) |
| Debtors. | ) |
|  | ) **Related to Docket No. 26440** |
|  | ) |
|  | ) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE          )
                                              ) SS:
COUNTY OF NEW CASTLE    )

Carolyn B. Fox, being duly sworn according to law, deposes and says that she is

employed by the law firm of Edwards Angell Palmer & Dodge LLP and that on the 28th day of

February, 2011, she caused a copy of the following document to be served upon the below listed

party in the manner indicated:

1.    Notice of Intent to Purchase, Acquire or Otherwise Accumulate Equity Securities
(Docket No. 26440)

Carolyn B. Fox, Senior Paralegal

Sworn to and subscribed before
me this 1st day of March, 2011

Notary Public
My Commission Expires: 12/11/12

S. STACI HUDSON
Notary Public - State of Delaware
My Comm. Expires Dec. 11, 2012

WLM 525267.1

**<u>VIA FIRST CLASS MAIL</u>**
Janet S. Baer, Esq.
Baer Higgins Fruchtman LLC
111 East Wacker Drive
Suite 2800
Chicago, IL 60601