IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |
| | | **Re: Docket No. 26399 and 26442** |

**SECOND AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 2, 2011, AT 9:00 A.M. BEFORE THE HONORABLE
JUDITH K. FITZGERALD IN PITTSBURGH, PENNSYLVANIA**

**Any party participating telephonically must make arrangements through
CourtCall by telephone (866-582-6878) or facsimile (866-533-2946),
no later than 4:00 p.m., February 28, 2011**

**CONTESTED MATTERS:**

1.     Motion of BNSF Railway Company for Reconsideration of the Memorandum Opinion Regarding Objections to Confirmation of First Amended Joint Plan of Reorganization and Recommended Supplemental Findings of Fact and Conclusions of Law and the Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Joint Plan of Reorganization as Modified Through December 23, 2010 [Filed: 2/10/11] (Docket No. 26241)

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Response Deadline: February 22, 2011, at 4:00 p.m.

Responses Received:

a.      Plan Proponents' Joint Opposition to (I) Motion of BNSF Railway Company for
        Reconsideration of the Memorandum Opinion Regarding Objections to
        Confirmation and (II) the Joinders Filed By the State of Montana and Her Majesty
        the Queen in Right of Canada [Filed: 2/22/11] (Docket No. 26381)

Related Documents:

a.      Memorandum Opinion Regarding Objections to Confirmation of First Amended
        Joint Plan of Reorganization and Recommended Supplemental Findings of Fact
        and Conclusions of Law [Filed: 1/31/11] (Docket No. 26154)

b.      Recommended Findings of Fact, Conclusions of Law and Order Regarding
        Confirmation of First Amended Joint Plan of Reorganization as Modified
        Through December 23, 2010 [Filed: 1/31/11] (Docket No. 26155)

c.      [Signed] Order Clarifying Memorandum Opinion and Order Confirming Joint
        Plan as Amended Through December 23, 2010 [Filed: 2/15/11] (Docket No.
        26289)

d.      [Proposed] Order on Motion for Reconsideration [Filed: 2/10/11] (Docket No.
        26241)

e.      Joinder of the State of Montana to the Motion of BNSF Railway Company for
        Reconsideration of the Memorandum Opinion Regarding Objections to
        Confirmation of First Amended Joint Plan of Reorganization and Recommended
        Supplemental Findings of Fact and Conclusions of Law and the Recommended
        Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First
        Amended Joint Plan of Reorganization as Modified Through December 23, 2010
        [Filed: 2/14/11] (Docket No. 26261)

f.      Joinder of Her Majesty the Queen in Right of Canada to the Motion of BNSF
        Railway Company for Reconsideration of the Memorandum Opinion Regarding
        Objections to Confirmation of First Amended Joint Plan of Reorganization and
        Recommended Supplemental Findings of Fact and Conclusions of Law and the
        Recommended Findings of Fact, Conclusions of Law and Order Regarding
        Confirmation of First Amended Joint Plan of Reorganization as Modified
        Through December 23, 2010 [Filed: 2/14/11] (Docket No. 26262)

Reply Deadline: February 28, 2011, at 4:00 p.m.

<u>Replies Received:</u>

a.    Reply in Support of Motion of BNSF Railway Company for Reconsideration of the Memorandum Opinion Regarding Objections to Confirmation of First Amended Joint Plan of Reorganization and Recommended Supplemental Findings of Fact and Conclusions of Law and the Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Joint Plan of Reorganization as Modified Through December 23, 2010 [Filed: 2/28/11] (Docket No. 26430)

b.    Joinder of Her Majesty the Queen in Right of Canada to the Reply in Support of Motion of BNSF Railway Company for Reconsideration of the Memorandum Opinion Regarding Objections to Confirmation of First Amended Joint Plan of Reorganization and Recommended Supplemental Findings of Fact and Conclusions of Law and the Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Joint Plan of Reorganization as Modified Through December 23, 2010 [Filed: 2/28/11] (Docket No. 26433)

c.    **Joinder of the State of Montana to the Reply in Support of Motion of BNSF Railway Company for Reconsideration of the Memorandum Opinion Regarding Objections to Confirmation of First Amended Joint Plan of Reorganization and Recommended Supplemental Findings of Fact and Conclusions of Law and the Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Joint Plan of Reorganization as Modified Through December 23, 2010 [Filed: 2/28/11] (Docket No. 26443)**

<u>Status:</u>  This matter will go forward.

Dated: March __1__, 2011                      KIRKLAND & ELLIS LLP
                                              John Donley
                                              Adam Paul
                                              300 North LaSalle
                                              Chicago, IL 60654
                                              (312) 862-2000

                                              and

                                              BAER HIGGINS FRUCHTMAN LLC
                                              Janet S. Baer, P.C.
                                              Roger J. Higgins
                                              11 East Wacker Drive
                                              Suite 2800
                                              Chicago, IL 60601
                                              Telephone: (312) 836-4047

and

PACHULSKI STANG ZIEHL & JONES LLP

*James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

Co-Counsel for the Debtors and Debtors-in-Possession