IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | ) |
| | ) |
| **W.R. GRACE & CO., et al** | )    **Chapter 11** |
| | )**CASE NO. 01-1139 through** |
| | )**CASE NO. 01-1200** |
| **Debtor.** | ) |
| | ) |

**FIFTH AMENDED AND RESTATED VERIFIED STATEMENT IN CONNECTION
WITH THE REPRESENTATION
OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019**

PAUL M. MATHENY, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with the Law Offices of Peter G. Angelos, P.C., One Charles Center, 100 North Charles Street, 19th Flr., Baltimore, Maryland 21201.

2. This Fifth Amended and Restated Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure. The original Verified Statement is docket number 7411 in this proceeding. Subsequent updated Verified Statements are docket numbers 8038, 9171, 9701, 12102 and 12981.

3. The law firm of Peter G. Angelos, P.C. has been retained as counsel and/or co-counsel for individual creditors in the above-referenced bankruptcy cases.

4. As of the date of this statement each creditor listed on Exhibit A (filed per court order with clerk of the bankruptcy court, but not attached hereto) has executed an Addendum to Representation Agreement authorizing the Law Offices of Peter G. Angelos, P.C. to act on behalf of each creditor in these cases. Per court order, an exemplar of said Addendum to Representation Agreement has been filed with the clerk of the bankruptcy as Exhibit B, but is not attached hereto. The address of each Creditor is included on Exhibit A. However, for purposes hereof, each creditor's address is c/o Paul M. Matheny, Law Offices of Peter G. Angeles, P.C., One

Charles Center, 100 North Charles Street, 19th Flr., Baltimore, Maryland 21201..

5. The Creditors hold either unliquidated claims or, claims in varying amounts for monetary damages due to personal injury caused by the Debtor[s] for manufacturing, marketing, distributing, selling, installing, producing and/or specifying the use of asbestos or asbestos containing products.

6. The Law Offices of Peter G. Angeles, P.C. does not hold any claims against or interest in the Debtor[s].

7. The Law Offices of Peter G. Angeles, P.C. will file amended and restated verified statements setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur. Any material changes from previously filed exhibits, i.e., deleted, changed or superseded information, will be clearly identified and the retained on separate lists to the exhibit.

Dated: March 1, 2011

THE LAW OFFICES OF
PETER G. ANGELES, P.C.

PAUL M. MATHENY
One Charles Center
100 North Charles Street, 19th Flr.
Baltimore, Maryland 21201
Telephone: (410) 649-2000
FAX: (410) 649-2110

Sworn to before me this 1 day
of March, 2011.

Diane M Nelson
Notary Public
My commission expires 12/26/15

Diane M Nelson
Notary Public
Harford County, Maryland

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the Law Offices of Peter G. Angelos, P.C.'s Amended Verified Statement under **F.R.B.P. RULE 2019**, was served upon all parties on the service list electronically and/or via United States mail, postage prepaid, on 1st day of March, 2011

The Law Offices of Peter G. Angelos, P.C.

_/s/ Paul M. Matheny_
Paul M. Matheny
One Charles Center
100 North Charles Street, 19th Flr.
Baltimore, MD 21201
410-649-2014
410-649-2110
