## EXHIBIT A

**Asset Analysis and Recovery (1.10 Hours; $ 1,090.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.00 | $1,000 | 1,000.00 |
| Peter Van N. Lockwood | .10 | $905 | 90.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/11/11 | EI | 1,000.00 | 0.20 | Read Horkovich's memo re insurance valuation (0.2) |
| 01/12/11 | EI | 1,000.00 | 0.40 | Banker inquiry (0.1); insurance valuation inquiry (0.2); read hearing report (0.1) |
| 01/17/11 | EI | 1,000.00 | 0.10 | Review Peterson calculations (0.1) |
| 01/19/11 | EI | 1,000.00 | 0.20 | T/C ACM re Peterson/Horkovich project (0.2) |
| 01/24/11 | PVL | 905.00 | 0.10 | Teleconference Wyron. |
| 01/28/11 | EI | 1,000.00 | 0.10 | Insurance valuation status issues with ACM (0.1) |

**Total Task Code .01      1.10**


**Case Administration (2.00 Hours; $ 1,486.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.10 | $905 | 995.50 |
| Rita C. Tobin | .90 | $545 | 490.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/04/11 | PVL | 905.00 | 0.20 | Review 6 misc. filings (.1); review e-mail and reply (.1). |
| 01/07/11 | PVL | 905.00 | 0.40 | Teleconference Pacheco. |
| 01/11/11 | PVL | 905.00 | 0.20 | Review 9 misc filings (.1); review Hurford memo (.1). |
| 01/17/11 | RCT | 545.00 | 0.30 | Review dockets and local counsel records re EI update (0.3) |

| 01/18/11 | PVL | 905.00 | 0.10 | Review 6 misc filings. |
| --- | --- | --- | --- | --- |
| 01/24/11 | RCT | 545.00 | 0.30 | Review dockets and local counsel records re EI update (0.3) |
| 01/25/11 | PVL | 905.00 | 0.10 | Review 10 misc filings. |
| 01/31/11 | PVL | 905.00 | 0.10 | Review 9 miscellaneous filings. |
| 01/31/11 | RCT | 545.00 | 0.30 | Review dockets and local counsel records re EI update (0.3) |

**Total Task Code .04     2.00**


**Committee, Creditors'. Noteholders' or Equity Holders' (.70 Hours; $ 421.00)**

| Professionals | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| Elihu Inselbuch | .10 | $1,000 | 100.00 |
| Jeffrey A. Liesemer | .60 | $535 | 321.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
| --- | --- | --- | --- | --- |
| 01/19/11 | EI | 1,000.00 | 0.10 | Client inquiry (0.1) |
| 01/19/11 | JAL | 535.00 | 0.20 | Tele. call w/EI re: inquiry from asbestos PI claimant. |
| 01/19/11 | JAL | 535.00 | 0.20 | Tele. call w/asbestos PI claimant re: inquiry. |
| 01/19/11 | JAL | 535.00 | 0.20 | Drafted and revised e-mail to EI re: inquiry from asbestos PI claimant. |

**Total Task Code .07     .70**


**Fee Applications, Applicant (7.50 Hours; $ 2,569.50)**

| Professionals | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| Rita C. Tobin | 2.90 | $545 | 1,580.50 |
| Eugenia Benetos | 4.60 | $215 | 989.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/06/11 | RCT | 545.00 | 0.30 | Review fee app schedule for January (0.3) |
| 01/10/11 | RCT | 545.00 | 0.30 | Review prebills (0.3) |
| 01/14/11 | RCT | 545.00 | 0.30 | Review exhibits (0.3) |
| 01/14/11 | EB | 215.00 | 1.10 | Work on monthly fee application. |
| 01/14/11 | EB | 215.00 | 0.60 | Prepare fee and expense report for fee application exhibit. |
| 01/17/11 | RCT | 545.00 | 0.70 | Address fee issues (0.7) |
| 01/18/11 | EB | 215.00 | 0.60 | Create payment breakdown re: check for EI and JR. Update fee application schedule. |
| 01/19/11 | EB | 215.00 | 0.60 | Create check payment breakdown for EI and JR and update fee application schedule. |
| 01/21/11 | RCT | 545.00 | 0.70 | Address fee issues (0.7) |
| 01/24/11 | EB | 215.00 | 0.60 | Work on payment breakdown re: payments (.4); update fee application schedule. (.2). |
| 01/25/11 | RCT | 545.00 | 0.30 | Address fee issues (0.3) |
| 01/25/11 | EB | 215.00 | 0.60 | Work on breakdown re: payment (.4); update fee application schedule. (.2). |
| 01/27/11 | EB | 215.00 | 0.50 | Work on omnibus order. |
| 01/30/11 | RCT | 545.00 | 0.30 | Review fee app schedules for February (0.3) |

**Total Task Code .12        7.50**


**Litigation and Litigation Consulting (24.90 Hours; $ 10,997.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Trevor W. Swett | .20 | $710 | 142.00 |
| Kevin C. Maclay | 12.60 | $535 | 6,741.00 |
| Todd E. Phillips | 12.10 | $340 | 4,114.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/18/11 | KCM | 535.00 | 1.20 | Review/analyze briefs, cases and materials re 2019 issues |
| 01/18/11 | TEP | 340.00 | 0.50 | Review motion re 2019 and associated papers. |
| 01/19/11 | KCM | 535.00 | 1.60 | Review/analyze briefs, cases and materials re 2019 motion and objection |
| 01/19/11 | TEP | 340.00 | 1.90 | Review motion re 2019 and associated papers in preparation for opposition (1.8); legal research re same (5.5); confer with KCM re same (0.3) (divided among 4 clients). |
| 01/20/11 | TWS | 710.00 | 0.10 | Conference with KCM re briefing schedule on R. 2019 motions (.1) |
| 01/20/11 | KCM | 535.00 | 2.00 | Review/analyze cases and materials re 2019 opposition (3.1); draft/revise opposition to Garlock 2019 motion (4.9) (divided among 4 clients). |
| 01/20/11 | TEP | 340.00 | 0.50 | Legal research re 107(c). |
| 01/21/11 | KCM | 535.00 | 1.80 | Review/analyze final opposition to 2004 motion (.7); review/analyze cases and materials re 2019 opposition (4.1); draft/revise 2019 opposition (1.7); draft/revise outline of arguments for 2019 opposition (.7) (divided among 4 clients). |
| 01/21/11 | TEP | 340.00 | 0.90 | Legal research re public access and 11 U.S.C. 107 in preparation for objection to 2019 motion. |
| 01/23/11 | KCM | 535.00 | 2.00 | Draft/revise 2019 opposition (6.2); review/analyze cases and materials re 2019 opposition (1.8) (divided among 4 clients) |
| 01/24/11 | KCM | 535.00 | 2.00 | Draft/revise 2019 opposition (6.2); review/analyze cases and materials re 2019 opposition (1.8) (divided among 4 clients). |
| 01/24/11 | TEP | 340.00 | 2.10 | Legal research re 107(c). |
| 01/25/11 | TWS | 710.00 | 0.10 | Telephone conference with KCM re agreed response time on 2019 applications (.1). |
| 01/25/11 | TEP | 340.00 | 1.70 | Legal research re public access and 107 in preparation for objection to 2019 motion. |

| 01/26/11 | KCM | 535.00 | 0.40 | Review/analyze cases and materials re 2019 opposition (1.6). |
| 01/26/11 | TEP | 340.00 | 0.40 | Legal research re opposition to 2019 motion. |
| 01/27/11 | TEP | 340.00 | 1.60 | Legal research re opposition to 2019 motion. |
| 01/28/11 | TEP | 340.00 | 1.20 | Legal research re 11 U.S.C. 107 and public access (3.6); confer with KCM re same (1.2) (divided among 4 clients). |
| 01/31/11 | KCM | 535.00 | 1.60 | Communicate with TWS re 2019 opposition issues (.2); draft/revise 2019 opposition (4.4); review/analyze cases and materials re 2019 opposition (1.8) (divided among 4 clients). |
| 01/31/11 | TEP | 340.00 | 1.30 | Legal research re 11 U.S.C. 107 and public access. |

**Total Task Code .16**     **24.90**


**Plan & Disclosure Statement (23.40 Hours; $ 18,918.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 16.20 | $905 | 14,661.00 |
| Ann C. McMillan | 4.50 | $625 | 2,812.50 |
| Jeffrey A. Liesemer | 2.70 | $535 | 1,444.50 |


| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/03/11 | PVL | 905.00 | 0.90 | Review e-mail (.1); review revised Grace and CNA reply briefs re CNA settlement (.8). |
| 01/03/11 | ACM | 625.00 | 1.20 | Teleconference B. Horkovich re insurance valuation issues (.6); teleconference EI re same (.1); review M. Peterson charts re same (.5). |
| 01/04/11 | PVL | 905.00 | 0.10 | Review e-mail. |
| 01/04/11 | ACM | 625.00 | 0.40 | Teleconference M. Peterson re insurance valuation matters. |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 01/06/11 | PVL | 905.00 | 0.50 | Review draft objs to Libby RFPs and e-mail comments. |
| 01/07/11 | PVL | 905.00 | 0.30 | Review revised Grace RFP objs (.1); review e-mail (.1); prep for hearing (.1). |
| 01/09/11 | PVL | 905.00 | 1.40 | Confer Frankel and Wyron. |
| 01/10/11 | PVL | 905.00 | 3.00 | Confer Donley, Paul, Baer, Giannotto, Aldock, Frankel, Wyron, Esayian et al (.5); attend hearing (2.5). |
| 01/11/11 | PVL | 905.00 | 0.30 | Review drafts of CNA order and e-mail re same. |
| 01/11/11 | ACM | 625.00 | 0.20 | Teleconferences two claimants. |
| 01/12/11 | ACM | 625.00 | 0.20 | Exchange e-mails with A. Harper re status of case. |
| 01/13/11 | PVL | 905.00 | 0.20 | Review e-mail re CNA approval order. |
| 01/13/11 | ACM | 625.00 | 0.50 | Review M. Peterson insurance valuation materials. |
| 01/14/11 | PVL | 905.00 | 0.20 | Review e-mail re CNA order. |
| 01/18/11 | PVL | 905.00 | 1.10 | Teleconference Esayian, Giannotto, Glosband, DeChristoforo, Wyron et al (.6); review e-mail re draft CNA order and reply (.2); review draft notice re CDN ZAI amendments (.1); review draft COC and e-mail re same and reply (.2). |
| 01/19/11 | PVL | 905.00 | 0.20 | Review e-mail re CNA order and COC. |
| 01/19/11 | ACM | 625.00 | 0.20 | Teleconference EI re insurance valuation issues. |
| 01/20/11 | PVL | 905.00 | 1.30 | Teleconference Donley, Paul, O'Neill, Frankel and Wyron (.9); teleconference Frankel, Wyron and Felder (.4). |
| 01/23/11 | PVL | 905.00 | 0.20 | Review Libby Cls and BNSF COCs re CNA order (.1); e-mail review. |
| 01/25/11 | PVL | 905.00 | 2.00 | Review Paul memo and e-mail re appeals (.1); teleconference Wyron (.9); teleconference Donley, Paul, Boll, Baer, O'Neill, Frankel and Wyron (.9); review e-mail (.1). |
| 01/26/11 | PVL | 905.00 | 1.10 | Review drafts of response re conf order and e-mail re same (.6); teleconference Donley, Paul, Finke, Baer, |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| | | | | Turetsky, Coco, Frankel, Wyron, Mehaley and Horkovich (.5). |
| 01/26/11 | ACM | 625.00 | 0.70 | Teleconference B. Horkovich, M. Peterson re insurance valuation issues (.4); review charts re same (.3). |
| 01/28/11 | PVL | 905.00 | 0.10 | Teleconference Milch. |
| 01/31/11 | PVL | 905.00 | 3.30 | Review conf opinion (1.6); review conf findings and order (1.0); review e-mail (.3); teleconference Shelnitz, Donley, Paul, Bentley, Frankel et al (.3); teleconference EI and NDF (.1). |
| 01/31/11 | ACM | 625.00 | 1.10 | Review Confirmation Order and Opinion. |
| 01/31/11 | JAL | 535.00 | 2.70 | Review and analysis of Court's memorandum opinion and recommended findings and conclusions. |

**Total Task Code .17        23.40**

**Travel – Non-Working  (3.50 Hours; $ 1,583.75)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 3.50 | $452.50 | 1,583.75 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/09/11 | PVL | 452.50 | 1.70 | Travel to Pittsburgh (half). |
| 01/10/11 | PVL | 452.50 | 1.80 | Return travel to DC. (half) |

**Total Task Code .21        3.50**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 938.20 |
| Air Freight & Express Mail | 19.33 |
| Long Distance-Equitrac In-House | 3.24 |
| Meals Related to Travel | 142.06 |
| Travel Expenses - Ground Transportation | 60.00 |
| Travel Expenses - Hotel Charges | 295.26 |
| **Total:** | **$ 1,458.09** |