**EXHIBIT B**

**Asset analysis and Recovery (1.10 Hours; $ 1,090.50)**

   Services rendered in this category pertain to effort to analyze and recover the Debtor's assets for the benefit of the estate.

**Total Task Code .01  1.10**

**Case Administration (2.00 Hours; $ 1,486.00)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04  2.00**

**Committee, Creditors', Noteholders' or Equity Holders' (.70 Hours; $ 421.00)**

   Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07  .70**

**Fee Applications, Applicant (7.50 Hours; $ 2,569.50)**

   Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12  7.50**

**Litigation and Litigation Consulting (24.90 Hours; $ 10,997.00)**

   Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16  24.90**

- 2 -

**Plan & Disclosure Statement (23.40 Hours; $ 18,918.00)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17         23.40**


**Travel Non Working (3.50 Hours; $ 1,583.75)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21         3.50**