## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 938.20 |
| Air Freight & Express Mail | 19.33 |
| Long Distance-Equitrac In-House | 3.24 |
| Meals Related to Travel | 142.06 |
| Travel Expenses - Ground Transportation | 60.00 |
| Travel Expenses - Hotel Charges | 295.26 |
| **Total:** | **$ 1,458.09** |