| | | | |
|---|---|---|---|
| **Client Number:   4642** | **Grace Asbestos Personal Injury Claimants** | | Page: 1 |
| **Matter       000** | **Disbursements** | | 2/15/2011 |

Print Date/Time: 02/15/2011  3:43:23PM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 1/31/2011

**Matter       000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 1/21/2011 | 13,655 |
|---|---|---|---|---|---|---|---|---|

Client Retainers Available     $4,806.34     Committed to Invoices:     $0.00     Remaining:     $4,806.34

Total Expenses Billed To Date     $3,884,312.44

| | | | |
|---|---|---|---|
| Billing Empl: | 0120 | Elihu | Inselbuch |
| Responsible Empl: | 0120 | Elihu | Inselbuch |
| Alternate Empl: | 0120 | Elihu | Inselbuch |
| Originating Empl: | 0120 | Elihu | Inselbuch |

**Summary  by Employee**

| | | | ACTUAL | | BILLING | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 1,435.52 | 0.00 | 1,435.52 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 19.33 | 0.00 | 19.33 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 3.24 | 0.00 | 3.24 |
| **Total Fees** | | | **0.00** | **1,458.09** | **0.00** | **1,458.09** |

**Detail Time / Expense  by  Date**

| | | | | | ACTUAL | | | BILLING | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2641911 | Equitrac - Long Distance to 12122781000 | E | 01/03/2011 | 0999 C&D | | 0.00 | $2.04 | | 0.00 | $2.04 | 2.04 |
| 2643605 | Equitrac - Long Distance to 14142649461 | E | 01/11/2011 | 0999 C&D | | 0.00 | $0.04 | | 0.00 | $0.04 | 2.08 |
| 2643611 | Equitrac - Long Distance to 13369269145 | E | 01/11/2011 | 0999 C&D | | 0.00 | $0.04 | | 0.00 | $0.04 | 2.12 |
| | | | | EI | | | | | | | |

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| Matter    000 | Disbursements | | | | | | | | 2/15/2011 |

Print Date/Time: 02/15/2011  3:43:23PM

Attn:

| | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|
| 2644113 | Federal Express -Delivery to K.Hemming, 12/23/10 (EI; Split between clients 5334 & 4642) | E | 01/14/2011 | 0120 | | 0.00 | $9.46 | 0.00 | $9.46 | 11.58 |
| 2644118 | Peter Van N. Lockwood -Meal w/ Frankel & Wron at the Omni Hotel's Terrace Room while on Travel to/from Pittsburgh, PA, 1/9/11 - 1/10/11 | E | 01/14/2011 | 0020 | PVL | 0.00 | $135.56 | 0.00 | $135.56 | 147.14 |
| 2644119 | Peter Van N. Lockwood -Omni Hotel's In-Room Svc. while on Travel to/from Pittsburgh, PA, 1/9/11 - 1/10/11 | E | 01/14/2011 | 0020 | PVL | 0.00 | $3.50 | 0.00 | $3.50 | 150.64 |
| 2644120 | Peter Van N. Lockwood -Omni Hotel 1-Night Lodging while on Travel to/from Pittsburgh, PA, 1/9/11 - 1/10/11 | E | 01/14/2011 | 0020 | PVL | 0.00 | $295.26 | 0.00 | $295.26 | 445.90 |
| 2646638 | Equitrac - Long Distance to 19063627207 | E | 01/19/2011 | 0999 | C&D | 0.00 | $0.36 | 0.00 | $0.36 | 446.26 |
| 2647287 | Business Card -ADA Travel Reconciliation, re: Agent Fee for Coach airfare to/from Pittsburgh, PA, 1/9/11 - 1/10/11  (PVNL; Split b/w clients 4642 & 5334) | E | 01/21/2011 | 0020 | PVL | 0.00 | $17.50 | 0.00 | $17.50 | 463.76 |
| 2647290 | Business Card -ADA Travel Reconciliation, re: Coach airfare to/from Pittsburgh, PA, 1/9/11 - 1/10/11  (PVNL; Split b/w clients 4642 & 5334) | E | 01/21/2011 | 0020 | PVL | 0.00 | $920.70 | 0.00 | $920.70 | 1,384.46 |
| 2647310 | Petty Cash -Snack while on travel to/from Pittsburgh, PA, 1/9/11 - 1/10/11  (PVNL) | E | 01/24/2011 | 0020 | PVL | 0.00 | $3.00 | 0.00 | $3.00 | 1,387.46 |
| 2647311 | Petty Cash -Cab Fares & Parking while on travel to/from Pittsburgh, PA, 1/9/11 - 1/10/11  (PVNL) | E | 01/24/2011 | 0020 | PVL | 0.00 | $60.00 | 0.00 | $60.00 | 1,447.46 |
| 2647968 | Equitrac - Long Distance to 12123199240 | E | 01/28/2011 | 0999 | C&D | 0.00 | $0.76 | 0.00 | $0.76 | 1,448.22 |
| 2648004 | Federal Express -Delivery to K.Hemming, 1/14/11 (EI; Split b/w clients 5334 & 4642) | E | 01/31/2011 | 0120 | EI | 0.00 | $9.87 | 0.00 | $9.87 | 1,458.09 |

**Total Expenses**                                                                                                       $1,458.09                      $1,458.09

|  | | 0.00 | | 0.00 | |
|---|---|---|---|---|---|
| | Matter Total Fees | | 0.00 | | 0.00 |
| | Matter Total Expenses | | 1,458.09 | | 1,458.09 |
| | Matter Total | 0.00 | 1,458.09 | 0.00 | 1,458.09 |
| | Prebill Total Fees | | | | |
| | Prebill Total Expenses | | $1,458.09 | | $1,458.09 |

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | | | Page: 1 |
| --- | --- | --- | --- | --- | --- |
| Matter     000 | Disbursements | | | | 2/15/2011 |

Print Date/Time: 02/15/2011  3:43:23PM

Attn:

Invoice #

| | | | | |
| --- | --- | --- | --- | --- |
| Prebill Total | 0.00 | $1,458.09 | 0.00 | $1,458.09 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
| --- | --- | --- | --- |
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 76,402 | 08/17/2010 | 9,721.50 | 1,944.30 |
| 77,013 | 09/24/2010 | 9,302.00 | 1,860.40 |
| 77,889 | 10/25/2010 | 12,901.00 | 2,580.20 |
| 78,379 | 11/18/2010 | 9,442.00 | 1,888.40 |
| 78,953 | 12/15/2010 | 14,949.57 | 14,949.57 |
| 79,156 | 01/21/2011 | 20,627.23 | 20,627.23 |
| | | 132,520.80 | 43,987.63 |