# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF JANUARY 1, 2011 THROUGH JANUARY 31, 2011**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Matter 88 – Acton Site OU3**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $650.00 | 3.0 | $  1,950.00 |
| | | | | | |
| **TOTAL** | | | | **3.0** | **$   1,950.00** |


**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

February 18, 2011
Invoice No.: 475298
Matter No.: 08743.00088

Re:     **Acton Site OU3**

For Professional Services rendered through January 31, 2011

| | |
|---|---|
| Fees | $1,950.00 |
| **Total Fees and Disbursements** | **$1,950.00** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 475298
February 18, 2011
Page 2

| <u>Date</u> | <u>Timekeeper</u> | <u>Tsk</u> | <u>Narrative</u> | <u>Hours</u> |
|---|---|---|---|---|
| 01/12/11 | Jaffe | P230 | Review draft groundwater report (0.8). | 0.8 |
| 01/13/11 | Jaffe | P230 | Review, revise, draft annual report and emails with team regarding same (2.2). | 2.2 |
| | | | **Total Hours** | **3.0** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 475298
February 18, 2011
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 3.0 | at | 650.00 | = | 1,950.00 |
| **Total Fees** | | | | | **$1,950.00** |

| | | |
|---|---|---|
| **Total Fees** | | **$1,950.00** |
| **Total Fees and Disbursements** | | **$1,950.00** |



Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

February 18, 2011
Invoice No.: 475298
Matter No.: 08743.00088

**Re:   Acton Site OU3**

**Total Fees and Disbursements**            **$1,950.00**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 475298
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 101 – Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $650.00 | 0.8 | $    520.00 |
| Malcolm G. Henderson | Partner | Business | $595.00 | 0.5 | $    297.50 |
| | | | | | |
| **TOTAL** | | | | **1.3** | **$    817.50** |

### Expenses

| Description | Total |
|---|---|
| Photocopies | $    5.80 |
| Faxes | $    3.75 |
| | |
| **TOTAL** | **$    9.55** |

B3846224.1

 **FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

February 18, 2011
Invoice No.: 475299
Matter No.: 08743.00101

**Re:    Bankruptcy Matters**

For Professional Services rendered through January 31, 2011

| | |
|---|---|
| Fees | $817.50 |
| Disbursements | 9.55 |
| **Total Fees and Disbursements** | **$827.05** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00101                                   Invoice No.: 475299
Re: Bankruptcy Matters                                      February 18, 2011
                                                                   Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 01/13/11 | Jaffe | B110 | Draft audit request response (0.4). | 0.4 |
| 01/14/11 | Jaffe | B110 | Finalize audit request response (0.4). | 0.4 |
| 01/14/11 | Henderson | B110 | Opinions Committee review of audit response (0.5). | 0.5 |
| | | | **Total Hours** | **1.3** |

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 475299
February 18, 2011
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|------------|-------|---|------|---|--------|
| Malcolm G. Henderson | 0.5 | at | 595.00 | = | 297.50 |
| Seth D. Jaffe | 0.8 | at | 650.00 | = | 520.00 |
| **Total Fees** | | | | | **$817.50** |

## Disbursement Summary

| Date | | Amount |
|------|---|--------|
| 01/14/11 | Facsimiles | 3.75 |
| 12/30/10 | In-House Photocopying | 4.20 |
| 01/14/11 | In-House Photocopying | 1.60 |
| **Total Disbursements** | | **$9.55** |

| | |
|---|---|
| **Total Fees** | **$817.50** |
| **Total Disbursements** | **9.55** |
| **Total Fees and Disbursements** | **$827.05** |



Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

February 18, 2011
Invoice No.: 475299
Matter No.: 08743.00101

Re:     **Bankruptcy Matters**

**Total Fees and Disbursements**        **$827.05**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:** Citizens Bank 1 Citizens Drive Providence, RI 02915 | ABA: 011500120 Swift #: CTZIUS33 Account # 1133945993 Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00101, **Invoice #:** 475299
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $650.00 | 1.5 | $ 975.00 |
| | | | | | |
| **TOTAL** | | | | 1.5 | $ 975.00 |

B3846224.1



FOLEY
HOAG LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

February 18, 2011
Invoice No.: 475300
Matter No.: 08743.00102

**Re:**    **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through January 31, 2011

| | |
|---|---|
| Fees | $975.00 |
| **Total Fees and Disbursements** | **$975.00** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 475300
February 18, 2011
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 01/06/11 | Jaffe | P230 | Review draft notices under consent decree and emails with team regarding same (0.7). | 0.7 |
| 01/31/11 | Jaffe | P230 | Telephone call with Mr. Bucens and Woodard & Curran regarding downstream sampling and review consent decree and scope of work regarding same (0.8). | 0.8 |
| | | | **Total Hours** | **1.5** |

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 475300
February 18, 2011
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 1.5 | at | 650.00 | = | 975.00 |
| **Total Fees** | | | | | **$975.00** |

| | |
|---|---|
| **Total Fees** | **$975.00** |
| **Total Fees and Disbursements** | **$975.00** |



FOLEY
HOAG LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

February 18, 2011
Invoice No.: 475300
Matter No.: 08743.00102

**Re:** **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Total Fees and Disbursements**      <u>**$975.00**</u>

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 475300
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 103 – Wells G&H Superfund Site

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $650.00 | 9.2 | $  5,980.00 |
|  |  |  |  |  |  |
| **TOTAL** |  |  |  | **9.2** | **$  5,980.00** |

B3846224.1



Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

February 18, 2011
Invoice No.: 475301
Matter No.: 08743.00103

**Re:**   **Wells G&H Superfund Site**

For Professional Services rendered through January 31, 2011

|  |  |
|---|---|
| Fees | $5,980.00 |
| **Total Fees and Disbursements** | **$5,980.00** |

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 475301
February 18, 2011
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 01/03/11 | Jaffe | P230 | Review, revise, draft Guswa memorandum regarding off-site source and emails with team regarding same (1.8); review EPA analysis of DNAPL sites and emails with team regarding same (1.3). | 3.1 |
| 01/04/11 | Jaffe | P230 | Emails with team regarding vapor intrusion issues (0.7). | 0.7 |
| 01/12/11 | Jaffe | P230 | Emails with team regarding water levels and EPA indoor air efforts (0.9). | 0.9 |
| 01/24/11 | Jaffe | P230 | Review access agreement and emails with team regarding same (0.4); reviewing VI issues and preparation for 1/25 call (1.2). | 1.6 |
| 01/25/11 | Jaffe | P230 | Team telephone conference and emails regarding vapor intrusion and Central Area (1.5). | 1.5 |
| 01/26/11 | Jaffe | P230 | Emails with team regarding vapor intrusion issues (0.4). | 0.4 |
| 01/27/11 | Jaffe | P230 | Emails with Mr. Bibler and team regarding vapor intrusion issues (0.4). | 0.4 |
| 01/28/11 | Jaffe | P230 | Emails with team regarding public meeting and vapor intrusion testing (0.6). | 0.6 |
| | | | **Total Hours** | **9.2** |

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 475301
February 18, 2011
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 9.2 | at | 650.00 | = | 5,980.00 |
| **Total Fees** | | | | | **$5,980.00** |

| | | |
|---|---|---|
| **Total Fees** | | **$5,980.00** |
| **Total Fees and Disbursements** | | **$5,980.00** |



Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

February 18, 2011
Invoice No.: 475301
Matter No.: 08743.00103

**Re:**     **Wells G&H Superfund Site**

**Total Fees and Disbursements**          **$5,980.00**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00103, **Invoice #:** 475301
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM