

February 26, 2011

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   187762

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH January 31, 2011

**CLIENT SUMMARY**

**BALANCE AS OF- 01/31/11**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $1,227.50 | $326.20 | $1,553.70 |
| **.15538 -** 02 - Debtors' Business Operations | $396.00 | $0.00 | $396.00 |
| **.15543 -** 07 - Applicant's Fee Application | $150.00 | $0.00 | $150.00 |
| **.15544 -** 08 - Hearings | $2,875.00 | $0.00 | $2,875.00 |
| **.15554 -** 18 - Plan & Disclosure Statement | $1,575.00 | $0.00 | $1,575.00 |
| **.17781 -** 30 - Fee Application of Others | $210.00 | $0.00 | $210.00 |
| *Client Total* | ***$6,433.50*** | ***$326.20*** | ***$6,759.70*** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456    Tel 305.374.7580    Fax 305.374.7593    www.bilzin.com

### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| Baena, Scott L | 1.40 | $675.00 | $945.00 |
| Baena, Scott L | 1.00 | $675.00 | $675.00 |
| Kramer, Matthew I | 2.50 | $475.00 | $1,187.50 |
| Sakalo, Jay M | 0.80 | $495.00 | $396.00 |
| Sakalo, Jay M | 5.40 | $525.00 | $2,835.00 |
| Snyder, Jeffrey I | 0.70 | $375.00 | $262.50 |
| Flores, Luisa M | 0.50 | $225.00 | $112.50 |
| Beck, Amuni A | 0.10 | $200.00 | $20.00 |

***TOTAL PROFESSIONAL FEES THIS PERIOD***     ***$6,433.50***

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---:|
| Long Distance Telephone | $53.20 |
| Long Distance Telephone-Outside Services | $12.61 |
| Pacer - Online Services | $165.44 |
| Westlaw-Online Legal Research | $71.95 |
| Copies | $23.00 |
| ***TOTAL COSTS ADVANCED THIS PERIOD*** | ***$326.20*** |

***TOTAL BALANCE DUE THIS PERIOD***     **$6,759.70**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

**RE: 01- Case Administration**

| Date | Init | Hours | Amount | Description |
|---|---|---|---|---|
| 01/12/11 | SLB | 1.00 | 675.00 | Email from A. Rich regarding Garlock motion to unseal 2019's, review Garlock motion and numerous exhibits, as well as order entered thereon in US Mineral and email to A. Rich regarding same and email to D. Speights and D. Rosendorf regarding same (1.0). |
| 01/12/11 | JMS | 0.80 | 420.00 | Review Garlock's motion to obtain 2019 schedules (.8). |
| 01/12/11 | JIS | 0.30 | 112.50 | Attention to motion by Garlock re: 2019 statements and order re: notice thereof and discuss same with S. Baena. |
| 01/12/11 | AB | 0.10 | 20.00 | Review and analysis of docket and email M.Kramer and J.Sakalo theron. |

**PROFESSIONAL SERVICES** $1,227.50

**COSTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 12/16/10 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 05624909; DATE: 12/31/2010 - Account#306300 | 12.61 |
| 12/16/10 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 822030933; DATE: 1/1/2011 - Account#5306-2200-2539-5504 | 71.95 |
| 12/31/10 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: RB0120-Q42010; DATE: 1/5/2011 - Account#RB0120 | 1.20 |
| 12/31/10 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: RB0120-Q42010; DATE: 1/5/2011 - Account#RB0120 | 164.24 |
| 01/10/11 | Long Distance Telephone (512)476-4394; 70 Mins. | 53.20 |
| 01/11/11 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/11/11 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/11/11 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/11/11 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/11/11 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/11/11 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 01/11/11 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 01/17/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/25/11 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 01/26/11 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/31/11 | Copies 102 pgs @ 0.10/pg | 10.20 |
| 01/31/11 | Copies 79 pgs @ 0.10/pg | 7.90 |

**TOTAL COSTS ADVANCED** $326.20


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| Baena, Scott L | 1.00 | $675.00 | $675.00 |
| Sakalo, Jay M | 0.80 | $525.00 | $420.00 |
| Snyder, Jeffrey I | 0.30 | $375.00 | $112.50 |
| Beck, Amuni A | 0.10 | $200.00 | $20.00 |
| **TOTAL** | **2.20** | | **$1,227.50** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---:|
| Long Distance Telephone | $53.20 |
| Long Distance Telephone-Outside Services | $12.61 |
| Pacer - Online Services | $165.44 |
| Westlaw-Online Legal Research | $71.95 |
| Copies | $23.00 |
| **TOTAL** | ***$326.20*** |

**CURRENT BALANCE DUE THIS MATTER**     **$1,553.70**

**Atty – SLB**
**Client No.: 74817/15538**

**RE: 02 - Debtors' Business Operations**

| | | | | |
|---|---|---|---|---|
| 12/05/10 | JMS | 0.80 | 396.00 | Review revised APA for latest transaction and email to J. Baer thereon (.8). |

**PROFESSIONAL SERVICES** $396.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.80 | $495.00 | $396.00 |
| *TOTAL* | *0.80* | | *$396.00* |

**CURRENT BALANCE DUE THIS MATTER** $396.00

Atty – SLB
Client No.: 74817/15543

**RE: 07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 01/18/11 | JIS | 0.40 | 150.00 | Review and revise December prebill. |

**PROFESSIONAL SERVICES** $150.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.40 | $375.00 | $150.00 |
| **TOTAL** | ***0.40*** | | ***$150.00*** |

**CURRENT BALANCE DUE THIS MATTER** $150.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15544

**RE: 08 - Hearings**

| Date | Tkpr | Hours | Amount | Description |
|---|---|---|---|---|
| 01/06/11 | LMF | 0.50 | 112.50 | Review hearing agenda and court call appearance with assistant. |
| 01/07/11 | JMS | 0.30 | 157.50 | Review amended agenda (.3). |
| 01/10/11 | JMS | 2.50 | 1,312.50 | Attend omnibus hearing (2.5). |
| 01/10/11 | MIK | 2.50 | 1,187.50 | Attend hearing telephonically. |
| 01/20/11 | JMS | 0.20 | 105.00 | Email to Committee regarding January 10, 2011 hearing transcript with cover memo (.2). |

**PROFESSIONAL SERVICES** $2,875.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 2.50 | $475.00 | $1,187.50 |
| Sakalo, Jay M | 3.00 | $525.00 | $1,575.00 |
| Flores, Luisa M | 0.50 | $225.00 | $112.50 |
| **TOTAL** | **6.00** | | **$2,875.00** |

**CURRENT BALANCE DUE THIS MATTER** $2,875.00

**Atty – SLB**
**Client No.: 74817/15554**

**RE: 18 - Plan & Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| 01/20/11 | JMS | 0.40 | 210.00 | Telephone conference with D. Speights regarding questions on confirmation issues (.4). |
| 01/31/11 | SLB | 1.40 | 945.00 | Attention to confirmation memorandum and order (1.4). |
| 01/31/11 | JMS | 0.80 | 420.00 | Email to Committee regarding confirmation order and proposed findings and conclusions (.2); begin review of same (.6). |

**PROFESSIONAL SERVICES** $1,575.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 1.40 | $675.00 | $945.00 |
| Sakalo, Jay M | 1.20 | $525.00 | $630.00 |
| **TOTAL** | **2.60** | | **$1,575.00** |

**CURRENT BALANCE DUE THIS MATTER** $1,575.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/17781

**RE: 30 - Fee Application of Others**

| 01/24/11 | JMS | 0.20 | 105.00 | Email to F. Rabinovitz regarding fraudulent transfer holdback fees (.2). |
| 01/28/11 | JMS | 0.20 | 105.00 | Email exchange with F. Rabinovitz regarding payment of holdback fees from fraudulent transfer litigation (.2). |

**PROFESSIONAL SERVICES** $210.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- |
| Sakalo, Jay M | 0.40 | $525.00 | $210.00 |
| **TOTAL** | **0.40** | | **$210.00** |

**CURRENT BALANCE DUE THIS MATTER** $210.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP