UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| W.R. GRACE & Co., et al., | ) Case No. 01-1139 (JFK) <br> ) |
| Debtors. | ) <br> ) **Related to Docket Nos. 26464, 26465, 26466, 26467,** <br> ) **26468 & 26469** <br> ) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE     )
                     ) SS:
COUNTY OF NEW CASTLE  )

Carolyn B. Fox, being duly sworn according to law, deposes and says that she is employed by the law firm of Edwards Angell Palmer & Dodge LLP and that on the 2nd day of March, 2011, she caused a copy of the following document to be served upon the below listed party in the manner indicated:

1. Notice of Intent to Purchase, Acquire or Otherwise Accumulate Equity Securities (Docket No. 26464)

2. Notice of Intent to Purchase, Acquire or Otherwise Accumulate Equity Securities (Docket No. 26465)

3. Notice of Intent to Purchase, Acquire or Otherwise Accumulate Equity Securities (Docket No. 26466)

4. Notice of Intent to Purchase, Acquire or Otherwise Accumulate Equity Securities (Docket No. 26467)

5. Notice of Intent to Purchase, Acquire or Otherwise Accumulate Equity Securities (Docket No. 26468)

6. Notice of Service – Notice of Disposition of Equity Securities (Docket No. 26469)

WLM 525286.1

- 2 -

                                          Carolyn B. Fox, Senior Paralegal

Sworn to and subscribed before
me this 2nd day of March, 2011

_____
Notary Public
My Commission Expires: 12/11/12

                                   S. STACI HUDSON
                                Notary Public - State of Delaware
                                My Comm. Expires Dec. 11, 2012

**VIA FIRST CLASS MAIL**
Janet S. Baer, Esq.
Baer Higgins Fruchtman LLC
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

- 2 -

WLM 525286.1