IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| IN RE: | |
|---|---|
| ACandS, Inc. | Case No.: 02-12687 |
| Armstrong World Industries, Inc. | Case No.: 00-4471 |
| Combustion Engineering, Inc. | Case No.: 03-10495 |
| The Flintkote Company | Case No. 04-11300 |
| Kaiser Aluminum Corp. | Case No.: 02-10429 |
| Owens Corning | Case No.: 00-3837 |
| US Mineral Products Company | Case No. 01-2471 |
| USG Corp. | Case No. 01-2094 |
| W.R. Grace & Co. | Case No. 01-1139 |
| Debtors | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | |
|---|---|
| Mid-Valley, Inc. | Case No.: 03-35592 |
| North American Refractories Co. | Case No.: 02-20198 |
| Pittsburgh Corning Corp. | Case No. 00-22876 |
| Debtors | |

**JOINDER OF WEITZ & LUXENBERG, P.C. IN THE RESPONSE OF THE LAW OFFICES OF PETER G. ANGELOS, P.C., BARON & BUDD, P.C., BRAYTON PURCELL, LLP, HISSEY KIENTZ, LLP, THE LIPMAN LAW FIRM, REAUD, MORGAN & QUINN, INC., THORNTON & NAUMES, LLP, WATERS & KRAUS, LLP, AND WILLIAMS KHERKHER HART BOUNDAS, LLP, TO THE MOTION OF GARLOCK SEALING TECHNOLOGIES LLC FOR ORDERS AUTHORIZING ACCESS TO 2019 STATEMENTS FILED IN THIS COURT AND FOR RELATED RELIEF.**

-1-

Weitz & Luxenberg, P.C. ("Weitz") hereby joins the Response of The Law Offices of Peter G. Angelos, P.C.; Baron & Budd, P.C.; Brayton Purcell, LLP; Hissey Kientz, LLP; The Lipman Law Firm; Reaud, Morgan & Quinn, Inc.; Thornton & Naumes, LLP; Waters & Kraus, LLP; and Williams Kherkher Hart Boundas, LLP, opposing the Motion of Garlock Sealing Technologies LLC for Orders Authorizing Access to 2019 Statements Filed in this Court and for Related Relief (the "Motion" and the "Response", respectively)[1] filed in the twelve above-captioned cases and adopt the arguments made in the Response as if fully set forth herein. Weitz opposes—for the reasons as set forth in the Response—any grant of access to 2019 Statements to Garlock in these cases.

For the reasons set forth in the Response, Weitz respectfully requests that this Court (i) deny the Motion in its entirety, with prejudice; (ii) deny Garlock permission to intervene in the above-captioned cases; (iii) decline to reopen those of the above-captioned cases that are closed; (iv) enter an order preventing Garlock from seeking access to the Rule 2019 Statements filed in the above-captioned cases; and (v) grant Weitz such other and further relief to which it may be entitled.

---

[1] Garlock filed identical motions for access in all twelve of the above-captioned cases at the following docket numbers *In re ACandS, Inc.* at Dkt. No. 3639, *In re Armstrong World Industries, Inc.* at Dkt. No. 10698, *In re Combustion Engineering, Inc.* at Dkt. No. 3830, *In re The Flintkote Company* at Dkt. No. 5606, *In re Kaiser Aluminum Corp.* at Dkt. No. 10009, *In re Owens Corning* at Dkt. No. 20954, *In re US Mineral Products Company* at Dkt. No. 3878, *In re USG Corp.* at Dkt. No. 12596, *In re W.R. Grace & Co.* at Dkt. No. 26053, *In re Mid-Valley, Inc.* at Dkt. No. 2770, *In re North American Refractories Co.* at Dkt. No. 6944 and *In re Pittsburgh Corning Corp.* at Dkt. No. 8096. The Law Firms filed an identical response in each of the above-captioned cases at the following Docket Numbers: *In re ACandS, Inc.* at Dkt. No. 3645, *In re Armstrong World Industries, Inc.* at Dkt. No. 10706, *In re Combustion Engineering, Inc.* at Dkt. No. 3386, *In re The Flintkote Company* at Dkt. No. 5643, *In re Kaiser Aluminum Corp.* at Dkt. No. 10018, *In re Owens Corning* at Dkt. No. 20962, *In re US Mineral Products Company* at Dkt. No. 3884, *In re USG Corp.* at Dkt. No. 12604, *In re W.R. Grace & Co.* at Dkt. No. 26137, *In re Mid-Valley, Inc.* at Dkt. No. 2775, *In re North American Refractories Co.* at Dkt. No. 6961 and *In re Pittsburgh Corning Corp.* at Dkt. No. 8118.

Dated:  March 3, 2011

/s/ Daniel K. Hogan

Daniel K. Hogan (De. Bar No. 2814)

The Hogan Firm
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599


/s/ Peter J. Ashcroft

Peter J. Ashcroft (PA I.D. #87317)

**BERNSTEIN LAW FIRM, P.C.**
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
pashcroft@bernsteinlaw.com
(412) 456-8107
(412) 456-8255 (facsimile)


-and-

**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, A Professional Corporation**
Sander L. Esserman TX Bar No. 06671500
David A. Klingler TX Bar No. 11574300
David J. Parsons TX Bar No. 24037238
Cliff I. Taylor TX Bar No. 24042007
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
(214) 969-4900
(214) 969-4999 (facsimile)


**ATTORNEYS FOR
WEITZ & LUXENBERG, P.C.**