**EXHIBIT B – Part 1**

**Compensation by Project Category:**
**October 1, 2010 – December 31, 2010;**

**and**

**Monthly Fee Application for the Period from:**
**October 1, 2010 – October 31, 2010**

**WR GRACE & CO**

**COMPENSATION BY PROJECT CATEGORY**

**OCTOBER 1, 2010 - DECEMBER 31, 2010**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 26.5 | $ 18,507.50 |
| 0009 | Asset Dispositions, Sales, Uses and Leases (Section 363) | 21.3 | 14,947.50 |
| 0013 | Business Operations | 1.6 | 1,112.00 |
| 0014 | Case Administration | 21.1 | 4,478.50 |
| 0015 | Claims Analysis/Objections/Adminstration (Non-Asbestos) | 4.6 | 3,197.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 49.4 | 35,335.00 |
| 0018 | Fee Application, Applicant | 22.0 | 8,564.50 |
| 0019 | Creditor Inquiries | 4.9 | 4,104.50 |
| 0020 | Fee Application, Others | 8.4 | 1,949.50 |
| 0022 | Environmental Matters/Regulations/Litigation | 5.7 | 3,961.50 |
| 0035 | Travel - Non Working | 3.5 | 3,062.50 |
| 0036 | Plan and Disclosure Statements | 16.0 | 12,455.00 |
| 0037 | Hearings | 14.5 | 11,979.50 |
| 0047 | Tax Issues | 31.7 | 19,018.00 |
|  |  |  |  |
|  | **Sub Total** | **231.2** | **$142,672.50** |
|  | **Less 50% Travel** | **(1.7)** | **(1,531.25)** |
|  | **Total** | **229.5** | **$141,141.25** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|                                   |   |                                              |
|-----------------------------------|---|----------------------------------------------|
| In re:                            | ) | Chapter 11                                   |
|                                   | ) |                                              |
|                                   | ) | Case No. 01-01139 (JKF)                      |
| W.R. GRACE & CO., et al.,         | ) | (Jointly Administered)                       |
|                                   | ) |                                              |
| Debtors.                          | ) | **Objection Deadline:**                      |
|                                   | ) | **December 20, 2010 at 4:00 p.m.**           |
|                                   | ) | **Hearing date:  To be scheduled only if objections** |
|                                   | ) | **are timely filed and served.**             |

### NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Stroock & Stroock & Lavan LLP ("Stroock"), counsel to the Official Committee of Unsecured Creditors (the "Committee") of the above captioned debtor and debtors in possession in the above-captioned chapter 11 cases, filed and served the One Hundred and Fifteenth Monthly Fee Application of Stroock & Stroock & Lavan LLP for Interim Compensation and for Reimbursement of Expenses for the services rendered during the period October 1, 2010 through October 31, 2010, seeking compensation in the amount of $17,677.50 and reimbursement for actual and necessary expenses in the amount of $90.00.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **December 20, 2010 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the Affected Professional and each of the following:  (i) co-counsel for the Debtors, Adam Paul,

Date Filed: 11/29/2010

Docket No: 25812

Esquire, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654 (fax number 312-862-2200), and James E. O'Neill, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400), and Janet S. Baer, Esquire, The Law Offices of Janet S. Baer, P.C., 70 West Madison Street, Suite 2100, Chicago, IL 60602 (Fax number 312-641-2165); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod LLP, Wachovia Building, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755), and Mark Hurford, Esquire, Campbell & Levine, LLC, 800 N. King Street, Suite 300, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins LLP, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Neil B. Glassman, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) co-counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (fax

2

number 212-715-8000), and Teresa K.D. Currier, Esquire, Saul Ewing LLP, 222 Delaware Avenue, Wilmington, Delaware 19801 (Fax number 302-421-6813); (vii) the Office of the United States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); and (viii) the Fee Auditor, Bobbi Ruhlander, Warren H. Smith and Associates, P.C., Republic Center, 325 N. St. Paul, Suite 1250, Dallas, TX 75201 (Fax number 214-722-0081).

**[Remainder of Page Left Intentionally Blank]**

Dated: November 29, 2010
       Wilmington, Delaware

**RESPECTFULLY SUBMITTED,**

*/s/ Michael R. Lastowski*
Michael R. Lastowski, Esq. (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:       mlastowski@duanemorris.com
E-mail:       rwriley@duanemorris.com


William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
Suite 1200
744 Broad Street
Newark, NJ 07102-3889
Telephone:    (973) 424-2000
Facsimile:    (973) 424-2001
E-mail:       wskatchen@duanemorris.com

                    and

Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006
E-mail:       lkruger@stroock.com
              kpasquale@stroock.com


Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| | ) ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) ) | (Jointly Administered) |
| Debtors. | ) ) ) ) ) | **Objection Deadline:** December 20, 2010 at 4:00 p.m. Hearing date:  To be scheduled only if objections are timely filed and served. |

**ONE HUNDRED AND FIFTEENTH MONTHLY FEE APPLICATION OF STROOCK &
STROOCK & LAVAN LLP FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS FOR THE PERIOD
FROM OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010**

| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and reimbursement is sought | **October 1, 2010 – October 31, 2010** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$17,677.50     (80%: $14,142.00)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$90.00** |

This is an: ☒ interim ☐ final application

**Attachment A**

## Monthly Interim Fee Applications

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| May 30, 2001 D.I.339 | 4/12/01-4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 D.I.613 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111,943.00 | $6,884.73 |
| July 30, 2001 D.I.772 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| September 5, 2001 D.I.889 | 7/1/01-7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 D.I.983 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 D.I.1058 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 D.I.1239 | 10/1/01 – 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 D.I.1470 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 D.I.1608 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 D.I.1812 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 D.I.1951 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |
| May 8, 2002 D.I.2029 | 03/01/02 – 03/31/02 | $77,964.25 | $1,190.44 | $62,371.40 | $1,190.44 |
| June 3, 2002 D.I.2156 | 04/01/02-04/30/02 | $97,251.50 | $1,816.40 (Stroock) $9,772.37 (Chambers) | $77,801.20 | $11,588.86 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| July 2, 2002<br>D.I.2324 | 05/01/02 – 05/31/02 | $74,910.75 | $2,9154.43 (Stroock)<br>$43,190.69 (Chambers) | $59,928.60 | $46,105.12 |
| August 5, 2002<br>D.I.2495 | 06/01/02 – 06/30/02 | $73,096.75 | $2,054.05 (Stroock)<br>$114,666.72 (Chambers) | $58,477.4011 | $116,720.77 |
| September 20, 2002<br>D.I.2720 | 07/01/02 – 07/31/02 | $90,903.27 | $1,250.79 (Stroock)<br>$11,996.25 (Chambers) | $72,722.61 | $13,274.04 |
| October 29, 2002<br>D.I.2898 | 08/01/02 – 08/31/02 | $93,151.25 | $11,539.51 (Stroock)<br>$5,046.70 (Chambers) | $74,521.00 | $16,586.21 |
| November 14, 2002<br>D.I.2981 | 09/01/02 – 09/30/02 | $96,613.25 | $15,567.77 (Stroock)<br>$771.50 (Chambers) | $77,290.60 | $16,339.27 |
| December 10, 2002<br>D.I.3129 | 10/1/02 – 10/31/02 | $68,404.00 | $2,956.54 (Stroock)<br>$1,780.75 (Chambers) | $54,723.20 | $4,737.29 |
| January 28, 2003<br>D.I.3286 | 11/1/02 – 11/30/02 | $75,345.50 | $8,712.16 (Stroock) | $60,276.40 | $8,712.16 |
| February 7, 2003<br>D.I.3349 | 12/1/02 – 12/31/02 | $27,683.50 | $13,332.14 (Stroock) | $22,146.80 | $13,332.14 |
| March 26, 2003<br>D.I.3552 | 1/1/03 – 1/31/03 | $88,139.00 | $1,210.11 (Stroock) | $70,511.20 | $1,210.11 |
| April 7, 2003<br>D.I.3626 | 2/1/03 – 2/28/03 | $76,313.00 | $2,022.78 (Stroock)<br>$1,077.80 (Chambers) | $61,050.40 | $3,100.58 |
| April 29, 2003<br>D.I. 3718 | 3/1/03 – 3/31/03 | $60,163.50 | $6,191.15 (Stroock) | $48,130.80 | $6,191.15 |
| June 2, 2003<br>D.I. 3850 | 4/1/03 – 4/30/03 | $60,269.00 | $814.02 (Stroock)<br>$2,043.00 (Chambers) | $48,215.20 | $2,857.02 |
| July 1, 2003<br>D.I. 3983 | 5/1/03 – 5/31/03 | $111,990.50 | $691.84 (Stroock)<br>$9,830.50 (Chambers) | $89,592.40 | $10,522.34 |
| August 5, 2003<br>D.I. 4152 | 6/1/03 – 6/30/03 | $43,824.00 | $1,220.42 (Stroock)<br>$61,755.00 (Chambers) | $35,059.20 | $62,975.42 |

2

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| September 4, 2003 D.I. 4381 | 7/1/03 – 7/31/03 | $79,090.50 | $2,301.33 (Stroock) $14,274.25 (Chambers) | $55,941.60 | $16,575.58 |
| September 30, 2003 D.I. 4512 | 8/1/03 – 8/31/03 | $69,927.00 | $1,164.19 (Stroock) $12,488.94 (Chambers) | $55,941.60 | $13,653.13 |
| October 29, 2003 D.I. 4625 | 9/1/03 – 9/30/03 | $69,409.50 | $1,076.94 (Stroock) $10,102.00 (Chambers) | $55,527.60 | $11,178.94 |
| December 19, 2002 D.I. 4843 | 10/1/03 – 10/31/03 | $96,980.50 | $3,800.45 (Stroock) $42,881.50 (Chambers) | $77,584.40 | $46,681.95 |
| January 23, 2003 D.I. 4976 | 11/1/03 – 11/30/03 | $66,428.50 | $1,225.38 (Stroock) $30,463.00 (Navigant f/k/a Chambers) | $53,142.80 | $31,688.38 |
| February 4, 2004 D.I. 5056 | 12/1/03 – 12/31/03 | $52,321.50 | $924.99 (Stroock) $27,005.00 (Navigant f/k/a Chambers) | $41,857.20 | $27,929.99 |
| March 17, 2004 D.I. 5309 | 1/1/04 – 1/31/04 | $65,980.50 | $1,917.93 (Stroock) $47,654.57 (Navigant f/k/a Chambers) | $52,784.40 | $49,572.50 |
| April 6, 2004 D.I. 5406 | 2/1/04 – 2/29/04 | $90,421.50 | $3,636.48 (Stroock) $35,492.50 (Navigant f/k/a Chambers) | $72,337.20 | $39,128.98 |
| April 28, 2004 D.I. 5498 | 3/1/04 – 3/31/04 | $103,524.00 | $5,567.34 (Stroock) | $82,819.20 | $5,567.34 |
| June 14, 2004 D.I. 5803 | 4/1/04 – 4/30/04 | $99,136.00 | $3,518.96 (Stroock) $1,515.00 (Navigant February) $49,667.00 (Navigant March) $80,307.11 (Navigant April) | $79,308.80 | $135,008.07 |
| July 2, 2004 D.I. 5917 | 5/1/04 – 5/31/04 | $134,324.50 | $2,409.97 (Stroock) $78,360.05 (Navigant May) | $107,459.60 | $80,770.02 |

3

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 2, 2004 D.I. 6105 | 6/1/04 – 6/30/04 | $120,501.00 | $1,831.49 (Stroock) $62,625.00 (Navigant June) | $96,400.80 | $64,456.49 |
| September 9, 2004 D.I. 6341 | 7/1/04 – 7/31/04 | $72,394.00 | $3,461.84 (Stroock) $40,427.50 (Navigant July) | $57,915.20 | $43,889.34 |
| September 23, 2004 D.I. 6444 | 8/1/04 – 8/31/04 | $70,457.00 | $1,764.40 (Stroock) | $56,365.60 | $1,764.40 |
| October 14, 2004 D.I. 6625 | 9/1/04 – 9/30/04 | $83,903.50 | $1,535.61 (Stroock) $27,142.00 (Navigant August) | $67,122.80 | $28,677.61 |
| December 3, 2004 D.I. 7086 | 10/1/04 – 10/31/04 | $200,155.50 | $1,368.18 (Stroock) $ 24,659.00 (Navigant September) | $160,124.40 | $26,027.18 |
| January 7, 2005 D.I. 7481 | 11/1/04 – 11/30/04 | $218,608.50 | $14,019.09 (Stroock) $25,102.80 (Navigant October) $27,972.34 (Navigant November) | $174,886.80 | $67,094.23 |
| February 2, 2005 D.I. 7667 | 12/1/04 – 12/31/04 | $235,503.70 | $10,442.92 (Stroock) $62,687.97 (Navigant December) | $188,402.96 | $73,130.89 |
| March 15, 2005 D.I. 8026 | 1/1/05 – 1/31/05 | $187,168.00 | $4,411.55 (Stroock) $15,686.00 (Navigant January) | $149,734.40 | $20,097.55 |
| April 1, 2005 D.I. 8155 | 2/1/05 – 2/28/05 | $108,180.25 | $8,102.85 (Stroock) $18,303.37 (Navigant February) | $86,544.20 | $26,406.22 |
| April 25, 2005 D.I. 8331 | 3/1/05 – 3/31/05 | $56,941.25 | $287.23 (Stroock) $6,114.86 (Navigant March) | $45,553.00 | $6,402.09 |
| June 6, 2005 D.I.  8562 | 4/1/05 – 4/30/05 | $127,695.00 | $3,531.45 (Stroock) $20,129.06 (Navigant April) | $102,156.00 | $23,660.51 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| June 28, 2005 D.I. 8704 | 5/1/05 – 5/31/05 | $115,453.75 | $858.21(Stroock) | $78,855.20 | $858.21 |
| August 3, 2005 D.I. 9135 | 6/1/05 – 6/30/05 | $114,903.75 | $4,871.74 (Stroock) $34,075.28 (Navigant) | $91,923.00 | $38,947.02 |
| September 8, 2005 D.I. 9356 | 7/1/05 – 7/31/05 | $117,780.75 | $2,088.44 (Stroock) $2,211.00 (Navigant) | 94,224.60 | $4,299.44 |
| October 14, 2005 D.I. 9565 | 8/1/05 8/31/05 | $106,796.25 | $5,046.99 (Stroock) $18,550.00 (Navigant) | $85,437.00 | $23,596.99 |
| November 1, 2005 D.I. 10951 | 9/1/05 9/31/05 | $67,697.50 | $1,399.68 (Stroock) $11,197.50 (Navigant) | $54,158.00 | $12,597.18 |
| November 29, 2005 D.I. 11202 | 10/1/05 - 10/31/05 | $98,216.75 | $1,611.30 (Stroock) $11,582.50 (Navigant) | $78,573.40 | $13,193.80 |
| January 9, 2006 D.I. 11507 | 11/1/05 11/30/05 | $104,348.00 | $2,847.45 (Stroock) $71,598.50 (Navigant) | $83,478.40 | $74.445.95 |
| January 30, 2006 D.I. 11655 | 12/1/05 – 12/31/05 | $96,855.00 | $1,379.53 (Stroock) $20,317.49 (Navigant) | $77,484.00 | $21,697.02 |
| March 1, 2006 D.I. 11921 | 1/1/06 – 1/31/06 | $73,383.00 | $1,810.85 (Stroock) $14,124.01 (Navigant) | $58,706.40 | $15,934.86 |
| March 28, 2006 D.I. 12134 | 2/1/06 – 2/28/06 | $105,083.75 | $1,434.62 (Stroock) $25,971.70 (Navigant) | $84,067.00 | $27,406.32 |
| May 2, 2006 D.I. 12354 | 3/1/2006 – 3/31/2006 | $145,189.50 | $2,512.81 (Stroock) $25,838.37 (Navigant) | $116,151.60 | $28,351.18 |
| May 31, 2006 D.I. 12558 | 4/1/2006 - 4/30/2006 | $116,817.00 | $2,141.42 (Stroock) $7,425.00 (Navigant) | $93,453.60 | $9,566.42 |
| July 6, 2006 D.I. 12748 | 5/1/2006 – 5/31/2006 | $121,304.50 | $1,838.71 (Stroock) $17,493.75 (Navigant) | $97,043.60 | $19,332.46 |
| August 1, 2006 D.I. 12899 | 6/1/2006 – 6/30/2006 | $94,856.50 | $1,869.66 (Stroock) $38,548.75 (Navigant) | $75,885.20 | $40,418.41 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2006 D.I. 13117 | 7/1/2006 – 7/31/2006 | $97,397.25 | $496.76 (Stroock) $30,280.00 (Navigant) | $77,917.80 | $30,776.76 |
| October 2, 2006 D.I. 13336 | 8/1/2006- 8/31/2006 | $131,856.25 | $98.34 (Stroock) $98,317.50 (Navigant) | $105,485.00 | $98,415.84 |
| November 2, 2006 D.I. 13559 | 9/1/2006 – 9/30/2006 | $150,960.00 | $4,147.01 (Stroock) $91,179.11 (Navigant) | $120,768.00 | $95,326.12 |
| November 29, 2006 D.I. 13838 | 10/1/06 – 10/31/06 | $196,223.50 | $915.14 (Stroock) $147,374.20 (Navigant) | $156,978.89 | $148,289.34 |
| January 12, 2007 D.I. 14292 | 11/1/06 – 11/30/06 | $188,638.00 | $3,370.16 (Stroock) $133,438.70 (Navigant) | $150,910.40 | $136,808.86 |
| January 29, 2007 D.I. 14415 | 12/1/06 – 12/31/06 | $99,832.00 | $5,752.89 (Stroock) $55,245.22 (Navigant) | $79,865.60 | $60,998.11 |
| March 8, 2007 D.I. 14810 | 1/1/2007 1/31/2007 | $77,582.00 | $962.06 (Stroock) $90,474.74 (Navigant) | $62,065.60 | $91,436.80 |
| April 10, 2007 D.I. 15132 | 2/1/2007 2/28/2007 | $119,140.50 | $3,092.88 (Stroock) $77,301.25 (Navigant) | $95.312.40 | $80,394.13 |
| May 1, 2007 D.I. 15457 | 3/1/2007 – 3/31/2007 | $135,228.00 | $6,635.25 (Stroock) $104,674.53 (Navigant) | $108,182.40 | $111,309.78 |
| June 22, 2007 D.I. 16136 | 4/1/2007 – 4/30/2007 | $177,646.00 | $815.81 (Stroock) $173,437.45 (Navigant) | $142,116.80 | $174,253.26 |
| July 17,2007 D.I. 16309 | 5/1/2007 – 5/31/2007 | $205,937.25 | $6,405.01 (Stroock) $162,431.03 (Navigant) | $164,749.80 | $168,836.04 |
| August 10, 2007 D.I. 16528 | 6/1/2007 – 6/30.2007 | $225,650.50 | $5,929.97 (Stroock) $200,294.81 (Navigant) | $180,520.40 | $206,224.78 |
| September 14, 2007 D.I. 16822 | 7/1/2007 – 7/31/2007 | $157.268.50 | $4,021.65 (Stroock) $208,116.54 (Navigant) | $125,814.80 | $212,138.19 |
| October 1, 2007 D.I. 16959 | 8/1/2007 – 8/31/2007 | $145,866.50 | $3,354.61 (Stroock) $210,152.54 (Navigant) | $116,693.20 | $213,507.15 |

6

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| November 19, 2007 D.I. 17394 | 9/1/2007 – 9/30/2007 | $206,908.50 | $3,056.89 (Stroock) | $165,526.80 | $3,056.89 |
| December 5, 2007 D.I. 17548 | 10/1/07 - 10/31/07 | $288,976.50 | $22,324.58 (Stroock) $325,509.63 (Navigant) | $231,181.20 | $347,834.21 |
| January 11, 2008 D.I. 17803 | 11/1/07 – 11/30/07 | $249,372.50 | $32,780.40 (Stroock) $162,394.93 (Navigant) | $199,498.00 | $195,175.33 |
| February 1, 2008 D.I. 17957 | 12/1/07 – 12/31/97 | $116,522.50 | $57,717.92 (Stroock) $47,444.43 (Navigant) | $93,218.00 | $105,162.35 |
| March 4, 2008 D.I. 18202 | 1/1/08 – 1/31/08 | $201,472.50 | $3,282.80 (Stroock) $86,070.26 (Navigant) | $161,178.00 | $89,353.06 |
| April 4, 2008 D.I. 18450 | 2/1/08 – 2/29/08 | $195,491.00 | $5,922.25 (Stroock) $73,924.16 (Navigant) | $156,392.80 | $79,846.41 |
| April 29, 2008 D.I. 18639 | 3/1/08 – 3/31/08 | $275,659.00 | $11,217.17 (Stroock) $69,201.53 (Navigant) | $220,527.20 | $80,418.70 |
| June 4, 2008 D.I. 18862 | 4/1/08 - 4/30/08 | $298,888.00 | $10,143.60 (Stroock) $38,800.00 (Navigant) | $239,110.40 | $48,943.60 |
| July 1, 2008 D.I. 19032 | 5/1/08 - 5/31/08 | $138,683.50 | $3,649.95 (Stroock) | $110,946.80 | $3,649.95 |
| August 4, 2008 D.I. 19224 | 6/1/2008 - 6/30/2008 | $213,559.00 | $12,357.78 (Stroock) $96.84 (Navigant) | $170,847.20 | $12,454.62 |
| September 10, 2008 D.I. 19516 | 7/1/2008 - 7/31/2008 | $206,087.50 | $6,717.13 (Stroock) $259.90 (Navigant) | $164.870.00 | $6,977.03 |
| September 30, 2008 D.I. 19653 | 8/1/2008 – 8/31/2008 | $212,928.50 | $2,326.65 (Stroock) | $170,342.80 | $2,326.65 |
| November 6, 2008 D.I. 19949 | 9/1/2008 – 9/30/2008 | $226,486.50 | $2,844.77 (Stroock) | $181,189.20 | $2,844.77 |
| December 2, 2008 D.I. 20174 | 10/1/08 – 10/31/08 | $270,097.00 | $10,611.52 (Stroock) | $216,077.60 | $10,611.52 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| December 30, 2008 D.I. 20384 & 20385 | 11/1/08 – 11/30/08 | $184,642.00 | $5,870.24 (Stroock) | $147,713.60 | $5,870.24 |
| February 3, 2009 D.I. 20654 | 12/1/08 – 12/31/08 | $102,648.50 | $4,017.80 (Stroock) | $82,118.80 | $4,017.80 |
| March 3, 2009 D.I. 20906 | 1/1/09 – 1/31/09 | $114,525.00 | $2,458.44 (Stroock) | $91,620.00 | $2,458.44 |
| March 30, 2009 D.I. 21152 | 2/1/09 – 2/28/09 | $141,569.00 | $1,627.89 (Stroock) | $113,255.20 | $1,627.89 |
| April 29, 2009 D.I. 21475 | 3/1/09 – 3/31/09 | $181,006.75 | $3,270.02 (Stroock) | $144,805.40 | $3,270.02 |
| May 29,2009 D.I. 21910 | 4/1/09 – 4/30/09 | $187,588.50 | $1,545.41 (Stroock) | $150,070.80 | $1,545.41 |
| July 1, 2009 D.I. 22310 | 5/1/09 – 5/31/09 | $227,989.00 | $9,428.79 (Stroock) | $182,391.20 | $9,428.79 |
| August 6, 2009 D.I. 22709 | 6/1/09 – 6/30/09 | $238,611.25 | $5,960.91 (Stroock) | $190,889.00 | $5,960.91 |
| September 25, 2009 D.I. 23338 | 7/1/09 – 7/31/09 | $294,766.50 | $17,306.20 (Stroock) | $235,813.20 | $17,306.20 |
| October 5, 2009 D.I 23422 | 8/1/09 – 8/31/09 | $299,544.25 | $7,237.57 (Stroock) $2,812.50 (Navigant) | $239,635.40 | $10,050.07 |
| November 13, 2009 D.I. 23759 | 9/1/09 – 9/30/09 | $349,937.50 | $20,164.05 (Stroock) | $279,950.00 | $20,164.05 |
| December 1, 2009 D.I. 23897 | 10/1/09 – 10/31/09 | $281,050.75 | $12,457.25 (Stroock) | $224,840.60 | $12,457.25 |
| December 30, 2009 D.I. 24087 | 11/1/09 – 11/30/09 | $219,347.00 | $10,084.80 (Stroock) | $175,477.60 | $10,084.80 |
| January 29, 2010 D.I. 24211 | 12/1/09 – 12/31/09 | $117,137.00 | $3,532.36 (Stroock) | $93,709.60 | $3,532.36 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| March 1, 2010 D.I. 24376 | 1/1/2010 – 1/31/2010 | $193,442.75 | $3,163.37 (Stroock) | $154,754.20 | $3,163.37 |
| March 30, 2010 D.I. 24537 | 2/1/2010 – 2/28/2010 | $56,435.50 | $1,668.29 (Stroock) | $45,148.40 | $1,668.29 |
| April 28, 2010 D.I. 24687 | 3/1/2010 – 3/31/2010 | $42,209.00 | $636.63 (Stroock) | $33,767.20 | $636.63 |
| May 28, 2010 D.I. 24859 | 4/1/2010 – 4/30/2010 | $44,465.00 | $265.51 (Stroock) | $35,572.00 | $265.51 |
| June 28, 2010 D.I. 24993 | 5/1/2010 – 5/31/2010 | $36,946.50 | $770.90 (Stroock) | $29,557.20 | $770.90 |
| July 28, 2010 D.I. 25130 | 6/1/2010 – 6/30/2010 | $52,374.50 | $93.68 (Stroock) | $41,899.60 | $93.68 |
| August 30, 2010 D.I. 25286 | 7/1/2010 – 7/31/2010 | $20,240.00 | $141.30 (Stroock) | $16,192.00 | $141.30 |
| September 28, 2010 D.I. 25488 | 8/1/2010 – 8/31/2010 | $23,595.50 | $157.91 (Stroock) | $18,876.40 | $157.91 |
| October 28, 2010 D.I. 25660 | 9/1/2010 – 9/30/2010 | $25,244.50 | $328.75 (Stroock) | $20,195.60 | $328.75 |

**WR GRACE & CO**
**ATTACHMENT B**
**OCTOBER 1, 2010 - OCTOBER 31, 2010**

|  | Hours | Rate | Amount | No. of Years in Position |
|---|---|---|---|---|
| **Partners** |  |  |  |  |
| Kruger, Lewis | 0.4 | $  995 | $  398.00 | 40 |
| Pasquale, Kenneth | 0.9 | 875 | 787.50 | 20 |
|  |  |  |  |  |
| **Associates** |  |  |  |  |
| Krieger, Arlene G. | 19.9 | 695 | 13,830.50 | 26 |
|  |  |  |  |  |
| **Paraprofessionals** |  |  |  |  |
| Braun, Danielle E. | 0.1 | 275 | 27.50 |  |
| Magzamen, Michael | 0.6 | 305 | 183.00 | 8 |
| Mohamed, David | 12.9 | 190 | 2,451.00 | 20 |
|  |  |  |  |  |
| **TOTAL** | **34.8** |  | **$ 17,677.50** |  |

# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**OCTOBER 1, 2010 - OCTOBER 31, 2010**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 6.0 | $ 4,170.00 |
| 0009 | Asset Dispositions, Sales, Uses and Leases (Section 363) | 0.9 | 625.50 |
| 0014 | Case Administration | 8.3 | 1,787.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 6.5 | 4,673.50 |
| 0018 | Fee Application, Applicant | 8.6 | 4,216.50 |
| 0019 | Creditor Inquiries | 1.0 | 782.00 |
| 0020 | Fee Application, Others | 2.3 | 588.50 |
| 0022 | Environmental Matters/Regulations/Litigation | 0.6 | 417.00 |
| 0037 | Hearings | 0.6 | 417.00 |
| | | | |
| | TOTAL | 34.8 | $ 17,677.50 |

# STROOCK

## INVOICE

| DATE | November 3, 2010 |
|---|---|
| INVOICE NO. | 519584 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through October 31, 2010, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
|---|---|
| | 699843  0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/11/2010 | Attend to Debtors' motion approving settlement with Federal Insurance Company. | Krieger, A. | 0.3 |
| 10/14/2010 | Attend to proposed settlement with Federal Insurance and preparation of Committee memorandum. | Krieger, A. | 4.4 |
| 10/15/2010 | Attend to Committee memorandum re Federal Insurance settlement. | Krieger, A. | 1.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 6.0 | $ 695 | $ 4,170.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 4,170.00 |
|---|---|---|

| TOTAL FOR THIS MATTER | | $ 4,170.00 |
|---|---|---|

# STROOCK

| RE | Asset Dispositions, Sales, Uses and Leases (Section 363) |
|----|----------------------------------------------------------|
|    | 699843  0009                                             |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/04/2010 | Attend to revised Synthetech order. | Krieger, A. | 0.1 |
| 10/05/2010 | Memorandum to J. Baer re Synthetech order (.1); memorandum to Capstone re same (.1). | Krieger, A. | 0.2 |
| 10/15/2010 | Exchanged memoranda with J. Baer re status of proposed revised Synthetech order. | Krieger, A. | 0.2 |
| 10/21/2010 | Memorandum to Capstone re Project Lily information. | Krieger, A. | 0.1 |
| 10/24/2010 | Attend to memorandum from Capstone re Project Lily information and memorandum to Capstone re analysis and report thereon. | Krieger, A. | 0.2 |
| 10/28/2010 | Attend to Capstone's information request on Project Lily. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.9 | $ 695 | $ 625.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 625.50 |
|-------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 625.50 |
|-----------------------|----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Case Administration<br>699843  0014 |
|----|--------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/01/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |
| 10/04/2010 | Obtain and circulate recently docketed pleadings in main case (.3); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.6 |
| 10/06/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.3 |
| 10/08/2010 | Obtain documents for attorney review. | Mohamed, D. | 0.5 |
| 10/12/2010 | Review docket and circulate any relevant pleadings. | Braun, D. | 0.1 |
| 10/13/2010 | Attend to 10/18/10 hearing agenda notice and exchanged memoranda re attendance at hearing. | Krieger, A. | 0.2 |
| 10/13/2010 | Obtain and circulate recently docketed pleadings in main case (.5); Schedule A. Krieger to appear telephonically at 10/18/10 hearing (.2). | Mohamed, D. | 0.7 |
| 10/19/2010 | Obtain and circulate recently docketed pleadings in main case (.6); obtain documents for attorney review (.5). | Mohamed, D. | 1.1 |
| 10/21/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.3 |
| 10/22/2010 | Obtain certain documents for attorney review. | Mohamed, D. | 0.7 |
| 10/25/2010 | Obtain and circulate recently docketed pleadings in main case (.5); review case file documents (1.3); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 2.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/26/2010 | Attend to modified order re 2001 hearing dates, deadlines. | Krieger, A. | 0.1 |
| 10/26/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |
| 10/27/2010 | Attend to notice of settlement for the prior quarterly period. | Krieger, A. | 0.1 |
| 10/27/2010 | Obtain and circulate recently docketed pleading in main case. | Mohamed, D. | 0.3 |
| 10/28/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Braun, Danielle E. | 0.1 | $ 275 | $ 27.50 |
| Krieger, Arlene G. | 0.4 | 695 | 278.00 |
| Mohamed, David | 7.8 | 190 | 1,482.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,787.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,787.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843 0017 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/01/2010 | Memorandum to the Committee re letter agreement resolving Debtors' motion to enforce NJDEP stipulation (.6); memorandum to the Committee re proposed settlement (.9). | Krieger, A. | 1.5 |
| 10/04/2010 | Preparation of memorandum re resolution of Debtors' motion to enforce NJDEP stipulation. | Krieger, A. | 0.4 |
| 10/06/2010 | Attend to preparation of Committee memorandum re proposed Settlement of Seaboard Group II claim. | Krieger, A. | 1.2 |
| 10/07/2010 | Attend to Committee memorandum re settlement of Seaboard Group II claim and resolution of Debtors' motion enforcing prior NJDEP stipulation. | Krieger, A. | 0.8 |
| 10/18/2010 | Attend to memorandum for the Committee re 10/18/10 omnibus hearing. | Krieger, A. | 0.4 |
| 10/18/2010 | Review memo to Committee re court hearing. | Kruger, L. | 0.2 |
| 10/20/2010 | Attend to Committee memorandum re Federal Insurance Company settlement. | Krieger, A. | 0.8 |
| 10/20/2010 | Review AK draft memo re Federal settlement. | Kruger, L. | 0.2 |
| 10/20/2010 | Review AK draft memo re: Federal Insurance Company settlement. | Pasquale, K. | 0.2 |
| 10/21/2010 | Memorandum for the Committee re Federal Insurance Company settlement. | Krieger, A. | 0.2 |
| 10/25/2010 | Memorandum to Committee member re Federal Insurance settlement inquiry. | Krieger, A. | 0.6 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 5.9 | $ 695 | $ 4,100.50 |
| Kruger, Lewis | 0.4 | 995 | 398.00 |
| Pasquale, Kenneth | 0.2 | 875 | 175.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,673.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 4,673.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Fee Application, Applicant |
|---|---|
| | 699843  0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/05/2010 | Review/revise September bill. | Magzamen, M. | 0.5 |
| 10/07/2010 | Prepare draft of Stroock's one-hundred and fourteenth monthly fee application for review. | Mohamed, D. | 0.8 |
| 10/11/2010 | Attend to SSL's September 2010 fee statement. | Krieger, A. | 0.2 |
| 10/11/2010 | Revise draft of Stroock's One-Hundred and Fourteenth monthly fee application. | Mohamed, D. | 0.4 |
| 10/27/2010 | Attend to preparation of SSL's 38th quarterly fee application. | Krieger, A. | 1.2 |
| 10/28/2010 | Attend to preparation of 38th quarterly fee application. | Krieger, A. | 3.6 |
| 10/28/2010 | Review Stroock's one hundred and fourteenth monthly fee application for filing (.7); prepare certificate of service re same and forward to local counsel for filing (.6); prepare and effectuate service re fee application (.6). | Mohamed, D. | 1.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 5.0 | $ 695 | $ 3,475.00 |
| Magzamen, Michael | 0.5 | 305 | 152.50 |
| Mohamed, David | 3.1 | 190 | 589.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,216.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 4,216.50 |
|---|---|

# STROOCK

| RE | Creditor Inquiries |
|----|----|
|    | 699843  0019 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/12/2010 | Telephone conference lender re confirmation status. | Pasquale, K. | 0.3 |
| 10/19/2010 | Telephone conferences creditors re confirmation status. | Pasquale, K. | 0.4 |
| 10/25/2010 | Telephone call creditor re case status. | Krieger, A. | 0.1 |
| 10/25/2010 | Tc w/ creditor re: case status and call w/ A. Krieger re: same. | Magzamen, M. | 0.1 |
| 10/28/2010 | Telephone call creditor re confirmation status. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.2 | $ 695 | $ 139.00 |
| Magzamen, Michael | 0.1 | 305 | 30.50 |
| Pasquale, Kenneth | 0.7 | 875 | 612.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 782.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 782.00 |
|-----------------------|----------|

# STROOCK

| RE | Fee Application, Others |
|----|------------------------|
|    | 699843  0020 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/01/2010 | Review Capstone's Seventy-Eighth monthly fee application for filing (.7); prepare notice and certificate of service re same and forward to local counsel for filing (.6); prepare and effectuate service re fee application (.7). | Mohamed, D. | 2.0 |
| 10/11/2010 | Attend to other parties' fee applications, certifications. | Krieger, A. | 0.2 |
| 10/26/2010 | Attend to other professionals, fee application, certifications, notices. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.3 | $ 695 | $ 208.50 |
| Mohamed, David | 2.0 | 190 | 380.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 588.50 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 588.50 |
|-----------------------|----------|

# STROOCK

| RE | Environmental Matters/Regulations/Litigation |
|---|---|
| | 699843 0022 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/01/2010 | Attend to Debtors' claim settlement with Seaboard Group and proof of claim, and request to Debtors' counsel for additional information. | Krieger, A. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.6 | $ 695 | $ 417.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 417.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 417.00 |
|---|---|

# STROOCK

| RE | Expenses |
|---|---|
| | 699843  0024 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 59.20 |
| Long Distance Telephone | 30.00 |
| Duplicating Costs-in House | 0.80 |

| | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 90.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 90.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Hearings |
| --- | --- |
| | 699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 10/18/2010 | Preparation for and attendance at telephonic omnibus hearing re: Synthetech acquisition and status of confirmation decision. | Krieger, A. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Krieger, Arlene G. | 0.6 | $ 695 | $ 417.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 417.00 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 417.00 |
| --- | --- |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 17,677.50 |
| --- | --- |
| TOTAL DISBURSEMENTS/CHARGES | $ 90.00 |
| TOTAL BILL | $ 17,767.50 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# EXHIBIT B

WR GRACE & CO
SUMMARY OF FEES
OCTOBER 1, 2010 - OCTOBER 31, 2010

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Kruger, Lewis | 0.4 | $    995 | $    398.00 |
| Pasquale, Kenneth | 0.9 | 875 | 787.50 |
|  |  |  |  |
| **Associates** |  |  |  |
| Krieger, Arlene G. | 19.9 | 695 | 13,830.50 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Braun, Danielle E. | 0.1 | 275 | 27.50 |
| Magzamen, Michael | 0.6 | 305 | 183.00 |
| Mohamed, David | 12.9 | 190 | 2,451.00 |
|  |  |  |  |
| **TOTAL** | 34.8 |  | $ 17,677.50 |

# EXHIBIT C

**WR GRACE & CO**

**DISBURSEMENT SUMMARY**

**OCTOBER 1, 2010 - OCTOBER 31, 2010**

| | | |
|---|---|---|
| Outside Messenger Service | $ | 59.20 |
| Long Distance Telephone | | 30.00 |
| Duplicating Costs-in House | | 0.80 |
| | | |
| **TOTAL** | $ | **90.00** |

# STROOCK

## Disbursement Register

| DATE | November 3, 2010 |
|---|---|
| INVOICE NO. | 519584 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through October 31, 2010, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 10/04/2010 | VENDOR: UPS; INVOICE#: 0000010X827400; DATE: 10/02/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, 325 N St Paul St, Dallas, TX 75201 Tracking #:1Z10X8270193021439 on 09/28/2010 | 9.50 |
| 10/04/2010 | VENDOR: UPS; INVOICE#: 0000010X827400; DATE: 10/02/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 Tracking #:1Z10X8270194737049 on 09/28/2010 | 6.70 |
| 10/04/2010 | VENDOR: UPS; INVOICE#: 0000010X827400; DATE: 10/02/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 Tracking #:1Z10X8270196030629 on 09/28/2010 | 6.70 |
| 10/04/2010 | VENDOR: UPS; INVOICE#: 0000010X827400; DATE: 10/02/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 N Market St, Wilmington, DE 19801 Tracking #:1Z10X8270197868830 on 09/28/2010 | 6.70 |
| 10/12/2010 | VENDOR: UPS; INVOICE#: 0000010X827410; DATE: 10/09/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 Tracking #:1Z10X8270195009262 on 10/01/2010 | 6.70 |
| 10/12/2010 | VENDOR: UPS; INVOICE#: 0000010X827410; DATE: 10/09/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, 325 N St Paul St, Dallas, TX 75201 Tracking #:1Z10X8270195565876 on 10/01/2010 | 9.50 |

# STROOCK

PAGE: 2

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/12/2010 | VENDOR: UPS; INVOICE#: 0000010X827410; DATE: 10/09/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder  Esq. Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 Tracking #:1Z10X8270195664894 on 10/01/2010 | 6.70 |
| 10/12/2010 | VENDOR: UPS; INVOICE#: 0000010X827410; DATE: 10/09/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 N Market St, Wilmington, DE 19801 Tracking #:1Z10X8270199519089 on 10/01/2010 | 6.70 |

**Outside Messenger Service Total**                                    **59.20**

**Long Distance Telephone**

| 10/20/2010 | VENDOR: Chase Card Services; INVOICE#: 100210; DATE: 10/2/2010  -  visa charge 09/16/10 CourtCall | 30.00 |

**Long Distance Telephone Total**                                    **30.00**

**Duplicating Costs-in House**

10/28/2010                                                                            0.80

**Duplicating Costs-in House Total**                                    **0.80**

BILL DISBURSEMENT SUMMARY

| Outside Messenger Service | $ 59.20 |
|---------------------------|---------|
| Long Distance Telephone | 30.00 |
| Duplicating Costs-in House | 0.80 |

| TOTAL DISBURSEMENTS/CHARGES | $ 90.00 |
|-----------------------------|---------|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.