# EXHIBIT B – Part 2

## Monthly Fee Application for the Period from:
## November 1, 2010 – November 30, 2010

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline:** |
|  | ) | **January 18, 2011 at 4:00 p.m.** |
|  | ) | **Hearing date:  To be scheduled only if objections** |
|  | ) | **are timely filed and served.** |

### NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel

to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee

of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and

(7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Stroock & Stroock & Lavan LLP ("Stroock"), counsel to the Official Committee of

Unsecured Creditors (the "Committee") of the above captioned debtor and debtors in possession

in the above-captioned chapter 11 cases, filed and served the One Hundred and Sixteenth

Monthly Fee Application of Stroock & Stroock & Lavan LLP for Interim Compensation and for

Reimbursement of Expenses for the services rendered during the period November 1, 2010

through November 30, 2010, seeking compensation in the amount of $45,417.00 and

reimbursement for actual and necessary expenses in the amount of $307.06.

Objections or responses to the Monthly Fee Application, if any, must be made in writing

and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market

Street, 3rd Floor, Wilmington, Delaware 19801, on or before **January 18, 2011 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon

the Affected Professional and each of the following:  (i) co-counsel for the Debtors, Adam Paul,

Date Filed: 12/28/2010

Docket No: 25963

Esquire, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654 (fax number 312-862-2200), and James E. O'Neill, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400), and Janet S. Baer, Esquire, The Law Offices of Janet S. Baer, P.C., 70 West Madison Street, Suite 2100, Chicago, IL 60602 (Fax number 312-641-2165); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 222 Delaware Avenue, Suite 1600, Wilmington, Delaware 19801 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod LLP, Wachovia Building, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755), and Mark Hurford, Esquire, Campbell & Levine, LLC, 800 N. King Street, Suite 300, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins LLP, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Neil B. Glassman, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) co-counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (fax number 212-715-8000),

and Teresa K.D. Currier, Esquire, Saul Ewing LLP, 222 Delaware Avenue, Wilmington, Delaware 19801 (Fax number 302-421-6813); (vii) the Office of the United States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); and (viii) the Fee Auditor, Bobbi Ruhlander, Warren H. Smith and Associates, P.C., Republic Center, 325 N. St. Paul, Suite 1250, Dallas, TX 75201 (Fax number 214-722-0081).

**[Remainder of Page Left Intentionally Blank]**

3

Dated: December 28, 2010
     Wilmington, Delaware

**RESPECTFULLY SUBMITTED,**

*/s/ Michael R. Lastowski*
Michael R. Lastowski, Esq. (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:    mlastowski@duanemorris.com
E-mail:    rwriley@duanemorris.com

William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
Suite 1200
744 Broad Street
Newark, NJ 07102-3889
Telephone:    (973) 424-2000
Facsimile:    (973) 424-2001
E-mail:    wskatchen@duanemorris.com

and

Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006
E-mail:    lkruger@stroock.com
             kpasquale@stroock.com

Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., <u>et al</u>.

4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline:** |
|  | ) | **January 18, 2010 at 4:00 p.m.** |
|  | ) | **Hearing date:  To be scheduled only if objections** |
|  | ) | **are timely filed and served.** |

**ONE HUNDRED AND SIXTEENTH MONTHLY FEE APPLICATION OF STROOCK &
STROOCK & LAVAN LLP FOR COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010**

| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and reimbursement is sought | **November 1, 2010 – November 30, 2010** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$45,417.00     (80%: $36,333.60)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$307.06** |

This is an: ☒ interim  ☐ final application

**Attachment A**

## Monthly Interim Fee Applications

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| May 30, 2001 D.I.339 | 4/12/01- 4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 D.I.613 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111,943.00 | $6,884.73 |
| July 30, 2001 D.I.772 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| September 5, 2001 D.I.889 | 7/1/01- 7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 D.I.983 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 D.I.1058 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 D.I.1239 | 10/1/01 – 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 D.I.1470 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 D.I.1608 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 D.I.1812 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 D.I.1951 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |
| May 8, 2002 D.I.2029 | 03/01/02 – 03/31/02 | $77,964.25 | $1,190.44 | $62,371.40 | $1,190.44 |
| June 3, 2002 D.I.2156 | 04/01/02- 04/30/02 | $97,251.50 | $1,816.40 (Stroock) $9,772.37 (Chambers) | $77,801.20 | $11,588.86 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| July 2, 2002 D.I.2324 | 05/01/02 – 05/31/02 | $74,910.75 | $2,9154.43 (Stroock) $43,190.69 (Chambers) | $59,928.60 | $46,105.12 |
| August 5, 2002 D.I.2495 | 06/01/02 – 06/30/02 | $73,096.75 | $2,054.05 (Stroock) $114,666.72 (Chambers) | $58,477.4011 | $116,720.77 |
| September 20, 2002 D.I.2720 | 07/01/02 – 07/31/02 | $90,903.27 | $1,250.79 (Stroock) $11,996.25 (Chambers) | $72,722.61 | $13,274.04 |
| October 29, 2002 D.I.2898 | 08/01/02 – 08/31/02 | $93,151.25 | $11,539.51 (Stroock) $5,046.70 (Chambers) | $74,521.00 | $16,586.21 |
| November 14, 2002 D.I.2981 | 09/01/02 – 09/30/02 | $96,613.25 | $15,567.77 (Stroock) $771.50 (Chambers) | $77,290.60 | $16,339.27 |
| December 10, 2002 D.I.3129 | 10/1/02 – 10/31/02 | $68,404.00 | $2,956.54 (Stroock) $1,780.75 (Chambers) | $54,723.20 | $4,737.29 |
| January 28, 2003 D.I.3286 | 11/1/02 – 11/30/02 | $75,345.50 | $8,712.16 (Stroock) | $60,276.40 | $8,712.16 |
| February 7, 2003 D.I.3349 | 12/1/02 – 12/31/02 | $27,683.50 | $13,332.14 (Stroock) | $22,146.80 | $13,332.14 |
| March 26, 2003 D.I.3552 | 1/1/03 – 1/31/03 | $88,139.00 | $1,210.11 (Stroock) | $70,511.20 | $1,210.11 |
| April 7, 2003 D.I.3626 | 2/1/03 – 2/28/03 | $76,313.00 | $2,022.78 (Stroock) $1,077.80 (Chambers) | $61,050.40 | $3,100.58 |
| April 29, 2003 D.I. 3718 | 3/1/03 – 3/31/03 | $60,163.50 | $6,191.15 (Stroock) | $48,130.80 | $6,191.15 |
| June 2, 2003 D.I. 3850 | 4/1/03 – 4/30/03 | $60,269.00 | $814.02 (Stroock) $2,043.00 (Chambers) | $48,215.20 | $2,857.02 |
| July 1, 2003 D.I. 3983 | 5/1/03 – 5/31/03 | $111,990.50 | $691.84 (Stroock) $9,830.50 (Chambers) | $89,592.40 | $10,522.34 |
| August 5, 2003 D.I. 4152 | 6/1/03 – 6/30/03 | $43,824.00 | $1,220.42 (Stroock) $61,755.00 (Chambers) | $35,059.20 | $62,975.42 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| September 4, 2003 D.I. 4381 | 7/1/03 – 7/31/03 | $79,090.50 | $2,301.33 (Stroock) $14,274.25 (Chambers) | $55,941.60 | $16,575.58 |
| September 30, 2003 D.I. 4512 | 8/1/03 – 8/31/03 | $69,927.00 | $1,164.19 (Stroock) $12,488.94 (Chambers) | $55,941.60 | $13,653.13 |
| October 29, 2003 D.I. 4625 | 9/1/03 – 9/30/03 | $69,409.50 | $1,076.94 (Stroock) $10,102.00 (Chambers) | $55,527.60 | $11,178.94 |
| December 19, 2002 D.I. 4843 | 10/1/03 – 10/31/03 | $96,980.50 | $3,800.45 (Stroock) $42,881.50 (Chambers) | $77,584.40 | $46,681.95 |
| January 23, 2003 D.I. 4976 | 11/1/03 – 11/30/03 | $66,428.50 | $1,225.38 (Stroock) $30,463.00 (Navigant f/k/a Chambers) | $53,142.80 | $31,688.38 |
| February 4, 2004 D.I. 5056 | 12/1/03 – 12/31/03 | $52,321.50 | $924.99 (Stroock) $27,005.00 (Navigant f/k/a Chambers) | $41,857.20 | $27,929.99 |
| March 17, 2004 D.I. 5309 | 1/1/04 – 1/31/04 | $65,980.50 | $1,917.93 (Stroock) $47,654.57 (Navigant f/k/a Chambers) | $52,784.40 | $49,572.50 |
| April 6, 2004 D.I. 5406 | 2/1/04 – 2/29/04 | $90,421.50 | $3,636.48 (Stroock) $35,492.50 (Navigant f/k/a Chambers) | $72,337.20 | $39,128.98 |
| April 28, 2004 D.I. 5498 | 3/1/04 – 3/31/04 | $103,524.00 | $5,567.34 (Stroock) | $82,819.20 | $5,567.34 |
| June 14, 2004 D.I. 5803 | 4/1/04 – 4/30/04 | $99,136.00 | $3,518.96 (Stroock) $1,515.00 (Navigant February) $49,667.00 (Navigant March) $80,307.11 (Navigant April) | $79,308.80 | $135,008.07 |
| July 2, 2004 D.I. 5917 | 5/1/04 – 5/31/04 | $134,324.50 | $2,409.97 (Stroock) $78,360.05 (Navigant May) | $107,459.60 | $80,770.02 |

3

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 2, 2004 D.I. 6105 | 6/1/04 – 6/30/04 | $120,501.00 | $1,831.49 (Stroock) $62,625.00 (Navigant June) | $96,400.80 | $64,456.49 |
| September 9, 2004 D.I. 6341 | 7/1/04 – 7/31/04 | $72,394.00 | $3,461.84 (Stroock) $40,427.50 (Navigant July) | $57,915.20 | $43,889.34 |
| September 23, 2004 D.I. 6444 | 8/1/04 – 8/31/04 | $70,457.00 | $1,764.40 (Stroock) | $56,365.60 | $1,764.40 |
| October 14, 2004 D.I. 6625 | 9/1/04 – 9/30/04 | $83,903.50 | $1,535.61 (Stroock) $27,142.00 (Navigant August) | $67,122.80 | $28,677.61 |
| December 3, 2004 D.I. 7086 | 10/1/04 – 10/31/04 | $200,155.50 | $1,368.18 (Stroock) $ 24,659.00 (Navigant September) | $160,124.40 | $26,027.18 |
| January 7, 2005 D.I. 7481 | 11/1/04 – 11/30/04 | $218,608.50 | $14,019.09 (Stroock) $25,102.80 (Navigant October) $27,972.34 (Navigant November) | $174,886.80 | $67,094.23 |
| February 2, 2005 D.I. 7667 | 12/1/04 – 12/31/04 | $235,503.70 | $10,442.92 (Stroock) $62,687.97 (Navigant December) | $188,402.96 | $73,130.89 |
| March 15, 2005 D.I. 8026 | 1/1/05 – 1/31/05 | $187,168.00 | $4,411.55 (Stroock) $15,686.00 (Navigant January) | $149,734.40 | $20,097.55 |
| April 1, 2005 D.I. 8155 | 2/1/05 – 2/28/05 | $108,180.25 | $8,102.85 (Stroock) $18,303.37 (Navigant February) | $86,544.20 | $26,406.22 |
| April 25, 2005 D.I. 8331 | 3/1/05 – 3/31/05 | $56,941.25 | $287.23 (Stroock) $6,114.86 (Navigant March) | $45,553.00 | $6,402.09 |
| June 6, 2005 D.I.  8562 | 4/1/05 – 4/30/05 | $127,695.00 | $3,531.45 (Stroock) $20,129.06 (Navigant April) | $102,156.00 | $23,660.51 |

4

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| June 28, 2005 D.I. 8704 | 5/1/05 – 5/31/05 | $115,453.75 | $858.21(Stroock) | $78,855.20 | $858.21 |
| August 3, 2005 D.I. 9135 | 6/1/05 – 6/30/05 | $114,903.75 | $4,871.74 (Stroock) $34,075.28 (Navigant) | $91,923.00 | $38,947.02 |
| September 8, 2005 D.I. 9356 | 7/1/05 – 7/31/05 | $117,780.75 | $2,088.44 (Stroock) $2,211.00 (Navigant) | 94,224.60 | $4,299.44 |
| October 14, 2005 D.I. 9565 | 8/1/05 8/31/05 | $106,796.25 | $5,046.99 (Stroock) $18,550.00 (Navigant) | $85,437.00 | $23,596.99 |
| November 1, 2005 D.I. 10951 | 9/1/05 9/31/05 | $67,697.50 | $1,399.68 (Stroock) $11,197.50 (Navigant) | $54,158.00 | $12,597.18 |
| November 29, 2005 D.I. 11202 | 10/1/05 - 10/31/05 | $98,216.75 | $1,611.30 (Stroock) $11,582.50 (Navigant) | $78,573.40 | $13,193.80 |
| January 9, 2006 D.I. 11507 | 11/1/05 11/30/05 | $104,348.00 | $2,847.45 (Stroock) $71,598.50 (Navigant) | $83,478.40 | $74.445.95 |
| January 30, 2006 D.I. 11655 | 12/1/05 – 12/31/05 | $96,855.00 | $1,379.53 (Stroock) $20,317.49 (Navigant) | $77,484.00 | $21,697.02 |
| March 1, 2006 D.I. 11921 | 1/1/06 – 1/31/06 | $73,383.00 | $1,810.85 (Stroock) $14,124.01 (Navigant) | $58,706.40 | $15,934.86 |
| March 28, 2006 D.I. 12134 | 2/1/06 – 2/28/06 | $105,083.75 | $1,434.62 (Stroock) $25,971.70 (Navigant) | $84,067.00 | $27,406.32 |
| May 2, 2006 D.I. 12354 | 3/1/2006 - 3/31/2006 | $145,189.50 | $2,512.81 (Stroock) $25,838.37 (Navigant) | $116,151.60 | $28,351.18 |
| May 31, 2006 D.I. 12558 | 4/1/2006 - 4/30/2006 | $116,817.00 | $2,141.42 (Stroock) $7,425.00 (Navigant) | $93,453.60 | $9,566.42 |
| July 6, 2006 D.I. 12748 | 5/1/2006 – 5/31/2006 | $121,304.50 | $1,838.71 (Stroock) $17,493.75 (Navigant) | $97,043.60 | $19,332.46 |
| August 1, 2006 D.I. 12899 | 6/1/2006 – 6/30/2006 | $94,856.50 | $1,869.66 (Stroock) $38,548.75 (Navigant) | $75,885.20 | $40,418.41 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2006 D.I. 13117 | 7/1/2006 – 7/31/2006 | $97,397.25 | $496.76 (Stroock) $30,280.00 (Navigant) | $77,917.80 | $30,776.76 |
| October 2, 2006 D.I. 13336 | 8/1/2006- 8/31/2006 | $131,856.25 | $98.34 (Stroock) $98,317.50 (Navigant) | $105,485.00 | $98,415.84 |
| November 2, 2006 D.I. 13559 | 9/1/2006 – 9/30/2006 | $150,960.00 | $4,147.01 (Stroock) $91,179.11 (Navigant) | $120,768.00 | $95,326.12 |
| November 29, 2006 D.I. 13838 | 10/1/06 – 10/31/06 | $196,223.50 | $915.14 (Stroock) $147,374.20 (Navigant) | $156,978.89 | $148,289.34 |
| January 12, 2007 D.I. 14292 | 11/1/06 – 11/30/06 | $188,638.00 | $3,370.16 (Stroock) $133,438.70 (Navigant) | $150,910.40 | $136,808.86 |
| January 29, 2007 D.I. 14415 | 12/1/06 – 12/31/06 | $99,832.00 | $5,752.89 (Stroock) $55,245.22 (Navigant) | $79,865.60 | $60,998.11 |
| March 8, 2007 D.I. 14810 | 1/1/2007 – 1/31/2007 | $77,582.00 | $962.06 (Stroock) $90,474.74 (Navigant) | $62,065.60 | $91,436.80 |
| April 10, 2007 D.I. 15132 | 2/1/2007 – 2/28/2007 | $119,140.50 | $3,092.88 (Stroock) $77,301.25 (Navigant) | $95,312.40 | $80,394.13 |
| May 1, 2007 D.I. 15457 | 3/1/2007 – 3/31/2007 | $135,228.00 | $6,635.25 (Stroock) $104,674.53 (Navigant) | $108,182.40 | $111,309.78 |
| June 22, 2007 D.I. 16136 | 4/1/2007 – 4/30/2007 | $177,646.00 | $815.81 (Stroock) $173,437.45 (Navigant) | $142,116.80 | $174,253.26 |
| July 17,2007 D.I. 16309 | 5/1/2007 – 5/31/2007 | $205,937.25 | $6,405.01 (Stroock) $162,431.03 (Navigant) | $164,749.80 | $168,836.04 |
| August 10, 2007 D.I. 16528 | 6/1/2007 – 6/30.2007 | $225,650.50 | $5,929.97 (Stroock) $200,294.81 (Navigant) | $180,520.40 | $206,224.78 |
| September 14, 2007 D.I. 16822 | 7/1/2007 – 7/31/2007 | $157.268.50 | $4,021.65 (Stroock) $208,116.54 (Navigant) | $125,814.80 | $212,138.19 |
| October 1, 2007 D.I. 16959 | 8/1/2007 – 8/31/2007 | $145,866.50 | $3,354.61 (Stroock) $210,152.54 (Navigant) | $116,693.20 | $213,507.15 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| November 19, 2007 D.I. 17394 | 9/1/2007 – 9/30/2007 | $206,908.50 | $3,056.89 (Stroock) | $165,526.80 | $3,056.89 |
| December 5, 2007 D.I. 17548 | 10/1/07 - 10/31/07 | $288,976.50 | $22,324.58 (Stroock) $325,509.63 (Navigant) | $231,181.20 | $347,834.21 |
| January 11, 2008 D.I. 17803 | 11/1/07 – 11/30/07 | $249,372.50 | $32,780.40 (Stroock) $162,394.93 (Navigant) | $199,498.00 | $195,175.33 |
| February 1, 2008 D.I. 17957 | 12/1/07 – 12/31/97 | $116,522.50 | $57,717.92 (Stroock) $47,444.43 (Navigant) | $93,218.00 | $105,162.35 |
| March 4, 2008 D.I. 18202 | 1/1/08 – 1/31/08 | $201,472.50 | $3,282.80 (Stroock) $86,070.26 (Navigant) | $161,178.00 | $89,353.06 |
| April 4, 2008 D.I. 18450 | 2/1/08 – 2/29/08 | $195,491.00 | $5,922.25 (Stroock) $73,924.16 (Navigant) | $156,392.80 | $79,846.41 |
| April 29, 2008 D.I. 18639 | 3/1/08 – 3/31/08 | $275,659.00 | $11,217.17 (Stroock) $69,201.53 (Navigant) | $220,527.20 | $80,418.70 |
| June 4, 2008 D.I. 18862 | 4/1/08 - 4/30/08 | $298,888.00 | $10,143.60 (Stroock) $38,800.00 (Navigant) | $239,110.40 | $48,943.60 |
| July 1, 2008 D.I. 19032 | 5/1/08 - 5/31/08 | $138,683.50 | $3,649.95 (Stroock) | $110,946.80 | $3,649.95 |
| August 4, 2008 D.I. 19224 | 6/1/2008 - 6/30/2008 | $213,559.00 | $12,357.78 (Stroock) $96.84 (Navigant) | $170,847.20 | $12,454.62 |
| September 10, 2008 D.I. 19516 | 7/1/2008 - 7/31/2008 | $206,087.50 | $6,717.13 (Stroock) $259.90 (Navigant) | $164.870.00 | $6,977.03 |
| September 30, 2008 D.I. 19653 | 8/1/2008 – 8/31/2008 | $212,928.50 | $2,326.65 (Stroock) | $170,342.80 | $2,326.65 |
| November 6, 2008 D.I. 19949 | 9/1/2008 – 9/30/2008 | $226,486.50 | $2,844.77 (Stroock) | $181,189.20 | $2,844.77 |
| December 2, 2008 D.I. 20174 | 10/1/08 – 10/31/08 | $270,097.00 | $10,611.52 (Stroock) | $216,077.60 | $10,611.52 |

7

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| December 30, 2008 D.I. 20384 & 20385 | 11/1/08 – 11/30/08 | $184,642.00 | $5,870.24 (Stroock) | $147,713.60 | $5,870.24 |
| February 3, 2009 D.I. 20654 | 12/1/08 – 12/31/08 | $102,648.50 | $4,017.80 (Stroock) | $82,118.80 | $4,017.80 |
| March 3, 2009 D.I. 20906 | 1/1/09 – 1/31/09 | $114,525.00 | $2,458.44 (Stroock) | $91,620.00 | $2,458.44 |
| March 30, 2009 D.I. 21152 | 2/1/09 – 2/28/09 | $141,569.00 | $1,627.89 (Stroock) | $113,255.20 | $1,627.89 |
| April 29, 2009 D.I. 21475 | 3/1/09 – 3/31/09 | $181,006.75 | $3,270.02 (Stroock) | $144,805.40 | $3,270.02 |
| May 29,2009 D.I. 21910 | 4/1/09 – 4/30/09 | $187,588.50 | $1,545.41 (Stroock) | $150,070.80 | $1,545.41 |
| July 1, 2009 D.I. 22310 | 5/1/09 – 5/31/09 | $227,989.00 | $9,428.79 (Stroock) | $182,391.20 | $9,428.79 |
| August 6, 2009 D.I. 22709 | 6/1/09 – 6/30/09 | $238,611.25 | $5,960.91 (Stroock) | $190,889.00 | $5,960.91 |
| September 25, 2009 D.I. 23338 | 7/1/09 – 7/31/09 | $294,766.50 | $17,306.20 (Stroock) | $235,813.20 | $17,306.20 |
| October 5, 2009 D.I 23422 | 8/1/09 – 8/31/09 | $299,544.25 | $7,237.57 (Stroock) $2,812.50 (Navigant) | $239,635.40 | $10,050.07 |
| November 13, 2009 D.I. 23759 | 9/1/09 – 9/30/09 | $349,937.50 | $20,164.05 (Stroock) | $279,950.00 | $20,164.05 |
| December 1, 2009 D.I. 23897 | 10/1/09 – 10/31/09 | $281,050.75 | $12,457.25 (Stroock) | $224,840.60 | $12,457.25 |
| December 30, 2009 D.I. 24087 | 11/1/09 – 11/30/09 | $219,347.00 | $10,084.80 (Stroock) | $175,477.60 | $10,084.80 |
| January 29, 2010 D.I. 24211 | 12/1/09 – 12/31/09 | $117,137.00 | $3,532.36 (Stroock) | $93,709.60 | $3,532.36 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| March 1, 2010 D.I. 24376 | 1/1/2010 – 1/31/2010 | $193,442.75 | $3,163.37 (Stroock) | $154,754.20 | $3,163.37 |
| March 30, 2010 D.I. 24537 | 2/1/2010 – 2/28/2010 | $56,435.50 | $1,668.29 (Stroock) | $45,148.40 | $1,668.29 |
| April 28, 2010 D.I. 24687 | 3/1/2010 – 3/31/2010 | $42,209.00 | $636.63 (Stroock) | $33,767.20 | $636.63 |
| May 28, 2010 D.I. 24859 | 4/1/2010 – 4/30/2010 | $44,465.00 | $265.51 (Stroock) | $35,572.00 | $265.51 |
| June 28, 2010 D.I. 24993 | 5/1/2010 – 5/31/2010 | $36,946.50 | $770.90 (Stroock) | $29,557.20 | $770.90 |
| July 28, 2010 D.I. 25130 | 6/1/2010 – 6/30/2010 | $52,374.50 | $93.68 (Stroock) | $41,899.60 | $93.68 |
| August 30, 2010 D.I. 25286 | 7/1/2010 – 7/31/2010 | $20,240.00 | $141.30 (Stroock) | $16,192.00 | $141.30 |
| September 28, 2010 D.I. 25488 | 8/1/2010 – 8/31/2010 | $23,595.50 | $157.91 (Stroock) | $18,876.40 | $157.91 |
| October 28, 2010 D.I. 25660 | 9/1/2010 – 9/30/2010 | $25,244.50 | $328.75 (Stroock) | $20,195.60 | $328.75 |
| November 29, 2010 D.I. 25812 | 10/1/2010 – 10/31/10 | $17,677.50 | $90.00 (Stroock) | $14,142.00 | $90.00 |

9

WR GRACE & CO
ATTACHMENT B
NOVEMBER 1, 2010 - NOVEMBER 30, 2010

|  | Hours | Rate | Amount | No. of Years in Position |
|---|---|---|---|---|
| **Partners** |  |  |  |  |
| Kruger, Lewis | 0.3 | $ 995 | $    298.50 | 40 |
| Pasquale, Kenneth | 1.1 | 875 | 962.50 | 20 |
|  |  |  |  |  |
| **Associates** |  |  |  |  |
| Krieger, Arlene G. | 58.8 | 695 | 40,866.00 | 26 |
|  |  |  |  |  |
| **Paraprofessionals** |  |  |  |  |
| Braun, Danielle E. | 0.1 | 275 | 27.50 | 1 |
| Magzamen, Michael | 5.7 | 305 | 1,738.50 | 8 |
| Mohamed, David | 7.7 | 190 | 1,463.00 | 20 |
| Wojcik, Mark R. | 0.2 | 305 | 61.00 | 4 |
|  |  |  |  |  |
| **TOTAL** | 73.9 |  | $ 45,417.00 |  |

# EXHIBIT A

**WR GRACE & CO**

**COMPENSATION BY PROJECT CATEGORY**

**NOVEMBER 1, 2010 - NOVEMBER 30, 2010**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 18.0 | $ 12,510.00 |
| 0009 | Asset Dispositions, Sales, Uses and Leases (Section 363) | 20.0 | 14,044.00 |
| 0014 | Case Administration | 2.9 | 697.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 11.1 | 7,768.50 |
| 0018 | Fee Application, Applicant | 9.3 | 3,422.00 |
| 0019 | Creditor Inquiries | 0.2 | 175.00 |
| 0020 | Fee Application, Others | 4.0 | 962.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 5.1 | 3,544.50 |
| 0047 | Tax Issues | 3.3 | 2,293.50 |
| | | | |
| | **TOTAL** | 73.9 | $ 45,417.00 |

# STROOCK

## INVOICE

| DATE | December 20, 2010 |
|---|---|
| INVOICE NO. | 521971 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through November 30, 2010, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
|---|---|
| | 699843 0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/09/2010 | Attend to proposed settlement with Associated International Insurance Co. | Krieger, A. | 1.2 |
| 11/22/2010 | Attend to Debtors' motion re: settlement with CNA Companies and Committee memorandum thereon. | Krieger, A. | 5.1 |
| 11/23/2010 | Attend to Debtors' motion settling insurance matters with CNA Companies and Committee memorandum thereon. | Krieger, A. | 1.1 |
| 11/24/2010 | Attend to Debtor's motion re: CNA Companies settlement. | Krieger, A. | 3.6 |
| 11/28/2010 | Attend to Debtors' motion re: CNA Companies' settlement and Committee memorandum thereon. | Krieger, A. | 1.4 |
| 11/29/2010 | Attend to proposed settlement with CNA Companies and preparation of memorandum to the Committee on same. | Krieger, A. | 5.6 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 18.0 | $ 695 | $ 12,510.00 |

| | | |
|---|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 12,510.00 | |

| | | |
|---|---|---|
| TOTAL FOR THIS MATTER | $ 12,510.00 | |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | |
|---|---|
| RE | Asset Dispositions, Sales, Uses and Leases (Section 363)<br>699843  0009 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/01/2010 | Attend to Asset Purchase Agreement for Project Lily transaction (3.0); exchanged memoranda with Capstone re: same (.1). | Krieger, A. | 3.1 |
| 11/02/2010 | Exchanged multiple memoranda with Capstone re: Project Lily and asset purchase agreement terms. | Krieger, A. | 0.6 |
| 11/05/2010 | Exchanged memoranda with J. Dolan re: proposed Project Lily transaction and cash source inquiry. | Krieger, A. | 0.2 |
| 11/09/2010 | T/c with J. Dolan re Project Red Sox and documentation to be obtained (.2); attend to motion and related materials (2.1). | Krieger, A. | 2.3 |
| 11/10/2010 | Exchanged memoranda with J. Baer re: unredacted form of APA for GR 2008 asset acquisition (.2); memoranda to Capstone re: same (.1); attend to review of Debtors' motion and APA (1.8). | Krieger, A. | 2.1 |
| 11/11/2010 | Attend to GR 2008 asset acquisition materials. | Krieger, A. | 2.6 |
| 11/12/2010 | Memorandum and telephone call Capstone re: GR 2008 acquisition terms. | Krieger, A. | 0.3 |
| 11/15/2010 | Telephone call J. McFarland re: Project Red Sox acquisition (.4); exchanged memoranda with Capstone re: Project Red Sox acquisition (.3). | Krieger, A. | 0.7 |
| 11/16/2010 | Attend to memorandum re: questions on Project Red Sox APA (.6); telephone call Capstone re: Project Red Sox (.6). | Krieger, A. | 1.2 |
| 11/16/2010 | Review information re: Project Red Sox. | Kruger, L. | 0.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/17/2010 | Exchanged memoranda with Capstone re: Project Red Sox. | Krieger, A. | 0.2 |
| 11/18/2010 | Exchanged memoranda with Capstone re: Project Red Sox discussions (.1); telephone call Capstone re: Project Red Sox (.2). | Krieger, A. | 0.3 |
| 11/19/2010 | Preparation for conference call with Grace representatives to address Project Red Sox issues; conference call re: same and follow-up t/c Capstone (2.4); review proposed form of order and changes thereto (.2). | Krieger, A. | 2.6 |
| 11/19/2010 | Review Capstone report re: "Project RedSox". | Pasquale, K. | 0.3 |
| 11/22/2010 | Exchanged memoranda with A. Nielsen re: revised APA for Project Red Sox transaction (.2); memorandum to Capstone re: same (.1). | Krieger, A. | 0.3 |
| 11/23/2010 | Attend to revised APA for Project Red Sox transaction and memorandum to Alexander Nielsen re comments on revised APA and proposed form of order. | Krieger, A. | 2.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 19.4 | $ 695 | $ 13,483.00 |
| Kruger, Lewis | 0.3 | 995 | 298.50 |
| Pasquale, Kenneth | 0.3 | 875 | 262.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 14,044.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 14,044.00 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Case Administration<br>699843  0014 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 11/01/2010 | Obtain and circulate recently docketed pleadings in main case (.3); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.6 |
| 11/02/2010 | Review case dockets and forward updates to working group. | Magzamen, M. | 0.2 |
| 11/03/2010 | Review docket and circulate docket updates to working group. | Magzamen, M. | 0.2 |
| 11/04/2010 | Review docket and circulate docket updates to working group. | Magzamen, M. | 0.1 |
| 11/05/2010 | Review docket and circulate docket updates to working group. | Magzamen, M. | 0.2 |
| 11/08/2010 | Review docket for substantive relevant pleadings and circulate same to team for review. | Braun, D. | 0.1 |
| 11/15/2010 | Review docket status and pleadings; email memo to SSL team re: same. | Wojcik, M. | 0.2 |
| 11/18/2010 | Review and circulate latest case docket (.2); respond to A. Krieger documents request (.1). | Magzamen, M. | 0.3 |
| 11/22/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.3 |
| 11/29/2010 | Obtain and circulate recently docketed pleadings in main case (.4); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.7 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Braun, Danielle E. | 0.1 | $ 275 | $ 27.50 |
| Magzamen, Michael | 1.0 | 305 | 305.00 |
| Mohamed, David | 1.6 | 190 | 304.00 |
| Wojcik, Mark R. | 0.2 | 305 | 61.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 697.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 697.50 |
|---|---|

# STROOCK

| | |
|---|---|
| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/04/2010 | Attend to Capstone's memorandum for the Committee re: Project Lily and memorandum to Capstone re: memorandum. | Krieger, A. | 0.9 |
| 11/08/2010 | Preparation of memorandum to the Committee re: settlement of Rower Property claims. | Krieger, A. | 1.7 |
| 11/09/2010 | Attend to memorandum re: Rowe Property settlement. | Krieger, A. | 0.8 |
| 11/11/2010 | Attend to Committee memoranda re: Associated International Insurance Company settlement (.9); Rowe Property Settlement (2.4). | Krieger, A. | 3.3 |
| 11/12/2010 | Committee memorandum re Rowe Property settlement and Associated International Settlement (.9); telephone call Committee member re settlement inquiry (.1). | Krieger, A. | 1.0 |
| 11/12/2010 | Review draft memo re: settlement. | Pasquale, K. | 0.3 |
| 11/19/2010 | Attend to Capstone's draft memorandum for the Committee on the RS Solutions/GR 2008 acquisition and t/c Capstone re memorandum comments (1.0); exchanged memoranda with Capstone re Committee member information (.2). | Krieger, A. | 1.2 |
| 11/30/2010 | Attend to Committee memorandum re CNA settlement. | Krieger, A. | 1.9 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 10.8 | $ 695 | $ 7,506.00 |
| Pasquale, Kenneth | 0.3 | 875 | 262.50 |

| | | |
|---|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 7,768.50 |

| | | |
|---|---|---|
| TOTAL FOR THIS MATTER | | $ 7,768.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Fee Application, Applicant<br>699843 0018 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/02/2010 | Review, revise SSL's 38th quarterly fee application. | Krieger, A. | 0.6 |
| 11/02/2010 | Review and revise October invoice. | Magzamen, M. | 0.5 |
| 11/03/2010 | Review, revise 38th quarterly fee application (.6); office conference M. Magzamen re: same (.1). | Krieger, A. | 0.7 |
| 11/05/2010 | Prepare October fee app for A. Krieger review (.4); review/revise and verify information in 38th quarterly fee application and oc's w/ A. Krieger re: same (.5). | Magzamen, M. | 0.9 |
| 11/16/2010 | Office conferences M. Magzamen re: 38th quarterly fee application (.2); attend to 114th monthly fee statement (.3). | Krieger, A. | 0.5 |
| 11/16/2010 | Preparation for filing SSL 38th quarterly fee application. | Magzamen, M. | 0.7 |
| 11/17/2010 | Finalize SSL 38th Quarterly Fee Application (1.4); communications w/ Duane Morris re: filing and service (.3); service of filing (.9). | Magzamen, M. | 2.6 |
| 11/17/2010 | Review quarterly fee application. | Pasquale, K. | 0.3 |
| 11/22/2010 | Finalize Stroock's one hundred and fifteenth monthly fee application. | Mohamed, D. | 0.7 |
| 11/29/2010 | Review Stroock's one hundred and fifteenth monthly fee application for filing (.6); prepare certificate of service re same and forward to local counsel for filing (.5); prepare and effectuate service re fee application (.7). | Mohamed, D. | 1.8 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.8 | $ 695 | $ 1,251.00 |
| Magzamen, Michael | 4.7 | 305 | 1,433.50 |
| Mohamed, David | 2.5 | 190 | 475.00 |
| Pasquale, Kenneth | 0.3 | 875 | 262.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,422.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,422.00 |
|---|---|

# STROOCK

| RE | Creditor Inquiries |
|---|---|
| | 699843  0019 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/10/2010 | Telephone conference creditor re: confirmation status. | Pasquale, K. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 0.2 | $ 875 | $ 175.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 175.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 175.00 |
|---|---|

# STROOCK

| RE | Environmental Matters/Regulations/Litigation<br>699843  0022 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/03/2010 | Attend to notice of proposed settlement of environmental claims regarding the Rowe Property and preparation of Committee memorandum discussing same. | Krieger, A. | 3.6 |
| 11/04/2010 | Memorandum to Debtors' counsel re: proposed settlement of Rowe property claims. | Krieger, A. | 0.8 |
| 11/11/2010 | Preparation for and participation on conference call with Debtors' representations re: Rowe Property settlement. | Krieger, A. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 5.1 | $ 695 | $ 3,544.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,544.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,544.50 |
|---|---|

# STROOCK

| RE | Expenses |
|----|----------|
|    | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|------------------------------------------|--------|

**MATTER DISBURSEMENT SUMMARY**

| | |
|---|---|
| Outside Messenger Service | $ 97.87 |
| Long Distance Telephone | 56.79 |
| O/S Information Services | 152.40 |

| TOTAL DISBURSEMENTS/CHARGES | $ 307.06 |
|-----------------------------|----------|

| TOTAL FOR THIS MATTER | $ 307.06 |
|-----------------------|----------|

# STROOCK

| RE | Tax Issues 699843 0047 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/30/2010 | Exchanged memoranda with R. Higgins re proposed Massachusetts Tax Settlement Agreement (.2); memoranda to Capstone re same (.2); attend to presentation materials and related case law (2.3); telephone call R. Higgins re settlement and notes thereon (.6). | Krieger, A. | 3.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 3.3 | $ 695 | $ 2,293.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,293.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,293.50 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 45,417.00 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 307.06 |
| TOTAL BILL | $ 45,724.06 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**NOVEMBER 1, 2010 - NOVEMBER 30, 2010**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Kruger, Lewis | 0.3 | $ 995 | $     298.50 |
| Pasquale, Kenneth | 1.1 | 875 | 962.50 |
|  |  |  |  |
| **Associates** |  |  |  |
| Krieger, Arlene G. | 58.8 | 695 | 40,866.00 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Braun, Danielle E. | 0.1 | 275 | 27.50 |
| Magzamen, Michael | 5.7 | 305 | 1,738.50 |
| Mohamed, David | 7.7 | 190 | 1,463.00 |
| Wojcik, Mark R. | 0.2 | 305 | 61.00 |
|  |  |  |  |
| **TOTAL** | 73.9 |  | **$ 45,417.00** |

# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**NOVEMBER 1, 2010 - NOVEMBER 30, 2010**

| | | |
|---|---|---|
| Outside Messenger Service | $ | 97.87 |
| Long Distance Telephone | | 56.79 |
| O/S Information Services | | 152.40 |
| | | |
| **TOTAL** | $ | **307.06** |

# STROOCK

## Disbursement Register

| DATE | December 3, 2010 |
|---|---|
| INVOICE NO. | 521971 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through November 30, 2010, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 11/01/2010 | VENDOR: UPS; INVOICE#: 0000010X827440; DATE: 10/30/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, 325 N St Paul St, Dallas, TX 75201 Tracking #:1Z10X8270190363923 on 10/28/2010 | 9.59 |
| 11/01/2010 | VENDOR: UPS; INVOICE#: 0000010X827440; DATE: 10/30/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 Tracking #:1Z10X8270193769918 on 10/28/2010 | 6.76 |
| 11/01/2010 | VENDOR: UPS; INVOICE#: 0000010X827440; DATE: 10/30/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 Tracking #:1Z10X8270197116142 on 10/28/2010 | 6.76 |
| 11/01/2010 | VENDOR: UPS; INVOICE#: 0000010X827440; DATE: 10/30/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 N Market St, Wilmington, DE 19801 Tracking #:1Z10X8270198395330 on 10/28/2010 | 6.76 |
| 11/22/2010 | VENDOR: UPS; INVOICE#: 0000010X827470; DATE: 11/20/2010; FROM Michael Magzamen, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 Tracking #:1Z10X8272590089408 on 11/17/2010 | 8.79 |
| 11/22/2010 | VENDOR: UPS; INVOICE#: 0000010X827470; DATE: 11/20/2010; | 8.79 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | FROM Michael Magzamen, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 N Market St, Wilmington, DE 19801 Tracking #:1Z10X8272595556322 on 11/17/2010 | |
| 11/22/2010 | VENDOR: UPS; INVOICE#: 0000010X827470; DATE: 11/20/2010; FROM Michael Magzamen, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 Tracking #:1Z10X8272595992717 on 11/17/2010 | 8.79 |
| 11/22/2010 | VENDOR: UPS; INVOICE#: 0000010X827470; DATE: 11/20/2010; FROM Michael Magzamen, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Warren H. Smith and Associates, 325 N. St. Paul, Dallas, TX 75201 Tracking #:1Z10X8272596409702 on 11/17/2010 | 11.63 |
| 11/29/2010 | VENDOR: UPS; INVOICE#: 0000010X827480; DATE: 11/27/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, 325 N St Paul St, Dallas, TX 75201 Tracking #:1Z10X8270196344595 on 11/23/2010 | 9.63 |
| 11/29/2010 | VENDOR: UPS; INVOICE#: 0000010X827480; DATE: 11/27/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 N Market St, Wilmington, DE 19801 Tracking #:1Z10X8270197021002 on 11/23/2010 | 6.79 |
| 11/29/2010 | VENDOR: UPS; INVOICE#: 0000010X827480; DATE: 11/27/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 Tracking #:1Z10X8270198136780 on 11/23/2010 | 6.79 |
| 11/29/2010 | VENDOR: UPS; INVOICE#: 0000010X827480; DATE: 11/27/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 Tracking #:1Z10X8270198282014 on 11/23/2010 | 6.79 |

**Outside Messenger Service Total**                     **97.87**

**Long Distance Telephone**

| | | |
|------|-------------|--------|
| 11/09/2010 | EXTN.795544, TEL.2015877144, S.T.11:54, DUR.00:07:21 | 4.45 |
| 11/12/2010 | EXTN.795544, TEL.7047151728, S.T.11:37, DUR.00:04:51 | 2.78 |
| 11/15/2010 | VENDOR: Chase Card Services; INVOICE#: 110210; DATE: 11/2/2010  -  visa charge 10/21/10 Court Call | 44.00 |
| 11/16/2010 | EXTN.796689, TEL.3026574900, S.T.11:42, DUR.00:01:50 | 1.11 |
| 11/19/2010 | EXTN.795544, TEL.2015877123, S.T.11:37, DUR.00:07:44 | 4.45 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | **Long Distance Telephone Total** | **56.79** |
| | | |
| | **O/S Information Services** | |
| 11/30/2010 | Pacer Search Service on 7/23/2010 | 0.08 |
| 11/30/2010 | Pacer Search Service on 8/27/2010 | 0.24 |
| 11/30/2010 | Pacer Search Service on 7/26/2010 | 1.36 |
| 11/30/2010 | Pacer Search Service on 7/1/2010 | 8.08 |
| 11/30/2010 | Pacer Search Service on 7/2/2010 | 4.08 |
| 11/30/2010 | Pacer Search Service on 7/6/2010 | 34.08 |
| 11/30/2010 | Pacer Search Service on 7/8/2010 | 1.20 |
| 11/30/2010 | Pacer Search Service on 7/13/2010 | 1.28 |
| 11/30/2010 | Pacer Search Service on 7/13/2010 | 4.16 |
| 11/30/2010 | Pacer Search Service on 7/16/2010 | 0.16 |
| 11/30/2010 | Pacer Search Service on 7/19/2010 | 0.64 |
| 11/30/2010 | Pacer Search Service on 7/21/2010 | 2.56 |
| 11/30/2010 | Pacer Search Service on 7/23/2010 | 5.12 |
| 11/30/2010 | Pacer Search Service on 7/26/2010 | 9.44 |
| 11/30/2010 | Pacer Search Service on 7/27/2010 | 1.04 |
| 11/30/2010 | Pacer Search Service on 7/30/2010 | 3.52 |
| 11/30/2010 | Pacer Search Service on 8/3/2010 | 4.40 |
| 11/30/2010 | Pacer Search Service on 8/4/2010 | 3.12 |
| 11/30/2010 | Pacer Search Service on 8/11/2010 | 0.48 |
| 11/30/2010 | Pacer Search Service on 8/12/2010 | 0.96 |
| 11/30/2010 | Pacer Search Service on 8/13/2010 | 3.20 |
| 11/30/2010 | Pacer Search Service on 8/17/2010 | 0.32 |
| 11/30/2010 | Pacer Search Service on 8/18/2010 | 3.12 |
| 11/30/2010 | Pacer Search Service on 8/19/2010 | 1.28 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/30/2010 | Pacer Search Service on 8/20/2010 | 0.32 |
| 11/30/2010 | Pacer Search Service on 8/25/2010 | 0.32 |
| 11/30/2010 | Pacer Search Service on 8/27/2010 | 5.52 |
| 11/30/2010 | Pacer Search Service on 8/30/2010 | 0.32 |
| 11/30/2010 | Pacer Search Service on 9/1/2010 | 0.48 |
| 11/30/2010 | Pacer Search Service on 9/2/2010 | 2.40 |
| 11/30/2010 | Pacer Search Service on 9/3/2010 | 1.04 |
| 11/30/2010 | Pacer Search Service on 9/7/2010 | 2.56 |
| 11/30/2010 | Pacer Search Service on 9/8/2010 | 0.40 |
| 11/30/2010 | Pacer Search Service on 9/9/2010 | 0.24 |
| 11/30/2010 | Pacer Search Service on 9/10/2010 | 2.08 |
| 11/30/2010 | Pacer Search Service on 9/13/2010 | 0.80 |
| 11/30/2010 | Pacer Search Service on 9/14/2010 | 10.80 |
| 11/30/2010 | Pacer Search Service on 9/15/2010 | 4.48 |
| 11/30/2010 | Pacer Search Service on 9/17/2010 | 1.68 |
| 11/30/2010 | Pacer Search Service on 9/20/2010 | 1.68 |
| 11/30/2010 | Pacer Search Service on 9/21/2010 | 0.96 |
| 11/30/2010 | Pacer Search Service on 9/23/2010 | 0.40 |
| 11/30/2010 | Pacer Search Service on 9/24/2010 | 0.64 |
| 11/30/2010 | Pacer Search Service on 9/27/2010 | 0.08 |
| 11/30/2010 | Pacer Search Service on 9/28/2010 | 2.08 |
| 11/30/2010 | Pacer Search Service on 9/29/2010 | 3.68 |
| 11/30/2010 | Pacer Search Service on 9/30/2010 | 14.40 |
| 11/30/2010 | Pacer Search Service on 7/19/2010 | 0.24 |
| 11/30/2010 | Pacer Search Service on 7/23/2010 | 0.40 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/30/2010 | Pacer Search Service on 8/27/2010 | 0.24 |
| 11/30/2010 | Pacer Search Service on 9/17/2010 | 0.24 |
| | **O/S Information Services Total** | **152.40** |

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 97.87 |
| Long Distance Telephone | 56.79 |
| O/S Information Services | 152.40 |

| | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 307.06 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.