# EXHIBIT C

## WR GRACE & CO
## SUMMARY OF FEES
### OCTOBER 1, 2010 - DECEMBER 31, 2010

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Greenberg, Mayer | 6.3 | $ 895 | $ 5,638.50 |
| Kruger, Lewis | 5.5 | 995 | 5,472.50 |
| Pasquale, Kenneth | 23.8 | 875 | 20,825.00 |
|  |  |  |  |
| **Associates** |  |  |  |
| Krieger, Arlene G. | 141.4 | 695 | 98,273.00 |
| Sasson, Gariel | 11.1 | 310 | 3,441.00 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Braun, Danielle E. | 0.2 | 275 | 55.00 |
| Magzamen, Michael | 6.8 | 305 | 2,074.00 |
| Mohamed, David | 35.8 | 190 | 6,802.00 |
| Wojcik, Mark R. | 0.3 | 305 | 91.50 |
|  |  |  |  |
| **Sub Total** | 231.2 |  | $ 142,672.50 |
| **Less 50% Travel** | (1.7) |  | (1,531.25) |
| **Total** | 229.5 |  | $ 141,141.25 |