# EXHIBIT D

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**OCTOBER 1, 2010 - DECEMBER 31, 2010**

| | | |
|---|---|---:|
| Outside Messenger Service | $ | 217.07 |
| Local Transportation | | 38.35 |
| Long Distance Telephone | | 113.09 |
| Lexis/Nexis | | 1,809.75 |
| Travel Expenses - Transportation | | 243.00 |
| Duplicating Costs-in House | | 0.80 |
| O/S Information Services | | 152.40 |
| Westlaw | | 61.00 |
| | | |
| **TOTAL** | $ | **2,635.46** |