## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| W.R. GRACE & CO., et al., | ) |
| | ) Case No. 01-01139-JKF |
| Debtors. | ) |
| | ) |

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that effective February 28, 2011, Marks, O'Neill, O'Brien

& Courtney, P.C., changed its address to 300 Delaware Avenue, Suite 900, Wilmington, DE

19801.  The phone number and fax number have not been affected by this change.


DATED:  March 3, 2011

/s/ *Brian L. Kasprzak*
Brian L. Kasprzak, Esq. (No. 3846)
Michael F. Duggan, Esq. (No. 3269)
MARKS, O'NEILL, O'BRIEN
  & COURTNEY, P.C.
300 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 658-6538
(302) 658-6537 (Fax)
Attorneys for Everest Reinsurance Company
and Mt. McKinley Insurance Company