## EXHIBIT A

SUMMARY OF THE PRINCIPAL SERVICES PERFORMED BY THE APPLICANT ON BEHALF OF THE COMMITTEE BY WORK/LITIGATION TASK CODE FOR THE PERIOD FROM OCTOBER 1, 2010 THROUGH DECEMBER 31, 2010

**BUSINESS OPERATIONS (TASK CODE NO. 003)**

Applicant reviewed monthly operating reports.

**CASE ADMINISTRATION (TASK CODE NO. 004)**

Applicant monitored docket activity.

**CLAIM ANALYSIS, OBJECTION, RESOLUTION & ESTIMATION (NON-ASBESTOS)(TASK CODE NO. 006)**

Applicant reviewed issues with respect to Hillside and Massachusetts DEP.

**COMMITTEE (ALL-CREDITORS, NOTEHOLDERS, EQUITY HOLDERS) (TASK CODE NO. 007)**

Applicant analyzed a variety of issues for the Official Committee of Unsecured Creditors and attended meetings of the Committee.

**EMPLOYMENT APPLICATIONS/APPLICANT (TASK CODE NO. 009)**

Applicant reviewed combined fee reports.

**EMPLOYMENT APPLICATIONS/OTHERS (TASK CODE NO. 010)**

Applicant reviewed debtor's application to enter into financial engagement.

**FEE APPLICATIONS (APPLICANT) (TASK CODE NO. 012)**

Applicant prepared and filed its fee applications.

**FEE APPLICATIONS (OTHERS) (TASK CODE NO. 013)**

Applicant assisted in the preparation, and coordinated the service and filing of fee applications of other professionals representing the Official Committee of Unsecured Creditors, including Stroock & Stroock & Lavan and Capstone Advisory Group.

**HEARINGS (TASK CODE NO. 015)**

Applicant reviewed agenda prepared for various hearings for the benefit of the Committee as necessary.

**PLAN AND DISCLOSURE STATEMENT (TASK CODE NO. 017)**

Applicant reviewed plan modifications and amendments.

**TAX ISSUES (TASK CODE NO. 019)**

Applicant reviewed the settlement of Massachusetts Tax Claims.

**OTHER (TASK CODE NO. 025)**

Applicant reviewed and retrieved miscellaneous pleadings and memos.