**EXHIBIT B**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | **Hearing Date:  To be determined**<br>**Objection Deadline:  December 20, 2010 at 4:00 p.m.** |

**ONE-HUNDRED FIFTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010**

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide<br>Professional Services to: | **Official Committee of<br>Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and<br>reimbursement is sought | **October 1, 2010 through<br>October 31, 2010** |
| Amount of Compensation sought as<br>actual, reasonable and necessary: | **$2,526.50 (80% $2,021.20)** |
| Amount of Expense Reimbursement sought<br>as actual, reasonable and necessary: | **$12.18** |

This is an: ☒ monthly ☐ interim ☐ final application.

This is the one-hundred fifth monthly fee application of Duane Morris LLP.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01–7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01–9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01–12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02–3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02–6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02–9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02–12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03–1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03–2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03–3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03–4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03–5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03–6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03–7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03–8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03–9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03–10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03–11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03–12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04– | $22,612.50 | $872.84 | $18,090.00 | $872.84 |

DM1\2417353.1

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| | 1/31/04 | | | | |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 – 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |

3

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | $16,127.20 | $1,841.84 |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | $27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | $39,970.50 | $770.49 |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | $23,416.00 | $81.51 |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | $20,408.50 | $110.79 |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | $20,408.50 | $110.79 |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | $20,049.00 | $7,553.02 |
| July 31, 2007 | 6/1/107 – 6/30/07 | $22,710.50 | $1,017.52 | $22,710.50 | $1,017.52 |
| October 1, 2007 | 7/1/07 – 7/31/07 | $43,373.50 | $1,544.99 | $34,698.80 | $1,544.99 |
| October 1, 2007 | 8/1/07 – 8/31/07 | $23,739.50 | $1,306.17 | $18,991.60 | $1,306.17 |
| October 30, 2007 | 9/1/07 – 9/30/07 | $36,004.00 | $48.39 | $28,803.20 | $48.39 |

4

DM1\2417353.1

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| December 3, 2007 | 10/1/07 – 10/31/07 | $28,085.50 | $3,244.17 | $22,468.40 | $3,244.17 |
| January 3, 2008 | 11/1/07 – 11/30/07 | $29,455.00 | $860.54 | $23,564.00 | $860.54 |
| January 29, 2008 | 12/1/07 – 12/31/07 | $49,823.00 | $505.80 | $47,689.06 | $505.80 |
| March 10, 2008[1] | 1/1/08 – 2/29/08 | $58,572.80 | $10,713.36 | $46,858.24 | $10,713.36 |
| May 1, 2008 | 3/1/08 – 3/31/08 | $50,913.00 | $1,171.03 | $50,301.80 | $1,171.03 |
| May 21, 2008 | 4/1/08 – 4/30/08 | $84,772.50 | $1,770.07 | $67,778.00 | $1,770.07 |
| June 27, 2008 | 5/1/08 – 5/31/08 | $23,242.00 | $1,913.97 | $18,593.60 | $1,913.97 |
| July 28, 2008 | 6/1/08 – 6/30/08 | $28,668.00 | $888.00 | $22,934.40 | $888.00 |
| August 28, 2008 | 7/1/08 – 7/31/08 | $30,341.50 | $183.79 | $24,273.20 | $183.79 |
| October 13, 2008 | 8/1/08 – 8/31/08 | $21,406.50 | $2,380.26 | $17,125.20 | $2,380.26 |
| November 12, 2008 | 9/1/08 – 9/30/08 | $25,857.00 | $784.16 | $20,685.60 | $784.16 |
| November 18, 2008 | 10/1/08 – 10/31/08 | $30,909.00 | $2,724.44 | $24,727.20 | $2,724.44 |
| December 30, 2008 | 11/1/08 – 11/30/08 | $14,479.00 | $238.13 | $11,583.20 | $238.13 |
| February 3, 2009 | 12/1/08 – 12/31/08 | $32,930.00 | $825.68 | $26,344.00 | $825.68 |
| February 11, 2009 | 1/1/09 – 1/31/09 | $47,975.00 | $828.47 | $38,380.00 | $828.47 |
| April 2, 2009 | 2/1/09 – 2/28/09 | $33,072.50 | $493.81 | $26,458.00 | $493.81 |
| April 10, 2009 | 3/1/09 – 3/31/09 | $34,393.50 | $2,281.30 | $27,514.80 | $2,281.30 |
| June 5, 2009 | 4/1/09 – 4/30/09 | $33,877.50 | $1,333.84 | $27,102.00 | $1,333.84 |
| June 5, 2009 | 5/1/09 – 5/31/09 | $38,838.00 | $18.92 | $31,070.40 | $18.92 |
| August 19, 2009 | 6/1/09 – 6/30/09 | $102,615.50 | $2,762.47 | $82,092.40 | $2,762.47 |

---

[1] The title of this Application [D.I. 18254] states that the fee application was for the period January 1, 2008 through January 31, 2008, when it should have identified the period as January 1, 2008 through February 29, 2008.

5

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| September 23, 2009 | 7/1/09 – 7/31/09 | $72,966.60 | $1,922.11 | $58,373.28 | $1,922.11 |
| September 24, 2009 | 8/1/09 – 8/31/09 | $66,921.00 | $2,118.21 | $53,536.80 | $2,118.21 |
| October 21, 2009 | 9/1/09 – 9/30/09 | $70,480.00 | $309.20 | $56,384.00 | $309.20 |
| December 1, 2009 | 10/1/09 – 10/31/09 | $33,986.50 | $2,425.29 | $27,189.20 | $2,425.29 |
| December 28, 2009 | 11/1/09- 11/30/09 | $32,937.00 | $101.82 | $26,349.60 | $101.82 |
| January 28, 2010 | 12/1/09- 12/31/09 | $15,975.00 | $1,870.07 | $12,780.00 | $1,870.07 |
| March 2, 2010 | 1/1/10 – 1/31/10 | $21,378.80 | $81.23 | $17,103.04 | $81.23 |
| March 29, 2010 | 2/1/10 – 2/29/10 | $8,597.50 | $803.88 | $6,878.00 | $803.88 |
| April 28, 2010 | 3/1/10 – 3/31/10 | $18,726.50 | $1,436.91 | $14,981.20 | $1,436.91 |
| May 28, 2010 | 4/1/10 – 4/30/10 | $11,323.50 | $46.14 | $9,058.80 | $46.14 |
| June 28, 2010 | 5/1/10 – 5/31/10 | $6,203.50 | $944.99 | $4,962.80 | $944.99 |
| July 30, 2010 | 6/1/10 – 6/30/10 | $11,249.50 | $605.05 | $8,999.60 | $605.05 |
| August 18, 2010 | 7/1/10 – 7/31/10 | $4,799.00 | $302.53 | $3,839.20 | $302.53 |
| September 28, 2010 | 8/1/10 – 8/30/10 | $6,063.50 | $310.09 | $4,850.80 | $310.09 |
| October 28, 2010 | 9/1/10 – 9/30/10 | $9,657.50 | $570.26 | $7,726.00 | $570.26 |

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
| --- | --- | --- | --- | --- |
| William S. Katchen | Of Counsel/41 years | $795.00 | 2.30 | $1,828.50 |
| Beth A. Gruppo | Paralegal | $305.00 | 0.20 | $61.00 |
| Stephanie Lenkiewicz | Paralegal | $165.00 | 2.60 | $429.00 |
| Dawn S. Marra | Legal Assistant | $160.00 | 1.30 | $208.00 |
| **Total** | | | **6.40** | **$2,526.50** |

6

DM1\2417353.1

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (04) | 1.10 | $206.50 |
| Committee (All -- Creditors, Note Holders, Equity Holders) (07) | 0.20 | $159.00 |
| Employment Applications, Applicant (09) | 0.70 | $112.00 |
| Fee Applications, Applicant (12) | 0.80 | $132.00 |
| Fee Applications, Other (13) | 1.50 | $247.50 |
| Other (25) | 2.10 | $1,669.50 |
| **TOTAL** | **6.40** | **$2,526.50** |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Court Search Service | | $12.18 |
| **TOTAL** | | **$12.18** |

DM1\2417353.1

WHEREFORE, Duane Morris LLP respectfully requests that, for the period October 1, 2010 through October 31, 2010, an interim allowance be made to Duane Morris LLP for compensation in the amount of $2,021.20 (80% of allowed fees) and $12.18 for reimbursement of expenses be authorized, and for such other and further relief as this Court may deem just and proper.

Dated: November 29, 2010
       Wilmington, Delaware
                                  */s/ Michael R. Lastowski*
                                  Michael R. Lastowski (DE 3892)
                                  Richard W. Riley (DE 4052)
                                  DUANE MORRIS LLP
                                  1100 North Market Street, Suite 1200
                                  Wilmington, DE 19801
                                  Telephone:   (302) 657-4900
                                  Facsimile:   (302) 657-4901
                                  E-mail:      mlastowski@duanemorris.com
                                                           rwriley@duanemorris.com

                                - and –

                                  William S. Katchen
                                  DUANE MORRIS LLP
                                  One Riverfront Plaza
                                  Newark, New Jersey 07102
                                  Telephone:   (973) 424-2000
                                  Facsimile:   (973) 424-2001
                                  E-mail:      wskatchen@duanemorris.com

                                  *Co-Counsel for the Official Committee of*
                                  *Unsecured Creditors of  W. R. Grace & Co., et al.*

# Exhibit A

# DuaneMorris

FIRM and AFFILIATE OFFICES
NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

November 5, 2010

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1613716                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 10/31/2010 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| WS KATCHEN | OF COUNSEL | 2.30 | hrs. at | $795.00 /hr. = | $1,828.50 | |
| BA GRUPPO | PARALEGAL | 0.20 | hrs. at | $305.00 /hr. = | $61.00 | |
| S LENKIEWICZ | PARALEGAL | 2.60 | hrs. at | $165.00 /hr. = | $429.00 | |
| DS MARRA | LEGAL ASSISTANT | 1.30 | hrs. at | $160.00 /hr. = | $208.00 | |
| | | | | | | $2,526.50 |

DISBURSEMENTS
COURT SEARCH SERVICE                            12.18
TOTAL DISBURSEMENTS                                        $12.18

BALANCE DUE THIS INVOICE                                   $2,538.68

PREVIOUS BALANCE                                          $23,688.28

TOTAL BALANCE DUE                                         $26,226.96

Duane Morris
November 5, 2010
Page 2

File # K0248-00001                                    INVOICE # 1613716
  W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 10/6/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED SEPTEMBER 26, 2010 THROUGH OCTOBER 5, 2010 FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1) | 0.20 | $32.00 |
| 10/11/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 10/11/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED SEPTEMBER 26, 2010 THROUGH OCTOBER 10, 2010 FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1) | 0.20 | $32.00 |
| 10/12/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 10/22/2010 | 004 | S LENKIEWICZ | REVIEW DOCKET RE OMNIBUS HEARING DATE ORDER (.2); CALENDAR SAME (.1) | 0.30 | $49.50 |
| 10/28/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED OCTOBER 11, 2010 THROUGH OCTOBER 28, 2010 FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1) | 0.20 | $32.00 |
| | | | Code Total | 1.10 | $206.50 |

Duane Morris
November 5, 2010
Page 3

File # K0248-00001                                      INVOICE #  1613716
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 10/22/2010 | 007 | WS KATCHEN | REVIEW COMMITTEE MEMO. | 0.20 | $159.00 |
| | | | Code Total | 0.20 | $159.00 |

Duane Morris
November 5, 2010
Page 4

File # K0248-00001                                        INVOICE #  1613716
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 10/28/2010 | 010 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM D. MOHAMED REGARDING CERTIFICATE OF NO OBJECTION REGARDING SEVENTY-EIGHTH INTERIM FEE APPLICATION OF CAPSTONE (.1); DRAFT CERTIFICATE OF NO OBJECTION (.2); RETRIEVE AND REVIEW ELECTRONIC DOCKET OF PLEADINGS FILED FOR OBJECTIONS TO CAPSTONE'S SEVENTY-EIGHTH INTERIM FEE APPLICATION (.1); FINALIZE CERTIFICATE OF NO OBJECTION AND PREPARE FOR ELECTRONIC FILING (.1); ELECTRONICALLY FILE SAME (.1); CORRESPONDENCE TO D. MOHAMED REGARDING SAME (.1) | 0.70 | $112.00 |
| | | | Code Total | 0.70 | $112.00 |

DUANE MORRIS LLP

Duane Morris
November 5, 2010
Page 5

File # K0248-00001                                           INVOICE #  1613716
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 10/21/2010 | 012 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING DUANE MORRIS 103RD MONTHLY FEE APPLICATION (.2); EFILE SAME (.2) | 0.40 | $66.00 |
| 10/28/2010 | 012 | S LENKIEWICZ | FINALIZE DUANE MORRIS 104TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.2) | 0.40 | $66.00 |
| | | | Code Total | 0.80 | $132.00 |

Duane Morris
November 5, 2010
Page 6

File # K0248-00001                                              INVOICE #  1613716
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 10/1/2010 | 013 | S LENKIEWICZ | RECEIPT OF CAPSTONE 78TH MONTHLY FEE APPLICATION AND PREPARE SAME FOR EFILING (.2); EFILE SAME (.2); FORWARD AS-FILED COPY OF SAME TO D. MOHAMMAD (.1) | 0.50 | $82.50 |
| 10/21/2010 | 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING STROOCK 113TH MONTHLY FEE APPLICATION (.2); EFILE SAME AND FORWARD AS-FILED COPY TO D. MOHAMMAD (.3) | 0.50 | $82.50 |
| 10/28/2010 | 013 | S LENKIEWICZ | RECEIPT OF SSL'S 114TH MONTHLY APPLICATION AND PREPARE SAME FOR E-FILING (.2); EFILE SAME (.2); FORWARD AS-FILED COPY OF SAME TO D. MOHAMMAD (.1) | 0.50 | $82.50 |
| | | | Code Total | 1.50 | $247.50 |

Duane Morris
November 5, 2010
Page 7

File # K0248-00001                                    INVOICE #  1613716
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|------|-------|-------|
| 10/5/2010 | 025 | WS KATCHEN | REVIEW CERTIFICATE OF COUNSEL RE: ORDER W/D MOTION ENFORCING 2009 STIPULATION NJ DEP./SETTLEMENT LETTER AGREEMENT. | 0.30 | $238.50 |
| 10/5/2010 | 025 | WS KATCHEN | REVIEW DEBTORS' MOITION TO APPROVE SETTLEMENT FEDERAL INSURANCE CO. | 0.20 | $159.00 |
| 10/6/2010 | 025 | WS KATCHEN | RESEARCH LATEST PLAN ISSUE OPINION. | 0.90 | $715.50 |
| 10/7/2010 | 025 | WS KATCHEN | REVIEW STROOCK MEMO. | 0.20 | $159.00 |
| 10/11/2010 | 025 | WS KATCHEN | DOCKET REVIEW. | 0.20 | $159.00 |
| 10/27/2010 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $159.00 |
| 10/27/2010 | 025 | WS KATCHEN | REVIEW ORDER AUTHORIZING DEBTOR TO PURCHASE SYNTHETECH. | 0.10 | $79.50 |
| | | | Code Total | 2.10 | $1,669.50 |

Duane Morris
November 5, 2010
Page 8

File # K0248-00001                                    INVOICE #  1613716
        W.R. GRACE & CO.

|                    | | |
| --- | --- | --- |
| TOTAL SERVICES | 6.40 | $2,526.50 |

Duane Morris
November 5, 2010
Page 9

File # K0248-00001                                              INVOICE #  1613716
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 10/31/2010 | COURT SEARCH SERVICE | | 12.18 |
| | | Total: | $12.18 |
| | TOTAL DISBURSEMENTS | | $12.18 |