**EXHIBIT D**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: February 17, 2011 at 4:00 p.m.**<br>**Hearing date: To be scheduled only if objections**<br>**are timely filed and served.** |

**ONE-HUNDRED SEVENTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM DECEMBER 1, 2010 THROUGH DECEMBER 31, 2010**

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide<br>Professional Services to: | **Official Committee of**<br>**Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and<br>reimbursement is sought | **December 1, 2010 through**<br>**December 31, 2010** |
| Amount of Compensation sought as<br>actual, reasonable and necessary: | **$14,645.20 (80% of $18,306.50)** |
| Amount of Expense Reimbursement sought<br>as actual, reasonable and necessary: | **$975.89** |

This is an: ☒ monthly ☐ interim ☐ final application.

This is the one-hundred seventh monthly fee application of Duane Morris LLP.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 – 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 – 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 – 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 – 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 – 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – | $22,612.50 | $872.84 | $18,090.00 | $872.84 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| | 1/31/04 | | | | |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |

3

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | $16,127.20 | $1,841.84 |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | $27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | $39,970.50 | $770.49 |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | $23,416.00 | $81.51 |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | $20,408.50 | $110.79 |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | $20,408.50 | $110.79 |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | $20,049.00 | $7,553.02 |
| July 31, 2007 | 6/1/107 – 6/30/07 | $22,710.50 | $1,017.52 | $22,710.50 | $1,017.52 |
| October 1, 2007 | 7/1/07 – 7/31/07 | $43,373.50 | $1,544.99 | $34,698.80 | $1,544.99 |
| October 1, 2007 | 8/1/07 – 8/31/07 | $23,739.50 | $1,306.17 | $18,991.60 | $1,306.17 |
| October 30, 2007 | 9/1/07 – 9/30/07 | $36,004.00 | $48.39 | $28,803.20 | $48.39 |

4

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| December 3, 2007 | 10/1/07 – 10/31/07 | $28,085.50 | $3,244.17 | $22,468.40 | $3,244.17 |
| January 3, 2008 | 11/1/07 – 11/30/07 | $29,455.00 | $860.54 | $23,564.00 | $860.54 |
| January 29, 2008 | 12/1/07 – 12/31/07 | $49,823.00 | $505.80 | $47,689.06 | $505.80 |
| March 10, 2008[1] | 1/1/08 – 2/29/08 | $58,572.80 | $10,713.36 | $46,858.24 | $10,713.36 |
| May 1, 2008 | 3/1/08 – 3/31/08 | $50,913.00 | $1,171.03 | $50,301.80 | $1,171.03 |
| May 21, 2008 | 4/1/08 – 4/30/08 | $84,772.50 | $1,770.07 | $67,778.00 | $1,770.07 |
| June 27, 2008 | 5/1/08 – 5/31/08 | $23,242.00 | $1,913.97 | $18,593.60 | $1,913.97 |
| July 28, 2008 | 6/1/08 – 6/30/08 | $28,668.00 | $888.00 | $22,934.40 | $888.00 |
| August 28, 2008 | 7/1/08 – 7/31/08 | $30,341.50 | $183.79 | $24,273.20 | $183.79 |
| October 13, 2008 | 8/1/08 – 8/31/08 | $21,406.50 | $2,380.26 | $17,125.20 | $2,380.26 |
| November 12, 2008 | 9/1/08 – 9/30/08 | $25,857.00 | $784.16 | $20,685.60 | $784.16 |
| November 18, 2008 | 10/1/08 – 10/31/08 | $30,909.00 | $2,724.44 | $24,727.20 | $2,724.44 |
| December 30, 2008 | 11/1/08 – 11/30/08 | $14,479.00 | $238.13 | $11,583.20 | $238.13 |
| February 3, 2009 | 12/1/08 – 12/31/08 | $32,930.00 | $825.68 | $26,344.00 | $825.68 |
| February 11, 2009 | 1/1/09 – 1/31/09 | $47,975.00 | $828.47 | $38,380.00 | $828.47 |
| April 2, 2009 | 2/1/09 – 2/28/09 | $33,072.50 | $493.81 | $26,458.00 | $493.81 |
| April 10, 2009 | 3/1/09 – 3/31/09 | $34,393.50 | $2,281.30 | $27,514.80 | $2,281.30 |
| June 5, 2009 | 4/1/09 – 4/30/09 | $33,877.50 | $1,333.84 | $27,102.00 | $1,333.84 |
| June 5, 2009 | 5/1/09 – 5/31/09 | $38,838.00 | $18.92 | $31,070.40 | $18.92 |
| August 19, 2009 | 6/1/09 – 6/30/09 | $102,615.50 | $2,762.47 | $82,092.40 | $2,762.47 |

---

[1] The title of this Application [D.I. 18254] states that the fee application was for the period January 1, 2008 through January 31, 2008, when it should have identified the period as January 1, 2008 through February 29, 2008.

DM3\1670933.1

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| September 23, 2009 | 7/1/09 – 7/31/09 | $72,966.60 | $1,922.11 | $58,373.28 | $1,922.11 |
| September 24, 2009 | 8/1/09 – 8/31/09 | $66,921.00 | $2,118.21 | $53,536.80 | $2,118.21 |
| October 21, 2009 | 9/1/09 – 9/30/09 | $70,480.00 | $309.20 | $56,384.00 | $309.20 |
| December 1, 2009 | 10/1/09 – 10/31/09 | $33,986.50 | $2,425.29 | $27,189.20 | $2,425.29 |
| December 28, 2009 | 11/1/09-11/30/09 | $32,937.00 | $101.82 | $26,349.60 | $101.82 |
| January 28, 2010 | 12/1/09-12/31/09 | $15,975.00 | $1,870.07 | $12,780.00 | $1,870.07 |
| March 2, 2010 | 1/1/10 – 1/31/10 | $21,378.80 | $81.23 | $17,103.04 | $81.23 |
| March 29, 2010 | 2/1/10 – 2/29/10 | $8,597.50 | $803.88 | $6,878.00 | $803.88 |
| April 28, 2010 | 3/1/10 – 3/31/10 | $18,726.50 | $1,436.91 | $14,981.20 | $1,436.91 |
| May 28, 2010 | 4/1/10 – 4/30/10 | $11,323.50 | $46.14 | $9,058.80 | $46.14 |
| June 28, 2010 | 5/1/10 – 5/31/10 | $6,203.50 | $944.99 | $4,962.80 | $944.99 |
| July 30, 2010 | 6/1/10 – 6/30/10 | $11,249.50 | $605.05 | $8,999.60 | $605.05 |
| August 18, 2010 | 7/1/10 – 7/31/10 | $4,799.00 | $302.53 | $3,839.20 | $302.53 |
| September 28, 2010 | 8/1/10 – 8/30/10 | $6,063.50 | $310.09 | $4,850.80 | $310.09 |
| October 28, 2010 | 9/1/10 – 9/30/10 | $9,657.50 | $570.26 | $7,726.00 | $570.26 |
| November 29, 2010 | 10/1/10 – 10/31/10 | $2,526.50 | $12.18 | $2,021.20 | $12.18 |
| December 28, 2010 | 11/1/10 – 11/30/10 | $2,486.00 | $0.00 | $1,988.80 | $0.00 |

DM3\1670933.1

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Of Counsel/41 years | $795.00 | 6.10 | $4,849.50 |
| Michael R. Lastowski | Partner/15 years | $710.00 | 16.90 | $11,999.00 |
| Andrea K. Guldalian | Paralegal | $240.00 | 0.30 | $72.00 |
| Stephanie Lenkiewicz | Paralegal | $165.00 | 8.40 | $1,386.00 |
| **Total** | | | **31.70** | **$18,306.50** |

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Business Operations (03) | 0.50 | $355.00 |
| Case Administration (04) | 0.30 | $49.50 |
| Claim Analysis Objection & Resolution (Non-Asbestos) (06) | 2.10 | $1,491.00 |
| Committee (All – Creditors, Note Holders, Equity Holders) (07) | 2.30 | $1,828.50 |
| Employment Applications, Applicant (09) | 0.50 | $355.00 |
| Employment Applications, Others (10) | 0.10 | $71.00 |
| Fee Applications, Applicant (12) | 5.90 | $1,355.00 |
| Fee Applications, Other (13) | 2.90 | $478.50 |
| Hearings (15) | 7.30 | $5,183.00 |
| Plan and Disclosure Statement (17) | 5.40 | $3,834.00 |
| Tax Issues (19) | 0.30 | $213.00 |
| Other (25) | 4.10 | $3,093.00 |
| **TOTAL** | **31.70** | **$18,306.50** |

7

WHEREFORE, Duane Morris LLP respectfully requests that, for the period December 1, 2010 through December 31, 2010, an interim allowance be made to Duane Morris LLP for compensation in the amount of $14,645.20 (80% of allowed fees totaling $18,306.50) and $975.89 for reimbursement of expenses be authorized, and for such other and further relief as this Court may deem just and proper.

Dated: January 28, 2011
      Wilmington, Delaware

*/s/ Michael R. Lastowski*
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901
E-mail:     mlastowski@duanemorris.com
              rwriley@duanemorris.com

- and –

William S. Katchen
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:   (973) 424-2000
Facsimile:   (973) 424-2001
E-mail:     wskatchen@duanemorris.com

*Co-Counsel for the Official Committee of Unsecured Creditors of W. R. Grace & Co., et al.*

# Exhibit A

# DuaneMorris

FIRM and AFFILIATE OFFICES
NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

January 10, 2011

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1628285                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 12/31/2010 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 16.90 hrs. at | $710.00 /hr. = | $11,999.00 | |
| WS KATCHEN | OF COUNSEL | 6.10 hrs. at | $795.00 /hr. = | $4,849.50 | |
| S LENKIEWICZ | PARALEGAL | 8.40 hrs. at | $165.00 /hr. = | $1,386.00 | |
| AK GULDALIAN | PARALEGAL | 0.30 hrs. at | $240.00 /hr. = | $72.00 | |
| | | | | | $18,306.50 |

DISBURSEMENTS
COURT SEARCH SERVICE                            23.78
PRINTING & DUPLICATING - EXTERNAL              952.11
TOTAL DISBURSEMENTS                                          $975.89

BALANCE DUE THIS INVOICE                                    $19,282.39

PREVIOUS BALANCE                                            $9,128.68

TOTAL BALANCE DUE                                           $28,411.07

DUANE MORRIS LLP

Duane Morris
January 10, 2011
Page 2

File # K0248-00001                                          INVOICE #  1628285
        W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 12/2/2010 | 003 | MR LASTOWSKI | REVIEW OPERATING REPORTS | 0.20 | $142.00 |
| 12/2/2010 | 003 | MR LASTOWSKI | REVIEW GREENEVILLE SOUTH CAROLINA SALE | 0.30 | $213.00 |
| | | | Code Total | 0.50 | $355.00 |

Duane Morris
January 10, 2011
Page 3

File # K0248-00001                                           INVOICE #  1628285
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 12/9/2010 | 004 | S LENKIEWICZ | TELEPHONE CALL TO COURTCALL RE TELEPHONIC APPEARANCE FOR HEARING SCHEDULED 12/13/10 | 0.30 | $49.50 |
| | | | Code Total | 0.30 | $49.50 |

Duane Morris
January 10, 2011
Page 4

File # K0248-00001                                           INVOICE #  1628285
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|------|-------|
| 12/6/2010 | 006 | MR LASTOWSKI | REVIEW OBJECTION TO N.Y HILLSIDE PROOF OF CLAIM | 1.50 | $1,065.00 |
| 12/16/2010 | 006 | MR LASTOWSKI | REVIEW MASSACHUSETTS DEP SETTLEMENT | 0.50 | $355.00 |
| 12/20/2010 | 006 | MR LASTOWSKI | REVIEW HILLSIDE RESPONSE TO CLAIM OBJECTION | 0.10 | $71.00 |
| | | | Code Total | 2.10 | $1,491.00 |

Duane Morris
January 10, 2011
Page 5

File # K0248-00001                                    INVOICE #  1628285
        W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 12/13/2010 | 007 | WS KATCHEN | PREPARE FOR COMMITTEE CALL. | 0.60 | $477.00 |
| 12/14/2010 | 007 | WS KATCHEN | REVIEW REVISIONS TO PLAN COMMITTEE CONFERENCE CALL. | 1.00 | $795.00 |
| 12/20/2010 | 007 | WS KATCHEN | REVIEW STROOCK MEMO. | 0.10 | $79.50 |
| 12/22/2010 | 007 | WS KATCHEN | REVIEW CAPSTONE REPORT. | 0.30 | $238.50 |
| 12/22/2010 | 007 | WS KATCHEN | REVIEW PLAN AMENDMENT AND REVISED CERTIFICATE OF COUNSEL FOR OCC/EMAIL REPLY TO STROOCK. | 0.30 | $238.50 |
| | | | Code Total | 2.30 | $1,828.50 |

Duane Morris
January 10, 2011
Page 6

File # K0248-00001                                        INVOICE #  1628285
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 12/3/2010 | 009 | MR LASTOWSKI | REVIEW DEBTORS' PROPOSED FEE CHART | 0.30 | $213.00 |
| 12/6/2010 | 009 | MR LASTOWSKI | REVIEW STATUS OF FEE APPLICATIONS | 0.20 | $142.00 |
| | | | Code Total | 0.50 | $355.00 |

Duane Morris
January 10, 2011
Page 7

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1628285

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 12/2/2010 | 010 | MR LASTOWSKI | NOTICE OF CAPSTONE'S 27TH QUARTERLY FEE APPLICATION | 0.10 | $71.00 |
| | | | Code Total | 0.10 | $71.00 |

Duane Morris
January 10, 2011
Page 8

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1628285

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 12/3/2010 | 012 | S LENKIEWICZ | REVIEW EMAIL FROM M. LASTOWSKI AND ATTACHED FINAL REPORT OF FEE AUDITOR FOR 37TH INTERIM PERIOD (.2); REVIEW 37TH INTERIM FEE APPLICATION AND EMAIL TO M. LASTOWSKI RE SAME (.2) | 0.40 | $66.00 |
| 12/7/2010 | 012 | MR LASTOWSKI | REVIEW PROPOSED FEE ORDER AND WARREN SMITH REPORT RE: SAME | 0.20 | $142.00 |
| 12/7/2010 | 012 | MR LASTOWSKI | REVIEW CERTIFICATION OF COUNSEL RE: QUARTERLY FEE APPLICATIONS FOR THE 37TH PERIOD | 0.20 | $142.00 |
| 12/7/2010 | 012 | S LENKIEWICZ | REVIEW 37TH INTERIM FEE APPLICATION (.1); EMAIL TO M. LASTOWSKI RE TOTALS (.2) | 0.20 | $33.00 |
| 12/20/2010 | 012 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING DUANE MORRIS 105TH MONTHLY FEE APPLICATION | 0.20 | $33.00 |
| 12/23/2010 | 012 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING DUANE MORRIS 105TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.2) | 0.40 | $66.00 |
| 12/28/2010 | 012 | S LENKIEWICZ | PREPARATION OF DUANE MORRIS 106TH MONTHLY FEE APPLICATION | 0.70 | $115.50 |
| 12/28/2010 | 012 | S LENKIEWICZ | PREPARATION OF DUANE MORRIS 38TH QUARTERLY FEE APPLICATION (.7); EFILE SAME (.2) | 0.90 | $148.50 |
| 12/29/2010 | 012 | MR LASTOWSKI | REVIEW AND SIGN 38TH QUARTERLY FEE APPLICATION | 0.30 | $213.00 |
| 12/29/2010 | 012 | S LENKIEWICZ | CONTINUED PREPARATION OF DUANE MORRIS 38TH QUARTERLY FEE APPLICATION(.7); PREPARE EXHIBITS (.3); PREPARATION CERTIFICATE OF SERVICE (.2); PREPARATION OF AFFIDAVIT AND NOTICE (.4) | 1.60 | $264.00 |
| 12/30/2010 | 012 | S LENKIEWICZ | FINALIZE AND EFILE DUANE MORRIS 38TH QUARTERLY FEE APPLICATION (.5); PREPARE SERVICE FOR SAME (.3) | 0.80 | $132.00 |
| | | | Code Total | 5.90 | $1,355.00 |

Duane Morris
January 10, 2011
Page 9

File # K0248-00001                                    INVOICE #  1628285
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 12/9/2010 | 013 | S LENKIEWICZ | PREPARE CERTIFICATES OF NO OBJECTION RE SSL 37TH MONTHLY (.2) AND CAPSTONE 26TH MONTHLY (.2); EFILE SAME (.3); FORWARD AS-FILED COPIES AND EFILING CONFIRMATIONS TO D. MOHAMMAD (.2) | 0.90 | $148.50 |
| 12/20/2010 | 013 | S LENKIEWICZ | PREPARE CERTIFICATES OF NO OBJECTION RE CAPSTONE 79TH MONTHLY (.2); CAPSTONE 80TH MONTHLY (.1); SSL 115TH MONTHLY (.2); EFILE CERTIFICATES OF NO OBJECTION RE CAPSTONE 79TH AND 80TH (.3); FORWARD AS-FILED COPIES AND EFILING CONFIRMATIONS TO D. MOHAMMAD (.2) | 0.90 | $148.50 |
| 12/23/2010 | 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING SSL'S 115TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.2); FORWARD CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $82.50 |
| 12/28/2010 | 013 | S LENKIEWICZ | REVISE NOTICE OF SSL 116TH MONTHLY FEE APPLICATION (.1); FINALIZE AND EFILE SSL 116TH MONTHLY FEE APPLICATION (.4); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $99.00 |
| | | | Code Total | 2.90 | $478.50 |

Duane Morris
January 10, 2011
Page 10

File # K0248-00001                                    INVOICE #  1628285
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 12/1/2010 | 015 | MR LASTOWSKI | REVIEW REVISED SCHEDULING ORDER | 0.10 | $71.00 |
| 12/6/2010 | 015 | MR LASTOWSKI | REVIEW AGENDA NOTICE FOR 12/13/10 OMNIBUS HEARING AND ITEMS IDENTIFIED THEREON | 3.30 | $2,343.00 |
| 12/12/2010 | 015 | MR LASTOWSKI | PREPARE FOR 12/13/10 OMNIBUS HEARING AND ITEMS IDENTIFIED THEREON | 3.20 | $2,272.00 |
| 12/13/2010 | 015 | MR LASTOWSKI | REVIEW STATUS OF AGENDA ITEMS FOR 12/13/10 HEARING | 0.70 | $497.00 |
| | | | Code Total | 7.30 | $5,183.00 |

Duane Morris
January 10, 2011
Page 11

File # K0248-00001                                        INVOICE #  1628285
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 12/6/2010 | 017 | MR LASTOWSKI | REVIEW PLAN STATUS | 0.90 | $639.00 |
| 12/7/2010 | 017 | MR LASTOWSKI | REVIEW ORDER RE: PLAN MODIFICATIONS | 0.10 | $71.00 |
| 12/9/2010 | 017 | MR LASTOWSKI | REVIEW AND ANALYSIS OF PLAN MODIFICATIONS | 2.80 | $1,988.00 |
| 12/14/2010 | 017 | MR LASTOWSKI | REVIEW PLAN STATUS | 0.80 | $568.00 |
| 12/22/2010 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: DRAFT PLAN AMENDMENTS | 0.10 | $71.00 |
| 12/22/2010 | 017 | MR LASTOWSKI | E-MAIL TO J. O'NEAL RE: DRAFT PLAN AMENDMENTS | 0.10 | $71.00 |
| 12/22/2010 | 017 | MR LASTOWSKI | E-MAIL FROM J. BAER RE: DRAFT PLAN AMENDMENTS | 0.10 | $71.00 |
| 12/22/2010 | 017 | MR LASTOWSKI | REVIEW DRAFT PLAN AMENDMENTS | 0.50 | $355.00 |
| | | | Code Total | 5.40 | $3,834.00 |

Duane Morris
January 10, 2011
Page 12

File # K0248-00001                                          INVOICE #  1628285
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 12/7/2010 | 019 | MR LASTOWSKI | REVIEW SETTLEMENT OF MASSACHUSETTS TAX CLAIMS | 0.30 | $213.00 |
| | | | Code Total | 0.30 | $213.00 |

Duane Morris
January 10, 2011
Page 13

File # K0248-00001                                              INVOICE #  1628285
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 12/6/2010 | 025 | WS KATCHEN | SALE - GREENVILLE, S.C. REAL PROPERTY. | 0.20 | $159.00 |
| 12/6/2010 | 025 | WS KATCHEN | REVIEW MOTION - 363(B). | 0.30 | $238.50 |
| 12/6/2010 | 025 | WS KATCHEN | ADMINISTRATION ISSUE. | 0.10 | $79.50 |
| 12/6/2010 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $159.00 |
| 12/7/2010 | 025 | WS KATCHEN | REVIEW DECTORS CLAIMS OBJECTION (NY HILLSIDE). | 0.20 | $159.00 |
| 12/7/2010 | 025 | WS KATCHEN | REVIEW DEBTORS' MOTION TO APPROVE SETTLEMENT WITH SWISS REINSURANCE CO. AND EUROPEAN REINSURANCE CO. OF ZURICH. | 0.30 | $238.50 |
| 12/9/2010 | 025 | WS KATCHEN | REVIEW STROOCK MEMO. | 0.20 | $159.00 |
| 12/9/2010 | 025 | WS KATCHEN | REVIEW 2D STROOCK MEMO (CNA). | 0.20 | $159.00 |
| 12/13/2010 | 025 | AK GULDALIAN | RESEARCH CONCERNING BANKRUPTCY CODE SECTION-- ANNOTATIONS AND RELEVANT COLLIER'S SECTIONS (W. KATCHEN) | 0.30 | $72.00 |
| 12/13/2010 | 025 | WS KATCHEN | REVIEW SECTION 507(A)(8) ASSESSMENT ISSUE. | 0.30 | $238.50 |
| 12/13/2010 | 025 | WS KATCHEN | REVIEW 5TH SET OF MODIFICATIONS TO JOINT PLAN OF REORGANIZATION. | 0.70 | $556.50 |
| 12/13/2010 | 025 | WS KATCHEN | REVIEW CAPSTONE MEMO MASS TAX ISSUE. | 0.30 | $238.50 |
| 12/29/2010 | 025 | WS KATCHEN | REVIEW LIBBY CLAIMANTS OBJECTION TO CNA SETTLEMENT. | 0.80 | $636.00 |
| | | | Code Total | 4.10 | $3,093.00 |

Duane Morris
January 10, 2011
Page 14

File # K0248-00001                          INVOICE #  1628285
    W.R. GRACE & CO.

|  |  |  |
|---|---|---|
| TOTAL SERVICES | 31.70 | $18,306.50 |

Duane Morris
January 10, 2011
Page 15

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1628285

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|--|--------|
| 12/31/2010 | PRINTING & DUPLICATING - EXTERNAL | | 952.11 |
| | | Total: | $952.11 |
| | | | |
| 12/31/2010 | COURT SEARCH SERVICE | | 23.78 |
| | | Total: | $23.78 |
| | TOTAL DISBURSEMENTS | | $975.89 |

Duane Morris
January 10, 2011
Page 16

File # K0248-00001                                  INVOICE #  1628285
        W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 16.90 | 710.00 | 11,999.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 6.10 | 795.00 | 4,849.50 |
| 03723 | S LENKIEWICZ | PARALEGAL | 8.40 | 165.00 | 1,386.00 |
| 04410 | AK GULDALIAN | PARALEGAL | 0.30 | 240.00 | 72.00 |
| | | | 31.70 | | $18,306.50 |