IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| IN RE: | |
|---|---|
| ACandS, Inc. | Case No.: 02-12687 |
| Armstrong World Industries, Inc. | Case No.: 00-4471 |
| Combustion Engineering, Inc. | Case No.: 03-10495 |
| The Flintkote Company | Case No. 04-11300 |
| Kaiser Aluminum Corp. | Case No.: 02-10429 |
| Owens Corning | Case No.: 00-3837 |
| US Mineral Products Company | Case No. 01-2471 |
| USG Corp. | Case No. 01-2094 |
| W.R. Grace & Co. | Case No. 01-1139 |
| Debtors | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | |
|---|---|
| Mid-Valley, Inc. | Case No.: 03-35592 |
| North American Refractories Co. | Case No.: 02-20198 |
| Pittsburgh Corning Corp. | Case No. 00-22876 |
| Debtors | |

**CERTIFICATE OF SERVICE**

I, Daniel K. Hogan, hereby certify that, on March 4, 2011, a true and correct copy of the

**Objections of The Law Offices of Peter G. Angelos, P.C.; Baron & Budd, P.C.; Brayton**

**Purcell, LLP; Hissey Kientz, LLP; The Lipman Law Firm; Reaud, Morgan & Quinn, Inc.;**

***Thornton & Naumes, LLP; Waters & Kraus, LLP; Weitz & Luxenberg P.C.; and Williams Kherkher Hart Boundas, LLP; to Documents Garlock Sealing Technologies LLC would Introduce in Connection with Its Motion Seeking Access to Rule 2019 Statements*** was served on the parties listed below via first class mail and electronic mail and on all other parties registered for electronic service via CM/ECF.


Garland S. Cassada, Esq.
Richard C. Worf, Jr., Esq.
Robinson, Bradshaw & Hinson
101 North Tryon Street, Suite 1900
Charlotte, NC 28246
gcassada@rbh.com
rworf@rbh.com

Gregory W. Werkheiser, Esq.
Matthew B. Harvey, Esq.
Morris, Nichols, Arsht & Tunnell, LP
1201 N. Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
gwerkheiser@mnat.com
mharvey@mnat.com


Dated: March 4, 2011

*/s/Daniel K. Hogan*
Daniel K. Hogan (#2814)
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, DE 19806
(302) 656-7540
(302) 656-7599- facsimile
Email: dkhogan@dkhogan.com