**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | | |
| ACandS, Inc. | : | Case No.: 02-12687 |
| Armstrong World Industries, Inc. | : | Case No.: 00-4471 |
| Combustion Engineering, Inc. | : | Case No.: 03-10495 |
| The Flintkote Company | : | Case No.: 04-11300 |
| Kaiser Aluminum Corp. | : | Case No.: 02-10429 |
| Owens Corning | : | Case No.: 00-3837 |
| US Mineral Products Company | : | Case No.: 01-2471 |
| USG Corp. | : | Case No.: 01-2094 |
| W.R. Grace & Co.                Debtors. | : | Case No.: 01-1139 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | | |
| Mid-Valley, Inc. | : | Case No.: 03-35592 |
| North American Refractories Co. | : | Case No.: 02-20198 |
| Pittsburgh Corning Corp. | : | Case No.: 00-22876 |
| Debtors. | | |

## <u>CERTIFICATE OF SERVICE</u>

I, Natalie D. Ramsey, hereby certify that on March 4, 2011, I caused the *Objection of*

*Kazan, McClain, Lyons, Greenwood & Harley, Waters & Kraus LLP, Stanley, Mandel & Iola,*

*L.L.P., Simmons Browder Gianaris Angelides & Barnerd LLC, Bergman, Draper & Frockt, Gori Julian, & Associates, P.C., Early, Lucarelli, Sweeney & Strauss, Cooney & Conway, George & Sipes LLP, Lipsitz & Ponterio, LLC, Bifferato LLC, and Montgomery, McCracken, Walker & Rhoads, LLP ,to Garlock's Hearing Exhibits Used on February 14, 2011 for Authorizing Access to the 2019 Statements* to be served (i) via the ECF system in the above cases, (ii) via electronic mail on the parties listed on the attached Exhibit A, and (iii) via United States first class mail, postage prepaid, on the parties listed on the attached Exhibit B.

MONTGOMERY McCRACKEN
WALKER & RHOADS, LLP

*/s/ Natalie D. Ramsey*
Natalie D. Ramsey (DE 5378)
*/s/ Laurie A. Krepto*
Laurie A. Krepto (DE 4109)
MONTGOMERY, MCCRACKEN,
  WALKER & RHOADS, LLP
1105 North Market Street, Suite 1500
Wilmington, DE  19801
Telephone:     (302-504-7830)
Facsimile:     (302-504-7820)


*/s/ Natalie D. Ramsey*
Natalie D. Ramsey (PA 41412)
*/s/ Laurie A. Krepto*
Laurie A. Krepto (PA 76313)
MONTGOMERY, MCCRACKEN,
  WALKER & RHOADS, LLP
123 S. Broad Street
Philadelphia, PA  19109
Telephone:     (215-772-1500)
Facsimile:     (215-772-7620)

*Counsel to Certain Law Firms*

# __EXHIBIT A__

Gregory W. Werkheiser, Esquire (gwerkheiser@mnat.com)
Matthew B. Harvey, Esquire (mharvey@mnat.com)
Morris, Nichols, Arsht & Tunell LP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347


Richard A. Swanson, Esquire (rswanson@dscslaw.com)
Arthur H. Stroyd, Jr., Esquire (astroyd@dscslaw.com)
Del Sole Cavanaugh Stroyd LLC
The Waterfront Building
200 First Avenue, Suite 300
Pittsburgh, PA 15222


Garland S. Cassada, Esquire (gcassada@rbh.com)
Richard C. Worf, Jr., Esquire (RWorf@rbh.com)
Robinson, Bradshaw & Hinson
101 North Tryon Street, Suite 1900
Charlotte, NC 28246

# **EXHIBIT B**

Richard L. Schepacarter, Esq.
Office of the U.S. Trustee
844 King Street, Suite 2207, Lock box 35
J. Caleb Boggs Federal Building
Wilmington, DE 19801

Daniel K. Hogan, Esq.
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

Mark Minuti
Saul Ewing LLP
222 Delaware Avenue
Suite 1200
Wilmington, DE 19801

Maria R. Eskin, Esq.
Mark T. Hurford, Esq.
Campbell & Levine LLC
800 North King Street, Suite 300
Wilmington, DE 19801

Peter J. Ashcroft, Esq.
Bernstein Law Firm, PC
Suite 220 Gulf Tower
Pittsburgh, PA 15219

Sander L. Esserman, Esq.
Stutzman, Bromberg, Esserman & Plifka
2322 Bryan Street
Suite 2200
Dallas, TX 75201

David A. Klinger, Esq.
Stutzman, Bromberg, Esserman & Plifka
2322 Bryan Street
Suite 2200
Dallas, TX 75201

David J. Parsons, Esq.
Stutzman, Bromberg, Esserman & Plifka
2322 Bryan Street
Suite 2200
Dallas, TX 75201

Cliff I. Taylor, Esq.
Stutzman, Bromberg, Esserman & Plifka
2322 Bryan Street
Suite 2200
Dallas, TX 75201

Adam H. Isenberg
Saul Ewing LLP
1500 Market Street, 38th Floor
Center Square West
Philadelphia, PA 19102

Joseph F. Rice
John Baden
Motley Rice LLC
28 Bridge Boulevard
Mt. Pleasant, SC 29464

James J. Restivo, Jr., Esq.
Douglas E. Cameron, Esq.
David Ziegler, Esq.
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222-2716

Office of the United States Trustee
U.S. Trustee
1001 Liberty Avenue, Suite 970
Liberty Center
Pittsburgh, PA 15222

Philip B. Milch, Esq.
David B. Salzman, Esq.
Campbell & Levine LLC
1700 Grant Building
Pittsburgh, PA 15219

Peter Van N. Lockwood, Esq.
Trevor W. Swett, Esq.
Kevin C. Maclay, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW Suite 1100
Washington, DC 20005

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue
New York, NY 10152-3500

Richard C. Worf, Jr., Esq.
Robinson Bradshaw & Hinson
101 North Tryon Street, Suite 1900
Charlotte, NC 28246

Rick Swanson
Del Sole Cavanaugh Stroyd LLC
200 1st Avenue Suite 300
The Waterfront Building
Pittsburgh PA 15222

Gregory W. Werkheiser, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Garland Cassada, Esq.
Robinson, Bradshaw & Hinson
101 North Tryon Street, Suite 1900
Charlotte, NC 28246