**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| IN RE: <br><br> ACandS, Inc. <br> Armstrong World Industries, Inc. <br> Combustion Engineering, Inc. <br> The Flintkote Company <br> Kaiser Aluminum Corp. <br> Owens Corning <br> US Mineral Products Company <br> USG Corp. <br> W.R. Grace & Co. <br><br>           Debtors. | <br><br> Case No.: 02-12687 (Rel. Dkt. No. 3639) <br> Case No.: 00-4471 (Rel. Dkt. No. 10698) <br> Case No.: 03-10495 (Rel. Dkt. No. 3380) <br> Case No.: 04-11300 (Rel. Dkt. No. 5606) <br> Case No.: 02-10429 (Rel. Dkt. No. 10009) <br> Case No.: 00-3837 (Rel. Dkt. No. 20954) <br> Case No.: 01-2471 (Rel. Dkt. No. 3878) <br> Case No.: 01-2094 (Rel. Dkt. No. 12596) <br> Case No.: 01-1139 (Rel. Dkt. No. 26053) |
|---|---|

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: <br><br> Mid-Valley, Inc. <br> North American Refractories Co. <br> Pittsburgh Corning Corp. <br><br>           Debtors. | <br><br> Case No.: 03-35592 (Rel. Dkt. No. 2770) <br> Case No.:02-20198 (Rel. Dkt. No. 6944) <br> Case No.:00-22876 (Rel. Dkt. No. 8096) |
|---|---|

**CERTIFICATE OF SERVICE**

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on March 4, 2011, I caused a copy of the foregoing to be served upon the individuals on the attached service lists via first class mail.

Dated: March 4, 2011

                                        */s/ Mark T. Hurford*
                                        Mark T. Hurford (DE No. 3299)

{D0197301.1 }