**FLINTKOTE 2002 SERVICE LIST**

Parcels, Inc.
Vito I. DiMaio
230 North Market Street
Wilmington, DE 19801

David Klauder
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

James L. Patton, Jr., Esq.
Edwin J. Harron, Esq.
Young, Conaway, Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Sandra McLamb, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub
919 N. Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19899-8705

Kevin T. Lantry, Esq.
Sally S. Neely, Esq.
Jeffrey E. Bjork, Esq.
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-6000

Mr. Lawrence Fitzpatrick
1009 Lennox Drive
Bldg. 4, Suite 101
Lawrenceville, NJ 08648

Randy Bono, Esq.
The Simmons Firm, LLC
707 Berkshire Blvd.
PO Box 521
East Alton, IL 62024

Charles A. Waters, Esq.
Waters & Kraus
3219 McKinney Ave.
Suite 3000
Dallas, TX 75204

Pam Wise, Esq.
Wise & Julian
3555 College Ave.
PO Box 1108
Alton, IL 62002

David M. McClain, Esq.
Kazan & McClain
171 Twelfth Street
3rd Floor
Oakland, CA 94607

Mike Kaeske, Esq.
Kaeske Reeves LLP
1301 W. 25th Street
Austin, TX 78705

R. Dean Hartley, Esq.
Hartley & O'Brien
2001 Main Street, Suite 600
Wheeling, WV 26003

Russell W. Budd, Esq.
Baron & Budd
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219-4281

Glen W. Morgan, Esq.
Reaud, Morgan & Quinn
801 Laurel
Beaumont, TX 77701

Scott M. Hendler, Esq.
Hendler Law Firm
816 Congress Ave.
Suite 1230
Austin, TX 78701

James J. Bedortha, Esq.
Goldberg, Persky, Jennings & White, PC
1030 Fifth Ave., 3rd Floor
Pittsburgh, PA 15219-6295

John J. Kittel, Esq.
Mazur & Kittel
30665 Northwestern Highway
Farmington Hills, MI 48334

Denman H. Heard, Esq.
Watts & Heard LLP
Meilie Esperson Building
815 Walker Street, 16th Floor
Houston, TX 77002

John M. Deakle, Esq/
The Deakle Law Firm
802 Main Street
PO Box 2072
Hattiesburg, MS 39403

Alan R. Brayton, Esq.
Christina C. Subic, Esq.
Brayton Purcell
222 Rush Landing
PO Box 6169
Novato, CA 94948-6169

Joseph F. Rice, Esq.
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Mark H. Iola, Esq.
Stanley Mandel & Iola LLP
3100 Monticello Avenue
Suite 750
Dallas, TX 75205

Tom B. Scott, Esq.
Scott & Scott
PO Box 2009
Jackson, MS 39215-2009

Barbara J. Arison
Frantz Ward LLP
2500 Key Center
127 Public Square
Cleveland, OH 44114-1230

T. Roe Frazer, II, Esq.
Frazer & Davidson, PA
500 East Capitol Street
Jackson, MS 39201

Brent Coon, Esq.
Brent Coon & Associates
917 Franklin
Suite 210
Houston, TX 77002

Thomas M. Wilson, Esq.
Kelley & Ferraro, L. L. P.
2200 Key Tower
127 Public Square
Cleveland, OH 44114

Robert B. Millner, Esq.
Sonnenschein, Nath & Rosenthal
8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606

Richard C. Sutton, Jr., Esq.
Reginauld T. Harris, Esq.
Rush Moore Craven Sutton Morry & Beh
737 Bishop Street, Suite 2400
Honolulu, Hawaii 96813

Bryan J. Farkas, Esquire
Vorys, Sater, Seymour & Pease, LLP
2100 One Cleveland Ctr.
1375 E. 9th Street
Cleveland, OH 44114

Joseph D. Frank
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60610

Daniel K. Hogan
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

Robert T. Aulgur, Jr., Esq.
Kristi J. Doughty, Esq.
Whittington & Aulgur
313 N. DuPont Highway
Suite 110
Odessa, DE 19730

Robert W. Dremluk, Esquire
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018-1405

Peter Van N. Lockwood, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005

Scott W. Wert, Esq.
Foster & Sear, L.L.P.
524 E. Lamar Blvd., Suite 200
Arlington, TX 76011

David P. McClain, Esq.
Tony Draper, Esq.
McClain, Leppert & Maney, P.C.
South Tower, Pennzoil Place
711 Louisiana Street, Suite 3100
Houston, TX 77002

Brian L. Kasprzak, Esq. (No. 3846)
Michael F. Duggan, Esq. (No. 3269)
MARKS, O'NEILL, O'BRIEN
& COURTNEY, P.C.
300 Delaware Avenue, Suite 900
Wilmington, DE 19801

Reginald W. Jackson, Esquire
Vorys, Sater, Seymour & Pease, LLP
52 E. Gay Street
Columbus, OH 43215

Samuel R. Grego, Esquire
Dickie, McCamey & Chilcote, P.C.
Two PPG Place – Suite 400
Pittsburgh, PA 15222

Anthony Sakalarios, Esquire
Morris, Sakalarios & Blackwell, PLLC
Post Office Drawer 1858
Hattiesburg, MS 39403-1858

Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801

James A. Pardo, Jr., Esq.
King & Spalding
191 Peachtree Street
Atlanta, GA 30303

Charlene D. Davis, Esq.
Eric M. Sutty, Esq.
The Bayard Firm
222 Delaware Avenue – Suite 900
PO Box 25130
Wilmington, DE 19899

Carmella P. Keener, Esquire
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801

Mark D. Plevin
Leslie A. Epley
Kelly R. Cusick, Esquire
Crowell & Moring LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004-2595

James E. Wimberley
McPherson, Monk, Hughes, Bradley,
Wimberley & Steele, L.L.P.
3120 Central Mall Drive
Port Arthur, TX 77642

Julie A. Ardoin, Esq.
Julie Ardoin, LLC
2200 Veterans Memorial Boulevard, Suite 210
Kenner, LA 70062-4032

Albert A. Ciardi, III, Esquire
Ciardi & Ciardi, P.C.
One Commerce Square
2005 Market Street, Suite 2020
Philadelphia, PA 19103

SEYFARTH SHAW LLP
David C. Christian II, Esquire
131 South Dearborn Street, Suite 2400
Chicago, IL 60603

{D0156127.1 }

Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801

Kelly-Ann Pokrywa, Esquire
Gordon & Gordon, P.C.
505 Morris Avenue
Springfield, NJ 07081

Los Angeles County Treasurer and Tax Collector
PO Box 54110
Los Angeles, CA 90051-0110

Donna L. Harris, Esq.
Pinckney, Harris & Weidinger, LLC
1220 N. Market Street, Suite 950
Wilmington, DE 19801

Doug McManamy, Esq.
The Mathis Law Firm
3575 Piedmont Road, NE Suite 1560
Atlanta, Georgia 30305

David Hensley D39084
California Medical Facility
P.O. Box 2500 – H2-202-L
Vacaville, CA 95696