**EXHIBIT 1**

# BMC Group
WR GRACE
Monthly Invoice:

## October 2010 -- WRG Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/11/2010 | 1.5 | $315.00 | DRTT analysis and b-Linx audit (.9); revise b-Linx re audit results (.6) |
| | WRG Asbestos Claims Total: | | | 1.5 | $315.00 | |

## October 2010 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| JAMES MYERS - CAS | | $65.00 | 10/1/2010 | 0.1 | $6.50 | Review & respond to emails from L Shippers requesting service of 2 Ntc Transfer Claims |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/1/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/1/2010 | 0.1 | $7.50 | Review Court docket Nos. 25530-25538 to categorize docket entries. |
| LUCINA SOLIS - CAS | | $45.00 | 10/1/2010 | 0.1 | $4.50 | Review and process COA return mail |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/1/2010 | 0.4 | $84.00 | Analysis of K Davis/Rust email re dates of prior schedule amendments (.1); research schedule amendments (.2); prep email to K Davis re schedule amendments (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 10/4/2010 | 0.7 | $66.50 | Audit categorization updates related to Court Docket Nos 25494-25500,25508,25514-25528,25530-25538 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/4/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/4/2010 | 0.1 | $7.50 | Review Court docket Nos. 25539, 25541-25546 to categorize docket entries. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/4/2010 | 1.4 | $154.00 | Analyze docket numbers 24735 to 25546 and related docket entries (.4); audit claim updates performed pursuant to same (.4); initialize claim database updates (.5); email correspondence with M.Araki re: additional analysis, possible claim updates required (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 10/5/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 25539,25541,25545 |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 10/5/2010 | 0.1 | $7.50 | Telephone with John at (631) 271-2836 / RE: when he was going to receive a disbursement |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/5/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/5/2010 | 0.1 | $7.50 | Review Court docket Nos. 25547-25552 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/5/2010 | 0.5 | $105.00 | Telephone with T Feil re R Higgins email re Notice issues (.2); analysis of email from S Cohen re 3rd Qtr SEC reporting (.1); analysis of S Cohen email re pending DRTT items and agenda issues (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/5/2010 | 0.4 | $44.00 | Analyze docket numbers 25201 to 25552 (.2); finalize claim database updates (.2) |
| AIRGELOU ROMERO - CAS | | $95.00 | 10/6/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 25547-25551 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/6/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/6/2010 | 0.1 | $7.50 | Review Court docket Nos. 25553-25556 to categorize docket entries. |
| LUCINA SOLIS - CAS | | $45.00 | 10/6/2010 | 0.1 | $4.50 | Review and process COA return mail |
| MABEL SOTO - CAS | | $45.00 | 10/6/2010 | 0.1 | $4.50 | Prep misc docs for archiving |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/6/2010 | 0.1 | $21.00 | Review J Baer email re amended schedule prep |
| AIRGELOU ROMERO - CAS | | $95.00 | 10/7/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 25553-25556 |

# BMC Group
WR GRACE
Monthly Invoice:

## October 2010 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/7/2010 | 0.3 | $33.00 | Update address of impacted undeliverable entries in the claims database pursuant to current address provided in Notices of Transfer. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/7/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/7/2010 | 0.1 | $7.50 | Review Court docket Nos. 25557-25562 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 10/7/2010 | 0.1 | $4.50 | Prep Courtesy Notice Exopack re: dkt 25557 for service |
| MABEL SOTO - CAS | | $45.00 | 10/7/2010 | 0.1 | $4.50 | Prep Courtesy Notice Herman Protze re: dkt 25558 for service |
| MABEL SOTO - CAS | | $45.00 | 10/7/2010 | 0.1 | $4.50 | Prep Courtesy Notice Lantech re: dkt 25559 for service |
| MABEL SOTO - CAS | | $45.00 | 10/7/2010 | 0.1 | $4.50 | Prep Transfer Notices ETC re: dkts 25557, 25558 & 25559 for service |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/7/2010 | 1.6 | $336.00 | Prep ART report of open schedules (.3); prep spreadsheet for J Baer/R Higgins re proposed amendments, schedules to be reviewed (1.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/7/2010 | 0.4 | $84.00 | Prep e-mail to T Feil re amended schedule status (.1); prep email to J Baer and R Higgins re spreadsheet of open schedules, schedule amendments for review (.2); analysis of R Higgins email re SEC 3rd Qtr reporting info (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 10/8/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 25560-25562 |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/8/2010 | 0.2 | $22.00 | Prepare three Proofs of Service related to transfer/defective notices (.1), prep email to notice group re filing (.1) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/8/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/8/2010 | 0.1 | $7.50 | Review Court docket Nos. 25563, 25565, 25566 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 10/8/2010 | 0.1 | $4.50 | Prep Defective Notice Chemical Process re: dkt 25567 for service |
| MABEL SOTO - CAS | | $45.00 | 10/8/2010 | 0.1 | $4.50 | Prep Defective Notice Federal Equip Co re: dkt 25568 for service |
| MABEL SOTO - CAS | | $45.00 | 10/8/2010 | 0.1 | $4.50 | Prep Defective Notices Argo Partners re: dkts 25567 & 25568 for service |
| MABEL SOTO - CAS | | $45.00 | 10/8/2010 | 0.1 | $4.50 | Prep Transfer Notice Foam Zone re: dkt 25564 for service |
| MABEL SOTO - CAS | | $45.00 | 10/8/2010 | 0.1 | $4.50 | Prep Transfer Notice DACA re: dkt 25564 for service |
| MABEL SOTO - CAS | | $45.00 | 10/8/2010 | 0.3 | $13.50 | ECF filing with the Court re Proofs of Service Transfer/Defective Notices re: dkts 25564, 25567 & 25568 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/8/2010 | 1.3 | $273.00 | Research Plum Creek notice issue per R Higgins email request |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/8/2010 | 1.3 | $273.00 | DRTT analysis and b-Linx audit (.8); revise b-Linx re audit results (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/10/2010 | 1.5 | $315.00 | Prep revised schedule amendment worksheets per J Baer request (1.4); prep e-mail to J Baer and R Higgins re revised Schedule amendment spreadsheets (.1) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/11/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/11/2010 | 0.1 | $7.50 | Review Court docket Nos. 25569-25571 to categorize docket entries. |

# BMC Group
WR GRACE
Monthly Invoice:

## October 2010 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/11/2010 | 1.3 | $273.00 | Analysis of S Cohen email re 3rd Qtr issues for SEC reporting (.2); research b-Linx re S Cohen 3rd Qtr issues (1.0); prep email to S Cohen re research results on outstanding issues (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/11/2010 | 1.3 | $273.00 | Analysis of S Cohen email re issues with change report for SEC reporting due to number of claims status changes in 3rd Qtr (.1); prep reply to S Cohen email re change report issues (.1); review draft F7 reports re info for SEC paragraph (.3); revise 3rd Qtr SEC section from R Higgins (.5); prep compare (.2); prep email to R Higgins re revised 3rd Qtr SEC section (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/11/2010 | 1.9 | $399.00 | Research web re Plum Creek Timber prior addresses (.8); review BDN service lists re Jerry Wolcott and 138 Pipe Creek Rd address (1.0); review T Feil email re Plum Creek service (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 10/11/2010 | 0.2 | $33.00 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/11/2010 | 0.2 | $22.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| AIRGELOU ROMERO - CAS | | $95.00 | 10/12/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 25563,25565-25566 |
| BRIANNA TATE - CAS | | $45.00 | 10/12/2010 | 0.1 | $4.50 | Telephone with Donald Gionet at (978) 425-4567 / RE: what was on the CD he received a few months ago. Let him know that the information was sent out 1 1/2 years ago. |
| LUCINA SOLIS - CAS | | $45.00 | 10/12/2010 | 0.1 | $4.50 | Extract and prepare returned mail summary report and email to project manager |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/12/2010 | 0.8 | $168.00 | Analysis of S Cohen email re change report and groups to exclude (.1); analysis of S Cohen email re split claim status update (.1); prep email to S Cohen re split claim status update and future review of split transfers (.1); telephone with S Cohen re change report issues (.2); analysis of S Cohen email re final change tracking reports for 3rd Qtr (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/12/2010 | 1.0 | $210.00 | Analysis of docket re case status, open items |
| MIREYA CARRANZA - CAS | | $45.00 | 10/12/2010 | 0.1 | $4.50 | Loading COA Postage for previous month, complete and print pdf on production billing |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 10/13/2010 | 0.1 | $7.50 | Telephone with George Swanson at (952) 934-9636 / RE: an update on the bankruptcy proceedings |
| ELLEN DORS - REC_TEAM | | $110.00 | 10/13/2010 | 0.4 | $44.00 | Meeting with M Booth to discuss audit verification protocol for Certificate of Services & Defective Notices |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/13/2010 | 0.2 | $22.00 | Prepare Proof of Service related to transfer notice (.1), prep email to notice group re filing (.1) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/13/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LUCINA SOLIS - CAS | | $45.00 | 10/13/2010 | 0.1 | $4.50 | Review and process no COA return mail |
| MABEL SOTO - CAS | | $45.00 | 10/13/2010 | 0.1 | $4.50 | Prep Transfer Notice Thermo Optek re: dkt 25574 for service |
| MABEL SOTO - CAS | | $45.00 | 10/13/2010 | 0.1 | $4.50 | Prep Courtesy Notice Calumet Electric re: dkt 25572 for service |
| MABEL SOTO - CAS | | $45.00 | 10/13/2010 | 0.1 | $4.50 | Prep Courtesy Notice Culligan Water re: dtk 25573 for service |

# BMC Group
WR GRACE
Monthly Invoice:

## October 2010 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MABEL SOTO - CAS | | $45.00 | 10/13/2010 | 0.1 | $4.50 | Prep Courtesy Notice Topaz Engineering re: dkt 25575 for service |
| MABEL SOTO - CAS | | $45.00 | 10/13/2010 | 0.1 | $4.50 | Prep Transfer Notices DACA re: dkts 25572 - 25575 for service |
| MABEL SOTO - CAS | | $45.00 | 10/13/2010 | 0.1 | $4.50 | ECF filing with the Court re Proof of Service Transfer Notice re: Dkt No. 25574 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/13/2010 | 1.5 | $315.00 | DRTT analysis and b-Linx audit (.8); revise b-Linx re audit results (.7) |
| MIKE BOOTH - MANAGER | | $165.00 | 10/13/2010 | 0.4 | $66.00 | Meeting with E Dors to discuss audit verification protocol for Certificate of Services & Defective Notices. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/14/2010 | 0.1 | $7.50 | Review Court docket Nos. 25576-25583 to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/14/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LUCINA SOLIS - CAS | | $45.00 | 10/14/2010 | 0.1 | $4.50 | Review and process no COA return mail |
| MABEL SOTO - CAS | | $45.00 | 10/14/2010 | 0.1 | $4.50 | Prep Courtesy Notice The Kings Contrivance re: dkt 25585 for service |
| MABEL SOTO - CAS | | $45.00 | 10/14/2010 | 0.1 | $4.50 | Prep Courtesy Notice Consulting Psychlogists Press re: dkt 25584 for service |
| MABEL SOTO - CAS | | $45.00 | 10/14/2010 | 0.1 | $4.50 | Prep Courtesy Notice DACA re: dkts 25584 & 25585 for service |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/15/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/15/2010 | 0.1 | $7.50 | Review Court docket Nos. 25586-25593 to categorize docket entries. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/15/2010 | 0.4 | $44.00 | Audit categorization updates related to docket numbers 24908 to 25578 |
| AIRGELOU ROMERO - CAS | | $95.00 | 10/18/2010 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 25580-25583,25586-25593 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/18/2010 | 0.6 | $126.00 | Analysis of emails from S Fritz re expenses and production info (.3); analysis of M Soto email re J Brown correspondence (.1); review J Brown correspondence (.1); prep email to R Higgins re J Brown correspondence (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/18/2010 | 0.3 | $63.00 | Telephone with S Fritz re info for expense and production reports |
| BRIANNA TATE - CAS | | $45.00 | 10/19/2010 | 0.1 | $4.50 | Telephone with James Barnes at (989) 305-6150 / RE: status of his claim. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/19/2010 | 0.1 | $7.50 | Review Court docket No. 25594 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/19/2010 | 0.2 | $42.00 | Analysis of D Boll email re service of Omni 28 order (.1); prep email to D Boll re service of Omni 28 order (.1) |
| BRIANNA TATE - CAS | | $45.00 | 10/20/2010 | 0.1 | $4.50 | Telephone with Ron Capiolo of Kay Scholer at (212) 836-8576 / RE: how to get a copy of their claim. Referred to Kathy Davis w/Rust Consulting. |
| JAMES MYERS - CAS | | $65.00 | 10/20/2010 | 0.1 | $6.50 | Ntc Claims Transfer: email exchange w/ L Shippers re returned envelope; prep for re-send |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/20/2010 | 0.3 | $33.00 | Investigate return mail item related to transfer notice to confirm address is current (.1); prep updated doc for service (.1) and prep email request to notice group to re-serve (.1). |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/20/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |

# BMC Group
WR GRACE
Monthly Invoice:

## October 2010 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/20/2010 | 0.1 | $7.50 | Review Court docket Nos. 25595-25598 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/20/2010 | 1.0 | $210.00 | Prep ART report of Active Open POC and scheds for attny review re adding Distrib Hold and Effective Date Contingency (.4); review draft report (.3); determine revisions to data query (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/20/2010 | 0.3 | $63.00 | Prep email to T Feil re BDN service inquiry (.1); prep email to I Braude re access to archived files (.1); review emails from i Braude re archived files access pending (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/20/2010 | 1.5 | $315.00 | Analyze Court docket re case status |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/21/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/21/2010 | 0.1 | $7.50 | Review Court docket Nos. 25601-25613 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 10/21/2010 | 0.1 | $4.50 | Prep Courtesy Notice re: Dkt 25599 for service |
| MABEL SOTO - CAS | | $45.00 | 10/21/2010 | 0.1 | $4.50 | Prep Courtesy Notice Huttig re: Dkt 25600 for service |
| MABEL SOTO - CAS | | $45.00 | 10/21/2010 | 0.1 | $4.50 | Prep Courtesy Notices DACA re: Dkts 25599 & 25600 for service |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/21/2010 | 0.8 | $168.00 | Telephone with G Kruse re new claim state (.2); telephone with A Wick re new claim state and incorporation into b-Linx, reporting (.4); email to G Kruse re A Wick telecon (.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/21/2010 | 0.4 | $78.00 | Call from M Araki re claims reports (.1); review claims database re ActiveNonDebtorPay status (.2); review transferred claims (.1) |
| ANNE CARTER - CONSULTANT | | $125.00 | 10/22/2010 | 1.6 | $200.00 | Docket research and review re completion of service requirements of filed orders involving claims (2010-07-01_to_2010-09-30) |
| ANNE CARTER - CONSULTANT | | $125.00 | 10/22/2010 | 1.0 | $125.00 | Continue docket research and review re completion of service requirements of filed Orders involving claims (2010-08-01 - 2010-09-30) |
| ANNE CARTER - CONSULTANT | | $125.00 | 10/22/2010 | 1.0 | $125.00 | Further docket research and review re completion of service requirements of filed Orders involving claims (2010-08-01_to_2010-08-23) |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 10/22/2010 | 0.1 | $7.50 | Telephone with George Emerson at (307) 634-4602 / RE: an update on the bankruptcy case. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/22/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/22/2010 | 0.1 | $7.50 | Review Court docket Nos. 25615-25627 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/22/2010 | 0.2 | $42.00 | Analyze draft Sept 10 numbers (.1); confirm amounts to S Fritz (.1) |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 10/25/2010 | 0.1 | $7.50 | Telephone with Jennifer at (609) 426-7173 / RE: if a disbursement had been made yet |
| LUCINA SOLIS - CAS | | $45.00 | 10/25/2010 | 0.1 | $4.50 | Review and process no COA return mail |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 10/26/2010 | 0.1 | $7.50 | Telephone with David Tonner at (843) 206-0575 / RE: ext101 re status. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/26/2010 | 0.3 | $63.00 | Analysis of R Higgins email re Delft-Haytema claim (.1); analysis of R Higgins email re V Knox claim review (.1); prep repsonse to R Higgins re V Knox review (.1) |

# BMC Group
WR GRACE
Monthly Invoice:

## October 2010 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/26/2010 | 2.0 | $420.00 | DRTT audit and b-Linx review (1.0); revise b-Linx per audit (1.0) |
| JAMES MYERS - CAS | | $65.00 | 10/27/2010 | 0.1 | $6.50 | Ntc Transfer (2): email exchanges w/ L Shippers transmitting docs for service |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/27/2010 | 0.3 | $33.00 | Analyze Court docket no. 25646 (.1), revise address of impacted entry in the claims database pursuant to the Change of Address request (.2) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/27/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/27/2010 | 0.2 | $15.00 | Review Court docket Nos. 25628-25651 to categorize docket entries. |
| LUCINA SOLIS - CAS | | $45.00 | 10/27/2010 | 0.2 | $9.00 | Review (.1) and process (.1) no COA return mail |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/28/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/28/2010 | 0.1 | $7.50 | Review Court docket No. 25652 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 10/28/2010 | 0.1 | $4.50 | Prep Courtesy Notice Trans Clean re: dkt 25653 for service |
| MABEL SOTO - CAS | | $45.00 | 10/28/2010 | 0.1 | $4.50 | Prep Courtesy Notice Blue Heron re: dkt 25653 for service |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/28/2010 | 1.3 | $273.00 | Review corresp and docket re case status, planning |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/29/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/29/2010 | 0.1 | $7.50 | Review Court docket Nos. 25654-25663 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 10/29/2010 | 0.2 | $9.00 | Prep misc docs for archiving |
| | WRG Case Administration Total: | | | 43.3 | $6,734.00 | |

## October 2010 -- WRG Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/7/2010 | 0.1 | $9.50 | Update return mail to b-Linx. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/8/2010 | 1.4 | $210.00 | Review of request for Undisputed Claims exhibit (.8). Review/audit current claims and their distribution classes (.6) |
| ANNA WICK - SR_ANALYST | | $110.00 | 10/11/2010 | 1.0 | $110.00 | Assist S Cohen with Data change report error for excel output |
| ANNA WICK - SR_ANALYST | | $110.00 | 10/11/2010 | 0.8 | $88.00 | Review summary report for invalid counts by deem type |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/11/2010 | 2.7 | $405.00 | Author report query for Undisputed Claims exhibit report (1.8). Verify data points and counts (.9). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/11/2010 | 2.9 | $435.00 | Author report template for Undisputed Claims exhibit (1.9). Format report display (1.0) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/11/2010 | 1.2 | $180.00 | Run draft Undisputed Claims exhibit for filed claims (1.1). Forward to M Araki for review (.1). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/11/2010 | 1.1 | $165.00 | Run draft Undisputed Claims exhibit for scheduled claims (1.0). Forward to M Araki for review. (.1) |
| ANNA WICK - SR_ANALYST | | $110.00 | 10/12/2010 | 0.6 | $66.00 | Continue review summary report for invalid counts by deem type |

# BMC Group
WR GRACE
Monthly Invoice:

## October 2010 -- WRG Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/12/2010 | 2.2 | $330.00 | Author updated report queries for undisputed claims exhibit (1.0). Group all deemed amounts, allowed amounts and interest rates per claim number (.6). Verify exhibit claim counts and distribution data points (.6). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/12/2010 | 2.7 | $405.00 | Generate updated report template for undisputed claims (1.4). Format and customize report template (1.3) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/12/2010 | 1.2 | $180.00 | Run updated undisputed claims exhibits (1.1) and forward to M Araki for review (.1). |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/14/2010 | 0.1 | $9.50 | Update return mail to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/15/2010 | 0.1 | $9.50 | Update return mail to b-Linx. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/19/2010 | 1.2 | $180.00 | Generate updated active and inactive claims report (.8). Export to MS Excel (.3) and forward to S Cohen (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/19/2010 | 2.4 | $360.00 | Update format of undisputed claims report template as per M Araki review. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/20/2010 | 1.3 | $195.00 | Review/audit of claims flagged for distributions which were transferred as per M Araki inquiry. |
| ANNA WICK - SR_ANALYST | | $110.00 | 10/21/2010 | 0.3 | $33.00 | Confer with M Araki on identifying hold claims by claims flag, DistStatus or adding new claim state and how it would or not work with existing tools like b-Linx |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/21/2010 | 1.8 | $270.00 | Generate report of all transfer agents listed as party who filed the claim (1.7). Forward to M Araki for review. (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/21/2010 | 1.7 | $255.00 | Update all proposed distribution source data (1.0). Refresh all claims data (.7) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/21/2010 | 0.6 | $90.00 | Update report query for undisputed claims exhibit to exclude checks flagged as held. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/21/2010 | 2.6 | $390.00 | Run updated iterations/drafts of undisputed claims exhibits (2.4). Forward to M Araki for review/audit (.2). |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/21/2010 | 0.1 | $9.50 | Update return mail to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/26/2010 | 0.1 | $9.50 | Update return mail to b-Linx. |
| ANNA WICK - SR_ANALYST | | $110.00 | 10/27/2010 | 1.0 | $110.00 | SQL database maintenance (.3), review logs (.2), views, stored procedures (.3) and user defined functions (.2) (PI database) |
| ANNA WICK - SR_ANALYST | | $110.00 | 10/27/2010 | 1.0 | $110.00 | SQL database maintenance (.3), review logs (.2), views, stored procedures (.3) and user defined functions (.2) |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/28/2010 | 0.1 | $9.50 | Update return mail to b-Linx. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/29/2010 | 1.3 | $195.00 | Review of distribution database for current distribution addresses as per M Araki. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/29/2010 | 1.5 | $225.00 | Generate updated listing off all claims eligible for distribution (1.4). Forward to M Araki for review (.1). |
| | | WRG Data Analysis Total: | | 35.1 | $5,044.00 | |

## October 2010 -- WRG Distribution

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|

# BMC Group
WR GRACE
Monthly Invoice:

## October 2010 -- WRG Distribution

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/8/2010 | 2.4 | $504.00 | Analysis of J Baer email re non-default contract interest rate from Fair Harbor (.2); analysis of b-Linx re 9 claims for non-default contract interest (1.4); analysis of Court docket re orders reducing claims (.6); prep email to J Baer/R Higgins re research results of Fair Harbor's non-default contract interest rates (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/8/2010 | 0.4 | $84.00 | Telephone with J Baer re undisputed claims exhibit and format for list, due date, info to be included; claims for Effective Date status |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/8/2010 | 0.5 | $105.00 | Prep email to G Kruse and A Wick re undisputed claims exhibit, data parameters (.3); prep email to T Feil re J Baer telecon, undisputed claims exhibit (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/8/2010 | 0.3 | $63.00 | Analysis of J Baer email re undisputed employee claims for report (.1); review b-Linx re undisputed employee claim (.1); prep email to J Baer re current number of undisputed employee claims (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/11/2010 | 0.7 | $147.00 | Analysis of G Kruse email re first draft Undisputed Claims exhibit (.1); analysis of 1st draft Undsiputed Claims Exhibit (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/12/2010 | 0.5 | $105.00 | Analysis of G Kruse email re revised undisputed cliams report format (.1); analysis of revised Undisputed Claims Exhibit (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/13/2010 | 0.6 | $126.00 | Analysis of claim 18508 and order re claim for interest rates (.4); prep email to A Lambert and S Scarlis re splitting claim to accommodate 8 different interest rate commencement dates (.1); analysis of A Lambert email re splitting claim for interest rate calcs (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/15/2010 | 2.0 | $420.00 | Analysis of S Cohen change file vs interest rate powertool (1.3); revise interest rate powertool re interest rates (.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/15/2010 | 1.0 | $210.00 | Prep ART report of open POC and scheds (non asbestos) for review re Effective Date Contingency or Distrb Hold status (.4); analysis of report (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/18/2010 | 1.2 | $252.00 | Analyze data on Undisputed Claims Exhibit (1.0); prep email to G Kruse re revisions to data on report (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/19/2010 | 1.2 | $252.00 | Prep email to J Baer re status of Undisputed Claims Exhibit (.1); multiple emails from G Kruse re Undisputed Claims Exhibit, revisions, data (.4); review draft Undisputed Claims Exhibit (.4); prep emails to G Kruse re comments/revisions to Exhibit (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/20/2010 | 1.2 | $252.00 | Review claim flags/claim status/sub-status re Effective Date Contingency and Distrib Hold (.5); prep ART reports re Effective Date Contingency and Distrib Hold (.3); review reports (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/20/2010 | 1.8 | $378.00 | Analyze G Kruse email re 3rd draft Undisputed Claims/Scheds Exhibit (.1); analyze Undisputed Claims/Scheds Exhibit re updated report, review data in b-Linx re transfers (1.4); prep e-mail to G Kruse re add'l revisions to Undisputed Claims Exhibit, issue with transfers with no transferee reference (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/21/2010 | 1.0 | $210.00 | Review b-Linx re Effective Date Contingency data (.4); telephone with M John re use of active reconciled for claims with no distribution (.4); revise b-Linx data per M John telecon (.2) |

# BMC Group
WR GRACE
Monthly Invoice:

## October 2010 -- WRG Distribution

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/21/2010 | 1.3 | $273.00 | Analysis of G Kruse emails re claim flags for holds, claim states, updates (.3); review reports (.3); revise b-Linx (.4); prep emails to G Kruse re same, revisions to data and undisputed report (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/21/2010 | 0.9 | $189.00 | Review next generation undsiputed claims and undsiputed sched reports (.6); prep e-mail to J Baer transmitting reports and addressing issues (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/25/2010 | 0.5 | $105.00 | Analysis of J Baer email re Undisputed Claims Exhibit and comments (.3); prep email to J Baer re Wolters and Owens claims (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/27/2010 | 0.4 | $84.00 | Analysis of J Baer email re excluding Wolter/Owens from Undisputed claims report (.1); revise Wolter/Owens claims re undisputed claims report (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/29/2010 | 0.4 | $84.00 | Prep email to G Kruse re distribution addresses, review by consultants for info and interface to capture data (.1); analyze G Kruse reply (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/29/2010 | 1.2 | $252.00 | Analyze S Scarliss email re Solow and St Paul claims and settlements (.1); review b-Linx and docket re claims and pleadings (.9); prep reply to S Scarliss and referal to J Baer and R Higgins (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/31/2010 | 1.5 | $315.00 | Prep ART reports of current open claims/schedules (.6); analysis of reports vs prior ART reports used to prep Blackstone data (.9) |
| | | WRG Distribution Total: | | 21.0 | $4,410.00 | |

## October 2010 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/1/2010 | 0.1 | $11.00 | Analysis of Court docket re: new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/1/2010 | 0.1 | $11.00 | Analysis of b-Linx re: claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/1/2010 | 0.1 | $11.00 | Revise b-Linx re: claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/1/2010 | 0.1 | $11.00 | Prepare transfer notice, forward to the notice group for service. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/1/2010 | 0.4 | $84.00 | E-mails to (.2)/from (.2) J Baer re Harrington Tools issue |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/4/2010 | 0.1 | $11.00 | Additional email correspondence with M.Araki re: pending docket entries and analysis, claims database updates required |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/7/2010 | 0.2 | $22.00 | Analysis of Court docket re: three new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/7/2010 | 0.2 | $22.00 | Analysis of b-Linx re: three claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/7/2010 | 0.3 | $33.00 | Revise b-Linx re: three claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/7/2010 | 0.3 | $33.00 | Prepare three transfer notices (.2), prep email to the notice group re service (.1). |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/7/2010 | 0.1 | $11.00 | Email correspondence with M.Araki re: pending docket items and analysis, possible claim database updates required |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/8/2010 | 0.2 | $22.00 | Analysis of b-Linx re: three claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/8/2010 | 0.2 | $22.00 | Revise b-Linx re: claim transfer and two defective claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/8/2010 | 0.2 | $22.00 | Prepare three transfer notices (.1), prep email to the notice group re service. (.1) |

# BMC Group
WR GRACE
Monthly Invoice:

## October 2010 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/8/2010 | 0.1 | $11.00 | Analysis of Court docket re: three new claim transfers. |
| ELLEN DORS - REC_TEAM | | $110.00 | 10/11/2010 | 0.5 | $55.00 | Meeting with M Booth to discuss audit verfication protocol for Notice of Transfers |
| ELLEN DORS - REC_TEAM | | $110.00 | 10/11/2010 | 0.2 | $22.00 | Analyze and review docket activity for 2 filed Notice of Transfers (.1); perform audit of claims transfer module, production folders and tracking spreadsheet re: same (.1). |
| MIKE BOOTH - MANAGER | | $165.00 | 10/11/2010 | 0.5 | $82.50 | Meeting with E Dors to discuss audit verification protocol for Notice of Transfers. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/11/2010 | 0.1 | $11.00 | Email correspondence with M.Araki re: pending docket entries and claim database updates required |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/11/2010 | 3.1 | $341.00 | Initialize preparation and analysis of Q3 reports and related claims data (2.6); work with A.Wick re: required report modifications (.5) |
| ELLEN DORS - REC_TEAM | | $110.00 | 10/12/2010 | 3.7 | $407.00 | Analyze and review docket activity for 32 filed Notice of Transfers (1.3); perform audit of claims transfer module, production folders and tracking spreadsheet re: same (2.4). |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/12/2010 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/12/2010 | 0.1 | $11.00 | Revise transfer tracking worksheet re: claim updated. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/12/2010 | 0.1 | $11.00 | Revise b-Linx to finalize claim transfer and reconciliation notes. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/12/2010 | 0.1 | $11.00 | Analysis of Court docket re: four new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/12/2010 | 0.1 | $11.00 | Analysis of b-Linx re: four claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/12/2010 | 0.3 | $33.00 | Revise b-Linx re: four claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/12/2010 | 0.3 | $33.00 | Discussion with E. Dors re: claim transfer process in preparation for audit review. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/12/2010 | 3.8 | $418.00 | Finalize preparation and analysis of Q3 reports (3.2); discussions with A.Wick, M.Araki (.4); draft follow-up memo to M.Araki re: reports and claim updates performed (.2) |
| ELLEN DORS - REC_TEAM | | $110.00 | 10/13/2010 | 0.9 | $99.00 | Analyze and review docket activity for 6 filed Notice of Transfers (.3); perform audit of claims transfer module, production folders and tracking spreadsheet re: same (.6). |
| ELLEN DORS - REC_TEAM | | $110.00 | 10/13/2010 | 0.6 | $66.00 | Analyze and review docket activity for 8 filed Certificates of Service for Notice of Transfers(.3); perform audit of production folders and tracking spreadsheet re: same (.3). |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/13/2010 | 0.5 | $55.00 | Prepare four transfer notices (.4), prep email to the notice group re service (.1). |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/13/2010 | 0.1 | $11.00 | Audit Court docket no. 25062, confirm no updates in the claims database are required. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/14/2010 | 0.1 | $11.00 | Analysis of Court docket re: two new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/14/2010 | 0.1 | $11.00 | Analysis of b-Linx re: two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/14/2010 | 0.2 | $22.00 | Revise b-Linx re: two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/14/2010 | 0.2 | $22.00 | Prepare two transfer notices (.1), prep email to the notice group re service (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/15/2010 | 0.1 | $11.00 | Revise b-Linx to finalize claim transfer and reconciliation notes. |

# BMC Group
WR GRACE
Monthly Invoice:

## October 2010 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/15/2010 | 0.1 | $11.00 | Revise transfer tracking worksheet re: new claim updated. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/15/2010 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/15/2010 | 0.4 | $44.00 | Initalize preparation and analysis of monthly reports (.3); email correspondence with G.Kruse, L.Shippers re: reporting requirements (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/18/2010 | 1.5 | $315.00 | Analysis of b-Linx re claims info per analysis of Undisputed Claims report (.6); revise data in b-Linx (.9) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/19/2010 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/19/2010 | 0.1 | $11.00 | Revise b-Linx to finalize claim transfer and reconciliation notes. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/19/2010 | 0.1 | $11.00 | Revise transfer tracking worksheet re: claim updated. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/19/2010 | 1.1 | $231.00 | Analyze R Higgins email re V Knox/Fair Harbor request for info on 5 claims (.1); research 5 claims requested by R Higgins (.5); research pleadings expunging/transferring 2 claims (.2); prep email to R Higgins re research results (.2); email from V Knox re research (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/19/2010 | 1.7 | $357.00 | Research BDN service on 126 Pipe Creek Rd, Libby, MT for R Higgins/J Baer (.7); analysis of bar date service docs (.3); research NS re deliverability status (.2); research web re historical address info on 126 Pipe Creek Rd (.5) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/19/2010 | 0.3 | $33.00 | Finalize preparation and analysis of monthly reports (.2); email correspondence with K.Davis re: report results (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/19/2010 | 0.1 | $11.00 | Email correspondence with L.Gardner re: status of Seaboard Group II claim and related docket entries |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/19/2010 | 0.3 | $33.00 | Research docket entries related to Seabrook Group claim/settlement per L.Gardner request (.2); update claims database pursuant to terms of settlement agreement (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/20/2010 | 1.4 | $294.00 | Analyze multiple emails from R Higgins re Plum Creek Timber service issue, no map data (.2); research web re historical resources re Plum Creek Timber address in timeperiod (1.0); prep e-mail to R Higgins re US gov't report and source of addresses for BDN mailing (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/20/2010 | 0.1 | $11.00 | Email correspondence with L.Gardner re: request for environmental claims data |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/20/2010 | 0.3 | $33.00 | Analyze environmental claim data per L.Gardner request (.1); prepare claim detail reports (.1); draft follow-up memo to L.Gardner re: analysis and report results (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/21/2010 | 0.1 | $11.00 | Analysis of Court docket re: two new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/21/2010 | 0.1 | $11.00 | Analysis of b-Linx re: two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/21/2010 | 0.2 | $22.00 | Revise b-Linx re: two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/21/2010 | 0.2 | $22.00 | Prepare two transfer notices (.1), prep email to the notice group re service (.1). |

# BMC Group
WR GRACE
Monthly Invoice:

## October 2010 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/21/2010 | 0.4 | $84.00 | Analyze docket re CNOs for dockets 25432 and 25241 (.3); prep email to P Cuniiff re CNO issue (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/21/2010 | 1.1 | $231.00 | Analyze G Kruse email re transfer agent creditors and undisputed claims exhibit issues (.2); analyze G Kruse report of transfer agent creditors (.5); analyze b-Linx re claims filed by transfer agent creditors (.3); prep e-mail to K davis re claim transfer agent creidtor POCs (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/22/2010 | 0.4 | $84.00 | Analysis of R Higgins email re Van Delft Haytema inquiry (.1); research b-Linx (.1); research F Zaremby VSPP and other officer reports (.1); prep email to R Higgins re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/25/2010 | 1.4 | $294.00 | Analysis of C Finke email re research project on payroll tax claims (.1); analysis of b-Linx re sample payroll tax claims (.2); prep email to C Finke re samples are not tax claims (.1); prep ART report re tax claims (.3); analysis of tax claims (.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/25/2010 | 1.0 | $210.00 | Continue research re review POC/description re withholding taxes included in POC (.8); prep email to C Finke re add'l payroll claims (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/25/2010 | 0.1 | $11.00 | Prepare report of environmental claims to be reconciled per L.Gardner request |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/25/2010 | 0.1 | $11.00 | Email correspondence with L.Gardner re: request for report of environmental claims to be reconciled |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/26/2010 | 0.2 | $22.00 | Phone discussion with D. Tonner of Arthon Bay re: status of specific scheduled claim. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/27/2010 | 0.1 | $11.00 | Analysis of Court docket re: new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/27/2010 | 0.1 | $11.00 | Analysis of b-Linx re: claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/27/2010 | 0.1 | $11.00 | Revise b-Linx re: claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/27/2010 | 0.1 | $11.00 | Prepare transfer notice, forward to the notice group for service. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/27/2010 | 0.6 | $126.00 | Further inquiry from R Higgins re V Knox claims which were rolled into expunged and transferred claims (.1); research scheds matched to claims (.3); prep reply to R Higgins re research results (.2) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/28/2010 | 0.3 | $33.00 | Exchange emails with A. Whatnall of DACA re: status of certain scheduled claim. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/28/2010 | 0.1 | $11.00 | Analysis of Court docket re: new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/28/2010 | 0.1 | $11.00 | Analysis of b-Linx re: claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/28/2010 | 0.1 | $11.00 | Revise b-Linx re: claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/28/2010 | 0.1 | $11.00 | Prepare transfer notice, forward to the notice group for service. |
| ELLEN DORS - REC_TEAM | | $110.00 | 10/29/2010 | 1.9 | $209.00 | Analyze and review docket activity for 10 filed Notice of Transfers (.9); perform audit of claims transfer module, production folders and tracking spreadsheet re: same (1.0). |

| | | | WRG Non-Asbestos Claims Total: | 35.1 | $4,988.50 | |
| | | | October 2010 Total: | 136.0 | $21,491.50 | |

# BMC Group
WR GRACE
Monthly Invoice:

|  |  |  |
|---|---|---|
| Grand Total: | 136.0 | $21,491.50 |

# BMC Group
## WR GRACE
### Professional Activity Summary
### Date Range: 10/1/2010 thru 10/31/2010

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---:|---:|---:|
| **WRG Asbestos Claims** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 1.5 | $315.00 |
| | Total: | 1.5 | $315.00 |
| **WRG Case Administration** | | | |
| CAS | | | |
| Lucina Solis | $45.00 | 0.8 | $36.00 |
| Mireya Carranza | $45.00 | 0.1 | $4.50 |
| CAS | | | |
| Airgelou Romero | $95.00 | 1.4 | $133.00 |
| Brianna Tate | $45.00 | 0.3 | $13.50 |
| James Myers | $65.00 | 0.3 | $19.50 |
| Mabel Soto | $45.00 | 2.9 | $130.50 |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.6 | $99.00 |
| Myrtle John | $195.00 | 0.4 | $78.00 |
| CONSULTANT | | | |
| Anne Carter | $125.00 | 3.6 | $450.00 |
| REC_TEAM | | | |
| Dustee Decker | $75.00 | 0.5 | $37.50 |
| Ellen Dors | $110.00 | 0.4 | $44.00 |
| Lauri Shippers | $110.00 | 1.3 | $143.00 |
| Lelia Hughes | $75.00 | 4.9 | $367.50 |
| Steffanie Cohen | $110.00 | 2.4 | $264.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 23.4 | $4,914.00 |
| | Total: | 43.3 | $6,734.00 |
| **WRG Data Analysis** | | | |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 29.8 | $4,470.00 |
| SR_ANALYST | | | |
| Anna Wick | $110.00 | 4.7 | $517.00 |
| Jacqueline Conklin | $95.00 | 0.6 | $57.00 |
| | Total: | 35.1 | $5,044.00 |
| **WRG Distribution** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 21.0 | $4,410.00 |
| | Total: | 21.0 | $4,410.00 |

## BMC Group
WR GRACE
Professional Activity Summary
Date Range: 10/1/2010 thru 10/31/2010

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | |
| MANAGER | | | |
|   Mike Booth | $165.00 | 0.5 | $82.50 |
| REC_TEAM | | | |
|   Ellen Dors | $110.00 | 7.8 | $858.00 |
|   Lauri Shippers | $110.00 | 6.9 | $759.00 |
|   Steffanie Cohen | $110.00 | 8.9 | $979.00 |
| CONTRACTOR | | | |
|   Martha Araki | $210.00 | 11.0 | $2,310.00 |
| | Total: | 35.1 | $4,988.50 |
| | Grand Total: | 136.0 | $21,491.50 |