**EXHIBIT 2**



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_101031**
**Expense Summary**

| Period Ending 10/31/2010 | Expense Type | Amount |
|---|---|---|
| | B-linx User Fee | $350.00 |
| | B-Linx/Data Storage | $850.00 |
| | Document Storage | $722.10 |
| | Noticing Production | $12.43 |
| | Website Hosting | $250.00 |
| | **Total** | **$2,184.53** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | Total |
|---|---|---|
| Reference # 021-20101031-1 | 10/31/2010 | $12.43 |
| | Total | $12.43 |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Production Date:** 10/31/2010
**Reference #:** 021-20101031-1
**Notes:** Postage charges for change of address remailing and other misc mailings.

| Job Type | Job Item | | | | |
|---|---|---|---|---|---|
| | | Step | Task | Details | Total |
| Noticing Document | COA resend for October | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total 23 Pieces | $12.43 |
| | | | | **Total Due:** | **$12.43** |

*Invoice Due Upon Receipt*

EXHIBIT 2