**EXHIBIT 1**

# BMC Group

WR GRACE

Monthly Invoice:

## November 2010 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|------------|------|-------|--------------|-------------|
| ANNE CARTER - CONSULTANT | | $125.00 | 11/1/2010 | 1.6 | $200.00 | Docket research and review re completion of service requirements of filed Orders involving claims (2010-10-01_to_2010-10-31) (1.4); emails re same (.2) |
| ANNE CARTER - CONSULTANT | | $125.00 | 11/1/2010 | 0.2 | $25.00 | Email correspondence with M Araki re Docket No. 25596, Order granting Omni Objection 28 to assure it was properly noticed |
| ELLEN DORS - REC_TEAM | | $110.00 | 11/1/2010 | 0.3 | $33.00 | Analyze and review docket activity for 2 filed Certificates of Service for Notice of Transfers(.1); perform audit of production folders and tracking spreadsheet re: same (.2). |
| JAMES MYERS - CAS | | $65.00 | 11/1/2010 | 0.1 | $6.50 | Notices of Transfer: email exchange w/ L Shippers |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/1/2010 | 0.2 | $22.00 | Prepare Proof of Service related to defective transfer notice (.1), prep email to notice group e filing (.1) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/1/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/1/2010 | 0.1 | $7.50 | Review Court docket Nos. 25664-25669, 25671-25673 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 11/1/2010 | 0.1 | $4.50 | ECF filing with the Court re Proof of Service Defective Notice re: Dkt 25670 |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/2/2010 | 0.1 | $11.00 | Analyze Court docket nos. 25687 and 25688, verify no updates in the noticing system or claims database are required. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/2/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/2/2010 | 0.1 | $7.50 | Review Court docket Nos. 25674-25681, 25683-25688  to categorize docket entries. |
| LUCINA SOLIS - CAS | | $45.00 | 11/2/2010 | 0.1 | $4.50 | Review and process no COA return mail |
| MABEL SOTO - CAS | | $45.00 | 11/2/2010 | 0.1 | $4.50 | Prep Courtesy Notice American Lewa re: dkt 25682 for service |
| MABEL SOTO - CAS | | $45.00 | 11/2/2010 | 0.1 | $4.50 | Prep Courtesy Notice ETC Custodian re: dkt 25682 for service |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/2/2010 | 2.0 | $420.00 | Analysis of Higgins reports of open claims/scheds and updates required |
| BRIANNA TATE - CAS | | $45.00 | 11/3/2010 | 0.1 | $4.50 | Telephone with Unknown of Dorsey & Whitney at (612) 340-2600 /  RE: if they filed a claim.  Referred to Rust Consulting. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/3/2010 | 0.1 | $11.00 | Analyze Court docket no. 25690, verify no updates in the noticing system or claims database are required. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/3/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/3/2010 | 0.1 | $7.50 | Review Court docket Nos. 25689, 25691 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/3/2010 | 2.5 | $525.00 | DRTT audit and b-linx review (1.4); revise b-linx per audit (1.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 11/3/2010 | 0.2 | $33.00 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/3/2010 | 0.2 | $22.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## November 2010 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| AIRGELOU ROMERO - CAS | | $95.00 | 11/4/2010 | 1.6 | $152.00 | Audit categorization updates related to Court Docket Nos 25594-25595,25597-25598,25601-25610 (.3);25611-25613,25615-25618,25621-25627 (.3); 25629-25632,25634-25636,25638-25642 (.3),25643,25645,25647-25652,25654-25660 (.3);25661-25664-25669,25671-25673,25678 (.3);25679-25680,25683-25686,25689 (.1) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/4/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/4/2010 | 0.1 | $7.50 | Review Court docket Nos. 25692-25697 to categorize docket entries. |
| AIRGELOU ROMERO - CAS | | $95.00 | 11/5/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 25692-25697 |
| JAMES MYERS - CAS | | $65.00 | 11/5/2010 | 0.1 | $6.50 | Ntc Transfer: email exchange w/ L Shippers transmitting docs for service |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/5/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/5/2010 | 0.1 | $7.50 | Review Court docket Nos. 25698-25701 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/5/2010 | 0.3 | $63.00 | Email from P Cuniff re VonKarman COA (.1); prep email to Cassman re update of Von Karman address (.1); email to/from L Oberholzer re availability for filing/service docs (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/5/2010 | 1.0 | $210.00 | Analysis of Court docket re case status |
| JAMES MYERS - CAS | | $65.00 | 11/8/2010 | 0.2 | $13.00 | Print/notarize/scan BMC Monthly & 36th Quarterly Fee Apps (.1); email exchange & confer w/ M John re same (.1) |
| JAMES MYERS - CAS | | $65.00 | 11/8/2010 | 0.2 | $13.00 | POS re Ntc Defective Claim: email exchange w/ L Shippers transmitting POS for service (.1); ECF file (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/8/2010 | 0.2 | $22.00 | Prepare Proof of Service related to defective transfer notice (.1), prep email to notice group re filing (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/8/2010 | 0.4 | $44.00 | Investigate return mail item related to transfer notice (.3), prep email to recipient to request current address information (.1) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/8/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/8/2010 | 0.1 | $7.50 | Review Court docket Nos. 25702, 25703, 25706-25714 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/8/2010 | 0.4 | $84.00 | Email to M John re review/signatures (.1); email to L Oberholzer re filing/service (.1); prep email to Fee Examiner re pleadings and xls files (.1); prep email to Fee Examiner re docket nos (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/8/2010 | 1.5 | $315.00 | DRTT analysis and b-Linx audit (.8); revise b-Linx re audit results (.7) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/8/2010 | 1.9 | $209.00 | Analyze docket numbers 25576 to 25706 (.9); update claim database (.9); email correspondence with M.Booth, Cebu team re: analysis, updates performed (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/8/2010 | 0.1 | $11.00 | Email correspondence with M.Booth, N.Roa re: recent docket entries and analysis, database updates performed |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/9/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/9/2010 | 0.1 | $7.50 | Review Court docket Nos. 25715-25726 to categorize docket entries. |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## November 2010 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| LUCINA SOLIS - CAS | | $45.00 | 11/9/2010 | 0.1 | $4.50 | Extract and prepare returned mail summary report and email to project manager |
| MARISTAR GO - CAS | | $95.00 | 11/9/2010 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 25698, 25699,25700, 25701, 25703, 25707, 25708, 25709, 25710, 25711, 25712, 25713, 25714 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/9/2010 | 0.2 | $42.00 | Prep data request for report of scheds matched to claims filed in different cases (.1); prep data request for FTP site for J McFarland reports (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/9/2010 | 1.0 | $210.00 | Email from D Boll re research Oppenheimer entities in case (.1); analysis of CCRT re Oppenheimer (.2); prep email to D Boll re research results from creditor database (.1); email from D Boll re Oppenheimer as possible shareholder (.1); analysis of Broadridge and DTC reports re Oppenheimer (.3); analysis of tabulation report re votes of Oppenheimer entities (.1); prep email to D Boll re research results (.1) |
| MIREYA CARRANZA - CAS | | $45.00 | 11/9/2010 | 0.1 | $4.50 | Loading COA Postage for previous month, complete and print pdf on production billing |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 11/10/2010 | 0.2 | $15.00 | Telephone with creditor at (213) 485-1234 / RE: why the claims website was not working; referred her to Rust Consulting |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/10/2010 | 0.2 | $22.00 | Analyze Court docket no. 25731 (.1), update address of impacted entries in the claims database (.1) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/10/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/10/2010 | 0.1 | $7.50 | Review Court docket Nos. 25730, 25732, 25733 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 11/10/2010 | 0.1 | $4.50 | Prep Courtesy Notice Blue Book Bldg re: dkt 25727 for service |
| MABEL SOTO - CAS | | $45.00 | 11/10/2010 | 0.1 | $4.50 | Prep Courtesy Notice ETC Custodian re: dkt 25727 for service |
| MABEL SOTO - CAS | | $45.00 | 11/10/2010 | 0.1 | $4.50 | Prep Transfer Notice Custom Blend (1) re: dkt 25729 for service |
| MABEL SOTO - CAS | | $45.00 | 11/10/2010 | 0.1 | $4.50 | Prep Transfer Notice Custom Blend (2) re: dkt 25729 for service |
| MABEL SOTO - CAS | | $45.00 | 11/10/2010 | 0.1 | $4.50 | Prep Transfer Notice DACA re: dkt 25729 for service |
| MABEL SOTO - CAS | | $45.00 | 11/10/2010 | 0.1 | $4.50 | Prep Pioneer Credit Courtesy Notice for service |
| MARISTAR GO - CAS | | $95.00 | 11/10/2010 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 25715 25717 25718 25719 - 25726 |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 11/11/2010 | 0.2 | $15.00 | Telephone with creditor at (619) 220-8863 / RE: obtaining a list of claims; referred to Rust Consulting |
| MARISTAR GO - CAS | | $95.00 | 11/11/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 25730 25732 25733 |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 11/12/2010 | 0.2 | $15.00 | Telephone with Barbara Rocker at (251) 456-5880 / RE: status of bankruptcy case |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/12/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/12/2010 | 0.1 | $7.50 | Review Court docket Nos. 25734-25736 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/12/2010 | 0.2 | $42.00 | Prep emails to A Carter and A Whitfield re distribution address review project and availability (.1); prep email to B Daniel re availability of A Carter and A Whitfield (.1) |

# BMC Group

WR GRACE

Monthly Invoice:

## November 2010 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MYRTLE JOHN - MANAGER | | $195.00 | 11/12/2010 | 0.1 | $19.50 | Review fee application and notice from Orrick Herrington; forward to case clerk for archiving |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/15/2010 | 0.2 | $22.00 | Prepare Proof of Service related to transfer notice (.1), prep email to notice group re filing (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/15/2010 | 0.2 | $22.00 | Prepare Proof of Service related to transfer notice (.1), prep email to notice group re filing (.1). |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/15/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/15/2010 | 0.1 | $7.50 | Review Court docket Nos. 25738-25743 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 11/15/2010 | 0.1 | $4.50 | Prep Courtesy Notice On Assignment re: dkt 25737 for service |
| MABEL SOTO - CAS | | $45.00 | 11/15/2010 | 0.1 | $4.50 | Prep Courtesy Notice Avenue TC re: dkt 25737 for service |
| MABEL SOTO - CAS | | $45.00 | 11/15/2010 | 0.1 | $4.50 | Prep Proof of Service Transfer Notice re: dkt 25729 for service |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/15/2010 | 0.2 | $42.00 | Analysis of B Daniel email re distribution address review project (.1); email from A Carter re distribution address review project (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/15/2010 | 2.4 | $504.00 | DRTT analysis and b-Linx audit (1.3); revise b-Linx re audit results (1.1) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/16/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/16/2010 | 0.1 | $7.50 | Review Court docket Nos. 25745-25756 to categorize docket entries. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/17/2010 | 0.1 | $11.00 | Analyze Court docket no. 25744, verify no updates in the noticing system are required. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/17/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/17/2010 | 0.1 | $7.50 | Review Court docket Nos. 25757-25764 to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/18/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/18/2010 | 0.1 | $7.50 | Review Court docket Nos. 25765-25771 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/18/2010 | 0.2 | $42.00 | Analysis of email from M Scott re distribution proposal costs (.1); prep response to M Scott (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 11/19/2010 | 0.3 | $28.50 | Audit categorization updates related to Court Docket No 25757-25771 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/19/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/19/2010 | 0.1 | $7.50 | Review Court docket Nos. 25772-25781 to categorize docket entries. |
| MIKE BOOTH - MANAGER | | $165.00 | 11/19/2010 | 0.2 | $33.00 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/19/2010 | 0.2 | $22.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/20/2010 | 1.0 | $210.00 | Review court docket re case status |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/22/2010 | 0.1 | $11.00 | Confirm address is updated in the claims database pursuant to Court docket no. 25646, per request from M. Araki. |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## November 2010 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/22/2010 | 0.4 | $84.00 | Review L Shippers email re address change request (.1); prep email to A Carter re review of claims affected by order re distrib address review (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/22/2010 | 1.6 | $336.00 | DRTT analysis and b-Linx audit (.9); revise b-Linx audit results (.7) |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/22/2010 | 0.2 | $39.00 | Review and analysis of email exchanges (.1) and courtesy notices (.1) re claims transferred to Argo Partners and Ensco forwarded to noticegroup for production and service |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/23/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/23/2010 | 0.1 | $7.50 | Review Court docket Nos. 25782-25787, 25789-25798 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/23/2010 | 0.3 | $63.00 | Analysis of S Cohen email to K Davis re Nov claims update and transfers (.2); analysis of email from A Carter re status of distrib address review project (.1) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/24/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/24/2010 | 0.1 | $7.50 | Review Court docket Nos. 25799-25801 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/24/2010 | 0.3 | $63.00 | Review Oct invoice draft (.1); review A Carter email re distrib address project timeline (.1); prep email to T Feil re distribtuion proposal for M Scott (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 11/26/2010 | 1.0 | $95.00 | Audit categorization updates related to Court Docket Nos 25772-25775,25777-25781,25783-25785;25786-25787,25789-25796,25798-25801 |
| BRIANNA TATE - CAS | | $45.00 | 11/29/2010 | 0.1 | $4.50 | Telephone with Merilee Maclean at (425) 333-0757 / RE: status of several claims. Referred to Rust Consulting. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/29/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/29/2010 | 0.1 | $7.50 | Review Court docket Nos. 25802-25807 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/29/2010 | 2.0 | $420.00 | Analysis of notes and projects re status, pending items, planning |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/29/2010 | 0.4 | $84.00 | Analysis of email from T Feil re distribution estimate for M Scott (.1); analysis of files re BMC employment app, service agmt (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/29/2010 | 1.2 | $252.00 | DRTT analysis and b-Linx audit (.7); revise b-Linx audit results (.5) |
| BRIANNA TATE - CAS | | $45.00 | 11/30/2010 | 0.1 | $4.50 | Telephone with Richard Brooks at (503) 288-9462 / RE: status of payments for Zonolite claims. Referred to Rust Consulting. |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 11/30/2010 | 0.1 | $7.50 | Telephone with creditor at (412) 297-4900 / RE: if a claim had been filed; directed her to contact Rust Consulting |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/30/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/30/2010 | 0.1 | $7.50 | Review Court docket Nos. 25808-25817 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/30/2010 | 0.1 | $21.00 | Email to/from A Carter re status of distrib address review project |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/30/2010 | 0.7 | $77.00 | Analyze docket numbers 25731 to 25797; audit claim updates; update claims database |

| | | | WRG Case Administration Total: | 38.9 | $5,863.50 | |
|---|---|---|---|---|---|---|

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## November 2010 -- WRG Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|------------:|------|------:|-------------:|-------------|
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/3/2010 | 0.1 | $9.50 | Update return mail to b-Linx. |
| ANNA WICK - SR_ANALYST | | $110.00 | 11/8/2010 | 0.4 | $44.00 | Update Fee App tool to include WRG Distribution Category |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/9/2010 | 1.3 | $195.00 | Generate listing of claims matched to schedules in different debtor case (1.2). Forward to M Araki (.1). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/23/2010 | 1.2 | $180.00 | Generate active and inactive claims listing (.8). Export to Excel (.3) and forward to S Cohen (.1). |
| ANNA WICK - SR_ANALYST | | $110.00 | 11/30/2010 | 1.0 | $110.00 | SQL database maintenance (.4), review logs (.2), views, stored procedures (.2) and user defined functions (.2) |
| ANNA WICK - SR_ANALYST | | $110.00 | 11/30/2010 | 1.0 | $110.00 | SQL database maintenance (.4), review logs (.2), views, stored procedures (.2) and user defined functions  (.2) (PI database) |
| | WRG Data Analysis Total: | | | 5.0 | $648.50 | |

## November 2010 -- WRG Distribution

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|------------:|------|------:|-------------:|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/1/2010 | 3.1 | $651.00 | Telephone call with A Lambert and John/Blackstone re tax claims on Blackstone report and reconciling to prior numbers (.1); prep ART reports of active and inactive tax claims (1.0); review ART reports (.8); prep consolidated spreadsheet of tax claims for A Lambert reconciliation (1.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/1/2010 | 2.0 | $420.00 | Analyze A Lambert email re add'l creditor interest rates (.2); research b-Linx re claims status, claim info, interest rates (1.0); research docket re orders affecting claims (.4); prep email to A Lambert re research results (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/3/2010 | 0.4 | $84.00 | Analyze G Kruse email re distribution address review input tool |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/10/2010 | 2.0 | $420.00 | Analysis of recent pleadings affecting claims re interest rates (1.0); update interest rate powertool (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/11/2010 | 1.8 | $378.00 | Review emails and notes re distribution prep, task status, updates to be made |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/16/2010 | 1.5 | $315.00 | Analysis of Plan and DS re distribution info for Effective Date |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/18/2010 | 1.0 | $210.00 | Prep ART report of claims with Hold for Plan claim status (.2); analysis of report results (.8) |
| ANNE CARTER - CONSULTANT | | $125.00 | 11/22/2010 | 1.6 | $200.00 | Continued analysis of claims affected by Orders/Stips for distribution addresses (.9); prep worksheet of distribution addresses (.7) |
| ANNE CARTER - CONSULTANT | | $125.00 | 11/22/2010 | 1.8 | $225.00 | Analysis of claims affected by Orders/Stips for distribution addresses (1.0); prep worksheet of distribution addresses (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/23/2010 | 1.0 | $210.00 | Analysis of S Cohen Nov claims update and distrib table |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/23/2010 | 1.3 | $273.00 | Analysis of Blackstone database re claims updates from S Cohen report |
| ANNE CARTER - CONSULTANT | | $125.00 | 11/30/2010 | 3.8 | $475.00 | Analysis of claims affected by Orders/Stips for distribution addresses (2.0); prep worksheet of distribution addresses (1.8) |

# BMC Group

WR GRACE

Monthly Invoice:

## November 2010 -- WRG Distribution

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/30/2010 | 1.7 | $357.00 | Review undisputed claims/scheds list re distribution estimate for M Scott (.2); prep distribution estimate (.8); telephone with T Feil re review distribution estimate (.7) |
| | | | WRG Distribution Total: | 23.0 | $4,218.00 | |

## November 2010 -- WRG Fee Applications

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/3/2010 | 1.0 | $210.00 | Prepare draft Apr 10 billing detail report (.4); analysis of Apr billing report for prof reqts and Court imposed categories (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/4/2010 | 2.4 | $504.00 | Revise Apr 10 billing entries for fee app compliance (.5); prepare draft May 10 billing detail report (.4); analysis of May billing report for prof reqts and Court imposed categories (.6); revise May billing entries for fee app compliance (.5); prep Jun 10 billing detail report (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/5/2010 | 2.0 | $420.00 | Analysis of Jun billing report for prof requts and Court imposed categories (.6); revise Jun billing entries for fee app compiance (.5); prep 37th Qtrly billing reports (.4); analysis of reports re revisions made (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/7/2010 | 1.5 | $315.00 | Prepare Exhibits to Apr-Jun and 37th Qtrly fee apps (1.0); revise fee app pleadings (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/7/2010 | 2.0 | $420.00 | Prepare fee apps for Apr (.5), May (.5), Jun (.5) and 37th Qtr (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/8/2010 | 1.3 | $273.00 | Prep exhibits for fee apps (.6); finalize fee apps (.6); prep email to L Oberholzer re fee apps for filing (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/8/2010 | 0.9 | $189.00 | Prep Excel extracts for Fee Examiner (.7); prep Ntc of Filing for Pachulski (.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/8/2010 | 0.3 | $58.50 | Email exchange with M Araki re BMC quarterly fee application (.1); review BMC quarterly fee application, sign for filing with USBC (.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/8/2010 | 0.3 | $58.50 | Email exchanges with M Araki re BMC monthly fee applications for May, June and July (.1); review, execute for filing with USBC (.2) |
| | | | WRG Fee Applications Total: | 11.7 | $2,448.00 | |

## November 2010 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| ELLEN DORS - REC_TEAM | | $110.00 | 11/1/2010 | 0.2 | $22.00 | Analyze and review docket activity for 1 filed Notice of Transfers (.1); perform audit of claims transfer module, production folders and tracking spreadsheet re: same (.1). |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/1/2010 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/1/2010 | 0.1 | $11.00 | Revise b-Linx to finalize claim transfer and reconciliation notes. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/1/2010 | 0.1 | $11.00 | Revise transfer tracking worksheet re: claim updated. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/1/2010 | 0.4 | $44.00 | Investigate amount discrepancy between claim no. 1682 to verify claim amount was reduced per Order. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/1/2010 | 0.1 | $11.00 | Analysis of Court docket re: new claim transfer. |

# BMC Group

WR GRACE

Monthly Invoice:

## November 2010 -- WRG Non-Asbestos Claims

| Name            Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|
| LAURI SHIPPERS - REC_TEAM | $110.00 | 11/1/2010 | 0.1 | $11.00 | Analysis of b-Linx re: claim transfer. |
| LAURI SHIPPERS - REC_TEAM | $110.00 | 11/1/2010 | 0.2 | $22.00 | Revise b-Linx re: defective claim transfer. |
| LAURI SHIPPERS - REC_TEAM | $110.00 | 11/1/2010 | 0.2 | $22.00 | Prepare defective transfer notice (.1); prep email forward to the notice group for service (.1) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 11/1/2010 | 1.6 | $336.00 | Analysis of R Higgins email re D&O claims (.1); research D&O claims, status in b-Linx (.9); research F Zaremby lists re D&O parties (.4) ; prep email response to R Higgins re research results (.2) |
| ELLEN DORS - REC_TEAM | $110.00 | 11/2/2010 | 0.2 | $22.00 | Analyze and review docket activity for 1 filed Certificates of Service for Notice of Transfers(.1); perform audit of production folders and tracking spreadsheet re: same (.1). |
| ELLEN DORS - REC_TEAM | $110.00 | 11/2/2010 | 0.2 | $22.00 | Analyze and review docket activity for 1 filed Notice of Transfers (.1); perform audit of claims transfer module, production folders and tracking spreadsheet re: same (.1). |
| LAURI SHIPPERS - REC_TEAM | $110.00 | 11/2/2010 | 0.1 | $11.00 | Analysis of Court docket re: new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | $110.00 | 11/2/2010 | 0.1 | $11.00 | Analysis of b-Linx re: claim transfer. |
| LAURI SHIPPERS - REC_TEAM | $110.00 | 11/2/2010 | 0.1 | $11.00 | Revise b-Linx re: claim transfer. |
| LAURI SHIPPERS - REC_TEAM | $110.00 | 11/2/2010 | 0.1 | $11.00 | Prepare transfer notice, forward to the notice group for service. |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 11/2/2010 | 0.5 | $105.00 | Analysis of D Boll email re Brookdale Mall POC and status (.1); research b-Linx and docket (.3); prep email to D Boll re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 11/4/2010 | 1.5 | $315.00 | Analysis of transfer spreadsheet re claims/scheds transferred to date |
| LAURI SHIPPERS - REC_TEAM | $110.00 | 11/5/2010 | 0.1 | $11.00 | Analysis of Court docket re: two new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | $110.00 | 11/5/2010 | 0.1 | $11.00 | Analysis of b-Linx re: two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | $110.00 | 11/5/2010 | 0.3 | $33.00 | Revise b-Linx re: claim transfer and one defective claim transfer. |
| LAURI SHIPPERS - REC_TEAM | $110.00 | 11/5/2010 | 0.4 | $44.00 | Prepare transfer notice and defective transfer notices (.3), prep email to the notice group re service (.1) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 11/5/2010 | 0.5 | $105.00 | Analysis of S Cohen email to J Voder and attachments re real and personal property tax claims (.3); compare vs prior reports provided to C Finke (.2) |
| STEFFANIE COHEN - REC_TEAM | $110.00 | 11/5/2010 | 0.1 | $11.00 | Email correspondence with J.Yoder re: request for Real Estate Tax and Personal Property Tax claims report |
| STEFFANIE COHEN - REC_TEAM | $110.00 | 11/5/2010 | 0.3 | $33.00 | Prepare tax claim liability reports per J.Yoder request (.2); additional email correspondence with J.Yoder (.1) |
| LAURI SHIPPERS - REC_TEAM | $110.00 | 11/8/2010 | 0.2 | $22.00 | Revise b-Linx re:  defective claim transfer. |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 11/9/2010 | 0.7 | $147.00 | Telephone from J McFarland re report claims/scheds by Debtor co, info to be included on reports and excluding WRG Co and Conn (.1); review DRTT re latest pleadings filed impacting claims updated in CCRT (.6) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 11/9/2010 | 1.3 | $273.00 | Prep excel report of all active claims/scheds re J McFarland request (.5); analysis of excel report by Debtor for local source for ART reports (.3); begin prep 60 ART reports (.5) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 11/9/2010 | 3.0 | $630.00 | Continue prep 60 ART reports re J McFarland request |

# BMC Group

WR GRACE

Monthly Invoice:

## November 2010 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/9/2010 | 1.4 | $294.00 | Analysis of claim flag report re flags for claims filed in multiple cases (.4); prep ART report of claim flag Multiple Cases (.5); analyze report re applicability to J McFarland request (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/9/2010 | 0.9 | $189.00 | Analysis of email and report from G Kruse re schedules matched cross-cases to POCs filed (.4); revise report for J McFarland review (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/9/2010 | 0.1 | $21.00 | Prep email to J McFarland re reports prepared, FTP site location for download |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/10/2010 | 0.1 | $11.00 | Analysis of Court docket re: two new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/10/2010 | 0.1 | $11.00 | Analysis of b-Linx re: two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/10/2010 | 0.3 | $33.00 | Revise b-Linx re: two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/10/2010 | 0.2 | $22.00 | Prepare two transfer notices (.1), prep email to the notice group re service. (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/10/2010 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/10/2010 | 0.1 | $11.00 | Revise b-Linx to finalize claim transfer and reconciliation notes. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/10/2010 | 0.1 | $11.00 | Revise transfer tracking worksheet re: claim updated. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/11/2010 | 0.9 | $189.00 | Telephone from J McFarland re schedule claims in WRG-Conn and WRG Co (.1); prep ART reports (.4); analysis of reports re inclusion of schedule amendments and supps (.3); prep email to J McFarland re reports (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/15/2010 | 0.1 | $11.00 | Analysis of Court docket re: new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/15/2010 | 0.1 | $11.00 | Analysis of b-Linx re: claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/15/2010 | 0.2 | $22.00 | Revise b-Linx re: claim transfer. |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/15/2010 | 0.1 | $19.50 | Review email exchange with case claims clerk re Notice of Transfer re claims re Custom Blend Coffee to DACA forwarded to NoticeGroup for production and service |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/15/2010 | 0.2 | $39.00 | Review Courtesy notices re claims transfers |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/17/2010 | 2.0 | $420.00 | Review draft undisputed report re purchased claims requiring name adjustment (1.0); revise purchased claims to reflect seller name on report (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/18/2010 | 1.8 | $378.00 | Analysis of J Baer email re report of multiple debtor claims (.1); prep email to J Baer re J McFarland prior reports vs J Baer request (.1); prep ART reports re multi claims (.3); analysis of report results and historical review re status (1.0); prep email to J Baer re research results (.3) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/19/2010 | 0.3 | $33.00 | Initialize preparation and analysis of monthly reports (.2); email correspondence with G.Kruse, L.Shippers re: reporting requirements (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/20/2010 | 0.4 | $84.00 | Analysis of real and personal property tax count in S Cohen reports to J Voder |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/22/2010 | 0.2 | $22.00 | Investigate status of certain schedule record per request from D. Toner of Blue Heron. |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## November 2010 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/22/2010 | 0.3 | $33.00 | Investigate return mail item related to transfer notice (.2), identify appropriate address as undeliverable in the claims database following no response to email forwarded to creditor requesting current contact information (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/22/2010 | 0.1 | $11.00 | Revise b-Linx re: claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/22/2010 | 0.3 | $33.00 | Prepare transfer notices (.2), prep email to the notice group re service (.1). |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/22/2010 | 0.1 | $11.00 | Analysis of Court docket re: new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/22/2010 | 0.1 | $11.00 | Analysis of b-Linx re: claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/22/2010 | 0.3 | $33.00 | Communications with S. Krochek of Argo Partners re: undeliverable address listed on Notice of Transfer. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/22/2010 | 0.1 | $11.00 | Email correspondence with M.Araki, M.Booth re: recently received creditor COA request and analysis, claim database updates required |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/23/2010 | 0.3 | $33.00 | Finalize preparation and analysis of monthly reports (.2); email correspondence with K.Davis re: report results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/30/2010 | 1.3 | $273.00 | Analysis of e-mail from R Higgins re Massachusetts tax claims and report (.1); prep ART report re open POC and scheds for Mass Tax (.3); analysis of reports (.4); analysis of b-Linx (.3); prep e-mail to R Higgins re revisions to Mass Tax stip and info re claims/scheds (.2) |
| | WRG Non-Asbestos Claims Total: | | | 25.5 | $4,620.50 | |
| | November 2010 Total: | | | 104.1 | $17,798.50 | |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

| | Grand Total: | 104.1 | $17,798.50 |
|---|---|---|---|

EXHIBIT 1

# BMC Group

WR GRACE

## Professional Activity Summary

### Date Range: 11/1/2010 thru 11/30/2010

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Case Administration** | | | |
| CAS | | | |
| Lucina Solis | $45.00 | 0.2 | $9.00 |
| Mireya Carranza | $45.00 | 0.1 | $4.50 |
| CAS | | | |
| Airgelou Romero | $95.00 | 3.0 | $285.00 |
| Brianna Tate | $45.00 | 0.3 | $13.50 |
| James Myers | $65.00 | 0.6 | $39.00 |
| Mabel Soto | $45.00 | 1.2 | $54.00 |
| Maristar Go | $95.00 | 0.5 | $47.50 |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.4 | $66.00 |
| Myrtle John | $195.00 | 0.3 | $58.50 |
| CONSULTANT | | | |
| Anne Carter | $125.00 | 1.8 | $225.00 |
| REC_TEAM | | | |
| Dustee Decker | $75.00 | 0.7 | $52.50 |
| Ellen Dors | $110.00 | 0.3 | $33.00 |
| Lauri Shippers | $110.00 | 1.8 | $198.00 |
| Lelia Hughes | $75.00 | 5.4 | $405.00 |
| Steffanie Cohen | $110.00 | 3.1 | $341.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 19.2 | $4,032.00 |
| | Total: | 38.9 | $5,863.50 |
| | | | |
| **WRG Data Analysis** | | | |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 2.5 | $375.00 |
| SR_ANALYST | | | |
| Anna Wick | $110.00 | 2.4 | $264.00 |
| Jacqueline Conklin | $95.00 | 0.1 | $9.50 |
| | Total: | 5.0 | $648.50 |
| | | | |
| **WRG Distribution** | | | |
| CONSULTANT | | | |
| Anne Carter | $125.00 | 7.2 | $900.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 15.8 | $3,318.00 |
| | Total: | 23.0 | $4,218.00 |
| | | | |
| **WRG Fee Applications** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 0.6 | $117.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 11.1 | $2,331.00 |
| | Total: | 11.7 | $2,448.00 |

EXHIBIT 1

# BMC Group

WR GRACE

## Professional Activity Summary

Date Range: 11/1/2010 thru 11/30/2010

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 0.3 | $58.50 |
| REC_TEAM | | | |
| Ellen Dors | $110.00 | 0.6 | $66.00 |
| Lauri Shippers | $110.00 | 5.6 | $616.00 |
| Steffanie Cohen | $110.00 | 1.1 | $121.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 17.9 | $3,759.00 |
| Total: | | 25.5 | $4,620.50 |
| Grand Total: | | 104.1 | $17,798.50 |

EXHIBIT 1