**EXHIBIT 2**



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
Invoice #: 21_101130
Expense Summary

| Period Ending 11/30/2010 | Expense Type | Amount |
|---|---|---|
| | B-linx User Fee | $350.00 |
| | B-Linx/Data Storage | $850.00 |
| | Document Storage | $722.10 |
| | Noticing Production | $7.92 |
| | Shipping/Courier | $51.45 |
| | Website Hosting | $250.00 |
| | **Total** | **$2,231.47** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | Total |
|---|---|---|
| Reference # 021-20101130-1 | 11/30/2010 | $7.92 |
| | Total | $7.92 |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Production Date:** 11/30/2010
**Reference #:** 021-20101130-1
**Notes:** Postage charges for change of address remailing and other misc mailings.

| Job Type | Job Item | Step | Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | COA resend for November | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total 18 Pieces | $7.92 |
| | | | | **Total Due:** | **$7.92** |

*Invoice Due Upon Receipt*                                             Page 1 of 1

EXHIBIT 2