**EXHIBIT 1**

# BMC Group

WR GRACE

Monthly Invoice:

## December 2010 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| AIRGELOU ROMERO - CAS | | $95.00 | 12/1/2010 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos 25802-25803,25806-25809,25811-25817 |
| BRIANNA TATE - CAS | | $45.00 | 12/1/2010 | 0.2 | $9.00 | Review non-claim correspondence received by BMC at claims PO Box (.1); email correspondence with M Araki re: processing of same (.1). |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/1/2010 | 0.2 | $22.00 | Prepare proof of servive related to transfer notice (.1), prep email to notice group re filing (.1). |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/1/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/1/2010 | 0.1 | $7.50 | Review Court docket Nos. 25818-25836 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 12/1/2010 | 0.1 | $4.50 | Prep Courtesy Notice Blue Heron re: dkt 25825 for service |
| MABEL SOTO - CAS | | $45.00 | 12/1/2010 | 0.1 | $4.50 | Prep Transfer Notice Langan Engineering re: dkt 25824 for service |
| MABEL SOTO - CAS | | $45.00 | 12/1/2010 | 0.1 | $4.50 | Prep Transfer Notice LSI re: dkt 25824 for service |
| MABEL SOTO - CAS | | $45.00 | 12/1/2010 | 0.1 | $4.50 | ECF filing to the Court re Proof of Service Transfer Notice re:dkt 25824 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/1/2010 | 0.3 | $63.00 | Analysis of email from B Tate re Robert Murphy corresp re ballot submission (.1); prep email to B Tate re same (.1); prep email to M John re claims/ballot boxes in storage (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/1/2010 | 2.0 | $420.00 | Analysis of Court docket re case status |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/1/2010 | 0.1 | $19.50 | Review claim transfer request from Liquidity Solution re Langan Engineering forwarded to NoticeGroup for production and service |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 12/2/2010 | 0.1 | $7.50 | Telephone with creditor at (440) 357-5089 /  RE: when he would receive payment for his claim |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/2/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/2/2010 | 0.1 | $7.50 | Review Court docket Nos. 25837-25849 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/2/2010 | 1.5 | $315.00 | Review email from M John re storage boxes in LA marked claims/ballots (.1);DRTT audit and b-Linx review (.8); revise b-Linx per audit (.6) |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/3/2010 | 0.6 | $57.00 | Audit categorization updates related to Court Docket Nos 25818-25819,25821-25823,25826-25833 ;25834-25840,25842,25844-25849 |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/3/2010 | 0.1 | $11.00 | Analyze Court docket nos. 25853 and 25854 verify no updates in the noticing system or claims database are required. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/3/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/3/2010 | 0.1 | $7.50 | Review Court docket Nos. 25850-25852 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/3/2010 | 0.6 | $126.00 | Review BMC webpage re current status/info/revisions needed |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/3/2010 | 0.5 | $105.00 | Review A Carter email re distrib address project status (.1); review datafile of distrib address info (.4) |
| MIREYA CARRANZA - CAS | | $45.00 | 12/3/2010 | 0.1 | $4.50 | Loading COA Postage for previous month, complete and print pdf on production billing |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/6/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 25850-25852 |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## December 2010 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| ELLEN DORS - REC_TEAM | | $110.00 | 12/6/2010 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/6/2010 | 1.0 | $210.00 | Analysis of Court docket re case status |
| ELLEN DORS - REC_TEAM | | $110.00 | 12/7/2010 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/7/2010 | 0.2 | $42.00 | Prep email to M Scott/WR Grace re BMC distribution info/estimates |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/7/2010 | 2.0 | $420.00 | DRTT analysis and b-Linx audit (1.2); revise b-Linx re audit results (.8) |
| ELLEN DORS - REC_TEAM | | $110.00 | 12/8/2010 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARISTAR GO - CAS | | $95.00 | 12/8/2010 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 25734- 25736 2538 2525743 25745 25747 - 25751 25753-25755 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/8/2010 | 0.1 | $21.00 | E-mail to A Carter re status of distribution address review project |
| MIKE BOOTH - MANAGER | | $165.00 | 12/8/2010 | 0.2 | $33.00 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/8/2010 | 0.2 | $22.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| BRIANNA TATE - CAS | | $45.00 | 12/9/2010 | 0.1 | $4.50 | Telephone with Party of Amroc Investments at (212) 850-7500 /  RE: verify claims that they hold.  Referred to Rust Consulting. |
| ELLEN DORS - REC_TEAM | | $110.00 | 12/9/2010 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MABEL SOTO - CAS | | $45.00 | 12/9/2010 | 0.1 | $4.50 | Prep misc docs for archiving |
| MABEL SOTO - CAS | | $45.00 | 12/9/2010 | 0.1 | $4.50 | Review correspondence and forward to M Araki for further review |
| ELLEN DORS - REC_TEAM | | $110.00 | 12/10/2010 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| JAMES MYERS - CAS | | $65.00 | 12/10/2010 | 0.1 | $6.50 | Ntc Transfer: Review & respond to email from  L Shippers transmitting docs for service |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/10/2010 | 0.1 | $21.00 | Email from M Scott re review of docs |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/10/2010 | 0.4 | $44.00 | Analyze docket numbers 25596 to 25864 (.3); update claims database (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/11/2010 | 0.2 | $39.00 | Review email and claims transfer request re ChemCentral/Chicago claim, Dkt. 25897 (.1); review courtesy notice to claimant (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/11/2010 | 0.2 | $39.00 | Review email and claims transfer request re Solar Bear claim, Dkt. 25893 (.1); review Notice of Transfer to Avenue TC Fund (.1) |
| ELLEN DORS - REC_TEAM | | $110.00 | 12/13/2010 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/13/2010 | 0.6 | $66.00 | Revise certain undeliverable addresses in the claims database per updated information provided by D. Leinwand of Avenue TC Fund related to Notices of Transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/13/2010 | 0.4 | $44.00 | Prepare two proofs of service related to transfer notices (.3), prep email to notice group re filing (.1) |
| MABEL SOTO - CAS | | $45.00 | 12/13/2010 | 0.1 | $4.50 | Prep Transfer Notices Avenue TC Fund re: dkts 25893 - 25900 for service |
| MABEL SOTO - CAS | | $45.00 | 12/13/2010 | 0.1 | $4.50 | Prep Transfer Notices Univar USA re: dkts 25894 - 25900 for service |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## December 2010 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|------------|------|-------|--------------|-------------|
| MABEL SOTO - CAS | | $45.00 | 12/13/2010 | 0.2 | $9.00 | ECF filing to the Court re Proof of Service Transfer Notices re: dkts 25893 & 25900 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/13/2010 | 1.0 | $210.00 | DRTT analysis and b-Linx audit (.5); revise b-Linx re audit results (.5) |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 12/14/2010 | 0.2 | $15.00 | Telephone with Lester Turner at (315) 437-5579 / RE: when he was going to receive claim payment |
| JULIE JUNG - CAS | | $65.00 | 12/14/2010 | 0.1 | $6.50 | Email from L Shippers re service of transfer notices |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/14/2010 | 0.1 | $11.00 | Analyze Court docket nos. 25914 and 25915, verify no further action is required. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/14/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/14/2010 | 0.9 | $67.50 | Review Court docket Nos. 25855-25863, 25865-25892, 25901-25917 to categorize docket entries. |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/14/2010 | 0.2 | $39.00 | Reviewing Courtesy Notice of Transfer re claim of JC Summers & Assoc transferred to Fair Harbor Capital |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/14/2010 | 0.2 | $39.00 | Review Courtesy Notice of Transfer re Fastel claim to Fair Harbor Capital |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/15/2010 | 0.9 | $85.50 | Audit categorization updates related to Court Docket Nos 25855-25862,25865-25867,25870-25883 (.3); 25874,25876-25881,25883-25880(.3);25891,25901-25909,25911-25913,25916-25917 (.3) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/15/2010 | 0.1 | $11.00 | Update address of undeliverable entry in the claims database pursuant to current info provided in Notice of Transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/15/2010 | 0.2 | $22.00 | Prepare  proof of servie related to defective notice (.1), prep email to notice group for filing (.1). |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/15/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/15/2010 | 0.1 | $7.50 | Review Court docket Nos. 25920-25924 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 12/15/2010 | 0.1 | $4.50 | Prep Defective Notice Clement Lumber re: dkt 25923 for service |
| MABEL SOTO - CAS | | $45.00 | 12/15/2010 | 0.1 | $4.50 | Prep Defective Notice DACA re: dkt 25923 for service |
| MABEL SOTO - CAS | | $45.00 | 12/15/2010 | 0.1 | $4.50 | ECF filing to the Court re Proof of Service Defective Notice re: dkt 25923 |
| MABEL SOTO - CAS | | $45.00 | 12/15/2010 | 0.1 | $4.50 | Email exchange w/Steffanie Cohen regarding updates to Core/2002 |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/15/2010 | 0.1 | $19.50 | Review Notice of Defective Transfer re Clement Lumber claim sent to DACA, forwarded to NoticeGroup for production and service |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/16/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 25920-25922,25924 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/16/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/16/2010 | 0.1 | $7.50 | Review Court docket Nos. 25925-25927 to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/17/2010 | 0.1 | $7.50 | Review Court docket Nos. 25928-25932 to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/17/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/20/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket No 25927-25958,25931-25932 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/20/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |

# BMC Group

WR GRACE

Monthly Invoice:

## December 2010 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/20/2010 | 0.1 | $7.50 | Review Court docket Nos. 25933-25938 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/20/2010 | 0.2 | $42.00 | Analysis of email from S Fritz re payment and application (.1); prep email to S Fritz re application (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/20/2010 | 1.0 | $210.00 | Analysis of Court docket re case status |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/21/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 25933-25938 |
| BRIANNA TATE - CAS | | $45.00 | 12/21/2010 | 0.2 | $9.00 | Telephone with Joseph Brown at (409) 832-9132 / RE:  status of the case.  Has an updated address that he will fax to 816-472-4321. |
| BRIANNA TATE - CAS | | $45.00 | 12/21/2010 | 0.1 | $4.50 | Telephone with Joseph Brown at (409) 832-9132 / RE: verify faxed his address change to us. |
| BRIANNA TATE - CAS | | $45.00 | 12/21/2010 | 0.1 | $4.50 | Telephone with Joseph Brown at (409) 832-9132 / RE: verify we received both of his faxes. |
| BRIANNA TATE - CAS | | $45.00 | 12/21/2010 | 0.1 | $4.50 | Telephone with Valerie Ford of Avenue Capital at (212) 905-2882 / RE:  questions about a defective transfer notice they received.  Forwarded info to L Shippers. |
| BRIANNA TATE - CAS | | $45.00 | 12/21/2010 | 0.2 | $9.00 | Telephone with Valerie Ford of Avenue Capital at (212) 905-2882 / RE:  questions regarding a defective notice she received for schedule record.  Forwarded info to L Shippers for review. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/21/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/21/2010 | 0.1 | $7.50 | Review Court docket Nos. 25939-25940 to categorize docket entries. |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/22/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket No 25940 |
| BRIANNA TATE - CAS | | $45.00 | 12/22/2010 | 0.1 | $4.50 | Review COA and transmt to CassMan for update. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/22/2010 | 0.1 | $11.00 | Analyze Court docket no. 25939, verify no updates in the noticing system or claims database are required. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/22/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/22/2010 | 0.1 | $7.50 | Review Court docket Nos. 25941-25948 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/22/2010 | 0.1 | $21.00 | Analysis of S Cohen email re J Brown change of address |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/22/2010 | 2.0 | $420.00 | DRTT analysis and b-Linx audit (1.0); revise b-Linx re audit results (1.0) |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/22/2010 | 0.2 | $39.00 | Review address change request and transcript of call from Joseph Brown re claim |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/23/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/23/2010 | 0.1 | $7.50 | Review Court docket Nos. 25949-25951 to categorize docket entries. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/23/2010 | 0.8 | $88.00 | Analyze docket numbers 25863 to 25939 (.5); update claims database (.3) |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/26/2010 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 25941-25951 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/27/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/27/2010 | 0.1 | $7.50 | Review Court docket Nos. 25952-25959 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/27/2010 | 0.2 | $42.00 | Review Order re Omni hearing dates and calendar |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## December 2010 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| AIRGELOU ROMERO - CAS | | $95.00 | 12/28/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 25952-25953,25956-25959 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/28/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/28/2010 | 0.1 | $7.50 | Review Court docket Nos. 25960-25963 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/28/2010 | 1.5 | $315.00 | DRTT analysis and b-Linx audit (.9); revise b-Linx re audit results (.6) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/29/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/29/2010 | 0.1 | $7.50 | Review Court docket Nos. 25964-25966 to categorize docket entries. |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/30/2010 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 25962-25964,25966 |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 12/30/2010 | 0.2 | $15.00 | Telephone with Brenda Courier at (315) 265-2091 / RE: an update on the case |
| JULIE JUNG - CAS | | $65.00 | 12/30/2010 | 0.2 | $13.00 | Email from L Shippers re Transfer Notices (.1) recorded COA postage tracking in NS (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/30/2010 | 0.2 | $22.00 | Prepare transfer notice (.1), prep email to the notice group re service (.1) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/30/2010 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/30/2010 | 0.1 | $7.50 | Review Court docket Nos. 25967-25977 to categorize docket entries. |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/30/2010 | 0.2 | $39.00 | Review Notice of Transfer re Univar USA, Dkt. 52973 forwarded to NoticeGroup for production and service to transferee and transferor |
| | WRG Case Administration Total: | | | 32.2 | $4,668.50 | |

## December 2010 -- WRG Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 12/10/2010 | 0.6 | $90.00 | Update distribution plan class for selected creditors as per M Araki. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 12/17/2010 | 1.2 | $180.00 | Generate updated listing of active and inactive claims (.7). Export to Excel (.4) and forward to S Cohen (.1) |
| ANNA WICK - SR_ANALYST | | $110.00 | 12/30/2010 | 1.0 | $110.00 | SQL database maintenance (.4), review logs (.2), views, stored procedures( .2) and user defined functions (.2) |
| ANNA WICK - SR_ANALYST | | $110.00 | 12/30/2010 | 1.0 | $110.00 | SQL database maintenance (.3), review logs (.2), views, stored procedures (.3) and user defined functions (.2) (PI database) |
| | WRG Data Analysis Total: | | | 3.8 | $490.00 | |

## December 2010 -- WRG Distribution

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| ANNE CARTER - CONSULTANT | | $125.00 | 12/1/2010 | 3.3 | $412.50 | Analysis of claims affected by Orders/Stips for distribution addresses (1.8); prep worksheet of distribution addresses (1.5) |
| ANNE CARTER - CONSULTANT | | $125.00 | 12/1/2010 | 2.5 | $312.50 | Continued analysis of claims affected by Orders/Stips for distribution addresses (1.6); prep worksheet of distribution addresses (.9) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## December 2010 -- WRG Distribution

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| ANNE CARTER - CONSULTANT | | $125.00 | 12/2/2010 | 0.5 | $62.50 | Analysis of claims affected by Orders/Stips for distribution addresses (.3); prep worksheet of distribution addresses (.2) |
| ANNE CARTER - CONSULTANT | | $125.00 | 12/3/2010 | 2.5 | $312.50 | Continued analysis of claims affected by Orders/Stips for distribution addresses (1.5); prep worksheet of distribution addresses (1) |
| ANNE CARTER - CONSULTANT | | $125.00 | 12/3/2010 | 4.0 | $500.00 | Analysis of claims affected by Orders/Stips for distribution addresses (2.6); prep worksheet of distribution addresses (1.4) |
| ANNE CARTER - CONSULTANT | | $125.00 | 12/7/2010 | 1.8 | $225.00 | Analysis of claims affected by Orders/Stips for distribution addresses (1); prep worksheet of distribution addresses (.8) |
| ANNE CARTER - CONSULTANT | | $125.00 | 12/7/2010 | 1.3 | $162.50 | Continued analysis of claims affected by Orders/Stips for distribution addresses (.8); prep worksheet of distribution addresses (.5) |
| ANNE CARTER - CONSULTANT | | $125.00 | 12/8/2010 | 3.5 | $437.50 | Continued analysis of claims affected by Orders/Stips for distribution addresses (2); prep worksheet of distribution addresses (1.5) |
| ANNE CARTER - CONSULTANT | | $125.00 | 12/9/2010 | 3.0 | $375.00 | Analysis of claims affected by Orders/Stips for distribution addresses (1.9); prep worksheet of distribution addresses (1.1) |
| ANNE CARTER - CONSULTANT | | $125.00 | 12/9/2010 | 2.0 | $250.00 | Continued analysis of claims affected by Orders/Stips for distribution addresses (1.3); prep worksheet of distribution addresses (.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/10/2010 | 0.6 | $126.00 | Analysis of R Higgins email re Standard Chain counsel letter (.1); emails to (.1)/from (.1) G Kruse re Standard Chain revision in distrib data info; review/revise Standard Chain info in b-Linx (.1); emails to (.1)/from (.1) G Kruse and A Wick re distrib address info in b-Linx |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/15/2010 | 1.5 | $315.00 | Review pending items re status |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/27/2010 | 1.5 | $315.00 | Analysis of 6th Modifications and superseded 6th Modifications to Plan re impact on distribution related preparations |
| | | | WRG Distribution Total: | 28.0 | $3,806.00 | |

## December 2010 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/1/2010 | 0.1 | $11.00 | Analysis of b-Linx re: two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/1/2010 | 0.1 | $11.00 | Analysis of Court docket re: two new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/1/2010 | 0.2 | $22.00 | Revise b-Linx re: two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/1/2010 | 0.2 | $22.00 | Prepare two transfer notices (.1), prep email to the notice group re service (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/2/2010 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/2/2010 | 0.1 | $11.00 | Revise b-Linx to finalize claim transfer and reconciliation notes. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/2/2010 | 0.1 | $11.00 | Revise transfer tracking worksheet re: claim updated. |

# BMC Group

WR GRACE

Monthly Invoice:

## December 2010 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/7/2010 | 0.4 | $84.00 | Email from D Boll re info on Novak Site/RA PRP Grm and Renal Advantage (.1); analysis of b-Linx and CCRT re same (.2); prep email to D Boll re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/7/2010 | 0.3 | $63.00 | Email from R Higgins re Adley Hemphill claim/status (.1); analysis of b-Linx re same (.1); prep email to R Higgins re research results (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/9/2010 | 0.1 | $11.00 | Email correspondence with L.Gardner re: claim 420 and research required |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/9/2010 | 0.1 | $11.00 | Prepare claim image for claim 420 per L.Gardner request |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/10/2010 | 0.2 | $22.00 | Phone discussion with D. Leinwand of Avenue TC Fund re; multiple Notices of Transfers related to creditors with undeliverable addresses. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/10/2010 | 0.3 | $33.00 | Analysis of b-Linx re: nine claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/10/2010 | 0.1 | $11.00 | Analysis of Court docket re: nine new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/10/2010 | 0.3 | $33.00 | Revise b-Linx re: two claim transfers and one defective transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/10/2010 | 0.2 | $22.00 | Prepare two transfer notices (.1), prep email to the notice group re service (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/13/2010 | 0.7 | $77.00 | Revise b-Linx re: six claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/13/2010 | 0.7 | $77.00 | Prepare five transfer notices and one defective notice (.6), prep email to the notice group for service (.1). |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/13/2010 | 0.1 | $21.00 | Telephone from R Higgins re Standard Chain email and distribution address for payment |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/14/2010 | 0.2 | $22.00 | Revise b-Linx re: two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/14/2010 | 0.1 | $11.00 | Analysis of b-Linx re: two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/14/2010 | 0.1 | $11.00 | Analysis of Court docket re: two new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/14/2010 | 0.2 | $22.00 | Prepare two transfer notices (.1), prep email to the notice group re service (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/14/2010 | 0.4 | $84.00 | Email from R Higgins re claims review for V Knox (.1); analysis of b-Linx and CCRT re claims for V Knox (.2); prep email to R Higgins re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/14/2010 | 0.2 | $42.00 | Email from J Baer re JP Bolduc claims (.1); research b-Linx and reply to J Baer (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/15/2010 | 0.1 | $11.00 | Analysis of b-Linx re: claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/15/2010 | 0.1 | $11.00 | Analysis of Court docket re: new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/15/2010 | 0.1 | $11.00 | Revise b-Linx re: defective claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/15/2010 | 0.1 | $11.00 | Prepare defective notice, forward to the notice group for service. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/15/2010 | 0.1 | $21.00 | Analysis of J Baer email re Reed Smith amts owed; review b-Linx and reply |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/17/2010 | 0.3 | $63.00 | Analysis of J Baer email re info on GTE claims (.1); analysis of b-Linx re GTE claims (.1); prep email to J Baer re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/17/2010 | 0.5 | $105.00 | Analysis of S Cohen emails to K Davis re claims affected by order and transfer activity for Nov |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/17/2010 | 0.3 | $33.00 | Initialize preparation and analysis of monthly reports (.2); email correspondence with G.Kruse, L.Shippers re: reporting requirements (.1) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## December 2010 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|------------|------|-------|--------------|-------------|
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/17/2010 | 0.2 | $22.00 | Finalize preparation and analysis of monthly reports (.1); email correspondence with K.Davis re: report results (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/21/2010 | 0.3 | $33.00 | Investigate inquiry from Avenue TC Fund re: defective notice, discuss requirements for amended notice. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/22/2010 | 0.1 | $11.00 | Email correspondence with B.Tate re: recent creditor COA request and analysis, required claim database updates |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/22/2010 | 0.1 | $11.00 | Update claims database pursuant to recent creditor COA request |
| ELLEN DORS - REC_TEAM | | $110.00 | 12/28/2010 | 2.9 | $319.00 | Analyze and review docket activity for 21 filed Notice of Transfers (1.1); perform audit of claims transfer module, production folders and tracking spreadsheet re: same (1.8). |
| ELLEN DORS - REC_TEAM | | $110.00 | 12/28/2010 | 0.4 | $44.00 | Analyze and review docket activity for 3 filed Certificates of Service for Notice of Transfers (.2); perform audit of production folders and tracking spreadsheet re: same (.2). |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/30/2010 | 0.1 | $11.00 | Analysis of Court docket re: new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/30/2010 | 0.1 | $11.00 | Revise b-Linx re: claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/30/2010 | 0.1 | $11.00 | Analysis of Court docket re: new claim transfer. |

|  | WRG Non-Asbestos Claims Total: | 11.5 | $1,495.00 |
|--|--------------------------------|------|-----------|
|  | December 2010 Total: | 75.5 | $10,459.50 |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

| | | |
|---|---|---|
| Grand Total: | 75.5 | $10,459.50 |

EXHIBIT 1

# BMC Group

WR GRACE

Professional Activity Summary

Date Range: 12/1/2010 thru 12/31/2010

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Case Administration** | | | |
| CAS | | | |
| Julie Jung | $65.00 | 0.3 | $19.50 |
| Mireya Carranza | $45.00 | 0.1 | $4.50 |
| CAS | | | |
| Airgelou Romero | $95.00 | 2.7 | $256.50 |
| Brianna Tate | $45.00 | 1.1 | $49.50 |
| James Myers | $65.00 | 0.1 | $6.50 |
| Mabel Soto | $45.00 | 1.4 | $63.00 |
| Maristar Go | $95.00 | 0.2 | $19.00 |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.2 | $33.00 |
| Myrtle John | $195.00 | 1.4 | $273.00 |
| REC_TEAM | | | |
| Dustee Decker | $75.00 | 0.5 | $37.50 |
| Ellen Dors | $110.00 | 1.2 | $132.00 |
| Lauri Shippers | $110.00 | 2.0 | $220.00 |
| Lelia Hughes | $75.00 | 5.3 | $397.50 |
| Steffanie Cohen | $110.00 | 1.4 | $154.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 14.3 | $3,003.00 |
| | Total: | 32.2 | $4,668.50 |
| | | | |
| **WRG Data Analysis** | | | |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 1.8 | $270.00 |
| SR_ANALYST | | | |
| Anna Wick | $110.00 | 2.0 | $220.00 |
| | Total: | 3.8 | $490.00 |
| | | | |
| **WRG Distribution** | | | |
| CONSULTANT | | | |
| Anne Carter | $125.00 | 24.4 | $3,050.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 3.6 | $756.00 |
| | Total: | 28.0 | $3,806.00 |
| | | | |
| **WRG Non-Asbestos Claims** | | | |
| REC_TEAM | | | |
| Ellen Dors | $110.00 | 3.3 | $363.00 |
| Lauri Shippers | $110.00 | 5.0 | $550.00 |
| Steffanie Cohen | $110.00 | 0.9 | $99.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 2.3 | $483.00 |
| | Total: | 11.5 | $1,495.00 |
| | | | |
| | Grand Total: | 75.5 | $10,459.50 |

EXHIBIT 1