**EXHIBIT 2**



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

WR Grace
Invoice #: 21_101231
Expense Summary

| Period Ending | 12/31/2010 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $722.10 |
| | | Noticing Production | $5.28 |
| | | Pacer | $12.32 |
| | | Website Hosting | $250.00 |
| | | Total | $2,189.70 |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | Total |
|---|---|---|
| Reference # 021-20101231-1 | 12/31/2010 | $5.28 |
| | Total | $5.28 |

EXHIBIT 2



|  | BMC Group, Inc.<br>600 1st Ave., Suite 300<br>Seattle, WA 98104<br>Tel: 206/516-3300 |
|---|---:|

**WR Grace & Co. et al**

Production Date: 12/31/2010
Reference #:   021-20101231-1
Notes:         Postage charges for change of address remailing and other misc mailings.

| Job Type | Job Item | | | | |
|---|---|---|---|---|---:|
| | | Step | Task | Details | Total |
| Noticing Document | COA resend for December | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total 12 Pieces | $5.28 |
| | | | | **Total Due:** | **$5.28** |