**EXHIBIT 2**



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_101031**
**Expense Summary**

| Period Ending | 10/31/2010 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $722.10 |
| | | Noticing Production | $12.43 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$2,184.53** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | Total |
|---|---|---|
| Reference #  021-20101031-1 | 10/31/2010 | $12.43 |
| | Total | $12.43 |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 10/31/2010
**Reference #:** 021-20101031-1
**Notes:** Postage charges for change of address remailing and other misc mailings.

| Job Type | Job Item | Step | Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | COA resend for October | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total 23 Pieces | $12.43 |
| | | | | **Total Due:** | **$12.43** |

*Invoice Due Upon Receipt*

EXHIBIT 2


BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_101130**
**Expense Summary**

| Period Ending | 11/30/2010 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $722.10 |
| | | Noticing Production | $7.92 |
| | | Shipping/Courier | $51.45 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$2,231.47** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | Total |
|---|---|---|
| Reference #  021-20101130-1 | 11/30/2010 | $7.92 |
| | Total | $7.92 |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 11/30/2010
**Reference #:** 021-20101130-1
**Notes:** Postage charges for change of address remailing and other misc mailings.

| Job Type | Job Item | | | |
|---|---|---|---|---|
| | Step | Task | Details | Total |
| Noticing Document | COA resend for November | | | |
| | Postage | USPS - 1st Class (at Cost) | Total 18 Pieces | $7.92 |
| | | | **Total Due:** | **$7.92** |

*Invoice Due Upon Receipt*    *Page 1 of 1*

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_101231**
**Expense Summary**

| Period Ending | 12/31/2010 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $722.10 |
| | | Noticing Production | $5.28 |
| | | Pacer | $12.32 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$2,189.70** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | Total |
|---|---|---|
| Reference # 021-20101231-1 | 12/31/2010 | $5.28 |
| | Total | $5.28 |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Production Date:** 12/31/2010
**Reference #:** 021-20101231-1
**Notes:** Postage charges for change of address remailing and other misc mailings.

| Job Type | Job Item | | | | |
|---|---|---|---|---|---|
| | | Step | Task | Details | Total |
| Noticing Document | COA resend for December | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total 12 Pieces | $5.28 |
| | | | | **Total Due:** | **$5.28** |

*Invoice Due Upon Receipt*                                    Page 1 of 1

EXHIBIT 2