**Warren H. Smith & Associates, P.C.**

325 North St. Paul Street
Suite 1250
Dallas, TX 75201
Tax Id# 01-0584406

---

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


March 07, 2011

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #10272


Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 2/1/2011 | BSR | detailed review of Pachulski's 38th interim fee application and monthly fee applications | 0.30 | 79.50 |
|  | BSR | detailed review of Duane Morris' 38th interim fee application and monthly fee applications | 0.40 | 106.00 |
|  | BSR | research regarding status of Kaye Scholer's quarterly applications for the 37th and 38th interim periods | 0.40 | 106.00 |
|  | BSR | detailed review of Kaye Scholer's monthly applications for July-Sept. 2010 (.3); email to John Rynkiewicz re status of quarterly applications (.1) | 0.40 | 106.00 |
|  | BSR | detailed review of Janet Baer PC quarterly and monthly fee applications for the 38th interim period, as well as fee summaries re same | 0.20 | 53.00 |
|  | BSR | detailed review of 38th interim fee applications and monthly fee applications (as well as fee summaries re same) of Bilzin Sumberg and Caplin & Drysdale | 0.30 | 79.50 |
|  | BSR | detailed review of Campbell & Levine's 38th interim fee application and monthly fee applications, as well as fee summary re same | 0.20 | 53.00 |
|  | BSR | detailed review of Kramer Levin's 38th interim fee application and monthly fee applications, as well as fee summary re same (.2); email to David Blabey with expense question (.1) | 0.30 | 79.50 |
|  | BSR | detailed review of Lauzon Belanger's quarterly and monthly fee applications for the 38th interim period, as well as fee summary re same | 0.20 | 53.00 |
|  | BSR | detailed review of Scarfone Hawkins' quarterly and monthly fee applications for the 38th interim period, as well as fee summary re same | 0.20 | 53.00 |

---

W.R. Grace & Co.                                                                                                                    Page     2

|            |     |                                                                                                                                                                                                                                                                                                                  | Hours | Amount |
|------------|-----|----|----|----|
| 2/1/2011   | AL  | Telephone conference with B. Ruhlander re hard copies of Alan Rich's monthly fee applications for the months of June 2010 through January 2011 (.1); draft email to Alan Rich re same (.1) | 0.20 | 9.00 |
|            | BSR | detailed review of Orrick's 38th interim fee application and monthly fee applications | 1.20 | 318.00 |
| 2/2/2011   | BSR | detailed review of Beveridge & Diamond's quarterly and monthly fee applications for the 38th interim period, as well as fee summary re same | 0.20 | 53.00 |
|            | BSR | detailed review of Anderson Kill & Olick's quarterly and monthly applications for the 38th interim period, as well as fee summaries re same (.3); draft email to Robert Chung re same (.3) | 0.60 | 159.00 |
|            | BSR | detailed review of Baker Donelson's quarterly and monthly fee applications for the 38th interim period | 0.10 | 26.50 |
|            | BSR | Draft initial report re PwC for the 38th interim period | 0.80 | 212.00 |
|            | BSR | research docket for pertinent pleadings (.3); review of order confirming plan (.3); email to Warren Smith re same (.3) | 0.90 | 238.50 |
|            | BSR | Draft e-mail to Jamie O'Connell inquiring as to Blackstone's quarterly application for the 38th interim period | 0.10 | 26.50 |
|            | BSR | detailed review of Blackstone's July and Sept. 2010 monthly fee applications | 0.30 | 79.50 |
|            | AL  | Update database with PWC's (COP) June fee application (.2); PWC's (Shared Services) July fee application (.2); PWC's (DAREX) July fee application (.2); Blackstone's November fee application (.1) Foley's December fee application (.2); Kramer's December fee application (.2); Ferry's December fee application (.1); Orrick's December fee application (.2); Pachulski's October through December fee application (.2) | 1.60 | 72.00 |
|            | BSR | detailed review of PwC's 38th interim fee application and monthly fee applications, as well as fee summaries re same | 0.60 | 159.00 |
|            | BSR | telephone conference with Anthony Lopez re Alan Rich and Alexander Sanders fee applications; email from Anthony Lopez re same | 0.10 | 26.50 |
|            | BSR | detailed review of Ogilvy's 38th interim fee application and monthly fee applications, as well as fee summary re same | 0.20 | 53.00 |
|            | BSR | detailed review of Woodcock Washburn's 38th interim and monthly fee applications, as well as fee summary re same (.1); email to Gary Levin with expense question (.1). | 0.20 | 53.00 |
|            | BSR | detailed review of Steptoe's monthly applications for July-Sept. 2010, as well as fee summary re same (.1); email to Anne Moran inquiring as to status of firm's quarterly application for the 38th interim period (.1) | 0.20 | 53.00 |

W.R. Grace & Co.                                                                                                           Page    3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/2/2011 BSR | research server for Steptoe's July 2010 and 38th quarterly fee applications | | 0.10 | 26.50 |
| BSR | detailed review of Stroock's quarterly and monthly applications for the 38th interim period | | 0.30 | 79.50 |
| BSR | detailed review of Saul Ewing's quarterly and monthly fee applications for the 38th interim period | | 0.20 | 53.00 |
| 2/3/2011 BSR | detailed review of Fragomen's 38th interim and July and Aug. 2010 monthly fee applications, as well as fee summary re same | | 0.20 | 53.00 |
| BSR | detailed review of Foley Hoag's quarterly and monthly fee applications for the 38th interim period, as well as fee summary re same | | 0.20 | 53.00 |
| JAW | detailed review of Lauzon Belanger December 2010 fee application (0.20); draft summary of same (0.10) | | 0.30 | 45.75 |
| BSR | detailed review of Capstone's quarterly and monthly fee applications for the 38th interim period, as well as fee summaries re same | | 0.20 | 53.00 |
| JAW | detailed review of Saul Ewing December 2010 fee application (0.30); draft summary of same (0.10) | | 0.40 | 61.00 |
| MW | Confer with B. Ruhlander re timeframe for completing prior period paragraphs and research for final final reports (.2); begin researching PACER for all applicants who filed applications during the 26th interim (2.4); begin drafting detailed spreadsheet with fees and expenses applied for by each applicant, amounts approved and recommended reductions (1.1) | | 3.70 | 518.00 |
| JAW | detailed review of Scarfone Hawkins December 2010 fee application (0.30); draft summary of same (0.10) | | 0.40 | 61.00 |
| JAW | detailed review of Hogan Firm December 2010 fee application (0.70); draft summary of same (0.10) | | 0.80 | 122.00 |
| BSR | detailed review of Casner & Edwards' quarterly and monthly fee applications for the 38th interim period, as well as fee summaries re same | | 0.30 | 79.50 |
| BSR | detailed review of Charter Oak's quarterly and monthly fee applications for the 38th interim period, as well as fee summary re same | | 0.10 | 26.50 |
| BSR | detailed review of Day Pitney's quarterly and monthly fee applications for the 38th interim period, as well as fee summary re same | | 0.10 | 26.50 |
| BSR | Exchange emails with Warren Smith and Melanie White regarding completion of "prior period paragraphs" | | 0.10 | 26.50 |
| BSR | research docket for remainder of Deloitte Tax's applications for the 38th interim period (.2); email Tony Scoles re same (.1) | | 0.30 | 79.50 |

W.R. Grace & Co.                                                                                              Page    4

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 2/3/2011 | BSR | detailed review of Deloitte Tax's July and Aug. 2010 monthly applications | 0.10 | 26.50 |
| | BSR | detailed review of Ferry Joseph's quarterly and monthly fee applications for the 38th interim period, as well as fee summary re same | 0.20 | 53.00 |
| | BSR | research server for status of Fragomen fee applications for the 38th interim period (.2); email to Scott Bettridge re same (.1) | 0.30 | 79.50 |
| | JAW | detailed review of Stroock December 2010 fee application (1.90); draft summary of same (0.30) | 2.20 | 335.50 |
| | JAW | detailed review of Janet S. Baer December 2010 fee application (1.90) | 1.90 | 289.75 |
| | BSR | detailed review of expense itemization provided by Orrick for the 38th interim period | 0.20 | 53.00 |
| | BSR | research server and Pacer for applications not yet received for the 38th interim period from various professionals | 1.10 | 291.50 |
| | BSR | detailed review of Lincoln Partners 38th interim fee application | 0.30 | 79.50 |
| | DTW | Review and revise 38th interim initial report for PwC, email to B. Ruhlander with question re same, | 0.10 | 16.50 |
| | AL | Update database with Ogilvy's December electronic detail (.1); Bilzin's December electronic detail (.1); Lauzon's October through December fee application (.2); Scarfone's October through December fee application (.2); Hogan's October through December fee application (.2); Sander's January electronic detail (.1); Capstone's November electronic detail (.1) | 1.00 | 45.00 |
| | BSR | detailed review of Alan Rich's quarterly and monthly fee applications for the 38th interim period. | 0.80 | 212.00 |
| | BSR | Receive and review Alexander Sander's quarterly application for the 38th interim period | 0.10 | 26.50 |
| 2/4/2011 | JAW | continued detailed review of Janet S. Baer December 2010 fee application (1.30); draft summary of same (0.90) | 2.20 | 335.50 |
| | BSR | receive, review, and respond to email from Doreen Williams re initial report for PwC (38Q) | 0.10 | 26.50 |
| | BSR | Receive and review response of Kirkland & Ellis to email inquiry | 0.10 | 26.50 |
| | AL | Research PACER for 28th interim fee applications, final reports and orders docket numbers re Protiviti, Steptoe, Hamilton, BMC, Blackstone, Charter Oak (2.1); draft numbers from research into detailed spreadsheet for final final report (.9) | 3.00 | 135.00 |
| | AL | telephone conference with M. White re Prior Period Paragraph chart for the 27th and 28th interim (.2); Research PACER for 28th interim fee applications, final reports and orders docket numbers re Duane Morris, | 5.10 | 229.50 |

W.R. Grace & Co. Page 5

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | Venable, PWC, Ogilvy, Orrick, David T. Austern, Anderson Kill, Baker McKenzie, Campbell & Levine, Latham & Watkins and Bilzin (3.4); draft numbers from research into detailed spreadsheet for final final report (1.5) | | |
| 2/4/2011 | DTW | Finish reviewing and revising PwC initial report (.1). | 0.10 | 16.50 |
| 2/7/2011 | BSR | Draft e-mail to PwC's counsel re initial report for the 38th interim period | 0.10 | 26.50 |
| | AL | Update database with Ogivly's October through December electronic detail (.1); Bilzin's December fee application (.2); Caplin's December fee application (.2); AKO's December fee application (.2); C&L's December fee application (.1); Charter's December fee application (.2); Reed's December fee application (.2); Ogilvy's December fee application (.2); Capstone's November fee application (.2); LAS' July through December fee application (.2); Blackstone's July through September fee application (.2) | 2.00 | 90.00 |
| | AL | Receive, review and finalize the IR of PWC's 38Q (.2); draft email to B. Ruhlander re same (.1); prepare PWC's 38Q IR for service (.2) | 0.50 | 22.50 |
| 2/8/2011 | BSR | Draft final report re Anderson Kill & Olick for the 38th interim period | 0.80 | 212.00 |
| | BSR | research docket to see if notice of effective date filed; email to Deanna Boll re same | 0.10 | 26.50 |
| | JAW | detailed review of PwC (Shared Services Project) July 2010 fee application (0.30); draft summary of same (0.10) | 0.40 | 61.00 |
| | JAW | detailed review of PwC (Darex Puerto Rico Project) July 2010 fee application (1.50); draft summary of same (0.20) | 1.70 | 259.25 |
| | JAW | detailed review of Capstone November 2010 fee application (0.70); draft summary of same (0.10) | 0.80 | 122.00 |
| | BSR | receive, review, and respond to email from Arlene Pelton re Anderson Kill & Olick's fee issues (38Q) | 0.10 | 26.50 |
| | JAW | detailed review of PwC (Control Optimization Project) June 2010 fee application (0.50); draft summary of same (0.60) | 1.10 | 167.75 |
| | AL | Update database with Ogilvy's October through December fee application (.2); Steptoe's July through September fee application (.2); Foley's October fee summary (.2); Judge Sander's 39Q electronic detail (.1); Alan rich's 39Q electronic detail (.1) | 0.80 | 36.00 |
| 2/9/2011 | JAW | detailed review of Ogilvy Renault December 2010 fee application (0.20); draft summary of same (0.10) | 0.30 | 45.75 |
| | JAW | detailed review of Bilzin Sumberg December 2010 fee application (0.30); draft summary of same (0.10) | 0.40 | 61.00 |

W.R. Grace & Co.                                                                                                    Page    6

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/9/2011 | AL | receive and review email from J. Wehrmann re approved version of WHSA's monthly fee application for January (.1); update database with same (.1); finalize WHSA's January for electronic filing (.2); electronic filing with the court of same (.3); prepare same for service (.1) | 0.80 | 36.00 |
|  | AL | Receive and review email from B. Ruhlander re AKO's 38Q FR (.1); update database with same (.1); draft email to W. Smith re approval of AKO's 38Q FR (.1) | 0.30 | 13.50 |
|  | AL | Draft time chart for WHSA's Interim fee application (.7); update database with same (.1) | 0.80 | 36.00 |
|  | JAW | detailed review of Anderson Kill December 2010 fee application (2.80); draft summary of same (0.10) | 2.90 | 442.25 |
|  | BSR | Draft revision to final report re Anderson Kill & Olick (38Q) (.2); email to Warren Smith re same (.1) | 0.30 | 79.50 |
|  | BSR | receive, review, and respond to email from Warren Smith concerning final report for Anderson Kill & Olick | 0.20 | 53.00 |
| 2/10/2011 | JAW | detailed review of Reed Smith December 2010 fee application (0.40); draft summary of same (0.10) | 0.50 | 76.25 |
|  | JAW | detailed review of Caplin Drysdale December 2010 fee application (0.30); draft summary of same (0.10) | 0.40 | 61.00 |
|  | JAW | detailed review of Kramer Levin December 2010 fee application (0.30); draft summary of same (0.10) | 0.40 | 61.00 |
|  | JAW | detailed review of Campbell & Levine December 2010 fee application (0.30); draft summary of same (0.10) | 0.40 | 61.00 |
|  | JAW | detailed review of Ferry Joseph December 2010 fee application (0.30); draft summary of same (0.10) | 0.40 | 61.00 |
|  | JAW | detailed review of Charter Oak December 2010 fee application (0.20); draft summary of same (0.10) | 0.30 | 45.75 |
|  | JAW | Proofread WH Smith's Thirty-Ninth Interim Fee Application (10-1-10 to 12-31-10) (0.20); e-mail to M. White regarding any revisions to same (0.10). | 0.30 | 45.75 |
|  | WHS | detailed review of, and revisions to, FR Anderson 38Q 7-9.10 | 0.30 | 88.50 |
|  | JAW | detailed review of Foley Hoag December 2010 fee application (0.20); draft summary of same (0.20) | 0.40 | 61.00 |
|  | WHS | Receive and review amended agenda | 0.10 | 29.50 |
|  | AL | Receive and review email from B. Ruhlander re AKO's 38Q FR (.1); update database with same (.1); draft email to W. Smith re AKO's 38Q FR (.1) | 0.30 | 13.50 |

W.R. Grace & Co. Page 7

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 2/10/2011 | AL | Update database with Deloitte (Tax) September (.1) and October (.1) electronic detail; Blackstone's December electronic detail (.2); Day Pitney's December electronic detail (.1); PWC's December electronic detail (.1); Kramer's October through December electronic detail (.1) | 0.70 | 31.50 |
| | AL | Receive and review email from W. Smith re approval of AKO's 38Q FR (.1); update database with revised version (.2); electronic filing with the court of AKO's 38Q FR (.3); draft email to B. Ruhlander re service of same (.1) | 0.70 | 31.50 |
| | MW | draft monthly application for compensation of WHS&A for January 2011 (2.3); preliminary review of same (.3); send to J. Wehrmann for final review (.1); revise accordingly (.3); finalize for court filing and send to A. Lopez for service (.3). | 3.30 | 462.00 |
| | BSR | research status of prior period paragraphs and spreadsheet and respond to question from Warren Smith re same | 0.20 | 53.00 |
| 2/11/2011 | AL | Electronic filing with court of WHSA's Interim fee application (.3); prepare same for service (.2) | 0.50 | 22.50 |
| | AL | Update database with K&E's December electronic detail (.1); Blackstone's December fee application (.2); Day Pitney's December fee application (.2); Kramer's October through December fee application (.2); Deloitte Tax September (.2) and October (.2) fee application | 1.10 | 49.50 |
| | MW | draft 39th Interim fee application of WHS&A for October 1, 2010-December 31, 2010 including review of fee and expense detail re same (3.8); confer with A. Lopez re drafting professional timekeeper chart and hours (.1); preliminary review of same (.3); send same to J. Wehrmann for final review (.1); research PACER for 26th interim fee applications, final reports and orders re Lincoln, Venable, PWC, Asbestos Committee, David T. Austern, Anderson Kill, Baker McKenzie and Bilzin (2.0); draft numbers from research into detailed spreadsheet for final final report (1.5) | 7.80 | 1,092.00 |
| | JAW | detailed review of Orrick Herrington December 2010 fee application (3.00); draft summary of same (0.30) | 3.30 | 503.25 |
| 2/14/2011 | AL | Update database with K&E's December fee application (.2); Foley's October through December fee application detail (.1) | 0.30 | 13.50 |
| | JAW | detailed review of Deloitte Tax September 2010 fee application (0.30); draft summary of same (0.30) | 0.60 | 91.50 |
| | JAW | detailed review of Deloitte Tax October 2010 fee application (0.30); draft summary of same (0.20) | 0.50 | 76.25 |
| | JAW | detailed review of Day Pitney December 2010 fee application (0.10); draft summary of same (0.10) | 0.20 | 30.50 |

W.R. Grace & Co. Page 8

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 2/14/2011 | AL | Update database with Reed's December electronic detail (.1); Blackstone's November electronic detail (.1); Kramer's December electronic detail (.2); Alan rich's January electronic detail (.1) | 0.50 | 22.50 |
|  | MW | research PACER for 26th interim fee applications, final reports and orders re Beveridge, Blackstone, BMC, Buchanan, Campbell, Caplin, Capstone, Casner, Charter, Deloitte, Ferry Joseph, Foley Hoag, Hamilton, Hilsoft, Holme Roberts, K&E, Kramer, Latham, LAS and Fragomen (4.9); draft numbers from research into detailed spreadsheet for final final report (2.5) | 7.40 | 1,036.00 |
| 2/15/2011 | MW | research PACER for 26th interim fee applications, final reports and orders re Lexecon, Duane Morris, Nelson, Ogilvy, Orrick, Pachulski, Piper, Phillips, Day Pitney, PWC Darex, Protiviti, Reed Smith, Scott Law, Steptoe, Stroock, Sullivan, Tre Angeli, Towers, Woodcock and the Canadian Zai (4.6); draft numbers from research into detailed spreadsheet for final final report (2.4) | 7.00 | 980.00 |
| 2/16/2011 | AL | Update database with Ewing's 39Q fee application (.2); Foley's 39 Q fee application (.2); Blackstone's 39Q fee application (.2); PWC's December fee application (.2); Woodcock's December electronic detail (.1); PWC's 39Q electronic detail (.1); Woodcock's December fee application (.2) | 1.20 | 54.00 |
|  | MW | research Pacer for fee applications filed during the 17th interim period as well as final reports filed, recommended reductions and orders entered regarding David T. Austern, Baker, BMC, Bilzin, Blackstone, Buchanan and Campbell Levine (2.1); continued drafting spreadsheet in preparation for final final reports, including amounts applied for by each applicant, docket numbers, reductions taken, orders entered and final reports (2.7). | 4.80 | 672.00 |
| 2/17/2011 | JAW | detailed review of PwC December 2010 fee application (2.90) | 2.90 | 442.25 |
|  | JAW | detailed review of Woodcock December 2010 fee application (0.10); draft summary of same (0.10) | 0.20 | 30.50 |
|  | MW | research Pacer for fee applications filed during the 17th interim period as well as final reports filed, recommended reductions and orders entered regarding Caplin Drysdale, Capstone, Casner & Edwards, CIBC, Young Conaway, Duane Morris, Ferry Joseph, Hamilton and Holme Roberts (2.9); continued drafting spreadsheet in preparation for final final reports, including amounts applied for by each applicant, docket numbers, reductions taken, orders entered and final reports (3.0). | 5.90 | 826.00 |
| 2/18/2011 | AL | research Pacer for fee applications filed during the 16th interim period as well as final reports filed, recommended reductions and orders entered regarding Austern, Baker, BMC, Bilzin, Blackston, Buchanan, Campbell Levine, Caplin Drysdale, Capstone, Casner & Edwards, Young Conaway, Duane Morris, Ferry Joseph and Holme Roberts (4.7); | 4.70 | 211.50 |
|  | BSR | receive, review, and respond to email from Yaprak Soysal re additional PwC time entries | 0.10 | 26.50 |

W.R. Grace & Co. Page 9

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 2/18/2011 | JAW | Draft summary of PwC December 2010 fee application (0.80) | 0.80 | 122.00 |
| | AL | Update database with AKO's 39Q electronic detail (.1); LAS' 39Q electronic detail (.1); Charter's 39Q electronic detail (.2); C&L's 39Q electronic detail (.1); Caplin's 39Q electronic detail (.1); Day Pitney's December summary (.2); Casner's December electronic detail (.2); HRO's 36Q electronic detail (.2) | 1.20 | 54.00 |
| | AL | Receive, review and respond to email from Tower's Perin re July through September interim fee application (.2) | 0.20 | 9.00 |
| 2/19/2011 | AL | draft spreadsheet in preparation for final final reports, including amounts applied for by each applicant, docket numbers, reductions taken, orders entered and final reports for the 16th interim (2.8) | 2.80 | 126.00 |
| 2/21/2011 | BSR | detailed review of Towers Watson's 38th interim fee application and monthly fee applications | 0.20 | 53.00 |
| | AL | Update database with Woodcock's December fee summary (.2); PWC's December fee summary (.2); BMC's July (.1) August (.2) September (.2) and 38th interim (.2) electronic detail; telephone conference with B. Ruhlander re BMC's 38Q fee applications (.2) | 1.30 | 58.50 |
| | AL | research Pacer for fee applications filed during the 16th interim period as well as final reports filed, recommended reductions and orders entered regarding Latham & Watkins, LECG, LAS, Nelson, PD Comm, Pachulski and Phillips (2.3); continued drafting spreadsheet in preparation for final final reports, including amounts applied for by each applicant, docket numbers, reductions taken, orders entered and final reports (1.9) | 4.20 | 189.00 |
| | JAW | detailed review of Kirkland & Ellis December 2010 fee application (7.90); draft summary of same (2.20) | 10.10 | 1,540.25 |
| | BSR | research docket for notice of effective date | 0.30 | 79.50 |
| | BSR | detailed review of PwC's Darex July 2010 application (.7); draft email to PwC's counsel re same (.2) | 0.90 | 238.50 |
| | MW | research Pacer for monthly and interim fee applications filed during the 17th interim period as well as final reports filed, recommended reductions and orders entered regarding Kirkland & Ellis, Klett, Kramer, Latham & Watkins, LECG and Legal Analysis Systems (2.6); continued drafting spreadsheet in preparation for final final reports, including amounts applied for by each applicant, docket numbers, reductions taken, orders entered and final reports (2.1). | 4.70 | 658.00 |
| | BSR | research monthly applications for the 38th interim period | 0.40 | 106.00 |

W.R. Grace & Co.            Page    10

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 2/22/2011 | AL | Update database with Casner's December fee application (.2); Tower's July through September electronic detail (.1); draft email to Tower's requesting hard copy of same (.1); Lincoln's December (.1) and January (.2) electronic detail | 0.70 | 31.50 |
| | AL | research Pacer for monthly and interim fee applications filed during the 16th interim period as well as final reports filed, recommended reductions and orders entered for same regarding Pitney, PWC, Reed Smith, Richardson, Scott Law, Steptoe & Johnson, Stroock & Stroock, Swidler, Tersigni, Wallace and Woodcock (2.9); continued drafting additions to spreadsheet including amounts applied for by each applicant, docket numbers, reductions taken, orders entered and final report recommendations (2.8) | 5.70 | 256.50 |
| | AL | Receive and review email from B. Ruhlander re K&E's 38Q FR (.1); update database with same (.1); draft email to W. Smith re K&E's 38Q FR (.1) | 0.30 | 13.50 |
| | MW | research Pacer for monthly and interim fee applications filed during the 17th interim period as well as final reports filed, recommended reductions and orders entered regarding Nelson Mullins, PDC, Pachulski, Phillips, Pitney, PWC and Reed Smith (2.5); continued drafting spreadsheet in preparation for final final reports, including amounts applied for by each applicant, docket numbers, reductions taken, orders entered and final reports (2.4). | 4.90 | 686.00 |
| | BSR | Receive and review email from Martha Araki; forward BMC fee applications to Anthony Lopez | 0.10 | 26.50 |
| | BSR | Draft final report re Kirkland & Ellis for the 38th interim period | 0.50 | 132.50 |
| | BSR | detailed review of BMC's 38th interim fee application and monthly fee applications | 0.90 | 238.50 |
| 2/23/2011 | BSR | Draft final report re PwC's 38th interim fee application | 0.50 | 132.50 |
| | BSR | Draft e-mail to Debbie Fullem inquiring as to the status of David Austern's fee applications | 0.10 | 26.50 |
| | BSR | Draft e-mail to James Wehrmann concerning review of overtime meal and taxi expenses in W.R. Grace case | 0.10 | 26.50 |
| | BSR | Receive and review response of PwC to email inquiry concerning 38th interim application | 0.10 | 26.50 |
| | BSR | Draft omnibus final report for the 38th interim period | 2.90 | 768.50 |
| | AL | research Pacer for fee applications filed during the 18th interim period as well as final reports filed, recommended reductions and orders entered regarding AKO, Baker, BMC, Beveridge, Bilzin, Blackstone, Buchanon, Campbell, Caplin (1.8); continued drafting spreadsheet in preparation for final final reports, including amounts applied for by each applicant, docket | 3.40 | 153.00 |

W.R. Grace & Co.                                                                                                                                           Page    11

|            |     |                                                                                                                                                                                                                                                                                                     | Hours | Amount |
|------------|-----|---|---|---|
|            |     | numbers, reductions taken, orders entered and final report recommendations (1.6)                                                                                                                                                                                                                                     |       |        |
| 2/23/2011  | WHS | detailed review of  FR KE 38Q 7-9.10                                                                                                                                                                                                                                                                                | 0.20  | 59.00  |
|            | AL  | Update database with BMC's July (.2) August (.2) and September (.2) fee applications ; Casner's 111th monthly electronic detail (.1); K&E's December fee summary (.2); Kramer's 112th monthly electronic detail (.1); Saul's 18th monthly electronic detail (.1)                                                    | 1.10  | 49.50  |
|            | JAW | detailed review of BMC Group July 2010 fee application (0.60); draft summary of same (0.10)                                                                                                                                                                                                                         | 0.70  | 106.75 |
|            | JAW | detailed review of BMC Group September 2010 fee application (0.50); draft summary of same (0.10)                                                                                                                                                                                                                    | 0.60  | 91.50  |
|            | JAW | detailed review of Casner Edwards December 2010 fee application (0.40); draft summary of same (0.10)                                                                                                                                                                                                                | 0.50  | 76.25  |
| 2/24/2011  | BSR | detailed review of Holme Roberts & Owen's 36th interim fee application (.1); email to Eric Johnson re same (.1)                                                                                                                                                                                                     | 0.20  | 53.00  |
|            | AL  | Receive, review and finalize PWC's 38Q IR (.2); draft email to A. Parnell re same (.1); prepare PWC's 38Q IR for service (.1)                                                                                                                                                                                       | 0.40  | 18.00  |
|            | AL  | Receive and review email from W. Smith re approval of K&E's 38Q FR (.1); update database with revised version (.2); electronic filing with the court of K&E's 38Q FR (.3); draft email to B. Ruhlander re service of same (.1)                                                                                       | 0.70  | 31.50  |
|            | BSR | detailed review of Steptoe's quarterly application for the 38th interim period                                                                                                                                                                                                                                      | 0.10  | 26.50  |
|            | BSR | Continue drafting omnibus final report for the 38th interim period                                                                                                                                                                                                                                                  | 1.90  | 503.50 |
|            | BSR | draft email to Kirkland & Ellis re final report for the 38th interim period                                                                                                                                                                                                                                         | 0.10  | 26.50  |
|            | BSR | detailed review of Blackstone's 38th interim fee application and expense portions of July and Sept. 2010 monthly invoices                                                                                                                                                                                            | 1.50  | 397.50 |
|            | BSR | Receive and review response of PwC re Darex Puerto Rico work                                                                                                                                                                                                                                                        | 0.10  | 26.50  |
|            | BSR | research docket for quarterly applications not yet received                                                                                                                                                                                                                                                         | 0.50  | 132.50 |
|            | BSR | Draft final report re PwC for the 38th interim period                                                                                                                                                                                                                                                               | 0.80  | 212.00 |
|            | BSR | Draft omnibus final report for the 38th interim period (.2); left detailed voicemail message with PwC's counsel re Darex application (.1)                                                                                                                                                                           | 0.30  | 79.50  |
|            | AL  | Update database with PWC's 38Q IR response (.1); PWC Darex July IR response (.2); summary for Kirkland & Ellis December 2010 (.2); BMC's July (.1) August (.1) September (.1) and Interim (.1) electronic detail; Lincoln's December (.1) and January (.1) electronic detail; Bilzin's 39Q fee application (.2); Ferry's 39Q fee application (.2); Pitney's 39Q fee application (.2); Baer's | 2.30  | 103.50 |

W.R. Grace & Co.             Page   12

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| | | 39Q fee application (.2); Capstone's December fee application (.2); Capstone's December electronic detail (.2) | | |
| 2/24/2011 | MW | research Pacer for monthly and interim fee applications filed during the 17th interim period as well as final reports filed, recommended reductions and orders entered regarding Richardson, Scott Law, Steptoe, Stroock, Swidler, Tersigni and Woodcock Washburn (2.3); continued drafting spreadsheet in preparation for final final reports, including amounts applied for by each applicant, docket numbers, reductions taken, orders entered and final reports (2.2); finalize detailed spreadsheet for B. Ruhlander and update database with same (.1). | 4.60 | 644.00 |
| | MW | research Pacer for monthly and interim fee applications filed during the 19th interim period as well as final reports filed, recommended reductions and orders entered regarding Andrews Kurth, Baker McKenzie, BMC, Beveridge, Bilzin and Blackstone (2.0); continued drafting spreadsheet in preparation for final final reports, including amounts applied for by each applicant, docket numbers, reductions taken, orders entered and final reports (2.0); confer with A. Lopez re status of same (.1). | 4.10 | 574.00 |
| 2/25/2011 | BSR | Draft e-mail to Jamie O'Connell re Blackstone's 38th interim fee application | 1.30 | 344.50 |
| | BSR | Draft e-mail to Kathleen Miller re final report for PwC's 38th interim fee application | 0.10 | 26.50 |
| | WHS | detailed review of FR PwC 38Q 7-9.10. | 0.20 | 59.00 |
| | AL | Receive and review email from W. Smith re approval of PWC's 38Q FR (.1); update database with revised version (.2); electronic filing with the court of PWC's 38Q FR (.3); draft email to B. Ruhlander re service of same (.1) | 0.70 | 31.50 |
| | AL | research Pacer for fee applications filed during the 18th interim period as well as final reports filed, recommended reductions and orders entered regarding Capstone, Casner, CIBC, Conway, Duane, Ferry, Foley, Hamilton, Holme, K&E, Klett, Kramer and Latham (3.3); continued drafting spreadsheet in preparation for final final reports, including amounts applied for by each applicant, docket numbers, reductions taken, orders entered and final reports (2.1) | 5.40 | 243.00 |
| | MW | research Pacer for monthly and interim fee applications filed during the 19th interim period as well as final reports filed, recommended reductions and orders entered regarding Ferry Joseph, Duane Morris, Foley Hoag, Hamilton, Hilsoft, Kirkland & Ellis, Klett and Holme Roberts (2.7); continued drafting spreadsheet in preparation for final final reports, including amounts applied for by each applicant, docket numbers, reductions taken, orders entered and final reports (2.2). | 4.90 | 686.00 |
| | MW | research Pacer for monthly and interim fee applications filed during the 19th interim period as well as final reports filed, recommended reductions and orders entered regarding Buchanan, Campbell Levine, Caplin Drysdale, Capstone, Casner & Edwards, CIBC, Young Conaway and David T. Austern (2.3); continued drafting spreadsheet in preparation for final final reports, | 4.30 | 602.00 |

W.R. Grace & Co. Page 13

| | | Hours | Amount |
|---|---|---:|---:|
| | including amounts applied for by each applicant, docket numbers, reductions taken, orders entered and final reports (2.0). | | |
| 2/25/2011 AL | Update database with Blackstone's January electronic detail | 0.20 | 9.00 |
| 2/26/2011 AL | research Pacer for fee applications filed during the 16th interim period as well as final reports filed, recommended reductions and orders entered regarding Kramer Levin, LAS, Lynch Keefe, Nelson Mullins, Norris, PDC, Pachulski, Protiviti, PWC, Reed Smith, Richardson and Phillips (2.5); continued drafting spreadsheet in preparation for final final reports, including amounts applied for by each applicant, docket numbers, reductions taken, orders entered and final reports (2.3) | 4.80 | 216.00 |

**For professional services rendered**     **198.80 $26,309.75**

Additional Charges :

| | |
|---|---:|
| 2/28/2011 Third party copies & document prep/setup. | 186.20 |
| PACER Charges | 92.08 |
| Westlaw Charges | 566.05 |

**Total additional charges**     **$844.33**

**Total amount of this bill**     **$27,154.08**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Anthony Lopez | 61.50 | 45.00 | $2,767.50 |
| Bobbi S. Ruhlander | 29.60 | 265.00 | $7,844.00 |
| Doreen Williams | 0.20 | 165.00 | $33.00 |
| James A. Wehrmann | 39.30 | 152.50 | $5,993.25 |
| Melanie White | 67.40 | 140.00 | $9,436.00 |
| Warren H Smith | 0.80 | 295.00 | $236.00 |